UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **THE ISLAMIC REPUBLIC OF IRAN, et al.,** ) <br> ) <br> **Defendants** ) <br> ) | Civil Action No. 1:18-cv-02248 |

## MOTION FOR LEAVE TO FILE PLAINTIFFS' ADDRESSES UNDER SEAL

Plaintiffs, by counsel, hereby move the Court for an Order waiving the requirements of Local Civil Rule 5.1(c) with respect to the requirement that the "full residence address of the party" be included on the caption of the pleading and allowing Plaintiffs to file such information under seal.

The following is stated in support of the Motion:

1. Plaintiffs are current or former members of the United States Armed Forces and their immediate family members, and contractors of the U.S. Government and their immediate family members, who were injured or killed in terrorist attacks occurring in Iraq.

2. Plaintiffs reside in various states and territories of the United States.

3. On September 27, 2018, Plaintiffs filed the Complaint in this matter, and identified their various domiciles.

4. Plaintiffs have brought this action against Iran, a State Sponsor of Terror, and its agents, for providing material support to Foreign Terrorist Organizations, Specially Designated Global Terrorists, Specially Designated Terrorists, and Specially Designated Nationals, and their agents. Iran's assistance allowed such groups to commit terrorist attacks against Plaintiffs.

1

5.      Due to the fact that Defendants and their agents have been expressly designated as terrorists or state sponsors of terrorism by the United States and other entities, Plaintiffs fear that listing their addresses will subject them to possible harm or harassment from terrorist organizations and other individuals.

6.      Courts have frequently permitted plaintiffs to proceed anonymously and withhold personal information from defendants and the general public where there is a reasonable threat of physical harm. This Court has previously allowed plaintiffs in similar cases to file their address information under seal. *See. e.g., Ofisi, et al. v. Sudan*, Case 1:15-cv-02010-JDB, Minute Order entered on Nov. 20, 2015. *See also¸ Holladay et al., v. Islamic Republic of Iran*, Case 1:17-cv-00915-RDM, Minute Order entered on May 22, 2017.

7.      The Order submitted with this Motion requires Plaintiffs to file under seal a list containing the names and residential addresses of all Plaintiffs by October 29, 2018, which will satisfy Rule 5.1(c).

8.      Plaintiffs also respectfully request leave from the Court to file under seal the residential address information for any future Plaintiffs.

WHEREFORE, Plaintiffs pray that the Motion be granted and that the Court enter the Order submitted.

Dated: September 27, 2018                              Respectfully submitted,

/s/ Howard L. Nations
Howard L. Nations
THE NATIONS LAW FIRM
DC Bar No. TX143
3131 Briarpark Drive, Suite 208
Houston, Texas 77042
Telephone: 713.807.8400
Facsimile: 713.807.8423
Email: howard@howardnations.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 27, 2018                     Respectfully submitted,

                                              */s/ Howard L. Nations*