Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ESTATE OF CHRISTOPHER BROOK
FISHBECK, ET AL.

      Plaintiff

    vs.

ISLAMIC REPUBLIC OF IRAN, ET AL.

      Defendant

Civil No.    18-2248   (CRC)

Category  B

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 10/10/2018 from Judge Colleen Kollar-Kotelly to Judge Christopher R. Cooper by direction of the Calendar Committee.

(Case Not Related)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge Colleen Kollar-Kotelly

Judge Christopher R. Cooper & Courtroom Deputy
Liaison, Calendar and Case Management Committee