**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **Civil Action No. 1:18-cv-02248** |
| **v.** | ) ) | |
| **THE ISLAMIC REPUBLIC OF IRAN, et al.,** | ) ) | |
| **Defendants** | ) ) | |

## RENEWED MOTION FOR LEAVE TO FILE
## PLAINTIFFS' ADDRESSES UNDER SEAL

Plaintiffs, by counsel, hereby renew their request for leave to file Plaintiffs' addresses under seal and move the Court for an Order that waives the requirement in Local Civil Rule 5.1(c) that the "full residence address of the party" be included in the caption of the pleading. Plaintiffs additionally request that the requirement in Rule 5.1 (c) that the address information be provided within 30 days of the first filing be waived pending the Court's decision.

The following is stated in support of the Motion:

1.     Plaintiffs are current or former members of the United States Armed Forces and their immediate family members and contractors of the U.S. Government and their immediate family members, who were injured or killed in terrorist attacks occurring in Iraq.

2.      Plaintiffs reside in various states and territories of the United States.

3.     On September 27, 2018, Plaintiffs filed the Complaint in this matter, and identified their various domiciles.

4.     Plaintiffs have brought this action against Iran, a State Sponsor of Terror, and it's agents, for providing material support to Foreign Terrorist Organizations, Specially Designated

1

Global Terrorists, Specially Designated Terrorists, and Specially Designated Nationals, and their agents. Iran's assistance allowed such groups to commit terrorist attacks against Plaintiffs.

5.      Due to the fact that Defendants and their agents have been expressly designated as terrorists or state sponsors of terrorism by the United States and other entities, Plaintiffs fear that listing their addresses will subject them to possible harm or harassment from terrorist organizations and other individuals. For these same reasons, out of an abundance of caution, Plaintiffs are not attaching a provisionally sealed copy of their addresses as an exhibit to this motion.

6.      Courts have frequently permitted plaintiffs to proceed anonymously and withhold personal information from defendants and the general public where there is a reasonable threat of physical harm. Other Courts in this district have previously allowed plaintiffs in similar cases to file their address information under seal. *See. e.g., Ofisi, et al. v. Sudan*, Case 1:15-cv-02010-JDB, Minute Order entered on Nov. 20, 2015. *See also¸ Holladay et al., v. Islamic Republic of Iran*, Case 1:17-cv-00915-RDM, Minute Order entered on May 22, 2017.

7.      The Order submitted with this Motion requires that Plaintiffs file under seal a list containing their names and residential addresses no later than three days from the date this Motion is ruled upon, which will satisfy Rule 5.1(c).

8.      Plaintiffs also respectfully request leave from the Court to file under seal the residential address information for any future Plaintiffs.

WHEREFORE, Plaintiffs pray that the Motion be granted and that the Court enter the Order submitted.

Dated: October 29, 2018                    Respectfully submitted,

                                           /s/ Howard L. Nations
                                           Howard L. Nations
                                           THE NATIONS LAW FIRM
                                           DC Bar No. TX143
                                           3131 Briarpark Drive, Suite 208

Houston, Texas 77042
Telephone: 713.807.8400
Facsimile: 713.807.8423
Email: howard@howardnations.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served by electronic filing with the

Clerk via the CM/ECF system, which electronically notifies all registered participants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 29, 2018                    Respectfully submitted,

                                   */s/ Howard L. Nations*