UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,** )<br>)<br>**Defendants** )<br>_____) | Civil Action No. 1:18-cv-02248 |

## ORDER

This cause comes before the Court on Plaintiffs' Motion for Leave to File Plaintiffs' Addresses Under Seal. Upon consideration of Plaintiffs' Motion, and for good cause shown, it is hereby

ORDERED that the requirement of Local Civil Rule 5.1(c) that the "full residence address of the party" be included in the caption of the initial pleading is hereby waived, and it is further;

ORDERED that the Plaintiffs appearing in the September 27, 2018 Complaint shall file, under seal, a list containing the names and residential addresses of all Plaintiffs within three days of the date of this Order; and it is further;

ORDERED that for future Amendments to the Complaint that the Plaintiffs shall file, under seal, a list containing the names and residential addresses of all Plaintiffs within thirty days after filing.

This   30th   day of   October  , 2018.

_____
The Honorable Christopher R. Cooper
United States District Judge