## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, TONI KAY ATTANASIO, GARY DOUGLAS FISHBECK, RANDI JEAN MARTZ, RENE GUTEL, ANA M. GOMEZ, QUANTE MAURICE EGGLESTON, TANYA MERLON DIGGS, TERRA SIMONE EGGLESTON, ESTATE OF JUSTIN WILLIAM HEBERT, JESSICA MICHELE HEBERT, WILLIAM LEE NELSON, ALEX PHONGPHACHONE, RYAN MICHAEL PHONGPHACHONE, LAUREN MACEY PHONGPHACHONE, TIMOTHY PADRAIC MCKENZIE, SARA JAYNE MCKENZIE, EDWARD RAYMOND YORK, BENTE KRISTIN YORK, ELIZABETH ANNE YORK, DAVID KENNETH WILLIAMS, RICHARD DEWAYNE FOSTER, BRANDON MICHAEL FOSTER, MATTHEW RYAN FOSTER, VICTORIA ELENA PHILLIPPI, MARIA LUISA CASTILLO, TERESITA SAPITULA CASTILLO, WILFREDO RAMIREZ CASTILLO, JAMES MICHAEL LOTT, GAIL FORTNER LOTT, RONALD EVERETT LOTT, SALVADOR BELTRAN-SOTO, JAMES SALVADOR BELTRAN-DAVES, MARIA BELTRAN, SIDNEY YLENNE PARTIDA, JOSE BELTRAN-SOTO, ALONSO  BELTRAN-SOTO, BEATRIZ BELTRAN, VALENTIN BELTRAN, RAMONA BELTRAN, FRANCISCO FELIX BELTRAN, ROBERT EUGENE FERGUSON JR., OWEN EUGENE CHISMAR II, CLOTILDE JOY SZELKOWSKI, CARLOS GOMEZ PEREZ, SAMANTHA IZAGUIRRE-GOMEZ, J.C.I., A MINOR CHILD, RICHARD LLANCE SCHWAN, M.A.S., A MINOR CHILD, RONALD ALLEN EATON, DIANNA D. TANDE, JOSHUA DIVON TRAVIS, D.R.G., A MINOR CHILD, A.C.J., A MINOR CHILD, J.S.A., A MINOR CHILD, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **PLAINTIFFS' AMENDED COMPLAINT** <br><br> **Case No.: 1:18-CV-02248-CRC** |

| | |
|---|---|
| M.D.T., A MINOR CHILD, DAVID ANTHONY ROSALES, AMY LYNN ROSALES, MADISON HALEY ROSALES, JASON ERIC BELL, ESTATE OF BRUCE TERRENCE DURR, WALTER RAY SMITH JR., WALTER RAY SMITH SR., LAURA NANITRA WEATHERSBY, PEGGIE ANNE JONES, DAWN MONESICA TRAXLER, BRANDON LEONDRAE RICE, PAMELA RICE HARRIS, JOSEPH TYRELL ERVIN, WILLIE JAMES RICE, GLORIA ERVIN WILLIAMS, DIAMOND LESHAE MARIE RICE, CHRISTOPHER JOHN SHIMA, CHRISTINA LOUISE SHIMA, A.G.S., A MINOR CHILD, ASHLEY MAE SIMS, STEPHEN JOHN DESROSIER, REGINA LYNN DESROSIER, STEPHEN JOHN DESROSIER II, ESTATE OF THOMAS OLIVER KEELING, KRISTEN ANN KEELING SUROVY, SHARON THERESE BERRY, ROBERT JAMES BERRY, ERIN LYNN KEELING KURINCIC, JOSEPHINE CUELLAR, KEVIN SCOTT JOHNSON, ANNTONETTE JANE JOHNSON, JACOB SCOTT JOHNSON, JULIANNE KATHERINE JOHNSON, BENJAMIN ROBERT JENSEN, JEFFERY ALAN MURTHA, STEVEN MICHAEL MURPHY, GARTH LEVI BENEDICT, ABELARDO ROSAS, JUAN ALBERTO ROSAS, GUADALUPE ROSAS, MATTHEW NEIL BOWMAN, M.E.B., A MINOR CHILD, PAUL ERIC HAINES, KAREN MAE HAINES, JEREMY BENJAMIN HAINES, RONDA KAY HAINES, ANDREW JOHN HARRIS, ERIC LEON HORTON, JUSTIN LEE SINGLETON, I.D.S., A MINOR CHILD, S.K.S., A MINOR CHILD, A.E.S., A MINOR CHILD, LARRY DIAZ CABRAL JR., BRIAN MICHAEL TANCO, DEAN MICHAEL GRAHAM, HANNIBAL ALEXANDER VEGUILLA, MARISA CARMEL VEGUILLA, S.C.V., A MINOR CHILD, MALCOLM CHRISTOPHER CANADA, BARBARA JEAN CANADA, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| MATTHEW LEE ANDREAS, ESTATE OF STEVEN MICHAEL PACKER, ROBIN RENEE DAVIDSON, DANIELLE ALLYSON PACKER, CHRISTOPHER DAVID PACKER, ZACHARY TYLER DAVIDSON, JASON NOLAN DAVIDSON, LARRY DUANE WILSON JR., ALLYSA BROOKE WILSON, ABRAM WILLIAM MARVIN, KADAIVION LATRELL DIXON, KRISTI LYNN HADFIELD, JENNIFER CHRISTINE ROTON, DOROTHY K. PFEIFER, H.S.P., A MINOR CHILD, CHARLEY S. POLU, CHAZITY OLIANA ELESI POLU, DIANNA ELIZABETH WHETZEL, MICHAEL ANDREW HURD SR., MAMTA HURD, GERALD ANDREW HURD, KAREN ANN CLOVER, C.A.H., A MINOR CHILD, M.A.H., A MINOR CHILD, DANIEL JARED WILKERSON, MATTHEW TERRANCE WHITESIDE, KANDI DANIELLE WHITESIDE, M.T.W., A MINOR CHILD, KEVIN CASEY WHITESIDE, SHARON SMITHEY WHITESIDE, JACKSON WILEY WHITESIDE, MARK KEVIN WHITESIDE, CHRISTOPHER DEWAYNE WHITESIDE, TYMON LARMA COLEMAN, ASTRA CARLISA COLEMAN, T.L.C., A MINOR CHILD, ALVIA MASAYON HURST, BAUSTEN COLE HURST, WILLIAM ROBERT INGRAM, X.R.I., A MINOR CHILD, W.J.I., A MINOR CHILD, ANTHONY TREMAINE PLUNKETT SR., Z.L.P., A MINOR CHILD, D.M.P., A MINOR CHILD, ERIK DOUGLAS JOHNSON, ESTATE OF JONATHAN WILLIAMS BOWLING, DARRELL CONNOR BOWLING, BROOKE ELIZABETH WEXLER, ASHLEY BOWLING NOGUEIRA, ROBIN BOWLING FERON, THEODORE MICHAEL COTHRAN, JR., ELENA MARTINEZ COTHRAN, THEODORE MICHAEL COTHRAN SR., ANTOINETTE | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| COTHRAN HEBERT, JUSTIN RAY MORGAN, TYLER JAMES MARTIN, CHAD RICHARD BANGERTER, KRISTI ANN BANGERTER, MASON CHAD BANGERTER, TREVOR REED SMITH, JOSHUA MATTHEW BOWER, FRANCIS MARTIN HURD, BRANDON JOHN BERHOW-GOLL, JENNIFER JEAN BERHOW-HANSON, KEVIN DOUGLAS HANSON, ROBERT ANTHONY PEDREIRO, KEVIN BRADLEY OLECH, MATTHEW PAUL UKEN, JACKSON ENRIQUE LUNA, ANA GREAGORIA AMOROS, NANCY BALLESTAS, J.A.L., A MINOR CHILD, S.G.L., A MINOR CHILD, KEVIN DALE MILLER, RONNIE DALE MILLER, LADONNA SUE MILLER, JACOB ANDREW MILLER, RACHEL AMBER MILLER, LAFONDA MILLER, LYLE MILLER, ZACHARY MILLER, ANDREW SCOTT FAYAL, ROBERT ALLEN LEATHERWOOD, JR., ROBERT ALLEN LEATHERWOOD SR., DEBBIE LEE ZENK, WENDY DEANNE LEATHERWOOD, KENNETH CLAYTON RONALD WILHELM, KENNETH WAYNE LEATHERWOOD, STACEY BROOKE LEATHERWOOD, LINDSAY DEANNE REYES, ESTATE OF JAMES DAVID BLANKENBECLER, LINNIE ALMA BLANKENBECLER, JOSEPH ALEXANDER MORALES, JESSICA MARIE SCADUTO, AMANDA MARIE VILLALOBOS, ESTATE OF JAMES HEATH PIRTLE, URSULA YOUNGERMAN PIRTLE, SHANE KANIELA YOUNGERMAN, KAI SAMUEL YOUNGERMAN, LANNIE DOYLE PIRTLE, HOUSTON TY PIRTLE, JARROD MATTHEW PIRTLE, KAY LYNN BEEMAN, RANGER IRA PIRTLE, BRIAN PATRICK MCPHERSON, PAUL ALLEN JACKSON, LUIS HUMBERTO GUTIERREZ JR., L.A.D., A MINOR CHILD, DIANA GUTIERREZ, EDDIE MICHAEL ABBEY, TONY ALLEN | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

COVELL, ENDI CISNEROS HERRERA, §
RORY HAMILTON COMPTON, RUTH §
ELIZABETH COMPTON, LYNETTE §
MARIE COOPER, TODD DUANE §
COOPER, RYAN CHRISTOPHER SAURS, §
MICHAEL LAMOYNE BURNS, ROBYN §
JEANNE BURNS, MICHAELA NICOLE §
BURNS, P.M.B., A MINOR CHILD, §
ASHLEY MARIAH BURNS, MADISSON §
ROSE BURNS, ANDREW HOWARD §
ROTHMAN, MICHAEL JOHN SIPPEL, §
JOHN PATRICK SIPPEL, M.J.S., A §
MINOR CHILD, KELLY LYNN OTTMAR, §
MARLENE MARIE GRANA, ANTHONY §
GEORGE BRUCE, JASON KELLY §
WASHBURN, ESTATE OF DERRICK §
JOSHUA COTHRAN, CHARLES §
BOYNTON, ROBERT A. BOYNTON, §
DEIDRE THERESA DIENER, HANNAH §
MARIA DIENER, LESLIE  HOWARD, §
LUCINA  MARTINEZ-AYALA, §
SEBASTIAN SOLIS-PEREZ, C.L.M., A §
MINOR CHILD, JACQUELYN YUSKO, §
TROY  MENNITTO, CHRISTOPHER §
MICHAEL KNAPP, ESTATE OF AUBREY §
DALE BELL, LA'DARIUS BERNARD §
EZELL, TIFFANY NICOLE EZELL, §
KYSER EZELL, D'ZUNDRIA  EZELL, §
PHILANDRIA EZELL, ROXIE BELL, §
JOSHUA CODY BIRCH, HEATHER M. §
BIRCH, CARYN M. GIROUX, JOHN R. §
BIRCH JR., JUDD W. BIRCH, JAROD L. §
BIRCH, BENJAMIN VERNON DOLBY, §
ABBIGAIL DOLBY, VERNON DOLBY, §
VICKI DOLBY, VALERIE VICKERY, §
DELORES ARNOLD, CORY LAMAR §
EGGLESTON, STUART HUNTER §
MCKENZIE, CALISE ANN PATTERSON, §
COLIN JADE DARROW, FRANKLYN §
LEE DOSS, JUANITA DOSS, THOMAS §
WHITTFIELD THORNHILL, G.B.T., A §
MINOR CHILD, DESIREE ANNE §
THORNHILL, DANIEL RAYE §
DUITSMAN, MATTHEW DENNIS §
BENACK, DENNIS  BENACK, §
BRANDON ANDREA POWELL, §

| | |
|---|---|
| MOHAMAD KAMAL AKHTAR, JENNIFER AKHTAR, TAYLOR AKHTAR, SAMIRA FATHY, PERVEZ AKHTAR, JOSEPH FREDERICK LOWIT, CHESTER J. ROGERS, MARTIN FLORES-DOMINGUEZ, CARMEN FLORES, JESSICA FLORES, KASANDRA FLORES, KATHERINE  SCHELL, RAMON JUNIOR BEJARANO, KENNETH ROBERT GORDON, JUSTIN MURRAY CROCKER, ROBERT ADAM BELL, RENE FRANCISCO AVENDANO JR., BLANCA LEE AVENDANO, RHONDA AVENDANO, OLINDA AVENDANO, WILLIAM JOSEPH PUOPOLO, STEPHANIE MARIE PUOPOLO, STEVE NUÑEZ JR., AUDREY O'DONNELL, COLLEN MATTHEW WEST, CARLA WEST, TIM WEST, BRENDEN WEST, ALLISON WEST-SOUTHERN, KIERA PAUL, MIKE SWEENEY, AENEAS ROBERT TOCHI, CHRISTOPHER LEE OLSEN, STACIE OLSEN, JUSTIN DAVIN SABO, LOUIS MICHAEL POPE, EDWARD B. JOHNSON JR., ESTATE OF TIMOTHY JAMES SEAMANS, DAVID ROBERT SEAMANS, MONICA SEAMANS, ASHLEY MARIE KNAPP, SCOTT BRADLEY RAY, KERSTIN RAY, RYAN PATRICK VALLERY, MICHELLE RENOWDEN, PATRICK VALLERY, SANDRA VALLERY, JEFFERY HARMON, ESTATE OF MICHAEL EGAN, MARIA EGAN, S.D.E., A MINOR CHILD, ESTATE OF BRANDON SCOTT SCHUCK, MEGAN BETH CASH, G.S.S., A MINOR CHILD, ROBERT LEROY GERTSCH JR., JOHN ALLEN GENTRY JR., ROBBIE DON CHEATHAM, SALVADOR LUIS LOERA JR., SALVADOR LOERA SR., MONICA E. LOERA, CAROLYN V. LEE, LORI A. LOERA, MIGUEL LOERA, ESTATE OF LEA ROBERT MILLS, KEESHA MILLS, DELORES MILLS, ROBERT MILLS, PARKER MILLS, ESTATE OF BRYAN | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| LUCKEY, CATHERINE MAKIMAY LUCKEY, PAULA HUTTON LUCKEY, PATRICK BRYAN LUCKEY, JOSHUA C. LUCKEY, MATTHEW LUCKEY, VINCENT JOSEPH SENN, SHANNON SENN, S.L.S., A MINOR CHILD, WESLEY ALLEN GAUTREAUX, CHRISTOPHER MICHAEL YOST, MICHAEL J. YOST JR., REGINA  YOST, ROBERT MICHAEL YOST, BRYAN ALAN WINTON, B.M.W., A MINOR CHILD, TABITHA WINTON, JOSHUA KRIS LUTZ, LUIS ALFREDO RANERO, JUSTIN PERRY SEDELMAIER, AMBER NICOLE SEDELMAIER, MARK LEE FLETCHER, JASON KILLENS THOMPSON, JEFFREY MARVIN NICOLAS, FRANCOIS NICOLAS, ALISSA  NICOLAS, DAVID CHRISTOFER BOYLE, JOHN BOYLE, CAROL BOYLE, JAYME BOYLE, KATHEY COMELETTA KIDD, MARK ANTONY HALL, A.M.H., A MINOR CHILD, M.G.H., A MINOR CHILD, M.J.H., A MINOR CHILD, KAITLYN  ADAMS, ABIGAIL  HALL, ATHENA L. HALL, KIERSTEN  HALL, STEVEN RENALD PEOPLES, AJAI LASHAWN PEOPLES, A.K.P., A MINOR CHILD, JAYLA DANIELLE PEOPLES, MARTREL JA'QUEZ PEOPLES, ANDRE DEWAYNE JOSEPH, BARBETTE  JOSEPH, QAMAR JOSEPH, MICHAEL EVERETTE GREEN, MELANIE  GREEN, STEVEN GREEN, WILLIAM ENRIQUEZ SANTOS JR., ESTATE OF JOSHUA ALLEN WARD, PATRICIA IRENE WARD, CHARLES EDWARD SLACKS JR., ISRAEL GONZALEZ AREVALO, ALICIA GONZALEZ, RICARDO  GONZALEZ, JESUS GONZALEZ PLASCENCIA, ESTATE OF CHRISTIAN ANTHONY SARACHO GARCIA, ANGELA M. GARCIA, CHRISTOPHER SATTERFIELD, JOEL HERNANDEZ, VICTORIA HERNANDEZ, K.M.G., A MINOR CHILD, K.R.G., A MINOR CHILD, JOE SANCHEZ | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| JR., CINDY JO SANCHEZ, SANDY JO MOLINA, BERNABE CARRELL MONTEJANO, FAITH MONTEJANO, SARAH M. HUMPHREY, ROBERT JOSEPH D'AGOSTINO, SIGIFREDO APODACA, VANITA APODACA, MANUEL APODACA, SAUL APODACA, DEBRA APODACA, ALEXIA FELIX, BRADLEY ARNOLD BLAZEK, TERRI MACHELLE BLAZEK, JESUS ALVAREZ GARCIA, DAVID JOSEPH BICKNELL, RICHARD BICKNELL, PATRICIA BICKNELL, LAUREN BICKNELL, TERRY LYNN MCELWAIN, JULIA DANTONG MCELWAIN, S.M., A MINOR CHILD, R.M., A MINOR CHILD, ELEANOR E. MCELWAIN, TRACY ROSARIO, ANGEL MICHELLE HUGHES, TRAVIS MCELWAIN, JAMES S. MCELWAIN, TODD EDWARD WINN, LINDA LORRAINE WINN, ALLISON LORRAINE WHARTON, KEITH EDWARD ROGERS, DANIEL LEONARD POULSEN, CINDY BAIER, ERIK POULSEN, BRIAN POULSEN, ALLEN BAIER, JOHN ELDON ADAMIC, DANIEL WILLIAM BARRON, PHILLIP CHRISTOPHER BAILEY, TIMOTHY BAILEY, JASON MINTER, GARY DAVID MORAN, G.D.M., A MINOR CHILD, ANNETTE C. MORAN, ERIC G. MORAN, ERICKA T. MORAN-BACORDO, SAVANNAH K. DISMUKE-MORAN, MICHAEL ANTHONY MENDOZA, S.M.M., A MINOR CHILD, KELLY MENDOZA, ESTATE OF RICKY SALAS JR., BRENDA SUE ROBERTSON, ROGER SALAS, DANIEL SALAS, RANDY SALAS, MELISSA GUTIERREZ, JA.R.S., A MINOR CHILD, JO.R.S., A MINOR CHILD, APRIL  BACA-SALAS, MICHAEL WAYNE MYERS, CRAIG SCOTT SOTEBEER, MARIA CATHERINE SOTEBEER, ANDRE CORNELIOUS MOYE, JACE ALRIC BADIA, K.R.B., A MINOR CHILD, DAVID ANDREW | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| HOLLEY, TERI  TARANTINO, KEVIN DANIEL SNOW, ADRIENNE SNOW, N.A.P.S., A MINOR CHILD, G.L.A.S., A MINOR CHILD, JASMYNE H. ARQUIETT, JOHN MICHAEL BRASHEAR, ROGER FRANKLIN GRAVES, CURTIS JOSEPH MIGHACCIO, GUNHILD MIGHACCIO, MARTIN MIGHACCIO, SAMUEL WILLIAMS, BRIAN JOHN JOHNSON, TIMOTHY JOHN JOHNSON, DANNY TRAM, MATTHEW PAUL DALRYMPLE, ANDRE LEONARD MAISON, MARTIN CHRISTOPHER JONES, BEVERLY JONES, MELISSA  JONES, MORGAN JONES, MONACA LOUISE GILMORE, M.L.G., A MINOR CHILD, T.M.G., A MINOR CHILD, MARIA  PETTIS, ESTATE OF JOHN DAVID FRY, KATHRYN FRY, GIDEON FRY, C.L.F., A MINOR CHILD, CHARLES FRY, LAURA PRICER, MELISSA INMAN, MALIA FRY, BRUCE LEONARD MORROW, BRUCE LEONARD MORROW JR., GEMINI NICHOLE WARDZINSKI-MORROW, ROBERT THOMAS WARDZINSKI-MORROW, SEAN PATRICK REED, JEFFREY SHANE REDMAN, RENE IVAN GONZALEZ JR., YVETTE GONZALEZ, ESTATE OF CODY CLARK GRATER, ANITA D. LEWIS, ERIC JAMES ATKINSON, SAMUEL SPARKS III, CASSANDRA WILLIAMS SPARKS, SAMUEL SPARKS IV, BRANDON M. WILLIAMS, DOUGLAS SPARKS, PAMELA SPARKS-SMITH, BRENDA ELAINE STEPHENS, DIANNE GUNTER, DONALD DANIEL GRANT, BEVERLY GRANT, B.D.G., A MINOR CHILD, TRINITY G. ROSS, ROOSEVELT ROSS SR., SYDERIA ROSATE ROSS, DEBORAH ROSS, ETHEL ROSS GOWDY, HELEN ROSS, THERESA ROSS JONES, DAREL ROSS, CONILIA ROSS YOBO, JEMILIA ROSS POLIUS, JOHN HENRY ROSS, DERRICK JERMALE | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| MITCHELL, RAPHAEL MITCHELL, DEYONNE MITCHELL, TIMOTHY DEMETRIUS JORDAN, CAROLYN JORDAN, CHASTITY JORDAN, TIMEKA DENISE TYLER, DENSON JORDAN SR., LINDA ROSE JORDAN, DENSON JORDAN JR., SAMARIA JORDAN, MELANIE THOMAS, MONIQUE JORDAN, ANDREW PATRICK NALLY, DANYELLE M. NALLY, ANDREW MICHAEL NALLY, JASMIN M. GRADY, BRITTANY R. NALLY, ANDREA D. NALLY, NATHANIEL RAY LAMBERT, JANNELL D. LAMBERT, DAVID MICHAEL SIMMS, ALEXIS B. RILEY, MICHAEL ROY RENFRO, GARY LYNN STRICKLAND, MARNITA L. MARLER, RIKKI LYNNE MARLER, SIGURD MORRIS MATHISEN JR., ANNETTE WILLIAMS, DONALD EVAN GRZENA, JUDY LYNN WICKENS, CARL W. OLIVER, JADE LOREN OLIVER, ERNESTO SIERRA, MARIA CRISELDA SIERRA, KRISTINA LEE SIERRA, CASSANDRA SIERRA, WILLIAM JAMES MORDEN, ALEXANDER RESTIFO, NANCY A. RESTIFO, SALVATORE A. RESTIFO, MICHAEL VINCENT PRATO, TESS RAE PRATO, MADELINE PRATO, RYAN M. PRATO, CHARLENE F. HOLM, TYLER A. HIGUERA, NICOLE C. PRATO, CHRISTOPHER T. HIGUERA, VINCENT M. PRATO, ESTATE OF PATRICK MARC M. RAPICAULT, VERA RAPICAULT, NICOLE RAPICAULT, JODI L. PARCELL, JOHN R. PARCELL, JONATHAN CUNEY, GEORGE L. CUNEY, AMANDA CUNEY LOPEZ, KEVIN MICHAEL DOHERTY SR., CHERYL LEE DOHERTY, KEVIN MICHAEL DOHERTY JR., THEODORE EDWARD SILL, MELISSA LYNN DOHERTY, TRAVIS JAMES LAMICA, NICHOLAS DEAN LAMICA, LIANE LAMICA, DON ANTHONY WALLS, DAYSHA SHALEE WALLS, SYLVESTER | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| WALLS, YUN HUI MIYAMURA, DORTHY L. MACK, DOUGLAS MACK, CHARLES LOY JORDAN JR., JASON BARRETT CARNEY, ESTATE OF ADAM MICHAEL MALSON, AMY MALSON FLY, DEBRA LYNN MALSON, BEN W. MALSON JR., DAVID PHILLIP MALSON, DERRICK DEANDRE HEMPHILL, MARILYN MARIE HEMPHILL, J.R.H., A MINOR CHILD, LESTER LATRON WESTBROOKS, MARLON MARQUET WASHINGTON, LUKEISHA DIMING, MARLO LAUNDREA LEWIS, ADAM JEFFERY MCCANN, ESTATE OF JUSTIN LEE VASQUEZ, RILEY NICOLE VASQUEZ, JENNIFER LYNN AREBALO, JANNEKE LEANN EIKENBERG, WENDELL DONALD CHAVIS, CAROL OSBOURNE PHILLIPS, SHIRLEY A. CHAVIS, WENDALL D. PATTERSON, DESIRRA L. BANKS, AUDREY A. JACKSON, ALPHONSO L. CHAVIS, CRYSTAL N. CHAVIS, DAWN Y. CHAVIS, SARAH LOUISE PARKER, LORENZO CHAMBERS, DORENDA BRANNON, DERRICK MELTON, WENDALL CHAMBERS, MATTHEW CARNELL BEATTY, MICHAEL L. WELLS, KEITH P. MCKEON, WILLIAM BARNS ALLEN, E.G.A., A MINOR CHILD, ROBERT LEE MCCORMICK, APRIL MCCORMICK, JUSTIN MCCORMICK, BRITTNEY MCCORMICK, MACKENZIE MCCORMICK, TIMOTHY A. MCCORMICK, SHEILA MCCORMICK, TIM MCCORMICK, THOMAS A. MCCORMICK, GREGORY MICHAEL PFAFF, WESLEY J. HALLECK, IAN M. BROWN, BRENDAN W. HALLECK, KIMBERLY ANN BROWN, CHARLEY D. HALLECK, ALBA RYAN TANNER, BARBARA WEST, CARL WEST, TIFFANY TANNER-PINES, SCOTT J. WEST, JEREMIAH KEOHANE LEIBRANDT, SANDRA MARIE | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| HINKLEY, DILLON J. CANNON, KELSEY J. CANNON, PATRICIA A. CANNON, ESTATE OF JOSHUA RYAN HAGER, KRIS LYLE SILAS HAGER, KARL R. SIMANDL, SHAUN CHRISTOPHER STILTNER, DANIEL EUZEB COWART, CLIFFORD COWART, THERESA L. COWART, SARAH EARLS COWART, A.R.C., A MINOR CHILD, A.S.C., A MINOR CHILD, ANTWON LAVANTE CHILDERS, DONALD LEE III, CATHERINE N. GOBLE, ANNA C. LEE, JENNIE LEE, S.D.P.L., A MINOR CHILD, PENNIE SIEMON, KENNETH SIEMON, TEDDIE HERNANDEZ, WENDIE SIEMON-THIEL, SHAWN MICHAEL DURNEN, DON DURNEN, MARGARET DURNEN, RONALD Q. RICE, TYRONE ADAMS, CHRISTOPHER CONWAY, DALLAS CONWAY, DAVID A. CONWAY, KRISTIE CONWAY, MICHAEL JUNG HYUN PASCO, TREY NORMAN BAILEY, MCKENZIE BAILEY, ESTATE OF ERIC WAYNE MORRIS, JOLENE ELLEN MORRIS, CHYAN N. JACHE, CHYNA M. JACHE, ESTATE OF RANDY LEE STEVENS, DAVID L. STEVENS, CONNIE WEST, JACOB MAXWELL, GINA L. STEVENS, ESTATE OF ROBERT WILLIAM BRIGGS, MICHELLE L. BRIGGS, C.A.B., A MINOR CHILD, ASHLEA GABRIELLE TADLOCK, ERICK CASTRO, JOHN DANIEL SHANNON, TORREY LISA SHANNON, DOMINICK PAUL SHANNON, TALON DAKOTA SHANNON, D.R.S., A MINOR CHILD, WAYLAND TODD ALLEN, DEBRA ALLEN, BRAYDON ALLEN, KOBY ALLEN, RONALD JENE ALLEN, TANJA BLACKWELL, TRENTON ALLEN, OCTAVIO SANCHEZ, VANETTE C. SANCHEZ, JACOB ANDREW SANCHEZ, OCTAVIO MANUEL SANCHEZ, J.S., A MINOR CHILD, JOHNNY JEFFERSON CRAIN, TONJA DAVENPORT, DARBY | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

| | |
|---|---|
| JANE CRAIN, WILMA JANE KIDD, JOHN SAWYER CRAIN, AMARIS BROOK CRAIN, JOHN MICHAEL DRNEK, TINA M. DRNEK, KELLY N. SNYDER, CHRIS M. DRNEK, JOSE MIGUEL JAUREGUI, GRISELDA JAUREGUI, JOSE JAUREGUI, JOSEFINA JAUREGUI, ALFREDO JAUREGUI, LUCIO JAUREGUI, BRIAN DOUGLAS KING, NATHAN ZACHARY KING, SAMANTHA ROSE WENDLAND, AMANDA MARIE WENDLAND, YVETTE ROSE RENNAKER, OLNEY EUGENE JOHNSON, STEVEN GRANT GILBOY, JANICE B. ROSE, ROBERT ALLEN MANSFIELD, ALICE MANSFIELD, LARRY FIELDS, FELICIA MANSFIELD, LIONEL A. MANSFIELD, ANDREW JAMES GREEN, ANNE CHRISTINE PEEL, GILLIAN GREEN, A.G., A MINOR CHILD, ESTATE OF ADAM J. KOHLHAAS, PAULA KOHLHAAS MILLER, HENRY KOHLHAAS, TERRY LAMONT FLEMING, IDA LEE FLEMING, ELAINE F. BENNETT, AYRON L. BENNETT, ESTATE OF MERLIN GERMAN, ARIEL GERMAN, LOURDES GERMAN, JOEL TAVERA, MARITZA TAVERA, JOSE L. TAVERA, ESTATE OF TROMAINE K. TOY SR., TYRELL R. TOY, ANDREW JAMES RAYMOND, DIANA L. RAYMOND, A.J.R., A MINOR CHILD, CALEB A. RAYMOND, HANNAH E. RAYMOND, PHYLLIS M. RAYMOND, JASON RICHARD GOLBRANSON, RONNY PORTA, RENE EVA PORTA, FELIX A. PORTA, NATALI PORTA, BRIAN LEE RUDOLPH, DAVID GLENN MCKENZIE SR., DAVID GLENN MCKENZIE JR., DONNA LAGINA REID, PEARL JEAN MCKENZIE, LISA JEAN CROWDER, ROSEMARY MIDDLETON, EDWARD JAMES TERRY SR., DYMPHIA M. TERRY, EDWARD JAMES TERRY JR., | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| GLENNDON MILTON TERRY, FRANCISCO RAMIREZ, FRANCISCO RAMIREZ FIGUEROA, SALVADOR RAMIREZ, MARISELA RAMIREZ PEREZ, HECTOR RAMIREZ PEREZ, DELFINA ZARATE, MARIO AURELIO NUNEZ, DAMIEN CARL WEEKS, DELILAH L. GRIFFITH, RUSSELL LEE COOK JR., ANTOINETTE VERNESTINE SCOTT, RHONDA JOHNETTE HAWKINS, BRYTTNI DESHAUN HAWKINS, RENEE BALINCIA ROBINSON, C.S.S., A MINOR CHILD, MICOLA KRISTY GLASGOW, JENNIE S. GLASGOW, ANTHONY B. HAWKINS, JACOB RICHARD DEVRIES, JERRY L. DEVRIES, SUSAN M. MOULTON, EDDIE SANTOS FERNANDEZ, BLAIR ELLIS DELL, CANDUS ANGEL DELL, V.J.D., A MINOR CHILD, DANIEL ALTON ROCCO, CHAD A. CHRISTENSEN, MISAEL NIETO, REYNA Z. NIETO, ALEJANDRO NIETO MARTINEZ, ALEJANDRO NIETO JR., JOEL A. NIETO, J.N.1, A MINOR CHILD, J.N.2, A MINOR CHILD, MIGUEL A. NIETO, JASON BRADLEY FINCH, ELIZABETH MARY FINCH, BRADLEY LOUIS FINCH, WILLIAM JONES IV, LISA LYNN LUZIUS, WILLIAM JONES III, LANCE RAYMOND BLYTHE, MICHAEL ZIPP HANNA, MICHAEL ALEXANDER HANNA, BLAKE COLIN COLE, LYNDA SUE MURRAY, GREG ROBERT COLE, DANIEL CLAYTON VOTROBEK JR., LENORE JEAN HARP, DANIEL CLAYTON VOTROBEK SR., ESTATE OF DALE ALAN BURGER JR., MARTINA CATHERINE BURGER, JENNIFER CHRISTINE BURGER, RACHEL ELIZABETH BURGER, JOSEPH RICHARD BEEMAN, JASON PETER SCHAUBLE, ENRIQUE LINAN JR., BRIAN MICHAEL GLIBA, DAVID LEE SELLS, MISTY LYNN SELLS, MATTHEW KANE SELLS, BRETT LACI | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| SELLS, RICHARD ALAN CRAWFORD, | § |
| TOLIVER EUGENE NOEY, T.G.N., A | § |
| MINOR CHILD, CHARLES ANTHONY | § |
| KELLER, FELICIA FLAKE, CORTNEY | § |
| MCCABE ROBINSON, CHRISTOPHER | § |
| M. ROBINSON, MATTHEW P. | § |
| ROBINSON, NICHOLE R. HOSKINS, | § |
| JASON TODD MORRIS, ROBERT JUSTIN | § |
| MOULTRIE, JOSEPH MICHAEL LOWE, | § |
| ESTATE OF TAYLOR BRADLEY | § |
| PRAZYNSKI, CAROL ROSE | § |
| PRAZYNSKI, RYAN ANDREW BLOMER, | § |
| JOHN FRANCIS PRAZYNSKI, CLAUDIA | § |
| CATHERINE PIERCE, SCOTT BRONSON | § |
| LYON, JESSICA MARIE GRIGGS, | § |
| SHAWN LARRY NICHOLS, T.A.N.,, A | § |
| MINOR CHILD, CHARLES JOSEPH | § |
| VANCHERI, ACIE NATHANIEL | § |
| RAINWATER, KURT DUANE BROOKS, | § |
| MCKENZIE PAIGE BROOKS, K.F.B., A | § |
| MINOR CHILD, COEDY DALE JAMES, | § |
| LISA JAMES, ESTATE OF JASON ALAN | § |
| BENFORD, KIMBERLY ANN BENFORD, | § |
| LANE ALAN BENFORD, J.A.B., A | § |
| MINOR CHILD, WALLACE CASEY | § |
| NELSON III, RAYMOND H. JAMES, | § |
| D.J.N., A MINOR CHILD, HANNAH | § |
| ROSE NELSON, ESTATE OF DUANE | § |
| JOSEPH DREASKY, CHERYL LYNN | § |
| DREASKY, DAWN MARIE HARVEY, | § |
| ROGER JAMES DREASKY, JOSEPH | § |
| PETER BROWN, A.E.B., A MINOR | § |
| CHILD, J.M.B., A MINOR CHILD, | § |
| RICHARD WAYNE TUGWELL JR., AMIE | § |
| N. CARWILE-TUGWELL, C.C.T., A | § |
| MINOR CHILD, R.W.T., A MINOR | § |
| CHILD, ESTATE OF JASON BRENT | § |
| DANIEL, LINDA MAY DANIEL, | § |
| BRANDON WILLIAM LISTON, SCOTT | § |
| WILLIAM LISTON, ESTATE OF JEREMY | § |
| SCOTT JONES, JENNIFER LAURA | § |
| JONES, A.J. J., A MINOR CHILD, M.A.J., | § |
| A MINOR CHILD, ABBI MIRANDA | § |
| CARRETO, JOSEPH SCOTT JONES, | § |
| DIANE KATHLEEN JONES, HENRY | § |
| PAUL MADSON, ALYSIA L. MADSON, | § |

| | |
|---|---|
| KAYLEE R. MADSON, EKATERINA BRUMIT, JESSE JAMES JACKSON, WILLIAM JOHN COLWELL, JANELLE D. COLWELL, ALANNA COLLEEN COLWELL, MICHAEL JEREMIAH BIEBER-RICE, JOSHUA P. COLWELL, J.A.S., A MINOR CHILD, RALEIGH JAMES HEEKIN III, MISTY DAWN HEEKIN, TANNER BRENNON HEEKIN, S.J.H., A MINOR CHILD, LYNN HEEKIN, PATRICK KEIRAN HEEKIN, GEORGIA GRYDER, MICHAEL RYAN GAULDIN, PATRICK  GAULDIN, ROBERT STEVEN BAUGHN, KARLY ANN BAUGHN, ESDRAS JEAN, MARIE JEAN, FRANCOIS JEAN, FRANKLIN JEAN, ZACHARY JEAN, LUC FRANCOIS JEAN, JOSUE JEAN, JOEL SAMUEL JEAN, NAOMIE L. HALL, DOMINICK VICTOR IWASINSKI, MATTHEW DEAN ANDERSON, JOSE LUIS TREVINO, BIVIAN KAY TREVINO, MATTHEW JOSEPH POLOGRUTO, ROBIN ANTHONY HONEYCUTT, JANICE KWILOS-EDMONDS, CHRISTIAN PHILLIPS RODRIGUEZ, C.D.R., A MINOR CHILD, TYLER NICHOLAS OGDEN, SHERYL ANN CHEN, JERRIN MATTHEW OGDEN, MARCUS JAMIL SULLEN, EUNICE HENDERSON SULLEN, FREDERICK DANIEL YOUNG JR., ARIK BRYNE SULLEN, TODD EDWARD MILLER, EDWARD C. MILLER, L.E.M., A MINOR CHILD, TANIA RENEE BARRETT, BEVERLY ANN MILLER, DANIEL DENNIS IBACH, MARY ANN IBACH, DENNIS BURNELL IBACH, ARTHUR LOUIS TOMPKINS, TYLER DAVID NEUMEISTER, ELYSE FINK, SHOSHONE NADENE BOUDREAU, KIMBERLEE MORGAN HINKLEY, SHERMANDRE WESLEY JACKSON, JIMI MCMAHON, S.M.M., A MINOR CHILD, D.J.M., A MINOR CHILD, RYAN EARL GWALTNEY, TIMOTHY EARL GWALTNEY, TIMOTHY JACOB | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| GWALTNEY, HOLLY ANN MROZINSKI, CHRISTOPHER JOSEPH MROZINSKI, A.M., A MINOR CHILD, DERRICK ADAM ANTHONY, FRANCES ELIZABETH ANTHONY, DANIEL ALAN ANTHONY, ALEXANDER RODRIGUEZ BRYANT, SERGIO DANIEL LOPEZ, S.C.L., A MINOR CHILD, CORY LEE THOMAS, A.L.T., A MINOR CHILD, N.A.T., A MINOR CHILD, DEREK DAVID MCGINNIS, ANDREA M. MCGINNIS, PHILIP RYAN TRIMBLE, ANDREW L. TRIMBLE, KAYELEEN ANNE LULOFF, RICHARD OREN TRIMBLE, JANET M. SCHOONOVER, CHARLOTTE RAE TEETSEL, LADONNA RENEE LANGSTRAAT, JOHN A. TRIMBLE, JOHN JAMES DAWDY, PATTIE ANN BLACK, MICHAEL JOHN BLACK, JENNIFER NICOLE BURELSMITH, WENDY ANN LAW, SCOTT WADE FRITZ, KRISTEN J. FRITZ, MATTHEW PAUL SCHAFFER, LUCIA A. SCHAFFER, AMY JO FINNEGAN, JOSEPH JOAQUIN TELLEZ, ISABEL G. TELLEZ, RICHARD A. TELLEZ, SADIE S. LAFROMBOISE, GARY JAROMIR RUC, XENIE HLADIK, TIMOTHY GEORGE BRANDON SVEJDA, VICTORIA C. LEVSEN, MICHAEL RICHARD DRUMMOND, JOSHUA MICHAEL KRUEGER, JILL KATHERINE KRUEGER, KAREN JEAN KRUEGER, MICHAEL WAYNE KRUEGER, ANTONIO JOSE MORA, FRANCIS M. LOVATO, A.R.M., A MINOR CHILD, SHAWN ALI NELSON, THELMA NELSON, ROBERT NELSON, MICHAEL ANDRE DARCY, JOSEPH RAY EASON SR., ASHLEY R. REBSTEIN, F.L.E., A MINOR CHILD, RAY BOYD ROBINSON, APRIL D. MCTIGHE, AURORA D. ROBINSON, FAITH ROBINSON, DAKOTAH ROBINSON, MATTHEW SLATE HAEGER, KORYLEE CHARLES KAAI, SARAH IANARO-KAAI, A.C.K., A | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| MINOR CHILD, BRIAN BUCK WILHELM, A.M.W., A MINOR CHILD, MICHAEL WILHELM, RHONDA WILHELM, MICHAEL BENAVIDES JR., LINDA BENAVIDES, MICHAEL BENAVIDES, DANIEL BENAVIDES, JOSEPH BENAVIDES, I.M.B., A MINOR CHILD, Z.M.B., A MINOR CHILD, LARRY JAMES MAYS JR., SHANE MICHAEL PITTS, VIRGINIA SUMMER, ANTHONY JOHN FERRIS, JULIO ALEXANDER GUZMAN, JARED RAY WHITE, TINA SCATES, CLINTON R. WHITE, BRENNA WHITE, ESTATE OF MATTHEW CHARLES HENDERSON, OWEN L. HENDERSON, JAIMIE K. EGGE, ESTATE OF JEREMY JAMES FISCHER, SARAH A. WATTIER, MARIO L. BORREGO, NICKOLAS CARL STOWMAN, RAYNA L. MONCRIEF, PHILLIP FREDERICK MCCOTTER, DYLAND LINDSEY DUNWELL, LEMARD DUNWELL, JOYCE DUNWELL, CARL DUNWELL, VINCENT WILLIAM GIZZARELLI, STEPHEN LAMONTE EDWARDS JR., MONIQUE A. VALDEZ-EDWARDS, LAUREN E. BOLOBOV, JOSHUA DALE COY, BRIAN DALE CURRIER, JOANNE  CURRIER, DAVID VINCENT BEDNARCIK, RENE BEDNARCIK, VINCENTINE L. BEDNARCIK, RALPH EDWARD SWARTZ II, LYDIA A. HILL, LEATHA M. SWARTZ, ROBERT A. SWARTZ, V.M.S., A MINOR CHILD, BRITTANY M. SWARTZ, RALPH E. SWARTZ SR., ESTATE OF LARRY ALLAN STILWELL, RYAN C. STILWELL, RACHEL L. VERA, JIMMY STILWELL, MANUEL FIGUEROA, KATHRIN FIGUEROA, J.C.F., A MINOR CHILD, PAK SON FIGUEROA, GILBERT FIGUEROA, GILBERT FIGUEROA JR., TIMMY FIGUEROA, SAMUEL FIGUEROA, MICHAEL WAYNE CHRISTOPHERSON, TOMMY LEE FOWLER, SANDRA | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| CLAMON, J.J.C., A MINOR CHILD, JELISSA TALAMANTE, MARCEL KIM D'ENTREMONT, JOHN L. KOLMAR, JAMES C. HOUSEHOLDER, CAELEN A. BAXTER, MARCUS S. BAXTER, JEFFREY LEE PICKARD, NATASHA PICKARD, TYLER PICKARD, E.P., A MINOR CHILD, D.P., A MINOR CHILD, P.P., A MINOR CHILD, JOSEPH ANDREW TALBERT, TONEY MAURICE THOMPSON, JUAN MARTINEZ RUBIO, ESTATE OF BRENTON THOMAS GRAY, COURTNAY SCOTT GRAY, C.S.G., A MINOR CHILD, JOEL BENJAMIN DAMIN, REBECCA S. DAMIN-MOSS, R.E.D., A MINOR CHILD, JARED FULTON BROWN, ANTHONY FRANCIS DEMATTIA, ALAN CHARLES JONES, PATRICIA ANN JONES, SARAH P. JONES, ESTATE OF GWILYM JOSEPH NEWMAN, SAMANTHA L.N. TJADEN, G.A.N., A MINOR CHILD, CHRISTINE A. CURTIS, BRITTANY M. GREENE, PATRICK D. NEWMAN, MATTHEW GENE RAUL MERCADO, K.M.M., A MINOR CHILD, M.L.M., A MINOR CHILD, RAUL  MERCADO, SAUNDRA MERCADO, JOHN JUJU WILLIAMS, CHIQUITA S. WILLIAMS, D.I.W., A MINOR CHILD, KYLE LEE WELCH, BRYON MAURICE SLAY, WILBERT DUBOSE, SHARON  SLAY DUBOSE, JERRELL SLAY, B.D.B.S., A MINOR CHILD, AKOS SLAY, LUKE PETER HARVEY, L.K.K., A MINOR CHILD, SUSAN A. HARVEY, JOHN K. HARVEY, JOHN IOANNIS OUZOUNIDIS, JAMES MICHAEL GEIGER III, JAMES M. GEIGER JR., PATRICIA L. GEIGER, JOSHUA H. GEIGER, ELIZABETH E. GEIGER, COLIN ALFRED BENJAMIN ANDERSON, ELIZABETH ANDERSON, JANE ANDERSON, KARL ANDERSON, KRISTI BAO, LAURIE ANDERSON, HEIDI MARTINEZ, LEONARD BERT SLOAN, MARIA L. SLOAN, LEONARD J. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| SLOAN, OLEIN NASHAN TSINNIJINNIE, ROSS TSINNIJINNIE, RANESSA TSINNIJINNIE, SHELDREANN TSINNIJINNIE, SHALESHIA TSINNIJINNIE, ROSSIEANNE TSINNIJINNIE, CHRISTOPHER GODDARD DUNLAP, ESTATE OF EDDIE EUGENE MENYWEATHER, VERONICA M. MENYWEATHER, EDDIE E. MENYWEATHER JR., GYNIA M. MENYWEATHER, ALFRED D. MENYWEATHER, GARY A. MENYWEATHER, LINDA E. MENYWEATHER, KATHERINE L. LAWLER, STEPHANIE M. MENYWEATHER, DOROTHY M. MENYWEATHER, SHARON D. MENYWEATHER, LILLIE R. MENYWEATHER, EDDIE E. EDWARDS, MOLIVERE M. MENYWEATHER, BILLIE JOYCE EDWARDS, LATONYA R. EDWARDS, SHARON D. EDWARDS, SHONTAE T. EDWARDS, EDDIE E. EDWARDS, JR., MARTAVEON C. EDWARDS, ESTATE OF SASCHA GRENNER-CASE, KAREN K. GRENNER-CASE, MYRA R. BARDO, TROY A. GRENNER-CASE, GARRETT MICHAEL MARSH, TERRY LEON STEWARD, DARLENE MORGAN-STEWARD, REX DONALD LACEBY, DONALD S. LACEBY, DOLORES SCHAFFER, TYLER R. LACEBY, VAITOGI SANI TAETULI, LETICIA TAETULI, TAETULI SANI, LIKE SANI VILI, CASSANDRA MARTINEZ, MARISOL OJEDA, ROLAND CASSO, BRADLEY SCOTT SHADDEN, KRISTOPHER HARRY QUINTANA, ESTHER SCAMAN, JUSTIN W. SCAMAN, CASSIE QUINTANA VASQUEZ, JOHN W. SCAMAN, ARTHUR WAYNE D'AMATO, JUSTIN ANDREW BOSWOOD, CARRIE L. BOSWOOD, TROY JAMES TUSCHEL, SIMON MIGUEL GARCIA, ALICIA R. GARCIA, JAMES ALAN BELL, LINDA S. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| BELL, DAVID CRAIG, JON G. BELL, SAMUEL JAMES MORTIMER, KRISTINE MORTIMER, DEREK BENJAMIN KOLB, GLENN GILBERT GEFFERT, PAMELA A. GEFFERT, AIDAN M. GEFFERT, IAN C. DRINKWATER, TRISTAN G. DRINKWATER, DESHAWN DAVID TURNER, ANITA A. TURNER, CARMEL FITZGERALD, NORA ANN FOUTZ, MATTHEW WRIGHT, ALICIA JOY CAVER, TRAVIS GINGRICH, SIERRA M. VASQUEZ, CASSANDRA M. NUNEZ, SUSANNE M. LOPEZ, SONIA M. LOPEZ, JOHN R. STANLEY, REBECCA VASQUEZ, JESSICA MALLARD FANCHER, BRIAN E. MALLARD, C.J.R., A MINOR CHILD, ESTATE OF BRAD DUANE SQUIRES, DONNA SQUIRES, JODIE MARIE BOGDAN, CHAD FRANCIS SQUIRES, DANIEL JOEL FOSTER, WILLIAM LEE NESTOR, WALTER SCOTT GRIGG, D.N.B., A MINOR CHILD, T.M.B., A MINOR CHILD, A.A.B., A MINOR CHILD, RANCE BREVIN ANDERSON, RYLER BRICE ANDERSON, LUDIE ELLEN SHINAULT, JEREMY GEORGE CASHWELL, KRISTEN ELIZABETH FISKE-STORLIE, CARRITTEE MICHELLE SMITH, CLINTON DURHAM JR., SABRINA DURHAM, J.A.S., A MINOR CHILD, R.H.S., A MINOR CHILD, OBED JIMENEZ, WALTER LEMAN THOMAS, JARRAD JEROME DAVENPORT, LATOYA SHANTIA DAVENPORT, JARRAD ELIJAH DAVENPORT, DARRIUS X. DAVENPORT, X.C.D., A MINOR CHILD, MICHAEL RAFAEL HERNANDO, JACOB P. DAVID, HILTON JEROME GERMANY JR.,  ADAM NATHAN FLEURY, MICHAEL PAUL SAVOIE, ESTATE OF ABRAHAM SIMPSON, MARIA LUZ SIMPSON, JAMES T. SIMPSON, DAVID SIMPSON, PAUL SIMPSON, JOHN WESLEY URQUHART, CATHERINE | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| ELIZABETH URQUHART, GARLAND WESLEY URQUHART, CHRISTINA WILKERSON, CAROLINE URQUHART, MARY ELIZABETH URQUHART, VIRGINIA URQUHART, SHAWN DAVID SPITZER, BRIAN GEORGE THURMOND, MARY BARWICK, GEORGE THURMOND, JENNIFER COALSON, DAVID KARL LIND, DAVID A. LIND, CATHERINE JACKMAN, MICHAEL LIND, BRADLEY JOSEPH LIND, DOMINIC ANGEL FRANCO, YICENIA FELO-FRANCO, X.F., A MINOR CHILD, VALERIE PETERSON, STEVE PETERSON, JOEL K. GORBUTT, CLAYTON TILTON CROWELL, SHANE FITZSIMMONS, JOHN FITZSIMMONS, KAITLYN MARTINEZ, DENVER WESLEY HOUCK JR., JENNIFER HOUCK, L.A.H., A MINOR CHILD, POLLY HOUCK, BILL HUDSON GROSS II, THOMAS LOCKWOOD JOHNSON, ANTHONY LEE MIELE, JOSS WADE PURDON, SHAWNA PURDON, AUSTIN PURDON, JACOB PURDON, JORGE ALEXANDER ROMAN, DIANA CANALES, GABRIEL MARTINEZ, ROCKY MARTINEZ, JOHN RICHARD CHAO, DANIEL WILLIAMS, JAMES RYAN MOBLEY, JONATHAN CHANCE THOMAS, FRIEDA STEPHANIE MELTON, JOHN BURK THOMAS, JACK RYAN WILKERSON, JESSIE MELTON MORGAN, ASHLEY THOMAS GIBSON, KEVIN A. MADACHIK, ALFREDA IRENE MADACHIK, THOMAS JOHN MADACHIK, STEPHEN MADACHIK, LAUREN C. MADACHIK, DANIEL JAMES GRIEGO, AMY GRIEGO, LENA PARKER, FRED GRIEGO, CYNTHIA LEONARD, PRISCILLA GRIEGO, NOAH JAMES GRIEGO, CHRISTOPHER JERID RODRIGUEZ, JAMES THOMAS OLSON, MATTHEW JOSEPH SOLBERG, LAURIE HEBBE, ROGER HEBBE, SAM HEBBE, JACOB HEBBE, SIMON PETER | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

| | |
|---|---|
| FLARITY, MARIO DONTAE WHITAKER SR., BEAU ANTHONY MATTIODA, SHANE KEVIN HOUSMANS, NICOLE M. HOUSMANS, C.F.H., A MINOR CHILD, ESTATE OF JOSE A. VELEZ, NICKIE VELEZ, DONNELL DRAIL NELSON II, RYAN DAVID SAWYER, LAURA SAWYER, BRIAN ELDON WILLIAMS, KIMBERLY KAYE WILLIAMS, STEVEN ELDON WILLIAMS, COLBY ALLAN WILLIAMS, BRADLEY ALAN KNEPPER, ALLEN LAMAR PRATT, NELSON ANTONIO MARTINEZFLORES, BRADLEY CHARLSON, TANIA MAHINDA, NICOLE CHARLSON, DARRYL OWEN DOTSON JR., ESTATE OF ANTHONY CAPRA, JR., ANGIE CAPRA, ANTHONY CAPRA, SR., SHARON CAPRA, MARK CAPRA, VICTORIA CAPRA, A.C., A MINOR CHILD, J.C., A MINOR CHILD, S.C., A MINOR CHILD, DANIELLE CAPRA, EMILY CAPRA, JACOB CAPRA, JOANNA CAPRA, JOSEPH CAPRA, JULIA-ANNE CAPRA, MICHAEL CAPRA, RACHEL LEE, SARAH JOHNSON, JASON CAPRA, JONATHAN BROCK HOGGE, T.B.H., A MINOR CHILD, K.A.H., A MINOR CHILD | § § § § § § § § § § § § § § § § § § § § § § § § § § § |
| (Addresses filed under Seal) | § § |
| Plaintiffs, | § § |
| v. | § § § |
| THE ISLAMIC REPUBLIC OF IRAN The Ministry of Foreign Affairs Imam Khomeini Street Imam Khomeini Square Tehran, Iran 1136914811 | § § § § § § § |
| THE ISLAMIC REVOLUTIONARY GUARD CORPS ("IRGC") | § § |

| | |
|---|---|
| Armed Forces Headquarters Iran<br>Tehran – Zone 7 – Shariati<br>Ghoddoosi Square (Ghaar)<br>Tehran, Iran<br><br>IRANIAN MINISTRY OF INTELLIGENCE<br>& SECURITY<br>(a/k/a Vezarat-e Ettela'at Va Amniat-e<br>Keshvar a/k/a VEVAK a/k/a VAJA)<br>Second Negarestan Street<br>Pasdaran Avenue<br>Tehran, Iran<br><br>BANK MARKAZI JOMHOURI ISLAMI<br>IRAN<br>(a/k/a the Central Bank of the Islamic<br>Republic of Iran)<br>Mirdamad Boulevard<br>No. 198<br>Tehran, Iran<br>P.O. Box: 15875/7177<br><br>BANK MELLI IRAN<br>Ferdowsi Avenue<br>10 Building<br>Tehran, Iran<br>1135931596<br>Mail Box 11365.144<br><br>NATIONAL IRANIAN OIL COMPANY<br>Roodsar Street No. 18<br>District 6<br>Tehran, Iran<br><br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

# **TABLE OF CONTENTS**

I.    NATURE OF THE CASE ........................................................................... 1

II.   JURISDICTION AND VENUE ................................................................ 4

   1.   THIS COURT HAS JURISDICTION OVER ALL CLAIMS AND ALL
        PARTIES. .................................................................................... 4

        A.   THIS COURT MAY EXERCISE JURISDICTION OVER THE
             SUBJECT MATTER OF ALL CLAIMS ASSERTED HEREIN. ......... 4

             I. FOREIGN SOVEREIGN IMMUNITIES ACT ................................. 5

        B.   THIS COURT MAY EXERCISE PERSONAL JURISDICTION
             OVER ALL PARTIES TO THIS ACTION. ......................................... 5

   2.   VENUE IS PROPER IN THIS COURT. ....................................................... 6

III.  LEGISLATIVE BACKGROUND ............................................................... 6

IV.   THE DEFENDANTS ................................................................................. 8

   1.   THE ISLAMIC REPUBLIC OF IRAN ......................................................... 8

   2.   ISLAMIC REVOLUTIONARY GUARD CORPS ..................................... 12

   3.   THE IRANIAN MINISTRY OF INTELLIGENCE & SECURITY (MOIS)
        .................................................................................................... 14

   4.   BANK MARKAZI JOMHOURI ISLAMI IRAN ...................................... 18

   5.   BANK MELLI IRAN ................................................................................. 19

   6.   NATIONAL IRANIAN OIL COMPANY .................................................. 23

V.    FACTUAL ALLEGATIONS ................................................................... 26

   1.   IRAN'S LONG HISTORY OF MATERIALLY SUPPORTING AND
        ENCOURAGING ACTS OF INTERNATIONAL TERRORISM ............ 27

   2.   IRAN'S SPONSORSHIP AND MATERIAL SUPPORT OF TERRORISM
        IN IRAQ .................................................................................... 31

   3.   ISLAMIC REVOLUTIONARY GUARD CORPS—QODS FORCE
        (IRGC-QF) ................................................................................. 35

   4.   HEZBOLLAH ............................................................................................ 38

5.      IRAN'S MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS (MODAFL) ...................................................................................44

6.      ANSAR AL ISLAM .................................................................46

7.      AL QAIDA NETWORK ...........................................................52

      A.  ABU MUSAB ZARQAWI AND THE RISE OF AL QA'IDA IN IRAQ ("AQI") ..................................................................60

8.      THE SPECIAL GROUPS ........................................................64

      A.  THE BADR CORPS/BADR ORGANIZATION ................69

      B.  KATA'IB HIZBALLAH .....................................................70

      C.  JAYSCH AL MAHDI & THE PROMISED DAY BRIGADES..........76

      D.  ASA'IB AHL AL HAQ .....................................................78

9.      IRANIAN SIGNATURE WEAPONS USED IN THE TERRORIST ATTACKS ..............................................................................79

      A.  EXPLOSIVELY FORMED PENETRATORS....................80

      B.  IMPROVISED ROCKET ASSISTED MUNITIONS ..........87

10.     IRAN EVADES SANCTIONS & COMMITS ACTS OF TERRORISM THROUGH ITS AGENTS/PROXIES ......................................90

      A.  ISLAMIC REPUBLIC OF IRAN SHIPPING LINES ........91

      B.  MAHAN AIR.....................................................................94

      C.  NATIONAL IRANIAN OIL COMPANY (NIOC)..............97

      D.  KHATAM AL-ANBIYA CONSTRUCTION COMPANY & THE HEADQUARTERS FOR THE RESTORATION OF HOLY SHRINES ..........................................................................98

VI.  THE PLAINTIFFS & THE TERRORIST ATTACKS ...........................................106

1.      THE JUNE 6, 2011 ATTACK – JSS LOYALTY ...................109

      A.  PLAINTIFFS THE CHRISTOPHER BROOK FISHBECK FAMILY.....................................................................109

      B.  PLAINTIFFS THE DAVID CHRISTOFER BOYLE FAMILY .......110

C.   PLAINTIFFS THE TYMON LARMA COLEMAN FAMILY .........112

D.   PLAINTIFFS THE CHRISTIAN PHILLIPS RODRIGUEZ FAMILY...
..................................................................................................113

E.   PLAINTIFF HILTON JEROME GERMANY, JR............................114

F.   PLAINTIFF WALTER LEMAN THOMAS......................................115

2.      THE NOVEMBER 2, 2011 ATTACK – DIWANIYAH .........................116

A.   PLAINTIFFS THE MARCUS JAMIL SULLEN FAMILY .............116

3.      THE JULY 8, 2011 ATTACK – BAGHDAD..........................................117

A.   PLAINTIFFS THE TYLER NICHOLAS OGDEN FAMILY ..........117

4.      THE JULY 3, 2011 ATTACK – AL AMARRA......................................118

A.   PLAINTIFFS THE MATTHEW TERRANCE WHITESIDE FAMILY.
..................................................................................................118

5.      THE JUNE 29, 2011 ATTACK – ZURBATIYAH..................................120

A.   PLAINTIFF JOSEPH ANDREW TALBERT...................................120

6.      THE JUNE 18, 2011 ATTACK – AL DAWINIYAH..............................121

A.   PLAINTIFF THE MARK ANTONY HALL FAMILY ....................121

7.      THE JUNE 15, 2011 ATTACK – JSS SIFER.........................................123

A.   PLAINTIFFS THE JARRAD JEROME DAVENPORT FAMILY...123

8.      THE MAY 13, 2011 ATTACK – NASIRIYAH ......................................124

A.   PLAINTIFFS THE MATTHEW TERRANCE WHITESIDE FAMILY.
..................................................................................................124

9.      THE MAY 4, 2011 ATTACK - CAMP TAJI .........................................126

A.   PLAINTIFF OBED JIMENEZ .........................................................126

10.     THE APRIL 29, 2011 ATTACK - BAGHDAD.......................................127

A.   PLAINTIFFS THE TREY NORMAN BAILEY FAMILY ..............127

11.     THE APRIL 15, 2011 ATTACK – SADR CITY .....................................128

A.  PLAINTIFF MICHAEL JUNG HYUN PASCO ................................ 128

12.    THE APRIL 2, 2011 ATTACK – ISKANDARIYA ................................ 129

A.  PLAINTIFFS THE CHRISTIAN ANTHONY SARACHO GARCIA FAMILY ........................................................................................ 129

13.    THE APRIL 2, 2011 ATTACK - ISKANDARIYAH .............................. 130

A.  PLAINTIFF DARRYL OWEN DOTSON JR ................................... 130

14.    THE JANUARY 17, 2011 ATTACK – BAGHDAD .............................. 131

A.  PLAINTIFF OLNEY EUGENE JOHNSON ...................................... 131

15.    THE SEPTEMBER 1, 2010 ATTACK – AMARA, CAMP GARY OWEN ............................................................................................................... 132

A.  PLAINTIFFS THE MATTHEW TERRANCE WHITESIDE FAMILY . ................................................................................................... 132

16.    THE JULY 14, 2010 ATTACK - KADHIMIYAH ................................ 134

A.  PLAINTIFF JEREMY GEORGE CASHWELL ............................... 134

17.    THE JUNE 9, 2010 ATTACK – TAJI ..................................................... 135

A.  PLAINTIFFS THE DESHAWN DAVID TURNER FAMILY ......... 135

18.    THE APRIL 20, 2010 ATTACK – KIRKUK .......................................... 136

A.  PLAINTIFFS THE JEFFREY LEE PICKARD FAMILY ................ 136

19.    THE APRIL 3, 2010 ATTACK - TAJI .................................................... 137

A.  PLAINTIFFS THE JEFFREY MARVIN NICOLAS FAMILY ........ 137

20.    THE FEBRUARY 4, 2010 ATTACK - MOSUL .................................... 139

A.  PLAINTIFF JASON KILLENS THOMPSON .................................. 139

21.    THE JANUARY 22, 2010 ATTACK – BASRA ...................................... 140

A.  PLAINTIFFS THE ROBIN ANTHONY HONEYCUTT FAMILY .. 140

22.    THE DECEMBER 24, 2009 ATTACK – FOB GARRY OWEN, AL AMARAH ............................................................................................... 141

A.  PLAINTIFFS THE RICHARD WILSON SCARLETT FAMILY .... 141

iv

23.     THE NOVEMBER 24, 2009 ATTACK – MOSUL ...................................142

        A.  PLAINTIFF MATTHEW DEAN ANDERSON ................................142

24.     THE OCTOBER 12, 2009 ATTACK – JALAWLA ................................143

        A.  PLAINTIFF MATTHEW JOSEPH POLOGRUTO...........................143

25.     THE AUGUST 15, 2009 ATTACK – DISTRICT OF BAJI...................143

        A.  PLAINTIFFS THE LUKE PETER HARVEY FAMILY...................143

26.     THE AUGUST 2, 2009 ATTACK - BAGHDAD ....................................145

        A.  PLAINTIFFS THE KENNETH LEE SMITH FAMILY .................145

27.     THE JULY 12, 2009 ATTACK – SHARQAT........................................146

        A.  PLAINTIFFS THE DAVID A. CONWAY, II FAMILY .................146

28.     THE JULY 1, 2009 ATTACK – TARMIYAH ........................................147

        A.  PLAINTIFF DANIEL JARED WILKERSON...................................147

29.     THE MAY 25, 2009 ATTACK – BALAD ..............................................148

        A.  PLAINTIFFS THE JOSE LUIS TREVINO FAMILY......................148

30.     THE MAY 1, 2009 ATTACK – TARMIYAH.........................................149

        A.  PLAINTIFF DANIEL JARED WILKERSON...................................149

31.     THE APRIL 23, 2009 ATTACK – QAYYARAH ..................................150

        A.  PLAINTIFFS THE MICHAEL ANDREW HURD, SR. FAMILY ...150

32.     THE APRIL 22, 2009 ATTACK - TIKRIT ...........................................151

        A.  PLAINTIFF MATTHEW CARNELL BEATTY ..............................151

33.     THE APRIL 15, 2009 ATTACK – BALAD ...........................................152

        A.  PLAINTIFFS THE MESHALL WINNEGAN FAMILY .................152

34.     THE APRIL 12, 2009 ATTACK – MOSUL ...........................................153

        A.  PLAINTIFFS THE CORY LEE THOMAS FAMILY ......................153

35.     THE APRIL 1, 2009 ATTACK - BAGHDAD.........................................154

A.  PLAINTIFF MARK LEE FLETCHER ...............................................154

36.  THE FEBRUARY 15, 2009 ATTACK – AS SALAM ............................155

A.  PLAINTIFFS THE SHAWN MICHAEL DURNEN FAMILY.........155

37.  THE FEBRUARY 14, 2009 ATTACK – HUSAYBAH ..........................157

A.  PLAINTIFFS THE JUSTIN PERRY SEDELMAIER FAMILY.......157

38.  THE FEBRUARY 9, 2009 ATTACK –MOSUL ....................................158

A.  PLAINTIFFS THE JOSHUA ALLEN WARD FAMILY ................158

39.  THE OCTOBER 15, 2008 ATTACK – BAGHDAD...............................159

A.  PLAINTIFFS THE MARK ALLEN WHETZEL FAMILY ..............159

40.  THE SEPTEMBER 6, 2008 ATTACK - BAQUBAH .............................160

A.  PLAINTIFFS THE JAMES RYAN MCPHERSON FAMILY..........160

41.  THE AUGUST 14, 2008 ATTACK – DIYALA PROVINCE.................160

A.  PLAINTIFFS THE CLINTON DEWARD DURHAM FAMILY .....160

42.  THE JULY 23, 2008 ATTACK – IED ALLEY, ROUTE IRISH,
BAGHDAD.............................................................................................161

A.  PLAINTIFFS THE RODRICK BERNARD ANDERSON FAMILY161

43.  THE JULY 8, 2008 ATTACK – OUTSIDE ABANDONED SHEIK GARI
RAILWAY STATION IN KHANDAHARI NEIBHBORHOOD, JSS
LUZON, NEAR AL NASR WAL SALAM, IVO ABU GHRAIB ..........162

A.  PLAINTIFF ROBERT JOSEPH BARTHEL .....................................162

44.  THE JUNE 15, 2008 ATTACK – MAHMOUDIYAH ...........................163

A.  PLAINTIFFS THE MARK ALLEN WHETZEL FAMILY ..............163

45.  THE JUNE 5, 2008 ATTACK - FALLUJAH .........................................165

A.  PLAINTIFFS THE JACOB D. HOUSEHOLDER FAMILY ...........165

46.  THE MAY 26, 2008 ATTACK – BALD RUZ ........................................166

A.  PLAINTIFFS THE WILLIAM BARNS ALLEN FAMILY ..............166

47.     THE APRIL 30, 2008 ATTACK – SADR CITY ..................................... 167

        A.  PLAINTIFF KYLE LEE WELCH ...................................................... 167

48.     THE APRIL 28, 2008 ATTACK - FALLUJAH ..................................... 168

        A.  PLAINTIFFS THE JACOB D. HOUSEHOLDER FAMILY ........... 168

49.     THE APRIL 21, 2008 ATTACK – BAIJI ................................................ 169

        A.  PLAINTIFFS THE ADAM J. KOHLHAAS FAMILY ............. 169

50.     THE APRIL 9, 2008 ATTACK – BALAD, IRAQ .................................. 170

        A.  PLAINTIFFS THE ANTHONY CAPRA, JR. FAMILY .................. 170

51.     THE APRIL 2, 2008 ATTACK – BAQUBAH ........................................ 173

        A.  PLAINTIFFS THE SENE PE'A POLU FAMILY ............................ 173

52.     THE MARCH 27, 2008 ATTACK - KAHDIMIYAH ............................ 174

        A.  PLAINTIFF WALTER SCOTT GRIGG............................................ 174

53.     THE MARCH 23, 2008 ATTACK – BAGHDAD................................... 175

        A.  PLAINTIFFS THE PHILIP RYAN TRIMBLE FAMILY ................ 175

54.     THE MARCH 12, 2008 ATTACK – TALLIL AIR BASE..................... 177

        A.  PLAINTIFFS THE JOEL TAVERA FAMILY................................. 177

55.     THE MARCH 8, 2008 ATTACK - SAKHRAH VILLAGE................... 178

        A.  PLAINTIFFS THE WILLIAM MATTHEW PFEIFER FAMILY ....178

56.     THE MARCH 7, 2008 ATTACK - BAGHDAD..................................... 180

        A.  PLAINTIFFS THE DEREK PAUL HADFIELD FAMILY .............180

57.     THE FEBRUARY 14, 2008 ATTACK – AL TAJI.................................181

        A.  PLAINTIFFS THE DAVID ANDREW HOLLEY FAMILY...........181

58.     THE FEBRUARY 5, 2008 ATTACK – BALAD ................................... 182

        A.  PLAINTIFFS THE KRISTOPHER SIEMON FAMILY ................. 182

59.     THE JANUARY 21, 2008 ATTACK - SAMARRA............................... 183

A.  PLAINTIFFS THE CHARLES LEE STORLIE FAMILY ............... 183

60.      THE DECEMBER 9, 2007 ATTACK – ISKANDRIYA ......................... 184

A.  PLAINTIFFS THE KENDRICK LEE DIXON FAMILY ................ 184

61.      THE OCTOBER 31, 2007 ATTACK - NASIRIYAH ............................. 185

A.  PLAINTIFFS THE ABRAHAM MARTINEZ-AYALA FAMILY ... 185

62.      THE OCTOBER 28, 2007 ATTACK – BAQUBAH ............................... 186

A.  PLAINTIFFS THE LUIS HUMBERTO GUTIERREZ, JR. FAMILY ...
.................................................................................................... 186

63.      THE OCTOBER 22, 2007 ATTACK – BAGHDAD .............................. 188

A.  PLAINTIFFS THE ROBERT ALLEN HAAF FAMILY ................. 188

64.      THE OCTOBER 14, 2007 ATTACK – BAGHDAD .............................. 189

A.  PLAINTIFF THE KENNETH JAMES IWASINSKI FAMILY ........ 189

65.      THE OCTOBER 10, 2007 ATTACK – BAGHDAD .............................. 190

A.  PLAINTIFFS THE KEVIN DANIEL SNOW FAMILY .................. 190

66.      THE SEPTEMBER 29, 2007 ATTACK - BAGHDAD .......................... 191

A.  PLAINTIFF ERIC JAMES ATKINSON ........................................... 191

67.      THE SEPTEMBER 24, 2007 ATTACK – BAQUBAH .......................... 192

A.  PLAINTIFFS THE WAYLAND TODD ALLEN FAMILY ............. 192

68.      THE AUGUST 30, 2007 ATTACK – NORTHWEST HADITHA ......... 194

A.  PLAINTIFF LUIS ALFREDO RANERO ......................................... 194

69.      THE AUGUST 29, 2007 ATTACK - AL KARMAH ............................. 195

A.  PLAINTIFF JAMES RYAN MOBLEY ............................................. 195

B.  PLAINTIFFS THE DAVID JOSEPH BICKNELL FAMILY ........... 196

C.  PLAINTIFFS THE TYLER JAMES MARTIN FAMILY ................ 197

70.      THE AUGUST 16, 2007 ATTACK – SAQLAWIYAH ......................... 198

A.  PLAINTIFFS THE DONALD LEE III FAMILY .............................. 198

71.     THE AUGUST 12, 2007 ATTACK – SADR CITY ................................200

        A.  PLAINTIFF ANTWON LAVANTE CHILDERS ............................200

72.     THE AUGUST 9, 2007 ATTACK- MOSUL ...........................................201

        A.  PLAINTIFF ABRAM WILLIAM MARVIN ..................................201

73.     THE AUGUST 5, 2007 ATTACK – BAGHDAD ..................................202

        A.  PLAINTIFFS THE ROBERT STEVEN BAUGHN FAMILY .........202

74.     THE AUGUST 4, 2007 ATTACK – SOUTHERN BAGHDAD.............203

        A.  PLAINTIFF SEAN PATRICK REED................................................203

75.     THE JULY 30, 2007 ATTACK – KARMAH .........................................204

        A.  PLAINTIFFS THE DENVER WESLEY HOUCK, JR. FAMILY ....204

76.     THE JULY 29, 2007 ATTACK – BAGHDAD.......................................205

        A.  PLAINTIFFS THE CODY CLARK GRATER FAMILY ................205

77.     THE JULY 27, 2007 ATTACK – BAGHDAD.......................................206

        A.  PLAINTIFFS THE SCOTT WADE FRITZ FAMILY .....................206

78.     THE JULY 17, 2007 ATTACK – BAGHDAD.......................................207

        A.  PLAINTIFFS THE ADAM THOMAS GAULDIN FAMILY...........207

79.     THE JULY 2, 2007 ATTACK – HADITHA............................................208

        A.  PLAINTIFF MATTHEW PAUL UKEN............................................208

80.     THE JUNE 20, 2007 ATTACK – BAGHDAD.......................................209

        A.  PLAINTIFFS THE EDWARD JAMES TERRY SR. FAMILY ........209

81.     THE JUNE 20, 2007 ATTACK – BAGHDAD.......................................211

        A.  PLAINTIFFS THE ANDREW JAMES RAYMOND FAMILY .......211

82.     THE JUNE 20, 2007 ATTACK – KARMAH .........................................212

        A.  PLAINTIFFS THE GARY DAVID MORAN FAMILY ..................212

83.     THE JUNE 20, 2007 ATTACK – KARMAH .........................................214

    A.  PLAINTIFF JOSHUA MATTHEW BOWER ................................... 214

84.   THE JUNE 14, 2007 ATTACK – SAQLAWIYAH, AL ANBAR .......... 215

    A.  PLAINTIFFS THE BRIAN GEORGE THURMOND FAMILY ...... 215

    B.  PLAINTIFFS THE DAVID KARL LIND FAMILY ........................ 216

    C.  PLAINTIFFS THE SIGIFREDO APODACA FAMILY .................. 217

85.   THE JUNE 13, 2007 ATTACK - BAGHDAD ....................................... 219

    A.  PLAINTIFF JOEL K. GORBUTT ................................................. 219

86.   THE JUNE 13, 2007 ATTACK – RAMADI........................................... 220

    A.  PLAINTIFF STEVEN GRANT GILBOY ....................................... 220

87.   THE JUNE 11, 2007 ATTACK - BAGHDAD ....................................... 221

    A.  PLAINTIFF CHRISTOPHER JERID RODRIGUEZ ...................... 221

88.   THE JUNE 11, 2007 ATTACK - KARMAH........................................... 222

    A.  PLAINTIFF BILL HUDSON GROSS II ......................................... 222

89.   THE JUNE 10, 2007 ATTACK - MAIN SUPPLY ROUTE TAMPA, NEAR FOB Q-WEST.................................................................................. 223

    A.  PLAINTIFFS THE LARRY DUANE WILSON, JR. FAMILY ........ 223

90.   THE JUNE 3, 2007 ATTACK – BAQUBAH .......................................... 224

    A.  PLAINTIFFS THE MICHAEL F. JACKSON FAMILY ................... 224

91.   THE JUNE 3, 2007 ATTACK – ROUTE LOUISIANA, HOSSEINIYA 225

    A.  PLAINTIFFS THE JARED MICHAEL ROGERS FAMILY ............ 225

92.   THE MAY 25, 2007 ATTACK – RADWANIYAH ................................ 226

    A.  PLAINTIFFS THE ROBERT ALLEN MANSFIELD FAMILY ...... 226

93.   THE MAY 25, 2007 ATTACK – AL ANBAR........................................ 227

    A.  PLAINTIFF THE CORY ROBERT HOWARD FAMILY............... 227

94.   THE MAY 21, 2007 ATTACK – BAGHDAD ........................................ 228

    A.  PLAINTIFF JOHN IOANNIS OUZOUNIDIS ................................. 228

95.     THE MAY 17, 2007 ATTACK - RUSHDI MULLAH - THE TRIANGLE
        OF DEATH .............................................................................................229

        A.  PLAINTIFFS THE STEVEN MICHAEL PACKER FAMILY .........229

96.     THE MAY 14, 2007 ATTACK – BAGHDAD ........................................230

        A.  PLAINTIFFS THE TERRY LAMONT FLEMING FAMILY ..........230

97.     THE MAY 13, 2007 ATTACK -- SAMARRA........................................232

        A.  PLAINTIFFS THE DANIEL EUZEB COWART FAMILY .............232

98.     THE MAY 12, 2007 ATTACK – UMM QASR.......................................234

        A.  PLAINTIFFS THE ANDRE DEWAYNE JOSEPH FAMILY ..........234

99.     THE MAY 5, 2007 ATTACK – BARWANA...........................................235

        A.  PLAINTIFFS THE RONNY PORTA FAMILY ...............................235

100.    THE APRIL 28, 2007 ATTACK – HADITHA........................................236

        A.  PLAINTIFF THEODORE MICHAEL COTHRAN JR., ..................236

101.    THE APRIL 25, 2007 ATTACK – BAGHDAD .....................................238

        A.  PLAINTIFF SHAUN CHRISTOPHER STILTNER..........................238

102.    THE APRIL 18, 2007 ATTACK – TARMIYAH ....................................239

        A.  PLAINTIFFS THE MATTHEW GENE RAUL MERCADO FAMILY .
            ...................................................................................................239

103.    THE APRIL 13, 2007 ATTACK – BAQUBAH .....................................240

        A.  PLAINTIFFS THE MICHAEL F. JACKSON FAMILY ...................240

104.    THE APRIL 12, 2007 ATTACK - TARMIYAH .....................................241

        A.  PLAINTIFFS THE GWILYM JOSEPH NEWMAN FAMILY.........241

105.    THE APRIL 10, 2007 ATTACK - AL RUSAFA ....................................242

        A.  PLAINTIFFS THE MALCOLM CHRISTOPHER CANADA FAMILY
            ...................................................................................................242

106.    THE APRIL 5, 2007 ATTACK – BAGHDAD........................................244

A.  PLAINTIFFS THE RENE IVAN GONZALEZ, JR. FAMILY .........244

107.   THE MARCH 31, 2007 ATTACK – BAGHDAD...................................245

A.  PLAINTIFFS THE BRADLEY ARNOLD BLAZEK FAMILY.......245

108.   THE MARCH 26, 2007 ATTACK - BAQUBAH...................................246

A.  PLAINTIFF MARIO DONTAE WHITAKER SR. ..........................246

109.   THE MARCH 19, 2007 ATTACK—DINING FACILITY FOB FALCON, BAGHDAD............................................................................................247

A.  PLAINTIFF MATTHEW LEE ANDREAS......................................247

110.   THE MARCH 16, 2007 ATTACK – BUHRIZ.......................................248

A.  PLAINTIFFS THE WILLIAM ROBERT INGRAM FAMILY ........248

111.   THE MARCH 15, 2007 ATTACK - SAMARRA...................................249

A.  PLAINTIFF BRADLEY ALAN KNEPPER.....................................249

112.   THE MARCH 11, 2007 ATTACK - AL RUSAFA ................................250

A.  PLAINTIFFS THE MALCOLM CHRISTOPHER CANADA FAMILY ..................................................................................................250

113.   THE MARCH 5, 2007 ATTACK – BAQUBAH ...................................251

A.  PLAINTIFFS THE MICHAEL F. JACKSON FAMILY..................251

114.   THE MARCH 3, 2007 ATTACK –SAQLAWIYAH...............................252

A.  PLAINTIFFS THE RORY HAMILTON COMPTON FAMILY ......252

115.   THE MARCH 1, 2007 ATTACK – NASIRIYA.....................................254

A.  PLAINTIFF KARL R. SIMANDL.....................................................254

116.   THE FEBRUARY 28, 2007 ATTACK – MAHMUDIYA .....................254

A.  PLAINTIFF MICHAEL WAYNE MYERS.......................................254

117.   THE FEBRUARY 22, 2007 ATTACK – SADR AL YUSIFIYAH.........255

A.  PLAINTIFFS THE HANNIBAL ALEXANDER VEGUILLA FAMILY ...........................................................................................255

118.   THE FEBRUARY 22, 2007 ATTACK – RAMADI ................................257

       A.  PLAINTIFFS THE JOSHUA RYAN HAGER FAMILY .................257

119.   THE FEBRUARY 22, 2007 ATTACK – RAMADI ................................258

       A.  PLAINTIFFS THE RALEIGH JAMES HEEKIN III FAMILY ........258

120.   THE FEBRUARY 21, 2007 ATTACK – KHALIDIYA .........................259

       A.  PLAINTIFF JOSHUA MATTHEW BOWER ..................................259

121.   THE FEBRUARY 20, 2007 ATTACK – BAGHDAD ...........................260

       A.  PLAINTIFF CHARLES ANTHONY KELLER ...............................260

122.   THE FEBRUARY 17, 2007 ATTACK – FALLUJAH ...........................261

       A.  PLAINTIFF SHERMANDRE WESLEY JACKSON .......................261

123.   THE FEBRUARY 10, 2007 ATTACK - HUSAYBAH ..........................262

       A.  PLAINTIFF BILL HUDSON GROSS II ...........................................262

124.   THE FEBRUARY 7, 2007 ATTACK – FALLUJAH .............................263

       A.  PLAINTIFF JOSHUA KRIS LUTZ ...................................................263

125.   THE FEBRUARY 5, 2007 ATTACK – BAGHDAD .............................264

       A.  PLAINTIFFS THE OLEIN NASHAN TSINNIJINNIE FAMILY ....264

126.   THE JANUARY 25, 2007 ATTACK – ABU GHRAIB .........................266

       A.  PLAINTIFF WESLEY ALLEN GAUTREAUX ..............................266

127.   THE JANUARY 23, 2007 ATTACK – FADHIL ...................................267

       A.  PLAINTIFFS THE BRYAN ALAN WINTON FAMILY ................267

128.   THE JANUARY 20, 2007 ATTACK – KARBALA ...............................268

       A.  PLAINTIFFS THE ESDRAS JEAN FAMILY ..................................268

129.   THE JANUARY 18, 2007 ATTACK – BAGHDAD ..............................270

       A.  PLAINTIFF THE WILLIAM JOSHUA RECHENMACHER FAMILY
           ................................................................................................................270

130.   THE JANUARY 2007 ATTACK - MOSUL...........................................271

A.  PLAINTIFFS THE CHRISTOPHER MICHAEL YOST FAMILY ..271

131.   THE DECEMBER 29, 2006 ATTACK – BAQUBAH ...........................272

A.  PLAINTIFFS THE DILLON J. CANNON FAMILY.......................272

132.   THE DECEMBER 7, 2006 ATTACK – BAGHDAD.............................273

A.  PLAINTIFF DEAN MICHAEL GRAHAM ......................................273

133.   THE DECEMBER 6, 2006 ATTACK – BAQUBAH .............................274

A.  PLAINTIFFS THE WILLIAM JOHN COLWELL FAMILY ..........274

134.   THE DECEMBER 4, 2006 ATTACK – FOB HIT - AL ANBAR...........276

A.  PLAINTIFFS THE JUSTIN LEE SINGLETON FAMILY ..............276

135.   THE DECEMBER 4, 2006 ATTACK – BAGHDAD.............................277

A.  PLAINTIFF JESSE JAMES JACKSON ...........................................277

136.   THE DECEMBER 1, 2006 ATTACK – FALLUJAH.............................278

A.  PLAINTIFF BRIAN MICHAEL TANCO ........................................278

137.   THE NOVEMBER 21, 2006 ATTACK – MSR MOBILE, AL ANBAR
        PROVINCE, IVO ABU GHRAIB.............................................................279

A.  PLAINTIFFS THE JONATHAN SCOTT MALLARD FAMILY ....279

138.   THE NOVEMBER 18, 2006 ATTACK – SAQLAWIYAH ...................280

A.  PLAINTIFF FRANCIS MARTIN HURD.........................................280

139.   THE NOVEMBER 14, 2006 ATTACK – BAGHDAD ..........................281

A.  PLAINTIFF LARRY DIAZ CABRAL, JR.......................................281

B.  PLAINTIFFS THE ROBERT LEE MCCORMICK FAMILY ..........282

140.   THE NOVEMBER 11, 2006 ATTACK – RAMADI..............................284

A.  PLAINTIFFS THE JACE ALRIC BADIA FAMILY .......................284

141.   THE NOVEMBER 9, 2006 ATTACK – RUTBA ..................................285

A.  PLAINTIFFS THE BRIAN JOHN JOHNSON FAMILY ................285

142.   THE NOVEMBER 8, 2006 ATTACK – RAMADI................................286

A.  PLAINTIFF ANDREW SCOTT FAYAL ...........................................286

143.   THE OCTOBER 26, 2006 ATTACK – BAGHDAD ..............................287

A.  PLAINTIFF THE MATTHEW NEIL BOWMAN FAMILY ...........287

144.   THE OCTOBER 23, 2006 ATTACK – BALAD ....................................288

A.  PLAINTIFF ERIC LEON HORTON .................................................288

145.   THE OCTOBER 17, 2006 ATTACK – MURADIYAH .........................289

A.  PLAINTIFF WILLIAM ENRIQUEZ SANTOS, JR. ........................289

146.   THE OCTOBER 16, 2006 ATTACK - BAGHDAD...............................290

A.  PLAINTIFFS THE GERARD LOUIS MENNITTO FAMILY .........290

147.   THE OCTOBER 4, 2006 ATTACK - RAHWA .....................................291

A.  PLAINTIFF JOHN RICHARD CHAO ..............................................291

148.   THE OCTOBER 3, 2006 ATTACK – DORA.........................................292

A.  PLAINTIFF ANTHONY FRANCIS DEMATTIA ...........................292

149.   THE OCTOBER 3, 2006 ATTACK – AL TAQADDUM ......................293

A.  PLAINTIFFS THE DALE M. HINKLEY FAMILY ........................293

150.   THE SEPTEMBER 21, 2006 ATTACK - BAQUBAH ..........................294

A.  PLAINTIFFS THE VINCENT JOSEPH SENN FAMILY ...............294

151.   THE SEPTEMBER 19, 2006 ATTACK – FALLUJAH .........................295

A.  PLAINTIFF JEREMIAH KEOHANE LEIBRANDT.......................295

152.   THE SEPTEMBER 17, 2006 ATTACK – SADR CITY ........................296

A.  PLAINTIFF ENDI CISNEROS HERRERA .....................................296

153.   THE SEPTEMBER 15, 2006 ATTACK - MOSUL ................................297

A.  PLAINTIFFS THE GILBERT MATTHEW BOYNTON FAMILY .297

154.   THE AUGUST 27, 2006 ATTACK - HIT ..............................................298

A.  PLAINTIFFS THE ALBA RYAN TANNER FAMILY...................298

155.  THE AUGUST 26, 2006 ATTACK - TIKRIT ........................................299

    A.  PLAINTIFF ANDRE CORNELIOUS MOYE...................................299

156.  THE AUGUST 21, 2006 ATTACK – RAMADI .....................................300

    A.  PLAINTIFFS THE SHAWN ALI NELSON FAMILY ....................300

157.  THE AUGUST 18, 2006 ATTACK –BAGHDAD ..................................302

    A.  PLAINTIFFS THE BRENTON THOMAS GRAY FAMILY ...........302

158.  THE AUGUST 4, 2006 ATTACK –KARMAH.......................................303

    A.  THE PLAINTIFFS MICHAEL ANTHONY MENDOZA FAMILY 303

159.  THE AUGUST 2, 2006 ATTACK – HIT.................................................304

    A.  PLAINTIFFS THE HENRY PAUL MADSON FAMILY................304

160.  THE JULY 28, 2006 ATTACK – BAGHDAD........................................305

    A.  PLAINTIFFS THE WESLEY J. HALLECK FAMILY....................305

161.  THE JULY 22, 2006 ATTACK – FALLUJAH........................................307

    A.  PLAINTIFF ANDREW JOHN HARRIS ..........................................307

162.  THE JULY 21, 2006 ATTACK – RAMADI...........................................308

    A.  PLAINTIFF GREGORY MICHAEL PFAFF ...................................308

163.  THE JULY 20, 2006 ATTACK - KHALIDIYAH ..................................309

    A.  PLAINTIFFS THE PATRICK ANDREW DIENER FAMILY.........309

164.  THE JULY 1, 2006 ATTACK – FALLUJAH..........................................310

    A.  PLAINTIFFS THE BRANDON WILLIAM LISTON FAMILY ......310

165.  THE JUNE 29, 2006 ATTACK – MOSUL..............................................311

    A.  PLAINTIFFS THE BRYAN LUCKEY FAMILY ............................311

166.  THE JUNE 27, 2006 ATTACK – JURF SAKHAR ................................312

    A.  PLAINTIFFS THE JEREMY SCOTT JONES FAMILY .................312

167.  THE JUNE 16, 2006 ATTACK – BAQUBAH .......................................314

A.  PLAINTIFF ANTHONY GEORGE BRUCE .....................................314

168.   THE JUNE 10, 2006 ATTACK – AL TAQADDUM AIRBASE, HABBANIYAH.......................................................................................315

A.  PLAINTIFFS THE JACKSON ENRIQUE LUNA FAMILY ...........315

169.   THE JUNE 4, 2006 ATTACK – TAJI.......................................................316

A.  PLAINTIFFS THE PAUL ERIC HAINES FAMILY ........................316

170.   THE MAY 15, 2006 ATTACK – BAGHDAD .........................................318

A.  PLAINTIFFS THE BRADLEY CHARLSON FAMILY ..................318

171.   THE MAY 12, 2006 ATTACK – BALAD ...............................................319

A.  PLAINTIFF JOHN MICHAEL BRASHEAR....................................319

172.   THE APRIL 28, 2006 ATTACK – HADITHA.........................................320

A.  PLAINTIFFS THE JAMES MICHAEL LOTT FAMILY .................320

B.  PLAINTIFFS THE LEA ROBERT MILLS FAMILY.......................321

173.   THE APRIL 24, 2006 ATTACK – KARABILAH ...................................322

A.  PLAINTIFFS THE SALVADOR LUIS LOERA, JR. FAMILY .......322

174.   THE APRIL 23, 2006 ATTACK – TAJI...................................................324

A.  PLAINTIFFS THE JASON BRENT DANIEL FAMILY..................324

175.   THE APRIL 15, 2006 ATTACK – SAQLAWIYAH................................324

A.  PLAINTIFFS THE DERRICK JOSHUA COTHRAN FAMILY ......324

176.   THE APRIL 7, 2006 ATTACK – FOB FALCON ...................................326

A.  PLAINTIFFS THE JOSHUA DIVON TRAVIS FAMILY...............326

177.   THE APRIL 1, 2006 ATTACK –UM QASSR..........................................327

A.  PLAINTIFF GARTH LEVI BENEDICT ...........................................327

178.   THE MARCH 25, 2006 ATTACK – ABU GHRAIB ..............................328

A.  PLAINTIFFS THE MICHAEL JOHN SIPPEL FAMILY ................328

179.    THE MARCH 21, 2006 ATTACK –MSR TAMPA, NEAR BAGHDAD
........................................................................................................330

        A.  PLAINTIFF ROBBIE DON CHEATHAM.......................................330

180.    THE MARCH 17, 2006, ATTACK - RAMADI .....................................331

        A.  PLAINTIFF JEFFERY ALAN MURTHA........................................331

181.    THE MARCH 14, 2006 ATTACK – SADR YUSUFIYAH ...................332

        A.  PLAINTIFF JEFFREY SHANE REDMAN ....................................332

182.    THE MARCH 13, 2006 ATTACK – BALAD .........................................332

        A.  PLAINTIFF JASON ERIC BELL......................................................332

183.    THE MARCH 8, 2006 ATTACK – KHALIDIYAH................................333

        A.  PLAINTIFFS THE JOHN DAVID FRY FAMILY ..........................333

184.    THE MARCH 7, 2006 ATTACK - MOSUL............................................335

        A.  PLAINTIFFS THE RICKY SALAS, JR. FAMILY...........................335

185.    THE MARCH 4, 2006 ATTACK – HAQLANIYA, AL ANBAR...........336

        A.  PLAINTIFFS THE JORGE ALEXANDER ROMAN FAMILY ......336

        B.  PLAINTIFFS THE COLIN ALFRED BENJAMIN ANDERSON
            FAMILY ...........................................................................................338

186.    THE FEBRUARY 27, 2006 ATTACK – SAYDIYA NEIGHBORHOOD
        OF BAGHDAD ......................................................................................340

        A.  PLAINTIFF JOHN ALLEN GENTRY, JR........................................340

187.    THE FEBRUARY 24, 2006 ATTACK - MOSUL...................................340

        A.  PLAINTIFF ROBERT LEROY GERTSCH, JR. ...............................340

188.    THE FEBRUARY 14, 2006 ATTACK – BAGHDAD ...........................341

        A.  PLAINTIFFS THE RICHARD WAYNE TUGWELL JR. FAMILY 341

189.    THE FEBRUARY 7, 2006 ATTACK – BAGHDAD ..............................343

        A.  PLAINTIFFS THE ABELARDO ROSAS FAMILY........................343

190.   THE FEBRUARY 6, 2006 ATTACK - ALBAGHDADI .........................344

    A.  PLAINTIFFS THE BRANDON SCOTT SCHUCK FAMILY .........344

191.   THE JANUARY 24, 2006 ATTACK - HIT ................................................345

    A.  PLAINTIFF MICHAEL PAUL SAVOIE ...........................................345

192.   THE JANUARY 17, 2006 ATTACK – TAL AFAR ...............................346

    A.  PLAINTIFFS THE GARY JAROMIR RUC FAMILY ....................346

193.   THE JANUARY 16, 2006 ATTACK – FOB FALCON, BAGHDAD ....347

    A.  PLAINTIFFS THE JOSEPH PETER BROWN FAMILY ................347

194.   THE JANUARY 12, 2006 ATTACK – RAMADI...................................348

    A.  PLAINTIFFS THE RALPH EDWARD SWARTZ, II FAMILY ......348

195.   THE JANUARY 4, 2006 ATTACK – NORTH OF MAHMUDIYAH ...350

    A.  PLAINTIFFS THE SERGIO DANIEL LOPEZ FAMILY ...............350

196.   THE DECEMBER 30, 2005 ATTACK – BAGHDAD...........................351

    A.  PLAINTIFF MARCEL KIM D'ENTREMONT ...............................351

197.   THE DECEMBER 29, 2005 ATTACK – HIT ........................................352

    A.  PLAINTIFF ANDRE LEONARD MAISON....................................352

198.   THE DECEMBER 26, 2005 ATTACK – BAQUBAH...........................353

    A.  PLAINTIFFS THE SANDRA CLAMON FAMILY .........................353

199.   THE DECEMBER 24, 2005 ATTACK – MOSUL..................................354

    A.  PLAINTIFF TOMMY LEE FOWLER .............................................354

200.   THE DECEMBER 6, 2005 ATTACK – BAGHDAD..............................355

    A.  PLAINTIFF DANIEL WILLIAMS.....................................................355

201.   THE NOVEMBER 28, 2005 ATTACK - HADITHA.............................356

    A.  PLAINTIFFS THE TODD EDWARD WINN FAMILY..................356

202.   THE NOVEMBER 25, 2005 ATTACK – HIT ........................................357

A.  PLAINTIFF JEFFERY HARMON ...................................................357

203.  THE NOVEMBER 24, 2005 ATTACK – MOSUL .................................358

A.  PLAINTIFF TOMMY LEE FOWLER ...............................................358

204.  THE NOVEMBER 21, 2005 ATTACK – HABBANIYAH ...................359

A.  PLAINTIFFS THE DUANE JOSEPH DREASKY FAMILY ...........359

205.  THE NOVEMBER 20, 2005 ATTACK – HADITHA ............................360

A.  PLAINTIFFS THE JOHN WESLEY URQUHART FAMILY..........360

206.  THE NOVEMBER 19, 2005 ATTACK – BAIJI ...................................362

A.  PLAINTIFFS THE WALLACE CASEY NELSON, III FAMILY....362

207.  THE NOVEMBER 8, 2005 ATTACK – HAQLANIYAH, AL ANBAR 363

A.  PLAINTIFFS THE DOMINIC ANGEL FRANCO FAMILY ...........363

208.  THE NOVEMBER 8, 2005 ATTACK – HAQLANIYAH .....................365

A.  PLAINTIFFS THE JOE SANCHEZ, JR. FAMILY...........................365

209.  THE NOVEMBER 7, 2005 ATTACK – HADITHA ..............................366

A.  PLAINTIFFS THE JAMES MICHAEL GEIGER, III FAMILY.......366

B.  PLAINTIFFS THE TODD EDWARD WINN FAMILY..................368

210.  THE NOVEMBER 6, 2005 ATTACK – HADITHA ..............................369

A.  PLAINTIFFS THE JOHN WESLEY URQUHART FAMILY..........369

211.  THE NOVEMBER 6, 2005 ATTACK – HADITHA ..............................370

A.  PLAINTIFFS THE TERRY LYNN MCELWAIN FAMILY ...........370

212.  THE NOVEMBER 5, 2005 ATTACK – HUSAYBAH ..........................372

A.  PLAINTIFFS THE BRIAN ELDON WILLIAMS FAMILY ...........372

213.  THE NOVEMBER 5, 2005 ATTACK – BAGHDAD .............................374

A.  PLAINTIFFS THE LEO PATRICK MCKEON FAMILY ...............374

214.  THE NOVEMBER 3, 2005 ATTACK – SAQLAWIYAH .....................374

A.  PLAINTIFFS THE ABELARDO ROSAS FAMILY .........................374

215.   THE OCTOBER 27, 2005 ATTACK – RAMADI ...................................376

A.  PLAINTIFFS THE BRUCE LEONARD MORROW FAMILY .......376

216.   THE OCTOBER 26, 2005 ATTACK - BAIJI ..........................................377

A.  PLAINTIFF ROGER FRANKLIN GRAVES ....................................377

217.   THE OCTOBER 25, 2005 ATTACK – BAGHDAD ...............................378

A.  PLAINTIFF JARED FULTON BROWN ..........................................378

218.   THE OCTOBER 25, 2005 ATTACK – RUTBAH .................................379

A.  PLAINTIFFS THE JIMI MCMAHON FAMILY .............................379

219.   THE OCTOBER 20, 2005 ATTACK – HIT ...........................................380

A.  PLAINTIFF ROBERT JUSTIN MOULTRIE ...................................380

220.   THE OCTOBER 15, 2005 ATTACK - RAMADI ...................................381

A.  PLAINTIFF WILLIAM LEE NESTOR ............................................381

221.   THE OCTOBER 15, 2005 ATTACK – AR RAMADI ...........................382

A.  PLAINTIFFS THE RYAN PATRICK VALLERY FAMILY ...........382

222.   THE OCTOBER 13, 2005 ATTACK - TUZ KHURMATU...................383

A.  PLAINTIFF CLAYTON TILTON CROWELL................................383

223.   THE OCTOBER 12, 2005 ATTACK – FALLUJAH...............................384

A.  PLAINTIFFS THE MARTIN CHRISTOPHER JONES FAMILY ...384

224.   THE OCTOBER 12, 2005 ATTACK- SAQLAWIYAH .........................385

A.  PLAINTIFF PAUL ALLEN JACKSON ...........................................385

225.   THE OCTOBER 6, 2005 ATTACK – HIT ..............................................386

A.  PLAINTIFFS THE TIMOTHY GEORGE BRANDON SVEJDA
FAMILY ...........................................................................................386

226.   THE OCTOBER 4, 2005 ATTACK – RAMADI.....................................387

A.  PLAINTIFF STEVEN MICHAEL MURPHY ..................................387

227. THE SEPTEMBER 27, 2005 ATTACK – RAMADI ..............................388

    A. PLAINTIFFS THE JASON ALAN BENFORD FAMILY ...............388

228. THE SEPTEMBER 26, 2005 ATTACK – KADHIMIYAH ...................389

    A. PLAINTIFFS THE ALAN CHARLES JONES FAMILY ................389

229. THE SEPTEMBER 25, 2005 ATTACK – BAGHDAD ..........................390

    A. PLAINTIFF DEREK BENJAMIN KOLB .........................................390

230. THE SEPTEMBER 22, 2005 ATTACK – RAMADI ..............................391

    A. PLAINTIFF CHRISTOPHER GODDARD DUNLAP ....................391

231. THE SEPTEMBER 20, 2005 ATTACK – BETWEEN BALAD & AL DULOIYA ............................................................................................392

    A. PLAINTIFFS THE SASCHA GRENNER-CASE FAMILY .............392

    B. PLAINTIFFS THE TERRY LEON STEWARD FAMILY ...............393

232. THE SEPTEMBER 20, 2005 ATTACK – BAGHDAD ..........................394

    A. PLAINTIFFS THE COEDY DALE JAMES FAMILY ....................394

233. THE SEPTEMBER 19, 2005 ATTACK – RAMADI ..............................396

    A. PLAINTIFFS THE RALPH EDWARD SWARTZ, II FAMILY ......396

234. THE SEPTEMBER 19, 2005 ATTACK – RAMADI ..............................397

    A. PLAINTIFFS THE MICHAEL EGAN FAMILY ..............................397

235. THE SEPTEMBER 19, 2005 ATTACK – AL-KARMAH ......................398

    A. PLAINTIFF MATTHEW PAUL DALRYMPLE ..............................398

236. THE SEPTEMBER 19, 2005 ATTACK – RAMADI ..............................399

    A. PLAINTIFF JEFFERY ALAN MURTHA .........................................399

237. THE SEPTEMBER 17, 2005 ATTACK – TAJI .......................................400

    A. PLAINTIFFS THE MARTIN CHRISTOPHER JONES FAMILY ...400

238. THE SEPTEMBER 15, 2005 ATTACK – BAIJI......................................402

    A. PLAINTIFFS THE KURT DUANE BROOKS FAMILY ................402

239.   THE SEPTEMBER 15, 2005 ATTACK – ABU GHRAIB......................403

    A.  PLAINTIFF ROBERT JOSEPH D'AGOSTINO................................403

240.   THE SEPTEMBER 11, 2005 ATTACK – RAMADI ..............................404

    A.  PLAINTIFF CHRISTOPHER GODDARD DUNLAP .....................404

241.   THE SEPTEMBER 9, 2005 ATTACK – SAMARRA.............................405

    A.  PLAINTIFF ACIE NATHANIEL RAINWATER .............................405

242.   THE SEPTEMBER 8, 2005 ATTACK -- YUSUFIYAH.........................406

    A.  PLAINTIFF MICHAEL L. WELLS....................................................406

243.   THE SEPTEMBER 4, 2005 ATTACK – ISKANDARIYA.....................407

    A.  PLAINTIFF MICHAEL WAYNE CHRISTOPHERSON .................407

244.   THE SEPTEMBER 4, 2005 ATTACK – HIT..........................................408

    A.  PLAINTIFF CHARLES JOSEPH VANCHERI ................................408

    B.  PLAINTIFF BENJAMIN ROBERT JENSEN ..................................408

245.   THE SEPTEMBER 1, 2005 ATTACK - BAJI.........................................409

    A.  PLAINTIFF MATTHEW CARNELL BEATTY ...............................409

246.   THE AUGUST 28, 2005 ATTACK – RAMADI .....................................411

    A.  PLAINTIFFS THE SHAWN LARRY NICHOLS FAMILY............411

247.   THE AUGUST 27, 2005 ATTACK – BAQUBAH...................................412

    A.  PLAINTIFFS THE JOHN MICHAEL DRNEK FAMILY ...............412

248.   THE AUGUST 25, 2005 ATTACK – AL-QAIM ....................................413

    A.  PLAINTIFFS THE DANIEL DENNIS IBACH FAMILY ...............413

249.   THE AUGUST 25, 2005 ATTACK - CAMP SPIKER CHECKPOINT 6A
.............................................................................................................414

    A.  PLAINTIFFS THE KEVIN SCOTT JOHNSON FAMILY..............414

250.   THE AUGUST 23, 2005 ATTACK – OP HOTEL, RAMADI...............416

    A.  PLAINTIFFS THE MANUEL FIGUEROA FAMILY .....................416

B.  PLAINTIFF WILLIAM LEE NESTOR ............................................ 417

C.  PLAINTIFFS THE SCOTT BRADLEY RAY FAMILY ................. 418

D.  PLAINTIFFS THE RYAN PATRICK VALLERY FAMILY .......... 419

251.  THE AUGUST 18, 2005 ATTACK - NEBAI ......................................... 421

A.  PLAINTIFFS THE TIMOTHY JAMES SEAMANS FAMILY ........ 421

252.  THE AUGUST 12, 2005 ATTACK – KHALIDIYA ............................... 422

A.  PLAINTIFFS THE LARRY ALLAN STILWELL FAMILY ........... 422

253.  THE AUGUST 10, 2005 ATTACK – BALAD ....................................... 423

A.  PLAINTIFF JOSEPHINE CUELLAR ............................................. 423

254.  THE AUGUST 9, 2005 ATTACK - BAGHDAD .................................... 424

A.  PLAINTIFF EDWARD B. JOHNSON, JR. ....................................... 424

255.  THE AUGUST 7, 2005 ATTACK – MOSUL ......................................... 425

A.  PLAINTIFFS THE GLENN GILBERT GEFFERT FAMILY .......... 425

256.  THE AUGUST 4, 2005 ATTACK – BAIJI ............................................. 426

A.  PLAINTIFFS THE WENDELL DONALD CHAVIS FAMILY ....... 426

257.  THE AUGUST 1, 2005 ATTACK – HIT ................................................ 428

A.  PLAINTIFF DANIEL JOEL FOSTER ............................................. 428

258.  THE AUGUST 1, 2005 ATTACK - HIT ................................................. 429

A.  PLAINTIFF LOUIS MICHAEL POPE ............................................ 429

259.  THE JULY 29, 2005 ATTACK - SAMARRA ........................................ 430

A.  PLAINTIFF JUSTIN DAVIN SABO ............................................... 430

260.  THE JULY 25, 2005 ATTACK – SAMARRA ....................................... 431

A.  PLAINTIFFS THE MONACA LOUISE GILMORE FAMILY ........ 431

261.  THE JULY 24, 2005 ATTACK – KHALIDIYAH .................................. 432

A.  PLAINTIFFS THE JOSS WADE PURDON FAMILY .................... 432

B.  PLAINTIFFS THE BERNABE CARRELL MONTEJANO FAMILY ... ..............................................................................................434

C.  PLAINTIFFS THE JACOB ANDREW MILLER FAMILY ............435

262.   THE JULY 16, 2005 ATTACK – BETWEEN KIRKUK AND TIKIRT 436

A.  PLAINTIFFS THE CHRISTOPHER LEE OLSEN FAMILY...........436

263.   THE JULY 9, 2005 ATTACK –TAL AFAR, NINEVEH.......................437

A.  PLAINTIFF RYAN CHRISTOPHER SAURS ..................................437

264.   THE JUNE 28, 2005 ATTACK – BALAD ................................................438

A.  PLAINTIFF JOSEPHINE CUELLAR ................................................438

265.   THE JUNE 22, 2005 ATTACK – CAMP VICTORY IN BAGHDAD ...439

A.  PLAINTIFF JESSICA MARIE GRIGGS .........................................439

266.   THE JUNE 16, 2005 ATTACK – RAMADI............................................440

A.  PLAINTIFFS THE OCTAVIO SANCHEZ FAMILY......................440

267.   THE JUNE 9, 2005 ATTACK – HAQLANIYAH ...................................442

A.  PLAINTIFFS THE BRAD DUANE SQUIRES FAMILY ................442

B.  PLAINTIFFS THE THOMAS OLIVER KEELING FAMILY .........443

268.   THE JUNE 7, 2005 ATTACK – RAMADI..............................................444

A.  PLAINTIFFS THE JOSEPH JOAQUIN TELLEZ FAMILY ............444

269.   THE JUNE 5, 2005 ATTACK – RASHEED ...........................................445

A.  PLAINTIFFS THE JUSTIN LEE VASQUEZ FAMILY ..................445

270.   THE MAY 15, 2005 ATTACK - TREBIL ................................................447

A.  PLAINTIFF DANIEL WILLIAM BARRON ...................................447

271.   THE MAY 11, 2005 ATTACK – RAMADI .............................................447

A.  PLAINTIFF SCOTT BRONSON LYON...........................................447

272.   THE MAY 11, 2005 ATTACK - BALAD ................................................448

A.  PLAINTIFF AENEAS ROBERT TOCHI.........................................448

273.    THE MAY 9, 2005 ATTACK – NASIR WAL SALAM .........................449

        A.  PLAINTIFF DONNELL DRAIL NELSON II ...................................449

274.    THE MAY 9, 2005 ATTACK – AL KARMAH ......................................450

        A.  PLAINTIFFS THE TAYLOR BRADLEY PRAZYNSKI FAMILY.450

275.    THE MAY 8, 2005 ATTACK – NEW UBAYDI.....................................451

        A.  PLAINTIFFS THE COLLEN MATTHEW WEST FAMILY ...........451

276.    THE MAY 8, 2005 ATTACK – AL QA'IM............................................453

        A.  PLAINTIFF JOSEPH MICHAEL LOWE...........................................453

277.    THE MAY 1, 2005 ATTACK – BAGHDAD ..........................................454

        A.  PLAINTIFFS THE JOHN JUJU WILLIAMS FAMILY ...................454

278.    THE APRIL 28, 2005 ATTACK – TAL AFAR ......................................456

        A.  PLAINTIFFS THE ERIC WAYNE MORRIS FAMILY...................456

279.    THE APRIL 26, 2005 ATTACK - HIT ....................................................457

        A.  PLAINTIFF JACOB P. DAVID...........................................................457

280.    THE APRIL 24, 2005 ATTACK - HIT ....................................................458

        A.  PLAINTIFF ADAM JEFFERY MCCANN .......................................458

281.    THE APRIL 22, 2005 ATTACK - HABBANIYAH................................459

        A.  PLAINTIFFS THE JAMES MICHAEL HURST FAMILY ..............459

282.    THE APRIL 21, 2005 ATTACK – RAMADI...........................................460

        A.  PLAINTIFFS THE DAVID VINCENT BEDNARCIK FAMILY ....460

283.    THE APRIL 19. 2005 ATTACK – BAGHDAD ......................................461

        A.  PLAINTIFF TERRANCE ALEXIS ELIZENBERRY.......................461

284.    THE APRIL 19, 2005 ATTACK – BAGHDAD ......................................462

        A.  PLAINTIFFS THE JOEL BENJAMIN DAMIN FAMILY ..............462

285.    THE APRIL 16, 2005 ATTACK – RAMADI...........................................464

A.  PLAINTIFFS THE TROMAINE K. TOY, SR. FAMILY ................464

B.  PLAINTIFFS THE ROBERT WILLIAM BRIGGS FAMILY ..........464

C.  PLAINTIFFS THE RANDY LEE STEVENS FAMILY ..................466

D.  PLAINTIFFS THE JOSE MIGUEL JAUREGUI FAMILY ..............467

286.  THE APRIL 10, 2005 ATTACK – FALLUJAH......................................469

A.  PLAINTIFF MATTHEW PAUL DALRYMPLE ..............................469

287.  THE APRIL 10, 2005 ATTACK – FOB FALCON .................................470

A.  PLAINTIFFS THE JOSHUA DIVON TRAVIS FAMILY...............470

288.  THE APRIL 5, 2005 ATTACK - SOUTHERN BAGHDAD .................471

A.  PLAINTIFFS THE STEVE NUÑEZ, JR. FAMILY .........................471

289.  THE APRIL 5, 2005 ATTACK - BAGHDAD.........................................472

A.  PLAINTIFFS THE CHRISTOPHER JOHN SHIMA FAMILY........472

290.  THE APRIL 2, 2005 ATTACK – ABU GHRAIB ...................................474

A.  PLAINTIFF JASON TODD MORRIS...............................................474

B.  PLAINTIFFS THE CORTNEY MCCABE ROBINSON FAMILY ..475

C.  PLAINTIFFS THE WILLIAM JOSEPH PUOPOLO FAMILY........476

D.  PLAINTIFFS THE LEONDRAE DEMORRIS RICE FAMILY.......477

291.  THE MARCH 28, 2005 ATTACK – SAMARRA ...................................479

A.  PLAINTIFFS THE MICHAEL EVERETTE GREEN FAMILY ......479

292.  THE MARCH 18, 2005 ATTACK – SADR CITY ..................................480

A.  PLAINTIFFS THE DERRICK DEANDRE HEMPHILL FAMILY .480

293.  THE MARCH 12, 2005 ATTACK – BAGHDAD....................................482

A.  PLAINTIFFS THE BRUCE TERRENCE DURR FAMILY .............482

294.  THE MARCH 7, 2005 ATTACK – RAMADI.........................................483

A.  PLAINTIFFS THE BRIAN DALE CURRIER FAMILY.................483

295.   THE FEBRUARY 28, 2005 ATTACK – FALLUJAH ............................484

    A.  PLAINTIFFS THE JOSHUA MICHAEL KRUEGER FAMILY ......484

296.   THE FEBRUARY 28, 2005 ATTACK – BAGHDAD ............................486

    A.  PLAINTIFFS THE STEPHEN JOHN DESROSIER FAMILY.........486

297.   THE FEBRUARY 26, 2005 ATTACK - NIPPUR...................................487

    A.  PLAINTIFFS THE TOLIVER EUGENE NOEY FAMILY .............487

298.   THE FEBRUARY 23, 2005 ATTACK – BAQUBAH ...........................488

    A.  PLAINTIFFS THE EDWARD JAMES TERRY SR. FAMILY ........488

299.   THE FEBRUARY 21, 2005 ATTACK – RAMADI ................................489

    A.  PLAINTIFFS THE MERLIN GERMAN FAMILY..........................489

300.   THE FEBRUARY 21, 2005 ATTACK – SAMARRA ............................491

    A.  PLAINTIFF EDDIE MICHAEL ABBEY...........................................491

301.   THE FEBRUARY 19, 2005 ATTACK –BAGHDAD ............................492

    A.  PLAINTIFF JOSHUA DALE COY ....................................................492

    B.  PLAINTIFFS THE ADAM MICHAEL MALSON FAMILY ..........492

302.   THE FEBRUARY 12, 2005 ATTACK – MOSUL .................................494

    A.  PLAINTIFF JASON BARRETT CARNEY .......................................494

303.   THE JANUARY 28, 2005 ATTACK – BAGHDAD...............................495

    A.  PLAINTIFF BRIAN LEE RUDOLPH................................................495

304.   THE JANUARY 26, 2005 ATTACK – HADITHA.................................496

    A.  PLAINTIFFS THE JONATHAN WILLIAMS BOWLING FAMILY ....
    ......................................................................................................496

    B.  PLAINTIFF ANDREW HOWARD ROTHMAN..............................497

305.   THE JANUARY 24, 2005 ATTACK – HAQLANIYAH ........................498

    A.  PLAINTIFF JUAN MARTINEZ RUBIO ..........................................498

306.   THE JANUARY 13, 2005 ATTACK – MOSUL....................................498

A.  PLAINTIFF RICHARD ALAN CRAWFORD ................................... 498

B.  PLAINTIFFS THE MATTHEW PAUL SCHAFFER FAMILY ....... 499

307.  THE JANUARY 13, 2005 ATTACK – KIRKUK ................................... 500

A.  PLAINTIFF CHARLES LOY JORDAN, JR. .................................... 500

308.  THE JANUARY 13, 2005 ATTACK – DUJAIL .................................... 501

A.  PLAINTIFFS THE DAVID LEE SELLS FAMILY .......................... 501

309.  THE JANUARY 11, 2005 ATTACK – TIKRIT .................................... 503

A.  PLAINTIFF BRIAN MICHAEL GLIBA ........................................... 503

310.  THE JANUARY 9, 2005 ATTACK – HIT ............................................. 504

A.  PLAINTIFF ENRIQUE LINAN, JR. ................................................. 504

311.  THE JANUARY 8, 2005 ATTACK - MOSUL ....................................... 505

A.  PLAINTIFFS THE DON ANTHONY WALLS FAMILY ............... 505

312.  THE JANUARY 5, 2005 ATTACK – RAMADI, CAMP BLUE
DIAMOND ............................................................................................. 506

A.  PLAINTIFFS THE DAVID ANTHONY ROSALES FAMILY ........ 506

313.  THE JANUARY 3, 2005 ATTACK – AMIRIYAH ................................ 507

A.  PLAINTIFF JASON PETER SCHAUBLE ....................................... 507

314.  THE JANUARY 3, 2005 ATTACK – BALAD ....................................... 508

A.  PLAINTIFFS THE KEVIN MICHAEL DOHERTY, SR. FAMILY 508

315.  THE JANUARY 1, 2005 ATTACK – HADITHA ................................... 510

A.  PLAINTIFF JUAN MARTINEZ RUBIO .......................................... 510

316.  THE DECEMBER 27, 2004 ATTACK – MOSUL .................................. 511

A.  PLAINTIFF JOSEPH RICHARD BEEMAN ..................................... 511

317.  THE DECEMBER 25, 2004 ATTACK – AL ASAD AIR BASE ........... 512

A.  PLAINTIFFS THE ANTHONY TREMAINE PLUNKETT, SR.
FAMILY ............................................................................................... 512

318.   THE DECEMBER 20, 2004 ATTACK – AMIRIYAH ...........................513

    A.  PLAINTIFFS THE JAMES ALAN BELL FAMILY ........................513

319.   THE DECEMBER 20, 2004 ATTACK – MOSUL...................................515

    A.  PLAINTIFFS THE JOSHUA DIVON TRAVIS FAMILY...............515

320.   THE DECEMBER 13, 2004 ATTACK – BAGHDAD............................516

    A.  PLAINTIFFS THE TODD EDWARD MILLER FAMILY..............516

321.   THE DECEMBER 12, 2004 ATTACK – FALLUJAH...........................518

    A.  PLAINTIFFS THE SAMUEL JAMES MORTIMER FAMILY........518

322.   THE DECEMBER 12, 2004 ATTACK – FALLUJAH...........................519

    A.  PLAINTIFFS THE JONATHAN CUNEY FAMILY ........................519

323.   THE DECEMBER 12, 2004 ATTACK – HIT .........................................521

    A.  PLAINTIFFS THE RENE FRANCISCO AVENDAÑO, JR. FAMILY .
..................................................................................................................521

324.   THE DECEMBER 10, 2004 ATTACK – BALAD ..................................522

    A.  PLAINTIFFS THE STEPHEN LAMONTE EDWARDS, JR. FAMILY
..................................................................................................................522

325.   THE NOVEMBER 29, 2004 ATTACK - ISKANDARIYAH .................523

    A.  PLAINTIFF MICHAEL RAFAEL HERNANDO .............................523

326.   THE NOVEMER 28, 2004 ATTACK – NORTH OF FALLUJAH.........524

    A.  PLAINTIFF ARTHUR WAYNE D'AMATO ...................................524

327.   THE NOVEMBER 26, 2004 ATTACK - RAMADI ...............................525

    A.  PLAINTIFF ROBERT ADAM BELL..................................................525

328.   THE NOVEMBER 23, 2004 ATTACK – ABU GHRAIB ......................526

    A.  PLAINTIFFS THE JOHN L. PARCELL FAMILY...........................526

329.   THE NOVEMBER 18, 2004 ATTACK – FALLUJAH...........................527

    A.  PLAINTIFFS THE DERRICK ADAM ANTHONY FAMILY.........527

330.    THE NOVEMBER 18, 2004 ATTACK – LSA ANACONDA ...............528

        A.  PLAINTIFFS THE ANDREW JAMES GREEN FAMILY ..............528

331.    THE NOVEMBER 15, 2004 ATTACK – FALLUJAH ..........................530

        A.  PLAINTIFF GARRETT MICHAEL MARSH .................................530

332.    THE NOVEMBER 15, 2004 ATTACK – RAMADI ..............................531

        A.  PLAINTIFFS THE PATRICK MARC M. RAPICAULT FAMILY .531

333.    THE NOVEMBER 15, 2004 ATTACK – FALLUJAH ..........................532

        A.  PLAINTIFFS THE TERRY LYNN MCELWAIN FAMILY ...........532

334.    THE NOVEMBER 14, 2004 ATTACK – FALLUJAH ..........................533

        A.  PLAINTIFFS THE DALE ALAN BURGER JR. FAMILY ..............533

        B.  PLAINTIFF SAMUEL WILLIAMS ....................................................534

        C.  PLAINTIFFS THE JOE SANCHEZ, JR. FAMILY ...........................535

        D.  PLAINTIFFS THE CURTIS JOSEPH MIGHACCIO FAMILY .......536

335.    THE NOVEMBER 13, 2004 ATTACK - RAMADI ..............................537

        A.  PLAINTIFFS THE JOHN DANIEL SHANNON FAMILY .............537

336.    THE NOVEMBER 13-14, 2004 ATTACK – FALLUJAH ....................539

        A.  PLAINTIFFS THE SHANE KEVIN HOUSMANS FAMILY ..........539

337.    THE NOVEMBER 13, 2004 ATTACK – FALLUJAH ..........................540

        A.  PLAINTIFFS THE JOSE A. VELEZ FAMILY .................................540

338.    THE NOVEMBER 12, 2004 ATTACK – FALLUJAH ..........................541

        A.  PLAINTIFFS THE SAMUEL JAMES MORTIMER FAMILY ........541

339.    THE NOVEMBER 12, 2004 ATTACK – BAIJI .....................................542

        A.  PLAINTIFF JUSTIN MURRAY CROCKER ....................................542

340.    THE NOVEMBER 12, 2004 ATTACK – AL KARMAH .......................543

        A.  PLAINTIFFS THE DANIEL CLAYTON VOTROBEK JR. FAMILY ..
            ...................................................................................................543

xxxi

341.   THE NOVEMBER 12, 2004 ATTACK – FALLUJAH............................545

    A.  PLAINTIFFS THE BLAKE COLIN COLE FAMILY .....................545

342.   THE NOVEMBER 12, 2004 ATTACK - FALLUJAH............................546

    A.  PLAINTIFF SIMON PETER FLARITY.............................................546

343.   THE NOVEMBER 11, 2004 ATTACK - FALLUJAH............................547

    A.  PLAINTIFFS THE RAY LEONARD LOPEZ FAMILY ..................547

344.   THE NOVEMBER 11, 2004 ATTACK – FALLUJAH............................548

    A.  PLAINTIFF RAMON JUNIOR BEJARANO....................................548

345.   THE NOVEMBER 10, 2004 ATTACK - FALLUJAH............................549

    A.  PLAINTIFF BEAU ANTHONY MATTIODA..................................549

346.   THE NOVEMBER 10, 2004 ATTACK – TAJI.......................................550

    A.  PLAINTIFFS THE MICHAEL ZIPP HANNA FAMILY ................550

347.   THE NOVEMBER 10, 2004 ATTACK – FALLUJAH............................551

    A.  PLAINTIFFS THE MICHAEL VINCENT PRATO FAMILY .........551

    B.  PLAINTIFFS THE ROBERT ALLEN LEATHERWOOD, JR. FAMILY ........................................................................................553

348.   THE NOVEMBER 9, 2004 ATTACK – FALLUJAH.............................555

    A.  PLAINTIFF GARRETT MICHAEL MARSH...................................555

    B.  PLAINTIFFS THE TERRY LYNN MCELWAIN FAMILY ...........556

349.   THE NOVEMBER 9, 2004 ATTACK – MUSAYIB...............................557

    A.  PLAINTIFF VINCENT WILLIAM GIZZARELLI..........................557

350.   THE NOVEMBER 9, 2004 ATTACK – FALLUJAH.............................558

    A.  PLAINTIFFS THE ABRAHAM SIMPSON FAMILY ....................558

351.   THE NOVEMBER 9, 2004 ATTACK – FALLUJAHBOWL ................560

    A.  PLAINTIFFS THE JAMES ALAN BELL FAMILY .......................560

352.   THE NOVEMBER 9, 2004 ATTACK – FALLUJAH.............................561

A.  PLAINTIFFS THE DEREK DAVID MCGINNIS FAMILY ............561

353.  THE NOVEMBER 9, 2004 ATTACK – FALLUJAH.............................562

A.  PLAINTIFF DANNY TRAM................................................................562

354.  THE NOVEMBER 8, 2004 ATTACK – MOSUL ..................................563

A.  PLAINTIFF ARTHUR LOUIS TOMPKINS ....................................563

355.  THE NOVEMBER 6, 2004 ATTACK – RAMADI................................564

A.  PLAINTIFF ERIK DOUGLAS JOHNSON .......................................564

356.  THE NOVEMBER 5, 2004 ATTACK - RAMADI................................565

A.  PLAINTIFFS THE JAMES MICHAEL HURST FAMILY ..............565

357.  THE NOVEMBER 4, 2004 ATTACK - FALLUJAH.............................566

A.  PLAINTIFF ALLEN LAMAR PRATT .............................................566

358.  THE NOVEMBER 2, 2004 ATTACK - BAGHDAD.............................567

A.  PLAINTIFF KENNETH ROBERT GORDON..................................567

359.  THE NOVEMBER 1, 2004 ATTACK – BAGHDAD .............................568

A.  PLAINTIFFS THE BRADLEY CHRISTIAN TANDE, JR. FAMILY ...
.......................................................................................................568

360.  THE OCTOBER 31, 2004 ATTACK – FOB MAREZ, MOZUL............569

A.  PLAINTIFFS THE JOHATHAN BRICK HOGGE FAMILY..........569

361.  THE OCTOBER 27, 2004 ATTACK – BALAD .....................................570

A.  PLAINTIFFS THE ALEXANDER RESTIFO FAMILY .................570

362.  THE OCTOBER 27, 2004 ATTACK - BAGHDAD................................571

A.  PLAINTIFFS THE MARTIN FLORES-DOMINGUEZ FAMILY ...571

363.  THE OCTOBER 24, 2004 ATTACK - HASWA .....................................573

A.  PLAINTIFF MICHAEL RAFAEL HERNANDO .............................573

364.  THE OCTOBER 15, 2004 ATTACK – ISKANDARIYAH ...................574

A.  PLAINTIFF VINCENT WILLIAM GIZZARELLI...........................574

365.  THE OCTOBER 14, 2004 ATTACK - BAGHDAD...............................574

     A.  PLAINTIFF CHESTER J. ROGERS .................................................574

366.  THE OCTOBER 12, 2004 ATTACK - AL KARMAH ..........................575

     A.  PLAINTIFFS THE MATTHEW JOSEPH SOLBERG FAMILY .....575

     B.  PLAINTIFF SIMON PETER FLARITY.............................................577

367.  THE OCTOBER 11, 2004 ATTACK - FALLUJAH ..............................578

     A.  PLAINTIFFS THE RAY LEONARD LOPEZ FAMILY .................578

368.  THE OCTOBER 11, 2004 ATTACK – RAMADI...................................579

     A.  PLAINTIFF EDDIE SANTOS FERNANDEZ ...................................579

369.  THE OCTOBER 9, 2004 ATTACK - KARMAH...................................580

     A.  PLAINTIFF KEITH EDWARD ROGERS ........................................580

     B.  PLAINTIFFS THE DANIEL LEONARD POULSEN FAMILY ......580

370.  THE OCTOBER 4, 2004 ATTACK - HASWA.......................................582

     A.  PLAINTIFF MICHAEL PAUL SAVOIE ..........................................582

371.  THE OCTOBER 2, 2004 ATTACK – AL-KHALIDIYAH....................583

     A.  PLAINTIFF LANCE RAYMOND BLYTHE....................................583

372.  THE OCTOBER 1, 2004 ATTACK – SAMARRA ................................584

     A.  PLAINTIFF MICHAEL RICHARD DRUMMOND ........................584

373.  THE SEPTEMBER 30, 2004 ATTACK – FALLUJAH .........................584

     A.  PLAINTIFFS THE DYLAND LINDSEY DUNWELL FAMILY ....584

374.  THE SEPTEMBER 26, 2004 ATTACK – AL-KARMAH, AL ANBAR 586

     A.  PLAINTIFFS THE JONATHAN CHANCE THOMAS FAMILY....586

375.  THE SEPTEMBER 20, 2004 ATTACK – RAMADI ..............................588

     A.  PLAINTIFFS THE REX DONALD LACEBY FAMILY .................588

376.  THE SEPTEMBER 12, 2004 ATTACK – KIRKUK...............................589

      A.  PLAINTIFF WILLIAM JAMES MORDEN ...................................... 589

377.   THE SEPTEMBER 10, 2004 ATTACK – BALAD RUZ ....................... 590

      A.  PLAINTIFF JOSEPH FREDERICK LOWIT .................................... 590

378.   THE SEPTEMBER 10, 2004 ATTACK – SADR CITY ........................ 591

      A.  PLAINTIFF THE FRANKLYN LEE DOSS FAMILY .................... 591

379.   THE SEPTEMBER 6, 2004 ATTACK – BAGHDAD ........................... 592

      A.  PLAINTIFF TONY ALLEN COVELL ............................................... 592

380.   THE SEPTEMBER 4, 2004 ATTACK – FALLUJAH ........................... 593

      A.  PLAINTIFFS THE JAMES MICHAEL LOTT FAMILY ................ 593

381.   THE SEPTEMBER 3, 2004 ATTACK -- FALLUJAH ........................... 594

      A.  PLAINTIFFS THE JAMES MICHAEL LOTT FAMILY ................ 594

382.   THE AUGUST 26, 2004 ATTACK – BAGHDAD ................................ 595

      A.  PLAINTIFFS THE JARED RAY WHITE FAMILY ....................... 595

383.   THE AUGUST 26, 2004 ATTACK – AL KARMAH ............................ 597

      A.  PLAINTIFFS THE PHILLIP CHRISTOPHER BAILEY FAMILY . 597

384.   THE AUGUST 25, 2004 ATTACK – NAJAF ....................................... 598

      A.  PLAINTIFF ARTHUR WAYNE D'AMATO ................................... 598

385.   THE AUGUST 23, 2004 ATTACK – NAJAF ....................................... 599

      A.  PLAINTIFFS THE VAITOGI SANI TAETULI FAMILY .............. 599

386.   THE AUGUST 22, 2004 ATTACK – AL KARMAH, AL ANBAR ....... 601

      A.  PLAINTIFFS THE KEVIN A. MADACHIK FAMILY ................... 601

387.   THE AUGUST 18, 2004 ATTACK – MAHMOUDIYAH ..................... 602

      A.  PLAINTIFF PHILLIP FREDERICK MCCOTTER ........................... 602

388.   THE AUGUST 17, 2004 ATTACK – FALLUJAH ................................ 603

      A.  PLAINTIFFS THE RYAN DAVID SAWYER FAMILY ................ 603

389.   THE AUGUST 16, 2004 ATTACK – AL KARMAH ............................ 604

    A.  PLAINTIFFS THE RYAN EARL GWALTNEY FAMILY ............. 604

    B.  PLAINTIFFS THE SHANE FITZSIMMONS FAMILY .................. 606

390.   THE AUGUST 15, 2004 ATTACK - FALLUJAH .................................. 607

    A.  PLAINTIFFS THE PHILLIP CHRISTOPHER BAILEY FAMILY . 607

391.   THE AUGUST 10, 2004 ATTACK – SADR CITY ............................... 608

    A.  PLAINTIFFS THE NICKOLAS CARL STOWMAN FAMILY ....... 608

392.   THE AUGUST 7, 2004 ATTACK - BAGHDAD ................................... 610

    A.  PLAINTIFFS THE WILLIAM JONES IV FAMILY ....................... 610

393.   THE AUGUST 6, 2004 ATTACK – GHAZALIYA ............................... 611

    A.  PLAINTIFFS THE JARED RAY WHITE FAMILY ....................... 611

394.   THE AUGUST 5, 2004 ATTACK – AL NASR WAL SALAM ............. 612

    A.  PLAINTIFFS THE SAMUEL JAMES MORTIMER FAMILY ........ 612

395.   THE AUGUST 5, 2004 ATTACK – NAJAF ......................................... 613

    A.  PLAINTIFF ROBERT ANTHONY PEDREIRO ............................ 613

    B.  PLAINTIFF JESUS ALVAREZ GARCIA ...................................... 614

396.   THE JULY 24, 2004 ATTACK – RAMADI ........................................... 615

    A.  PLAINTIFFS THE JASON BRADLEY FINCH FAMILY .............. 615

397.   THE JULY 21, 2004 ATTACK – AL-DHULUIYA ............................... 616

    A.  PLAINTIFF BRADLEY SCOTT SHADDEN .................................. 616

398.   THE JULY 20, 2004 ATTACK – FALLUJAH ....................................... 617

    A.  PLAINTIFFS THE KRISTOPHER HARRY QUINTANA FAMILY ....
       .................................................................................................. 617

399.   THE JULY 20, 2004 ATTACK - AL KARMAH ................................... 619

    A.  PLAINTIFF JAMES THOMAS OLSON ......................................... 619

400.   THE JULY 15, 2004 ATTACK - HADITHA ......................................... 620

    A.  PLAINTIFFS THE MOHAMAD KAMAL AKHTAR FAMILY .....620

401.  THE JULY 12, 2004 ATTACK – BAGHDAD........................................621

    A.  PLAINTIFF TONEY MAURICE THOMPSON...............................621

402.  THE JULY 12, 2004 ATTACK – RAMADI...........................................622

    A.  PLAINTIFF MARIO L. BORREGO...................................................622

403.  THE JULY 11, 2004 ATTACK – NEAR SAMARRA ...........................623

    A.  PLAINTIFFS THE JEREMY JAMES FISCHER FAMILY..............623

404.  THE JULY 7, 2004 ATTACK – QARYAT ASH SHAHABI ................624

    A.  PLAINTIFFS THE JUSTIN ANDREW BOSWOOD FAMILY .......624

405.  THE JULY 6, 2004 ATTACK - BAJI .......................................................625

    A.  PLAINTIFF TRAVIS EUGENE GINGRICH...................................625

406.  THE JUNE 26, 2004 ATTACK – BAGHDAD MUSEUM AREA, NEAR
    SADR CITY, BAGHDAD...........................................................................626

    A.  PLAINTIFFS THE ROBERT LANCE CAVER FAMILY ..............626

407.  THE JUNE 26, 2004 ATTACK – BETWEEN RAMADI AND
    FALLUJAH ...............................................................................................626

    A.  PLAINTIFFS THE BRIAN ELDON WILLIAMS FAMILY ............626

408.  THE JUNE 21, 2004 ATTACK – SADR CITY........................................628

    A.  PLAINTIFFS THE ISRAEL GONZALEZ AREVALO FAMILY....628

    B.  PLAINTIFFS THE LEONARD BERT SLOAN FAMILY ...............629

409.  THE JUNE 16, 2004 ATTACK - BALAD................................................630

    A.  PLAINTIFF RONALD ALLEN EATON ..........................................630

    B.  PLAINTIFFS THE ERNESTO SIERRA FAMILY ..........................631

410.  THE JUNE 7, 2004 ATTACK - MOSUL .................................................633

    A.  PLAINTIFF BRANDON ANDREA POWELL.................................633

411.  THE JUNE 4, 2004 ATTACK – SADR CITY..........................................633

A.  PLAINTIFFS THE CARL W. OLIVER FAMILY ............................ 633

412.  THE JUNE 3, 2004 ATTACK - RAMADI ................................. 635

A.  PLAINTIFFS THE MATTHEW DENNIS BENACK FAMILY ....... 635

413.  THE JUNE 3, 2004 ATTACK – RAMADI ................................. 636

A.  PLAINTIFF DANIEL RAYE DUITSMAN .................................... 636

414.  THE MAY 29, 2004 ATTACK – RAMADI ............................... 637

A.  PLAINTIFFS THE MISAEL NIETO FAMILY ............................. 637

415.  THE MAY 26, 2004 ATTACK – HIT ....................................... 638

A.  PLAINTIFFS THE MATTHEW CHARLES HENDERSON FAMILY .
............................................................................................. 638

416.  THE MAY 24, 2004 ATTACK - BAGHDAD ............................ 639

A.  PLAINTIFFS THE THOMAS WHITTFIELD THORNHILL FAMILY
............................................................................................. 639

417.  THE MAY 19, 2004 ATTACK - RAMADI ............................... 641

A.  PLAINTIFF SHAWN DAVID SPITZER ................................... 641

B.  PLAINTIFFS THE KEVIN DALE MILLER FAMILY ................... 642

418.  THE MAY 14, 2004 ATTACK – FOB KALSU ......................... 643

A.  PLAINTIFF FELICIA FLAKE ................................................ 643

419.  THE MAY 14, 2004 ATTACK – MUHMADIYA ....................... 644

A.  PLAINTIFFS THE PATRICK WICKENS FAMILY ...................... 644

420.  THE MAY 7, 2004 ATTACK – KARBALA ............................. 645

A.  THE WILLIAM ROBERT INGRAM FAMILY .............................. 645

421.  THE MAY 6, 2004 ATTACK – BAGHDAD ............................ 646

A.  PLAINTIFFS THE SIMON MIGUEL GARCIA FAMILY .............. 646

422.  THE MAY 5, 2004 ATTACK – BAGHDAD ............................ 647

A.  PLAINTIFFS THE DANIEL ALTON ROCCO FAMILY ............... 647

    B.  PLAINTIFFS THE RICHARD LLANCE SCHWAN FAMILY .......648

423.   THE MAY 5, 2004 ATTACK – BALAD ................................................649

    A.  PLAINTIFF DONALD EVAN GRZENA .........................................649

424.   THE MAY 4, 2004 ATTACK – RAMADI ..............................................651

    A.  PLAINTIFFS THE BRYON MAURICE SLAY FAMILY ...............651

425.   THE MAY 2, 2004 ATTACK – RAMADI ..............................................652

    A.  PLAINTIFFS THE BRYON MAURICE SLAY FAMILY ...............652

    B.  PLAINTIFF THOMAS LOCKWOOD JOHNSON .........................654

426.   THE APRIL 27, 2004 ATTACK – RAMADI...........................................655

    A.  PLAINTIFF KEVIN BRADLEY OLECH .........................................655

427.   THE APRIL 26, 2004 ATTACK – FALLUJAH......................................656

    A.  PLAINTIFFS THE CARLOS GOMEZ PEREZ FAMILY ...............656

428.   THE APRIL 25, 2004 ATTACK – TAJI..................................................657

    A.  PLAINTIFFS THE JOIE LEE WILLIAMS FAMILY......................657

429.   THE APRIL 13, 2004 ATTACK – BAGHDADI......................................658

    A.  PLAINTIFF SIGURD MORRIS MATHISEN, JR. .........................658

430.   THE APRIL 8, 2004 ATTACK - MAHMUDIYAH ................................659

    A.  PLAINTIFFS THE BRIAN MICHAEL YORK FAMILY ...............659

431.   THE APRIL 7, 2004 ATTACK - LATIFIYA ..........................................660

    A.  PLAINTIFFS THE STEPHEN KENT FERGUSON FAMILY .........660

432.   THE APRIL 7, 2004 ATTACK – BAIJI ..................................................661

    A.  PLAINTIFFS THE CRAIG SCOTT SOTEBEER FAMILY.............661

433.   THE APRIL 7, 2004 ATTACK – FALLUJAH........................................662

    A.  PLAINTIFF JULIO ALEXANDER GUZMAN ................................662

    B.  PLAINTIFF ANTHONY LEE MIELE ..............................................663

C.  PLAINTIFFS THE TYLER DAVID NEUMEISTER FAMILY ....... 664

D.  PLAINTIFFS THE MICHAEL ANTHONY MENDOZA FAMILY 666

E.  PLAINTIFFS THE BLAIR ELLIS DELL FAMILY ......................... 667

F.  PLAINTIFFS THE JAMES EDDIE WRIGHT FAMILY ................. 668

G.  PLAINTIFFS THE DANIEL JAMES GRIEGO FAMILY ............... 669

434.  THE APRIL 5, 2004 ATTACK – ZAIDON ............................................. 671

A.  PLAINTIFFS THE BRANDON JOHN BERHOW-GOLL FAMILY .....
......................................................................................................... 671

435.  THE APRIL 4, 2004 ATTACK – KIRKUK ........................................... 672

A.  PLAINTIFFS THE GARY LYNN STRICKLAND FAMILY .......... 672

436.  THE APRIL 4, 2004 ATTACK – SADR CITY ...................................... 673

A.  PLAINTIFFS THE FRANKLYN LEE DOSS FAMILY .................. 673

B.  PLAINTIFFS THE SALVADOR BELTRAN-SOTO FAMILY ....... 674

C.  PLAINTIFF ANTHONY JOHN FERRIS ........................................... 676

D.  PLAINTIFFS THE MATTHEW GENE RAUL MERCADO FAMILY .
......................................................................................................... 677

E.  PLAINTIFF ALEXANDER RODRIGUEZ BRYANT ..................... 678

F.  PLAINTIFFS THE RICHARD DEWAYNE FOSTER FAMILY ..... 679

437.  THE MARCH 30, 2004 ATTACK – ISKANDARIYA .......................... 681

A.  PLAINTIFFS THE STUART HUNTER MCKENZIE FAMILY ...... 681

B.  PLAINTIFFS THE JACOB RICHARD DEVRIES FAMILY ........... 682

C.  PLAINTIFF MATTHEW SLATE HAEGER ..................................... 683

D.  PLAINTIFF ADAM NATHAN FLEURY ......................................... 684

E.  PLAINTIFFS THE SHANE MICHAEL PITTS FAMILY ............... 685

438.  THE MARCH 25, 2004 ATTACK – FOB SPEICHER .......................... 686

A.  PLAINTIFFS THE JOSHUA CODY BIRCH FAMILY ................. 686

439.     THE MARCH 19, 2004 ATTACK – FALLUJAH...................................687

         A.  PLAINTIFF MICHAEL ROY RENFRO ...........................................687

440.     THE MARCH 19, 2004 ATTACK – FALLUJAH...................................688

         A.  PLAINTIFFS THE JOHN JAMES DAWDY FAMILY ...................688

441.     THE MARCH 13, 2004 ATTACK – RAMADI.......................................690

         A.  PLAINTIFF BRIAN PATRICK MCPHERSON...............................690

442.     THE MARCH 10, 2004 ATTACK – ISKANDARIYAH ........................691

         A.  PLAINTIFF LARRY JAMES MAYS, JR........................................691

443.     THE MARCH 2, 2004 ATTACK – BAGHDAD.....................................692

         A.  PLAINTIFFS THE DAVID MICHAEL SIMMS FAMILY ..............692

444.     THE FEBRUARY 4, 2004 ATTACK – SAMARRA ..............................693

         A.  PLAINTIFFS THE JOSHUA CODY BIRCH FAMILY ..................693

445.     THE JANUARY 31, 2004 ATTACK - MOSUL......................................694

         A.  PLAINTIFFS THE NATHANIEL RAY LAMBERT FAMILY........694

446.     THE JANUARY 27, 2004 ATTACK – BAGHDAD...............................696

         A.  PLAINTIFFS THE DAVID GLENN MCKENZIE, SR. FAMILY ...696

447.     THE JANUARY 25, 2004 ATTACK - MOSUL......................................697

         A.  PLAINTIFFS THE VICTORIA ELENA PHILLIPPI FAMILY........697

448.     THE JANUARY 24, 2004 ATTACK – KHALIDIYAH..........................699

         A.  PLAINTIFF DAVID KENNETH WILLIAMS.................................699

449.     THE JANUARY 18, 2004 ATTACK - BAGHDAD...............................700

         A.  PLAINTIFF CORY LAMAR EGGLESTON ...................................700

450.     THE JANUARY 7, 2004 ATTACK – LOG BASE SEITZ, BAGHDAD700

         A.  PLAINTIFFS THE MICHAEL BENAVIDES, JR. FAMILY ...........700

451.     THE DECEMBER 31, 2003 ATTACK – WEST OF SADR CITY.........702

A.  PLAINTIFFS THE BENJAMIN VERNON DOLBY FAMILY........702

452.  THE DECEMBER 27, 2003 ATTACK – BAGHDAD............................704

A.  PLAINTIFFS THE RICHARD DEWAYNE FOSTER FAMILY .....704

453.  THE DECEMBER 25, 2003 ATTACK – FOB SPEICHER ...................705

A.  PLAINTIFFS THE JOSHUA CODY BIRCH FAMILY ..................705

454.  THE DECEMBER 25, 2003 ATTACK – FOB GABE, BAQUBA .........707

A.  PLAINTIFFS THE TIMOTHY PADRAIC MCKENZIE FAMILY..707

455.  THE DECEMBER 15, 2003 ATTACK - ADHAMIYA .........................708

A.  PLAINTIFFS THE STEVEN RENALD PEOPLES FAMILY..........708

456.  THE DECEMBER 4, 2003 ATTACK – TIKRIT.....................................709

A.  PLAINTIFFS THE KORYLEE CHARLES KAAI FAMILY ...........709

457.  THE NOVEMBER 23, 2003 ATTACK – BAQUBAH ..........................711

A.  PLAINTIFFS THE EDDIE EUGENE MENYWEATHER FAMILY .....
.....................................................................................................711

458.  THE NOVEMBER 20, 2003 ATTACK – ISKANDARIYA ...................713

A.  PLAINTIFFS THE MICHAEL LAMOYNE BURNS FAMILY.......713

459.  THE NOVEMBER 11, 2003 ATTACK - BAGHDAD............................715

A.  PLAINTIFFS THE ANTOINETTE VERNESTINE SCOTT FAMILY..
.....................................................................................................715

460.  THE NOVEMBER 9, 2003 ATTACK – KIRKUK.................................717

A.  PLAINTIFFS THE ANDREW PATRICK NALLY FAMILY ..........717

461.  THE NOVEMBER 7, 2003 ATTACK –BAGHDAD ..............................719

A.  PLAINTIFF RUSSELL LEE COOK, JR. ..........................................719

462.  THE NOVEMBER 7, 2003 ATTACK - BAGHDAD..............................720

A.  PLAINTIFF JOHN ELDON ADAMIC...............................................720

463.  THE NOVEMBER 2, 2003 ATTACK – LATIFIYA...............................721

A. PLAINTIFFS THE TIMOTHY DEMETRIUS JORDAN FAMILY . 721

464. THE NOVEMBER 1, 2003 ATTACK – BAQUBAH ............................. 723

A. PLAINTIFFS THE DERRICK JERMALE MITCHELL FAMILY .. 723

465. THE OCTOBER 27, 2003 ATTACK - BAGHDAD ................................. 724

A. PLAINTIFFS THE AUBREY DALE BELL FAMILY ..................... 724

B. PLAINTIFFS THE ROOSEVELT ROSS JR. FAMILY ................... 725

C. PLAINTIFF TROY JAMES TUSCHEL ........................................... 727

466. THE OCTOBER 25, 2003 ATTACK – BAQUBA ................................. 728

A. PLAINTIFFS THE TIMOTHY PADRAIC MCKENZIE FAMILY .. 728

467. THE OCTOBER 22, 2003 ATTACK – KADIMIYAH .......................... 729

A. PLAINTIFF JUSTIN RAY MORGAN ............................................. 729

468. THE OCTOBER 11, 2003 ATTACK – TAJI ........................................... 730

A. PLAINTIFF JASON RICHARD GOLBRANSON ........................... 730

469. THE OCTOBER 10, 2003 ATTACK – KIRKUK ................................... 731

A. PLAINTIFFS THE KORYLEE CHARLES KAAI FAMILY ........... 731

470. THE OCTOBER 7, 2003 ATTACK – BALAD ....................................... 732

A. PLAINTIFFS THE BRIAN BUCK WILHELM FAMILY ............... 732

471. THE OCTOBER 7, 2003 ATTACK – BAGHDAD ................................. 734

A. PLAINTIFFS THE DONALD DANIEL GRANT FAMILY ............. 734

472. THE OCTOBER 3, 2003 ATTACK – SADIYAH ................................... 735

A. PLAINTIFFS THE JAMES HEATH PIRTLE FAMILY ................. 735

473. THE OCTOBER 1, 2003 ATTACK – SAMARRA ................................. 737

A. PLAINTIFFS THE JAMES DAVID BLANKENBECLER FAMILY ....
..................................................................................................... 737

474. THE SEPTEMBER 26, 2003 ATTACK - BAGHDAD ........................... 738

A. PLAINTIFFS THE BRIAN DOUGLAS KING FAMILY ................ 738

475. THE SEPTEMBER 18, 2003 ATTACK – BAGHDAD ..........................740

    A. PLAINTIFFS THE WILLIAM F. GUNTER FAMILY ....................740

476. THE SEPTEMBER 1, 2003 ATTACK – BALAD...................................741

    A. PLAINTIFFS THE ALEX PHONGPHACHONE FAMILY .............741

477. THE AUGUST 30, 2003 ATTACK – DORA ..........................................742

    A. PLAINTIFF WILLIAM LEE NELSON.............................................742

478. THE AUGUST 28, 2003 ATTACK – ABU GHRAIB.............................743

    A. PLAINTIFF CHRISTOPHER MICHAEL KNAPP .........................743

479. THE AUGUST 25, 2003 ATTACK – FALLUJAH .................................744

    A. PLAINTIFF ERICK CASTRO............................................................744

480. THE AUGUST 16, 2003 ATTACK – KIRKUK .....................................745

    A. PLAINTIFFS THE FRANCISCO RAMIREZ FAMILY..................745

481. THE AUGUST 11, 2003 ATTACK – TWENTY MILES SOUTH OF BAGHDAD...........................................................................................746

    A. PLAINTIFFS THE ANTONIO JOSE MORA FAMILY ..................746

482. THE AUGUST 1, 2003 ATTACK - JAR SILAH ...................................748

    A. PLAINTIFFS THE JUSTIN WILLIAM HEBERT FAMILY............748

483. THE JULY 31, 2003 ATTACK – BAGHDAD........................................749

    A. PLAINTIFFS THE SAMUEL SPARKS III FAMILY......................749

484. THE JULY 30, 2003 ATTACK – NASIRIYAH......................................750

    A. PLAINTIFFS THE DAMIEN CARL WEEKS FAMILY .................750

485. THE JULY 15, 2003 ATTACK – TIKRIT...............................................751

    A. PLAINTIFF JASON KELLY WASHBURN .....................................751

486. THE JULY 8, 2003 ATTACK –BAGHDAD...........................................752

    A. PLAINTIFFS THE RAY BOYD ROBINSON FAMILY .................752

487. THE JULY 8, 2003 ATTACK – BAGHDAD..........................................754

A. PLAINTIFFS THE JOHNNY JEFFERSON CRAIN FAMILY ........ 754

488. THE JULY 3, 2003 ATTACK – RAMADI ................................................. 756

A. PLAINTIFFS THE JOSEPH RAY EASON, SR. FAMILY .............. 756

489. THE JUNE 30, 2003 ATTACK - HASWA ................................................. 757

A. PLAINTIFF NELSON ANTONIO MARTINEZFLORES ................ 757

490. THE JUNE 3, 2003 ATTACK – BALAD RUZ ....................................... 758

A. PLAINTIFF MICHAEL ANDRE DARCY ...................................... 758

491. THE MAY 8, 2003 ATTACK - BAGHDAD .......................................... 759

A. PLAINTIFFS THE BRIAN DOUGLAS KING FAMILY ................ 759

492. THE MAY 5, 2003 ATTACK – SAMAWAH ........................................ 760

A. PLAINTIFF CHARLES EDWARD SLACKS, JR. .......................... 760

493. THE MAY 1, 2003 ATTACK - BAGHDAD .......................................... 761

A. PLAINTIFFS THE QUANTE MAURICE EGGLESTON FAMILY 761

VII. ALL OF THE TERRORIST ATTACKS WERE ACTS OF INTERNATIONAL
TERRORISM .................................................................................................... 762

VIII. THE ACTS OF IRAN CAUSED PLAINTIFFS' INJURIES AND DEATHS ....... 765

IX. CLAIMS FOR RELIEF ........................................................................................ 766

PRAYER FOR RELIEF ................................................................................................ 770

# INDEX OF ACRONYMS

**AAH** – Asa'ib Ahl Al Haq or the "League of the Righteous"

**AAI** – Ansar al Islam

**AEDPA** – Antiterrorism and Effective Death Penalty Act of 1996

**AIO** – Aerospace Industries Organization

**AQ -** Al Qaida (a/k/a Al-Qaeda or Al-Qa'ida)

**AQI** – Al Qaida In Iraq (a/k/a Al-Qaeda In Iraq or Al-Qa'ida In Iraq)

**ASV** – Armored Security Vehicle

**ATA** – Anti-terrorism Act, 18 U.S.C. § 2333, *et seq.*

**BAS –** Battalion Aid Station

**BBC** – British Broadcasting Company

**BFV** – Bradley Fighting Vehicle

**CBI –** Central Bank of Iran

**CISADA** – Comprehensive Iran Sanctions, Accountability, and Divestment Act of 2010

**COP –** Combat Outpost

**DFAC** – Dining Facility

**DIO** – Defense Industries Organization

**EFP** – Explosively formed penetrators

**FinCEN** – Financial Crimes Enforcement Network

**FOB** – Forward Operating Base

**FSIA** – Foreign Sovereign Immunities Act, 28 U.S.C. § 1602, *et seq.*

**FTO** – Foreign Terrorist Organization

**HAMAS** – Ḥarakat al-Muqāwamah al-ʾIslāmiyyah Islamic Resistance Movement

**HMMWV** – High Mobility Multipurpose Wheeled Vehicle

**HRHS** – The Headquarters for the Restoration of Holy Shrines

**IAIO** – Iran Aviation Industries Organization

**IAV** – Interim Armored Vehicle

**ICEI** – Imensazen Consultant Engineers Institute

**IED** – Improvised explosive device

**IFV** – Infantry Fighting Vehicle

**IRAM** – Improvised Rocket Assisted Munitions

**IRGC** – Islamic Revolutionary Guard Corps

**IRGC-QF** – Islamic Revolutionary Guard Corps-Qods Force

**IRISL** – Islamic Republic of Iran Shipping Lines

**ISIL** – Islamic State of Iraq and the Levant aka "ISIS" or "Daesh"

**ITRSHRA** – Iran Threat Reduction and Syria Human Rights Act of 2012

**JAM** – Jaysch al Mahdi or the "Mahdi Army"

**JASTA** – Justice Against Sponsors of Terrorism Act, Pub. L. 114-222, Sept. 28, 2016, 130 Stat. 852

**KAA -** Khatam al-Anbiya Construction Company

**KH** – Kata'ib Hizballah

**KRG** – Kurdistan Regional Government

**LMTV** – Light Medium Tactical Vehicle

**LSA –** Logistical Support Area

**MNF-I** – Multi National Forces in Iraq

**MOD** – Ministry of Defense

**MODAFL** – Iran's Ministry of Defense and Armed Forces Logistics

**MOIS** – The Iranian Ministry of Intelligence and Security a/k/a "Vezarat-e Ettela'at Va Amniat-e Keshvar" a/k/a "VEVAK" a/k/a "VAJA"

**MRAP** – Mine-Resistant Ambush Protected

**MSR** – Main Supply Route

**MTC** – Medium Transport Company

**NIOC** – National Iranian Oil Company

**OFAC** – Office of Foreign Assets Control

**OP** – Observation Point

**PDB** – Promised Day Brigades

**PTSD** – Post Traumatic Stress Disorder

**QRF** – Quick Response Force

**RJF** – Reformation and Jihad Front

**RPG** – Rocket Propelled Grenade

**SDGT** – Specially Designated Global Terrorist

**SDN** – Specially Designated National

**SDT** – Specially Designated Terrorist

**TBI** – Traumatic Brain Injury

**TTP –** Tactics, Techniques, and Procedures

**UBL** – Usama bin Laden

**WMD** – Weapons of Mass Destruction

## I.      NATURE OF THE CASE

1.      There can be no question the Islamic Republic of Iran ("Iran") is, and at all relevant times has been, actively engaged in materially supporting and promoting terrorist attacks against U.S. nationals[1] in Iraq, that its efforts began even before the U.S. invasion in 2003, that such support includes the provision of money, weapons, training, and advisors, and that it has solidified an organizational/operational relationship between Lebanese Hizbollah (or "Hezbollah"), Al Qaida, Ansar al Sunna/Ansar al Islam ("Ansar al Islam"), and various "Special Groups."

2.      To effectuate its campaign of terror against the citizens of Iraq and the coalition forces serving there, Iran worked hand in glove with its agents and instrumentalities, including its state-owned or state-controlled financial institutions, and government agencies.

3.      In order to fund this terror campaign in Iraq, Iran directed its state owned and/or operated banks, including Defendants Bank Markazi Jomhouri Islami Iran ("Bank Markazi," "Central Bank of Iran" or "CBI"), Bank Melli Iran, and the state- owned and operated National Iranian Oil Company ("NIOC") to conspire with an assortment of Western financial institutions willing to substantially assist Iran to evade U.S. and international economic sanctions, conduct illicit trade-finance transactions, and illegally disguise financial payments to and from U.S. dollar-denominated accounts.

4.      Defendant Iran's aforementioned agents included the U.S.-designated Foreign Terrorist Organization ("FTO") (as that term is defined in 8 U.S.C. § 1189 of the Antiterrorism

---

[1] As used herein, the terms "United States' nationals," "nationals of the United States," and "U.S. nationals" shall have the same meaning as set forth in the Immigration and Nationality Act, codified at 8 U.S.C. § 1101(a)(22), which defines the term "national of the United States" as ". . . (A) a citizen of the United States, or (B) a person who, though not a citizen of the United States, owes permanent allegiance to the United States."

and Effective Death Penalty Act of 1996 ("AEDPA")) Hezbollah;[2] Defendant the Islamic Revolutionary Guard Corps ("IRGC"), whose subdivision known as the Islamic Revolutionary Guard Corps-Qods Force ("IRGC-QF") is a U.S.-designated Specially Designated Global Terrorist ("SDGT"); Iran's Ministry of Intelligence and Security ("MOIS") (an SDGT and Specially Designated National, "SDN"), and other terrorist agents that included a litany of Iraqi Shi'a terror groups referred to herein collectively as "Special Groups."[3]

5.      Iran also conspired with and materially supported Sunni FTOs Ansar al Islam ("AAI") and Al Qaida ("AQ") to terrorize the people of Iraq and Coalition Forces, seeking to disrupt the peacekeeping process and prevent the establishment of free and democratic Iraq.[4]

6.      The acts of international terrorism[5] at issue in this Action (the "Terrorist Attacks") were perpetrated by agents of Iran- the Special Groups, AAI, AQ, and other terrorists ("Terrorist Groups"), all of whom were materially (and substantially) supported, directly and/or

---

[2] The pronunciation and spelling of "Hezbollah" (also known as "Hizbollah" and "Hizbu'llah), is based on region and dialect, but all translate to the "Party of Allah." As used herein, Hezbollah and Hizbollah refer to a Shiite Muslim political party and militant group the United States and European Union consider a foreign terrorist organization.

[3] Discussed in more detail below, Special Groups are terrorist organizations established and funded by Iran.

[4] The U.S. Dept. of State designated Al Qa'ida, Ansar al Islam, and Al-Qa'ida in Iraq ("AQI") as Foreign Terrorist Organizations on October 8, 1999, March 22, 2004, and December 17, 2004, respectively.

[5] As used herein, the term "international terrorism" shall have the same meaning as set forth at 18 U.S.C. § 2331(1), which defines international terrorism as "activities that (A) involve violent acts or acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if committed within the jurisdiction of the United States or of any State; (B) appear to be intended (i) to intimidate or coerce a civilian population; (ii) to influence the policy of a government by intimidation or coercion; or (iii) to affect the conduct of a government by mass destruction, assassination or kidnapping; and (C) occur primarily outside the territorial jurisdiction of the United States, or transcend national boundaries in terms of the means by which they are accomplished, the persons they appear intended to intimidate or coerce, or the locale in which their perpetrators operate or seek asylum."

indirectly, by Defendants.

7.     The Terrorist Attacks resulted in the deaths, maiming, and/or otherwise injury to Plaintiffs and/or Plaintiffs' family members.

8.     This is a civil action pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602–1611 (hereinafter "FSIA") for wrongful death, personal injury and related torts, by the estates and families of United States' nationals and/or members of the U.S. armed forces (as defined in 10 U.S.C. § 101) who were killed or injured by Defendants and/or their agents in Iraq from 2003 to 2011 (the "Relevant Period").

9.     None of the Terrorist Attacks were acts occurring in the course of (A) declared war; (B) armed conflict, whether or not war has been declared, between two or more nations; or (C) armed conflict between military forces of any origin.

10.     Iran serves as a command, financial and/or logistical conduit for various terrorist groups, including the Terrorist Groups and FTOs named herein, and their terrorist activities, specifically including the Terrorist Attacks which killed or injured Plaintiffs or Plaintiffs' family members. Defendants knew they were supporting terrorists and FTOs.

11.     As detailed below, the Defendants herein directed millions of U.S. dollars in arms, equipment and material to Hezbollah, MOIS, the IRGC, and the IRGC-QF, which, in turn, trained, armed, supplied and funded Iran's terrorist agents in Iraq in carrying out their attacks against Plaintiffs and their family members.

12.     At all relevant times, Defendants intentionally, knowingly and/or recklessly provided material support, directly or indirectly, to the Special Groups, Ansar al Islam, Al Qaida and other terrorists, that, at all relevant times, engaged in acts of international terrorism against the United States and nationals of the United States, including Plaintiffs.

13.     At all relevant times, Defendants intentionally, knowingly and/or recklessly contributed substantial and material support and/or resources, directly and/or indirectly, to persons and/or organizations that posed a significant risk of committing acts of terrorism that threatened the security of nationals of the United States.

14.     Plaintiffs' claims arise from separate acts of international terrorism that occurred throughout Iraq between 2003 and 2011.

## II.     JURISDICTION AND VENUE

15.     Jurisdiction and venue are proper in this Court.

### 1.     THIS COURT HAS JURISDICTION OVER ALL CLAIMS AND ALL PARTIES.

16.     This Court has jurisdiction over the subject matter of this Action and Defendants pursuant to 28 U.S.C. §§ 1330(a)–(b), 1331, 1332(a)(2), and the FSIA, 28 U.S.C. § 1605(a)(2).

17.     This Court may exercise personal jurisdiction over all parties to this Action.

### A.     THIS COURT MAY EXERCISE JURISDICTION OVER THE SUBJECT MATTER OF ALL CLAIMS ASSERTED HEREIN.

18.     This Court may exercise its original jurisdiction over claims against the Islamic Republic of Iran pursuant to 28 U.S.C. § 1330(a). This is a nonjury civil action for relief in personam in the form of money damages against a foreign state as defined in 28 U.S.C. § 1603(a)[6] for personal injury or death that was caused by an act, extrajudicial killing, or the provision of material support or resources for such an act.

---

[6] 28 U.S.C. § 1603(a) defines "foreign state" to include "a political subdivision of a foreign state or an agency or instrumentality of a foreign state." The statute defines an "agency or instrumentality of a foreign state as any entity - (1) which is a separate legal person, corporate or otherwise, and (2) which is an organ of the foreign state or political subdivision thereof, or a majority of whose shares or other ownership interest is owned by the foreign state or political subdivision thereof, and (3) which is neither a citizen of a State of the United States as defined in section 1332(c) and (e), nor created under the laws of any third country."  28 U.S.C. § 1603(a)–(b).

###### i.      *Foreign Sovereign Immunities Act*

19.     28 U.S.C. § 1605A exempts the Islamic Republic of Iran from foreign sovereign immunity because it is a designated State Sponsor of Terrorism. Further, 28 U.S.C. § 1605A(c) provides a federal private right of action against a foreign state that is or was a State Sponsor of Terrorism, and also against any official, employee or agent of that foreign state while acting within the scope of his or her office, employment or agency, for wrongful death, personal injury, and related torts.

20.     The United States officially designated Iran a State Sponsor of Terrorism on January 19, 1984, pursuant to § 6(j) of the Export Administration Act, § 40 of the Arms Export Control Act, and § 620A of the Foreign Assistance Act, and has renewed said designation annually.

21.     Iran was designated as a State Sponsor of Terror at all times during the Relevant Period.

22.     At all relevant times, Plaintiffs were nationals of the United States, members of the U.S armed forces, U.S government contractors, or the legal representative thereof, as defined under 28 U.S.C. § 1605A(c).

23.     None of the attacks alleged herein occurred within the territory of the Islamic Republic of Iran. This fact renders inapplicable the FSIA's requirement that Plaintiffs afford Defendants an opportunity to arbitrate.

### B.      THIS COURT MAY EXERCISE PERSONAL JURISDICTION OVER ALL PARTIES TO THIS ACTION.

24.     Plaintiffs consent to this Court's exercise of personal jurisdiction over them.

25.     This Court has jurisdiction over this matter and over the Defendants pursuant to 28 U.S.C. §§ 1330(a)–(b), 1331, 1332(a)(2), and 1605A(a)(1), which create subject-matter and

personal jurisdiction for civil actions for wrongful death and personal injury against State Sponsors of Terrorism and their officials, employees and agents.

26.     This Court may exercise personal jurisdiction over the Islamic Republic of Iran pursuant to 28 U.S.C. § 1330(b) and the applicable exception to immunity in 28 U.S.C. § 1605A(a)(1). Together, these provide for personal jurisdiction over Iran and agents and instrumentalities for claims arising under 28 U.S.C. § 1330(a) upon valid service of process under 28 U.S.C. § 1608.

27.     Further, that exercise of personal jurisdiction is reasonable; foreign sovereigns and their extensively controlled instrumentalities are not "persons" under the Fifth Amendment's Due Process Clause. That exercise of personal jurisdiction is consistent with the forum's manifest interest in providing effective means of redress for its residents.

### 2.     VENUE IS PROPER IN THIS COURT.

28.     Venue is proper in this district pursuant to 28 U.S.C. § 1391(f).

29.     Venue is proper in this district as to the Islamic Republic of Iran pursuant to 28 U.S.C. § 1391(f)(4), which provides that civil actions against a foreign state may be brought in the United States District Court for the District of Columbia.

## III.   LEGISLATIVE BACKGROUND

30.     This case is brought by and/or on behalf of U.S. nationals and/or family members of such U.S. nationals who were injured and/or killed in certain acts of international terrorism caused by Defendants.

31.     Defendants materially and substantially supported the IRGC, IRGC-QF, MOIS, Hezbollah, Special Groups, Ansar al Islam, Al Qaida, and other terrorists for the purpose of killing, maiming, and/or otherwise injuring U.S. nationals, including Plaintiffs.

32.     In 1996, as part of the AEDPA, Congress amended the FSIA to allow U.S.

victims of terrorism to sue designated State Sponsors of Terrorism, such as Iran, for their terrorist acts.[7]  Pursuant to the National Defense Authorization Act for Fiscal Year 2008, Public L. No. 110-181, members of the United States armed forces, employees of the U.S. government and individuals performing a contract awarded by the United States Government, acting within the scope of the employee's employment may also bring private claims against State Sponsors of Terrorism.[8]

33.     Congress's purpose in lifting the sovereign immunity under the AEDPA was to "affect the conduct of terrorist states outside the U.S. [by promoting] safety of U.S. citizens who travel overseas."[9]

34.     As a result of the AEDPA, foreign states, such as Iran, cannot assert sovereign immunity where a victim claims money damages for personal injuries or death caused by, among other things, the provision of material support or resources.

35.     Pursuant to 28 U.S.C. § 1605A(a)(1), "[a] foreign state shall not be immune from the jurisdiction of courts of the United States … in any case … in which money damages are sought against a foreign state for personal injury or death that was caused by an act of torture, extrajudicial killing, aircraft sabotage, hostage taking, or the provision of material support or resources for such an act if such act or provision of material support or resources is engaged in by an official, employee, or agent of such foreign state while acting within the scope of his or her office, employment, or agency."

36.     If a foreign state satisfies one of these, or the several other exceptions to immunity, it "shall be liable in the same manner and to the same extent as a private individual

---

[7]  28 U.S.C. § 1605A(a)(1).

[8]  28 U.S.C. §1605A(c).

[9]  44B Am. Jur. 2d *International Law* § 140 (2013).

under like circumstances."[10]

37.     The FSIA provides an exception to sovereign immunity of foreign states where, *inter alia*, a foreign state is a designated state sponsor of terrorism (such as Iran) that has engaged in acts of international terrorism, and was so designated at the time of the alleged wrongful conduct and is still so designated when the claim is filed.

38.     Specifically, the FSIA permits U.S. courts to maintain jurisdiction over a foreign state where that state engages in an act of terrorism or provides "material support or resources" to a terrorist organization.[11]

39.     The FSIA provides that Plaintiffs may bring an action against non-immune foreign states, such as Iran, in the United States District Court for the District of Columbia if the action is brought against a foreign state or political subdivision thereof.[12]

40.     During the Relevant Period, including when the Terrorist Attacks occurred and when this Action was filed, Iran was designated a State Sponsor of Terror by the United States.

## IV.     THE DEFENDANTS

### 1.     THE ISLAMIC REPUBLIC OF IRAN

41.     Plaintiffs assert causes of action against Iran. Iran directed, planned and authorized acts of torture, extrajudicial killing, and hostage taking, and provided material support or resources to Hezbollah, Special Groups, Ansar al Islam, Al Qaida, and other terrorists that perpetrated the Terrorist Attacks specifically for the purpose of carrying out those Attacks. Iran's actions proximately and directly caused the murders and injuries to Plaintiffs and Plaintiffs' family members in those Terrorist Attacks.

---

[10] 28 U.S.C. § 1606.

[11] *See* 18 U.S.C. § 2339A(b).

[12] 28 U.S.C. § 1391(f).

8

42.     Plaintiffs' deaths and injuries were a natural and probable consequence of Iran's actions as set forth herein. Moreover, such deaths and injuries should have been, and in fact, were foreseeable.

43.     At all times relevant to this Complaint, Iran is and was a foreign state within the meaning of 28 U.S.C. § 1603 and designated a State Sponsor of Terrorism pursuant to § 6(j) of the Export Administration Act of 1979, 50 U.S.C. app. § 2405.

44.     Iran provided material support and resources for the commission of acts of extrajudicial killing, torture and/or hostage taking within the meaning of 28 U.S.C. § 1605A, including the Terrorist Attacks in which Plaintiffs were killed, injured, or maimed, and performed actions that caused the Terrorist Attacks and the harm to Plaintiffs herein.

45.     The Government of Iran is politically and ideologically hostile to the United States and its allies, and has consistently provided material support for acts of international terrorism, including extrajudicial killings, torture, and hostage takings, particularly through MOIS, IRGC, IRGC-QF and its Lebanese-based FTO, Hezbollah, which historically have served as Iran's proxies and agents, enabling Iran to project extremist violence and terror throughout the Middle East and around the globe.

46.     Both before and during the U.S. liberation and occupation of Iraq and its subsequent peacekeeping mission, Iran supported a massive international terror campaign against Iraqi citizens and U.S. nationals, including Plaintiffs.

47.     As detailed herein, Iran provided funds, arms, equipment, and material support to Hezbollah, IRGC, IRGC-QF, and MOIS which, in turn, trained, armed, supplied and funded Iran's terrorist agents in Iraq in carrying out their attacks against Plaintiffs and their family members.

48.     Iran's efforts to kill and maim U.S. nationals in Iraq, and to thwart U.S. policy objectives in Iraq, were readily apparent and widely reported.

49.     In fact, Iran's role in funding militant groups that target and kill Coalition[13] and Iraqi forces and innocent American, British, Iraqi and other civilians was a matter of public record.

50.     For example, on October 5, 2005, at a press briefing at the Foreign Office in London, William Patey, the British ambassador to Baghdad, blamed the Islamic Revolutionary Guard for helping supply the technology and weapons which has been used in bomb attacks against British troops in the south which claimed the lives of eight British soldiers and two British civilians.

51.     On October 10, 2005, the British Broadcasting Company ("BBC") reported that:

> An armour-piercing version of the bomb—blamed for the deaths of eight British soldiers this year—marks the latest advance in the insurgents' arsenal. *The UK has accused Iran of supplying the new weapon to militants in southern Iraq, via the Lebanese Hezbollah militia group,* although Tehran has denied this.

(Emphasis added).

52.     The BBC followed up with multiple reports in 2006 describing the details from military briefings about Iran's material support to Shi'a militia groups that were targeting and killing British and U.S. forces in Iraq, including Plaintiffs.

53.     For example, on June 23, 2006, the BBC reported:

> BBC world affairs correspondent, Paul Reynolds, says both the American and

---

[13] "Coalition Forces" refers to the "[…]multinational force under unified command to take all necessary measures to contribute to the maintenance of security and stability in Iraq, including for the purpose of ensuring necessary conditions for the implementation of the timetable and programme as well as to contribute to the security of the United Nations Assistance Mission for Iraq, the Governing Council of Iraq and other institutions of the Iraqi interim administration, and key humanitarian and economic infrastructure[.]" *See* S.C. Res. 1511, ¶ 13, U.N. SCOR, U.N. Doc. S/RES/1511, at 3 (Oct. 16, 2003).

British military in Iraq have claimed for some time that Iran, or factions within the Iranian government, have been supporting Shias politically and militarily…

…"Since January we have seen an upsurge in their support, particularly to the Shia extremist groups," Gen Casey said.

"They are using surrogates to conduct terrorist operations both against us and against the Iraqi people."

"We are quite confident that the Iranians, through the special operations forces, are providing weapons, IED [improvised explosive device] technology and training to Shia extremist groups in Iraq," he said.

54.     In another example, on September 26, 2008, CNN reported that U.S. officials claimed Iran had provided Shi'a militias in Iraq with "millions of dollars" in funding and that:

The official said that high-grade military explosives and specialized timers are among the "boutique military equipment" moving from Iran into Iraq. Some of the equipment is of the same type that Hezbollah, an Iranian-backed Shiite militia, used against Israeli forces in Lebanon during the summer, the official said. The origin of the weapons was easy to discern because of *Iranian markings* on it, he said. Because Iran maintains tight control over armaments, he said, shipment of the weapons into Iraq had to involve "*elements associated with the Iranian government*."

(Emphasis added).

55.     Iran, through its agents and instrumentalities, including Defendants herein, provided Explosively Formed Penetrators ("EFPs") (discussed in more detail at Section V(I)1, below), along with other munitions and training in tactics, that were used to injure and kill Plaintiffs. Such bombs are sometimes inaccurately called "improvised explosive devices" ("IEDs"); in reality, the EFPs were not "improvised" but professionally manufactured and specifically designed by Iran and its agents to target and penetrate Plaintiffs and Coalition Forces' armor, and sow terror within the borders and amongst the citizens of Iraq.

56.     Because Iran (a State Sponsor of Terror) routinely provided material support to FTOs and Special Groups, AAI, AQ and other terrorists, including those Terrorist Groups and

FTOs responsible for the Terrorist Attacks that resulted in the death, maiming, or injury to Plaintiffs and/or Plaintiffs' family members, to advance the terrorist activities of those FTOs and Special Groups and other terrorists, Iran is directly and/or vicariously liable for the personal injuries caused by those FTOs and Terrorist Groups.

57.    Iran's pursuit and development of weapons of mass destruction—including IEDs, EFPs, mines and similar explosive munitions — were the subject of numerous  news reports, U.S. government reports, and Congressional testimony, as well as U.N. Security Council resolutions and European Union regulations.

## 2.    ISLAMIC REVOLUTIONARY GUARD CORPS

58.    The IRGC was founded in the wake of the 1979 revolution as a branch of the Iranian Armed Forces tasked with protecting the country's Islamic system. Since its origin as an ideologically driven militia, the IRGC has taken an ever more assertive role in virtually every aspect of Iranian society. The IRGC is a special entity unto itself, part military force, part paramilitary force, and part business conglomerate.  Its expanded social, political, military, and economic role has led many analysts to argue that its political power has surpassed even that of the Shi'a clerical system.

59.    The IRGC is nominally comprised of five branches (Ground Forces, Air Force, Navy, Basij militia, and Qods Force special operations IRGC-QF) in addition to a counterintelligence directorate and representatives of the Supreme Leader.

60.    Several of the IRGC's leaders have been sanctioned under U.N. Security Council Resolution 1747.

61.    The IRGC is now a vast conglomerate. It controls Iran's missile batteries, its nuclear program, and a business empire.

62.    The IRGC is the spine of the current political structure and a major player in the

Iranian economy.[14] It has expanded well beyond its mandate into a socio-military-political-economic force that deeply penetrates Iran's power structure.[15] The IRGC is a central participant in Iran's concerted efforts to sow terror in Iraq.

63.    Even before the U.S. invasion of Iraq in 2003, the IRGC had long cultivated ties to Shi'a opposition groups opposed to Saddam Hussein's brutal regime, including the Badr Corps (discussed in more detail below) that was headquartered in Iran in the 1980s and the 1990s.

64.    The IRGC's subversion of Iraq has not been limited to terrorism.

65.    The IRGC has also infiltrated Iraqi society, providing "political and ideological support" via charitable associations such as the Khomeini Social Help Committee – in Karbala, Najaf, Kut, and Sadr City – and the Imam Mohammad Bagher Institute in Najaf.

66.    The IRGC also purchased or developed seven television stations in Iraq, and at least three radio stations.

67.    According to the U.S. State Department's 2005 Country Reports on Terrorism: "[t]he IRGC was increasingly involved in supplying lethal assistance to Iraqi militant groups, which destabilizes Iraq ... Senior Iraqi officials have publicly expressed concern over Iranian interference in Iraq, and there were reports that Iran provided funding, safe passage, and arms to insurgent elements."

68.    The IRGC-QF's "Department 2000" manages Iran's relationship with Hezbollah, which includes the flow of some of Iran's most sophisticated weapon systems, including military

---

[14] Central Bank of the Islamic Republic of Iran, *General Information*,

http://www.cbi.ir/page/GeneralInformation.aspx (last visited Sept. 12, 2017).

[15] Bruno Greg and Jayshree Bajoria, Iran's Revolutionary Guards, Council on Foreign Relations, Oct. 12, 2011.

grade EFPs, anti-tank guided missiles, and various rockets, such as the Fajr-5.

69.     The IRGC is an "agency or instrumentality" of the government of Iran as defined by 28 U.S.C. § 1603(b), and is owned and controlled by the government of Iran.

70.     Defendant Iran authorized, ratified and approved the acts of Defendant IRGC.

71.     Accordingly, Defendant Iran is vicariously liable for the acts of Defendant IRGC.

### 3.     THE IRANIAN MINISTRY OF INTELLIGENCE & SECURITY (MOIS)

72.     The Iranian Ministry of Intelligence and Security (a/k/a "Vezarat-e Ettela'at Va Amniat-e Keshvar" a/k/a "VEVAK" a/k/a "VAJA," hereinafter "MOIS") is located at Second Negarestan Street, Pasdarsan Avenue,  Tehran, Iran.

73.     MOIS headquarters is a facility located in Tehran on the block bounded by Sanati Street on the West, 30th Street on the South, and Iraqi Street on the East.

74.     MOIS is the most powerful and well-supported ministry among all Iranian ministries in terms of logistics, finances, and political support. It is a non-military governmental organization that operates both inside and outside of Iran.

75.     MOIS functions as the Iranian Intelligence Service and, in this capacity, it is the secret police and primary intelligence agency of the Islamic Republic of Iran. It is the part of the Iranian government's security apparatus responsible for the assassination of Iranian political dissidents inside and outside the country.

76.     MOIS uses all means at its disposal to protect the Islamic Revolution of Iran, utilizing such methods as infiltrating internal opposition groups, monitoring domestic threats and expatriate dissent, arresting alleged spies and dissidents, exposing conspiracies deemed threatening, and maintaining liaison with other foreign intelligence agencies as well as with organizations that protect the Islamic Republic's interests around the world.

14

77.     MOIS operates under the direct supervision of Iran's Supreme Leader, Ayatollah Khamenei, who claims to be the leader of the Muslim world. As noted above, MOIS agents are known as "Unknown Soldiers of Imam Zaman," who is the Twelfth Imam in the succession of Islamic leaders of Shi'a Muslims. However, the organization is not bound by Shi'a beliefs. To advance its goals, MOIS recruits individuals regardless of their beliefs.

78.     According to Iran's constitution, all organizations must share information with the Ministry of Intelligence and Security. The ministry oversees all covert operations. The IRGC and IRGC-QF Qods Force share all the information they collect with MOIS.

79.     MOIS and the IRGC-QF coordinate through foreign embassies, "charities," and cultural centers in targeted countries.

80.     Hezbollah is organizationally linked to MOIS, and is used by MOIS as a proxy in Iran's intelligence operations.

81.     In the Middle East, Iran, through MOIS and the IRGC-QF, uses Hezbollah to threaten the United States in Iraq and Afghanistan by backing insurgent groups, including Terrorist Groups who committed the Terrorist Attacks involving Plaintiffs.

82.     Specifically, MOIS acted as a conduit for Iran's provision of funds, training and direction to Terrorist Groups for their terrorist activities beyond the borders of Iran including the actions relating to the Terrorist Attacks and Plaintiffs' injuries.

83.     MOIS and it agents have routinely been, and are presently designated by the U.S. Treasury as an SDN and SDGT, pursuant to Iranian Financial Sanctions Regulations ("IFSR"), including:

    a.  Executive Order 13399 of April 25, 2006, *Blocking Property of Additional Persons in Connection With the National Emergency With Respect to Syria,* sanctioning entities and individuals that:

> [H]ave been, involved in the planning, sponsoring, organizing, or perpetrating of: (A) the terrorist act in Beirut, Lebanon, that resulted in the assassination of former Lebanese Prime Minister Rafiq Hariri and the deaths of 22 others; or (B) any other bombing, assassination, or assassination attempt in Lebanon since October 1, 2004, that is related to Hariri's assassination or that implicates the Government of Syria or its officers or agents; (ii) to have obstructed or otherwise impeded the work of the Commission established pursuant to UNSCR 1595; (iii) to have materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services in support of, any such terrorist act, bombing, or assassination attempt, or any person designated pursuant to this order; or (iv) to be owned or controlled by, or acting or purporting to act for or on behalf of, directly or indirectly, any person designated pursuant to this order.

b. Executive Order 13460 of February 13, 2008, *Blocking Property of Additional Persons in Connection With the National Emergency With Respect to Syria*, sanctioning entities and individuals:

> [R]esponsible for or otherwise significantly contributing to actions taken or decisions made by the Government of Syria *that have the purpose or effect of undermining efforts to stabilize Iraq* or of allowing the use of Syrian territory or facilities to undermine efforts to stabilize Iraq.
>
> (Emphasis added).

c. Executive Order 13553 of September 28, 2010, designating MOIS and its agents as an "IRAN-HR" entity, responsible for "serious human rights abuses by the government of Iran. In doing so the United States sought to sanction entities and individuals that:

> "[Were] acting on behalf of the Government of Iran (including members of paramilitary organizations) who is responsible for or complicit in, or responsible for ordering, controlling, or otherwise directing, the commission of serious human rights abuses against persons in Iran or Iranian citizens or residents, or the family members of the foregoing, on or after June 12, 2009, regardless of whether such abuses occurred in Iran… materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of, [such] activities described… or any person whose property and interests in property are blocked pursuant to this order; or.. owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, any person whose property and interests in property are

16

blocked pursuant to this order.

d. Executive Order 13606 of April 22, 2012, designating MOIS and its agents as an "HRIT-IR" entity, responsible for "grave human rights abuses by the governments of Iran and Syria via information technology." In doing so, the United States sanctioned entities and individuals that:

> [P]rovided, directly or indirectly, goods, services, or technology to Iran or Syria likely to be used to facilitate computer or network disruption, monitoring, or tracking that could assist in or enable serious human rights abuses by or on behalf of the Government of Iran or Syria… [or] provided, directly or indirectly, goods, services, or technology to Iran or Syria likely to be used to facilitate computer or network disruption, monitoring, or tracking that could assist in or enable serious human rights abuses by or on behalf of the Government of Iran… [or] materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of [these] activities… [or] owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, any person whose property and interests in property are blocked pursuant to this order."

84. MOIS has been involved in kidnappings, assassinations, and terrorism since its inception in 1985.

85. Many of the U.S. State Department reports on global terrorism over the last twenty-five years refer to MOIS as Iran's key facilitator and director of terrorist attacks.

86. In 1995 and again in 1996, Usama Bin Laden approached MOIS and asked to join forces against the United States. Bin Laden's phone records, obtained by U.S. investigators working on the U.S. embassy bombings in Kenya and Tanzania, show that 10 percent of phone calls made by Bin Laden and his lieutenants were to Iran.

87. Seif al-Adl, one of AQ's top-ranking leaders at the time, was the liaison between Iranians and AQ; he coordinated meetings with the IRGC's leaders and MOIS officials.

88. At all times relevant to this action, MOIS acted as an agent of Iran and performed certain acts within the scope of its agency within the meaning of 28 U.S.C. § 1603(b).

89.     U.S. federal courts have consistently held that the IRGC and the MOIS are parts of the Iranian state itself.[16]

90.     Defendant Iran authorized, ratified, and approved the acts of Defendant MOIS.

91.     Accordingly, Defendant Iran is vicariously liable for the acts of Defendant MOIS.

### 4.     BANK MARKAZI JOMHOURI ISLAMI IRAN

92.     Bank Markazi Jomhouri Islami Iran is the Central Bank of Iran. The Central Bank of Iran ("CBI") was established in 1960, and, according to its website, CBI is responsible for the design and implementation of Iran's monetary and credit policies.[17]

93.     CBI is headquartered in Tehran, Iran at Mirdamad Boulevard, No. 198, P.O. Box: 15875/7177.

94.     CBI has provided millions of dollars to terrorist organizations via other Iranian-owned and controlled banks. For example, in a press release issued by the U.S. Treasury Department in 2007 regarding the designation of the Iranian-owned Bank Saderat as an SDGT, the U.S. Government noted that:

> Bank Saderat, which has approximately 3200 branch offices, has been used by the Government of Iran to channel funds to terrorist organizations, including Hezbollah and EU-designated terrorist groups Hamas, PFLP-GC, and Palestinian Islamic Jihad. For example, from 2001 to 2006, Bank Saderat *transferred $50 million from the **Central Bank of Iran** through its subsidiary in London to its branch in Beirut for the benefit of Hezbollah fronts in Lebanon that support acts of violence.* (Emphasis added.)

95.     According to the United States' Financial Crimes Enforcement Network

---

[16] *See e.g., Rimkus v. Islamic Republic of Iran*, 575 F.Supp.2d 181, 198–200 (D.D.C. 2008) (Lamberth, C.J.); *Blais v. Islamic Republic of Iran*, 459 F.Supp.2d 40, 60–61 (D.D.C. 2006) (Lamberth, J.) (both MOIS and IRGC must be treated as the state of Iran itself for purposes of liability); and *Salazar v. Islamic Republic of Iran*, 370 F.Supp.2d 11, 105, 115–16 (D.D.C. 2005) (Bates, J.) (same).

[17] *Supra* note 14.

("FinCEN"):

> The Central Bank of Iran, which regulates Iranian banks, has assisted designated Iranian banks by transferring billions of dollars to these banks in 2011. In mid-2011, the CBI transferred several billion dollars to designated banks, including Saderat, Mellat, EDBI and Melli, through a variety of payment schemes. In making these transfers, the CBI attempted to evade sanctions by minimizing the direct involvement of large international banks with both CBI and designated Iranian banks.

96.     CBI is an alter-ego and "agent and instrumentality" of the Iranian government and its Supreme Leader as defined by 28 U.S.C. § 1603, and it has routinely used Iranian banks like the other Defendant Iranian banks as conduits for terror financing and weapons proliferation on behalf of the Iranian regime.

97.     Defendant Iran authorized, ratified and approved the acts of Defendant CBI.

98.     Accordingly, Defendant Iran is vicariously liable for the acts of Defendant CBI.

**5.     BANK MELLI IRAN**

99.     Bank Melli Iran was established in 1927 by order of the Iranian Parliament. It is one of the largest banks in Iran.

100.    Following the Iranian Revolution in 1979, all banks in Iran were nationalized, and, as discussed below, even now most are effectively controlled by the Iranian regime.

101.    Bank Melli Iran is headquartered at Ferdowsi Avenue, Building 10, Tehran, Iran.

102.    Bank Melli Iran maintains a branch office in Germany, located at Holzbrücke 2, 20459 Hamburg, Germany.

103.    Bank Melli Iran is an "agency or instrumentality" of the government of Iran as defined by 28 U.S.C. § 1603(b).

104.    As discussed in detail below, Bank Melli Iran is owned and controlled by Iran to such an extent that it rightfully can be considered an organ of the state as defined by 28 U.S.C. § 1603(b)(2).

105.    Melli Bank Plc in London was established in January 2002 as a wholly-owned subsidiary of Bank Melli Iran.

106.    Melli Bank Plc was headquartered at 98a Kensington High Street, London, W8 4SG, United Kingdom and, in 2016, moved its head office to Dubai.

107.    The Chairman of Bank Melli Iran serves as the Chairman of the Board of Directors of Melli Bank Plc.

108.    Bank Melli Iran appoints all members of the Board of Directors of Melli Bank Plc.

109.    Melli Bank Plc is dominated and controlled by Iran to such an extent that it rightfully can be considered an organ of the state as defined by 28 U.S.C. § 1603, and its property is subject to and available to satisfy any final judgment in this matter pursuant to 28 U.S.C. § 1610.

110.    According to the U.S. government, from 2004-2011, Bank Melli Iran and Melli Bank Plc in London transferred approximately $100 million USD to the IRGC-QF, which trained, armed, and funded terrorist groups that targeted and killed and maimed American and Iraqi forces and civilians.

111.    Specifically, according to the U.S. government:

> Islamic Revolutionary Guards Corps (IRGC) and IRGC-Qods Force, who channel funds to militant groups that target and kill Coalition and Iraqi forces and innocent Iraqi civilians, have used Bank Melli and other Iranian banks to move funds internationally. Bank Melli used deceptive banking practices to obscure its involvement from the international banking system by requesting that its name be removed from financial transactions when handling financial transactions on behalf of the IRGC.

112.    In October 2007 and throughout the remainder of the relevant period, Bank Melli Iran and Melli Bank Plc were each designated as a SDN pursuant to Executive Order ("E.O.")

13382, and included on the Office of Foreign Assets Control's SDN list.18 The U.S. Treasury

Department press release announcing the designation stated:

> Bank Melli also provides banking services to the [Iranian Revolutionary Guard Corps] and the Qods Force. Entities owned or controlled by the IRGC or the Qods Force use Bank Melli for a variety of financial services. From 2002 to 2006, Bank Melli was used to send at least $100 million to the Qods Force. When handling financial transactions on behalf of the IRGC, Bank Melli has employed deceptive banking practices to obscure its involvement from the international banking system. For example, Bank Melli has requested that its name be removed from financial transactions.

113.   A State Department diplomatic cable from March 2008 noted that:

> Bank Melli and the Central Bank of Iran also provide crucial banking services to the Qods Force, the IRGC's terrorist supporting arm that was headed by UNSCR 1747 designee Commander Ghassem Soleimani. Soleimani's Qods Force leads Iranian support for the Taliban, Hezbollah [sic], Hamas [sic] and the Palestinian Islamic Jihad. Entities owned or controlled by the IRGC or the Qods Force use Bank Melli for a variety of financial services. From 2002 to 2006, Bank Melli was used to send at least $100 million to the Qods Force. Bank Melli use of Deceptive Banking Practices... When handling financial transactions on behalf of the IRGC, Bank Melli has employed deceptive banking practices to obscure its involvement from the international banking system. For example, Bank Melli has requested that its name be removed from payment instructions for US dollar denominated transactions.

114.   According to the U.S. government, Bank Melli Iran provided banking services to

the IRGC-QF which trained, armed, and funded terrorist groups that targeted, killed and maimed

American and Iraqi forces and civilians.

---

[18] "The Office of Foreign Assets Control ("OFAC") of the U.S. Department of the Treasury administers and enforces economic and trade sanctions based on U.S. foreign policy and national security goals against targeted foreign countries and regimes, terrorists, international narcotics traffickers, those engaged in activities related to the proliferation of weapons of mass destruction, and other threats to the national security, foreign policy or economy of the United States." *See* U.S. Department of the Treasury, *Terrorism and Financial Intelligence*, https://www.treasury.gov/about/organizational-structure/offices/Pages/Office-of-Foreign-Assets-Control.aspx (last visited Sept. 26, 2018).

115.    Specifically, according to the U.S. government in a November 10, 2009 diplomatic cable:

> [The] Islamic Revolutionary Guards Corps (IRGC) and IRGC-Qods Force, who channel funds to militant groups that target and kill Coalition and Iraqi forces and innocent Iraqi civilians, have used Bank Melli and other Iranian banks to move funds internationally. Bank Melli used deceptive banking practices to obscure its involvement from the international banking system by requesting that its name be removed from financial transactions when handling financial transactions on behalf of the IRGC.

116.    During the Relevant Time Period, Bank Melli Iran financed transactions that purposefully evaded U.S. sanctions on behalf of Mahan Air (an SDGT) and Iran's Ministry of Defense and Armed Forces Logistics.

117.    For example, Bank Melli issued a Letter of Credit to Mahan Airlines (an Iranian airline) in August 2004 to help Mahan Airlines illegally acquire aircraft engines subject to the U.S. embargo.

118.    Bank Melli's financial support and assistance to Mahan Airlines is particularly significant because on October 12, 2011, the United States designated Mahan Air as an SDGT for "providing financial, material and technological support to the Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF). Based in Tehran, Mahan Airlines provides transportation, funds transfers and personnel travel services to the IRGC-QF."

119.    The U.S. Treasury Department explained Mahan Airline's direct involvement with terrorist operations, personnel movements and logistics on the IRGC-QF's behalf:

> Mahan Air [has] facilitated the covert travel of suspected IRGC-QF officers into and out of Iraq by bypassing normal security procedures and not including information on flight manifests to eliminate records of the IRGC-QF travel.

> Mahan Air crews have facilitated IRGC-QF arms shipments. Funds were also transferred via Mahan Air for the procurement of controlled goods by the IRGC-QF.
>
> In addition to the reasons for which Mahan Air is being designated today, Mahan Air also provides transportation services to Hezbollah, a Lebanon-based designated Foreign Terrorist Organization. Mahan Air has transported personnel, weapons and goods on behalf of Hezbollah and omitted from Mahan Air cargo manifests secret weapons shipments bound for Hezbollah.

120.    Mahan Airlines was also later identified as the conduit to Iran of thousands of radio frequency modules that were ultimately recovered by Coalition Forces in Iraq from IEDs and EFPs that were used to target Iraqi civilians, U.S. soldiers, and Coalition Forces, including some Plaintiffs herein.

121.    In mid-2007, Bank Melli Iran's branch in Hamburg, Germany ("Bank Melli-Hamburg") transferred funds on behalf of Iran's Defense Industries Organization ("DIO").

122.    As is further discussed below, DIO is an Iranian government-owned defense manufacturer whose name, logo, and/or product tracking information was stamped on munitions found in weapons caches that were seized from terrorist organizations in Iraq, including large quantities of weapons produced by DIO in 2006 and 2007 (e.g. 107 millimeter artillery rockets, as well as rounds and fuses for 60 millimeter and 81 millimeter mortars).

123.    Defendant Iran authorized, ratified, and approved the acts of Defendant Bank Melli Iran.

124.    Accordingly, Defendant Iran is vicariously liable for the acts of Defendant Bank Melli Iran.

**6.    NATIONAL IRANIAN OIL COMPANY**

125.    The National Iranian Oil Company ("NIOC"), owned and overseen by the Government of Iran through its Ministry of Petroleum, is responsible for the exploration,

production, refining, and export of oil and petroleum products in Iran.

126.    NIOC is headquartered at Roodsar Street No. 18, Tehran, Iran.

127.    NIOC is an "agency or instrumentality" of the Government of Iran as defined by

28 U.S.C. § 1603(b).

128.    In 2008, the Treasury Department identified NIOC (and other Iranian agencies) as

"centrally involved in the sale of Iranian oil, as entities that are owned or controlled by the

[Government of Iran]."

129.    Pursuant to E.O. 13382, the U.S. Government designated NIOC as an SDN.

130.    The U.S. Government has identified NIOC as an agent or affiliate of the IRGC.

131.    In September 2012, the U.S. Treasury Department handed its report to Congress

regarding its determination that NIOC is an agent or affiliate of the IRGC. The report provided

that:

> Recently, the IRGC has been coordinating a campaign to sell Iranian oil in an effort to evade international sanctions, specifically those imposed by the European Union that prohibit the import, shipping, and purchase of Iranian oil, which went into full effect on July 1, 2012. NIOC, which is owned by the Government of Iran through the Ministry of Petroleum, is responsible for the exploration, production, refining, and export of oil and petroleum products in Iran.
>
> Under the current Iranian regime, the IRGC's influence has grown within National Iranian Oil Co. For example, on August 3, 2011, Iran's parliament approved the appointment of Rostam Qasemi, a Brigadier General in the IRGC, as Minister of Petroleum. Prior to his appointment, Qasemi was the commander of Khatam Al-Anbia, a construction and development wing of the IRGC that generates income and funds operations for the IRGC. Even in his new role as Minister of Petroleum, Qasemi has publicly stated his allegiance to the IRGC.

132.    As the IRGC has become increasingly influential in Iran's energy sector, Khatam

Al-Anbiya has obtained billions of dollars' worth of contracts with Iranian energy companies,

including NIOC, often without participating in a competitive bidding process.

133.    Under the Iran Threat Reduction and Syria Human Rights Act of 2012 ("ITRSHRA"), the U.S. government determined that that NIOC is an agent or affiliate of the IRGC under section 104(c)(2)(E)(i) of the Comprehensive Iran Sanctions, Accountability, and Divestment Act of 2010 ("CISADA") and section 302 of ITRSHRA. As part of that 2012 certification, NIOC was formally determined to be part of the Government of Iran.

134.    In addition, the ITRSHRA provided that:

> It is the sense of Congress that the National Iranian Oil Company and the National Iranian Tanker Company are not only owned and controlled by the Government of Iran but that those companies provide significant support to Iran's Revolutionary Guard Corps and its affiliates.[19]

135.    After the events giving rise to the claims herein, the U.S. government withdrew this determination as of 2016.

136.    NIOC used its oil and natural gas business to launder money for the IRGC, often using Defendant Central Bank of Iran for this purpose.

137.    In 2009, West Point's Combating Terrorism Center published a report on the role of NIOC, particularly in the Maysan province in Iraq (Southeast border between Iran and Iraq), and its role in studying U.S. troops movements:

> The establishment of a new U.S. and Iraqi [Forward Operating Base] on the Iranian border has resulted in three waves of attacks in an area that was formerly devoid of incidents .... The incident occurred in the same district as the February 2007 EFP attack on a British aircraft at a Buzurgan dirt airstrip, itself a reaction by Special Groups to UK long-range patrolling of the Iranian border. This part of the border is increasingly the scene of U.S. and Iranian countermoves to support their proxies and patrol the frontier; Iranian intelligence gathering takes place using National Iranian Oil Company helicopters and border guards, while U.S.-Iraqi helicopter-borne joint patrols provide moral and material support to isolated Iraqi border posts and local communities.

---

[19] U.S. Department of the Treasury, *Sanctions*, *See*, https://www.treasury.gov/resource-center/sanctions/Documents/hr_1905_pl_112_158.pdf (last visited Sept. 12, 2017).

138.    Thus, NIOC served a critical function in funding and supporting the IRGC's activities.

139.    NIOC also obtained letters of credit from western banks to provide financing and credit to the IRGC.[20]

140.    Defendant Iran authorized, ratified, and approved the acts of Defendant NIOC.

141.    Accordingly, Defendant Iran is vicariously liable for the acts of Defendant NIOC.

## V.    FACTUAL ALLEGATIONS

142.    International terrorism is a serious and deadly problem that threatens the vital interests of the United States.[21]   It affects the interstate and foreign commerce of the United States by harming international trade and market stability, and limiting international travel by United States' citizens, as well as foreign visitors to the United States.[22]

143.    The United States has a clear interest in combating terrorism, both within its borders and abroad, and in protecting its nationals at home and abroad.

144.    Iran committed and continues to commit violent attacks against U.S. nationals. Iran commits these attacks via proxy terrorist organizations.

145.    According to the CIA, Iranian leaders view terrorism as an important instrument of foreign policy they use both to advance national goals and to export the regime's Islamic revolutionary ideals.[23]

---

[20] The Superseding Indictment filed in *U.S. v. Zarrab* (filed in the S.D.N.Y (1:15-cr-00867)) demonstrates that, as late as 2013, NIOC continued to illegally launder U.S. dollars through U.S. financial institutions.

[21] Justice Against Sponsors of Terrorism Act, § 2(a)(1), Pub. L. 114-222 (2016).

[22] *Id*. at § 2(a)(2).

[23]  Central Intelligence Agency, Directorate of Intelligence, *Iran: The Uses of Terror*, (Oct. 22, 1987 (approved for release June 1999)),

146.    Further, Iran supports and directs terrorist operations by Hezbollah and desires to keep the United States and U.S. nationals as primary terrorist targets.[24]

147.    In June 2007, U.S. Department of State spokesman, Sean McCormack, delivered a press briefing on Iran and its ties to international terrorism. When asked what changes he was looking for concerning Iran and its ties to terrorism, he responded, "Well, for starters, stop supplying *money, technology, and training* for people who are trying to kill [U.S. nationals]..."[25] (Emphasis added).

## 1.    IRAN'S LONG HISTORY OF MATERIALLY SUPPORTING AND ENCOURAGING ACTS OF INTERNATIONAL TERRORISM

148.    For decades Iran has made the funding of terrorist organizations (including the Special Groups and other terrorists that perpetrated the Terrorist Attacks) and the commodification of international acts of terrorism its business.

149.    Iran has a history of financing, supporting and training terrorists and their affiliates in the perpetration of terrorist attacks against the United States, its citizens and its allies. For example, Hon. Judge John D. Bates found in a lawsuit brought by U.S. victims of the bombing of the U.S. embassies in Nairobi and Dar es Salaam that, "[s]upport from Iran and Hezbollah was critical to al Qaeda's execution of the 1998 embassy bombings...Prior to its meetings with Iranian officials and agents, al Qaeda did not possess the technical expertise required to carry out the embassy bombings."[26]

150.    Similarly, Iran has been lavish with its support to all groups (including Sunni

---

https://www.cia.gov/library/readingroom/docs/DOC_0000259360.pdf.

[24] *Id.*

[25] U.S. Department of State, *Sean Womack Daily Press Briefing* (June 27, 2007), http://site-894736.bcvp0rtal.com/detail/videos/archive/video/1807599216/daily-briefing---june-27-2007.

[26] *Wamai v. Republic of Sudan et. al.*, No. 1:08-cv-01349-JDB-JMF (D. D.C. Nov. 30, 2011), Memorandum Opinion at 13–14, ECF No. 55.

groups with ties to al Qaida) engaged in acts of international terrorism against Iraqi citizens, Coalition Forces and U.S. nationals, including Plaintiffs.

151.    Since the Iranian Revolution in 1979, Iran has been a principal source of extremism and terrorism throughout the Middle East and the rest of the world, responsible for bombings, kidnappings, hostage-taking torture, extrajudicial killings, and assassinations across the globe.

152.    On January 19, 1984, the United States designated Iran a State Sponsor of Terrorism. That designation has remained in force throughout the Relevant Period to this Action.

153.    Iran prefers not to be directly implicated in acts of international terrorism against U.S. nationals, but instead acts through co-conspirators and/or agents and offers bounties for killing U.S. nationals, shooting down U.S. helicopters, and destroying American tanks.

154.    Reports suggest that in fall 2003 "a senior Iranian cleric in Tehran set up a special 100-member army, known as al Saqar, which means eagle in Arabic, to . . . carry out [acts of international terrorism]."[27]

155.    Countries determined by the Secretary of State to have repeatedly provided support for acts of international terrorism receive such a designation pursuant to three laws: (1) section 6(j) of the Export Administration Act; (2) section 40 of the Arms Export Control Act; and (3) section 620A of the Foreign Assistance Act.

156.    Taken together, the main categories of sanctions resulting from designation under these authorities include: (1) restrictions on U.S. foreign assistance; (2) a ban on defense exports and sales; (3) certain controls over exports of dual use items; and (4) miscellaneous financial and other restrictions.

---

[27] Edward T. Pound, *Special Report: The Iran Connection*, U.S. News and World Report, Nov. 14, 2004.

157.    Designation under the above-referenced authorities also implicates other sanction laws that penalize persons and countries engaging in certain trade with state sponsors. Currently there are three recidivist countries designated under these authorities: Iran, Sudan, and Syria.[28]

158.    In Iraq, the policies of Iran have been largely successful, "giving Iran an unprecedented degree of influence there at the expense of the United States…" An Iran-friendly Iraq "serves as an opportunity for Iran to evade the increasingly harsh international sanctions regime and to continue financing [FTOs]."[29]

159.    Iranian diplomatic, political, and economic networks within Iraq are highly developed and closely linked both to Hezbollah and to the IRGC-QF.

160.    Unclassified Iraqi government Harmony records, collated by the Combating Terrorism Center at West Point, as well as information provided to the Coalition Forces through interrogation of detainees of the Shiite militias, illustrate how Iran sponsored terrorist groups, directly and through Hezbollah (Iran's proxy for more than 30 years), operated in Iraq, including supporting and directing the terrorist groups responsible for the Terrorist Attacks which killed or injured Plaintiffs or their family members.

161.    Planning and preparation by Iran and its agents, including Hezbollah, for their active involvement in supporting terrorist groups and encouraging sectarian violence in Iraq has been underway since at least 2002.

162.    At least as early as the 2003 U.S. overthrow of Saddam Hussein's regime in Iraq, Iran has assiduously worked to expand its influence in Iraq and throughout the region in a variety

---

[28] U.S. Department of State, *State Sponsors of Terrorism*, https://www.state.gov/j/ct/list/c14151.htm (last visited Mar. 24, 2017).

[29] Frederick W. Kagan et. al., *Iranian Influence in the Levant, Egypt, Iraq, and Afghanistan*, at 6 (May 2012), http://www.aei.org/wp-content/uploads/2012/05/-iranian-influence-in-the-levant-egypt-iraq-and-afghanistan_171235465754.pdf.

of ways, including by fomenting violence and terrorism when such activities have served its diplomatic, political, and economic ambitions.

163.    When Coalition Forces liberated Iraq in 2003, Iran's IRGC formed the counter-Coalition Ramazan Corps and ordered it to attack U.S. and Iraqi forces. Saddam Hussein's 24-year rule ended on April 9, 2003. The U.S. Department of State reported that, shortly thereafter, individuals with ties to the IRGC may have attempted to infiltrate southern Iraq and elements of the Iranian regime helped members of AAI transit and find safe haven in Iran.

164.    In a Friday prayers sermon in Tehran in May 2003, Secretary General of Iran's powerful Guardian Council Ayatollah Ahmad Jannati publicly encouraged Iraqis to stage and participate in suicide operations against U.S. nationals, including Plaintiffs and Coalition Forces.[30] He went on to encourage the so-called "holy fighters" to "maintain good relations with the coalition forces" but at the same time create "a secret group that would conduct attacks against American troops."[31]

165.    In 2005, the Department of State reported that Iran was a safe haven in that known terrorists, extremists, and sympathizers are able to transit its territory and cross the long and porous border into Iraq. Iran also equips terrorists with technology and provides training in extremist ideology and militant techniques.[32]

166.    In 2008, William Burns, U.S. Undersecretary of State for Political Affairs,

---

[30] U.S. *Department* of State, Office of the Coordinator for Counterterrorism, *Patterns of Global Terrorism* (Apr. 29, 2004) http://www.state.gov/j/ct/rls/crt/2003/31644.htm.

[31] Edward T. Pound, *Special Report: The Iran Connection*, U.S. News and World Report (Nov. 22, 2004), http://www.iranfocus.com/en/index.php?option=com_content&view=article&id=741:the-iran-connection&catid=33&Itemid=115.

[32] U.S. Department of State, Office of the Coordinator for Counterterrorism, *Country Reports on Terrorism 200,* at 21 (2006),  https://www.state.gov/documents/organization/65462.pdf.

testified before Congress that it is "Iran's... support for terrorist groups...its efforts to sow violence and undermine stability in Iraq and Afghanistan, including lethal support for groups that are directly responsible for hundreds of U.S. casualties."[33]

167.    As recently as 2015, the State Department stated that "Iran's state sponsorship of terrorism worldwide remained undiminished through the … IRGC-QF, its Ministry of Intelligence and Security, and Tehran's ally Hezbollah, which remained a significant threat to the stability of Lebanon and the broader region."[34]

### 2.    IRAN'S SPONSORSHIP AND MATERIAL SUPPORT OF TERRORISM IN IRAQ

168.    Iran is the world's foremost exporter of global terrorism, and uses various FTOs, Special Groups, and other agents or proxies to distribute and deliver this deadly product around the globe.

169.    Iran utilizes Special Groups and other terrorists that coordinated with Hezbollah and the IRGC as front groups to perpetrate terrorist acts, including those that killed or injured Plaintiffs or members of Plaintiffs' families.

170.    Iran's command and control over IRGC, FTOs and Special Groups that routinely perpetrate terrorist attacks, including the Terrorist Attacks at issue in this Action, is best illustrated by diagramming the command and control Iran exercises over those entities:

---

[33] *U.S. Policy Towards Iran: Hearing Before S. Comm. on Foreign Relations and H. Comm. on* Foreign *Affairs*, 110th Cong. (July 9, 2008) (testimony of William J. Burns, Undersecretary for Political Affairs, U.S. Department of State), https://2001-2009.state.gov/p/us/rm/2008/106817.htm.

[34] U.S. Department of State, Office of the Coordinator for Counterterrorism, *Country* Reports *on Terrorism 2015*, at 166 (June 2016), https://www.state.gov/documents/organization/258249.pdf.



171.     Iran's support of terrorist groups in Iraq was described in the U.S. State

Department's 2005 Country Reports on Terrorism, which observed:

> Iran has provided political and ideological support for several
> terrorist and militant groups active in Iraq. Attractive to terrorists in
> part because of the limited presence of the United States and other
> Western governments there, Iran is also a safe haven in that known
> terrorists, extremists, and sympathizers are able to transit its territory
> and cross the long and porous border into Iraq. Iran also equips
> terrorists with technology and provides training in extremist

ideology and militant techniques.

172.     Iran furthers its terrorism-based foreign policy through a number of key Iranian Proxies including Iran's Ministry of Defense and Armed Forces Logistics ("MODAFL"), the IRGC, the IRGC-QF, Hezbollah/Hizbollah, NIOC, KAA, Mahan Air, and Special Groups.

173.     In 2008, Pentagon Press Secretary Geoff Morrell reported on the "smuggling system in which the Iranians are providing their allies within Iraq, these special groups, with the munitions that are then used to take on us, whether it be EFPs or rockets or conventional arms. These are being used by these special groups and being provided by the Iranians."

174.     On January 9, 2008, the U.S. Treasury Department designated four individuals and one entity under E.O. 13438 for threatening the peace and stability of Iraq and the government of Iraq. Three of the individuals, Ahmed Foruzandeh (a Brigadier General in the IRGC-QF), Abu Mustafa Al-Sheibani, and Isma'il Hafiz Al Lami (a/k/a "Abu Dura") were all based in Iran and/or received funding from Iran.

175.     Regarding the designation of Abu Mustafa Al-Sheibani, the Treasury Department press release stated:

> Iran-based Abu Mustafa Al-Sheibani leads a network of Shia extremists that commit and provide logistical and material support for acts of violence that threaten the peace and stability of Iraq and the Government of Iraq. Al-Sheibani's Iran-sponsored network was created to affect the Iraqi political process in Iran's favor. The network's first objective is to fight U.S. forces, attacking convoys and killing soldiers. Its second objective is to eliminate Iraqi politicians opposed to Iran's influence. *Elements of the IRGC were also sending funds and weapons to Al-Sheibani's network.*
>
> Al-Sheibani's network – consisting of several hundred members – conducted IED attacks against Americans in the Baghdad region. As of March 2007, Al-Sheibani, known to transport Katyusha rockets to be used for attacks against Coalition Forces, launched rockets against Americans and made videos of the attacks to get money from Iran. *As of April 2007, a member of Al-Sheibani's network*

*supervised the transport of money and explosives from Iran for eventual arrival in Baghdad.* In early May 2007, Al-Sheibani's network assisted members of a Shia militia group by transporting them to Iran for training and providing them with weapons for their activities in Iraq.

Additionally, Al-Sheibani commands several pro-Iranian insurgent groups in southern Iraq that work to destabilize Iraq and sabotage Coalition efforts. These groups use a variety of weapons, to include mortars, Katyusha rockets, and anti-tank landmines. *Ordered by IRGC headquarters to create disorder, the task of these groups is to attack bases of Coalition Forces in southern Iraq, particularly British forces.*

(Emphasis added).

176.    To that end, Iran (with Hezbollah's aid) has armed, trained, and funded a variety of FTOs and Special Groups, and infiltrated and co-opted Iraqi security forces in an effort to kill or maim U.S. nationals, including Plaintiffs, and to coerce the United States into withdrawing those forces and to terrorize Iraq's civilian population in order to increase Iran's own influence.

177.    According to a 2010 report by the Combatting Terrorism Center at West Point, Iran paid Iraqi "insurgent" groups "between $4,000 and $13,000 per rocket or roadside bomb, depending on the circumstances."

178.    Iran did not just act on its own. As part of its strategy of sophisticated and clandestine use of terrorism, Iran preferred not to act directly against the Coalition Forces in Iraq. Rather, Iran relied on various other entities, including Defendants named herein to act on Iran's behalf and at Iran's discretion and guidance. Moreover, without the funding provided to these organizations by Iran, they would not be able to carry out the volume, consistency, frequency, scale, and lethality of the acts of international terrorism they currently, and in the past, routinely perpetrated, including the Terrorist Attacks that killed, maimed, or otherwise injured Plaintiffs or Plaintiffs' family members.

### 3. ISLAMIC REVOLUTIONARY GUARD CORPS—QODS FORCE (IRGC-QF)

179.    The highest echelons of the Iranian government and the highest echelons of Hezbollah have worked together to organize a violent, resistance movement in Iraq. The IRGC-QF, with direct assistance from Iran, has established and funded this movement.

180.    Ayatollah Khomeini established the IRGC-QF in 1979 to protect Iran's Islamic Revolution and export it beyond Iran's borders. The commander of the IRGC-QF reports directly to Iran's Supreme Leader, Ayatollah Ali Khomeini.

181.    The Qods Force is the IRGC unit tasked with extraterritorial operations. It trains and equips Islamic revolutionary groups around the Middle East. The IRGC-QF typically provides this paramilitary instruction in Iran and Sudan. At times, the IRGC-QF plays a more direct role in the military operations of the forces it trains, including pre-attack planning and other operation-specific military advice.

182.    The Qods Force operates worldwide covertly, as part of a strategy which intends to conceal Iran's participation in terrorist activities.

183.    Iran, through the Qods Force, gains access to countries and conceals its involvement in international terrorism therein by cloaking its operations with the appearance of legitimacy, mainly through civilian, charity, or religious oriented institutions or entities.[35]

184.    Since 2003, Iran has been materially supporting acts of international terrorism by advising, organizing, training, funding, and equipping FTOs and Special Groups, and other terrorists to kill, maim, or otherwise injure U.S. nationals, among others. To do this, Iran enlisted

---

[35]As an example, the Qods Force used the Iranian Red Crescent to operate in the Balkans during the 1990s to provide assistance to the Bosnian Muslims against the Serb, and to Hizbollah during the 2006 Lebanon War. *See, e.g., U.S. Embassy Cables: Iran Abuses Iranian Red Crescent to Send Agents and Weapons Overseas,* THE GUARDIAN (Oct. 23, 2008), https://www.theguardian.com/world/us-embassy-cables-documents/174875.

(and continues to enlist) the IRGC-QF to provide such support to these FTOs and Special Groups.

185.   This material support has made these FTOs, Special Groups and other terrorists more effective and lethal than they ever could have been without such assistance.

186.   In October 2007, the United States designated the IRGC-QF a SDGT pursuant to E.O. 13324, explaining that:

> The Qods Force has had a long history of supporting Hizballah's military, paramilitary, and terrorist activities, providing it with guidance, funding, weapons, intelligence, and logistical support. The Qods Force operates training camps for Hizballah in Lebanon's Bekaa Valley and has reportedly trained more than 3,000 Hizballah fighters at IRGC training facilities in Iran. The Qods Force provides roughly $100 to $200 million in funding a year to Hizballah and has assisted Hizballah in rearming in violation of UN Security Council Resolution 1701.
>
> *In addition, the Qods Force provides lethal support in the form of weapons, training, funding, and guidance to select groups of Iraqi Shi'a militants who target and kill Coalition and Iraqi forces and innocent Iraqi civilians.*

(Emphasis added).

187.   In 2004, the Qods Force began flooding Iraq with EFPs – lethal roadside bombs that fire a molten copper slug capable of piercing armor. These EFPs wreaked havoc on American troops, accounting for nearly twenty percent of U.S. service personnel deaths. EFPs require skilled assembly and rely on sophisticated sensors. According to General Stanley McChrystal, then head of Joint Special Operations Command, "[t]here was zero question where [the EFPs] were coming from. We knew where all the factories were in Iran. The EFPs killed hundreds of Americans."[36]

---

[36] Dexter Filkins, *The Shadow Commander*, THE NEW YORKER (Sept. 30, 2013), http://www.newyorker.com/magazine/2013/09/30/the-shadow-commander.

188.    On October 25, 2007, when the U.S. Department of Treasury designated IRGC-QF as SDGT under E.O. 13224, the Department cited the IRGC-QF's material support to the Taliban, Lebanese Hezbollah, Hamas, Palestinian Islamic Jihad, and the Popular Front for the Liberation of Palestine-General Command as evidence of Iran seeking to inflict casualties on U.S. and NATO forces.[37]

189.    IRGC-QF controls and commands Hezbollah, the Lebanese terrorist organization (described below). Pursuant to instructions from IRGC-QF, Hezbollah formed Unit 3800. Unit 3800 was tasked by the IRGC-QF with recruiting, radicalizing and training Iraqi militants and organizing several Iraqi terrorist/insurgency militias, called Special Groups.

190.    According to Brigadier Gen. Kevin J. Bergner, a U.S. military spokesman who previously served as the Deputy Commanding General for MNF-I in Mosul, Iraq, "the Qods Force has provided armor-piercing weapons to extremist groups in Iraq, funneling them up to $3 million a month and training Iraqi militiamen at three camps near Tehran." General Bergner added, "[t]he Iranian Qods Force is using Lebanese Hezbollah essentially as a proxy, as a surrogate in Iraq ... Our intelligence reveals that senior leadership in Iran is aware of this activity."

191.    The Qods Force has a track record of disguising operatives, and some who may appear to be retired officers, in civilian functions to facilitate operations.

192.    The Qods Force provides financial aid to terrorist groups in Iraq by using the civilian or religious cover, specifically, entities known as The Headquarters for the Restoration of Holy Shrines (Setad-e Bazsazi-ye Atabat-e Ali-yat, hereinafter "HRHS"), and Khatam al-

---

[37] U.S. Department of The Treasury, *Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism* (Oct. 25, 2007) https://www.treasury.gov/press-center/press-releases/Pages/hp644.aspx.

Ambiya AA (discussed in detail below).

### 4.   HEZBOLLAH

193.   Iran has had a long, deep, strategic partnership with the Lebanese-based Foreign Terrorist Organization Hezbollah, which historically has served as Iran's proxy and agent, enabling Iran to project extremist violence and terror throughout the Middle East and around the globe.

194.   Hezbollah is probably the most prominent and "successful" group developed with the assistance of the IRGC-QF.

195.   From its inception, Hezbollah has enjoyed significant financial and material aid from Iran. The IRGC-QF, in particular, played a critical role in Hezbollah's foundation and its funding and training.

196.   On June 25, 2016, the Secretary General of Hezbollah, Sheikh Hassan Nasrallah, claimed that, "We are open about the fact that Hezbollah's budget, its income, its expenses, everything it eats and drinks, its weapons and rockets, come from the Islamic Republic of Iran." Nasrallah stated that, "[a]s long as Iran has money, we have money… Just as we receive the rockets that we use to threaten Israel, we are receiving our money. No law will prevent us from receiving it…" [38]

197.   Through its proxy, agent, and strategic partner Hezbollah, Iran orchestrated a series of kidnappings of Westerners in Lebanon, including several Americans in the 1980s; killed more than two hundred U.S. Marines at their barracks in Beirut, Lebanon, in 1983; hijacked TWA flight 847 in 1985; and launched two major attacks in the 1990s on Jewish targets in

---

[38] Majid Rafizadeh, *In first, Hezbollah confirms all financial support comes from Iran*, Al Arabiya English (June 25, 2016), https://english.alarabiya.net/en/2016/06/25/In-first-Hezbollah-s-Nasrallah-confirms-all-financial-support-comes-from-Iran.html.

Buenos Aires, Argentina, namely the 1992 bombing of the Israeli Embassy (killing twenty-nine people), and the 1994 bombing of a Jewish community center (killing eighty five people). Hezbollah assisted al Qaeda affiliated terrorists in the Khobar bombings in Saudi Arabia on June 25, 1996 (which killed 19 U.S. service members) and in the bombing of the U.S. embassies in Nairobi and Dar es Salaam on August 7, 1998 (which killed 224 and injured approximately 5000 people).

198.    Hezbollah is a Shi'a Islamist militant group based in Lebanon, funded by Iran, and formed in 1982. Its leaders are followers of Ayatollah Khomeini and Ayatollah Khamenei, and its forces are trained and organized by a contingent of 1,500 Revolutionary Guards. Hezbollah's military strength has grown so significantly that its paramilitary wing, the Jihad Council, is considered more powerful than the Lebanese Army. Hezbollah relied almost exclusively on Iranian largesse, which funds at least $100 to $200 million a year or more.[39] The U.S. Department of State estimates that Hezbollah has tens of thousands of supporters and members worldwide. While Hezbollah is based in the southern suburbs of Beirut, the Bekaa Valley, and southern Lebanon, its activities make evident the group is capable of operating around the globe, particularly in Iraq.

199.    Despite Shi'a ideologies, Iran and Hezbollah have supported and worked with Sunni and other terrorist organizations to effectuate their broader goal of exporting terror around the globe and destabilizing western involvement and influence in the Middle East. According to the New York Times:

> In an interview, Sheikh Naim Qassem, Hezbollah's deputy secretary general, proudly acknowledged his organization's efforts to pass its rich militant experience to other Iranian aligned forces. "Every group

---

[39] U.S. Department of Defense, *CDA—Military Power of Iran, Unclassified Report on Military Power of Iran* (Apr. 2010), http://www.fas.org/man/eprint/dod_iran_2010.pdf.

anywhere in the world that works as we work, with our ideas, is a win for the party," he said. "It is natural: All who are in accordance with us in any place in the world, that is a win for us because they are part of our axis and a win for everyone in our axis."[40]

200.    Hezbollah received "massive material and technical support from the Iranian government"[41] in the planning and perpetrating the terrorist attack which killed 241 Marines in Beirut in 1983.

201.    The Iranian regime provides "extensive financial support for terrorists generally and in support for al Qaeda and Hezbollah in particular."[42]

202.    Iran "created Hizballah…[and] has been the sponsor of Hizballah since its inception, providing funding, training, leadership and advice via Hizballah's leadership councils…Hizballah has received from Iran $100 million to $500 million in direct financial support annually…Hizballah served as a terrorist proxy for Iran, created specifically for the purpose of serving as a front for Iranian terrorism, in effect, a cover name for terrorist operations run by Iran's IRGC around the world."[43]

203.    As a result of its mission, conduct, and terrorist activities, on January 25, 1995, Hezbollah was designated a SDT by the United States. It has maintained that designation since that time.

204.    Hezbollah was designated an FTO by the United States on October 8, 1997, and it has retained that designation since that time.

205.    On October 31, 2001, pursuant to E.O. 13224, Hezbollah was designated SDGT

---

[40] Ben Hubbard, *Hezbollah: Iran's Middle East Agent, Emissary and Hammer,* N.Y. TIMES (Aug. 27, 2017).

[41] *Peterson v. Islamic Republic of Iran*, 264 F. Supp. 2d. 46, 58 (D. D.C. 2003).

[42] *Havlish v. Bin Laden (In re Terrorist Attacks on September 11, 2001),* 2011 U.S. Dist. LEXIS 155899, at 97-98 (S.D.N.Y. Dec. 22, 2011).

[43] *Id.*

by the United States. It has maintained that designation since that time.

206.    According to a December 20, 2004 *Washington Post* article, "Western diplomats and political analysts in Beirut estimated that Hezbollah received *$200 million a year from Iran*." (Emphasis added).

207.    Sometime after the 2003 U.S. invasion of Iraq, Hezbollah created "Unit 3800," an entity dedicated to supporting Iraqi Shi'a terrorist groups targeting Iraqi citizens, and Multi National Forces in Iraq ("MNF-I").

208.    At Iran's request, Hezbollah leader Hassan Nasrallah established Unit 3800.

209.    Unit 3800 has trained and advised various Shi'a militias in Iraq, later termed the Special Groups.

210.    By early 2005, the presence of Hezbollah operatives in Iraq became an open secret when Iraqi Interior Minister Falah al-Naquib announced the arrest of eighteen Lebanese Hezbollah members on terrorism charges.

211.    According to U.S. intelligence estimates—and following the 2007 arrest and interrogation of Hezbollah's senior operative in Iraq—in 2007 the IRGC-QF provided Hezbollah and one of its local trainers, Ali Musa Daqduq (who is discussed in greater detail below), up to $3,000,000.00 in U.S. currency *every month*.

212.    Hezbollah's terrorist attacks include the suicide truck bombings of the U.S. Embassy and U.S. Marine barracks in Beirut in 1983; the U.S. Embassy annex in Beirut in 1984; and the 1985 hijacking of TWA flight 847, during which U.S. Navy diver Robert Stethem was murdered. Elements of the group were responsible for the kidnapping, detention, and murder of Americans and other Westerners in Lebanon in the 1980s. Hezbollah was implicated, along with Iran, in the 1992 attacks on the Israeli Embassy in Argentina and in the 1994 bombing of the

Argentine-Israeli Mutual Association in Buenos Aires. In 2000, Hezbollah operatives captured three Israeli soldiers in the Shebaa Farms area and, separately, kidnapped an Israeli non-combatant in Dubai. Although the non-combatant survived, on November 1, 2001, Israeli Army Rabbi Israel Weiss pronounced the soldiers dead. The surviving non-combatant and the bodies of the Israeli soldiers were returned to Israel in a prisoner exchange with Hezbollah in 2004.[44]

213.    Hezbollah carried out two attacks against UN Interim Force Peacekeepers in Lebanon; an attack in late July 2011 that wounded six French citizens, and a second attack, days later, which injured three French soldiers. Also in 2011, four Hezbollah members were indicted by the UN-based Special Tribunal for Lebanon, an international tribunal investigating the 2005 assassination of Lebanese Prime Minister Rafik Hariri. A fifth Hezbollah member, Hassan Habib Merhi, was indicted in October 2013.

214.    In January 2012, Thai police detained Hezbollah operative Hussein Atris on immigration charges as he was attempting to depart Thailand. Atris, a SDGT, was convicted of possessing bomb-making materials by a Thai court in September 2013 and sentenced to two years and eight months in prison. He was released in September 2014 and is believed to reside in Lebanon. In July 2012, a suspected Hezbollah operative was detained by Cypriot authorities for allegedly helping plan an attack against Israeli tourists on the island. On March 21, 2013, a Cyprus court found the operative guilty of charges based on his surveillance activities of Israeli tourists.

215.    Hezbollah was also responsible for the July 2012 attack on a passenger bus carrying 42 Israeli tourists at the Sarafovo Airport in Bulgaria, near the city of Burgas. The explosion killed five Israelis and one Bulgarian, and injured 32 others.

---

[44] U.S. Department of State, Office of the Coordinator for Counterterrorism, *Country Reports on Terrorism 2015*, at 369 (June 2016), https://www.state.gov/documents/organization/258249.pdf.

216.    In May 2013, Hezbollah publicly admitted to playing a significant role in the ongoing conflict in Syria, rallying support for Syrian President Bashar al-Assad. Hezbollah's support for the Assad regime continues in 2018.

217.    In 2015, the group also continued its operations against Israel. In January, Hezbollah fired rockets on an Israeli convoy, killing two Israeli soldiers. In a speech in Tehran in August, Hezbollah Deputy Secretary General Shaykh Na'im Qasim declared Israel, the United States, and Takfiri groups as enemies of Islam and urged Muslims to fight against these enemies. In December, Hezbollah leader Nasrallah threatened attacks in revenge for the death of senior Hezbollah militant Samir Kuntar. Nasrallah claimed orders had already been given and fighters on the ground were preparing attacks.

218.    In May 2015, Cypriot authorities arrested dual Lebanese-Canadian national Hussein Bassam Abdallah after finding 8.2 tons of liquid ammonium nitrate in the basement of a residence in Larnaca. Abdallah admitted to Cypriot authorities he was a member of Hezbollah. He was charged on five offenses, including participation in a terrorist organization and providing support to a terrorist organization, by the Republic of Cyprus and sentenced to six years in prison on June 29, 2015.

219.    Iran continues to provide Hezbollah with funding, training, weapons, and explosives, as well as political, diplomatic, monetary, and organizational aid. Such support and material is crucial to Hezbollah's continued terrorist operations. Moreover, the support is substantial.

220.    United States District Courts have found, in numerous lawsuits related to international acts of terrorism sponsored or directed by Iran, that Hezbollah is, in fact, an arm of the IRGC and a key component to Iran's *modus operandi* of sponsoring and/or directing

international terrorism aimed primarily against the United States and its allies.[45]

221.    Hezbollah training camps in southern Lebanon and Iran, and Hezbollah's expertise in the use of EFPs, kidnapping, communications and small-unit operations, were critical to the IRGC's operations in Iraq during the Relevant Period.

## 5.    IRAN'S MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS (MODAFL)

222.    In October 2007, the United States designated Iran's Ministry of Defense and Armed Forces Logistics ("MODAFL") as a FTO stating it controls the Defense Industries Organization, an Iranian entity identified in the Annex to UN Security Council Resolution 1737 and designated by the United States under E.O. 13382 on March 30, 2007.

223.    MODAFL is the principal procurement arm of Iran's military and terror apparatus.

224.    MODAFL operates the [Iran] Aviation Industries Organization ("IAIO"), the Aerospace Industries Organization ("AIO"), and the Defense Industries Organization ("DIO"). MODAFL was designated by the United States on October 25, 2007.

225.    The AIO was designated on June 28, 2005 for weapons proliferation.

226.    The MAPNA group is also a key component of MODAFL and the IRGC's procurement chain.

227.    Abbas Aliaabadi, Chairman of MAPNA International FZE and President of the MAPNA Group, is a former member of the Iranian Ministry of Construction Jihad and of the Iranian Air Force. Aliaabadi was also a key member of the Ministry of Culture & Islamic Guidance instrumental in the creation of Hezbollah and has close links to the IRGC.

---

[45] *See, e.g., Owens v. Republic of Sudan*, 826 F. Supp. 2d 128, 135–36 (D. D.C. 2011); *Kaplan v. Cent. Bank of the Islamic Republic of Iran*, 55 F. Supp. 3d 189, 197 (D. D.C. 2014).

228.    Pursuant to the Arms Export Control Act and the Export Administration Act, MODAFL was sanctioned in November 2000 for its involvement in missile technology proliferation activities.

229.    The U.S. government explained the basis for the designation as follows:

> The Ministry of Defense and Armed Forces Logistics (MODAFL) controls the Defense Industries Organization, an Iranian entity identified in the Annex to UN Security Council Resolution 1737 and designated by the United States under E.O. 13382 on March 30, 2007. MODAFL also was sanctioned, pursuant to the Arms Export Control Act and the Export Administration Act, in November 2000 for its involvement in missile technology proliferation activities.
>
> MODAFL has ultimate authority over Iran's Aerospace Industries Organization (AIO), which was designated under E.O. 13382 on June 28, 2005. The AIO is the Iranian organization responsible for ballistic missile research, development and production activities and organizations, including the Shahid Hemmat Industries Group and the Shahid Bakeri Industries Group, which were both listed under UN Security Council Resolution 1737 and designated under E.O. 13382. The head of MODAFL has publicly indicated Iran's willingness to continue to work on ballistic missiles. Defense Minister Brigadier General Mostafa Mohammad Najjar said that one of MODAFL's major projects is the manufacturing of Shahab-3 missiles and that it will not be halted. MODAFL representatives have acted as facilitators for Iranian assistance to an E.O. 13382-designated entity and, over the past two years, have brokered a number of transactions involving materials and technologies with ballistic missile applications.

230.    Formally, the IRGC is a subordinate directorate of MODAFL.

231.    The IRGC uses MODAFL to both procure and develop weapons and equipment for its use.

232.    The DIO, the AIO, and Defense Technology and Science Research Centre are all subordinate to MODAFL, giving it operational control over Iran's ballistic missile development program.[46]

---

[46]  Steven R. Ward, *Immortal: A Military History of Iran and Its Armed Forces* 320 (2009).

233.    MODAFL entities' illicit procurement activities have resulted in a series of ongoing U.S. sanctions.[47]

234.    Moreover, Iran continues to provide material support, including resources and guidance, to multiple terrorist organizations and Special Groups, including all of the terrorist groups that perpetrated the acts of international terrorism complained of herein, that undermine the stability of the Middle East and Central Asia. [48]

235.    The Special Groups and FTOs that Iran provides material resources and support to include multiple Shi'a, and some Sunni, terror groups in Iraq, including but not limited to, Kata'ib Hizballah ("KH"); Asa'ib Ahl Al Haq ("AAH"); Jaysch al Mahdi ("JAM"); Badr Organization ("Badr") (all discussed below); and Ansar al Islam and Al Qaida in Iraq.

236.    Tellingly, Hamas, Lebanese Hezbollah, and the Palestinian Islamic Jihad maintain representative offices in Tehran, in part to help coordinate Iranian financing and training.[49]

### 6.    ANSAR AL ISLAM

237.    From its beginning, Iran did not confine its support of anti-U.S. national fighters to Shi'a groups. Iran also supported Ansar al Islam (a/k/a Ansar al Sunna, "AAI"), a radical terrorist group with close ties to Al Qaida.

238.    In the 1990s, Al Qaida developed a close relationship with Iran and the IRGC. Usama bin Laden and Ayman al Zawahiri held clandestine meetings with Imad Mughniyah and Ahmad Vahidi (then commander of IRGC Qods Force) which "lead to an informal agreement to cooperate in providing support for actions carried out primarily against Israel and the United States…Thereafter, senior al Qaeda operatives and trainers traveled to Iran to receive training in

---

[47] The United States has sanctioned MODAFL pursuant to the Arms Export Control Act, the Export Administration Act (in November 2000), and Executive Order 13382 (in October 2007).
[48]  U. S. Department of State, *2016 International Narcotics Control Strategy Report*, https://www.state.gov/j/inl/rls/nrcrpt/2016/vol2/253407.htm (last visited Sept. 12, 2017).
[49] *Id.*

explosives. Usama bin Laden also sent senior aides to Iran for training with the IRGC and to Lebanon for training with Hizballah."[50]

239.    AAI is a Kurdish Sunni Muslim insurgent group and separatist movement in Iraq with well-established ties to Al Qaida and Iran. Although the group's initial membership was primarily Kurdish, it grew to comprise a large number of Sunni Arabs, including Iraqis, Saudis, and Yeminis.

240.    Mullah Krekar, aka Faraj Ahmad Najmuddin, reportedly founded Ansar al Islam in December 2001 (at that time, with funding and logistical support from Al Qaida and Usama bin Laden). However, the group has significant, life-sustaining ties to Iran.

241.    AAI seeks to transform Iraq into an Islamic state. AAI operates primarily in northern Iraq, but maintains a presence in western and central Iraq. AAI expanded its operations into Syria in 2011.

242.    AAI has a number of aliases, including Ansar al-Sunna; Ansar al-Sunna Army; Devotees of Islam; Followers of Islam in Kurdistan; Helpers of Islam; Jaish Ansar al-Sunna; Jund al-Islam; Kurdish Taliban; Kurdistan Supporters of Islam; Partisans of Islam; Soldiers of God; Soldiers of Islam; and Supporters of Islam in Kurdistan.

243.    AAI was established in 2001 in Iraqi Kurdistan with the merger of two violent Kurdish extremist factions that traced their roots to the Islamic Movement of Kurdistan. AAI seeks to expel western interests from Iraq and establish an independent Iraqi state based on its interpretation of Sharia law. AAI has been mostly active in the northern party of Iraq, western Iraq-Anbar province, and in the areas surrounding and including Mosul and Kirkuk since 2003.

244.    In 2001, AAI seized control of several villages near the town of Halabja and

---

[50] *Havlish v. Bin Laden (In re Terrorist Attacks on September 11, 2001),* 2011 U.S. Dist. LEXIS 155899, at 110-111 (S.D.N.Y. Dec. 22, 2011).

established an administration ruled by Shari'a Law. As part of Operation Iraqi Freedom, Coalition and Kurdish forces routed AAI from northern Iraq.

245.    Coalition airstrikes destroyed AAI's base in northern Iraq (Iraqi Kurdistan) in late March 2003, and the majority of AAI members fled across the border and regrouped in Iran with the assistance of the IRGC and the Iranian regime. Counterterrorist operations suggest many of those fighters reentered Iraq and took active part in anti-Coalition activities. From Iran, the group continued to operate under leader Abu Abdullah Shafi's leadership and was temporarily renamed Ansar al-Sunna (although it officially re-adopted the name Ansar al-Islam in 2007).

246.    During the summer of 2004, the jihadists began migrating back into Iraq. A large number of the returning jihadists chose to settle in Mosul. In October 2004, coalition forces in Mosul captured a senior Ansar leader, Aso Hawleri. A week later, Lt. Gen. Norton Schwartz, who at the time was Director, the Joint Staff, Pentagon (and from 2008-2012 was Chief of Staff of the Air Force), warned that Ansar al Islam had reemerged as the coalition's "principal organized terrorist adversary in Iraq."

247.    From 2003-2007, AAI continued to target Coalition Forces and U.S. Nationals, including Plaintiffs. Its deadliest attack during this period occurred on February 1, 2004, when it launched multiple simultaneous suicide car bombings at PUK offices in Erbil, killing over 100 civilians and injuring over 130 more. By February 2007, AAI had claimed responsibility for over 1,600 attacks in Iraq, including against American nationals. AAI openly cooperated with AQ; however, it adamantly refused to formally join the Islamic State of Iraq, which was an umbrella organization established by AQ. Instead, in May 2007, AAI joined with the Mujahideen Army, the Islamic Army in Iraq, and Ansar al-Sunna Shariah (a splinter group that had broken from AAI in early 2007 because its members wished to take a harder line against AQ) to form an anti-

Coalition umbrella organization called the Reformation and Jihad Front ("RJF"). The RJF was a pan-Islamist organization that challenged AQ for leadership of the Iraqi Sunni Islamist movement.

248.    AAI claimed responsibility for the beheading of 12 Nepalese hostages and the kidnapping and beheading of an Iraqi who was employed as a mechanic for the American forces at the Mosul airport. AAI targeted Iraqi Kurds for alleged collaboration with the U.S. In September 2003, members of the Jaysch Ansar al-Sunna beheaded three Iraqi Kurdish militiamen in retaliation for the cooperation by Kurdish political parties with the U.S. in Iraq.

249.    U.S. and British intelligence reports in 2004 "concluded that [AAI] was working closely with Iran, and also al Qaeda, in its terrorist attacks against coalition forces." One British defense report noted "Intelligence indicates that elements of Iran's [IRGC-QF] 'are providing safe haven and basic training to Iran-based [AAI] cadres.'" (brackets in original).[51]

250.    On December 21, 2004, AAI subgroup Jamaat Ansar al-Sunna launched a suicide bomb attack on Forward Operating Base Marez in Mosul, Iraq. AAI insurgent Abu Museli, disguised as an Iraqi Security Services officer, entered the base mess tent and detonated the explosive vest he was wearing. The blast killed fourteen U.S. soldiers, four U.S. citizen Halliburton employees, and four Iraqi soldiers allied with the U.S. military. An additional fifty-one U.S. soldiers and twenty-one others sustained non-fatal injuries. AAI, through Jamaat Ansar al-Sunna, claimed credit for the attack. This Terrorist Attack resulted in the death, maiming or injury of certain Plaintiffs, who are referred to below.

251.    Another British intelligence source "said that Iranian government agencies were also secretly helping [AAI] members cross into Iraq from Iran, as part of a plan to mount sniper

---

[51] Pound, *supra* note 27.

attacks against coalition forces."[52] American sources confirmed this information, adding that "an Iranian was aiding [AAI] 'on how to build and set up' IEDs.[53]

252.    In February 2004, Kurdish intelligence officials uncovered a cache of Syrian, Yemeni, and Saudi passports—all bearing Iranian entry stamps—in an Ansar al Islam safe-house on the Iranian side of the border. The fact the passports found had Iranian stamps on them indicated the terrorists did not secretly infiltrate into Iran, but that they entered with the cognizance and full knowledge of the Iranian authorities. According to Iraqi intelligence officers, captured Ansar al-Sunna militants have admitted to receiving assistance from Iranian officials.

253.    Iran played a significant role in supporting AAI. Iran openly allowed the group to operate along its borders despite the group's alleged affiliation with the AQ network. AAI was tasked with conducting checks on cars leaving their stronghold to going into Iran, indicating coordination with the Islamic Republic.

254.    According to a document from Iraqi intelligence dated June 13, 2002 and seized by U.S. forces in Iraq, it was reported from a trust-worthy source that Mullah Kraykar (Krekar), the head of the AAI organization arrived in Iran for negotiations with several Iranian officials. The information indicated that the purpose of the visit was to confirm a unified strategy and to guarantee continuous Iranian support to that group.

255.    According to other sources Mullah Krekar spent many years in Iran and was arrested in Amsterdam after a flight from Tehran.

256.    AAI operations decreased substantially by 2006, but the group continued to maintain an extensive support and financial infrastructure in Europe that it used to recruit and send jihadis to Iraq.

---

[52] *Id.*

[53] *Id.*

257.    Over the course of 2007-2008, AAI moved increasingly away from the RJF and strengthened its ties to AQ. It coordinated with AQ on several attacks against U.S. and PUK troops and began to adopt AQ's hardline attitude against Sunni Iraqis who worked for the U.S. or Iraqi governments.

258.    On May 4, 2010, AAI's leader Abu Abdullah al-Shafi was captured by U.S. forces in Baghdad and remains in prison. On December 15, 2011, AAI announced a new leader: Abu Hashim Muhammad bin Abdul Rahman al Ibrahim. In March 2012, a Norwegian court convicted Iraqi citizen and AAI founder Mullah Krekar (aka Najmuddin Faraj Ahmad) of issuing threats and inciting terrorism, and sentenced him to six years in prison. Living in Norway on a long-term resident permit, Krekar appealed, and in December 2012, an appeals court affirmed his convictions for issuing threats and intimidating witnesses, but reversed his conviction for inciting terrorism. The appeals court reduced his prison sentence to two years and 10 months. He was released from prison in late January 2015, but was arrested again shortly after for praising the January 2015 Charlie Hebdo attacks in Paris in a TV interview.

259.    AAI has conducted attacks against a wide range of targets including Iraqi government and security forces, as well as U.S. and Coalition Forces and U.S. nationals, including Plaintiffs. AAI has conducted numerous kidnappings, executions, and assassinations of Iraqi citizens and politicians. The group has either claimed responsibility or is believed to be responsible for attacks in 2011 that resulted in 24 deaths and wounded 147. In 2012, the group claimed responsibility for the bombing of the Sons of Martyrs School in Damascus, which was occupied by Syrian security forces and pro-government militias; seven people were wounded in the attack. In 2014, AAI claimed responsibility for attacks near Kirkuk, Tikrit, and Mosul, Iraq; primarily directed against Iraqi police and security forces and, in one instance, an oil field.

260.    The U.S. Department of Treasury designated AAI a Specially Designated Terrorist Group under E.O 13224 on February 20, 2003.

261.    The U.S. Department of State designated AAI a FTO on March 22, 2004.

262.    Australia, New Zealand, Canada, and the European Union have designated AAI as a terrorist organization. The U.S. Treasury Department designated Mullah Krekar an individual providing assistance to terrorism and thus subject to having all international assets frozen in December 2006.

### 7.    AL QAIDA NETWORK

263.    Al Qaida (a/k/a al-Qaeda, a/k/a al-Qa'ida, "AQ") is a designated international terrorist organization, widely recognized as such by all civilized nations and the United Nations, and is neither a legitimate "military force" nor a recognized sovereign state.

264.    The United States has designated AQ, including its branches, subsidiaries and "franchisees" (Including al-Qa'ida in Iraq ("AQI")) as a foreign terrorist organization and a specially designated global terrorist.

265.    Commencing in the early 1990s and continuing until at least 2011, the Islamic Republic of Iran provided significant, indispensable, funding, weapons, safe haven, training, intelligence, centers for command and control, undocumented transport between Afghanistan, Iraq and Pakistan across its borders and other significant material support.

266.    Iran was an indispensable accomplice and provided significant financial and material support in AQ's terrorist attacks against American, European and Iraqi civilians and soldiers from at least 1991 until 2011.

267.    On June 30 1989, General Omar Hassan al-Bashir led a coup d'état toppling the exiting regime in Sudan. The radical Salafi cleric, Hassan Abd Allah al-Turabi served as the "intellectual architect" or "the power behind the throne", sometimes officially as leader of the

National Islamic Front and sometimes as speaker of the parliamentary assembly.

268.    In 1990-1991, Turabi founded the Popular Arab and Islamic Congress, which included representatives from the Palestine Liberation Organization, Hamas, Egyptian Islamic Jihad, Al Qaeda, Algerian Islamic Jihad, Hezbollah, Abu Nidal Group, and the Islamic Revolutionary Guard Corps.

269.    In 1991, the Kingdom of Saudi Arabia expelled AQ leader Usama bin Laden ("UBL") and UBL moved his base of operations to Sudan.

270.    The Sudanese army protected Bin Laden's home in Khartoum and his terrorist training bases within the country as well as providing AQ with access to the international and United States financial networks.  In addition, Sudan provided AQ with 200 Sudanese passports, allowing AQ operatives to travel under fictitious identities.

271.    Turabi brought together UBL and leaders of the IRGC Qods Force and leaders of Hezbollah. Commencing in April 1991, Turabi hosted meetings bringing together leaders from AQ, Hezbollah, and Iranian and Sudanese officials.  According to AQ shura council member Abu Hajer al-Iraqi, the purpose of these meetings was to focus on common enemies, the West and the United States.

272.    In 1991, Hezbollah opened a base of operations in Khartoum, Sudan.

273.    On December 13, 1991, Iranian President Ali Akbar Hashemi Rafsanjani arrived in Khartoum, Sudan for a six-day visit, by a delegation of 157 members, including Mohsen Rezai then Commander of the IRGC, Iranian Intelligence Minister Ali Fallahian and Iranian Defense Minister Ali Akbar Torkan. Various agreements were signed between Iran and Sudan, pursuant to which, inter alia, Iran delivered $300 million of Chinese weapons and 2000 IRGC operatives were sent to train Sudan's Popular Defense Forces.

274.    According to the 9-11 Commission Report, in late 1991 or 1992, discussions in Sudan between AQ and Iranian operatives led to an agreement to cooperate in providing support - specifically, training - for actions carried out primarily against Israel and the United States. Not long afterward, senior AQ operatives and trainers traveled to Iran to receive training in explosives.

275.    The 9-11 Commission reported that ""[t]he relationship between al Qaeda and Iran demonstrated that Sunni-Shia divisions did not necessarily pose an insurmountable barrier to cooperation in terrorist operations."[54]

276.    Iran was a valuable connection for UBL and AQ, and AQ was highly beneficial to Iran, given AQ's extreme and violent position against America and its animosity against the Kingdom of Saudi Arabia. Iran and Hezbollah played significant roles in the buildup of AQ's terrorist capabilities.

277.    As a result of the creation of this terrorist alliance, AQ leader Ayman al Zawahiri repeatedly visited Tehran during the 1990s and met with Minister Ali Fallahian, other officers of Iran Ministry of Intelligence and Security ("MOIS"), and Qods Force Commander Ahmad Vahidi.

278.    Throughout the 1990s, the Al Qaeda-Iran-Hezbollah terrorist training arrangement continued. Hezbollah leader Imad Mughniyah coordinated these training activities, including training of AQ personnel, with Iranian government officials in Iran and with IRGC officers working undercover at the Iranian embassy in Beirut, Lebanon.

279.    AQ operative Ali Mohammed provided security for one prominent meeting between Hezbollah's chief external operations officer, Imad Mughniyah, and Bin Laden in

---

[54] The 9/11 Comm. Rpt. (2004) at p. 61.

Sudan. Mohammed testified at this plea hearing that "Hezbollah provided explosives training for AQ and a1 Jihad. Iran supplied Egyptian Jihad with weapons. Iran also used Hezbollah to supply explosives that were disguised to look like rocks."

280.    Iran trained Saif al-Adel, head of AQ security, and other AQ members, including shura council members, at Hezbollah training camps in the mid-1990s.   AQ leader Mustafa Hamid was one of AQ's primary points of contact with IRGC. He negotiated the agreement between AQ and Iran, which secured safe transit between Iran and Afghanistan and to Iraq for AQ members.

281.    This facility was used by AQ in planning and perpetrating the terrorist attacks conducted against U.S. civilians, diplomats and servicemen and women, such as: the suicide bombing of U.S. Air force personnel and their families in Khobar, Saudi Arabia; the U.S. embassies in Nairobi and Dar es Salaam; and the World Trade Center on September 11, 2001.

282.    On June 25, 1996, Iranian-backed Hezbollah terrorists, with the support of AQ, bombed the Khobar Towers housing complex in Dhahran, Saudi Arabia, killing 19 U.S. servicemen and wounding approximately 500 others. FBI investigators concluded: the operation was undertaken on direct orders from senior Iranian government leaders; the bombers had been trained and funded by the IRGC in Lebanon's Bekaa Valley; and senior members of the Iranian government, including Ministry of Defense, Ministry of Intelligence and Security and the Supreme Leader's office, had selected Khobar as the target and commissioned Hezbollah to carry out the operation.

283.    AQ was involved in the planning and preparations for the Khobar Towers bombing. UBL tried to facilitate a shipment of explosives to Saudi Arabia, and, on the day of the

operation, bin Laden was, according to NSA intercepts, congratulated on the telephone.[55]

284.    The 9/11 Commission examined classified CIA documents establishing that IRGC-Qods Force commander Ahmad Vahidi planned the Khobar Towers attack with Ahmad al Mugassil, a Saudi-born AQ operative.

285.    Two months later, in August 1996, UBL would cite the Khobar Towers bombing in his first *fatwa*, a "Declaration of War Against the Americans Occupying the Land of the Two Holy Places": "The crusader army became dust *when we detonated* al Khobar…" (Emphasis added).

286.    Iran aided, abetted and conspired with Hezbollah, UBL, and AQ to launch the large-scale bombing attacks against the United States embassies in Nairobi and Dar es Salaam on August 7, 1998. Prior to their meetings with Iranian officials and agents, Bin Laden and AQ did not possess the technical expertise required to carry out the embassy bombings. Iran, through Hezbollah, provided explosives training to Bin Laden and AQ and rendered direct assistance to AQ operatives.[56]

287.    As stated in the 9/11 Report, "Iran made a concerted effort to strengthen relations with al Qaeda after the October 2000 attack on the *USS Cole*…"  For example, Iranian officials facilitated the travel of AQ members – including at least 8 of the 9/11 hijackers – through Iran on their way to and from Afghanistan, where the hijackers trained at AQ's terrorist training camps.[57]

288.    U.S., Saudi, and Egyptian political pressure on the Sudanese eventually forced them to expel Usama bin Laden in May 1996. Radical Afghan Sunni warlord Gulbuddin

---

[55] The 9/11 Comm. Rpt. (2004) at p. 60.

[56] *Owens v. Republic of Sudan*, 826 F. Supp. 2d 128, 139 (D.D.C. Nov. 28, 2011).

[57] The 9/11 Comm. Rpt. (2004) at pp. 240-241.

Hekmatyar, a strong Iranian ally, invited bin Laden to join him in Afghanistan. UBL then relocated to Afghanistan with the assistance of the Iranian intelligence services.[58]

289.    Iran provided material support to AQ after the 9/11 attacks in several ways, most significantly by providing safe haven to AQ leaders and operatives, keeping them safe from retaliation by U.S. forces that had invaded Afghanistan. According to the U.S. Treasury Department press release, January 16, 2009, in late 2001, while in Tehran, AQ senior operative Mustafa Hamid negotiated with the Iranians to relocate al Qaeda families to Iran after the 9/11 attacks.

290.    In the fall of 2001, Iran facilitated the exit from Afghanistan, into Iran, of numerous AQ leaders, operatives, and their families. The Iran-Afghanistan safe passageway, established earlier to get AQ recruits into and out of the training camps in Afghanistan, was utilized to evacuate hundreds of AQ fighters and their families from Afghanistan into Iran for safe haven there. The IRGC knew of, and facilitated, the border crossings of these AQ fighters and their families entering Iran.

291.    Among the high-level AQ officials who arrived in Iran from Afghanistan at this time were Sa'ad bin Laden and the man who would soon lead "al Qaeda in Iraq," Abu Musab al Zarqawi.

292.    In late 2001, Sa'ad bin Laden facilitated the travel of UBL's family members from Afghanistan to Iran. Thereafter, Sa'ad bin Laden made key decisions for AQ and was part of a small group of AQ members involved in managing AQ from Iran.

293.    By 2002, AQ had established in Iran its 'management council,' a body that Usama bin Laden reportedly tasked with providing strategic support to the organization's leaders

---

[58] *Id*. at 65.

in Pakistan. Key members of the council included Saif al-Adel, Sulayman Abu Ghayth, Abu al-Khayr al-Masri, Abu Muhammad al-Masri, and Mahfouz Ould al-Walid (a.k.a. Abu Hafs al-Mauritani). All five senior operators remained influential over the next several years and retained close ties to bin Laden. Adel organized groups of fighters to overthrow Hamid Karzai's regime in Afghanistan and provided support for the May 12, 2003 terrorist attacks in Riyadh.

294.    The Iranian regime offered AQ this safe haven in order to advance its own interests. Having AQ operatives in the country gave Iran a bargaining chip and important leverage with the U.S. and Saudi Arabia. In addition, it enabled Iran to protect itself from a possible attack against targets in Iran. The deal enabled Iran to cause chaos in Iraq and thus preventing it from becoming a Muslim democratic regime, which would endanger the security of the Iranian regime by the example and influence it would pose to the tens of thousands of Iranian pilgrims who visit the Shiite shrines in Iraq each year.

295.    The agreement was reached between IRGC Qods Force commander Qassem Soleimani and AQ senior commander Abu Hafs al-Mauritani at Iran's Zahedan (near the Pakistani and Afghanistan border) during December 2001.

296.    In testimony before the U.S. Senate in February 2003, CIA Director George Tenet said, "we see disturbing signs that Al Qaeda has established a presence in both Iran and Iraq."[59]

297.    Senior AQ members continued to conduct terrorist operations from inside Iran. For example, the U.S. intercepted communications from Saif al Adel, then in Mashad, Iran, to AQ assassination teams in Saudi Arabia just before their May 12, 2003 assault on three housing compounds in Riyadh. AQ leaders in Iran planned and ordered the Riyadh bombing.

---

[59] David Johnston, *Threats and Responses: Washington; Top U.S. Officials Press Case Linking Iraq to Al Qaeda,* N.Y. TIMES (Feb. 12, 2003), http://www.nytimes.com/2003/02/12/world/threats-responses-washington-top-us-officials-press-case-linking-iraq-al-qaeda.html.

298.    CIA Director General Michael Hayden noted that Usama Bin Laden understood that Iran was providing safe harbor to AQ.

299.    For example – he quoted communications between senior AQ commanders and bin Laden, found on bin Laden's computer: "everybody is threatened – as long as he moves – by a missile…There is an idea preferred by some of the brothers to avoid attrition [loss of staff, leaders, and the organization's old elites] the idea is that some brothers will travel to '*safe*' areas with their families, just for protection."  The author offers some ideas for safe havens: Sind, Baluchistan, Iran.  Two months later bin Laden agrees they should be taking refuge in safer areas."[60]

300.    After the September 19, 2008 attack on the American embassy in Sana'a, Yemen, which killed 19 people, Ayman al Zawahiri sent a letter to IRGC (which was intercepted) which stated: "Al-Qaeda's leadership pays tribute to Iran's generosity, stating that *without its 'monetary and infrastructure assistance' it would have not been possible for the group to carry out the terror attacks*.[61] (Emphasis added).

301.    Testifying before the Senate Foreign Relations Committee on March 16, 2010, then commander of U.S. Central Command General David Petraeus stated that: AQ "[c]ontinues to use Iran as a key facilitation hub, where facilitators connect AQ's senior leadership to regional affiliates..."[62]

---

[60] Michael W. Hayden*, AMERICAN INTELLIGENCE IN THE AGE OF TERROR – PLAYING TO THE EDGE 339-340 (2016).

[61] Con Coughlin, *Iran receives al Qaeda praise for role in terrorist attacks*, THE TELEGRAPH (Nov. 23, 2008, http://www.telegraph.co.uk/news/worldnews/middleeast/iran/3506544/Iran-receives-al-Qaeda-praise-for-role-in-terrorist-attacks.html).

[62] U.S. Military Academy, *Combating Terrorism at West Point* (Apr. 2017), https://ctc.usma.edu/v2/wp-content/uploads/2017/04/CTC_Sentinel_Vol10Iss4.pdf.

### A.   ABU MUSAB ZARQAWI AND THE RISE OF AL QA'IDA IN IRAQ ("AQI")

302.   In 1999, Abu Musab Zarqawi founded and was the operational leader of Al Tawhid al Jihad (a/k/a Jund al-Islam), an organization with close personal and organizational links to the AQ network. UBL provided Zarqawi $200,000 to set up a training camp in Afghanistan near the border with Iran. In 2000, a Jordanian court sentenced him in absentia to fifteen years of hard labor for his role in the AQ millennial terror plot targeting Western interests in Jordan.

303.   On September 23, 2001, Tawhid (together with Iranian-sponsored AAI) took hostage, tortured and murdered (the majority of whom were beheaded) 42 Peshmerga security officers in the Iraqi Kurd border town (on the border with Iran).

304.   In early 2002, Zarqawi escaped from U.S. forces in Afghanistan to Iran with other AQ leaders and operatives. While staying in Iran, Zarqawi operated under the control of the IRGC and the Qods Force.  Intelligence officials claimed that the time Zarqawi spent in Iran was crucial for rebuilding his network before relocating to Iraq to establish AQI.

305.   Several months later, Zarqawi returned to the AAI camp in northern Iraq, run by his Jund al-Islam/Tawhid lieutenants.

306.   On September 24, 2003, the U.S. Treasury designated Zarqawi and several of his associates as *Specially Designated Global Terrorists*, stating that Zarqawi not only has "ties" to Hezbollah, but that plans were in place for his deputies to meet with both Hezbollah and Asbat al Ansar (a Lebanese Sunni terrorist group tied to AQ). [63]

307.   In 2004, Zarqawi changed the name of his group from Al Tawhid to AQI.

308.   US Department of Treasury designed Tawhid al Jihad as an FTO and SDGT on

---

[63] *Supra* note 37.

October 15, 2004.[64] The OFAC SDN designation was updated on December 1, 2004 to the other known names of AQI.[65]

309.    MOIS and IRGC-QF are under the general command of Section 101, also called the Leader's Intelligence and Security office. They cooperate and share intelligence in "exporting the revolution" (which is a euphemism for fomenting violence and destabilizing other regimes, primarily via acts of international terrorism).[66]

310.    Department 15 of MOIS handles liaison responsibilities with foreign terror groups while the IRGC relies on its Qods Force for many of the same functions.[67]

311.    On June 10, 2003, American intelligence officials asserted that MOIS and the IRGC Qods Force are deeply involved in supporting AQ.[68]

312.    In December 2006, two Qods force agents were arrested in Baghdad, possessing "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information… [and] information about importing modern specially shaped explosive charges into Iraq. Officials were particularly concerned by the fact that the Iranians had information about importing modern, specially shaped

---

[64] U.S. Department of the Treasury, *Recent OFAC Actions* (Oct. 15, 2004), https://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/20041015.aspx.

[65] U.S. Department of the Treasury, *Recent OFAC Actions* (Dec. 1, 2004), https://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/pages/20041201.aspx.

[66] Stratfor, Iranian Intelligence and Regime Preservation (June 22, 2010), https://worldview.stratfor.com/article/special-series-iranian-intelligence-and-regime-preservation.

[67] William Tucker, *A Reported Shift in Iran's IRGC*, IN HOMELAND SECURITY (Sept. 29, 2015),http://inhomelandsecurity.com/a-reported-shift-in-irans-irgc/; Stratfor Report, *Iranian Intelligence and Regime Preservation* (June 22, 2010), https://worldview.stratfor.com/article/special-series-iranian-intelligence-and-regime-preservation.

[68] *U.S. says Iran harbors al Qaeda 'associate'*, WASHINGTON TIMES (June 10, 2003, http://www.washingtontimes.com/news/2003/jun/10/20030610-125659-6237r/).

explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[69] An American intelligence official said these documents "show how the Qods Force … is working with individuals affiliated with Al Qaeda in Iraq and Ansar Al Sunna."[70] One of the IRGC Qods Force detainees was, according to General Stanley McChrystal, Mohsen Chizari, commander of Qods Force's Operations and Training staff.[71]

313.    Iranian involvement in Iraq with the Sunni terrorists was known in military and intelligence circles since the Fallujah uprising in March of 2004.

314.    Iranian mines and weapons were funneled to Zarqawi's terrorists in Fallujah and elsewhere throughout Sunni dominated Anbar province.

315.    On February 16, 2012, the U.S. Department of Treasury designated MOIS, indicating that it has facilitated AQ operatives in Iran and provided them with documents, identification cards, and passports. The Treasury also stated that MOIS provided money and weapons to AQI (a terrorist group designated under E.O. 13224), and negotiated prisoner releases of AQ operatives.[72]

316.    Under Secretary for Terrorism and Financial Intelligence, David S. Cohen, stated on July 28, 2011 "that Iran is the leading state sponsor of terrorism in the world today. By exposing Iran's secret deal with al-Qa'ida, allowing it to funnel funds and operatives through its territory, we are illuminating yet another aspect of Iran's unmatched support for terrorism.

---

[69] *Iraq Expels 2 Iranians Detained by U.S.*, WASHINGTON POST (Dec. 30 2006, http://www.washingtonpost.com/wp-dyn/content/article/2006/12/29/AR2006122901510.html).

[70] *Iran's Secret Plan For Mayhem,*  NEW YORK SUN, (Jan. 3 2007, http://www.nysun.com/foreign/irans-secret-plan-for-mayhem/46032/).

[71] Michael Weiss and Hassan Hassan, ISIS: INSIDE THE ARMY OF TERROR 53 (2015).

[72] U.S. Department of the Treasury, *Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism* (Feb. 16 2012), https://www.treasury.gov/press-center/press-releases/Pages/tg1424.aspx.

Today's action [designating the following AQ terrorists and others] also seeks to disrupt this key network and deny al-Qa'ida's senior leadership much-needed support…Iran is a critical transit point for funding to support al-Qa'ida's activities in Afghanistan and Pakistan."[73] Among terrorists designated were the following:

   a.   Ezedin Abdel Aziz Khalil, a prominent AQ facilitator, who has been operating under a secret agreement between AQ and the Iranian government. The Iranian regime has permitted Khalil to operate within its borders since 2005 and maintain a relationship with him. Khalil moved money and recruits from across the Middle East into Iran, then on to Pakistan for the benefit of AQ senior leaders. He was responsible for moving significant amounts of money via Iran for onward passage to AQ leadership in Iraq and Afghanistan.

   b.   Muhsin al-Fadhli, who was considered then an AQ leader in the Gulf countries. Al-Fadhli is so trusted within AQ that he was one of the few terrorists with foreknowledge of the 9/11 attacks. When he was first designated in 2005, al-Fadhli was considered an al Qaeda leader in the Gulf who provided support to Iraq-based fighters for attacks against the U.S.-led Coalition. Al-Fadhli was also a major facilitator for deceased AQI leader Abu Musab al Zarqawi. Al-Fadhli began working with AQ's Iran-based facilitation network in 2009 and was later arrested by the Iranians. He was subsequently released by the Iranians in 2011 and went on to assume the leadership of the facilitation network from AQ leader Yasin al-Suri later that year.

   c.   AQ leader Yasin al Suri, along with five other terrorist operatives who use Iranian soil to move funds and recruits from Iran's neighboring Gulf countries to South Asia and elsewhere. Al Suri's network assists senior AQ operatives in Iraq and Pakistan.

   317.   On February 6, 2014, the U.S. Treasury Department designated senior AQ member Jafar al-Uzbeki, part of an AQ network which operates in Iran "with the knowledge of Iranian authorities."[74] The U.S. Treasury added that this network "uses Iran as a transit point for

---

[73] U.S. Department of the Treasury, *Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point* (Jul. 28, 2011), https://www.treasury.gov/press-center/press-releases/Pages/tg1261.aspx.
[74] U.S. Department of the Treasury, *Treasury Targets Networks Linked to Iran* (Feb. 6 2014), https://www.treasury.gov/press-center/press-releases/Pages/jl2287.aspx.

moving funding and foreign fighters through Turkey to support al Qaeda-affiliated elements inside Syria."[75]

### 8.    THE SPECIAL GROUPS

318.    Iran opposes U.S. peacekeeping efforts and initiated acts of international terrorism against U.S. nationals, Coalition Forces, and Iraqi citizens with the goals of destabilizing Iraq and increasing Iranian influence in that country.

319.    Iran, through its proxies and/or agents acting within the scope of their employment, agency, and direction from Iran, provided substantial material support and/or resources that facilitated acts of torture, extrajudicial killing and hostage taking that caused personal injury or death to more than one thousand Americans in Iraq.

320.    Iran's support for the Special Groups is now well established. The IRGC-QF attempted to develop the Special Groups into a network similar to Hezbollah – a highly-lethal network that relied upon the Iranian regime to survive. The purpose of the IRGC-QF in developing these Special Groups was to create highly lethal networks that relied upon the Iranian regime to survive, and thus, were controlled, either directly or indirectly, by Iran.

321.    Iran leveraged (and continues to do so) its control and dominion over the IRGC, the IRGC-QF, and Hezbollah, and through those entities, provided the Special Groups with training (in Iran), weapons, safe harbor, U.S. currency, and intelligence, including those Special Groups responsible for the Terrorist Attacks which killed, maimed, or otherwise injured Plaintiffs.[76] The training provided to the Special Groups while they were in Iran included tactics and technology to conduct kidnappings, small unit tactical operations, and employ sophisticated

---

[75] *Id.*

[76]  U.S. Department of Defense, *CDA—Military Power of Iran, Unclassified Report on Military Power of Iran*, at 3 (Apr. 2010), http://www.fas.org/man/eprint/dod_iran_2010.pdf.

IEDs.[77]

322.    These Special Groups returned to Iraq after receiving their Iran-supported training, maintaining their group's organization. Thus, each Special Group consisted of Iraqi civilians who trained together in Iran on how to use IEDs, EFPs, mortars, rockets, as well as intelligence, sniper, and kidnapping operations.

323.    The Special Groups operate throughout Iraq and, at all relevant times, remained under the control of Iran, through its proxies and/or agents, MOIS, IRGC, IRGC-QF, and Hezbollah.

324.    During the Relevant Period, the IRGC-QF supplied the Special Groups with an estimated funding stream of *at least* $750,000 to $3 million (U.S. Dollars) a month.

325.    Utilizing the training, weapons and funding provided by Defendants, either directly or indirectly, the Special Groups planned and executed a string of bombings, kidnappings, sectarian murders, and more against Iraqi civilians, Coalition Forces and U.S. nationals, including Plaintiffs.

326.    Although U.S. policy (supported by U.N. Security Council resolutions) was to establish peace and stability in Iraq in the hopes of establishing a democratic government, Iran viewed the U.S. and international peacekeeping efforts in Iraq as a potential threat to its regime.

327.    Rather than cooperate with the U. S. and Coalition Forces authorized by the U.N. to bring peace, democracy and stability to Iran, or alternatively to openly and directly engage in armed conflict with the U.S. or other Coalition Forces, Iran chose to undermine U.S. and U.N. peacekeeping efforts by unleashing massive waves of terrorism and sectarian violence in Iraq, in part, by targeting U.S. Nationals, including Plaintiffs, through the Special Groups that Iran

---

[77] U.S. Department of Defense, *Iranian Government Behind Shipping Weapons to Iraq*, http://archive.defense.gov/news/newsarticle.aspx?id=1289 (last visited Sept. 13, 2017).

controlled.

328.    President Bush declared on May 1, 2003, that "major combat operations in Iraq have ended."

329.    On May 23, 2003, the Coalition Provisional Authority established as the interim government for Iraq disbanded the Iraqi military forces.

330.    The U.N. Security Council authorized the post-conflict occupation of Iraq by Coalition Forces in October 2003 to maintain "security and stability."[78]

331.    After 2003, the IRGC inserted hundreds of its Iranian-trained operatives into Iraq's state security organs (notably the Ministry of Interior intelligence structure) in part through its influence within the Badr Organization (discussed further below).

332.    In addition to its coordination with the Badr Organization, Iran, through its agent the IRGC-QF, formed the Ramezan Corps intended to operate specifically in Iraq. The Ramezan Corps cultivated, armed, trained and supported several Shi'a terror groups in Iraq that the U.S. military later termed "Special Groups."

333.    Although a June 7, 2004 U.N. Security Council Resolution expressly assigned Coalition Forces in Iraq the task of helping Iraq "*by preventing and deterring terrorism*," Iran set out to target Coalition Forces and U.S. nationals, including Plaintiffs, and force them out of Iraq. (emphasis added).[79]

334.    After Coalition Forces invaded, Iranian intelligence services penetrated Iraq rapidly and thoroughly. The goal of their collection efforts was finding out what weapons U.S. troops were carrying and what kind of body armor they were wearing. Iranian agents also sought information on the location of U.S. Army and intelligence bases; on the routes traveled by U.S.

---

[78] S.C. Res. 1511, ¶ 13, U.N. Doc. S/RES/1511 (Oct. 16, 2003).
[79] S.C. Res. 1546, U.N. Doc. S/RES/1546.

convoys; on the operations of the Special Forces' elite Delta Force; and on the plans of the U.S. military and intelligence inside Iraq. The Iranians preferred not to be directly implicated in attacks on U.S. forces, but instead offered bounties to Iraqis for killing Americans, shooting down U.S. helicopters, and destroying American tanks.[80]

335.    The number and sophistication of Special Groups increased in 2005, as the Iranian regime deployed Hezbollah to train Iraqi civilians in Iran.

336.    In 2007, the Special Groups further escalated the number of mortar and rocket attacks against U.S. national targets, including Plaintiffs, in the Baghdad International Zone. The accuracy of this indirect fire improved because of the training and weapons these Special Groups received from Iran.

337.    In sum, from October 16, 2003 onward, even though U.S. military personnel in Iraq were present at the request of the sovereign government of Iraq and participants in an internationally sanctioned peace keeping mission pursuant to the U.N. Security Council Resolution acting under Chapter VII of the U.N Charter, Iran embarked on a policy of terrorism, extrajudicial killings and murder, kidnapping and torture to thwart those efforts.

338.    During the Relevant Period, the conduct of MOIS IRGC, IRGC-QF, Hezbollah, AAI, AQ, the Special Groups, and other Iranian supported terrorists in the extrajudicial  killing, injuring, and kidnapping and hostage taking of U.S. nationals, Coalition Forces, and civilians were conducted by operatives who did not carry fixed distinctive signs recognizable at a distance, carry arms openly, conduct their operations in accordance with the laws and customs of war, or enjoy any form of combatant immunity for their acts. In fact, Hezbollah, the IRGC, IRGC-QF, AAI, AQ, the Special Groups and other Iranian supported terrorists acted in flagrant

---

[80] Pound, *supra* note 27.

violation of, *inter alia*, the Geneva Convention Articles 48, 51(2)[81] and 52(2) of Additional Protocol I; Article 4(2)(d) of Additional Protocol II[82] and Article 147 of the Geneva Convention on the Protection of Civilian Persons in Time of War (Fourth Geneva Convention 1949), as well as United Nations Security Council Resolution 1373.[83]

339.    Because of the perceived unreliability and value of the post-Hussein regime Iraqi currency, Special Groups and other terrorists in Iraq used U.S. currency almost exclusively.

340.    Iran facilitated and enabled the terrorist attacks launched against U.S. Nationals, including the Plaintiffs and others, on a massive scale which would not have been possible without Iran's provision of hundreds of thousands of munitions, advanced technologies, training, funding, intelligence, safe harbor and other material support detailed herein.

341.    Without the massive funding and material support from Iran, Special Groups and other Iranian proxies would not have been able to conduct the thousands of acts of international terrorism on the scale and with the lethality they achieved, including the Terrorist Attacks which resulted in the deaths, maiming, or otherwise injuring of Plaintiffs and Plaintiffs' family members.

---

[81]  Article 51(2) of Additional Protocol I prohibits acts or threats of violence where the primary purpose is to spread terror among the civilian population.

[82]  The prohibition of acts or threats of violence aimed at terrorizing the civilian population is further supported by the wider prohibition of acts of terrorism in Article 4(2)(d) of Additional Protocol II. The UN Secretary-General noted that violations of Article 4 of Additional Protocol II have long been considered violations of customary international law. UN Secretary-General, *Report on the establishment of a Special Court for Sierra Leone*; ICTR Statute, Article 4(d) (cited in Vol. II, Ch. 1, § 545).

[83]  United Nations Security Council, *Prevention and Suppression of Financing Terrorist Acts*, (Sept. 28, 2001), http://www.un.org/en/sc/ctc/specialmeetings/2012/docs/United%20Nations%20Security%20Council%20Resolution%201373%20(2001).pdf (passing unanimously to reaffirm various UN resolutions).

## A.     THE BADR CORPS/BADR ORGANIZATION

342.    The Badr Corps was established in 1982 in Iran as the military wing of the Supreme Council for Islamic Revolution in Iraq.

343.    From its headquarters in Iran, the Badr Corps operated extensive networks throughout Iraq in the 1990s. The group smuggled men and weapons into Iraq to conduct attacks against the Iraqi regime of Saddam Hussein.

344.    Like Hezbollah, the Badr Corps established clandestine offices in businesses and social organizations in Iraq.

345.    The Badr Corps also used Iraqi front companies to recruit operatives, collect intelligence, and circulate propaganda materials in Shi'a populated areas.

346.    Before 2003, the Badr Corps served as Iran and Hezbollah's most important surrogate inside Iraq, acting as a *de facto* arm of the IRGC-QF.

347.    The Badr Corps received training and weapons from Iraq through the IRGC and Hezbollah.

348.    After Saddam Hussein's overthrow in 2003, the Badr Corps renamed itself the Badr Organization, and many of its operatives joined the newly formed Iraqi security forces.

349.    Published reports indicate that thousands of members of the Badr Organization remained on the IRGC-QF payroll after 2004.

350.    Several senior Badr Corps operatives later emerged as key conduits for funneling weapons to Iranian Proxies in Iraq from 2004 through at least 2011, including Abu Mustafa al-Sheibani, a key smuggler of deadly Iranian IEDs, and Jamal Ja'far Muhammad, a/k/a Abu Mahdi al-Muhandis (a/k/a "The Engineer"), who later led Kata'ib Hizballah (discussed below).

351.    "Department 1000" of the IRGC-QF, known as the Ramezan Corps, is in charge of Iraqi operations and remains the largest Qods Force command outside of Iran. It coordinated,

69

armed, and influenced the Badr Organization.

352.    Although the Badr Organization evolved into a major political organization with seats in the new Iraqi parliament, it also played a significant role in facilitating Special Groups' operations in Iraq. A number of Special Groups commanders such as Al-Muhandis are, or were, Badr Corps agents and operatives.

353.    It was through the Badr Corps that the IRGC inserted hundreds of its Iranian-trained operatives into Iraq's state security organs (e.g. the Iraqi Ministry of Interior Intelligence structure) during the Relevant Period.

## B.    KATA'IB HIZBALLAH

354.    Kata'ib Hizballah ("KH") has functioned as Iran's go-to terror group in Iraq and received support from Lebanese Hezbollah, including training in weapons use; IED construction and operation; and sniper, rocket, and mortar attacks. KH is a radical Shi'a Islamist group, an Iraqi terrorist organization, and an anti-Western establishment responsible for numerous terrorist acts against Iraqi, U.S., and other targets in Iraq since at least 2007. KH has ideological ties to Lebanese Hezbollah and may have received support from that group.

355.    KH has a number of aliases, including Hezbollah Brigades; Hezbollah Brigades in Iraq; Hezbollah Brigades-Iraq; KH; Kata'ib Hezbollah; Kheta'ib Hezbollah; Khattab Hezballah; Hezbollah Brigades-Iraq of the Islamic Resistance in Iraq; Islamic Resistance in Iraq; Kata'ib Hizbollah Fi al-Iraq; Katibat Abu Fathel al-A'abas; Katibat Zayd Ebin Ali; and Katibut Karbalah.

356.    KH was formed in 2006 and came to prominence in 2007 for attacks against Coalition Forces and U.S. nationals, including Plaintiffs, and its online propagandizing of those attacks. The IRGC-QF established it as a vehicle to deploy its most experienced operators and its most sensitive equipment. Historically, KH operated mainly in Shi'a areas of Baghdad, such as

Sadr City and throughout the south.

357.    The IRGC-QF positioned one of its own, Abu Mahdi al-Muhandis (aka Jamal al-Ibrahimi), as the leader of KH. Under al-Muhandis, KH developed as a compact movement of less than 400 personnel that was firmly under IRGC Qods Force control and maintains relatively good operational security.

358.    In June 2011, five U.S. soldiers were killed in a rocket attack in Baghdad when KH assailants fired between three and five rockets at U.S. military base Camp Victory.

359.    In 2015, Iran continued to be deeply involved in the conflict in Syria, working closely with the Assad regime to counter the Syrian opposition, and also in Iraq where Iran continued to provide support to militia groups, including the FTO KH. Iranian-backed groups, including KH, continued to operate in Iraq during 2015, which exacerbated sectarian tensions in Iraq and contributed to human rights abuses against primarily Sunni civilians. KH and other Iraqi Shi'a militias associated with the IRGC have been brought into the Iraqi government's Popular Mobilization Forces. The inclusion of KH, a designated FTO, in the Popular Mobilization Forces enlisted by the Iraqi Government in the effort against the Islamic State of Iraq and the Levant ("ISIL," aka "ISIS" or "Daesh"), threatens to undermine counterterrorism objectives.

360.    On June 24, 2009, the United States designated KH an FTO.

361.    The State Department's notice of KH's FTO designation stated that:

>       The organization has been responsible for numerous violent terrorist attacks since 2007, including improvised explosive device bombings, rocket propelled grenade attacks, and sniper operations. Kata'ib Hizbollah [sic] also targeted the International Zone in Baghdad in a November 29, 2008 rocket attack that killed two UN workers. In addition, KH has threatened the lives of Iraqi politicians and

civilians that support the legitimate political process in Iraq.[84]

362.     KH was simultaneously designated an SDGT under E.O. 13224, because it was "responsible for numerous terrorist acts against Iraqi, U.S., and other targets in Iraq since 2007."[85]

363.     The U.S. Treasury Department also designated KH pursuant to E.O. 13438.

364.     The U.S. Treasury Department's 2009 press release announcing KH's designation explained that KH had "committed, directed, supported, or posed a significant risk of committing acts of violence against Coalition and Iraqi Security Forces . . . "[86]

365.     The press release also quoted then-Under Secretary for Terrorism and Financial Intelligence, Stuart Levey, as stating "[t]hese designations play a critical role in our efforts to protect Coalition troops, Iraqi security forces, and civilians from those who use violence against innocents to intimidate and to undermine a free and prosperous Iraq."[87]

366.     The U.S Treasury press release also stated: "[f]urther, the IRGC-Qods Force provides lethal support to KH and other Iraqi Shia militia groups who target and kill Coalition and Iraqi Security Forces."[88]

367.     The 2009 press release further reported that between March 2007 and June 2008, KH led a number of attacks against U.S. forces in Iraq, advising:

> As of 2008, Kata'ib Hizballah was funded by the IRGC-Qods Force and received weapons training and support from Lebanon-based Hizballah. In one instance, Hizballah provided training--to include building and planting IEDs and training in coordinating small and medium arms attacks, sniper attacks, mortar attacks, and rocket

---

[84] U.S. Department of State, Office of the Coordinator for Counterterrorism, *Designation of Kata'ib Hizbollah*, (June 26, 2009), https://www.state.gov/j/ct/rls/other/des/143209.htm.
[85] Exec. Order 13,224.
[86] *Supra* note 83.
[87] *Id.*
[88] *Id.*

attacks--to Kata'ib Hizballah members in Iran.[89]

368.   Furthermore, the 2009 U.S. Treasury Department press release noted:

> Recordings made by Kata'ib Hizballah for release to the public as propaganda videos further demonstrate that Kata'ib Hizballah conducted attacks against Coalition Forces. In mid-August 2008, Coalition Forces seized four hard drives from a storage facility associated with a Kata'ib Hizballah media facilitator. The four hard drives included approximately 1,200 videos showing Kata'ib Hizballah's sophisticated planning and attack tactics, techniques, and procedures, and Kata'ib Hizballah's use of the most lethal weapons--including RPG-29s, IRAMs, and EFPs--against Coalition Forces in Iraq.[90]

369.   One of the hard drives contained 35 attack videos edited with the KH logo in the top right corner. Additionally, between February and September 2008, Al-Manar in Beirut, Lebanon broadcast several videos showing KH conducting multiple attacks against U.S. nationals and Coalition Forces in Iraq.

370.   Immediately preceding the government of Iraq's approval of the United States-Iraq security agreement in late November 2008, KH posted a statement that the group would continue fighting Coalition Forces and threatened to conduct attacks against the government of Iraq if it signed the security agreement with the United States.

371.   In 2008, the U.S. Department of Defense described the linkages it found between KH, Iran, and multiple terrorist attacks against U.S. nationals in Iraq—including KH's use of EFPs:

> [A]lso known as Hezbollah Brigades, is a terrorist group believed to receive funding, training, logistics and material support from Iran to attack Iraqi and coalition forces using what the military calls 'explosively formed penetrators' – roadside bombs designed to pierce armor-hulled vehicles – and other weapons such as rocket-assisted mortars.

---

[89] *Id.*
[90] *Id.*

372.    As noted above—and as stated by the U.S. Treasury Department in its July 2009 press release—throughout 2008, Al-Manar, Lebanon Hezbollah's official television outlet in Lebanon (and itself a designated SDGT since May 2006), played numerous videos of KH launching rocket and IED attacks against U.S. troops in Iraq. In this manner, Hezbollah helped publicize KH's activities and increase its profile among leading Shi'a terrorist groups.

373.    Although KH's leadership remains in flux, one individual reportedly associated with the group is Abu Mahdi al-Muhandis. According to an inquiry published by Kuwaiti daily al-Rai on June 4, 2016, during the 1980's, Abu Mahdi al-Muhandis received an Iranian citizenship from the Iranian regime as part of his prominent role in the Badr Corps.[91]

374.    KH's leader, Abu Mahdi al-Muhandis, is wanted in Kuwait for his alleged role in the 1983 bombings of the American and French embassies in Kuwait City, as well as for his alleged involvement in the assassination attempt on the Kuwaiti Emir in 1985. In an interview with Hezbollah-affiliated media on January 3 2017, Abu Mahdi al-Muhandi admitted that he cooperated with Hezbollah top commanders Imad Moughniyeh and Mustafa Badreddine from the early 80's. According to him, this cooperation included training opposition Iraqi Shiite groups to fight Saddam Hussein regime and the U.S. troops in Iraq from 2003 onward.[92]

375.    The U.S. Treasury Department designated al-Muhandis an SDGT in July 2009 and announced the designation in the same press release announcing KH's designation. That press release stated:

>        As of early 2007, al-Muhandis formed a Shia militia group

---

[91] *See* http://www.alraimedia.com/ar/article/special-reports/2016/06/04/684698/nr/nc (last visited Sept. 13, 2017) (Arabic translation available).

[92] Middle East Media Research Institute TV Monitor Project, *Clip #5829*, https://www.memri.org/tv/abu-mahdi-al-muhandis-deputy-commander-popular-mobilization-units-optimism-over-liberation-mosul (last visited Sept. 12, 2017).

employing instructors from Hizballah to prepare this group and certain Jaysh al-Mahdi (JAM) Special Groups for attacks against Coalition Forces. The groups received training in guerilla warfare, handling bombs and explosives, and employing weapons--to include missiles, mortars, and sniper rifles. In another instance as of September 2007, al-Muhandis led networks that moved ammunition and weapons--to include explosively formed penetrators (EFPs)-- from Iran to Iraq, distributing them to certain JAM militias to target Coalition Forces. As of mid-February 2007, al-Muhandis also ran a weapons smuggling network that moved sniper rifles through the Iran-Iraq border to Shia militias that targeted Coalition Forces. Al-Muhandis also provided logistical support for attacks against Iraqi Security Forces and Coalition Forces conducted by JAM Special Groups and certain Shia militias. In one instance, in April 2008, al-Muhandis facilitated the entry of trucks--containing mortars, Katyusha rockets, EFPs, and other explosive devices--from Iran to Iraq that were then delivered to JAM Special Groups in Sadr City, Baghdad. Additionally, al-Muhandis organized numerous weapons shipments to supply JAM Special Groups who were fighting Iraqi Security Forces in the Basrah and Maysan provinces during late March-early April 2008.

In addition to facilitating weapons shipments to JAM Special Groups and certain Shia militias, al-Muhandis facilitated the movement and training of Iraq-based Shia militia members to prepare them to attack Coalition Forces. In one instance in November 2007, al-Muhandis sent JAM Special Groups members to Iran to undergo a training course in using sniper rifles. Upon completion of the training course, the JAM Special Groups members had planned to return to Iraq and carry out special operations against Coalition Forces. Additionally, in early March 2007, al-Muhandis sent certain Shia militia members to Iran for training in guerilla warfare, light arms, marksmanship, improvised explosive devices (IED) and anti-aircraft missiles to increase the combat ability of the militias to fight Coalition Forces.

In addition to the reasons for which he is being designated today, al-Muhandis participated in the bombing of Western embassies in Kuwait and the attempted assassination of the Emir of Kuwait in the early 1980s. Al-Muhandis was subsequently convicted in absentia by the Kuwaiti government for his role in the bombing and attempted assassination.[93]

---

[93] U.S. Department of the Treasury, *Treasury Designates Individual, Entity Posing Threat to Stability in Iraq* (July 2, 2009), https://www.treasury.gov/press-center/press-releases/Pages/tg195.aspx.

376.     In a July 2010 press briefing, U.S. General Ray Odierno identified KH as the group behind increased threats to U.S. bases in Iraq. General Odierno confirmed that KH operatives had gone to Iran for special training and then returned to Iraq. General Odierno stated, "[T]hey are clearly connected to Iranian IRGC."[94]

377.     In June 2011, it was estimated that KH membership exceeded 1,000 people in Iraq.

378.     Senior Iraqi Intelligence officials have stated that KH receives unlimited funding from Iran, allowing KH operatives to be paid $300-$500 per month.

## C.     JAYSCH AL MAHDI & THE PROMISED DAY BRIGADES

379.     Jaysh al Mahdi ("JAM" or the "Mahdi Army") was established by radical Shi'a cleric Muqtada al-Sadr in June 2003. On April 18, 2004, it led the first major armed confrontation by Shi'a militia against U.S.-led forces in Iraq.

380.     JAM was co-founded by Imad Mughniyah, once the terrorism chief of Hezbollah and "an agent of Iran and a direct role in Iran's sponsorship of terrorist activities."[95] Prior to September 11, 2001, Mughniyah was ranked number one on the FBI's Most Wanted list for leading the attacks which killed 183 Marines in the bombing of the Holiday Inn in Beirut, the hijacking of a TWA plane and murder of a U.S. Navy diver, and the bombing of the U.S. Embassy in Beirut (replaced as number one most wanted by Usama bin Laden).

---

[94] Jim Loney, *Iran-backed force threatens U.S. Iraq bases - general*, REUTERS, July 13, 2010, https://in.reuters.com/article/idINIndia-50093520100713.

[95] "Imad Fayez Mughniyah (a/k/a Hajj Radwan) was, for decades prior to his death in February 2008, the terrorist operations chief of Hizballah. Mughniyah played a critical role in a series of imaginative high-profile terrorist attacks across the globe, and his abilities as a terrorist coordinator, director, and operative was an order of magnitude beyond anything comparable on the scene between 1980-2008.  Mughniyah was, since the early 1980s, an agent of the Islamic Republic of Iran, where he lived for many years. Imad Mughniyah had a direct reporting relationship to Iranian intelligence and a direct role in Iran's sponsorship of terrorist activities." *Havlish v. Bin Laden (In re Terrorist Attacks on September 11, 2001),* 2011 U.S. Dist. LEXIS 155899, at 106-107 (S.D.N.Y. Dec. 22, 2011).

381.    JAM expanded its territorial control of mixed or predominantly Shi'a neighborhoods and displaced or killed the local Sunni population.

382.    JAM was able to gain initial control in many of the neighborhoods in and around Baghdad (such as Sadr City) by offering the Shi'a population protection and social services.

383.    In a Department of Defense news briefing on August 24, 2007, General Rick Lynch confirmed that on August 7, 2006, the 3rd Brigade Combat Team "conducted a raid on a militant house . . . about 20 miles east of Baghdad . . . They arrested one of our division's most valued targets, . . . [who] acted as a link between Iran and the [JAM]. He was the main Shia conduit in that region for getting Iranian EFPs and rockets into Baghdad, . . ."[96]

384.    Al-Sadr dissolved part of his militia after 2007, but maintained a small group of Iranian-supported militants called the Promised Day Brigades ("PDB") to carry out terrorist attacks against Coalition Forces and U.S. nationals, including certain Plaintiffs.

385.    The PDB has received funding, training, and weapons from the IRGC and is one of the Special Groups.

386.    It is estimated that the PDB had approximately 5,000 active members in June 2011.

387.    The PDB actively targeted U.S. nationals, including Plaintiffs and U.S. forces, in an attempt to disrupt security operations and further destabilize Iraq.

388.    For example, in June 2011, the PBD claimed responsibility for 52 attacks on U.S. Forces.

389.    On June 28, 2011, the PDB issued a statement claiming responsibility for ten (10) mortar and Katyusha rocket attacks against U.S. Military convoys in which U.S. officials

---

[96] Kimberly Kagan, THE SURGE: A MILITARY HISTORY (ENCOUNTER BROADSIDES) 50 (2010).

confirmed that three U.S. service members were killed.

390.     PDB's headquarters is located in Sadr City, Baghdad, and the groups' main areas of operation include southern Iraq, and Baghdad.

### D.     ASA'IB AHL AL HAQ

391.     Asa'ib Ahl Al Haq ("AAH" or the "League of the Righteous") terrorist organization is a Shi'a Special Group supported by Hezbollah and the IRGC-QF that conducted assassinations and operations in Iraq against Coalition Forces and various individuals and U.S. nationals.

392.     AAH was originally established by Senior Sadrist and MDF-I detainee Qais al-Khazali. His brother, Laith Khazali, also helped lead the organization.

393.     AAH split from al-Sadr's JAM in 2006. Since that time, AAH has conducted: thousands of IED attacks against U.S. and Iraqi forces; targeted kidnappings of Westerners and Iraqis; rocket and mortar attacks on the U.S. Embassy; murders of American and British soldiers; and assassinations of Iraqi officials.

394.     AAH fought alongside Hezbollah in the 2006 Lebanon-Israeli War.

395.     During the Relevant Period, AAH received significant funding from Iran, and had links to Iran's IRGC-QF and Hezbollah.

396.     Senior Lebanese Hezbollah operative Ali Musa Daqduq provided training to AAH terrorists.

397.     Daqduq reported to Youssef Hashim, the head of Lebanese Hezbollah Special Operations, and the latter reported to Abdul Reza Shahlai, the director of the IRGC-QF External Operations.

398.     In October 2006, AAH used mortars to attack Coalition Forces at Forward Operating Base Falcon.

399.    In May of 2007, AAH operatives attacked the Iraqi Finance Ministry, kidnapping British contractor, Peter Moore, and his four bodyguards. AAH released Moore in December 2009 in exchange for the Iraqi government's release of its leader Qais al-Khazali, but not before murdering Moore's four bodyguards.

400.    In October 2009, AAH used mortars to attack the U.S. Consulate in Al Hillah, Babil, Iraq.

401.    In October 2011, AAH claimed responsibility for a roadside bomb that killed the last American to die before the U.S. withdrawal in Iraq in November 2011.

402.    Hezbollah and the IRGC-QF provided JAM, PDB, KH, AAH, and other Shi'a groups with a variety of weapons and training used to target U.S. nationals, including Plaintiffs, and Coalition Forces engaged in their post-2003 peacekeeping mission.

403.    These weapons included signature Iranian munitions such as EFPs and Improvised Rocket Assisted Munitions ("IRAMs"), as well as 107 mm rockets (often used as part of IRAMs), 120 mm and 60 mm mortars, Rocket Propelled Grenade ("RPG") launchers and other small arms.

404.    The training and weapons provided by Iran and its agents resulted in an increased lethality and effectiveness of the Terrorist Attacks, and included sophisticated tell-tale tactics that had not previously been seen in Iraq prior to infusion of Iranian agents, Hezbollah and the IRGC-QF in 2003.

**9.      IRANIAN SIGNATURE WEAPONS USED IN THE TERRORIST ATTACKS**

405.    A variety of Iranian weapons flowed into Iraq through direct purchases, smuggling, and dual-purpose component exportation to Iraq by Iran.

## A.    EXPLOSIVELY FORMED PENETRATORS

406.    One of Iran's primary forms of material support and/or resources that facilitated extrajudicial killings of U.S. citizens in Iraq was the financing, manufacturing and deployment of EFPs and IEDs.

407.    IED is a term commonly used by the U.S. military as shorthand for a roadside bomb. The Terrorist Groups consistently sought to attempt to improve IED effectiveness and sophistication.[97]

408.    EFPs, IEDs, and other WMDs were typically smuggled from Iran to Iraq, and the IRGC-QF played a vital role in that process.

409.    Additionally, in Iraq, the IRGC and Hezbollah supplied and trained various Special Groups, Al Qaida, and Ansar al Islam to deploy EFPs and IEDs. Iran, through Hezbollah, the IRGC-QF, and MOIS provided EFP and IED component to Iraqi insurgents and paid them up to $200 U.S. to use these weapons against U.S. soldiers in Iraq.

410.    The number of EFPs used against Coalition Forces and U.S. nationals rose at a rate of 150% between January 2006 and December 2006, and increased every month between November 2006 and January 2007.

411.    EFPs are a particularly effective form of manufactured IED and are sometimes known as a "shaped charge," usually made with a manufactured concave copper disk and a high explosive packed behind the liner.

---

[97] Pound, *supra* note 27.

**Powerful roadside bomb**

*The explosively formed penetrator (EFP), designed to pierce armor at long distances, is being used by Iraqi insurgents.*

1. Vehicle trips sensor, detonates EFP
2. Projectile hits at high speed, penetrates armor

**EFP**

**Sensor**

**Why it's so deadly**

Metal pipe   Explosive   Curved copper or steel disk

**Heat, shock wave from detonation propel disk, soften it into rod**

Source: Air Force Research Laboratory, Global Security
Graphic: Lee Hulteng, Judy Treible

**Example: 1 lb. (500 g)** rod traveling about **1.2 mi. (2 km) per sec.** can pierce more than **4 in. (10 cm)** of hardened steel armor

© 2007 MCT

412.   The EFPs deployed by the IRGC and Hezbollah in Iraq were not truly "improvised" explosive devices but professionally manufactured and specifically designed to target U.S. nationals, including Plaintiffs, and Coalition Forces' armor. These EFPs cannot be made without specific machinery, access to which Iran controls, and without which Special Groups and other terrorist organizations could not obtain or use these munitions.

413.   EFPs constitute "weapons of mass destruction" as that term is defined in 18 U.S.C. § 2332a(2)(A).

414.   In Iraq, EFPs were often triggered by various technologies, including passive infra-red sensors (tripped by the engine heat of passing vehicles) and radio frequency modules (triggering the weapon when high-powered radio waves were generated by Coalition Forces' jamming devices), ultimately setting off an explosion within the steel casing of the EFP, forcing the copper disk forward, and turning it into a high-velocity molten slug, traveling at over a mile per second, that could pierce the military-grade armor of most U.S. vehicles deployed in Iraq even up to 300 feet away.

415.    Metallurgic analysis by U.S. technicians helped confirm the high-purity copper EFP liners were not generally produced in Iraq.

416.    Differences in the liners indicated the kind of press that was required to fabricate them—a heavy (hydraulic) press not commonly seen in Iraq.

417.    To produce these weapons, copper sheets are often loaded onto a punch press to yield copper discs. These discs are annealed in a furnace to soften the copper. The discs are then loaded into a large hydraulic press and formed into the disk-like final shape.

418.    The hydraulic press machinery was transported to Iran by Iran's national maritime carrier, Islamic Republic of Iran Shipping Line ("IRISL").

419.    This munitions manufacturing process is critical to the design and concomitant lethality of the weapon and is controlled by Iran.

420.    EFPs are far more sophisticated than homemade explosive devices such as traditional improvised explosive devices, and they are designed specifically to target vehicles such as armored patrols and supply convoys, though Hezbollah and the Special Groups have deployed them against U.S. and Iraqi civilians as well.

421.    One of the ways in which the IRGC provided "militants with the capability to assemble improvised explosive devices (IEDs) with explosively formed penetrators (EFPs) that were specially designed to defeat armored vehicles" included providing them with manufacturing supplies such as copper and steel, as well as machinery—including hydraulic presses used to form copper into the shape of disks used in EFPs.

422.    Iran propagated its specialized weapons knowledge up and down its network of terror proxies in Iraq. As documented by the U.S. State Department in its 2006 *Country Reports on Terrorism* regarding Iran's specific efforts to provide terrorists with lethal EFPs to ambush

and murder U.S. nationals, including Plaintiffs, and other Coalition Forces, "Iran provided guidance and training to select Iraqi Shia political groups, and weapons and training to Shia militant groups to enable anti-Coalition attacks."[98]

423.    As reported by the New York Times on March 26, 2007, U.S. Army officials believe that terrorists first began using EFPs in Iraq in August 2003.

424.    In December 2003, Coalition Forces recovered radio equipment that was most likely intended for use with EFPs in Iraq.

425.    In December 2004, Coalition Forces recovered passive infrared sensors modified for use with EFPs.

426.    Although Iran's use of EFPs was publicly disclosed by U.S. and British officials in 2005 when the two countries issued diplomatic protests, the official identification of specific attacks as EFP attacks was not first publicly disclosed until 2010.

427.    In 2006, the U.S. State Department's Country Reports on Terrorism further documented Iran's specific efforts to provide terrorists with lethal EFPs to ambush and murder U.S. nationals, including Plaintiffs, and other Coalition Forces:

> Iranian government forces have been responsible for at least some of the increasing lethality of anti-Coalition attacks by providing Shia militants with the capability to build IEDs with explosively formed projectiles similar to those developed by Iran and Lebanese Hezbollah [sic]. The Iranian Revolutionary Guard was linked to armor-piercing explosives that resulted in the deaths of Coalition Forces. The Revolutionary Guard, along with Lebanese Hezbollah [sic], implemented training programs for Iraqi militants in the construction and use of sophisticated IED technology. *These individuals then passed on this training to additional militants in Iraq.* (emphasis added).[99]

---

[98] U.S. Department of State, Office of the Coordinator for Counterterrorism, *Country Reports on Terrorism 2006*, at 369 (April 2007), https://www.state.gov/j/ct/rls/crt/2006/.
[99] *Id.*

428.    Also in 2006, Brigadier Gen. Michael Barbero, Deputy Chief of Staff for Strategic Operations of the Multi-National Force-Iraq stated, "Iran is definitely a destabilizing force in Iraq. I think it's irrefutable that Iran is responsible for training, funding and equipping some of these Shi'a extremist groups and also providing advanced IED technology to them, and there's clear evidence of that."[100]

429.    Brigadier Gen. Kevin Bergner commented on Iran funding of Hezbollah operatives in Iraq:

> Actions against these Iraqi groups have allowed coalition intelligence officials to piece together the Iranian connection to terrorism in Iraq [...] Iran's Qods Force, a special branch of Iran's Revolutionary Guards, is training, funding and arming the Iraqi groups. [...] It shows how Iranian operatives are using Lebanese surrogates to create Hezbollah-like capabilities. And it paints a picture of the level of effort in funding and arming extremist groups in Iraq.... The groups operate throughout Iraq. They planned and executed a string of bombings, kidnappings, sectarian murders and more against Iraqi citizens, Iraqi forces and coalition personnel. They receive arms – including explosively formed penetrators, the most deadly form of improvised explosive device – and funding from Iran. They also have received planning help and orders from Iran.

430.    In May 2007, the Commander of the Multinational Division-Center, U.S. Army Major General Richard Lynch, confirmed that "[m]ost of our casualties have come from improvised explosive devices. That's still the primary threat to our soldiers—IEDs. And we have an aggressive campaign to counter those IEDs, but they still are taking a toll on our soldiers: 13 killed, 39 soldiers wounded. *What we're finding is that the technology and the financing and the training of the explosively formed penetrators are coming from Iran*. The EFPs are killing our soldiers, and we can trace that back to Iran." (Emphasis added.)

431.    That same year, the Deputy Chief of Staff for Intelligence with the MNF-I, U.S.

---

[100] John Hendron and Alex Chadwick, *Pentagon: Iran Training Shiite Militias in Iraq*, NPR, August 24, 2006, https://www.npr.org/templates/story/story.php?storyId=5703572.

Army Major General Richard Zahner, declared that:

> Labels on weapons stocks seized inside and outside Iraq point to Iranian government complicity in arming Shiite militias in Iraq […] Iran is funneling millions of dollars for military goods into Iraq […] You'll find a red label on the C-4 [explosive] printed in English and will tell you the lot number and name of the manufacturer.

Major General Zahner further added:

> [T]he control of military-grade explosives in Iran is controlled through the state apparatus and is not committed through rogue elements right there. It is a deliberate decision on the part of elements associated with the Iranian government to affect this type of activities.

432.    According to the U.S. State Department's 2007 Country Reports on Terrorism:

> Despite its pledge to support the stabilization of Iraq, Iranian authorities continued to provide lethal support, including weapons, training, funding, and guidance, to some Iraqi militant groups that target Coalition and Iraqi security forces and Iraqi civilians. In this way, Iranian government forces have been responsible for attacks on Coalition forces. The Islamic Revolutionary Guard Corps (IRGC) -Qods Force, continued to provide Iraqi militants with Iranian-produced advanced rockets, sniper rifles, automatic weapons, mortars that have killed thousands of Coalition and Iraqi Forces, and explosively formed projectiles (EFPs) that have a higher lethality rate than other types of improvised explosive devices (IEDs), and are specially designed to defeat armored vehicles used by Coalition Forces. The Qods Force, in concert with Lebanese Hezbollah, provided training outside Iraq for Iraqi militants in the construction and use of sophisticated IED technology and other advanced weaponry. These individuals then passed on this training to additional militants inside Iraq, a "train-the-trainer" program. In addition, the Qods Force and Hezbollah have also provided training inside Iraq. In fact, Coalition Forces captured a Lebanese Hezbollah operative in Iraq in 2007.

433.    Other U.S. Government reports, such as the Department of Defense's December 2007 "Measuring Stability and Security in Iraq" quarterly report to Congress, similarly concluded that:

> Iranian Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) efforts to train, equip, and fund Shi'a extremists also continue despite reported assurances to Prime Minister Maliki that Iran will cease lethal aid.

434.    These observations continued in 2008. According to the U.S. State Department's

2008 Country Reports on Terrorism:

> The Qods Force, an elite branch of the Islamic Revolutionary Guard Corps (IRGC), is the regime's primary mechanism for cultivating and supporting terrorists abroad. The Qods Force provided aid in the form of weapons, training, and funding to HAMAS and other Palestinian terrorist groups, Lebanese Hezbollah, Iraq-based militants, and Taliban fighters in Afghanistan ...
>
> Despite its pledge to support the stabilization of Iraq, Iranian authorities continued to provide lethal support, including weapons, training, funding, and guidance, to Iraqi militant groups that targeted Coalition and Iraqi forces and killed innocent Iraqi civilians. Iran's Qods Force continued to provide Iraqi militants with Iranian- produced advanced rockets, sniper rifles, automatic weapons, and mortars that have killed Iraqi and Coalition Forces as well as civilians. Tehran was responsible for some of the lethality of anti-Coalition attacks by providing militants with the capability to assemble improvised explosive devices (IEDs) with explosively formed projectiles (EFPs) that were specially designed to defeat armored vehicles. The Qods Force, in concert with Lebanese Hezbollah, provided training both inside and outside of Iraq for Iraqi militants in the construction and use of sophisticated IED technology and other advanced weaponry.

435.    Similarly, in 2011, the U.S. Ambassador to Iraq, James F. Jeffrey, was quoted as

saying "[F]resh forensic testing on weapons used in the latest deadly attacks in the country

bolsters assertions by U.S. officials that Iran is supporting Iraqi insurgents with new weapons

and training. […] We're not talking about a smoking pistol. There is no doubt this is Iranian."

436.    Further, the State Department's 2011 *Country Reports on Terrorism* reported:

> Despite its pledge to support the stabilization of Iraq, Iran continued to provide lethal support, including weapons, training, funding, and guidance, to Iraqi Shia militant groups targeting U.S. and Iraqi forces, as well as civilians. Iran was responsible for the increase of lethal attacks on U.S. forces and provided militants with the capability to assemble explosives designed to defeat armored vehicles. The IRGC-QF [Islamic Revolutionary Guard Corps-Qods Force], in concert with Lebanese Hezbollah, provided training outside of Iraq as well as advisors inside Iraq for Shia militants in the construction and use of sophisticated improvised

explosive device technology and other advanced weaponry.

437.    Iran also introduced other weapons into Iraq for the purpose of supporting terrorist attacks on U.S. nationals and coalition personnel, including Plaintiffs. These included 81 mm mortars (the remainder of the region uses 82 mm mortars), repainted 107 mm rockets imported into Iran from China and marked for sale in the open markets, 60 mm canisters filled with Iranian-manufactured mortar rounds, 240 mm rockets, IRAMs, RPG-7s, RPG-29s, and RKG-3 armor penetrating anti-tank grenades deployed by the Terrorist Groups in various acts of international terrorism, including the Terrorist Attacks wherein Plaintiffs and/or Plaintiffs' family members were killed, maimed, or otherwise injured.

438.    The presence of these weapons shows a high level of sophistication of the Iranian arms flow into Iraq as the purchases are made by the Iranian regime.

## B.    IMPROVISED ROCKET ASSISTED MUNITIONS

439.    In addition to EFPs, Iran also provided material support to the Terrorist Groups by providing them with IRAMs.

440.    Along with EFPs, Improvised Rocket Assisted Munitions were a signature weapon of terrorists in Iraq that were supplied by the IRGC.

441.    An IRAM is a rocket-fired improvised explosive device made from a large metal canister—such as a propane gas tank—filled with explosives, scrap metal, ball bearings, and propelled by rockets, most commonly 107 mm rockets launched from fixed or mobile sites by remote control. They are designed to cause catastrophic damage and inflict mass casualties.



442.    According to The Joint Improvised Explosive Device Defeat Organization of the U.S. Department of Defense, IRAMs were first introduced by Iran in November 2007 against U.S. personnel in Iraq.

# Vehicle Overview



Team concluded that Special Group criminals utilized 14 IRAMs, fired from a cargo truck, with 14 improvised rocket tubes setup in the bed with remote initiation to attack FOB Loyalty on April 28.[101]

443.     Although Iran's use of IRAMs was publicly disclosed by U.S. officials after their introduction in 2007, systematic identification of specific attacks as IRAM attacks was not publicly disclosed until 2010.

444.     IRAM attacks occurred primarily in Baghdad and in the Shi'a dominated areas in southern Iraq, where Iranian-backed militias primarily operate.

445.     All of the foregoing material support provided to Terrorist Groups, including those Special Groups that perpetrated the Terrorist Attacks that resulted in the death, maiming, or otherwise injuring of Plaintiffs and Plaintiffs' family members, was provided by Iran for attacks

---

[101] Bill Roggio, "Mahdi Army Uses 'Flying IEDs' In Baghdad," The Long War Journal, June 28, 2008, available at:
https://www.longwarjournal.org/archives/2008/06/mahdi_army_uses_flyi.php (last accessed July 4, 2018).

on Coalition Forces and U.S. nationals, including Plaintiffs, or was financed and facilitated in substantial part by Iran.

### 10. IRAN EVADES SANCTIONS & COMMITS ACTS OF TERRORISM THROUGH ITS AGENTS/PROXIES

446. Because Iran is under numerous sanctions issued by other countries, it continues to evade those sanctions by operating clandestinely through agents of Iran, including the Islamic Republic of Iran Shipping Lines, Mahan Air, and the National Iranian Oil Company.

447. Iran obtains and provides weapons and other material support to Terrorist Groups and other terrorist organizations through agents and proxies that are nothing more than extensions of the Iranian regime.

448. Congress and successive Administrations have enacted several laws and executive orders that imposed sanctions on countries and firms that sell WMD technology and military equipment to Iran. Despite these efforts, Iran continued to evade sanctions.

449. In order to thwart U.S. sanctions efforts, Iran cultivated close relationships with foreign arms suppliers, including Russia, China, and North Korea.

450. In addition, Iran sought to clandestinely acquire dual-use technologies from European manufacturers, and certain export-controlled defense products, aircraft parts, dual-use technologies and materials from the United States.

451. Iran used proxies and agents as tools to circumvent sanctions, including IRISL, NIOC, KAA, and Mahan Air.

452. IRISL, NIOC, KAA, Mahan Air, and other Iranian government and IRGC fronts serve as financial, physical, and logistical conduits for Iran and its terroristic goals. At all relevant times, these agents and proxies of Iran acted in concert with Defendants.

## A.      ISLAMIC REPUBLIC OF IRAN SHIPPING LINES

453.      As Iran's national maritime carrier, IRISL[102] is an agent and instrumentality of Iran.

454.      IRISL has a long history of facilitating arms shipments on behalf of the IRGC and the Iranian military, including copper discs that are a key component in EFPs (discussed below) used to kill and maim many of the Plaintiffs herein.

455.      For example, a November 2007 State Department cable noted:

> Washington remains concerned about on-going conventional arms transfers from China to Iran, particularly given Iran's clear policy of providing arms and other support to Iraqi insurgents and terrorist groups like the Taliban and Hezbollah….
>
> We have specific information that Chinese weapons and components for weapons transferred to Iran are being used against U.S. and Coalition Forces in Iraq, which is a grave U.S. concern.

456.      The diplomatic cable went on to note that an IRISL-flagged vessel was loaded at a Chinese port with multiple containers of cargo bound for delivery at the port of Bandar Abbas, Iran.

457.      The cargo included DIO[103] manufactured ammunition cartridges (7.62 x 39 rounds for AK-47 assault rifles).

458.      DIO is an Iranian government-owned weapons manufacturer controlled by MODAFL.

---

[102] IRISL is Iran's national maritime carrier: a global operator of merchant vessels with a worldwide network of subsidiaries, branch offices and agent relationships. It provides a variety of maritime transport services, including bulk, break-bulk, cargo and containerized shipping.

[103]   DIO was designated an SDN by the U.S. on March 30, 2007. IRGC Brigadier-General Seyyed Mahdi Farahi was the Managing Director of DIO and has been sanctioned by the European Union since 2008. He was later sanctioned by the U.S. on January 17, 2016. *See*, http://eur-lex.europa.eu/legal-content/EN/TXT/?uri=celex%3A32010D0644 (last visited Sept. 13, 2017).

459.     An April 2008 State Department cable warned of an IRISL shipment of chemical weapons precursors from China aboard the IRISL-leased, Iranian flagged merchant vessel ("M/V") *Iran Teyfouri*.

460.     In September 2008, the U.S. Treasury Department designated IRISL a SDN, stating: "Not only does IRISL facilitate the transport of cargo for U.N. designated proliferators, it also falsifies documents and uses deceptive schemes to shroud its involvement in illicit commerce."

461.     The Treasury Department further noted that:

> [i]n order to ensure the successful delivery of military-related goods, IRISL has deliberately misled maritime authorities through the use of deception techniques. These techniques were adopted to conceal the true nature of shipments ultimately destined for MODAFL [Iran's Ministry of Defense and Armed Forces Logistics].

462.     In January 2009, a former Russian merchant ship chartered by IRISL—named the M/V *Monchegorsk* and flying a Cypriot flag—was spotted leaving the Iranian port of Bandar Abbas and heading for the Suez Canal.

463.     Egyptian authorities were alerted by the U.S. Navy and the M/V *Monchegorsk* was forced into an Egyptian port to be searched. Iran's DIO was later determined to be the shipper of the military-related cargo.

464.     Munitions, believed to be headed for Gaza, were found hidden in the cargo, including components for mortars and thousands of cases of powder, propellant, and shell casings for 125mm and 130mm guns.

465.     In October 2009, U.S. troops boarded a German-owned freighter, the M/V *Hansa India*, in the Gulf of Suez and found eight containers full of ammunition that were headed to Syria from Iran.

466.    The vessel carried seven containers of small arms ammunition (including 12 million bullet casings), as well as one container containing copper discs of the type used in EFPs to kill and maim Coalition Forces and U.S. nationals, including Plaintiffs.

467.    The acronym "IRISL" was painted in large block letters on the exterior side walls of each shipping container, and the barrels of munition parts discovered inside the containers were marked with the inscription "SAEZMANE SANAYE DEFA," a common transliteration from Farsi to English of the name for Iran's Defense Industries Organization.

468.    The M/V *Hansa India* was registered to the Hamburg-based shipping company Leonhardt & Blumberg, but had been under charter to IRISL for several years.

469.    In November 2009, the Government of Israel intercepted an IRISL-flagged ship, the M/V *Francop*, headed for Beirut, Lebanon and then Latakia, Syria. The vessel was loaded with munitions crates that were either stamped "IRISL" or included documentation marked with the IRGC-QF logo.

470.    The munitions found onboard included over two thousand 107mm "Katyusha" rockets, more than six hundred 122mm "Grad 20" rockets, and also various rocket fuses, mortar shells, rifle cartridges, fragment grenades and 7.62mm bullets.

471.    The M/V *Francop*, owned by the Cypriot shipping company UFS, was carrying shipping containers clearly marked IRISL.

472.    Because the DIO, as discussed *infra*, was one of MODAFL's three main weapons systems manufacturers, it was required to use IRISL for most of its illicit shipments of military-related raw-materials, parts and finished products for, and from, foreign suppliers, Iranian arms dealers and terrorist organizations.

473.    Iran's DIO was listed as an entity of concern for military procurement activities in

an early warning document distributed by the German government to industry in July 2005.

474.    The DIO was also designated by the United Nations in 2006 for its involvement in Iran's WMD program.

475.    During 2006 and 2007, weapons caches seized by Coalition Forces from the Special Groups in Iraq contained large quantities of weapons produced by Iran; including many 107 millimeter artillery rockets with closely clustered DIO lot numbers and production dates between 2005 and 2007, as well as rounds and fuses for 60 millimeter and 81 millimeter mortars with DIO lot markings and 2006 production dates.

476.    There can be no question that IRISL facilitated shipments of military cargo to FTOs and Special Groups, including those responsible for carrying out the Terrorist Attacks that killed, maimed, and/or injured Plaintiffs or Plaintiffs' family members.

477.    IRISL *did*, in fact, facilitate shipments of military cargo to Hezbollah, one of the organizations controlled and/or otherwise substantially and materially supported by Iran and responsible for acts of international terrorism that killed and injured American citizens in Iraq, including the Plaintiffs. However, IRISL was not Iran's only means of passing weapons on to the Terrorist Groups, weapons used to commit acts of international terrorism, including the Terrorist Attacks carried out against Plaintiffs and/or Plaintiffs' family members.

### B.    MAHAN AIR

478.    Mahan Airlines was founded in 1991 and began passenger air travel services in June 1992 as the first Iranian "private" airline. Since 1997, Mahan Airlines has also provided air cargo operations.

479.    Mahan Airlines operates under the name "Mahan Air" and uses the Tehran Imam Khomeini International Airport and Mehrabad International Airport as its main business hubs.

480.    As of November 2016, Mahan Air owned at least 60 passenger and cargo aircraft,

and, in additional to domestic flights, flew to 52 destinations in Europe, Asia and the Middle East.

481.    Mahan Air publically acknowledges that it is wholly-owned by Mol-Al-Movahedin Charity.

482.    The Mol-A-Movahedin Charity is managed and controlled by the IRGC.

483.    Mahan Air is an "agency or instrumentality" of the government of Iran as defined by 28 U.S.C. § 1603(b).

484.    On October 12, 2011, the United States designated Mahan Air as an SDGT for "providing financial, material and technological support to the Islamic Revolutionary Guard Corps-Qods Force."

485.    According to the U.S. government, Mahan Air (1) "facilitated the covert travel of suspected IRGC-QF officers into and out of Iraq;" (2) "facilitated IRGC-QF arms shipments"; and (3) "transported personnel, weapons and goods on behalf of Hezbollah [sic]." (Brackets in original).

486.    The Treasury Department explained Mahan Air's direct involvement with terrorist operations, personnel movements and logistics on behalf of the IRGC-QF:

>    Mahan Air also facilitated the covert travel of suspected IRGC-QF officers into and out of Iraq by bypassing normal security procedures and not including information on flight manifests to eliminate records of the IRGC-QF travel.

>    Mahan Air crews have facilitated IRGC-QF arms shipments. Funds were also transferred via Mahan Air for the procurement of controlled goods by the IRGCQF.

>    In addition to the reasons for which Mahan Air is being designated today, Mahan Air also provides transportation services to Hezbollah [sic], a Lebanon-based designated Foreign Terrorist Organization. Mahan Air has transported personnel, weapons and goods on behalf of Hezbollah [sic] and omitted from Mahan Air cargo manifests secret weapons shipments

bound for Hezbollah [sic].

487.    Under-Secretary of Commerce Eric L. Hirschhorn described this supply chain as "egregious conduct by… foreign companies and individuals who have endangered the lives of U.S. and coalition forces in Iraq."

488.    During a press conference, Under-Secretary for Terrorism and Financial Intelligence David S. Cohen said that "Mahan Air's close coordination with the Qods Force – secretly ferrying operatives, weapons and funds on its flights – reveals yet another facet of the IRGC's extensive infiltration of Iran's commercial sector to facilitate its support for terrorism."

489.    The U.S. Department of Treasury further highlighted that Mahan Air provided travel services to Qods Force personnel to fly to and from Iran and for military training.

490.    The airline facilitated arms shipments and "covert travels" to Iraq of suspected Qods Force members who were responsible for targeting Coalition Forces.

491.    Mahan Air was also later identified as the conduit to Iran of thousands of radio frequency modules recovered by Coalition Forces in Iraq from IEDs that were used to target U.S. nationals, including Plaintiffs, and Coalition Forces.[104]

492.    Coalition Forces recovered these modules from IED devices in Iraq that were used to target U.S. nationals, including Plaintiffs, and Coalition Forces.

493.    The modules had encryption capabilities and a particularly long range that allowed Special Groups operatives to operate them across significant distances.

494.    In 2008, Mahan Air transported the IED components from Singapore and Thailand to Tehran, Iran.

495.    In short, at the direction of Iran, Mahan Air transported weapons, personnel, and

---

[104] *See* Superseding Indictment in *United States v. Larijani*, *available at:*
https://www.justice.gov/opa/file/837996/download (last visited Sept. 13, 2017).

technology into Iraq on behalf of the IRGC-QF and Hezbollah, and did, in fact, transport modules used to control and activate IEDs and EFPs deployed against Coalition Forces in Iraq.

496.   Mahan Air, in its supporting, albeit crucial, role of exporting terrorism, and the materials and instruments thereof for Iran, is an agent and instrumentality of Iran.

497.   Due to the role played by Mahan Air, Iran was able to effectuate global jihad and commit acts of terrorism much more effectively and conveniently during the Relevant Period, including the time in which the Terrorist Attacks at issue were committed.

498.   Since 2012, Mahan Air has multiple daily flights from Tehran, Mashhad, Isfahan, Shiraz and Abadan to Damascus. These flights use Iraqi air space and carry weapons, equipment and Revolutionary Guard personnel to be used on the ground in Syria in support of Iranian-backed operations.

499.   Since fighting began in Syria, the Iraqi Special Groups linked to the Qods Force have been sent by bus through Basra to Abadan and from there are transferred to Damascus with Mahan aircraft. According to reports obtained from the IRGC, these groups include the Special Groups: Badr Corps., KH, AAH, as well as the FTO Hezbollah. As they were in Iraq, these terrorist groups, now operating in Syria, are commanded by the IRGC and have been directly linked to the massacres of Aleppo and killings of Syrian civilians.

## C.   NATIONAL IRANIAN OIL COMPANY (NIOC)

500.   Defendant NIOC is not a state agency, operation, or program of the Iranian Government. Rather, it is a front-company for the IRGC, and therefore an agent and instrumentality of Iran.

501.   At all relevant times, the NIOC was controlled by Iran through the IRGC.

502.   NIOC is an "agency or instrumentality" of the government of Iran as defined by 28 U.S.C. § 1603(b).

503.     In 2008, the Treasury Department identified NIOC (and other Iranian agencies) as "centrally involved in the sale of Iranian oil, as entities that are owned or controlled by the [government of Iran]."

504.     Pursuant to E.O. 13382, the United States designated NIOC as an SDN.

505.     The United States has identified NIOC as an agent or affiliate of the IRGC.

506.     Under the ITRSHRA, the U.S. government determined that that NIOC is an agent or affiliate of the IRGC under section 104(c)(2)(E)(i) of the CISADA and section 302 of the ITRSHRA. As part of that 2012 certification, NIOC was formally determined to be part of the Government of Iran.

507.     During the Relevant Period, the NIOC not only was under IRGC control, but it also served a critical function in supporting the IRGC's activities.

508.     The Iranian Helicopter Aviation Company, Ahwaz Pipe Mill Co., and Kala Naft[105] are all subsidiaries of the NIOC.

509.     As early as February 1998, Kala Naft was identified by the UK government "as having procured goods and/or technology for weapons of mass destruction programs."

510.     Kala Naft was also publicly identified as a NIOC subsidiary in a 2003 Commerce Department action that further stated that Kala Naft was a recipient of illegally exported U.S. origin oil field equipment from the U.S.

## D.     KHATAM AL-ANBIYA CONSTRUCTION COMPANY & THE HEADQUARTERS FOR THE RESTORATION OF HOLY SHRINES

511.     Iran also logistically and financially supports terrorist groups through proxies of

---

[105] Kala Naft was designated as a Specially Designated National (SDN) by the United States Treasury on June 16, 2010. U.S. Department of the Treasury, *Recent OFAC Actions* (June 16, 2010), https://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/20100616.aspx.

Iran, including, but not limited to Khatam al-Anbiya Construction Company (a/k/a Khatam al-Anbiya Construction Headquarters, Qaragah-e Sazandegi-ye Khatam al-Anbiya, or "Seal of the Prophets," hereinafter referred to as "KAA"), and The Headquarters for the Restoration of the Holy Shrines ("HRHS"), both Qods Force front entities, as well as their agents and subsidiaries.

512.    KAA serves to help the IRGC disguise its funding and operations, including IRGC-Qods Force terror activities.

513.    KAA is a large Iranian corporation, controlled by the IRGC, and serves to help the IRGC funnel money, material, and personnel to its operations.

514.    KAA was originally founded by the IRGC as an engineering wing to assist in the building of fortifications during the Iran-Iraq War (1980-1989) and to rebuild after the conflict. Since then it has diversified into mechanical engineering, energy, mining, and defense.

515.    KAA is an "agency or instrumentality" of the government of Iran as defined by 28 U.S.C. § 1603(b), and, as a designated IRGC entity, is owned and controlled by the government of Iran.

516.    IRGC Commander-in-Chief, Major General Mohammad Ali Jafari, serves as KAA's council chairman.

517.    KAA functions as the IRGC's engineering and logistical arm, conducting a range of civil engineering activities, such as road and dam construction, the manufacturing of pipelines to transport water, oil, gas (within and outside Iran's borders), mining operations, agriculture, and telecommunications.

518.    On October 25, 2007, KAA was designated by the U.S. Treasury Department under E.O. 13382 for extensively assisting IRGC to gain financial support for IRGC activities.

519.    The U.S. Treasury designated nine IRGC-affiliated entities, including KAA, and

five IRGC-affiliated individuals as derivative designations of the IRGC.

520.     On June 23, 2008, the European Union also designated IRGC-affiliated companies, including KAA, for their support to Iranian ballistic missile and nuclear programs.

521.     On June 9, 2010, the U.N. Security Council designated KAA in the 1929 Resolution for its involvement with Iranian military and nuclear activities.[106]

522.     On February 10, 2010, The U.S. Department of the Treasury took further action to implement then-existing U.S. sanctions against the IRGC by designating an individual and four companies affiliated with the IRGC pursuant to Executive Order (E.O.) 13382, which freezes the assets of designated proliferators of weapons of mass destruction (WMD) and their supporters. This action focused in particular on KAA, considered an arm of the IRGC designated pursuant to E.O. 13382 in 2007. At the time, Treasury stated:

> Today's designations include IRGC General Rostam Qasemi, who is also the commander of Khatam al-Anbiya Construction Headquarters, the engineering arm of the IRGC that serves to help the IRGC generate income and fund its operations.  Khatam al-Anbiya is owned or controlled by the IRGC and is involved in the construction of streets, highways, tunnels, water conveyance projects, agricultural restoration projects, and pipelines. Treasury also today designated four companies that are owned or controlled by, or that act on behalf of, Khatam al-Anbiya.

> As the IRGC consolidates control over broad swaths of the Iranian economy, displacing ordinary Iranian businessmen in favor of a select group of insiders, it is hiding behind companies like Khatam al-Anbiya and its affiliates to maintain vital ties to the outside world," said Under Secretary for Terrorism and Financial Intelligence Stuart Levey. "Today's action exposing Khatam al-Anbiya subsidiaries will help firms worldwide avoid business that ultimately benefits the IRGC and its dangerous activities.

523.     In 2011, the British and Japanese governments both listed KAA as an entity of

---

[106] United Nations, *Security Council Imposes Additional Sanctions on Iran, Voting 12 in Favour to 2 Against, with 1 Abstention,* (June 9 2010), https://www.un.org/press/en/2010/sc9948.doc.htm.

concern due to its involvement in the proliferation of WMDs, missiles, and biological, chemical, and nuclear weapons.

524.     KAA also owns and controls Ghorb Karbala (a/k/a Gharargah Karbala, Gharargah Sazandegi Karbala-Moasseseh Taha, or Ghorb-e Karbala), an entity also listed in an annex to U.N. Security Council Resolution 1929 of June 9, 2010, as an entity of Iran's IRGC, with a role "in Iran's proliferation-sensitive nuclear activities and the development of nuclear weapon delivery systems."

525.     Companies that are owned or controlled by KAA, or that act on its behalf, and directly support its efforts include: Fater Engineering Institute, Imensazen Consultant Engineers Institute (ICEI), Makin Institute, and Rahab Institute.

526.     By 2010, KAA had become a massive holding firm with control of more than 812 registered companies inside and outside of Iran and the recipient of over 1,700 Iranian-government contracts, many awarded on a no-bid basis.

527.     KAA has undertaken infrastructure development projects in Iraq, Syria, and Lebanon, extending its services as a tool of the IRGC and Iran.

528.     KAA was operating on the ground in Iraq during the entire Relevant Time period.

529.     No later than October 2006, western media outlets were reporting that KAA was involved in hidden and unlawful economic activities beyond the borders of Iran.

530.     On May 7, 2008, Mohammad Reza Pourzeyai, then KAA deputy head, announced that KAA had built a railway line connecting Iraq's Basra and Iran's Khorramshar.

531.     KAA also performed due diligence and planned a project for building a water pipeline from the Iraqi border to the middle of Syria, a distance of approximately 256 kilometers, and also designed a project for building an oil pipeline from Iran's Abadan refinery to Basra,

Iraq.

532.    KAA also undertook efforts to renovate the Mosul Dam in Iraq. KAA's work on Dam projects around the globe is a known conduit through which the IRGC moves its operatives into foreign countries.

533.    On December 13, 2011, then commander of KAA, Abu al-Qassem Mozaffari, confirmed that KAA operates in Iraq, Syria and Lebanon.

534.    From 2002 through 2007, Defendant Banks sent and received payments totaling nearly USD $100 million for KAA, and supplied financial services and other material support to many KAA subsidiaries.

535.    KAA, under the guise of various construction development projects in Iraq, in concert with other agents of Iran, provided the means by which Iran and other Defendants were able to supply raw materials, currency, weapons, and munitions used by the Special Groups and other terrorist organizations to effectuate Iran's campaign of terror in Iraq.

536.    A critical IRGC agent, subsidiary and Iranian-proxy is the HRHS.

537.    HRHS was established in 2003, purportedly to renovate the Shiite shrines in Iran and in Iraq. In order to do so, HRHS enlisted the assistance of KAA.

538.    According to its charter, as listed on its website, HRHS was authorized by the Islamic regime to, among other things, renovate Shiite shrines in Iraq and to coordinate between the Iranian regime and Iraqi government organizations and NGOs.

539.    HRHS does not hide its links to the Qods Force; a provincial official in the HRHS told Iranian media that the organization is affiliated with the Qods Force.

540.    The commander of the Qods Force, Qassem Soleimani, and the Supreme Leader's representative to the Qods Force both sit on HRHS's Board of Trustees. The four other board

members include HRHS head Hassan Pelarak, and three senior clerics who are members of the Supreme Leader's office. Thus, the Supreme Leader and his top general responsible for external operations control HRHS.

541.   Hassan Pelarak is a former mining executive and former IRGC commander, and, according to Iranian media, has served in the Qods Force.

542.   All HRHS heads have served as Qods Force officers. Pelarak's predecessors, Hassan Danaeifar, who was Iran's ambassador to Iraq from 2010 to 2017, and Mansour Haghighatpour, who is now a former parliamentarian, have been Qods Force officers. In 2008, Soleimani touted Danaeifar's Qods Force credentials in a famous message passed along to General David Patraeus, commander of U.S. forces in Iraq.

543.   It is no coincidence that Qassem Soleimani sits on HRHS's Board of Trustees and that the organization's Directors have been Qods Force officers; the unit uses the infrastructure of the HRHS to funnel weapons, manpower, money, equipment, and supplies into Iraq.

544.   HRHS publishes on its website that it renovates Shiite shrines in Najaf, Karbala, Kadhimiya, Samarra, and other places.

545.   HRHS claims to have spent millions of dollars on more than 200 projects in Iraq and further plans to develop projects valued at approximately $1.6 billion.

546.   HRHS also claims that its finances are charitable donations from citizens, as well as government, private, and quasi-government entities.

547.   HRHS embraces and supports the Special Groups. The direct link between HRHS and the Special Groups is concretely reflected on its official website of the HRHS Samarra office.[107]

---

[107] *See* http://setadsamarra.ir/ (last visited Sept. 13, 2017) (translation available).

548.   HRHS considers the Special Groups to be "Defenders of the Shiite Holy Shrines in Iraq," as stated on websites controlled by the IRGC-QF.[108]

549.   HRHS is nothing more than a front for the IRGC-QF, whose mission is to support the Iranian-backed terror groups in Iraq, disrupt the stability of free and democratic Iraq, and expand Iranian influence in the country.

550.   HRHS and KAA worked closely together in Iraq.

551.   HRHS worked in cooperation with the IRGC-QF-affiliated KAA to perform construction work on the Zahra Shrine in Najaf, Iraq. This project involved the HRHS subsidiary, Kowsar Engineering.

552.   Under the guise of serving the faithful, KAA and HRHS act as a pipeline for the Qods Force, whose mission is to support the Iranian-backed Iraqi network and expand Iranian influence in the country.

553.   KAA and HRHS, much like its IRGC affiliates, work closely with the well-known FTO, Hezbollah. This relationship was highlighted following the assassination of IRGC-QF senior commander Hassan Shateri (a/k/a Hesam Khoshnevis) in February 2013.

554.   Shateri was deployed to Lebanon by KAA to lead its Lebanese branch, while at the same time serving as senior IRGC-QF commander.

555.   Shateri's role in the Lebanese branch of KAA extended far beyond construction projects into extensive terror activities. On August 3, 2010, the U.S. Department of Treasury designated Hassan Shateri "for providing technical support to Hizballah's reconstruction efforts

---

[108]   *Introduction with the Brigades of the Defenders of the Shiite Holy Shrines Operating in Iraq*, OWEIS, Iran (January 12, 2015), http://oweis.ir/ (Farsi web address and translation available). *Marking the Fourth Anniversary of the [Assassination of] Martyr Hassan Shateri*, Tasnim News, Tehran (February 16, 2007), https://www.tasnimnews.com/fa/news/ (Farsi web address and translation available).

in Lebanon and to the expansion of the terrorist group's private communications network. Khoshnevis [Shateri] also operates as President Ahmadinejad's personal representative in Lebanon."

556.    Shateri arrived in Lebanon after the Lebanon War of 2006 in order to: (1) rehabilitate Hezbollah's operational infrastructure damaged during the conflict; (2) to replace Hezbollah's lost arsenal; and (3) to rebuild its missile sites close to the demarcation line with Israel. Shateri served as a Special Representative of the IRGC, sitting on Hezbollah's Central Command where he helped shape Hezbollah's policies with advice from Secretary-General Hassan Nasrallah.

557.    Prior to working in Lebanon, Shateri operated in Afghanistan, where his mission was to renovate regions that were damaged during fighting with Coalition Forces in Afghanistan.[109]

558.    Between his services in Afghanistan and Lebanon, Shateri was operating in Iraq.[110]

559.    Though his detailed activities in Iraq were concealed, the Supreme Leader's Representative to the Qods Force, Ali Shirazi, mentioned Shateri's time there, saying he was dispatched to Iraq as part of his extensive service for the Islamic Revolution.[111]

560.    In or around February 2013, after Shateri's assassination, Hezbollah published details that showed that KAA functioned as a cover for Qods Force insurgent activities.

---

[109] *Where and How Volunteers for Fighting ISIS are Trained*, Masregh News, Tehran (June 23, 2014), https://www.mashreghnews.ir/news/ (Farsi web address and translation available).

[110] Dexter Filkins, *The Shadow Commander,* THE NEW YORKER (Sept. 30, 2013), http://www.newyorker.com/magazine/2013/09/30/the-shadow-commander.

[111] Will Fulton, *The Assassination of Iran Quds Force General Hassan Shateri in Syria* (Feb. 28, 2013), https://www.criticalthreats.org/analysis/the-assassination-of-iranian-quds-force-general-hassan-shateri-in-syria#_edn77efea9b2d5a1d9d20e5cb794c934c9632.

561.    As of July 2007, both Defendant Bank Melli and Bank Mellat were headed by UNSCR 1737 designee and former IRGC Commander Rahim Safavi.

562.    Defendant Bank Melli and Bank Mellat also provided material support to KAA and its subsidiaries by handling their letters of credit. These letters of credit are primarily used to finance KAA's purchase of equipment and services from overseas suppliers.

563.    KAA subsidiaries serviced by Defendant Bank Melli and Bank Mellat include the designated entities Ghorb Nooh, Sepasad, Sahel Consultant Engineers and Gharargah Sazandegi Ghaem.

564.    KAA and HRHS' activities in Iraq, from 2003 until the present, provided the perfect vehicle through which Iran smuggled and disguised raw materials, currency, weapons, and munitions used by the Terrorist Groups to effectuate Iran's campaign of terror in Iraq.

## VI.    THE PLAINTIFFS & THE TERRORIST ATTACKS

565.    At issue in this case are terrorist attacks perpetrated by AQ, AAI,  the Special Groups, other terrorist organizations, including the FTOs, SDGTs, SDTs, SDNs and other terrorists with known links to Iran which killed or injured Plaintiffs (the "Terrorist Attacks").

566.    During the Relevant Period, the injuries and deaths caused by Defendants to Plaintiffs were the result of acts of international terrorism committed, planned, or authorized by organizations designated as foreign terrorist organizations pursuant to Section 219 of the Immigration and Nationality Act (8 U.S.C. § 1189), as of the date on which such acts of international terrorism were committed, planned, and/or authorized. Iran funded, aided and abetted such foreign terrorist organizations by, at least, knowingly providing funding and other substantial and material support to the Terrorist Groups who committed such acts of international terrorism.

567.    Further, none of the Terrorist Attacks occurred in the course of (1) a declared war;

(2) an armed conflict, whether or not war had been declared between two or more nations; or (3) an armed conflict between military forces of any origin.

568.    All Plaintiffs physically injured or killed in Iraq were, at the time of their injury or extrajudicial killing, participating in a peacekeeping mission intended to contribute to the security of the United Nations Assistance Mission for Iraq, the Governing Council of Iraq and other institutions of the Iraqi interim administration, and key humanitarian and economic infrastructure.

569.    Without Iran's conduct, support, control and authority described herein, the Terrorist Groups, including the FTOs, SDGTs, SDTs, and/or SDNs responsible for the Terrorist Attacks would not have had the funding or material support necessary to carry out these Terrorist Attacks.

570.    Plaintiffs are individuals who were injured or killed in the Terrorist Attacks that occurred in Iraq, and who, as a result, experienced physical and mental pain and suffering and emotional distress. Some Plaintiffs are decedents, whose anticipated personal representatives and Estates,[112] bring claims for the named-individuals who were killed in those attacks, as well as all heirs thereof. Other Plaintiffs are family members of the victims of the Terrorist Attacks and have experienced injuries including anxiety, severe mental anguish, extreme emotional distress, and loss of companionship as a result of their relatives' injuries or death.

571.    Iran goes to great lengths to hide the fact that it funds terrorism, including funding the Special Groups and terrorists that perpetrated the terrorist attacks that resulted in the death or injury of Plaintiffs.

---

[112] In some instances, families are in the process of establishing estates and the identified family members, as the Anticipated Personal Representatives, bring these actions, individually, and on behalf of the anticipated estates of  their deceased family members and all heirs thereof.

572.    Additionally, even utilizing the utmost diligence, it can take months, or even years, before the terrorist group who perpetrated an act of international terrorism, or the type of weapon/explosive used by a terrorist group in a terrorist attack, can be identified.

573.    Here, Plaintiffs did not know and did not have reason to know of their potential claims against Defendants until recently, and have worked diligently to adequately investigate and pursue their claims.

574.    As it concerns Plaintiffs' claims, and as outlined above, Iran has fraudulently concealed its involvement with any of the Terrorist Groups and terrorists responsible for perpetrating the Terrorist Attacks. Iran has further denied the fact it provided material support and resources to the Terrorist Groups responsible for perpetrating the Terrorist Attacks. As such, the doctrine of equitable tolling applies to this Action and all Plaintiffs.

575.    On June 13, 2016, a Class Action Complaint was filed in the District of Columbia captioned *Alan Burks, et al. v. Islamic Republic of Iran*, *et al.,* Case. No. 1:16-cv-01102, "bring[ing] this class action pursuant to 28 U.S.C. § 1605A of the Foreign Sovereign Immunities Act ("FSIA") for wrongful death, personal injury, and related torts on behalf of a class consisting of all United States nationals, members of the United States armed forces, or employees of the United States Government acting within the scope of their employment, injured or killed by an EFP, and no other form of improvised explosive device, after June 1, 2005, their estates, and immediate family members[.]" Should Defendants appear in this case and raise affirmative defenses, the doctrine of *American Pipe* tolling should apply to the claims of possible class members.

576.    Pursuant to the Servicemembers Civil Relief Act (SCRA). "[t]he period of a servicemember's military service may not be included in computing any period limited by law,

regulation, or order for the bringing of any action or proceeding in a court, or in any board, bureau, commission, department, or other agency of a State (or political subdivision of a State) or the United States by or against the servicemember or the servicemember's heirs, executors, administrators, or assigns." 50 U.S.C.A. § 3936.

577.    The following Plaintiffs are United States' nationals, members of the U.S. armed forces, or government contractors injured or killed in the acts of international terrorism complained of herein, and estates and/or family members of such U.S. nationals, members of the U.S. armed forces, or contractors:

### 1.    THE JUNE 6, 2011 ATTACK – JSS LOYALTY[113]

### A.    PLAINTIFFS THE CHRISTOPHER BROOK FISHBECK FAMILY

578.    Plaintiff Christopher Brook Fishbeck was a citizen of the United States and was domiciled in the State of California at the time of his death.

579.    On June 6, 2011, Christopher Brook Fishbeck, age 24, was serving in the U.S. military in Iraq.

580.    Mr. Fishbeck was at FOB Loyalty in Baghdad when the base came under an Improvised Rocket-Assisted Munitions (IRAM) attack. Six soldiers were killed and twenty-two were wounded.

581.    Christopher Brook Fishbeck was killed in the attack.

582.    The weapons used to attack and injure Mr. Fishbeck were Iranian-supplied IRAMs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

---

[113] This Terrorist Attack is the same attack in which Mr. Robert P. Hartwick was killed. Mr. Hartwick's family has filed suit against Defendants in a related matter entitled *The Estate of Robert P. Hartwick, et al., v. The Islamic Republic of Iran, et. al*, Case No. 1:18-cv-01612 (CKK), filed on July 7, 2018.

583.    Plaintiff, Toni Kay Attanasio, is a citizen of the United States and domiciled in the State of California. She is the mother of Christopher Brook Fishbeck.

584.    Plaintiff, Toni Kay Attanasio, brings an action individually, and on behalf of the Estate of Christopher Brook Fishbeck, and all heirs thereof, as his legal representative.

585.    Plaintiff, Gary Douglas Fishbeck, is a citizen of the United States and domiciled in the State of California. He is the father of Christopher Brook Fishbeck.

586.    Plaintiff, Randi Jean Martz, is a citizen of the United States and domiciled in the State of California. She is the sister of Christopher Brook Fishbeck.

587.    Plaintiff, Rene Gutel, is a citizen of the United States and domiciled in the State of Virginia. She is the sister of Christopher Brook Fishbeck.

588.    Plaintiff, Ana M. Gomez, is a citizen of the United States and domiciled in the State of California. She is the step-mother of Christopher Brook Fishbeck.

589.    As a result of the June 6, 2011 Terrorist Attack, and the injuries suffered by and the death of Christopher Brook Fishbeck, Plaintiffs Toni Kay Attanasio, Gary Douglas Fishbeck, Randi Jean Martz, Rene Gutel, and Ana M. Gomez, have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Christopher Brook Fishbeck's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Christopher Brook Fishbeck.

## B.    PLAINTIFFS THE DAVID CHRISTOFER BOYLE FAMILY

590.    Plaintiff David Christofer Boyle is a citizen of the United States and domiciled in the State of Mississippi.

591.    On June 6, 2011, David Christofer Boyle, age 22, was serving in the U.S. military in Iraq.

592.    Mr. Boyle was stationed at JSS Loyalty in Sadr City when IRAMs hit his sleeping quarters.

593.    The weapons used to attack and injure Mr. Boyle were Iranian manufactured/supplied IRAMs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

594.    As a result of the attack, David Christofer Boyle suffered significant injuries to include a TBI, hearing loss, migraines, tinnitus and PTSD.

595.    David Christofer Boyle received extensive medical treatment, psychological therapy and medications.

596.    As a result of the June 6, 2011 Terrorist Attack, and the injuries he suffered, David Christofer Boyle has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

597.    Plaintiff Kathey Comeletta Kidd is a citizen of the United States and domiciled in the State of Tennessee. She is the mother of David Christofer Boyle.

598.    Plaintiff Jayme Boyle is a citizen of the United States and domiciled in the State of Tennessee. He is the uncle of David Christofer Boyle.

599.    Plaintiff Carol Boyle is a citizen of the United States and domiciled in the State of Tennessee. She is the grandmother of David Christofer Boyle.

600.    Plaintiff John Boyle is a citizen of the United States and domiciled in the State of Tennessee. He is the grandfather of David Christofer Boyle.

601.    As a result of the June 6, 2011 Terrorist Attack, and the injuries suffered by David Christofer Boyle, Plaintiffs Kathey Comeletta Kidd, Jayme Boyle, Carol Boyle, and John Boyle

have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### C.   PLAINTIFFS THE TYMON LARMA COLEMAN FAMILY

602.   Plaintiff Tymon Larma Coleman is a citizen of the United States and is domiciled in the State of Missouri.

603.   On June 6, 2011, Tymon Larma Coleman, age 21, was serving in the U.S. military in Iraq.

604.   On that day, Tymon Larma Coleman was resting in his unit when his building was hit with IRAMs. The impact knocked Mr. Coleman from his bunk and caused the room to collapse, pinning Mr. Coleman under his bed and locker. After Mr. Coleman was able to free himself, he witnessed extreme and traumatic injuries and horrific deaths of fellow soldiers while he was assisting them after the attack. This Terrorist Attack resulted in Mr. Coleman sustaining severe psychological trauma, which contributed to the development of and exacerbated his PTSD.

605.   The weapons used to attack and injure Mr. Coleman were Iranian-manufactured/supplied IRAMs, provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

606.   Mr. Coleman has been treated at St. Louis VA Healthcare System and Mercy Clinic East Communities, where he has received ongoing treatment.

607.   As a result of the June 6, 2011 Terrorist Attack, and the injuries he suffered, Tymon Larma Coleman has past and future noneconomic damages, including mental and emotional pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

608.    Plaintiff Astra Carlisa Coleman is a citizen of the United States and is domiciled in the State of Missouri. She is the wife of Tymon Larma Coleman.

609.    Plaintiff T.L.C., a minor child, represented by his legal guardians Tymon Larma Coleman and Astra Carlisa Colman, is a citizen of the United States and is domiciled in the State of Missouri. He is the son of Tymon Larma Coleman and Astra Carlisa Coleman.

610.    As a result of the June 1, 2011 Terrorist Attack and the injuries suffered by Tymon Larma Coleman, plaintiffs Astra Carlisa Coleman and T.L.C., a minor, have incurred past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and economic damages, both past and future, including loss of services.

### D.    PLAINTIFFS THE CHRISTIAN PHILLIPS RODRIGUEZ FAMILY

611.    Plaintiff Christian Phillips Rodriguez is a citizen of the United States and domiciled in the State of New York.

612.    On June 6, 2011, Christian Phillips Rodriguez, age 24, was serving in the U.S. military in Iraq.

613.    Mr. Rodriguez was on base at JSS Loyalty when he heard sirens and took shelter in a bunker. An IRAM exploded near his bunker, after which he helped remove severely wounded soldiers from a collapsed building while the base was being attacked.

614.    The weapons used to attack and injure Mr. Rodriguez were an Iranian manufactured/supplied IRAMs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

615.    As a result of the attack, Christian Phillips Rodriguez suffers from PTSD, depression and anxiety.

616.    Christian Phillips Rodriguez received extensive medical treatment at the Irwin Army Medical Center, the Reynolds Army Community Hospital, and New York Harbor Healthcare, and is currently being treated at the Northport VA Medical Center.

617.    As a result of the June 6, 2011 Terrorist Attack, and the injuries he suffered, Christian Phillips Rodriguez has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

618.    Plaintiff C.D.R., a minor child, represented by his legal guardian Christian Phillips Rodriguez is a citizen of the United States and domiciled in the State of New York. He is the son of Christian Phillips Rodriguez.

619.    As a result of the June 6, 2011 Terrorist Attack, and the injuries suffered by Christian Phillips Rodriguez, Plaintiff C.D.R., a minor child, has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### E.    PLAINTIFF HILTON JEROME GERMANY, JR.

620.    Plaintiff Hilton Jerome Germany, Jr. is a citizen of the United States and is domiciled in the State of Alabama.

621.    On June 6, 2011, Hilton Jerome Germany, Jr., age 26, was serving in the U.S. military in Iraq.

622.    Mr. Germany was on the JSS Loyalty when the station came under IRAM attack.

623.    The weapons used to attack and injure Mr. Germany were Iranian manufactured/supplied IRAMs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

624.     As a result of the attack, Hilton Jerome Germany, Jr. suffered a concussion, TBI, memory loss, depression, mood disorder, and PTSD.

625.     Mr. Germany received, and continues to receive, extensive medical treatment at Irwin Army Community Hospital, Stormont Vail Hospital, Huntsville VA Clinic, Birmingham VA Medical Center, and Lexington VA Medical Center—Leestown Division for his injuries.

626.     As a result of the June 6, 2011 Terrorist Attack, and the injuries he suffered, Hilton Jerome Germany, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### F.     PLAINTIFF WALTER LEMAN THOMAS

627.     Plaintiff Walter Leman Thomas is a citizen of the United States and domiciled in the State of Florida.

628.     On June 6, 2011, Walter Leman Thomas, age 22, was serving in the U.S. Military in Iraq.

629.     Mr. Thomas was on the base at JSS Loyalty when it was attacked by IRAMs.

630.     The weapon used to attack and injure Mr. Thomas was an Iranian manufactured/supplied IRAM Rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

631.     As a result of the attack, Walter Leman Thomas suffered PTSD, anxiety, depression.

632.     Mr. Thomas received, and continues to receive, medical treatment at August, Georgia VA Hospital, Orlando VA Hospital, and Central Behavior Hospital in Orlando, Florida for his PTSD, anxiety, and depression.

633.     As a result of the June 6, 2011 Terrorist Attack, and the injuries he suffered,

Walter Leman Thomas has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

> **2.** **THE NOVEMBER 2, 2011 ATTACK – DIWANIYAH**
>
> **A.** **PLAINTIFFS THE MARCUS JAMIL SULLEN FAMILY**

634.    Plaintiff Marcus Jamil Sullen is a citizen of the United States and domiciled in the State of Texas.

635.    On November 2, 2011, Marcus Jamil Sullen, age 26, was serving in the U.S. military in Iraq.

636.    Mr. Sullen was on patrol with his unit in Diwaniyah, Iraq when his vehicle was struck by an anti-tank hand grenade.

637.    The weapon used to attack and injure Mr. Sullen was an Iranian manufactured/supplied anti-tank hand grenade provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

638.    As a result of the attack, Marcus Jamil Sullen suffered a TBI, memory loss, depression, sleep apnea, anxiety, and PTSD.

639.    Marcus Jamil Sullen received extensive medical treatment at a medical clinic in COS Echo in southern Iraq and at Austin VA Outpatient Clinic in Austin, Texas.

640.    As a result of the November 2, 2011 Terrorist Attack, and the injuries he suffered, Marcus Jamil Sullen has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

641.    Plaintiff Eunice Henderson Sullen is a citizen of the United States and domiciled in the State of Florida. She is the mother of Marcus Jamil Sullen.

642.    Plaintiff Frederick Daniel Young, Jr. is a citizen of the United States and domiciled in the State of Florida. He is the brother of Marcus Jamil Sullen.

643.    Plaintiff Arik Bryne Sullen is a citizen of the United States and domiciled in the State of Florida. He is the brother of Marcus Jamil Sullen.

644.    As a result of the November 2, 2011 Terrorist Attack, and the injuries suffered by Marcus Jamil Sullen, Plaintiffs Eunice Henderson Sullen, Frederick Daniel Young, Jr., and Arik Bryne Sullen have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 3.    THE JULY 8, 2011 ATTACK – BAGHDAD

### A.    PLAINTIFFS THE TYLER NICHOLAS OGDEN FAMILY

645.    Plaintiff Tyler Nicholas Ogden is a citizen of the United States and domiciled in  the State of Ohio.

646.    On July 8, 2011, Tyler Nicholas Ogden, age 29, was serving in the U.S. military in Iraq.

647.    Mr. Ogden was on the Victory Base Complex when an incoming rocket landed and exploded thirty feet away from him injuring his leg.

648.    The weapon used to attack and injure Mr. Ogden was an Iranian manufactured/supplied rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

649.    As a result of the attack, Tyler Nicholas Ogden suffered shrapnel damage to his right leg, knee and ankle causing muscle damage, as well as hearing loss, and PTSD.

650.    Tyler Nicholas Ogden received extensive medical treatment at Sather Air Base, Wright-Patterson Base, Kettering Hospital, and the VA Hospital in Dayton, Ohio.

651.     As a result of the July 8, 2011 Terrorist Attack, and the injuries he suffered, Tyler Nicholas Ogden has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

652.     Plaintiff Sheryl Ann Chen is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Tyler Nicholas Ogden.

653.     Plaintiff Jerrin Matthew Ogden is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Tyler Nicholas Ogden.

654.     As a result of the July 8, 2011 Terrorist Attack, and the injuries suffered by Tyler Nicholas Ogden, Plaintiffs Sheryl Ann Chen, and Jerrin Matthew Ogden have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 4.     THE JULY 3, 2011 ATTACK – AL AMARRA

### A.     PLAINTIFFS THE MATTHEW TERRANCE WHITESIDE FAMILY

655.     Plaintiff Matthew Terrance Whiteside is a citizen of the United States and is domiciled in the State of South Carolina.

656.     On the evening of July 3, 2011, Matthew Terrance Whiteside, age 25, was serving in the U.S. Military.

657.     On July 3, 2011, Mr. Whiteside was the gunner in a Caiman vehicle travelling from Camp Gary Owen to Camp Addar when his convoy was attacked with an EFP.

658.     The weapons used to attack and injure Mr. Whiteside were an Iranian-manufactured EFP provided by Iran and/or one of its Agents and Proxies to Iranian-funded and

Iranian-trained terror operatives in Iraq.

659.    As a result of the July 3, 2011 Terrorist Attack, Mr. Whiteside has suffered from ongoing psychological trauma and injuries, which contributed to and exacerbated his Post Traumatic Stress Disorder ("PTSD"), anxiety, depression, anger and nightmares/night terrors.

660.    Mr. Whiteside has received treatment from the Durham VA Healthcare System, Memphis VA Medical Center, Ralph H. Johnson VA Medical Hospital, Evans Army Community Hospital, and the Kenner Army Health Clinic.

661.    As a result of the July 3, 2011 Terrorist Attack and the injuries he suffered, Matthew Terrance Whiteside has past and future noneconomic damages, including severe mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

662.    Plaintiff Kandi Danielle Whiteside is a citizen of the United States and domiciled in the State of South Carolina. She is the wife of Matthew Terrance Whiteside.

663.    Plaintiff M. T. W., a minor child, represented by her legal guardians Matthew Terrance Whiteside and Kandi Danielle Whiteside, is a citizen of the United States and domiciled in the State of South Carolina. She is the daughter of Matthew Terrance Whiteside and Kandi Danielle Whiteside.

664.    Plaintiff Sharon Smithey Whiteside is a citizen of the United States and domiciled in the State of Mississippi. She is the mother of Matthew Terrance Whiteside.

665.    Plaintiff Kevin Casey Whiteside is a citizen of the United States and domiciled in the State of Mississippi. He is the brother of Matthew Terrance Whiteside.

666.    Plaintiff Jackson Wiley Whiteside is a citizen of the United States and domiciled in the State of Mississippi. He is the brother of Matthew Terrance Whiteside.

667.    Plaintiff Mark Kevin Whiteside is a citizen of the United States and domiciled in the State of Mississippi. He is the father of Matthew Terrance Whiteside.

668.    Plaintiff Christopher Dewayne Whiteside is a citizen of the United States and domiciled in the State of Mississippi. He is the brother of Matthew Terrance Whiteside.

669.    As a result of the July 3, 2011, Terrorist Attack, and the injuries suffered by Matthew Terrance Whiteside, Plaintiffs Kandi Danielle Whiteside, M.T.W., a minor child, Sharon Smithey Whiteside, Kevin Casey Whiteside, Jackson Wiley Whiteside, Mark Kevin Whiteside, and Christopher Dewayne Whiteside have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 5.    THE JUNE 29, 2011 ATTACK – ZURBATIYAH

### A.    PLAINTIFF JOSEPH ANDREW TALBERT

670.    Plaintiff Joseph Andrew Talbert is a citizen of the United States and domiciled in  the State of Ohio.

671.    On June 29, 2011, Joseph Andrew Talbert, age 23, was serving in the U.S. military in Iraq.

672.    Mr. Talbert was at his base, COP Shocker, when the base was attacked with mortars and rockets.

673.    The weapon used to attack and injure Mr. Talbert was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

674.    As a result of the attack, Joseph Andrew Talbert suffered injuries that include, but are not limited to, a TBI, memory loss, a right shoulder injury, PTSD, anxiety and

depression.

675.    Joseph Andrew Talbert received extensive medical treatment, including past and ongoing care for these injuries, at Chillicothe VA Medical Center, Conroe VA Outpatient Clinic and other Veterans Medical Centers and health care providers.

676.    As a result of the June 29, 2011 Terrorist Attack, and the injuries he suffered, Joseph Andrew Talbert has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 6.    THE JUNE 18, 2011 ATTACK – AL DAWINIYAH

### A.    PLAINTIFF THE MARK ANTONY HALL FAMILY

677.    Plaintiff Mark Antony Hall is a citizen of the United States and domiciled in the State of Montana.

678.    On June 18, 2011, Mark Antony Hall, age 41, was serving in the U.S. military in Iraq.

679.    Mr. Hall was with his unit delivering supplies to COS Echo in Al Dawiniyah when they came under attack by rockets.

680.    The weapon used to attack and injure Mr. Hall was an Iranian manufactured/supplied rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

681.    As a result of the attack, Mr. Hall suffered from a concussion, TBI, neck pain, hearing loss, PTSD, anger issues, and severe depression.

682.    Mr. Hall received extensive and continues to receive extensive neuropsychological treatment for his injuries.

683.    As a result of the June 18, 2011 Terrorist Attack, and the injuries he suffered,

Mark Antony Hall has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

684.    Plaintiff Athena L. Hall is a citizen of the United States and domiciled in the State of Montana. She is the wife of Mark Antony Hall.

685.    Plaintiff Abigail Hall is a citizen of the United States and domiciled in the State of Montana. She is the daughter of Mark Antony Hall.

686.    Plaintiff Kiersten Hall is a citizen of the United States and domiciled in the State of Montana. She is the daughter of Mark Antony Hall.

687.    Plaintiff Kaitlyn Adams is a citizen of the United States and domiciled in the State of Utah. She is the daughter of Mark Antony Hall.

688.    Plaintiff, A.M.H., a minor child, is a citizen of the United States and domiciled in the State of Montana. He is the minor child of Mark Antony Hall.

689.    Plaintiff, M.G.H., a minor child, is a citizen of the United States and domiciled in the State of Montana. She is the minor child of Mark Antony Hall.

690.    Plaintiff, M.J.H., a minor child, is a citizen of the United States and domiciled in the State of Montana. She is the minor child of Mark Antony Hall.

691.    As a result of the June 18, 2011, Terrorist Attack, and the injuries suffered by Mark Antony Hall, Plaintiffs Kaitlyn Adams, Abigail Hall, A.M.H. a minor child, Athena L. Hall, Kiersten Hall, M.G.H. a minor child, and M.J.H. a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

7.      **THE JUNE 15, 2011 ATTACK – JSS SIFER**

        A.      **PLAINTIFFS THE JARRAD JEROME DAVENPORT FAMILY**

692.    Plaintiff Jarrad Jerome Davenport is a citizen of the United States and domiciled in the State of Virginia.

693.    On June 15, 2011, Jarrad Jerome Davenport, age 39, was serving in the U.S. military in Iraq.

694.    Mr. Davenport was at JSS Sifer when IRAM Rockets struck the base.

695.    The weapon used to attack and injure Mr. Davenport was an Iranian manufactured/supplied IRAM Rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

696.    As a result of the attack, Jarrad Jerome Davenport suffered injuries to his right shoulder, wrist, severe injuries to his spine and PTSD.

697.    Jarrad Jerome Davenport received extensive medical treatment. Mr. Davenport was medevac'd from the scene and treated at Camp Gary Owen for immediate injuries. He was then treated at the Walter Reed Medical Center in Bethesda, Maryland; the VA Medical Center in Washington, DC; and Kimbrough Medical Center in Fort Meade, Maryland.

698.    As a result of the June 15, 2011 Terrorist Attack, and the injuries he suffered, Jarrad Jerome Davenport has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

699.    Plaintiff LaToya Shantia Davenport is a citizen of the United States and domiciled in the State of Virginia. She is the wife of Jarrad Jerome Davenport.

700.    Plaintiff Jarrad Elijah Davenport is a citizen of the United States and

domiciled in the State of Virginia. He is the son of Jarrad Jerome Davenport.

701.    Plaintiff Darrius X. Davenport is a citizen of the United States and domiciled in the State of Virginia. He is the son of Jarrad Jerome Davenport.

702.    Plaintiff X.C.D., a minor, represented by his legal guardians Jarrad Jerome Davenport and LaToya Shantia Davenport, is a citizen of the United States and domiciled in the State of Virginia. He is the son of Jarrad Jerome Davenport and LaToya Shantia Davenport.

703.    As a result of the June 15, 2011 Terrorist Attack, and the injuries suffered by Jarrad Jerome Davenport, Plaintiffs LaToya Shantia Davenport, Jarrad Elijah Davenport, Darrius X. Davenport, and X.C.D., a minor, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 8.    THE MAY 13, 2011 ATTACK – NASIRIYAH

### A.    PLAINTIFFS THE MATTHEW TERRANCE WHITESIDE FAMILY

704.    Plaintiff Matthew Terrance Whiteside is a citizen of the United States and is domiciled in the State of South Carolina.

705.    On the evening of May 13, 2011, Matthew Terrance Whiteside, age 25, was serving in the U.S. Military.

706.    On May 13, 2011, Mr. Whiteside was outside of Adder Air Force Base when the base was attacked with rockets.

707.    The weapons used to attack and injure Mr. Whiteside were Iranian-manufactured rockets provided by Iran and/or one of its Agents and Proxies to Iranian-funded and Iranian-trained terror operatives in Iraq.

708.    As a result of the May 13, 2011 Terrorist Attack, Mr. Whiteside sustained psychological trauma and injuries, which contributed to and exacerbated his PTSD, anxiety, depression, anger and nightmares/night terrors.

709.    Mr. Whiteside has received treatment from the Durham VA Healthcare System, Memphis VA Medical Center, Ralph H. Johnson VA Medical Hospital, Evans Army Community Hospital, and the Kenner Army Health Clinic.

710.    As a result of the May 13, 2011 Terrorist Attack and the injuries he suffered, Matthew Terrance Whiteside has past and future noneconomic damages, including severe mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

711.    Plaintiff Kandi Danielle Whiteside is a citizen of the United States and domiciled in the State of South Carolina. She is the wife of Matthew Terrance Whiteside.

712.    Plaintiff M. T. W., a minor child, represented by her legal guardians Matthew Terrance Whiteside and Kandi Danielle Whiteside, is a citizen of the United States and domiciled in the State of South Carolina. She is the daughter of Mr. Matthew Terrance Whiteside and Kandi Danielle Whiteside.

713.    Plaintiff Sharon Smithey Whiteside is a citizen of the United States and domiciled in the State of Mississippi. She is the mother of Matthew Terrance Whiteside.

714.    Plaintiff Kevin Casey Whiteside is a citizen of the United States and domiciled in the State of Mississippi. He is the brother of Matthew Terrance Whiteside.

715.    Plaintiff Jackson Wiley Whiteside is a citizen of the United States and domiciled in the State of Mississippi. He is the brother of Matthew Terrance Whiteside.

716.    Plaintiff Mark Kevin Whiteside is a citizen of the United States and domiciled

in the State of Mississippi. He is the father of Matthew Terrance Whiteside.

717.    Plaintiff Christopher Dewayne Whiteside is a citizen of the United States and domiciled in the State of Mississippi. He is the brother of Matthew Terrance Whiteside.

718.    As a result of the May 13, 2011, Terrorist Attack, and the injuries suffered by Matthew Terrance Whiteside, Plaintiffs Kandi Danielle Whiteside, M.T.W., a minor child, Sharon Smithey Whiteside, Kevin Casey Whiteside, Jackson Wiley Whiteside, Mark Kevin Whiteside, and Christopher Dewayne Whiteside have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 9.    THE MAY 4, 2011 ATTACK - CAMP TAJI

### A.    PLAINTIFF OBED JIMENEZ

719.    Plaintiff Obed Jimenez is a citizen of the United States and domiciled in  the State of California.

720.    On May 4, 2011, Obed Jimenez, age 36, was serving in the U.S. military  in Iraq.

721.    Mr. Jimenez was on duty at Camp Taji when the base was struck by incoming mortar rounds.

722.    The weapons used to attack and injure Mr. Jimenez were Iranian manufactured/supplied mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

723.    As a result of the attack, Obed Jimenez suffered a knee injury, and PTSD.

724.    Obed Jimenez received extensive medical treatment. Mr. Jimenez has been treated at Fort Lewis in Washington.

725.     As a result of the May 4, 2011 Terrorist Attack, and the injuries he suffered, Obed Jimenez has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 10.     THE APRIL 29, 2011 ATTACK - BAGHDAD

### A.     PLAINTIFFS THE TREY NORMAN BAILEY FAMILY

726.     Plaintiff, Trey Norman Bailey, is a citizen of the United States and domiciled in the State of Oregon.

727.     On April 29, 2011, Trey Norman Bailey, age 23 was serving in the U.S. military in Iraq.

728.     Mr. Bailey was the gunner in an MRAP vehicle in a convoy on Route Tampa in Baghdad when his vehicle was struck by an IED.

729.     The weapon used to attack and injure Mr. Bailey was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

730.     As a result of the attack, Trey Norman Bailey sustained injuries to his cervical and thoracic spine, TBI, concussion, headaches, and PTSD.

731.     Trey Norman Bailey was initially treated at FOB Joint Base Balad for his injuries, and later underwent medical and psychological treatment at the Madigan Army Hospital in Tacoma, Washington; and the VA Outpatient Clinic in Bend, Oregon.

732.     As a result of the April 29, 2011 Terrorist Attack, and the injuries he suffered, Trey Norman Bailey has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

733.    Plaintiff, McKenzie Bailey, is a citizen of the United States and domiciled in the State of Oregon. She is the wife of Trey Norman Bailey.

734.    As a result of the April 29, 2011 Terrorist Attack, and the injuries suffered by Trey Norman Bailey, Plaintiff McKenzie Bailey has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 11.    THE APRIL 15, 2011 ATTACK – SADR CITY

### A.    PLAINTIFF MICHAEL JUNG HYUN PASCO

735.    Plaintiff Michael Jung Hyun Pasco is a citizen of the United States and domiciled in the State of Kentucky.

736.    On April 15, 2011, Michael Jung Hyun Pasco, age 28, was serving in the U.S. military in Iraq.

737.    Mr. Pasco was the driver of an MRAP on patrol near Sadr City when his vehicle was struck by an EFP.

738.    The weapon used to attack and injure Mr. Pasco was an Iranian manufactured/supplied EFP provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

739.    As a result of the attack, Michael Jung Hyun Pasco suffered shrapnel wounds along his right side, from his shoulder down to his leg, a broken right hand, TBI and PTSD.

740.    Michael Jung Hyun Pasco received extensive medical treatment to repair his hand and remove shrapnel, and continues to receive treatment to manage his PTSD.

741.    As a result of the April 15, 2011 Terrorist Attack, and the injuries he suffered, Michael Jung Hyun Pasco has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future

economic damages, including medical expenses, lost income, and loss of earning capacity.

## 12.    THE APRIL 2, 2011 ATTACK – ISKANDARIYA

### A.    PLAINTIFFS THE CHRISTIAN ANTHONY SARACHO GARCIA FAMILY

742.    Plaintiff Christian Anthony Saracho Garcia was a citizen of the United States and domiciled in the State of Texas at the time of his death.

743.    On April 2, 2011, Christian Anthony Saracho Garcia, age 30, was serving in the U.S. military in Iraq.

744.    Mr. Garcia was at the living quarters of FOB Kalsu in Iskandariya when he was attacked by mortars.

745.    Christian Anthony Saracho Garcia was killed in the attack.

746.    The weapon used to attack and kill Mr. Garcia was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

747.    Plaintiff, Angela M. Garcia, is a citizen of the United States and domiciled in the State of Texas. She is the widow of Christian Anthony Saracho Garcia.

748.    Plaintiff, Angela M. Garcia brings an action individually, and on behalf of the Estate of Christian Anthony Saracho Garcia, and all heirs thereof, as its legal representative.

749.    Plaintiff, Christopher Satterfield, is a citizen of the United States and domiciled in the State of Texas. He is the step-son of Christian Anthony Saracho Garcia.

750.    Plaintiff, Joel Hernandez, is a citizen of the United States and domiciled in the State of Texas. He is the step-son of Christian Anthony Saracho Garcia.

751.    Plaintiff, Victoria Hernandez, is a citizen of the United States and domiciled in the State of Texas. She is the step-daughter of Christian Anthony Saracho Garcia.

752.   Plaintiff, K.M.G. a minor, represented by her legal guardian Angela M. Garcia, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Christian Anthony Saracho Garcia.

753.   Plaintiff, K.R.G. a minor, represented by her legal guardian Angela M. Garcia, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Christian Anthony Saracho Garcia.

754.   As a result of the April 2, 2011 Terrorist Attack, and the injuries suffered by and the death of Christian Anthony Saracho Garcia,   Plaintiffs Angela M. Garcia, Christopher Satterfield, Joel Hernandez, Victoria Hernandez, K.R.G. a minor, represented by her legal guardian Angela M. Garcia and K.M.G. a minor, represented by her legal guardian Angela M. Garcia have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Christian Anthony Saracho Garcia's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Christian Anthony Saracho Garcia.

### 13.   THE APRIL 2, 2011 ATTACK - ISKANDARIYAH

#### A.   PLAINTIFF DARRYL OWEN DOTSON JR.

755.   Plaintiff Darryl Owen Dotson Jr. is a citizen of the United States and domiciled in the State of Texas.

756.   On April 2, 2011, Darryl Owen Dotson Jr., age 31, was serving in the U.S. military in Iraq.

757.   Mr. Dotson was sleeping at FOB Kalsu when an incoming mortar hit his base. The base then took on small arms fire.

758.   The weapon used to attack and injure Mr. Dotson was an Iranian

manufactured/supplied mortars and Small Arms Fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

759.    As a result of the attack, Darryl Owen Dotson Jr. suffered from PTSD.

760.    Darryl Owen Dotson Jr. received extensive medical treatment. Mr. Dotson is still active duty, and therefore is receiving treatment at his current assignment.

761.    As a result of the April 2, 2011 Terrorist Attack, and the injuries he suffered, Darryl Owen Dotson Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 14.    THE JANUARY 17, 2011 ATTACK – BAGHDAD

### A.    PLAINTIFF OLNEY EUGENE JOHNSON

762.    Plaintiff Olney Eugene Johnson is a citizen of the United States and domiciled in  the State of Pennsylvania.

763.    On January 17, 2011, Olney Eugene Johnson, age 46, was serving in the U.S. military in Iraq.

764.    Mr. Johnson was performing route clearance in Baghdad when his vehicle was struck by an EFP.

765.    The weapon used to attack and injure Mr. Johnson was an Iranian manufactured/supplied EFP provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

766.    As a result of the attack, Mr. Johnson suffered injuries to his upper back, loss of hearing in his left ear, tinnitus, nerve damage in his right arm, PTSD and TBI.

767.    Mr. Johnson received extensive medical treatment at Camp Liberty, Baghdad, Iraq; Fort Dix WTU, Fort Dix, New Jersey; Lourdes Medical Associates, Haddon Heights,

New Jersey; Ahcc Gyn Clinic, McGuire Air Force Base, New Jersey; and Lankenau Medical Center, Wynnewood, Pennsylvania.

768.    As a result of the January 17, 2011 Terrorist Attack, and the injuries he suffered, Olney Eugene Johnson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 15.    THE SEPTEMBER 1, 2010 ATTACK – AMARA, CAMP GARY OWEN

### A.    PLAINTIFFS THE MATTHEW TERRANCE WHITESIDE FAMILY

769.    Plaintiff Matthew Terrance Whiteside is a citizen of the United States and is domiciled in the State of South Carolina.

770.    On September 1, 2010, Matthew Terrance Whiteside, age 25, was serving in the U.S. military.

771.    As Mr. Whiteside rested inside his bunker at Camp Gary Owen/Sparrow Hawk in Amara, Iraq, the base was attacked by multiple rockets, which exploded around his position.

772.    The weapons used to attack and injure Mr. Whiteside were Iranian-manufactured/supplied rockets provided by Iran and/or one of its Agents and Proxies to Iranian-funded and Iranian-trained terror operatives in Iraq.

773.    As a result of the September 1, 2010 Terrorist Attack, Mr. Whiteside suffered injuries including a right shoulder dislocation, a TBI, and the attack contributed to and exacerbated his ongoing psychological trauma and injuries, including PTSD, anxiety, depression, anger and nightmares/night terrors.

774.    Mr. Whiteside has received treatment from the Durham VA Healthcare System,

Memphis VA Medical Center, Ralph H. Johnson VA Medical Hospital, Evans Army Community Hospital, and the Kenner Army Health Clinic.

775.    As a result of the September 1, 2010 Terrorist Attack and the injuries he suffered, Matthew Terrance Whiteside has past and future noneconomic damages, including severe mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

776.    Plaintiff Kandi Danielle Whiteside is a citizen of the United States and domiciled in the State of South Carolina. She is the wife of Matthew Terrance Whiteside.

777.    Plaintiff M. T. W., a minor child, represented by her legal guardians Matthew Terrance Whiteside and Kandi Danielle Whiteside, is a citizen of the United States and domiciled in the State of South Carolina. She is the daughter of Matthew Terrance Whiteside and Kandi Danielle Whiteside.

778.    Plaintiff Sharon Smithey Whiteside is a citizen of the United States and domiciled in the State of Mississippi. She is the mother of Matthew Terrance Whiteside.

779.    Plaintiff Kevin Casey Whiteside is a citizen of the United States and domiciled in the State of Mississippi. He is the brother of Matthew Terrance Whiteside.

780.    Plaintiff Jackson Wiley Whiteside is a citizen of the United States and domiciled in the State of Mississippi. He is the brother of Matthew Terrance Whiteside.

781.    Plaintiff Mark Kevin Whiteside is a citizen of the United States and domiciled in the State of Mississippi. He is the father of Matthew Terrance Whiteside.

782.    Plaintiff Christopher Dewayne Whiteside is a citizen of the United States and domiciled in the State of Mississippi. He is the brother of Matthew Terrance Whiteside.

783.    As a result of the September 1, 2010, Terrorist Attack, and the injuries suffered

by Matthew Terrance Whiteside, Plaintiffs Kandi Danielle Whiteside, M.T.W., a minor child, Sharon Smithey Whiteside, Kevin Casey Whiteside, Jackson Wiley Whiteside, Mark Kevin Whiteside, and Christopher Dewayne Whiteside have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 16.    THE JULY 14, 2010 ATTACK - KADHIMIYAH

### A.    PLAINTIFF JEREMY GEORGE CASHWELL

784.    Plaintiff Jeremy George Cashwell is a citizen of the United States and domiciled in the State of Texas.

785.    On July 14, 2010, Jeremy George Cashwell, age 29, was serving in the U.S. military in Iraq.

786.    Mr. Cashwell was on patrol with his unit when his MRAP was hit by an EFP.

787.    The weapon used to attack and injure Mr. Cashwell was an Iranian manufactured/supplied EFP provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

788.    As a result of the attack, Jeremy George Cashwell suffered Post Traumatic Stress Disorder.

789.    Jeremy George Cashwell received extensive medical treatment. Mr. Cashwell has been treated at the Joint Base Lewis McChord, and at the Veterans Administration Medical Center in Temple, Texas.

790.    As a result of the July 14, 2010 Terrorist Attack, and the injuries he suffered, Jeremy George Cashwell has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future

economic damages, including medical expenses, lost income, and loss of earning capacity.

### 17.   THE JUNE 9, 2010 ATTACK – TAJI

#### A.   PLAINTIFFS THE DESHAWN DAVID TURNER FAMILY

791.   Plaintiff DeShawn David Turner is a citizen of the United States and domiciled in the State of Ohio.

792.   On June 9, 2010, DeShawn David Turner, age 19, was serving in the U.S. military in Iraq.

793.   Mr. Turner was on patrol with his unit on Route Tampa in Taji when his vehicle was struck by an IED.

794.   The weapon used to attack and injure Mr. Turner was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

795.   As a result of the attack, DeShawn David Turner suffered injuries that include, but are not limited to, a TBI, tinnitus, chronic back pain, a pinched nerve in the lower back and PTSD.

796.   DeShawn David Turner received extensive medical treatment, including past and ongoing care for these injuries, at the scene of the attack, various Veterans Medical Centers and health care providers.

797.   As a result of the June 9, 2010 Terrorist Attack, and the injuries he suffered, DeShawn David Turner has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

798.   Plaintiff Anita A. Turner is a citizen of the United States and domiciled in the State of Ohio. She is the mother of DeShawn David Turner.

799.    As a result of the June 9, 2010 Terrorist Attack, and the injuries suffered by DeShawn David Turner, Plaintiff Anita A. Turner has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 18.    THE APRIL 20, 2010 ATTACK – KIRKUK

### A.    PLAINTIFFS THE JEFFREY LEE PICKARD FAMILY

800.    Plaintiff Jeffrey Lee Pickard is a citizen of the United States and domiciled in the State of California.

801.    On April 20, 2010, Jeffrey Lee Pickard, age 38, was serving in the U.S. military in Iraq.

802.    Mr. Pickard was on patrol with his unit in Kirkuk when his convoy came under gun fire. Mr. Pickard was hit by sniper fire in the attack.

803.    The weapon used to attack and injure Mr. Pickard was an Iranian manufactured/supplied arms weapon provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

804.    As a result of the attack, Jeffrey Lee Pickard suffered injuries that include, but are not limited to, a gunshot wound to the left shoulder severing nerves and tendons in the brachial plexus bundle, a TBI, and PTSD.

805.    Jeffrey Lee Pickard received extensive medical treatment, including past and ongoing care for these injuries, at Bagram Air Base, Bethesda Naval Hospital and other Veteran Administration hospitals and health care providers.

806.    As a result of the April 20, 2010 Terrorist Attack, and the injuries he suffered, Jeffrey Lee Pickard has past and future noneconomic damages, including severe physical

and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

807.    Plaintiff Natasha Pickard is a citizen of the United States and domiciled in the State of California. She is the wife of Jeffrey Lee Pickard.

808.    Plaintiff Tyler Pickard is a citizen of the United States and domiciled in the State of New Mexico. He is the son of Jeffrey Lee Pickard.

809.    Plaintiff E.P., a minor child, represented by his legal guardians Jeffrey Lee Pickard and Natasha Pickard, is a citizen of the United States and domiciled in the State of California. He is the son of Jeffrey Lee Pickard and Natasha Pickard.

810.    Plaintiff D.P., a minor child, represented by his legal guardians Jeffrey Lee Pickard and Natasha Pickard, is a citizen of the United States and domiciled in the State of California. He is the son of Jeffrey Lee Pickard and Natasha Pickard.

811.    Plaintiff P.P., a minor child, represented by his legal guardians Jeffrey Lee Pickard and Natasha Pickard, is a citizen of the United States and domiciled in the State of California. He is the son of Jeffrey Lee Pickard and Natasha Pickard.

812.    As a result of the April 20, 2010 Terrorist Attack, and the injuries suffered by Jeffrey Lee Pickard, Plaintiffs Natasha Pickard, Tyler Pickard, E.P., D.P., and P.P., have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 19.    THE APRIL 3, 2010 ATTACK - TAJI

### A.    PLAINTIFFS THE JEFFREY MARVIN NICOLAS FAMILY

813.    Plaintiff Jeffrey Marvin Nicolas is a citizen of the United States and domiciled in  the State of Florida.

814.    On April 3, 2010, Jeffrey Marvin Nicolas, age 24, was serving in the U.S. military in Iraq.

815.    Mr. Nicolas was with his unit was doing convoy security on Route Tampa in Taji when they were hit by and IED.

816.    The weapon used to attack and injure Mr. Nicolas was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

817.    As a result of the attack, Jeffrey Marvin Nicolas suffered significant injuries such as a TBI, a broken nose, low back pain, headaches, PTSD, anxiety, flashbacks, and nightmares.

818.    Jeffrey Marvin Nicolas received extensive medical treatment including long hospital stays for his TBI, psychological therapy for PTSD and medications.

819.    As a result of the April 3, 2010 Terrorist Attack, and the injuries he suffered, Jeffrey Marvin Nicolas has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

820.    Plaintiff Alissa Nicolas is a citizen of the United States and domiciled in the State of Florida. She is the sister of Jeffrey Marvin Nicolas.

821.    Plaintiff Francois Nicolas is a citizen of the United States and domiciled in the State of Florida. He is the father of Jeffrey Marvin Nicolas.

822.    As a result of the April 3, 2010 Terrorist Attack, and the injuries suffered by Jeffrey Marvin Nicolas,  Plaintiffs Alissa Nicolas and Francois Nicolas have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and

suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 20.   THE FEBRUARY 4, 2010 ATTACK - MOSUL

### A.   PLAINTIFF JASON KILLENS THOMPSON

823.   Plaintiff Jason Killens Thompson is a citizen of the United States and domiciled in the State of North Carolina.

824.   On February 4, 2010, Jason Killens Thompson, age 33, was serving in the U.S. military in Iraq.

825.   Mr. Thompson was with his unit on a mission in Mosul, where they took on small arms fire and were attacked by grenades.

826.   The weapon used to attack and injure Mr. Thompson were Iranian manufactured/supplied grenade and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

827.   As a result of the attack, Jason Killens Thompson suffered significant injuries including TBI, low back injury and severe PTSD.

828.   Jason Killens Thompson received extensive medical treatment to include MRI's CAT scan's, mental health therapy, and medications.

829.   As a result of the February 4, 2010 Terrorist Attack, and the injuries he suffered, Jason Killens Thompson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

21.    **THE JANUARY 22, 2010 ATTACK – BASRA**

A.    **PLAINTIFFS THE ROBIN ANTHONY HONEYCUTT FAMILY**

830.    Plaintiff Robin Anthony Honeycutt is a citizen of the United States and domiciled in the State of New York.

831.    On January 22, 2010, Robin Anthony Honeycutt, age 21, was serving in the U.S. military in Iraq.

832.    Mr. Honeycutt was on foot, heading to the command tent at Basra Operations Command Base, when an enemy truck infiltrated the base. Mr. Honeycutt witnessed rockets explode nearby, causing shrapnel to fly everywhere. A piece of shrapnel struck Mr. Honeycutt in his upper right leg.

833.    The weapon used to attack and injure Mr. Honeycutt was an Iranian manufactured/supplied rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

834.    As a result of the attack, Robin Anthony Honeycutt suffered a wound to his right leg, PTSD, anxiety, and depression.

835.    Robin Anthony Honeycutt received extensive medical treatment at Buffalo VA Medical Center in Buffalo, New York and Batavia VA Medical Center in Batavia, New York.

836.    As a result of the January 22, 2010 Terrorist Attack, and the injuries he suffered, Robin Anthony Honeycutt has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

837.    Plaintiff Janice Kwilos-Edmonds is a citizen of the United States and

domiciled in the State of New York. She is the mother of Robin Anthony Honeycutt.

838.    As a result of the January 22, 2010 Terrorist Attack, and the injuries suffered by Robin Anthony Honeycutt, Plaintiff Janice Kwilos-Edmonds has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 22.    THE DECEMBER 24, 2009 ATTACK – FOB GARRY OWEN, AL AMARAH

### A.    PLAINTIFFS THE RICHARD WILSON SCARLETT FAMILY

839.    Richard Wilson Scarlett is a citizen of the United States and domiciled in the State of Arizona.

840.    On December 24, 2009, Richard Wilson Scarlett, age 40, was serving in the U.S. military in Iraq.

841.    Mr. Scarlett was performing his duties at FOB Garry Owen in al Amarah, Iraq when IRAM rockets and mortars were launched into his base.

842.    The weapon used to attack and injure Mr. Scarlett was an Iranian manufactured/supplied IRAM Rocket and mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

843.    Plaintiff R.H.S., a minor represented by his legal guardian, Richard Wilson Scarlett, is a citizen of the United States and domiciled in the State of Arizona. He is the minor child of Richard Wilson Scarlett.

844.    As a result of the December 24, 2009 Terrorist Attack, and the injuries suffered by Richard Wilson Scarlett, Plaintiff R.H.S., a minor, has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss

of consortium, and past and future economic damages, including loss of services.

### 23.    THE NOVEMBER 24, 2009 ATTACK – MOSUL

#### A.    PLAINTIFF MATTHEW DEAN ANDERSON

845.    Plaintiff Matthew Dean Anderson is a citizen of the United States and domiciled in the State of Tennessee.

846.    On November 24, 2009, Matthew Dean Anderson, age 23, was serving in the U.S. military in Iraq.

847.    Mr. Anderson was in a convoy on a route clearing mission when an IED exploded causing the gunners hatch of the RG-33 he was in to slam down and injure his head.

848.    The weapon used to attack and injure Mr. Anderson was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

849.    As a result of the attack, Matthew Dean Anderson suffered an injury to his head and neck, a TBI, as well as tinnitus and PTSD.

850.    Matthew Dean Anderson received extensive medical treatment at Ft. Campbell Behavioral Health, Cumberland Hall Psychiatric Hospital, and the Tennessee Valley Healthcare System.

851.    As a result of the November 24, 2009 Terrorist Attack, and the injuries he suffered, Matthew Dean Anderson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 24.    THE OCTOBER 12, 2009 ATTACK – JALAWLA

#### A.    PLAINTIFF MATTHEW JOSEPH POLOGRUTO

852.    Plaintiff Matthew Joseph Pologruto is a citizen of the United States and domiciled in the State of Ohio.

853.    On October 12, 2009, Matthew Joseph Pologruto, age 23, was serving in the U.S. military in Iraq.

854.    Mr. Pologruto was on foot at COP Cobra when incoming mortars struck near him.

855.    The weapons used to attack and injure Mr. Pologruto were Iranian manufactured/supplied rocket mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

856.    As a result of the attack, Matthew Joseph Pologruto suffers from PTSD and depression.

857.    Matthew Joseph Pologruto received medical treatment at Landstuhl Medical Center in Germany, and the VA in Columbus Ohio.

858.    As a result of the October 12, 2009 Terrorist Attack, and the injuries he suffered, Matthew Joseph Pologruto has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 25.    THE AUGUST 15, 2009 ATTACK – DISTRICT OF BAJI

#### A.    PLAINTIFFS THE LUKE PETER HARVEY FAMILY

859.    Plaintiff Luke Peter Harvey is a citizen of the United States and domiciled in the State of North Carolina.

860.   On August 15, 2009, Luke Peter Harvey, age 23, was serving in the U.S. military in Iraq.

861.   Mr. Harvey was on patrol with his unit, returning to FOB Summerall in the District of Baji, when his vehicle was struck by a daisy chained IED.

862.   The weapon used to attack and injure Mr. Harvey was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

863.   As a result of the attack, Luke Peter Harvey suffered injuries that include, but are not limited to, multiple shrapnel wounds, several broken teeth, a neck and lower back injury, hearing loss, a TBI, and PTSD.

864.   Luke Peter Harvey received extensive medical treatment including past and ongoing care for these injuries, at his military base hospital, several Veterans Medical Centers and VA health care providers.

865.   As a result of the August 15, 2009 Terrorist Attack, and the injuries he suffered, Luke Peter Harvey has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

866.   Plaintiff Susan A. Harvey is domiciled in the State of Massachusetts. She is the mother of Luke Peter Harvey.

867.   Plaintiff John K. Harvey is a citizen of the United States and domiciled in the State of Massachusetts. He is the father of Luke Peter Harvey.

868.   Plaintiff L.K.K., a minor, represented by his legal guardian Luke Peter Harvey, is a citizen of the United States and domiciled in the State of North Carolina. He is

the son of Luke Peter Harvey.

869.    As a result of the August 15, 2009 Terrorist Attack, and the injuries suffered by Luke Peter Harvey, Plaintiffs Susan A. Harvey, John K. Harvey and L.K.K. have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 26.    THE AUGUST 2, 2009 ATTACK - BAGHDAD

### A.    PLAINTIFFS THE KENNETH LEE SMITH FAMILY

870.     Kenneth Lee Smith is a citizen of the United States and domiciled in the State of Arkansas.

871.    On August 2, 2009, Kenneth Lee Smith, age 23, was serving in the U.S. military in Iraq.

872.    Mr. Smith was traveling in a convoy of about 40 military vehicles about 35 miles outside of Baghdad when the Caiman Plus MRAP he was traveling in was struck by an IED or an EFP.

873.    The weapon used to attack and injure Mr. Smith was an Iranian manufactured/supplied IED or EFP provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

874.    Plaintiff J.A.S., a minor represented by his legal guardian, Kenneth Lee Smith, is a citizen of the United States and domiciled in the State of Arkansas. He is the minor child of Kenneth Lee Smith.

875.    As a result of the August 2, 2009 Terrorist Attack, and the injuries suffered by Kenneth Lee Smith, Plaintiff's child, J.A.S., has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of

consortium, and past and future economic damages, including loss of services.

**27.     THE JULY 12, 2009 ATTACK – SHARQAT**

**A.     PLAINTIFFS THE DAVID A. CONWAY, II FAMILY**

876.    David A. Conway, II is a citizen of the United States and domiciled in the State of Kansas.

877.    On July 12, 2009 David A. Conway, II, age 22, was serving in the U.S. military in Iraq.

878.    Mr. Conway was on patrol with his unit in Sharqat, Iraq in when he was struck by an IED.

879.    The weapon used to attack and injure Mr. Conway was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

880.    Plaintiff, Christopher Conway, is a citizen of the United States and is domiciled in the state of Kansas. He is the brother of David A. Conway, II.

881.    Plaintiff, Dallas Conway, is a citizen of the United States and is domiciled in the state of Kansas. He is the brother of David A. Conway, II.

882.    Plaintiff, David A. Conway, is a citizen of the United States and is domiciled in the state of Kansas. He is the father of David A. Conway, II.

883.    Plaintiff, Kristie Conway, is a citizen of the United States and is domiciled in the state of Kansas. She is the mother of David A. Conway, II.

884.    As a result of the July 12, 2009 Terrorist Attack, and the injuries suffered by David A. Conway, II, Plaintiffs, Christopher Conway, Dallas Conway, David A. Conway, and Kristie Conway, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium and past

and future economic damages, including loss of services.

### 28.    THE JULY 1, 2009 ATTACK – TARMIYAH

### A.    PLAINTIFF DANIEL JARED WILKERSON

885.    Plaintiff Daniel Jared Wilkerson is a citizen of the United States and domiciled in the State of Arkansas.

886.    On or about July 1, 2009, Daniel Jared Wilkerson, age 23, was serving in the U.S. military in Iraq.

887.    Mr. Wilkerson was travelling in an M-RAP vehicle in a mounted patrol of three military vehicles in Tarmiyah, Iraq, when the vehicle directly behind him struck an IED which detonated.

888.    The weapon used to attack and injure Mr. Wilkerson was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

889.    As a result of the July 1, 2009 Terrorist Attack, Daniel Jared Wilkerson sustained injuries including TBI, hearing loss, severe migraines, two broken ribs, and numbness in his arms and legs.

890.    Mr. Wilkerson has received treatment through the Overton Brooks VA Medical Center, the Central Arkansas Veterans Healthcare System, and the John L. McClellan Veterans Memorial Hospital and continues treatment at the Eugene J. Towbin Healthcare Center.

891.    As a result of the July 1, 2009 Terrorist Attack, and the injuries he suffered, Daniel Jared Wilkerson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 29.    THE MAY 25, 2009 ATTACK – BALAD

#### A.    PLAINTIFFS THE JOSE LUIS TREVINO FAMILY

892.    Plaintiff Jose Luis Trevino is a citizen of the United States and domiciled in the State of Ohio.

893.    On May 25, 2009, Jose Luis Trevino, age 40, was serving in the U.S. military in Iraq.

894.    Mr. Trevino was at Balad Air Base entering his bunk in the transient tent area when the base was attacked. Two rockets hit the area close to him, the second one knocking him to the ground.

895.    The weapon used to attack and injure Mr. Trevino was an Iranian manufactured/supplied rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

896.    As a result of the attack, Jose Luis Trevino suffered a TBI, concussion, and PTSD.

897.    Jose Luis Trevino received extensive medical treatment at Balad Hospital, Iraq and the VA in Dayton, Ohio where he continues to receive treatment.

898.    As a result of the May 25, 2009 Terrorist Attack, and the injuries he suffered, Jose Luis Trevino has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

899.    Plaintiff Bivian Kay Trevino is a citizen of the United States and domiciled in the state of Ohio. She is the wife of Jose Luis Trevino.

900.    As a result of the May 25, 2009 Terrorist Attack, and the injuries suffered by Jose Luis Trevino, Plaintiff Bivian Kay Trevino has past and future noneconomic damages, including

severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 30.   THE MAY 1, 2009 ATTACK – TARMIYAH

#### A.   PLAINTIFF DANIEL JARED WILKERSON

901.    Plaintiff Daniel Jared Wilkerson is a citizen of the United States and domiciled in the State of Arkansas.

902.    In May 1, 2009, Daniel Jared Wilkerson, age 23, was serving in the U.S. military in Iraq.

903.    On or about May 1, 2009, Mr. Wilkerson was travelling in an M-RAP military vehicle in a group of three military vehicles in Tarmiyah, Iraq, when his vehicle was struck by an Anti-Tank Bomb, injuring him.

904.    The weapon used to attack and injure Mr. Wilkerson was an Iranian manufactured/supplied Anti-Tank Bomb provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

905.    As a result of the May 1, 2009 Terrorist Attack, Daniel Jared Wilkerson sustained significant injuries including a concussive blast injury, memory loss, hearing loss, and PTSD.

906.    Mr. Wilkerson has received treatment through the Overton Brooks VA Medical Center, the Central Arkansas Veterans Healthcare System, and the John L. McClellan Veterans Memorial Hospital and continues treatment at the Eugene J. Towbin Healthcare Center.

907.    As a result of the May 1, 2009 Terrorist Attack, and the injuries he suffered, Daniel Jared Wilkerson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 31.    THE APRIL 23, 2009 ATTACK – QAYYARAH

### A.    PLAINTIFFS THE MICHAEL ANDREW HURD, SR. FAMILY

908.    Plaintiff Michael Andrew Hurd, Sr. is a citizen of the United States and domiciled in the State of California.

909.    On April 23, 2009, Michael Andrew Hurd, Sr., age 26, was serving in the U.S. military in Iraq.

910.    At the time of the attack, Mr. Hurd was a passenger in a Mine-Resistant Ambush Protected (MRAP) vehicle in a convoy of five military vehicles near Qayyarah, Iraq. As the vehicles passed through Nineveh Providence an Explosively Formed Penetrator (EFP) struck the MRAP.

911.    The weapon used to attack and injure Mr. Hurd was an Iranian manufactured/supplied EFP provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

912.    As a result of the attack, Michael Andrew Hurd, Sr. suffered a shoulder injury as well as TBI, tinnitus, hearing loss, weekly migraine headaches, memory loss, PTSD, and anxiety.

913.    Mr. Hurd received extensive medical treatment, including treatment at the Combat Outpost Iraq immediately following the attack, as well as two shoulder surgeries and other treatment at Carl R. Darnall Army Medical Center and Sacramento VA Medical Center. He will require further treatment and care.

914.    As a result of the April 23, 2009 Terrorist Attack, and the injuries he suffered, Michael Andrew Hurd, Sr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

915.    Plaintiff Mamta Hurd is a citizen of the United States and domiciled in the State of California. She is the wife of Michael Andrew Hurd, Sr.

916.    Plaintiff Gerald Andrew Hurd is a citizen of the United States and domiciled in the State of California. He is the father of Michael Andrew Hurd, Sr.

917.    Plaintiff Karen Ann Clover is a citizen of the United States and domiciled in the State of California. She is the mother of Michael Andrew Hurd, Sr.

918.    Plaintiff C.A.H., a minor, represented by her legal guardians Michael Andrew Hurd, Sr. and Mamta Hurd, is a citizen of the United States and domiciled in the State of California. She is the daughter of Michael Andrew Hurd, Sr. and Mamta Hurd.

919.    Plaintiff M.A.H., a minor child, represented by his legal guardians Michael Andrew Hurd, Sr. and Mrs. Mamta Hurd, is a citizen of the United States and domiciled in the State of California. He is the son of Michael Andrew Hurd, Sr. and Mamta Hurd.

920.    As a result of the April 23, 2009 Terrorist Attack, and the injuries suffered by Michael Andrew Hurd, Sr., Plaintiffs Mamta Hurd, Gerald Andrew Hurd, Karen Ann Clover, C.A.H., a minor child, and M.A.H., a minor child have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

**32.    THE APRIL 22, 2009 ATTACK - TIKRIT**

      **A.    PLAINTIFF MATTHEW CARNELL BEATTY**

921.    Plaintiff Matthew Carnell Beatty is a citizen of the United States and domiciled in the State of Texas.

922.    On April 22, 2009, Matthew Carnell Beatty, age 38, was serving in the U.S. military in Iraq.

923.   Mr. Beatty was a passenger in a MRAP vehicle, escorting eighteen wheelers over a bridge on MSR Tampa when an EFP exploded damaging his MRAP and catching the vehicle on fire.

924.   The weapon used to attack and injure Mr. Beatty was an Iranian manufactured/supplied EFP provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

925.   As a result of the attack, Matthew Carnell Beatty suffered a concussion, TBI, smoke inhalation, and PTSD.

926.   Matthew Carnell Beatty was medevac'd to FOB Anaconda aid station for treatment of his injuries where he remained for ten days. He later received medical treatment at William Beaumont Army Medical Center, Ft. Bliss, Texas; El Paso VA Health Care Center, El Paso, Texas; and Troop Medical Clinic, Ft. Bliss, Texas.

927.   As a result of the April 22, 2009 Terrorist Attack, and the injuries he suffered, Matthew Carnell Beatty has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

**33.    THE APRIL 15, 2009 ATTACK – BALAD**

  **A.    PLAINTIFFS THE MESHALL WINNEGAN FAMILY**

928.   Meshall Winnegan is a citizen of the United States and domiciled in the State of Mississippi.

929.   On April 15, 2009, Meshall Winnegan, age 43, was serving in the U.S. military in Iraq.

930.   Ms. Winnegan was in a convoy of four vehicles returning to Balad Air Base, and while traveling on Main Supply Route Tampa in Balad, Iraq an IED detonated on their

vehicle.

931.     The weapon used to attack and injure Ms. Winnegan was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

932.     Plaintiff, Ronald Q. Rice, is a citizen of the United States and is domiciled in the state of Mississippi. He is the brother of Meshall Winnegan.

933.     Plaintiff, Tyrone Adams, is a citizen of the United States and is domiciled in the state of Texas. He is the brother of Meshall Winnegan

934.     As a result of the April 15, 2009 Terrorist Attack, and the injuries suffered by Meshall Winnegan, Plaintiffs, Ronald Q. Rice and Tyrone Adams, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium and past and future economic damages, including loss of services.

### 34.     THE APRIL 12, 2009 ATTACK – MOSUL

### A.     PLAINTIFFS THE CORY LEE THOMAS FAMILY

935.     Plaintiff Cory Lee Thomas is a citizen of the United States and domiciled in the State of Tennessee.

936.     On April 12, 2009, Cory Lee Thomas, age 26, was serving in the U.S. military in Iraq.

937.     Mr. Thomas was travelling with his unit in a convoy when he was shot in the head by a sniper after they slowed down to approach an Iraqi checkpoint.

938.     The weapon used to attack and injure Mr. Thomas was an Iranian manufactured/supplied gun provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

939.    As a result of the attack, Cory Lee Thomas suffered a gunshot wound causing shrapnel injuries and loss of vision in his left eye.

940.    Cory Lee Thomas received extensive medical treatment at the aid station at FOB Marez and further treatment at Robinson Health Clinic Optometry and VA Tennessee Valley Healthcare.

941.    As a result of the April 12, 2009 Terrorist Attack, and the injuries he suffered, Cory Lee Thomas has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

942.    Plaintiff A.L.T., a minor child represented by his legal guardian Cory Lee Thomas, is a citizen of the United States and domiciled in the State of Tennessee. He is the son of Cory Lee Thomas.

943.    Plaintiff N.A.T., a minor child represented by his legal guardian Cory Lee Thomas, is a citizen of the United States and domiciled in the State of Tennessee. He is the son of Cory Lee Thomas.

944.    As a result of the April 12, 2009 Terrorist Attack, and the injuries suffered by Cory Lee Thomas, Plaintiffs A.L.T, and N.A.T., have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 35.    THE APRIL 1, 2009 ATTACK - BAGHDAD

#### A.    PLAINTIFF MARK LEE FLETCHER

945.    Plaintiff Mark Lee Fletcher is a citizen of the United States and domiciled in the State of Washington.

946.     On April 1, 2009, Mark Lee Fletcher, age 48, was serving in the U.S. military in Iraq.

947.     Mr. Fletcher was in a vehicle that was part of a convoy in Baghdad when struck by an EFP.

948.     The weapon used to attack and injure Mr. Fletcher was an Iranian manufactured/supplied EFP provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

949.     As a result of the attack, Mr. Fletcher suffered significant injuries including shrapnel tears to both legs, burn injuries, nerve damage to both his legs, concussion, tinnitus, PTSD, depression and anxiety.

950.     Mr. Fletcher received extensive medical treatment including multiple surgeries and hospitalization immediately following the attack.

951.     As a result of the April 1, 2009 Terrorist Attack, and the injuries he suffered, Mark Lee Fletcher has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

**36.     THE FEBRUARY 15, 2009 ATTACK – AS SALAM**

      **A.     PLAINTIFFS THE SHAWN MICHAEL DURNEN FAMILY**

952.     Plaintiff Shawn Michael Durnen is a citizen of the United States and domiciled in the State of Washington.

953.     On February 15, 2009, Shawn Michael Durnen, age 18, was serving in the U.S. military in Iraq.

954.     Mr. Durnen was serving as a General Construction Specialist in a convoy of 4 vehicles. While travelling to the Iraq-Iranian Border for an engineering project his convoy

was struck by 3 EFPs killing one person in the vehicle ahead of his, and injuring Mr. Durnen.

955.   The weapons used to attack and injure Mr. Durnen were Iranian manufactured/supplied EFPs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

956.   As a result of the attack, Shawn Michael Durnen suffered ringing in the ears, pain in his legs and back, right shoulder pain, extreme headache, and PTSD.

957.   Shawn Michael Durnen received extensive medical treatment to include therapy for back and knee pain, and counseling for PTSD.

958.   As a result of the February 15, 2009 Terrorist Attack, and the injuries he suffered, Shawn Michael Durnen has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

959.   Plaintiff Don Durnen is a citizen of the United States and domiciled in the State of Michigan. He is the father of Shawn Michael Durnen.

960.   Plaintiff Margaret Durnen is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Shawn Michael Durnen.

961.   As a result of the February 15, 2009 Terrorist Attack, and the injuries suffered by Shawn Michael Durnen, Plaintiffs Don Durnen and Margaret Durnen have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 37.     THE FEBRUARY 14, 2009 ATTACK – HUSAYBAH

#### A.     PLAINTIFFS THE JUSTIN PERRY SEDELMAIER FAMILY

962.    Plaintiff Justin Perry Sedelmaier is a citizen of the United States and domiciled in the State of Michigan.

963.    On February 14, 2009, Justin Perry Sedelmaier, age 19, was serving in the U.S. military in Iraq.

964.    Mr. Sedelmaier was leaving his post at the entry control point of Camp Gannon in Husaybah when an out bound vehicle hit an IED just outside the gate.

965.    The weapon used to attack and injure Mr. Sedelmaier was an Iranian manufactured/supplied triple stacked IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

966.    As a result of the attack, Justin Perry Sedelmaier suffered significant injuries such as a concussion, back pain, anxiety and PTSD.

967.    Justin Perry Sedelmaier received extensive medical treatment for his injures and court ordered psychological treatment for his PTSD.

968.    As a result of the February 14, 2009 Terrorist Attack, and the injuries he suffered, Justin Perry Sedelmaier has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

969.    Plaintiff Amber Nicole Sedelmaier is a citizen of the United States and domiciled in the State of Michigan. She is the wife of Justin Perry Sedelmaier.

970.    As a result of the February 14, 2009 Terrorist Attack, and the injuries suffered by Justin Perry Sedelmaier, Plaintiff Amber Nicole Sedelmaier has past and future

noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

**38.  THE FEBRUARY 9, 2009 ATTACK –MOSUL**

      **A.  PLAINTIFFS THE JOSHUA ALLEN WARD FAMILY**

971.  Plaintiff Joshua Allen Ward was a citizen of the United States and domiciled in the State of Texas at the time of his death.

972.  On February 9, 2009, Joshua Allen Ward, age 31, was serving in the U.S. military in Iraq.

973.  Mr. Ward was on security duty for Colonel Derby traveling in Mosul when a VBIED exploded.

974.  Joshua Allen Ward was killed in the attack.

975.  The weapon used to attack and injure Mr. Ward was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

976.  Plaintiff Patricia Irene Ward is a citizen of the United States and domiciled in the State of Texas. She is the mother of Joshua Allen Ward.

977.  Plaintiff Patricia Irene Ward brings an action individually, and on behalf of the Estate of Joshua Allen Ward, and all heirs thereof, as its legal representative.

978.  As a result of the February 9, 2009 Terrorist Attack, and the injuries suffered by and the death of Joshua Allen Ward, Plaintiff Patricia Irene Ward, has severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Joshua Allen Ward's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Joshua Allen Ward.

### 39.    THE OCTOBER 15, 2008 ATTACK – BAGHDAD

#### A.    PLAINTIFFS THE MARK ALLEN WHETZEL FAMILY

979.    Mark Allen Whetzel is a citizen of the United States and is domiciled in the State of West Virginia.

980.    On or about October 15, 2008, Mark Allen Whetzel, age 31, was serving in the U.S. military in Iraq.

981.    Mr. Whetzel was performing his duties as a military police officer guarding the civilian gate of FOB Mahmudiya when an incoming 105 mortar shell exploded inside FOB Mahmudiya, injuring Mr. Whetzel.

982.    The weapon used to attack and injure Mark Allen Whetzel was an Iranian-manufactured IED provided by Iran and/or one of its Agents or Proxies to Iranian-funded and Iranian-trained terror operatives in Iraq.

983.    As a result of the October 15, 2008 Terrorist Attack, Mr. Whetzel sustained significant injuries due to the concussive blast of the explosion, including a dislocated shoulder, pain in both ankles, traumatic brain injury, headaches and memory loss, as well as PTSD, nightmares, anxiety and depression.

984.    Mark Allen Whetzel was treated at the military hospital on FOB Mahmudiya, Womack Medical Hospital, and Madigan Army Hospital for his injuries.

985.    Plaintiff Dianna Elizabeth Whetzel is a citizen of the United States and is domiciled in the State of West Virginia. She is the daughter of Mark Allen Whetzel.

986.    As a result of the October 15, 2008 Terrorist Attack, and the injuries suffered by Mark Allen Whetzel, Plaintiff Dianna Elizabeth Whetzel has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

40.     **THE SEPTEMBER 6, 2008 ATTACK - BAQUBAH**

      A.     **PLAINTIFFS THE JAMES RYAN MCPHERSON FAMILY**

987.     James Ryan McPherson is a citizen of the United States and domiciled in the State of Georgia.

988.     On September 6, 2008, James Ryan McPherson, age 36, was serving in the U.S. military in Iraq.

989.     Mr. McPherson was on patrol with his unit in Baqubah when his vehicle was struck by an IED.

990.     The weapon used to attack and injure Mr. McPherson was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

991.     Plaintiff, Janice B. Rose, is a citizen of the United States and is domiciled in the state of Georgia. She is the mother of James Ryan McPherson.

992.     As a result of the September 6, 2008 Terrorist Attack, and the injuries suffered by James Ryan McPherson, Plaintiff, Janice B. Rose, has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium and past and future economic damages, including loss of services.

41.     **THE AUGUST 14, 2008 ATTACK – DIYALA PROVINCE**

      A.  **PLAINTIFFS THE CLINTON DEWARD DURHAM FAMILY**

993.     Clinton Deward Durham is a citizen of the United States and domiciled in the State of Texas.

994.     On August 14, 2008, Clinton Deward Durham, age 30, was serving in the U.S. military in Iraq.

995.    Mr. Durham was with his unit on patrol in the Diyala Province when his MRAP hit an IED.

996.    The weapon used to attack and injure Mr. Durham was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

997.    Plaintiff Carrittee Michelle Smith is a citizen of the United States and domiciled in the State of Texas.  She is the sister of Clinton Deward Durham.

998.    Plaintiff Sabrina Durham is a citizen of the United States and domiciled in the State of Texas. She is the sister of Clinton Deward Durham.

999.    Plaintiff Clinton Durham, Jr. is a citizen of the United States and domiciled in the State of Texas. He is the brother of Clinton Deward Durham.

1000.   As a result of the August 14, 2008 Terrorist Attack, and the injuries suffered by Clinton Deward Durham, Plaintiffs Carrittee Michelle Smith, Sabrina Durham, and Clinton Durham, Jr. have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 42.    THE JULY 23, 2008 ATTACK – IED ALLEY, ROUTE IRISH, BAGHDAD

### A.    PLAINTIFFS THE RODRICK BERNARD ANDERSON FAMILY

1001.   Rodrick Bernard Anderson is a citizen of the United States and domiciled in the State of Texas.

1002.   On July 23, 2008, Rodrick Bernard Anderson, age 44, was serving in the U.S. military in Iraq.

1003.   Mr. Anderson was with his unit on patrol on "IED Alley" or Route Irish in

Baghdad, Iraq when an IED exploded directly in front of his MRAP vehicle.

1004. The weapon used to attack and injure Mr. Anderson was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1005. As a result of the attack, Rodrick Bernard Anderson suffered shrapnel injuries to both of his legs. He has also been diagnosed with PTSD, anxiety and depression.

1006. Plaintiff Rance Brevin Anderson is a citizen of the United States and domiciled in the State of Texas. He is the son of Rodrick Bernard Anderson.

1007. Plaintiff Ryler Brice Anderson is a citizen of the United States and domiciled in the State of Texas. He is the son of Rodrick Bernard Anderson.

1008. Plaintiff Ludie Ellen Shinault is a citizen of the United States and domiciled in the State of Mississippi. She is the mother of Rodrick Bernard Anderson.

1009. As a result of the July 23, 2008 Terrorist Attack, and the injuries suffered by Plaintiffs Rance B. Anderson, Ryler B. Anderson, and Ludie Shinault have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 43.    THE JULY 8, 2008 ATTACK – OUTSIDE ABANDONED SHEIK GARI RAILWAY STATION IN KHANDAHARI NEIBHBORHOOD, JSS LUZON, NEAR AL NASR WAL SALAM, IVO ABU GHRAIB

#### A.    PLAINTIFF ROBERT JOSEPH BARTHEL

1010. Robert Joseph Barthel is a citizen of the United States and domiciled in the State of Michigan.

1011. On July 8, 2008, Robert Joseph Barthel, age 25, was serving in the U.S.

military in Iraq.

1012.  Mr. Barthel was with his unit outside a railway station in the Khandahari Neighborhood at JSS Luzon, near al Nasr Wal Salam, where an IED exploded into his Stryker.

1013.  The weapon used to attack and injure Mr. Barthel was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1014.  Plaintiff D.N.B., a minor child, represented by his legal guardian Robert Joseph Barthel, is a citizen of the United States and domiciled in the State of Texas. He is the minor child of Robert Joseph Barthel.

1015.  Plaintiff T.M.B., a minor child, represented by his legal guardian Robert Joseph Barthel, is a citizen of the United States and domiciled in the State of Texas. He is the minor child of Robert Joseph Barthel.

1016.  Plaintiff A.A.B., a minor child, represented by his legal guardian Robert Joseph Barthel, is a citizen of the United States and domiciled in the State of Texas. He is the minor child of Robert Joseph Barthel.

1017.  As a result of the July 8, 2008 Terrorist Attack, and the injuries suffered by Plaintiffs D.N.B., a minor child, T.M.B., a minor child, and A.A.B., a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

**44.    THE JUNE 15, 2008 ATTACK – MAHMOUDIYAH**

     **A.    PLAINTIFFS THE MARK ALLEN WHETZEL FAMILY**

1018.  Mark Allen Whetzel is a citizen of the United States and is domiciled in the State

of West Virginia.

1019.   On or about June 15, 2008, Mark Allen Whetzel, age 30, was serving in the U.S. military in Iraq.

1020.   Mr. Whetzel was performing his duties as a military police officer guarding the civilian gate of FOB Mahmoudiyah when an incoming 105 mortar shell exploded inside the base, injuring him.

1021.   The weapon used to attack and injure Mr. Whetzel was Iranian-manufactured mortar provided by Iran and/or one of its Agents or Proxies to Iranian-funded and Iranian-trained terror operatives in Iraq.

1022.   As a result of the June 15, 2008 Terrorist Attack, Mark Allen Whetzel sustained significant injuries due to the concussive blast of the mortar, including loss of hearing and constant ringing in both ears as a result of this attack, as well as PTSD, nightmares, anxiety and depression.

1023.   Mr. Whetzel received extensive treatment at the military hospital on FOB Mahmoudiyah for his injuries. Once Mr. Whetzel returned to the United States, he was treated at Womack Medical Hospital and Madigan Army Hospital for his injuries.

1024.   As a result of the June 15, 2008 Terrorist Attack and the injuries he suffered, Mark Allen Whetzel has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1025.   Plaintiff Dianna Elizabeth Whetzel is a citizen of the United States and is domiciled in the State of West Virginia. She is the daughter of Mark Allen Whetzel.

1026.   As a result of the June 15, 2008 Terrorist Attack, and the injuries suffered by

Mark Allen Whetzel, Plaintiff Dianna Elizabeth Whetzel has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 45.   THE JUNE 5, 2008 ATTACK - FALLUJAH

#### A.   PLAINTIFFS THE JACOB D. HOUSEHOLDER FAMILY

1027.   Jacob D. Householder is a citizen of the United States and domiciled in the State of Arkansas.

1028.   On or about June 5, 2008, Jacob D. Householder, age 24, was serving in the U.S. military in Iraq.

1029.   Mr. Householder was on patrol at his post Operating Position Burgess in central Fallujah when he was injured by a VBIED attack.

1030.   The weapon used to attack and injure Mr. Householder was an Iranian manufactured/supplied Vehicle-Borne Improvised Explosive Device ("VBIED") provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1031.   As a result of the attack, Jacob D. Householder suffered injuries that include, but are not limited to, a permanent back injury, a right shoulder injury, left knee injury, PTSD, sleep disorders, noise sensitivity, anxiety, and depression.

1032.   Jacob D. Householder received extensive medical treatment, including past and ongoing care for these injuries, at Camp Lejeune, several Veterans Medical Centers and with private medical providers.

1033.   Plaintiff James C. Householder is a citizen of the United States and domiciled in the State of Tennessee. He is the father of Jacob D. Householder.

1034.   Plaintiff Caelen A. Baxter is a citizen of the United States and domiciled in the State of Arkansas. He is the step-brother of Jacob D. Householder.

1035.   Plaintiff Marcus S. Baxter is a citizen of the United States and domiciled in the State of Arkansas. He is the step-father of Jacob D. Householder.

1036.   As a result of the Terrorist Attack on or about June 5, 2008, and the injuries suffered by Jacob D. Householder, Plaintiffs James C. Householder, Caelen A. Baxter and Marcus S. Baxter have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

**46.   THE MAY 26, 2008 ATTACK – BALD RUZ**

**A.   PLAINTIFFS THE WILLIAM BARNS ALLEN FAMILY**

1037.   Plaintiff William Barns Allen is a citizen of the United States and domiciled in  the State of Texas.

1038.   On May 26, 2008, William Barns Allen, age 39, was serving in the U.S. military in Iraq.

1039.   Mr. Allen was driving an MRAP on patrol along Route 14 south of Bald Ruz when the vehicle was struck by an anti-tank mine.

1040.   The weapon used to attack and injure Mr. Allen was an Iranian supplied anti-tank mine provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1041.   As a result of the attack, William Barns Allen suffered a broken nose, broken leg, TBI and PTSD.

1042.   William Barns Allen received extensive medical treatment at: Balad Air Base, Balad, Iraq; Carl R. Darnall Medical Center, Fort Hood, TX; Brooke Army Medical Center, Fort Sam Houston, TX; Audie L. Murphy VA Medical Center, San Antonio, TX; and Baylor Scott and White Health, College Station, TX.

1043.   As a result of the May 26, 2008 Terrorist Attack, and the injuries he suffered, William Barns Allen has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1044.   Plaintiff, E.G.A., a minor child, represented by her legal guardian Williams Barns Allen, is a citizen of the United States and domiciled in the State of Texas.  She is the daughter of William Barns Allen.

1045.   As a result of the May 26, 2008 Terrorist Attack, and the injuries suffered by William Barns Allen, Plaintiff E.G.A., a minor child, has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 47.   THE APRIL 30, 2008 ATTACK – SADR CITY

### A.   PLAINTIFF KYLE LEE WELCH

1046.   Plaintiff Kyle Lee Welch is a citizen of the United States and domiciled in the State of Colorado.

1047.   On April 30, 2008, Kyle Lee Welch, age 19, was serving in the U.S. military in Iraq.

1048.   Mr. Welch was on patrol with his unit on Route Gold in Sadr City when his vehicle was struck by an EFP.

1049.   The weapon used to attack and injure Mr. Welch was an Iranian manufactured/supplied EFP provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1050.   As a result of the attack, Kyle Lee Welch suffered injuries that include, but are

not limited to, a concussion, tinnitus, migraines, dizziness, weakness in legs, cervical and lumbosacral strain, PTSD, anxiety and depression.

1051.  Kyle Lee Welch received extensive medical treatment, including past and ongoing care for these injuries, at several Veterans Medical Centers and VA health care providers.

1052.  As a result of the April 30, 2008 Terrorist Attack, and the injuries he suffered, Kyle Lee Welch has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 48.  THE APRIL 28, 2008 ATTACK - FALLUJAH

### A.  PLAINTIFFS THE JACOB D. HOUSEHOLDER FAMILY

1053.  Jacob D. Householder is a citizen of the United States and domiciled in the State of Arkansas.

1054.  On April 28, 2008, Jacob D. Householder, age 24, was serving in the U.S. military in Iraq.

1055.  Mr. Householder was on patrol with his unit on Route Fran in Fallujah when his squad was attacked with small arms fire.

1056.  The weapon used to attack and injure Mr. Householder was an Iranian manufactured/supplied small arms weapon provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1057.  As a result of the attack, Jacob D. Householder suffered injuries that include, but are not limited to, PTSD, sleep disorders, noise sensitivity, anxiety, and depression.

1058.  Jacob D. Householder received extensive medical treatment, including past and ongoing care for these injuries, at Camp Lejeune, several Veterans Medical Centers and

with private medical providers.

1059.   Plaintiff James C. Householder is a citizen of the United States and domiciled in the State of Tennessee. He is the father of Jacob D. Householder.

1060.   Plaintiff Caelen A. Baxter is a citizen of the United States and domiciled in the State of Arkansas. He is the step-brother of Jacob D. Householder.

1061.   Plaintiff Marcus S. Baxter is a citizen of the United States and domiciled in the State of Arkansas. He is the step-father of Jacob D. Householder.

1062.   As a result of the April 28, 2008 Terrorist Attack, and the injuries suffered by Jacob D. Householder, Plaintiffs James C. Householder, Caelen A. Baxter and Marcus S. Baxter have   past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 49.    THE APRIL 21, 2008 ATTACK – BAIJI

### A.    PLAINTIFFS THE ADAM J. KOHLHAAS FAMILY

1063.   Plaintiff Adam J. Kohlhaas, was a citizen of the United States and was domiciled in the State of Kentucky at the time of his death.

1064.   On April 21, 2008, Adam J. Kohlhaas, age 26, was serving in the U.S. military in Iraq.

1065.   Mr. Kohlhaas was on patrol with his unit when his vehicle was struck by an IED, killing two soldiers.

1066.   Adam J. Kohlhaas was one of the two soldiers killed in the attack.

1067.   The weapon used to attack and injure Mr. Kohlhaas was an Iranian-manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1068.   Plaintiff, Paula Kohlhaas Miller, is a citizen of the United States and domiciled in the State of California. She is the aunt of Adam J. Kohlhaas.

1069.   Plaintiff, Rebecca Elaina Kohlhaas, brings an action on behalf of the Estate of Adam J. Kohlhaas, and all heirs thereof, as its legal representative.

1070.   Plaintiff, Henry Kohlhaas, is a citizen of the United States and domiciled in the State of California. He is the father of Adam J. Kohlhaas.

1071.   As a result of the April 21, 2008 Terrorist Attack, and the injuries suffered by and the death of Adam J. Kohlhaas, Plaintiffs Paula Kohlhaas Miller, and Henry Kohlhaas, have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Adam J. Kohlhaas's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Adam J. Kohlhaas.

## 50.   THE APRIL 9, 2008 ATTACK – BALAD, IRAQ

### A.   PLAINTIFFS THE ANTHONY CAPRA, JR. FAMILY

1072.   Plaintiff Anthony Capra, Jr. was a citizen of the United States and domiciled in the State of Virginia.

1073.   On April 9, 2008, Anthony Capra, Jr., age 31, was serving in the U.S. military in Iraq.

1074.   Mr. Capra was attempting to disarm an IED when it detonated.

1075.   Mr. Capra was killed in the attack.

1076.   The weapon used to attack and injure Mr. Capra was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1077.   Plaintiff Angie Capra is a citizen of the United States and domiciled in the State

of Virginia. She is the wife of Anthony Capra, Jr.

1078.   Plaintiff Angie Capra, brings an action individually and on behalf of the Estate of Anthony Capra, Jr., and all heirs thereof, as its legal representative.

1079.   Plaintiff Anthony Capra, Sr. is a citizen of the United States and domiciled in the State of Virginia.  He is the father of Anthony Capra, Jr.

1080.   Plaintiff Sharon Capra is a citizen of the United States and domiciled in the State of Virginia.  She is the mother of Anthony Capra, Jr.

1081.   Plaintiff Mark Capra is a citizen of the United States and domiciled in the State of Virginia.  He is the son of Anthony Capra, Jr.

1082.   Plaintiff Victoria Capra is a citizen of the United States and domiciled in the State of Virginia.  She is the daughter of Anthony Capra, Jr.

1083.   Plaintiff A.C., a minor child, represented by her legal guardian Angie Capra, is a citizen of the United States and domiciled in the State of Virginia.   She is the daughter of Anthony Capra, Jr.

1084.   Plaintiff J.C., a minor child, represented by his legal guardian Angie Capra, is a citizen of the United States and domiciled in the State of Virginia.  He is the son of Anthony Capra, Jr.

1085.   Plaintiff S.C., a minor child, represented by his legal guardian Angie Capra, is a citizen of the United States and domiciled in the State of Virginia.  He is the son of Anthony Capra, Jr.

1086.   Plaintiff Danielle Capra is a citizen of the United States and domiciled in the State of Virginia.  She is the sister of Anthony Capra, Jr.

1087.   Plaintiff Emily Capra is a citizen of the United States and domiciled in the State

of Virginia.  She is the sister of Anthony Capra, Jr.

1088.   Plaintiff Jacob Capra is a citizen of the United States and domiciled in the State of Virginia.  He is the brother of Anthony Capra, Jr.

1089.   Plaintiff Joanna Capra is a citizen of the United States and domiciled in the State of Virginia.  She is the sister of Anthony Capra, Jr.

1090.   Plaintiff Joseph Capra is a citizen of the United States and domiciled in the State of Virginia.  He is the brother of Anthony Capra, Jr.

1091.   Plaintiff Julia-Anne Capra is a citizen of the United States and domiciled in the State of Virginia.  She is the sister of Anthony Capra, Jr.

1092.   Plaintiff Michael Capra is a citizen of the United States and domiciled in the State of Virginia.  He is the brother of Anthony Capra, Jr.

1093.   Plaintiff Rachel Lee is a citizen of the United States and domiciled in the State of Virginia.  She is the sister of Anthony Capra, Jr.

1094.   Plaintiff Sarah Johnson is a citizen of the United States and domiciled in the State of Virginia.  She is the sister of Anthony Capra, Jr.

1095.   Plaintiff Jason Capra is a citizen of the United States and domiciled in the State of Florida.  He is the brother of Anthony Capra, Jr.

1096.   As a result of the April 9, 2008 Terrorist Attack, and the injuries suffered by Anthony Capra, Jr., Plaintiffs, Angie Capra, Anthony Capra, Sr., Sharon Capra, Mark Capra, Victoria Capra, A.C., a minor child, J.C., a minor child, S.C., a minor child, Danielle Capra, Emily Capra, Jacob Capra, Joanna Capra, Joseph Capra, Julia-Anne Capra, Michael Capra, Rachel Lee, Sarah Johnson, and Jason Capra have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Anthony Capra, Jr.'s society,

services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Anthony Capra, Jr.

### 51.     THE APRIL 2, 2008 ATTACK – BAQUBAH

#### A.     PLAINTIFFS THE SENE PE'A POLU FAMILY

1097.   Sene Pe'a Polu is a United States national and domiciled in  the State of Washington.

1098.   On April 2, 2008, Sene Pe'a Polu, age 43, was serving in the U.S. military at FOB Warhorse in Baqubah, Iraq.

1099.   Mr. Polu was on a mission clearing the route for convoys searching for IEDs on foot with his unit near Baqubah, Iraq, when his platoon's local national translator stepped on a large IED. The blast hole measured 5 feet in diameter and 2 feet deep, and was consistent with a projectile between 130 mm and 155 mm. The interpreter was standing next to him and was killed instantly. Mr. Polu was knocked unconscious. He suffered severe wounds to the right side of his head and face, and a damaged right eardrum. His right side forearm had severe injuries from the blast, including nerve and skin/bone damage requiring reconstructive surgery and skin grafts. He lost parts of his right pinky and right index fingers. His left wrist was broken and a plate had to be placed in it. He had an open wound from the right side of his stomach to his groin. His right hip, right thigh, and left thigh have scar tissue due to shrapnel. His left ankle was broken and a piece of bone broke off.

1100.   The weapon used to attack and injure Mr. Polu was an Iranian manufactured or supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1101.   As a result of the attack, Sene Pe'a Polu suffered a TBI, and continues to suffer from PTSD, sleep apnea, and short term memory loss.

1102. Senu Pe'a Polu received extensive medical treatment for his injuries at Walter Reed National Military Medical Center, Fort Lewis American Lake VA Medical Center, and Seattle VA Medical Center. He has had numerous surgeries and reconstructive surgeries as a result of his injuries. He continues to be treated and have surgeries from his injuries.

1103. Plaintiff Charley S. Polu is a citizen of the United States and domiciled in the State of Washington. He is the son of Sene Pe'a Polu.

1104. Plaintiff Chazity Oliana Elesi Polu is a citizen of the United States and domiciled in the State of Washington. She is the daughter of Sene Pe'a Polu.

1105. As a result of the April 2, 2008 Terrorist Attack, and the injuries suffered by Sene Pe'a Polu, Plaintiffs Charley S. Polu and Chazity Oliana Elesi Polu have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 52. THE MARCH 27, 2008 ATTACK - KAHDIMIYAH

### A. PLAINTIFF WALTER SCOTT GRIGG

1106. Plaintiff Walter Scott Grigg is a citizen of the United States and domiciled in the State of North Carolina.

1107. On March 27, 2008, Walter Scott Grigg, age 36, was serving in the U.S. military in Iraq.

1108. Mr. Grigg was with his unit when they began taking on small arms fire, rocket propelled grenades, and mortar rounds.

1109. The weapon used to attack and injure Mr. Grigg was an Iranian manufactured/supplied Small Arms Fire, RPGs, and Mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1110.   As a result of the attack, Walter Scott Grigg suffered a traumatic brain injury and PTSD.

1111.   Walter Scott Grigg received extensive medical treatment. Mr. Grigg has received treatment from Blanchfield Army Community Hosptial in Fort Campbell, Kentucky; Bill Hefner VA Medical Center in Salisbury, North Carolina; and Kernersville Health Care Center in Kernersville, North Carolina.

1112.   As a result of the March 27, 2008 Terrorist Attack, and the injuries he suffered, Walter Scott Grigg has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 53.   THE MARCH 23, 2008 ATTACK – BAGHDAD

#### A.   PLAINTIFFS THE PHILIP RYAN TRIMBLE FAMILY

1113.   Plaintiff Philip Ryan Trimble is a citizen of the United States and domiciled in the State of Iowa.

1114.   On March 23, 2008, Philip Ryan Trimble, age 27, was serving in the U.S. military in Iraq.

1115.   Mr. Trimble was at Camp Travis in the U.S. Embassy compound in Baghdad, Iraq when the alarms warned of incoming rockets and mortars. As Mr. Trimble was escaping to the bunkers, a mortar landed nearby. The blast caused him to hit his head against a wall and he was injured by shrapnel.

1116.   The weapons used to attack and injure Mr. Trimble were Iranian manufactured/supplied rockets and mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1117.   As a result of the attack, Philip Ryan Trimble suffered a puncture wound to his

right shin, TBI, and PTSD.

1118.   Philip Ryan Trimble received extensive medical treatment at Boston VA Medical Center, Omaha VA Medical Center, and Houston VA Medical Center.

1119.   As a result of the March 23, 2008 Terrorist Attack, and the injuries he suffered, Philip Ryan Trimble has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1120.   Plaintiff Janet M. Schoonover is a citizen of the United States and domiciled in the State of Iowa. She is the mother of Philip Ryan Trimble.

1121.   Plaintiff Charlotte Rae Teetsel is a citizen of the United States and domiciled in the State of Michigan. She is the sister of Philip Ryan Trimble.

1122.   Plaintiff Andrew L. Trimble is a citizen of the United States and domiciled in the State of Iowa. He is the brother of Philip Ryan Trimble.

1123.   Plaintiff Richard Oren Trimble is a citizen of the United States and domiciled in the State of Iowa. He is the brother of Philip Ryan Trimble.

1124.   Plaintiff LaDonna Renee Langstraat is a citizen of the United States and domiciled in the State of Iowa. She is the sister of Philip Ryan Trimble.

1125.   Plaintiff Kayeleen Anne Luloff is a citizen of the United States and domiciled in the State of Iowa. She is the sister of Philip Ryan Trimble.

1126.   Plaintiff John A. Trimble is a citizen of the United States and domiciled in the State of Iowa. He is the brother of Philip Ryan Trimble.

1127.    As a result of the March 23, 2008 Terrorist Attack, and the injuries suffered by Philip Ryan Trimble, Plaintiffs Janet M. Schoonover, Charlotte Rae Teetsel, Andrew L.

Trimble, Richard Oren Trimble, LaDonna Renee Langstraat, Kayeleen Anne Luloff, and John A. Trimble have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 54.    THE MARCH 12, 2008 ATTACK – TALLIL AIR BASE

### A.    PLAINTIFFS THE JOEL TAVERA FAMILY

1128.  Plaintiff Joel Tavera is a citizen of the United States and domiciled in the State of Florida.

1129.  On March 12, 2008, Joel Tavera, age 20, was serving in the U.S. military in Iraq.

1130.  Mr. Tavera was a passenger in an armored Chevrolet Suburban when the Tallil Air Base came under rocket attack with 13 rockets. The second rocket hit his vehicle. Mr. Tavera was blown out of the vehicle and engulfed by fire. Three other service men in the vehicle died in the attack.

1131.  The weapon used to attack and injure Mr. Tavera was an Iranian manufactured/supplied rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1132.  As a result of the attack, Joel Tavera suffered burns over 65% of his body, is blind, lost his right foot, lost the use of his left hand, and sustained a back injury as well as a TBI and PTSD.

1133.  Joel Tavera received 117 surgeries and extensive medical treatment at Landstuhl Regional Medical Center, Landstuhl, Germany; Walter Reed National Military Medical Center, Bethesda, MD; Brooke Army Medical Center, Fort Sam Houston, TX; Haley VA Medical Center, Tampa, FL; and UCLA Medical Center, Los Angeles, CA.

1134.  As a result of the March 12, 2008 Terrorist Attack, and the injuries he suffered, Joel Tavera has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1135.  Plaintiff Maritza Tavera is a citizen of the United States and domiciled in the State of Florida. She is the mother of Joel Tavera.

1136.  Plaintiff Jose L. Tavera is a citizen of the United States and domiciled in the State of Florida. He is the father of Joel Tavera.

1137.  As a result of the March 12, 2008 Terrorist Attack, and the injuries suffered by Joel Tavera, Plaintiffs Maritza Tavera and Jose L. Tavera have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 55.    THE MARCH 8, 2008 ATTACK - SAKHRAH VILLAGE

### A.    PLAINTIFFS THE WILLIAM MATTHEW PFEIFER FAMILY

1138.  William Matthew Pfeifer is a citizen of the United States and domiciled in the State of Arizona.

1139.  On March 8, 2008, William Matthew Pfeifer, age 27, was serving in the U.S. military in Iraq.

1140.  On March 8, 2008, Mr. Pfeifer was performing his duties as driver in a Humvee in a military convoy of ten similar vehicles. As Mr. Pfeifer crossed a culvert, the vehicle immediately behind him triggered a buried IED which detonated, destroying the second vehicle completely. Mr. Pfeifer's head was thrown forward against the window as a result of the blast.

1141.   The weapon used to attack and injure William Matthew Pfeifer was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1142.   As a result of the March 8, 2008 Terrorist Attack, William Matthew Pfeifer sustained significant injuries due to the IED explosion. Mr. Pfeifer suffered a concussion, traumatic brain injury, and shrapnel damage to his arm. In addition, Mr. Pfeifer has psychological injuries that include PTSD, anxiety, and severe depression.

1143.   William Matthew Pfeifer has received medical treatment for his injuries. He was initially treated upon return to his station at Forward Operating Base Warrior, his care was continued at Schofield Barracks in Hawaii where he was treated for aggravated PTSD. He continues therapy at present time through the Prescott Veterans Center. He will require further treatment and care.

1144.   Plaintiff Dorothy K. Pfeifer is a citizen of the United States and is domiciled in the state of Arizona. She is the mother of William Matthew Pfeifer.

1145.   Plaintiff H.S.P., a minor, represented by her legal guardian William Matthew Pfeifer, is a citizen of the United States and domiciled in the State of Arizona. She is the daughter of William Matthew Pfeifer.

1146.   As a result of the March 8, 2008 Terrorist Attack, and the injuries suffered by William Matthew Pfeifer, Plaintiffs Dorothy K. Pfeifer, and H.S.P., a minor have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

56.　　THE MARCH 7, 2008 ATTACK - BAGHDAD

　　A.　　PLAINTIFFS THE DEREK PAUL HADFIELD FAMILY

1147.  Derek Paul Hadfield is a citizen of the United States and domiciled in the State of Ohio.

1148.  On March 7, 2008, Derek Paul Hadfield, age 20, was serving in the U.S. military in Iraq.

1149.  Mr. Hadfield's unit was coming from FOB Falcon when he had noticed a police bunker in the middle of a traffic circle but there were no police or other residents around. When they came around the circle, he noticed a truck in the middle of the road. He notified the vehicle commander and waited for instructions. He readied his 50 caliber weapon and received authorization to engage. As he prepared to engage, two IEDs detonated, which were believed to be EFPs. Mr. Hadfield was knocked unconscious. When he came to, he had ringing in his ears. He had been hit with shrapnel above his left shoulder, knee, arm and neck.

1150.  Intelligence reports indicate that the EFPs were emplaced by a Shiite special group EFP cell associated with Ammar aka "The Christian."

1151. The weapons used to attack and injure Mr. Hadfield were Iranian-manufactured EFP provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1152.  As a result of the March 7, 2008 Terrorist Attack, Mr. Hadfield sustained significant injuries. Mr. Hadfield has shrapnel injuries to his left shoulder with retained shrapnel and tendonitis, shrapnel injuries to his leg above the knee and the left aspect of his back and neck. Mr. Hadfield was also diagnosed with a TBI after the attack and bilateral tinnitus. He suffers migraine headaches. Along with the physical injuries he sustained, Mr.

Hadfield suffered from PTSD, anxiety and depression.

1153.  Mr. Hadfield has received extensive medical treatment for his injuries sustained in the terrorist attack, including multiple surgeries in 2008, 2011 and 2012 to remove the shrapnel from his neck and arm.

1154.  As a result of the March 7, 2008 Terrorist Attack, and the injuries he suffered, Mr. Hadfield has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1155.  Plaintiff Kristi Lynn Hadfield is a citizen of the United States and is domiciled in the State of Ohio. She is the mother of Derek Hadfield.

1156.  Plaintiff Jennifer Christine Roton is a citizen of the United States and is domiciled in the State of West Virginia. She is the sister of Derek Hadfield.

1157.  As a result of the March 7, 2008 Terrorist Attack and the injuries suffered by Derek Paul Hadfield, Plaintiffs Kristi Lynn Hadfield, and Jennifer Christine Roton have incurred past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and economic damages, both past and future, including loss of services.

### 57.    THE FEBRUARY 14, 2008 ATTACK – AL TAJI

### A.    PLAINTIFFS THE DAVID ANDREW HOLLEY FAMILY

1158.  Plaintiff David Andrew Holley is a citizen of the United States and domiciled in the State of Tennessee.

1159.  On February 14, 2008, David Andrew Holley, age 20, was serving in the U.S. military in Iraq.

1160.  David Andrew Holley was conducting a route clearance in Al Taji when he

was struck by an IED.

1161.   The weapon used to attack and injure Mr. Holley was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1162.   As a result of the attack, David Andrew Holley sustained severe damage to his arms, legs, knees, tinnitus, TBI, PTSD and anxiety.

1163.   David Andrew Holley received extensive medical treatment for injuries to his arms, legs, knees, tinnitus, TBI, as well as psychiatric care for his PTSD and anxiety.

1164.   As a result of the February 14, 2008, Terrorist Attack, and the injuries he suffered, David Andrew Holley has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1165.   Plaintiff Teri Tarantino is a citizen of the United States and domiciled in the State of Tennessee. She is the mother of David Andrew Holley.

1166.   As a result of the February 14, 2008 Terrorist Attack, and the injuries suffered by David Andrew Holley, Plaintiff Teri Tarantino has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 58.   THE FEBRUARY 5, 2008 ATTACK – BALAD

### A.   PLAINTIFFS THE KRISTOPHER SIEMON FAMILY

1167.   Kristopher Siemon is a citizen of the United States and domiciled in the State of Washington.

1168.   On February 5, 2008, Kristopher Siemon, age 21, was serving in the U.S.

military in Iraq.

1169.   Mr. Siemon was traveling on Route Dover in the Balad area when his vehicle hit an IED and was engaged by small arms fire.

1170.   The weapon used to attack and injure Mr. Siemon was an Iranian manufactured/supplied IED and Small Arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1171.   Plaintiff, Pennie Siemon, is a citizen of the United States and is domiciled in the state of California. She is the mother of Kristopher Siemon.

1172.   Plaintiff, Kenneth Siemon, is a citizen of the United States and is domiciled in the state of California. He is the father of Kristopher Siemon

1173.   Plaintiff, Teddie Hernandez, is a citizen of the United States and is domiciled in the state of California. She is the sister of Kristopher Siemon

1174.   Plaintiff, Wendie Siemon-Thiel, is a citizen of the United States and is domiciled in the state of California. She is the sister of Kristopher Siemon

1175.   As a result of the February 5, 2008 Terrorist Attack, and the injuries suffered by Kristopher Siemon, Plaintiffs, Pennie Siemon, Kenneth Siemon, Teddie Hernandez and Wendie Siemon-Thiel, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium and past and future economic damages, including loss of services.

### 59.   THE JANUARY 21, 2008 ATTACK - SAMARRA

### A.   PLAINTIFFS THE CHARLES LEE STORLIE FAMILY

1176.   Charles Lee Storlie is a citizen of the United States and domiciled in the State of Minnesota.

1177.   On January 21, 2008, Charles Lee Storlie, age 40, was serving as a civilian

contractor to the U.S. military in Iraq, employed by Military Professional Resources International.

1178.  Mr. Storlie was on patrol with his unit outside of Samarra at a marketplace when his unit was attacked by a suicide bomber.

1179.  The weapon used to attack and injure Mr. Storlie was an Iranian manufactured/supplied suicide bomber vest provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1180.  Plaintiff Kristen Elizabeth Fiske-Storlie is a citizen of the United States and domiciled in the state of Minnesota. She is the ex-spouse of Charles Lee Storlie.

1181.  As a result of the January 21, 2008 Terrorist Attack, and the injuries suffered by Charles Lee Storlie, Plaintiff Kristen Elizabeth Fiske-Storlie has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 60.    THE DECEMBER 9, 2007 ATTACK – ISKANDRIYA

### A.    PLAINTIFFS THE KENDRICK LEE DIXON FAMILY

1182.  Kendrick Lee Dixon is a citizen of the United States and domiciled in the State of Georgia.

1183.  On December 9, 2007, Kendrick Lee Dixon, age 27, was serving in the U.S. military in Iraq.

1184.  On the evening of December 9, 2007, Mr. Dixon was driving a Humvee on route clearance patrol on Route Tampa, when an IED detonated striking his vehicle on the driver's side.  Mr. Dixon was knocked unconscious in the blast. When he woke, he found the soldier who was in the gunner position bleeding in his arms.  Mr. Dixon was evacuated back to FOB Kalsu.

1185.   The weapons used to attack and injure Mr. Dixon were Iranian manufactured or supplied IED, provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1186.   As a result of the attack, Kendrick Lee Dixon suffered a TBI and suffers from headaches. He also sustained psychological trauma, which contributed to the development of PTSD, depression, anxiety, and night terror attacks.

1187.   Mr. Dixon received extensive medical treatment.  He was diagnosed with and treated for a TBI at FOB Kalsu.  Since returning home, Mr. Dixon has received treatment for his TBI and PTSD at Ralph H. Johnson VA Medical Center and Hinesville VA Outpatient Clinic.

1188.   Plaintiff KaDaivion LaTrell Dixon is a citizen of the United States and domiciled in the State of Georgia. He is the son of Kendrick Lee Dixon.

1189.   As a result of the December 9, 2007 Terrorist Attack, and the injuries suffered by Kendrick Lee Dixon, Plaintiff KaDaivion LaTrell Dixon has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 61.   THE OCTOBER 31, 2007 ATTACK - NASIRIYAH

#### A.   PLAINTIFFS THE ABRAHAM MARTINEZ-AYALA FAMILY

1190.   Abraham Martinez-Ayala is a citizen of the United States and domiciled in the State of California.

1191.   On October 31, 2007, Abraham Martinez-Ayala, age 20, was serving in the U.S. military in Iraq.

1192.   Mr. Martinez-Ayala was in a convoy with his unit in Nasiriyah when his

vehicle was struck by an IED.

1193.   The weapon used to attack and injure Mr. Martinez-Ayala was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1194.   As a result of the attack, Abraham Martinez-Ayala suffered laceration to his lip, sprained neck, TBI, migraines and PTSD.

1195.   Abraham Martinez-Ayala received extensive medical treatment following the attack. He was medevac'd to Camp Anaconda for treatment and continues his treatment through the VA.

1196.   Plaintiff Lucina Martinez-Ayala is a citizen of the United States and domiciled in the State of California. She is the mother of Abraham Martinez-Ayala.

1197.   Plaintiff Sebastian Solis-Perez is a citizen of the United States and domiciled in the State of California. He is the father of Abraham Martinez-Ayala.

1198.   As a result of the October 31, 2007 Terrorist Attack, and the injuries suffered by Abraham Martinez-Ayala, Plaintiffs Lucina Martinez-Ayala and Sebastian Solis-Perez have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 62.   THE OCTOBER 28, 2007 ATTACK – BAQUBAH

### A.   PLAINTIFFS THE LUIS HUMBERTO GUTIERREZ, JR. FAMILY

1199.   Plaintiff Luis Humberto Gutierrez, Jr. is a citizen of the United States and domiciled in  the State of Texas.

1200.   On October 28, 2007, Luis Humberto Gutierrez, Jr., age 26, was serving in the

U.S. military in Iraq.

1201.  Mr. Gutierrez was in a Buffalo vehicle in Baqubah, Iraq clearing the road for a convoy behind him when Mr. Gutierrez's vehicle was hit with an IED.

1202.  The weapon used to attack and injure Luis Humberto Gutierrez, Jr. was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1203.  As a result of the attack, Mr. Gutierrez was knocked unconscious for a significant period of time and suffered TBI, back, neck, and knee injury, chronic pain, memory loss, anxiety, and PTSD.

1204.  Luis Humberto Gutierrez, Jr. was medevac'd to FOB Warhorse directly following the blast. Mr. Gutierrez received further treatment at the Carl R. Darnall Army Hospital, as well as the Doris Miller Department of Veterans Affairs Medical Center in Waco, Texas.

1205.  As a result of the October 28, 2007 Terrorist Attack, and the injuries he suffered, Mr. Gutierrez has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1206.  Plaintiff Diana Gutierrez is a citizen of the United States and domiciled in the State of Texas. She is the wife of Luis Humberto Gutierrez, Jr.

1207.  Plaintiff L.A.D., a minor child, represented by his legal guardians Luis Humberto Gutierrez, Jr. and Diana Gutierrez, is a citizen of the United States and domiciled in the State of Texas. He is the son of Luis Humberto Gutierrez, Jr.

1208.  As a result of the October 28, 2007 Terrorist Attack, and the injuries suffered

by Luis Humberto Gutierrez, Jr., Plaintiffs Diana Gutierrez and L.A.D., a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 63.     THE OCTOBER 22, 2007 ATTACK – BAGHDAD

### A.     PLAINTIFFS THE ROBERT ALLEN HAAF FAMILY

1209.   Robert Allen Haaf is a citizen of the United States and domiciled in the State of Kansas.

1210.   In October 22, 2007, Robert Allen Haaf, age 45, was serving in the U.S. military in Iraq.

1211.   In the late evening of October 22, 2007, Mr. Haaf and his men were out on patrol in the Amil District on IED detail when they spotted an IED on the road. While inspecting the IED, it exploded, traveling through the right side of the fender and then up and out of the vehicle. The IED was determined to be an EFP. Mr. Haaf was knocked unconscious. When he woke, his men were checking him for wounds and he was unable to hear them.

1212.   The weapon used to attack and injure Mr. Haaf was an Iranian manufactured/supplied EFP provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1213.   As a result of the attack, Robert Allen Haaf suffered hearing loss, a traumatic brain injury, loss of taste and smell due to the brain injury, PTSD, depression and anxiety.

1214.   Robert Allen Haaf received extensive medical treatment. Mr. Haaf requires hearing aids due to his hearing loss from the explosions. Due to his traumatic brain injury, Mr. Haaf must walk with a cane, suffers memory loss, can no longer drive himself, and depends on his wife as a caretaker.

1215.   Plaintiff Ashley Mae Sims is a citizen of the United States and domiciled in the State of Kansas. She is the step-daughter of Robert Allen Haaf.

1216.   As a result of the October 22, 2007 Terrorist Attack, and the injuries suffered by Robert Allen Haaf, Plaintiff Ashley Mae Sims has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 64.   THE OCTOBER 14, 2007 ATTACK – BAGHDAD

### A.   PLAINTIFF THE KENNETH JAMES IWASINSKI FAMILY

1217.   Kenneth James Iwasinski was a citizen of the United States and domiciled in the State of Massachusetts at the time of his death.

1218.   On October 14, 2007, Kenneth James Iwasinski, age 22, was serving in the U.S. military in Iraq.

1219.   Mr. Iwasinski was driving the lead Humvee in Baghdad while his unit conducted a routine combat reconnaissance patrol when an IED struck his vehicle.

1220.   Kenneth James Iwasinski was gravely injured in the attack and died from his injuries.

1221.   The weapon used to attack and injure Mr. Iwasinski was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1222.   Plaintiff Dominick Victor Iwasinski is a citizen of the United States and domiciled in the State of Massachusetts.  He is the father of Kenneth James Iwasinski.

1223.   As a result of the October 14, 2007 Terrorist Attack, and the injuries suffered by and the death of Kenneth James Iwasinski, Plaintiff Dominick Victor Iwasinski has severe

mental anguish, extreme emotional pain and suffering, medical expenses, loss of Kenneth James Iwasinski's society, services, companionship, comfort, protection, instruction, advice and counsel.

### 65.    THE OCTOBER 10, 2007 ATTACK – BAGHDAD

#### A.    PLAINTIFFS THE KEVIN DANIEL SNOW FAMILY

1224.  Plaintiff Kevin Daniel Snow is a citizen of the States and domiciled in the State of New Jersey.

1225.  On October 10, 2007, Kevin Daniel Snow, age 27 was serving in the U.S. military in Iraq.

1226.  Kevin Daniel Snow was with his unit at FOB Liberty in Baghdad when he was attacked and struck by Rockets and Mortars.

1227.  The weapons used to attack and injure Mr. Snow were Iranian manufactured/supplied Rockets and Mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1228.  As a result of the attack, Kevin Daniel Snow sustained a TBI, severe PTSD and anxiety.

1229.  Kevin Daniel Snow received extensive medical treatment for injuries from his TBI and TBI related migraines, as well as psychiatric care for his PTSD and anxiety.

1230.  As a result of the October 10, 2007, Terrorist Attack, and the injuries he suffered, Kevin Daniel Snow has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1231.  Plaintiff Adrienne Snow is a citizen of the United States and domiciled in the State of New Jersey. She is the wife of Kevin Daniel Snow.

1232.   Plaintiff Jasmyne H. Arquiett is a citizen of the United States and domiciled in the State of New Jersey. She is the daughter of Kevin Daniel Snow.

1233.   Plaintiff N.A.P.S., a minor, represented by his legal guardians, Kevin Daniel Snow and Adrienne Snow, is a citizen of the United States and domiciled in the State of New Jersey. He is the son of Kevin Daniel Snow and Adrienne Snow.

1234.   Plaintiff G.L.A.S., a minor, represented by his legal guardians, Kevin Daniel Snow and Adrienne Snow, is a citizen of the United States and domiciled in the State of New Jersey. He is the son of Kevin Daniel Snow and Adrienne Snow.

1235.   As a result of the October 10, 2007 Terrorist Attack, and the injuries suffered by Kevin Daniel Snow, Plaintiffs' Adrienne Snow, Jasmyne H. Arquiett, N.A.P.S., a minor, and G.L.A.S., a minor, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 66.   THE SEPTEMBER 29, 2007 ATTACK - BAGHDAD

### A.   PLAINTIFF ERIC JAMES ATKINSON

1236.   Plaintiff Eric James Atkinson is a citizen of the United States and domiciled in  the State of Colorado.

1237.   On September 29, 2007, Eric James Atkinson, age 28, was serving in the U.S. military in Iraq.

1238.   Mr. Atkinson was with his unit assisting another unit in Mohalla 834, Baghdad when he was struck by an IED and took on small arms fire.

1239.   The weapon used to attack and injure Mr. Atkinson was an Iranian manufactured/supplied IED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1240.   As a result of the attack, Eric James Atkinson suffered a concussion, TBI and PTSD.

1241.   Eric James Atkinson received extensive medical treatment for his TBI and psychological treatment for PTSD.

1242.   As a result of the September 29, 2007 Terrorist Attack, and the injuries he suffered, Eric James Atkinson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 67.   THE SEPTEMBER 24, 2007 ATTACK – BAQUBAH

### A.   PLAINTIFFS THE WAYLAND TODD ALLEN FAMILY

1243.   Plaintiff Wayland Todd Allen is a citizen of the United States and domiciled in the State of Texas.

1244.   On September 24, 2007, Wayland Todd Allen, age 33, was serving in the U.S. military in Iraq.

1245.   Mr. Allen was on a route clearance mission south of Baqubah when an IED struck his vehicle.

1246.   The weapon used to attack and injure Mr. Allen was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1247.   As a result of the attack, Mr. Allen suffered a left ankle injury, a spinal injury, a left knee injury, PTSD, post traumatic migraine headaches, and TBI.

1248.   Mr. Allen received extensive medical treatment, including several surgeries, at Forward Operating Base Warhorse Medical Facility, Baqubah, Iraq; LSA Anaconda Hospital, Balad, Iraq; Landstuhl Regional Medical Center, Landstuhl, Germany; Brooke

Army Medical Center, San Antonio, Texas; Carl R. Darnall Army Medical Center, Fort Hood, Texas; Robert J. Brock, M.D., Fort Hood, Texas; and Harker Heights Pain Clinic, Harker Heights, Texas.

1249.   As a result of the September 24, 2007 Terrorist Attack, and the injuries he suffered, Wayland Todd Allen has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1250.   Plaintiff Debra Allen is a citizen of the United States and is domiciled in the State of Texas. She is the mother of Wayland Todd Allen.

1251.   Plaintiff Braydon Allen is a citizen of the United States and is domiciled in the State of Texas. He is the son of Wayland Todd Allen.

1252.   Plaintiff Koby Allen is a citizen of the United States and is domiciled in the State of Texas. He is the son of Wayland Todd Allen.

1253.   Plaintiff Ronald Jene Allen is a citizen of the United States and is domiciled in the State of Kansas. He is the father of Wayland Todd Allen.

1254.   Plaintiff Tanja Blackwell is a citizen of the United States and is domiciled in the State of Texas. She is the spouse of Wayland Todd Allen.

1255.   Plaintiff Trenton Allen is a citizen of the United States and is domiciled in the State of Kansas. He is the brother of Wayland Todd Allen.

1256.   As a result of the September 24, 2007 Terrorist Attack, and the injuries suffered by Wayland Todd Allen, Plaintiffs, Debra Allen, Braydon Allen, Koby Allen, Ronald Jene Allen, Tanja Blackwell, and Trenton Allen have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of

solatium, loss of consortium, and past and future economic damages, including loss of services.

### 68. THE AUGUST 30, 2007 ATTACK – NORTHWEST HADITHA

#### A. PLAINTIFF LUIS ALFREDO RANERO

1257. Plaintiff Luis Alfredo Ranero is a citizen of the United States and domiciled in the State of California.

1258. On August 30, 2007, Luis Alfredo Ranero, age 28, was serving in the U.S. military in Iraq.

1259. Mr. Ranero was on mounted patrol with his unit just northwest of Haditha when his unit was attacked by an IED.

1260. The weapon used to attack and injure Mr. Ranero was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1261. As a result of the attack, Luis Alfredo Ranero suffered bruised ribs, shrapnel above his left eye, shrapnel to his forehead, TBI, injury to his jaw, PTSD and anxiety.

1262. Luis Alfredo Ranero received extensive medical treatment to remove the shrapnel, medical treatment for his TBI and the jaw injury, psychiatric care for his PTSD and anxiety.

1263. As a result of the August 30, 2007 Terrorist Attack, and the injuries he suffered, Luis Alfredo Ranero has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

**69.**     **THE AUGUST 29, 2007 ATTACK - AL KARMAH**

**A.**     **PLAINTIFF JAMES RYAN MOBLEY**

1264.   Plaintiff James Ryan Mobley is a citizen of the United States and domiciled in the State of Ohio.

1265.   On August 29, 2007, James Ryan Mobley, age 21, was serving in the U.S. military in Iraq.

1266.   Mr. Mobley was on mounted security patrol when and IED detonated into his vehicle.

1267.   The weapon used to attack and injure Mr. Mobley was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1268.   As a result of the attack, James Ryan Mobley suffered a concussion; TBI; ruptured ear drum and PTSD.

1269.   James Ryan Mobley received extensive medical treatment. Mr. Mobley was transported to al Taqaddum for evaluation and treatment. He was then treated at the aid station at Camp Pendleton; Camp Lejeune Naval Hospital in North Carolina; Denver Veterans Administration Hospital in Colorado; Calmer P. Wylie Veterans Administration Ambulatory Care Center in Columbus, Ohio; and the Rocky Mountain Hyperbaric Institute in Louisville, Colorado.

1270.   As a result of the August 29, 2007 Terrorist Attack, and the injuries he suffered, James Ryan Mobley has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## B.     PLAINTIFFS THE DAVID JOSEPH BICKNELL FAMILY

1271.  Plaintiff David Joseph Bicknell is a citizen of the United States and domiciled in the State of Idaho.

1272.  On August 29, 2007, David Joseph Bicknell, age 26, was serving in the U.S. military in Iraq.

1273.  Mr. Bicknell was on dismounted patrol with his unit near Al Karmah when his unit was attacked by an IED.

1274.  The weapon used to attack and injure Mr. Bicknell was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1275.  As a result of the attack, David Joseph Bicknell suffered a sternoclavicular joint injury, heat stroke and PTSD.

1276.  David Joseph Bicknell received extensive medical treatment for his sternoclavicular joint injury, tinnitus, heat stroke and psychological care for his PTSD immediately following the attack.

1277.  As a result of the August 29, 2007 Terrorist Attack, and the injuries he suffered, David Joseph Bicknell has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1278.  Plaintiff Richard Bicknell is a citizen of the United States and domiciled in the State of Idaho. He is the father of David Joseph Bicknell.

1279.  Plaintiff Patricia Bicknell is a citizen of the United States and domiciled in the State of Idaho. She is the mother of David Joseph Bicknell.

1280.  Plaintiff Lauren Bicknell is a citizen of the United States and domiciled in the

State of Idaho. She is the sister of David Joseph Bicknell.

1281.  As a result of the August 29, 2007 Terrorist Attack, and the injuries suffered by David Joseph Bicknell, Plaintiffs Richard Bicknell, Patricia Bicknell and Lauren Bicknell have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### C.    PLAINTIFFS THE TYLER JAMES MARTIN FAMILY

1282.  Plaintiff Tyler James Martin is a citizen of the United States and domiciled in the State of Utah.

1283.  On August 29, 2007, Tyler James Martin, age 22, was serving in the U.S. military in Iraq.

1284.  While driving across a canal in Al Anbar, Iraq on a mounted security patrol, an IED detonated underneath Mr. Martin's vehicle.

1285.  The weapon used to attack and injure Mr. Martin was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1286.  As a result of the August 29, 2007 Terrorist Attack, Tyler James Martin sustained a Grade III concussion, TBI, back injury including radiculopathy, PTSD, anxiety, and other psychological issues.

1287.  Mr. Martin received extensive medical treatment, including surgeries, at Balad Hospital, Landstuhl Regional Medical Center, Camp Pendleton Hospital, Naval Medical Center San Diego, Phoenix VA Healthcare System, VA North Texas Healthcare System, George E. Wahlen Department of Veteran Affairs Medical Center, and Luke Air Force Base Clinic.

1288.  As a result of the August 29, 2007 Terrorist Attack, and the injuries he suffered,

Tyler James Martin has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1289.   Plaintiff Trevor Reed Smith is a citizen of the United States and domiciled in the State of Texas. He is the brother of Tyler James Martin.

1290.   Plaintiff Mason Chad Bangerter is a citizen of the United States and domiciled in the State of Utah. He is the brother of Tyler James Martin.

1291.   Plaintiff Chad Richard Bangerter is a citizen of the United States and domiciled in the State of Utah. He is the father of Tyler James Martin.

1292.   Plaintiff Kristi Ann Bangerter is a citizen of the United States and domiciled in the State of Utah. She is the step-mother of Tyler James Martin.

1293.   As a result of the August 29, 2007 Terrorist Attack, and the injuries suffered by Tyler James Martin, Plaintiffs Chad Richard Bangerter, Kristi Ann Bangerter, Mason Chad Bangerter, and Trevor Reed Smith have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 70.     THE AUGUST 16, 2007 ATTACK – SAQLAWIYAH

### A.     PLAINTIFFS THE DONALD LEE III FAMILY

1294.   Plaintiff Donald Lee III is a citizen of the United States and domiciled in the State of Oregon.

1295.   On August 16, 2007, Donald Lee III, age 20, was serving in the U.S. military in Iraq.

1296.   Mr. Lee's squad was conducting security for their chain of command visit at the Saqlawiyah City Council building when the city came under mortar attack. Before Mr.

Lee could get to his vehicle a mortar hit nearby knocking him unconscious.

1297. The weapon used to attack and injure Mr. Lee was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1298. As a result of the attack, Donald Lee III suffered a TBI and PTSD.

1299. Donald Lee III received extensive medical treatment at the VA St. Louis Heath Care System; White City VA Rehabilitation Center and Clinics; Portland VA Medical Center; VA Roseburg Health Care System; and the VA Brookings Clinic.

1300. As a result of the August 16, 2007, Terrorist Attack, and the injuries he suffered, Donald Lee III has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1301. Plaintiff Jennie Lee is a citizen of the United States and domiciled in the State of Oregon. She is the wife of Donald Lee III.

1302. Plaintiff S.D.P.L., a minor child, represented by her legal guardians Donald Lee III and Jennie Lee, is a citizen of the United States and domiciled in the State of Oregon. She is the daughter of Donald Lee III and Jennie Lee.

1303. Plaintiff Catherine N. Goble is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Donald Lee III.

1304. Plaintiff Anna C. Lee is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Donald Lee III.

1305. As a result of the August 16, 2007 Terrorist Attack, and the injuries suffered by Donald Lee III, Plaintiffs Jennie Lee, S.D.P.L., a minor child, Catherine N. Goble, and

Anna C. Lee have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 71.  THE AUGUST 12, 2007 ATTACK – SADR CITY

#### A.  PLAINTIFF ANTWON LAVANTE CHILDERS

1306.  Plaintiff Antwon Lavante Childers is a citizen of the United States and domiciled in the State of Virginia.

1307.  On August 12, 2007, Antwon Lavante Childers, age 21, was serving in the U.S. Military in Iraq.

1308.  Mr. Childers was on patrol near Sadr City when an IED was detonated on his vehicle. The force of the explosion knocked him unconscious. When Mr. Childers regained consciousness, they were receiving small arms fire. They immediately returned to base for medical attention.

1309.  The weapons used to attack and injure Mr. Childers were Iranian manufactured/supplied IED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1310.  As a result of the attack, Antwon Lavante Childers suffered PTSD and tinnitus.

1311.  Antwon Lavante Childers received extensive medical treatment at Hampton VA Medical Center, Hampton, Virginia.

1312.  As a result of the August 12, 2007 Terrorist Attack, and the injuries he suffered, Antwon Lavante Childers has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning

capacity.

**72.    THE AUGUST 9, 2007 ATTACK- MOSUL**

**A.    PLAINTIFF ABRAM WILLIAM MARVIN**

1313.  Plaintiff Abram William Marvin is a citizen of the United States and domiciled in the State of Michigan.

1314.  On August 9, 2007, Abram William Marvin, age 24, was serving in the U.S. military in Iraq.

1315.  Mr. Marvin was participating in military police training at an Iraqi police station in Mosul, Iraq when his position was attacked by small arms fire and a Rocket Powered Grenade (RPG) that exploded near him.

1316.  The weapons used to attack and injure Mr. Marvin was an Iranian manufactured/supplied RPG, and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1317.  As a result of the August 9, 2007 Terrorist Attack, Abram William Marvin sustained significant injuries including a concussive blast injury, severe injuries to his left leg ankle, and foot, and severed tendons in his left hand and muscle and nerve injury, as well scarring and a TBI.

1318.  Mr. Marvin initially received stabilizing treatment in Iraq before being flown to Landstuhl Regional Medical Center for surgery on his leg and hand. He has since endured many surgeries and skin grafts at Walter Reed National Military Medical Center. Mr. Marvin continues his treatment through the Veterans Affairs Healthcare System and private medical providers.

1319.  As a result of the August 9, 2007 Terrorist Attack, and the injuries he suffered, Abram William Marvin has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic

damages, including medical expenses, lost income, and loss of earning capacity.

**73.   THE AUGUST 5, 2007 ATTACK – BAGHDAD**

**A.   PLAINTIFFS THE ROBERT STEVEN BAUGHN FAMILY**

1320.   Plaintiff Robert Steven Baughn is a citizen of the United States and domiciled in the State of Texas.

1321.   On August 5, 2007, Robert Steven Baughn, age 26, was serving in the U.S. military in Iraq.

1322.   Mr. Baughn and his unit were conducting a security patrol in a residential area in Baghdad when his vehicle was hit with an RPG, propelling the vehicle into the air and rendering Mr. Baughn unconscious. When he came to, he crawled out through the hatch and found his driver with a large neck to shoulder cut, which turned out to be fatal.

1323.   The weapon used to attack and injure Mr. Baughn was an Iranian manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1324.   As a result of the attack, Robert Steven Baughn suffered burns, cuts, scrapes, scratched corneas, and a severe concussion. He was later diagnosed with TBI, PTSD, insomnia, anxiety, and depression.

1325.   Robert Steven Baughn received extensive medical treatment at a clinic in Forward Operating Base Rustamiyah, Martin Army Community Hospital in Fort Benning, Georgia, and at Strong Star in Fort Hood in Texas.

1326.   As a result of the August 5, 2007 Terrorist Attack, and the injuries he suffered, Robert Steven Baughn has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1327.   Plaintiff Karly Ann Baughn is a citizen of the United States and domiciled in the State of Texas. She is the wife of Robert Steven Baughn.

1328.   As a result of the August 5, 2007 Terrorist Attack, and the injuries suffered by Robert Steven Baughn, Plaintiff Karly Ann Baughn has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 74.   THE AUGUST 4, 2007 ATTACK – SOUTHERN BAGHDAD

### A.   PLAINTIFF SEAN PATRICK REED

1329.   Plaintiff, Sean Patrick Reed, is a citizen of the United States and domiciled in the State of California.

1330.   On August 4, 2007, Sean Patrick Reed, age 25, was serving in the U.S. military in Iraq.

1331.   Sean Patrick Reed was in an M-114 Up-Armored Humvee conducting a route clearance in southern Baghdad when his vehicle struck an IED causing the vehicle to roll over on top of Mr. Reed and pinning him underneath.

1332. The weapon used to attack and injure Mr. Reed was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1333.   As a result of the attack, Sean Patrick Reed sustained lacerations to his whole body, damage to his hand, arms, ear, ankle, TBI, tinnitus and PTSD.

1334. Sean Patrick Reed received extensive medical treatment including the amputation of his pinky finger, surgery on his ear, medical treatment for his arms, ankle, tinnitus, and TBI, as well as psychiatric care for his PTSD and anxiety.

1335.  As a result of the August 4, 2007, Terrorist Attack, and the injuries he suffered, Sean Patrick Reed has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 75.   THE JULY 30, 2007 ATTACK – KARMAH

### A.   PLAINTIFFS THE DENVER WESLEY HOUCK, JR. FAMILY

1336.  Plaintiff Denver Wesley Houck, Jr. is a citizen of the United States and domiciled in the State of Florida.

1337.  On July 30, 2007, Denver Wesley Houck, Jr. age 26, was serving in the U.S. military in Iraq.

1338.  Mr. Houck was in the bed of a seven-ton truck travelling near Karmah, Iraq when he was attacked by an underground IED causing severe injury to him and several other soldiers.

1339.  The weapon used to attack and injure Mr. Houck was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1340.  As a result of the attack, Denver Wesley Houck, Jr. suffered a TBI, lumbar injury, and a right knee injury. He was medi-evacuated from the attack site. Additionally, Mr. Houck suffers from PTSD as a result of the July 30, 2007 Terrorist Attack.

1341.  Denver Wesley Houck, Jr. received extensive medical treatment at Naval Hospital Camp Pendleton, Naval Hospital Beaufort, and VA Viera Clinic.

1342.  As a result of the July 30, 2007 Terrorist Attack, and the injuries he suffered, Denver Wesley Houck, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1343.   Plaintiff Jennifer Houck is a citizen of the United States and domiciled in the State of Florida. She is the wife of Denver Wesley Houck, Jr.

1344.   Plaintiff L.A.H., a minor child, represented by her legal guardians Denver Wesley Houck and Jennifer Houck, is a citizen of the United States and domiciled in the State of Florida. She is the daughter of Denver Wesley Houck, Jr. and Jennifer Houck.

1345.   Plaintiff Polly Houck is a citizen of the United States and domiciled in the State of Florida. She is the mother of Denver Wesley Houck, Jr.

1346.   As a result of the July 30, 2007 Terrorist Attack, and the injuries suffered by Denver Wesley Houck, Jr., Plaintiffs Jennifer Houck, L.A.H., Polly Houck have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 76.   THE JULY 29, 2007 ATTACK – BAGHDAD

### A.   PLAINTIFFS THE CODY CLARK GRATER FAMILY

1347.   Plaintiff Cody Clark Grater was a citizen of the United States and domiciled in  the State of Florida at the time of his death.

1348.   On July 29, 2007, Cody Clark Grater, age 20, was serving in the U.S. military in Iraq.

1349.   Mr. Grater was on patrol with his unit on a roof top of a building in Baghdad when he was attacked by an RPG.

1350.   Cody Clark Grater was killed in the attack.

1351.   The weapon used to attack and kill Mr. Grater was an Iranian manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1352.   Plaintiff, Anita D. Lewis, is a citizen of the United States and domiciled in the State of Florida. She is the mother of Cody Clark Grater.

1353.   Plaintiff, Anita D. Lewis brings an action individually, and on behalf of the Estate of Cody Clark Grater, and all heirs thereof, as its legal representative.

1354.   As a result of the July 29, 2007 Terrorist Attack, and the injuries suffered by, and the death of, Cody Clark Grater, Plaintiff Anita D. Lewis has severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Cody Clark Grater's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the Estate of Cody Clark Grater.

## 77.   THE JULY 27, 2007 ATTACK – BAGHDAD

### A.   PLAINTIFFS THE SCOTT WADE FRITZ FAMILY

1355.   Plaintiff Scott Wade Fritz is a citizen of the United States and domiciled in the State of Michigan.

1356.   On July 27, 2007, Scott Wade Fritz, age 22, was serving in the U.S. military in Iraq.

1357.   Mr. Fritz was in his living quarters at FOB Rustamiyah when there was a mortar attack. He was headed in to the bunker when a mortar hit the entry 200 feet away.

1358.   The weapon used to attack and injure Mr. Fritz was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1359.   As a result of the attack, Scott Wade Fritz suffered shrapnel wounds to his right arm and leg, hearing loss in his right ear, a concussion, a TBI and PTSD.

1360.   Scott Wade Fritz received extensive medical treatment at the scene of the attack. He received subsequent treatments at VA Ann Arbor Healthcare System in

Michigan.

1361.   As a result of the July 27, 2007 Terrorist Attack, and the injuries he suffered, Scott Wade Fritz has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1362.   Plaintiff Kristen J. Fritz is a citizen of the United States and domiciled in the State of Michigan. She is the wife of Scott Wade Fritz.

1363.   As a result of the July 27, 2007 Terrorist Attack, and the injuries suffered by Scott Wade Fritz, Plaintiff Kristen J. Fritz has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 78.   THE JULY 17, 2007 ATTACK – BAGHDAD

#### A.   PLAINTIFFS THE ADAM THOMAS GAULDIN FAMILY

1364.   Adam Thomas Gauldin is a citizen of the United States and domiciled in the State of Virginia.

1365.   On July 17, 2007, Adam Thomas Gauldin, age 24, was serving in the U.S. military in Iraq.

1366.   Mr. Gauldin was in central Baghdad helping to building combat outposts.  He was unloading Class 4 materials off of a 22 ton truck when a VBIED exploded nearby throwing him off of the top of the vehicle, knocking him unconscious, causing severe injuries and killing most of the people around him.

1367.   The weapon used to attack and injure Mr. Gauldin was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1368.   As a result of the attack, Adam Thomas Gauldin suffered concussive blast injuries, a TBI, a right hip fracture, a crushing right femur injury, and crushed discs in his vertebrae.  He also suffers from PTSD and depression.

1369.   Adam Thomas Gauldin received extensive medical treatment including medications, physical therapy, chiropractic treatments, and surgical intervention at Camp Striker, Fort Carson, the VA Eastern Colorado Health Care System, and Family Care Center.

1370.   Plaintiff Patrick Gauldin is a citizen of the United States and domiciled in the State of Virginia.  He is the brother of Adam Thomas Gauldin.

1371.   Plaintiff Georgia Gryder is a citizen of the United States and domiciled in the State of Virginia.  She is the mother of Adam Thomas Gauldin.

1372.   Plaintiff Michael Ryan Gauldin is a citizen of the United States and domiciled in the State of Virginia.  He is the brother of Adam Thomas Gauldin.

1373.   As a result of the July 17, 2007 Terrorist Attack, and the injuries suffered by Adam Thomas Gauldin, Plaintiffs Patrick Gauldin, Georgia Gryder and Michael  Ryan Gauldin have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

**79.    THE JULY 2, 2007 ATTACK – HADITHA**

**A.    PLAINTIFF MATTHEW PAUL UKEN**

1374.   Plaintiff Matthew Paul Uken is a citizen of the United States and domiciled in  the State of New Jersey.

1375.   On July 2, 2007, Matthew Paul Uken, age 21, was serving in the U.S. military  in Iraq.

1376.  Mr. Uken was traveling in a convoy near COP Ellis in Haditha, Iraq, when his vehicle triggered detonation of an IED, injuring him.

1377.  The weapon used to attack and injure Mr. Uken was an Iranian manufactured/supplied IED, provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1378.  As a result of the July 2, 2007 Terrorist Attack, Matthew Paul Uken sustained significant injuries including concussive blast injuries, TBI, shrapnel injuries to his left leg, back injury including bulging discs and nerve injuries, and PTSD.

1379.  Mr. Uken has received extensive treatment, including surgery on his left leg, at Al Asad Air Base Army Hospital, Naval Medical Center San Diego, and the Naval Hospital Camp Pendleton.

1380.  As a result of the July 2, 2007, Terrorist Attack, and the injuries he suffered, Matthew Paul Uken has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

**80.  THE JUNE 20, 2007 ATTACK – BAGHDAD**

**A.  PLAINTIFFS THE EDWARD JAMES TERRY SR. FAMILY**

1381.  Plaintiff Edward James Terry Sr. is a citizen of the United States and domiciled in the State of Alabama.

1382.  On June 20, 2007, Edward James Terry Sr., age 31, was serving in the U.S. military in Iraq.

1383.  Mr. Terry was in FOB Loyalty when it came under Mortar attack. One of the mortars exploded near Mr. Terry.

1384.  The weapons used to attack and injure Mr. Terry were Iranian

manufactured/supplied Mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1385.  As a result of the attack, Edward James Terry Sr. suffered severe injuries including TBI, PTSD, shrapnel wounds to his back, right side of his chest, forehead, lungs, and abdomen, and caused his left ring finger to be crushed.

1386.  Edward James Terry Sr. was provided medical treatment at FOB Loyalty Medic Station, Baghdad, Iraq, Baghdad International Airport (BIAP), Baghdad, Iraq; Landstuhl Regional Medical Center, Landstuhl, Germany; Womack Army Medical Center, Fort Bragg, North Carolina; Martin Army Hospital, Fort Benning, Georgia; Tuskegee Veterans Administration Medical Center, Tuskegee, Alabama; and David Mieles, M.D., LLC, Columbus, Georgia.

1387.  As a result of the June 20, 2007 Terrorist Attack, and the injuries he suffered, Edward James Terry Sr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income and loss of earning capacity.

1388.  Plaintiff Dymphia M. Terry is a permanent resident of the United States and domiciled in the State of Alabama. She is the wife of Edward James Terry Sr.

1389.  Plaintiff Edward James Terry Jr. is a citizen of the United States and domiciled in the State of Alabama. He is the son of Edward James Terry Sr.

1390.  Plaintiff Glenndon Milton Terry is a citizen of the United States and domiciled in the State of Alabama. He is the son of Edward James Terry Sr.

1391.  As a result of the June 20, 2007 Terrorist Attack, and the injuries suffered by Edward James Terry Sr., Plaintiffs Dymphia M. Terry, Edward James Terry Jr., and Glenndon

Milton Terry have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

**81.   THE JUNE 20, 2007 ATTACK – BAGHDAD**

**A.      PLAINTIFFS THE ANDREW JAMES RAYMOND FAMILY**

1392.   Plaintiff Andrew James Raymond is a citizen of the United States and domiciled in the State of New York.

1393.   On June 20, 2007, Andrew James Raymond, age 38, was serving in the U.S. military in Iraq.

1394.   Mr. Raymond was at the Sather Air Base in Baghdad when a rocket struck a building near where he was standing. Mr. Raymond rendered aide to two fellow soldiers with serious injuries from the explosion.

1395.   The weapon used to attack and injure Mr. Raymond was an Iranian manufactured/supplied Rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1396.   As a result of the attack, Andrew James Raymond suffered hearing loss, tinnitus, and PTSD.

1397.   Andrew James Raymond was provided medical treatment at VA Medical Center Buffalo, in Buffalo, New York; and the Buffalo Vet Center, also located in Buffalo, New York.

1398.    As a result of the June 20, 2007 Terrorist Attack, and the injuries he suffered, Andrew James Raymond has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1399.   Plaintiff Diana L. Raymond is a citizen of the United States and domiciled in the

State of New York. She is the wife of Andrew James Raymond.

1400.   Plaintiff Phyllis M. Raymond is a citizen of the United States and domiciled in the State of New York. She is the mother of Andrew James Raymond.

1401.   Plaintiff Hannah E. Raymond is a citizen of the United States and domiciled in the State of New York. She is the daughter of Andrew James Raymond.

1402.   Plaintiff Caleb A. Raymond is a citizen of the United States and domiciled in the State of New York. He is the son of Andrew James Raymond.

1403.   Plaintiff A.J.R., a minor child, is a citizen of the United Sates and domiciled in the State of New York. He is the son of Andrew James Raymond.

1404.   As a result of the June 20, 2007 Terrorist Attack, and the injuries suffered by Andrew James Raymond, Plaintiffs Diana L. Raymond, Phyllis M. Raymond, Hannah E. Raymond, Caleb A. Raymond, and A.J.R., a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 82.   THE JUNE 20, 2007 ATTACK – KARMAH

### A.   PLAINTIFFS THE GARY DAVID MORAN FAMILY

1405.   Plaintiff Gary David Moran is a citizen of the United States and domiciled in the State of Virginia.

1406.   On June 20, 2007, Gary David Moran, age 43, was serving in the U.S. military in Iraq.

1407.   Mr. Moran was on patrol with his unit near Karmah when his unit was struck by an IED.

1408. The weapons used to attack and injure Mr. Moran was an Iranian manufactured/supplied pressure plate IED provided by Iran and/or its agents to Iranian-

funded and Iranian-trained terror operatives in Iraq.

1409.   As a result of the attack, Gary David Moran suffered shrapnel to his left leg, fracture right arm, a torn meniscus to his left shoulder, right eye injury, a back injury, tinnitus, TBI and PTSD.

1410.   Gary David Moran received extensive medical treatment including removal of the shrapnel, medical treatment for the fractured arm, his torn meniscus and right eye, and treatment for his back, medical treatment for his tinnitus, TBI and psychological care for PTSD immediately after the attack.

1411.   As a result of the June 20, 2007 Terrorist Attack, and the injuries he suffered, Gary David Moran has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1412.   Plaintiff Annette C. Moran is a citizen of the United States and domiciled in the State of Texas. She is the ex-wife of Gary David Moran.

1413.   Plaintiff G.D.M., a minor, represented by his legal guardians Gary David Moran and Annette C. Moran, is a citizen of the United States and domiciled in the State of Virginia. He is the son of Gary David Moran and Annette C. Moran.

1414.   Plaintiff Eric G. Moran is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of Gary David Moran.

1415.   Plaintiff Ericka T. Moran-Bacordo is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Gary David Moran.

1416.   Plaintiff Savannah K. Dismuke-Moran is a citizen of the United States and domiciled in the State of Arizona. She is the daughter of Gary David Moran.

1417.   As a result of the June 20, 2007 Terrorist Attack, and the injuries suffered by Gary David Moran, Plaintiffs Annette C. Moran, G.D.M., a minor, Eric G. Moran, Ericka T. Moran-Bacordo, Savannah K. Dismuke-Moran and have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

83.   **THE JUNE 20, 2007 ATTACK – KARMAH**

A.   **PLAINTIFF JOSHUA MATTHEW BOWER**

1418.   Plaintiff Joshua Matthew Bower is a citizen of the United States and domiciled in the State of Delaware.

1419.   On June 20, 2007, Joshua Matthew Bower, age 22, was serving in the U.S. Military in Iraq.

1420.   Joshua Matthew Bower was providing watch from the roof of a dwelling in Karmah, Iraq, when he was shot in the head by sniper fire.

1421.   The weapon used to attack and injure Mr. Bower was an Iranian manufactured/supplied small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1422.   As a result of the June 20, 2007 Terrorist Attack, Joshua Matthew Bower suffered a gunshot wound to the back of his head, muscle and tissue damage to his neck, scaring, perforated ear drum, PTSD, insomnia, and anxiety.

1423.   Joshua Matthew Bower received extensive medical treatment at Camp Fallujah, where they closed the gunshot wound to his head, Naval Medical Center Camp Lejeune, Wilmington VA Medical Center, and the Corporal Michael J. Crescenz VA Medical Center.

1424.   As a result of the June 20, 2007 Terrorist Attack, and the injuries he suffered,

Joshua Matthew Bower has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 84. THE JUNE 14, 2007 ATTACK – SAQLAWIYAH, AL ANBAR

#### A. PLAINTIFFS THE BRIAN GEORGE THURMOND FAMILY

1425. Plaintiff Brian George Thurmond is a citizen of the United States and is domiciled in the State of Georgia.

1426. On June 14, 2007, Brian George Thurmond, age 32, was serving in the U.S. Military in Iraq.

1427. Mr. Thurmond was attacked by an IED when his convoy was travelling in Saqlawiyah, Al Anbar, Iraq, on June 14, 2007.

1428. The weapon used to attack and injure Mr. Thurmond was an Iranian manufactured/supplied IED provided by a Special Group and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1429. As a result of the attack, Brian George Thurmond suffered significant physical injuries, including a concussion, TBI, tinnitus, perforated left ear drum, hearing loss, short term memory loss, anxiety attacks, nightmares, depression, and insomnia, among others.

1430. Mr. Thurmond received, and continues to receive, extensive medical treatment at Naval Hospital Camp Pendleton, Oceanside VA Clinic, VA San Diego Health Care System, and VA Albany Clinic for his physical and emotional injuries including severe depression, PTSD, TBI, tinnitus, hearing loss, depression, short term memory loss, anxiety attacks, nightmares, insomnia, and personality change.

1431. As a result of the June 14, 2007 Terrorist Attack, and the injuries he suffered, Mr. Thurmond has past and future noneconomic damages, including severe physical and mental pain

and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1432.   Plaintiff Mary Barwick is a citizen of the United States and domiciled in the State of Georgia. She is the mother of Brian George Thurmond.

1433.   Plaintiff George Thurmond is a citizen of the United States and domiciled in the State of Georgia. He is the father of Brian George Thurmond.

1434.   Plaintiff Jennifer Coalson is a citizen of the United States and domiciled in the State of Georgia. She is the sister of Brian George Thurmond.

1435.   As a result of the June 14, 2007 Terrorist Attack, and the injuries suffered by Brian George Thurmond, Plaintiffs Mary Barwick, George Thurmond, and Jennifer Coalson have past and future non-economic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## B.   PLAINTIFFS THE DAVID KARL LIND FAMILY

1436.   Plaintiff David Karl Lind is a citizen of the United States and domiciled in the State of California.

1437.   On June 14, 2007, David Karl Lind, age 36, was serving in the U.S. military in Iraq.

1438.   Mr. Lind was travelling with his convoy in Saqlawiyah, Al Anbar, Iraq, when an IED detonated very near him causing him severe and permanent physical and emotional injuries.

1439.   The weapon used to attack and injure Mr. Lind was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1440.   As a result of the attack, David Karl Lind suffered the loss of both his legs, as

well as a TBI and broken finger. He now suffers from PTSD, as well, as a result of the June 14, 2007 Terrorist Attack.

1441.   David Karl Lind received extensive medical treatment at Camp TQ-Iraq, Landstuhl Hospital, Walter Reed National Military Medical Center, and Naval Medical Center San Diego.

1442.   As a result of the June 14, 2007 Terrorist Attack, and the injuries he suffered, David Karl Lind has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1443.   Plaintiff David A. Lind is a citizen of the United States and domiciled in the State of Maine. He is the father of David Karl Lind.

1444.   Plaintiff Catherine Jackman is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of David Karl Lind.

1445.   Plaintiff Michael Lind is a citizen of the United States and domiciled in the State of South Carolina. He is the brother of David Karl Lind.

1446.   Plaintiff Bradley Joseph Lind is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of David Karl Lind.

1447.   As a result of the June 14, 2007 Terrorist Attack, and the injuries suffered by David Karl Lind, Plaintiffs Catherine Jackman, Michael Lind, and Bradley Joseph Lind have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## C.   PLAINTIFFS THE SIGIFREDO APODACA FAMILY

1448.   Plaintiff Sigifredo Apodaca is a citizen of the United States and domiciled in the

State of California.

1449.   On June 14, 2007, Sigifredo Apodaca, age 22, was serving in the U.S. military in Iraq.

1450.   Mr. Apodaca was on patrol with his unit traveling in Saqlawiyah when he was attacked by an IED.

1451.   The weapon used to attack and injure Mr. Apodaca was an Iranian manufactured/supplied pressure plate IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1452.   As a result of the attack, Mr. Apodaca suffered significant injuries to his head resulting in a TBI, tinnitus and PTSD.

1453.   Mr. Apodaca received extensive medical treatment for his TBI and tinnitus as well as psychological care for his PTSD after the attack.

1454.   As a result of the June 14, 2007 Terrorist Attack, and the injuries he suffered, Sigifredo Apodaca has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1455.   Plaintiff Vanita Apodaca is a citizen of the United States and domiciled in the State of Arizona. She is the mother of Sigifredo Apodaca.

1456.   Plaintiff Manuel Apodaca is a citizen of the United States and domiciled in the State of New Mexico. He is the father of Sigifredo Apodaca.

1457.   Plaintiff Saul Apodaca is a citizen of the United States and domiciled in the State of Arizona. He is the brother of Sigifredo Apodaca.

1458.   Plaintiff Debra Apodaca is a citizen of the United States and domiciled in the

State of Arizona. She is the sister of Sigifredo Apodaca.

1459. Plaintiff Alexia Felix is a citizen of the United States and domiciled in the State of Arizona. She is the sister of Sigifredo Apodaca.

1460. As a result of the June 14, 2007 Terrorist Attack, and the injuries suffered by Sigifredo Apodaca, Plaintiffs Manuel Apodaca, Vanita Apodaca, Saul Apodaca, Debra Apodaca, and Alexia Felix have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 85. THE JUNE 13, 2007 ATTACK - BAGHDAD

### A. PLAINTIFF JOEL K. GORBUTT

1461. Plaintiff Joel K. Gorbutt is a citizen of the United States and domiciled in the State of Arizona.

1462. On June 13, 2007, Joel K. Gorbutt, age 47, was serving in the U.S. military in Iraq.

1463. Mr. Gorbutt was travelling on Route Tampa with his unit when they were attacked by an IED and Small Arms Fire.

1464. The weapon used to attack and injure Mr. Gorbutt was an Iranian manufactured/supplied IED and Small Arms Fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1465. As a result of the attack, Joel K. Gorbutt suffered a concussion, TBI, tinnitus and PTSD.

1466. Joel K. Gorbutt received extensive medical treatment. Mr. Gorbutt has been treated at the Carl T. Hayden Veterans Administration Medical Center in Phoenix, Arizona.

1467. As a result of the June 13, 2007 Terrorist Attack, and the injuries he suffered,

Joel K. Gorbutt has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 86.   THE JUNE 13, 2007 ATTACK – RAMADI

### A.   PLAINTIFF STEVEN GRANT GILBOY

1468.   Plaintiff Steven Grant Gilboy is a citizen of the United States and domiciled in the State of Wisconsin.

1469.   On June 13, 2007, Steven Grant Gilboy, age 47, was serving in the U.S. military in Iraq.

1470.   Mr. Gilboy was at a fuel point inside FOB Ramadi when he heard the sound of rockets/mortars being fired. As he proceeded toward a mortar wall, several mortar rounds landed near him causing him to be thrown into the mortar wall.

1471.   The weapons used to attack and injure Mr. Gilboy were Iranian manufactured/supplied mortars/rockets provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1472.   As a result of the attack, Steven Grant Gilboy suffered loss of consciousness, second degree burns, shrapnel wounds to his face and body, TBI, development of seizures, headaches, vertigo, ruptured right ear drum causing loss of hearing, tinnitus, injury to his shoulders, lower back and both knees and PTSD.

1473.   Steven Grant Gilboy received medical treatment at CSH hospital at FOB Ramadi; East Clinic, Dean Medical Group, Madison, Wisconsin; Ft. McCoy TMC, Ft. McCoy, WI; Franciscan Skemp Medical Center, Lacrosse, WI; Mayo Clinic Hospital, Rochester, MN; William S. Middleton Memorial Veterans Hospital, Madison, WI; VA Beaver Dam Clinic,

Beaver Dam, WI; Comfort Keepers In-Home Senior Care, Madison, WI; and Divine Savior Healthcare, Portage, WI.

1474.   As a result of the June 13, 2007 Terrorist Attack, and the injuries he suffered, Steven Grant Gilboy has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 87.   THE JUNE 11, 2007 ATTACK - BAGHDAD

### A.   PLAINTIFF CHRISTOPHER JERID RODRIGUEZ

1475.   Plaintiff Christopher Jerid Rodriguez is a citizen of the United States and domiciled in the State of California.

1476.   On June 11, 2007, Christopher Jerid Rodriguez, age 21, was serving in the U.S. military in Iraq.

1477.   Mr. Rodriguez was conducting a road block in a South Baghdad Farming Area when an RPG detonated into the side of his truck. He then took on Small Arms Fire.

1478.   The weapon used to attack and injure Mr. Rodriguez was an Iranian manufactured/supplied RPG and Small Arms Fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1479.   As a result of the attack, Christopher Jerid Rodriguez suffered injuries to his back and both knees; TBI and PTSD.

1480.   Christopher Jerid Rodriguez received extensive medical treatment. Mr. Rodriguez has received treatment from the Mayfair Veterans Administration Hospital in Virginia and the McClellan Outpatient Clinic in McClellan Park, California

1481.   As a result of the June 11, 2007 Terrorist Attack, and the injuries he suffered, Christopher Jerid Rodriguez has past and future noneconomic damages, including severe

physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 88.    THE JUNE 11, 2007 ATTACK - KARMAH

#### A.    PLAINTIFF BILL HUDSON GROSS II

1482.    Plaintiff Bill Hudson Gross II is a citizen of the United States and domiciled in the State of North Carolina.

1483.    On June 11, 2007, Bill Hudson Gross II, age 22, was serving in the U.S. military in Iraq.

1484.    Mr. Gross was with his unit when they were attacked by an IED.

1485.    The weapon used to attack and injure Mr. Gross was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1486.    As a result of the attack, Bill Hudson Gross II suffered shrapnel injuries to his hips, left leg and back, TBI and PTSD.

1487.    Bill Hudson Gross II received extensive medical treatment. Mr. Gross was medevac'd to the Camp Fallujah Medical Station. He was then treated at the Naval Hospital in Camp Lejeune, North Carolina.

1488.    As a result of the June 11, 2007 Terrorist Attack, and the injuries he suffered, Bill Hudson Gross II has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

**89.   THE JUNE 10, 2007 ATTACK - MAIN SUPPLY ROUTE TAMPA, NEAR FOB Q-WEST**

   **A.   PLAINTIFFS THE LARRY DUANE WILSON, JR. FAMILY**

1489.   Plaintiff Larry Duane Wilson, Jr. is a citizen of the United States and is domiciled in the State of Iowa.

1490.   In the late evening around 9:30 a.m. on June 10, 2007, Larry Duane Wilson, Jr., age 38, was serving in the U.S. military in Iraq.

1491.   Mr. Wilson was performing his duties as a Gunner in a Palletized Load System (PLS) that was the lead vehicle on patrol on Main Supply Route Tampa near FOB Q-West, approximately 40 miles from Mosul. An IED detonated approximately ten (10) feet from his vehicle and the blast slammed Mr. Wilson into the vehicle.

1492.   The weapon used to attack and injure Mr. Wilson was Iranian-manufactured IED provided by Iran and/or one of its Agents or Proxies to Iranian-funded and Iranian-trained terror operatives in Iraq.

1493.   As a result of the June 10, 2007 Terrorist Attack, Mr. Wilson sustained serious injuries due to the concussive blast of the explosion. Mr. Wilson has suffered from shrapnel to his face, neck, and left hand. In addition, Mr. Wilson sustained suffered a traumatic brain injury and also suffers from psychological injuries, including PTSD, Savior Attachment Disorder, anxiety, and depression.

1494.   Mr. Wilson was treated at the military hospital in Mosul, Iraq for his injuries. He later received treatment at Irwin Army Community Hospital and continued to receive treatment at the Dubuque VA Clinic.

1495.   As a result of the June 10, 2007 Terrorist Attack and the injuries he suffered, Larry Duane Wilson, Jr. has past and future noneconomic damages, including severe physical

and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1496.   Plaintiff Allysa Brooke Wilson is a citizen of the United States and is domiciled in the State of Iowa. She is the wife of Larry Duane Wilson, Jr.

1497.   As a result of the June 10, 2007 Terrorist Attack, and the injuries suffered by Larry Duane Wilson, Jr., Plaintiff Allysa Brooke Wilson, has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 90.   THE JUNE 3, 2007 ATTACK – BAQUBAH

### A.   PLAINTIFFS THE MICHAEL F. JACKSON FAMILY

1498.   Michael F. Jackson is a citizen of the United States and domiciled in the State of South Carolina.

1499.   On June 3, 2007, Michael F. Jackson, age 28, was serving in the U.S. military in Iraq.

1500.   Mr. Jackson was in his quarters at Forward Operating Base ("FOB") Warhorse when there was a VBIED attack and chlorine chemical attack on his FOB.

1501.   The weapons used to attack and injure Mr. Jackson were Iranian manufactured/supplied VBIED and chemical gas weapons provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1502.   As a result of the attack, Michael F. Jackson suffered injuries that include, but are not limited to, chemically induced asthma and PTSD.

1503.   Michael F. Jackson received extensive medical treatment, including past and ongoing care for these injuries, at various military base hospitals, Veterans Medical Centers and private hospitals.

1504.  Plaintiff John L. Kolmar is a citizen of the United States and domiciled in the State of South Carolina. He is the brother of Michael F. Jackson.

1505.  As a result of the June 3, 2007 Terrorist Attack, and the injuries suffered by Michael F. Jackson, Plaintiff John L. Kolmar has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 91.    THE JUNE 3, 2007 ATTACK – ROUTE LOUISIANA, HOSSEINIYA

### A.    PLAINTIFFS THE JARED MICHAEL ROGERS FAMILY

1506.  Jared Michael Rogers is a citizen of the United States and domiciled in the State of Texas.

1507.  On June 3, 2007, Jared Michael Rogers, age 20, was serving in the U.S. military in Iraq.

1508.  Mr. Rogers was on patrol with his unit on Route Louisiana in the town of Hosseiniya, Iraq when an IED exploded into his convoy.

1509.  The weapon used to attack and injure Mr. Rogers were Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1510.  Plaintiff, C.J.R., a minor, represented by his legal guardian Jared Michael Rogers, is a citizen of the United States and is domiciled in the state of Oregon.  He is the son of Jared Michael Rogers

1511.  As a result of the June 3, 2007 Terrorist Attack, and the injuries suffered by Jared Michael Rogers, Plaintiff C.J.R. has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

**92.      THE MAY 25, 2007 ATTACK – RADWANIYAH**

    **A.      PLAINTIFFS THE ROBERT ALLEN MANSFIELD FAMILY**

1512.  Plaintiff Robert Allen Mansfield is a citizen of the United States and domiciled in the State of Delaware.

1513.  On May 25, 2007, Robert Allen Mansfield, age 38, was serving in the U.S. military in Iraq.

1514.  Mr. Mansfield was driving a Humvee conducting convoy security on route MSR Tampa near Radwaniyah when his vehicle was hit by an IED.

1515.  The weapon used to attack and injure Mr. Mansfield was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1516.  As a result of the attack, Robert Allen Mansfield suffered a TBI, PTSD, and anxiety.

1517.  Robert Allen Mansfield has received extensive medical treatment and medication from 2007 to present for his TBI and PTSD.

1518.  As a result of the May 25, 2007 Terrorist Attack, and the injuries he suffered, Robert Allen Mansfield has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1519.  Plaintiff Alice Mansfield is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Robert Allen Mansfield.

1520.  Plaintiff Felicia Mansfield is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Robert Allen Mansfield.

1521.  Plaintiff Lionel A. Mansfield is a citizen of the United States and domiciled in

the State of Pennsylvania. He is the brother of Robert Allen Mansfield.

1522. Plaintiff Larry Fields is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of Robert Allen Mansfield.

1523. As a result of the May 25, 2007 Terrorist Attack, and the injuries suffered by Robert Allen Mansfield, Plaintiffs Alice Mansfield, Felicia Mansfield, Lionel A. Mansfield, and Larry Fields, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 93. THE MAY 25, 2007 ATTACK – AL ANBAR

#### A. PLAINTIFF THE CORY ROBERT HOWARD FAMILY

1524. Cory Robert Howard is a citizen of the United States and domiciled in the State of Pennsylvania.

1525. On May 25, 2007, Cory Robert Howard, age 25, was serving in the U.S. military in Iraq.

1526. Mr. Howard was with his unit traveling on Main Supply Route Mobile toward Thor Thor bridge in Al Anbar when his AAV was hit by an IED.

1527. The weapon used to attack and injure Mr. Howard was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1528. As a result of the attack, Cory Robert Howard suffered significant injuries, including 3rd degree burns to most of his right leg, right arm, and face. There is shrapnel in his right leg, his right foot was shattered, and his right forearm muscle is gone. He also suffers from TBI, tinnitus and PTSD.

1529. Cory Robert Howard received extensive medical treatment and he was placed

in a medically induced coma for 3 weeks. Undergone multiple surgeries including skin grafts, nose reconstruction, bone grafting, muscle removal, and a spinal cord stimulator placement. He receives psychological therapy for PTSD and takes medication.

1530.   Plaintiff Leslie Howard is a citizen of the United States and domiciled in the State of California. She is the mother of Cory Robert Howard.

1531.   As a result of the May 25, 2007 Terrorist Attack, and the injuries suffered by Cory Robert Howard, Plaintiff Leslie Howard has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 94.   THE MAY 21, 2007 ATTACK – BAGHDAD

### A.   PLAINTIFF JOHN IOANNIS OUZOUNIDIS

1532.   Plaintiff John Ioannis Ouzounidis is a citizen of the United States and domiciled in the State of California.

1533.   On May 21, 2007, John Ioannis Ouzounidis, age 25, was serving in the U.S. military in Iraq.

1534.   Mr. Ouzounidis was on foot patrol with his unit in Baghdad, just outside of FOB Falcon, when the unit was attacked with small arms fire.

1535.   The weapon used to attack and injure Mr. Ouzounidis was an Iranian manufactured/supplied small arms weapon provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1536.   As a result of the attack, John Ioannis Ouzounidis suffered injuries that include, but are not limited to, a gunshot wound to the left leg, depression and anxiety.

1537.   John Ioannis Ouzounidis received extensive medical treatment, including past and ongoing care for these injuries, at the Green Zone military base hospitals, FOB Falcon,

several Veterans Medical Centers and health care providers.

1538.  As a result of the May 21, 2007 Terrorist Attack, and the injuries he suffered, John Ioannis Ouzounidis has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 95.  THE MAY 17, 2007 ATTACK - RUSHDI MULLAH - THE TRIANGLE OF DEATH

#### A.  PLAINTIFFS THE STEVEN MICHAEL PACKER FAMILY

1539.  Decedent Steven Michael Packer was a citizen of the United States and domiciled in the State of California.

1540.  On May 17, 2007, Steven Michael Packer, age 23, was serving in the U.S. military in Iraq.

1541.  Mr. Packer was on foot patrol in Rushdi Mullah searching for kidnapped soldiers when he stepped on a buried IED, injuring and killing him.

1542.  The weapons used to attack and kill Steven Michael Packer were Iranian manufactured/supplied IEDs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1543.  As a result of the May 17, 2007 Terrorist Attack, Steven Michael Packer sustained severe injuries and died from those injuries.

1544.  Plaintiff Robin Renee Davidson is a citizen of the United States and domiciled in the State of California. She is the mother of Steven Michael Packer.

1545.  Plaintiff Christopher David Packer is a citizen of the United States and domiciled in the State of California. He is the brother of Steven Michael Packer.

1546.  Plaintiff Danielle Allyson Packer is a citizen of the United States and

domiciled in the State of California. She is the sister of Steven Michael Packer.

1547.   Plaintiff Zachary Tyler Davidson is a citizen of the United States and domiciled in the State of California. He is the brother of Steven Michael Packer.

1548.   Plaintiff Jason Nolan Davidson is a citizen of the United States and domiciled in the State of California. He is the brother of Steven Michael Packer.

1549.   Plaintiff Robin Renee Davidson brings an action individually, and on behalf of the Estate of Steven Michael Packer, and all heirs thereof, as its legal representative.

1550.   As a result of the May 17, 2007 Terrorist Attack, and the injuries suffered by Steven Michael Packer, Plaintiffs Robin Renee Davidson, Christopher David Packer, Danielle Allyson Packer, Zachary Tyler Davidson, and Jason Nolan Davidson, and the heirs of Steven Michael Packer have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 96.   THE MAY 14, 2007 ATTACK – BAGHDAD

### A.   PLAINTIFFS THE TERRY LAMONT FLEMING FAMILY

1551.   Plaintiff Terry Lamont Fleming is a citizen of the United States and domiciled in  the State of Georgia.

1552.   On May 14, 2007, Terry Lamont Fleming, age 25, was serving in the U.S. military in Iraq.

1553.   Mr. Fleming was on patrol in the Adhamiyah neighborhood of Baghdad when his unit was involved in a complex attack/ambush beginning when a RPG was fired at them. The unit continued seeking the attackers and 10 minutes later Mr. Fleming's vehicle was struck by an IED causing the vehicle and occupants to become engulfed by fire. Shortly afterwards, the unit was attacked with another RPG. The attack killed two soldiers, and

severely wounded Mr. Fleming and a fourth occupant of the vehicle.

1554.   The weapons used to attack and injure Mr. Fleming were Iranian manufactured/supplied IED and RPGs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1555.   As a result of the attack, Terry Lamont Fleming suffered burns over 85% of his body, amputation of fingers from both hands, significant internal injuries, and PTSD.

1556.   Terry Lamont Fleming received extensive medical treatment receiving over 100 surgeries including skin grafts, amputations of fingers on both hands, repairs to his elbows, hands, and wrists, removal of portions of his colon and intestines, as well as the removal of his gall bladder.

1557.   As a result of the May 14, 2007 Terrorist Attack, and the injuries he suffered, Terry Lamont Fleming has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1558.   Plaintiff Ida Lee Fleming is a citizen of the United States and domiciled in the State of South Carolina. She is the mother of Terry Lamont Fleming.

1559.   Plaintiff Elaine F. Bennett is a citizen of the United States and domiciled in the State of South Carolina. She is the sister of Terry Lamont Fleming.

1560.   Plaintiff Ayron L. Bennett is a citizen of the United States and domiciled in the State of South Carolina. He is the nephew of Terry Lamont Fleming.

1561.   As a result of the May 14, 2007 Terrorist Attack, and the injuries suffered by Terry Lamont Fleming,  Plaintiffs Ida Lee Fleming, Elaine F. Bennett, and Ayron L. Bennett have past and future noneconomic damages, including severe mental anguish, extreme

emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 97.    THE MAY 13, 2007 ATTACK -- SAMARRA

#### A.    PLAINTIFFS THE DANIEL EUZEB COWART FAMILY

1562.  Plaintiff Daniel Euzeb Cowart is a citizen of the United States and domiciled in the State of Texas.

1563.  On May 13, 2007, Daniel Euzeb Cowart, age 26, was serving in the U. S. military in Iraq.

1564.  Mr. Cowart was on patrol with his unit on Route Tampa heading towards FOB Brassfield-Mora when they came upon stopped vehicles. Upon approaching the stopped vehicles one of the drivers ran away, and Mr. Cowart followed to subdue him. A passenger inside the vehicle deployed a suicide vest causing the vehicle, loaded with ammunition and guns, to explode. The impact of the explosion killed the driver, killed Mr. Cowart's 1st Lieutenant, and caused severe injuries to Mr. Cowart.

1565. The weapon used to attack and injure Mr. Cowart was an Iranian manufactured/supplied suicide bomb provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1566.  As a result of the attack, Daniel Euzeb Cowart suffered severe injuries to his leg which resulted in an above knee amputation of his left leg, severe injuries to his right leg, shrapnel to his face, ears, and both legs, nerve damage to his right leg and foot, muscle loss in both legs, ruptured ear drums resulting in permanent tinnitus in both ears, scarring to both legs, and PTSD.

1567.  Daniel Euzeb Cowart was medevac'd to the CSH hospital in Balad where he underwent surgery on his legs. He was then medevac'd to Landstuhl Regional Medical

Center, Landstuhl, Germany where he underwent additional surgery on his legs. He was then medevac'd to Walter Reed National Military Medical Center, Bethesda, Maryland, where he underwent numerous surgeries on his legs. He was later taken to Brooke Army Medical Center, San Antonio, Texas and Michael E. Debakey VA Medical Center, Houston, Texas for continued medical treatment. He continues to undergo medical treatment at Houston Medical Clinic/Hanger Clinic, Houston, Texas and Dr. Almer Love, OEF Clinic, Houston, Texas.

1568.  As a result of the May 13, 2007 Terrorist Attack, and the injuries he suffered, Daniel Euzeb Cowart has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1569.  Plaintiff, Sarah Earls Cowart, is a citizen of the United States and domiciled in the State of Texas. She is the wife of Daniel Euzeb Cowart.

1570.  Plaintiff, A.R.C., a minor child, represented by her legal guardian Sarah Earls Cowart, is a citizen of the United States and domiciled in the State of Texas.  She is the daughter of Daniel Euzeb Cowart.

1571.  Plaintiff, A.S.C., a minor child, represented by her legal guardian Sarah Earls Cowart, is a citizen of the United States and domiciled in the State of Texas.  She is the daughter of Daniel Euzeb Cowart.

1572.  Plaintiff, Clifford Cowart, is a citizen of the United States and domiciled in the State of Texas. He is the father of Daniel Euzeb Cowart.

1573.  Plaintiff, Theresa L. Cowart, is a citizen of the United States and domiciled in the State of Texas. She is the mother of Daniel Euzeb Cowart.

1574.  As a result of the May 13, 2007 Terrorist Attack, and the injuries suffered by Daniel Euzeb Cowart, Plaintiffs Sarah Earls Cowart, A.R.C., a minor child, A.S.C., a minor child, Clifford Cowart, and Theresa L. Cowart, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 98.  THE MAY 12, 2007 ATTACK – UMM QASR

### A.  PLAINTIFFS THE ANDRE DEWAYNE JOSEPH FAMILY

1575.  Plaintiff Andre Dewayne Joseph is a citizen of the United States and domiciled in the State of New York.

1576.  On May 12, 2007, Andre Dewayne Joseph, age 36, was serving in the U.S. military in Iraq.

1577.  Mr. Joseph was on patrol with his unit leaving Camp Bucca near Umm Qasr when 2-3 IEDs went off impacting the Humvee in which he was a passenger of.

1578.  The weapon used to attack and injure Mr. Joseph was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1579.  As a result of the attack, Andre Dewayne Joseph sustained a spine injury, numbness in his left hand, and PTSD.

1580.  Andre Dewayne Joseph received extensive medical treatment including a spinal fusion, a spinalectomy, and psychiatric care for his PTSD and sleeping disorder.

1581.  As a result of the May 12, 2007, Terrorist Attack, and the injuries he suffered, Andre Dewayne Joseph has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1582.  Plaintiff Barbette Joseph is a citizen of the United States and domiciled in the State of California. She is the wife of Andre Dewayne Joseph.

1583.  Plaintiff Qamar Joseph is a citizen of the United States and domiciled in the State of California. He is the son of Andre Dewayne Joseph.

1584.  As a result of the May 12, 2007 Terrorist Attack, and the injuries suffered by Andre Dewayne Joseph, Plaintiffs Barbette Joseph and Qamar Joseph, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 99.    THE MAY 5, 2007 ATTACK – BARWANA

### A.    PLAINTIFFS THE RONNY PORTA FAMILY

1585.  Plaintiff Ronny Porta is a United States and domiciled in the State of Virginia.

1586.  On May 5, 2007, Ronny Porta, age 20, was serving in the U.S. military in Iraq.

1587.  Mr. Porta was driving a Humvee in a 4 vehicle logistics supply convoy five miles outside of Barwana, when his vehicle was struck by an IED, killing two men in Mr. Porta's vehicle and seriously injuring Mr. Porta.

1588.  The weapon used to attack and injure Mr. Porta was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1589.  As a result of the attack, Ronny Porta suffered burns to 97% of his body, the amputation of his right arm, TBI, and PTSD.

1590.  Ronny Porta has had over 100 surgeries and received extensive medical

treatment at Landstuhl Regional Medical Center, Landstuhl, Germany; San Antonio Medical Center, Fort Sam Houston, Texas; and Martinsburg VA Medical Center, Martinsburg, West Virginia.

1591. As a result of the May 5, 2007 Terrorist Attack, and the injuries he suffered, Ronny Porta has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1592. Plaintiff Rene Eva Porta is a citizen of the United States and domiciled in the State of Maryland. She is the mother of Ronny Porta.

1593. Plaintiff Felix A. Porta is a United States permanent resident and domiciled in the State of Maryland. He is the father of Ronny Porta.

1594. Plaintiff Natali Porta is a citizen of the United States and domiciled in the State of Maryland. She is the sister of Ronny Porta.

1595. As a result of the May 5, 2007 Terrorist Attack, and the injuries suffered by Ronny Porta, Plaintiffs Rene Eva Porta, Felix A. Porta, and Natali Porta have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 100. THE APRIL 28, 2007 ATTACK – HADITHA

### A. PLAINTIFF THEODORE MICHAEL COTHRAN JR.,

1596. Plaintiff Theodore Michael Cothran Jr., is a citizen of the United States and domiciled in the State of North Carolina.

1597. On April 28, 2007, Theodore Michael Cothran Jr., age 23, was serving in the U.S. military in Iraq.

1598.   While on patrol on Route Bronze outside Haditha, Iraq, Mr. Cothran was attacked by an IED, which exploded when his vehicle ran over it.

1599.   The weapon used to attack and injure Theodore Michael Cothran Jr. was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1600.   As a result of the April 28, 2007 Terrorist Attack, Theodore Michael Cothran Jr. sustained a traumatic finger amputation and nerve damage to his hand, which required surgery. He also suffered a broken leg, muscle damage in his leg, shrapnel injury to his shoulder, which later required surgery, and head injury. Additionally, Mr. Cothran has received treatment for depression, anxiety, and insomnia.

1601.   Theodore Michael Cothran Jr., received extensive medical treatment at the Al Asad Hospital, Landstuhl Regional Medical Center, Walter Reed National Military Medical Center, Naval Medical Center San Diego, and Tripler Army Medical Center.

1602.   As a result of the April 28, 2007 Terrorist Attack, and the injuries he suffered, Theodore Michael Cothran Jr., has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1603.   Plaintiff Elena Martinez Cothran is a citizen of the United States and domiciled in the State of Louisiana. She is the mother of Theodore Michael Cothran Jr.

1604.   Plaintiff Theodore Michael Cothran Sr. is a citizen of the United States and domiciled in the State of Louisiana. He is the father of Theodore Michael Cothran Jr.

1605.   Plaintiff Antoinette Cothran Hebert is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of Theodore Michael Cothran, Jr.

1606.   As a result of the April 28, 2007 Terrorist Attack, and the injuries suffered by Theodore Michael Cothran Jr., Plaintiffs Elena Martinez Cothran, Theodore Michael Cothran Sr., and Antoinette Cothran Hebert, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

**101.   THE APRIL 25, 2007 ATTACK – BAGHDAD**

        **A.   PLAINTIFF SHAUN CHRISTOPHER STILTNER**

1607.   Plaintiff Shaun Christopher Stiltner is a citizen of the United States and domiciled in the State of South Carolina.

1608.   On April 25, 2007, Shaun Christopher Stiltner, age 35, was employed by DynCorp International ("Dyncorp") working for the U.S. Department of State in Iraq.

1609.   While traveling through Baghdad in the Hyalamil neighborhood, Mr. Stiltner's Humvee was struck by an EFP causing the Humvee to burst into flames.

1610.   The weapon used to attack and injure Mr. Stiltner was an Iranian manufactured/supplied EFP provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1611.   As a result of the attack, Mr. Stiltner suffered 2nd and 3rd degree burns to his hands.

1612.   Mr. Stiltner received extensive medical treatment at Green Zone, Baghdad, Iraq; Landstuhl Regional Medical Center, Landstuhl, Germany; and JMS Burn Center at Doctors Hospital, Augusta, Georgia.

1613.   As a result of the April 25, 2007 Terrorist Attack, and the injuries he suffered, Shaun Christopher Stiltner, has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future

economic damages, including medical expenses, lost income, and loss of earning capacity.

### 102. THE APRIL 18, 2007 ATTACK – TARMIYAH

#### A. PLAINTIFFS THE MATTHEW GENE RAUL MERCADO FAMILY

1614. Plaintiff Matthew Gene Raul Mercado is a citizen of the United States and domiciled in the State of Colorado.

1615. On April 18, 2007, Matthew Gene Raul Mercado, age 30, was serving in the U.S. military in Iraq.

1616. Mr. Mercado was on patrol with his unit in Tarmiyah when they were ambushed and Mr. Mercado was attacked with a knife while dismantling an IED.

1617. The IED weapon used to attack and injure Mr. Mercado was an Iranian manufactured/supplied weapon provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1618. As a result of the attack, Matthew Gene Raul Mercado suffered injuries that include, but are not limited to, stab wound to the neck, bite to the face, a concussion, a TBI, and PTSD.

1619. Matthew Gene Raul Mercado received extensive medical treatment, including past and ongoing care for these injuries, at Landstuhl Regional Medical Center, Brooke Army Medical Center and other Veterans Medical Centers.

1620. As a result of the April 18, 2007 Terrorist Attack, and the injuries he suffered, Matthew Gene Raul Mercado has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1621. Plaintiff Raul Mercado is a citizen of the United States and domiciled in the

State of New York. He is the father of Matthew Gene Raul Mercado.

1622.   Plaintiff Saundra Mercado is a citizen of the United States and domiciled in the State of New York. She is the mother of Matthew Gene Raul Mercado.

1623.   Plaintiff K.M.M., a minor, represented by his legal guardian Matthew Gene Raul Mercado, is a citizen of the United States and domiciled in the State of Colorado. He is the son of Matthew Gene Raul Mercado.

1624.   Plaintiff M.L.M., a minor, represented by her legal guardian Matthew Gene Raul Mercado, is a citizen of the United States and domiciled in the State of Colorado. She is the daughter of Matthew Gene Raul Mercado

1625.   As a result of the April 18, 2007 Terrorist Attack, and the injuries suffered by Matthew Gene Raul Mercado, Plaintiffs Raul Mercado, Saundra Mercado, K.M.M. and M.L.M. have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 103.   THE APRIL 13, 2007 ATTACK – BAQUBAH

### A.   PLAINTIFFS THE MICHAEL F. JACKSON FAMILY

1626.   Michael F. Jackson is a citizen of the United States and domiciled in the State of South Carolina. On or about April 13, 2007, Michael F. Jackson, age 28, was serving in the U.S. military in Iraq.

1627.   Mr. Jackson was at FOB Gabe in Baqubah, when a mortar in the ground detonated and struck Mr. Jackson.

1628.   The weapon used to attack and injure Mr. Jackson was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1629.   As a result of the attack, Michael F. Jackson received extensive medical treatment, including past and ongoing care for these injuries, at various military base hospitals, Veterans Medical Centers and private hospitals.

1630.   Plaintiff John L. Kolmar is a citizen of the United States and domiciled in the State of South Carolina. He is the brother of Michael F. Jackson.

1631.   As a result of the Terrorist Attack on or about April 13, 2007, and the injuries suffered by Michael F. Jackson, Plaintiff John L. Kolmar has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 104.   THE APRIL 12, 2007 ATTACK - TARMIYAH

### A.   PLAINTIFFS THE GWILYM JOSEPH NEWMAN FAMILY

1632.   Plaintiff Gwilym Joseph Newman was a citizen of the United States and was domiciled in  the State of Texas at the time of his death.

1633.   On April 12, 2007, Gwilym Joseph Newman, age 22, was serving in the U.S. military  in Iraq.

1634.   Mr. Newman was on patrol with his unit in Tarmiyah when he was hit by sniper fire.

1635.   Gwilym Joseph Newman was killed in the attack.

1636.   The weapon used to attack and injure Mr. Newman was an Iranian manufactured/supplied small arms weapon provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1637.   Plaintiff Samantha L.N. Tjaden is a citizen of the United States and domiciled in the State of Washington. She was the wife of Gwilym Joseph Newman.

1638.   Plaintiff G.A.N., a minor, represented by his legal guardian Samantha L.N.

Tjaden, is a citizen of the United States and domiciled in the State of Washington. He is the son of Gwilym Joseph Newman and Samantha L.N. Tjaden.

1639.   Plaintiff Christine A. Curtis is a citizen of the United States and domiciled in the State of Texas. She is the mother of Gwilym Joseph Newman.

1640.   Plaintiff Brittany M. Greene is a citizen of the United States and domiciled in the State of Texas. She is the sister of Gwilym Joseph Newman.

1641.   Plaintiff Patrick D. Newman is a citizen of the United States and domiciled in the State of Texas. He is the brother of Gwilym Joseph Newman.

1642.   Plaintiff Samantha L.N. Tjaden brings an action individually, and on behalf of the anticipated Estate of Gwilym Joseph Newman, and all heirs thereof, as its legal representative.

1643.   As a result of the April 12, 2007 Terrorist Attack, and the injuries suffered by and the death of Gwilym Joseph Newman, Plaintiffs Samantha L.N. Tjaden, G.A.N., Christine A. Curtis, Brittany M. Greene and Patrick D. Newman have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Gwilym Joseph Newman's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Gwilym Joseph Newman.

**105.   THE APRIL 10, 2007 ATTACK - AL RUSAFA**

  **A.   PLAINTIFFS THE MALCOLM CHRISTOPHER CANADA FAMILY**

1644.   Plaintiff Malcolm Christopher Canada is a citizen of the United States and domiciled in  the State of South Carolina.

1645.   On April 10, 2007, Malcolm Christopher Canada, age 26, was serving in the U.S.

military in Iraq.

1646.  Mr. Malcolm Christopher Canada was on patrol in Al Rusafa, Iraq, when he was attacked with grenades, RPGs, and an EFP in a battle that lasted many hours and with many casualties.

1647.  The weapons used to attack and injure Mr. Canada were an Iranian manufactured/supplied grenades, RPGs, and an EFP provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1648.  As a result of the April 10, 2007 Terrorist Attack, Mr. Canada sustained injuries including a concussive blast injury, herniated discs, PTSD, depression, anxiety and other psychological injuries.

1649.  Malcolm Christopher Canada was initially treated by medics, he was further treated at Womack Army Medical Center, and Fort Bragg Rosco Robinson Health Clinic. Mr. Canada continues his treatment through the present through the Myrtle Beach Community Based Outpatient Clinic.

1650.  As a result of the April 10, 2007 Terrorist Attack, and the injuries he suffered, Malcolm Christopher Canada has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1651.  Plaintiff Barbara Jean Canada is a citizen of the United States and domiciled in the State of South Carolina. She is the wife of Malcolm Christopher Canada.

1652.  As a result of the April 10, 2007 Terrorist Attack, and the injuries suffered by Malcolm Christopher Canada, Plaintiff Barbara Jean Canada has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and

suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 106.    THE APRIL 5, 2007 ATTACK – BAGHDAD

### A.    PLAINTIFFS THE RENE IVAN GONZALEZ, JR. FAMILY

1653.   Plaintiff Rene Ivan Gonzalez, Jr. is a citizen of the United States and domiciled in the State of Texas.

1654.   On April 5, 2007, Rene Ivan Gonzalez, Jr., age 21, was serving in the U.S. military in Iraq.

1655.   Mr. Gonzalez was on his way to his sleeping quarters in Baghdad when the building was struck by mortars.

1656.   The weapon used to attack and injure Mr. Gonzalez was an Iranian manufactured/supplied Mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1657.   As a result of the attack, Rene Ivan Gonzalez, Jr. sustained injuries to his shoulder, tinnitus, PTSD and anxiety.

1658.   Rene Ivan Gonzalez, Jr. received extensive medical treatment including physical therapy for his shoulder, medical treatment for his tinnitus, as well as psychiatric care for his PTSD and his anxiety.

1659.   As a result of the April 5, 2007, Terrorist Attack, and the injuries he suffered, Rene Ivan Gonzalez, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1660.   Plaintiff, Yvette Gonzalez, is a citizen of the United States and domiciled in the State of Texas. She is the mother of Rene Ivan Gonzalez, Jr.

1661.  As a result of the April 5, 2007 Terrorist Attack, and the injuries suffered by Rene Ivan Gonzalez, Jr., Plaintiff Yvette Gonzalez has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 107.  THE MARCH 31, 2007 ATTACK – BAGHDAD

#### A.    PLAINTIFFS THE BRADLEY ARNOLD BLAZEK FAMILY

1662.  Plaintiff Bradley Arnold Blazek is a citizen of the United States and domiciled in the State of Georgia.

1663.  On March 31, 2007, Bradley Arnold Blazek, age 26, was serving in the U.S. military in Iraq.

1664.  Mr. Blazek was on Camp Victory in Baghdad when he was attacked by a rocket.

1665.  The weapon used to attack and injure Mr. Blazek was an Iranian manufactured/supplied rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1666.  As a result of the attack, Bradley Arnold Blazek suffered a TBI, shrapnel wounds and PTSD.

1667.  Bradley Arnold Blazek received extensive medical treatment including being evacuated and transferred to multiple hospitals for treatment of his injuries to include physical therapy, speech therapy, occupational therapy, cognitive therapy and neuro feedback.

1668.  As a result of the March 31, 2007 Terrorist Attack, and the injuries he suffered, Bradley Arnold Blazek has past and future noneconomic damages, including

severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1669.   Plaintiff Terri Machelle Blazek, is a citizen of the United States and domiciled in the State of Georgia. She is the wife of Bradley Arnold Blazek.

1670.   As a result of the March 31, 2007 Terrorist Attack, and the injuries suffered by Bradley Arnold Blazek, Plaintiff Terri Machelle Blazek, has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 108.   THE MARCH 26, 2007 ATTACK - BAQUBAH

### A.   PLAINTIFF MARIO DONTAE WHITAKER SR.

1671.   Plaintiff Mario Dontae Whitaker Sr. is a citizen of the United States and domiciled in  the State of Texas.

1672.   On March 26, 2007, Mario Dontae Whitaker Sr., age 26, was serving in the U.S. military in Iraq.

1673.   Mr. Whitaker was in a convoy with his unit when they were attacked by a VBIED.

1674.   The weapon used to attack and injure Mr. Whitaker was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1675.   As a result of the attack, Mario Dontae Whitaker Sr. suffered facial lacerations, tinnitus, and PTSD.

1676.   Mario Dontae Whitaker Sr. received extensive medical treatment. Mr.

Whitaker has been treated at his base for immediate injuries. He was then treated at the Moncrief Army Health Clinic in Columbia, South Carolina; and the Texas City Veterans Adminstation Outpatient Clinic in Texas.

1677.   As a result of the March 26, 2007 Terrorist Attack, and the injuries he suffered, Mario Dontae Whitaker Sr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 109.   THE MARCH 19, 2007 ATTACK—DINING FACILITY FOB FALCON, BAGHDAD

### A.   PLAINTIFF MATTHEW LEE ANDREAS

1678.   Plaintiff Matthew Lee Andreas is a citizen of the United States and is domiciled in the State of California.

1679.   On March 19, 2007, Matthew Lee Andreas, age 26, was serving in the U.S. Military in Iraq.

1680.   Mr. Andreas was in the dining facility at FOB Falcon when an explosion occurred, which caved in the roof of the facility. Mr. Andreas sustained a head injury as well as shrapnel and other injuries to his neck and left shoulder.

1681.   The weapon used to attack and injure Mr. Andreas was a Rocket Powered Grenade (RPG)/Rocket Mortar, provided by Iran and/or one of its Agents or Proxies to Iranian-funded and Iranian-trained terror operatives in Iraq.

1682.   As a result of the March 19, 2007 Terrorist Attack, Mr. Andreas sustained head and other injuries due to the concussive blast of the explosion and subsequent shrapnel and debris impacting his neck and left shoulder, lacerations to left arm, shoulder, back, and neck,

tinnitus, PTSD, depression, and anxiety.

1683.   Following the attack, Mr. Andreas received medical treatment in Iraq, Weed Army Community Hospital, Central California VA Healthcare System, and Merced Community Based Outpatient Clinic, and will continue to require further treatment and care in the future.

1684.   As a result of the March 19, 2007 attack, Matthew Lee Andreas has past and future noneconomic damages, including physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 110.   THE MARCH 16, 2007 ATTACK – BUHRIZ

#### A.   PLAINTIFFS THE WILLIAM ROBERT INGRAM FAMILY

1685.   Plaintiff William Robert Ingram is a citizen of the United States and domiciled in the State of Missouri.

1686.   On March 16, 2007, William Robert Ingram, age 22 was serving in the U.S. military in Iraq.

1687.   Mr. Ingram was on patrol conducting route clearance in Buhriz, Iraq when an EFP detonated on the lead vehicle of his convoy. As Mr. Ingram exited his vehicle to check on the damaged vehicle, he was attacked with small arms fire and RPGs.

1688.   The weapons used to attack and injure Mr. Ingram were an Iranian manufactured/supplied EFP, RPGs, and small arms, provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1689.   As a result of the March 16, 2007 Terrorist Attack, William Robert Ingram sustained significant injuries including a gunshot to his leg, shrapnel wounds to his face, left arm, and left leg, permanent nerve damage, and exacerbation of PTSD.

1690.   Mr. William Robert Ingram was initially treated at Paltoon Medica Bauhrit, Balad

Hospital, Madigan Army Medical Center, General Leonard Wood Army Community Hospital, Tripler Army Medical Center, and Kansas City VA Medical Center.

1691.  As a result of the March 16, 2007, Terrorist Attack, and the injuries he suffered, William Robert Ingram has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1692.  Plaintiff X.R.I., a minor child, represented by his legal guardian William Robert Ingram, is a citizen of the United States and domiciled in the State of Missouri. He is the son of William Robert Ingram.

1693.  Plaintiff W.J.I., a minor child, represented by his legal guardian William Robert Ingram, is a citizen of the United States and domiciled in the State of Missouri. He is the son of William Robert Ingram.

1694.  As a result of the March 16, 2007 Terrorist Attack, and the injuries suffered by William Robert Ingram, Plaintiffs, X.R.I., a minor child and W.J.I., a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 111.  THE MARCH 15, 2007 ATTACK - SAMARRA

### A.  PLAINTIFF BRADLEY ALAN KNEPPER

1695.  Plaintiff Bradley Alan Knepper is a citizen of the United States and domiciled in the State of Nevada.

1696.  On March 15, 2007, Bradley Alan Knepper, age 25, was serving in the U.S. military in Iraq.

1697.  Mr. Knepper was in the turret of his Humvee when an IED detonated into his

vehicle.

1698. The weapon used to attack and injure Mr. Knepper was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1699. As a result of the attack, Bradley Alan Knepper suffered injuries to his knee and back; damage to his hip; TBI and PTSD.

1700. Bradley Alan Knepper received extensive medical treatment. Mr. Knepper was treated at the Irwin Army Community Hosptial in Fort Riley, Kansas and Mike O'Callaghan Federal Medical Center in Las Vegas, Nevada.

1701. As a result of the March 15, 2007 Terrorist Attack, and the injuries he suffered, Bradley Alan Knepper has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 112.   THE MARCH 11, 2007 ATTACK - AL RUSAFA

### A.   PLAINTIFFS THE MALCOLM CHRISTOPHER CANADA FAMILY

1702. Plaintiff Malcolm Christopher Canada is a citizen of the United States and domiciled in the State of South Carolina.

1703. On March 11, 2007, Malcolm Christopher Canada, age 26, was serving in the U.S. military in Iraq.

1704. Mr. Canada was on foot patrol in Al Rusafa, Iraq, when an IED wired to multiple propane tanks exploded, injuring him. Mr. Canada was attacked further with small arms fire.

1705. The weapons used to attack and injure Mr. Canada were an Iranian manufactured/supplied IED and small arms provided by Iran and/or its agents to Iranian-funded

and Iranian-trained terror operatives in Iraq.

1706.   As a result of the March 11, 2007 Terrorist Attack, Malcolm Christopher Canada sustained significant injuries including a concussive blast injury, herniated discs, PTSD, depression, and anxiety.

1707.   Mr. Canada was initially treated by medics, he was further treated at Womack Army Medical Center, and Fort Bragg Rosco Robinson Health Clinic. Mr. Canada continues his treatment through the present through the Myrtle Beach Community Based Outpatient Clinic.

1708.   As a result of the March 11, 2007 Terrorist Attack, and the injuries he suffered, Malcolm Christopher Canada has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1709.   Plaintiff Barbara Jean Canada is a citizen of the United States and domiciled in the State of South Carolina. She is the wife of Malcolm Christopher Canada.

1710.   As a result of the March 11, 2007 Terrorist Attack, and the injuries suffered by Malcolm Christopher Canada, Plaintiff Barbara Jean Canada has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 113.   THE MARCH 5, 2007 ATTACK – BAQUBAH

### A.   PLAINTIFFS THE MICHAEL F. JACKSON FAMILY

1711.   Michael F. Jackson is a citizen of the United States and domiciled in the State of South Carolina.

1712.   On March 5, 2007, Michael F. Jackson, age 28, was serving in the U.S. military in Iraq.

251

1713.   Mr. Jackson was in a convoy with his unit, exiting FOB Warhorse in Baqubah, when his vehicle was struck by an IED.

1714.   The weapon used to attack and injure Mr. Jackson was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1715.   As a result of the attack, Michael F. Jackson suffered injuries that include, but are not limited to, a TBI, PTSD, anxiety, and depression.

1716.   Michael F. Jackson received extensive medical treatment, including past and ongoing care for these injuries, at various military base hospitals, Veterans Medical Centers and private hospitals.

1717.   Plaintiff John L. Kolmar is a citizen of the United States and domiciled in the State of South Carolina. He is the brother of Michael F. Jackson.

1718.   As a result of the March 5, 2007 Terrorist Attack, and the injuries suffered by Michael F. Jackson, Plaintiff  John L. Kolmar has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

**114.   THE MARCH 3, 2007 ATTACK –SAQLAWIYAH**

      **A.      PLAINTIFFS THE RORY HAMILTON COMPTON FAMILY**

1719.   Plaintiff Rory Hamilton Compton is a citizen of the United States and domiciled in Guam.

1720.   On March 3, 2007, Rory Hamilton Compton, age 20, was serving in the U.S. military in Iraq.

1721.   Mr. Compton was traveling in a convey conducting combat patrol on Route Angels, outside Saqlawiyah, Iraq, when his vehicle was struck by an IED.

1722.  The weapon used to attack and injure Mr. Compton was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1723.  As a result of the March 3, 2007 Terrorist Attack, Rory Hamilton Compton suffered a TBI, and continues to suffer from tinnitus, migraines, and PTSD.

1724.  Mr. Compton received medical treatment, including treatment at Naval Medical Center Portsmouth.

1725.  As a result of the March 3, 2007 Terrorist Attack, and the injuries he suffered, Rory Hamilton Compton has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1726.  Plaintiff Ruth Elizabeth Compton is a citizen of the United States and domiciled in Guam. She is the wife of Rory Hamilton Compton.

1727.  Plaintiff Lynette Marie Cooper is a citizen of the United States and domiciled in the State of Arizona. She is the mother of Rory Hamilton Compton.

1728.  Plaintiff Todd Duane Cooper is a citizen of the United States and domiciled in the State of Arizona. He is the step-father of Rory Hamilton Compton.

1729.  As a result of the March 3, 2007 Terrorist Attack, and the injuries suffered by Rory Hamilton Compton, Plaintiffs Ruth Elizabeth Compton, Lynette Marie Cooper, and Todd Duane Cooper have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 115.  THE MARCH 1, 2007 ATTACK – NASIRIYA

#### A.  PLAINTIFF KARL R. SIMANDL

1730.  Plaintiff Karl R. Simandl is a citizen of the United States and domiciled in the State of Wisconsin.

1731.  On March 1, 2007, Karl R. Simandl, age 28, was serving in the U.S. military in Iraq.

1732.  Mr. Simandl was driving a Humvee just north of bridge 14, near Nasiriya, when an IED struck his vehicle on the driver's side.

1733.  The weapon used to attack and injure Mr. Simandl was Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1734.  As a result of the attack, Karl R. Simandl suffered left arm nerve damage, back nerve damage, TBI and PTSD.

1735.  Karl R. Simandl was provided medical treatment at Milwaukee VA medical Center, in Milwaukee, Wisconsin.

1736.  As a result of the March 1, 2007 Terrorist Attack, and the injuries he suffered, Karl R. Simandl has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 116.  THE FEBRUARY 28, 2007 ATTACK – MAHMUDIYA

#### A.  PLAINTIFF MICHAEL WAYNE MYERS

1737.  Plaintiff, Michael Wayne Myers, is a citizen of the United States and domiciled in the State of New York.

1738.  On February 28, 2007, Michael Wayne Myers, age 26, was serving in the U.S.

military in Iraq.

1739.  Michael Wayne Myers was on foot patrol conducting a route clearance in Mahmudiya when he was struck by an IED.

1740.  The weapon used to attack and injure Mr. Myers was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1741.  As a result of the attack, Michael Wayne Myers sustained damage to his ears, legs, a TBI, and PTSD.

1742.  Michael Wayne Myers received extensive medical treatment including removal of shrapnel from his legs, his TBI, as well as psychiatric care for his PTSD.

1743.  As a result of the February 28, 2007, Terrorist Attack, and the injuries he suffered, Michael Wayne Myers has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 117.  THE FEBRUARY 22, 2007 ATTACK – SADR AL YUSIFIYAH

### A.  PLAINTIFFS THE HANNIBAL ALEXANDER VEGUILLA FAMILY

1744.  Plaintiff Hannibal Alexander Veguilla is a citizen of the United States and domiciled in the State of Texas.

1745.  On February 22, 2007, Hannibal Alexander Veguilla, age 24, was serving in the U.S. military in Iraq.

1746.  Mr. Veguilla was the driver of an M1151 Humvee in a convoy on Route Pinto in Sadr Al Yusifiyah, Iraq, when his vehicle rolled over an IED, which exploded, throwing

the Humvee in the air, ejecting the gunner, and trapping him and the Squad Leader.

1747. The weapon used to attack and injure Mr. Veguilla was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1748. As a result of the attack, Hannibal Alexander Veguilla suffered from shrapnel wounds to his extremities, arm and leg injuries, back injury, TBI, injury to his testicles, PTSD, and depression.

1749. Mr. Veguilla was taken back to Camp Stryker where he was taken by Medevac to the Combat Service Hospital 21 in Baghdad. He was later treated in Vilseck, Germany where underwent multiple surgeries to remove additional shrapnel. He had surgery at the William Beaumont Army Medical Center for TBI treatment, as well as surgery to testicular nerves. He also received treatment in the VA Sierra Nevada Health Care System, Sacramento VA, Martinez Outpatient Clinic, VA San Diego Healthcare System, Sharp Mesa Vista Hospital, and the VA College Station Clinic.

1750. As a result of the February 22, 2007 Terrorist Attack, and the injuries he suffered, Hannibal Alexander Veguilla has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1751. Plaintiff Marisa Carmel Veguilla is a citizen of the United States and domiciled in the State of Texas. She is the wife of Hannibal Alexander Veguilla.

1752. Plaintiff S.C.V., a minor, represented by her legal guardians Hannibal Alexander Veguilla and Marisa Carmel Veguilla, is a citizen of the United States and

domiciled in the State of Texas. She is the daughter of Hannibal Alexander Veguilla and Marisa Carmel Veguilla

1753.   As a result of the February 22, 2007 Terrorist Attack, and the injuries suffered by Hannibal Alexander Veguilla, Plaintiff, Marisa Carmel Veguilla and S.C.V, a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 118.   THE FEBRUARY 22, 2007 ATTACK – RAMADI

#### A.   PLAINTIFFS THE JOSHUA RYAN HAGER FAMILY

1754.   Plaintiff Joshua Ryan Hager was a citizen of the United States and domiciled in the State of Colorado.

1755.   On February 22, 2007, Joshua Ryan Hager, age 29, was serving in the U.S. military in Iraq.

1756.   Mr. Hager was on patrol from Camp Ramadi to Camp Corregidor when an IED detonated near his vehicle.

1757.   Joshua Ryan Hager was killed in the attack.

1758.   The weapon used to attack and injure Mr. Hager was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1759.   Plaintiff, Kris Lyle Silas Hager, is a citizen of the United States and domiciled in the State of Florida. He is the father of Joshua Ryan Hager.

1760.   Plaintiff, Kris Lyle Silas Hager, brings an action individually, and on behalf of the Estate of Joshua Ryan Hager, and all heirs thereof, as its legal representative.

1761.   As a result of the February 22, 2007 Terrorist Attack, and the injuries suffered by

and the death of Joshua Ryan Hager, Plaintiff, Kris Lyle Silas Hager has severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Joshua Ryan Hager's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Joshua Ryan Hager.

### 119.   THE FEBRUARY 22, 2007 ATTACK – RAMADI

### A.   PLAINTIFFS THE RALEIGH JAMES HEEKIN III FAMILY

1762.   Plaintiff Raleigh James Heekin III is a citizen of the United States and domiciled in the State of Colorado.

1763.   On February 22, 2007, Raleigh James Heekin III, age 31, was serving in the U.S. military in Iraq.

1764.   Mr. Heekin was in a convoy heading towards Camp Corregidor responding to a call for backup when his vehicle was hit by an IED, severely injuring him and killing two others.

1765.   The weapon used to attack and injure Mr. Heekin was an Iranian manufactured IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1766.   As a result of the attack, Raleigh James Heekin III suffered permanent damage to his left leg, a TBI, PTSD, and depression.

1767.   Raleigh James Heekin III received extensive medical treatment at the Air Base Hospital in Balad, Iraq where a fasciotomy was performed. He was then medically evacuated to Germany, and later treated at Walter Reed VA Hospital where he underwent multiple surgeries to his left leg.

1768.   As a result of the February 22, 2007 Terrorist Attack, and the injuries he suffered, Raleigh James Heekin III has past and future noneconomic damages, including

severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1769.  Plaintiff Misty Dawn Heekin is a citizen of the United States and domiciled in the State of Colorado. She is the wife of Raleigh James Heekin III.

1770.  Plaintiff Lynn Heekin is a citizen of the United States and domiciled in the State of Colorado. She is the mother of Raleigh James Heekin III.

1771.  Plaintiff Patrick Keiran Heekin is a citizen of the United States and domiciled in the State of Colorado. He is the brother of Raleigh James Heekin III.

1772.  Plaintiff Tanner Brennon Heekin is a citizen of the United States and domiciled in the State of Colorado. He is the son of Raleigh James Heekin III.

1773.  Plaintiff S.J.H., a minor child represented by her legal guardian Misty D. Heekin, is a citizen of the United States and domiciled in the State of Colorado. She is the daughter of Raleigh James Heekin III and Misty D. Heekin.

1774.  As a result of the February 22, 2007 Terrorist Attack, and the injuries suffered by Raleigh James Heekin III, Plaintiffs Misty Dawn Heekin, Lynn Heekin, Patrick Keiran Heekin, Tanner Brennon Heekin and S.J.H., have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 120.   THE FEBRUARY 21, 2007 ATTACK – KHALIDIYA

### A.   PLAINTIFF JOSHUA MATTHEW BOWER

1775.  Plaintiff Joshua Matthew Bower is a citizen of the United States and domiciled in the State of Delaware.

1776.  On February 21, 2007, Joshua Matthew Bower, age 21, was serving in the U.S.

Military in Iraq.

1777.   Mr. Bower was on foot patrol in Khalidiya, Iraq, when an IED detonated near him, injuring him in the blast.

1778.   The weapon used to attack and injure Mr. Bower was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1779.   As a result of the February 21, 2007 Terrorist Attack, Mr. Bower was knocked unconscious, and he suffered a Grade III concussion, a TBI, headaches, vomiting, lower back pain, perforated ear drum, and suffers from PTSD, insomnia, and anxiety.

1780.   Joshua Matthew Bower received extensive medical treatment at Battalion Aid Station Habbaniyah, Naval Medical Center Camp Lejeune, Wilmington VA Medical Center, and the Corporal Michael J. Crescenz VA Medical Center.

1781.   As a result of the February 21, 2007 Terrorist Attack, and the injuries he suffered, Joshua Matthew Bower has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 121.   THE FEBRUARY 20, 2007 ATTACK – BAGHDAD

### A.   PLAINTIFF CHARLES ANTHONY KELLER

1782.   Plaintiff Charles Anthony Keller is a citizen of the United States and domiciled in  the State of North Carolina.

1783.   On February 20, 2007, Charles Anthony Keller, age 24, was serving in the U.S. military in Iraq.

1784.   Mr. Keller was in his barracks when his base was attacked by thirteen rockets, including  one  that  came  through  the  door  to  the  barracks  and  traveled  right  past  him,

causing him to lose all hearing in his left ear.

1785.  The weapons used to attack and injure Mr. Keller were Iranian manufactured/supplied rockets provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1786.  As a result of the attack, Charles Anthony Keller suffers from hearing loss in his left ear and PTSD.

1787.  Charles Anthony Keller received extensive medical treatment at the Roscoe Robinson Health Clinic at Ft. Bragg, the Orlando VA Medical Center and the Durham VA Health Care System.

1788.  As a result of the February 20, 2007 Terrorist Attack, and the injuries he suffered, Charles Anthony Keller has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 122.  THE FEBRUARY 17, 2007 ATTACK – FALLUJAH

### A.    PLAINTIFF SHERMANDRE WESLEY JACKSON

1789.  Plaintiff Shermandre Wesley Jackson is a citizen of the United States and domiciled in the State of North Carolina.

1790.  On February 17, 2007 Shermandre Wesley Jackson, age 24, was serving in the U.S. military in Iraq.

1791.  Mr. Jackson was on security patrol with his fellow servicemen on Main Supply Route Fran in Fallujah, Iraq when the tank he was riding in was struck by two RPGs. The tank blew up and Mr. Jackson was severely injured.

1792.  The weapons used to attack and injure Mr. Jackson were Iranian

manufactured/supplied RPGs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1793.  As a result of the attack, Shermandre Wesley Jackson suffered burns on his face, chest, both arms, and his left leg. He also suffered a TBI, loss of the use of a finger on his right hand, hearing loss, vision loss, breathing problems, dry eye syndrome, PTSD, depression, anxiety, and insomnia.

1794.  Shermandre Wesley Jackson received extensive medical treatment. He was medically evacuated from the scene of the attack to Fallujah Medical Hospital, then he was flown to Germany and treated at Landstuhl Regional Medical Center, then he was flown to Texas and treated at Brooke Army Medical Center.

1795.  As a result of the February 17, 2007 Terrorist Attack, and the injuries he suffered, Shermandre Wesley Jackson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 123.   THE FEBRUARY 10, 2007 ATTACK - HUSAYBAH

### A.   PLAINTIFF BILL HUDSON GROSS II

1796.  Plaintiff Bill Hudson Gross II is a citizen of the United States and domiciled in the State of North Carolina.

1797.  On February 10, 2007, Bill Hudson Gross II, age 22, was serving in the U.S. military in Iraq.

1798.  Mr. Gross was with his unit when they were attacked by an IED and Small Arms Fire.

1799.  The weapon used to attack and injure Mr. Gross was an Iranian

manufactured/supplied IED and Small Arms Fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1800.   As a result of the attack, Bill Hudson Gross II suffered bleeding from his eyes, ears and nose, TBI and PTSD.

1801.   Bill Hudson Gross II received extensive medical treatment. Mr. Gross was medevac'd to the TQ Surgical Center in Al Taqaddum. He was then treated at the Baghdad International Airport Hospital, the Balad Air Base Hospital; the Camp Fallujah Medical Station; and the Naval Hospital in Camp Lejeune, North Carolina.

1802.   As a result of the February 10, 2007 Terrorist Attack, and the injuries he suffered, Bill Hudson Gross II has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 124.   THE FEBRUARY 7, 2007 ATTACK – FALLUJAH

#### A.   PLAINTIFF JOSHUA KRIS LUTZ

1803.   Plaintiff Joshua Kris Lutz is a citizen of the United States and domiciled in the State of Florida.

1804.   On February 7, 2007, Joshua Kris Lutz, age 24, was serving in the U.S. military in Iraq.

1805.   Mr. Lutz was on patrol with his unit in Fallujah when his Humvee was hit with an IED.

1806.   The weapon used to attack and injure Mr. Lutz was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1807.   As a result of the attack, Joshua Kris Lutz sustained a TBI, multiple shrapnel

wounds to face, knee, and shoulder, a detached retina, PTSD, anxiety, depression, vision loss, and memory loss.

1808.  Joshua Kris Lutz received extensive medical treatment including a metal plate placed in his face, psychological therapy and medications.

1809.  As a result of the February 7, 2007, Terrorist Attack, and the injuries he suffered, Joshua Kris Lutz has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 125.    THE FEBRUARY 5, 2007 ATTACK – BAGHDAD

### A.    PLAINTIFFS THE OLEIN NASHAN TSINNIJINNIE FAMILY

1810.  Plaintiff Olein Nashan Tsinnijinnie is a citizen of the United States and domiciled in the State of Minnesota.

1811.  On February 5, 2007, Olein Nashan Tsinnijinnie, age 20, was serving in the U.S. military in Iraq.

1812.  Mr. Tsinnijinnie was on patrol with his unit in Baghdad when his vehicle was struck by an IED followed by a small arms fire attack.

1813.  The weapon used to attack and injure Mr. Tsinnijinnie was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1814.  As a result of the attack, Olein Nashan Tsinnijinnie suffered injuries that include, but are not limited to, a TBI, permanent injury and disability to his legs and hips, a broken right fibula, shrapnel wounds to his legs, post-concussive headaches, left wrist tendinitis, PTSD, and sleep apnea.

1815.  Olein Nashan Tsinnijinnie received extensive medical treatment, including

past and ongoing care for these injuries, at Landstuhl Regional Medical Center, Carl R. Darnell Army Medical Center, Minneapolis VA Health Care System and other Veterans Medical Centers.

1816.  As a result of the February 5, 2007 Terrorist Attack, and the injuries he suffered, Olein Nashan Tsinnijinnie has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1817.  Plaintiff Ross Tsinnijinnie is a citizen of the United States and domiciled in the State of Minnesota. He is the father of Olein Nashan Tsinnijinnie.

1818.  Plaintiff Ranessa Tsinnijinnie is a citizen of the United States and domiciled in the State of Minnesota. She is the sister of Olein Nashan Tsinnijinnie.

1819.  Plaintiff Sheldreann Tsinnijinnie is a citizen of the United States and domiciled in the State of Minnesota. She is the sister of Olein Nashan Tsinnijinnie.

1820.  Plaintiff Shaleshia Tsinnijinnie is a citizen of the United States and domiciled in the State of Minnesota. She is the sister of Olein Nashan Tsinnijinnie.

1821.  Plaintiff Rossieanne Tsinnijinnie is a citizen of the United States and domiciled in the State of Minnesota. She is the sister of Olein Nashan Tsinnijinnie.

1822.  As a result of the February 5, 2007 Terrorist Attack, and the injuries suffered by Olein Nashan Tsinnijinnie, Plaintiffs Ross Tsinnijinnie, Ranessa Tsinnijinnie, Sheldreann Tsinnijinnie, Shaleshia Tsinnijinnie and Rossieanne Tsinnijinnie have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages,

including loss of services.

### 126.  THE JANUARY 25, 2007 ATTACK – ABU GHRAIB

#### A.      PLAINTIFF WESLEY ALLEN GAUTREAUX

1823.  Plaintiff Wesley Allen Gautreaux is a citizen of the United States and domiciled in the State of Arkansas.

1824.  On January 25, 2007, Wesley Allen Gautreaux, age 20, was serving in the U.S. military in Iraq.

1825.  Mr. Gautreaux was on patrol with his unit when they reached Abu Ghraib when his unit was attacked by an IED.

1826.  The weapon used to attack and injure Mr. Gautreaux was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1827.  As a result of the attack, Wesley Allen Gautreaux suffered a TBI, tinnitus, PTSD and anxiety.

1828.  Wesley Allen Gautreaux received extensive medical treatment for his TBI and his tinnitus, and psychological care for his PTSD and anxiety immediately following the attack.

1829.  As a result of the January 25, 2007 Terrorist Attack, and the injuries he suffered, Wesley Allen Gautreaux has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 127.   THE JANUARY 23, 2007 ATTACK – FADHIL

### A.   PLAINTIFFS THE BRYAN ALAN WINTON FAMILY

1830.   Plaintiff Bryan Alan Winton is a citizen of the United States and domiciled in the State of Texas.

1831.   On January 23, 2007, Bryan Alan Winton, age 24, was serving in the U.S. military in Iraq.

1832.   Mr. Winton went with his unit to assist soldiers who were in a helicopter crash. While assisting, his unit was attacked with small arms fire and RPGs.

1833.   The weapon used to attack and injure Mr. Winton was Iranian manufactured/supplied small arms and RPGs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1834.   As a result of the attack, Bryan Alan Winton suffered significant psychological injuries resulting in PTSD, anxiety, depression, and insomnia.

1835.   Bryan Alan Winton received extensive medical treatment including Medication and therapy for his PTSD.

1836.   As a result of the January 23, 2007 Terrorist Attack, and the injuries he suffered, Bryan Alan Winton has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1837.   Plaintiff Tabitha Winton is a citizen of the United States and domiciled in the State of Texas. She is the wife of Bryan Alan Winton.

1838.   Plaintiff B.M.W., a minor child, represented by her legal guardians Bryan Alan Winton and Tabitha Winton, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Bryan Alan Winton and Tabitha Winton.

1839.   As a result of the January 23, 2007 Terrorist Attack, and the injuries suffered by Bryan Alan Winton, Plaintiffs Tabitha Winton and B.M.W., a minor, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 128.   THE JANUARY 20, 2007 ATTACK – KARBALA

### A.   PLAINTIFFS THE ESDRAS JEAN FAMILY

1840.   Plaintiff Esdras Jean is a citizen of the United States and domiciled in the State of Florida.

1841.   On January 20, 2007, Esdras Jean, age 21, was serving in the U.S. military in Iraq.

1842.   While he was on base, Mr. Jean's complex underwent a lengthy attack by a group of insurgents disguised as Americans who split into groups, used explosives to burn vehicles, entered buildings using flash grenades and gunfire, isolated the US commander, and escaped with equipment and members of Mr. Jean's unit who were shot and killed.

1843.   The weapons used to attack and injure Mr. Jean were Iranian manufactured/supplied grenades and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1844.   As a result of the attack, Esdras Jean suffered significant injuries including major depressive disorder, sleep disorder, anxiety and PTSD.

1845.   Esdras Jean received extensive medical treatment including ongoing counseling five to six times a month and medication.

1846.   As a result of the January 20, 2007 Terrorist Attack, and the injuries he suffered, Esdras Jean has past and future noneconomic damages, including severe physical

and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1847.   Plaintiff Francois Jean is a citizen of the United States and domiciled in the State of Maryland. He is the father of Esdras Jean.

1848.   Plaintiff Marie Jean is a citizen of the United States and domiciled in the State of Maryland. She is the mother of Esdras Jean.

1849.   Plaintiff Franklin Jean is a citizen of the United States and domiciled in the State of Maryland. He is the brother of Esdras Jean.

1850.   Plaintiff Zachary Jean is a citizen of the United States and domiciled in the State of Maryland. He is the brother of Esdras Jean.

1851.   Plaintiff Luc Francois Jean is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of Esdras Jean.

1852.   Plaintiff Josue Jean is a citizen of the United States and domiciled in the State of Maryland. He is the brother of Esdras Jean.

1853.   Plaintiff Joel Samuel Jean is a citizen of the United States and domiciled in the State of Florida. He is the brother of Esdras Jean.

1854.   Plaintiff Naomie L. Hall is a citizen of the United States and domiciled in the State of Florida. She is the sister of Esdras Jean.

1855.   As a result of the January 20, 2007 Terrorist Attack, and the injuries suffered by Esdras Jean, Plaintiffs Francois Jean, Marie Jean, Franklin Jean, Zachary Jean, Luc Francois Jean, Josue Jean, Joel Samuel Jean, and Naomie L. Hall have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages,

including loss of services.

**129.   THE JANUARY 18, 2007 ATTACK – BAGHDAD**

    **A.   PLAINTIFF THE WILLIAM JOSHUA RECHENMACHER FAMILY**

1856.   William Joshua Rechenmacher was a citizen of the United States and domiciled in the State of Florida at the time of his death.

1857.   On January 18, 2007, William Joshua Rechenmacher, age 24, was serving in the U.S. military in Iraq.

1858.   Mr. Rechenmacher was performing his duties during combat operations in Baghdad when an EFP detonated near his vehicle.

1859.   William Joshua Rechenmacher was killed in the attack.

1860.   The weapon used to attack and injure Mr. Rechenmacher on January 18, 2007 was an Iranian manufactured/supplied EFP provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1861.   Plaintiff J.A.S, a minor child, represented by his legal guardian, Melody L. Glasgow, is a citizen of the United States and domiciled in the State of Florida. He is the son of William Joshua Rechenmacher and Melody L. Glasgow.

1862.   As a result of the January 18, 2007 Terrorist Attack, and the injuries suffered by, and the death of William Joshua Rechenmacher, Plaintiff J.A.S., a minor child, has severe mental anguish, extreme emotional pain and suffering, medical expenses, loss of William Joshua Rechenmacher's society, services, companionship, comfort, protection, instruction, advice and counsel.

### 130.    THE JANUARY 2007 ATTACK - MOSUL

#### A.    PLAINTIFFS THE CHRISTOPHER MICHAEL YOST FAMILY

1863.    Plaintiff Christopher Michael Yost is a citizen of the United States and domiciled in the State of Texas.

1864.    In January 2007, Christopher Michael Yost, age 23, was serving in the U.S. military in Iraq.

1865.    Mr. Yost was on a mission with his unit in Mosul when he was attacked by small arms fire near an IED storage and manufacturing facility. During the firefight, an explosion occurred, causing him to inhale large amounts of chlorine gas.

1866.    The weapon used to attack and injure Mr. Yost was an Iranian manufactured/supplied IEDs, small arms fire, mortars and chemical weapons provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1867.    As a result of the attack, Christopher Michael Yost suffered significant injuries such as fractured vertebrae, chronic back pain, migraines, PTSD, and shortness of breath due to the chemical exposure.

1868.    Christopher Michael Yost received extensive medical treatment including physical therapy, psychological therapy and medications.

1869.    As a result of the January 2007 Terrorist Attack, and the injuries he suffered, Christopher Michael Yost has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1870.    Plaintiff Michael J. Yost, Jr. is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of Christopher Michael Yost.

1871.    Plaintiff Regina Yost is a citizen of the United States and domiciled in the State

of Pennsylvania. She is the mother of Christopher Michael Yost.

1872.   Plaintiff Robert Michael Yost is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of Christopher Michael Yost.

1873.   As a result of the January 2007 Terrorist Attack, and the injuries suffered by Christopher Michael Yost, Plaintiffs Michael J. Yost, Jr., Regina Yost, and Robert Michael Yost have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 131.   THE DECEMBER 29, 2006 ATTACK – BAQUBAH

### A.   PLAINTIFFS THE DILLON J. CANNON FAMILY

1874.   Plaintiff Dillon J. Cannon is a citizen of the United States and domiciled in the State of Texas.

1875.   On December 29, 2006, Dillon J. Cannon, age 20, was serving in the U.S. military in Iraq.

1876.   Mr. Cannon was in the gunner position in a Humvee when he was shot in the neck by a sniper. Mr. Cannon's convoy had stopped on the roadside due to a suspected IED ahead.

1877.   The weapon used to attack and injure Mr. Cannon was an Iranian manufactured/supplied rifle provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1878.   As a result of the attack, Mr. Cannon's C6-C7 vertebrae were shattered, ultimately making him a quadriplegic. Mr. Cannon is now confined to a wheelchair.

1879.   Dillon J. Cannon received extensive medical treatment. Initially Mr. Cannon was taken to the First Aid Station at FOB Warhorse to be stabilized and was then airlifted to

Balad Air base and then to Landstuhl Regional Medical Center where he underwent an 11 hour surgery on his neck and back. Mr. Cannon has received extensive physical therapy and occupational therapy, and continues to receive medical treatment as a result of complications of his injury; including bladder surgery in 2008 due to his neurological injuries.

1880.   As a result of the December 29, 2006 Terrorist Attack, and the injuries he suffered, Dillon J. Cannon has incurred past and future noneconomic damages, including severe physical and mental pain and suffering, disability, and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1881.   Plaintiff Patricia A. Cannon is a citizen of the United States and is domiciled in the State of Texas. She is the mother of Dillon J. Cannon.

1882.   Plaintiff Kelsey J. Cannon is a citizen of the United States and is domiciled in the State of Texas. She is the sister of Dillon J. Cannon.

1883.   As a result of the December 29, 2006 Terrorist Attack, and the injuries suffered by Dillon J. Cannon, Plaintiffs, Patricia A. Cannon, and Kelsey J. Cannon have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 132.   THE DECEMBER 7, 2006 ATTACK – BAGHDAD

### A.   PLAINTIFF DEAN MICHAEL GRAHAM

1884.   Plaintiff Dean Michael Graham is a citizen of the United States and domiciled in the State of Indiana.

1885.   On December 7, 2006, Dean Michael Graham, age 44, was serving in the U.S.

military in Iraq.

1886.  Mr. Graham was in the dining hall at Camp Victory when a 120 mm mortar hit a truck parked outside of the hall approximately 20 feet from Mr. Graham. The explosion sent shrapnel into the hall and set numerous fires, injuring numerous soldiers and killing one. Mr. Graham suffered from tinnitus and witnessed the injuries to his fellow soldiers and the aftermath of the explosion.

1887.  The weapon used to attack and injure Mr. Graham was an Iranian manufactured/supplied 120 mm Rocket Mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1888.  As a result of the attack, Mr. Graham suffered physical injuries due to the concussive blast of the explosion, including tinnitus. Additionally, Mr. Graham suffers from PTSD, anxiety, depression and on-going nightmares as a result of this attack.

1889.  Dean Michael Graham received extensive medical treatment began treatment for his injuries in 2007 through the Department of Veterans Affairs Healthcare System. He has been treated for tinnitus caused by the explosion. Mr. Graham continues to treat his PTSD and psychological issues through a private healthcare provider in Indiana. He will require further treatment and care.

1890.  As a result of the December 7, 2006 Terrorist Attack, and the injuries he suffered, Dean Michael Graham has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 133.   THE DECEMBER 6, 2006 ATTACK – BAQUBAH

### A.   PLAINTIFFS THE WILLIAM JOHN COLWELL FAMILY

1891.  Plaintiff William John Colwell is a citizen of the United States and domiciled

in the State of Texas.

1892.   On December 6, 2006, William John Colwell, age 31, was serving in the U.S. military in Iraq.

1893.   Mr. Colwell and his unit were deployed on a quick response force mission in Baqubah, Iraq when the Humvee he was traveling in was struck by an IED.

1894.   The weapon used to attack and injure Mr. Colwell was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1895.   As a result of the attack, William John Colwell suffered a brain injury and has undergone several surgeries. He has had to learn how to breathe, eat, and walk again. He also suffered injuries to his right eye and has significant hearing loss as a result of the explosion, as well as PTSD, depression, and anxiety.

1896.   William John Colwell received extensive medical treatment at the Medical Mass Unit in Baghdad, Iraq, at Walter Reed National Military Medical Center in Bethesda, Maryland, at Womack Army Medical Center in Fort Bragg, North Carolina, and at the VA North Texas Health Care System in Fort Worth, Texas.

1897.   As a result of the December 6, 2006 Terrorist Attack, and the injuries he suffered, William John Colwell has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1898.   Plaintiff Janelle D. Colwell is a citizen of the United States and domiciled in the State of Texas. She is the wife of William John Colwell.

1899.   Plaintiff Alanna Colleen Colwell is a citizen of the United States and

domiciled in the State of Texas. She is the daughter of William John Colwell.

1900.   Plaintiff Michael Jeremiah Bieber-Rice is a citizen of the United States and domiciled in the State of Texas. He is the step-son of William John Colwell.

1901.   Plaintiff Joshua P. Colwell is a citizen of the United States and domiciled in the State of Texas. He is the son of William John Colwell.

1902.   As a result of the December 6, 2006 Terrorist Attack, and the injuries suffered by William John Colwell, Plaintiffs Janelle D. Colwell, Alanna Colleen Colwell, Michael Jeremiah Bieber-Rice, and Joshua P. Colwell have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 134.   THE DECEMBER 4, 2006 ATTACK – FOB HIT - AL ANBAR

### A.   PLAINTIFFS THE JUSTIN LEE SINGLETON FAMILY

1903.   Plaintiff Justin Lee Singleton is a citizen of the United States and domiciled in the State of Ohio.

1904.   On December 4, 2006, Justin Lee Singleton, age 27, was serving in the U.S. military in Iraq.

1905.   Mr. Singleton was driving a Humvee and had just entered FOB Hit and parked when the base was attacked with three mortars and rockets, which exploded near Mr. Singleton's vehicle.

1906.   The weapons used to attack and injure Mr. Singleton were Iranian manufactured/supplied mortars and rockets provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1907.   As a result of the December 4, 2006 Terrorist Attack, Mr.  Singleton sustained significant psychological injuries including PTSD, depression, anxiety, panic attacks, and

insomnia.

1908.   Mr. Singleton has received treatment for his injuries through the Cincinnati VA Hospital.

1909.   As a result of the December 4, 2006 Terrorist Attack, and the injuries he suffered, Justin Lee Singleton has past and future noneconomic damages, including severe mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1910.   Plaintiff I.D.S., a minor child, represented by his legal guardian Justin Lee Singleton, is a citizen of the United States and domiciled in the State of Ohio. He is the son of Justin Lee Singleton.

1911.   Plaintiff A.E.S., a minor child, represented by his legal guardian Justin Lee Singleton, is a citizen of the United States and domiciled in the State of Ohio. He is the son of Justin Lee Singleton.

1912.   Plaintiff S.K.S., a minor child, represented by her legal guardian Justin Lee Singleton, is a citizen of the United States and domiciled in the State of Ohio. She is the daughter of Justin Lee Singleton.

1913.   As a result of the December 4, 2006 Terrorist Attack, and the injuries suffered by Justin Lee Singleton, Plaintiffs I.D.S., a minor child, A.E.S., a minor child, and S.K.S., a minor child have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 135.   THE DECEMBER 4, 2006 ATTACK – BAGHDAD

### A.   PLAINTIFF JESSE JAMES JACKSON

1914.   Plaintiff Jesse James Jackson is a citizen of the United States and domiciled in

the State of Nevada.

1915.   On December 4, 2006, Jesse James Jackson, age 26, was serving in the U.S. military in Iraq.

1916.   Mr. Jackson was in a convoy on a route clearing mission in Baghdad when his vehicle was hit by an RPG causing him to lose consciousness.

1917.   The weapon used to attack and injure Mr. Jackson was an Iranian manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1918.   As a result of the attack, Jesse James Jackson suffered shrapnel wounds to his right leg, shrapnel wounds to his elbow, a TBI and PTSD.

1919.   Jesse James Jackson received extensive medical treatment from the medic at the base, and subsequently underwent one orthopedic surgery at Carl R. Darnall Army Medical Center and two orthopedic surgeries at Reno Orthopedic Clinic.

1920.   As a result of the December 4, 2006 Terrorist Attack, and the injuries he suffered, Jesse James Jackson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 136.   THE DECEMBER 1, 2006 ATTACK – FALLUJAH

### A.   PLAINTIFF BRIAN MICHAEL TANCO

1921.   Plaintiff Brian Michael Tanco is a citizen of the United States and domiciled in the State of Texas.

1922.   On December 1, 2006, Brian Michael Tanco, age 24, was serving in the U.S. military in Iraq.

1923.   Mr. Tanco was the gunner in a Humvee in a convoy performing security detail,

guarding a suspected IED in Falluja, when his convoy came under attack and he was shot in the shoulder by a sniper.

1924.   The weapons used to attack and injure Mr. Tanco were Iranian manufactured/supplied small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1925.   As a result of the December 1, 2006 Terrorist Attack, Brian Michael Tanco sustained significant injuries due to the bullet entering his shoulder, and he was diagnosed with a right Trapezius muscle avulsion, resulting in partial removal of the muscle. Mr. Tanco also suffered from right forearm and hand numbness due to the injury as well as scaring. Mr. Tanco also suffered from tinnitus as well as PTSD.

1926.   Mr. Tanco was treated immediately in Fallujah for the removal of the bullet from his shoulder. Mr. Tanco had additional surgery in Fallujah as a result of the injuries he sustained and has received further treatment through VA North Texas Heath Care System and the Plano Community Based Outpatient Clinic. He will require further treatment and care.

1927.   As a result of the December 1, 2006 Terrorist Attack, and the injuries he suffered, Brian Michael Tanco has past and future noneconomic damages, including severe mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 137.   THE NOVEMBER 21, 2006 ATTACK – MSR MOBILE, AL ANBAR PROVINCE, IVO ABU GHRAIB

#### A.   PLAINTIFFS THE JONATHAN SCOTT MALLARD FAMILY

1928.   Jonathan Scott Mallard is a citizen of the United States and domiciled in the State of North Carolina.

1929.   On November 21, 2006, Jonathan Scott Mallard, age 30, was serving in the

U.S. military in Iraq.

1930.  Mr. Mallard was with his unit traveling down MSR Tampa in the al Anbar Province, Iraq, in the vicinity of Abu Ghraib when an IED exploded into the side of his Humvee.

1931.  The weapon used to attack and injure Mr. Mallard was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1932.  Plaintiff Jessica Mallard Fancher is a citizen of the United States and is domiciled in the state of Wyoming. She is the sister of Jonathan Scott Mallard.

1933.  Plaintiff Brian E. Mallard is a citizen of the United States and is domiciled in the state of Florida. He is the brother of Jonathan Scott Mallard.

1934.  As a result of the November 21, 2006 Terrorist Attack, and the injuries suffered by Jonathan Scott Mallard, Plaintiffs Jessica Mallard Fancher and Brian E. Mallard have past and future noneconomic damages, including severe physical and mental pain and suffering, loss of consortium, and past and future economic damages, including loss of services.

## 138.  THE NOVEMBER 18, 2006 ATTACK – SAQLAWIYAH

### A.  PLAINTIFF FRANCIS MARTIN HURD

1935.  Plaintiff Francis Martin Hurd is a citizen of the United States and domiciled in the State of North Carolina.

1936.  On November 18, 2006, Francis Martin Hurd, age 35, was serving in the U.S. military in Iraq.

1937.  Mr. Hurd on patrol with his unit when he had to stop traffic at a 4-way intersection.  While directing traffic, Mr. Hurd was shot in his left side by a sniper. He fell to the ground, but was able to pull himself up and move to safety with his unit where they engaged in

ten to fifteen minutes of small arms fire.

1938.  The weapon used to attack and injure Mr. Hurd was Iranian-supplied small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1939.  As a result of the November 18, 2006 Terrorist Attack, Mr. Hurd sustained a gunshot wound to his left side and mid back and shrapnel injuries. This attack also contributed to Mr. Hurd's PTSD and anxiety.

1940.  Francis Martin Hurd received medical treatment at the Mobile Medical Station in Fallujah, U.S. Army Garrison Yongsan Hospital, Tripler Army Medical Center, Naval Medical Center Portsmouth, Naval Hospital Camp Lejune, and Wilmington VA Healthcare Center.

1941.  As a result of the November 18, 2006 Terrorist Attack, and the injuries he suffered, Francis Martin Hurd has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 139.  THE NOVEMBER 14, 2006 ATTACK – BAGHDAD

### A.  PLAINTIFF LARRY DIAZ CABRAL, JR.

1942.  Plaintiff Larry Diaz Cabral, Jr. is a citizen of the United States and domiciled in the State of Texas.

1943.  In November 14, 2006, Larry Diaz Cabral Jr., age 37, was serving in the U.S. military in Iraq.

1944.  On the evening of November 14, 2006, Mr. Cabral was driving an Up Armored Humvee in a convoy on Route Phone Card, Baghdad, Iraq, when an IED detonated and penetrated the vehicle, killing two others in the vehicle and riddling Mr. Cabral's arms and side with shrapnel.

1945.  The weapon used to attack and injure Larry Diaz Cabral Jr. was an Iranian-

manufactured IED device provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1946.   As a result of the November 14, 2006 Terrorist Attack, Larry Diaz Cabral Jr. sustained significant injuries, including nerve damage in both arms, shrapnel to side, and compressed cervical vertebrae, and TBI. Mr. Cabral also suffers from PTSD, anxiety and other psychological issues.

1947.   Larry Diaz Cabral Jr. was initially treated for his injuries at Forward Operating Base (FOB) Justice. In the years following the attack Mr. Cabral has received additional medical services including surgery for his injuries through the Central Texas Veterans Healthcare System, the San Antonio Northeast 410/San Antonio Clinic, Carl R. Darnall Army Medical Center, and the Eisenhower Army Medical Center. He will require further treatment and care.

1948.   As a result of the November 14, 2006 Terrorist Attack, and the injuries he suffered, Larry Diaz Cabral Jr. has past and future noneconomic damages, including severe mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## B.   PLAINTIFFS THE ROBERT LEE MCCORMICK FAMILY

1949.   Plaintiff Robert Lee McCormick is a citizen of the United States and domiciled in the State of Louisiana.

1950.   On November 14, 2006, Robert Lee McCormick, age 32, was serving in the U.S. military in Iraq.

1951.   Robert Lee McCormick assisted with the removal of his commanding officer's body and damaged Humvee, immediately after an EFP struck and killed his commanding officer, on Route Phone Card in Kahdimiya.

1952.   The weapon used to attack and injure Mr. McCormick was an Iranian

manufactured/supplied EFP provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1953.  As a result of the attack, Robert Lee McCormick sustained ringing in his ears and severe psychological injuries including PTSD, anxiety, depression, and nightmares.

1954.  Robert Lee McCormick has been treated for his injuries at the VA Medical Center, New Orleans, Louisiana; Fort Bliss, El Paso, Texas; VA Baton Rouge Clinic, Baton Rouge, Louisiana; Munson Army Health Center, Fort Leavenworth, Kansas; Ireland Army Community Hospital, Fort Knox, Kentucky; and Bayne-Jones Army Community Hospital, Fort Polk, Louisiana.

1955.  As a result of the November 14, 2006 Terrorist Attack, and the injuries he suffered, Robert Lee McCormick has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1956.  Plaintiff, April McCormick, is a citizen of the United States and domiciled in the State of Louisiana. She is the wife of Robert Lee McCormick.

1957.  Plaintiff, Justin McCormick, is a citizen of the United States and domiciled in the State of Louisiana. He is the son of Robert Lee McCormick

1958.  Plaintiff, Brittney McCormick, is a citizen of the United States and domiciled in the State of Louisiana. She is the daughter of Robert Lee McCormick.

1959.  Plaintiff, Mackenzie McCormick, is a citizen of the United States and domiciled in the State of Louisiana. She is the daughter of Robert Lee McCormick.

1960.  Plaintiff, Timothy A. McCormick, is a citizen of the United States and domiciled in the State of Louisiana. He is the father of Robert Lee McCormick.

1961.   Plaintiff, Sheila McCormick, is a citizen of the United States and domiciled in the State of Louisiana. She is the mother of Robert Lee McCormick.

1962.   Plaintiff, Tim McCormick, is a citizen of the United States and domiciled in the State of Louisiana. He is the brother of Robert Lee McCormick.

1963.   Plaintiff, Thomas A. McCormick, is a citizen of the United States and domiciled in the State of Louisiana. He is the brother of Robert Lee McCormick.

1964.   As a result of the November 14, 2006 Terrorist Attack, and the injuries suffered by Robert Lee McCormick, Plaintiffs April McCormick, Justin McCormick, Brittney McCormick, Mackenzie McCormick, Timothy A. McCormick, Sheila McCormick, Tim McCormick, and Thomas A. McCormick have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 140.   THE NOVEMBER 11, 2006 ATTACK – RAMADI

### A.   PLAINTIFFS THE JACE ALRIC BADIA FAMILY

1965.   Plaintiff Jace Alric Badia is a citizen of the United States and domiciled in the State of Florida.

1966.   On November 11, 2006, Jace Alric Badia, age 21, was serving in the U.S. military in Iraq.

1967.   Jace Alric Badia was conducting a route clearance in Ramadi when he was struck by an IED.

1968. The weapon used to attack and injure Mr. Badia was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1969.   As a result of the attack, Jace Alric Badia sustained severe damage to his legs,

arms, spine, tinnitus, TBI, PTSD, and anxiety.

1970.   Jace Alric Badia received extensive medical treatment for injuries to his legs, including a prosthetic for his amputated leg. He received treatment for his arms, spine, tinnitus, TBI and migraines as well as psychiatric care for his PTSD and anxiety.

1971.   As a result of the November 11, 2006, Terrorist Attack, and the injuries he suffered, Jace Alric Badia has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1972.   Plaintiff K.R.B. a minor, represented by her legal guardian Jace Alric Badia, is a citizen of the United States and domiciled in the State of Florida. She is the daughter of Jace Alric Badia.

1973.   As a result of the November 11, 2006 Terrorist Attack, and the injuries suffered by Jace Alric Badia, Plaintiff K.R.B. a minor, has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 141.   THE NOVEMBER 9, 2006 ATTACK – RUTBA

#### A.      PLAINTIFFS THE BRIAN JOHN JOHNSON FAMILY

1974.   Plaintiff Brian John Johnson is a citizen of the United States and domiciled in the State of New Mexico.

1975.   On November 9, 2006, Brian John Johnson, age 26, was serving in the U.S. military in Iraq.

1976.   Brian John Johnson was in a convoy in Rutba when he was struck by an IED.

1977.   The weapon used to attack and injure Mr. Johnson was an Iranian

manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1978.   As a result of the attack, Brian John Johnson sustained severe damage to his arms, legs, knees, tinnitus, TBI, PTSD and anxiety.

1979.   Brian John Johnson received extensive medical treatment for injuries to his arms, legs, knees, tinnitus, TBI, as well as psychiatric care for his PTSD and anxiety.

1980.   As a result of the November 9, 2006, Terrorist Attack, and the injuries he suffered, Brian John Johnson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1981.   Plaintiff Timothy John Johnson is a citizen of the United States and domiciled in the State of South Carolina. He is the father of Brian John Johnson.

1982.   As a result of the November 9, 2006 Terrorist Attack, and the injuries suffered by Brian John Johnson, Plaintiff Timothy John Johnson has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 142.   THE NOVEMBER 8, 2006 ATTACK – RAMADI

#### A.   PLAINTIFF ANDREW SCOTT FAYAL

1983.   Plaintiff Andrew Scott Fayal is a citizen of the United States and domiciled in the State of California.

1984.   On November 8, 2006, Andrew Scott Fayal, age 33, was serving in the U.S. military in Iraq.

1985.   Mr. Fayal was in a Humvee traveling back to his base after a combat mission

in southwest Ramadi, Iraq, when his Humvee hit an IED.

1986. The weapon used to attack and injure Mr. Fayal was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1987. As a result of the attack, Andrew Scott Fayal suffered TBI, neck and back injury and pain, migraine headaches, memory loss, and PTSD.

1988. Mr. Fayal received extensive medical treatment at the VA Salt Lake City Health Care System, and the Mann-Grandstaff VA Medical Center in Spokane, Washington.

1989. As a result of the November 8, 2006 Terrorist Attack, and the injuries he suffered, Andrew Scott Fayal has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 143. THE OCTOBER 26, 2006 ATTACK – BAGHDAD

#### A. PLAINTIFF THE MATTHEW NEIL BOWMAN FAMILY

1990. Plaintiff Matthew Neil Bowman is a citizen of the United States and domiciled in the State of Texas.

1991. On October 26, 2006, Matthew Neil Bowman, age 32, was serving in the U.S. military in Iraq.

1992. Matthew Neil Bowman was traveling on Route Jackson and was serving as a gunner in a Bradley Fighting Vehicle on a route clearing mission when an IED detonated directly next to his position, injuring him.

1993. The weapon used to attack and injure Matthew Neil Bowman was an Iranian manufactured/supplied IEDs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1994.  As a result of the October 26, 2006 Terrorist Attack, Matthew Neil Bowman sustained significant injuries including Traumatic Brain Injury (TBI), fractures of his Lumbar Vertebrae L5, L6, and L7, shrapnel wounds to his head, as well as severe psychological injuries including PTSD, Anxiety, Depression, and night terrors.

1995.   Mr. Bowman was initially treated by medics in the field for lacerations to the right side of his head. He began treatment in 2006 for ongoing neurological issues, and lumbar fractures at Carl R. Darnell Army Medical Center in Fort Hood Texas. Mr. Bowman's treatment has been continuous, with current therapy being provided by a private therapist in Texas.

1996.   As a result of the October 26, 2006 Terrorist Attack, and the injuries he suffered, Matthew Neil Bowman has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1997.  Plaintiff M.E.B., a minor child represented by her legal guardian Matthew Neil Bowman, is a citizen of the United States and is domiciled in the state of Texas. She is the daughter of Matthew Neil Bowman.

1998.  As a result of the October 26, 2006 Terrorist Attack, and the injuries suffered by Matthew Neil Bowman, Plaintiff M.E.B., a minor child, has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 144.   THE OCTOBER 23, 2006 ATTACK – BALAD

### A.   PLAINTIFF ERIC LEON HORTON

1999.  Plaintiff Eric Leon Horton is a citizen of the United States and domiciled in the State of Texas.

2000.  On October 23, 2006, Eric Leon Horton, age 35, was serving in the U.S. military

in Iraq.

2001.  Mr. Horton was on a reconnaissance mission in Balad, Iraq, when his Humvee vehicle was struck by an IED.

2002.  The weapon used to attack and injure Mr. Horton was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2003.  As a result of the October 23, 2006 Terrorist Attack, Eric Leon Horton sustained neck and back injuries, a broken fibula, TBI, migraines, hip injury/arthritis, PTSD and depression.

2004.  Mr. Horton received extensive medical treatment at Landstuhl Regional Medical Center, Carl R. Darnall Medical Center, and through the Central Texas Veterans Healthcare System.

2005.  As a result of the October 23, 2006 Terrorist Attack, and the injuries he suffered, Eric Leon Horton has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 145.  THE OCTOBER 17, 2006 ATTACK – MURADIYAH

####  A.  PLAINTIFF WILLIAM ENRIQUEZ SANTOS, JR.

2006.  Plaintiff William Enriquez Santos, Jr.is a citizen of the United States and domiciled in  the State of Pennsylvania.

2007.  On October 17, 2006, William Enriquez Santos, Jr., age 47, was serving in the U.S. military  in Iraq.

2008.  Mr. Santos was returning with his unit from a route patrol clearance in Muradiyah when an EFP exploded.

2009.   The weapon used to attack and injure Mr. Santos was an Iranian manufactured/supplied EFP provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2010.   As a result of the attack, William Enriquez Santos, Jr. had his left arm blown off, had a large laceration from shrapnel to his left leg, shrapnel to his right arm, face, back of legs, burns to the back of his legs, and right arm, and ringing in his ears.

2011.   William Enriquez Santos, Jr. received extensive medical treatment including revision of his left arm, 2 surgeries to his left leg.

2012.   As a result of the October 17, 2006 Terrorist Attack, and the injuries he suffered, William Enriquez Santos, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 146.   THE OCTOBER 16, 2006 ATTACK - BAGHDAD

### A.   PLAINTIFFS THE GERARD LOUIS MENNITTO FAMILY

2013.   Gerard Louis Mennitto is a citizen of the United States and domiciled in the State of Washington.

2014.   October 16, 2006, Gerard Louis Mennitto, age 22, was serving in the U.S. military in Iraq.

2015.   Mr. Mennitto was on a mission with his unit on ASR Swords in Baghdad when he was ambushed with mortar fire.

2016.   The weapons used to attack and injure Mr. Mennitto was an Iranian manufactured/supplied mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2017.  As a result of the attack, Gerard Louis Mennitto suffered shrapnel wounds, TBI and PTSD.

2018.  Gerard Louis Mennitto received extensive medical treatment immediately following the attack at FOB Liberty. He continues treatment with VA.

2019.  Plaintiff Jacquelyn Yusko is a citizen of the United States and domiciled in the State of Washington. She is the mother of Gerard Louis Mennitto.

2020.  Plaintiff C.L.M., a minor, represented by her legal guardian Gerard Louis Mennitto, is a citizen of the United States and domiciled in the State of Washington. She is the daughter of Gerard Louis Mennitto.

2021.  Plaintiff Troy Mennitto is a citizen of the United States and domiciled in the State of Washington. He is the brother of Gerard Louis Mennitto.

2022.  As a result of the October 16, 2006 Terrorist Attack, and the injuries suffered by Gerard Louis Mennitto, Plaintiffs Jacquelyn Yusko, C.L.M., a minor and Troy Mennitto have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 147.  THE OCTOBER 4, 2006 ATTACK - RAHWA

#### A.    PLAINTIFF JOHN RICHARD CHAO

2023.  Plaintiff John Richard Chao is a citizen of the United States and domiciled in the State of Virginia.

2024.  On October 4, 2006, John Richard Chao, age 22, was serving in the U.S. military in Iraq.

2025.  Mr. Chao was in a 14-ton truck with his unit when it was struck by an EFP and IED.

2026. The weapon used to attack and injure Mr. Chao was an Iranian manufactured/supplied EFP and IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2027. As a result of the attack, John Richard Chao suffered shrapnel injuries to his face; bilateral tinnitus; tendonitis; a TBI; and PTSD.

2028. John Richard Chao received extensive medical treatment. Mr. Chao was medevac'd to Al Asad Hospital. He was then treated at the FOB Rahwa, and the Veterans Administration Hospital in Washington, DC.

2029. As a result of the October 4, 2006 Terrorist Attack, and the injuries he suffered, John Richard Chao has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 148.   THE OCTOBER 3, 2006 ATTACK – DORA

#### A.      PLAINTIFF ANTHONY FRANCIS DEMATTIA

2030. Plaintiff Anthony Francis Demattia is a citizen of the United States and domiciled in the State of New York.

2031. On October 3, 2006, Anthony Francis Demattia, age 21, was serving in the U.S. military in Iraq.

2032. Mr. Demattia was on patrol with his unit in Dora, in South Baghdad, when his vehicle was struck by an IED.

2033. The weapon used to attack and injure Mr. Demattia was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2034. As a result of the attack, Anthony Francis Demattia suffered injuries that

include, but are not limited to, a TBI, memory loss, tinnitus, a neck injury and PTSD.

2035.  Anthony Francis Demattia received extensive medical treatment, including past and ongoing care for these injuries, at various military base hospitals, Veterans Medical Centers and private medical providers.

2036.  As a result of the October 3, 2006 Terrorist Attack, and the injuries he suffered, Anthony Francis Demattia has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 149.  THE OCTOBER 3, 2006 ATTACK – AL TAQADDUM

#### A.  PLAINTIFFS THE DALE M. HINKLEY FAMILY

2037.  Dale M. Hinkley is a citizen of the United States and domiciled in the State of North Carolina.

2038.  On October 3, 2006, Dale M. Hinkley, age 22, was serving in the U.S. military in Iraq.

2039.  Mr. Hinkley was driving a 22 ½ ton Logistics Vehicle System (LVS) truck in a six-vehicle convoy when it was struck by an IED.

2040.  The weapon used to attack and injure Mr. Hinkley was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2041.  Plaintiff, Sandra Marie Hinkley, is a citizen of the United States and is domiciled in the state of Florida. She is the mother of Dale M. Hinkley.

2042.  As a result of the October 3, 2006 Terrorist Attack, and the injuries suffered by Dale M. Hinkley, Plaintiff, Sandra Marie Hinkley, has past and future noneconomic

damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium and past and future economic damages, including loss of services.

### 150.   THE SEPTEMBER 21, 2006 ATTACK - BAQUBAH

#### A.   PLAINTIFFS THE VINCENT JOSEPH SENN FAMILY

2043.   Plaintiff Vincent Joseph Senn is a citizen of the United States and domiciled in  the State of Colorado.

2044.   On September 21, 2006, Vincent Joseph Senn, age 37, was serving in the U.S. military  in Iraq.

2045.   Mr. Senn was with his unit traveling on Route Blue Babe in Baqubah when an IED hit their Humvee.

2046.  The  weapon  used  to  attack  and  injure  Mr.  Senn  was  an  Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2047.   As a result of the attack, Vincent Joseph Senn suffered significant injuries including a broken neck and back, PTSD, depression, anxiety and memory loss.

2048.  Vincent  Joseph  Senn  received  extensive  medical  treatment.  To  include hospitalization, multiple surgeries on his back, psychiatric care and numerous medications.

2049.   As a result of the September 21, 2006 Terrorist Attack, and the injuries he suffered, Vincent Joseph Senn has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2050.   Plaintiff Shannon Senn is a citizen of the United States and domiciled in the State of Colorado. She is the wife of Vincent Joseph Senn.

2051.   Plaintiff S.L.S., a minor, represented by her legal guardians Vincent Joseph

Senn and Shannon Senn, is a citizen of the United States and domiciled in the State of Colorado. She is the daughter of Vincent Joseph Senn and Shannon Senn.

2052.   As a result of the September 21, 2006 Terrorist Attack, and the injuries suffered by Vincent Joseph Senn, Plaintiffs Shannon Senn and S.L.S. a minor have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 151.   THE SEPTEMBER 19, 2006 ATTACK – FALLUJAH

#### A.   PLAINTIFF JEREMIAH KEOHANE LEIBRANDT

2053.   Plaintiff Jeremiah Keohane Leibrandt is a citizen of the United States and domiciled in the State of New Hampshire.

2054.   On September 19, 2006, Jeremiah Keohane Leibrandt, age 22, was serving in the U.S. military in Iraq.

2055.   Mr. Leibrandt was on security patrol in central Fallujah when the 7-ton truck he was riding in was struck by an underground press plate IED.

2056.   The weapon used to attack and injure Mr. Leibrandt was an Iranian-supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2057.   As a result of the attack, Jeremiah Keohane Leibrandt suffered significant injuries including loss of consciousness, shrapnel injuries to his left leg and head, fractured vertebrae in his neck, an injury to his right shoulder, TBI, dizziness, vertigo, headaches, and PTSD.

2058.   Jeremiah Keohane Leibrandt received extensive medical treatment at Camp Fallujah where he was diagnosed with a concussion. When symptoms of vertigo and headaches began, he was sent to the medical tent at Camp Baharia Marine Corps in Fallujah, Iraq. He later underwent medical treatment at Manchester VA Medical Center in Manchester, New Hampshire

as well as at White River Junction VA Medical Center in White River Junction, Vermont, and the Portland VA Medical Center, Portland, Oregon. Since the attack, he has continued to receive treatment for his injuries sustained in this attack.

2059.   As a result of the September 19, 2006 Terrorist Attack, and the injuries he suffered, Jeremiah Keohane Leibrandt has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 152.   THE SEPTEMBER 17, 2006 ATTACK – SADR CITY

#### A.   PLAINTIFF ENDI CISNEROS HERRERA

2060.   Plaintiff Endi Cisneros Herrera is a citizen of the United States and domiciled in the State of North Carolina.

2061.   On September 17, 2006, Mr. Herrera, age 21, was serving in the U.S. military in Iraq.

2062.   Endi Cisneros Herrera was on patrol in a Stryker vehicle in Sadr City when his vehicle was attacked by an EFP.

2063.   The weapon used to attack and injure Endi Cisneros Herrera was an Iranian manufactured/supplied EFP provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2064.   As a result of the September 17, 2006 Terrorist Attack, Mr. Herrera suffered severe injuries, including a fractured spine, herniated discs, shrapnel injuries, and nerve damage. Mr. Herrera further suffered a TBI, tinnitus, and PTSD as a result of the Terrorist Attack.

2065.   Endi Cisneros Herrera was transported to the Green Zone for immediate treatment. He received additional medical treatment and surgeries at Bassett Army Community

Hospital and the Charlotte Community Based Outpatient Clinic.

2066.   As a result of the September 17, 2006 Terrorist Attack, and the injuries he suffered, Endi Cisneros Herrera has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 153.   THE SEPTEMBER 15, 2006 ATTACK - MOSUL

#### A.   PLAINTIFFS THE GILBERT MATTHEW BOYNTON FAMILY

2067.   Gilbert Matthew Boynton is a citizen of the United States and domiciled in the State of California.

2068.   On September 15, 2006, Gilbert Matthew Boynton, age 24, was serving in the U.S. military in Iraq.

2069.   Mr. Boynton was rear guard with a vehicle in front of him. The vehicle in front got hit with the VBIED, they started to take on mortars. He assisted in pulling out soldiers from the burning vehicle that got hit.

2070.   The weapon used to attack and injure Mr. Boynton was an Iranian manufactured/supplied VBIED and mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2071.   As a result of the attack, Gilbert Matthew Boynton suffered significant injuries including tinnitus, migraines, tendonitis in both wrists, PTSD and anxiety.

2072.   Gilbert Matthew Boynton received extensive medical treatment, psychological therapy and medications.

2073.   Plaintiff Charles Boynton is a citizen of the United States and domiciled in the State of California. He is the father of Gilbert Matthew Boynton.

2074.   Plaintiff Robert A. Boynton is a citizen of the United States and domiciled in

the State of California. He is the brother of Gilbert Matthew Boynton.

2075.   As a result of the September 15, 2006 Terrorist Attack, and the injuries suffered by Gilbert Matthew Boynton, Plaintiffs Charles Boynton, and Robert A. Boynton have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 154.   THE AUGUST 27, 2006 ATTACK - HIT

#### A.   PLAINTIFFS THE ALBA RYAN TANNER FAMILY

2076.   Plaintiff Alba Ryan Tanner is a citizen of the United States and domiciled in the State of Florida.

2077.   On August 27, 2006, Alba Ryan Tanner, age 21, was serving in the U.S. military in Iraq.

2078.   Mr. Tanner was the gunner in an Up-Armored Humvee on a route clearing mission in Hit located in the Al Anbar province when his vehicle was struck by an IED, killing the driver of the Humvee and wounding Mr. Tanner and the truck commander.

2079.   The weapon used to attack and injure Mr. Tanner was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2080.   As a result of the attack, Alba Ryan Tanner suffered a broken jaw, TBI, loss of consciousness, a collapsed lung, a brachial plexus (nerve) injury to his right arm and hand, shrapnel in his back, and PTSD.

2081.   Mr. Tanner received extensive medical treatment at Landstuhl Regional Medical Center in Landstuhl, Germany; Walter Reed National Military Medical Center in Bethesda, Maryland; the James Haley Brain Injury Center in Washington, DC; North Oaks Walk-In Clinic

in Hammond, Louisiana; the VA Medical Center in New Orleans, Louisiana; and the VA Clinic in Pensacola, Florida.

2082.   As a result of the August 27, 2006 Terrorist Attack, and the injuries he suffered, Alba Ryan Tanner has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2083.   Plaintiff Barbara West is a citizen of the United States and domiciled in the State of Colorado. She is the mother of Alba Ryan Tanner.

2084.   Plaintiff Tiffany Tanner-Pines is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of Alba Ryan Tanner.

2085.   Plaintiff Carl West is a citizen of the United States and domiciled in the State of Louisiana. He is the uncle of Alba Ryan Tanner.

2086.   Plaintiff Scott J. West is a citizen of the United States and domiciled in the State of Louisiana. He is the uncle of Alba Ryan Tanner.

2087.   As a result of the August 27, 2006 Terrorist Attack, and the injuries suffered by Alba Ryan Tanner, Plaintiffs' Barbara West, Tiffany Tanner-Pines, Carl West, and Scott J. West have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 155.   THE AUGUST 26, 2006 ATTACK - TIKRIT

### A.   PLAINTIFF ANDRE CORNELIOUS MOYE

2088.   Plaintiff Andre Cornelious Moye is a citizen of the United States and domiciled in the State of Alabama.

2089.   On August 26, 2006, Andre Cornelious Moye, age 29, was serving in the U.S.

military in Iraq.

2090.   Mr. Moye was with in a convoy near Tikrit when his vehicle was struck by an IED.

2091.   The weapon used to attack and injure Mr. Moye was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2092.   As a result of the attack, Andre Cornelious Moye suffered significant injuries to his back, neck, and left knee, a TBI, and PTSD.

2093.   Andre Cornelious Moye received extensive medical treatment directly after the attack on FOB Speicher. He continues care for TBI, psychological treatment and medications.

2094.   As a result of the August 26, 2006 Terrorist Attack, and the injuries he suffered, Andre Cornelious Moye has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 156.   THE AUGUST 21, 2006 ATTACK – RAMADI

#### A.   PLAINTIFFS THE SHAWN ALI NELSON FAMILY

2095.   Plaintiff Shawn Ali Nelson is a citizen of the United States and domiciled in the State of South Carolina.

2096.   On August 21, 2006, Shawn Ali Nelson, age 29, was serving in the U.S. military in Iraq.

2097.   Mr. Nelson was a medic on a recruiting mission at the Al-Jazeera Police Station in northwest Ramadi, when the facility was attacked by three VBIEDs.

2098.   The weapons used to attack and injure Mr. Nelson were Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2099.   As a result of the attack, Shawn Ali Nelson suffered injuries that include, but are not limited to, serious burns to the upper body; torso, back, head and upper extremities, an arm injury, PTSD, anger, depression and anxiety.

2100.   Shawn Ali Nelson received extensive medical treatment, including past and ongoing care for these injuries, at Landstuhl Regional Medical Center, Brook Army Medical Center and other Veterans Medical Centers and health care providers.

2101.   As a result of the August 21, 2006 Terrorist Attack, and the injuries he suffered, Shawn Ali Nelson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2102.   Plaintiff Robert Nelson is a citizen of the United States and domiciled in the State of New Mexico. He is the father of Shawn Ali Nelson.

2103.   Plaintiff Thelma Nelson is a citizen of the United States and domiciled in the State of New Mexico. She is the mother of Shawn Ali Nelson.

2104.   As a result of the August 21, 2006 Terrorist Attack, and the injuries suffered by Shawn Ali Nelson, Plaintiffs Robert Nelson and Thelma Nelson have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 157.   THE AUGUST 18, 2006 ATTACK –BAGHDAD

### A.   PLAINTIFFS THE BRENTON THOMAS GRAY FAMILY

2105.   Plaintiff Brenton Thomas Gray was a citizen of the United States and was domiciled in the State of North Carolina at the time of his death.

2106.   On August 18, 2006, Brenton Thomas Gray, age 34, was a civilian contractor assisting the U.S. military in Iraq.

2107.   Mr. Gray was on patrol in Baghdad when his vehicle was struck by an EFP.

2108.   Brenton Thomas Gray was killed in the attack.

2109.   The weapon used to attack and injure Mr. Gray was an Iranian manufactured/supplied EFP provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2110.   Plaintiff Courtnay Scott Gray is a citizen of the United States and domiciled in the State of Utah. She is the former spouse of Brenton Thomas Gray.

2111.   Plaintiff C.S.G., a minor child, represented by his legal guardian Courtnay Scott Gray, is a citizen of the United States and domiciled in the State of Utah. He is the son of Brenton Thomas Gray and Courtnay Scott Gray.

2112.   Plaintiff Courtnay Scott Gray brings an action individually, and on behalf of the anticipated Estate of Brenton Thomas Gray, and all heirs thereof, as its legal representative.

2113.   As a result of the August 18, 2006 Terrorist Attack, and the injuries suffered by and the death of Brenton Thomas Gray, Plaintiffs Courtnay Scott Gray and C.S.G., a minor child, have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Brenton Thomas Gray's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Brenton Thomas Gray.

### 158.    THE AUGUST 4, 2006 ATTACK –KARMAH

### A.    THE PLAINTIFFS MICHAEL ANTHONY MENDOZA FAMILY

2114.   Plaintiff Michael Anthony Mendoza is a citizen of the United States and domiciled in the State of Illinois.

2115.   On August 4, 2006, Michael Anthony Mendoza, age 27, was serving in the U.S. military in Iraq.

2116.   Mr. Mendoza was with his unit conducting security operations when he was attacked by a hand grenade.

2117.   The weapon used to attack and injure Mr. Mendoza was an Iranian manufactured/supplied hand grenade provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2118.   As a result of the attack, Michael Anthony Mendoza suffered a shrapnel to his lungs, a ruptured diaphragm, damage to his spleen, stomach and small intestine, head injury resulting in a TBI and exacerbation to his PTSD.

2119.   Michael Anthony Mendoza received extensive medical treatment for removal of the shrapnel to his lungs, medical treatment for a ruptured diaphragm, treatment for his spleen, stomach and small intestine, medical treatment for TBI and psychological care for his PTSD immediately following the attack.

2120.   As a result of the August 4, 2006 Terrorist Attack, and the injuries he suffered, Michael Anthony Mendoza has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2121.   Plaintiff Kelly Mendoza is a citizen of the United States and domiciled in the State of Illinois. She is the wife of Michael Anthony Mendoza.

2122.   Plaintiff, S.M.M, a minor child, represented by his legal guardians Michael Anthony Mendoza and Kelly Mendoza, is a citizen of the United States and domiciled in the State of Illinois. He is the son of Michael Anthony Mendoza and Kelly Mendoza.

2123.   As a result of the August 4, 2006 Terrorist Attack, and the injuries suffered by Michael Anthony Mendoza, Plaintiffs Kelly Mendoza and S.M.M a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 159.   THE AUGUST 2, 2006 ATTACK – HIT

### A.     PLAINTIFFS THE HENRY PAUL MADSON FAMILY

2124.   Plaintiff Henry Paul Madson is a citizen of the United States and domiciled in the State of Utah.

2125.   On August 2, 2006, Henry Paul Madson, age 30, was serving in the U.S. military in Iraq.

2126.   Mr. Madson was on foot with his unit in Hit when they were attacked and he was shot in the chest while engaging in a small arms fire battle. He was shot a total of twelve times with his armor protecting him from all bullets except for two to his left chest.

2127.   The weapons used to attack and injure Mr. Madson were Iranian manufactured/supplied small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2128.   As a result of the attack, Henry Paul Madson suffered gunshot wounds to his chest which permanently reduced his lung capacity, and PTSD.

2129.   Henry Paul Madson received extensive medical treatment at the Al Asad Airbase. He received subsequent treatments at Madigan Army Medical Center in Washington.

2130.   As a result of the August 2, 2006 Terrorist Attack, and the injuries he suffered, Henry Paul Madson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2131.   Plaintiff Ekaterina Brumit is a citizen of the United States and domiciled in the State of Tennessee. She is the mother of Henry Paul Madson.

2132.   Plaintiff Alysia L. Madson is a citizen of the United States and domiciled in the State of Utah. She is the daughter of Henry Paul Madson.

2133.   Plaintiff Kaylee R. Madson is a citizen of the United States and domiciled in the State of Utah. She is the daughter of Henry Paul Madson

2134.   As a result of the August 2, 2006 Terrorist Attack, and the injuries suffered by Henry Paul Madson, Plaintiffs Ekaterina Brumit, Alysia L. Madson and Kaylee R. Madson have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 160.   THE JULY 28, 2006 ATTACK – BAGHDAD

#### A.   PLAINTIFFS THE WESLEY J. HALLECK FAMILY

2135.   Plaintiff Wesley J. Halleck is a citizen of the United States and domiciled in the State of Texas.

2136.   On July 28, 2006, Wesley J. Halleck, age 36, was serving in the U.S. military in Iraq.

2137.   Wesley J. Halleck was driving a large truck when an IED struck his vehicle. As he tried to leave the kill zone a second IED was detonated from inside the shell of a VBIED. Mr. Halleck was then targeted by small arms fire.

2138.   The weapons used to attack and injure Mr. Halleck were Iranian manufactured/supplied IEDs and small arms, provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2139.   As a result of the attack, Wesley J. Halleck suffered neck and back injuries, PTSD, TBI, and tinnitus.

2140.   Wesley J. Halleck received extensive medical treatment at Carl R. Darnall Army Medical Center, Fort Hood, TX; Central Texas VA Systems, Temple, TX; Doris Miller VA, Waco, TX: and Providence Health Center, Waco, TX.

2141.   As a result of the July 28, 2006 Terrorist Attack, and the injuries he suffered, Wesley J. Halleck has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2142.   Plaintiff Ian M. Brown is a citizen of the United States and domiciled in the state of Tennessee. He is the son of Wesley J. Halleck.

2143.   Plaintiff Brendan W. Halleck is a citizen of the United States and is domiciled in the state of Texas. He is the son of Wesley J. Halleck.

2144.   Plaintiff Kimberly Ann Brown is a citizen of the United States and is domiciled in the state of Tennessee. She is the sister of Wesley J. Halleck.

2145.   Plaintiff Charley D. Halleck is a citizen of the United States and is domiciled in the state of Washington. He is the brother of Wesley J. Halleck.

2146.  As a result of the July 28, 2006 Terrorist Attack, and the injuries suffered by Wesley J. Halleck, Plaintiffs, Ian M. Brown, Brendan W. Halleck, Kimberly Ann Brown, and Charley D. Halleck have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 161.   THE JULY 22, 2006 ATTACK – FALLUJAH

#### A.   PLAINTIFF ANDREW JOHN HARRIS

2147.  Plaintiff Andrew John Harris is a citizen of the United States and domiciled in the State of South Carolina.

2148.  On July 22, 2006, Andrew John Harris, age 23, was serving in the U.S. military in Iraq.

2149.  Mr. Harris was riding in a Humvee vehicle on a highway outside Fallujah, Iraq when it was hit with an IED.

2150.  The weapon used to attack and injure Mr. Harris was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2151.  As a result of the July 22, 2006 Terrorist Attack, Andrew John Harris sustained a spinal cord injury and endured six surgeries. He lost consciousness and was later diagnosed with a TBI. He still suffers from PTSD, migraines, and a perforated ear drum.

2152.  Andrew John Harris received extensive medical treatment, including in Iraq, at Naval Hospital in Camp Pendleton, Advance Pain Modality Clinic, Mesa Surgical Center, and Naval Hospital Parris Island Military Base.

2153.  As a result of the July 22, 2006 Terrorist Attack, and the injuries he suffered, Andrew John Harris has past and future noneconomic damages, including severe physical and

mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 162.   THE JULY 21, 2006 ATTACK – RAMADI

#### A.   PLAINTIFF GREGORY MICHAEL PFAFF

2154.   Plaintiff Gregory Michael Pfaff is a citizen of the United States and domiciled in  the State of Wisconsin.

2155.   On July 21, 2006, Gregory Michael Pfaff, age 25, was serving in the U.S. Military in Iraq.

2156.   Mr. Pfaff was on foot patrol near Ramadi, when an IED exploded. The force of the explosion threw Mr. Pfaff into the air and knocked him unconscious.

2157.   The weapon used to attack and injure Mr. Pfaff was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2158.   As a result of the attack, Gregory Michael Pfaff suffered facial injuries from shrapnel, a ruptured ear drum, hearing loss, TBI and PTSD.

2159.   Gregory Michael Pfaff received extensive medical treatment at Combat Outpost Falcon, Ramadi; United States Army Base Baumholder Army Health Clinic, Baumholder, Germany; Womack Army Medical Center, Fort Bragg, North Carolina; Madigan Army Medical Center, Joint Base Lewis-McChord, Washington: and Mayo Clinic, LaCrosse, Wisconsin.

2160.   As a result of the July 21, 2006 Terrorist Attack, and the injuries he suffered, Gregory Michael Pfaff has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 163.   THE JULY 20, 2006 ATTACK - KHALIDIYAH

### A.   PLAINTIFFS THE PATRICK ANDREW DIENER FAMILY

2161.   Patrick Andrew Diener is a citizen of the United States and domiciled in the State of Tennessee.

2162.   On July 20, 2006, Patrick Andrew Diener, age 25, was serving in the U.S. military in Iraq.

2163.   Mr. Diener was on patrol with his unit in Khalidiyah when they were attacked by sniper fire, small arms, rockets, mortars, and RPGs. Patrick was shot in the right elbow.

2164.   The weapon used to attack and injure Mr. Diener was an Iranian manufactured/supplied machine guns, small arms, mortar, rocket and RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2165.   As a result of the attack, Mr. Diener suffered significant injuries including right elbow, right arm, severe nerve damage and depression

2166.   Mr. Diener received extensive medical treatment at the scene of the attack receiving morphine and stabilization of his arm. He was then flown to Germany for wound debriding and gunshot wound care. Mr. Diener under went physical therapy and psychological care for depression, insomnia, paranoia and anger. He was treated at multiple facilities including Landstuhl Regional Medical Center, Germany; Walter Reed Medical Center, Bethesda, MD; and the VA Hospital, Nashville, TN.

2167.   Plaintiff, Deidre Theresa Diener is a citizen of the United States and domiciled in the State of Tennessee. She is the wife of Patrick Andrew Diener.

2168.   Plaintiff, Hannah Maria Diener is a citizen of the United States and domiciled in the State of South Carolina. She is the sister of Patrick Andrew Diener.

2169.   As a result of the July 20, 2006 Terrorist Attack, and the injuries suffered by

Patrick Andrew Diener, Plaintiffs Deidre Theresa Diener and Hannah Maria Diener have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 164.   THE JULY 1, 2006 ATTACK – FALLUJAH

### A.   PLAINTIFFS THE BRANDON WILLIAM LISTON FAMILY

2170.   Plaintiff Brandon William Liston is a citizen of the United States and domiciled in the State of Illinois.

2171.   On July 1, 2006, Brandon William Liston, age 23, was serving in the U.S military in Iraq.

2172.   Mr. Liston was leaving Fallujah on a routine supply route when an IED exploded near his vehicle.

2173.   The weapon used to attack and injure Mr. Liston was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2174.   As a result of the attack, Brandon William Liston suffered a grade two concussion, a TBI, back injury, and PTSD.

2175.   Brandon William Liston received extensive medical treatment at Balad Air Base and Edward Hines Jr. VA Hospital, including medication and chiropractic care.

2176.   As a result of the July 1, 2006 Terrorist Attack, and the injuries he suffered, Brandon William Liston has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2177.   Plaintiff Scott William Liston is a citizen of the United States and domiciled in

the State of Illinois. He is the father of Brandon William Liston.

2178.   As a result of the July 1, 2006 Terrorist Attack, and the injuries suffered by Brandon William Liston, Plaintiff Scott William Liston has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 165.   THE JUNE 29, 2006 ATTACK – MOSUL

### A.   PLAINTIFFS THE BRYAN LUCKEY FAMILY

2179.   Plaintiff Bryan Luckey was a citizen of the United States and domiciled in the State of Alaska at the time of his death.

2180.   On June 29, 2006, Bryan Luckey, age 25, was serving in the U.S. military in Iraq.

2181.   Mr. Luckey was on patrol in Mosul with his unit when he was shot by a sniper.

2182.   Bryan Luckey was killed in the attack.

2183.   The weapon used to attack and kill Mr. Luckey was Iranian manufactured/supplied small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2184.   Plaintiff, Catherine Makimay Luckey, is a citizen of the United States and domiciled in the State of Florida. She is the widow of Bryan Luckey.

2185.   Plaintiff, Catherine Makimay Luckey brings an action individually, and on behalf of the Estate of Bryan Luckey, and all heirs thereof, as its legal representative.

2186.   Plaintiff, Paula Hutton Luckey, is a citizen of the United States and domiciled in the State of Florida. She is the mother of Bryan Luckey.

2187.   Plaintiff, Patrick Bryan Luckey, is a citizen of the United States and domiciled in the State of Florida. He is the father of Bryan Luckey.

2188.   Plaintiff, Joshua C. Luckey, is a citizen of the United States and domiciled in the State of Florida. He is the brother of Bryan Luckey.

2189.   Plaintiff, Matthew Luckey, is a citizen of the United States and domiciled in the State of Florida. He is the brother of Bryan Luckey.

2190.   As a result of the June 29, 2006 Terrorist Attack, and the injuries suffered by, and the death of, Bryan Luckey,  Plaintiffs Catherine Makimay Luckey, Paula Hutton Luckey, Patrick Bryan Luckey, Joshua C. Luckey, and Matthew Luckey have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Bryan Luckey's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Bryan Luckey.

### 166.   THE JUNE 27, 2006 ATTACK – JURF SAKHAR

### A.   PLAINTIFFS THE JEREMY SCOTT JONES FAMILY

2191.   Plaintiff Jeremy Scott Jones was a citizen of the United States and domiciled in the State of Nebraska at the time of his death.

2192.   On June 27, 2006, Jeremy Scott Jones, age 25, was serving in the U.S. military in Iraq.

2193.   Mr. Jones was on foot patrol in Jurf Sakhar when he stepped on an IED, which exploded.

2194.   Jeremy Scott Jones was killed in the attack.

2195.   The weapon used to attack and injure Mr. Jones was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2196.   Plaintiff Jennifer Laura Jones is a citizen of the United States and domiciled in the State of Nebraska. She is the wife of Jeremy Scott Jones.

2197.   Plaintiff Jennifer Laura Jones brings an action individually, and on behalf of the Estate of Jeremy Scott Jones, and all heirs thereof, as its anticipated legal representative.

2198.   Plaintiff A.J.J., a minor child, represented by his legal guardian Jennifer Laura Jones, is a citizen of the United States and domiciled in the State of Nebraska. He is the son of Jeremy Scott Jones.

2199.   Plaintiff M.A.J., a minor child, represented by her legal guardian Jennifer Laura Jones, is a citizen of the United States and domiciled in the State of Nebraska. She is the daughter of Jeremy Scott Jones.

2200.   Plaintiff Diane Kathleen Jones is a citizen of the United States and domiciled in the state of Nebraska. She is the mother of Jeremy Scott Jones.

2201.   Plaintiff Joseph Scott Jones is a citizen of the United States and domiciled in the State of Nebraska. He is the father of Jeremy Scott Jones.

2202.   Plaintiff Abbi Miranda Carreto is a citizen of the United States and domiciled in the State of Nebraska. She is the sister of Jeremy Scott Jones.

2203.   As a result of the June 27, 2006 Terrorist Attack, and the injuries suffered by, and the death of Jeremy Scott Jones, Plaintiffs Jennifer Laura Jones, A.J.J., a minor child, M.A.J., a minor child, Diane Kathleen Jones, Joseph Scott Jones, and Abbi Miranda Carreto have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Jeremy Scott Jones' society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Jeremy Scott Jones.

### 167.   THE JUNE 16, 2006 ATTACK – BAQUBAH

### A.   PLAINTIFF ANTHONY GEORGE BRUCE

2204.   Plaintiff Anthony George Bruce is a citizen of the United States and domiciled in the State of Maryland.

2205.   On June 16, 2006, Anthony George Bruce, age 21, was serving in the U.S. military in Iraq.

2206.   Mr. Bruce was riding in a Humvee in a convoy between Baqubah, Balad and Duloiya when his vehicle was hit with an IED.

2207.   The weapon used to attack and injure Mr. Bruce was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2208.   As a result of the June 16, 2006 Terrorist Attack, Mr. Bruce sustained a TBI, shrapnel injuries to his neck and index finger, and sustained psychological injuries including anxiety.

2209.   Anthony George Bruce received medical treatment for his injuries at the local aid station. Upon his return to the U.S., Mr. Bruce was seen and treated at Carl R. Darnall Army Medical Center, as well as Mosaic Community Services, and Union Bridge Family Practice.

2210.   As a result of the June 16, 2006 Terrorist Attack, and the injuries he suffered, Anthony George Bruce has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 168.   THE JUNE 10, 2006 ATTACK – AL TAQADDUM AIRBASE, HABBANIYAH

#### A.   PLAINTIFFS THE JACKSON ENRIQUE LUNA FAMILY

2211.   Plaintiff Jackson Enrique Luna is a citizen of the United States and domiciled in the State of New Jersey.

2212.   On June 10, 2006, Jackson Enrique Luna, age 22, was serving in the U.S. military in Iraq.

2213.   Mr. Luna was working on fortification operations outside Al Taqaddum Airbase in Habbaniyah, Iraq when he was attacked and shot by a sniper.

2214.   The weapon used to attack and injure Jackson Enrique Luna was Iranian manufactured/supplied small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2215.   As a result of the June 10, 2006 Terrorist Attack, Mr. Luna sustained a gunshot wound from a bullet that entered through his left buttock and exited his abdomen, causing extensive internal injuries and related pain, weakness, and numbness. He has had ten surgeries and ongoing therapies to treat the internal damage and residual problems caused by the gunshot wound. Mr. Luna has also been treated for PTSD related to this attack.

2216.   Jackson Enrique Luna was medically evacuated to Al Taqaddum Air Base and then flown to Landstuhl Regional Medical Center where he received extensive medical treatment.  He was later treated at Bethesda Naval Medical Center/Walter Reed National Military Medical Center, and the VA New Jersey Healthcare System.

2217.   As a result of the June 10, 2006 Terrorist Attack, and the injuries he suffered, Jackson Enrique Luna has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages,

including medical expenses, lost income, and loss of earning capacity.

2218.   Plaintiff Nancy Ballestas is a citizen of the United States and domiciled in the State of New Jersey. She is the mother of Jackson Enrique Luna.

2219.   Plaintiff Ana Greagoria Amoros is a citizen of the United States and domiciled in the State of Maryland. She is the sister of Jackson Enrique Luna.

2220.   Plaintiff J.A.L., a minor child, represented by his legal guardian Mr. Jackson Enrique Luna, is a citizen of the United States and domiciled in the State of New Jersey. He is the son of Jackson Enrique Luna.

2221.   Plaintiff S.G.L., a minor child, represented by her legal guardian Mr. Jackson Enrique Luna, is a citizen of the United States and domiciled in the State of New Jersey. She is the daughter of Jackson Enrique Luna.

2222.   As a result of the June 10, 2006 Terrorist Attack, and the injuries suffered by Jackson Enrique Luna, Plaintiffs Nancy Ballestas, Ana Greagoria Amoros, J.A.L., a minor child, and S.G.L., a minor child have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 169.   THE JUNE 4, 2006 ATTACK – TAJI

### A.   PLAINTIFFS THE PAUL ERIC HAINES FAMILY

2223.   Plaintiff Paul Eric Haines is a citizen of the United States and domiciled in the State of Texas.

2224.   On June 4, 2006, Paul Eric Haines, age 33, was serving in the U.S. military in Iraq.

2225.   Mr. Haines was in a two-tank patrol on Canal Road off Route Mushada en route to his units patrol base near Taji, Iraq, when his M1A2 SEP tank hit an IED.

2226.   The weapon used to attack and injure Mr. Haines was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2227.   As a result of the June 4, 2006 attack, Paul Eric Haines suffered a fractured skull, internal hemorrhaging in his skull, a TBI, severed nerves, a shattered left orbital socket, the loss of his left eye, shattered upper and lower jaw, broken collar bones, multiple broken ribs, multiple broken vertebrae, multiple broken bones in extremities, a punctured lung, a shattered pelvis, internal bleeding.

2228.   As a result of the June 4, 2006 Terrorist Attack Paul Eric Haines received extensive medical treatment in Iraq, Landstuhl Regional Medical Center, Germany, Walter Reed National Military Medical Center, Carl R. Darnall Army Medical Center, Central Texas Veterans Healthcare System, and Killeen Medical Home. Mr. Paul Eric Haines has undergone lung surgery, a tracheotomy, a pressure pump was placed in his skull, which later had to be re-done, hip surgery, had his left eye removed, an eye implant, reconstruction of his upper and lower jaw, and several dental procedures. After the attack, Mr. Haines was in a coma for approximately one month. Mr. Haines also suffers from a TBI as well as anxiety and PTSD.

2229.   As a result of the June 4, 2006 Terrorist Attack, and the injuries he suffered, Paul Eric Haines has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2230.   Plaintiff Ronda Kay Haines is a citizen of the United States and domiciled in the State of Texas. She is the wife of Paul Eric Haines.

2231.   Plaintiff Karen Mae Haines is a citizen of the United States and domiciled in the State of Texas. She is the mother of Paul Eric Haines.

2232.   Plaintiff Jeremy Benjamin Haines is a citizen of the United States and domiciled in the State of Texas. He is the brother of Paul Eric Haines.

2233.   As a result of the June 4, 2006 Terrorist Attack, and the injuries suffered by Paul Eric Haines, Plaintiffs Ronda Kay Haines, Karen Mae Haines, Jeremy Benjamin Haines has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 170.   THE MAY 15, 2006 ATTACK – BAGHDAD

#### A.   PLAINTIFFS THE BRADLEY CHARLSON FAMILY

2234.   Plaintiff Bradley Charlson is a citizen of the United States and domiciled in the State of Florida.

2235.   On May 15, 2006, Bradley Charlson, age 32, was serving in the U.S. military in Iraq.

2236.   Mr. Charlson was with his unit when they were ambushed by insurgents with an IED and small arms at a checkpoint between Baghdad and Abu Ghraib.

2237.   The weapons used to attack and injure Mr. Charlson were an Iranian manufactured/supplied IED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2238.   As a result of the attack, Bradley Charlson suffered back injuries, tinnitus, TBI and PTSD.

2239.   Bradley Charlson received extensive medical treatment. Mr. Charlson has been treated at Camp Pendleton.

2240.  As a result of the May 15, 2006 Terrorist Attack, and the injuries he suffered, Bradley Charlson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2241.  Plaintiff Tania Mahinda is a citizen of the United States and domiciled in the State of Florida. She is the wife of Bradley Charlson.

2242.  Plaintiff Nicole Charlson is a citizen of the United States and domiciled in the State of Oregon. She is the sister of Bradley Charlson.

2243.  As a result of the May 15, 2006 Terrorist Attack, and the injuries suffered by Bradley Charlson, Plaintiffs Tania Mahinda and Nicole Charlson, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 171.   THE MAY 12, 2006 ATTACK – BALAD

### A.   PLAINTIFF JOHN MICHAEL BRASHEAR

2244.  Plaintiff John Michael Brashear is a citizen of the United States and domiciled in the State of Washington.

2245.  On May 12, 2006, John Michael Brashear, age 23, was serving in the U.S. military in Iraq.

2246.  John Michael Brashear was with his unit in Balad when he was in a Rocket attack.

2247.  The weapon used to attack and injure Mr. Brashear was an Iranian manufactured/supplied Rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2248.   As a result of the attack, John Michael Brashear sustained a TBI, damage to his ears, and PTSD.

2249.   John Michael Brashear received extensive medical treatment for injuries from his TBI, perforated ear drums, as well as psychiatric care for his PTSD.

2250.   As a result of the May 12, 2006, Terrorist Attack, and the injuries he suffered, John Michael Brashear has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 172.   THE APRIL 28, 2006 ATTACK – HADITHA

### A.   PLAINTIFFS THE JAMES MICHAEL LOTT FAMILY

2251.   Plaintiff James Michael Lott is a citizen of the United States and domiciled in the State of Texas.

2252.   On April 28, 2006, Mr. Lott, age 21, was serving in the U.S. military in Iraq.

2253.   On April 28, 2008, while on patrol in Haditha, James Michael Lott's convoy was attacked by an anti-tank mine, small arms fire, and RPGs.

2254.   The weapons used to attack and injure Mr. Lott were an Iranian manufactured/supplied anti-tank mine and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2255.   The April 28, 2006 Terrorist Attack exacerbated Mr. Lott's PTSD.

2256.   James Michael Lott has received treatment at Audie L. Murphy Memorial VA Hospital, Camp Pendleton, and Nix Health.

2257.   As a result of the April 28, 2006 Terrorist Attack, and the injuries he suffered, James Michael Lott has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages,

including medical expenses, lost income, and loss of earning capacity.

2258.   Plaintiff Gail Fortner Lott is a citizen of the United States and is domiciled in the State of Alabama. She is the mother of James Michael Lott.

2259.   Plaintiff Ronald Everett Lott is a citizen of the United States and is domiciled in the State of Alabama. He is the father of James Michael Lott.

2260.   As a result of the Terrorist Attack, and the injuries suffered by James Michael Lott, Plaintiffs Gail Fortner Lott and Ronald Everett Lott have incurred past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and economic damages, both past and future, including loss of services.

### B.      PLAINTIFFS THE LEA ROBERT MILLS FAMILY

2261.   Plaintiff Lea Robert Mills is a citizen of the United States and domiciled in the State of Florida at the time of his death.

2262.   On April 28, 2006, Lea Robert Mills, age 21, was serving in the U.S. military in Iraq.

2263.   Lea Robert Mills' unit was on escort for a transport wrecker to retrieve a vehicle on ASR Phoenix in Haditha when his vehicle was hit by an IED.

2264.   Lea Robert Mills was killed in the attack.

2265.   The weapon used to attack and kill Mr. Mills was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2266.   Plaintiff, Delores Mills is a citizen of the United States and domiciled in the State of Florida. She is the mother of Lea Robert Mills.

2267.   Plaintiff, Delores Mills brings an action individually, and on behalf of the Estate

of Lea Robert Mills, and all heirs thereof, as its legal representative.

2268.   Plaintiff, Keesha Mills is a citizen of the United States and domiciled in the state of Florida. She is the wife of Lea Robert Mills.

2269.   Plaintiff, Robert Mills is a citizen of the United States and domiciled in the state of Florida. He is the father of Lea Robert Mills.

2270.   Plaintiff, Parker Mills is a citizen of the United States and domiciled in the state of Florida. He is the brother of Lea Robert Mills.

2271.   As a result of the April 28, 2006 Terrorist Attack, and the injuries suffered by, and the death of Lea Robert Mills, Plaintiffs Delores Mills, Keesha Mills, Robert Mills, and Parker Mills have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Lea Robert Mills' society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Lea Robert Mills.

## 173.   THE APRIL 24, 2006 ATTACK – KARABILAH

### A.   PLAINTIFFS THE SALVADOR LUIS LOERA, JR. FAMILY

2272.   Plaintiff Salvador Luis Loera, Jr. is a citizen of the United States and domiciled in the State of New Mexico.

2273.   On April 24, 2006, Salvador Luis Loera, Jr., age 19, was serving in the U.S. military in Iraq.

2274.   Mr. Loera was outside the living quarters at Battle Position Tarawa, in Karabilah when he was attacked by rockets.

2275.   The weapons used to attack and injure Mr. Loera were Iranian manufactured/supplied rockets provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2276.  As a result of the attack, Salvador Luis Loera, Jr. sustained a TBI and PTSD.

2277.  Salvador Luis Loera, Jr. received extensive medical treatment for his TBI, and psychological treatment for his PTSD.

2278.  As a result of the April 24, 2006, Terrorist Attack, and the injuries he suffered, Salvador Luis Loera, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2279.  Plaintiff, Monica E. Loera, is a citizen of the United States and domiciled in the State of New Mexico. She is the mother of Salvador Luis Loera, Jr.

2280.  Plaintiff, Salvador Loera, Sr. is a citizen of the United States and domiciled in the State of New Mexico. He is the father of Salvador Luis Loera, Jr.

2281.  Plaintiff, Lori A. Loera, is a citizen of the United States and domiciled in the State of New Mexico. She is the sister of Salvador Luis Loera, Jr.

2282.  Plaintiff, Carolyn V. Lee, is a citizen of the United States and domiciled in the State of New Mexico. She is the sister of Salvador Luis Loera, Jr.

2283.  Plaintiff, Miguel Loera, is a citizen of the United States and domiciled in the State of New Mexico. He is the brother of Salvador Luis Loera, Jr.

2284.  As a result of the April 24, 2006 Terrorist Attack, and the injuries suffered by Salvador Luis Loera, Jr., Plaintiffs Monica E. Loera, Salvador Loera, Sr., Lori A. Loera, Carolyn V. Lee and Miguel Loera have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 174.   THE APRIL 23, 2006 ATTACK – TAJI

#### A.   PLAINTIFFS THE JASON BRENT DANIEL FAMILY

2285.   Plaintiff Jason Brent Daniel was a citizen of the United States and was domiciled in the State of Texas at the time of his death.

2286.   On April 23, 2006, Jason Brent Daniel, age 21, was serving in the U.S. military in Iraq.

2287.   Mr. Daniel was performing his duties as the Combat Medic in his unit when several IEDs detonated near his Humvee during combat operations in Taji, Iraq.

2288.   Jason Brent Daniel was killed in the attack.

2289.   The weapon used to attack and injure Mr. Daniel was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2290.   Plaintiff Linda May Daniel is a citizen of the United States and domiciled in the State of Kansas. She is the mother of Jason Brent Daniel.

2291.   Plaintiff Linda May Daniel brings an action individually, and on behalf of the Estate of Jason Brent Daniel, and all heirs thereof, as its legal representative.

2292.   As a result of the April 23, 2006 Terrorist Attack, and the injuries suffered by and the death of Jason Brent Daniel, Plaintiff Linda May Daniel has severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Jason Brent Daniel's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Jason Brent Daniel.

### 175.   THE APRIL 15, 2006 ATTACK – SAQLAWIYAH

#### A.   PLAINTIFFS THE DERRICK JOSHUA COTHRAN FAMILY

2293.   Plaintiff Derrick Joshua Cothran was a citizen of the United States and

domiciled in the State of Louisiana at the time of his death.

2294.   On April 15, 2006, Derrick Joshua Cothran, age 21, was serving in the U.S. military in Iraq.

2295.   On April 15, 2006, Mr. Cothran was in a Humvee conducting a security patrol near Saqlawiyah, Iraq, when his vehicle hit an IED.

2296.   As a result of the attack, Derrick Joshua Cothran was killed.

2297.   The weapon used to attack and injure Derrick Joshua Cothran was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2298.   Plaintiff Elena Martinez Cothran brings an action individually, and on behalf of the Estate of Derrick Joshua Cothran, and all heirs thereof, as its anticipated legal representative.

2299.   Plaintiff Elena Martinez Cothran is a citizen of the United States and domiciled in the State of Louisiana. She is the mother of Derrick Joshua Cothran.

2300.   Plaintiff Theodore Michael Cothran, Sr. is a citizen of the United State and domiciled in the State of Louisiana. He is the father of Derrick Joshua Cothran.

2301.   Plaintiff Antoinette Cothran Hebert is a citizen of the United State and domiciled in the State of Louisiana. She is the sister of Derrick Joshua Cothran.

2302.   Plaintiff Theodore Michael Cothran, Jr. is a citizen of the United State and domiciled in the State of Louisiana. He is the brother of Derrick Joshua Cothran.

2303.   As a result of the April 15, 2006 Terrorist Attack, and the injuries suffered by and the death of Derrick Joshua Cothran, Plaintiffs Elena Martinez Cothran, Theodore Michael Cothran, Sr., Antoinette Cothran Hebert, and Theodore Michael Cothran, Jr., and all the heirs of

Derrick Joshua Cothran, have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Derrick Joshua Cothran's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income and net accumulation of the Estate of Derrick Joshua Cothran.

### 176.   THE APRIL 7, 2006 ATTACK – FOB FALCON

#### A.   PLAINTIFFS THE JOSHUA DIVON TRAVIS FAMILY

2304.   Plaintiff Joshua Divon Travis is a citizen of the United States and domiciled in the State of Texas.

2305.   On April 7, 2006, Joshua Divon Travis, age 22, was serving in the U.S. military in Iraq.

2306.   While on duty at FOB Falcon, near Baghdad, Iraq, Joshua Divon Travis was attacked by rocket fire. The rockets hit a building nearby, causing the doors to fly open, hit him, and knock him unconscious.

2307.   The weapon used to attack and injure Joshua Divon Travis was an Iranian manufactured/supplied rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2308.   As a result of the April 7, 2006 Terrorist Attack, Joshua Divon Travis caused Mr. Joshua Travis to suffer a concussion, TBI, and migraines, and exacerbate his PTSD.

2309.   Joshua Divon Travis received medical treatment at the Blanchfield Army Community Hospital, Sullivan Barracks Army Base, Reynold Army Health Clinic, and Michael E. DeBakey VA Medical Center.

2310.   As a result of the April 7, 2006 Terrorist Attack, and the injuries he suffered, Joshua Divon Travis has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages,

including medical expenses, lost income, and loss of earning capacity.

2311. Plaintiff D.R.G., a minor, represented by his legal guardian Joshua Divon Travis, is a citizen of the United States and domiciled in the State of Texas. He is the son of Joshua Divon Travis.

2312. Plaintiff J.S.A., a minor, represented by her legal guardian Joshua Divon Travis, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Joshua Divon Travis.

2313. Plaintiff A.C.J., a minor, represented by her legal guardian Joshua Divon Travis, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Joshua Divon Travis.

2314. Plaintiff M.D.T., a minor, represented by her legal guardian Joshua Divon Travis, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Joshua Divon Travis.

2315. As a result of the April 7, 2006 Terrorist Attack and the injuries suffered by Joshua Divon Travis, Plaintiffs D.R.G., a minor child, A.C.J., a minor child, J.S.A., a minor child, and M.D.T., a minor child have incurred past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and economic damages, both past and future, including loss of services.

## 177. THE APRIL 1, 2006 ATTACK –UM QASSR

### A. PLAINTIFF GARTH LEVI BENEDICT

2316. Plaintiff Garth Levi Benedict is a citizen of the United States and domiciled in the State of Michigan.

2317. On April 1, 2006, Garth Levi Benedict, age 20, was serving in the U.S. military in Iraq.

2318.  Mr. Benedict was repairing a vehicle near Um Qassr when he was attacked with rockets and small arms fire from a sniper, leading to a 10-15 minute firefight.

2319.  The weapon used to attack and injure Mr. Benedict were Iranian supplied rockets and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2320.  As a result of the April 1, 2006 Terrorist Attack, Garth Levi Benedict suffers from psychological injuries caused and contributed to by this attack, including PTSD, anxiety, and depression.

2321.  Garth Levi Benedict received medical treatment at Battle Creek VA Medical Center.

2322.  As a result of the April 1, 2006 Terrorist Attack, and the injuries he suffered, Garth Levi Benedict has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 178.   THE MARCH 25, 2006 ATTACK – ABU GHRAIB

### A.   PLAINTIFFS THE MICHAEL JOHN SIPPEL FAMILY

2323.  Plaintiff Michael John Sippel is a citizen of the United States and domiciled in the State of New York.

2324.  On March 25, 2006, Michael John Sippel, age 23, was serving in the U.S. military in Iraq.

2325.  Mr. Sippel was on patrol in Abu Ghraib, Iraq, when he was attacked by an IED that detonated underneath his vehicle.

2326.  The weapon used to attack and injure Mr. Sippel was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-

trained terror operatives in Iraq.

2327. As a result of the March 25, 2006 Terrorist Attack, Michael John Sippel was ejected from the vehicle and lost consciousness for an extended period of time. Mr. Sippel also sustained shrapnel injuries to right arm and continues to suffer from a TBI, tinnitus, headaches, degenerative disc disease, facial droop, scarring, and PTSD.

2328. Michael John Sippel received immediate medical treatment for his injuries at Balad Hospital before he was transferred to Landstuhl Regional Medical Center. Upon returning to the U.S., Mr. Sippel received extensive medical treatment at the Walter Reed National Military Medical Center, Unity Rehabilitation and Neuro, as well as at the Rochester VA Outpatient Clinic.

2329. As a result of the March 25, 2006 Terrorist Attack, and the injuries he suffered, Michael John Sippel has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2330. Plaintiff John Patrick Sippel is a citizen of the United States and is domiciled in the State of New York. He is the father of Michael John Sippel

2331. Plaintiff Kelly Lynn Ottmar is a citizen of the United States and is domiciled in the State of New York. She is the ex-fiancée of Michael John Sippel

2332. Plaintiff Marlene Marie Grana is a citizen of the United States and is domiciled in the State of New York. She is the mother of Michael John Sippel

2333. Plaintiff M.J.S., a minor, represented by his legal guardians Michael John Sippel and Kelly Lynn Ottmar, is a citizen of the United States and domiciled in the State of New York. He is the son of Michael John Sippel and Kelly Lynn Ottmar.

2334.   As a result of the March 25, 2006 Terrorist Attack and the injuries suffered by Michael John Sippel, Plaintiffs John Patrick Sippel, Kelly Lynn Ottmar, Marlene Marie Grana, and MJ.S., a minor child have incurred past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and economic damages, both past and future, including loss of services.

## 179.   THE MARCH 21, 2006 ATTACK –MSR TAMPA, NEAR BAGHDAD

### A.   PLAINTIFF ROBBIE DON CHEATHAM

2335.   Plaintiff Robbie Don Cheatham is a citizen of the United States and domiciled in the State of Oklahoma.

2336.   On March 21, 2006, Robbie Don Cheatham, age 27, was serving in the U.S. military in Iraq.

2337.   Mr. Cheatham was on a mission with his unit on MSR Tampa near Baghdad when his unit was attacked by an IED and took on small arms fire.

2338.   The weapon used to attack and injure Mr. Cheatham was an Iranian manufactured/supplied IED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2339.   As a result of the attack, Robbie Don Cheatham suffered a TBI and PTSD.

2340.   Robbie Don Cheatham received extensive medical treatment for his TBI and psychological care for his PTSD immediately following the attack.

2341.   As a result of the March 21, 2006 Terrorist Attack, and the injuries he suffered, Robbie Don Cheatham has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning

capacity.

### 180.   THE MARCH 17, 2006, ATTACK - RAMADI

#### A.   PLAINTIFF JEFFERY ALAN MURTHA

2342.   Plaintiff Jeffery Alan Murtha is a citizen of the United States and is domiciled in the State of Delaware.

2343.   On March 17, 2006, Jeffery Alan Murtha, age 34, was serving in the U.S. Army in Iraq.

2344.   Mr. Murtha's unit was crossing over Route Michigan in a Humvee when his vehicle was hit with an IED explosion, knocking Mr. Murtha unconscious. Once Mr. Murtha regained consciousness, he was attacked with an additional IED and small arms fire.

2345.   The weapons used to attack and injure Mr. Murtha were Iranian-manufactured IEDs and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2346.   As a result of the March 17, 2006 Terrorist Attack, Mr. Murtha sustained significant head and other bodily injuries, and further aggravated injuries he sustained in a prior September 19, 2005 Terrorist Attack. He received emergent treatment at a battalion aid station and was later diagnosed with a traumatic brain injury. He suffers from lower back pain, nausea, dizziness, short term memory loss, sleeping disorders, and sensitivity to light and sounds.

2347.   As a result of the March 17, 2006 Terrorist Attack, Mr. Murtha has received treatment, including counseling, after his deployment. He also depends on pain management treatments to help with his lower back pain.

2348.   As a result of the March 17, 2006 Terrorist Attack, and the injuries he suffered, Jeffery Alan Murtha has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages,

including medical expenses, lost income, and loss of earning capacity.

### 181. THE MARCH 14, 2006 ATTACK – SADR YUSUFIYAH

#### A. PLAINTIFF JEFFREY SHANE REDMAN

2349.   Plaintiff Jeffrey Shane Redman is a citizen of the United States and domiciled in the State of North Carolina.

2350.   On March 14, 2006, Jeffrey Shane Redman, age 34, was serving in the U.S. military in Iraq.

2351.   Mr. Redman was on a Patrol Base in Sadr Yusufiyah when attacked by mortars.

2352.   The weapon used to attack and injure Mr. Redman was an Iranian manufactured/supplied Mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2353.   As a result of the attack, Jeffrey Shane Redman sustained severe injuries to his ankles, legs, hands, ears, and eyes, shrapnel throughout his body, TBI, tinnitus, and PTSD.

2354.   Jeffrey Shane Redman received extensive medical treatment including several surgeries on his ankles and legs, removal of shrapnel, medical treatment for his eyes, TBI, tinnitus, speech, and PTSD.

2355.   As a result of the March 14, 2006, Terrorist Attack, and the injuries he suffered, Jeffrey Shane Redman has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 182. THE MARCH 13, 2006 ATTACK – BALAD

#### A. PLAINTIFF JASON ERIC BELL

2356.   Plaintiff Jason Eric Bell is a citizen of the United States and domiciled in the State

of Pennsylvania.

2357.   On March 13, 2006, Jason Eric Bell, age 21, was serving in the U.S. military in Iraq.

2358.   Jason Eric Bell was on patrol on Route Tampa near Balad, Iraq, when he was attacked with small arm fire and engaged in a firefight.

2359.   The weapons used to attack and injure Mr. Bell were Iranian supplied small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2360.   As a result of the March 13, 2006 Terrorist Attack, Jason Eric Bell suffered from and continues to suffer from PTSD, insomnia, depression, and anxiety.

2361.   Mr. Bell received medical treatment at the Joint Base Balad and the Oklahoma City VA Medical Center.

2362.   As a result of the March 13, 2006 Terrorist Attack, and the injuries he suffered, Mr. Bell has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 183.   THE MARCH 8, 2006 ATTACK – KHALIDIYAH

### A.   PLAINTIFFS THE JOHN DAVID FRY FAMILY

2363.   Plaintiff John David Fry was a citizen of the United States and was domiciled in the State of North Carolina at the time of his death.

2364.   On March 8, 2006, John David Fry, age 28, was serving in the U.S. military in Iraq.

2365.   Mr. Fry was on patrol with his unit in Khalidiyah attempting to disarm a roadside IED, when it exploded.

2366.   John David Fry was killed in the attack.

2367.   The weapon used to attack and injure Mr. Fry was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2368.   Plaintiff Malia Fry is a citizen of the United States and domiciled in the State of Texas. She is the wife of John David Fry.

2369.   Plaintiff Malia Fry brings an action individually, and on behalf of the Estate of John David Fry, and all heirs thereof, as its legal representative.

2370.   Plaintiff C.L.F., a minor, represented by his legal guardian Malia Fry, is a citizen of the United States and domiciled in the State of Texas. He is the son of John David Fry and Malia Fry.

2371.   Plaintiff Kathryn Fry is a citizen of the United States and domiciled in the State of Texas. She is the daughter of John David Fry and Malia Fry.

2372.   Plaintiff Gideon Fry is a citizen of the United States and domiciled in the State of Texas. He is the son of John David Fry and Malia Fry.

2373.   Plaintiff Charles Fry is a citizen of the United States and domiciled in the State of Texas. He is the father of John David Fry.

2374.   Plaintiff Melissa Inman is a citizen of the United States and domiciled in the State of Texas. She is the sister of John David Fry.

2375.   Plaintiff Laura Pricer is a citizen of the United States and domiciled in the State of Texas. She is the sister of John David Fry.

2376.   As a result of the March 8, 2006 Terrorist Attack, and the injuries suffered by and the death of John David Fry, Plaintiffs, Malia Fry, C.L.F., a minor, Kathryn Fry, Gideon Fry, Charles Fry, Melissa Inman and Laura Pricer, have severe mental anguish, extreme emotional

pain and suffering, medical expenses, funeral expenses, loss of John David Fry's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of John David Fry.

### 184.   THE MARCH 7, 2006 ATTACK - MOSUL

#### A.   PLAINTIFFS THE RICKY SALAS, JR. FAMILY

2377.   Plaintiff Ricky Salas, Jr. was a citizen of the United States and domiciled in the State of New Mexico at the time of his death.

2378.   On March 7, 2006, Ricky Salas, Jr., age 22, was serving in the U.S. military in Iraq.

2379.   Mr. Salas was on a supply run in Mosul with his unit when he was struck by an IED.

2380.   Ricky Salas, Jr. was killed immediately from the blast.

2381.   The weapon used to attack and kill Mr. Salas was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2382.   Plaintiff, April Baca-Salas, is a citizen of the United States and domiciled in the State of New Mexico. She is the widow of Ricky Salas, Jr.

2383.   Plaintiff, April Baca-Salas brings an action individually, and on behalf of the Estate of Ricky Salas, Jr., and all heirs thereof, as its legal representative.

2384.   Plaintiff, Ja.R.S., a minor represented by his legal guardian April Baca-Salas, is a citizen of the United States and domiciled in the State of New Mexico. He is the son of Ricky Salas, Jr.

2385.   Plaintiff, Jo.R.S., a minor represented by her legal guardian April Baca-Salas, is a citizen of the United States and domiciled in the State of New Mexico. She is the daughter of

Ricky Salas, Jr.

2386. Plaintiff, Brenda Sue Robertson, is a citizen of the United States and domiciled in the State of Texas. She is the mother of Ricky Salas, Jr.

2387. Plaintiff, Melissa Gutierrez, is a citizen of the United States and domiciled in the State of Texas. She is the sister of Ricky Salas, Jr.

2388. Plaintiff, Randy Salas, is a citizen of the United States and domiciled in the State of Texas. He is the brother of Ricky Salas, Jr.

2389. Plaintiff, Daniel Salas, is a citizen of the United States and domiciled in the State of Texas. He is the brother of Ricky Salas, Jr.

2390. Plaintiff, Roger Salas, is a citizen of the United States and domiciled in the State of Texas. He is the brother of Ricky Salas, Jr.

2391. As a result of the March 7, 2006 Terrorist Attack, and the injuries suffered by, and the death of Ricky Salas, Jr., Plaintiffs April Baca-Salas, Ja.R.S. a minor, Jo.R.S. a minor, Brenda Sue Robertson, Melissa Gutierrez, Randy Salas, Daniel Salas, Roger Salas, have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Ricky Salas Jr.'s society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Ricky Salas, Jr.

### 185. THE MARCH 4, 2006 ATTACK – HAQLANIYA, AL ANBAR

####  A.  PLAINTIFFS THE JORGE ALEXANDER ROMAN FAMILY

2392. Plaintiff Jorge Alexander Roman is a citizen of the United States and domiciled in the State of Texas.

2393. On March 4, 2006, Jorge Alexander Roman, age 22, was serving in the U.S. military in Iraq.

2394.  Mr. Roman was travelling with his convoy in a seven-ton Armadillo when an Iranian-provided IED struck the vehicle. At the time of the attack, Mr. Roman's Armadillo was first in a convoy of four vehicles and he was positioned in the dismount position of the Armadillo. Mr. Roman was trapped inside the vehicle while a fire grew causing the ammunition and explosives in the vehicle to begin exploding. Ultimately, Mr. Roman was freed from the vehicle just before it exploded.

2395.  The weapon used to attack and injure Mr. Roman was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2396.  As a result of the attack, Jorge Alexander Roman suffered 2nd and 3rd degree burns to his right hand, arm, wrist, and face. He also struck his head on the safety bar rendering him unconscious for several seconds. When he regained consciousness, he was bleeding from his ears and nose. Because of the intense heat, Mr. Roman also suffered burns to his esophagus and lungs. Further, as a result of the attack, he sustained a back injury.

2397.  Jorge Alexander Roman received extensive medical treatment at Al Asad Iraq Air Force Base, Landstuhl Regional Medical Center, Brooks Army Medical Center in San Antonio, Texas, VA Houston Regional Benefit Office, and Conroe VA Outpatient Clinic.

2398.  As a result of the March 4, 2006 Terrorist Attack, and the injuries he suffered, Jorge Alexander Roman has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2399.  Plaintiff Diana Canales is a citizen of the United States and domiciled in the State of Texas. She is the mother of Jorge Alexander Roman.

2400.   Plaintiff Gabriel Martinez is a citizen of the United States and domiciled in the State of Texas. He is the brother of Jorge Alexander Roman.

2401.   Plaintiff Rocky Martinez is a citizen of the United States and domiciled in the State of Texas. He is the brother of Jorge Alexander Roman.

2402.   As a result of the March 4, 2006 Terrorist Attack, and the injuries suffered by Jorge Alexander Roman, Plaintiffs Diana Canales, Gabriel Martinez, and Rocky Martinez have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### B.   PLAINTIFFS THE COLIN ALFRED BENJAMIN ANDERSON FAMILY

2403.   Plaintiff Colin Alfred Benjamin Anderson is a citizen of the United States and domiciled in the State of Texas.

2404.   On March 4, 2006 Colin Alfred Benjamin Anderson, age 26 was serving in the U.S. military in Iraq.

2405.   Mr. Anderson was on patrol with his unit in Haqlaniya, Al Anbar Province, when it was struck by an IED.

2406.   The weapon used to attack and injure Mr. Anderson was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2407.   As a result of the attack, Colin Alfred Benjamin Anderson suffered injuries that include, but are not limited to, 3rd degree burns to his face and hands, permanent back and knee injuries, disc protrusions, lower lumbar hypertrophy and PTSD.

2408.   Colin Alfred Benjamin Anderson received extensive medical treatment, including

past and ongoing care for these injuries, at various military base hospitals, Veterans Medical Centers and private medical providers.

2409.  As a result of the March 4, 2006 Terrorist Attack, and the injuries he suffered, Colin Alfred Benjamin Anderson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2410.  Plaintiff Elizabeth Anderson is a citizen of the United States and domiciled in the State of Texas. She is the wife of Colin Alfred Benjamin Anderson.

2411.  Plaintiff Karl Anderson is a citizen of the United States and domiciled in the State of California. He is the father of Colin Alfred Benjamin Anderson.

2412.  Plaintiff Jane Anderson is a citizen of the United States and domiciled in the State of California. She is the mother of Colin Alfred Benjamin Anderson.

2413.  Plaintiff Kristi Bao is a citizen of the United States and domiciled in the State of Hawaii. She is the sister of Colin Alfred Benjamin Anderson.

2414.  Plaintiff Heidi Martinez is a citizen of the United States and domiciled in the State of Kansas. She is the sister of Colin Alfred Benjamin Anderson.

2415.  Plaintiff Laurie Anderson is a citizen of the United States and domiciled in the State of California. She is the sister of Colin Alfred Benjamin Anderson.

2416.  As a result of the March 4, 2006 Terrorist Attack, and the injuries suffered by Colin Alfred Benjamin Anderson, Plaintiffs Elizabeth Anderson, Karl Anderson, Jane Anderson, Kristi Bao, Heidi Martinez, and Laurie Anderson have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages,

including loss of services.

### 186.   THE   FEBRUARY   27,   2006   ATTACK   –   SAYDIYA NEIGHBORHOOD OF BAGHDAD

#### A.   PLAINTIFF JOHN ALLEN GENTRY, JR.

2417.   Plaintiff John Allen Gentry, Jr. is a citizen of the United States and domiciled in the State of Virginia.

2418.   On February 27, 2006, John Allen Gentry, Jr., age 27, was serving in the U.S. military in Iraq.

2419.   Mr. Gentry was on patrol with his unit in Saydiya when they were hit by an IED.

2420.   The weapon used to attack and injure Mr. Gentry was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2421.   As a result of the attack, John Allen Gentry, Jr. sustained shrapnel wounds to his left eye, hearing loss, and PTSD.

2422.   John Allen Gentry, Jr. received extensive medical treatment including 6 surgeries on his eye, medical treatment for hearing loss and psychiatric care for his PTSD.

2423.   As a result of the February 27, 2006, Terrorist Attack, and the injuries he suffered, John Allen Gentry, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 187.   THE FEBRUARY 24, 2006 ATTACK - MOSUL

#### A.   PLAINTIFF ROBERT LEROY GERTSCH, JR.

2424.   Plaintiff Robert Leroy Gertsch, Jr. is a citizen of the United States and

domiciled in the State of Tennessee.

2425.   On February 24, 2006, Robert Leroy Gertsch, Jr., age 29, was serving in the U.S. military in Iraq.

2426.   Mr. Gertsch was in a convoy traveling in Mosul when his vehicle was struck by multiple IEDs, struck with mortars and took on small arms fire.

2427.   The weapons used to attack and injure Mr. Gertsch were Iranian manufactured/supplied IEDs, mortars and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2428.   As a result of the attack, Robert Leroy Gertsch, Jr. suffered significant injuries to include TBI, whiplash, neck injury with chronic headaches, right shoulder, low back, and knee injuries, light sensitivity, tinnitus in the left ear, He suffers from PTSD, anxiety, depression and memory loss.

2429.   Robert Leroy Gertsch, Jr. received extensive medical and psychological treatment. He was evaluated a few days following the attack and continues treatment with the VA Hospital.

2430.   As a result of the February 24, 2006 Terrorist Attack, and the injuries he suffered, Robert Leroy Gertsch, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 188.   THE FEBRUARY 14, 2006 ATTACK – BAGHDAD

#### A.   PLAINTIFFS THE RICHARD WAYNE TUGWELL JR. FAMILY

2431.   Plaintiff Richard Wayne Tugwell, Jr. is a citizen of the United States and

domiciled in the State of Virginia.

2432.   On February 14, 2006, Richard Wayne Tugwell, Jr., age 35, was serving in the U.S. military in Iraq.

2433.   Mr. Tugwell was on security foot patrol in Baghdad when a VBIED exploded about 200 meters from him.

2434.   The weapon used to attack and injure Mr. Tugwell was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2435.   As a result of the attack, Richard Wayne Tugwell, Jr. suffered PTSD, depression, and anxiety.

2436.   Richard Wayne Tugwell, Jr. received extensive medical treatment; he has undergone group and individual counseling and taken medication for PTSD, depression, and anxiety.

2437.   As a result of the February 14, 2006 Terrorist Attack, and the injuries he suffered, Richard Wayne Tugwell, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2438.   Plaintiff Amie N. Carwile-Tugwell is a citizen of the United States and domiciled in the State of Virginia. She is the wife of Richard Wayne Tugwell, Jr.

2439.   Plaintiff C.C.T, a minor child, represented by her legal guardian Richard Wayne Tugwell, Jr., is a citizen of the United States and domiciled in the State of Virginia. She is the daughter of Richard Wayne Tugwell, Jr.

2440.   Plaintiff R.W.T., a minor child, represented by his legal guardian Richard Wayne

Tugwell, Jr., is a citizen of the United States and domiciled in the State of Virginia. He is the son of Richard Wayne Tugwell, Jr.

2441.   As a result of the February 14, 2006 Terrorist Attack, and the injuries suffered by Richard Wayne Tugwell, Jr., Plaintiffs Amie N. Carwile-Tugwell, C.C.T., and R.W.T. have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 189.   THE FEBRUARY 7, 2006 ATTACK – BAGHDAD

#### A.   PLAINTIFFS THE ABELARDO ROSAS FAMILY

2442.   Plaintiff Abelardo Rosas is a citizen of the United States and domiciled in  the state of Texas.

2443.   On February 7, 2006, Abelardo Rosas, age 23, was serving in the U.S. military in Iraq.

2444.   During the afternoon of February 7, 2006, Mr. Rosas was on patrol in a Humvee behind the Al Khulafa Al Rashideen Mosque in Baghdad when an explosion ripped through his vehicle, knocking Mr. Rosas to the ground, and a small arms fight immediately ensued.

2445.   The weapons used to attack and injure Mr. Rosas were Iranian manufactured/supplied IED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2446.   As a result of the February 7, 2006 Terrorist Attack, Abelardo Rosas sustained significant injuries from the explosion, including shrapnel lacerations to his legs and body, back injury, concussion, traumatic brain injury, depression, and PTSD.

2447.   Abelardo Rosas was immediately treated in the field and then at the Fallujah

Surgery Center. Since returning home, he has received treatment for his injuries at the VA San Diego Healthcare System, the Central Texas VA Healthcare System, and the Austin Vet Center.

2448. As a result of the February 7, 2006 Terrorist Attack, and the injuries he suffered, Abelardo Rosas has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2449. Plaintiff Guadalupe Rosas is a citizen of the United States and domiciled in the State of Texas. He is the brother of Abelardo Rosas.

2450. Plaintiff Juan Alberto Rosas is a citizen of the United States and domiciled in the State of Texas. He is the brother of Abelardo Rosas.

2451. As a result of the February 7, 2006 Terrorist Attack, and the injuries suffered by Abelardo Rosas, Plaintiffs Juan Alberto Rosas and Guadalupe Rosas have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 190. THE FEBRUARY 6, 2006 ATTACK - ALBAGHDADI

#### A. PLAINTIFFS THE BRANDON SCOTT SCHUCK FAMILY

2452. Plaintiff Brandon Scott Schuck is a citizen of the United States and domiciled in the State of Arizona at the time of his death.

2453. On February 6, 2006, Brandon Scott Schuck, age 21, was serving in the U.S. military in Iraq.

2454. Mr. Schuck was in a convoy near Route 12 in Albaghdadi when his Humvee was hit by an IED.

2455.   Brandon Scott Schuck was killed in the attack.

2456.   The weapon used to attack and kill Mr. Schuck was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2457.   Plaintiff, Megan Beth Cash is a citizen of the United States and domiciled in the State of Kentucky. She is the wife of Brandon Scott Schuck.

2458.   Plaintiff, Megan Beth Cash brings an action individually, and on behalf of the Estate of Brandon Scott Schuck, and all heirs thereof, as its legal representative.

2459.   Plaintiff G.S.S., a minor child, represented by his legal guardian Megan Beth Cash, is a citizen of the United States and domiciled in the State of Kentucky. He is the son of Brandon Scott Schuck.

2460.   As a result of the February 6, 2006 Terrorist Attack, and the injuries suffered by, and the death of Brandon Scott Schuck, Plaintiffs Megan Beth Cash and G.S.S., a minor child, have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Brandon Scott Schuck's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Brandon Scott Schuck.

## 191.   THE JANUARY 24, 2006 ATTACK - HIT

### A.   PLAINTIFF MICHAEL PAUL SAVOIE

2461.   Plaintiff Michael Paul Savoie is a citizen of the United States and domiciled in the State of Louisianna.

2462.   On January 24, 2006, Michael Paul Savoie, age 27, was serving in the U.S. military in Iraq.

2463.   Mr. Savoie was in a Humvee travelling with his unit when an IED detonated

into his vehicle.

2464.   The weapon used to attack and injure Mr. Savoie was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2465.   As a result of the attack, Michael Paul Savoie suffered second degree burns to his face and PTSD.

2466.   Michael Paul Savoie received extensive medical treatment. Mr. Savoie has been treated at the FOB Iskandariyah, the Naval Hospital in Camp Lejeune, North Carolina, and the Wounded Warrior Battalion - East, in Camp Lejeune

2467.   As a result of the January 24, 2006 Terrorist Attack, and the injuries he suffered, Michael Paul Savoie has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 192.   THE JANUARY 17, 2006 ATTACK – TAL AFAR

### A.   PLAINTIFFS THE GARY JAROMIR RUC FAMILY

2468.   Plaintiff Gary Jaromir Ruc is a citizen of the United States and domiciled in the State of Maryland.

2469.   On January 17, 2006, Gary Jaromir Ruc, age 21, was serving in the U.S. military in Iraq.

2470.   Mr. Ruc was in Tal Afar on foot patrol when an IED was remotely detonated blowing him about 30 feet backwards into a wall.

2471.   The weapon used to attack and injure Mr. Ruc was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2472.   As a result of the attack, Gary Jaromir Ruc suffered shrapnel injuries to his legs and lower abdomen. He also suffered a broken femur and pelvic bone, a TBI and PTSD.

2473.   Gary Jaromir Ruc received extensive medical treatment; he had multiple surgeries on his abdomen and pelvic areas and has had treatment for PTSD and TBI.

2474.   As a result of the January 17, 2006 Terrorist Attack, and the injuries he suffered, Gary Jaromir Ruc has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2475.   Plaintiff Xenie Hladik is a citizen of the United States and domiciled in the State of Maryland. She is the mother of Gary Jaromir Ruc.

2476.   As a result of the January 17, 2006 Terrorist Attack, and the injuries suffered by Gary Jaromir Ruc, Plaintiff Xenie Hladik has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 193.   THE JANUARY 16, 2006 ATTACK – FOB FALCON, BAGHDAD

####    A.   PLAINTIFFS THE JOSEPH PETER BROWN FAMILY

2477.   Plaintiff Joseph Peter Brown is a citizen of the United States and domiciled in the State of Florida.

2478.   On January 16, 2006, Joseph Peter Brown, age 33, was serving in the U.S. military in Iraq.

2479.   Mr. Brown was walking from the FOB Falcon chow hall in south Baghdad when mortar rounds began falling around him.

2480.   The weapon used to attack and injure Mr. Brown was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-

trained terror operatives in Iraq.

2481.  As a result of attack, Joseph Peter Brown suffered shrapnel injuries in his right arm and left buttocks, an open distal radius fracture, and PTSD.

2482.  Joseph Peter Brown received extensive medical treatment; his shrapnel injuries required multiple surgeries and he has had ongoing medical care for his right arm pain and PTSD.

2483.  As a result of the January 16, 2006 Terrorist Attack, and the injuries he suffered, Joseph Peter Brown has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2484.  Plaintiff A.E.B., a minor child, represented by his legal guardian, Joseph Peter Brown, is a citizen of the United States and domiciled in the State of Florida. He is the son of Joseph Peter Brown.

2485.  Plaintiff J.M.B., a minor child, represented by his legal guardian, Joseph Peter Brown, is a citizen of the United States and domiciled in the State of Florida. He is the son of Joseph Peter Brown.

2486.  As a result of the January 16, 2006 Terrorist Attack, and the injuries suffered by Joseph Peter Brown, Plaintiffs A.E.B. and J.M.B. have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 194.   THE JANUARY 12, 2006 ATTACK – RAMADI

### A.      PLAINTIFFS THE RALPH EDWARD SWARTZ, II FAMILY

2487.  Plaintiff Ralph Edward Swartz, II is a citizen of the United States and domiciled in  the State of Pennsylvania.

2488.   On January 12, 2006, Ralph Edward Swartz, II, age 26, was serving in the U.S. military in Iraq.

2489.   Mr. Swartz was on patrol with his unit in Ramadi when his vehicle was struck by an IED. The IED blast was followed by a small arms fire attack on his unit.

2490.   The weapons used to attack and injure Mr. Swartz were an Iranian manufactured/supplied IED and small arms weapons provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2491.   As a result of the attack, Ralph Edward Swartz, II suffered injuries that include, but are not limited to, a TBI, shrapnel wounds to his face, lacerations to his left hand, arms and head, PTSD, anxiety, and depression.

2492.   Ralph Edward Swartz, II received extensive medical treatment, including past and ongoing care for these injuries, at his military base hospital at FOB Ramadi and other Veterans Medical Centers and health care providers.

2493.   As a result of the January 12, 2006 Terrorist Attack, and the injuries he suffered, Ralph Edward Swartz, II has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2494.   Plaintiff Leatha M. Swartz is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Ralph Edward Swartz, II.

2495.   Plaintiff Ralph E. Swartz, Sr. is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Ralph Edward Swartz, II.

2496.   Plaintiff Brittany M. Swartz is a citizen of the United States and domiciled in

the State of Pennsylvania. She is the daughter of Ralph Edward Swartz, II.

2497.  Plaintiff Lydia A. Hill is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Ralph Edward Swartz, II.

2498.  Plaintiff Robert A. Swartz is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of Ralph Edward Swartz, II.

2499.  Plaintiff V.M.S., a minor child, represented by her legal guardian Ralph Edward Swartz, II, is a citizen of the United States and domiciled in the State of Pennsylvania. She is the daughter of Ralph Edward Swartz, II.

2500.  As a result of the January 12, 2006 Terrorist Attack, and the injuries suffered by Ralph Edward Swartz, II, Plaintiffs Leatha M. Swartz, Ralph E. Swartz, Sr., Brittany M. Swartz, Lydia A. Hill, Robert A. Swartz and V.M.S., a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 195.   THE JANUARY 4, 2006 ATTACK – NORTH OF MAHMUDIYAH

#### A.      PLAINTIFFS THE SERGIO DANIEL LOPEZ FAMILY

2501.  Plaintiff Sergio Daniel Lopez is a citizen of the United States and domiciled in the State of Illinois.

2502.  On January 4, 2006, Sergio Daniel Lopez, age 23, was serving in the U.S. military in Iraq.

2503.  Mr. Lopez and fellow servicemen from his unit were heading to an observation post north of Mahmudiyah when his vehicle was struck by an IED.

2504.  The weapon used to attack and injure Mr. Lopez was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-

trained terror operatives in Iraq.

2505.   As a result of the attack, Sergio Daniel Lopez suffered compound fractures to his legs and ankles that necessitated double leg amputations, TBI, hearing loss, eye pain, recurring pain in back and hip, chronic headaches, and anxiety.

2506.   Sergio Daniel Lopez received extensive medical treatment at Baghdad Army Hospital, at Landstuhl Regional Medical Center in Germany, at Walter Reed National Military Medical Center in Bethesda, Maryland, and at Edward Hines, Jr. VA Hospital in Hines, Illinois.

2507.   As a result of the January 4, 2006 Terrorist Attack, and the injuries he suffered, Sergio Daniel Lopez has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2508.   Plaintiff S.C.L., a minor child, represented by her legal guardian Sergio Daniel Lopez is a citizen of the United States and domiciled in the State of Illinois. She is the daughter of Sergio Daniel Lopez.

2509.   As a result of the January 4, 2006 Terrorist Attack, and the injuries suffered by Sergio Daniel Lopez, Plaintiff S.C. L., a minor, has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 196.   THE DECEMBER 30, 2005 ATTACK – BAGHDAD

#### A.   PLAINTIFF MARCEL KIM D'ENTREMONT

2510.   Plaintiff Marcel Kim D'Entremont is a citizen of the United States and domiciled in  the State of California.

2511.  On December 30, 2005, Marcel Kim D'Entremont, age 36, was serving in the U.S. military in Iraq.

2512.  Mr. D'Entremont was on patrol with his unit in the Arab Ejbur neighborhood, in Baghdad Province, when his vehicle was struck by an IED.

2513.  The weapon used to attack and injure Mr. D'Entremont was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2514.  As a result of the attack, Marcel Kim D'Entremont suffered injuries that include, but are not limited to, a TBI, burns to the neck, migraines and PTSD.

2515.  Marcel Kim D'Entremont received extensive medical treatment, including past and ongoing care for these injuries, at the scene of the attack, base medical at FOB Falcon, William Beaumont Army Medical Center and other Veterans Medical Centers and treatment providers.

2516.  As a result of the December 30, 2005 Terrorist Attack, and the injuries he suffered, Marcel Kim D'Entremont has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 197.  THE DECEMBER 29, 2005 ATTACK – HIT

#### A.  PLAINTIFF ANDRE LEONARD MAISON

2517.  Plaintiff, Andre Leonard Maison, is a citizen of the United States and domiciled in the State of Texas.

2518.  On December 29, 2005, Andre Leonard Maison, age 34, was serving in the U.S. military in Iraq.

2519.  Mr. Maison was on foot patrol in Hit when he was struck by an IED.

2520.  The weapon used to attack and injure Mr. Maison was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2521.  As a result of the attack, Andre Leonard Maison sustained a TBI, PTSD, ruptured ear drums, and rotator cuff tears.

2522.  Andre Leonard Maison received extensive medical treatment including skin grafts to repair ear drums, surgeries for rotator cuff tears, as well as psychiatric care for his PTSD.

2523.  As a result of the December 29, 2005, Terrorist Attack, and the injuries he suffered, Andre Leonard Maison has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 198.  THE DECEMBER 26, 2005 ATTACK – BAQUBAH

### A.      PLAINTIFFS THE SANDRA CLAMON FAMILY

2524.  Plaintiff Sandra Clamon is a citizen of the United States and domiciled in the State of Texas.

2525.  On or about December 26, 2005, Sandra Clamon, age 29, was serving in the U.S. military in Iraq.

2526.  Mrs. Clamon was injured when a mortar was launched at FOB Warhorse and struck a power generator.

2527.  The weapon used to attack and injure Mrs. Clamon was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-

trained terror operatives in Iraq.

2528.   As a result of the attack, Sandra Clamon suffered injuries that include, but are not limited to, a TBI, migraines, PTSD, anxiety and depression.

2529.   Sandra Clamon received extensive medical treatment, including past and ongoing care for these injuries at the military base hospital, Veterans Medical Centers, and other private hospitals and medical providers.

2530.   As a result of the December 2005 Terrorist Attack, and the injuries she suffered, Sandra Clamon has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2531.   Plaintiff Jelissa Talamante is a citizen of the United States and domiciled in the State of Washington. She is the daughter of Sandra Clamon.

2532.   Plaintiff J.J.C., a minor child, represented by his legal guardian Sandra Clamon, is a citizen of the United States and domiciled in the State of Texas. He is the son of Sandra Clamon.

2533.   As a result of the Terrorist Attack on or about December 26, 2005, and the injuries suffered by Sandra Clamon, Plaintiffs Jelissa Talamante and J.J.C., a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 199.   THE DECEMBER 24, 2005 ATTACK – MOSUL

### A.   PLAINTIFF TOMMY LEE FOWLER

2534.   Plaintiff Tommy Lee Fowler is a citizen of the United States and domiciled in the State of Florida.

2535.   On December 24, 2005, Tommy Lee Fowler, age 25, was serving in the U.S. military in Iraq.

2536.   Mr. Fowler was on patrol with his unit in Mosul when his vehicle was struck by an IED.

2537.   The weapon used to attack and injure Mr. Fowler was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2538.   As a result of the attack, Tommy Lee Fowler suffered injuries that include, but are not limited to, a TBI, a lower back injury, tinnitus, hearing loss, headaches, a broken right foot, PTSD, anxiety, and depression.

2539.   Tommy Lee Fowler received extensive medical treatment, including past and ongoing care for these injuries, at Landstuhl Medical Center, Walter Reed Military Medical Center and other Veterans Medical Centers and health care providers.

2540.   As a result of the December 24, 2005 Terrorist Attack, and the injuries he suffered, Tommy Lee Fowler has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 200.   THE DECEMBER 6, 2005 ATTACK – BAGHDAD

### A.   PLAINTIFF DANIEL WILLIAMS

2541.   Plaintiff Daniel Williams is a citizen of the United States and domiciled in the State of Georgia.

2542.   On December 6, 2005, Daniel Williams, age 46, was serving in the U.S. military in Iraq.

2543.   Mr. Williams was at the Victory Base Complex standing outside the Garrison

Building on the front Northeast side when a mortar hit within 20 feet of him, causing him to be thrown to the ground and become unconscious.

2544.   The weapon used to attack and injure Mr. Williams was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2545.   As a result of the attack, Daniel Williams suffered a concussion, TBI, tinnitus, hearing loss, PTSD, and depression.

2546.   Daniel Williams received extensive medical treatment in the field at the time of the attack, as well as subsequent medical treatment received from CBOC—Columbus, Georgia, Tuskegee VA Medical Center, Birmingham VA Medical Center, Tuscaloosa VA Medical Center, and W.G. Hefner VA Medical Center.

2547.   As a result of the December 6, 2005 Terrorist Attack, and the injuries he suffered, Daniel Williams has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 201.   THE NOVEMBER 28, 2005 ATTACK - HADITHA

#### A.   PLAINTIFFS THE TODD EDWARD WINN FAMILY

2548.   Plaintiff Todd Edward Winn is a citizen of the United States and domiciled in the State of Utah.

2549.   On November 28, 2005, Todd Edward Winn, age 22, was serving in the U.S. military in Iraq.

2550.   Mr. Winn was with his unit traveling on MSR Bronze in Haditha when his vehicle was struck by an IED.

2551.   The weapon used to attack and injure Mr. Winn was an Iranian

manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2552.   As a result of the attack, Todd Edward Winn suffered significant injuries to include a severe concussion, tinnitus, headaches, dizziness, hearing loss, TBI, Memory loss, PTSD, and anxiety.

2553.   Todd Edward Winn received extensive medical treatment directly after the attack, then followed with TBI treatment as well as psychological treatment and medications post deployment.

2554.   As a result of the November 28, 2005 Terrorist Attack, and the injuries he suffered, Todd Edward Winn has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2555.   Plaintiff Allison Lorraine Wharton is a citizen of the United States and domiciled in the State of Kansas. She is the sister of Todd Edward Winn.

2556.   Plaintiff Linda Lorraine Winn is a citizen of the United States and domiciled in the State of Kansas. She is the mother of Todd Edward Winn.

2557.   As a result of the November 28, 2005 Terrorist Attack, and the injuries suffered by Todd Edward Winn, Plaintiffs Allison Lorraine Wharton, and Linda Lorraine Winn have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 202.   THE NOVEMBER 25, 2005 ATTACK – HIT

### A.   PLAINTIFF JEFFERY HARMON

2558.   Plaintiff Jeffery Harmon is a citizen of the United States and domiciled in the

State of Mississippi.

2559.   On November 25, 2005, Jeffery Harmon, age 35, was serving in the U.S. military in Iraq.

2560.   Mr. Harmon was on patrol with his unit in Hit when his unit was attacked by an IED.

2561.   The weapon used to attack and injure Mr. Harmon was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2562.   As a result of the attack, Jeffery Harmon suffered PTSD and anxiety.

2563.   Jeffery Harmon received extensive psychological medical treatment for his PTSD and anxiety immediately following the attack.

2564.   As a result of the November 25, 2005 Terrorist Attack, and the injuries he suffered, Jeffery Harmon has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 203.   THE NOVEMBER 24, 2005 ATTACK – MOSUL

### A.   PLAINTIFF TOMMY LEE FOWLER

2565.   Plaintiff Tommy Lee Fowler is a citizen of the United States and domiciled in the State of Florida.

2566.   On or about November 24, 2005, Tommy Lee Fowler, age 25, was serving in the U.S. military in Iraq.

2567.   Mr. Fowler was on patrol with his unit on Route Santa Fe in Mosul when his vehicle was struck by an IED.

2568.   The weapon used to attack and injure Mr. Fowler was an Iranian

manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2569.   As a result of the attack, Tommy Lee Fowler suffered injuries that include, but are not limited to, tinnitus, hearing loss, headaches, PTSD, anxiety and depression.

2570.   Tommy Lee Fowler received extensive medical treatment, including past and ongoing care for these injuries at military base hospitals, several Veterans Medical Centers and other VA health care providers.

2571.   As a result of the Terrorist Attack on or about November 24, 2005, and the injuries he suffered, Tommy Lee Fowler has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 204.   THE NOVEMBER 21, 2005 ATTACK – HABBANIYAH

### A.   PLAINTIFFS THE DUANE JOSEPH DREASKY FAMILY

2572.   Plaintiff Duane Joseph Dreasky was a citizen of the United States and was domiciled in  the State of Michigan at the time of his death.

2573.   On November 21, 2005, Duane Joseph Dreasky, age 31, was serving in the U.S. military in Iraq.

2574.   Mr. Dreasky was on patrol with his unit in Habbaniyah, Iraq when his Humvee was struck by an IED.

2575.   Duane Joseph Dreasky was killed in the attack.

2576.   The weapon used to attack and injure Mr. Dreasky was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2577.   Plaintiff Cheryl Lynn Dreasky is a citizen of the United States and domiciled

in the State of Michigan. She is the mother of Duane Joseph Dreasky.

2578.   Plaintiff Cheryl Lynn Dreasky brings an action individually, and on behalf of the Estate of Duane Joseph Dreasky, and all heirs thereof, as its legal representative.

2579.   Plaintiff Roger James Dreasky is a citizen of the United States and domiciled in the State of Michigan. He is the father of Duane Joseph Dreasky.

2580.   Plaintiff Dawn Marie Harvey is a citizen of the United States and domiciled in the State of Michigan. She is the sister of Duane Joseph Dreasky.

2581.   As a result of the November 21, 2005 Terrorist Attack, and the injuries suffered by and the death of Duane Joseph Dreasky, Plaintiffs, Roger James Dreasky, Cheryl Lynn Dreasky, and Dawn Marie Harvey have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Duane Joseph Dreasky's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Duane Joseph Dreasky.

## 205.   THE NOVEMBER 20, 2005 ATTACK – HADITHA

### A.   PLAINTIFFS THE JOHN WESLEY URQUHART FAMILY

2582.   Plaintiff John Wesley Urquhart is a citizen of the United States and domiciled in  the State of Texas.

2583.    On November 20, 2005, John Wesley Urquhart, age 24, was serving in the U.S. military in Iraq.

2584.   Mr. Urquhart was walking alongside his unit's Humvee when an IED detonated very near him.

2585.   The weapon used to attack and injure Mr. Urquhart was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2586.  As a result of the attack, John Wesley Urquhart suffered a TBI, tinnitus, injuries to his left elbow, chipped teeth, torn rotator cuff, torn bicep tendon, and torn labrum and PTSD.

2587.  John Wesley Urquhart received extensive medical treatment. Mr. Urquhart has been treated at the OrthoSports Tower at St. Vincent's Birmingham in Alabama; and Carrick Brain Centers in Irving, Texas.

2588.  As a result of the November 20, 2005 Terrorist Attack, and the injuries he suffered, John Wesley Urquhart has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2589.  Plaintiff Catherine Elizabeth Urquhart is a citizen of the United States and domiciled in the State of Texas. She is the mother of John Wesley Urquhart.

2590.  Plaintiff Garland Wesley Urquhart is a citizen of the United States and domiciled in the State of Texas. He is the father of John Wesley Urquhart.

2591.  Plaintiff Christina Wilkerson is a citizen of the United States and domiciled in the State of Texas. She is the sister of John Wesley Urquhart.

2592.  Plaintiff Caroline Urquhart is a citizen of the United States and domiciled in the State of Texas. She is the sister of John Wesley Urquhart.

2593.  Plaintiff Mary Elizabeth Urquhart is a citizen of the United States and domiciled in the State of Texas. She is the sister of John Wesley Urquhart.

2594.  Plaintiff Virginia Urquhart is a citizen of the United States and domiciled in the State of Texas. She is the sister of John Wesley Urquhart.

2595.  As a result of the November 20, 2005 Terrorist Attack, and the injuries

suffered by John Wesley Urquhart, Plaintiffs Catherine Elizabeth Urquhart, Garland Wesley Urquhart, Christina Wilkerson, Caroline Urquhart, Mary Elizabeth Urquhart and Virginia Urquhart, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

**206.   THE NOVEMBER 19, 2005 ATTACK – BAIJI**

      **A.     PLAINTIFFS THE WALLACE CASEY NELSON, III FAMILY**

2596.   Plaintiff Wallace Casey Nelson, III is a citizen of the United States and domiciled in the State of Tennessee.

2597.   On November 19, 2005, Wallace Casey Nelson, III, age 29, was serving in the U.S. military in Iraq.

2598.   Mr. Nelson was on patrol on the east side of Route Tampa in Baiji, Iraq when the vehicle behind them was struck by an IED, causing the fuel tank to catch fire, completely engulfing the vehicle in flames. Members of Mr. Nelson's squad were in the vehicle that was struck and he witnessed a fellow serviceman burn to death.

2599.   The weapon used to attack and injure Mr. Nelson was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2600.   As a result of the attack, Wallace Casey Nelson, III suffered loss of hearing, PTSD, sleep apnea, nightmares, and depression.

2601.   Wallace Casey Nelson, III received extensive medical treatment at a medical clinic in FOB Summerall in Baji, Iraq, Tennessee Valley Healthcare System, and Blanchfield Army Community Hospital.

2602.   As a result of the November 19, 2005 Terrorist Attack, and the injuries he

suffered, Wallace Casey Nelson, III has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2603.   Plaintiff Raymond H. James is a citizen of the United States and domiciled in the State of Tennessee. He is the brother of Wallace Casey Nelson, III.

2604.   Plaintiff Hannah Rose Nelson is a citizen of the United States and domiciled in the State of Wisconsin. She is the daughter of Wallace Casey Nelson, III.

2605.   Plaintiff D.J.N., a minor child represented by his legal guardian Wallace Casey Nelson, III, is a citizen of the United States and domiciled in the State of Tennessee. He is the son of Wallace Casey Nelson III.

2606.   As a result of the November 19, 2005 Terrorist Attack, and the injuries suffered by Wallace Casey Nelson, III, Plaintiff Raymond H. James, Hannah Rose Nelson and D.J.N., have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 207.   THE NOVEMBER 8, 2005 ATTACK – HAQLANIYAH, AL ANBAR

### A.      PLAINTIFFS THE DOMINIC ANGEL FRANCO FAMILY

2607.   Plaintiff Dominic Angel Franco is a citizen of the United) States and domiciled in  the State of California.

2608.   On November 8, 2005, Dominic Angel Franco, age 25, was serving in the U.S. military in Iraq.

2609.   Mr. Franco was walking along-side his Humvee while patrolling a location in Haqlaniyah (Al Anbar province), when an IED detonated and caused severe physical and

emotional injuries to Mr. Franco.

2610.  The weapon used to attack and injure Mr. Franco was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2611.  As a result of the attack, Dominic Angel Franco suffered loss of consciousness, severe ringing of the ears and headaches, ruptured eardrums in both ears, as well as a grade 3 concussion. Additionally, Mr. Franco suffered permanent scarring, a thoracic strain, PTSD, cervical strain, tinnitus, and TBI as a result of the November 8, 2005 Terrorist Attack.

2612.  Dominic Angel Franco received extensive medical treatment at Al Asad medical tent, Baghdad Hospital, Balad, Landstuhl Regional Medical Center, Walter Reed Hospital, Camp Pendleton Hospital, MCAS Miramar Branch Health Clinic, Naval Medical Center in San Diego, CA, SCRIPPS Coastal Medical Center of Escondido, Sacramento VA Medical Center, VA Northern California Health Care System, and Martinez Outpatient Clinic.

2613.  As a result of the November 8, 2005 Terrorist Attack, and the injuries he suffered, Dominic Angel Franco has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2614.  Plaintiff Yicenia Felo-Franco is a citizen of the United States and domiciled in the State of California. She is the adult daughter of Dominic Angel Franco.

2615.  Plaintiff X.F., a minor child, represented by his legal guardian Dominic Angel

Franco, is a citizen of the United States and domiciled in the State of California. He is the son of Dominic Angel Franco.

2616.   Plaintiff Valerie Peterson is a citizen of the United States and domiciled in the State of Oregon. She is the mother of Dominic Angel Franco.

2617.   Plaintiff Steve Peterson is a citizen of the United States and domiciled in the State of Oregon. He is the step-father of Dominic Angel Franco.

2618.   As a result of the November 8, 2005 Terrorist Attack, and the injuries suffered by Dominic Angel Franco, Plaintiffs Yicenia Felo-Franco, X.F., Valerie Peterson, and Steve Peterson have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 208.   THE NOVEMBER 8, 2005 ATTACK – HAQLANIYAH

### A.   PLAINTIFFS THE JOE SANCHEZ, JR. FAMILY

2619.   Plaintiff, Joe Sanchez, Jr., is a citizen of the United States and domiciled in the State of Texas.

2620.   On November 8, 2005, Joe Sanchez, Jr., age 23, was serving in the U.S. military in Iraq.

2621.   Joe Sanchez, Jr. was on patrol with his unit in Haqlaniyah when his unit was attacked by an IED.

2622.   The weapon used to attack and injure Mr. Sanchez was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2623.   As a result of the attack, Joe Sanchez, Jr. sustained a TBI, and PTSD from this attack.

2624. Joe Sanchez, Jr. received extensive medical treatment for his TBI, as well as psychiatric care for his PTSD.

2625. As a result of the November 8, 2005, Terrorist Attack, and the injuries he suffered, Joe Sanchez, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2626. Plaintiff Cindy Jo Sanchez is a citizen of the United States and domiciled in the State of Texas. She is the sister of Joe Sanchez, Jr.

2627. Plaintiff Sandy Jo Molina is a citizen of the United States and domiciled in the State of Colorado. She is the sister of Joe Sanchez, Jr.

2628. As a result of the November 8, 2005 Terrorist Attack, and the injuries suffered by Joe Sanchez, Jr., Plaintiff Cindy Jo Sanchez and Sandy Jo Molina have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 209. THE NOVEMBER 7, 2005 ATTACK – HADITHA

### A. PLAINTIFFS THE JAMES MICHAEL GEIGER, III FAMILY

2629. Plaintiff James Michael Geiger, III is a citizen of the United States and domiciled in the State of Kansas.

2630. On November 7, 2005, James Michael Geiger, III, age 24, was serving in the U.S. military in Iraq.

2631. Mr. Geiger was on patrol with his unit near Haditha Dam in South Dam Village, when his vehicle was struck by an IED.

2632. The weapon used to attack and injure Mr. Geiger was an Iranian

manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2633.   As a result of the attack, James Michael Geiger, III suffered injuries that include, but are not limited to, a right foot compression fracture, a broken right leg, broken wrist and shrapnel wounds to the face and right leg.

2634.   James Michael Geiger, III, received extensive medical treatment, including past and ongoing care for these injuries, at Balad Military Base Hospital, Landstuhl Regional Medical Center and other Veterans Medical Centers and health care providers.

2635.   As a result of the November 7, 2005 Terrorist Attack, and the injuries he suffered, James Michael Geiger, III, has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2636.   Plaintiff James M. Geiger, Jr. is a citizen of the United States and domiciled in the State of North Carolina. He is the father of James Michael Geiger, III.

2637.   Plaintiff Patricia L. Geiger is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of James Michael Geiger, III.

2638.   Plaintiff Joshua H. Geiger is a citizen of the United States and domiciled in the State of South Carolina. He is the brother of James Michael Geiger, III.

2639.   Plaintiff Elizabeth E. Geiger is a citizen of the United States and domiciled in the State of North Carolina. She is the sister of James Michael Geiger, III.

2640.   As a result of the November 7, 2005 Terrorist Attack, and the injuries suffered by James Michael Geiger, III, Plaintiffs James M. Geiger Jr., Patricia L. Geiger, Joshua H. Geiger and Elizabeth E. Geiger have past and future noneconomic damages, including severe mental

anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### B.    PLAINTIFFS THE TODD EDWARD WINN FAMILY

2641.   Plaintiff Todd Edward Winn is a citizen of the United States and domiciled in the State of Utah.

2642.   On November 7, 2005, Todd Edward Winn, age 21, was serving in the U.S. military in Iraq.

2643.   Mr. Winn was with his unit traveling in Dam Village, Haditha when his up-armored Humvee was struck by an IED.

2644.   The weapon used to attack and injure Mr. Winn was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2645.   As a result of the attack, Todd Edward Winn suffered significant injuries to his left hip and leg, burns on right leg, TBI, headaches, tinnitus, memory loss, hearing loss, PTSD, and anxiety.

2646.   Todd Edward Winn received extensive medical treatment directly after the attack, and followed with TBI treatment as well as psychological treatment and medications post deployment.

2647.   As a result of the November 7, 2005 Terrorist Attack, and the injuries he suffered, Todd Edward Winn has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2648.   Plaintiff Allison Lorraine Wharton is a citizen of the United States and domiciled in the State of Kansas. She is the sister of Todd Edward Winn.

2649.   Plaintiff Linda Lorraine Winn is a citizen of the United States and domiciled in the State of Kansas. She is the mother of Todd Edward Winn.

2650.   As a result of the November 7, 2005 Terrorist Attack, and the injuries suffered by Todd Edward Winn,  Plaintiffs Allison Lorraine Wharton, and Linda Lorraine Winn have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 210.   THE NOVEMBER 6, 2005 ATTACK – HADITHA

#### A.   PLAINTIFFS THE JOHN WESLEY URQUHART FAMILY

2651.   Plaintiff John Wesley Urquhart is a citizen of the United States and domiciled in  the State of Texas.

2652.    On November 6, 2005, John Wesley Urquhart, age 24, was serving in the U.S. military in Iraq.

2653.   Mr. Urquhart was on River Road in Haditha when an IED exploded on his unit.

2654.   The weapon used to attack and injure Mr. Urquhart was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2655.   As a result of the attack, John Wesley Urquhart suffered a TBI, tinnitus, injuries to his neck and PTSD.

2656.   John Wesley Urquhart received extensive medical treatment. Mr. Urquhart has been treated at the OrthoSports Tower at St. Vincent's Birmingham in Alabama; and Carrick Brain Centers in Irving, Texas.

2657.   As a result of the November 6, 2005 Terrorist Attack, and the injuries he

suffered, John Wesley Urquhart has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2658.   Plaintiff Catherine Elizabeth Urquhart is a citizen of the United States and domiciled in the State of Texas. She is the mother of John Wesley Urquhart.

2659.   Plaintiff Garland Wesley Urquhart is a citizen of the United States and domiciled in the State of Texas. He is the father of John Wesley Urquhart.

2660.   Plaintiff Christina Wilkerson is a citizen of the United States and domiciled in the State of Texas. She is the sister of John Wesley Urquhart.

2661.   Plaintiff Caroline Urquhart is a citizen of the United States and domiciled in the State of Texas. She is the sister of John Wesley Urquhart.

2662.   Plaintiff Mary Elizabeth Urquhart is a citizen of the United States and domiciled in the State of Texas. She is the sister of John Wesley Urquhart.

2663.   Plaintiff Virginia Urquhart is a citizen of the United States and domiciled in the State of Texas. She is the sister of John Wesley Urquhart.

2664.   As a result of the November 6, 2005 Terrorist Attack, and the injuries suffered by John Wesley Urquhart, Plaintiffs Catherine Elizabeth Urquhart, Garland Wesley Urquhart, Christina Wilkerson, Caroline Urquhart, Mary Elizabeth Urquhart and Virginia Urquhart, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 211.   THE NOVEMBER 6, 2005 ATTACK – HADITHA

#### A.   PLAINTIFFS THE TERRY LYNN MCELWAIN FAMILY

2665.   Plaintiff Terry Lynn McElwain is a citizen of the United States and domiciled

in the State of California.

2666.   On November 6, 2005, Terry Lynn McElwain, age 32, was serving in the U.S. military in Iraq.

2667.   Mr. McElwain was on patrol with his unit in Haditha when his unit was attacked by an IED.

2668.   The weapon used to attack and injure Mr. McElwain was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2669.   As a result of the attack, Terry Lynn McElwain suffered a perforated eardrum, injury to his back, injury to his left shoulder, head injury, and exacerbated his TBI and PTSD.

2670.   Terry Lynn McElwain received extensive medical treatment for his back and shoulder injury, medical treatment for his perforated eardrum, treatment for his TBI and psychological care for PTSD immediately after the attack.

2671.   As a result of the November 6, 2005 Terrorist Attack, and the injuries he suffered, Terry Lynn McElwain has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2672.   Plaintiff Julia Dantong McElwain is a citizen of the United States and domiciled in the State of California. She is the wife of Terry Lynn McElwain.

2673.   Plaintiff S.M, a minor, represented by her legal guardians Terry Lynn McElwain and Julia Dantong McElwain, is a citizen of the United States and domiciled in the State of California. She is the daughter of Terry Lynn McElwain and Julia Dantong McElwain.

2674.   Plaintiff R.M, a minor, represented by his legal guardians Terry Lynn McElwain and Julia Dantong McElwain, is a citizen of the United States and domiciled in the State of California. He is the son of Terry Lynn McElwain and Julia Dantong McElwain.

2675.   Plaintiff Eleanor E. McElwain is a citizen of the United States and domiciled in the State of Kansas. She is the mother of Terry Lynn McElwain.

2676.   Plaintiff Tracy Rosario is a citizen of the United States and domiciled in the State of Kansas. She is the sister of Terry Lynn McElwain.

2677.   Plaintiff Angel Michelle Hughes is a citizen of the United States and domiciled in the State of Kansas. She is the sister of Terry Lynn McElwain.

2678.   Plaintiff Travis McElwain is a citizen of the United States and domiciled in the State of California. He is the brother of Terry Lynn McElwain.

2679.   Plaintiff James S. McElwain is a citizen of the United States and domiciled in the State of Kansas. He is the brother of Terry Lynn McElwain.

2680.   As a result of the November 6, 2005 Terrorist Attack, and the injuries suffered by Terry Lynn McElwain, Plaintiffs Julia Dantong McElwain, S.M, a minor, R.M, a minor, Eleanor E. McElwain, Tracy Rosario, Angel Michelle Hughes, Travis McElwain, James S. McElwain have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 212.   THE NOVEMBER 5, 2005 ATTACK – HUSAYBAH

### A.   PLAINTIFFS THE BRIAN ELDON WILLIAMS FAMILY

2681.   Plaintiff Brian Eldon Williams is a citizen of the United States and domiciled in the State of Texas.

2682.    On November 5, 2005, Brian Eldon Williams, age 22, was serving in the U.S.

military in Iraq.

2683.   Mr. Williams was the gunner in his Humvee when an IED detonated into his vehicle.

2684.   The weapon used to attack and injure Mr. Williams was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2685.   As a result of the attack, Brian Eldon Williams suffered shrapnel wounds to his left leg and genital area, tinnitus and PTSD.

2686.   Brian Eldon Williams received extensive medical treatment. Mr. Williams has been treated at the McAllen VA Outpatient Clinic in Texas and the Odessa VA Clinic in Texas.

2687.   As a result of the November 5, 2005 Terrorist Attack, and the injuries he suffered, Brian Eldon Williams has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2688.   Plaintiff Kimberly Kaye Williams is a citizen of the United States and domiciled in the State of Texas. She is the mother of Brian Eldon Williams.

2689.   Plaintiff Steven Eldon Williams is a citizen of the United States and domiciled in the State of Texas. He is the father of Brian Eldon Williams.

2690.   Plaintiff Colby Allan Williams is a citizen of the United States and domiciled in the State of Texas. He is the brother of Brian Eldon Williams.

2691.   As a result of the November 5, 2005 Terrorist Attack, and the injuries suffered by Brian Eldon Williams, Plaintiffs Kimberly Kaye Williams, Steven Eldon Williams, and

Colby Allan Williams, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 213.   THE NOVEMBER 5, 2005 ATTACK – BAGHDAD

#### A.   PLAINTIFFS THE LEO PATRICK MCKEON FAMILY

2692.   Leo Patrick McKeon is a citizen of the United States and domiciled in the State of North Carolina.

2693.   On November 5, 2005, Leo Patrick McKeon, age 54, was serving in the U.S. military in Iraq.

2694.   Mr. McKeon was driving a HMMVW in a four-vehicle convoy leaving Camp Victory and traveling along Route Cardinals when it was struck by an IED.

2695.   The weapon used to attack and injure Mr. McKeon was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2696.   Plaintiff, Keith P. McKeon, is a citizen of the United States and is domiciled in the state of North Carolina. He is the son of Leo Patrick McKeon.

2697.   As a result of the November 5, 2005 Terrorist Attack, and the injuries suffered by Leo Patrick McKeon, Plaintiff, Keith P. McKeon, has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium and past and future economic damages, including loss of services.

### 214.   THE NOVEMBER 3, 2005 ATTACK – SAQLAWIYAH

#### A.   PLAINTIFFS THE ABELARDO ROSAS FAMILY

2698.   Plaintiff Abelardo Rosas is a citizen of the United States and domiciled in the State of Texas.

2699.  On November 3, 2005, Abelardo Rosas, age 24, was serving in the U.S. military in Iraq.

2700.  Around 4:30 in the afternoon on November 3, 2005, Abelardo Rosas was on patrol travelling from Saqlawiyah, Iraq towards Camp Baharia, Fallujah, when his armored vehicle was hit with an IED explosion, knocking him unconscious.

2701.  The weapon used to attack and injure Mr. Rosas was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2702.  As a result of the November 3, 2005 Terrorist Attack, Abelardo Rosas sustained significant injuries due to the concussive blast of the explosion. He suffered a concussion, traumatic brain injury, and suffers from PTSD.

2703.  Abelardo Rosas was immediately treated at the Fallujah Surgery Center and has received treatment for his injuries at the VA San Diego Healthcare System, the Central Texas VA Healthcare System, and the Austin Vet Center.

2704.  As a result of the November 3, 2005 Terrorist Attack, and the injuries he suffered, Abelardo Rosas has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2705.  Plaintiff Juan Alberto Rosas is a citizen of the United States and domiciled in the State of Texas. He is the brother of Abelardo Rosas.

2706.  Plaintiff Guadalupe Rosas is a citizen of the United States and domiciled in the State of Texas. He is the brother of Abelardo Rosas.

2707.  As a result of the November 3, 2005 Terrorist Attack, and the injuries suffered

375

by Abelardo Rosas, Plaintiffs Juan Alberto Rosas and Guadalupe Rosas have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 215. THE OCTOBER 27, 2005 ATTACK – RAMADI

### A. PLAINTIFFS THE BRUCE LEONARD MORROW FAMILY

2708. Plaintiff Bruce Leonard Morrow is a citizen of the United States and domiciled in the State of Pennsylvania.

2709. On October 27, 2005, Bruce Leonard Morrow, age 37, was serving in the U.S. military in Iraq.

2710. Bruce Leonard Morrow was on an escort mission in Ramadi when he was struck by an IED.

2711. The weapon used to attack and injure Mr. Morrow was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2712. As a result of the attack, Bruce Leonard Morrow sustained severe damage to his spinal cord, legs, knees, ears, a brain hemorrhage, TBI, and PTSD.

2713. Bruce Leonard Morrow received extensive medical treatment for injuries to his brain and TBI, spine, legs, knees, and ears as well as psychiatric care for his PTSD.

2714. As a result of the October 27, 2005, Terrorist Attack, and the injuries he suffered, Bruce Leonard Morrow has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

376

2715.  Plaintiff, Bruce Leonard Morrow, Jr is a citizen of the United States and domiciled in the State of Pennsylvania. He is the son of Bruce Leonard Morrow.

2716.  Plaintiff, Gemini Nichole Wardzinski-Morrow is a citizen of the United States and domiciled in the State of Pennsylvania. She is the daughter of Bruce Leonard Morrow.

2717.  Plaintiff, Robert Thomas Wardzinski-Morrow is a citizen of the United States and domiciled in the State of Pennsylvania. He is the son of Bruce Leonard Morrow.

2718.  As a result of the October 27, 2005 Terrorist Attack, and the injuries suffered by Bruce Leonard Morrow, Plaintiffs Bruce Leonard Morrow, Jr., Gemini Nichole Wardzinski-Morrow and Robert Thomas Wardzinski-Morrow have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 216.   THE OCTOBER 26, 2005 ATTACK - BAIJI

### A.      PLAINTIFF ROGER FRANKLIN GRAVES

2719.  Plaintiff Roger Franklin Graves is a citizen of the United States and domiciled in  the State of Oklahoma.

2720.  On October 26, 2005, Roger Franklin Graves, age 19, was serving in the U.S. military  in Iraq.

2721.  Mr. Graves was with his unit on patrol in Baiji when it was struck by an IED.

2722.  The weapon used to attack and injure Mr. Graves was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2723.  As a result of the attack, Roger Franklin Graves suffered significant injuries to include shrapnel in knee, hands, and forearm, a TBI, burns, and PTSD.

2724.   Roger Franklin Graves received extensive medical treatment directly after the attack including surgery to remove the shrapnel from his body, as well as TBI treatment, psychological treatment and medications.

2725.   As a result of the October 26, 2005 Terrorist Attack, and the injuries he suffered, Roger Franklin Graves has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 217.   THE OCTOBER 25, 2005 ATTACK – BAGHDAD

### A.   PLAINTIFF JARED FULTON BROWN

2726.   Plaintiff Jared Fulton Brown is a citizen of the United States and domiciled in the State of Indiana.

2727.   On October 25, 2005, Jared Fulton Brown, age 33, was serving in the U.S. military in Iraq.

2728.   Mr. Brown was on patrol with his unit near FOB Falcon in Baghdad when his vehicle was struck by an IED.

2729.   The weapon used to attack and injure Mr. Brown was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2730.   As a result of the attack, Jared Fulton Brown suffered injuries that include, but are not limited to, a left wrist shrapnel injury, radial nerve injury, lumbar strain, right eye damage, left and right knee injury, tinnitus and PTSD.

2731.   Jared Fulton Brown received extensive medical treatment, including past and ongoing care for these injuries, at Landstuhl Medical Center, and other Veterans Medical

Centers, military hospitals and medical providers.

2732.  As a result of the October 25, 2005 Terrorist Attack, and the injuries he suffered, Jared Fulton Brown has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 218.  THE OCTOBER 25, 2005 ATTACK – RUTBAH

#### A.     PLAINTIFFS THE JIMI MCMAHON FAMILY

2733.  Plaintiff Jimi McMahon is a citizen of the United States and domiciled in the State of Alabama.

2734.  On October 25, 2005, Jimi McMahon, age 30, was serving in the U.S. military in Iraq.

2735.  Mr. McMahon was part of a large convoy headed to Al Assad in an 11-14 Gun Truck when he was hit by an IED and a subsequent concussion wave that forced his lower back into the gun.

2736.  The weapon used to attack and injure Mr. McMahon was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2737.  As a result of the attack, Jimi McMahon suffered a back injury, post-concussion syndrome, a TBI and PTSD.

2738.  Jimi McMahon received medical care from the medic at the scene. He received subsequent medical treatment at Iron Mountain Michigan VA, Maryland VA Healthcare, the Fort Campbell TBI Clinic, and the Tennessee Valley VA.

2739.  As a result of the October 25, 2005 Terrorist Attack, and the injuries he suffered, Jimi McMahon has past and future noneconomic damages, including severe

physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2740.   Plaintiff S.M.M., a minor child represented by her legal guardian Jimi McMahon, is a citizen of the United States and domiciled in the State of Alabama. She is the daughter of Jimi McMahon.

2741.   Plaintiff D.J.M., a minor child represented by his legal guardian Jimi McMahon, is a citizen of the United States and domiciled in the State of Alabama. He is the son of Jimi McMahon.

2742.   As a result of the October 25, 2005 Terrorist Attack, and the injuries suffered by Jimi McMahon, Plaintiffs S.M.M. and D.J.M. have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 219.   THE OCTOBER 20, 2005 ATTACK – HIT

### A.   PLAINTIFF ROBERT JUSTIN MOULTRIE

2743.   Plaintiff Robert Justin Moultrie is a citizen of the United States and domiciled in the State of Georgia.

2744.   On October 20, 2005, Robert Justin Moultrie, age 25, was serving in the U.S. military in Iraq.

2745.   Mr. Moultrie was on base in Hit when he was attacked with mortars.

2746.   The weapons used to attack and injure Mr. Moultrie were Iranian manufactured/supplied mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2747.   As a result of the attack, Robert Justin Moultrie sustained a TBI and PTSD.

2748.   Robert Justin Moultrie has received medical treatment and mental health treatment at Fort Hood, VA Medical Center in Georgia, and the QTC Medical Center.

2749.   As a result of the October 20, 2005 Terrorist Attack, and the injuries he suffered, Robert Justin Moultrie has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 220.   THE OCTOBER 15, 2005 ATTACK - RAMADI

#### A.   PLAINTIFF WILLIAM LEE NESTOR

2750.   Plaintiff William Lee Nestor is a citizen of the United States and domiciled in the State of Georgia.

2751.   On October 15, 2005, William Lee Nestor, age 28, was serving in the U.S. military in Iraq.

2752.   Mr. Nestor was with his unit when an IED detonated into a Bradley vehicle in his convoy, killing all soldiers in the vehicle.

2753.   The weapon used to attack and injure Mr. Nestor was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2754.   As a result of the attack, William Lee Nestor suffered Post Traumatic Stress Disorder.

2755.   William Lee Nestor received extensive medical treatment. Mr. Nestor has received treatment for his condition from Martin Army Community Hospital in Fort Benning, Georgia.

2756.   As a result of the October 15, 2005 Terrorist Attack, and the injuries he suffered, William Lee Nestor has past and future noneconomic damages, including severe

physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 221. THE OCTOBER 15, 2005 ATTACK – AR RAMADI

#### A. PLAINTIFFS THE RYAN PATRICK VALLERY FAMILY

2757. Plaintiff Ryan Patrick Vallery is a citizen of the United States and domiciled in the State of New York.

2758. On October 15, 2005, Ryan Patrick Vallery, age 21, was serving in the U.S. military in Iraq.

2759. Mr. Vallery was with his unit patrolling in the town of Sulfiyah, when the vehicle in front of Mr. Vallery was hit with an IED.

2760. The weapon used to attack and injure Mr. Vallery was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2761. As a result of the attack, Ryan Patrick Vallery suffered significant psychological injuries to include PTSD, anger, survivor's guilt and depression.

2762. Ryan Patrick Vallery received extensive medical treatment. Mr. Vallery treats with the VA Hospital receiving counseling for his PTSD.

2763. As a result of the October 15, 2005 Terrorist Attack, and the injuries he suffered, Ryan Patrick Vallery has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2764. Plaintiff Michelle Renowden is a citizen of the United States and domiciled in the State of New York. She is the sister of Ryan Patrick Vallery.

2765. Plaintiff Patrick Vallery is a citizen of the United States and domiciled in the

State of New York. He is the father of Ryan Patrick Vallery.

2766.   Plaintiff Sandra Vallery is a citizen of the United States and domiciled in the State of New York. She is the mother of Ryan Patrick Vallery.

2767.   As a result of the October 15, 2005 Terrorist Attack, and the injuries suffered by Ryan Patrick Vallery,  Plaintiffs Michelle Renowden, Patrick Vallery and Sandra Vallery have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 222.   THE OCTOBER 13, 2005 ATTACK - TUZ KHURMATU

### A.   PLAINTIFF CLAYTON TILTON CROWELL

2768.   Plaintiff Clayton Tilton Crowell is a citizen of the United States and domiciled in  the State of Arizona.

2769.   On October 13, 2005, Clayton Tilton Crowell, age 32, was serving in the U.S. military  in Iraq.

2770.   Mr. Crowell was travelling in a convoy with his unit when his Humvee hit an IED.

2771.   The weapon used to attack and injure Mr. Crowell was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2772.   As a result of the attack, Clayton Tilton Crowell suffered shrapnel injuries to his left temple, elbow and wrist; TBI; bi-lateral hearing loss; injuries to his right hip and neck; and PTSD.

2773.   Clayton Tilton Crowell received extensive medical treatment. Mr. Crowell was medevac'd to the Balad Hospital. He then received treatement at Fort Campbell,

Kentucky; St. Thomas Hospital in Nashville, Tennessee; the Tennessee Valley Healthcare System in Nashville, Tennessee; and Dr. Kerry Ross in Dickson, Tennessee.

2774.  As a result of the October 13, 2005 Terrorist Attack, and the injuries he suffered, Clayton Tilton Crowell has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 223.  THE OCTOBER 12, 2005 ATTACK – FALLUJAH

#### A.  PLAINTIFFS THE MARTIN CHRISTOPHER JONES FAMILY

2775.  Plaintiff, Martin Christopher Jones, is a citizen of the States and domiciled in the State of Maryland.

2776.  On October 12, 2005, Martin Christopher Jones, age 34, was serving in the U.S. military in Iraq.

2777.  Martin Christopher Jones was in a convoy in Fallujah when a VBIED pulled out in front of them and detonated.

2778.  The weapon used to attack and injure Mr. Jones was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2779.  As a result of the attack, Martin Christopher Jones sustained burns on his face, shrapnel in his side, injuries to his knees and head, TBI, tinnitus and PTSD.

2780.  Martin Christopher Jones received extensive medical treatment for his injuries to his face, side, head, TBI, surgical procedures for his knees and back, as well as psychiatric care for his PTSD.

2781.  As a result of the October 12, 2005, Terrorist Attack, and the injuries he

suffered, Martin Christopher Jones has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2782.   Plaintiff Beverly Jones is a citizen of the United States and domiciled in the State of Maryland. She is the mother of Martin Christopher Jones.

2783.   Plaintiff Melissa Jones is a citizen of the United States and domiciled in the State of Maryland. She is the daughter of Martin Christopher Jones.

2784.   Plaintiff Morgan Jones is a citizen of the United States and domiciled in the State of Maryland. She is the daughter of Martin Christopher Jones.

2785.   As a result of the October 12, 2005 Terrorist Attack, and the injuries suffered by Martin Christopher Jones,  Plaintiffs Beverly Jones, Melissa Jones, and Morgan Jones have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 224.   THE OCTOBER 12, 2005 ATTACK- SAQLAWIYAH

### A.   PLAINTIFF PAUL ALLEN JACKSON

2786.   Plaintiff Paul Allen Jackson is a citizen of the United States and domiciled in the State of West Virginia.

2787.   On October 12, 2005, Paul Allen Jackson, age 28, was serving in the U.S. military in Iraq.

2788.   Mr. Jackson was in a Humvee vehicle on patrol near Fallujah, Iraq, when an IED detonated near his vehicle, knocking him unconscious.

2789.   As a result of the October 12, 2005 Terrorist Attack, Paul Allen Jackson sustained

a TBI, a back injury, and suffers from PTSD.

2790.   Paul Allen Jackson received treatment from the local aid station at Camp Phoenix. He later received medical treatment at Landstuhl Regional Medical Center, Ireland Army Health Clinic, Walter Reed National Military Medical Center, and Salem VA Medical Center.

2791.   As a result of the October 12, 2005 Terrorist Attack, and the injuries he suffered, Paul Allen Jackson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 225.   THE OCTOBER 6, 2005 ATTACK – HIT

### A.   PLAINTIFFS THE TIMOTHY GEORGE BRANDON SVEJDA FAMILY

2792.   Plaintiff Timothy George Brandon Svejda is a citizen of the United States and domiciled in the State of Iowa.

2793.   On October 6, 2005, Timothy George Brandon Svejda, age 21, was serving in the U.S. military in Iraq.

2794.   Mr. Svejda was in Hit serving as a lookout while other soldiers were recovering IEDs. When he left, an IED exploded underneath his vehicle.

2795.   The weapon used to attack and injure Mr. Svejda was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2796.   As a result of the attack, Timothy George Brandon Svejda suffered a concussion, TBI, scratch on his cornea, and PTSD.

2797.   Timothy George Brandon Svejda received extensive medical treatment. He had multiple surgeries on his cornea, has TBI monitoring, and undergoes counseling for PTSD.

2798.   As a result of the October 6, 2005 Terrorist Attack, and the injuries he suffered, Timothy George Brandon Svejda has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2799.   Plaintiff Victoria C. Levsen is a citizen of the United States and domiciled in the State of Iowa. She is the mother of Timothy George Brandon Svejda.

2800.   As a result of the October 6, 2005 Terrorist Attack, and the injuries suffered by Timothy George Brandon Svejda, Plaintiff Victoria C. Levsen has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 226.   THE OCTOBER 4, 2005 ATTACK – RAMADI

####   A.   PLAINTIFF STEVEN MICHAEL MURPHY

2801.   Plaintiff Steven Michael Murphy is a citizen of the United States and domiciled in the State of Georgia.

2802.   On October 4, 2005, Steven Michael Murphy, age 34, was serving in the U.S. military in Iraq.

2803.   Steven Michael Murphy was travelling in a convoy in a Bradley vehicle on Route Michigan in Ramadi, Iraq when it struck a buried IED that detonated, destroying the Bradley and injuring Mr. Murphy.

2804.   The weapon used to attack and injure Mr. Murphy was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2805.   As a result of the October 4, 2005 Terrorist Attack, Steven Michael Murphy sustained significant injuries including a skull fracture, TBI, cervical spinal injury/fractures,

widespread lacerations from shrapnel, and PTSD.

2806.   Steven Michael Murphy was stabilized in Iraq before being medically evacuated to Landstuhl Regional Medical Center, before returning to the United States for further treatment at Martin Army Community Hospital at Fort Benning. Mr. Murphy's care has been ongoing since the time of his attack, with current treatment provided by the Trinka Davis Veterans Village Clinic.

2807.   As a result of the October 4, 2005 Terrorist Attack, and the injuries he suffered, Steven Michael Murphy has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 227.   THE SEPTEMBER 27, 2005 ATTACK – RAMADI

#### A.   PLAINTIFFS THE JASON ALAN BENFORD FAMILY

2808.   Plaintiff Jason Alan Benford was a citizen of the United States and was domiciled in  the State of Georgia at the time of his death.

2809.   On September 27, 2005, Jason Alan Benford, age 30, was serving in the U.S. military  in Iraq.

2810.   Mr. Benford was on patrol in Ramadi, Iraq when he was shot in the back of his head.

2811.   Jason Alan Benford was killed in the attack.

2812.   The weapons used to attack and injure Mr. Benford were Iranian manufactured/supplied small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2813.   Plaintiff Kimberly Ann Benford is a citizen of the United States and domiciled in the State of South Carolina. She is the wife of Jason Alan Benford.

2814.   Plaintiff Kimberly Ann Benford brings an action individually, and on behalf of the Estate of Jason Alan Benford, and all heirs thereof, as its legal representative.

2815.   Plaintiff Lane Alan Benford is a citizen of the United States and domiciled in the State of South Carolina. He is the son of Jason Alan Benford.

2816.   Plaintiff J.A.B., a minor child represented by his legal guardian Kimberly Ann Benford, is a citizen of the United States and domiciled in the State of South Carolina. He is the son of Jason Alan Benford and Kimberly Ann Benford.

2817.   As a result of the September 27, 2005 Terrorist Attack, and the injuries suffered by and the death of Jason Alan Benford, Plaintiffs Kimberly Ann Benford, Lane Alan Benford and J.A.B., have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Jason Alan Benford's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Jason Alan Benford.

## 228.   THE SEPTEMBER 26, 2005 ATTACK – KADHIMIYAH

### A.   PLAINTIFFS THE ALAN CHARLES JONES FAMILY

2818.   Plaintiff Alan Charles Jones is a citizen of the United States and domiciled in the State of Colorado.

2819.   On September 26, 2005, Alan Charles Jones, age 54, was a civilian contractor assisting the U.S. military in Iraq.

2820.   Mr. Jones was on patrol with his unit in Kadhimiyah when an IED was detonated on his convoy.

2821.   The weapon used to attack and injure Mr. Jones was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2822.   As a result of the attack, Alan Charles Jones suffered injuries that include, but are not limited to, a TBI, headaches, a vertebrae fracture and spinal cord injury, PTSD, anxiety, and depression.

2823.   Alan Charles Jones received extensive medical treatment at Landstuhl Regional Medical Center and other private hospital and health care providers.

2824.   As a result of the September 26, 2005 Terrorist Attack, and the injuries he suffered, Alan Charles Jones has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2825.   Plaintiff Patricia Ann Jones is a citizen of the United States and domiciled in the State of Colorado. She is the wife of Alan Charles Jones.

2826.   Plaintiff Sarah P. Jones is a citizen of the United States and domiciled in the State of Colorado. She is the daughter of Alan Charles Jones.

2827.   As a result of the September 26, 2005 Terrorist Attack, and the injuries suffered by Alan Charles Jones, Plaintiffs Patricia Ann Jones and Sarah P. Jones have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 229.   THE SEPTEMBER 25, 2005 ATTACK – BAGHDAD

#### A.   PLAINTIFF DEREK BENJAMIN KOLB

2828.   Plaintiff Derek Benjamin Kolb is a citizen of the United States and domiciled in  the State of Texas.

2829.   On September 25, 2005, Derek Benjamin Kolb age 21, was serving in the U.S. military  in Iraq.

2830.   Mr. Kolb was on patrol with his unit in West Baghdad when his vehicle was struck by an IED.

2831.   The weapon used to attack and injure Mr. Kolb was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2832.   As a result of the attack, Derek Benjamin Kolb suffered injuries that include, but are not limited to, a TBI, lumbar strain, a bilateral lower leg injury, PTSD.

2833.   Derek Benjamin Kolb received extensive medical treatment including past and ongoing care for these injuries, at several Veterans Medical Centers, health clinics and private health care providers.

2834.   As a result of the September 25, 2005 Terrorist Attack, and the injuries he suffered, Derek Benjamin Kolb has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 230.   THE SEPTEMBER 22, 2005 ATTACK – RAMADI

#### A.   PLAINTIFF CHRISTOPHER GODDARD DUNLAP

2835.   Plaintiff Christopher Goddard Dunlap is a citizen of the United States and domiciled in the State of Texas.

2836.   On September 22, 2005, Christopher Goddard Dunlap, age 27, was serving in the U.S. military in Iraq.

2837.   Mr. Dunlap was on patrol with his unit on Route Apple in Ramadi when his vehicle was struck by an IED.

2838.   The weapon used to attack and injure Mr. Dunlap was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-

trained terror operatives in Iraq.

2839.  As a result of the attack, Christopher Goddard Dunlap suffered injuries that include, but are not limited to, a concussion, a TBI, short term memory loss and migraines.

2840.  Christopher Goddard Dunlap received extensive medical treatment including past and ongoing care for these injuries, at several Veterans Medical Centers, health clinics and private health care providers.

2841.  As a result of the September 22, 2005 Terrorist Attack, and the injuries he suffered, Christopher Goddard Dunlap has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 231.  THE SEPTEMBER 20, 2005 ATTACK – BETWEEN BALAD & AL DULOIYA

### A.   PLAINTIFFS THE SASCHA GRENNER-CASE FAMILY

2842.  Plaintiff Sascha Grenner-Case was a citizen of the United States and was domiciled in the State of Florida at the time of his death.

2843.  On September 20, 2005, Sascha Grenner-Case, age 32, was a civilian contractor assisting the U.S. military in Iraq.

2844.  Mr. Grenner-Case's convoy was ambushed between Balad and Al Duloiya with an IED strike on the vehicles, followed by a small arms fire attack.

2845.  Sascha Grenner-Case was killed in the attack.

2846.  The weapon used to attack and injure Mr. Grenner-Case was an Iranian manufactured/supplied IED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2847.   Plaintiff Karen K. Grenner-Case is a citizen of the United States and domiciled in the State of Florida. She is the wife of Sascha Grenner-Case.

2848.   Plaintiff Troy A. Grenner-Case is a citizen of the United States and domiciled in the State of Florida. He is the son of Sascha Grenner-Case.

2849.   Plaintiff Myra R. Bardo is a citizen of the United States and domiciled in the State of Tennessee. She is the stepdaughter of Sascha Grenner-Case.

2850.   Plaintiff Karen K. Grenner-Case brings an action individually, and on behalf of the surviving beneficiaries of Sascha Grenner-Case, and all heirs thereof.

2851.   As a result of the September 20, 2005 Terrorist Attack, and the injuries suffered by and the death of Sascha Grenner-Case., Plaintiffs, Karen K. Grenner-Case, Troy A. Grenner-Case and Myra R. Bardo, have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Sascha Grenner-Case's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Sascha Grenner-Case.

## B.   PLAINTIFFS THE TERRY LEON STEWARD FAMILY

2852.   Plaintiff Terry Leon Steward is a citizen of the United States and domiciled in the State of Idaho.

2853.   On September 20, 2005, Terry Leon Steward, age 50, was a civilian contractor assisting the U.S. military in Iraq.

2854.   Mr. Steward's convoy was ambushed between Balad and Al Duloiya with an IED strike on the vehicles followed by heavy small arms fire.

2855. The weapon used to attack and injure Mr. Steward was an Iranian manufactured/supplied IED and small arms weapons provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2856.   As a result of the attack, Terry Leon Steward suffered injuries that include, but are not limited to, multiple gunshot wounds to the pelvis, groin and left thigh.

2857.   Terry Leon Steward received extensive medical treatment, including past and ongoing care for these injuries, at Balad Hospital, Landstuhl Regional Medical Center, and other private hospitals and medical providers.

2858.   As a result of the September 20, 2005 Terrorist Attack, and the injuries he suffered, Terry Leon Steward has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2859.   Plaintiff Darlene Morgan-Steward is a citizen of the United States and domiciled in the State of Idaho. She is the wife of Terry Leon Steward.

2860.   As a result of the September 20, 2005 Terrorist Attack, and the injuries suffered by Terry Leon Steward, Plaintiff Darlene Morgan-Steward has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 232.   THE SEPTEMBER 20, 2005 ATTACK – BAGHDAD

### A.   PLAINTIFFS THE COEDY DALE JAMES FAMILY

2861.   Plaintiff Coedy Dale James is a citizen of the United States and domiciled in the State of Arizona.

2862.   On September 20, 2005, Coedy Dale James, age 38, was serving in the U.S. military in Iraq.

2863.   Mr. James and his squad were performing a route reconnaissance mission on Route Michigan in Baghdad, Iraq when a vehicle in his convoy was struck by a VBIED, injuring several of his squad members. On their immediate return to Camp Liberty, Mr.

James' convoy was ambushed by insurgents with mortars, grenades, and AK-47 fire. During the firefight with the insurgents, Mr. James was injured by a grenade that exploded near him.

2864. The weapons used to attack and injure Mr. James were Iranian manufactured/supplied mortars, grenades, small arms, and a VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2865. As a result of the attack, Coedy Dale James suffered significant injuries, including shrapnel in his left knee and back, TBI, left frontal lobe brain hemorrhages, spinal compression fractures, fractured ankle, cracked teeth, seizures, PTSD, anxiety, insomnia, and depression.

2866. Coedy Dale James received extensive medical treatment at a medical clinic in FOB Liberty, at the Carl T. Hayden Veterans Affairs Medical Center in Phoenix, Arizona, and at Prescott VA Medical Center in Prescott, Arizona.

2867. As a result of the September 20, 2005 Terrorist Attack, and the injuries he suffered, Coedy Dale James has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2868. Plaintiff Lisa James is a citizen of the United States and domiciled in the State of Arizona. She is the wife of Coedy Dale James.

2869. As a result of the September 20, 2005 Terrorist Attack, and the injuries suffered by Coedy Dale James, Plaintiff Lisa James has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of

services.

**233.   THE SEPTEMBER 19, 2005 ATTACK – RAMADI**

   **A.      PLAINTIFFS THE RALPH EDWARD SWARTZ, II FAMILY**

2870.   Plaintiff Ralph Edward Swartz, II is a citizen of the United States and domiciled in  the State of Pennsylvania.

2871.   On September 19, 2005, Ralph Edward Swartz, II, age 25, was serving in the U.S. military  in Iraq.

2872.   Mr. Swartz was on joint patrol in Ramadi, assisting another unit that had come under attack, when his vehicle was struck by an IED.

2873.   The weapon used to attack and injure Mr. Swartz was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2874.   As a result of the attack, Ralph Edward Swartz, II suffered injuries that include, but are not limited to, lower back pain, bilateral knee pain, migraines, tinnitus, PTSD, and depression.

2875.   Ralph Edward Swartz, II received extensive medical treatment, including past and ongoing care for these injuries, at his military base hospital, Veterans Medical Centers and health care providers.

2876.   As a result of the September 19, 2005 Terrorist Attack, and the injuries he suffered, Ralph Edward Swartz, II has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2877.   Plaintiff Leatha M. Swartz is a citizen of the United States and domiciled in

the State of Pennsylvania. She is the mother of Ralph Edward Swartz, II.

2878.  Plaintiff Ralph E. Swartz, Sr. is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Ralph Edward Swartz, II.

2879.  Plaintiff Brittany M. Swartz is a citizen of the United States and domiciled in the State of Pennsylvania. She is the daughter of Ralph Edward Swartz, II.

2880.  Plaintiff Lydia A. Hill is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Ralph Edward Swartz, II.

2881.  Plaintiff Robert A. Swartz is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of Ralph Edward Swartz, II.

2882.  Plaintiff V.M.S., a minor child, represented by her legal guardian Ralph Edward Swartz, II, is a citizen of the United States and domiciled in the State of Pennsylvania. She is the daughter of Ralph Edward Swartz, II.

2883.  As a result of the September 19, 2005 Terrorist Attack, and the injuries suffered by Ralph Edward Swartz, II, Plaintiffs Leatha M. Swartz, Ralph E. Swartz, Sr., Brittany M. Swartz, Lydia A. Hill, Robert A. Swartz and V.M.S., a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 234.  THE SEPTEMBER 19, 2005 ATTACK – RAMADI

### A.  PLAINTIFFS THE MICHAEL EGAN FAMILY

2884.  Plaintiff Michael Egan was a citizen of the United States and was domiciled in  the State of Delaware at the time of his death.

2885.  On September 19, 2005, Michael Egan, age 36, was serving in the U.S. military in Iraq.

2886.   Mr. Egan was on patrol with his unit in Ramadi when his vehicle was struck by an IED.

2887.   Michael Egan was killed in the attack.

2888.   The weapon used to attack and injure Mr. Egan was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2889.   Plaintiff Maria Egan is a citizen of the United States and domiciled in the State of New Jersey. She is the wife of Michael Egan.

2890.   Plaintiff Maria Egan brings an action individually, and on behalf of the Estate of Michael Egan, and all heirs thereof, as its legal representative.

2891.   Plaintiff S.D.E., a minor, represented by her legal guardian Maria Egan, is a citizen of the United States and domiciled in the State of New Jersey. She is the daughter of Michael Egan and Maria Egan.

2892.   As a result of the September 19, 2005 Terrorist Attack, and the injuries suffered by and the death of Michael Egan, Plaintiffs, Maria Egan, and S.D.E., a minor, have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Michael Egan's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Michael Egan.

### 235.   THE SEPTEMBER 19, 2005 ATTACK – AL-KARMAH

####    A.   PLAINTIFF MATTHEW PAUL DALRYMPLE

2893.   Plaintiff, Matthew Paul Dalrymple, is a citizen of the United States and domiciled in  the State of Florida.

2894.   On September 19, 2005, Matthew Paul Dalrymple, age 26, was serving in the U.S. military  in Iraq.

2895.  Mr. Dalrymple was on a security patrol with his unit in Al-Karmah when his vehicle was struck by an IED.

2896.  The weapon used to attack and injure Mr. Dalrymple was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2897.  As a result of the attack, Matthew Paul Dalrymple sustained damage to his arms, PTSD and anxiety.

2898.  Matthew Paul Dalrymple received extensive medical treatment including surgery on both arms, as well as psychiatric care for his PTSD and anxiety.

2899.  As a result of the September 19, 2005, Terrorist Attack, and the injuries he suffered, Matthew Paul Dalrymple has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 236.  THE SEPTEMBER 19, 2005 ATTACK – RAMADI

### A.  PLAINTIFF JEFFERY ALAN MURTHA

2900.  Plaintiff Jeffery Alan Murtha is a citizen of the United States and is domiciled in the State of Delaware.

2901.  On the morning of September 19, 2005, Jeffery Alan Murtha, age 34, was serving in the U.S. Army in Iraq.

2902.  On September 19, 2005, Jeffery Alan Murtha's unit was responding to an IED blast in which 4 soldiers were killed. While positioning the Humvee, his vehicle rolled over an IED, which hit the back of the vehicle. Mr. Murtha was knocked unconscious and another soldier, Sgt. 1st Class Benjamin Gomez, was thrown out of the vehicle. Mr. Murtha regained

consciousness and assisted Mr. Gomez. Another Humvee came to tow Mr. Murtha's disabled Humvee. While the Humvee was being towed, another IED exploded. Mr. Murtha saw the flash and felt the blast, and experienced ringing in his ears, nausea and dizziness. The blast disabled communications. He and his fellow soldiers were then attacked with small arms fire from the houses in the village, and also took on friendly fire due to the lack of communications.

2903.  The weapons used to attack and injure Jeffery Alan Murtha were Iranian-manufactured IEDs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2904.  As a result of the September 19, 2005 Terrorist Attack, Jeffery Alan Murtha sustained significant injuries, including brain and back injury. Mr. Murtha was diagnosed with a traumatic brain injury. He suffers from lower back pain, nausea, dizziness, short term memory loss, sleeping disorders, and sensitivity to light and sounds.

2905.  As a result of the September 19, 2005 Terrorist Attack, Jeffery Alan Murtha has received counseling after his deployment. He also depends on pain management treatments to help with his lower back pain.

2906.  As a result of the September 19, 2005 Terrorist Attack, and the injuries he suffered, Jeffery Alan Murtha has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 237.  THE SEPTEMBER 17, 2005 ATTACK – TAJI

#### A.  PLAINTIFFS THE MARTIN CHRISTOPHER JONES FAMILY

2907.  Plaintiff, Martin Christopher Jones, is a citizen of the United States and domiciled in the State of Maryland.

2908.  On September 17, 2005, Martin Christopher Jones, age 34, was serving in the

U.S. military in Iraq.

2909.  Martin Christopher Jones was in a convoy stopped at a checkpoint in Taji when a suicide bomber drove his vehicle directly into Mr. Jones' vehicle.

2910.  The weapon used to attack and injure Mr. Jones was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2911.  As a result of the attack, Martin Christopher Jones sustained injuries to his wrist, arm, chest, back, neck and head, TBI, tinnitus and PTSD.

2912.  Martin Christopher Jones received extensive medical treatment for his wrist, arm, chest, back, neck, head, tinnitus, and TBI, as well as psychiatric care for his PTSD.

2913.  As a result of the September 17, 2005, Terrorist Attack, and the injuries he suffered, Martin Christopher Jones has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2914.  Plaintiff Beverly Jones is a citizen of the United States and domiciled in the State of Maryland. She is the mother of Martin Christopher Jones.

2915.  Plaintiff Melissa Jones is a citizen of the United States and domiciled in the State of Maryland. She is the daughter of Martin Christopher Jones.

2916.  Plaintiff Morgan Jones is a citizen of the United States and domiciled in the State of Maryland. She is the daughter of Martin Christopher Jones.

2917.  As a result of the September 17, 2005 Terrorist Attack, and the injuries suffered by Martin Christopher Jones, Plaintiffs Beverly Jones, Melissa Jones, and Morgan

Jones have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 238. THE SEPTEMBER 15, 2005 ATTACK – BAIJI

#### A.     PLAINTIFFS THE KURT DUANE BROOKS FAMILY

2918.   Plaintiff Kurt Duane Brooks is a citizen of the United States and domiciled in the State of Mississippi.

2919.   On September 15, 2005, Kurt Duane Brooks, age 28, was serving in the U.S. military in Iraq.

2920.   Mr. Brooks was on a route clearing mission when an IED exploded fifteen meters from his Humvee, knocking him unconscious and disabling the vehicle.

2921.   The weapon used to attack and injure Mr. Brooks was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2922.   As a result of the attack, Kurt Duane Brooks suffered injuries to his face, hearing loss in his right ear, a TBI, and PTSD.

2923.   Kurt Duane Brooks received immediate medical treatment at the C-CO 103rd Engineer Battalion aid station, and subsequent medical treatment at the Biloxi VA Medical Center.

2924.   As a result of the September 15, 2005 Terrorist Attack, and the injuries he suffered, Kurt Duane Brooks has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2925.   Plaintiff McKenzie Paige Brooks is a citizen of the United States and

domiciled in the State of Mississippi. She is the daughter of Kurt Duane Brooks.

2926. Plaintiff K.F.B., a minor child, represented by her legal guardian Kurt Duane Brooks, is a citizen of the United States and domiciled in the State of Mississippi. She is the daughter of Kurt Duane Brooks.

2927. As a result of the September 15, 2005 Terrorist Attack, and the injuries suffered by Kurt Duane Brooks, Plaintiffs McKenzie Paige Brooks and K.F.B have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 239. THE SEPTEMBER 15, 2005 ATTACK – ABU GHRAIB

#### A. PLAINTIFF ROBERT JOSEPH D'AGOSTINO

2928. Plaintiff Robert Joseph D'Agostino is a citizen of the United States and domiciled in the State of Texas.

2929. On September 15, 2005, Robert Joseph D'Agostino, age 19, was serving in the U.S. military in Iraq.

2930. Mr. D'Agostino was on patrol with his unit on Abu Ghraib when his vehicle was struck by an IED and small arms fire.

2931. The weapon used to attack and injure Mr. D'Agostino was an Iranian manufactured/supplied IED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2932. As a result of the attack, Robert Joseph D'Agostino suffered tinnitus, TBI, injury to his neck and PTSD.

2933. Robert Joseph D'Agostino received extensive medical for his neck injury, tinnitus and his TBI, additionally, psychiatric care for his PTSD.

2934.  As a result of the September 15, 2005 Terrorist Attack, and the injuries he suffered, Robert Joseph D'Agostino has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 240.   THE SEPTEMBER 11, 2005 ATTACK – RAMADI

#### A.   PLAINTIFF CHRISTOPHER GODDARD DUNLAP

2935.  Plaintiff Christopher Goddard Dunlap is a citizen of the United States and domiciled in the State of Texas.

2936.  On September 11, 2005, Christopher Goddard Dunlap, age 27, was serving in the U.S. military in Iraq.

2937.  Mr. Dunlap was on patrol with his unit on ASR Michigan in Ramadi when his vehicle was struck by an IED.

2938.  The weapon used to attack and injure Mr. Dunlap was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2939.  As a result of the attack, Christopher Goddard Dunlap suffered injuries that include, but are not limited to, a concussion, a TBI, short term memory loss and migraines.

2940.  Christopher Goddard Dunlap received extensive medical treatment including past and ongoing care for these injuries, at several Veterans Medical Centers, health clinics and private health care providers.

2941.  As a result of the September 11, 2005 Terrorist Attack, and the injuries he suffered, Christopher Goddard Dunlap has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and

future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 241.    THE SEPTEMBER 9, 2005 ATTACK – SAMARRA

### A.    PLAINTIFF ACIE NATHANIEL RAINWATER

2942.   Plaintiff Acie Nathaniel Rainwater is a citizen of the United States and domiciled in the State of Mississippi.

2943.   On September 9, 2005, Acie Nathaniel Rainwater, age 23, was serving in the U.S. military in Iraq.

2944.   Mr. Rainwater was traveling in a convoy on MSR Tampa returning to FOB Brassfield Mora after completing a mission when his Humvee ran over a buried IED. The explosion blew the door off, knocked him unconscious, and severed the leg of his gunner.

2945.   Mr. Rainwater had been in the gunner position but asked to switch places right before the attack occurred.

2946.   The weapon used to attack and injure Mr. Rainwater was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2947.   As a result of the attack, Acie Nathaniel Rainwater suffered TBI, concussion, shrapnel injuries to the back of his head, a laceration on the back of his neck, PTSD, chronic headaches, and depression.

2948.   Acie Nathaniel Rainwater received extensive medical treatment including first aid and shrapnel removal on the base, and ongoing treatment at the VA Medical Center in Biloxi, Mississippi.

2949.   As a result of the September 9, 2005 Terrorist Attack, and the injuries he suffered, Acie Nathaniel Rainwater has past and future noneconomic damages, including

severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 242.   THE SEPTEMBER 8, 2005 ATTACK -- YUSUFIYAH

#### A.   PLAINTIFF MICHAEL L. WELLS

2950.   Plaintiff Michael L. Wells is a citizen of the United States and domiciled in the State of Georgia.

2951.   On September 8, 2005, Michael L. Wells, age 35, was serving in the U.S. military in Iraq.

2952.   Mr. Wells was on patrol traveling on Route Temple near Yusufiyah when his Humvee was struck by an IED. The explosion knocked Mr. Wells out; when he regained consciousness he was disoriented and was bleeding from the nose and ears.

2953.   The weapon used to attack and injure Mr. Wells was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2954.   As a result of the attack, Michael L. Wells suffered tinnitus, TBI and PTSD.

2955.   Michael L. Wells received extensive medical treatment at FOB Saint Michaels, Mahmudiyah City, Iraq; Atlanta VA Medical Center, Decatur, Georgia; Tampa VA, Tampa, Florida; and Augusta VA Medical Center, Augusta, Georgia.

2956.   As a result of the September 8, 2005 Terrorist Attack, and the injuries he suffered, Michael L. Wells has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 243.   THE SEPTEMBER 4, 2005 ATTACK – ISKANDARIYA

### A.   PLAINTIFF MICHAEL WAYNE CHRISTOPHERSON

2957.   Plaintiff Michael Wayne Christopherson is a citizen of the United States and domiciled in the State of Wyoming.

2958.   On September 4, 2005, Michael Wayne Christopherson, age 21, was serving in the U.S. military in Iraq.

2959.   Mr. Christopherson was on patrol with his unit north of FOB Kalsu, in Iskandariya, when his vehicle was struck by an IED.

2960.   The weapon used to attack and injure Mr. Christopherson was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2961.   As a result of the attack, Michael Wayne Christopherson suffered injuries that include, but are not limited to, shrapnel abrasions to both arms, shrapnel above his right eye, a back injury, PTSD, anxiety, and depression.

2962.   Michael Wayne Christopherson received extensive medical treatment, including past and ongoing care for these injuries, at various military base hospitals, Veterans Medical Centers and private medical providers.

2963.   As a result of the September 4, 2005 Terrorist Attack, and the injuries he suffered, Michael Wayne Christopherson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 244.   THE SEPTEMBER 4, 2005 ATTACK – HIT

#### A.   PLAINTIFF CHARLES JOSEPH VANCHERI

2964.   Plaintiff Charles Joseph Vancheri is a citizen of the United States and domiciled in the State of New York.

2965.   On September 4, 2005, Charles Joseph Vancheri, age 27, was serving in the U.S. military in Iraq.

2966.   Mr. Vancheri was sleeping on base when he was awakened by his squad leader, and then was knocked backwards by a blast that blew out the windows of his room. He then engaged in a lengthy gunfight with the enemy from the building rooftop.

2967.   The weapons used to attack and injure Mr. Vancheri were Iranian manufactured/supplied mortars, rockets, a suicide bomb and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2968.   As a result of the attack, Charles Joseph Vancheri suffered a head injury, tinnitus and PTSD.

2969.   Charles Joseph Vancheri received medical treatment including decompression therapy and mental health therapy.

2970.   As a result of the September 4, 2005 Terrorist Attack, and the injuries he suffered, Charles Joseph Vancheri has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

#### B.   PLAINTIFF BENJAMIN ROBERT JENSEN

2971.   Plaintiff Benjamin Robert Jensen is a citizen of the United States and domiciled in the State of Florida.

2972.   On September 4, 2005, Benjamin Robert Jensen, age 37, was serving in the U.S. military in Iraq.

2973.   On September 4, 2005, Mr. Jensen was asleep in a building following a patrol in Hit, Iraq, when his squad started taking on RPGs, small arms fire, and then two VBIEDs attacked his position and exploded, the second of which knocked Mr. Jensen unconscious.

2974.   The weapons used to attack and injure Mr. Jensen were Iranian manufactured/supplied RPGs, small arms, and VBIEDs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2975.   As a result of the attack, Benjamin Robert Jensen suffered significant injuries due to the concussive blast of the explosion and shrapnel impacting his head and back. Mr. Jensen has suffered from lower back injuries and pain, and traumatic brain injury. In addition to the physical injuries sustained as a result of attack, Mr. Jensen has psychological injuries which include PTSD.

2976.   Benjamin Robert Jensen received extensive medical treatment for his injuries in Iraq, and then later at Batavia Veterans Administration Medical Center from 2005 until the present.

2977.   As a result of the September 4, 2005 Terrorist Attack, and the injuries he suffered, Benjamin Robert Jensen has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 245.   THE SEPTEMBER 1, 2005 ATTACK - BAJI

### A.   PLAINTIFF MATTHEW CARNELL BEATTY

2978.  Plaintiff, Matthew Carnell Beatty, is a citizen of the United States and

domiciled in the State of Texas.

2979.  On September 1, 2005, Matthew Carnell Beatty, age 35, was serving in the U.S. military in Iraq.

2980.  Mr. Beatty was in a convoy of four vehicles performing route clearance on the East West Road outside FOB Summerall in Baji when an IED buried under the highway exploded underneath Mr. Beatty's Humvee.

2981. The weapon used to attack and injure Mr. Beatty was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2982.  As a result of the attack, Matthew Carnell Beatty suffered a fractured jaw, injury to his back, burns and abrasions to his face and right arm, shrapnel injury to his left arm, loss of consciousness, a concussion, TBI, tinnitus, and PTSD.

2983.  Matthew Carnell Beatty received extensive medical treatment at Landstuhl Regional Medical Center in Landstuhl, Germany, and William Beaumont Army Medical Center, Ft. Bliss, Texas. He has continued to receive ongoing medical and psychological care and treatment at El Paso VA Health Care Center, El Paso, Texas; and Troop Medical Clinic, Ft. Bliss, Texas.

2984.  As a result of the September 1, 2005 Terrorist Attack, and the injuries he suffered, Matthew Carnell Beatty has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 246.   THE AUGUST 28, 2005 ATTACK – RAMADI

### A.   PLAINTIFFS THE SHAWN LARRY NICHOLS FAMILY

2985.   Plaintiff Shawn Larry Nichols is a citizen of the United States and domiciled in the State of California.

2986.   On August 28, 2005, Shawn Larry Nichols, age 32, was serving in the U.S. military in Iraq.

2987.   Mr. Nichols was on base when three mortars landed 100 yards away from him, projecting metal into his abdomen and sending him into shock.

2988.   The weapons used to attack and injure Mr. Nichols were Iranian manufactured/supplied mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2989.   As a result of the attack, Shawn Larry Nichols suffered injuries to his abdomen, colon, intestines, neck and left arm, and PTSD.

2990.   Shawn Larry Nichols received extensive medical treatment including abdominal surgery at the aid station in Iraq, treatment at Landstuhl Regional Medical Center, Madigan Army Medical Center, and the VA in Ukiah, California.

2991.   As a result of the August 28, 2005 Terrorist Attack, and the injuries he suffered, Shawn Larry Nichols has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

2992.   Plaintiff T.A.N., a minor child, represented by his legal guardian Shawn Larry Nichols, is a citizen of the United States and domiciled in the State of California. He is the son of Shawn Larry Nichols.

2993.   As a result of the August 28, 2005 Terrorist Attack, and the injuries suffered

411

by Shawn Larry Nichols, Plaintiff T.A.N., a minor child, has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 247.   THE AUGUST 27, 2005 ATTACK – BAQUBAH

### A.   PLAINTIFFS THE JOHN MICHAEL DRNEK FAMILY

2994.   Plaintiff John Michael Drnek is a citizen of the United States and domiciled in the State of Tennessee.

2995.   On August 27, 2005, John Michael Drnek, age 49, was serving in the U.S. military in Iraq.

2996.   Mr. Drnek was the driver of a large truck in a convoy driving through Baqubah when his vehicle was struck by an IED.

2997.   The weapon used to attack and injure Mr. Drnek was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

2998.   As a result of the attack, John Michael Drnek suffered a TBI, spinal injury, hearing loss, and PTSD.

2999.   John Michael Drnek received extensive medical treatment in the way of therapy for back pain, hearing aids, and counseling and medications for PTSD.

3000.   As a result of the August 27, 2005 Terrorist Attack, and the injuries he suffered, John Michael Drnek has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3001.   Plaintiff Tina M. Drnek is a citizen of the United States and domiciled in the

State of Tennessee. She is the wife of John Michael Drnek.

3002.  Plaintiff Kelly N. Snyder is a citizen of the United States and domiciled in the State of Tennessee. She is the daughter of John Michael Drnek.

3003.  Plaintiff Chris M. Drnek is a citizen of the United States and domiciled in the State of Tennessee. He is the son of John Michael Drnek.

3004.  As a result of the August 27, 2005 Terrorist Attack, and the injuries suffered by John Michael Drnek,  Plaintiffs Tina M. Drnek, Kelly N. Snyder, and Chris M. Drnek have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 248.   THE AUGUST 25, 2005 ATTACK – AL-QAIM

### A.   PLAINTIFFS THE DANIEL DENNIS IBACH FAMILY

3005.  Plaintiff Daniel Dennis Ibach is a citizen of the United States and domiciled in the State of Utah.

3006.  On August 25, 2005, Daniel Dennis Ibach, age 28, was serving in the U.S. military in Iraq.

3007.  Mr. Ibach was in a convoy and part of a Counter Terrorism Task Force on a mission through Al-Qaim when his vehicle was struck by an IED.

3008. The weapon used to attack and injure Mr. Ibach was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3009.  As a result of the attack, Daniel Dennis Ibach suffered left frontal and parietal intracranial hemorrhages with accompanying subdural hematomas, cranialization of the left frontal sinus, neck and spine fractures, recurring seizures, tinnitus, frequent migraines,

PTSD, anxiety attacks, depression, and sleep apnea.

3010.   Daniel Dennis Ibach received extensive medical treatment at Balad Air Force Hospital, at Landstuhl Regional Medical Center in Germany, at Walter Reed National Military Medical Center in Bethesda, Maryland, Womack Army Medical Center in Fort Bragg, North Carolina, and at George E. Wahlen Department of Veterans Affairs Medical Center in Salt Lake City, Utah.

3011.   As a result of the August 25, 2005 Terrorist Attack, and the injuries he suffered, Daniel Dennis Ibach has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3012.   Plaintiff Mary Ann Ibach is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Daniel Dennis Ibach.

3013.   Plaintiff Dennis Burnell Ibach is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Daniel Dennis Ibach.

3014.   As a result of the August 25, 2005 Terrorist Attack, and the injuries suffered by Daniel Dennis Ibach, Plaintiffs Mary Ann Ibach and Dennis Burnell Ibach have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 249.   THE AUGUST 25, 2005 ATTACK - CAMP SPIKER CHECKPOINT 6A

#### A.   PLAINTIFFS THE KEVIN SCOTT JOHNSON FAMILY

3015.  Plaintiff Kevin Scott Johnson is a citizen of the United States and domiciled in  the State of Minnesota.

3016.   On August 25, 2005, Kevin Scott Johnson, age 38, was serving in the U.S. military in Iraq.

3017.   Mr. Johnson was on guard duty at Checkpoint 6A when a rocket hit his position and exploded.

3018.   The weapon used to attack and injure Mr. Johnson was an Iranian manufactured/supplied rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3019.   As a result of the attack, Kevin Scott Johnson suffered TBI, back injury, tinnitus, and PTSD.

3020.   Mr. Johnson was treated at Landstuhl Regional Medical Center in Germany. He has also received treatment at Walter Reed Army Medical Center. His treatment has continued through present at the Minneapolis VA Healthcare System.

3021.   As a result of the August 25, 2005 Terrorist Attack, and the injuries he suffered, Kevin Scott Johnson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3022.   Plaintiff Anntonette Jane Johnson is a citizen of the United States and is domiciled in the State of Minnesota. She is the wife of Kevin Scott Johnson.

3023.   Plaintiff Jacob Scott Johnson is a citizen of the United States and is domiciled in the State of Texas. He is the son of Kevin Scott Johnson.

3024.   Plaintiff Julianne Katherine Johnson is a citizen of the United States and is domiciled in the State of Minnesota. She is the daughter of Kevin Scott Johnson.

3025.   As a result of the August 25, 2005 Terrorist Attack, and the injuries suffered by

Kevin Scott Johnson, Plaintiffs Anntonette Jane Johnson, Jacob Scott Johnson and Julianne Katherine Johnson have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 250.   THE AUGUST 23, 2005 ATTACK – OP HOTEL, RAMADI

#### A.   PLAINTIFFS THE MANUEL FIGUEROA FAMILY

3026.   Plaintiff Manuel Figueroa is a citizen of the United States and domiciled in the State of Texas.

3027.   On August 23, 2005, Manuel Figueroa, age 25, was serving in the U.S. military in Iraq.

3028.   Mr. Figueroa had ended his patrol at his Observation Post (OP) "Hotel" when the OP came under heavy small arms and RGP fire. The OP was then attacked by a massive dump-truck VBIED.

3029.   The weapons used to attack and injure Mr. Figueroa were Iranian manufactured/supplied VBIED, RPGs, and small arms weapons provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3030.   As a result of the attack, Manuel Figueroa suffered injuries that include, but are not limited to, a back injury, an ankle injury, a knee injury requiring surgery, a TBI, and PTSD.

3031.   Manuel Figueroa received extensive medical treatment, including past and ongoing care for these injuries, at several Veterans Medical Centers and private health care providers.

3032.   As a result of the August 23, 2005 Terrorist Attack, and the injuries he suffered, Manuel Figueroa has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages,

including medical expenses, lost income, and loss of earning capacity.

3033.   Plaintiff Kathrin Figueroa is a United States permanent resident and domiciled in the State of Texas. She is the wife of Manuel Figueroa.

3034.   Plaintiff J.C.F., a minor, represented by her legal guardians Manuel Figueroa and Kathrin Figueroa, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Manuel Figueroa and Kathrin Figueroa.

3035.   Plaintiff Gilbert Figueroa is a citizen of the United States and domiciled in the State of Florida. He is the father of Manuel Figueroa.

3036.   Plaintiff Pak Son Figueroa is a citizen of the United States and domiciled in the State of Florida. She is the mother of Manuel Figueroa.

3037.   Plaintiff Samuel Figueroa is a citizen of the United States and domiciled in the State of Georgia. He is the brother of Manuel Figueroa.

3038.   Plaintiff Timmy Figueroa is a citizen of the United States and domiciled in the State of Florida. He is the brother of Manuel Figueroa.

3039.   Plaintiff Gilbert Figueroa, Jr. is a citizen of the United States and domiciled in the State of Florida. He is the brother of Manuel Figueroa.

3040.   As a result of the August 23, 2005 Terrorist Attack, and the injuries suffered by Manuel Figueroa, Plaintiffs Kathrin Figueroa, J.C.F., Gilbert Figueroa, Pak Son Figueroa, Samuel Figueroa, Timmy Figueroa and Gilbert Figueroa, Jr. have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## B.    PLAINTIFF WILLIAM LEE NESTOR

3041.   Plaintiff William Lee Nestor is a citizen of the United States and domiciled in the

State of Georgia.

3042.   On August 23, 2005, William Lee Nestor, age 27, was serving in the U.S. military in Iraq.

3043.   Mr. Nestor was with his unit at OP Hotel when it was attacked.

3044.   The weapons used to attack and injure Mr. Nestor were an Iranian manufactured/supplied VBIED, RPGs, and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3045.   As a result of the attack, William Lee Nestor suffered Post Traumatic Stress Disorder

3046.   William Lee Nestor received extensive medical treatment. Mr. Nestor has received treatment for his condition from Martin Army Community Hospital in Fort Benning, Georgia.

3047.   As a result of the August 23, 2005 Terrorist Attack, and the injuries he suffered, William Lee Nestor has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## C.   PLAINTIFFS THE SCOTT BRADLEY RAY FAMILY

3048.   Plaintiff, Scott Bradley Ray is a citizen of the United States and domiciled in the State of New Mexico.

3049.   On August 23, 2005, Scott Bradley Ray, age 26, was serving in the U.S. military in Iraq.

3050.   Mr. Ray was with his unit at a combat outpost in Ramadi when attacked by small arms fire, RPGs and the dump-truck VBIED.

3051.   The weapon used to attack and injure Mr. Ray was an Iranian

manufactured/supplied VBIED, RPGs and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3052.   As a result of the attack, Mr. Ray suffered a TBI, migraines, glass imbedded in feet and PTSD.

3053.   Mr. Ray received extensive medical treatment at the scene of the attack as well as the VA Medical Hospital, Albuquerque, NM.

3054.   As a result of the August 23, 2005 Terrorist Attack, and the injuries he suffered, Scott Bradley Ray has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3055.   Plaintiff, Kerstin Ray is a citizen of the United States and domiciled in the State of New Mexico. She is the wife of Scott Bradley Ray.

3056.   As a result of the August 23, 2005 Terrorist Attack, the injuries suffered by Scott Bradley Ray, Plaintiff Kerstin Ray has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### D.   PLAINTIFFS THE RYAN PATRICK VALLERY FAMILY

3057.   Plaintiff Ryan Patrick Vallery is a citizen of the United States and domiciled in the State of New York.

3058.   On August 23, 2005, Ryan Patrick Vallery, age 21, was serving in the U.S. military in Iraq.

3059.   Mr. Vallery was with his unit at OP Hotel, in Ramadi when he was attacked by small arms fire, RPGs and a VBIED.

3060.   The weapons used to attack and injure Mr. Vallery were an Iranian

manufactured/supplied VBIED, RPGs and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3061.   As a result of the attack, Ryan Patrick Vallery suffered a TBI, chronic migraines, PTSD, anxiety, IBS, TBI residuals, and bilateral ulnar neuropathy, degenerative disc disease, depression, memory loss and chronic pain.

3062.   Ryan Patrick Vallery received extensive medical treatment. Mr. Vallery was seen by the combat trauma team immediately after the attack, he continues treatment with the VA Hospital to include psychological therapy and medications.

3063.   As a result of the August 23, 2005 Terrorist Attack, and the injuries he suffered, Ryan Patrick Vallery has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3064.   Plaintiff Michelle Renowden is a citizen of the United States and domiciled in the State of New York. She is the sister of Ryan Patrick Vallery.

3065.   Plaintiff Patrick Vallery is a citizen of the United States and domiciled in the State of New York. He is the father of Ryan Patrick Vallery.

3066.   Plaintiff Sandra Vallery is a citizen of the United States and domiciled in the State of New York. She is the mother of Ryan Patrick Vallery.

3067.   As a result of the August 23, 2005 Terrorist Attack, and the injuries suffered by Ryan Patrick Vallery, Plaintiffs Michelle Renowden, Patrick Vallery and Sandra Vallery have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 251.   THE AUGUST 18, 2005 ATTACK - NEBAI

### A.   PLAINTIFFS THE TIMOTHY JAMES SEAMANS FAMILY

3068.   Plaintiff Timothy James Seamans was a citizen of the United States and domiciled in the State of Florida at the time of his death.

3069.   On August 18, 2005, Timothy James Seamans, age 20, was serving in the U.S. military in Iraq.

3070.   Mr. Seamans was in Nebai performing his duties as the 19D10 in his Humvee when an IED detonated near his Humvee.

3071.   Timothy James Seamans was killed in the attack.

3072.   The weapon used to attack and kill Mr. Seamans was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3073.   Plaintiff, David Robert Seamans is a citizen of the United States and domiciled in the State of Florida. He is the father of Timothy James Seamans.

3074.   Plaintiff, David Robert Seamans brings an action individually, and on behalf of the Estate of Timothy James Seamans, and all heirs thereof, as its legal representative.

3075.   Plaintiff, Monica Seamans is a citizen of the United States and domiciled in the state of Florida. She is the mother of Timothy James Seamans.

3076.   Plaintiff, Ashley Marie Knapp is a citizen of the United States and domiciled in the state of Florida. She is the sister of Timothy James Seamans.

3077.   As a result of the August 18, 2005 Terrorist Attack, and the injuries suffered by, and the death of Timothy James Seamans,  Plaintiffs David Robert Seamans, Monica Seamans, and Ashley Marie Knapp have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Timothy James Seamans' society,

services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Timothy James Seamans.

### 252.   THE AUGUST 12, 2005 ATTACK – KHALIDIYA

#### A.   PLAINTIFFS THE LARRY ALLAN STILWELL FAMILY

3078.   Plaintiff Larry Allan Stilwell was a citizen of the United States and was domiciled in the State of Florida at the time of his death.

3079.   On August 12, 2005, Larry Allan Stilwell, age 55, was a civilian contractor assisting the U.S. military in Iraq.

3080.   Mr. Stilwell was on a supply delivery with his convoy on a road between Habaniyah and Balad, when his vehicle was struck by an IED.

3081.   Larry Allan Stilwell was killed in the attack.

3082.   The weapon used to attack and injure Mr. Stilwell was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3083.   Plaintiff Rachel L. Vera is a citizen of the United States and domiciled in the State of Florida. She is the daughter of Larry Allan Stilwell.

3084.   Plaintiff Ryan C. Stilwell is a citizen of the United States and domiciled in the State of Colorado. He is the son of Larry Allan Stilwell

3085.   Plaintiff Jimmy Stilwell is a citizen of the United States and domiciled in the State of Indiana. He is the brother of Larry Allan Stilwell

3086.   Plaintiff Rachel L. Vera brings an action individually, and on behalf of the anticipated Estate of Larry Allan Stilwell, and all heirs thereof, as its legal representative.

3087.   As a result of the August 12, 2005 Terrorist Attack, and the injuries suffered by and the death of Larry Allan Stilwell, Plaintiffs, Rachel L. Vera, Ryan C. Stilwell, and Jimmy

Stilwell, have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Larry Allan Stilwell's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Larry Allan Stilwell.

### 253.   THE AUGUST 10, 2005 ATTACK – BALAD

### A.   PLAINTIFF JOSEPHINE CUELLAR

3088.   Plaintiff Josephine Cuellar is a citizen of the United States and domiciled in the State of North Carolina.

3089.   On August 10, 2005, Josephine Cuellar, age 36, was serving in the U.S. military in Iraq.

3090.   On the morning of August 10, 2005, Ms. Cuellar was at Camp Anaconda removing a piece of equipment from a military vehicle under direct order from her commander when her position came under mortar fire. The exploding mortar rounds hit directly behind Ms. Cuellar on the roadway, blasting a chunk of road material into the air, which hit Ms. Cuellar, dislocating her shoulder and causing a concussion.

3091.   The weapon used to attack and injure Ms. Cuellar was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3092.   As a result of the August 10, 2005 Terrorist Attack, Ms. Cuellar suffered injuries to her shoulder and TBI due to the concussive blast from exploding mortars and by being struck with debris on impact. The shoulder injury required arthroscopic surgery in March 2011 and continues to cause on-going pain. Ms. Cuellar has suffered regular headaches, PTSD, Depression, and anxiety in relation to the TBI caused by the attack.

3093.   Ms. Josephine Cuellar received extensive medical treatment through the Carl

Vinson VA Medical Center and the VA Eastern Colorado Healthcare System. She continues to receive treatment at the W. G. Hefner VA Medical Center.

3094.   As a result of the August 10, 2005 Terrorist Attack, and the injuries she suffered, Ms. Josephine Cuellar has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 254.   THE AUGUST 9, 2005 ATTACK - BAGHDAD

#### A.   PLAINTIFF EDWARD B. JOHNSON, JR.

3095.   Plaintiff Edward B. Johnson, Jr. is a citizen of the United States and domiciled in the State of Texas.

3096.   On August 9, 2005, Edward B. Johnson, Jr., age 26, was serving in the U.S. military in Iraq.

3097.   Mr. Johnson was with his unit executing an escort mission in Baghdad when they took on small arms fire and was struck by a VBIED.

3098.   The weapon used to attack and injure Mr. Johnson, was an Iranian manufactured/supplied VBIED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3099.   As a result of the attack, Edward B. Johnson, Jr. suffered a concussion, back injury, left leg nerve damage, a torn left ACL, burns to his left leg, tinnitus, migraines, PTSD, anxiety, insomnia, depression, memory loss and cognitive dysfunction.

3100.   Edward B. Johnson, Jr. received extensive medical treatment, psychological treatment and surgery to repair his left leg.

3101.   As a result of the August 9, 2005 Terrorist Attack, and the injuries he suffered, Edward B. Johnson, Jr. has past and future noneconomic damages, including

severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

**255.   THE AUGUST 7, 2005 ATTACK – MOSUL**

      **A.      PLAINTIFFS THE GLENN GILBERT GEFFERT FAMILY**

3102.   Plaintiff Glenn Gilbert Geffert is a citizen of the United States and domiciled in the State of Florida.

3103.   On August 7, 2005, Glenn Gilbert Geffert, age 30, was serving in the U.S. military in Iraq.

3104.   Mr. Geffert was on patrol with his unit in Mosul when his vehicle was struck by a VBIED.

3105.   The weapon used to attack and injure Mr. Geffert was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3106.   As a result of the attack, Glenn Gilbert Geffert suffered injuries that include, but are not limited to, a TBI, tinnitus, bilateral hearing loss, a right shoulder injury and PTSD.

3107.   Glenn Gilbert Geffert received extensive medical treatment, including past and ongoing care for these injuries, at various Veterans Medical Centers and other health care providers.

3108.   As a result of the August 7, 2005 Terrorist Attack, and the injuries he suffered, Glenn Gilbert Geffert has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3109.   Plaintiff Pamela A. Geffert is a citizen of the United States and domiciled in

the State of Florida. She is the wife of Glenn Gilbert Geffert.

3110. Plaintiff Aidan M. Geffert is a citizen of the United States and domiciled in the State of Florida. He is the son of Glenn Gilbert Geffert.

3111. Plaintiff Ian C. Drinkwater is a citizen of the United States and domiciled in the State of Florida. He is the stepson of Glenn Gilbert Geffert.

3112. Plaintiff Tristan G. Drinkwater is a citizen of the United States and domiciled in the State of Florida. He is the stepson of Glenn Gilbert Geffert.

3113. As a result of the August 7, 2005 Terrorist Attack, and the injuries suffered by Glenn Gilbert Geffert, Plaintiffs Pamela A. Geffert, Aidan M. Geffert, Ian C. Drinkwater and Tristan G. Drinkwater have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 256. THE AUGUST 4, 2005 ATTACK – BAIJI

#### A. PLAINTIFFS THE WENDELL DONALD CHAVIS FAMILY

3114. Plaintiff Wendell Donald Chavis is a citizen of the United States and domiciled in the State of Pennsylvania.

3115. On August 4, 2005, Wendell Donald Chavis, age 39, was serving in the U.S. military in Iraq.

3116. Mr. Chavis was a gunner in a Humvee on patrol in Baiji when his vehicle was struck by an IED causing him to black out.

3117. The weapon used to attack and injure Mr. Chavis was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3118. As a result of the attack, Wendell Donald Chavis suffered a concussion,

headaches, back injury, TBI, and PTSD.

3119.   Wendell Donald Chavis received extensive medical treatment at FOB Summerall, Iraq, Philadelphia VA Hospital, Philadelphia, PA; and Richmond VA Hospital, Richmond, VA.

3120.   As a result of the August 4, 2005 Terrorist Attack, and the injuries he suffered, Wendell Donald Chavis has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3121.   Plaintiff Wendall D. Patterson is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Wendell Donald Chavis.

3122.   Plaintiff Shirley A. Chavis is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Wendell Donald Chavis.

3123.   Plaintiff Carol Osbourne Phillips is a citizen of the United States and domiciled in the State of Pennsylvania. She is the life partner of Wendell Donald Chavis.

3124.   Plaintiff Desirra L. Banks is a citizen of the United States and domiciled in the State of South Carolina. She is the daughter of Wendell Donald Chavis.

3125.   Plaintiff Audrey A. Jackson is a citizen of the United States and domiciled in the State of Pennsylvania. She is the daughter of Wendell Donald Chavis.

3126.   Plaintiff Dorenda Brannon is a citizen of the United States and domiciled in the State of Virginia. She is the sister of Wendell Donald Chavis.

3127.   Plaintiff Lorenzo Chambers is a citizen of the United States and domiciled in the State of Delaware. He is the brother of Wendell Donald Chavis.

3128.   Plaintiff Wendall Chambers is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of Wendell Donald Chavis.

3129.   Plaintiff Alphonso L. Chavis is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of Wendell Donald Chavis.

3130.   Plaintiff Crystal N. Chavis is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Wendell Donald Chavis.

3131.   Plaintiff Dawn Y. Chavis is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Wendell Donald Chavis.

3132.   Plaintiff Derrick Melton is a citizen of the United States and domiciled in the State of Georgia. He is the brother of Wendell Donald Chavis.

3133.   Plaintiff Sarah Louise Parker is a citizen of the United States and domiciled in the State of South Carolina. She is the sister of Wendell Donald Chavis.

3134.   As a result of the August 4, 2005 Terrorist Attack, and the injuries suffered by Wendell Donald Chavis, Plaintiffs Wendall D. Patterson, Shirley A. Chavis, Carol Osbourne Phillips, Desirra L. Banks, Audrey A. Jackson, Dorenda Brannon, Lorenzo Chambers, Wendall Chambers, Alphonso L. Chavis, Crystal N. Chavis, Dawn Y. Chavis, Derrick Melton, and Sarah Louise Parker have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 257.   THE AUGUST 1, 2005 ATTACK – HIT

#### A.   PLAINTIFF DANIEL JOEL FOSTER

3135.   Plaintiff Daniel Joel Foster is a citizen of the United States and is domiciled in the State of New York.

3136.   On August 1, 2005, Daniel Joel Foster, age 21, was serving in the U.S. Military in

Iraq.

3137.   Mr. Foster was on patrol with his unit when they came under fire on their way back to base. The Humvee Mr. Foster was travelling in was hit by an IED and Mr. Foster sustained severe and permanent physical and emotional injuries.

3138.   The weapon used to attack and injure Mr. Foster was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3139.   As a result of the attack, Daniel Joel Foster suffered psychological issues to include severe depression, PTSD, sleep issues, memory loss, and nightmares.

3140.   Mr. Foster received, and continues to receive, extensive medical treatment at the VA Hospital in Buffalo, New York for his injuries.

3141.   As a result of the August 1, 2005 Terrorist Attack, and the injuries he suffered, Daniel Joel Foster has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 258.   THE AUGUST 1, 2005 ATTACK - HIT

### A.   PLAINTIFF LOUIS MICHAEL POPE

3142.   Plaintiff Louis Michael Pope is a citizen of the United States and domiciled in the State of Arizona.

3143.   On August 1, 2005, Louis Michael Pope, age 22, was serving in the U.S. military in Iraq.

3144.   Mr. Pope was with his unit performing a sweep of the market area in Hit, Iraq when he was struck by an IED.

3145.   The weapon used to attack and injure Mr. Pope was an Iranian

manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3146.  As a result of the attack, Mr. Pope suffered significant injuries including shrapnel in right arm, right side of face, right eye, throat near jugular, groin and right leg, index finger has nerve palsy.

3147.  Mr. Pope received extensive medical treatment including surgery at a hospital in Al Asad immediately after the attack.

3148.  As a result of the August 1, 2005 Terrorist Attack, and the injuries he suffered, Louis Michael Pope has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 259.  THE JULY 29, 2005 ATTACK - SAMARRA

### A.  PLAINTIFF JUSTIN DAVIN SABO

3149.  Plaintiff Justin Davin Sabo is a citizen of the United States and domiciled in the State of Minnesota.

3150.  On July 29, 2005, Justin Davin Sabo, age 26, was serving in the U.S. military in Iraq.

3151.  Mr. Sabo was with his unit on patrol at ASR Golden in Samarra when they made a stop, Mr. Sabo stepped out of the vehicle and an IED detonated.

3152.  The weapon used to attack and injure Mr. Sabo was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3153.  As a result of the attack, Justin Davin Sabo suffered significant injuries to include, post-concussive headaches, tinnitus, perforated right ear drum, memory loss and

TBI.

3154.   Justin Davin Sabo received extensive medical treatment on FOB Anaconda immediately after the attack and now continues with the VA hospital.

3155.   As a result of the July 29, 2005 Terrorist Attack, and the injuries he suffered, Justin Davin Sabo has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 260.   THE JULY 25, 2005 ATTACK – SAMARRA

#### A.   PLAINTIFFS THE MONACA LOUISE GILMORE FAMILY

3156.   Plaintiff Monaca Louise Gilmore is a citizen of the United States and domiciled in the State of North Carolina.

3157.   On July 25, 2005, Monaca Louise Gilmore, age 26, was serving in the U.S. military in Iraq.

3158.   Ms. Gilmore was on an escort mission with another unit near Samarra when her convoy hit an IED.

3159.   The weapon used to attack and injure Ms. Gilmore was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3160.   As a result of the attack, Monaca Louise Gilmore sustained a TBI, PTSD and blindness.

3161.   Monaca Louise Gilmore received extensive medical treatment including brain surgery for her TBI and migraines, as well as psychiatric care for her PTSD.

3162.   As a result of the July 25, 2005, Terrorist Attack, and the injuries she suffered, Monaca Louise Gilmore has past and future noneconomic damages, including

severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3163.   Plaintiff Maria Pettis is a citizen of the United States and domiciled in the State of North Carolina. She is the Daughter of Monaca Louise Gilmore.

3164.   Plaintiff T.M.G., a minor, represented by her legal guardian Monaca Louise Gilmore, is a citizen of the United States and domiciled in the State of North Carolina. She is the Daughter of Monaca Louise Gilmore.

3165.   Plaintiff M.L.G., a minor, represented by her legal guardian Monaca Louise Gilmore, is a citizen of the United States and domiciled in the State of North Carolina. She is the Daughter of Monaca Louise Gilmore.

3166.   As a result of the July 25, 2005 Terrorist Attack, and the injuries suffered by Monaca Louise Gilmore,  Plaintiffs Maria Pettis, T.M.G., a minor, and M.L.G., a minor have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 261.   THE JULY 24, 2005 ATTACK – KHALIDIYAH

#### A.   PLAINTIFFS THE JOSS WADE PURDON FAMILY

3167.   Plaintiff Joss Wade Purdon is a citizen of the United States and domiciled in the State of Arizona.

3168.   On July 24, 2005, Joss Wade Purdon, age 27, was serving in the U.S. military in Iraq.

3169.   Mr. Purdon was assisting with a call from another unit that had been attacked by an IED when another IED was detonated near him. As a result, he was struck with shrapnel

causing severe physical injury. As another Humvee arrived to assist with injured soldiers, it too was attacked by an IED killing one soldier and injuring two others.

3170. The weapon used to attack and injure Mr. Purdon was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3171. As a result of the attack, Joss Wade Purdon suffered shrapnel to his groin and legs, PTSD, tinnitus, lower lumbar strain, and tension headaches.

3172. Joss Wade Purdon received extensive medical treatment in the field at the time of the attack, as well as at Southern Arizona VA Health Care System, Yuma VA Clinic, and from Dr. Jeremy S. Curry.

3173. As a result of the July 24, 2005 Terrorist Attack, and the injuries he suffered, Joss Wade Purdon has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3174. Plaintiff Shawna Purdon is a citizen of the United States and domiciled in the State of Arizona. She is the wife of Joss Wade Purdon.

3175. Plaintiff Austin Purdon is a citizen of the United States and domiciled in the State of Arizona. He is the adult son of Joss Wade Purdon.

3176. Plaintiff Jacob Purdon is a citizen of the United States and domiciled in the State of Arizona. He is the adult son of Joss Wade Purdon.

3177. As a result of the July 24, 2005 Terrorist Attack, and the injuries suffered by Joss Wade Purdon, Plaintiffs Shawna Purdon, Austin Purdon, and Jacob Purdon have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering,

loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### B. PLAINTIFFS THE BERNABE CARRELL MONTEJANO FAMILY

3178. Plaintiff Bernabe Carrell Montejano is a citizen of the United States and domiciled in the State of Texas.

3179. On July 24, 2005, Bernabe Carrell Montejano, age 24, was serving in the U.S. military in Iraq.

3180. Mr. Montejano was on a mission with his unit in Khalidiyah when his unit was attacked by an IED.

3181. The weapon used to attack and injure Mr. Montejano was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3182. As a result of the attack, Bernabe Carrell Montejano suffered a TBI, right knee injury, back injury and PTSD.

3183. Bernabe Carrell Montejano received extensive medical treatment including right knee surgery, ongoing therapy and care for his PTSD and continued treatment with the VA.

3184. As a result of the July 24, 2005 Terrorist Attack, and the injuries he suffered, Bernabe Carrell Montejano has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3185. Plaintiff Faith Montejano is a citizen of the United States and domiciled in the State of Tennessee. She is the mother of Bernabe Carrell Montejano.

3186. Plaintiff Sarah M. Humphrey is a citizen of the United States and domiciled in the

State of Tennessee. She is the sister of Bernabe Carrell Montejano.

3187.   As a result of the July 24, 2005 Terrorist Attack, and the injuries suffered by Bernabe Carrell Montejano, Plaintiffs Faith Montejano and Sarah M. Humphrey, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## C.   PLAINTIFFS THE JACOB ANDREW MILLER FAMILY

3188.   Plaintiff Jacob Andrew Miller is a citizen of the United States and domiciled in the State of Colorado.

3189.   On July 24, 2005, Jacob Andrew Miller, age 22, was serving in the U.S. military in Iraq.

3190.   Mr. Miller was performing security for an EOD team in a Humvee vehicle in a convoy in Khalidiyah, Iraq, when an IED struck Mr. Miller's Humvee, injuring him.

3191.   The weapon used to attack and injure Jacob Andrew Miller was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3192.   As a result of the July 24, 2005 Terrorist Attack, Jacob Andrew Miller sustained significant injuries including a concussive blast injury, separated tendons and a shattered knuckle on his right hand, nerve injury, scarring, TBI, PTSD, depression and anxiety.

3193.   Mr. Miller was initially stabilized in Balad before being flown to Landstuhl Regional Medical Center for surgery, and returned to the United States where he received additional treatment at the Naval Medical Center San Diego and the Branch Medical Clinic in Arizona.

3194.   As a result of the July 24, 2005 Terrorist Attack, and the injuries he suffered,

Jacob Andrew Miller has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3195.   Plaintiff Rachel Amber Miller is a citizen of the United States and is domiciled in the state of Colorado. She is the wife of Jacob Andrew Miller.

3196.   Plaintiff Lafonda Miller is a citizen of the United States and is domiciled in the State of Colorado. She is the mother of Jacob Andrew Miller.

3197.   Plaintiff Lyle Miller is a citizen of the United States and is domiciled in the State of Colorado. He is the father of Jacob Andrew Miller.

3198.   Plaintiff Zachary Miller is a citizen of the United States and is domiciled in the State of Colorado. He is the brother of Jacob Andrew Miller.

3199.   As a result of the July 24, 2005 Terrorist Attack, and the injuries suffered by Mr. Jacob Andrew Miller, Plaintiffs Rachel Amber Miller, Lafonda Miller, Lyle Miller and Zachary Miller have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 262.   THE JULY 16, 2005 ATTACK – BETWEEN KIRKUK AND TIKIRT

### A.   PLAINTIFFS THE CHRISTOPHER LEE OLSEN FAMILY

3200.   Plaintiff Christopher Lee Olsen is a citizen of the United States and domiciled in  the State of Utah.

3201.   On July 16, 2005, Christopher Lee Olsen, age 28, was serving in the U.S. military  in Iraq.

3202.   Mr. Olsen was with his unit in a convoy 30 miles outside of Kirkuk when his Humvee was struck by 2 IEDs.

3203.   The weapon used to attack and injure Mr. Olsen was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3204.   As a result of the attack, Christopher Lee Olsen suffered significant injuries to his left leg, right shoulder, lower back, multiple shrapnel wounds to his body, and anxiety.

3205.   Christopher Lee Olsen received extensive medical treatment. Undergoing multiple surgeries on left leg, physical therapy for leg, shoulder and back, psychological treatment for anxiety and medication.

3206.   As a result of the July 16, 2005 Terrorist Attack, and the injuries he suffered, Christopher Lee Olsen has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3207.   Plaintiff Stacie Olsen is a citizen of the United States and domiciled in the State of Utah. She is the wife of Christopher Lee Olsen.

3208.   As a result of the July 16, 2005 Terrorist Attack, and the injuries suffered by Christopher Lee Olsen, Plaintiff Stacie Olsen has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 263.   THE JULY 9, 2005 ATTACK –TAL AFAR, NINEVEH

####        A.      PLAINTIFF RYAN CHRISTOPHER SAURS

3209.   Plaintiff Ryan Christopher Saurs is a citizen of the United States and domiciled in the State of Pennsylvania.

3210.   On July 9, 2005, Ryan Christopher Saurs, age 28, was serving in the U.S. military in Iraq.

3211.   While patrolling in Tal Afar, Nineveh, Iraq, Ryan Christopher Saurs was attacked with small arms fire and grenades. After that attack, while driving in a vehicle back to his base, his vehicle was hit with an IED explosion.

3212.   The weapons used to attack and injure Mr. Saurs were Iranian manufactured/supplied small arms, grenades and IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3213.   As a result of the July 9, 2005 Terrorist Attack, Ryan Christopher Saurs sustained shrapnel injuries to his face, TBI, tinnitus, sleep disturbance, and PTSD.

3214.   Ryan Christopher Saurs received medical treatment at Landstuhl Regional Medical Center, as well as Evans Army Community Hospital.

3215.   As a result of the July 9, 2005 Terrorist Attack, and the injuries he suffered, Ryan Christopher Saurs has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 264.   THE JUNE 28, 2005 ATTACK – BALAD

#### A.   PLAINTIFF JOSEPHINE CUELLAR

3216.   Plaintiff Josephine Cuellar is a citizen of the United States and domiciled in the State of North Carolina.

3217.   On June 28, 2005, Josephine Cuellar, age 36, was serving in the U.S. military in Iraq.

3218.   On the afternoon of June 28, 2005, Ms. Cuellar and a fellow soldier were driving a Mine-Resistant Ambush Protected (MRAP) vehicle back to FOB O'Ryan; Ms. Cuellar exited the vehicle in order to guide it into the base. At the same time Ms. Cuellar exited the MRAP, a Vehicle-Borne Improvised Explosive Device (VBIED) detonated, spraying the MRAP with

shrapnel and killing the other soldier instantly. Ms. Cuellar sustained neck and back injuries as a result of the blast.

3219. The weapon used to attack and injure Ms. Cuellar was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3220. As a result of the June 28, 2005 Terrorist Attack, Ms. Josephine Cuellar suffered injuries to her back and neck which required immediate treatment by field medics. The injuries she sustained have demanded on-going treatment and she suffers difficulty walking, persistent numbness in her extremities, regular headaches, PTSD, anxiety, and depression in the aftermath and subsequent years following the attack.

3221. Ms. Josephine Cuellar received extensive medical treatment through the Dublin VA Hospital and the Denver VA Hospital. She continues to receive treatment at the Charlotte VA Hospital.

3222. As a result of the June 28, 2005 Terrorist Attack, and the injuries she suffered, Ms. Josephine Cuellar has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 265. THE JUNE 22, 2005 ATTACK – CAMP VICTORY IN BAGHDAD

### A. PLAINTIFF JESSICA MARIE GRIGGS

3223. Plaintiff Jessica Marie Griggs is a citizen of the United States and domiciled in the State of Ohio.

3224. On June 22, 2005, Jessica Marie Griggs, age 24, was serving in the U.S. military in Iraq.

3225. Ms. Griggs was walking outside at Camp Victory when she was blown

against a building by a mortar that landed three meters away from her, burning her from head to toe and causing other serious injuries.

3226.   The weapon used to attack and injure Ms. Griggs was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3227.   As a result of the attack, Jessica Marie Griggs suffered burns, cuts, a broken tooth, shrapnel wounds, nerve damage, loss of strength in her left hand, lacerations, scarring, depression, anxiety, insomnia and panic attacks.

3228.   Jessica Marie Griggs received extensive medical treatment, a lengthy hospitalization, exploratory surgery, nerve graft surgery, and mental health therapy.

3229.   As a result of the June 22, 2005 Terrorist Attack, and the injuries she suffered, Jessica Marie Griggs has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 266.   THE JUNE 16, 2005 ATTACK – RAMADI

####   A.   PLAINTIFFS THE OCTAVIO SANCHEZ FAMILY

3230.   Plaintiff Octavio Sanchez is a citizen of the United States and domiciled in the State of California.

3231.   On June 16, 2005, Octavio Sanchez, age 25, was serving in the U.S. military in Iraq.

3232.   Mr. Sanchez was in a Humvee on patrol in Ramadi when his vehicle was hit by multiple IEDs causing his vehicle to launch into the air, land upside down, and catch on fire. Subsequent to the explosion, Mr. Sanchez and the other occupants continued to be attacked with small arms fire. The attack killed two marines inside the vehicle and wounded

Mr. Sanchez and two others.

3233.   The weapons used to attack and injure Mr. Sanchez were Iranian manufactured/supplied IEDs and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3234.   As a result of the attack, Octavio Sanchez suffered third degree burns to 66% of his body, amputation of his right hand, amputation of a finger on his left hand, hearing loss in his right ear, and PTSD.

3235.   Octavio Sanchez received extensive medical treatment in Balad, Iraq; Landstuhl Regional Medical Center in Landstuhl, Germany; the Burn Unit at Brooke Army Medical Center in San Antonio, TX, consisting of over 30 surgeries for skin grafts, and reconstruction.

3236.   As a result of the June 16, 2005 Terrorist Attack, and the injuries he suffered, Octavio Sanchez has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3237.   Plaintiff Vanette C. Sanchez is a citizen of the United States and domiciled in the State of California. She is the wife of Octavio Sanchez.

3238.   Plaintiff Jacob Andrew Sanchez is a citizen of the United States and domiciled in the State of California. He is the son of Octavio Sanchez.

3239.   Plaintiff Octavio Manuel Sanchez is a citizen of the United States and domiciled in the State of California. He is the son of Octavio Sanchez.

3240.   Plaintiff J. S., a minor child, represented by her legal guardians Octavio Sanchez and Vanette C. Sanchez, is a citizen of the United States and domiciled in the State of California.

She is the daughter of Octavio Sanchez and Vanette C. Sanchez.

3241.   As a result of the June 16, 2005 Terrorist Attack, and the injuries suffered by Octavio Sanchez, Plaintiffs Vanette C. Sanchez, Jacob Andrew Sanchez, Octavio Manuel Sanchez, and J. S., a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 267.   THE JUNE 9, 2005 ATTACK – HAQLANIYAH

### A.   PLAINTIFFS THE BRAD DUANE SQUIRES FAMILY

3242.   Plaintiff Brad Duane Squires was a citizen of the United States and was domiciled in the State of Ohio at the time of his death.

3243.   On June 9, 2005, Brad Duane Squires, age 26, was serving in the U.S. military in Iraq.

3244.   Mr. Squires was driving a Humvee flatbed while conducting a rescue operation when his vehicle was struck by an IED in the Al Anbar Province, near Haqlaniyah, Iraq, on June 9, 2005.

3245.   Brad Duane Squires was killed in the attack.

3246.   The weapon used to attack and injure Mr. Squires was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3247.   Plaintiff Donna Squires is a citizen of the United States and domiciled in the State of Ohio.  She is the mother of Brad Duane Squires.

3248.   Plaintiff Jodie Marie Bogdan is a citizen of the United States and domiciled in the State of Ohio.  She is the sister of Brad Duane Squires.

3249.   Plaintiff Chad Francis Squires is a citizen of the United States and domiciled in

the State of Ohio.  He is the brother of Brad Duane Squires.

3250.  Plaintiff Donna Squires brings an action individually, and on behalf of the Estate of Brad Duane Squires, and all heirs thereof, as its legal representative.

3251.  As a result of the June 9, 2005 Terrorist Attack, and the injuries suffered by and the death of Brad Duane Squires, Plaintiffs Donna Squires, Jodie Marie Bogdan, and Chad Francis Squires have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Brad Duane Squires's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the Estate of Brad Duane Squires.

### B.    PLAINTIFFS THE THOMAS OLIVER KEELING FAMILY

3252.  Plaintiff Thomas Oliver Keeling was a citizen of the United States and domiciled in the State of Ohio at the time of his death.

3253.  On June 9, 2005, Thomas Oliver Keeling Keeling, age 23, was serving in the U.S. military in Iraq.

3254.  On June 9, 2005, Mr. Keeling was driving a Humvee vehicle in Haqlaniyah, Iraq, while performing a rescue operation of five Marines who had been attacked, when he drove over and IED, which exploded.

3255.  The weapon used to attack and injure Mr. Keeling was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3256.  As a result of the June 9, 2005 Terrorist Attack, Mr. Keeling was killed.

3257.  Plaintiff Sharon Therese Berry brings an action individually, and on behalf of the Estate of Thomas Oliver Keeling, and all heirs thereof, as its anticipated legal representative.

3258.  Plaintiff Sharon Therese Berry is a citizen of the United States and domiciled in

the State of Ohio. She is the mother of Thomas Oliver Keeling.

3259.   Plaintiff Robert James Berry is a citizen of the United States and domiciled in the State of Ohio. He is the step-father of Thomas Oliver Keeling.

3260.   Plaintiff Kristen Ann Keeling Surovy is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Thomas Oliver Keeling.

3261.   Plaintiff Erin Lynn Keeling Kurincic is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Thomas Oliver Keeling.

3262.   As a result of the June 9, 2005 Terrorist Attack, and the injuries suffered by and the death of Thomas Oliver Keeling, Plaintiffs Sharon Therese Berry, Robert James Berry, Kristen Ann Keeling Surovy, and Erin Lynn Keeling Kurincic, and all the heirs of Thomas Oliver Keeling, have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Thomas Oliver Keeling's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income and net accumulation of the Estate of Thomas Oliver Keeling.

## 268.   THE JUNE 7, 2005 ATTACK – RAMADI

### A.   PLAINTIFFS THE JOSEPH JOAQUIN TELLEZ FAMILY

3263.   Plaintiff Joseph Joaquin Tellez is a citizen of the United States and domiciled in the State of California.

3264.   On June 7, 2005, Joseph Joaquin Tellez, age 34, was serving in the U.S. military in Iraq.

3265.   Mr. Tellez was securing the south entry control point to the government center in Ramadi with two other Marines when he was shot in the chest by a sniper.

3266.   The weapon used to attack and injure Mr. Tellez was Iranian manufactured/supplied armor piercing shrapnel provided by Iran and/or its agents to Iranian-

funded and Iranian-trained terror operatives in Iraq.

3267.   As a result of the attack, Joseph Joaquin Tellez suffered a gunshot wound to his left chest, severe nerve damage, and PTSD.

3268.   Joseph Joaquin Tellez received extensive medical treatment including surgery and ongoing mental health therapy with medication.

3269.   As a result of the June 7, 2005 Terrorist Attack, and the injuries he suffered, Joseph Joaquin Tellez has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3270.   Plaintiff Isabel G. Tellez is a citizen of the United States and domiciled in the State of California. She is the mother of Joseph Joaquin Tellez.

3271.   Plaintiff Richard A. Tellez is a citizen of the United States and domiciled in the State of California. He is the father of Joseph Joaquin Tellez.

3272.   Plaintiff Sadie S. Lafromboise is a citizen of the United States and domiciled in the State of California. She is the sister of Joseph Joaquin Tellez.

3273.   As a result of the June 7, 2005 Terrorist Attack, and the injuries suffered by Joseph Joaquin Tellez, Plaintiffs Isabel G. Tellez, Richard A. Tellez and Sadie S. Lafromboise have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 269.   THE JUNE 5, 2005 ATTACK – RASHEED

#### A.   PLAINTIFFS THE JUSTIN LEE VASQUEZ FAMILY

3274.   Plaintiff Justin Lee Vasquez was a citizen of the United States and was domiciled in the State of Colorado at the time of his death.

3275.   On June 5, 2005, Justin Lee Vasquez, age 26, was serving in the U.S. military in Iraq.

3276.   Mr. Vasquez was on foot, patrolling an area East of Rasheed, where two IEDs had just detonated, when a remotely detonated third IED struck him and two other soldiers.

3277.   Justin Lee Vasquez was killed, along with both other soldiers, in the attack.

3278.   The weapon used to attack and injure Mr. Vasquez was an Iranian-manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3279.   Plaintiff Riley Nicole Vasquez is a citizen of the United States and domiciled in the State of Wyoming. She is the wife of Justin Lee Vasquez.

3280.   Plaintiff Riley Nicole Vasquez brings an action individually, and on behalf of the Estate of Justin Lee Vasquez, and all heirs thereof, as its legal representative.

3281.   Plaintiff Jennifer Lynn Arebalo is a citizen of the United States and domiciled in the State of Colorado. She is the sister of Justin Lee Vasquez.

3282.   Plaintiff Janneke Leann Eikenberg is a citizen of the United States and domiciled in the State of Colorado. She is the sister of Justin Lee Vasquez.

3283.   As a result of the June 5, 2005 Terrorist Attack, and the injuries suffered by and the death of Justin Lee Vasquez, Plaintiffs Riley Nicole Vasquez, Jennifer Lynn Arebalo, and Janneke  Leann Eikenberg, have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Justin Lee Vasquez's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Justin Lee Vasquez.

270. **THE MAY 15, 2005 ATTACK - TREBIL**

    A. **PLAINTIFF DANIEL WILLIAM BARRON**

3284. Plaintiff Daniel William Barron is a citizen of the United States and domiciled in the State of Oklahoma.

3285. On May 15, 2005, Daniel William Barron, age 21, was serving in the U.S. military in Iraq.

3286. Mr. Barron was with his unit in a convoy in Trebil when his Humvee was struck by an IED.

3287. The weapon used to attack and injure Mr. Barron was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3288. As a result of the attack, Daniel William Barron suffered significant injuries to include shrapnel lacerations to both feet, right Achilles tendon, left thigh, and left shoulder, as well as PTSD.

3289. Daniel William Barron received extensive medical treatment including arthroscopic surgery to repair Achilles tendon, numerous shrapnel removal surgeries and wound debridements.

3290. As a result of the May 15, 2005 Terrorist Attack, and the injuries he suffered, Daniel William Barron has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

271. **THE MAY 11, 2005 ATTACK – RAMADI**

    A. **PLAINTIFF SCOTT BRONSON LYON**

3291. Plaintiff Scott Bronson Lyon is a citizen of the United States and domiciled in

the State of Iowa.

3292.  On May 11, 2005, Scott Bronson Lyon, age 22, was serving in the U.S. military in Iraq.

3293.  Mr. Lyon was on patrol with his unit in the Al Andalus section of the Al Anbar province when an IED detonated under his Humvee, launching it into the air.

3294.  The weapon used to attack and injure Mr. Lyon was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3295.  As a result of the attack, Scott Bronson Lyon suffers from chronic back pain, tinnitus, hearing loss and PTSD.

3296.  Scott Bronson Lyon received medical treatment including ongoing physical and mental health therapy, medication treatments and chiropractic adjustments.

3297.  As a result of the May 11, 2005 Terrorist Attack, and the injuries he suffered, Scott Bronson Lyon has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 272.  THE MAY 11, 2005 ATTACK - BALAD

#### A.  PLAINTIFF AENEAS ROBERT TOCHI

3298.  Plaintiff Aeneas Robert Tochi is a citizen of the United States and domiciled in  the State of Colorado.

3299.  On May 11, 2005, Aeneas Robert Tochi, age 27, was serving in the U.S. military  in Iraq.

3300.  Aeneas Robert Tochi was conducting a routine combat patrol in the outskirts of Balad when during a pursuit he was struck by an IED.

3301.  The weapon used to attack and injure Mr. Tochi was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3302.  As a result of the attack, Aeneas Robert Tochi suffered significant injuries. Shrapnel tore open his left cheek, he fractured his left cheekbone, dislocated his jaw on the right and left side, had loss of hearing in his left ear, loss of vision in his left eye, a spinal injury, TBI, PTSD and anxiety.

3303.  Aeneas Robert Tochi received extensive medical treatment including multiple surgeries immediately following the attack.

3304.  As a result of the May 11, 2005 Terrorist Attack, and the injuries he suffered, Aeneas Robert Tochi has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 273.   THE MAY 9, 2005 ATTACK – NASIR WAL SALAM

### A.   PLAINTIFF DONNELL DRAIL NELSON II

3305.  Plaintiff Donnell Drail Nelson II is a citizen of the United States and domiciled in the State of South Carolina.

3306.  On May 9, 2005, Donnell Drail Nelson II, age 22, was serving in the U.S. military in Iraq.

3307.  Mr. Nelson was with his convoy when an IED detonated under his vehicle. They then took on RPGs and small arms fire.

3308.  The weapon used to attack and injure Mr. Nelson was an Iranian manufactured/supplied IEDs, RPGs, and Small Arms Fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

449

3309.  As a result of the attack, Donnell Drail Nelson II suffered shrapnel injuries to his face, eyes, arm, right leg and neck; spinal fracture; TBI and PTSD.

3310.  Donnell Drail Nelson II received extensive medical treatment. Mr. Nelson was treated at Camp Fallujah for his immediate injuries. He then received treatment from Walter Reed National Military Medical Center in Bethesda, Maryland; Poplar Springs Hospital in Petersburg, Virginia; Hyperbaric Center at Lackland Air Force Base in San Antonio, Texas; William Jenning Bryan Dorn Veterans Administration Medical Center in Columbia, South Carolina; the Charleston Veterans Administration Hospital in South Carolina; and the Quantico Naval Health Clinic in Virginia.

3311.  As a result of the May 9, 2005 Terrorist Attack, and the injuries he suffered, Donnell Drail Nelson II has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 274.  THE MAY 9, 2005 ATTACK – AL KARMAH

### A.  PLAINTIFFS THE TAYLOR BRADLEY PRAZYNSKI FAMILY

3312.  Plaintiff Taylor Bradley Prazynski was a citizen of the United States and was domiciled in the State of Ohio at the time of his death.

3313.  On May 9, 2005, Taylor Bradley Prazynski, age 20, was serving in the U.S. military in Iraq.

3314.  Mr. Prazynski was conducting combat operations against enemy forces in the Al Anbar province during Operation Matador when he was struck by shrapnel from a mortar attack.

3315.  Taylor Bradley Prazynski was killed in the attack.

3316.  The weapon used to attack and injure Mr. Prazynski was an Iranian

manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3317.   Plaintiff John Francis Prazynski is a citizen of the United States and domiciled in the State of Ohio. He is the father of Taylor Bradley Prazynski.

3318.   Plaintiff John Francis Prazynski brings an action individually, and on behalf of the Estate of Taylor Bradley Prazynski, and all heirs thereof, as its legal representative.

3319.   Plaintiff Claudia Catherine Pierce is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Taylor Bradley Prazynski.

3320.   Plaintiff Carol Rose Prazynski is a citizen of the United States and domiciled in the State of Ohio. She is the step-mother of Taylor Bradley Prazynski.

3321.   Plaintiff Ryan Andrew Blomer is a citizen of the United States and domiciled in the State of Ohio. He is the step-brother of Taylor Bradley Prazynski.

3322.   As a result of the May 9, 2005 Terrorist Attack, and the injuries suffered by and the death of Taylor Bradley Prazynski, Plaintiffs, John Francis Prazynski, Claudia Catherine Pierce, Carol Rose Prazynski, and Ryan Andrew Blomer, have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Taylor Bradley Prazynski's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Taylor Bradley Prazynski.

### 275.   THE MAY 8, 2005 ATTACK – NEW UBAYDI

#### A.   PLAINTIFFS THE COLLEN MATTHEW WEST FAMILY

3323.   Plaintiff, Collen Matthew West, is a citizen of the United States and domiciled in the State of Ohio.

3324.   On May 8, 2005, Collen Matthew West, age 25, was serving in the U.S.

military in Iraq.

3325.   Collen Matthew West was on patrol with his unit clearing houses in New Ubaydi when his unit was attacked by RPGs and small arms fire.

3326.   The weapon used to attack and injure Mr. West were Iranian manufactured/supplied RPGs and small arms fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3327.   As a result of the attack, Collen Matthew West sustained gunshot wounds to both thighs, gunshot wounds to his upper back, gunshot wounds to his chest area, PTSD and anxiety.

3328.   Collen Matthew West received extensive medical treatment for his gunshot wounds including surgery to his right thigh area, as well as psychiatric care for his PTSD and anxiety.

3329.   As a result of the May 8, 2005 Terrorist Attack, and the injuries he suffered, Collen Matthew West has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3330.   Plaintiff Carla West is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Collen Matthew West.

3331.   Plaintiff Tim West is a citizen of the United States and domiciled in the State of Ohio. He is the father of Collen Matthew West.

3332.   Plaintiff Brenden West is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Collen Matthew West.

3333.   Plaintiff Allison West-Southern is a citizen of the United States and domiciled

in the State of Ohio. She is the sister of Collen Matthew West.

3334.   Plaintiff Kiera Paul is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Collen Matthew West.

3335.   Plaintiff Mike Sweeney is a citizen of the United States and domiciled in the State of Ohio. He is the uncle of Collen Matthew West.

3336.   As a result of the May 8, 2005 Terrorist Attack, and the injuries suffered by Collen Matthew West, Plaintiffs Carla West, Tim West, Brenden West, Allison West-Southern, Kiera Paul, and Mike Sweeney have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 276.   THE MAY 8, 2005 ATTACK – AL QA'IM

### A.   PLAINTIFF JOSEPH MICHAEL LOWE

3337.   Plaintiff Joseph Michael Lowe is a citizen of the United States and domiciled in the State of Idaho.

3338.   On May 8, 2005, Joseph Michael Lowe, age 24, was serving in the U.S. military in Iraq.

3339.   Mr. Lowe was part of a quick reaction force participating in Operation Matador. They were tasked with guarding a bridge over the Euphrates River. Upon entering the city of Al Qa'im, they encountered enemy fire consisting of RPGs, small arms fire, and IEDs. After successfully shielding themselves from the attacks, Mr. Lowe and his fellow servicemen arrived at the bridge and guarded it for several hours. As they returned to their FOB to refuel, their tank hit a triple stack IED which exploded.

3340.  The weapons used to attack and injure Mr. Lowe were Iranian manufactured/supplied RPGs, small arms, VBIEDs and IEDs provided by Iran and/or its

agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3341.  As a result of the attack, Joseph Michael Lowe was severely and permanently injured. He suffered several fractures in his spine and a severed spinal cord, resulting in permanent paralysis from his chest down to his feet. He also suffered a fractured vertebrae in his neck.

3342.  Joseph Michael Lowe received extensive medical treatment for his injuries and underwent multiple surgeries. He was initially evacuated by helicopter for emergency medical treatment, then flown to a hospital in Germany for back surgery, then to Madigan Army Medical Center for another back surgery, and then was treated at Colorado Craig Hospital.

3343.  As a result of the May 8, 2005 Terrorist Attack, and the injuries he suffered, Joseph Michael Lowe has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 277.  THE MAY 1, 2005 ATTACK – BAGHDAD

#### A.  PLAINTIFFS THE JOHN JUJU WILLIAMS FAMILY

3344.  Plaintiff John Juju Williams is a citizen of the United States and domiciled in the State of North Carolina.

3345.  On May 1, 2005, John Juju Williams, age 23, was serving in the U.S. military in Iraq.

3346.  Mr. Williams was on patrol with his unit in the Zafraniya neighborhood of Baghdad. While stopped on the side of the road, his vehicle and his unit were struck by a VBIED.

3347.  The weapon used to attack and injure Mr. Williams was an Iranian

manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3348.  As a result of the attack, John Juju Williams suffered injuries that include, but are not limited to, shrapnel wounds to his neck, face, left knee and left ankle, shell fragments in right hand, right knee sprain, left and right ankle sprain, back injury, PTSD, anxiety, and depression.

3349.  John Juju Williams received extensive medical treatment, including past and ongoing care for these injuries, at his military base hospital, Fort Stewart Army Base Hospital and other Veterans Medical Centers and health care providers.

3350.  As a result of the May 1, 2005 Terrorist Attack, and the injuries he suffered, John Juju Williams has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3351.  Plaintiff Chiquita S. Williams is a citizen of the United States and domiciled in the State of North Carolina. She is the wife of John Juju Williams.

3352.  Plaintiff D.I.W., a minor, represented by her legal guardians John Juju Williams and Chiquita S. Williams, is a citizen of the United States and domiciled in the State of North Carolina. She is the daughter of John Juju Williams and Chiquita S. Williams.

3353.  As a result of the May 1, 2005 Terrorist Attack, and the injuries suffered by John Juju Williams, Plaintiffs Chiquita S. Williams and D.I.W. have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 278.   THE APRIL 28, 2005 ATTACK – TAL AFAR

### A.   PLAINTIFFS THE ERIC WAYNE MORRIS FAMILY

3354.   Plaintiff Eric Wayne Morris was a citizen of the United States and domiciled in the State of Washington at the time of his death.

3355.   On April 28, 2005, Eric Wayne Morris, age 31, was serving in the U.S. military in Iraq.

3356.   Mr. Morris was in a Stryker vehicle conducting joint operations in Tal Afar when his vehicle drove over a plate detonating seven IEDs chained together.

3357.   Eric Wayne Morris was killed in the attack.

3358.   The weapon used to attack and injure Mr. Morris was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3359.   Plaintiff, Jolene Ellen Morris, is a citizen of the United States and domiciled in the State of Nevada. She is the wife of Eric Wayne Morris.

3360.   Plaintiff, Jolene Ellen Morris, brings an action individually, and on behalf of the Estate of Eric Wayne Morris, and all heirs thereof, as its legal representative.

3361.   Plaintiff, Chyan N. Jache, is a citizen of the United States and domiciled in the State of Nevada. She is the step daughter of Eric Wayne Morris.

3362.   Plaintiff, Chyna M. Jache, is a citizen of the United States and domiciled in the State of Nevada. She is the step daughter of Eric Wayne Morris.

3363.   As a result of the April 28, 2005 Terrorist Attack, and the injuries suffered by and the death of Eric Wayne Morris, Plaintiffs, Jolene Ellen Morris, Chyan N. Jache, and Chyna M. Jache, have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Eric Wayne Morris' society, services, companionship, comfort,

protection, instruction, advice and counsel, loss of earnings, income, and net accumulation of the estate of Eric Wayne Morris.

### 279.   THE APRIL 26, 2005 ATTACK - HIT

#### A.   PLAINTIFF JACOB P. DAVID

3364.   Plaintiff Jacob P. David is a citizen of the United States and domiciled in the State of Pennsylvania.

3365.   On April 26, 2005, Jacob P. David, age 19, was serving in the U.S. military in Iraq.

3366.   Mr. David was in an open Humvee in a convoy when an IED exploded beneath his vehicle.

3367.   The weapon used to attack and injure Mr. David was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3368.   As a result of the attack, Jacob P. David suffered open fractures to his calcaneofibular ligament, ankle, fibula, tibia and chest, in addition to being diagnosed with PTSD.

3369.   Jacob P. David received extensive medical treatment. Mr. David was medevac'd from the scene to the base hospital in Hit. He then received treatment in Landstuhl, Germany before returning to the United States to continue his medical and surgical care.

3370.   As a result of the April 26, 2005 Terrorist Attack, and the injuries he suffered, Jacob P. David has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 280.   THE APRIL 24, 2005 ATTACK - HIT

### A.   PLAINTIFF ADAM JEFFERY MCCANN

3371.   Plaintiff Adam Jeffery McCann is a citizen of the United States and domiciled in the State of Ohio.

3372.   On April 24, 2005, Adam Jeffery McCann, age 19, was serving in the U.S. military in Iraq.

3373.   Adam Jeffery McCann was serving as an infantry machine gunner conducting house-to-house clearing, when his patrol came under mortar attack. He and five other patrol members were injured in the attack.

3374.   The weapons used to attack and injure Mr. McCann were Iranian manufactured/supplied mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3375.   As a result of the attack, Adam Jeffery McCann, suffered a cut left Achilles tendon, severed right tibia, shrapnel wounds to his neck, PTSD anxiety attacks and depression.

3376.   Adam Jeffery McCann received extensive medical treatment in Iraq, Landstuhl, Germany, and Camp Lejeune, North Carolina; where he had shrapnel removed and surgery performed to repair the ligaments and tendons in his left leg, as well as reattach his right tibialis anterior. Currently he is being treated at the Cleveland VA Hospital, Cleveland, Ohio for PTSD, orthotics and leg braces.

3377.   As a result of the April 24, 2005 Terrorist Attack, and the injuries he suffered, Adam Jeffery McCann has past and future noneconomic damages, including severe physical mental pain and suffering, disability and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 281.   THE APRIL 22, 2005 ATTACK - HABBANIYAH

### A.   PLAINTIFFS THE JAMES MICHAEL HURST FAMILY

3378.   James Michael Hurst is a citizen of the United States and domiciled in the State of South Carolina.

3379.   On April 22, 2005, James Michael Hurst, age 28, was serving in the U.S. military in Iraq.

3380.   Mr. Hurst's unit was in an armored vehicle when they were ambushed by terrorist forces with small arms fire and rocket propelled grenades. Mr. Hurst and another solider opened file at all personnel they could see. Mr. Hurst was struck with shrapnel and shot in the left hand. Another vehicle came in to assist when they noticed a man in the woods with a gun as well all a group of men in a car. The continued to engage the enemy.

3381.   The weapon used to attack and injure James Michael Hurst was an Iranian manufactured/supplied rocket propelled grenade, sniper rifles, and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3382.   As a result of the April 22, 2005 Terrorist Attack, Mr. Hurst sustained significant injuries. Mr. Hurst was shot in the left hand. Mr. Hurst has muscle deterioration and no feeling from his elbow to his pinky finger.

3383.   James Michael Hurst received extensive medical treatment initially at Landstuhl Regional Medical Center.  He continues to receive treatment at the Wm. Jennings Bryan Dorm VA Medical Center.

3384.   Plaintiff Alvia Masayon Hurst is a citizen of the United States and domiciled in the State of South Carolina. She is the wife of James Michael Hurst.

3385.   Plaintiff Bausten Cole Hurst is a citizen of the United States and domiciled in the State of South Carolina. He is the son of James Michael Hurst.

3386.  As a result of the April 22, 2005 Terrorist Attack, and the injuries suffered by James Michael Hurst, Plaintiffs Alvia Masayon Hurst and Bausten Cole Hurst have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 282.  THE APRIL 21, 2005 ATTACK – RAMADI

#### A.  PLAINTIFFS THE DAVID VINCENT BEDNARCIK FAMILY

3387.  Plaintiff David Vincent Bednarcik is a citizen of the United States and domiciled in the Territory of Guam.

3388.  On April 21, 2005, David Vincent Bednarcik, age 36, was serving in the U.S. military in Iraq.

3389.  Mr. Bednarcik was on patrol with his unit in Ramadi when his vehicle was struck by an IED.

3390.  The weapon used to attack and injure Mr. Bednarcik was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3391.  As a result of the attack, David Vincent Bednarcik suffered injuries that include, but are not limited to, severe facial trauma, an open mandible fracture and right mandibular injury.

3392.  David Vincent Bednarcik received extensive medical treatment at Bethesda Naval Hospital, as well as various Veterans Hospitals and medical providers.

3393.  As a result of the April 21, 2005 Terrorist Attack, and the injuries he suffered, David Vincent Bednarcik has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future

economic damages, including medical expenses, lost income, and loss of earning capacity.

3394.   Plaintiff Rene Bednarcik is a citizen of the United States and domiciled in the Territory of Guam. She is the wife of David Vincent Bednarcik.

3395.   Plaintiff Vincentine L. Bednarcik is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of David Vincent Bednarcik.

3396.   As a result of the April 21, 2005 Terrorist Attack, and the injuries suffered by David Vincent Bednarcik, Plaintiffs Rene Bednarcik and Vincentine L. Bednarcik have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 283.   THE APRIL 19. 2005 ATTACK – BAGHDAD

#### A.   PLAINTIFF TERRANCE ALEXIS ELIZENBERRY

3397.   Plaintiff Terrence Alexis Elizenberry is a citizen of the United States and domiciled in  the State of Mississippi.

3398.   On April 19, 2005, Terrance Alexis Elizenberry, age 34, was serving in the U.S. Military in Iraq.

3399.   Mr. Elizenberry was traveling in a convoy through an IED Alley in route to Baghdad on April 19, 2005 when an IED exploded and caused him severe and permanent physical and emotional injuries.

3400.   The weapon used to attack and injure Mr. Elizenberry was an Iranian manufactured/supplied IED provided by a Special Group and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3401.   As a result of the attack, Terrance Alexis Elizenberry suffered severe first and second degree burns on his hands and arms, and third degree burns on his face, leading to

permanent scarring. Mr. Elizenberry lost consciousness and was medevac'd out to Baghdad and then Germany. He also suffered a concussion, TBI, degenerative disc disease in his lower back, tinnitus, and hearing loss in his left ear, as well as PTSD, depression anxiety attacks, nightmares, and memory issues.

3402. Mr. Elizenberry received, and continues to receive, extensive medical treatment for his physical and emotional injuries. Mr. Elizenberry was treated at the scene and was hospitalized for weeks with surgeries and multiple invasive follow-up procedures due to the severity of the wounds he sustained after the April 19, 2005 attack, Mr. Elizenberry has also received and continues to receive significant treatment for his physical, mental and emotional damages sustained in the attack including burns, severe depression, PTSD, TBI, anxiety attacks, nightmares, memory and hearing loss.

3403. As a result of the April 19, 2005 Terrorist Attack, and the injuries he suffered, Mr. Elizenberry has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 284. THE APRIL 19, 2005 ATTACK – BAGHDAD

#### A. PLAINTIFFS THE JOEL BENJAMIN DAMIN FAMILY

3404. Plaintiff Joel Benjamin Damin is a citizen of the United States and domiciled in the State of North Carolina.

3405. On April 19, 2005, Joel Benjamin Damin, age 26, was serving in the U.S. military in Iraq.

3406. Mr. Damin was on foot patrol with his unit in Baghdad when he was struck by a VBIED.

3407. The weapon used to attack and injure Mr. Damin was an Iranian

manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3408.   As a result of the attack, Joel Benjamin Damin suffered injuries that include, but are not limited to, burns to both arms, shrapnel wounds to arms, legs and abdomen, a head laceration, a TBI, headaches, tinnitus, PTSD, anxiety and insomnia.

3409.   Joel Benjamin Damin received extensive medical treatment, including past and ongoing care for these injuries, at his military base, Fayetteville Veterans Medical Centers, and other military hospitals and medical providers.

3410.   As a result of the April 19, 2005 Terrorist Attack, and the injuries he suffered, Joel Benjamin Damin has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3411.   Plaintiff Rebecca S. Damin-Moss is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of Joel Benjamin Damin.

3412.   Plaintiff R.E.D., a minor child, represented by her legal guardian Joel Benjamin Damin, is a citizen of the United States and domiciled in the State of North Carolina. She is the daughter of Joel Benjamin Damin.

3413.   As a result of the April 19, 2005 Terrorist Attack, and the injuries suffered by Joel Benjamin Damin, Plaintiffs Rebecca S. Damin-Moss and R.E.D., a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 285. THE APRIL 16, 2005 ATTACK – RAMADI

#### A.    PLAINTIFFS THE TROMAINE K. TOY, SR. FAMILY

3414.    Plaintiff Tromaine K. Toy Sr. was a citizen of the United States and domiciled in the State of Virginia at the time of his death.

3415.    On April 16, 2005, Tromaine K. Toy Sr., age 24, was serving in the U.S. military in Iraq.

3416.    Mr. Toy was conducting combat operations in Ramadi when he was hit by mortars.

3417.    Tromaine K. Toy Sr. was killed in the attack.

3418.    The weapons used to attack and injure Mr. Toy were Iranian manufactured/supplied mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3419.    Plaintiff, Tyrell R. Toy, is a citizen of the United States and domiciled in the State of Virginia. He is the brother of Tromaine K. Toy Sr., Deceased.

3420.    Plaintiff, Tyrell R. Toy, brings an action individually, and on behalf of the Estate of Tromaine K. Toy Sr., and all heirs thereof, as its legal representative.

3421.    As a result of the April 16, 2005 Terrorist Attack, and the injuries suffered by Tromaine K. Toy Sr., Plaintiff Tyrell R. Toy, has severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Tromaine K. Toy Sr.'s society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Tromaine K. Toy Sr.

#### B.    PLAINTIFFS THE ROBERT WILLIAM BRIGGS FAMILY

3422.    Plaintiff Robert William Briggs was a citizen of the United States and was domiciled in the State of Iowa at the time of his death.

3423.   On April 16, 2005, Robert William Briggs, age 42, was serving in the U.S. military in Iraq.

3424.   Mr. Briggs was in a tent at Camp Ramadi when a mortar round struck nearby killing three soldiers, and seriously wounding Mr. Briggs and five others.

3425.   The weapon used to attack and injure Mr. Briggs was an Iranian-manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3426.   As a result of the April 16, 2005 Terrorist Attack, Robert William Briggs, suffered an open head injury, loss of his right eye, ruptured ear drum, injury to his left arm, shrapnel wounds to many parts of his body, and PTSD.

3427.   Robert William Briggs underwent extensive medical treatment at Landstuhl Regional Medical Center, Landstuhl, Germany; Walter Reed National Medical Center, Bethesda, Maryland; Minneapolis VA Health Care System, Minneapolis, Minnesota; and Iowa City VA, Iowa City, Iowa. Mr. Briggs underwent multiple surgeries including cranioplasty surgery, surgery to remove his eye, and surgery to remove shrapnel. Mr. Briggs was a left sided hemiplegic due to his right-sided brain injury.

3428.   Robert William Briggs died on June 28, 2011 from complications related to his attack injuries from this incident.

3429.   Plaintiff, Michelle L. Briggs, is a citizen of the United States and domiciled in the State of Iowa. She is the wife of Robert William Briggs.

3430.   Plaintiff, Michelle L. Briggs, brings an action individually, and on behalf of the Estate of Robert William Briggs, and all heirs thereof, as its legal representative.

3431.   Plaintiff, C.A.B., a minor child, represented by his legal guardian Michelle L.

Briggs, is a citizen of the United States and domiciled in the State of Iowa.  He is the son of Robert William Briggs.

3432.   Plaintiff, Ashlea Gabrielle Tadlock, is a citizen of the United States and domiciled in the State of Iowa. She is the daughter of Robert William Briggs.

3433.   As a result of the April 16, 2005 Terrorist Attack, and the injuries suffered by and the death of Robert William Briggs, Plaintiffs Michelle L. Briggs, C.A.B., a minor child, and Ashlea Gabrielle Tadlock, have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Robert William Briggs's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Robert William Briggs.

## C.    PLAINTIFFS THE RANDY LEE STEVENS FAMILY

3434.   Plaintiff Randy Lee Stevens was a citizen of the United States and was domiciled in the State of Michigan at the time of his death.

3435.   On April 16, 2005, Randy Lee Stevens, age 21, was serving in the U.S. military in Iraq.

3436.   Mr. Stevens was in a tent at Camp Ramadi when a mortar round struck nearby killing Mr. Stevens and two other soldiers, and seriously wounding seven others.

3437.   Randy Lee Stevens was killed in the attack.

3438. The weapon used to attack and injure Mr. Stevens was an Iranian-manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3439.   Plaintiff, David L. Stevens, is a citizen of the United States and domiciled in the State of Michigan. He is the father of Randy Lee Stevens.

3440.   Plaintiff, David L. Stevens, brings an action individually, and on behalf of the

Estate of Randy Lee Stevens, and all heirs thereof, as its legal representative.

3441.   Plaintiff, Connie West, is a citizen of the United States and domiciled in the State of Michigan. She is the sister of Randy Lee Stevens.

3442.   Plaintiff, Gina L. Stevens, is a citizen of the United States and domiciled in the State of Michigan. She is the sister of Randy Lee Stevens.

3443.   Plaintiff, Jacob Maxwell, is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Randy Lee Stevens.

3444.   As a result of the April 16, 2005 Terrorist Attack, and the injuries suffered by and the death of Randy Lee Stevens, Plaintiffs David L. Stevens, Connie West, Gina L. Stevens, and Jacob Maxwell, have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Randy Lee Stevens' society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Randy Lee Stevens.

### D.   PLAINTIFFS THE JOSE MIGUEL JAUREGUI FAMILY

3445.   Plaintiff Jose Miguel Jauregui is a citizen of the United States and domiciled in the State of California.

3446.   On April 16, 2005, Jose Miguel Jauregui, age 19, was serving in the U.S. military in Iraq.

3447.   Mr. Jauregui was standing next to his Paladin tank at Camp Ramadi, when a mortar landed nearby setting the tank, ammunition and fuel on fire, killing three soldiers and seriously wounding seven others.

3448.   The weapon used to attack and injure Mr. Jauregui was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3449.   As a result of the attack, Jose Miguel Jauregui suffered 3rd degree burns to 75% of his body, the loss of his fingers on his left hand, loss of his ears, severe scarring and PTSD.

3450.   Mr. Jauregui received extensive medical treatment at Charlie Medical at Camp Ramadi; Landstuhl Regional Medical Center, Landstuhl, Germany; Brooke Army Medical Center, San Antonio, TX; VA Palo Alto Health Care System, Palo Alto, CA; UCLA Medical Center, Los Angeles, CA; Santa Clara Valley Medical Center, San Jose, CA: and Pine Street Physical & Occupational Therapy, Stockton, CA.

3451.   As a result of the April 16, 2005 Terrorist Attack, and the injuries he suffered, Jose Miguel Jauregui has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3452.   Plaintiff, Griselda Jauregui, is a citizen of the United States and domiciled in the State of California. She is the mother of Jose Miguel Jauregui.

3453.   Plaintiff, Jose Jauregui, is a citizen of the United States and domiciled in the State of California. He is the father of Jose Miguel Jauregui.

3454.   Plaintiff, Josefina Jauregui, is a citizen of the United States and domiciled in the State of Arizona. She is the sister of Jose Miguel Jauregui.

3455.   Plaintiff, Alfredo Jauregui, is a citizen of the United States and domiciled in the State of California. He is the brother of Jose Miguel Jauregui.

3456.   Plaintiff, Lucio Jauregui, is a citizen of the United States and domiciled in the State of California. He is the brother of Jose Miguel Jauregui.

3457.   As a result of the April 16, 2005 Terrorist Attack, and the injuries suffered by Jose Miguel Jauregui, Plaintiffs Griselda Jauregui, Jose Jauregui, Josefina Jauregui, Alfredo

Jauregui, and Lucio Jauregui, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 286. THE APRIL 10, 2005 ATTACK – FALLUJAH

#### A. PLAINTIFF MATTHEW PAUL DALRYMPLE

3458.  Plaintiff, Matthew Paul Dalrymple, is a citizen of the United States and domiciled in the State of Florida.

3459.  On April 10, 2005, Matthew Paul Dalrymple, age 26, was serving in the U.S. military in Iraq.

3460.  Mr. Dalrymple was returning with his unit from a security patrol in Fallujah when the Humvee he was traveling in was struck by an IED.

3461.  The weapon used to attack and injure Mr. Dalrymple was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3462.  As a result of the attack, Matthew Paul Dalrymple sustained injuries to his hand, PTSD and anxiety.

3463.  Matthew Paul Dalrymple received extensive medical treatment including surgery on his hand, as well as psychiatric care for his PTSD and anxiety.

3464.  As a result of the April 10, 2005, Terrorist Attack, and the injuries he suffered, Matthew Paul Dalrymple has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 287.   THE APRIL 10, 2005 ATTACK – FOB FALCON

### A.   PLAINTIFFS THE JOSHUA DIVON TRAVIS FAMILY

3465.   Plaintiff Joshua Divon Travis is a citizen of the United States and domiciled in the State of Texas.

3466.   On April 10, 2005, Joshua Divon Travis, age 21, was serving in the U.S. military in Iraq.

3467.   Mr. Travis' base was attacked by rockets and a VBIED. As Mr. Travis was running for cover, Mr. Joshua Travis injured his ankle, fell, and hit his head, knocking him unconscious.

3468.   The weapon used to attack and injure Mr. Travis were Iranian manufactured/supplied rockets and VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3469.   As a result of the April 10, 2005 Terrorist Attack, Joshua Divon Travis suffered an injury to his ankle and lost consciousness, and his PTSD was exacerbated.

3470.   Mr. Travis received medical treatment at the Blanchfield Army Community Hospital, Sullivan Barracks Army Base, Reynold Army Health Clinic, and Michael E. DeBakey VA Medical Center.

3471.   As a result of the April 10, 2005 Terrorist Attack, and the injuries he suffered, Joshua Divon Travis has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3472.   Plaintiff D.R.G., a minor, represented by his legal guardian Joshua Divon Travis, is a citizen of the United States and domiciled in the State of Texas. He is the son of Joshua Divon Travis.

3473.   Plaintiff J.S.A., a minor, represented by her legal guardian Joshua Divon Travis, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Joshua Divon Travis.

3474.   Plaintiff A.C.J., a minor, represented by her legal guardian Joshua Divon Travis, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Joshua Divon Travis.

3475.   Plaintiff M.D.T., a minor, represented by her legal guardian Joshua Divon Travis, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Joshua Divon Travis.

3476.   As a result of the April 10, 2005 Terrorist Attack and the injuries suffered by Joshua Divon Travis, Plaintiffs D.R.G., a minor child, A.C.J., a minor child, J.S.A., a minor child, and M.D.T., a minor child have incurred past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and economic damages, both past and future, including loss of services.

## 288.   THE APRIL 5, 2005 ATTACK - SOUTHERN BAGHDAD

### A.   PLAINTIFFS THE STEVE NUÑEZ, JR. FAMILY

3477.   Plaintiff Steve Nuñez, Jr. is a citizen of the United States and domiciled in the State of California.

3478.   On April 5, 2005, Steve Nuñez, Jr., age 32, was serving in the U.S. military in Iraq.

3479.   Mr. Nuñez was on patrol with his unit in Southern Baghdad when he was attacked with a VBIED.

3480.   The weapon used to attack and injure Mr. Nuñez was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-

471

trained terror operatives in Iraq.

3481.   As a result of the attack, Steve Nuñez, Jr. sustained two broken toes, a TBI post concussive syndrome, and PTSD.

3482.   Steve Nuñez, Jr. received extensive medical treatment for his foot, his TBI, and psychological treatment for his PTSD.

3483.   As a result of the April 5, 2005, Terrorist Attack, and the injuries he suffered, Steve Nuñez, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3484.   Plaintiff Audrey O'Donnell is a citizen of the United States and domiciled in the State of California. She is the wife of Steve Nuñez, Jr.

3485.   As a result of the April 5, 2005 Terrorist Attack, and the injuries suffered by Steve Nuñez, Jr., Plaintiff Audrey O'Donnell has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 289.   THE APRIL 5, 2005 ATTACK - BAGHDAD

### A.   PLAINTIFFS THE CHRISTOPHER JOHN SHIMA FAMILY

3486.   Plaintiff Christopher John Shima is a citizen of the United States and domiciled in the State of Arizona.

3487.   On April 5, 2005, Christopher John Shima, age 21, was serving in the U.S. military in Iraq.

3488.   Mr. Shima was riding in a Humvee in a convoy near Camp Liberty in Baghdad, Iraq, when a Vehicle-borne Improvised Explosive Device (VBIED) detonated in front of his vehicle.

3489. The weapon used to attack and injure Mr. Shima was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3490. As a result of the April 5, 2005 Terrorist Attack, Christopher John Shima, sustained injuries including an arm injury, TBI, migraines, PTSD, depression, and anxiety.

3491. Mr. Shima was initially treated at the Aid Station at Camp Liberty in Iraq, his treatment continued at the Tripler Army Medical Center. He maintains his treatment through the present at the Phoenix VA Healthcare System.

3492. As a result of the April 5, 2005, Terrorist Attack, and the injuries he suffered, Christopher John Shima has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3493. Plaintiff Christina Louise Shima is a citizen of the United States and is domiciled in the state of Arizona. She is the wife of Christopher John Shima.

3494. Plaintiff A.G.S., a minor child, represented by his legal guardians Christopher John Shima and Christina Louise Shima, is a citizen of the United States and is domiciled in the state of Arizona. He is the son of Christopher John Shima and Christina Louise Shima.

3495. As a result of the April 5, 2005 Terrorist Attack, and the injuries suffered by Christopher John Shima, Plaintiffs, Christina Louise Shima, and A.G.S., a minor child have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

290.   **THE APRIL 2, 2005 ATTACK – ABU GHRAIB**

A.   **PLAINTIFF JASON TODD MORRIS**

3496.   Plaintiff Jason Todd Morris is a citizen of the United States and domiciled in the State of Alabama.

3497.   On April 2, 2005, Jason Todd Morris, age 29, was serving in the U.S. military in Iraq.

3498.   Mr. Morris and his platoon were heading to Camp Anaconda in Balad, Iraq. As they passed Abu Ghraib Prison, a car backed up into their Humvee and detonated a VBIED. The impact of the explosion caused the Humvee to catch fire and become disabled. As Mr. Morris evacuated the vehicle, a van drove towards him and detonated another VBIED a short distance from him.

3499.   The weapon used to attack and injure Mr. Morris was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3500.   As a result of the attack, Jason Todd Morris suffered significant injuries, including broken vertebras C2 through T1, TBI with memory loss, fractures and nerve damage in his left arm, shrapnel in his left wrist, third-degree burns on his left hand, extremely large shrapnel in the left side of his throat, and the left side of his head and face has been numb with no feeling for the past 12 years. Additionally, as a result of the attack, Mr. Morris suffers from PTSD, depression, and insomnia.

3501.   Jason Todd Morris received extensive medical treatment including emergency treatment at army field hospitals in Baghdad and Balad, before being transported to Landstuhl Regional Medical Center in Germany where he underwent neck surgery. He was then transported to Brook Army Medical Center in San Antonio, TX, where he was in a medically induced coma

for 12 days. Since that time, Mr. Morris has undergone approximately 10 surgeries for his injuries.

3502.  As a result of the April 2, 2005 Terrorist Attack, and the injuries he suffered, Jason Todd Morris has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### B.    PLAINTIFFS THE CORTNEY MCCABE ROBINSON FAMILY

3503.  Plaintiff Cortney McCabe Robinson is a citizen of the United States and domiciled in the State of Michigan.

3504.  On April 2, 2005, Cortney McCabe Robinson, age 23, was serving in the U.S. military in Iraq.

3505.  Mr. Robinson was on duty at Abu Ghraib Prison in the Al Anbar Province when it was attacked by insurgents attempting to breach the walls. A mortar detonated about 50 yards from Mr. Robinson who caught shrapnel and was knocked down from the blast.

3506.  The weapon used to attack and injure Mr. Robinson was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3507.  As a result of the attack, Cortney McCabe Robinson suffered shrapnel injuries, PTSD, and depression.

3508.  Cortney McCabe Robinson received medical treatment at the scene of the attack and subsequent treatment for PTSD, anxiety, and depression.

3509.  As a result of the April 2, 2005 Terrorist Attack, and the injuries he suffered, Cortney McCabe Robinson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic

damages, including medical expenses, lost income, and loss of earning capacity.

3510.   Plaintiff Christopher M. Robinson is a citizen of the United States and domiciled in the State of Arizona. He is the brother of Cortney McCabe Robinson.

3511.   Plaintiff Nichole R. Hoskins is a citizen of the United States and domiciled in the State of Missouri. She is the sister of Cortney McCabe Robinson.

3512.   Plaintiff Matthew P. Robinson is a citizen of the United States and domiciled in the State of Michigan. He is the father of Cortney McCabe Robinson.

3513.   As a result of the April 2, 2005 Terrorist Attack, and the injuries suffered by Cortney McCabe Robinson, Plaintiffs Christopher M. Robinson, Nichole R. Hoskins and Matthew P. Robinson have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### C.   PLAINTIFFS THE WILLIAM JOSEPH PUOPOLO FAMILY

3514.   Plaintiff William Joseph Puopolo is a citizen of the United States and domiciled in the State of Florida.

3515.   On April 2, 2005, William Joseph Puopolo, age 28, was serving in the U.S. military in Iraq.

3516.   William Joseph Puopolo was in Abu Ghraib with his unit when they were attacked by VBIEDs, mortars, grenades and small arms fire.

3517.   The weapons used to attack and injure Mr. Puopolo were Iranian manufactured/supplied VBIEDs, mortars, grenades and small arms fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3518.   As a result of the attack, Mr. Puopolo suffered significant injuries including TBI, depressive disorder, tinnitus, PTSD and anxiety.

3519.  Mr. Puopolo received extensive medical treatment for his TBI, and tinnitus, psychological treatment for his PTSD, depressive disorder and anxiety for this attack.

3520.  As a result of the April 2, 2005 Terrorist Attack, and the injuries he suffered, William Joseph Puopolo has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3521.  Plaintiff Stephanie Marie Puopolo is a citizen of the United States and domiciled in the State of Florida. She is the wife of William Joseph Puopolo.

3522.  As a result of the April 2, 2005 Terrorist Attack, and the injuries suffered by William Joseph Puopolo, Plaintiff Stephanie Marie Puopolo has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### D.  PLAINTIFFS THE LEONDRAE DEMORRIS RICE FAMILY

3523.  Leondrae Demorris Rice is a citizen of the United States and domiciled in the State of Mississippi.

3524.  On April 2, 2005, Leondrae Demorris Rice, age 25, was serving in the U.S. military in Iraq.

3525.  Mr. Rice was the gunner in a Humvee which was the lead vehicle in a convoy headed toward Camp Victory. The convoy came under attack, with several shots fired at it. A suicide bomber driving a vehicle-borne IED suddenly reversed gears, and backed into Mr. Rice's Humvee. The vehicle-borne IED exploded, causing Mr. Rice to suffer catastrophic injuries. Al-Qaeda in Iraq claimed responsibility for the attack.

3526.  The weapon used to attack and injure Mr. Rice was an Iranian manufactured and supplied vehicle borne IED provided by Iran and/or its agents to Iranian-funded and Iranian-

trained terror operatives in Iraq.

3527.   As a result of the attack, Leondrae Demorris Rice suffered total blindness, a skull fracture, loss of bones in his left hand, loss of the radius bone on his right arm, third degree burns to his head and arms, and shrapnel wounds throughout his body. He also suffered, and continues to suffer from PTSD.

3528.   Leondrae Demorris Rice received extensive medical treatment for his condition. He was medically evacuated to Germany where his condition was stabilized, and then transported to Brook Army Medical Center in San Antonio, Texas where he received extensive medical care and physical therapy for the next year. He had numerous surgeries, blood transfusions, skin grafts, and was placed in a medically induced coma due to the extreme pain of these procedures. He had extensive physical therapy and had to learn to walk again. Mr. Rice continues to receive treatment at the Columbus Clinic.

3529.   Plaintiff Brandon Leondrae Rice is a citizen of the United States and domiciled in the State of Texas. He is the son of Leondrae Demorris Rice.

3530.   Plaintiff Pamela Rice Harris is a citizen of the United States and domiciled in the State of Mississippi. She is the sister of Leondrae Demorris Rice.

3531.   Plaintiff Joseph Tyrell Ervin is a citizen of the United States and domiciled in the State of Mississippi. He is the brother of Leondrae Demorris Rice.

3532.   Plaintiff Willie James Rice is a citizen of the United States and domiciled in the State of Mississippi. He is the father of Leondrae Demorris Rice.

3533.   Plaintiff Gloria Ervin Williams is a citizen of the United States and domiciled in the State of Mississippi. She is the mother of Leondrae Demorris Rice.

3534.   Plaintiff Diamond Leshae Marie Rice is a citizen of the United States and

domiciled in the State of Mississippi. She is the sister of Leondrae Demorris Rice.

3535. As a result of the April 2, 2005 Terrorist Attack, and the injuries suffered by Leondrae Demorris Rice, Plaintiffs Brandon Leondrae Rice, Pamela Rice Harris, Joseph Tyrell Ervin, Willie James Rice, Gloria Ervin Williams, and Diamond Leshae Marie Rice have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 291. THE MARCH 28, 2005 ATTACK – SAMARRA

#### A. PLAINTIFFS THE MICHAEL EVERETTE GREEN FAMILY

3536. Plaintiff Michael Everette Green is a citizen of the United States and domiciled in the State of California.

3537. On March 28, 2005, Michael Everette Green, age 21, was serving in the U.S. military in Iraq.

3538. Mr. Green was on patrol with his unit on MSR Tampa, near Samarra when his unit was attacked by an IED.

3539. The weapon used to attack and injure Mr. Green was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3540. As a result of the attack, Michael Everette Green suffered the amputation of his right arm and a deep soft tissue wound in his right thigh.

3541. Michael Everette Green received extensive medical treatment including the amputation of his right arm, a closed wound and revision to his right arm, and he required a skin graft to his right leg.

3542. As a result of the March 28, 2005 Terrorist Attack, and the injuries he

suffered, Michael Everette Green has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3543.   Plaintiff Melanie Green is a citizen of the United States and domiciled in the State of California. She is the mother of Michael Everette Green.

3544.   Plaintiff Steven Green is a citizen of the United States and domiciled in the State of California. He is the brother of Michael Everette Green.

3545.   As a result of the March 28, 2005 Terrorist Attack, and the injuries suffered by Michael Everette Green, Plaintiffs Melanie Green and Steven Green have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 292.   THE MARCH 18, 2005 ATTACK – SADR CITY

#### A.   PLAINTIFFS THE DERRICK DEANDRE HEMPHILL FAMILY

3546.   Plaintiff Derrick Deandre Hemphill is a citizen of the United States and domiciled in the State of Mississippi.

3547.   On March 18, 2005, Derrick Deandre Hemphill, age 21, was serving in the U.S. military in Iraq.

3548.   Mr. Hemphill was on a mounted patrol when he was attacked by a sniper. The sniper shot and killed a soldier next to him.

3549.   The weapon used to attack and injure Mr. Hemphill was an Iranian manufactured/supplied Sniper Rifle provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3550.   As a result of the attack, Derrick Deandre Hemphill suffers from PTSD.

3551.   Derrick Deandre Hemphill received extensive medical treatment at Greenville VA Clinic, Greenville, MS; and Trauma Recovery Program, Jackson, MS.

3552.   As a result of the March 18, 2005 Terrorist Attack, and the injuries he suffered, Derrick Deandre Hemphill has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3553.   Plaintiff, Marilyn Marie Hemphill, is a citizen of the United States and domiciled in the State of Mississippi. She is the mother of Derrick Deandre Hemphill.

3554.   Plaintiff, J.R.H., a minor child, represented by her legal guardian Derrick Deandre Hemphill, is a citizen of the United States and domiciled in the State of Mississippi.  She is the daughter of Derrick Deandre Hemphill.

3555.   Plaintiff, Lester Latron Westbrooks, is a citizen of the United States and domiciled in the State of Tennessee. He is the brother of Derrick Deandre Hemphill.

3556.   Plaintiff, Marlon Marquet Washington, is a citizen of the United States and domiciled in the State of Mississippi. He is the brother of Derrick Deandre Hemphill.

3557.   Plaintiff, Lukeisha Diming, is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Derrick Deandre Hemphill.

3558.   Plaintiff, Marlo Laundrea Lewis, is a citizen of the United States and domiciled in the State of Mississippi. He is the brother of Derrick Deandre Hemphill.

3559.   As a result of the March 18, 2005 Terrorist Attack, and the injuries suffered by Derrick Deandre Hemphill, Plaintiffs, Marilyn Marie Hemphill, J.R.H., a minor child,

Lester Latron Westbrooks, Marlon Marquet Washington, Lukeisha Diming, and Marlo Laundrea Lewis have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 293.   THE MARCH 12, 2005 ATTACK – BAGHDAD

### A.   PLAINTIFFS THE BRUCE TERRENCE DURR FAMILY

3560.   Decedent Bruce Terrence Durr was a citizen of the United States and domiciled in the State of North Carolina at the time of his death.

3561.   On March 12, 2005, Bruce Terrence Durr, age 40, was serving as a private security contractor in Iraq

3562.   On March 12, 2005, Mr. Durr was the passenger in the lead vehicle of a convoy in Baghdad, Iraq when his vehicle hit an IED.

3563.   As a result of the attack, Bruce Terrence Durr was killed.

3564.   The weapon used to attack and kill Mr. Durr was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3565.   Plaintiff Laura Nanitra Weathersby, brings an action individually, and on behalf of the Estate of Bruce Terrence Durr, and all heirs thereof, as its legal representative.

3566.   Plaintiff Laura Nanitra Weathersby is a citizen of the United States and domiciled in the State of Mississippi. She is the sister of Bruce Terrence Durr.

3567.   Plaintiff Walter Ray Smith, Jr. is a citizen of the United States and domiciled in the State of Mississippi. He is the step-brother of Bruce Terrence Durr.

3568.   Plaintiff Walter Ray Smith, Sr. is a citizen of the United States and domiciled in the State of Mississippi. He is the step-father of Bruce Terrence Durr.

3569.   Plaintiff Dawn Monesica Traxler is a citizen of the United States and domiciled in the State of Mississippi. She is the sister of Bruce Terrence Durr.

3570.   Plaintiff Peggie Anne Jones is a citizen of the United States and domiciled in the State of Mississippi. She is the step-sister of Bruce Terrence Durr.

3571.   As a result of the March 12, 2005 Terrorist Attack, and the injuries suffered by and the death of Bruce Terrence Durr, Plaintiffs Walter Ray Smith, Jr., Walter Ray Smith, Sr., Laura Nanitra Weathersby, Dawn Monesica Traxler, and Peggie Anne Jones, and all the heirs of Bruce Terrence Durr, have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Bruce Terrence Durr's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income and net accumulation of the Estate of Bruce Terrence Durr.

### 294.   THE MARCH 7, 2005 ATTACK – RAMADI

#### A.   PLAINTIFFS THE BRIAN DALE CURRIER FAMILY

3572.   Plaintiff Brian Dale Currier is a citizen of the United States and domiciled in the State of Michigan.

3573.   On March 7, 2005, Brian Dale Currier, age 26, was serving in the U.S. military in Iraq.

3574.   Mr. Currier was on patrol with his unit outside of COP Ramadi on Route Michigan when he was injured by a VBIED attack.

3575.   The weapon used to attack and injure Mr. Currier was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3576.   As a result of the attack, Brian Dale Currier suffered injuries that include, but are not limited to, multiple facial fractures, a broken jaw and teeth, open fractures of the

right leg and elbow and PTSD.

3577. Brian Dale Currier received extensive medical treatment, including past and ongoing care for these injuries, at Landstuhl Medical Center, Walter Reed Military Medical Center and other Veterans Medical Centers, military hospitals and private medical providers.

3578. As a result of the March 7, 2005 Terrorist Attack, and the injuries he suffered, Brian Dale Currier has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3579. Plaintiff Joanne Currier is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Brian Dale Currier.

3580. As a result of the March 7, 2005 Terrorist Attack, and the injuries suffered by Brian Dale Currier, Plaintiff Joanne Currier has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 295. THE FEBRUARY 28, 2005 ATTACK – FALLUJAH

#### A. PLAINTIFFS THE JOSHUA MICHAEL KRUEGER FAMILY

3581. Plaintiff Joshua Michael Krueger is a citizen of the United States and domiciled in the State of Wisconsin.

3582. On February 28, 2005, Joshua Michael Krueger, age 26, was serving in the U.S. military in Iraq.

3583. Mr. Krueger was leaving Camp Fallujah and heading to Baghdad International Airport with his platoon to pick up dignitaries when his vehicle was struck by an IED.

3584. The weapon used to attack and injure Mr. Krueger was an Iranian

manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3585.   As a result of the attack, Joshua Michael Krueger suffered arterial wounds to his neck, severe injuries to his left eye necessitating its removal, severe nerve and artery damage to his left wrist and hand, skin grafts to his left hand, scarring to his face and neck, TBI, PTSD, and anxiety.

3586.   Joshua Michael Krueger received extensive medical treatment at Charlie Surgical at Camp Fallujah, at a hospital in Balad, at Landstuhl Regional Medical Center in Germany, and at Walter Reed National Military Medical Center in Bethesda, Maryland.

3587.   As a result of the February 28, 2005 Terrorist Attack, and the injuries he suffered, Joshua Michael Krueger has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3588.   Plaintiff Jill Katherine Krueger is a citizen of the United States and domiciled in the State of Wisconsin. She is the wife of Joshua Michael Krueger.

3589.   Plaintiff Karen Jean Krueger is a citizen of the United States and domiciled in the State of Wisconsin. She is the mother of Joshua Michael Krueger.

3590.   Plaintiff Michael Wayne Krueger is a citizen of the United States and domiciled in the State of Wisconsin. He is the father of Joshua Michael Krueger.

3591.   As a result of the February 28, 2005 Terrorist Attack, and the injuries suffered by Joshua Michael Krueger, Plaintiffs Jill Katherine Krueger, Karen Jean Krueger, and Michael Wayne Krueger have past and future noneconomic damages, including severe

mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 296.   THE FEBRUARY 28, 2005 ATTACK – BAGHDAD

#### A.   PLAINTIFFS THE STEPHEN JOHN DESROSIER FAMILY

3592.   Plaintiff Stephen John Desrosier is a citizen of the United States and domiciled in the State of Florida.

3593.   On February 28, 2005, Stephen John Desrosier, age 39, was serving in the U.S. military in Iraq.

3594.   Mr. Desrosier was traveling in a Humvee on Tampa Road in route to Camp Echo near Baghdad, Iraq when an IED detonated underneath the vehicle in front of him, after which he provided security for the area.

3595.   The weapon used to attack and injure Stephen John Desrosier was Iranian-manufactured/supplied IED provided by Iran and/or one of its Agents or Proxies to Iranian-funded and Iranian-trained terror operatives in Iraq.

3596.   As a result of the June 2005 Terrorist Attack, Stephen John Desrosier suffers from PTSD.

3597.   Mr. Desrosier received medical treatment at Camp Pendleton.

3598.   As a result of the February 28, 2005 Terrorist Attack, and the injuries he suffered, Stephen John Desrosier has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3599.   Plaintiff Regina Lynn Desrosier is a citizen of the United States and is domiciled in the state of Florida. She is the wife of Mr. Stephen John Desrosier.

3600.   Plaintiff Stephen John Desrosier, II is a citizen of the United States and

domiciled in the state of Florida. He is the son of Mr. Stephen John Desrosier.

3601.   As a result of the February 28, 2005 Terrorist Attack, and the injuries suffered by Stephen John Desrosier, Plaintiffs Regina Lynn Desrosier and Stephen John Desrosier, II, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 297.   THE FEBRUARY 26, 2005 ATTACK - NIPPUR

#### A.   PLAINTIFFS THE TOLIVER EUGENE NOEY FAMILY

3602.   Plaintiff Toliver Eugene Noey is a citizen of the United States and domiciled in the State of Texas.

3603.   On February 26, 2005, Toliver Eugene Noey, age 27, was serving in the U.S. military in Iraq.

3604.   Mr. Noey was on a mounted patrol in the lead gun truck in Nippur when his squad was ambushed by insurgents who engaged in a lengthy small arms firefight that included tracer fire aimed directly at him.

3605.   The weapons used to attack and injure Mr. Noey were Iranian manufactured/supplied small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3606.   As a result of the attack, Toliver Eugene Noey suffers from tinnitus and PTSD.

3607.   Toliver Eugene Noey received extensive mental health medical treatment after returning from Iraq at the North Texas VA.

3608.   As a result of the February 26, 2005 Terrorist Attack, and the injuries he suffered, Toliver Eugene Noey has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future

economic damages, including medical expenses, lost income, and loss of earning capacity.

3609.   Plaintiff T.G.N., a minor child, represented by his legal guardian Toliver Eugene Noey, is a citizen of the United States and domiciled in the State of Texas. He is the son of Toliver Eugene Noey.

3610.   As a result of the February 26, 2005 Terrorist Attack, and the injuries suffered by Toliver Eugene Noey, Plaintiff's son, T.G.N., a minor child, has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 298.   THE FEBRUARY 23, 2005 ATTACK – BAQUBAH

### A.   PLAINTIFFS THE EDWARD JAMES TERRY SR. FAMILY

3611.   Plaintiff, Edward James Terry Sr. is a citizen of the United States and domiciled in the State of Alabama.

3612.   On February 23, 2005, Edward James Terry Sr., age 30, was serving in the U.S. military in Iraq.

3613.   Edward James Terry Sr. was outside the JCC Outpost at the Diyala Police Station when an IED exploded near him. Following the IED explosion an unknown vehicle approached Mr. Terry and fired on him with a machine gun.

3614.   The weapons used to attack and injure Mr. Terry were Iranian manufactured/supplied IED and Small Arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3615.   As a result of the attack, Edward James Terry Sr. suffers from PTSD.

3616.   Edward James Terry Sr. was provided medical treatment at Landstuhl Regional Medical Center, Landstuhl, Germany; Womack Army Medical Center, Fort Bragg, North

Carolina; Martin Army Hospital, Fort Benning, Georgia; Tuskegee Veterans Administration Medical Center, Tuskegee, Alabama; and David Mieles, M.D., LLC, Columbus, Georgia.

3617.   As a result of the February 23, 2005 Terrorist Attack, and the injuries he suffered, Edward James Terry Sr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3618.   Plaintiff Dymphia M. Terry is a citizen of the United States and domiciled in the State of Alabama. She is the wife of Edward James Terry Sr.

3619.   Plaintiff Edward James Terry Jr. is a citizen of the United States and domiciled in the State of Alabama. He is the son of Edward James Terry Sr.

3620.   Plaintiff Glenndon Milton Terry is a citizen of the United States and domiciled in the State of Alabama. He is the son of Edward James Terry Sr.

3621.   As a result of the February 23, 2005 Terrorist Attack, and the injuries suffered by Edward James Terry Sr., Plaintiffs Dymphia M. Terry, Edward James Terry Jr., and Glenndon Milton Terry have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 299.   THE FEBRUARY 21, 2005 ATTACK – RAMADI

#### A.   PLAINTIFFS THE MERLIN GERMAN FAMILY

3622.   Plaintiff Merlin German was a citizen of the United States and was domiciled in the State of Texas at the time of his death.

3623.   On February 21, 2005, Merlin German, age 19, was serving in the U.S. military in Iraq.

3624.   Mr. German was on a reconnaissance mission in the Al Anbar province near

Ramadi when an IED exploded under his Humvee causing extensive burns to his entire body.

3625.  Mr. German died on April 11, 2008 from complications of his injuries.

3626.  The weapon used to attack and injure Mr. German was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3627.  As a result of the attack, Mr. German, sustained burns over 97% of his body including loss of his fingers and portions of both hands.

3628.  Merlin German received extensive medical treatment at Landstuhl Regional Medical Center in Landstuhl, Germany; and Brooke Amy Medical Center in San Antonio, Texas where he remained for more than seventeen months undergoing hundreds of surgeries. Mr. German continued to receive treatment for his extensive injuries and burns until his death.

3629.  Norma Guerra brings an action on behalf of the Estate of Merlin German, and all heirs thereof, as its legal representative.

3630.  Plaintiff, Ariel German, is a citizen of the United States and domiciled in the State of Florida. He is the brother of Merlin German.

3631.  Plaintiff, Lourdes German, is a citizen of the United States and domiciled in the State of Florida. She is the mother of Merlin German.

3632.  As a result of the February 21, 2005 Terrorist Attack, and the injuries suffered by and the death of Merlin German, Plaintiffs Ariel German and Lourdes German, have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Merlin German's society, services, companionship, comfort, protection,

instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Merlin German.

### 300.   THE FEBRUARY 21, 2005 ATTACK – SAMARRA

#### A.   PLAINTIFF EDDIE MICHAEL ABBEY

3633.   Plaintiff Eddie Michael Abbey is a citizen of the United States and domiciled in the State of North Carolina.

3634.   On February 21, 2005, Eddie Michael Abbey, age 52, was serving in the U.S. military in Iraq.

3635.   On the morning of February 21, 2005, Mr. Abbey was in the gunner position in a Humvee proceeding in a convoy near Highway 1 just outside of Samarra, Iraq when multiple IEDs detonated, striking the vehicles.

3636.   The weapon used to attack and injure Mr. Abbey was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3637.   As a result of the February 21, 2005 Terrorist Attack, Mr. Abbey sustained shrapnel injuries to his head.

3638.   Eddie Michael Abbey received medical treatment at FOB Speicher and through the VA Palo Alto Healthcare System.

3639.   As a result of the February 21, 2005 Terrorist Attack, and the injuries he suffered, Eddie Michael Abbey has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 301.   THE FEBRUARY 19, 2005 ATTACK –BAGHDAD

#### A.   PLAINTIFF JOSHUA DALE COY

3640.   Plaintiff Joshua Dale Coy is a citizen of the United States and domiciled in the State of Tennessee.

3641.   On February 19, 2005, Joshua Dale Coy, age 22, was serving in the U.S. military in Iraq.

3642.   Mr. Coy was on patrol with his unit assisting in an attack zone in the Kadhimiyah District of Baghdad, when he was struck by shrapnel from a nearby detonated IED/Suicide Bomber.

3643.   The weapon used to attack and injure Mr. Coy was an Iranian manufactured/supplied IED attached to a Suicide Bomber provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3644.   As a result of the attack, Joshua Dale Coy suffered injuries that include, but are not limited to, a TBI, shrapnel wounds to his right arm and left leg, a fractured wrist, nerve damage to his right arm, tinnitus and PTSD.

3645.   Joshua Dale Coy received extensive medical treatment, including past and ongoing care for these injuries, at various military base hospitals, Veterans Medical Centers and private medical providers.

3646.   As a result of the February 19, 2005 Terrorist Attack, and the injuries he suffered, Joshua Dale Coy has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

#### B.   PLAINTIFFS THE ADAM MICHAEL MALSON FAMILY

3647.   Plaintiff Adam Michael Malson was a citizen of the United States and was

domiciled in the State of Michigan at the time of his death.

3648.   On February 19, 2005, Adam Michael Malson, age 23, was serving in the U.S. military in Iraq.

3649.   Mr. Malson was on patrol in Kadhimiya, a northern neighborhood of Baghdad, and while stopped to assist an injured Iraqi woman, a suicide bomber walked up behind him and detonated explosives.

3650.   Mr. Malson was killed in the attack.

3651.   The weapon used to attack and injure Mr. Malson was an Iranian-manufactured/supplied suicide bomb provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3652.   Plaintiff, Ben W. Malson, Jr., is a citizen of the United States and domiciled in the State of Michigan. He is the father of Adam Michael Malson.

3653.   Plaintiff, Ben W. Malson, Jr., brings an action individually, and on behalf of the Estate of Adam Michael Malson, and all heirs thereof, as his legal representative.

3654.   Plaintiff, Debra Lynn Malson, is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Adam Michael Malson.

3655.   Plaintiff, David Phillip Malson, is a citizen of the United States and domiciled in the State of Connecticut. He is the brother of Adam Michael Malson.

3656.   Plaintiff, Amy Malson Fly, is a citizen of the United States and domiciled in the State of Michigan. She is the sister of Adam Michael Malson.

3657.   As a result of the February 19, 2005 Terrorist Attack, and the injuries suffered by and the death of Adam Michael Malson, Plaintiffs Ben W. Malson, Jr., Debra Lynn Malson, David Phillip Malson, and Amy Malson Fly have severe mental anguish, extreme emotional pain

and suffering, medical expenses, funeral expenses, loss of Adam Michael Malson's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Adam Michael Malson.

**302.   THE FEBRUARY 12, 2005 ATTACK – MOSUL**

      **A.   PLAINTIFF JASON BARRETT CARNEY**

3658.   Plaintiff Jason Barrett Carney is a citizen of the United States and domiciled in the State of Washington.

3659.   On February 12, 2005, Jason Barrett Carney, age 21, was serving in the U.S. military in Iraq.

3660.   Mr. Carney was serving as the gunner in an M1A1 Abrams tank when his unit was responding to an ambush on another unit when they too were ambushed by RPGs, mortars, rockets, small arms, and snipers. After a prolonged firefight, an RPG hit the back half of the tank, pierced the armor protecting the engine, and caused the tank to be set on fire.

3661.   The weapons used to attack and injure Mr. Carney were Iranian manufactured/supplied RPGs, mortars, rockets, small arms, and sniper rifles provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3662.   As a result of the attack, Jason Barrett Carney suffered a TBI, ruptured left ear drum, dislocated left knee, lower spine injury, and PTSD.

3663.   Jason Barrett Carney received extensive medical treatment consisting initially of repairing his knee, followed by physical therapy and medication for his back injury, TBI monitoring, and counseling and medication for his PTSD, all of which continue to the present.

3664.   As a result of the February 12, 2005 Terrorist Attack, and the injuries he

suffered, Jason Barrett Carney has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 303.   THE JANUARY 28, 2005 ATTACK – BAGHDAD

#### A.   PLAINTIFF BRIAN LEE RUDOLPH

3665.   Plaintiff Brian Lee Rudolph is a citizen of the United States and domiciled in the State of Texas.

3666.   On January 28, 2005, Brian Lee Rudolph age 30, was serving in the U.S. military in Iraq.

3667.   Mr. Rudolph's convoy was struck by an IED while on patrol traveling near the power plant in Baghdad. Mr. Rudolph attempted rescue efforts on his wounded Squad Leader, but he was unable to save him.

3668.   The weapon used to attack and injure Mr. Rudolph was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3669.   As a result of the attack, Brian Lee Rudolph suffers from TBI and PTSD.

3670.   Brian Lee Rudolph received extensive medical treatment at Fort Hood VA Facility, Fort Hood, Texas; Fort Irwin VA Medical Center, Fort Irwin, California; Fort Carson VA Medical Center, Fort Carson, Colorado; and Conroe VA Medical Center, Conroe, Texas.

3671.   As a result of the January 28, 2005 Terrorist Attack, and the injuries he suffered, Brian Lee Rudolph has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damage, including medical expenses, lost income, and loss of earning capacity.

### 304.   THE JANUARY 26, 2005 ATTACK – HADITHA

### A.   PLAINTIFFS THE JONATHAN WILLIAMS BOWLING FAMILY

3672.   Plaintiff Jonathan Williams Bowling was a citizen of the United States and was domiciled in the State of Virginia at the time of his death.

3673.   On January 26, 2005, Jonathan Williams Bowling, age 23, was serving in the U.S. military in Iraq.

3674.   Mr. Bowling was conducting operations in Haditha when his convoy was ambushed with an IED, RPGs and small arms fire. Mr. Bowling was hit with RPGs in the attack.

3675.   Jonathan Williams Bowling was killed in the attack.

3676.   The weapons used to attack and injure Mr. Bowling were Iranian manufactured/supplied IEDs, RPGs, and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3677.   Plaintiff Darrell Connor Bowling brings an action individually, and on behalf of the Estate of Jonathan Williams Bowling and all heirs thereof, as its legal co-representative.

3678.   Plaintiff Robin Bowling Feron brings an action individually, and on behalf of the Estate of Jonathan Williams Bowling and all heirs thereof, as its legal co-representative.

3679.   Plaintiff Ashley Bowling Nogueira is a citizen of the United States and domiciled in the State of Virginia. She is the sister of Jonathan Williams Bowling.

3680.   Plaintiff Brooke Elizabeth Wexler is a citizen of the United States and domiciled in the State of Virginia. She is the sister of Jonathan Williams Bowling.

3681.   As a result of the January 26, 2005 Terrorist Attack, and the injuries suffered by and the death of Jonathan Williams Bowling, Plaintiffs Darrell Connor Bowling, Robin Bowling Feron, Ashley Bowling Nogueira, Brooke Elizabeth Wexler, and all the heirs of Jonathan

Williams Bowling, have severe mental anguish, extreme emotional pain and suffering, medical expenses, loss of Jonathan Williams Bowling's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Jonathan Williams Bowling.

### B.    PLAINTIFF ANDREW HOWARD ROTHMAN

3682.   Plaintiff Andrew Howard Rothman is a citizen of the United States and domiciled in the State of Florida.

3683.   On January 26, 2005, Andrew Howard Rothman, age 20, was serving in the U.S. military in Iraq.

3684.   Mr. Rothman was on patrol in Haditha, Iraq, when he was attacked with IEDs, RPGs, and small arms. Mr. Rothman was hit with an RPG, which detonated near his position. After being hit with the RPG, the firefight lasted another 15-20 minutes.

3685.   The weapons used to attack and injure Mr. Rothman were Iranian manufactured/supplied IEDs, RPG, and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3686.   As a result of the January 26, 2005, Terrorist Attack, Andrew Howard Rothman sustained significant injuries including a concussive blast injury, shrapnel injuries, herniated discs, PTSD, anxiety, hyper alertness, and depression.

3687.   Andrew Howard Rothman was initially treated at the Camp Gannon Aid Station in Iraq.  He received further treatment at the Navy Hospital in Twentynine Palms, California.

3688.   As a result of the January 26, 2005, Terrorist Attack, and the injuries he suffered, Andrew Howard Rothman has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 305. THE JANUARY 24, 2005 ATTACK – HAQLANIYAH

#### A. PLAINTIFF JUAN MARTINEZ RUBIO

3689.   Plaintiff Juan Martinez Rubio is a citizen of the United States and domiciled in the State of Texas.

3690.   On January 24, 2005, Juan Martinez Rubio, age 29, was serving in the U.S. military in Iraq.

3691.   Mr. Rubio was on patrol with his unit in Haqlaniyah when his vehicle was struck by an RPG and small arms fire.

3692.   The weapon used to attack and injure Mr. Rubio was an Iranian manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3693.   As a result of the attack, Juan Martinez Rubio suffered injuries that include, but are not limited to, shrapnel wounds to the legs and hips, tinnitus, a knee and back injury, a TBI and PTSD.

3694.   Juan Martinez Rubio received extensive medical treatment, including past and ongoing care for these injuries, at Al Asad Air Base, Camp Lejeune and other Veterans Medical Centers and health care providers.

3695.   As a result of the January 24, 2005 Terrorist Attack, and the injuries he suffered, Juan Martinez Rubio has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 306. THE JANUARY 13, 2005 ATTACK – MOSUL

#### A. PLAINTIFF RICHARD ALAN CRAWFORD

3696.   Plaintiff Richard Alan Crawford is a citizen of the United States and domiciled

in the State of Ohio.

3697.  On January 13, 2005, Richard Alan Crawford, age 25, was serving in the U.S. military in Iraq.

3698.  Mr. Crawford was on patrol with his unit in Mosul when a rocket struck his vehicle, engulfing it in flames.

3699.  The weapon used to attack and injure Mr. Crawford was an Iranian manufactured/supplied rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3700.  As a result of the attack, Richard Alan Crawford suffered a traumatic brain injury, shrapnel injuries to his right arm, superficial burns, and PTSD.

3701.  Richard Alan Crawford received extensive medical treatment at a hospital in Mosul and at Veterans Affairs Medical Center in Portland, Oregon.

3702.  As a result of the January 13, 2005 Terrorist Attack, and the injuries he suffered, Richard Alan Crawford has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### B.  PLAINTIFFS THE MATTHEW PAUL SCHAFFER FAMILY

3703.  Plaintiff Matthew Paul Schaffer is a citizen of the United States and domiciled in the State of Iowa.

3704.  On January 13, 2005, Matthew Paul Schaffer, age 29, was serving in the U.S. military in Iraq.

3705.  Mr. Schaffer was on patrol on Route Ford in Mosul when his platoon came under attack by a rocket and small arms fire and his vehicle was struck by an IED.

3706.  The weapons used to attack and injure Mr. Schaffer were an Iranian

manufactured/supplied IED, a rocket, and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3707. As a result of the attack, Matthew Paul Schaffer suffered a gunshot wound to his left arm, a concussion, a broken right wrist, shrapnel wounds, neuropathy, hearing loss, PTSD, anxiety, sleep apnea, and recurring migraines.

3708. Matthew Paul Schaffer received extensive medical treatment at a Combat Army Surgical Hospital in FOB Diamondback, at Des Moines VA Hospital in Iowa, and at Des Moines Vet Center in Iowa.

3709. As a result of the January 13, 2005 Terrorist Attack, and the injuries he suffered, Matthew Paul Schaffer has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3710. Plaintiff Lucia A. Schaffer is a citizen of the United States and domiciled in the State of Iowa. She is the mother of Matthew Paul Schaffer.

3711. Plaintiff Amy Jo Finnegan is a citizen of the United States and domiciled in the State of Iowa. She is the sister of Matthew Paul Schaffer.

3712. As a result of the January 13, 2005 Terrorist Attack, and the injuries suffered by Matthew Paul Schaffer, Plaintiffs Lucia A. Schaffer and Amy Jo Finnegan have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 307.   THE JANUARY 13, 2005 ATTACK – KIRKUK

#### A.   PLAINTIFF CHARLES LOY JORDAN, JR.

3713. Plaintiff Charles Loy Jordan, Jr. is a citizen of the United States and

domiciled in the State of Oregon.

3714.  On January 13, 2005, Charles Loy Jordan, Jr., age 31, was serving in the U.S. military in Iraq.

3715.  Mr. Jordan was driving a Humvee, returning from patrol on the West side of Kirkuk, when an IED buried under the road exploded underneath Mr. Jordan's Humvee causing Mr. Jordan to sustain serious injuries.

3716.  The weapon used to attack and injure Mr. Jordan was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3717.  As a result of the attack, Charles Loy Jordan, Jr. suffered a TBI and an injury to his neck, back, left shoulder, hips, and has PTSD.

3718.  Charles Loy Jordan, Jr. received extensive medical treatment at FOB Warrior, Kirkuk, Iraq; Fairchild Air Force Base, 92nd Medical Group, Fairchild AFB, Washington; Madigan Army Medical Center, Tacoma, Washington; and Jonathan M. Wainwright Memorial VA Medical Center, Walla Walla, Washington.

3719.  As a result of the January 13, 2005 Terrorist Attack, and the injuries he suffered, Charles Loy Jordan, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 308.   THE JANUARY 13, 2005 ATTACK – DUJAIL

### A.   PLAINTIFFS THE DAVID LEE SELLS FAMILY

3720.  Plaintiff David Lee Sells is a citizen of the United States and domiciled in the State of Tennessee.

3721.  On January 13, 2005, David Lee Sells, age 32, was serving in the U.S. military in

501

Iraq.

3722.   Mr. Sells was driving a Humvee near Dujail. He stopped his vehicle approximately 20 feet from a suspicious sign. The sign exploded and shrapnel hit the vehicle.

3723.   The weapon used to attack and injure Mr. Sells was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3724.   As a result of the attack, David Lee Sells suffered PTSD, depression, and anxiety.

3725.   David Lee Sells received extensive medical treatment; he has received counseling and medication to treat his PTSD, anxiety, and depression.

3726.   As a result of the January 13, 2005 Terrorist Attack, and the injuries he suffered, David Lee Sells has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3727.   Plaintiff Misty Lynn Sells is a citizen of the United States and domiciled in the State of Tennessee. She is the wife of David Lee Sells.

3728.   Plaintiff Matthew Kane Sells is a citizen of the United States and domiciled in the State of Tennessee. He is the son of David Lee Sells.

3729.   Plaintiff Brett Laci Sells is a citizen of the United States and domiciled in the State of Tennessee. She is the daughter of David Lee Sells.

3730.   As a result of the January 13, 2005 Terrorist Attack, and the injuries suffered by David Lee Sells, Plaintiffs Misty Lynn Sells, Matthew Kane Sells, and Brett Laci Sells have incurred past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic

damages, including loss of services.

**309.   THE JANUARY 11, 2005 ATTACK – TIKRIT**

      **A.       PLAINTIFF BRIAN MICHAEL GLIBA**

3731.   Plaintiff Brian Michael Gliba is a citizen of the United States and domiciled in the State of Colorado.

3732.   On January 11, 2005, Brian Michael Gliba, age 30, was serving in the U.S. military in Iraq.

3733.   Mr. Gliba was in a convoy on the outskirts of Tikrit. When the Humvee stopped, he exited, took a few steps and there was an explosion. The blast knocked him back into the Humvee.

3734.   The weapon used to attack and injure Mr. Gliba was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3735.   As a result of the attack, Brian Michael Gliba suffered neck, back, spinal cord, non-functioning pituitary gland, and shoulder injuries, TBI, hearing loss, infertility, PTSD, and depression.

3736.   Brian Michael Gliba received extensive medical treatment including several surgeries, radiofrequency ablation, as well as on-going therapy and medication for PTSD and pain management.

3737.   As a result of the January 11, 2005 Terrorist Attack, and the injuries he suffered, Brian Michael Gliba has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 310.   THE JANUARY 9, 2005 ATTACK – HIT

### A.   PLAINTIFF ENRIQUE LINAN, JR.

3738.   Plaintiff Enrique Linan, Jr. is a citizen of the United States and domiciled in the State of Texas.

3739.   On January 9, 2005, Enrique Linan, Jr., age 27, was serving in the U.S. military in Iraq.

3740.   Mr. Linan was on foot patrol with his unit in Al Anbar Province when three IEDs exploded and rendered him unconscious, after which his team was attacked by small arms fire from two trucks.

3741.   The weapons used to attack and injure Mr. Linan were Iranian manufactured/supplied IED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3742.   As a result of the attack, Enrique Linan, Jr. suffered shrapnel wounds to his foot resulting in bone loss and permanent loss of feeling, a TBI, hearing loss in one ear, tinnitus and PTSD.

3743.   Enrique Linan, Jr. received extensive medical treatment including three surgeries at the Al Assad Air Base medical facility, orthopedic treatment, and ongoing physical and mental health therapy.

3744.   As a result of the January 9, 2005 Terrorist Attack, and the injuries he suffered, Enrique Linan, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 311.  THE JANUARY 8, 2005 ATTACK - MOSUL

### A.  PLAINTIFFS THE DON ANTHONY WALLS FAMILY

3745.  Plaintiff Don Anthony Walls is a citizen of the United States and domiciled in the State of Arizona.

3746.  On January 8, 2005, Don Anthony Walls, age 31, was serving in the U.S. military in Iraq.

3747.  Mr. Walls was on patrol in Mosul when his vehicle was struck by an RPG.

3748.  The weapon used to attack and injure Mr. Walls was an Iranian manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3749.  As a result of the attack, Don Anthony Walls, suffered severe burns and shrapnel wounds, massive damage to his lower back and buttocks, nerve damage to his right leg, loss of part of his small and large intestine, hearing loss, TBI and PTSD.

3750.  Don Anthony Walls received extensive medical treatment at the 67th Combat Support Hospital, Wuerzburg, Germany; Landstuhl Regional Medical Center, Landstuhl, Germany; Walter Reed National Military Medical Center, Bethesda, MD; McChord Air Force Base, Washington: and Lake Havasu VA Clinic, Havasu City, AZ.

3751.  As a result of the January 8, 2005 Terrorist Attack, and the injuries he suffered, Don Anthony Walls, has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3752.  Plaintiff Daysha Shalee Walls is a citizen of the United States and domiciled in the State of Arizona. She is the wife of Don Anthony Walls.

3753.  Plaintiff Sylvester Walls is a citizen of the United States and domiciled in the

State of Georgia. He is the father of Don Anthony Walls.

3754.  Plaintiff Yun Hui Miyamura is a citizen of the United States and domiciled in the State of Hawaii. She is the mother of Don Anthony Walls.

3755.  Plaintiff Dorthy L. Mack is a citizen of the United States and domiciled in the State of Georgia. She is the mother-in-law of Don Anthony Walls.

3756.  Plaintiff Douglas Mack is a citizen of the United States and domiciled in the State of Georgia. He is the father-in-law of Don Anthony Walls.

3757.  As a result of January 8, 2005 Terrorist Attack, and the injuries suffered by Don Anthony Walls, Plaintiffs Daysha Shalee Walls, Sylvester Walls, Yun Hui Miyamura, Dorthy L. Mack, and Douglas Mack have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 312.  THE JANUARY 5, 2005 ATTACK – RAMADI, CAMP BLUE DIAMOND

### A.  PLAINTIFFS THE DAVID ANTHONY ROSALES FAMILY

3758.  Plaintiff David Anthony Rosales is a citizen of the United States and domiciled in the State of Arizona.

3759.  On January 5, 2005, David Anthony Rosales, age 27, was serving in the U.S. military in Iraq.

3760.  Mr. Rosales was acting as gunner in a Light Armored Reconnaissance Vehicle (LARV) on patrol with five other military vehicles near Camp Blue Diamond in Iraq, when the vehicle was struck by an IED explosion, knocking Mr. Rosales unconscious and injuring him.

3761.  The weapon used to attack and injure Mr. Rosales was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-

trained terror operatives in Iraq.

3762.   As a result of the January 5, 2005 Terrorist Attack, David Anthony Rosales sustained significant injuries, including TBI, tinnitus, PTSD, depression, panic attacks, anxiety, and sleep disorders.

3763.   Mr. Rosales regained consciousness while being medically evacuated to Al-Taqaddum Air Base for treatment. He received treatment for the TBI and other injuries beginning immediately after the attack and continuing into the present through the VA Healthcare System and private practitioners.

3764.   As a result of the January 5, 2005 Terrorist Attack, and the injuries he suffered, David Anthony Rosales has past and future noneconomic damages, including severe mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3765.   Plaintiff Amy Lynn Rosales is a citizen of the United States and is domiciled in the state of Arizona. She is the wife of David Anthony Rosales.

3766.   Plaintiff Madison Haley Rosales is a citizen of the United States and is domiciled in the state of Arizona. She is the daughter of David Anthony Rosales.

3767.   As a result of the January 5, 2005 Terrorist Attack, and the injuries suffered by David Anthony Rosales,  Plaintiffs Amy Lynn Rosales and Madison Haley Rosales have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 313.   THE JANUARY 3, 2005 ATTACK – AMIRIYAH

####   A.   PLAINTIFF JASON PETER SCHAUBLE

3768.   Plaintiff Jason Peter Schauble is a citizen of the United States and domiciled in

the State of Texas.

3769.   On January 3, 2005, Jason Peter Schauble, age 29, was serving in the U.S. military in Iraq.

3770.   Mr. Schauble was sent on a mission to conduct a raid in Amiriyah. When he entered the target house, he was assaulted with small arms fire and was shot in the right arm.

3771.   The weapon used to attack and injure Mr. Schauble was Iranian manufactured/supplied small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3772.   As a result of the attack, Jason Peter Schauble suffered a gunshot wound to the right arm which caused permanent damage to his median and ulnar nerve.

3773.   Jason Peter Schauble received extensive medical treatment; his gunshot wound required multiple surgeries and procedures, which left his right hand partially paralyzed. He has required ongoing physical therapy and medications for his injuries.

3774.   As a result of the January 3, 2005 Terrorist Attack, and the injuries he suffered, Jason Peter Schauble has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 314.   THE JANUARY 3, 2005 ATTACK – BALAD

#### A.   PLAINTIFFS THE KEVIN MICHAEL DOHERTY, SR. FAMILY

3775.   Plaintiff Kevin Michael Doherty, Sr. is a citizen of the United States and domiciled in  the State of Florida.

3776.   On January 3, 2005, Kevin Michael Doherty, Sr., age 40, was serving in the U.S. Military in Iraq.

3777.   Mr. Doherty was performing security at the gate of LSA Anaconda when a suicide bomber approached and detonated a VBIED instantly killing 3 and wounding 14. Mr. Doherty was knocked to the ground injuring both of his hips.

3778.   The weapons used to attack and injure Mr. Doherty were an Iranian manufactured/supplied VBIED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3779.   As a result of the attack, Kevin Michael Doherty Sr. suffered injuries to both of his hips, PTSD, TBI, and tinnitus.

3780.   Kevin Michael Doherty Sr. received extensive medical treatment at Reynolds Army Community Hospital, Fort Sill, OK; Naval Health Clinic New England, Newport, RI; Guthrie Health Care Clinic, Fort Drum, NY; and VA Plattsburgh Clinic, Plattsburgh, NY.

3781.   As a result of the January 3, 2005 Terrorist Attack, and the injuries he suffered, Kevin Michael Doherty Sr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3782.   Plaintiff Cheryl Lee Doherty is a citizen of the United States and domiciled in the State of Florida. She is the spouse of Kevin Michael Doherty Sr.

3783.   Plaintiff Kevin Michael Doherty Jr. is a citizen of the United States and domiciled in the State of New York. He is the son of Kevin Michael Doherty, Sr.

3784.   Plaintiff Theodore Edward Sill is a citizen of the United States and domiciled in the State of New York. He is the son of Kevin Michael Doherty, Sr.

3785.   Plaintiff Melissa Lynn Doherty is a citizen of the United States and domiciled in

the State of New York. She is the daughter of Kevin Michael Doherty, Sr.

3786.   Plaintiff Travis James Lamica is a citizen of the United States and domiciled in the State of New York. He is the step-son of Kevin Michael Doherty, Sr.

3787.   Plaintiff Nicholas Dean Lamica is a citizen of the United States and domiciled in the State of New York. He is the step-son of Kevin Michael Doherty, Sr.

3788.   Plaintiff Liane Lamica is a citizen of the United States and domiciled in the State of Texas. She is the step-daughter of Kevin Michael Doherty, Sr.

3789.   As a result of the January 3, 2005 Terrorist Attack, and the injuries suffered by Kevin Michael Doherty, Sr., Plaintiffs Cheryl Lee Doherty, Kevin Michael Doherty, Jr., Theodore Edward Sill, Melissa Lynn Doherty, Travis James Lamica, Nicholas Dean Lamica, and Liane Lamica have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 315.   THE JANUARY 1, 2005 ATTACK – HADITHA

#### A.   PLAINTIFF JUAN MARTINEZ RUBIO

3790.   Plaintiff Juan Martinez Rubio is a citizen of the United States and domiciled in  the State of Texas.

3791.   On January 1, 2005, Juan Martinez Rubio, age 29, was serving in the U.S. military in Iraq.

3792.   Mr. Rubio was on patrol with his unit in a convoy of boats near the South Haditha Dam in Haditha. The convoy took on small arms fire, which injured another soldier. When Mr. Rubio's unit tried to locate the enemy, they were struck and injured by an IED.

3793.   The weapon used to attack and injure Mr. Rubio was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-

trained terror operatives in Iraq.

3794.   As a result of the attack, Juan Martinez Rubio suffered injuries that include, but are not limited to, shrapnel wounds to the right side of his body, back and head, tinnitus, a TBI, and PTSD.

3795.   Juan Martinez Rubio received extensive medical treatment, including past and ongoing care for these injuries, at Al Asad Air Base, and other Veterans Medical Centers and health care providers.

3796.   As a result of the January 1, 2005 Terrorist Attack, and the injuries he suffered, Juan Martinez Rubio has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 316.   THE DECEMBER 27, 2004 ATTACK – MOSUL

#### A.   PLAINTIFF JOSEPH RICHARD BEEMAN

3797.   Plaintiff Joseph Richard Beeman is a citizen of the United States and domiciled in the State of Pennsylvania.

3798.   On December 27, 2004 Joseph Richard Beeman, age 27, was serving in the U.S. military in Iraq.

3799.   Mr. Beeman was in Mosul, Iraq carrying a machine gun to set up a firing position when mortars began dropping around him.

3800.   The weapon used to attack and injure Mr. Beeman was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3801.   As a result of attack, Joseph Richard Beeman suffered shrapnel injuries to the right side of his body, his head was slammed to the ground and his right knee and back were

injured. He has also been diagnosed with PTSD.

3802.   Joseph Richard Beeman received extensive medical treatment; he had surgery on his right knee, neck and back. He has also had extensive physical therapy, injections in his back and psychological treatment.

3803.   As a result of the December 27, 2004 Terrorist Attack, and the injuries he suffered, Joseph Richard Beeman has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 317.   THE DECEMBER 25, 2004 ATTACK – AL ASAD AIR BASE

### A.   PLAINTIFFS THE ANTHONY TREMAINE PLUNKETT, SR. FAMILY

3804.   Plaintiff Anthony Tremaine Plunkett, Sr. is a citizen of the United States and domiciled in  the State of South Carolina.

3805.   On December 25, 2004, Anthony Tremaine Plunkett, Sr., age 24, was serving in the U.S. military in Iraq.

3806.   Mr. Plunkett was in bed at al-Asad air base, Iraq, when the base began to take on rocket and mortar fire. Mr. Plunkett armed himself and ran outside to a barrier position when the barrier was hit with a 120mm rocket/mortar round.

3807.   The weapons used to attack and injure Anthony Tremaine Plunkett Sr. were Iranian manufactured/supplied rockets and mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3808.   As a result of the December 25, 2004 Terrorist Attack, Mr. Plunkett was thrown to the ground by the mortar blast, was bleeding from his ears and nose, and sustained significant psychological injuries including tinnitus and severe PTSD.

3809.  Mr. Plunkett received treatment at the Atlanta VA Healthcare System, USS Carl Vinson (CVN-70), Tuscaloosa VA Medical Center, and the Stock Bridge VA clinic.

3810.  As a result of the December 25, 2004 Terrorist Attack, and the injuries he suffered, Anthony Tremaine Plunkett Sr. has past and future noneconomic damages, including severe mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3811.  Plaintiff Z.L.P., a minor, represented by his legal guardian Anthony Tremaine Plunkett Sr., is a citizen of the United States and domiciled in the State of South Carolina. He is the son of Anthony Tremaine Plunkett Sr.

3812.  Plaintiff D.M.P., a minor, represented by his legal guardian Anthony Tremaine Plunkett Sr., is a citizen of the United States and domiciled in the State of South Carolina. He is the son of Anthony Tremaine Plunkett Sr.

3813.  As a result of the December 25, 2004 Terrorist Attack, and the injuries suffered by Anthony Tremaine Plunkett Sr.,  Plaintiffs Z.L.P., a minor child, and D.M.P., a minor child have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 318.    THE DECEMBER 20, 2004 ATTACK – AMIRIYAH

#### A.    PLAINTIFFS THE JAMES ALAN BELL FAMILY

3814.  Plaintiff James Alan Bell is a citizen of the United States and domiciled in  the State of Texas.

3815.  On December 20, 2004, James Alan Bell, age 22, was serving in the U.S. military in Iraq.

3816.  Mr. Bell was on patrol with his unit in Amiriyah, near Camp Fallujah, when

he was shot in the chin by small arms fire.

3817.  The weapon used to attack and injure Mr. Bell was an Iranian manufactured/supplied small arms weapon provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3818.  As a result of the attack, James Alan Bell suffered injuries that include, but are not limited to, a gunshot wound to the chin with residual scarring, PTSD, anxiety and depression.

3819.  James Alan Bell received extensive medical treatment, including past and ongoing care for his injuries at Camp Fallujah, Doris Miller Veterans Medical Center and other military hospitals and Veterans medical centers.

3820.  As a result of the December 20, 2004 Terrorist Attack, and the injuries he suffered, James Alan Bell has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3821.  Plaintiff Linda S. Bell is a citizen of the United States and domiciled in the State of Texas. She is the mother of James Alan Bell.

3822.  Plaintiff David Craig is a citizen of the United States and domiciled in the State of Florida. He is the father of James Alan Bell.

3823.  Plaintiff Jon G. Bell is a citizen of the United States and domiciled in the State of Texas. He is the brother of James Alan Bell.

3824.  As a result of the December 20, 2004 Terrorist Attack, and the injuries suffered by James Alan Bell, Plaintiffs Linda S. Bell, David Craig and Jon G. Bell have past and future noneconomic damages, including severe mental anguish, extreme emotional pain

and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 319.   THE DECEMBER 20, 2004 ATTACK – MOSUL

#### A.   PLAINTIFFS THE JOSHUA DIVON TRAVIS FAMILY

3825.   Plaintiff Joshua Divon Travis is a citizen of the United States and domiciled in the State of Texas.

3826.   On December 20, 2004, Joshua Divon Travis, age 20, was serving in the U.S. military in Iraq.

3827.   While operating a fork lift at FOB Marez in Mosul, Iraq, Joshua Divon Travis was attacked by rocket fire, which exploded and lifted his forklift off the ground.

3828.   The weapon used to attack and injure Joshua Divon Travis was an Iranian manufactured/supplied rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3829.   As a result of the December 20, 2004 Terrorist Attack, Joshua Divon Travis suffers from PTSD.

3830.   Joshua Divon Travis has received medical treatment at Blanchfield Army Community Hospital, Sullivan Barracks Army Base, Reynold Army Health Clinic, and Michael E. DeBakey VA Medical Center.

3831.   As a result of the December 20, 2004 Terrorist Attack, and the injuries he suffered, Joshua Divon Travis has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3832.   Plaintiff D.R.G., a minor, represented by his legal guardian Joshua Divon Travis, is a citizen of the United States and domiciled in the State of Texas. He is the son of Joshua

Divon Travis.

3833.   Plaintiff J.S.A., a minor, represented by her legal guardian Joshua Divon Travis, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Joshua Divon Travis.

3834.   Plaintiff A.C.J., a minor, represented by her legal guardian Joshua Divon Travis, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Joshua Divon Travis.

3835.   Plaintiff M.D.T., a minor, represented by her legal guardian Joshua Divon Travis, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Joshua Divon Travis.

3836.   As a result of the December 20, 2004 Terrorist Attack and the injuries suffered by Joshua Divon Travis, Plaintiffs D.R.G., a minor child, A.C.J., a minor child, J.S.A., a minor child, and M.D.T., a minor child have incurred past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and economic damages, both past and future, including loss of services.

## 320.   THE DECEMBER 13, 2004 ATTACK – BAGHDAD

### A.   PLAINTIFFS THE TODD EDWARD MILLER FAMILY

3837.   Plaintiff Todd Edward Miller a citizen of the United States and domiciled in the State of Washington.

3838.   On December 13, 2004, Todd Edward Miller, age 41, was serving in the U.S. military in Iraq.

3839.   Mr. Miller was sitting at a desk by the door in the Green Zone conducting radio watch, when he witnessed a VBIED attack right outside of the gate. The explosion caused the entire building to shake, windows to implode and the door was blown open. Mr.

Miller felt the blast from the explosion which caused immediate chaos, and many civilians were injured or killed.

3840.  The weapon used to attack and injure Mr. Miller was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3841.  As a result of the attack, Todd Edward Miller suffered PTSD and severe depression.

3842.  Todd Edward Miller received extensive medical treatment at the Forward Operating Base JBB, Tacoma Vet Center, Solutions Counseling, VA Hospital American Lake, VA Puget Sound Healthcare and Access Healthcare.

3843.  As a result of the December 13, 2004 Terrorist Attack, and the injuries he suffered, Todd Edward Miller has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3844.  Plaintiff L.E.M., a minor child, represented by his legal guardian Todd Edward Miller, is a citizen of the United States and domiciled in the State of Washington. He is the son of Todd Edward Miller.

3845.  Plaintiff Edward C. Miller is a citizen of the United States and domiciled in the State of Washington. He is the father of Todd Edward Miller.

3846.  Plaintiff Beverly Ann Miller is a citizen of the United States and domiciled in the State of Washington. She is the mother of Todd Edward Miller.

3847.  Plaintiff Tania Renee Barrett is a citizen of the United States and domiciled in the State of Washington. She is the sister of Todd Edward Miller.

3848.  As a result of the December 13, 2004 Terrorist Attack, and the injuries suffered by Todd Edward Miller, Plaintiffs L.E.M., Edward C. Miller, Beverly Ann Miller, and Tania Renee Barrett, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 321.  THE DECEMBER 12, 2004 ATTACK – FALLUJAH

#### A.    PLAINTIFFS THE SAMUEL JAMES MORTIMER FAMILY

3849.  Plaintiff Samuel James Mortimer is a citizen of the United States and domiciled in  the State of North Carolina.

3850.  On December 12, 2004, Samuel James Mortimer, age 29, was serving in the U.S. military in Iraq.

3851.  Mr. Mortimer was on patrol with his unit in Fallujah when he was shot in the left elbow with an assault rifle.

3852.  The weapon used to attack and injure Mr. Mortimer was an Iranian manufactured/supplied assault rifle provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3853.  As a result of the attack, Samuel James Mortimer suffered injuries that include, but are not limited to, a gunshot wound to the left elbow, damage to the left ulnar nerve, PTSD, anxiety and depression.

3854.  Samuel James Mortimer received extensive medical treatment, including past and ongoing care for these injuries, at the military base hospital and several Veterans Medical Centers and health care providers.

3855.  As a result of the December 12, 2004 Terrorist Attack, and the injuries he suffered, Samuel James Mortimer has past and future noneconomic damages, including

severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3856.  Plaintiff Kristine Mortimer is a citizen of the United States and domiciled in the State of North Carolina. She is the wife of Samuel James Mortimer.

3857.  As a result of the December 12, 2004 Terrorist Attack, and the injuries suffered by Samuel James Mortimer, Plaintiff Kristine Mortimer has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 322.    THE DECEMBER 12, 2004 ATTACK – FALLUJAH

### A.    PLAINTIFFS THE JONATHAN CUNEY FAMILY

3858.  Plaintiff Jonathan Cuney is a citizen of the United States and domiciled in the State of New York.

3859.  On December 12, 2004, Jonathan Cuney, age 21, was serving in the U.S. military in Iraq.

3860.  Mr. Cuney's unit was conducting block clearing, going building to building looking for weapons and insurgents in the north eastern portion of Fallujah. Mr. Cuney's unit found several buildings which housed dozens of insurgents. As Mr. Cuney entered one building he found his squad leader lying dead from a gunshot wound to his head. Mr. Cuney continued to clear buildings, and as he made his way up one of the staircases, he was hit by a grenade blast and knocked off the staircase.

3861. The weapon used to attack and injure Mr. Cuney was an Iranian manufactured/supplied grenade and small arms provided by Iran and/or its agents to Iranian-

funded and Iranian-trained terror operatives in Iraq.

3862. As a result of the attack, Jonathan Cuney suffered injuries to his neck and lower back, a TBI, as well as shrapnel in his left leg, foot, and ankle. Mr. Cuney also sustained PTSD as a result of this attack.

3863. He was initially treated at the Camp Fallujah Medical Center to remove shrapnel and has continued to receive medical treatment from the VA from 2006 to the present.

3864. As a result of the December 12, 2004 Terrorist Attack, and the injuries he suffered, Jonathan Cuney has incurred past and future noneconomic damages, including severe physical and mental pain and suffering, and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3865. Plaintiff George L. Cuney is a citizen of the United States and is domiciled in the State of New York. He is the father of Jonathan Cuney.

3866. Plaintiff Amanda Cuney Lopez is a citizen of the United States and is domiciled in the State of New York. She is the sister of Jonathan Cuney.

3867. As a result of the December 12, 2004 Terrorist Attack, and the injuries suffered by Jonathan Cuney, Plaintiffs, George L. Cuney and Amanda Cuney Lopez have past and future noneconomic damages, including severe mental anguish, emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 323. THE DECEMBER 12, 2004 ATTACK – HIT

#### A. PLAINTIFFS THE RENE FRANCISCO AVENDAÑO, JR. FAMILY

3868.  Plaintiff Rene Francisco Avendaño, Jr. is a citizen of the United States and domiciled in the State of Texas.

3869.  On December 12, 2004, Rene Francisco Avendaño, Jr., age 34, was serving in the U.S. military in Iraq.

3870.  Mr. Avendaño was on patrol with his unit in Hit near the Euphrates River, when his unit was attacked by mortars, RPGs and small arms fire.

3871.  The weapon used to attack and injure Mr. Avendaño was Iranian manufactured/supplied mortars, RPGs and small arms fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3872.  As a result of the attack, Rene Francisco Avendaño, Jr. sustained shrapnel wounds to his left leg and left temple, TBI and PTSD.

3873.  Rene Francisco Avendaño, Jr. received extensive medical treatment to remove the shrapnel to his left leg and left temple, medical treatment for his TBI and psychiatric care for his PTSD and sleeping disorder.

3874.  As a result of the December 12, 2004, Terrorist Attack, and the injuries he suffered, Rene Francisco Avendaño, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3875.  Plaintiff Olinda Avendaño is a citizen of the United States and domiciled in the State of Texas. She is the mother of Rene Francisco Avendaño, Jr.

3876.   Plaintiff Rhonda Avendaño is a citizen of the United States and domiciled in the State of Texas. She is the sister of Rene Francisco Avendaño, Jr.

3877.   Plaintiff Blanca Lee Avendaño is a citizen of the United States and domiciled in the State of Texas. She is the sister of Rene Francisco Avendaño, Jr.

3878.   As a result of the December 12, 2004 Terrorist Attack, and the injuries suffered by Rene Francisco Avendaño, Jr., Plaintiffs Olinda Avendaño, Rhonda Avendaño and Blanca Lee Avendaño have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 324.   THE DECEMBER 10, 2004 ATTACK – BALAD

#### A.   PLAINTIFFS THE STEPHEN LAMONTE EDWARDS, JR. FAMILY

3879.   Plaintiff Stephen Lamonte Edwards, Jr. is a citizen of the United States and domiciled in  the State of Oregon.

3880.   On December 10, 2004, Stephen Lamonte Edwards, Jr., age 38, was serving in the U.S. military  in Iraq.

3881.   Mr. Edwards was on patrol with his unit in the Province of Balad, traveling to Route Austerlitz, when his vehicle was struck by an IED.

3882.   The weapon used to attack and injure Mr. Edwards was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3883.   As a result of the attack, Stephen Lamonte Edwards, Jr. suffered injuries that include, but are not limited to, a left hip, left knee and left ankle injury, a shoulder injury, tinnitus, PTSD, anxiety, and depression.

3884.  Stephen Lamonte Edwards, Jr. received extensive medical treatment, including past and ongoing care for these injuries, at his military base hospital in Balad, Palo Alto Veterans Health System, and other Veterans Medical Centers and health providers.

3885.  As a result of the December 10, 2004 Terrorist Attack, and the injuries he suffered, Stephen Lamonte Edwards, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3886.  Plaintiff Monique A. Valdez-Edwards is a citizen of the United States and domiciled in the State of Oregon. She is the wife of Stephen Lamonte Edwards, Jr.

3887.  Plaintiff Lauren E. Bolobov is a citizen of the United States and domiciled in the State of Nebraska. She is the daughter of Stephen Lamonte Edwards, Jr.

3888.  As a result of the December 10, 2004 Terrorist Attack, and the injuries suffered by Stephen Lamonte Edwards, Jr., Plaintiffs Monique A. Valdez-Edwards and Lauren E. Bolobov have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 325.  THE NOVEMBER 29, 2004 ATTACK - ISKANDARIYAH

#### A.    PLAINTIFF MICHAEL RAFAEL HERNANDO

3889.  Plaintiff Michael Rafael Hernando is a citizen of the United States and domiciled in the State of Florida.

3890.  On November 29, 2004, Michael Rafael Hernando, age 29, was serving in the U.S. military in Iraq.

3891.  Mr. Hernando was directly hit by mortars at FOB Kalsu.

3892. The weapon used to attack and injure Mr. Hernando was an Iranian manufactured/supplied mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3893. As a result of the attack, Michael Rafael Hernando suffered a broken thumb, shrapnel injuries to his left wrist and leg, and PTSD.

3894. Michael Rafael Hernando received extensive medical treatment. Mr. Hernando was medevac'd to Baghdad for treatment. He then received treatment from the Naval Hospital at Camp Lejeune, North Carolina; the Water Reed Army Medical Center in Washington, DC; and the James A. Haley Veterans Hospital in Tampa, Florida.

3895. As a result of the November 29, 2004 Terrorist Attack, and the injuries he suffered, Michael Rafael Hernando has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 326. THE NOVEMBER 28, 2004 ATTACK – NORTH OF FALLUJAH

#### A. PLAINTIFF ARTHUR WAYNE D'AMATO

3896. Plaintiff Arthur Wayne D'Amato is a citizen of the United States and domiciled in the State of Texas.

3897. On November 28, 2004, Arthur Wayne D'Amato, age 31, was serving in the U.S. military in Iraq.

3898. Mr. D'Amato was on patrol with his unit north of Fallujah when his vehicle was ambushed with multiple IEDs and small arms fire.

3899. The weapons used to attack and injure Mr. D'Amato was an Iranian manufactured/supplied IED and small arms weapons provided by Iran and/or its agents to

Iranian-funded and Iranian-trained terror operatives in Iraq.

3900.   As a result of the attack, Arthur Wayne D'Amato suffered injuries that include, but are not limited to, a TBI, post-concussion syndrome, shrapnel wounds, right ulnar nerve neuralgia and PTSD.

3901.   Arthur Wayne D'Amato received extensive medical treatment, including past and ongoing care for these injuries, at Houston Veterans Medical Centers and other veteran medical providers.

3902.   As a result of the November 28, 2004 Terrorist Attack, and the injuries he suffered, Arthur Wayne D'Amato has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 327.   THE NOVEMBER 26, 2004 ATTACK - RAMADI

### A.   PLAINTIFF ROBERT ADAM BELL

3903.   Plaintiff Robert Adam Bell is a citizen of the United States and domiciled in the State of Arizona.

3904.   On November 26, 2004, Robert Adam Bell, 21, was serving in the U.S. military in Iraq.

3905.   Mr. Bell was with his unit clearing an area of homes in Ramadi when he was attacked by small arms fire.

3906.   The weapon used to attack and injure Mr. Bell was an Iranian manufactured/supplied small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3907.   As a result of the attack, Robert Adam Bell suffered significant injuries

including gunshot wounds to each of his legs, nerve damage and PTSD.

3908.   Robert Adam Bell received extensive medical treatment immediately after the attack including multiple surgeries and procedures.

3909.   As a result of the November 26, 2004 Terrorist Attack, and the injuries he suffered, Robert Adam Bell has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 328.   THE NOVEMBER 23, 2004 ATTACK – ABU GHRAIB

#### A.   PLAINTIFFS THE JOHN L. PARCELL FAMILY

3910.   John L. Parcell is a citizen of the United States and domiciled in the State of Pennsylvania.

3911.   On November 23, 2004, John L. Parcell, age 42, was serving in the U.S. military in Iraq.

3912.   Mr. Parcell was on a reconnaissance mission near Abu Ghraib, when an IED that was buried in the median of the road was detonated on Mr. Parcell's Humvee. The blast knocked Mr. Parcell from the gunner's turret.

3913.   The weapon used to attack and injure Mr. Parcell was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3914.   Plaintiff, Jodi L. Parcell, is a citizen of the United States, and is domiciled in the state of Pennsylvania. She is the sister of John L. Parcell.

3915.   Plaintiff, John R. Parcell, is a citizen of the United States and is domiciled in the state of Pennsylvania. He is the son of John L. Parcell.

3916.   As a result of the November 23, 2004 Terrorist Attack, and the injuries

suffered by John L. Parcell, Plaintiffs, Jodi L. Parcell and John R. Parcell, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium and past and future economic damages, including loss of services.

### 329.   THE NOVEMBER 18, 2004 ATTACK – FALLUJAH

#### A.   PLAINTIFFS THE DERRICK ADAM ANTHONY FAMILY

3917.   Plaintiff Derrick Adam Anthony is a citizen of the United States and domiciled in the State of Iowa.

3918.   On November 18, 2004, Derrick Adam Anthony, age 20, was serving in the U.S. military in Iraq.

3919.   Mr. Anthony and his squad members were clearing houses for weapons and combatants in Fallujah, Iraq during the Battle of Fallujah when a grenade detonated near Mr. Anthony.

3920.   The weapon used to attack and injure Mr. Anthony was an Iranian manufactured/supplied grenade provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3921.   As a result of the attack, Derrick Adam Anthony suffered shrapnel injuries to his upper left hip and left shin, depression, tinnitus, and PTSD.

3922.   Derrick Adam Anthony received extensive medical treatment at a regimental medical clinic in Fallujah, Iraq, at First Marine Medical Center at Camp Pendleton, in California, at Great Lakes Hospital in Great Lakes, Illinois, at Naval Hospital Camp Lejeune in Camp Lejeune, North Carolina, and at Iowa City VA Health Care System.

3923.   As a result of the November 18, 2004 Terrorist Attack, and the injuries he suffered, Derrick Adam Anthony has past and future noneconomic damages, including

527

severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3924.  Plaintiff Frances Elizabeth Anthony is a citizen of the United States and domiciled in the State of Illinois. She is the mother of Derrick Adam Anthony.

3925.  Plaintiff Daniel Alan Anthony is a citizen of the United States and domiciled in the State of Illinois. He is the father of Derrick Adam Anthony.

3926.  As a result of the November 18, 2004 Terrorist Attack, and the injuries suffered by Derrick Adam Anthony, Plaintiffs Frances Elizabeth Anthony and Daniel Alan Anthony have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 330.  THE NOVEMBER 18, 2004 ATTACK – LSA ANACONDA

#### A.    PLAINTIFFS THE ANDREW JAMES GREEN FAMILY

3927.  Plaintiff Andrew James Green is a citizen of the United States and domiciled in  the State of New Mexico.

3928.  On November 18, 2004, Andrew James Green, age 34, was serving in the U.S. military in Iraq.

3929.  Mr. Green was walking across LSA Anaconda when the base came under mortar attack. One of the mortars exploded near Mr. Green.

3930. The weapon used to attack and injure Mr. Green was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3931.  As a result of the attack, Andrew James Green suffered shrapnel wounds

throughout his body, crushed vertebrae in his back, deafness in both ears, a knee injury, a TBI, and PTSD.

3932.   Andrew James Green received extensive medical treatment, including more than 20 surgeries, at Landstuhl Regional Medical Center, Landstuhl, Germany; Raymond G. Murphy VA Medical Center, New Mexico; School of Medicine, University of New Mexico, New Mexico; New Mexico Orthopedics, New Mexico; as well as other medical facilities.

3933.   As a result of the November 18, 2004 Terrorist Attack, and the injuries he suffered, Andrew James Green has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3934.   Plaintiff Anne Christine Peel is a citizen of the United States and domiciled in the State of New Mexico. She is the ex-wife of Andrew James Green.

3935.   Plaintiff Gillian Green is a citizen of the United States and domiciled in the State of New Mexico. She is the daughter of Andrew James Green.

3936.   Plaintiff A. G., a minor child, represented by her legal guardian Anne Christine Peel, is a citizen of the United States and domiciled in the State of New Mexico. She is the daughter of Andrew James Green.

3937.   As a result of the November 18, 2004 Terrorist Attack, and the injuries suffered by Andrew James Green, Plaintiffs Anne Christine Peel, Gillian Green, and A. G. a minor child have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 331.  THE NOVEMBER 15, 2004 ATTACK – FALLUJAH

#### A.  PLAINTIFF GARRETT MICHAEL MARSH

3938.  Plaintiff Garrett Michael Marsh is a citizen of the United States and domiciled in the State of Virginia.

3939.  On November 15, 2004, Garrett Michael Marsh, age 21, was serving in the U.S. military in Iraq.

3940.  Mr. Marsh was on patrol with his unit in Fallujah when he was injured by an RPG blast.

3941.  The weapon used to attack and injure Mr. Marsh was an Iranian manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3942.  As a result of the attack, Garrett Michael Marsh suffered injuries that include, but are not limited to, shrapnel wounds to the left elbow and chin with scarring, a TBI, tinnitus, PTSD, anxiety, and depression.

3943.  Garrett Michael Marsh received extensive medical treatment, including past and ongoing care for these injuries, at military base hospitals, Veterans Medical Centers and other medical providers.

3944.  As a result of the November 15, 2004 Terrorist Attack, and the injuries he suffered, Garrett Michael Marsh has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 332.   THE NOVEMBER 15, 2004 ATTACK – RAMADI

### A.   PLAINTIFFS THE PATRICK MARC M. RAPICAULT FAMILY

3945.   Plaintiff Patrick Marc M. Rapicault was a citizen of the United States and was domiciled in the State of California at the time of his death.

3946.   On November 15, 2004, Patrick Marc M. Rapicault, age 34, was serving in the U.S. military in Iraq.

3947.   Mr. Rapicault was on patrol with his unit in Ramadi when a suicide car bomber rammed into the side of Mr. Rapicault's Humvee.

3948.   Mr. Rapicault and two of his men were killed in the attack.

3949.   The weapon used to attack and injure Mr. Rapicault was an Iranian-manufactured/supplied Suicide Bomb provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3950.   Plaintiff, Vera Rapicault, is a citizen of the United States and domiciled in the State of California. She is the wife of Patrick Marc M. Rapicault.

3951.   Plaintiff, Vera Rapicault, brings an action individually, and on behalf of the Estate of Patrick Marc M. Rapicault, and all heirs thereof, as its legal representative.

3952.   Plaintiff, Nicole Rapicault, is a citizen of the United States and domiciled in the State of Florida. She is the mother of Patrick Marc M. Rapicault.

3953.   As a result of the November 15, 2004 Terrorist Attack, and the injuries suffered by and the death of Patrick Marc M. Rapicault, Plaintiffs Vera Rapicault and Nicole Rapicault have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Patrick Marc M. Rapicault's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Patrick Marc M. Rapicault.

### 333.   THE NOVEMBER 15, 2004 ATTACK – FALLUJAH

### A.   PLAINTIFFS THE TERRY LYNN MCELWAIN FAMILY

3954.   Plaintiff Terry Lynn McElwain is a citizen of the United States and domiciled in the State of California.

3955.   On November 15, 2004, Terry Lynn McElwain, age 31, was serving in the U.S. military in Iraq.

3956.   Mr. McElwain was on patrol with his unit clearing structures in Fallujah when his unit was attacked by RPGs.

3957.   The weapons used to attack and injure Mr. McElwain were Iranian manufactured/supplied RPGs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3958.   As a result of the attack, Terry Lynn McElwain suffered shrapnel to his face and eye, a head injury, TBI and PTSD.

3959.   Terry Lynn McElwain received extensive medical treatment including removal of the shrapnel, treatment for his TBI and psychological care for PTSD immediately after the attack.

3960.   As a result of the November 15, 2004 Terrorist Attack, and the injuries he suffered, Terry Lynn McElwain has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3961.   Plaintiff Julia Dantong McElwain is a citizen of the United States and domiciled in the State of California. She is the wife of Terry Lynn McElwain.

3962.   Plaintiff S. M, a minor, represented by her legal guardians Terry Lynn McElwain and Julia Dantong McElwain, is a citizen of the United States and domiciled in the State of

California. She is the daughter of Terry Lynn McElwain and Julia Dantong McElwain.

3963.   Plaintiff R. M, a minor, represented by his legal guardians Terry Lynn McElwain and Julia Dantong McElwain, is a citizen of the United States and domiciled in the State of California. He is the son of Terry Lynn McElwain and Julia Dantong McElwain.

3964.   Plaintiff Eleanor E. McElwain is a citizen of the United States and domiciled in the State of Kansas. She is the mother of Terry Lynn McElwain.

3965.   Plaintiff Tracy Rosario is a citizen of the United States and domiciled in the State of Kansas. She is the sister of Terry Lynn McElwain.

3966.   Plaintiff Angel Michelle Hughes is a citizen of the United States and domiciled in the State of Kansas. She is the sister of Terry Lynn McElwain.

3967.   Plaintiff Travis McElwain is a citizen of the United States and domiciled in the State of California. He is the brother of Terry Lynn McElwain.

3968.   Plaintiff James S. McElwain is a citizen of the United States and domiciled in the State of Kansas. He is the brother of Terry Lynn McElwain.

3969.   As a result of the November 15, 2004 Terrorist Attack, and the injuries suffered by Terry Lynn McElwain, Plaintiffs Julia Dantong McElwain, S. M, a minor, R. M, a minor, Eleanor E. McElwain, Tracy Rosario, Angel Michelle Hughes, Travis McElwain, and James S. McElwain have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 334.   THE NOVEMBER 14, 2004 ATTACK – FALLUJAH

#### A.   PLAINTIFFS THE DALE ALAN BURGER JR. FAMILY

3970.   Plaintiff Dale Alan Burger Jr. was a citizen of the United States and domiciled in the State of Maryland at the time of his death.

3971.   On November 14, 2004, Dale Alan Burger Jr, age 21, was serving in the U.S. military in Iraq.

3972.   Mr. Burger was in Fallujah when he was sent to recover injured Marines and was shot in the head by small arms fire.

3973.   Dale Alan Burger Jr. was killed in the attack.

3974.   The weapon used to attack and injure Mr. Burger was Iranian manufactured/supplied small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3975.   Plaintiff Martina Catherine Burger is a citizen of the United States and domiciled in the State of Maryland. She is the mother of Dale Alan Burger Jr.

3976.   Plaintiff Martina Catherine Burger brings an action individually, and on behalf of the Estate of Dale Alan Burger Jr., and all heirs thereof, as its legal representative.

3977.   Plaintiff Jennifer Christine Burger is a citizen of the United States and domiciled in Australia. She is the sister of Dale Alan Burger Jr.

3978.   Plaintiff Rachel Elizabeth Burger is a citizen of the United States and domiciled in the State of Maryland. She is the sister of Dale Alan Burger Jr.

3979.   As a result of the November 14, 2004 Terrorist Attack, and the injuries suffered by and the death of Dale Alan Burger Jr., Plaintiffs Martina Catherine Burger, Jennifer Christine Burger, and Rachel Elizabeth Burger have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Dale Alan Burger Jr.'s society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Dale Alan Burger Jr.

## B.    PLAINTIFF SAMUEL WILLIAMS

3980.   Plaintiff, Samuel Williams, is a citizen of the United States and domiciled in the

State of California.

3981.   On November 14, 2004, Samuel Williams, age 25, was serving in the U.S. military in Iraq.

3982.   Mr. Williams was on a house clearing mission in Fallujah when his unit was struck by IEDs and came under a small firearms attack causing multiple fatalities.

3983.   The weapons used to attack and injure Mr. Williams were an Iranian manufactured/supplied IED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3984.   As a result of the attack, Samuel Williams suffers from severe PTSD.

3985.   Samuel Williams received extensive medical treatment as well as psychiatric care for his PTSD.

3986.   As a result of the November 14, 2004, Terrorist Attack, and the injuries he suffered, Samuel Williams has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## C.   PLAINTIFFS THE JOE SANCHEZ, JR. FAMILY

3987.   Plaintiff, Joe Sanchez, Jr., is a citizen of the United States and domiciled in the State of Texas.

3988.   On November 14, 2004, Joe Sanchez, Jr., age 22, was serving in the U.S. military in Iraq.

3989.   Joe Sanchez, Jr. was on a house clearing mission in Fallujah when his unit was struck by IEDs and came under attack by small arms fire attack causing multiple fatalities.

3990.   The weapons used to attack and injure Mr. Sanchez were Iranian manufactured/supplied IEDs and small arms provided by Iran and/or its agents to Iranian-funded

and Iranian-trained terror operatives in Iraq.

3991.   As a result of the attack, Joe Sanchez, Jr. sustained PTSD from this attack.

3992.   Joe Sanchez, Jr. received extensive psychiatric care for his PTSD.

3993.   As a result of the November 14, 2004, Terrorist Attack, and the injuries he suffered, Joe Sanchez, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3994.   Plaintiff Cindy Jo Sanchez is a citizen of the United States and domiciled in the State of Texas. She is the sister of Joe Sanchez, Jr.

3995.   Plaintiff Sandy Jo Molina is a citizen of the United States and domiciled in the State of Colorado. She is the sister of Joe Sanchez, Jr.

3996.   As a result of the November 14, 2004 Terrorist Attack, and the injuries suffered by Joe Sanchez, Jr., Plaintiffs Cindy Jo Sanchez and Sandy Jo Molina have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### D.      PLAINTIFFS THE CURTIS JOSEPH MIGHACCIO FAMILY

3997.   Plaintiff Curtis Joseph Mighaccio is a citizen of the United States and domiciled in the State of Texas.

3998.   On November 14, 2004, Curtis Joseph Mighaccio, age 19, was serving in the U.S. military in Iraq.

3999.   Mr. Mighaccio was on a house clearing mission in Fallujah when his unit was struck by IEDs and came under small arms fire causing multiple fatalities.

4000.   The weapon used to attack and injure Mr. Mighaccio was an Iranian

manufactured/supplied Small Arms and IEDs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4001.   As a result of the attack, Curtis Joseph Mighaccio suffered from severe PTSD and a TBI.

4002.   Curtis Joseph Mighaccio received extensive medical treatment as well as psychological treatment and medication.

4003.   As a result of the November 14, 2004 Terrorist Attack, and the injuries he suffered, Curtis Joseph Mighaccio has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4004.   Plaintiff Gunhild Mighaccio is a citizen of the United States and domiciled in the State of California. She is the mother of Curtis Joseph Mighaccio.

4005.   Plaintiff Martin Mighaccio is a citizen of the United States and domiciled in the State of California. He is the father of Curtis Joseph Mighaccio.

4006.   As a result of the November 14, 2004 Terrorist Attack, and the injuries suffered by Curtis Joseph Mighaccio,  Plaintiffs Gunhild Mighaccio and Martin Mighaccio have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 335.   THE NOVEMBER 13, 2004 ATTACK - RAMADI

### A.   PLAINTIFFS THE JOHN DANIEL SHANNON FAMILY

4007.   Plaintiff, John Daniel Shannon, is a citizen of the United States and domiciled in the State of Colorado.

4008.   On November 13, 2004, John Daniel Shannon, age 41, was serving in the U.S.

military in Iraq.

4009.  Mr. Shannon was providing oversight on a balcony in a partially destroyed building when he was shot by a sniper. The bullet struck the left frontal lobe of Mr. Shannon's head, penetrated his brain, and caused the loss of his left eye.

4010.  The weapon used to attack and injure Mr. Shannon was an Iranian manufactured/supplied sniper rifle provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4011.  As a result of the attack, John Daniel Shannon suffered loss of his left eye, severe polytrauma, TBI, facial scarring, tinnitus, migraine headaches, spinal cord damage to the C5-C7, degenerative joint disease, nerve damage, and PTSD.

4012.  John Daniel Shannon received extensive medical treatment for his injuries at the Medical Station in Baghdad Hospital; Landstuhl Regional Medical Center in Landstuhl, Germany; Walter Reed National Military Medical Center in Bethesda, Maryland; Hampton VA Medical Center in Hampton, VA; as well as other medical facilities.

4013.  As a result of the November 13, 2004 Terrorist Attack, and the injuries he suffered, John Daniel Shannon has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4014.  Plaintiff, Torrey Lisa Shannon, is a citizen of the United States and domiciled in the State of Colorado. She is the wife of John Daniel Shannon.

4015.  Plaintiff, Dominick Paul Shannon, is a citizen of the United States and domiciled in the State of Colorado. He is the son of John Daniel Shannon.

4016.  Plaintiff, Talon Dakota Shannon, is a citizen of the United States and

domiciled in the State of Colorado. He is the son of John Daniel Shannon.

4017.  Plaintiff, D.R.S., a minor child, represented by his legal guardian John Daniel Shannon, is a citizen of the United States and domiciled in the State of Colorado.  He is the son of John Daniel Shannon.

4018.  As a result of the November 13, 2004 Terrorist Attack, and the injuries suffered by John Daniel Shannon, Plaintiffs Torrey Lisa Shannon, Dominick Paul Shannon, Talon Dakota Shannon, and D.R.S., a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 336.  THE NOVEMBER 13-14, 2004 ATTACK – FALLUJAH

#### A.  PLAINTIFFS THE SHANE KEVIN HOUSMANS FAMILY

4019.  Plaintiff Shane Kevin Housmans is a citizen of the United States and domiciled in the State of Texas.

4020.  On November 13-14, 2004, Shane Kevin Housmans, age 32, was serving in the U.S. military in Iraq.

4021.  Mr. Housmans was in Fallujah on a mission to free soldiers being held by insurgents when his unit took on small arms fire—Operation Phantom Fury.

4022.  The weapons used to attack and injure Mr. Housmans were an Iranian manufactured/supplied IED, as well as small arms fire that occurred during the actual rescue operation. The IED and the small arms used in the November 13-14 Terrorist Attacks were provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4023.  As a result of the November 13-14 Terrorist Attacks, Shane Kevin Housmans suffered PTSD.

4024.   Shane Kevin Housmans received extensive medical treatment. Specifically, Mr. Housmans was treated at the 52 Area Branch Health Clinic in Camp Pendleton, California and the VA Outpatient Clinic in Austin, Texas.

4025.   As a result of the November 13-14, 2004 Terrorist Attacks, and the injuries he suffered, Shane Kevin Housmans has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4026.   Plaintiff Nicole M. Housmans is a citizen of the United States and domiciled in the State of Texas. She is the wife of Shane Kevin Housmans.

4027.   Plaintiff C.F.H., a minor child, represented by her legal guardian Nicole M. Housmans, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Shane Kevin Housmans.

4028.   As a result of the November 13-14, 2004 Terrorist Attacks, and the injuries suffered by Shane Kevin Housmans, Plaintiffs Nicole M. Housmans and C.F.H., a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 337.   THE NOVEMBER 13, 2004 ATTACK – FALLUJAH

### A.   PLAINTIFFS THE JOSE A. VELEZ FAMILY

4029.   Jose A. Velez was a citizen of the United States and domiciled in the State of Texas at the time of his death.

4030.   On November 13, 2004, Jose A. Velez, age 23, was serving in the U.S. military in Iraq.

4031.   Mr. Velez was on assignment with his unit in Fallujah, during the second battle of

Fallujah, when he was shot and killed by small arms fire.

4032.   The weapons used to attack and injure Mr. Velez were Iranian manufactured/supplied small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4033.   Plaintiff Nickie Velez is a citizen of the United States domiciled in the State of Texas. She is the spouse of Jose A. Velez.

4034.   Plaintiff Nickie Velez brings an action individually and on behalf of the Estate of Jose A. Velez, and all heirs thereof, as its legal representative.

4035.   As a result of the November 13, 2004 Terrorist Attack, and the injuries suffered by and the death of Jose A. Velez, Plaintiff Nickie Velez has suffered severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Jose Velez's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the Estate of Jose A. Velez.

### 338.   THE NOVEMBER 12, 2004 ATTACK – FALLUJAH

#### A.   PLAINTIFFS THE SAMUEL JAMES MORTIMER FAMILY

4036.   Plaintiff Samuel James Mortimer is a citizen of the United States and domiciled in  the State of North Carolina.

4037.   On November 12, 2004, Samuel James Mortimer, age 28, was serving in the U.S. military in Iraq.

4038.   Mr. Mortimer was on patrol with his unit in Fallujah when he was impacted by a mortar blast.

4039.   The weapon used to attack and injure Mr. Mortimer was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4040.   As a result of the attack, Samuel James Mortimer suffered injuries that include, but are not limited to, shrapnel wounds, a concussion, a TBI, PTSD, anxiety and depression.

4041.   Samuel James Mortimer received extensive medical treatment, including past and ongoing care for these injuries, at his military base hospital and several Veterans Medical Centers and health care providers.

4042.   As a result of the November 12, 2004 Terrorist Attack, and the injuries he suffered, Samuel James Mortimer has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4043.   Plaintiff Kristine Mortimer is a citizen of the United States and domiciled in the State of North Carolina. She is the wife of Samuel James Mortimer.

4044.   As a result of the November 12, 2004 Terrorist Attack, and the injuries suffered by Samuel James Mortimer, Plaintiff Kristine Mortimer has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 339.   THE NOVEMBER 12, 2004 ATTACK – BAIJI

### A.   PLAINTIFF JUSTIN MURRAY CROCKER

4045.   Plaintiff Justin Murray Crocker is a citizen of the United States and domiciled in the State of Georgia.

4046.   On November 12, 2004, Justin Murray Crocker, age 21, was serving in the U.S. military in Iraq.

4047.   Mr. Crocker was with his unit traveling near Baiji when he and his Humvee

were struck by an IED and took on small arms fire.

4048.  The weapon used to attack and injure Mr. Crocker was an Iranian manufactured/supplied IED and small arms fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4049.  As a result of the attack, Justin Murray Crocker suffered significant injuries including a TBI, vertigo, bi-lateral hearing loss, partial paralysis to brain nerve, memory loss and PTSD.

4050.  Justin Murray Crocker received extensive medical treatment following the attack then continued treatment at the VA hospital.

4051.  As a result of the November 12, 2004 Terrorist Attack, and the injuries he suffered, Justin Murray Crocker has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 340.   THE NOVEMBER 12, 2004 ATTACK – AL KARMAH

#### A.   PLAINTIFFS THE DANIEL CLAYTON VOTROBEK JR. FAMILY

4052.  Plaintiff Daniel Clayton Votrobek Jr. is a citizen of the United States and domiciled in the State of Florida.

4053.  On November 12, 2004, Daniel Clayton Votrobek Jr., age 22, was serving in the U.S. military in Iraq.

4054.  Mr. Votrobek was traveling outside Fallujah in the lead vehicle of a convoy when his vehicle was hit by 3 daisy chained IEDs. Mr. Votrobek was thrown to the back of the vehicle, rendering him partially unconscious.

4055.  The weapons used to attack and injure Mr. Votrobek were Iranian

manufactured/supplied IEDs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4056.   As a result of the attack, Daniel Clayton Votrobek Jr. suffered shrapnel wounds to his arm, metal in both eyelids, burns to his eyes and hands, a back injury, tinnitus, two perforated ear drums resulting in the need for hearing aids, TBI, PTSD, depression and anxiety.

4057.   Daniel Clayton Votrobek Jr. received extensive medical treatment at the Baghdad Medical Base. He received subsequent treatments at West Palm Beach VA Medical Center and Key West VA Medical Center in Florida.

4058.   As a result of the November 12, 2004 Terrorist Attack, and the injuries he suffered, Daniel Clayton Votrobek Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4059.   Plaintiff Daniel Clayton Votrobek Sr. is a citizen of the United States and domiciled in the State of Florida. He is the father of Daniel Clayton Votrobek Jr.

4060.   Plaintiff Lenore Jean Harp is a citizen of the United States and domiciled in the State of Florida. She is the mother of Daniel Clayton Votrobek Jr.

4061.   As a result of the November 12, 2004 Terrorist Attack, and the injuries suffered Daniel Clayton Votrobek Jr., Plaintiffs Daniel Clayton Votrobek Sr. and Lenore Jean Harp have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

341.  **THE NOVEMBER 12, 2004 ATTACK – FALLUJAH**

A.  **PLAINTIFFS THE BLAKE COLIN COLE FAMILY**

4062.  Plaintiff Blake Colin Cole is a citizen of the United States and domiciled in the State of Hawaii.

4063.  On November 12, 2004, Blake Colin Cole, age 22, was serving in the U.S. military in Iraq.

4064.  Mr. Cole was on a mission to conduct house clearing in a residential neighborhood in Fallujah when a grenade exploded nearby followed by a small arms fire fight.

4065.  The weapons used to attack and injure Mr. Cole were an Iranian manufactured/supplied grenade and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4066.  As a result of attack, Blake Colin Cole suffered shrapnel injuries in his left shin.

4067.  Blake Colin Cole received medical treatment for his shrapnel injuries at Camp Baharia.

4068.  As a result of the November 12, 2004 Terrorist Attack, and the injuries he suffered, Blake Colin Cole has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4069.  Plaintiff Lynda Sue Murray is a citizen of the United States and domiciled in the State of Texas. She is the mother of Blake Colin Cole.

4070.  Plaintiff Greg Robert Cole is a citizen of the United States and domiciled in the State of Illinois. He is the father of Blake Colin Cole.

4071.  As a result of the November 12, 2004 Terrorist Attack, and the injuries suffered by Blake Colin Cole, Plaintiffs Lynda Sue Murray and Greg Robert Cole have past and future

noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 342. THE NOVEMBER 12, 2004 ATTACK - FALLUJAH

#### A. PLAINTIFF SIMON PETER FLARITY

4072. Plaintiff Simon Peter Flarity is a citizen of the United States and domiciled in the State of Alabama.

4073. On November 12, 2004, Simon Peter Flarity, age 23, was serving in the U.S. military in Iraq.

4074. Mr. Flarity was ambushed with his unit by insurgents with small arms fire and RPGs.

4075. The weapon used to attack and injure Mr. Flarity was an Iranian manufactured/supplied RPG and Small Arms Fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4076. As a result of the attack, Simon Peter Flarity suffered shrapnel injuries to his left hand, tinnitus, and PTSD.

4077. Simon Peter Flarity received extensive medical treatment. Mr. Flarity was treated at the scene for his shrapnel injury. He was then treated at the Mobile Veterans Administration Outpatient Clinic in Alabama.

4078. As a result of the November 12, 2004 Terrorist Attack, and the injuries he suffered, Simon Peter Flarity has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 343.     THE NOVEMBER 11, 2004 ATTACK - FALLUJAH

#### A.  PLAINTIFFS THE RAY LEONARD LOPEZ FAMILY

4079.  Ray Leonard Lopez is a citizen of the United States and domiciled in the State of Texas.

4080.  On November 11, 2004, Ray Lopez, age 21, was serving in the U.S. military in Iraq.

4081.  At the time of the November 11, 20014 Terrorist Attack, Mr. Lopez and his unit were clearing houses in Fallujah when they came under attack from RPK Machine Gun fire.

4082.  The weapons used to attack and injure Mr. Lopez were Iranian manufactured/supplied machine guns provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4083.  Plaintiff, Sierra M. Vasquez, is a citizen of the United States and is domiciled in the state of Texas. She is the sister of Ray Leonard Lopez.

4084.  Plaintiff, Cassandra M. Nunez, is a citizen of the United States and is domiciled in the state of Texas. She is the sister of Ray Leonard Lopez.

4085.  Plaintiff, Susanne M. Lopez, is a citizen of the United States and is domiciled in the state of Texas. She is the sister of Ray Leonard Lopez.

4086.  Plaintiff, Sonia M. Lopez, is a citizen of the United States and is domiciled in the state of Texas. She is the sister of Ray Leonard Lopez.

4087.  Plaintiff, John R. Stanley, is a citizen of the United States and is domiciled in the state of Texas. He is the brother of Ray Leonard Lopez.

4088.  Plaintiff, Rebecca Vasquez, is a citizen of the United States and is domiciled in the state of Texas. She is the aunt of Ray Leonard Lopez.

4089.  As a result of the November 11, 2004 Terrorist Attack, and the injuries suffered by Ray Leonard Lopez therein, Plaintiffs, Sierra M. Vasquez, Cassandra M. Nunez, Susanne M. Lopez, Sonia M. Lopez, John R. Stanley, and Rebecca Vasquez, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 344.   THE NOVEMBER 11, 2004 ATTACK – FALLUJAH

### A.   PLAINTIFF RAMON JUNIOR BEJARANO

4090.  Plaintiff Ramon Junior Bejarano is a citizen of the United States and domiciled in the State of Illinois.

4091.  On November 11, 2004, Ramon Junior Bejarano, age 21, was serving in the U.S. military in Iraq.

4092.  Mr. Bejarano was on patrol with his unit sweeping buildings in Fallujah when they were attacked with RPGs.

4093.  The weapon used to attack and injure Mr. Bejarano was an Iranian manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4094.  As a result of the attack, Ramon Junior Bejarano suffered shrapnel to his right shin, injury to his right knee, shrapnel to both his eyes, tinnitus, PTSD and anxiety.

4095.  Ramon Junior Bejarano received extensive medical treatment including surgery to his right knee, surgery to his eyes, medical treatment for his tinnitus and psychiatric care for his PTSD and anxiety.

4096.  As a result of the November 11, 2004 Terrorist Attack, and the injuries he suffered, Ramon Junior Bejarano has past and future noneconomic damages, including

severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 345.   THE NOVEMBER 10, 2004 ATTACK - FALLUJAH

####    A.      PLAINTIFF BEAU ANTHONY MATTIODA

4097.   Plaintiff Beau Anthony Mattioda is a citizen of the United States and domiciled in the State of California.

4098.   On November 10, 2004, Beau Anthony Mattioda, age 23, was serving in the U.S. military in Iraq.

4099.   Mr. Mattioda was on a mission with his unit when his vehicle was hit by a rocket.

4100.   The weapon used to attack and injure Mr. Mattioda was an Iranian manufactured/supplied Rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4101.   As a result of the attack, Beau Anthony Mattioda suffered shrapnel injuries to hand and face; and PTSD.

4102.   Beau Anthony Mattioda received extensive medical treatment. Mr. Mattioda was treated at the Bravo surgical facility in Fallujah. He then received treatment from the Balboa Medical Center in San Diego, California and the Martinez Veterans Administration Healthcare System in California.

4103.   As a result of the November 10, 2004 Terrorist Attack, and the injuries he suffered, Beau Anthony Mattioda has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning

capacity.

**346.    THE NOVEMBER 10, 2004 ATTACK – TAJI**

    **A.    PLAINTIFFS THE MICHAEL ZIPP HANNA FAMILY**

4104.   Plaintiff Michael Zipp Hanna is a citizen of the United States and domiciled in the State of South Carolina.

4105.   On November 10, 2004, Michael Zipp Hanna, age 51, was serving in the U.S. military in Iraq.

4106.   Mr. Hanna was at Camp Cooke in Taji, on top of a Humvee oiling the gun, when a rocket hit about 200 meters to his left. The blast knocked him off of the Humvee, causing him to hit his head on the Humvee door as he was thrown to the ground, where he remained unconscious for some time.

4107.   The weapon used to attack and injure Mr. Hanna was an Iranian manufactured/supplied rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4108.   As a result of the attack, Michael Zipp Hanna suffered head, neck, shoulder and arm injuries as well as a concussion, TBI, depression, and PTSD.

4109.   Michael Zipp Hanna received extensive medical treatment at Troop Medical Center in Camp Buehring, Walter Reed Medical Center, Lourdes Hospital in New Jersey, and VA Centers in South Carolina and New Jersey. Treatment included surgeries on his shoulder and neck, medications, and ongoing physical and mental health therapy.

4110.   As a result of the November 10, 2004 Terrorist Attack, and the injuries he suffered, Michael Zipp Hanna has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4111.   Plaintiff Michael Alexander Hanna is a citizen of the United States and domiciled in the State of New York. He is the son of Michael Zipp Hanna.

4112.   As a result of the November 10, 2004 Terrorist Attack, and the injuries suffered by Michael Zipp Hanna, Plaintiff Michael Alexander Hanna has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 347.   THE NOVEMBER 10, 2004 ATTACK – FALLUJAH

### A.   PLAINTIFFS THE MICHAEL VINCENT PRATO FAMILY

4113.   Plaintiff Michael Vincent Prato is a citizen of the Unites States and domiciled in the State of Virginia.

4114.   On November 10, 2004, Michael Vincent Prato, age 26, was serving in the U.S. military in Iraq.

4115.   Mr. Prato was a Marine platoon leader during the Second Battle of Fallujah going house to house with his unit searching for enemy forces, and while doing so was attacked with small arms fire, grenades, RPGs, and IEDs. One grenade landed close to Mr. Prato, hitting him with the percussive shock of the grenade and shrapnel.

4116.   The weapon used to attack and injure Mr. Prato was an Iranian manufactured/supplied grenade, small arms fire, RPGs, and IEDs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4117.   As a result of the attack, Michael Vincent Prato suffered a shrapnel injury to his left knee, a TBI and PTSD.

4118.   Michael Vincent Prato received extensive medical treatment at the Dilorenzo Tricare Health Clinic, Washington, DC; and the Fort Belvoir Community Hospital, in Fort

Belvoir, Virginia.

4119.   As a result of the November 10, 2004 Terrorist Attack, and the injuries he suffered, Michael Vincent Prato has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4120.   Plaintiff Tess Rae Prato is a citizen of the United States and domiciled in the State of Illinois. She is the ex-wife of Michael Vincent Prato.

4121.   Plaintiff Charlene F. Holm is a citizen of the United States and domiciled in the State of Florida. She is the mother of Michael Vincent Prato.

4122.   Plaintiff Vincent M. Prato is a citizen of the United States and domiciled in the State of Nevada. He is the father of Michael Vincent Prato.

4123.   Plaintiff Madeline Prato is a citizen of the United States and domiciled in the State of Nevada. She is the step-mother of Michael Vincent Prato.

4124.   Plaintiff Tyler A. Higuera is a citizen of the United States and domiciled in the State of Florida. He is the brother of Michael Vincent Prato.

4125.   Plaintiff Nicole C. Prato is a citizen of the United States and domiciled in the State of Florida. She is the sister of Michael Vincent Prato.

4126.   Plaintiff Christopher T. Higuera is a citizen of the United States and domiciled in the State of Florida. He is the brother of Michael Vincent Prato.

4127.   Plaintiff Ryan M. Prato is a citizen of the United States and domiciled in the State of Nevada. He is the brother of Michael Vincent Prato.

4128.   As a result of the November 10, 2004 Terrorist Attack, and the injuries suffered by Michael Vincent Prato, Plaintiffs Tess Rae Prato, Charlene F. Holm, Vincent M. Prato,

Madeline Prato, Tyler A. Higuera, Nicole C. Prato, Christopher T. Higuera, and Ryan M. Prato have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### B.   PLAINTIFFS THE ROBERT ALLEN LEATHERWOOD, JR. FAMILY

4129.   Plaintiff Robert Allen Leatherwood, Jr. is a citizen of the United States and domiciled in the State of Texas.

4130.   On or about November 10, 2004, Robert Allen Leatherwood, Jr., age 21, was serving in the U.S. military in Iraq.

4131.   Robert Allen Leatherwood, Jr. was attacked by a daisy-chain IED, mortar, RPG, and small arms, while on foot patrol in Jalon Park, Fallujah, and engaged in a long firefight, during which he was shot in the hand.

4132.   The weapons used to attack and injure Robert Allen Leatherwood, Jr. were Iranian manufactured/supplied IED, mortar, RPG and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4133.   As a result of the November 10, 2004 Terrorist Attack, Robert Allen Leatherwood, Jr. sustained gunshot wound to his left hand and continues to suffer from PTSD, anxiety and panic attacks.

4134.   Robert Allen Leatherwood, Jr. received medical treatment for his gunshot wound in the field and at an aid station in Fallujah. Upon returning to the U.S., Robert Allen Leatherwood, Jr. received medical treatment at the Central Texas VA Healthcare System and St. David's Georgetown Hospital.

4135.   As a result of the November 10, 2004 Terrorist Attack, and the injuries he

suffered, Robert Allen Leatherwood, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4136.  Plaintiff Stacey Brooke Leatherwood is a citizen of the United States and is domiciled in the State of Texas. She is the half-sister of Robert Allen Leatherwood, Jr.

4137.  Plaintiff Lindsay Deanne Reyes is a citizen of the United States and is domiciled in the State of Texas. She is the step-sister of Robert Allen Leatherwood, Jr.

4138.  Plaintiff Wendy Deanne Leatherwood is a citizen of the United States and is domiciled in the State of Texas. She is the step-mother of Robert Allen Leatherwood, Jr.

4139.  Plaintiff Robert Allen Leatherwood, Sr. is a citizen of the United States and is domiciled in the State of Texas. He is the father of Robert Allen Leatherwood, Jr.

4140.  Plaintiff Debbie Lee Zenk is a citizen of the United States and is domiciled in the State of Texas. She is the mother of Robert Allen Leatherwood, Jr.

4141.  Plaintiff Kenneth Wayne Leatherwood is a citizen of the United States and is domiciled in the State of Texas. He is the brother of Robert Allen Leatherwood, Jr.

4142.   Plaintiff Kenneth Clayton Ronald Wilhelm is a citizen of the United States and is domiciled in the State of Texas. He is the step-brother of Robert Allen Leatherwood, Jr.

4143.   As a result of the November 10, 2004 Terrorist Attack and the injuries suffered by Robert Allen Leatherwood, Jr., plaintiffs Stacey Brooke Leatherwood, Lindsay Deanne Reyes, Wendy Deanne Leatherwood, Robert Allen Leatherwood, Sr., Debbie Lee Zenk, Kenneth Wayne Leatherwood, and Kenneth Clayton Ronald Wilhelm have incurred past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and economic damages, both past and future, including loss of

services.

**348.   THE NOVEMBER 9, 2004 ATTACK – FALLUJAH**

     **A.   PLAINTIFF GARRETT MICHAEL MARSH**

4144.   Plaintiff Garrett Michael Marsh is a citizen of the United States and domiciled in the State of Virginia.

4145.   On November 9, 2004, Garrett Michael Marsh, age 21, was serving in the U.S. military in Iraq.

4146.   Mr. Marsh was on patrol with his unit in Fallujah when it was ambushed in the complex attack by a large terrorist cell employing heavy sustained small arms fire, RPGs, grenades, and mortars. Mr. Marsh was severely injured by a grenade.

4147.   The weapons used to attack and injure Mr. Marsh were an Iranian manufactured/supplied munitions and weapons provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4148.   As a result of the attack, Garrett Michael Marsh suffered injuries that include, but are not limited to, shrapnel wounds to the neck, forehead and arm with scarring, a TBI, tinnitus, PTSD, and depression.

4149.   Garrett Michael Marsh received extensive medical treatment, including past and ongoing care for these injuries, at military base hospitals, Veterans Medical Centers and other medical providers.

4150.   As a result of the November 9, 2004 Terrorist Attack, and the injuries he suffered, Garrett Michael Marsh has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### B.    PLAINTIFFS THE TERRY LYNN MCELWAIN FAMILY

4151.   Plaintiff Terry Lynn McElwain is a citizen of the United States and domiciled in the State of California.

4152.   On November 9, 2004, Terry Lynn McElwain, age 31, was serving in the U.S. military in Iraq.

4153.   Mr. McElwain was on patrol with his unit in Fallujah when his unit was attacked by a large terrorist cell employing heavy sustained small arms fire, RPGs, grenades, and mortars. Mr. McElwain was severely injured by an RPG.

4154.   The weapons used to attack and injure Mr. McElwain were Iranian manufactured/supplied RPGs, mortars, small arms fire, snipers, and grenades provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4155.   As a result of the attack, Terry Lynn McElwain suffered shrapnel to his right thigh, right testicle, right arm and face, tinnitus, permanent hearing loss and deafness in his right ear, TBI and PTSD.

4156.   Terry Lynn McElwain received extensive medical treatment including removal of the shrapnel, treatment for his tinnitus, TBI and physiological care for PTSD immediately after the attack.

4157.   As a result of the November 9, 2004 Terrorist Attack, and the injuries he suffered, Terry Lynn McElwain has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4158.   Plaintiff Julia Dantong McElwain is a citizen of the United States and domiciled in the State of California. She is the wife of Terry Lynn McElwain.

4159.   Plaintiff S. M, a minor, represented by her legal guardians Terry Lynn McElwain

and Julia Dantong McElwain, is a citizen of the United States and domiciled in the State of California. She is the daughter of Terry Lynn McElwain and Julia Dantong McElwain.

4160.   Plaintiff R. M, a minor, represented by his legal guardians Terry Lynn McElwain and Julia Dantong McElwain, is a citizen of the United States and domiciled in the State of California. He is the son of Terry Lynn McElwain and Julia Dantong McElwain.

4161.   Plaintiff Eleanor E. McElwain is a citizen of the United States and domiciled in the State of Kansas. She is the mother of Terry Lynn McElwain.

4162.   Plaintiff Tracy Rosario is a citizen of the United States and domiciled in the State of Kansas. She is the sister of Terry Lynn McElwain.

4163.   Plaintiff Angel Michelle Hughes is a citizen of the United States and domiciled in the State of Kansas. She is the sister of Terry Lynn McElwain.

4164.   Plaintiff Travis McElwain is a citizen of the United States and domiciled in the State of California. He is the brother of Terry Lynn McElwain.

4165.   Plaintiff James S. McElwain is a citizen of the United States and domiciled in the State of Kansas. He is the brother of Terry Lynn McElwain.

4166.   As a result of the November 9, 2004 Terrorist Attack, and the injuries suffered by Terry Lynn McElwain, Plaintiffs Julia Dantong McElwain, S. M, a minor, R. M, a minor, Eleanor E. McElwain, Tracy Rosario, Angel Michelle Hughes, Travis McElwain, James S. McElwain have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 349.   THE NOVEMBER 9, 2004 ATTACK – MUSAYIB

#### A.   PLAINTIFF VINCENT WILLIAM GIZZARELLI

4167.   Plaintiff Vincent William Gizzarelli is a citizen of the United States and

domiciled in the State of North Carolina.

4168.   On November 9, 2004, Vincent William Gizzarelli, age 25, was serving in the U.S. military in Iraq.

4169.   Mr. Gizzarelli was on patrol with his unit in Musayib when they were ambushed and a nearby vehicle was struck by an RPG, injuring Mr. Gizzarelli.

4170.   The weapon used to attack and injure Mr. Gizzarelli was an Iranian manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4171.   As a result of the attack, Vincent William Gizzarelli suffered injuries that include, but are not limited to, shrapnel wounds to the inside left knee and shin, a TBI, and PTSD.

4172.   Vincent William Gizzarelli received extensive medical treatment, including past and ongoing care for these injuries, at several Veterans Medical Centers and VA medical providers.

4173.   As a result of the November 9, 2004 Terrorist Attack, and the injuries he suffered, Vincent William Gizzarelli has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

**350.   THE NOVEMBER 9, 2004 ATTACK – FALLUJAH**

**A.   PLAINTIFFS THE ABRAHAM SIMPSON FAMILY**

4174.   Plaintiff Abraham Simpson was a citizen of the United States and was domiciled in the State of California at the time of his death.

4175.   On November 9, 2004, Abraham Simpson, age 19, was serving in the U.S.

military in Iraq.

4176.   Mr. Simpson was setting up mortars when he was struck by an RPG in the Al Anbar Province, North of the train station in Fallujah, Iraq, on November 9, 2004.

4177.   Abraham Simpson was killed in the attack.

4178.   The weapon used to attack and injure Mr. Simpson was an Iranian manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4179.   Plaintiff Maria Luz Simpson is a citizen of the United States and domiciled in the State of California.  She is the mother of Abraham Simpson.

4180.   Plaintiff James T. Simpson is a citizen of the United States and domiciled in the State of California.  He is the father of Abraham Simpson.

4181.   Plaintiff David Simpson is a citizen of the United States and domiciled in the State of California.  He is the brother of Abraham Simpson.

4182.   Plaintiff Paul Simpson is a citizen of the United States and domiciled in the State of California.  He is the brother of Abraham Simpson.

4183.   Plaintiffs James T. Simpson and Maria Luz Simpson bring an action individually, and on behalf of the Estate of Abraham Simpson, and all heirs thereof, as its legal representative.

4184.   As a result of the November 9, 2004 Terrorist Attack, and the injuries suffered by and the death of Abraham Simpson, Plaintiffs, Maria Luz Simpson, James T. Simpson, David Simpson, and Paul Simpson have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Abraham Simpson's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the Estate of Abraham Simpson.

### 351.   THE NOVEMBER 9, 2004 ATTACK – FALLUJAHBOWL

### A.   PLAINTIFFS THE JAMES ALAN BELL FAMILY

4185.   Plaintiff James Alan Bell is a citizen of the United States and domiciled in the State of Texas.

4186.   On November 9, 2004, James Alan Bell, age 22, was serving in the U.S. military in Iraq.

4187.   Mr. Bell was on patrol with his unit in Fallujah when they were ambushed and Mr. Bell was hit by a grenade.

4188.   The weapon used to attack and injure Mr. Bell was an Iranian manufactured/supplied grenade provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4189.   As a result of the attack, James Alan Bell suffered injuries that include, but are not limited to, shrapnel injuries to the head, neck and face, residual scarring, PTSD, anxiety and depression.

4190.   James Alan Bell received extensive medical treatment, including past and ongoing care for his injuries at Camp Fallujah, Doris Miller Veterans Medical Center and other military hospitals and Veterans medical centers.

4191.   As a result of the November 9, 2004 Terrorist Attack, and the injuries he suffered, James Alan Bell has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4192.   Plaintiff Linda S. Bell is a citizen of the United States and domiciled in the State of Texas. She is the mother of James Alan Bell.

4193.   Plaintiff David Craig is a citizen of the United States and domiciled in the

State of Florida. He is the father of James Alan Bell.

4194.   Plaintiff Jon G. Bell is a citizen of the United States and domiciled in the State of Texas. He is the brother of James Alan Bell.

4195.   As a result of the November 9, 2004 Terrorist Attack, and the injuries suffered by James Alan Bell, Plaintiffs Linda S. Bell, David Craig and Jon G. Bell have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 352.   THE NOVEMBER 9, 2004 ATTACK – FALLUJAH

#### A.   PLAINTIFFS THE DEREK DAVID MCGINNIS FAMILY

4196.   Plaintiff Derek David McGinnis is a citizen of the United States and domiciled in the State of California.

4197.   On November 9, 2004, Derek David McGinnis, age 27, was serving in the U.S. military in Iraq.

4198.   Mr. McGinnis was in Fallujah on a mission to save injured marines.  He was loading marines into the ambulance when they received aggressive small arms fire and then a suicide bomber with a VBIED crashed into Mr. McGinnis's ambulance.

4199.   The weapon used to attack and injure Mr. McGinnis was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4200.   As a result of the attack, Derek David McGinnis suffered an amputated leg, shrapnel injuries, a collapsed lung, a TBI, an eye injury, PTSD, and depression.

4201.   Derek David McGinnis received extensive medical treatment; he had multiple surgeries on his leg, including amputation, and multiple surgeries to repair his right eye. He also

has had counseling for PTSD.

4202.   As a result of the November 9, 2004 Terrorist Attack, and the injuries he suffered, Derek David McGinnis has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4203.   Plaintiff Andrea M. McGinnis is a citizen of the United States and domiciled in the State of California. She is the wife of Derek David McGinnis.

4204.   As a result of the November 9, 2004 Terrorist Attack, and the injuries suffered by Derek David McGinnis, Plaintiff Andrea M. McGinnis has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 353.   THE NOVEMBER 9, 2004 ATTACK – FALLUJAH

#### A.   PLAINTIFF DANNY TRAM

4205.   Plaintiff, Danny Tram, is a citizen of the United States and domiciled in the State of Oregon.

4206.   On November 9, 2004, Danny Tram, age 19, was serving in the U.S. military in Iraq.

4207.   Mr. Tram was on patrol with his unit in Fallujah when he was attacked by an IED, small arms fire, and then an RPG.

4208.   The weapons used to attack and injure Mr. Tram was an Iranian manufactured/supplied IED, small arms fire, and an RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4209.   As a result of the attack, Danny Tram sustained damage to his head, legs, lower back, and PTSD.

4210.   Danny Tram received extensive medical treatment including removal of shrapnel from both legs, as well as psychiatric care for his PTSD.

4211.   As a result of the November 9, 2004, Terrorist Attack, and the injuries he suffered, Danny Tram has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 354.   THE NOVEMBER 8, 2004 ATTACK – MOSUL

#### A.   PLAINTIFF ARTHUR LOUIS TOMPKINS

4212.   Plaintiff Arthur Louis Tompkins is a citizen of the United States and domiciled in the State of Pennsylvania.

4213.   On November 8, 2004, Arthur Louis Tompkins, age 42, was serving in the U.S. military in Iraq.

4214.   Mr. Tompkins and his team were driving on Main Supply Route Tampa in Mosul, Iraq, on a mission to escort General Carter Ham from Headquarters to Forward Operating Base Patriot when their vehicle was struck by a VBIED.

4215.   The weapon used to attack and injure Mr. Tompkins was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4216.   As a result of the attack, Arthur Louis Tompkins suffered TBI, lacerations to his right hand, a concussion, tinnitus, PTSD, anxiety attacks, and depression.

4217.   Arthur Louis Tompkins received extensive medical treatment at VA Butler Healthcare in Butler, Pennsylvania and at Mercer County VA Outpatient clinic in Heritage, Pennsylvania.

4218.   As a result of the November 8, 2004 Terrorist Attack, and the injuries he

suffered, Arthur Louis Tompkins has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 355. THE NOVEMBER 6, 2004 ATTACK – RAMADI

#### A. PLAINTIFF ERIK DOUGLAS JOHNSON

4219.   Plaintiff Erik Douglas Johnson is a citizen of the United States and domiciled in the State of Virginia.

4220.   On November 6, 2004, Mr. Johnson, age 21, was serving in the U.S. military in Iraq.

4221.   During a patrol in Ramadi, Iraq, Erik Douglas Johnson's transport vehicle was attacked by a VBIED which was driven into Mr. Johnson's vehicle and exploded.

4222.   The weapon used to attack and injure Erik Douglas Johnson was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4223.   As a result of the November 6, 2004 Terrorist Attack, Mr. Johnson suffered third degree burns to his hands and face, scarring, perforated ear drums, and chronic pain.

4224.   Erik Douglas Johnson received extensive medical treatment, including at the Balad Air Base, Landstuhl Regional Medical Center, Brooke Army Medical Center, Joint Base San Antonio Military Treatment Facility, Basset Army Community Hospital Wainwright, and Evans Army Community Hospital Fort Carson.

4225.   As a result of the November 6, 2004 Terrorist Attack, and the injuries he suffered, Erik Douglas Johnson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages,

including medical expenses, lost income, and loss of earning capacity.

**356.  THE NOVEMBER 5, 2004 ATTACK - RAMADI**

**A.  PLAINTIFFS THE JAMES MICHAEL HURST FAMILY**

4226.  James Michael Hurst is a citizen of the United States and domiciled in the State of South Carolina.

4227.  On or about November 5, 2004, James Michael Hurst, age 28, was serving in the U.S. military in Iraq.

4228.  On the dates between November 5, 2004 and November 10, 2004, Mr. Hurst's unit was on a mission called "movement to contact". Their goal was to locate IEDs. During this time, several IEDs were set off. One particular IED explosion was about 10 feet away from Mr. Hurst while his vehicle was stopped. Mr. Hurst had opened the driver hatch to get some air when he saw a tree explode next to him. Mr. Hurst had severe ringing in his ears. Their vehicles were taken back to ROB Ramadi for inspection and then were sent on a three day mission.

4229.  The weapons used to attack and injure Mr. Hurst were IEDs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4230.  As a result of the November 2004 Terrorist Attack, Mr. Hurst sustained significant injuries. Mr. Hurst was diagnosed with a TBI and tinnitus in 2005. He cannot hear from his right ear when background noise is present. Due to the TBI, Mr. Hurst suffers from headaches which he receives Botox treatments to help control as well as pain medication.

4231.  James Michael Hurst continues to receive treatment at the Wm. Jennings Bryan Dorm VA Medical Center.

4232.  Plaintiff Alvia Masayon Hurst is a citizen of the United States and domiciled

in the State of South Carolina. She is the wife of James Michael Hurst.

4233.   Plaintiff Bausten Cole Hurst is a citizen of the United States and domiciled in the State of South Carolina. He is the son of James Michael Hurst.

4234.   As a result of the November 2004 Terrorist Attack, and the injuries suffered by James Michael Hurst, Plaintiffs Alvia Masayon Hurst and Bausten Cole Hurst have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 357.   THE NOVEMBER 4, 2004 ATTACK - FALLUJAH

### A.   PLAINTIFF ALLEN LAMAR PRATT

4235.   Plaintiff Allen Lamar Pratt is a citizen of the United States and domiciled in the State of Pennsylvania.

4236.   On November 4, 2004, Allen Lamar Pratt, age 22, was serving in the U.S. military in Iraq.

4237.   Mr. Pratt was attacked with RPGs and small arms fire while clearing houses on foot.

4238.   The weapon used to attack and injure Mr. Pratt was an Iranian manufactured/supplied RPG and Small Arms Fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4239.   As a result of the attack, Allen Lamar Pratt suffered severe open wound to his genitals; TBI and PTSD.

4240.   Allen Lamar Pratt received extensive medical treatment. Mr. Pratt was medevac'd to his base for stabilization. He was then treated in Landstuhl, Germany; Philadelphia Veterans Administration Center in Pennsylvania; and the Coatesville Veterans

Affairs Medical Center in Pennsylvania.

4241.   As a result of the November 4, 2004 Terrorist Attack, and the injuries he suffered, Allen Lamar Pratt has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 358.   THE NOVEMBER 2, 2004 ATTACK - BAGHDAD

#### A.   PLAINTIFF KENNETH ROBERT GORDON

4242.   Plaintiff Kenneth Robert Gordon is a citizen of the United States and domiciled in the State of Pennsylvania.

4243.   On November 2, 2004, Kenneth Robert Gordon, age 22, was serving in the U.S. military in Iraq.

4244.   Mr. Gordon was on foot patrol with his unit near Talaea Square in Baghdad when he was struck by hand grenades.

4245.   The weapon used to attack and injure Mr. Gordon were Iranian manufactured/supplied hand grenades provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4246.   As a result of the attack, Mr. Gordon sustained significant injuries including shrapnel injuries to left leg and right hand, TBI and severe PTSD.

4247.   Mr. Gordon received extensive medical treatment including surgery immediately after the attack, and hospitalization.

4248.   As a result of the November 2, 2004 Terrorist Attack, and the injuries he suffered, Kenneth Robert Gordon has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning

capacity.

**359.   THE NOVEMBER 1, 2004 ATTACK – BAGHDAD**

   **A.   PLAINTIFFS THE BRADLEY CHRISTIAN TANDE, JR. FAMILY**

4249.   Bradley Christian Tande, Jr. is a citizen of the United States and domiciled in the State of California.

4250.   On November 1, 2004, Bradley Christian Tande, Jr., age 32, was serving in the U.S. Military in Iraq.

4251.   During November 2004, Camp Victory was the target of several 122 mm rocket attacks. On November 1, 2004 at approximately 8:00 a.m., one of the 122 mm rockets struck Mr. Tande's trailer where he slept, blowing it up. Although Mr. Tande escaped without any serious physical injuries, the attack caused him extreme anxiety and PTSD.

4252.   The weapons used to attack and injure Mr. Tande were Iranian manufactured and supplied 122 mm rockets provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4253.   As a result of the attack, Bradley Tande suffered, and continues to suffer from PTSD, anxiety, insomnia and depression.

4254.   Mr. Tande received medical care, medication and counseling for his injuries.

4255.   Plaintiff Dianna D. Tande is a citizen of the United States and domiciled in the State of Montana. She is the mother of Bradley Christian Tande, Jr.

4256.   As a result of the November 1, 2004 Terrorist Attack, and the injuries suffered by Bradley Christian Tande, Jr., Plaintiff Dianna D. Tande has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 360. THE OCTOBER 31, 2004 ATTACK – FOB MAREZ, MOZUL

### A. PLAINTIFFS THE JOHATHAN BRICK HOGGE FAMILY

4257. Plaintiff Jonathan Brock Hogge is a citizen of the United States and domiciled in the State of Washington.

4258. On October 31, 2004 Jonathan Brock Hogge, age 21, was serving in the U.S. military in Iraq.

4259. Mr. Hogge was stationed at FOB Marez when the base was attacked with mortars.

4260. The weapon used to attack and injure Mr. Hogge was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4261. As a result of the attack, Jonathan Brock Hogge suffered injuries that include, but are not limited to, a back injury and PTSD.

4262. Jonathan Brock Hogge received extensive medical treatment, including past and ongoing care for these injuries, at various Veterans Medical Centers and VA healthcare providers.

4263. As a result of the October 31, 2004 Terrorist Attack, and the injuries he suffered, Jonathan Brock Hogge has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4264. Plaintiff T.B.H, a minor child, represented by his legal guardians Jonathan Brock Hogge, is a citizen of the United States and domiciled in the State of Washington. He is the son of Jonathan Brock Hogge.

4265. Plaintiff K.A.H., a minor child, represented by her legal guardian Jonathan Brock Hogge, is a citizen of the United States and domiciled in the State of Washington. She is the

daughter of Jonathan Brock Hogge.

4266.   As a result of the October 31, 2004, Terrorist Attack, and the injuries suffered by Jonathan Brock Hogge, Plaintffs T.B.J., a minor child and K.A.H., a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 361.   THE OCTOBER 27, 2004 ATTACK – BALAD

#### A.   PLAINTIFFS THE ALEXANDER RESTIFO FAMILY

4267.   Plaintiff Alexander Restifo is a citizen of the United States and domiciled in the State of New York.

4268.   On October 27, 2004, Alexander Restifo, age 20, was serving in the U.S. military in Iraq.

4269.   Mr. Restifo was the gunner in an up-armored Humvee, traveling second in a convoy of four vehicles that were headed North on Highway 1, South of the Balad Airbase. The convoy was attacked by three IEDs, followed by an RPG and Small Arms Fire. Mr. Restifo's vehicle was struck by an IED, the force of the explosion knocked Mr. Restifo unconscious.

4270.   The weapons used to attack and injure Mr. Restifo were Iranian manufactured/supplied IED, RPG and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4271.   As a result of the attack, Mr. Restifo suffered injuries to his neck from shrapnel, a TBI, and PTSD.

4272.   Mr. Restifo received extensive medical treatment at Forward Operating Base Orion, in Balad, Iraq; LSA Anaconda Hospital, in Balad, Iraq; and VA Western New York

Health Care System, in Buffalo, New York.

4273.  As a result of the October 27, 2004 Terrorist Attack, and the injuries he suffered, Alexander Restifo has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4274.  Plaintiff Salvatore A. Restifo is a citizen of the United States and domiciled in the State of New York. He is the father of Alexander Restifo.

4275.  Plaintiff Nancy A. Restifo is a citizen of the United States and domiciled in the State of New York. She is the mother of Alexander Restifo.

4276.  As a result of the October 27, 2004 Terrorist Attack, and the injuries suffered by Alexander Restifo, Plaintiffs Salvatore A. Restifo and Nancy A. Restifo have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 362.   THE OCTOBER 27, 2004 ATTACK - BAGHDAD

#### A.   PLAINTIFFS THE MARTIN FLORES-DOMINGUEZ FAMILY

4277.  Plaintiff Martin Flores-Dominguez is a citizen of the United States and domiciled in  the State of Oklahoma.

4278.  On October 27, 2004, Martin Flores-Dominguez, age 34, was serving in the U.S. military  in Iraq.

4279.  Mr. Flores-Dominguez was at Camp Cuervo in Baghdad walking to the mess hall when he was struck by a RPG.

4280.  The weapon used to attack and injure Mr. Flores-Dominguez was an Iranian manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and

Iranian-trained terror operatives in Iraq.

4281.   As a result of the attack, Mr. Flores-Dominguez suffered significant injuries to his abdomen, back injury, shattered pelvis, right testicle, loss of small intestine, reoccurring hernias, TBI, loss of hearing, tinnitus, short term memory loss, PTSD and anxiety.

4282.   Mr. Flores-Dominguez received extensive medical treatment including multiple surgeries, multiple hospitalizations, psychological care after the attack.

4283.   As a result of the October 27, 2004 Terrorist Attack, and the injuries he suffered, Martin Flores-Dominguez has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4284.   Plaintiff Carmen Flores is a citizen of the United States and domiciled in the State of Oklahoma. She is the wife of Martin Flores-Dominguez.

4285.   Plaintiff Jessica Flores is a citizen of the United States and domiciled in the State of Oklahoma. She is the daughter of Martin Flores-Dominguez.

4286.   Plaintiff Kasandra Flores is a citizen of the United States and domiciled in the State of Oklahoma. She is the daughter of Martin Flores-Dominguez.

4287.   Plaintiff Katherine Schell is a citizen of the United States and domiciled in Germany. She is the daughter of Martin Flores-Dominguez.

4288.   As a result of the October 27, 2004 Terrorist Attack, and the injuries suffered by Martin Flores-Dominguez,  Plaintiffs Carmen Flores, Jessica Flores, Kasandra Flores, and Katherine Schell have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past

and future economic damages, including loss of services.

### 363. THE OCTOBER 24, 2004 ATTACK - HASWA

#### A. PLAINTIFF MICHAEL RAFAEL HERNANDO

4289. Plaintiff Michael Rafael Hernando is a citizen of the United States and domiciled in the State of Florida.

4290. On October 24, 2004, Michael Rafael Hernando, age 29, was serving in the U.S. military in Iraq.

4291. Mr. Hernando was on security patrol in Haswa when his unit was attacked with RPGs, mortars and small arms fire.

4292. The weapon used to attack and injure Mr. Hernando was an Iranian manufactured/supplied RPGs, mortars and Small Arms Fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4293. As a result of the attack, Michael Rafael Hernando suffered shrapnel injuries to his chin, left leg and right buttox, in addition to PTSD.

4294. Michael Rafael Hernando received extensive medical treatment. Mr. Hernando has been treated at the Naval Hospital at Camp Lejeune, North Carolina; the Water Reed Army Medical Center in Washington, DC; and the James A. Haley Veterans Hospital in Tampa, Florida.

4295. As a result of the October 24, 2004 Terrorist Attack, and the injuries he suffered, Michael Rafael Hernando has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 364.   THE OCTOBER 15, 2004 ATTACK – ISKANDARIYAH

### A.   PLAINTIFF VINCENT WILLIAM GIZZARELLI

4296.   Plaintiff Vincent William Gizzarelli is a citizen of the United States and domiciled in the State of North Carolina.

4297.   On or about October 15, 2004, Vincent William Gizzarelli, age 25, was serving in the U.S. military in Iraq.

4298.   Mr. Gizzarelli was on patrol with his unit in Iskandariyah when his vehicle was struck by an IED.

4299.   The weapon used to attack and injure Mr. Gizzarelli was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4300.   As a result of the attack, Vincent William Gizzarelli suffered injuries that include, but are not limited to, chronic migraines and tinnitus.

4301.   Vincent William Gizzarelli received extensive medical treatment, including past and ongoing care for these injuries, at several Veterans Medical Centers and VA medical providers.

4302.   As a result of the Terrorist Attack on or about October 15, 2004, and the injuries he suffered, Vincent William Gizzarelli has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 365.   THE OCTOBER 14, 2004 ATTACK - BAGHDAD

### A.   PLAINTIFF CHESTER J. ROGERS

4303.   Plaintiff Chester J. Rogers is a citizen of the United States and domiciled in

the State of Rhode Island.

4304.   On October 14, 2004, Chester J. Rogers, age 31, was serving in the U.S. military in Iraq.

4305.   Mr. Rogers was in the Bazaar located inside of the Green Zone in Baghdad, when he was struck by an IED.

4306.   The weapon used to attack and injure Mr. Rogers was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4307.   As a result of the attack, Chester J. Rogers suffered significant injuries. Suffering a TBI, migraines, memory loss, PTSD, anxiety, depression and insomnia.

4308.   Chester J. Rogers received extensive medical treatment including medications and psychiatric therapy.

4309.   As a result of the October 14, 2004 Terrorist Attack, and the injuries he suffered, Chester J. Rogers has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

**366.   THE OCTOBER 12, 2004 ATTACK - AL KARMAH**

**A.     PLAINTIFFS THE MATTHEW JOSEPH SOLBERG FAMILY**

4310.   Plaintiff Matthew Joseph Solberg is a citizen of the United States and domiciled in the State of Wisconsin.

4311.   On October 12, 2004, Matthew Joseph Solberg, age 19, was serving in the U.S. military in Iraq.

4312.   Mr. Solberg was patrolling a neighborhood in Al Karmah when he was attacked with an IED as he was climbing into the back-passenger seat of his Humvee, causing severe

physical injuries to Mr. Solberg.

4313.   The weapon used to attack and injure Mr. Solberg was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4314.   As a result of the attack, Matthew Joseph Solberg suffered a TBI, headaches, a concussion, a back injury, PTSD, and sustained shrapnel to his arms and legs.

4315.   Matthew Joseph Solberg received extensive medical treatment in the field at the time of the October 12, 2004 Terrorist Attack, as well as at Abu Ghraib immediately following the October 12, 2004 Terrorist Attack. Mr. Solberg was medi-evacuated to Travis Air Force Base where he continued receiving medical treatment. From October 12, 2004 through the present, Mr. Solberg received follow-up medical treatment and/or counseling at Landstuhl Regional Medical Center, Walter Reed Military Medical Center, Naval Medical Center in San Diego, Milwaukee VA Medical Center, Appleton VA Clinic, St. Elizabeth Hospital, Aspirus Langlade Hospital, and Appleton Alliance Church.

4316.   As a result of the October 12, 2004 Terrorist Attack, and the injuries he suffered, Matthew Joseph Solberg has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4317.   Plaintiff Laurie Hebbe is a citizen of the United States and domiciled in the State of Wisconsin. She is the mother of Matthew Joseph Solberg.

4318.   Plaintiff Roger Hebbe is a citizen of the United States and domiciled in the State of Wisconsin. He is the step-father of Matthew Joseph Solberg.

4319.   Plaintiff Sam Hebbe is a citizen of the United States and domiciled in the State of

Wisconsin. He is the step-brother of Matthew Joseph Solberg.

4320.   Plaintiff Jacob Hebbe is a citizen of the United States and domiciled in the State of Wisconsin. He is the step-brother of Matthew Joseph Solberg.

4321.   As a result of the October 12, 2004 Terrorist Attack, and the injuries suffered by Matthew Joseph Solberg, Plaintiffs Laurie Hebbe, Roger Hebbe, Sam Hebbe, and Jacob Hebbe have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### B.    PLAINTIFF SIMON PETER FLARITY

4322.   Plaintiff Simon Peter Flarity is a citizen of the United States and domiciled in the State of Alabama.

4323.   On October 12, 2004, Simon Peter Flarity, age 23, was serving in the U.S. military in Iraq.

4324.   Mr. Flarity was with his unit in Al Karmah when they were ambushed by insurgents with small arms fire and RPGs.

4325.   The weapon used to attack and injure Mr. Flarity was an Iranian manufactured/supplied RPG and Small Arms Fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4326.   As a result of the attack, Simon Peter Flarity suffered PTSD.

4327.   Simon Peter Flarity received extensive medical treatment. He was then treated at the Mobile Veterans Administration Outpatient Clinic in Alabama.

4328.   As a result of the October 12, 2004 Terrorist Attack, and the injuries he suffered, Simon Peter Flarity has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages,

including medical expenses, lost income, and loss of earning capacity.

### 367. THE OCTOBER 11, 2004 ATTACK - FALLUJAH

#### A. PLAINTIFFS THE RAY LEONARD LOPEZ FAMILY

4329. Ray Leonard Lopez is a citizen of the United States and domiciled in the State of Texas.

4330. On October 11, 2004, Ray Leonard Lopez, age 21, was serving in the U.S. military in Iraq.

4331. At the time of the October 11, 2014 Terrorist Attack, Mr. Lopez was with his unit in Fallujah when his unit came under mortar fire attack.

4332. The weapons used to attack and injure Mr. Lopez were Iranian manufactured/supplied mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4333. Plaintiff, Sierra M. Vasquez, is a citizen of the United States and is domiciled in the state of Texas. She is the sister of Ray Leonard Lopez.

4334. Plaintiff, Cassandra M. Nunez, is a citizen of the United States and is domiciled in the state of Texas. She is the sister of Ray Leonard Lopez.

4335. Plaintiff, Susanne M. Lopez, is a citizen of the United States and is domiciled in the state of Texas. She is the sister of Ray Leonard Lopez.

4336. Plaintiff, Sonia M. Lopez, is a citizen of the United States and is domiciled in the state of Texas. She is the sister of Ray Leonard Lopez.

4337. Plaintiff, John R. Stanley, is a citizen of the United States and is domiciled in the state of Texas. He is the brother of Ray Leonard Lopez.

4338. Plaintiff, Rebecca Vasquez, is a citizen of the United States and is domiciled in the state of Texas. She is the aunt of Ray Leonard Lopez.

4339.  As a result of the October 11, 2004 Terrorist Attack, and the injuries suffered by Ray Leonard Lopez therein, Plaintiffs, Sierra M. Vasquez, Cassandra M. Nunez, Susanne M. Lopez, Sonia M. Lopez, John R. Stanley, and Rebecca Vasquez, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 368.   THE OCTOBER 11, 2004 ATTACK – RAMADI

### A.   PLAINTIFF EDDIE SANTOS FERNANDEZ

4340.  Plaintiff Eddie Santos Fernandez is a citizen of the United States and domiciled in the State of California.

4341.  On October 11, 2004, Eddie Santos Fernandez, age 36, was serving in the U.S. military in Iraq.

4342.  Mr. Fernandez was at Camp Ramadi walking from the barracks to the chow hall when a mortar struck near him, throwing him into a steel door and rendering him unconscious.

4343.  The weapon used to attack and injure Mr. Fernandez was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4344.  As a result of the attack, Eddie Santos Fernandez suffered a concussion, TBI, PTSD, depression, and anxiety.

4345.  Eddie Santos Fernandez has received extensive medical treatment at the VA Long Beach Healthcare System, including occupational therapy, testing, and psychological treatment.

4346.  As a result of the October 11, 2004 Terrorist Attack, and the injuries he suffered, Eddie Santos Fernandez has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic

damages, including medical expenses, lost income, and loss of earning capacity.

### 369.  THE OCTOBER 9, 2004 ATTACK - KARMAH

#### A.  PLAINTIFF KEITH EDWARD ROGERS

4347.  Plaintiff Keith Edward Rogers is a citizen of the United States and domiciled in the State of California.

4348.  On October 9, 2004, Keith Edward Rogers, age 18, was serving in the U.S. military in Iraq.

4349.  Mr. Rogers was with his unit in a convoy in Karmah when his vehicle was hit with a VBIED and took on small arms fire.

4350.  The weapon used to attack and injure Mr. Rogers was an Iranian manufactured/supplied VBIED and small arms fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4351.  As a result of the attack, Keith Edward Rogers suffered significant injuries to include 2nd degree burns to neck, back and hands, hearing loss, tinnitus, concussion, dizziness headaches, and memory loss.

4352.  Keith Edward Rogers received extensive medical treatment directly after the attack including basic first aid for burns, followed surgical care and pain medication.

4353.  As a result of the October 9, 2004 Terrorist Attack, and the injuries he suffered, Keith Edward Rogers has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

#### B.  PLAINTIFFS THE DANIEL LEONARD POULSEN FAMILY

4354.  Plaintiff Daniel Leonard Poulsen is a citizen of the United States and domiciled in the State of Nebraska.

4355.   On October 9, 2004, Daniel Leonard Poulsen, age 20, was serving in the U.S. military in Iraq.

4356.   Mr. Poulsen was with his unit in a convoy in Karmah when his vehicle was hit with a VBIED and took on small arms fire.

4357.   The weapon used to attack and injure Mr. Poulsen was an Iranian manufactured/supplied VBIED and small arms fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4358.   As a result of the attack, Daniel Leonard Poulsen suffered significant injuries to include 3rd degree burns on hand, concussion, TBI, tinnitus, and PTSD.

4359.   Daniel Leonard Poulsen received extensive medical treatment directly after the attack for his burns, then followed with TBI treatment as well as psychological treatment and medications for PTSD.

4360.   As a result of the October 9, 2004 Terrorist Attack, and the injuries he suffered, Daniel Leonard Poulsen has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4361.   Plaintiff Allen Baier is a citizen of the United States and domiciled in the State of Nebraska. He is the step-father of Daniel Leonard Poulsen.

4362.   Plaintiff Cindy Baier is a citizen of the United States and domiciled in the State of Nebraska. She is the mother of Daniel Leonard Poulsen.

4363.   Plaintiff Brian Poulsen is a citizen of the United States and domiciled in the State of Nebraska. He is the brother of Daniel Leonard Poulsen.

4364.   Plaintiff Erik Poulsen is a citizen of the United States and domiciled in the State

of Nebraska. He is the brother of Daniel Leonard Poulsen.

4365.   As a result of the October 9, 2004 Terrorist Attack, and the injuries suffered by Daniel Leonard Poulsen, Plaintiffs Allen Baier, Cindy Baier, Brian Poulsen, and Erik Poulsen have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 370.   THE OCTOBER 4, 2004 ATTACK - HASWA

### A.   PLAINTIFF MICHAEL PAUL SAVOIE

4366.   Plaintiff Michael Paul Savoie is a citizen of the United States and domiciled in the State of Louisianna.

4367.   On October 4, 2004, Michael Paul Savoie, age 25, was serving in the U.S. military in Iraq.

4368.   Mr. Savoie was in a Humvee travelling with his unit when an IED detonated into his vehicle. He was then hit by small arms fire.

4369.   The weapon used to attack and injure Mr. Savoie was an Iranian manufactured/supplied IED and Small Arms Fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4370.   As a result of the attack, Michael Paul Savoie suffered a gunshot wound to the head, TBI and PTSD.

4371.   Michael Paul Savoie received extensive medical treatment. Mr. Savoie has been treated at the FOB Iskandariyah, the Naval Hospital in Camp Lejeune, North Carolina, and the Wounded Warrior Battalion - East, in Camp Lejeune.

4372.   As a result of the October 4, 2004 Terrorist Attack, and the injuries he suffered, Michael Paul Savoie has past and future noneconomic damages, including severe

physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 371.   THE OCTOBER 2, 2004 ATTACK – AL-KHALIDIYAH

#### A.   PLAINTIFF LANCE RAYMOND BLYTHE

4373.   Plaintiff Lance Raymond Blythe is a citizen of the United States and domiciled in the State of Nebraska.

4374.   On October 2, 2004, Lance Raymond Blythe, age 22, was serving in the U.S. military in Iraq.

4375.   Mr. Blythe was on a mission traveling on the main supply route in Al-Khalidiyah between Ramadi and Fallujah when his vehicle was struck by a remotely detonated IED.

4376.   The weapon used to attack and injure Mr. Blythe was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4377.   As a result of the attack, Lance Raymond Blythe suffered significant injuries including a traumatic brain injury. He was examined for headaches, ear-pain, fever and blurry vision. He also suffers from severe PTSD, depression, and anxiety for which he continues to receive treatment.

4378.   Lance Raymond Blythe received extensive medical treatment at the Grand Island VA Hospital and the Holdrege Outpatient VA Clinic.

4379.   As a result of the October 2, 2004 Terrorist Attack, and the injuries he suffered, Lance Raymond Blythe has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 372. THE OCTOBER 1, 2004 ATTACK – SAMARRA

#### A. PLAINTIFF MICHAEL RICHARD DRUMMOND

4380. Plaintiff Michael Richard Drummond is a citizen of the United States and domiciled in the State of New York.

4381. On October 1, 2004, Michael Richard Drummond, age 34, was serving in the U.S. military in Iraq.

4382. Mr. Drummond was clearing a residence in Samarra when several IEDs exploded, knocking him back.

4383. The weapon used to attack and injure Mr. Drummond was an Iranian manufactured/supplied RPGs and small arms fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4384. As a result of the attack, Michael Richard Drummond sustained significant injuries, including a TBI, PTSD, hearing loss, migraines, depression and anxiety.

4385. Michael Richard Drummond received extensive medical treatment; he wears hearing aids for his hearing loss and he has undergone counseling and medication for his mental health issues.

4386. As a result of the October 1, 2004 Terrorist Attack, and the injuries he suffered, Michael Richard Drummond has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 373. THE SEPTEMBER 30, 2004 ATTACK – FALLUJAH

#### A. PLAINTIFFS THE DYLAND LINDSEY DUNWELL FAMILY

4387. Plaintiff Dyland Lindsey Dunwell is a citizen of the United States and domiciled in  the State of Maryland.

4388.   On September 30, 2004, Dyland Lindsey Dunwell, age 22, was serving in the U.S. military in Iraq.

4389.   Mr. Dunwell was on patrol with his unit in Fallujah when his vehicle was struck by an IED followed by a small arms fire attack.

4390.   The weapon used to attack and injure Mr. Dunwell was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4391.   As a result of the attack, Dyland Lindsey Dunwell suffered injuries that include, but are not limited to, severe injury to the right ankle, right leg muscle loss, tinnitus, a TBI, headaches and PTSD.

4392.   Dyland Lindsey Dunwell received extensive medical treatment, including past and ongoing care for these injuries, at Walter Reed National Military Medical Center, other Veteran Medical Centers, hospitals and medical providers.

4393.   As a result of the September 30, 2004 Terrorist Attack, and the injuries he suffered, Dyland Lindsey Dunwell has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4394.   Plaintiff Lemard Dunwell is a citizen of the United States and domiciled in the State of Maryland. He is the father of Dyland Lindsey Dunwell.

4395.   Plaintiff Joyce Dunwell is a citizen of the United States and domiciled in the State of Maryland. She is the mother of Dyland Lindsey Dunwell.

4396.   Plaintiff Carl Dunwell is a citizen of the United States and domiciled in the

State of Maryland. He is the brother of Dyland Lindsey Dunwell.

4397.   As a result of the September 30, 2004 Terrorist Attack, and the injuries suffered by Dyland Lindsey Dunwell, Plaintiffs Lemard Dunwell, Joyce Dunwell and Carl Dunwell have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 374.   THE SEPTEMBER 26, 2004 ATTACK – AL-KARMAH, AL ANBAR

### A.   PLAINTIFFS THE JONATHAN CHANCE THOMAS FAMILY

4398.   Plaintiff Jonathan Chance Thomas is a citizen of the United States and domiciled in the State of California.

4399.   On September 26, 2004, Jonathan Chance Thomas, age 20, was serving in the U.S. military in Iraq.

4400.   Mr. Thomas was attacked when he was unloading gear from his vehicle and another vehicle approached and exploded, throwing Mr. Thomas into a wall. Moments later, a second vehicle approached and detonated throwing Mr. Thomas into a wall again.

4401.   The weapon used to attack and injure Mr. Thomas was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4402.   As a result of the attack, Jonathan Chance Thomas suffered a concussion which was later diagnosed as a TBI. Additionally, Mr. Thomas sustained shrapnel injuries to his left hip, buttocks, and back. Further, his left eye was dislodged, as was his jaw. Mr. Thomas now suffers from PTSD as a result of the September 26, 2004 Terrorist Attack.

4403.   Jonathan Chance Thomas received extensive medical treatment in the field at the time of the attack, as well as subsequent treatment at Amarillo Veterans Affairs Health

Care System, Sacramento VA Medical Center, Cheyenne VA Medical Center, and Veterans Affairs Medical Center in Fresno, California.

4404.  As a result of the September 26, 2004 Terrorist Attack, and the injuries he suffered, Jonathan Chance Thomas has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4405.  Plaintiff Frieda Stephanie Melton is a citizen of the United States and domiciled in the State of Mississippi. She is the mother of Jonathan Chance Thomas.

4406.  Plaintiff John Burk Thomas is a citizen of the United States and domiciled in the State of Texas. He is the father of Jonathan Chance Thomas.

4407.  Plaintiff Jack Ryan Wilkerson is a citizen of the United States and domiciled in the State of Mississippi. He is the brother of Jonathan Chance Thomas.

4408.  Plaintiff Jessie Melton Morgan is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Jonathan Chance Thomas.

4409.  Plaintiff Ashley Thomas Gibson is a citizen of the United States and domiciled in the State of Oklahoma. She is the sister of Jonathan Chance Thomas.

4410.  As a result of the September 26, 2004 Terrorist Attack, and the injuries suffered by Jonathan Chance Thomas, Plaintiffs Frieda Stephanie Melton, John Burk Thomas, Jack Ryan Wilkerson, Jessie Melton Morgan, and Ashley Thomas Gibson have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 375.   THE SEPTEMBER 20, 2004 ATTACK – RAMADI

### A.   PLAINTIFFS THE REX DONALD LACEBY FAMILY

4411.   Plaintiff Rex Donald Laceby is a citizen of the United States and domiciled in the State of Colorado.

4412.   On September 20, 2004, Rex Donald Laceby, age 30, was serving in the U.S. military in Iraq.

4413.   Mr. Laceby was on patrol with his unit in Ramadi, on top of the Al Anbar Province Government Center, when he was injured in a small arms fire attack.

4414.   The weapon used to attack and injure Mr. Laceby was an Iranian manufactured/supplied small arms weapon provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4415.   As a result of the attack, Rex Donald Laceby suffered injuries that include, but are not limited to, shrapnel injuries to the arm, hand, wrist, shoulder and face, a left eye optic nerve injury, right arm and elbow injury with retained shell fragments and PTSD.

4416.   Rex Donald Laceby received extensive medical treatment, including past and ongoing care for these injuries, at several military base hospitals, Veterans Medical Centers and other medical providers.

4417.   As a result of the September 20, 2004 Terrorist Attack, and the injuries he suffered, Rex Donald Laceby has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4418.   Plaintiff Donald S. Laceby is a citizen of the United States and domiciled in the State of Wyoming. He is the father of Rex Donald Laceby.

4419.   Plaintiff Dolores Schaffer is a citizen of the United States and domiciled in the

State of Wyoming. She is the mother of Rex Donald Laceby.

4420.   Plaintiff Tyler R. Laceby is a citizen of the United States and domiciled in the State of Colorado. He is the son of Rex Donald Laceby.

4421.   As a result of the September 20, 2004 Terrorist Attack, and the injuries suffered by Rex Donald Laceby, Plaintiffs Donald S. Laceby, Dolores Schaffer and Tyler R. Laceby have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 376.   THE SEPTEMBER 12, 2004 ATTACK – KIRKUK

### A.   PLAINTIFF WILLIAM JAMES MORDEN

4422.   Plaintiff William James Morden is a citizen of the United States and domiciled in the State of South Carolina.

4423.   On September 12, 2004, William James Morden, age 20, was serving in the U.S. military in Iraq.

4424.   William James Morden was the driver of a Humvee in a convoy travelling outside of Kirkuk when his vehicle was struck by an IED and then fired upon with small arms.

4425.   The weapon used to attack and injure Mr. Morden was an Iranian manufactured/supplied IED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4426.   As a result of the attack, William James Morden, suffered a TBI and has PTSD.

4427.   Mr. Morden continues to receive extensive medical care and treatment for his TBI and PTSD.

4428.   As a result of the September 12, 2004 Terrorist Attack, and the injuries he suffered, William James Morden has past and future noneconomic damages, including severe

physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 377.   THE SEPTEMBER 10, 2004 ATTACK – BALAD RUZ

#### A.   PLAINTIFF JOSEPH FREDERICK LOWIT

4429.   Plaintiff Joseph Frederick Lowit, is a citizen of the United States and domiciled in the State of Florida.

4430.   On September 10, 2004, Joseph Frederick Lowit, age 26, was serving in the U.S. military in Iraq.

4431.   Mr. Lowit and his unit were performing bridge and/or a road clearing operation in Balad Ruz when he and his vehicle were struck by IEDs and small arms fire.

4432.   The weapon used to attack and injure Mr. Lowit was an Iranian manufactured/supplied IED and small arms fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4433.   As a result of the attack, Mr. Lowit suffers from TBI, tinnitus, lower back injury, loss of hearing, severe memory loss, PTSD, depression and anxiety.

4434.   Mr. Lowit received extensive medical treatment at the VA Hospital and the Bruce Carter Medical Center in Miami, Florida. He has received hearing aids, Psychological therapy and medications.

4435.   As a result of the September 10, 2004 Terrorist Attack, and the injuries he suffered, Joseph Frederick Lowit has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 378. THE SEPTEMBER 10, 2004 ATTACK – SADR CITY

### A. PLAINTIFF THE FRANKLYN LEE DOSS FAMILY

4436. Plaintiff Franklyn Lee Doss is a citizen of the United States and domiciled in the State of Texas.

4437. On September 10, 2004, Franklyn Lee Doss, age 31, was serving in the U.S. military in Iraq.

4438. Mr. Doss was with his unit on patrol in Sadr City when his vehicle was hit with an RPG.

4439. The weapon used to attack and injure Mr. Doss was an Iranian manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4440. As a result of the attack, Franklyn Lee Doss suffered significant injuries such as shrapnel and burn wounds to head, face and neck. He suffers from TBI, hearing loss, anxiety and PTSD.

4441. Franklyn Lee Doss received extensive medical treatment, wound care, and psychological treatment.

4442. As a result of the September 10, 2004 Terrorist Attack, and the injuries he suffered, Franklyn Lee Doss has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4443. Plaintiff Juanita Doss is a citizen of the United States and domiciled in the State of Texas. She is the wife of Franklyn Lee Doss.

4444. As a result of the September 10, 2004 Terrorist Attack, and the injuries suffered by Franklyn Lee Doss, Plaintiff Juanita Doss has past and future noneconomic

damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 379.   THE SEPTEMBER 6, 2004 ATTACK – BAGHDAD

#### A.   PLAINTIFF TONY ALLEN COVELL

4445.   Plaintiff Tony Allen Covell is a citizen of the United States and domiciled in the State of Michigan.

4446.   On September 6, 2004, Tony Allen Covell, age 32, was serving in the U.S. military in Iraq.

4447.   Mr. Covell was traveling along Route Huskies in Baghdad, Iraq, in a fuel truck when he was attacked with an IED, which detonated underneath his vehicle, killing the driver and setting the vehicle and his body on fire.

4448.   The weapon used to attack and injure Tony Allen Covell was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4449.   As a result of the September 6, 2004 Terrorist Attack, Tony Allen Covell sustained severe injuries including third degree burns on his legs, arms, face, head, and both hands, which has resulted in scarring. His lungs filled with fluid from smoke inhalation, which required surgery to address. Mr. Covell lost consciousness during the attack, suffered a TBI, and was in a coma. He suffered shrapnel injuries to his head. He had his pinky finger amputated. He suffered a back injury. Additionally, Mr. Covell suffers from tinnitus and PTSD and other psychological problems stemming from this attack.

4450.   Tony Allen Covell received extensive medical treatment at the Green Zone Hospital, Landstuhl Regional Medical Center, Brooke Army Medical Center, VA Ann Arbor

Healthcare System, and Aleda E. Lutz VA Medical Center.

4451.   As a result of the September 6, 2004 Terrorist Attack, and the injuries he suffered, Tony Allen Covell has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 380.   THE SEPTEMBER 4, 2004 ATTACK – FALLUJAH

### A.   PLAINTIFFS THE JAMES MICHAEL LOTT FAMILY

4452.   Plaintiff James Michael Lott is a citizen of the United States and domiciled in the State of Texas.

4453.   On September 4, 2004, James Michael Lott, age 19, was serving in the U.S. military in Iraq.

4454.   While Mr. Lott patrolled a security check point in Fallujah, Iraq, a vehicle carrying a VBIED crashed into a nearby Humvee, which caused a large explosion that knocked him down, causing him to become dazed and confused. Thereafter, his position was attacked with numerous mortar rounds. There were numerous injuries and deaths to his fellow soldiers as a result of this attack.

4455.   The weapons used to attack and injure Mr. Lott were an Iranian manufactured/supplied VBIED, mortars, and provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4456.   As a result of the September 4, 2004 Terrorist Attack, James Michael Lott's PTSD was exacerbated and he suffered some injury to his hearing.

4457.   James Michael Lott has received treatment at Audie L. Murphy Memorial VA Hospital, Camp Pendleton, and Nix Health.

4458.   As a result of the September 4, 2004 Terrorist Attack, and the injuries he suffered,

James Michael Lott has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4459.   Plaintiff Gail Fortner Lott is a citizen of the United States and is domiciled in the State of Alabama. She is the mother of James Michael Lott.

4460.   Plaintiff Ronald Everett Lott is a citizen of the United States and is domiciled in the State of Alabama. He is the father of James Michael Lott.

4461.   As a result of the September 4, 2004 Terrorist Attack, and the injuries suffered by James Michael Lott, Plaintiffs Gail Fortner Lott, and Ronald Everett Lott have incurred past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and economic damages, both past and future, including loss of services.

### 381.   THE SEPTEMBER 3, 2004 ATTACK -- FALLUJAH

### A.   PLAINTIFFS THE JAMES MICHAEL LOTT FAMILY

4462.   Plaintiff James Michael Lott is a citizen of the United States and domiciled in the State of Texas.

4463.   On September 3, 2004, James Michael Lott, age 19, was serving in the U.S. military in Iraq.

4464.   While traveling in a convoy toward Camp Fallujah, two IED explosions struck Mr. Lott's convoy, killing his lieutenant. Mr. Lott's unit was then attacked with small arms fire, which lasted many hours.

4465.   The weapons used to attack and injure Mr. Lott were an Iranian manufactured/supplied IED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4466.   The September 3, 2004 Terrorist Attack exacerbated James Michael Lott's PTSD.

4467.   Mr. Lott has received treatment from Audie L. Murphy Memorial VA Hospital, Camp Pendleton, and Nix Health.

4468.   As a result of the September 3, 2004 Terrorist Attack, and the injuries he suffered, Mr. Lott has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4469.   Plaintiff Gail Fortner Lott is a citizen of the United States and is domiciled in the State of Alabama. She is the mother of James Michael Lott.

4470.   Plaintiff Ronald Everett Lott is a citizen of the United States and is domiciled in the State of Alabama. He is the father of James Michael Lott.

4471.   As a result of the September 3, 2004 Terrorist Attack, and the injuries suffered by James Michael Lott, Plaintiffs Gail Fortner Lott, and Ronald Everett Lott have incurred past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and economic damages, both past and future, including loss of services.

## 382.   THE AUGUST 26, 2004 ATTACK – BAGHDAD

### A.   PLAINTIFFS THE JARED RAY WHITE FAMILY

4472.   Plaintiff Jared Ray White is a citizen of the United States and domiciled in the State of Texas.

4473.   On August 26, 2004, Jared Ray White, age 22, was serving in the U.S. military in Iraq.

4474.   Mr. White was on patrol with his unit in the Mansour District of Baghdad on the border of Khadra, Ghazaliya and Amaria when his unit was attacked with small arms

fire when attempting to stop insurgents from planting IEDs on the roadside.

4475.  The weapons used to attack and injure Mr. White were Iranian manufactured/supplied small arms weapons provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4476.  As a result of the attack, Jared Ray White suffered injuries that include, but are not limited to, multiple gunshot wounds; injury to the left arm, left leg, chest and chin, PTSD, anxiety and depression.

4477.  Jared Ray White received extensive medical treatment, including past and ongoing care for these injuries, at several Veterans Medical Centers and VA health care clinics.

4478.  As a result of the August 26, 2004 Terrorist Attack, and the injuries he suffered, Jared Ray White has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4479.  Plaintiff Tina Scates is a citizen of the United States and domiciled in the State of Texas. She is the mother of Jared Ray White.

4480.  Plaintiff Clinton R. White is a citizen of the United States and domiciled in the State of Texas. He is the father of Jared Ray White.

4481.  Plaintiff Brenna White is a citizen of the United States and domiciled in the State of Texas. She is the sister of Jared Ray White.

4482.  As a result of the August 26, 2004 Terrorist Attack, and the injuries suffered by Jared Ray White, Plaintiffs Tina Scates, Clinton R. White and Brenna White have past and future noneconomic damages, including severe mental anguish, extreme emotional pain

and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 383.  THE AUGUST 26, 2004 ATTACK – AL KARMAH

### A.  PLAINTIFFS THE PHILLIP CHRISTOPHER BAILEY FAMILY

4483.  Plaintiff Phillip Christopher Bailey is a citizen of the United States and domiciled in the State of Georgia.

4484.  On August 26, 2004, Phillip Christopher Bailey, age 23, was serving in the U.S. military in Iraq.

4485.  Mr. Bailey was with his unit on foot patrol in Al Karmah when he was struck by an IED.

4486.  The weapon used to attack and injure Mr. Bailey was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4487.  As a result of the attack, Phillip Christopher Bailey suffered significant injuries to include large shrapnel wounds to right thigh, broken right femur, and exacerbated PTSD.

4488.  Phillip Christopher Bailey received extensive medical treatment directly after the attack on scene. Then was evacuated to Germany where they removed shrapnel, packed wounds, surgically implanted a titanium rod in right femur, as well as on going psychological treatment and medication.

4489.  As a result of the August 26, 2004 Terrorist Attack, and the injuries he suffered, Phillip Christopher Bailey has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and

future economic damages, including medical expenses, lost income, and loss of earning capacity.

4490.  Plaintiff Timothy Bailey is a citizen of the United States and domiciled in the State of Georgia. He is the father of Phillip Christopher Bailey.

4491.  Plaintiff Jason Minter is a citizen of the United States and domiciled in the State of Alabama. He is the brother of Phillip Christopher Bailey.

4492.  As a result of the August 26, 2004 Terrorist Attack, and the injuries suffered by Phillip Christopher Bailey, Plaintiffs Timothy Bailey and Jason Minter have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 384.  THE AUGUST 25, 2004 ATTACK – NAJAF

#### A.  PLAINTIFF ARTHUR WAYNE D'AMATO

4493.  Plaintiff Arthur Wayne D'Amato is a citizen of the United States and domiciled in the State of Texas.

4494.  On August 25, 2004, Arthur Wayne D'Amato, age 31, was serving in the U.S. military in Iraq.

4495.  Mr. D'Amato was injured by mortar fire and small arms in an attack in the city of Najaf.

4496.  The weapons used to attack and injure Mr. D'Amato was an Iranian manufactured/supplied mortar and small arms weapon provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4497.  As a result of the attack, Arthur Wayne D'Amato suffered injuries that include, but are not limited to, shrapnel wounds and a gunshot wound to his upper right arm and

PTSD.

4498.   Arthur Wayne D'Amato received extensive medical treatment, including past and ongoing care for these injuries, at Houston Veterans Medical Centers and other veteran medical providers.

4499.   As a result of the August 25, 2004 Terrorist Attack, and the injuries he suffered, Arthur Wayne D'Amato has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 385.   THE AUGUST 23, 2004 ATTACK – NAJAF

#### A.   PLAINTIFFS THE VAITOGI SANI TAETULI FAMILY

4500.   Plaintiff Vaitogi Sani Taetuli is a citizen of the United States and domiciled in the State of Texas.

4501.   On August 23, 2004, Vaitogi Sani Taetuli, age 36, was serving in the U.S. military in Iraq.

4502.   Mr. Taetuli was on patrol with his unit in Najaf. They were clearing schools in the area and Mr. Taetuli was attacked with a hand grenade while in the basement of a building.

4503.   The weapon used to attack and injure Mr. Taetuli was an Iranian manufactured/supplied hand grenade provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4504.   As a result of the attack, Vaitogi Sani Taetuli suffered injuries that include, but are not limited to, multiple shrapnel wounds, damage to his left eye and side of his face and cheek, nerve damage to his right leg and PTSD.

4505.   Vaitogi Sani Taetuli received extensive medical treatment, including past and ongoing care for these injuries, including surgeries at several Veterans Medical Centers and VA health care providers.

4506.   As a result of the August 23, 2004 Terrorist Attack, and the injuries he suffered, Vaitogi Sani Taetuli has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4507.   Plaintiff Leticia Taetuli is a citizen of the United States and domiciled in the State of Texas. She is the wife of Vaitogi Sani Taetuli.

4508.   Plaintiff Taetuli Sani is a national of the United States and domiciled in the State of Texas. He is the brother of Vaitogi Sani Taetuli.

4509.   Plaintiff Like Sani Vili is a national of the United States and domiciled in the State of Texas. She is the sister of Vaitogi Sani Taetuli.

4510.   Plaintiff Roland Casso is a citizen of the United States and domiciled in the State of Texas. He is the son of Vaitogi Sani Taetuli.

4511.   Plaintiff Cassandra Martinez is a citizen of the United States and domiciled in the State of Texas. She is the stepdaughter of Vaitogi Sani Taetuli.

4512.   Plaintiff Marisol Ojeda is a citizen of the United States and domiciled in the State of Texas. She is the stepdaughter of Vaitogi Sani Taetuli.

4513.   As a result of the August 23, 2004 Terrorist Attack, and the injuries suffered by Vaitogi Sani Taetuli, Plaintiffs Leticia Taetuli, Taetuli Sani, Like Sani Vili, Roland Casso, Cassandra Martinez and Marisol Ojeda have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium,

loss of consortium, and past and future economic damages, including loss of services.

### 386.   THE AUGUST 22, 2004 ATTACK – AL KARMAH, AL ANBAR

#### A.   PLAINTIFFS THE KEVIN A. MADACHIK FAMILY

4514.   Plaintiff Kevin A. Madachik is a citizen of the United States and domiciled in the State of Tennessee.

4515.   On August 22, 2004, Kevin A. Madachik, age 22, was serving in the U.S. military in Iraq.

4516.   Mr. Madachik was patrolling in Al-Karmah, Al Anbar when an IED was detonated near him.

4517.   The weapon used to attack and injure Mr. Madachik was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4518.   As a result of the attack, Kevin A. Madachik suffered a ruptured left eardrum and a concussion which was later diagnosed as a TBI that resulted from the IED explosion. Additionally, Mr. Madachik suffers from PTSD as a result of the August 22, 2004 Terrorist Attack.

4519.   Kevin A. Madachik received extensive medical treatment for his injuries in the field at the time of the attack, as well as at Marine Corps Base Camp Pendleton.

4520.   As a result of the August 22, 2004 Terrorist Attack, and the injuries he suffered, Kevin A. Madachik has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4521.   Plaintiff Alfreda Irene Madachik is a citizen of the United States and

domiciled in the State of Texas. She is the mother of Kevin A. Madachik.

4522.   Plaintiff Thomas John Madachik is a citizen of the United States and domiciled in the State of Tennessee. He is the father of Kevin A. Madachik.

4523.   Plaintiff Stephen Madachik is a citizen of the United States and domiciled in the State of Tennessee. He is the brother of Kevin A. Madachik.

4524.   Plaintiff Lauren C. Madachik is a citizen of the United States and domiciled in the State of Tennessee. She is the sister of Kevin A. Madachik.

4525.   As a result of the August 22, 2004 Terrorist Attack, and the injuries suffered by Kevin A. Madachik, Plaintiffs Alfreda Irene Madachik, Thomas John Madachik, Stephen Madachik, and Lauren C. Madachik have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 387.   THE AUGUST 18, 2004 ATTACK – MAHMOUDIYAH

#### A.   PLAINTIFF PHILLIP FREDERICK MCCOTTER

4526.   Plaintiff Phillip Frederick McCotter is a citizen of the United States and domiciled in  the State of North Carolina.

4527.   On August 18, 2004, Phillip Frederick McCotter, age 24, was serving in the U.S. military in Iraq.

4528.   Mr. McCotter was on foot patrol with his unit in Mahmoudiyah when he they were ambushed with small arms fire and a hand grenade.

4529.   The weapons used to attack and injure Mr. McCotter were Iranian manufactured/supplied small arms weapons and a hand grenade provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4530.   As a result of the attack, Phillip Frederick McCotter suffered injuries that

602

include, but are not limited to, shrapnel wounds to the right leg causing nerve damage and PTSD.

4531.  Phillip Frederick McCotter received extensive medical treatment, including past and ongoing care for these injuries, at FOB Mahmoudiyah, Veterans Medical Centers and other health care providers.

4532.  As a result of the August 18, 2004 Terrorist Attack, and the injuries he suffered, Phillip Frederick McCotter has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 388.  THE AUGUST 17, 2004 ATTACK – FALLUJAH

#### A.  PLAINTIFFS THE RYAN DAVID SAWYER FAMILY

4533.  Plaintiff Ryan David Sawyer is a citizen of the United States and domiciled in the State of California.

4534.   On August 17, 2004, Ryan David Sawyer, age 21, was serving in the U.S. military in Iraq.

4535.   Mr. Sawyer was in a bunker when incoming rockets struck his base.

4536.  The weapon used to attack and injure Mr. Sawyer was an Iranian manufactured/supplied rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4537.  As a result of the attack, Ryan David Sawyer suffered a TBI, tinnitus and PTSD.

4538.  Ryan David Sawyer received extensive medical treatment. Mr. Sawyer has been treated at the San Diego Naval Medical Center in California, the San Diego VA

Healthcare System, and the Psychiatric Hospital of San Diego County.

4539.  As a result of the August 17, 2004 Terrorist Attack, and the injuries he suffered, Ryan David Sawyer has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4540.  Plaintiff Laura Sawyer is a citizen of the United States and domiciled in the State of California. She is the sister of Ryan David Sawyer.

4541.  As a result of the August 17, 2004 Terrorist Attack, and the injuries suffered by Ryan David Sawyer, Laura Sawyer has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 389.  THE AUGUST 16, 2004 ATTACK – AL KARMAH

####    A.    PLAINTIFFS THE RYAN EARL GWALTNEY FAMILY

4542.  Plaintiff Ryan Earl Gwaltney is a citizen of the United States and domiciled in the State of California.

4543.  On August 16, 2004, Ryan Earl Gwaltney, age 19 was serving in the U.S. military in Iraq.

4544.  Mr. Gwaltney was on a convoy mission in Al Karmah when an IED exploded as he stepped out of his Humvee, briefly rendering him unconscious. His unit was then attacked by small arms fire and he engaged the enemy before acting as a medic.

4545.  The weapon used to attack and injure Mr. Gwaltney was an Iranian manufactured/supplied IED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4546.  As a result of the attack, Ryan Earl Gwaltney suffered a concussion, TBI, a

perforated left ear drum, tinnitus, shrapnel injuries to his face, and PTSD.

4547.   Ryan Earl Gwaltney received initial medical treatment at the Bravo Surgical Center in Iraq. He received further treatment at the Sacramento VA Medical Center as well as Sutter Health in Sacramento, California.

4548.   As a result of the August 16, 2004 Terrorist Attack, and the injuries he suffered, Ryan Earl Gwaltney has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4549.   Plaintiff Timothy Earl Gwaltney, is a citizen of the United States and domiciled in the State of California. He is the father of Ryan Earl Gwaltney.

4550.   Plaintiff Holly Ann Mrozinski is a citizen of the United States and domiciled in the State of California. She is the mother of Ryan Earl Gwaltney.

4551.   Plaintiff Timothy Jacob Gwaltney is a citizen of the United States and domiciled in the State of California. He is the brother of Ryan Earl Gwaltney.

4552.   Plaintiff Christopher Joseph Mrozinski is a citizen of the United States and domiciled in the State of California. He is the step-father of Ryan Earl Gwaltney.

4553.   Plaintiff A.M., a minor child, represented by his legal guardian Holly Ann Mrozinski, is a citizen of the United States and domiciled in the State of California. He is the half-brother of Ryan Earl Gwaltney.

4554.   As a result of the August 16, 2004 Terrorist Attack, and the injuries suffered by Ryan Earl Gwaltney, Plaintiffs Timothy Earl Gwaltney, Holly Ann Mrozinski, Timothy Jacob Gwaltney, Christopher Joseph Mrozinski, and A.M., a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering,

loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## B.     PLAINTIFFS THE SHANE FITZSIMMONS FAMILY

4555.   Plaintiff Shane Fitzsimmons is a citizen of the United States and domiciled in the State of Wisconsin.

4556.   On August 16, 2004, Shane Fitzsimmons, age 19, was serving in the U.S. military in Iraq.

4557.   Mr. Fitzsimmons was positioned first in a convoy of four vehicles travelling in Al Karmah. As his unit dismounted from their Humvee for a routine patrol, they were attacked by an IED that was buried in a Hesco Barrier, which was then followed by small arms fire that injured several members of Mr. Fitzsimmons' team. As a result of the attack, Mr. Fitzsimmons was rendered unconscious for a short period of time.

4558.   The weapon used to attack and injure Mr. Fitzsimmons was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4559.   As a result of the attack, Shane Fitzsimmons suffered lacerations to his face and head, as well as sustained shrapnel to his left shoulder. Additionally, Mr. Fitzsimmons suffered tinnitus as a result of the attack. Moreover, Mr. Fitzsimmons was diagnosed with a TBI as a result of the attack.

4560.   Shane Fitzsimmons received extensive medical treatment at Bravo Surgical Camp Fallujah, Appleton VA Clinic, Milwaukee VA Medical Center, VA Sierra Nevada Health Care System, and Green Bay Vet Center.

4561.   As a result of the August 16, 2004 Terrorist Attack, and the injuries he suffered, Shane Fitzsimmons has past and future noneconomic damages, including severe physical and

mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4562.   Plaintiff John Fitzsimmons is a citizen of the United States and domiciled in the State of Wisconsin. He is the father of Shane Fitzsimmons.

4563.   Plaintiff Kaitlyn Martinez is a citizen of the United States and domiciled in the State of Wisconsin. She is the sister of Shane Fitzsimmons.

4564.   As a result of the August 16, 2004 Terrorist Attack, and the injuries suffered by Shane Fitzsimmons, Plaintiffs John Fitzsimmons and Kaitlyn Martinez have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 390.   THE AUGUST 15, 2004 ATTACK - FALLUJAH

#### A.   PLAINTIFFS THE PHILLIP CHRISTOPHER BAILEY FAMILY

4565.   Plaintiff Phillip Christopher Bailey is a citizen of the United States and domiciled in  the State of Georgia.

4566.   On August 15, 2004, Phillip Christopher Bailey, age 23, was serving in the U.S. military in Iraq.

4567.   Mr. Bailey was with his unit at a vehicle check point in Fallujah when he was struck by a VBIED and took on small arms firm.

4568.   The weapon used to attack and injure Mr. Bailey were Iranian manufactured/supplied VBIED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4569.   As a result of the attack, Phillip Christopher Bailey suffered significant

injuries to include a TBI, shrapnel to the face, perforated ear drums, tinnitus, and PTSD.

4570.  Phillip Christopher Bailey received extensive medical treatment directly after the attack by corpsman at the scene then further treatment at his FOB, as well as on going psychological treatment and medication.

4571.  As a result of the August 15, 2004 Terrorist Attack, and the injuries he suffered, Phillip Christopher Bailey has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4572.  Plaintiff Timothy Bailey is a citizen of the United States and domiciled in the State of Georgia. He is the father of Phillip Christopher Bailey.

4573.  Plaintiff Jason Minter is a citizen of the United States and domiciled in the State of Alabama. He is the brother of Phillip Christopher Bailey.

4574.  As a result of the August 15, 2004 Terrorist Attack, and the injuries suffered by Phillip Christopher Bailey,  Plaintiffs Timothy Bailey and Jason Minter have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 391.   THE AUGUST 10, 2004 ATTACK – SADR CITY

#### A.     PLAINTIFFS THE NICKOLAS CARL STOWMAN FAMILY

4575.  Plaintiff Nickolas Carl Stowman is a citizen of the United States and domiciled in  the State of Texas.

4576.  On August 10, 2004, Nickolas Carl Stowman, age 22, was serving in the U.S. military  in Iraq.

4577.  Mr. Stowman was on patrol with his unit on the outskirts of Sadr City when his vehicle was struck by an IED.

4578.  The weapon used to attack and injure Mr. Stowman was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4579.  As a result of the attack, Nickolas Carl Stowman suffered injuries that include, but are not limited to, a severe shrapnel injury to the right arm; bone, artery, nerve and muscle, shrapnel wounds to the right leg, PTSD, anxiety, and depression.

4580.  Nickolas Carl Stowman received extensive medical treatment, including past and ongoing care for these injuries, at Baghdad Hospital, Landstuhl Regional Medical Center, Carl R. Darnell Army Medical Center and other Veterans Medical Centers.

4581.  As a result of the August 10, 2004 Terrorist Attack, and the injuries he suffered, Nickolas Carl Stowman has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4582.  Plaintiff Rayna L. Moncrief is a citizen of the United States and domiciled in the State of Arizona. She is the former wife of Nickolas Carl Stowman.

4583.  As a result of the August 10, 2004 Terrorist Attack, and the injuries suffered by Nickolas Carl Stowman, Plaintiff Rayna L. Moncrief has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 392.   THE AUGUST 7, 2004 ATTACK - BAGHDAD

### A.   PLAINTIFFS THE WILLIAM JONES IV FAMILY

4584.   Plaintiff William Jones IV is a citizen of the United States and domiciled in the State of Maryland.

4585.   On August 7, 2004, William Jones IV, age 20, was serving in the U.S. military in Iraq.

4586.   Mr. Jones was patrolling on foot in Baghdad when he was hit with small arms fire.

4587.   The weapon used to attack and injure Mr. Jones was Iranian manufactured/supplied small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4588.   As a result of the attack, William Jones IV was shot in the right arm and both legs.

4589.   William Jones IV received extensive medical treatment including several surgeries to repair the damage of the bullet wounds.

4590.   As a result of the August 7, 2004 Terrorist Attack, and the injuries he suffered, William Jones IV has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4591.   Plaintiff Lisa Lynn Luzius is a citizen of the United States and domiciled in the State of Maryland. She is the mother of William Jones IV.

4592.   Plaintiff William Jones III is a citizen of the United States and domiciled in the State of Maryland. He is the father of William Jones IV.

4593.   As a result of the August 7, 2004 Terrorist Attack, and the injuries suffered by

William Jones IV, Plaintiffs Lisa Lynn Luzius and William Jones III have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 393. THE AUGUST 6, 2004 ATTACK – GHAZALIYA

### A. PLAINTIFFS THE JARED RAY WHITE FAMILY

4594. Plaintiff Jared Ray White is a citizen of the United States and domiciled in the State of Texas.

4595. On August 6, 2004 Jared Ray White, age 22, was serving in the U.S. military in Iraq.

4596. Mr. White was on patrol with his unit in Ghazaliya when a nearby vehicle was struck by an RPG. Mr. White was injured while leaping down several stories to assist wounded soldiers.

4597. The weapon used to attack and injure Mr. White was an Iranian manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4598. As a result of the attack, Jared Ray White suffered injuries that include, but are not limited to, joint injuries to his ankles and feet, PTSD, anxiety and depression.

4599. Jared Ray White received extensive medical treatment, including past and ongoing care for these injuries, at several Veterans Medical Centers and health care providers.

4600. As a result of the August 6, 2004 Terrorist Attack, and the injuries he suffered, Jared Ray White has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future

economic damages, including medical expenses, lost income, and loss of earning capacity.

4601.   Plaintiff Tina Scates is a citizen of the United States and domiciled in the State of Texas. She is the mother of Jared Ray White.

4602.   Plaintiff Clinton R. White is a citizen of the United States and domiciled in the State of Texas. He is the father of Jared Ray White.

4603.   Plaintiff Brenna White is a citizen of the United States and domiciled in the State of Texas. She is the sister of Jared Ray White.

4604.   As a result of the August 6, 2004 Terrorist Attack, and the injuries suffered by Jared Ray White, Plaintiffs Tina Scates, Clinton R. White and Brenna White have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 394.   THE AUGUST 5, 2004 ATTACK – AL NASR WAL SALAM

#### A.   PLAINTIFFS THE SAMUEL JAMES MORTIMER FAMILY

4605.   Plaintiff Samuel James Mortimer is a citizen of the United States and domiciled in the State of North Carolina.

4606.   On August 5, 2004, Samuel James Mortimer, age 28, was serving in the U.S. military in Iraq.

4607.   Mr. Mortimer was on patrol with his unit in Al Nasr Wal Salam when his vehicle was struck by an IED.

4608.   The weapon used to attack and injure Mr. Mortimer was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4609.   As a result of the attack, Samuel James Mortimer suffered injuries that include,

but are not limited to, shrapnel wounds, a concussion, a TBI and PTSD.

4610.   Samuel James Mortimer received extensive medical treatment, including past and ongoing care for these injuries, at his military base hospital and several Veterans Medical Centers and health care providers.

4611.   As a result of the August 5, 2004 Terrorist Attack, and the injuries he suffered, Samuel James Mortimer has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4612.   Plaintiff Kristine Mortimer is a citizen of the United States and domiciled in the State of North Carolina. She is the wife of Samuel James Mortimer.

4613.   As a result of the August 5, 2004 Terrorist Attack, and the injuries suffered by Samuel James Mortimer, Plaintiff Kristine Mortimer has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 395.   THE AUGUST 5, 2004 ATTACK – NAJAF

#### A.   PLAINTIFF ROBERT ANTHONY PEDREIRO

4614.   Plaintiff Robert Anthony Pedreiro is a citizen of the United States and is domiciled in the State of Idaho.

4615.   On August 5, 2004, Robert Anthony Pedreiro, age 20, was serving in the U.S. military in Iraq.

4616.   Robert Anthony Pedreiro was acting as gunner in a Humvee in Najaf, Iraq, which occupied first position in a convoy of nine military vehicles when the convoy was attacked by

rockets, mortars, RPGs, and small arms. Mr. Pedreiro exited his vehicle and, as munitions were falling all around him and exploding, Mr. Pedreiro jumped a wall for cover and injured his legs. During the three-day fire fight, Mr. Pedreiro observed the numerous and horrific injuries and deaths of his fellow soldiers around him. This complex attack would become known as the Battle of Najaf.

4617.   The weapons used to attack and injure Mr. Pedreiro were Iranian manufactured/supplied rockets, mortars, RPGs, and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4618.   As a result of the August 5, 2004 Terrorist Attack, Robert Anthony Pedreiro sustained significant injuries including injuries to his knees, PTSD, anxiety attacks, anger issues, and hypervigilance.

4619.   Robert Anthony Pedreiro initially received treatment in the field and continued treatment with the Central California VA HealthCare System, Fresno Vet Center, a private counselor, and the George E. Wahlen VA Medical Center.

4620.   As a result of the August 5, 2004 Terrorist Attack, and the injuries he suffered, Robert Anthony Pedreiro has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### B.    PLAINTIFF JESUS ALVAREZ GARCIA

4621.   Plaintiff, Jesus Alvarez Garcia, is a citizen of the United States and domiciled in the State of Texas.

4622.   On August 5, 2004, Jesus Alvarez Garcia, age 32, was serving in the U.S. military in Iraq.

4623.   Mr. Garcia and his unit were called to an attack taking place in Najaf when they

came under a small arms fire attack which lasted for three days. This complex attack would become known as the Battle of Najaf.

4624. The weapons used to attack and injure Mr. Garcia were Iranian manufactured/supplied small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4625. As a result of the attack, Jesus Alvarez Garcia suffered a gunshot wound to his left leg.

4626. Jesus Alvarez Garcia underwent 2 surgeries to his left leg as a consequence of this attack.

4627. As a result of the August 5, 2004, Terrorist Attack, and the injuries he suffered, Jesus Alvarez Garcia has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 396. THE JULY 24, 2004 ATTACK – RAMADI

#### A. PLAINTIFFS THE JASON BRADLEY FINCH FAMILY

4628. Plaintiff Jason Bradley Finch is a citizen of the United States and domiciled in the State of Tennessee.

4629. On July 24, 2004, Jason Bradley Finch, age 21, was serving in the U.S. military in Iraq.

4630. Mr. Finch and his team were in a Humvee driving on Main Supply Route Michigan when his vehicle was struck by an IED. Mr. Finch was medically evacuated by helicopter to Baghdad, Iraq were he was treated emergently.

4631. The weapon used to attack and injure Mr. Finch was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-

trained terror operatives in Iraq.

4632.   As a result of the attack, Jason Bradley Finch suffered shrapnel injuries to his skull, face, and neck, tinnitus, TBI, and PTSD.

4633.   Jason Bradley Finch received extensive medical treatment at a surgical center in Baghdad, Iraq and at Landstuhl Regional Medical Center in Landstuhl, Germany.

4634.   As a result of the July 24, 2004 Terrorist Attack, and the injuries he suffered, Jason Bradley Finch has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4635.   Plaintiff Bradley Louis Finch is a citizen of the United States and domiciled in the State of Tennessee. He is the father of Jason Bradley Finch.

4636.   Plaintiff Elizabeth Mary Finch is a citizen of the United States and domiciled in the State of Tennessee. She is the mother of Jason Bradley Finch.

4637.   As a result of the July 24, 2004 Terrorist Attack, and the injuries suffered by Jason Bradley Finch, Plaintiffs Bradley Louis Finch and Elizabeth Mary Finch have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 397.   THE JULY 21, 2004 ATTACK – AL-DHULUIYA

#### A.   PLAINTIFF BRADLEY SCOTT SHADDEN

4638.   Plaintiff Bradley Scott Shadden is a citizen of the United States and domiciled in the State of Florida.

4639.   On July 21, 2004, Bradley Scott Shadden, age 31, was serving in the U.S. military in Iraq.

4640.   Mr. Shadden was on patrol with his unit in Al-Dhuluiya, north of Baghdad, when his vehicle was struck by an IED.

4641.   The weapon used to attack and injure Mr. Shadden was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4642.   As a result of the attack, Bradley Scott Shadden suffered injuries that include, but are not limited to, a TBI, 2nd and 3rd degree burns on his arms, PTSD, anxiety, and depression.

4643.   Bradley Scott Shadden received extensive medical treatment, including past and ongoing care for these injuries, at Baghdad Hospitals, Landstuhl Regional Medical Center and other Veterans Medical Centers and health care providers.

4644.   As a result of the July 21, 2004 Terrorist Attack, and the injuries he suffered, Bradley Scott Shadden has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 398.   THE JULY 20, 2004 ATTACK – FALLUJAH

### A.   PLAINTIFFS THE KRISTOPHER HARRY QUINTANA FAMILY

4645.   Plaintiff Kristopher Harry Quintana is a citizen of the United States and domiciled in the State of Texas.

4646.   On July 20, 2004, Kristopher Harry Quintana, age 21, was serving in the U.S. military in Iraq.

4647.   Mr. Quintana was on patrol with his unit in Fallujah when his vehicle was struck by an IED.

4648.  The weapon used to attack and injure Mr. Quintana was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4649.  As a result of the attack, Kristopher Harry Quintana suffered injuries that include, but are not limited to, a TBI, tinnitus and PTSD.

4650.  Kristopher Harry Quintana received extensive medical treatment, including past and ongoing care for these injuries, emergency care at the military base hospital, several Veterans Medical Centers and VA health care providers.

4651.  As a result of the July 20, 2004 Terrorist Attack, and the injuries he suffered, Kristopher Harry Quintana has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4652.  Plaintiff Esther Scaman is a citizen of the United States and domiciled in the State of Colorado. She is the mother of Kristopher Harry Quintana.

4653.  Plaintiff Justin W. Scaman is a citizen of the United States and domiciled in the State of Maryland. He is the stepbrother of Kristopher Harry Quintana.

4654.  Plaintiff Cassie Quintana Vasquez is a citizen of the United States and domiciled in the State of Texas. She is the sister of Kristopher Harry Quintana.

4655.  Plaintiff John W. Scaman is a citizen of the United States and domiciled in the State of Colorado. He is the stepfather of Kristopher Harry Quintana.

4656.  As a result of the July 20, 2004 Terrorist Attack, and the injuries suffered by Kristopher Harry Quintana, Plaintiffs Esther Scaman, Justin W. Scaman, Cassie Quintana Vasquez and John W. Scaman have past and future noneconomic damages, including severe

mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 399.    THE JULY 20, 2004 ATTACK - AL KARMAH

#### A.    PLAINTIFF JAMES THOMAS OLSON

4657.   Plaintiff James Thomas Olson is a citizen of the United States and domiciled in the State of Minnesota.

4658.   On July 20, 2004, James Thomas Olson, age 20, was serving in the U.S. military in Iraq.

4659.   Mr. Olson was securing a suspected VBIED when it detonated into him.

4660.   The weapon used to attack and injure Mr. Olson was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4661.   As a result of the attack, James Thomas Olson suffered amputation of part of his left leg, ankle, and part of his right thigh, shrapnel injuries to his torso and left leg, tendonitis, TBI, and PTSD.

4662.   James Thomas Olson received extensive medical treatment. Mr. Olson was medevac'd to Camp Fallujah for immediate treatment. He then received treatment from Landstuhl, Germany; Camp Pendleton Naval Hospital in California; Minneapolis Veterans Adminstration Health Care System in Minnesota; Mankato Veterans Administration Clinic in Minnesota; and the Mayo Clinic Health System in Mankato, Minnesota.

4663.   As a result of the July 20, 2004 Terrorist Attack, and the injuries he suffered, James Thomas Olson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 400.  THE JULY 15, 2004 ATTACK - HADITHA

### A.    PLAINTIFFS THE MOHAMAD KAMAL AKHTAR FAMILY

4664.  Plaintiff Mohamad Kamal Akhtar is a citizen of the United States and domiciled in the State of California.

4665.  On July 15, 2004 Mohamad Kamal Akhtar, age 28, was serving in the U.S. military in Iraq.

4666.  Mr. Akhtar was with his squad at Haditha police station when he was attacked by a VBIED, 5-ton truck filled with explosives.

4667.  The weapon used to attack and injure Mr. Akhtar was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4668.  As a result of the attack, Mohamad Kamal Akhtar suffered a TBI, hearing loss, shrapnel to his legs and arms, anxiety and PTSD.

4669.  Mohamad Kamal Akhtar received extensive medical treatment including wound care, psychological therapy and medications.

4670.  As a result of the July 15, 2004 Terrorist Attack, and the injuries he suffered, Mohamad Kamal Akhtar has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4671.  Plaintiff, Jennifer Akhtar is a citizen of the United States and domiciled in the State of California. She is the ex-wife of Mohamad Kamal Akhtar.

4672.  Plaintiff, Taylor Akhtar is a citizen of the United States and domiciled in the State of California. She is the daughter of Mohamad Kamal Akhtar.

4673.  Plaintiff, Samira Fathy is a citizen of the United States and domiciled in the State

of California. She is the mother of Mohamad Kamal Akhtar.

4674.   Plaintiff, Pervez Akhtar is a citizen of the United States and domiciled in the State of California. He is the father of Mohamad Kamal Akhtar.

4675.   As a result of the July 15, 2004 Terrorist Attack, and the injuries suffered by Mohamad Kamal Akhtar,  Plaintiffs Jennifer Akhtar, Taylor Akhtar, Samira Fathy, and Pervez Akhtar have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 401.   THE JULY 12, 2004 ATTACK – BAGHDAD

#### A.   PLAINTIFF TONEY MAURICE THOMPSON

4676.   Plaintiff Toney Maurice Thompson is a citizen of the United States and domiciled in  the State of Georgia.

4677.   On July 12, 2004, Toney Maurice Thompson, age 20, was serving in the U.S. military  in Iraq.

4678.   Mr. Thompson was on patrol with his unit in Baghdad when his vehicle was struck by an IED. The blast was followed by a small arms fire attack on his unit.

4679.   The weapon used to attack and injure Mr. Thompson was an Iranian manufactured/supplied IED and small arms weapons provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4680.   As a result of the attack, Toney Maurice Thompson suffered injuries that include, but are not limited to, a TBI, shrapnel wounds to his face, neck and jaw, injury to his left shoulder and neck, headaches, tinnitus and PTSD.

4681.   Toney Maurice Thompson received extensive medical treatment, including past and ongoing care for these injuries, at Landstuhl Regional Medical Center, Walter Reed

Army Medical Center and other Veterans Medical Centers and health care providers.

4682.   As a result of the July 12, 2004 Terrorist Attack, and the injuries he suffered, Toney Maurice Thompson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## 402.   THE JULY 12, 2004 ATTACK – RAMADI

### A.   PLAINTIFF MARIO L. BORREGO

4683.   Plaintiff Mario L. Borrego is a citizen of the United and domiciled in the State of California.

4684.   On July 12, 2004, Mario L. Borrego, age 32, was serving in the U.S. military in Iraq.

4685.   Mr. Borrego was on patrol with his unit, assisting another unit under attack near his COB, Combat Outpost., when his vehicle was struck by a VBIED. The attack was followed by a small arms fire.

4686.   The weapon used to attack and injure Mr. Borrego was an Iranian manufactured/supplied VBIED and small arms weapon provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4687.   As a result of the attack, Mario L. Borrego suffered injuries that include, but are not limited to, shrapnel wounds to the face between upper lip and nose, shrapnel wounds to arms and upper neck, loss of several teeth, hearing in loss in the right ear, chronic lower back pain, a knee injury, concussion syndrome, migraines, PTSD, and depression.

4688.   Mario L. Borrego received extensive medical treatment, including past and ongoing care for these injuries, at various military base hospitals, Veterans Medical Centers and private medical providers.

4689.  As a result of the July 12, 2004 Terrorist Attack, and the injuries he suffered, Mario L. Borrego has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 403.   THE JULY 11, 2004 ATTACK – NEAR SAMARRA

#### A.    PLAINTIFFS THE JEREMY JAMES FISCHER FAMILY

4690.  Plaintiff Jeremy James Fischer was a citizen of the United States and was domiciled in the State of Nebraska at the time of his death.

4691.  On July 11, 2004, Jeremy James Fischer, age 26, was serving in the U.S. military in Iraq.

4692.  Mr. Fischer was on patrol with his unit near Samarra when his vehicle was struck by an IED.

4693.  Jeremy James Fischer was killed in the attack.

4694.  The weapon used to attack and injure Mr. Fischer was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4695.  Plaintiff Sarah A. Wattier is a citizen of the United States and domiciled in the State of Nebraska. She was the wife of Jeremy James Fischer.

4696.  Plaintiff Sarah A. Wattier brings an action individually, and on behalf of the Estate of Jeremy James Fischer, and all heirs thereof, as its legal representative.

4697.  As a result of the July 11, 2004 Terrorist Attack, and the injuries suffered by and the death of Jeremy James Fischer, Plaintiff Sarah A. Wattier has severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Jeremy James Fischer' society, services, companionship, comfort, protection, instruction, advice and counsel,

loss of earnings, income, and net accumulation to the estate of Jeremy James Fischer.

### 404.  THE JULY 7, 2004 ATTACK – QARYAT ASH SHAHABI

#### A.  PLAINTIFFS THE JUSTIN ANDREW BOSWOOD FAMILY

4698.  Plaintiff Justin Andrew Boswood is a citizen of the United States and domiciled in  the State of Oklahoma.

4699.  On July 7, 2004, Justin Andrew Boswood, age 21, was serving in the U.S. military in Iraq.

4700.  Mr. Boswood was on foot patrol with his unit on MSR Chicago in Qaryat Ash Shahabi when he was struck by an IED.

4701.  The weapon used to attack and injure Mr. Boswood was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4702.  As a result of the attack, Justin Andrew Boswood suffered injuries that include, but are not limited to, a TBI, tinnitus, migraine headaches and PTSD.

4703.  Justin Andrew Boswood received extensive medical treatment, including past and ongoing care for these injuries, at various Veterans Medical Centers and healthcare providers.

4704.  As a result of the July 7, 2004 Terrorist Attack, and the injuries he suffered, Justin Andrew Boswood has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4705.  Plaintiff Carrie L. Boswood is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Justin Andrew Boswood.

4706.  As a result of the July 7, 2004 Terrorist Attack, and the injuries suffered by

Justin Andrew Boswood, Plaintiff Carrie L. Boswood has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 405.   THE JULY 6, 2004 ATTACK - BAJI

### A.   PLAINTIFF TRAVIS EUGENE GINGRICH

4707.   Plaintiff Travis Eugene Gingrich is a citizen of the United States and domiciled in the State of Florida.

4708.   On July 6, 2004, Travis Eugene Gingrich, age 28, was serving in the U.S. military in Iraq.

4709.   Mr. Gingrich was in a convoy with his unit when an IED was remotely detonated within feet of his cargo truck.

4710.   The weapon used to attack and injure Mr. Gingrich was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4711.   As a result of the attack, Travis Eugene Gingrich suffered an amputated pinky finger and broken ring finger, and deep cuts to his face and knee. He has also been diagnosed with PTSD.

4712.   Travis Eugene Gingrich received extensive medical treatment. Mr. Gingrich was treated at the scene then medevac'd to Camp Speicher for surgery. He has received further surgeries and treatment from Landstuhl Army Medical Center in Landstuhl, Germany and Madigan Army Community Hospital in Fort Lewis, Washington.

4713.   As a result of the July 6, 2004 Terrorist Attack, and the injuries he suffered, Travis Eugene Gingrich has past and future noneconomic damages, including severe

physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 406. THE JUNE 26, 2004 ATTACK – BAGHDAD MUSEUM AREA, NEAR SADR CITY, BAGHDAD

#### A. PLAINTIFFS THE ROBERT LANCE CAVER FAMILY

4714. Robert Lance Caver is a citizen of the United States and domiciled in the State of Washington.

4715. On June 26, 2004, Robert Lance Caver, age 33, was serving in the U.S. military in Iraq.

4716. Mr. Caver was on patrol with his unit on the outskirts of Sadr City in Baghdad when his unit came under attack by small arms fire, RPGs, and hand grenades.

4717. The weapons used to attack and injure Mr. Caver were Iranian manufactured/supplied small arms, rocket propelled grenades and hand grenades, provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4718. Plaintiff, Alicia Joy Caver, is a citizen of the United States and is domiciled in the state of Washington.  She is the sister of Robert Lance Caver.

4719. As a result of the June 26, 2004 Terrorist Attack, and the injuries suffered by Robert Lance Caver, Plaintiff Alicia Joy Caver, has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 407. THE JUNE 26, 2004 ATTACK – BETWEEN RAMADI AND FALLUJAH

#### A. PLAINTIFFS THE BRIAN ELDON WILLIAMS FAMILY

4720. Plaintiff Brian Eldon Williams is a citizen of the United States and domiciled in  the State of Texas.

4721.   On June 26, 2004, Brian Eldon Williams, age 21, was serving in the U.S. military in Iraq.

4722.   Mr. Williams was at the JCC Radio Tower between Ramadi and Fallujah when the tower took on mortar fire.

4723.   The weapon used to attack and injure Mr. Williams was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4724.   As a result of the attack, Brian Eldon Williams suffered shrapnel wounds to his left leg and genital area, tinnitus, PTSD and depression.

4725.   Brian Eldon Williams received extensive medical treatment. Mr. Williams has been treated at the McAllen VA Outpatient Clinic in Texas and the Odessa VA Clinic in Texas.

4726.   As a result of the June 26, 2004 Terrorist Attack, and the injuries he suffered, Brian Eldon Williams has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4727.  Plaintiff Kimberly Kaye Williams is a citizen of the United States and domiciled in the State of Texas. She is the mother of Brian Eldon Williams.

4728.   Plaintiff Steven Eldon Williams is a citizen of the United States and domiciled in the State of Texas. He is the father of Brian Eldon Williams.

4729.   Plaintiff Colby Allan Williams is a citizen of the United States and domiciled in the State of Texas. He is the brother of Brian Eldon Williams.

4730.   As a result of the June 26, 2004 Terrorist Attack, and the injuries suffered by

Brian Eldon Williams, Plaintiffs Kimberly Kay Williams, Steven Eldon Williams, and Colby Allan Williams, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 408.   THE JUNE 21, 2004 ATTACK – SADR CITY

### A.   PLAINTIFFS THE ISRAEL GONZALEZ AREVALO FAMILY

4731.   Plaintiff Israel Gonzalez Arevalo is a citizen of the United States and domiciled in the State of California.

4732.   On June 21, 2004, Israel Gonzalez Arevalo, age 20, was serving in the U.S. military in Iraq.

4733.   Mr. Gonzalez Arevalo was in the Mechanical Building on Camp War Eagle in Sadr City, when the building was attacked by mortars.

4734.   The weapon used to attack and injure Mr. Gonzalez Arevalo were Iranian manufactured/supplied Mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4735.   As a result of the attack, Israel Gonzalez Arevalo sustained a cracked skull, brain bruise, shrapnel wounds to his whole body, TBI, tinnitus, PTSD and anxiety.

4736.   Israel Gonzalez Arevalo received extensive medical treatment including 2 surgeries to remove the shrapnel, medical treatment for his TBI, tinnitus, PTSD and his anxiety.

4737.   As a result of the June 21, 2004, Terrorist Attack, and the injuries he suffered, Israel Gonzalez Arevalo has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4738.   Plaintiff Alicia Gonzalez is a citizen of the United States and domiciled in the

State of California. She is the mother of Israel Gonzalez Arevalo.

4739.   Plaintiff Jesus Gonzalez Plascencia is a citizen of the United States and domiciled in the State of California. He is the father of Israel Gonzalez Arevalo.

4740.   Plaintiff Ricardo Gonzalez is a citizen of the United States and domiciled in the State of California. He is the brother of Israel Gonzalez Arevalo.

4741.   As a result of the June 21, 2004 Terrorist Attack, and the injuries suffered by Israel Gonzalez Arevalo, Plaintiffs Alicia Gonzalez, Jesus Gonzalez Plascencia and Ricardo Gonzalez have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## B.    PLAINTIFFS THE LEONARD BERT SLOAN FAMILY

4742.   Plaintiff Leonard Bert Sloan is a citizen of the United States and domiciled in the State of Alabama.

4743.   On June 21, 2004, Leonard Bert Sloan, age 37, was serving in the U.S. military in Iraq.

4744.   Mr. Sloan was performing vehicle maintenance at his FOB, War Eagle in Sadr City, when the FOB was hit in a mortar attack.

4745.   The weapon used to attack and injure Mr. Sloan was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4746.   As a result of the attack, Leonard Bert Sloan suffered injuries that include, but are not limited to, shrapnel wounds, a back injury, a TBI, and PTSD.

4747.   Leonard Bert Sloan received extensive medical treatment, including past and ongoing care for these injuries, at the Green Zone and his military base hospital, several Veterans

Medical Centers and other health care providers.

4748.   As a result of the June 21, 2004 Terrorist Attack, and the injuries he suffered, Leonard Bert Sloan has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4749.   Plaintiff Maria L. Sloan is a citizen of the United States and domiciled in the State of Alabama. She is the wife of Leonard Bert Sloan.

4750.   Plaintiff Leonard J. Sloan is a citizen of the United States and domiciled in the State of Alabama. He is the son of Leonard Bert Sloan.

4751.   As a result of the June 21, 2004 Terrorist Attack, and the injuries suffered by Leonard Bert Sloan, Plaintiffs Maria L. Sloan and Leonard J. Sloan have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 409.   THE JUNE 16, 2004 ATTACK - BALAD

### A.   PLAINTIFF RONALD ALLEN EATON

4752.   Plaintiff Ronald Allen Eaton is a citizen of the United States and is domiciled in the State of Indiana.

4753.   On the afternoon of June 16, 2004, Ronald Allen Eaton, age 35, was serving in the U.S. military in Iraq.

4754.   Mr. Eaton had just walked out of the Commissary at Camp Anaconda, when a rocket exploded, knocking him down and propelling Mr. Eaton five to ten feet from the blast. Mr. Eaton was disoriented, faded in and out of consciousness, and suffered a large loss of blood as a result of the explosion and the physical injuries he sustained.

4755.   The weapon used to attack and injure Mr. Eaton was an Iranian-manufactured rocket provided by Iran and/or one of its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4756.   As a result of the June 16, 2004 Terrorist Attack, Mr. Eaton sustained severe injuries due to the concussive blast of the explosion and shrapnel impacting his right arm, right flank, liver, which caused severe bleeding. Mr. Eaton suffered nerve damage to his right elbow, heart and other organ damage due to blood loss and shock, TBI from hitting his head, hearing loss, back and knee injuries, cracked teeth, and PTSD.

4757.   Mr. Eaton was treated immediately following the attack at a local aid station before being transferred to a local hospital for surgery.   A few days later, Mr. Eaton was transferred to Landstuhl Regional Medical Center where he would have additional surgeries before being flown to the U.S. Once Mr. Eaton arrived in the U.S., he was transferred to Walter Reed National Military Medical Center, where he continued to be hospitalized for approximately ten days. He would continue to follow-up with multiple VA Hospitals. Mr. Eaton continues to be treated at the Richard A. Roudesbush VA Medical Center.

4758.   As a result of the June 16, 2004 Terrorist Attack and the injuries he suffered, Ronald Allen Eaton has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### B.   PLAINTIFFS THE ERNESTO SIERRA FAMILY

4759.   Plaintiff Ernesto Sierra is a citizen of the United States and domiciled in the State of Texas.

4760.   On June 16, 2004, Ernesto Sierra, age 42, was serving in the U.S. military in Iraq.

4761.   Mr. Sierra was in the Post Exchange on Camp Anaconda in Balad when a rocket

hit 20 feet from the front of the building forcing a large hole to be blown into the front of the building, windows shattered and the roof to cave in. Three soldiers were killed and 23 service members and civilians were injured as a result of the attack.

4762.   The weapon used to attack and injure Mr. Sierra was an Iranian manufactured/supplied rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4763.   As a result of the attack, Ernesto Sierra suffered hearing loss, tinnitus, TBI, and PTSD.

4764.   Ernesto Sierra received extensive medical treatment at Darnall Army Medical Center, in Fort Hood, TX; and McAllen VA Outpatient Clinic, in McAllen, TX.

4765.   As a result of the June 16, 2004 Terrorist Attack, and the injuries he suffered, Ernesto Sierra has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4766.   Plaintiff Maria Criselda Sierra is a citizen of the United States and domiciled in the State of Texas. She is the wife of Ernesto Sierra.

4767.   Plaintiff Kristina Lee Sierra is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Ernesto Sierra.

4768.   Plaintiff Cassandra Sierra is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Ernesto Sierra.

4769.   As a result of the June 16, 2004 Terrorist Attack, and the injuries suffered by Ernesto Sierra, Plaintiffs Maria Criselda Sierra, Kristina Lee Sierra, and Cassandra Sierra have past and future noneconomic damages, including severe mental anguish, extreme emotional pain

and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 410.   THE JUNE 7, 2004 ATTACK - MOSUL

#### A.   PLAINTIFF BRANDON ANDREA POWELL

4770.   Plaintiff Brandon Andrea Powell is a citizen of the United States and domiciled in the State of Virginia.

4771.   On June 7, 2004, Brandon Andrea Powell, age 25, was serving in the U.S. military in Iraq.

4772.   Mr. Powell was with his unit on foot conducting combat missions in Mosul when they were attacked with RPGs, small arms fire and an IED.

4773.   The weapon used to attack and injure Mr. Powell were an Iranian manufactured/supplied IED, RPGs, and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4774.   As a result of the attack, Brandon Andrea Powell suffered significant psychological injuries resulting in PTSD, sleep disorder, depression, and anxiety.

4775.   Brandon Andrea Powell received extensive medical treatment including medication and therapy.

4776.   As a result of the June 7, 2004 Terrorist Attack, and the injuries he suffered, Brandon Andrea Powell has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 411.   THE JUNE 4, 2004 ATTACK – SADR CITY

#### A.   PLAINTIFFS THE CARL W. OLIVER FAMILY

4777.   Plaintiff Carl W. Oliver is a citizen of the United States and domiciled in the

State of New Jersey.

4778.   On June 4, 2004, Carl W. Oliver, age 48, was serving in the U.S. military in Iraq.

4779.   Mr. Oliver's Humvee was struck by an IED followed by a volley of fire from RPGs while traveling in a convoy through Sadr City. The explosion knocked Mr. Oliver unconscious and immediately killed his Gunner and one other in his vehicle.

4780.   The weapons used to attack and injure Mr. Oliver were Iranian manufactured/supplied RPGs and an IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4781.   As a result of the attack, Mr. Oliver suffered injuries to his back, shrapnel in his right hand and left hip, PTSD and a TBI.

4782.   Mr. Oliver received extensive medical treatment at Cache Hospital, Baghdad, Iraq; Landstuhl Regional Medical Center, Landstuhl, Germany; Walter Reed National Military Medical Center, Bethesda, Maryland; and VA Hospital, Philadelphia, Pennsylvania.

4783.   As a result of the June 4, 2004 Terrorist Attack, and the injuries he suffered, Carl W. Oliver, has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damage, including medical expenses, lost income, and loss of earning capacity.

4784.   Plaintiff Jade Loren Oliver is a citizen of the United States and domiciled in the State of New Jersey. She is the daughter of Carl W. Oliver.

4785.   As a result of the June 4, 2004 Terrorist Attack, and the injuries suffered by Carl W. Oliver, Plaintiff Jade Loren Oliver has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of

consortium, and past and future economic damages, including loss of services.

### 412.   THE JUNE 3, 2004 ATTACK - RAMADI

#### A.   PLAINTIFFS THE MATTHEW DENNIS BENACK FAMILY

4786.   Plaintiff Matthew Dennis Benack is a citizen of the United States and domiciled in the State of North Carolina.

4787.   On June 3, 2004, Matthew Dennis Benack, age 29, was serving in the U.S. military in Iraq.

4788.   Mr. Benack was with his unit in a convoy near Ramadi when he was struck by an IED.

4789.   The weapon used to attack and injure Mr. Benack was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4790.   As a result of the attack, Matthew Dennis Benack suffered significant injuries such as a concussion, syncope, GI issues, migraines, light sensitivity, TBI, tinnitus, PTSD, and anxiety.

4791.   Matthew Dennis Benack received extensive medical treatment including braces for both knees, Hearing aid for right ear, psychological therapy and medications.

4792.   As a result of the June 3, 2004 Terrorist Attack, and the injuries he suffered, Matthew Dennis Benack has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4793.   Plaintiff Dennis Benack is a citizen of the United States and domiciled in the State of Missouri. He is the father of Matthew Dennis Benack.

4794.   As a result of the June 3, 2004 Terrorist Attack, and the injuries suffered by

Matthew Dennis Benack, Plaintiff Dennis Benack has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 413.   THE JUNE 3, 2004 ATTACK – RAMADI

### A.   PLAINTIFF DANIEL RAYE DUITSMAN

4795.   Plaintiff, Daniel Raye Duitsman, is a citizen of the United States and domiciled in the State of Virginia.

4796.   On June 3, 2004, Daniel Raye Duitsman, age 29, was serving in the U.S. military in Iraq.

4797.   Daniel Raye Duitsman was on patrol with his unit at an elementary school in Ramadi when his unit was attacked by RPGs and small arms fire.

4798.   The weapons used to attack and injure Mr. Duitsman were Iranian manufactured/supplied RPGs and small arm fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4799.   As a result of the attack, Daniel Raye Duitsman sustained a TBI, tinnitus and PTSD.

4800.   Daniel Raye Duitsman received extensive medical treatment for his TBI, medical treatment for his tinnitus, as well as psychiatric care for his PTSD.

4801.   As a result of the June 3, 2004, Terrorist Attack, and the injuries he suffered, Daniel Raye Duitsman has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 414.  THE MAY 29, 2004 ATTACK – RAMADI

#### A.  PLAINTIFFS THE MISAEL NIETO FAMILY

4802.  Plaintiff Misael Nieto is a citizen of the United States and domiciled in the State of Florida.

4803.  On May 29, 2004, Misael Nieto, age 23, was serving in the U.S. military in Iraq.

4804.  Mr. Nieto was heading back to his base when an IED exploded near his vehicle in Ramadi.

4805.  The weapon used to attack and injure Mr. Nieto was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4806.  As a result of the attack, Misael Nieto suffered an open head wound, concussion, fractured fibula and tibia, herniated disk, internal bleeding, fractured sacrum, TBI, tinnitus, a splenectomy, PTSD, and three of the fingers on his right hand were severed.

4807.  Misael Nieto received extensive medical treatment; his injuries required multiple surgeries and procedures. He has also had ongoing medical care for his pain and PTSD.

4808.  As a result of the May 29, 2004 Terrorist Attack, and the injuries he suffered, Misael Nieto has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4809.  Plaintiff Alejandro Nieto Martinez is a permanent resident of the United States and domiciled in the State of Florida. He is the father of Misael Nieto.

4810.  Plaintiff Joel A. Nieto is a permanent resident of the United States and domiciled in the State of Florida. He is the brother of Misael Nieto.

4811.  Plaintiff Reyna Z. Nieto is a permanent resident of the United States and

domiciled in the State of Florida. She is the mother of Misael Nieto.

4812.   Plaintiff Miguel A. Nieto is a permanent resident of the United States and domiciled in the State of Florida. He is the brother of Misael Nieto.

4813.   Plaintiff Alejandro Nieto, Jr. is a permanent resident of the United States and domiciled in the State of Florida. He is the brother of Misael Nieto.

4814.   Plaintiff J.N.1, a minor child, represented by her legal guardian, Alejandro Nieto, is a citizen of the United States and domiciled in the State of Florida. She is the sister of Misael Nieto.

4815.   Plaintiff J.N.2, a minor child, represented by her legal guardian, Alejandro Nieto, is a citizen of the United States and domiciled in the State of Florida. She is the sister of Misael Nieto.

4816.   As a result of the May 29, 2004 Terrorist Attack, and the injuries suffered by Misael Nieto, Plaintiffs Alejandro Nieto Martinez, Joel A. Nieto, Reyna Z. Nieto, Miguel A. Nieto, Alejandro Nieto, Jr., J.N.1, and J.N.2 have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 415.   THE MAY 26, 2004 ATTACK – HIT

#### A.   PLAINTIFFS THE MATTHEW CHARLES HENDERSON FAMILY

4817.   Plaintiff Matthew Charles Henderson was a citizen of the United States and was domiciled in  the State of Nebraska at the time of his death.

4818.   On May 26, 2004, Matthew Charles Henderson, age 25, was serving in the U.S. military in Iraq.

4819.   Mr. Henderson was on patrol with his unit in Hit when he was struck by an

IED.

4820.   Matthew Charles Henderson was killed in the attack.

4821.   The weapon used to attack and injure Mr. Henderson was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4822.   Plaintiff Jaimie K. Egge is a citizen of the United States and domiciled in the State of Nebraska. She is the former spouse of Matthew Charles Henderson.

4823.   Plaintiff Owen L. Henderson is a citizen of the United States and domiciled in the State of Colorado. He is the father of Matthew Charles Henderson.

4824.   Plaintiff Jaimie K. Egge brings an action individually, and on behalf of the anticipated Estate of Matthew Charles Henderson, and all heirs thereof, as its legal representative.

4825.   As a result of the May 26, 2004 Terrorist Attack, and the injuries suffered by and the death of Matthew Charles Henderson, Plaintiffs Jaimie K. Egge and Owen L. Henderson have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Matthew Charles Henderson's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Matthew Charles Henderson.

### 416.   THE MAY 24, 2004 ATTACK - BAGHDAD

### A.   PLAINTIFFS THE THOMAS WHITTFIELD THORNHILL FAMILY

4826.   Plaintiff Thomas Whittfield Thornhill is a citizen of the United States and domiciled in  the State of Louisiana.

4827.   On May 24, 2004, Thomas Whittfield Thornhill, age 30, was serving in the

U.S. military in Iraq.

4828.   Mr. Thornhill was with his unit on patrol, just off MSR Tampa in Baghdad when he was struck by an IED and took on small arms fire.

4829.   The weapon used to attack and injure Mr. Thornhill was an Iranian manufactured/supplied IED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4830.   As a result of the attack, Thomas Whittfield Thornhill suffered tinnitus, hearing loss and PTSD.

4831.   Thomas Whittfield Thornhill received extensive psychological treatment and medications for his PTSD.

4832.   As a result of the May 24, 2004 Terrorist Attack, and the injuries he suffered, Thomas Whittfield Thornhill has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4833.   Plaintiff Desiree Anne Thornhill is a citizen of the United States and domiciled in the State of Louisiana. She is the wife of Thomas Whittfield Thornhill.

4834.   Plaintiff G.B.T., a minor, represented by her legal guardians Thomas Whittfield Thornhill and Desiree Anne Thornhill, is a citizen of the United States and domiciled in the State of Louisiana. She is the daughter of Thomas Whittfield Thornhill and Desiree Anne Thornhill.

4835.   As a result of the May 24, 2004 Terrorist Attack, and the injuries suffered by Thomas Whittfield Thornhill, Plaintiffs Desiree Anne Thornhill and G.B.T., a minor, have past and future noneconomic damages, including severe mental anguish, extreme emotional

pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 417.   THE MAY 19, 2004 ATTACK - RAMADI

#### A.   PLAINTIFF SHAWN DAVID SPITZER

4836.   Plaintiff Shawn David Spitzer is a citizen of the United States and domiciled in the State of Utah.

4837.   On May 19, 2004, Shawn David Spitzer, age 26, was serving in the U.S. military in Iraq.

4838.   Mr. Spitzer was on foot patrol near a hospital in Ramadi when an IED detonated into his body.

4839.   The weapon used to attack and injure Mr. Spitzer was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4840.   As a result of the attack, Shawn David Spitzer suffered a concussion, ruptured ear drum, shrapnel injuries to the right side of his body, and PTSD.

4841.   Shawn David Spitzer received extensive medical treatment. Mr. Spitzer has been treated at Camp Hurricane; Baghdad Hospital; Landstuhl, Germany; Camp Pendleton Naval Hospital in Camp Pendleton, California; the Long Beach, California Veterans Administration Healthcare System, the Loma Linda California Veterans Administration Healthcare System; the George E. Wahlen Veterans Affairs Medical Center in Salt Lake City, Utah; and the War Related Illness and Injury Study Center in Palo Alto, California.

4842.   As a result of the May 19, 2004 Terrorist Attack, and the injuries he suffered, Shawn David Spitzer has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages,

including medical expenses, lost income, and loss of earning capacity.

### B.   PLAINTIFFS THE KEVIN DALE MILLER FAMILY

4843.   Plaintiff Kevin Dale Miller is a citizen of the United States and domiciled in the State of Virginia.

4844.   On May 19, 2004, Kevin Dale Miller, age 22, was serving in the U.S. military in Iraq.

4845.   Mr. Miller was on foot patrol on Route Nova in Ramadi, Iraq heading to meet another team. As they were skirting on and off Route Nova, his team was hit with two IEDs that were buried along the road, the first of which hit and injured Mr. Miller. As his other team came running down the road to assist, a third IED detonated.

4846.   The weapon used to attack and injure Mr. Miller was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4847.   As a result of the May 19, 2004 Terrorist Attack, Kevin Dale Miller sustained shrapnel injuries to his head, face, neck, arms, and hands, as well as cervical injury that has resulted in nerve damage in his neck. He continues to suffer from scarring, embedded shrapnel, ongoing cervical issues, TBI, tinnitus, and PTSD.

4848.   Kevin Dale Miller received immediate medical treatment for his injuries at Camp Ramadi. Upon returning to the U.S., Mr. Miller received medical treatment at the Naval Medical Center San Diego and other VA hospitals.

4849.   As a result of the May 19, 2004 Terrorist Attack, and the injuries he suffered, Kevin Dale Miller has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, future lost income, and lost earning capacity.

4850.   Plaintiff LaDonna Sue Miller is a citizen of the United States and is domiciled in the State of Virginia. She is the wife of Kevin Dale Miller.

4851.   Plaintiff Ronnie Dale Miller is a citizen of the United States and is domiciled in the State of Kentucky. He is the father of Kevin Dale Miller.

4852.   As a result of the May 19, 2004 Terrorist Attack and the injuries suffered by Kevin Dale Miller, Plaintiffs LaDonna Sue Miller and Ronnie Dale Miller have incurred past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and economic damages, both past and future, including loss of services.

### 418.   THE MAY 14, 2004 ATTACK – FOB KALSU

####    A.   PLAINTIFF FELICIA FLAKE

4853.   Plaintiff Felicia Flake is a citizen of the United States and domiciled in the State of Louisiana.

4854.   On May 14, 2004, Felicia Flake, age 21, was serving in the U.S. military in Iraq.

4855.   Ms. Flake was working in the feeding tent at FOB Kalsu, south of Baghdad when the alarms sounded warning of an incoming attack. As she was running to the containerized kitchen to get her weapons, mortars hit the structure knocking Ms. Flake unconscious. When she regained consciousness, she ran to a bunker where she sheltered the entire night while mortar fire continued to hit.

4856.   The weapon used to attack and injure Ms. Flake was an Iranian-manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4857.   As a result of the attack, Felicia Flake suffered shrapnel injuries to her right arm and back, causing permanent scars and disfigurement and PTSD for which she continues to

receive treatment.

4858.   Felicia Flake received extensive medical treatment initially at the scene of the attack and then at VA Clinics in Fort Bliss, Texas and Slidell, Louisiana.

4859.   As a result of the May 14, 2004 Terrorist Attack, and the injuries she suffered, Felicia Flake has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 419.   THE MAY 14, 2004 ATTACK – MUHMADIYA

### A.   PLAINTIFFS THE PATRICK WICKENS FAMILY

4860.   Patrick Wickens is a citizen of the United States and domiciled in the State of Florida.

4861.   On May 14, 2004, Patrick Wickens, age 21, was serving in the U.S. military in Iraq.

4862.   Mr. Wickens was walking across Camp Saint Michaels in Muhmadiya, Iraq when incoming mortars impacted nearby. The blast threw Mr. Wickens into the air and resulted in massive shrapnel wounds to both legs.

4863.   The weapon used to attack and injure Patrick Wickens on May 14, 2004 was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4864.   Plaintiff, Judy Lynn Wickens, is a citizen of the United States and is domiciled in the state of Montana. She is the spouse of Patrick Wickens.

4865.   As a result of the May 14, 2004 Terrorist Attack, and the injuries suffered by Patrick Wickens, Plaintiff, Judy Lynn Wickens, has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium,

loss of consortium and past and future economic damages, including loss of services.

### 420.   THE MAY 7, 2004 ATTACK – KARBALA

#### A.      THE WILLIAM ROBERT INGRAM FAMILY

4866.   Plaintiff William Robert Ingram is a citizen of the United States and domiciled in the State of Missouri.

4867.   On May 7, 2004, William Robert Ingram, age 25, was serving in the U.S. military in Iraq.

4868.   Mr. Ingram was on patrol when the platoon stopped their vehicles and dismounted to add additional security. As they began to remount, the M113 directly in front of his vehicle hit a remote controlled IED and they took on small arms fire. They took cover, and then ran to the M113 where they found three injured soldiers with blood everywhere.

4869.   The weapons used to attack and injure Mr. Ingram were an Iranian manufactured/supplied remote controlled IED and small arms weapons provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4870.   As a result of the February 1, 2004 Terrorist Attack, William Robert Ingram sustained significant injuries including TBI, tinnitus, smoke inhalation, and PTSD.

4871.   Mr. Ingram was initially treated in Baghdad for the TBI and the tinnitus. He continues to receive treatment for his TBP and PTSD at the Kansas City VA Medical Center.

4872.   As a result of the May 7, 2004 Terrorist Attack, and the injuries he suffered, Mr. Ingram has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4873.   Plaintiff X.R.I., a minor child, represented by his legal guardian William Robert Ingram, is a citizen of the United States and domiciled in the State of Missouri. He is the son of

William Robert Ingram.

4874.   Plaintiff W.J.I., a minor child, represented by his legal guardian William Robert Ingram, is a citizen of the United States and domiciled in the State of Missouri. He is the son of William Robert Ingram.

4875.   As a result of the February 1, 2004 Terrorist Attack, and the injuries suffered by William Robert Ingram, Plaintiffs X.R.I., a minor child and W.J.I., a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 421.   THE MAY 6, 2004 ATTACK – BAGHDAD

#### A.   PLAINTIFFS THE SIMON MIGUEL GARCIA FAMILY

4876.   Plaintiff Simon Miguel Garcia is a citizen of the United States and domiciled in the State of Idaho.

4877.   On May 6, 2004, Simon Miguel Garcia, age 20, was serving in the U.S. military in Iraq.

4878.   Mr. Garcia was on patrol with his unit near Sadr City in Eastern Baghdad when his vehicle was struck by an IED.

4879.   The weapon used to attack and injure Mr. Garcia was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4880.   As a result of the attack, Simon Miguel Garcia suffered injuries including, but not limited to, a TBI, shrapnel wounds to his body and face, a fractured jaw, a back injury, loss of his left eye, PTSD, and memory loss.

4881.   Simon Miguel Garcia received extensive medical treatment, including past

and ongoing care for these injuries, at Landstuhl Regional Medical Center and other Veterans Medical Centers and health care providers.

4882.  As a result of the May 6, 2004 Terrorist Attack, and the injuries he suffered, Simon Miguel Garcia has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4883.  Plaintiff Alicia R. Garcia is a citizen of the United States and domiciled in the State of Idaho. She is the wife of Simon Miguel Garcia.

4884.  As a result of the May 6, 2004 Terrorist Attack, and the injuries suffered by Simon Miguel Garcia, Plaintiff Alicia R. Garcia has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 422.  THE MAY 5, 2004 ATTACK – BAGHDAD

#### A.  PLAINTIFFS THE DANIEL ALTON ROCCO FAMILY

4885.  Plaintiff Daniel Alton Rocco is a citizen of the United States and domiciled in the State of Oregon.

4886.  On May 5, 2004, Daniel Alton Rocco, age 24, was serving in the U.S. military in Iraq.

4887.  Mr. Rocco was in Baghdad escorting contractors to the airport when a terror operative detonated an IED near his vehicle.

4888.  The weapon used to attack and injure Mr. Rocco was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4889.  As a result of the attack, Daniel Alton Rocco suffered shrapnel wounds to his

entire right side, including his face, hands, lower back, buttocks, arm and elbow. He also had shrapnel injuries to his left hand and has been diagnosed with PTSD and major depressive disorder.

4890.   Daniel Alton Rocco received extensive medical treatment; he has had multiple surgeries to remove shrapnel from his face, hands and elbow and has had psychiatric treatment for PTSD and major depressive disorder.

4891.   As a result of the May 5, 2004 Terrorist Attack, and the injuries he suffered, Daniel Alton Rocco has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4892.   Plaintiff Chad A. Christensen is a citizen of the United States and domiciled in the State of Oregon. He is the brother of Daniel Alton Rocco.

4893.   As a result of the May 5, 2004 Terrorist Attack, and the injuries suffered by Daniel Alton Rocco, Plaintiff Chad A. Christensen has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## B.   PLAINTIFFS THE RICHARD LLANCE SCHWAN FAMILY

4894.   Plaintiff Richard Llance Schwan is a citizen of the United States and domiciled in the State of California.

4895.   On May 5, 2004, Richard Llance Schwan, age 20 was serving in the U.S. military in Iraq.

4896.   Mr. Schwan was driving a Humvee in a convoy of five military vehicles on a mission to pick up supplies near the Baghdad airport when his vehicle struck an IED which detonated, sending the Humvee off the road. When Mr. Schwan exited the damaged Humvee, he

was further attacked by small arms fire.

4897.   The weapons used to attack and injure Mr. Schwen were an Iranian manufactured/supplied IED and small arms, provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4898.   As a result of the May 5, 2004 Terrorist Attack, Richard Llance Schwan sustained significant injuries including concussive blast injuries, burns to his face, dislocated shoulder, damage to his eyes, hearing loss, damage to his knees, PTSD, depression, and anxiety.

4899.   Mr. Schwan was initially treated in Baghdad, where surgery was performed on his eyes and ears. He was treated further at the Darnell Army Medical Center in Texas and continues his treatment through the present at the VA Hospital in Loma Linda, California.

4900.   As a result of the May 5, 2004, Terrorist Attack, and the injuries he suffered, Richard Llance Schwan has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4901.   Plaintiff M.A.S., a minor child, represented by her legal guardian Richard Llance Schwan, is a citizen of the United States and domiciled in the State of California. She is the daughter of Richard Llance Schwan.

4902.   As a result of the May 5, 2004 Terrorist Attack, and the injuries suffered by Richard Llance Schwan, Plaintiff M.A.S., a minor child, has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 423.   THE MAY 5, 2004 ATTACK – BALAD

#### A.   PLAINTIFF DONALD EVAN GRZENA

4903.   Plaintiff Donald Evan Grzena is a citizen of the United States and domiciled

in the State of Florida.

4904.  On May 5, 2004, Donald Evan Grzena, age 44, was serving in the U.S. military in Iraq.

4905.  Mr. Grzena was driving a fork lift unloading supplies from a truck in the Seabee Compound of Balad Base, when mortar rounds began striking his vicinity. One of the mortar rounds caused him to be thrown off the forklift and rendered unconscious. Upon regaining consciousness he attempted to get to safety when another mortar round struck close by, rendering him unconscious again. Ultimately Mr. Grzena was dragged by soldiers to a nearby bunker.

4906.  The weapons used to attack and injure Mr. Grzena on May 5, 2004 were Iranian manufactured/supplied mortar rounds provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4907.  As a result of the attack, Donald Evan Grzena suffered loss of consciousness, TBI, ringing in his ears, headaches, nausea, cuts on his face, arm, and leg, injuries to his low back, right shoulder and right knee, and PTSD.

4908.  Donald Evan Grzena was initially treated at the hospital located on the Seabee Compound in Balad and later underwent treatment at the VA Outpatient Clinic, Jacksonville, Florida; the Malcolm Randall VA Medical Center, Gainesville, Florida; and the VA Hospital in Lake City, Florida. In 2012, Mr. Grzena underwent treatment for his right shoulder at Bahri Orthopedic Sports Medical Clinic, Jacksonville, Florida. In 2015, Mr. Grzena had surgery on his right knee at Southeast Orthopedics in Jacksonville, Florida, and in 2018 had surgical repair of his right shoulder at Southeast Orthopedics, Jacksonville.

4909.  As a result of the May 5, 2004 Terrorist Attack, and the injuries he suffered,

Donald Evan Grzena has incurred past and future noneconomic damages, including severe physical and mental pain and suffering, and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 424.   THE MAY 4, 2004 ATTACK – RAMADI

#### A.   PLAINTIFFS THE BRYON MAURICE SLAY FAMILY

4910.   Plaintiff Bryon Maurice Slay is a citizen of the United States and domiciled in the State of Tennessee.

4911.   On May 4, 2004, Bryon Maurice Slay, age 23, was serving in the U.S. military in Iraq.

4912.   Mr. Slay was on patrol with his unit in Ramadi when his vehicle was struck by an IED.

4913.   The weapon used to attack and injure Mr. Slay was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4914.   As a result of the attack, Bryon Maurice Slay suffered injuries that include, but are not limited to, an injury to his left forearm, compartment syndrome, migraines and PTSD.

4915.   Bryon Maurice Slay received extensive medical treatment, including past and ongoing care for these injuries, at Landstuhl Regional Medical Center, Veterans Medical Centers and health care providers.

4916.   As a result of the May 4, 2004 Terrorist Attack, and the injuries he suffered, Bryon Maurice Slay has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4917.   Plaintiff Sharon Slay DuBose is a citizen of the United States and domiciled in the State of Tennessee. She is the mother of Bryon Maurice Slay.

4918.   Plaintiff Wilbert DuBose is a citizen of the United States and domiciled in the State of Tennessee. He is the stepfather of Bryon Maurice Slay.

4919.   Plaintiff Jerrell Slay is a citizen of the United States and domiciled in the State of Tennessee. He is the brother of Bryon Maurice Slay.

4920.   Plaintiff Akos Slay is a citizen of the United States and domiciled in the State of Tennessee. She is the former spouse of Bryon Maurice Slay.

4921.   Plaintiff B.D.B.S., a minor, represented by his legal guardians Akos Slay and Bryon Maurice Slay, is a citizen of the United States and domiciled in the State of Tennessee. He is the son of Akos Slay and Bryon Maurice Slay.

4922.   As a result of the May 4, 2004 Terrorist Attack, and the injuries suffered by Bryon Maurice Slay, Plaintiffs Sharon Slay DuBose, Wilbert DuBose, Jerrell Slay, Akos Slay and B.D.B.S. have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 425.   THE MAY 2, 2004 ATTACK – RAMADI

### A.      PLAINTIFFS THE BRYON MAURICE SLAY FAMILY

4923.   Plaintiff Bryon Maurice Slay is a citizen of the United States and domiciled in the State of Tennessee.

4924.   On May 2, 2004, Bryon Maurice Slay, age 23, was serving in the U.S. military in Iraq.

4925.   Mr. Slay was preparing vehicles for patrol when his base, FOB Blue Diamond, was struck with mortars.

4926.   The weapons used to attack and injure Mr. Slay were Iranian manufactured/supplied mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4927.   As a result of the attack, Bryon Maurice Slay suffered injuries that include, but are not limited to, shrapnel wound to his chin and PTSD.

4928.   Bryon Maurice Slay received extensive medical treatment, including past and ongoing care for these injuries, at Veterans Medical Centers and health care providers.

4929.   As a result of the May 2, 2004 Terrorist Attack, and the injuries he suffered, Bryon Maurice Slay has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4930.   Plaintiff Sharon Slay DuBose is a citizen of the United States and domiciled in the State of Tennessee. She is the mother of Bryon Maurice Slay.

4931.   Plaintiff Wilbert DuBose is a citizen of the United States and domiciled in the State of Tennessee. He is the stepfather of Bryon Maurice Slay.

4932.   Plaintiff Jerrell Slay is a citizen of the United States and domiciled in the State of Tennessee. He is the brother of Bryon Maurice Slay.

4933.   Plaintiff Akos Slay is a citizen of the United States and domiciled in the State of Tennessee. She is the former spouse of Bryon Maurice Slay.

4934.   Plaintiff B.D.B.S., a minor child, represented by his legal guardians Akos Slay and Bryon Maurice Slay, is a citizen of the United States and domiciled in the State of Tennessee. He is the son of Akos Slay and Bryon Maurice Slay.

4935.   As a result of the May 2, 2004 Terrorist Attack, and the injuries suffered by

Bryon Maurice Slay, Plaintiffs Sharon Slay DuBose, Wilbert DuBose, Jerrell Slay, Akos Slay and B.D.B.S., a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## B.    PLAINTIFF THOMAS LOCKWOOD JOHNSON

4936.   Plaintiff Thomas Lockwood Johnson is a citizen of the United States and domiciled in the State of South Carolina.

4937.   On May 2, 2004, Thomas Lockwood Johnson, age 37, was serving in the U.S. military in Iraq.

4938.   Mr. Johnson was with hit with a mortar while conducting his duties in Ramadi.

4939.   The weapon used to attack and injure Mr. Johnson was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4940.   As a result of the attack, Thomas Lockwood Johnson suffered shrapnel injuries to torso, face and teeth, and PTSD.

4941.   Thomas Lockwood Johnson received extensive medical treatment. Mr. Johnson was medevac'd to the Balad Hospital. He then received treatment in Landstuhl, Germany and the Jacksonville Naval Hospital.

4942.   As a result of the May 2, 2004 Terrorist Attack, and the injuries he suffered, Thomas Lockwood Johnson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 426.   THE APRIL 27, 2004 ATTACK – RAMADI

#### A.   PLAINTIFF KEVIN BRADLEY OLECH

4943.   Plaintiff Kevin Bradley Olech is a citizen of the United States and domiciled in the State of North Carolina.

4944.   On April 27, 2004, Kevin Bradley Olech, age 25, was serving in the U.S. military in Iraq.

4945.   Mr. Olech was on foot patrol clearing an abandoned building in Ramadi, Iraq, when he was hit with a RPG explosion.

4946.   The weapon used to attack and injure Mr. Olech was an Iranian manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4947.   As a result of the attack, Mr. Olech suffered from shrapnel wounds in the upper and lower parts of both legs and in his left hand, his right ear drum was blown out, and he was diagnosed with a traumatic brain injury. Due to his TBI, he suffers from, convulsion disorder, double vision, and memory loss. He suffers from psychological injuries, including PTSD, anxiety, and depression.

4948.   Mr. Olech received extensive medical treatment for dizziness and TBI, as well as physical therapy. Mr. Olech has also received occupational therapy for his vision, and he is also required to wear a hearing aid in his right ear.

4949.   As a result of the April 27, 2004 Terrorist Attack, and the injuries he suffered, Kevin Bradley Olech has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 427.   THE APRIL 26, 2004 ATTACK – FALLUJAH

#### A.   PLAINTIFFS THE CARLOS GOMEZ PEREZ FAMILY

4950.   Plaintiff Carlos Gomez Perez is a citizen of the United States and domiciled in the State of California.

4951.   On April 26, 2004, Carlos Gomez Perez, age 21, was serving in the U.S. military in Iraq.

4952.   Mr. Perez was inside a building in the Jolan neighborhood, Fallujah, Iraq, when he and his fellow soldiers were ambushed and attacked with small arms fire.

4953.   The weapon used to attack and injure Mr. Perez was an Iranian manufactured/supplied small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4954.   During the April 26, 2004 Terrorist Attack, Mr. Perez was shot in the face and right shoulder, requiring surgery, and he has suffered from PTSD, depression, and anxiety.

4955.   Carlos Gomez Perez received extensive medical treatment at a hospital in Fallujah, Landstuhl Regional Medical Center, Walter Reed National Military Medical Center, Naval Medical Center San Diego, and the San Diego VA Healthcare System.

4956.   As a result of the April 26, 2004 Terrorist Attack, and the injuries he suffered, Carlos Gomez Perez has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

4957.   Plaintiff Samantha Izaguirre-Gomez is a citizen of the United States and is domiciled in the state of California. She is the wife of Carlos Gomez Perez.

4958.   Plaintiff J.C.I., a minor child, represented by his legal guardians Carlos Gomez Perez and Samantha Izaguirre-Gomez, is a citizen of the United States and domiciled in the

state of California. He is the son of Carlos Gomez Perez and Samantha Izaguirre-Gomez.

4959.   As a result of the April 26, 2004 Terrorist Attack, and the injuries suffered by Carlos Gomez Perez, Plaintiffs Samantha Izaguirre-Gomez and J.C.I., a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 428.   THE APRIL 25, 2004 ATTACK – TAJI

#### A.   PLAINTIFFS THE JOIE LEE WILLIAMS FAMILY

4960.   Joie Lee Williams is a citizen of the United States and domiciled in the State of North Carolina.

4961.   On April 25, 2004, Joie Lee Williams, age 41, was serving in the U.S. military in Iraq.

4962.   Joie Lee Williams was asleep in his living quarters at Camp Cooke, Taji, Iraq when multiple 127 mm rockets were fired, striking the living quarters. Mr. Williams was knocked unconscious, dazed, and disoriented by the explosion and the damage to the living quarters.

4963.   The weapons used to attack and injure Joie Lee Williams were Iranian-supplied rockets provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4964.   Plaintiff, Annette Williams, is a citizen of the United States and is domiciled in the state of North Carolina. She is the wife of Joie Lee Williams.

4965.   As a result of the April 25, 2004 Terrorist Attack, and the injuries suffered by Joie Lee Williams, Plaintiff, Annette Williams, has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium,

loss of consortium and past and future economic damages, including loss of services.

### 429.   THE APRIL 13, 2004 ATTACK – BAGHDADI

#### A.   PLAINTIFF SIGURD MORRIS MATHISEN, JR.

4966.  Plaintiff, Sigurd Morris Mathisen, Jr., is a citizen of the United States and domiciled in the State of Florida.

4967.  On April 13, 2004, Sigurd Morris Mathisen, Jr., age 51, was serving in the U.S. military in Iraq.

4968.  On April 13, 2004, Mr. Mathisen was in a convoy travelling on a highway adjacent to the Euphrates River northeast of Baghdadi when an IED struck his hummer.

4969.  The weapon used to attack and injure Mr. Mathisen was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4970.  As a result of the attack, Sigurd Morris Mathisen, Jr. suffered shrapnel wounds to his eye, face and legs, TBI, loss of consciousness, loss of hearing, confusion, ringing in his ears, vertigo, neck pain and PTSD.

4971.  Sigurd Morris Mathisen, Jr. received extensive medical treatment at FOB Al Asad; U.S. Air Force Medical Center Keesler, Keesler Air Force Base, Mississippi; Sixth Medical Group, Tampa, Florida; VA Southwest Primary Care Clinic, Las Vegas, Nevada; Ernest Childers VA, Tulsa, Oklahoma; and James A. Haley Veterans Hospital, Tampa, Florida.

4972.  As a result of the April 13, 2004 Terrorist Attack, and the injuries he suffered, Sigurd Morris Mathisen, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 430.   THE APRIL 8, 2004 ATTACK - MAHMUDIYAH

### A.   PLAINTIFFS THE BRIAN MICHAEL YORK FAMILY

4973.   Brian Michael York is a citizen of the United States and domiciled in the State of New York.

4974.   On April 8, 2004, Mr. Brian York, age 18, was serving in the U.S. military in Iraq.

4975.   Mr. York was performing his duties as driver of a Humvee and drove the vehicle over a deeply buried Improvised Explosive Device (IED) which detonated, blowing out the windshield and spraying Mr. York with glass.

4976.   The weapon used to attack and injure Mr. York was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4977.   As a result of the April 8, 2004 attack, Mr. York sustained significant injuries due to the blast. Mr. York was sprayed with broken glass, he sustained a TBI, migraines, PTSD, anxiety, panic attacks, and depression.

4978.   Brian Michael York was treated in Iraq after the attack, and has received treatment at Landstuhl Regional Medical Center in Germany and at Walter Reed National Military Medical Center. Mr. York was also treated at the Mountain Home VA Medical Clinic, before transferring to the Bay Pines VA Healthcare System. Mr. York continues to receive treatment at the Stratton VA Medical Center.

4979.   Plaintiff Edward Raymond York is a citizen of the United States and domiciled in the State of New York. He is the father of Brian Michael York.

4980.   Plaintiff Bente Kristin York is a resident of the United States and domiciled in the State of New York. She is the mother of Brian Michael York.

4981.   Plaintiff Elizabeth Anne York is a citizen of the United States and domiciled in the State of New York. She is the sister of Brian Michael York.

4982.   As a result of the April 8, 2004 Terrorist Attack, and the injuries suffered by Brian Michael York, Plaintiffs Edward Raymond York, Bente Kristin York, and Elizabeth Anne York, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 431.   THE APRIL 7, 2004 ATTACK - LATIFIYA

#### A.   PLAINTIFFS THE STEPHEN KENT FERGUSON FAMILY

4983.   Stephen Kent Ferguson is a citizen of the United States and domiciled in the State of West Virginia.

4984.   On April 7, 2004, Stephen Kent Ferguson, age 23, was serving in the U.S. military in Iraq.

4985.   On the afternoon of April 7, 2004, an IED was discovered in the town of Latifiya. Mr. Ferguson and his platoon were escorting the explosive ordnance disposal team and stopped to set up a security position while the IED was handled. Mr. Ferguson's unit began to receive mortar and RPG fire. Mr. Ferguson was hit with an AK-47 bullet which fragmented into his left thigh. The bullet and its fragments broke his left femur, dislocated his hip and severed his urethra.

4986.   The weapons used to attack and injure Mr. Ferguson were Iranian manufactured or supplied IEDs, mortar rounds, RPGs and/or AK-47's provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4987.   As a result of the attack, Stephen Kent Ferguson suffered a severed urethra, broken left femur, dislocated left hip, shrapnel fragments that remain in his leg, urological

dysfunction, erectile dysfunction, kidney stones, prostate problems, nerve damage to penis, damage to inside of bladder wall, scar tract from pubic bone into bladder, and internal bleeding. He also suffers from PTSD, anxiety and depression.

4988.   Stephen Kent Ferguson received extensive medical treatment. Mr. Ferguson has had approximately 10 surgeries and a urethroplasty. Mr. Ferguson was hospitalized at Landstuhl Regional Medical Center, Walter Reed National Military Medical Center, Naval Medical Center Camp Lejeune, Duke University Hospital, and University of Colorado. He also received and continues to receive orthopedic and PTSD treatment.

4989.   Plaintiff Robert Eugene Ferguson, Jr., is a citizen of the United States and domiciled in the State of West Virginia. He is the step-father of Stephen Kent Ferguson.

4990.   Plaintiff Owen Eugene Chismar, II is a citizen of the United States and domiciled in the State of Colorado. He is the brother of Stephen Kent Ferguson.

4991.   Plaintiff Clotilde Joy Szelkowski is a citizen of the United States and domiciled in the State of Colorado. She is the mother of Stephen Kent Ferguson.

4992.   As a result of the April 7, 2004 Terrorist Attack, and the injuries suffered by Stephen Kent Ferguson, Plaintiffs Robert Eugene Ferguson, Jr., Owen Eugene Chismar, II, and Clotilde Joy Szelkowski have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 432.   THE APRIL 7, 2004 ATTACK – BAIJI

### A.   PLAINTIFFS THE CRAIG SCOTT SOTEBEER FAMILY

4993.   Plaintiff Craig Scott Sotebeer is a citizen of the United States and domiciled in the State of Utah.

4994.   On April 7, 2004, Craig Scott Sotebeer, age 31, was serving in the U.S.

military in Iraq.

4995.  Craig Scott Sotebeer was on post in Baiji when he was attacked and struck by Rockets and Mortars.

4996.  The weapons used to attack and injure Mr. Sotebeer were Iranian manufactured/supplied Rockets and Mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

4997.  As a result of the attack, Craig Scott Sotebeer sustained hearing loss, a TBI, and PTSD.

4998.  Craig Scott Sotebeer received extensive medical treatment for injuries from his hearing loss, TBI, as well as psychiatric care for his PTSD.

4999.  As a result of the April 7, 2004, Terrorist Attack, and the injuries he suffered, Craig Scott Sotebeer has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5000.  Plaintiff Maria Catherine Sotebeer is a citizen of the United States and domiciled in the State of Utah. She is the wife of Craig Scott Sotebeer.

5001.  As a result of the April 7, 2004 Terrorist Attack, and the injuries suffered by Craig Scott Sotebeer, Plaintiff Maria Catherine Sotebeer has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 433.   THE APRIL 7, 2004 ATTACK – FALLUJAH

#### A.   PLAINTIFF JULIO ALEXANDER GUZMAN

5002.  Plaintiff Julio Alexander Guzman is a citizen of the United States and domiciled

in the State of California.

5003.   On April 7, 2004, Julio Alexander Guzman, age 19, was serving in the U.S. military in Iraq.

5004.   Mr. Guzman was on patrol with his unit in Fallujah when his vehicle came under heavy machine gun fire, RPG fire, small arms fire, sniper fire, and was targeted by mortars and IEDs in an ambush attack.

5005.   The weapons used to attack and injure Mr. Guzman were Iranian manufactured/supplied RPGs, small arms weapons, mortars and IEDs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5006.   As a result of the attack, Julio Alexander Guzman suffered injuries that include, but are not limited to, a TBI, a lower back injury, Fibromyalgia and PTSD.

5007.   Julio Alexander Guzman received extensive medical treatment, including past and ongoing care for these injuries, at several Veterans Medical Centers and VA health care providers.

5008.   As a result of the April 7, 2004 Terrorist Attack, and the injuries he suffered, Julio Alexander Guzman has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### B.    PLAINTIFF ANTHONY LEE MIELE

5009.   Plaintiff Anthony Lee Miele is a citizen of the United States and domiciled in the State of Indiana.

5010.   On April 7, 2004, Anthony Lee Miele, age 20, was serving in the U.S. military in Iraq.

5011.   Mr. Miele was in a convoy with his unit in Fallujah when they were ambushed

with IEDs, RPGs, mortars, sniper fire, machine guns, and small arms fire which struck him directly.

5012. The weapons used to attack and injure Mr. Miele were Iranian manufactured/supplied IEDs, RPGs, mortars and small arms weapons provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5013. As a result of the attack, Anthony Lee Miele suffered a wound to the left thigh; ankle fracture; knee strain; numerous shrapnel injuries; TBI; tinnitus; and PTSD.

5014. Anthony Lee Miele received extensive medical treatment. Mr. Miele was medevac'd to the Al-Taqaddum Air base. He then received treatment at Landstuhl, Germany; Walter Reed National Military Medical Center in Bethesda, Maryland; and Marine Corps Base Camp Pendleton at Oceanside, California.

5015. As a result of the April 7, 2004 Terrorist Attack, and the injuries he suffered, Anthony Lee Miele has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## C.   PLAINTIFFS THE TYLER DAVID NEUMEISTER FAMILY

5016. Plaintiff Tyler David Neumeister is a citizen of the United States and domiciled in the State of California.

5017. On April 7, 2004, Tyler David Neumeister, age 21, was serving in the U.S. military in Iraq.

5018. Mr. Neumeister was the crew chief and aerial gunner in a helicopter on a casualty evacuation mission five miles west of Fallujah towards the end of a major battle involving mortars, RPGs, IEDs, and small arms including machine guns and sniper fire, where he rescued severely injured Marines and encountered mass casualties.

5019.   The weapons used in the attack Mr. Neumeister responded to were Iranian manufactured/supplied mortars, IEDs, RPGs, and small arms weapons provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5020.   As a result of the attack, Tyler David Neumeister suffered PTSD, depression, and insomnia.

5021.   Tyler David Neumeister received extensive medical treatment including ongoing mental health therapy and medication.

5022.   As a result of the April 7, 2004 Terrorist Attack, and the injuries he suffered, Tyler David Neumeister has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5023.   Plaintiff Elyse Fink is a citizen of the United States and domiciled in the State of California. She is the mother of Tyler David Neumeister.

5024.   Plaintiff Shoshone Nadene Boudreau is a citizen of the United States and domiciled in the State of California. She is the sister of Tyler David Neumeister.

5025.   Plaintiff Kimberlee Morgan Hinkley is a citizen of the United States and domiciled in the State of California. She is the sister of Tyler David Neumeister.

5026.   As a result of the April 7, 2004 Terrorist Attack, and the injuries suffered by Tyler David Neumeister, Plaintiffs Elyse Fink, Shoshone Nadene Boudreau, and Kimberlee Morgan Hinkley have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### D.    PLAINTIFFS    THE    MICHAEL    ANTHONY    MENDOZA FAMILY

5027.   Plaintiff Michael Anthony Mendoza is a citizen of the United States and domiciled in the State of Illinois.

5028.   On April 7, 2004, Michael Anthony Mendoza, age 24, was serving in the U.S. military in Iraq.

5029.   Mr. Mendoza was on patrol with his unit in Fallujah when his unit was attacked by RPGs, small arms fire, sniper fire, machine guns, mortars and IEDs. The primary weapon that injured Mr. Mendoza was an RPG that knocked him unconscious.

5030.   The weapons used to attack and injure Mr. Mendoza were Iranian manufactured/supplied RPGs, IEDs, mortars and small arms weapons provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5031.   As a result of the attack, Michael Anthony Mendoza suffered a perforated eardrum and PTSD.

5032.   Michael Anthony Mendoza received extensive medical treatment for his perforated ear drum and psychological care for his PTSD immediately following the attack.

5033.   As a result of the April 7, 2004 Terrorist Attack, and the injuries he suffered, Michael Anthony Mendoza has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5034.   Plaintiff Kelly Mendoza is a citizen of the United States and domiciled in the State of Illinois. She is the wife of Michael Anthony Mendoza.

5035.   As a result of the April 7, 2004 Terrorist Attack, and the injuries suffered by Michael Anthony Mendoza, Plaintiff Kelly Mendoza has past and future noneconomic damages,

including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### E.    PLAINTIFFS THE BLAIR ELLIS DELL FAMILY

5036.   Plaintiff Blair Ellis Dell is a citizen of the United States and domiciled in the State of Washington.

5037.   On April 7, 2004, Blair Ellis Dell, age 26, was serving in the U.S. military in Iraq.

5038.   Mr. Dell was escorting vehicles to Rock Ammunition Supply Point on Route Boston in Fallujah when his vehicle was attacked by RPGs, small arms fire, sniper fire, machine guns, mortars and IEDs.

5039.   The weapons used to attack and injure Mr. Dell were Iranian manufactured/supplied RPGs, IEDs, mortars, and small arms weapons provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5040.   As a result of the attack, Blair Ellis Dell suffered a TBI, a broken right ankle, hearing loss, lacerations to both hands, and sleep apnea.

5041.   Blair Ellis Dell received extensive medical treatment for his injuries.

5042.   As a result of the April 7, 2004 Terrorist Attack, and the injuries he suffered, Blair Ellis Dell has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5043.   Plaintiff Candus Angel Dell is a citizen of the United States and domiciled in the State of Washington. She is the wife of Blair Ellis Dell.

5044.   Plaintiff V.J.D., a minor child, represented by her legal guardians Blair Ellis Dell and Candus Angel Dell, is a citizen of the United States and domiciled in the State of Washington. She is the daughter of Blair Ellis Dell and Candus Angel Dell.

5045.   As a result of the April 7, 2004 Terrorist Attack, and the injuries suffered by Blair Ellis Dell, Plaintiffs Candus Angel Dell and V.J.D. a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### F.   PLAINTIFFS THE JAMES EDDIE WRIGHT FAMILY

5046.   James Eddie Wright is a citizen of the United States and is domiciled in the State of California.

5047.   On April 7, 2004, James Eddie Wright, age 28, was serving in the U.S. military in Iraq.

5048.   Mr. Wright was travelling in a convoy when his convoy was attacked by RPGs, small arms fire, sniper fire, machine guns, mortars and IEDs.

5049.   The primary weapons used to attack and injure Mr. Wright were Iranian manufactured/supplied RPGs, small arms, machine guns, mortars and IEDs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5050.   As a result of the attack, James Eddie Wright severed both hands and portions of both arms, suffered traumatic brain injury, fractured his left femur, and was peppered with shrapnel wounds.

5051.   James Eddie Wright received extensive medical treatment for his injuries.

5052.   Plaintiff Carmel Fitzgerald is a citizen of the United States and is domiciled in Ireland. She is the mother of James Eddie Wright.

5053.   Plaintiff Nora Ann Foutz is a citizen of the United States and is domiciled in Colorado. She is the sister of James Eddie Wright.

5054.   Plaintiff Matthew Wright is a citizen of the United States and is domiciled in

Ireland. He is the brother of James Eddie Wright.

5055.   As a result of the April 7, 2004 Terrorist Attack, and the injuries suffered by James Eddie Wright, Plaintiffs Carmel Fitzgerald, Nora Ann Foutz, and Matthew Wright have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## G.    PLAINTIFFS THE DANIEL JAMES GRIEGO FAMILY

5056.   Plaintiff Daniel James Griego is a citizen of the United States and domiciled in the State of California.

5057.   On April 7, 2004, Daniel James Griego, age 36, was serving in the U.S. military in Iraq.

5058.   Mr. Griego was attacked in Fallujah, Al Anbar, when the vehicles in front of him in his convoy where hit by RPGs and small arms fire, including machine guns and sniper fire. He and his unit were subsequently attacked in a fire-fight. This complex attack occurred during the "First Battle of Fallujah," which was a highly publicized and lengthy campaign.

5059.   The primary weapons used to attack and injure Mr. Griego were Iranian manufactured/supplied RPGs, IEDs, mortars, and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5060.   As a result of the attack, Daniel James Griego suffered a head injury that was later diagnosed as a TBI. Mr. Griego currently suffers from PTSD as a result of the April 7, 2004 Terrorist Attack.

5061.   Daniel James Griego received extensive medical treatment at Naval Hospital Camp Pendleton, West LA VA Hospital, VA NY Harbor Healthcare System, VA Connecticut Healthcare System, and Pasadena Recovery Center.

5062.   As a result of the April 7, 2004 Terrorist Attack, and the injuries he suffered, Daniel James Griego has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5063.   Plaintiff Amy Griego is a citizen of the United States and domiciled in the State of California. She is the wife of Daniel James Griego.

5064.   Plaintiff Lena Parker is a citizen of the United States and domiciled in the State of California. She is the mother of Daniel James Griego.

5065.   Plaintiff Fred Griego is a citizen of the United States and domiciled in the State of California. He is the brother of Daniel James Griego.

5066.   Plaintiff Cynthia Leonard is a citizen of the United States and domiciled in the State of California. She is the sister of Daniel James Griego.

5067.   Plaintiff Priscilla Griego is a citizen of the United States and domiciled in the State of California. She is the adult daughter of Daniel James Griego.

5068.   Plaintiff Noah James Griego is a citizen of the United States and domiciled in the State of California. He is the adult son of Daniel James Griego.

5069.   As a result of the April 7, 2004 Terrorist Attack, and the injuries suffered by Daniel James Griego, Plaintiffs Amy Griego, Lena Parker, Fred Griego, Cynthia Leonard, Priscilla Griego, and Noah James Griego have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 434.   THE APRIL 5, 2004 ATTACK – ZAIDON

#### A.   PLAINTIFFS   THE   BRANDON   JOHN   BERHOW-GOLL FAMILY

5070.   Plaintiff Brandon John Berhow-Goll is a citizen of the United States and domiciled in the State of Iowa.

5071.   On April 5, 2004, Brandon John Berhow-Goll, age 21, was serving in the U.S. military in Iraq.

5072.   While on patrol in Zaidon, Iraq, Mr. Berhow-Goll was ambushed attacked with an IED, RPG, and machine gun/small arms fire, killing four of his fellow soldiers and injuring Mr. Berhow-Goll.

5073.   The weapons used to attack and injure Mr. Berhow-Goll were an Iranian manufactured/supplied IED, RPG, and small arms fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5074.   As a result of the April 5, 2004 Terrorist Attack, Brandon John Berhow-Goll sustained shrapnel injuries throughout the right side of his body; and he continues to suffer from tinnitus, hearing loss, and PTSD.

5075.   Brandon John Berhow-Goll received extensive medical treatment at Baghdad Hospital, Landstuhl Regional Medical Center, Walter Reed National Military Medical Center, the VA San Diego Healthcare System, Camp Pendleton - Wounded Warrior Battalion, and the VA Central Iowa Healthcare System.

5076.   As a result of the April 5, 2004 Terrorist Attack, and the injuries he suffered, Mr. Berhow-Goll has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5077.   Plaintiff Jennifer Jean Berhow-Hanson is a citizen of the United States and is domiciled in the State of Iowa. She is the mother of Brandon John Berhow-Goll.

5078.   Plaintiff Kevin Douglas Hanson is a citizen of the United States and is domiciled in the State of Iowa. He is the father of Brandon John Berhow-Goll.

5079.   As a result of the April 5, 2004 Terrorist Attack and the injuries suffered by Brandon John Berhow-Goll, plaintiffs Jennifer Jean Berhow-Hanson and Kevin Douglas Hanson have incurred past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and economic damages, both past and future, including loss of services.

### 435.   THE APRIL 4, 2004 ATTACK – KIRKUK

### A.   PLAINTIFFS THE GARY LYNN STRICKLAND FAMILY

5080.   Plaintiff Gary Lynn Strickland is a citizen of the United States and domiciled in the State of Texas.

5081.   On April 4, 2004, Gary Lynn Strickland, age 22, was serving in the U.S. military in Iraq.

5082.   Mr. Strickland was standing with his squad near his Humvee by a police station near Celebration Square in Kirkuk, when a civilian vehicle drove up on the other side of the Humvee and exploded.

5083.   The weapon used to attack and injure Mr. Strickland was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5084.   As a result of the attack, Gary Lynn Strickland suffered a TBI, hearing loss, tinnitus, PTSD, anxiety, and depression.

5085.   Gary Lynn Strickland received extensive medical counseling and medications

for his PTSD and TBI.

5086.  As a result of the April 4, 2004 Terrorist Attack, and the injuries he suffered, Gary Lynn Strickland has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5087.  Plaintiff Marnita L. Marler is a citizen of the United States and domiciled in the State of Arkansas. She is the mother of Gary Lynn Strickland.

5088.  Plaintiff Rikki Lynne Marler is a citizen of the United States and domiciled in the State of Arkansas. She is the sister of Gary Lynn Strickland.

5089.  As a result of the April 4, 2004 Terrorist Attack, and the injuries suffered by Gary Lynn Strickland,  Plaintiffs Marnita L. Marler, and Rikki Lynne Marler have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 436.   THE APRIL 4, 2004 ATTACK – SADR CITY

#### A.   PLAINTIFFS THE FRANKLYN LEE DOSS FAMILY

5090.  Plaintiff Franklyn Lee Doss is a citizen of the United States and domiciled in the State of Texas.

5091.  On April 4, 2004, Franklyn Lee Doss, age 31, was serving in the U.S. military in Iraq.

5092.  Mr. Doss was with his unit on a Quick Reaction Force Mission in Sadr city, when they took on hostile fire including small arms fire, RPGs, pipe bombs and grenades. The attack is also known as "Black Sunday".

5093.  The weapon used to attack and injure Mr. Doss was an Iranian

manufactured/supplied small arms, RPGs, pipe bombs, and grenades provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5094.  As a result of the attack, Franklyn Lee Doss suffered significant psychological injuries to include PTSD, anxiety, depression and nightmares.

5095.  Franklyn Lee Doss received extensive mental health treatment for this attack.

5096.  As a result of the April 4, 2004 Terrorist Attack, and the injuries he suffered, Franklyn Lee Doss has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5097.  Plaintiff Juanita Doss is a citizen of the United States and domiciled in the State of Texas. She is the wife of Franklyn Lee Doss.

5098.  As a result of the April 4, 2004 Terrorist Attack, and the injuries suffered by Franklyn Lee Doss, Plaintiff Juanita Doss has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## B.    PLAINTIFFS THE SALVADOR BELTRAN-SOTO FAMILY

5099.  Plaintiff Salvador Beltran-Soto is a citizen of the United States and is domiciled in the State of California.

5100.  On April 4, 2004, Salvador Beltran-Soto, age 26, was serving in the U.S. military in Iraq.

5101.  Mr. Beltran-Soto was in a Light Mobility Transport Vehicle as part of an extraction team in a convoy of eight vehicles sent to assist another patrol that was pinned down in Sadr City, Iraq. As the convoy entered Sadr City they were attacked with small arms fire, RPG fire, and Improvised Explosive Devices (IED). One IED exploded in Salvador Beltran-Soto face,

riddling his face, neck and arms with shrapnel, and he was shot repeatedly with small arms fire.

5102.   The weapons used to attack and injure Mr. Beltran-Soto were small arms, RPGs, grenades and IEDs provided by Iran and/or one of its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5103.   As a result of the April 4, 2004 terrorist attack, Salvador Beltran-Soto sustained shrapnel injuries to his face, neck and arms, gunshot wounds, TBI, and severe PTSD.

5104.   Salvador Beltran-Soto has received extensive medical treatment. He was medically evacuated from the scene of the attack and shrapnel was removed from his mouth, face, neck, and arms. In the years following the attack Mr. Beltran-Soto was treated by the Loma Linda VA Healthcare System for on-going PTSD, headaches, vertigo, tinnitus, and hearing loss.

5105.   As a result of the April 4, 2004 Terrorist Attack and the injuries he suffered, Salvador Beltran-Soto has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5106.   Plaintiff James Salvador Beltran-Daves is a citizen of the United States and is domiciled in the State of California. He is the son of Salvador Beltran-Soto.

5107.   Plaintiff Sidney Ylenne Partida is a citizen of the United States and is domiciled in the State of California. She is the step-daughter of Salvador Beltran-Soto.

5108.   Plaintiff Alonso Beltran-Soto is a citizen of the United States and is domiciled in the State of California. He is the brother of Salvador Beltran-Soto.

5109.   Plaintiff Valentin Beltran is a citizen of the United States and is domiciled in the State of California. He is the brother of Salvador Beltran-Soto.

5110.   Plaintiff Francisco Felix Beltran is a citizen of the United States and is domiciled

in the State of California. He is the brother of Salvador Beltran-Soto.

5111.   Plaintiff Beatriz Beltran is a citizen of the United States and is domiciled in the State of California. She is the sister of Salvador Beltran-Soto.

5112.   Plaintiff Ramona Beltran is a resident of the United States and is domiciled in the State of California. She is the mother of Salvador Beltran-Soto.

5113.   Plaintiff Jose Beltran-Soto is a resident of the United States and is domiciled in the State of California. He is the brother of Salvador Beltran-Soto.

5114.   Plaintiff Maria Beltran is a resident of the United States and is domiciled in the State of California. She is the former spouse of Salvador Beltran-Soto.

5115.   As a result of the April 4, 2004 Terrorist Attack and the injuries suffered by Salvador Beltran-Soto, Plaintiffs James Salvador Beltran-Daves, Sidney Ylenne Partida, Alonso Beltran-Soto, Valentin Beltran, Francisco Felix Beltran, Beatriz Beltran, Ramona Beltran, Jose Beltran-Soto, and Maria Beltran have incurred past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## C.   PLAINTIFF ANTHONY JOHN FERRIS

5116.   Plaintiff Anthony John Ferris is a citizen of the United States and domiciled in the State of Arizona.

5117.   On April 4, 2004, Anthony John Ferris, age 22, was serving in the U.S. military in Iraq.

5118.   Mr. Ferris was on patrol with his unit in Sadr City when his vehicle was struck by an IED. The blast was followed by another IED strike, an RPG and small arms fire attack.

5119.   The weapons used to attack and injure Mr. Ferris were Iranian manufactured/supplied IED, RPG, and small arms weapons, provided by Iran and/or its agents to

Iranian-funded and Iranian-trained terror operatives in Iraq.

5120.  As a result of the attack, Anthony John Ferris suffered injuries that include, but are not limited to, a TBI and PTSD.

5121.  Anthony John Ferris received extensive medical treatment, including past and ongoing care for these injuries, at several Veterans Medical Centers and VA health care providers.

5122.  As a result of the April 4, 2004 Terrorist Attack, and the injuries he suffered, Anthony John Ferris has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### D.   PLAINTIFFS THE MATTHEW GENE RAUL MERCADO FAMILY

5123.  Plaintiff Matthew Gene Raul Mercado is a citizen of the United States and domiciled in the State of Colorado.

5124.  On April 4, 2004, Matthew Gene Raul Mercado, age 27, was serving in the U.S. military in Iraq.

5125.  Mr. Mercado was on foot patrol with his unit in Sadr City when they were ambushed with RPGs and small arms fire.

5126.  The weapon used to attack and injure Mr. Mercado was an Iranian manufactured/supplied RPG and small arms weapon provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5127.  As a result of the attack, Matthew Gene Raul Mercado suffered injuries that include, but are not limited to, a TBI, shrapnel wounds to both legs, tinnitus, PTSD, anxiety and depression.

5128.   Matthew Gene Raul Mercado received extensive medical treatment, including past and ongoing care for these injuries, at Carl R. Darnell Army Medical Center, Brooke Army Medical Center and other VA Medical Centers and health care providers.

5129.   As a result of the April 4, 2004 Terrorist Attack, and the injuries he suffered, Matthew Gene Raul Mercado has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5130.   Plaintiff Raul Mercado is a citizen of the United States and domiciled in the State of New York. He is the father of Matthew Gene Raul Mercado.

5131.   Plaintiff Saundra Mercado is a citizen of the United States and domiciled in the State of New York. She is the mother of Matthew Gene Raul Mercado.

5132.   Plaintiff K.M.M., a minor, represented by his legal guardian Matthew Gene Raul Mercado, is a citizen of the United States and domiciled in the State of Colorado. He is the son of Matthew Gene Raul Mercado.

5133.   Plaintiff M.L.M a minor, represented by her legal guardian Matthew Gene Raul Mercado, is a citizen of the United States and domiciled in the State of Colorado. She is the daughter of Matthew Gene Raul Mercado.

5134.   As a result of the April 4, 2004 Terrorist Attack, and the injuries suffered by Matthew Gene Raul Mercado, Plaintiffs Raul Mercado, Saundra Mercado, K.M.M. and M.L.M. have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### E.     PLAINTIFF ALEXANDER RODRIGUEZ BRYANT

5135.   Plaintiff Alexander Rodriguez Bryant is a citizen of the United States and

domiciled in the State of North Carolina.

5136. On April 4, 2004, Alexander Rodriguez Bryant, age 25, was serving in the U.S. military in Iraq.

5137. Mr. Bryant was in a Bradley Fighting Vehicle as part of a response to assist a platoon in Sadr City under heavy attack and as they approached, they encountered multiple pre-planned ambushes. They took heavy fire from RPGs, IEDs, and small arms. As they loaded the wounded and took note of the killed in action, he realized his closest friend, SPC Ahmad Cason had been shot in the stomach and killed.

5138. The weapons used to attack and injure Mr. Bryant were Iranian manufactured/supplied IEDs, RPGs, and small arms weapons provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5139. As a result of the attack, Alexander Rodriguez Bryant suffered migraines, tinnitus, PTSD, and other related psychological issues.

5140. Alexander Rodriguez Bryant received extensive medical treatment at FOB War Eagle Medical. He received subsequent treatments at Carl R. Darnall Medical Center, Charlie Norwood VA Medical Center, Austin VA Vet Center and W.G. Hefner VA Medical Center in North Carolina.

5141. As a result of the April 4, 2004 Terrorist Attack, and the injuries he suffered, Alexander Rodriguez Bryant has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## F.    PLAINTIFFS THE RICHARD DEWAYNE FOSTER FAMILY

5142. Plaintiff Richard Dewayne Foster is a citizen of the United States and domiciled in the State of Oklahoma.

5143.   On April 4, 2004, Richard Dewayne Foster, age 45, was serving in the U.S. military in Iraq.

5144.   On April 4, 2004, Mr. Foster was riding as a passenger in an M1-Abrams that was traveling south on the main road heading towards Sadr City headquarters when RPGs, small arms, and grenades were directed at him and their convoy. Richard Dewayne Foster witnessed extreme and traumatic injuries to and deaths of his fellow soldiers while he was assisting them after they had come under attack. This Terrorist Attack resulted in Mr. Foster sustaining psychological trauma, which contributed to the development of and exacerbated his PTSD.

5145.   The weapon used to attack and injure Mr. Foster were Iranian manufactured/supplied RPGs, small arms, and grenades provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5146.   As a result of the April 4, 2004 Terrorist Attack, Richard Dewayne Foster has suffered from ongoing psychological trauma and injuries, which include PTSD, anxiety, depression, anger and nightmares/night terrors.

5147.   Mr. Foster has treated at Madigan Army Medical Center, Tinker AFB 72nd Medical Group and Jack C. Montgomery VA Medical Center, where he continued to be hospitalized and received intensive treatment from 2007 until present day due to the severity of his injuries. He will require further treatment and care.

5148.   As a result of the April 4, 2004 Terrorist Attack, and the injuries he suffered, Richard Dewayne Foster has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5149.   Plaintiff Brandon Michael Foster is a citizen of the United States and domiciled in

the State of Washington. He is the son of Richard Dewayne Foster.

5150.   Plaintiff Matthew Ryan Foster is a citizen of the United States and domiciled in the State of Washington. He is the son of Richard Dewayne Foster.

5151.   As a result of the April 4, 2004 Terrorist Attack, and the injuries suffered by Richard Dewayne Foster, Plaintiffs Brandon Michael Foster, and Matthew Ryan Foster have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 437.   THE MARCH 30, 2004 ATTACK – ISKANDARIYA

### A.   PLAINTIFFS THE STUART HUNTER MCKENZIE FAMILY

5152.   Plaintiff Stuart Hunter McKenzie is a citizen of the United States and domiciled in the State of Washington.

5153.   On March 30, 2004, Stuart Hunter McKenzie, age 22, was serving in the U.S. military in Iraq.

5154.   Mr. McKenzie was with his unit in a convoy near Iskandariya when an IED detonated under his Humvee.

5155.   The weapon used to attack and injure Mr. McKenzie was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5156.   As a result of the attack, Stuart Hunter McKenzie suffered significant physical and mental injuries. Mr. McKenzie's left hand was nearly severed, he had a hole in his left thigh the size of a fist and a hole in his back the size of a nickel from shrapnel. He sustained a TBI, tinnitus, PTSD, cognitive disorder, depression and anxiety.

5157.   Stuart Hunter McKenzie received extensive medical treatment. He was

immediately attended to by a medic who applied a tourniquet to his left hand and a pressure bandage to his left leg to stop the bleeding. He underwent multiple surgeries to try and save his left hand and surgery for his leg due to infection. Mr. McKenzie also participated in physical therapy, occupational therapy and psychological therapy.

5158.   As a result of the March 30, 2004 Terrorist Attack, and the injuries he suffered, Stuart Hunter McKenzie has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5159.   Plaintiff Calise Ann Patterson is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of Stuart Hunter McKenzie.

5160.   Plaintiff, Colin Jade Darrow is a citizen of the United States and is domiciled in the state of Michigan. She is the sister of Stuart Hunter McKenzie.

5161.   As a result of the March 30, 2004 Terrorist Attack, and the injuries suffered by Stuart Hunter McKenzie,  Plaintiffs Calise Ann Patterson and Colin Jade Darrow have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## B.      PLAINTIFFS THE JACOB RICHARD DEVRIES FAMILY

5162.   Plaintiff Jacob Richard DeVries is a citizen of the United States and domiciled in the State of Iowa.

5163.   On March 30, 2004, Jacob Richard DeVries, age 21, was serving in the U.S. military in Iraq.

5164.   Mr. DeVries was traveling in a convoy in Iskandariya when an IED detonated under the vehicle traveling behind his vehicle. Fellow soldiers in the vehicle were seriously

injured.

5165.   The weapon used to attack and injure Mr. DeVries was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5166.   As a result of the attack, Jacob Richard DeVries suffered PTSD.

5167.   Jacob Richard DeVries received counseling for PTSD.

5168.   As a result of the March 30, 2004 Terrorist Attack, and the injuries he suffered, Jacob Richard DeVries has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5169.   Plaintiff Jerry L. DeVries is a citizen of the United States and domiciled in the State of Illinois. He is the father of Jacob Richard DeVries.

5170.   Plaintiff Susan M. Moulton is a citizen of the United States and domiciled in the State of Illinois. She is the mother of Jacob Richard DeVries.

5171.   As a result of the March 30, 2004 Terrorist Attack, and the injuries suffered by Jacob Richard DeVries, Plaintiffs Jerry L. DeVries and Susan M. Moulton have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## C.     PLAINTIFF MATTHEW SLATE HAEGER

5172.   Plaintiff Matthew Slate Haeger is a citizen of the United States and domiciled in the State of Colorado.

5173.   On March 30, 2004, Matthew Slate Haeger, age 22, was serving in the U.S. military in Iraq.

5174.   Mr. Haeger was on patrol with his unit in Iskandariya when a nearby vehicle in his convoy was struck by an IED.

5175.   The weapon used to attack and injure Mr. Haeger was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5176.   As a result of the attack, Matthew Slate Haeger suffered injuries that include, but are not limited to, tinnitus and PTSD.

5177.   Matthew Slate Haeger received extensive medical treatment, including past and ongoing care for these injuries, at several Veterans Medical Centers, and VA health care providers.

5178.   As a result of the March 30, 2004 Terrorist Attack, and the injuries he suffered, Matthew Slate Haeger has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### D.    PLAINTIFF ADAM NATHAN FLEURY

5179.   Plaintiff Adam Nathan Fleury is a citizen of the United States and domiciled in the State of New York.

5180.   On March 30, 2004, Adam Nathan Fleury, age 20, was serving in the U.S. military in Iraq.

5181.   Mr. Fleury was with his unit in a convoy in Iskandariya when an IED detonated into the convoy.

5182.   The weapon used to attack and injure Mr. Fleury was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5183.   As a result of the attack, Adam Nathan Fleury suffered tinnitus and PTSD.

5184.   Adam Nathan Fleury received extensive medical treatment. Mr. Fleury has been treated at the Albany Veterans Administration in Plattsburgh, New York and the Veterans Outpatient Clinic in Plattsburgh, New York.

5185.   As a result of the March 30, 2004 Terrorist Attack, and the injuries he suffered, Adam Nathan Fleury has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

## E.   PLAINTIFFS THE SHANE MICHAEL PITTS FAMILY

5186.   Plaintiff Shane Michael Pitts is a citizen of the United States and domiciled in the State of Missouri.

5187.   On March 30, 2004, Shane Michael Pitts, age 20, was serving in the U.S. military in Iraq.

5188.   Mr. Pitts was on patrol with his unit in Iskandariya when his vehicle was struck by an IED.

5189.   The weapon used to attack and injure Mr. Pitts was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5190.   As a result of the attack, Shane Michael Pitts suffered injuries that include, but are not limited to, a TBI, shrapnel wounds which caused a removal of a portion of the lower intestines, shrapnel wounds to the left thigh, and PTSD.

5191.   Shane Michael Pitts received extensive medical treatment, including past and ongoing care for these injuries, at Baghdad Hospital, Landstuhl Regional Medical Center, Walter Reed National Military Medical Center, and several other Veterans Medical Centers and health

care providers.

5192.  As a result of the March 30, 2004 Terrorist Attack, and the injuries he suffered, Shane Michael Pitts has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5193.  Plaintiff Virginia Summer is a citizen of the United States and domiciled in the State of Florida. She is the mother of Shane Michael Pitts.

5194.  As a result of the March 30, 2004 Terrorist Attack, and the injuries suffered by Shane Michael Pitts, Plaintiff Virginia Summer has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 438.  THE MARCH 25, 2004 ATTACK – FOB SPEICHER

### A.  PLAINTIFFS THE JOSHUA CODY BIRCH FAMILY

5195.  Plaintiff Joshua Cody Birch is a citizen of the United States and domiciled in the State of Ohio.

5196.  On March 25, 2004, Joshua Cody Birch, age 21, was serving in the U.S. military in Iraq.

5197.  Mr. Birch was on patrol with his unit traveling near the main gate at FOB Speicher when a mortar exploded.

5198.  The weapon used to attack and injure Mr. Birch was an Iranian manufactured/supplied Mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5199.  As a result of the attack, Joshua Cody Birch sustained shrapnel to his hand and leg, tinnitus, and PTSD.

5200.   Joshua Cody Birch received extensive medical treatment for shrapnel to his hand and leg and psychiatric treatment for his PTSD.

5201.   As a result of the March 25, 2004, Terrorist Attack, and the injuries he suffered, Joshua Cody Birch has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5202.   Plaintiff, Heather M. Birch, is a citizen of the United States and domiciled in the State of Ohio. She is the wife of Joshua Cody Birch.

5203.   Plaintiff, Caryn M. Giroux, is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Joshua Cody Birch.

5204.   Plaintiff, John R. Birch, Jr., is a citizen of the United States and domiciled in the State of Ohio. He is the father of Joshua Cody Birch.

5205.   Plaintiff, Jarod L. Birch, is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Joshua Cody Birch.

5206.   Plaintiff, Judd W. Birch, is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Joshua Cody Birch.

5207.   As a result of the March 25, 2004 Terrorist Attack, and the injuries suffered by Joshua Cody Birch, Plaintiffs Heather M. Birch, Caryn M. Giroux, John R. Birch, Jr., Jarod L. Birch and Judd W. Birch have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 439.   THE MARCH 19, 2004 ATTACK – FALLUJAH

### A.   PLAINTIFF MICHAEL ROY RENFRO

5208.   Plaintiff Michael Roy Renfro is a citizen of the United States and domiciled in

the State of Arizona.

5209.  On March 19, 2004, Michael Roy Renfro, age 22, was serving in the U.S. military in Iraq.

5210.  Michael Roy Renfro was in a convoy of 8-10 vehicles driving outside of Fallujah, when an IED exploded injuring the driver and Mr. Renfro. Following the explosion, Mr. Renfro's vehicle was attacked with small arms fire.

5211.  The weapons used to attack and injure Mr. Renfro were an Iranian manufactured/supplied IED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5212.  As a result of the attack, Mr. Renfro suffered significant injuries including the loss of sight in his right eye, TBI, spinal cord damage, shrapnel to both legs, and PTSD.

5213.  Michael Roy Renfro received extensive medical treatment undergoing 26 surgeries on his right eye, back, legs, face and arms, as well as other medical and psychological treatment which continues to the present.

5214.  As a result of the March 19, 2004 Terrorist Attack, and the injuries he suffered, Michael Roy Renfro has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 440.  THE MARCH 19, 2004 ATTACK – FALLUJAH

#### A.  PLAINTIFFS THE JOHN JAMES DAWDY FAMILY

5215.  Plaintiff John James Dawdy is a citizen of the United States and domiciled in the State of Texas.

5216.  On March 19, 2004, John James Dawdy, age 18, was serving in the U.S. military in Iraq.

5217.   Mr. Dawdy was transporting supplies and personnel in a truck and heading north on Main Supply Route Tampa when his vehicle was struck by an IED.

5218.   The weapon used to attack and injure Mr. Dawdy was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5219.   As a result of the attack, John James Dawdy suffered shrapnel to his face, shrapnel to both legs, major vein damage to his left leg, major artery damage to his right leg, back pain, numbness to his right foot, and amputation of all his toes to the ball of his right foot.

5220.   John James Dawdy received extensive medical treatment at a hospital in Baghdad, at Landstuhl Regional Medical Center in Germany, at Naval Hospital Camp Pendleton in California, and at Balboa Naval Hospital in San Diego, California.

5221.   As a result of the March 19, 2004 Terrorist Attack, and the injuries he suffered, John James Dawdy has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5222.   Plaintiff Pattie Ann Black is a citizen of the United States and domiciled in the State of Texas. She is the mother of John James Dawdy.

5223.   Plaintiff Michael John Black is a citizen of the United States and domiciled in the State of Texas. He is the step-father of John James Dawdy.

5224.   Plaintiff Wendy Ann Law is a citizen of the United States and domiciled in the State of Texas. She is the sister of John James Dawdy.

5225.   Plaintiff Jennifer Nicole Burelsmith is a citizen of the United States and

domiciled in the State of Texas. She is the sister of John James Dawdy.

5226.   As a result of the March 19, 2004 Terrorist Attack, and the injuries suffered by John James Dawdy, Plaintiffs Pattie Ann Black, Michael John Black, Wendy Ann Law, and Jennifer Nicole Burelsmith have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 441.   THE MARCH 13, 2004 ATTACK – RAMADI

### A.   PLAINTIFF BRIAN PATRICK MCPHERSON

5227.   Plaintiff Brian Patrick McPherson is a citizen of the United States and domiciled in the State of Oklahoma.

5228.   On March 13, 2004, Brian Patrick McPherson, age 25, was serving in the U.S. military in Iraq.

5229.   Mr. McPherson was on patrol on Route Michigan, Ramadi, Iraq, when his vehicle was hit with an IED.

5230.   The weapon used to attack and injure Brian Patrick McPherson was an Iranian-manufactured IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5231.   As a result of the March 13, 2004 Terrorist Attack, Mr. McPherson sustained catastrophic injuries to his face (blew off jaw), and suffered collapsed lungs, severe avulsion/laceration to his arm, scaring, nerve damage, tinnitus, Traumatic Brain Injury, coma, depression, and PTSD.

5232.   Brian Patrick McPherson received extensive medical treatment and multiple surgeries, including treatment in the field; in Baghdad; at Landstuhl Regional Medical Center; Bethesda National Naval Medical Center; Wilford Hall in Lackland, San Antonio; Audie L.

Murphy VA Hospital; Oklahoma City VA Healthcare System; and Ronald Reagan UCLA Medical Center.

5233.   As a result of the March 13, 2004 Terrorist Attack, and the injuries he suffered, Brian Patrick McPherson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 442.   THE MARCH 10, 2004 ATTACK – ISKANDARIYAH

#### A.   PLAINTIFF LARRY JAMES MAYS, JR.

5234.   Plaintiff Larry James Mays, Jr. is a citizen of the United States and domiciled in the State of Tennessee.

5235.   On March 10, 2004, Larry James Mays, Jr., age 42, was serving in the U.S. military in Iraq.

5236.   Mr. Mays was traveling with his unit in Iskandariyah, en route to Camp Ridgeway from FOB Dogwood, when his vehicle was struck by an IED.

5237.   The weapon used to attack and injure Mr. Mays was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5238.   As a result of the attack, Larry James Mays, Jr. suffered injuries that include, but are not limited to, a TBI, a shoulder injury, tinnitus, hearing loss, short-term memory loss, PTSD, anxiety, and depression.

5239.   Larry James Mays, Jr. received extensive medical treatment, including past and ongoing care for these injuries, at the Troop Medical Clinic at Camp Ridgeway and Camp Arlington, Veterans Medical Centers and other health care providers.

5240.   As a result of the March 10, 2004 Terrorist Attack, and the injuries he

suffered, Larry James Mays, Jr., has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

**443.   THE MARCH 2, 2004 ATTACK – BAGHDAD**

**A.      PLAINTIFFS THE DAVID MICHAEL SIMMS FAMILY**

5241.  Plaintiff David Michael Simms is a citizen of the United States and domiciled in the State of Mississippi.

5242.  On March 2, 2004, David Michael Simms, age 56, was serving in the U.S. military in Iraq.

5243.  Mr. Simms was in the top bunk of a bed, in Camp Victory near Baghdad International Airport, when the Camp was attacked by rockets and mortars. The explosions caused him to be thrown from the top bunk onto a locker below causing Mr. Simms to sustain serious injuries.

5244.  The weapons used to attack and injure Mr. Simms were Iranian manufactured/supplied rockets and mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5245.  As a result of the attack, Mr. Simms suffered a broken nose, extreme internal bruising, and injuries to his right shoulder, right leg, right knee, back, as well as PTSD.

5246.  Mr. Simms received extensive medical treatment at Gulf Coast Veterans Health Care System, Biloxi, Mississippi; Veteran Hospital, Jackson, Mississippi; and the Montgomery VA Clinic, Montgomery, Alabama.

5247.  As a result of the March 2, 2004 Terrorist attack, and the injuries he suffered, David Michael Simms has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages,

including medical expenses, lost income, and loss of earning capacity.

5248.   Plaintiff Alexis B. Riley is a citizen of the United States and domiciled in the State of Mississippi. She is the granddaughter of David Michael Simms.

5249.   As a result of the March 2, 2004 Terrorist Attack, and the injuries suffered by David Michael Simms, Plaintiff Alexis B. Riley has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 444.   THE FEBRUARY 4, 2004 ATTACK – SAMARRA

#### A.   PLAINTIFFS THE JOSHUA CODY BIRCH FAMILY

5250.   Plaintiff Joshua Cody Birch is a citizen of the United States and domiciled in the State of Ohio.

5251.   On February 4, 2004, Joshua Cody Birch, age 21, was serving in the U.S. military in Iraq.

5252.   Mr. Birch was on patrol with his unit traveling on Highway 1 in Samarra, when he was struck by an IED.

5253.   The weapon used to attack and injure Mr. Birch was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5254.   As a result of the attack, Joshua Cody Birch sustained injuries to his knee, back, exacerbated his TBI.

5255.   Joshua Cody Birch received extensive medical treatment for his knee, back and his TBI.

5256.   As a result of the February 4, 2004, Terrorist Attack, and the injuries he suffered, Joshua Cody Birch has past and future noneconomic damages, including severe

physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5257.   Plaintiff, Heather M. Birch, is a citizen of the United States and domiciled in the State of Ohio. She is the wife of Joshua Cody Birch.

5258.   Plaintiff, Caryn M. Giroux, is a citizen of the United States and domiciled in the State of Ohio. He is the mother of Joshua Cody Birch.

5259.   Plaintiff, John R. Birch, Jr., is a citizen of the United States and domiciled in the State of Ohio. He is the father of Joshua Cody Birch.

5260.   Plaintiff, Jarod L. Birch, is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Joshua Cody Birch.

5261.   Plaintiff, Judd W. Birch, is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Joshua Cody Birch.

5262.   As a result of the February 4, 2004 Terrorist Attack, and the injuries suffered by Joshua Cody Birch, Plaintiffs Heather M. Birch, Caryn M. Giroux, John R. Birch, Jr,, Jarod L. Birch and Judd W. Birch have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 445.   THE JANUARY 31, 2004 ATTACK - MOSUL

#### A.   PLAINTIFFS THE NATHANIEL RAY LAMBERT FAMILY

5263.   Plaintiff Nathaniel Ray Lambert is a citizen of the United States and domiciled in the State of Washington.

5264.   On January 31, 2004, Nathaniel Ray Lambert, age 21, was serving in the U.S. military in Iraq.

5265.   Nathaniel Ray Lambert was serving as an Infantryman when his patrol of four

vehicles pulled up to an Iraqi police station to provide security. Mr. Lambert was standing by his vehicle when a VBIED exploded between Mr. Lambert and the police station. The blast knocked him to the ground, killed 9 and injured 56 Iraqi policemen and civilians.

5266.  The weapon used to attack and injure Mr. Lambert was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5267.  As a result of the attack, Nathaniel Ray Lambert suffered TBI, PTSD, migraines, ringing in the ears, memory loss, insomnia, flashbacks, anxiety, and depression.

5268.   Mr. Lambert received, and is currently receiving, TBI and PTSD counseling at the Spokane VA Medical Center, Spokane, Washington, and the Spokane Vet Outreach Center, Spokane Valley, Washington.

5269.  As a result of the January 31, 2004 Terrorist Attack, and the injuries he suffered, Nathaniel Ray Lambert has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5270.  Plaintiff Jannell D. Lambert is a citizen of the United States and domiciled in the State of Washington. She is the sister of Nathaniel Ray Lambert.

5271.  As a result of the January 31, 2004 Terrorist Attack, and the injuries suffered by Nathaniel Ray Lambert, Plaintiff Jannell D. Lambert has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

**446.   THE JANUARY 27, 2004 ATTACK – BAGHDAD**

**A.   PLAINTIFFS THE DAVID GLENN MCKENZIE, SR. FAMILY**

5272.   Plaintiff David Glenn McKenzie, Sr. is a citizen of the United States and domiciled in the State of Georgia.

5273.   On January 27, 2004, David Glenn McKenzie, Sr., age 47, was serving in the U.S. military in Iraq.

5274.   Mr. McKenzie was sleeping in his tent in Baghdad when an RPG struck close to him, causing him to be thrown from his cot, hit his head, and was knocked unconscious.

5275.   The weapon used to attack and injure Mr. McKenzie was an Iranian manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5276.   As a result of the attack, David Glenn McKenzie, Sr. suffered injuries to his neck, back, shoulders and arms, and received lacerations to the back of his head, as well as PTSD, TBI, tinnitus, and re-injured his deviated septum.

5277.   Mr. McKenzie received extensive medical treatment at Dublin VA Medical Center, Dublin Georgia; VA Kathleen Clinic, Kathleen, Georgia; Middle Georgia Orthopedics, Warner Robins, Georgia; Martin Army Community Hospital, Fort Benning, Georgia; Columbus Neurological Institute, Columbus, Georgia; Axis Spine and Pain, Warner Robins, Georgia; Cantrell Center for Physical Therapy & Sports Medicine, Warner Robins, Georgia; Smith Spinal Care Center, Warner Robins, Georgia; and River City Rehabilitation and Spine Specialist, Columbus, Georgia.

5278.   As a result of the January 27, 2004 Terrorist attack, and the injuries he suffered, David Glenn McKenzie, Sr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future

economic damage, including medical expenses, lost income, and loss of earning capacity.

5279.  Plaintiff David Glenn McKenzie, Jr., is a citizen of the United States and domiciled in the State of Georgia. He is the son of David Glenn McKenzie, Sr.

5280.  Plaintiff Donna LaGina Reid is a citizen of the United States and domiciled in the State of Georgia. She is the daughter of David Glenn McKenzie, Sr.

5281.  Plaintiff Pearl Jean McKenzie is a citizen of the United States and domiciled in the State of Oregon. She is the mother of David Glenn McKenzie, Sr.

5282.  Plaintiff Lisa Jean Crowder is a citizen of the United States and domiciled in the State of Texas. She is the sister of David Glenn McKenzie, Sr.

5283.  Plaintiff Rosemary Middleton is a citizen of the United States and domiciled in the State of Georgia. She is the aunt of David Glenn McKenzie, Sr.

5284.  As a result of the January 27, 2004 Terrorist Attack, and the injuries suffered by David Glenn McKenzie, Sr., Plaintiffs David Glenn McKenzie, Jr., Donna LaGina Reid, Pearl Jean McKenzie, Lisa Jean Crowder, and Rosemary Middleton have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 447.  THE JANUARY 25, 2004 ATTACK - MOSUL

#### A.  PLAINTIFFS THE VICTORIA ELENA PHILLIPPI FAMILY

5285.  Plaintiff Victoria Elena Phillippi is a citizen of the United States and domiciled in  the State of Pennsylvania.

5286.  On or about January 25, 2004, Ms. Victoria Elena Phillippi, age 24, was serving in the U.S. military  in Iraq.

5287.  In January 25, 2004, Ms. Phillippi was working in a hospital in Mosul, Iraq, when it was attacked with mortars. As she was running towards bunkers for cover, mortars

exploded overhead.

5288.  The weapon used to attack and injure Ms. Victoria Elena Phillippi was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5289.  As a result of the January 25, 2004 Terrorist Attack, Ms. Phillippi suffered a concussion/TBI, depression, and PTSD.

5290.  Since her return to the United States, Ms. Phillippi has received treatment from Butler VA Medical Center and Guthrie Medical Center at Fort Drum. She will require further treatment and care.

5291.  As a result of the January 25, 2004 Terrorist Attack, and the injuries she suffered, Ms. Victoria Elena Phillippi has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5292.  Plaintiff Teresita Sapitula Castillo is a citizen of the United States and domiciled in the State of Illinois. She is the mother of Ms. Victoria Elena Phillippi.

5293.  Plaintiff Wilfredo Ramirez Castillo is a citizen of the United States and domiciled in the State of Illinois. He is the father of Ms. Victoria Elena Phillippi.

5294.  Plaintiff Maria Luisa Castillo is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Ms. Victoria Elena Phillippi.

5295.  As a result of the January 25, 2004 Terrorist Attack and the injuries suffered by Ms. Victoria Elena Phillippi, Plaintiffs Teresita Sapitula Castillo, Wilfredo Ramirez Castillo, and Maria Luisa Castillo have incurred past and future noneconomic damages,

including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and economic damages, both past and future, including loss of services.

### 448. THE JANUARY 24, 2004 ATTACK – KHALIDIYAH

### A. PLAINTIFF DAVID KENNETH WILLIAMS

5296. Plaintiff David Kenneth Williams is a citizen of the United States and domiciled in the State of New Mexico.

5297. On January 24, 2004, David Kenneth Williams, age 23, was serving in the U.S. military in Iraq.

5298. Mr. Williams was in a convoy stopped under a bridge in Khalidiyah, Iraq, when it was attacked by a VBIED that which rammed into the Humvee directly in front of Mr. Williams' vehicle.

5299. The weapon used to attack and injure David Kenneth Williams was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5300. As a result of the January 24, 2004 Terrorist Attack, David Kenneth Williams suffers from tinnitus, hearing loss, and PTSD, depression, and anxiety.

5301. David Kenneth Williams received immediate medical treatment for his injuries at Balad, then Landstuhl Regional Medical Center. Upon returning to the U.S., Mr. Williams received medical treatment at the Schofield Barracks and the New Mexico VA Healthcare System.

5302. As a result of the January 24, 2004 Terrorist Attack, and the injuries he suffered, David Kenneth Williams has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 449.  THE JANUARY 18, 2004 ATTACK - BAGHDAD

#### A.  PLAINTIFF CORY LAMAR EGGLESTON

5303.  Plaintiff Cory Lamar Eggleston is a citizen of the United States and domiciled in the State of Utah.

5304.  On January 18, 2004, Cory Lamar Eggleston, age 25, was serving in the U.S. military in Iraq.

5305.  Mr. Eggleston was at the Assassin's Gate in Baghdad when he was struck by a VBIED.

5306.  The weapon used to attack and injure Mr. Eggleston was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5307.  As a result of the attack, Cory Lamar Eggleston suffered a TBI which causes seizures, PTSD and anxiety.

5308.  Cory Lamar Eggleston received extensive medical treatment and multiple medications for seizures and PTSD.

5309.  As a result of the January 18, 2004 Terrorist Attack, and the injuries he suffered, Cory Lamar Eggleston has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 450.  THE JANUARY 7, 2004 ATTACK – LOG BASE SEITZ, BAGHDAD

#### A.  PLAINTIFFS THE MICHAEL BENAVIDES, JR. FAMILY

5310.  Plaintiff Michael Benavides, Jr. is a citizen of the United States and domiciled in the State of Texas.

5311.  On January 7, 2004, Michael Benavides, Jr., age 21, was serving in the U.S.

military in Iraq.

5312.   Mr. Benavides was injured when several mortar and RPG rounds struck his base in an attack on Log Base Seitz.

5313.   The weapon used to attack and injure Mr. Benavides was an Iranian manufactured/supplied mortar and RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5314.   As a result of the attack, Michael Benavides, Jr. suffered injuries that include, but are not limited to, shrapnel wounds to the right thigh, left ear lacerations and disfigurement, a concussion, lumbar strain, tinnitus, PTSD, anxiety and depression.

5315.   Michael Benavides, Jr. received extensive medical treatment including past and ongoing care for these injuries, at Landstuhl Regional Medical Center, Madigan Army Medical Center and other Veterans Medical Centers, private hospitals and medical providers.

5316.   As a result of the January 7, 2004 Terrorist Attack, and the injuries he suffered, Michael Benavides, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5317.   Plaintiff Linda Benavides is a citizen of the United States and domiciled in the State of Texas. She is the mother of Michael Benavides, Jr.

5318.   Plaintiff Michael Benavides is a citizen of the United States and domiciled in the State of Texas. He is the father of Michael Benavides, Jr.

5319.   Plaintiff Daniel Benavides is a citizen of the United States and domiciled in

the State of Texas. He is the brother of Michael Benavides, Jr.

5320. Plaintiff Joseph Benavides is a citizen of the United States and domiciled in the State of Texas. He is the son of Michael Benavides, Jr.

5321. Plaintiff I.M.B., a minor, represented by his legal guardian Michael Benavides Jr., is a citizen of the United States and domiciled in the State of Texas. He is the son of Michael Benavides, Jr.

5322. Plaintiff Z.M.B., a minor, represented by his legal guardian Michael Benavides Jr., is a citizen of the United States and domiciled in the State of Texas. He is the son of Michael Benavides, Jr.

5323. As a result of the January 7, 2004 Terrorist Attack, and the injuries suffered by Michael Benavides, Jr., Plaintiffs Linda Benavides, Michael Benavides, Daniel Benavides, Joseph Benavides, I.M.B., and Z.M.B., have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 451. THE DECEMBER 31, 2003 ATTACK – WEST OF SADR CITY

### A. PLAINTIFFS THE BENJAMIN VERNON DOLBY FAMILY

5324. Plaintiff Benjamin Vernon Dolby is a citizen of the United States and domiciled in the State of Pennsylvania.

5325. On December 31, 2003, Benjamin Vernon Dolby, age 28, was serving in the U.S. military in Iraq.

5326. Mr. Dolby was with his unit on a mail run near Palestine Street, West of Sadr City in Baghdad when he was struck by a VBIED.

5327. The weapon used to attack and injure Mr. Dolby was an Iranian

manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5328.   As a result of the attack, Benjamin Vernon Dolby suffered significant injuries such as a TBI, knee, back, neck and shoulder injuries. He has ongoing issues with his lungs, TMJ, hearing loss and eye issues. He suffers from PTSD, depression and anxiety.

5329.   Benjamin Vernon Dolby received extensive medical treatment including multiple surgeries for his neck, back, feet, knees and shoulders, as well as physical therapy for injuries and psychological therapy for PTSD.

5330.   As a result of the December 31, 2003 Terrorist Attack, and the injuries he suffered, Benjamin Vernon Dolby has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5331.   Plaintiff, Delores Arnold, is a citizen of the United States and domiciled in the State of Pennsylvania. She is the ex-wife of Benjamin Vernon Dolby.

5332.   Plaintiff, Abbigail Dolby, is a citizen of the United States and domiciled in the State of Pennsylvania. She is the daughter of Benjamin Vernon Dolby.

5333.   Plaintiff, Valerie Vickery, is a citizen of the United States and domiciled in the State of Kentucky. She is the step-daughter of Benjamin Vernon Dolby.

5334.   Plaintiff, Vernon Dolby, is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Benjamin Vernon Dolby.

5335.   Plaintiff, Vicki Dolby, is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Benjamin Vernon Dolby.

5336.  As a result of the December 31, 2003 Terrorist Attack, and the injuries suffered by Benjamin Vernon Dolby, Plaintiffs Delores Arnold, Abbigail Dolby, Vernon Dolby, Vicky Dolby, and Valerie Vickery have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 452.  THE DECEMBER 27, 2003 ATTACK – BAGHDAD

#### A.      PLAINTIFFS THE RICHARD DEWAYNE FOSTER FAMILY

5337.  Plaintiff Richard Dewayne Foster is a citizen of the United States and domiciled in the State of Oklahoma.

5338.  On December 27, 2003, Richard Dewayne Foster, age 45, was serving in the U.S. military in Iraq.

5339.  On that date, Mr. Foster was in the gunner position in a Humvee-HMWV, returning from a support run along the east side of river in Baghdad North near Sadr City. Mr. Foster's vehicle was the second vehicle in a convoy of two vehicles heading north. As they approached a roundabout, an IED detonated, killing the driver of the first vehicle. The blast caused Mr. Foster to hit his head and sustain a concussion and causing severe ringing in his ears.

5340.  The weapons used to attack and injure Richard Dewayne Foster were Iranian manufactured/supplied RPGs, small arms and grenades provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5341.  As a result of the December 27, 2003 Terrorist Attack, Richard Dewayne Foster sustained significant injuries due to the IED explosion. Mr. Foster suffered a traumatic brain injury, concussion, and tinnitus and he continues to suffer from these injures. In addition, Mr. Foster has psychological injuries that include PTSD, anxiety,

704

depression, anger and nightmares/night terrors.

5342.  Richard Dewayne Foster has treated at Madigan Army Medical Center, Tinker AFB 72nd Medical Group and Jack C. Montgomery VA Medical Center where he continued to receive treatment from 2007 until present day due to the severity of his injuries. He will require further treatment and care.

5343.  As a result of the December 27, 2003 Terrorist Attack, and the injuries he suffered, Richard Dewayne Foster has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5344.  Plaintiff Brandon Michael Foster is a citizen of the United States and domiciled in the State of Washington. He is the son of Richard Dewayne Foster.

5345.  Plaintiff Matthew Ryan Foster is a citizen of the United States and domiciled in the State of Washington. He is the son of Richard Dewayne Foster.

5346.  As a result of the December 27, 2003 Terrorist Attack, and the injuries suffered by Richard Dewayne Foster, Plaintiffs Brandon Michael Foster, and Matthew Ryan Foster have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 453.  THE DECEMBER 25, 2003 ATTACK – FOB SPEICHER

### A.  PLAINTIFFS THE JOSHUA CODY BIRCH FAMILY

5347.  Plaintiff Joshua Cody Birch is a citizen of the United States and domiciled in the State of Ohio.

5348.  On December 25, 2003, Joshua Cody Birch, age 21, was serving in the U.S.

military in Iraq.

5349.  Mr. Birch was in his sleeping quarters at FOB Speicher when it was hit by mortars.

5350.  The weapon used to attack and injure Mr. Birch was an Iranian manufactured/supplied Mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5351.  As a result of the attack, Joshua Cody Birch sustained a TBI, and tinnitus.

5352.  Joshua Cody Birch received extensive medical treatment for his TBI, and tinnitus.

5353.  As a result of the December 25, 2003, Terrorist Attack, and the injuries he suffered, Joshua Cody Birch has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5354.  Plaintiff, Heather M. Birch, is a citizen of the United States and domiciled in the State of Ohio. She is the wife of Joshua Cody Birch.

5355.  Plaintiff, Caryn M. Giroux, is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Joshua Cody Birch.

5356.  Plaintiff, John R. Birch, Jr., is a citizen of the United States and domiciled in the State of Ohio. He is the father of Joshua Cody Birch.

5357.  Plaintiff, Jarod L. Birch, is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Joshua Cody Birch.

5358.  Plaintiff, Judd W. Birch, is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Joshua Cody Birch.

5359.  As a result of the December 25, 2003 Terrorist Attack, and the injuries suffered by Joshua Cody Birch, Plaintiffs Heather M. Birch, Caryn M. Giroux, John R. Birch, Jr., Jarod L. Birch and Judd W. Birch have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 454.   THE DECEMBER 25, 2003 ATTACK – FOB GABE, BAQUBA

### A.      PLAINTIFFS THE TIMOTHY PADRAIC MCKENZIE FAMILY

5360.  Plaintiff Timothy Padraic McKenzie is a citizen of the United States and domiciled in the State of Minnesota.

5361.  On December 25, 2003, Timothy Padraic McKenzie, age 24, was serving in the U.S. military in Iraq.

5362.  Timothy Padraic McKenzie was at FOB Gabe in Baquba, Iraq, when the base was attacked with mortars, and Mr. McKenzie witnessed the deaths and injuries of fellow soldiers.

5363.  The weapons used to attack and injure Timothy Padraic McKenzie were Iranian manufactured/supplied Mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5364.  As a result of the December 25, 2003 attack, Mr. McKenzie suffered psychological injury, including injury contributing to and exacerbating his PTSD.

5365.  Mr. McKenzie received extensive medical treatment including care through the Minneapolis VA Healthcare System in conjunction with private medical providers.

5366.  As a result of the December 25, 2003 Terrorist Attack, and the injuries he suffered, Timothy Padraic McKenzie has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and

future economic damages, including medical expenses, lost income, and loss of earning capacity.

5367.   Plaintiff Sara Jayne McKenzie is a citizen of the United States and domiciled in the State of Minnesota. She is the wife of Timothy Padraic McKenzie.

5368.   As a result of the December 25, 2003 Terrorist Attack, and the injuries suffered by Timothy Padraic McKenzie, Plaintiff Sara Jayne McKenzie has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 455.   THE DECEMBER 15, 2003 ATTACK - ADHAMIYA

#### A.   PLAINTIFFS THE STEVEN RENALD PEOPLES FAMILY

5369.   Plaintiff Steven Renald Peoples is a citizen of the United States and domiciled in  the State of Alabama.

5370.   On December 15, 2003, Steven Renald Peoples, age 31, was serving in the U.S. military in Iraq.

5371.   Mr. Peoples was on patrol with his unit in Adhamiya when his vehicle was struck with small arms fire, RPGs and mortars.

5372.   The weapon used to attack and injure Mr. Peoples were Iranian manufactured/supplied small arms, RPGs and mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5373.   As a result of the attack, Steven Renald Peoples suffered laceration to the face, TBI and PTSD.

5374.   Steven Renald Peoples received extensive medical treatment following the attack at the aid station where he received stitches and he continues his treatment with the

VA.

5375. As a result of the December 15, 2003 Terrorist Attack, and the injuries he suffered, Steven Renald Peoples has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5376. Plaintiff Ajai Lashawn Peoples is a citizen of the United States and domiciled in the State of Alabama. She is the wife of Steven Renald Peoples.

5377. Plaintiff A.K.P., a minor, represented by her legal guardians Steven Renald Peoples and Ajai Lashawn Peoples, is a citizen of the United States and domiciled in the State of Alabama. She is the daughter of Steven Renald Peoples and Ajai Lashawn Peoples.

5378. Plaintiff Jayla Danielle Peoples is a citizen of the United States and domiciled in the State of Alabama. She is the daughter of Steven Renald Peoples.

5379. Plaintiff Martrel Ja'quez Peoples is a citizen of the United States and domiciled in the State of Alabama. He is the son of Steven Renald Peoples.

5380. As a result of the December 15, 2003 Terrorist Attack, and the injuries suffered by Steven Renald Peoples, Plaintiffs Ajai Lashawn Peoples, A.K.P., a minor, Jayla Danielle Peoples, and Martrel Ja'quez Peoples have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services

### 456.  THE DECEMBER 4, 2003 ATTACK – TIKRIT

#### A.  PLAINTIFFS THE KORYLEE CHARLES KAAI FAMILY

5381. Plaintiff Korylee Charles Kaai is a citizen of the United States and domiciled in  the State of Texas.

5382.   On December 4, 2003, Korylee Charles Kaai, age 24, was serving in the U.S. military in Iraq.

5383.   Mr. Kaai had just ended his security duty when his post was attacked with RPGs and small arms fire.

5384.   The weapons used to attack and injure Mr. Kaai were an Iranian manufactured/supplied RPG and small arms weapons provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5385.   As a result of the attack, Korylee Charles Kaai suffered injuries that include, but are not limited to, an injury to both legs, a left knee injury, chronic back pain and PTSD.

5386.   Korylee Charles Kaai received extensive medical treatment, including past and ongoing care for these injuries, at the scene of the attack, Veterans Medical Centers, private hospitals and health care providers.

5387.   As a result of the December 4, 2003 Terrorist Attack, and the injuries he suffered, Korylee Charles Kaai has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5388.   Plaintiff Sarah Ianaro-Kaai is domiciled in the State of Texas. She is the wife of Korylee Charles Kaai.

5389.   Plaintiff A.C.K., a minor, represented by his legal guardians Korylee Charles Kaai and Sarah Ianaro-Kaai, is a citizen of the United States and domiciled in the State of Texas. He is the son of Korylee Charles Kaai and Sarah Ianaro-Kaai.

5390.   As a result of the December 4, 2003 Terrorist Attack, and the injuries suffered by Korylee Charles Kaai, Plaintiffs Sarah Ianaro-Kaai and A.C.K. have past and future

noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

**457.  THE NOVEMBER 23, 2003 ATTACK – BAQUBAH**

> **A.    PLAINTIFFS   THE   EDDIE   EUGENE   MENYWEATHER FAMILY**

5391.  Plaintiff Eddie Eugene Menyweather was a citizen of the United States and was domiciled in  the State of Texas at the time of his death.

5392.  On November 23, 2003, Eddie Eugene Menyweather, age 35, was serving in the U.S. military  in Iraq.

5393.  Mr. Menyweather was on patrol with his unit in Baqubah when his vehicle was struck by an IED.

5394.  Eddie Eugene Menyweather was killed in the attack.

5395.  The weapon used to attack and injure Mr. Menyweather was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5396.  Plaintiff Veronica M. Menyweather is a citizen of the United States and domiciled in the State of Texas. She is the wife of Eddie Eugene Menyweather.

5397.  Plaintiff Veronica M. Menyweather brings an action individually, and on behalf of the anticipated Estate of Eddie Eugene Menyweather, and all heirs thereof, as its legal representative.

5398.  Plaintiff Eddie E. Menyweather, Jr. is a citizen of the United States and domiciled in the State of Texas. He is the son of Eddie Eugene Menyweather.

5399.  Plaintiff Gynia M. Menyweather is a citizen of the United States and

domiciled in the State of Texas. She is the daughter of Eddie Eugene Menyweather.

5400.   Plaintiff Alfred D. Menyweather is a citizen of the United States and domiciled in the State of California. He is the brother of Eddie Eugene Menyweather.

5401.   Plaintiff Gary A. Menyweather is a citizen of the United States and domiciled in the State of Louisiana He is the brother of Eddie Eugene Menyweather.

5402.   Plaintiff Linda E. Menyweather is a citizen of the United States and domiciled in the State of California. She is the sister of Eddie Eugene Menyweather.

5403.   Plaintiff Katherine L. Lawler is a citizen of the United States and domiciled in the State of California. She is the sister of Eddie Eugene Menyweather.

5404.   Plaintiff Stephanie M. Menyweather is a citizen of the United States and domiciled in the State of California. She is the sister of Eddie Eugene Menyweather.

5405.   Plaintiff Dorothy M. Menyweather is a citizen of the United States and domiciled in the State of California. She is the sister of Eddie Eugene Menyweather.

5406.   Plaintiff Sharon D. Menyweather is a citizen of the United States and domiciled in the State of Washington. She is the sister of Eddie Eugene Menyweather.

5407.   Plaintiff Lillie R. Menyweather is a citizen of the United States and domiciled in the State of California. She is the sister of Eddie Eugene Menyweather.

5408.   Plaintiff Eddie E. Edwards is a citizen of the United States and domiciled in the State of Louisiana. He is the father of Eddie Eugene Menyweather.

5409.   Plaintiff Molivere M. Menyweather is a citizen of the United States and domiciled in the State of California. She is the mother of Eddie Eugene Menyweather.

5410.   Plaintiff Billie Joyce Edwards is a citizen of the United States and domiciled in the State of Louisiana. She is the stepmother of Eddie Eugene Menyweather.

5411.   Plaintiff LaTonya R. Edwards is a citizen of the United States and domiciled in the State of Louisiana. She is the stepsister of Eddie Eugene Menyweather.

5412.   Plaintiff Sharon D. Edwards is a citizen of the United States and domiciled in the State of Michigan. She is the stepsister of Eddie Eugene Menyweather.

5413.   Plaintiff Shontae T. Edwards is a citizen of the United States and domiciled in the State of Louisiana. He is the stepbrother of Eddie Eugene Menyweather.

5414.   Plaintiff Eddie E. Edwards, Jr. is a citizen of the United States and domiciled in the State of Michigan. He is the stepbrother of Eddie Eugene Menyweather.

5415.   Plaintiff Martaveon C. Edwards is a citizen of the United States and domiciled in the State of Michigan. He is the stepbrother of Eddie Eugene Menyweather.

5416.   As a result of the attack, and the injuries suffered by and the death of Eddie Eugene Menyweather, Plaintiffs Veronica M. Menyweather, Eddie E. Menyweather, Jr., Gynia M. Menyweather, Alfred D. Menyweather, Gary A. Menyweather, Linda E. Menyweather, Katherine L. Lawler, Stephanie M. Menyweather, Dorothy M. Menyweather, Sharon D. Menyweather, Lillie R. Menyweather, Eddie E. Edwards, Molivere M. Menyweather, Billie Joyce Edwards, LaTonya R. Edwards, Sharon D. Edwards, Shontae T. Edwards, Eddie E. Edwards, Jr., and Martaveon C. Edwards have suffered severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of society, services, companionship, comfort, protection, instruction, advice and counsel, and loss of earnings, income, and net accumulation to the Estate of Eddie Eugene Menyweather.

## 458.   THE NOVEMBER 20, 2003 ATTACK – ISKANDARIYA

### A.   PLAINTIFFS THE MICHAEL LAMOYNE BURNS FAMILY

5417.   Plaintiff Michael LaMoyne Burns is a citizen of the United States and domiciled in the State of Texas.

5418.   On November 20, 2003, Michael LaMoyne Burns, age 33, was serving in the U.S. military in Iraq.

5419.   Mr. Burns was on FOB Kalsu on his day off when they were attacked by several rocket mortars. The rocket had landed approximately 10 meters away from him. Mr. Burns had laid there before he tried to get up and start running when he began feeling an intense burning in his left leg. It was later discovered that Mr. Burns had shrapnel in his leg from the rocket.

5420.   The weapon used to attack and injure Mr. Burns was an Iranian manufactured/supplied mortar rocket provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5421.   As a result of the November 20, 2003 Terrorist Attack, Michael LaMoyne Burns sustained shrapnel injuries to his left leg, and later endured multiple surgeries to salvage his limb, which was ultimately amputated in 2015, and he has had surgery following the amputation. Additionally, Mr. Burns sustained a TBI and has received treatment for PTSD.

5422.   Michael LaMoyne Burns received extensive medical treatment at Raymond W. Bliss Army Health Center, Irwin Army Community Hospital, William Beaumont Army Medical Center, as well as private medical providers.

5423.   As a result of the November 20, 2003 Terrorist Attack, and the injuries he suffered, Michael LaMoyne Burns has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5424.   Plaintiff Robyn Jeanne Burns is a citizen of the United States and domiciled in the State of Texas. She is the wife of Michael LaMoyne Burns.

5425.   Plaintiff Michaela Nicole Burns is a citizen of the United States and domiciled in

the State of Texas. She is the daughter of Michael LaMoyne Burns.

5426.   Plaintiff Ashley Mariah Burns is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Michael LaMoyne Burns.

5427.   Plaintiff Madisson Rose Burns is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Michael LaMoyne Burns.

5428.   Plaintiff P.M.B., a minor, represented by her legal guardians Michael LaMoyne Burns and Robyn Jeanne Burns, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Michael LaMoyne Burns and Robyn Jeanne Burns.

5429.   As a result of the November 20, 2003 Terrorist Attack, and the injuries suffered by Michael LaMoyne Burns, Plaintiffs Robyn Jeanne Burns, Michaela Nicole Burns, Ashley Mariah Burns, Madisson Rose Burns, and P.M.B., a minor have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 459.   THE NOVEMBER 11, 2003 ATTACK - BAGHDAD

#### A.   PLAINTIFFS THE ANTOINETTE VERNESTINE SCOTT FAMILY

5430.   Plaintiff Antoinette Vernestine Scott is a citizen of the United States and domiciled in the District of Columbia.

5431.   On November 11, 2003, Antoinette Vernestine Scott, age 32, was serving in the U.S. military in Iraq.

5432.   Ms. Scott was driving a 5-ton truck in a convoy of 5 vehicles. They were on Highway One approximately 3 miles outside the main gate of Camp Taji in Baghdad when her vehicle was struck by an IED.

5433. The weapon used to attack and injure Ms. Scott was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5434. As a result of the attack, Antoinette Vernestine Scott suffered a severe facial laceration, TBI, shrapnel injuries in her face, neck, and hands, shattered glass in both eyes, and PTSD. Ms. Scott's injuries are permanent.

5435. Antoinette Vernestine Scott received extensive medical treatment at the scene of the attack, in Baghdad Emergency Hospital, in Germany, and Walter Reed Hospital. Her jaw was wired shut and she underwent several surgical procedures including facial exploratory surgery. She continues to receive treatment for PTSD.

5436. As a result of the November 11, 2003 Terrorist Attack, and the injuries she suffered, Antoinette Vernestine Scott has past and future noneconomic damages, including severe physical and mental pain and suffering, disfigurement, and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5437. Plaintiff Rhonda Johnette Hawkins is a citizen of the United States and domiciled in the State of the District of Columbia. She is the daughter of Antoinette Vernestine Scott.

5438. Plaintiff Bryttni DeShaun Hawkins is a citizen of the United States and domiciled in the State of the District of Columbia. She is the daughter of Antoinette Vernestine Scott.

5439. Plaintiff Renee Balincia Robinson is a citizen of the United States and domiciled in the State of the District of Columbia. She is the daughter of Antoinette

Vernestine Scott.

5440.   Plaintiff C.S.S., a minor child, represented by her legal guardian Antoinette Vernestine Scott, is a citizen of the United States and domiciled in the State of the District of Columbia. She is the daughter of Antoinette Vernestine Scott.

5441.   Plaintiff Jennie S. Glasgow is a citizen of the United States and domiciled in the State of the District of Columbia. She is the mother of Antoinette Vernestine Scott.

5442.   Plaintiff Micola Kristy Glasgow is a citizen of the United States and domiciled in the State of the District of Columbia. She is the sister of Antoinette Vernestine Scott.

5443.   Plaintiff Anthony B. Hawkins is a citizen of the United States and domiciled in the State of the District of Columbia. He is the brother of Antoinette Vernestine Scott.

5444.   As a result of the November 11, 2003 Terrorist Attack, and the injuries suffered by Antoinette Vernestine Scott, Plaintiffs Rhonda Johnette Hawkins, Bryttni DeShaun Hawkins, Renee Balincia Robinson, C.S.S., Jennie S. Glasgow, Micola Kristy Glasgow, and Anthony B. Hawkins have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 460.   THE NOVEMBER 9, 2003 ATTACK – KIRKUK

### A.   PLAINTIFFS THE ANDREW PATRICK NALLY FAMILY

5445.   Plaintiff Andrew Patrick Nally is a citizen of the United States and domiciled in the State of Kentucky.

5446.   On November 9, 2003, Andrew Patrick Nally, age 24, was serving in the U.S. military in Iraq.

5447.   Mr. Nally was the turret gunner in a Humvee, which was part of a convoy

performing medical evacuation near Kirkuk, when his Humvee was struck by an IED on a bridge.

5448.   The weapon used to attack and injure Mr. Nally was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5449.   As a result of the November 9, 2003 Terrorist Attack, Andrew Patrick Nally suffered shrapnel injuries and lacerations to his head, face, neck, right hand, and upper thigh, as well as hearing loss and PTSD.

5450.   Andrew Patrick Nally received extensive medical treatment at: FOB Baghdad Hospital; Landstuhl Regional Medical Center, Landstuhl, Germany; Walter Reed Army Medical Center, Washington, DC; and Louisville VA Medical Center in Louisville, Kentucky.

5451.   As a result of the November 9, 2003 Terrorist Attack, and the injuries he suffered, Andrew Patrick Nally has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5452.   Plaintiff Danyelle M. Nally is a citizen of the United States and is domiciled in the state of Kentucky. She is the wife of Andrew Patrick Nally.

5453.   Plaintiff Andrea D. Nally is a citizen of the United States and is domiciled in the state of Kentucky. She is the daughter of Andrew Patrick Nally.

5454.   Plaintiff Andrew Michael Nally is a citizen of the United States and is domiciled in the state of Kentucky. He is the son of Andrew Patrick Nally.

5455.   Plaintiff Brittany R. Nally is a citizen of the United States and is domiciled in the state of Kentucky. She is the daughter of Andrew Patrick Nally.

5456.   Plaintiff Jasmin M. Grady is a citizen of the United States and is domiciled in the state of Kentucky. She is the step-daughter of Andrew Patrick Nally.

5457.   As a result of the November 9, 2003 Terrorist Attack, and the injuries suffered by Andrew Patrick Nally, Plaintiffs, Danyelle M. Nally, Andrea D. Nally, Andrew Michael Nally, Brittany R. Nally, and Jasmin M. Grady have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 461.   THE NOVEMBER 7, 2003 ATTACK –BAGHDAD

### A.   PLAINTIFF RUSSELL LEE COOK, JR.

5458.   Plaintiff Russell Lee Cook, Jr. is a citizen of the United States and domiciled in  the State of Florida.

5459.   On November 7, 2003, Russell Lee Cook, Jr., age 21, was serving in the U.S. military  in Iraq.

5460.   Mr. Cook was the gunner in the lead vehicle of a convoy traveling South of Baghdad when an IED exploded next to his vehicle. There was secondary fire from RPGs, AK-47s, small arms, and a sniper.

5461.   The weapons used to attack and injure Mr. Cook were Iranian manufactured/supplied RPGs, an IED, and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5462.   As a result of the attack, Russell Lee Cook, Jr., suffered a TBI, lacunar infarct, concussion and PTSD.

5463.   Russell Lee Cook, Jr., received extensive medical treatment at the combat support hospital cache, a military hospital in Landstuhl, Germany, Walter Reed Army Medical Center and the St. Petersburg VA medical center in Florida.

5464.  As a result of the November 7, 2003 Terrorist Attack, and the injuries he suffered, Russell Lee Cook, Jr., has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 462.   THE NOVEMBER 7, 2003 ATTACK - BAGHDAD

### A.   PLAINTIFF JOHN ELDON ADAMIC

5465.  Plaintiff John Eldon Adamic is a citizen of the United States and domiciled in the State of Wisconsin.

5466.  On November 7, 2003, John Eldon Adamic, age 22, was serving in the U.S. military in Iraq.

5467.  Mr. Adamic was with his unit in a convoy off highway 8 in Baghdad when they were attacked with an IED and took on small arms fire.

5468.  The weapon used to attack and injure Mr. Adamic was an Iranian manufactured/supplied IED and small arms fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5469.  As a result of the attack, John Eldon Adamic suffered significant injuries to include shrapnel and bullet wounds to right leg, TBI, and PTSD.

5470.  John Eldon Adamic received extensive medical treatment directly after the attack including surgery to remove the shrapnel and bullets from right leg, as well as TBI treatment, psychological treatment and medications.

5471.  As a result of the November 7, 2003 Terrorist Attack, and the injuries he suffered, John Eldon Adamic has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 463.    THE NOVEMBER 2, 2003 ATTACK – LATIFIYA

#### A.    PLAINTIFFS THE TIMOTHY DEMETRIUS JORDAN FAMILY

5472.    Plaintiff Timothy Demetrius Jordan is a citizen of the United States and domiciled in the State of Alabama.

5473.    On November 2, 2003, Timothy Demetrius Jordan, age 39, was serving in the U.S. military in Iraq.

5474.    Mr. Jordan was driving a Humvee in a convoy of approximately seven vehicles traveling South on ASR Jackson near Latifiya, when his Humvee was struck by an IED.

5475.    The weapon used to attack and injure Mr. Jordan was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5476.    As a result of the attack, Timothy Demetrius Jordan suffered significant injuries including a concussion, TBI, shrapnel wounds to the left side of his face, arm, elbow, and knee, and PTSD.

5477.    Timothy Demetrius Jordan received extensive medical treatment at: Landstuhl Regional Medical Center, Landstuhl, Germany; Martin Army Community Hospital in Ft. Benning, Georgia; Birmingham VA Medical Center in Birmingham, Alabama; Batavia VA Medical Center in Batavia, NY; and continues to receive medical and psychological treatment at Tuscaloosa Veterans Affairs Medical Center in Tuscaloosa, Alabama.

5478.    As a result of the November 2, 2003 Terrorist Attack, and the injuries he suffered, Timothy Demetrius Jordan has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5479.    Plaintiff Carolyn Jordan is a citizen of the United States and is domiciled in the

state of Alabama. She is the wife of Timothy Demetrius Jordan.

5480.   Plaintiff Chastity Jordan is a citizen of the United States and is domiciled in the state of Alabama. She is the daughter of Timothy Demetrius Jordan.

5481.   Plaintiff Timeka Denise Tyler is a citizen of the United States and is domiciled in the state of Georgia. She is the daughter of Timothy Demetrius Jordan.

5482.   Plaintiff Denson Jordan Sr. is a citizen of the United States and is domiciled in the state of Alabama. He is the father of Timothy Demetrius Jordan.

5483.   Plaintiff Linda Rose Jordan is a citizen of the United States and is domiciled in the state of Alabama. She is the mother of Timothy Demetrius Jordan.

5484.   Plaintiff Denson Jordan Jr. is a citizen of the United States and is domiciled in the state of Alabama. He is the brother of Timothy Demetrius Jordan.

5485.   Plaintiff Samaria Jordan is a citizen of the United States and is domiciled in the state of Georgia. She is the sister of Timothy Demetrius Jordan.

5486.   Plaintiff Melanie Thomas is a citizen of the United States and is domiciled in the state of Alabama. She is the sister of Timothy Demetrius Jordan.

5487.   Plaintiff Monique Jordan is a citizen of the United States and is domiciled in the state of South Carolina. She is the sister of Timothy Demetrius Jordan.

5488.   As a result of the November 2, 2003 Terrorist Attack, and the injuries suffered by Timothy Demetrius Jordan, Plaintiffs, Carolyn Jordan, Chastity Jordan, Timeka Denise Tyler, Denson Jordan Sr., Linda Rose Jordan, Denson Jordan Jr., Samaria Jordan, Melanie Thomas, and Monique Jordan have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 464.   THE NOVEMBER 1, 2003 ATTACK – BAQUBAH

#### A.   PLAINTIFFS THE DERRICK JERMALE MITCHELL FAMILY

5489.   Plaintiff Derrick Jermale Mitchell is a citizen of the United States and domiciled in the State of Virginia.

5490.   On November 1, 2003, Derrick Jermale Mitchell, age 30, was serving in the U.S. military in Iraq.

5491.   Mr. Mitchell was driving through Baqubah on a logistics convoy when his vehicle was struck by an IED.

5492.   The weapon used to attack and injure Mr. Mitchell was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5493.   As a result of the attack, Derrick Jermale Mitchell suffered a TBI, back and neck pain, migraine headaches, dizziness, tinnitus, and PTSD.

5494.   Derrick Jermale Mitchell received extensive medical treatment for his back and neck pain to include physical therapy, injections, chiropractic treatments, as well as counseling and medications for PTSD.

5495.   As a result of the November 1, 2003 Terrorist Attack, and the injuries he suffered, Derrick Jermale Mitchell has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5496.   Plaintiff Raphael Mitchell is a citizen of the United States and domiciled in the State of North Carolina. He is the father of Derrick Jermale Mitchell.

5497.   Plaintiff Deyonne Mitchell is a citizen of the United States and domiciled in the

State of Virginia. She is the daughter of Derrick Jermale Mitchell.

5498.  As a result of the November 1, 2003 Terrorist Attack, and the injuries suffered by Derrick Jermale Mitchell, Plaintiffs Raphael Mitchell and Deyonne Mitchell have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 465.   THE OCTOBER 27, 2003 ATTACK - BAGHDAD

### A.   PLAINTIFFS THE AUBREY DALE BELL FAMILY

5499.  Plaintiff Aubrey Dale Bell is a citizen of the United States and domiciled in the State of Alabama at the time of his death.

5500.  On October 27, 2003, Aubrey Dale Bell, age 32, was serving in the U.S. military in Iraq.

5501.  Mr. Bell was performing his duties as a Military Police Officer in his unit and was at the Al Bayra Police Station in Baghdad when they came under small arms fire and was struck by a VBIED.

5502.  Aubrey Dale Bell was killed immediately from the blast.

5503.  The weapon used to attack and kill Mr. Bell was an Iranian manufactured/supplied VBIED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5504.  Plaintiff, Philandria Ezell, is a citizen of the United States and domiciled in the State of Alabama. She is the widow of Aubrey Dale Bell.

5505.  Plaintiff, Philandria Ezell brings an action individually, and on behalf of the Estate of Aubrey Dale Bell, and all heirs thereof, as its legal representative.

5506.  Plaintiff, Roxie Bell, is a citizen of the United States and domiciled in the state of

Alabama. She is the mother of Aubrey Dale Bell.

5507.   Plaintiff, Tiffany Nicole Ezell, is a citizen of the United States and domiciled in the state of Alabama. She is the daughter of Aubrey Dale Bell.

5508.   Plaintiff, La'Darius Bernard Ezell, is a citizen of the United States and domiciled in the State of Alabama. He is the son of Aubrey Dale Bell.

5509.   Plaintiff, Kyser Ezell, is a citizen of the United States and domiciled in the state of Alabama. He is the son of Aubrey Dale Bell.

5510.   Plaintiff, D'Zundria Ezell, is a citizen of the United States and domiciled in the State of Georgia. She is the daughter of Aubrey Dale Bell.

5511.   As a result of the October 27, 2003 Terrorist Attack, and the injuries suffered by, and the death, Aubrey Dale Bell,  Plaintiffs Philandria Ezell, Roxie Bell, D'Zundria Ezell, Tiffany Nicole Ezell, Kyser Ezell, and La'Darius Bernard Ezell have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Aubrey Dale Bell's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Aubrey Dale Bell.

## B.    PLAINTIFFS THE ROOSEVELT ROSS JR. FAMILY

5512.   Roosevelt Ross Jr. is a citizen of the United States and domiciled in the State of Alabama.

5513.   On October 27, 2003, Roosevelt Ross Jr., age 33, was serving in the U.S. military in Iraq.

5514.   Mr. Ross was having a conversation with one of his coworkers at the Al Bayra police station in the Al Dora neighborhood of Baghdad, Iraq when a suicide bomber drove a vehicle in front of the building and detonated. The blast threw Mr. Ross down the hallway and knocked him unconscious. The blast killed his friend instantly. Mr. Ross was hit by shrapnel in

the back of the head, neck, right arm and hand, and his right ear was severed.

5515.   The weapon used to attack and injure Mr. Ross was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5516.   Plaintiff, Trinity G. Ross, is a citizen of the United States and is domiciled in the state of Alabama. She is the daughter of Roosevelt Ross Jr.

5517.   Plaintiff, Roosevelt Ross, Sr., is a citizen of the United States and is domiciled in the state of Alabama. He is the father of Roosevelt Ross Jr.

5518.   Plaintiff, Syderia Rosate Ross, is a citizen of the United States and is domiciled in the state of Alabama. She is the sister of Roosevelt Ross Jr.

5519.   Plaintiff, Deborah Ross, is a citizen of the United States and is domiciled in the state of Alabama. She is the sister of Roosevelt Ross Jr.

5520.   Plaintiff, Ethel Ross Gowdy, is a citizen of the United States and is domiciled in the state of Alabama. She is the sister of Roosevelt Ross Jr.

5521.   Plaintiff, Helen Ross, is a citizen of the United States and is domiciled in the state of Alabama. She is the sister of Roosevelt Ross Jr.

5522.   Plaintiff, Theresa Ross Jones, is a citizen of the United States and is domiciled in the state of Alabama. She is the sister of Roosevelt Ross Jr.

5523.   Plaintiff, Darel Ross, is a citizen of the United States and is domiciled in the state of Alabama. He is the brother of Roosevelt Ross Jr.

5524.   Plaintiff, Conilia Ross Yobo, is a citizen of the United States and is domiciled in the state of Alabama. She is the sister of Roosevelt Ross Jr.

5525.   Plaintiff, Jemilia Ross Polius, is a citizen of the United States and is domiciled in

the state of Alabama. She is the sister of Roosevelt Ross Jr.

5526.   Plaintiff, John Henry Ross, is a citizen of the United States and is domiciled in the state of Georgia. He is the brother of Roosevelt Ross Jr.

5527.   As a result of the October 27, 2003 Terrorist Attack, and the injuries suffered by Roosevelt Ross Jr, Plaintiffs Trinity G. Ross, Roosevelt Ross Sr., Syderia Rosate Ross, Deborah Ross, Ethel Ross Gowdy, Helen Ross, Theresa Ross Jones, Darel Ross, Conilia Ross Yobo, Jemilia Ross Polius, and John Henry Ross, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### C.   PLAINTIFF TROY JAMES TUSCHEL

5528.   Plaintiff Troy James Tuschel is a citizen of the United States and domiciled in the State of Wisconsin.

5529.   On October 27, 2003, Troy James Tuschel, age 34, was serving in the U.S. military in Iraq.

5530.   Mr. Tuschel was on patrol with his unit in Baghdad when he was injured at the Al Shaab Police Station in a VBIED attack.

5531. The weapon used to attack and injure Mr. Tuschel was an Iranian manufactured/supplied VBIED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5532.   As a result of the attack, Troy James Tuschel suffered injuries that include, but are not limited to, a TBI, shrapnel wounds to the neck, eye and arms, a concussion, tinnitus, damage to his sinus cavity, a right rotator cuff tear, migraines, vertigo, PTSD, depression and anxiety.

5533.   Troy James Tuschel received extensive medical treatment, including past and ongoing care for these injuries, at Landstuhl Regional Medical Center, Balad Hospital, Walter

Reed National Military Medical Center and other Veterans Medical Centers and health care providers.

5534.  As a result of the October 27, 2003 Terrorist Attack, and the injuries he suffered, Troy James Tuschel has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 466.  THE OCTOBER 25, 2003 ATTACK – BAQUBA

### A.  PLAINTIFFS THE TIMOTHY PADRAIC MCKENZIE FAMILY

5535.  Plaintiff Timothy Padraic McKenzie is a citizen of the United States and domiciled in the State of Minnesota.

5536.  On October 25, 2003, Timothy Padraic McKenzie, age 24, was serving in the U.S. military in Iraq.

5537.  Mr. McKenzie was on patrol in a Humvee vehicle approaching a bridge over the Diyala River in Baquba, Iraq, when the Humvee encountered an IED, which detonated, seriously injuring him.

5538.  The weapon used to attack and injure Timothy Padraic McKenzie was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5539.  As a result of the attack, Mr. McKenzie suffered concussive blast injuries, TBI, shrapnel injuries to his arm, injuries to his head and neck, tinnitus, hearing loss, pain, PTSD, anxiety, depression, and anger issues.

5540.  Mr. McKenzie received extensive medical treatment beginning with onsite treatment by medics in Iraq, and continuing his care through the Minneapolis VA Healthcare System in conjunction with private medical providers.

5541.  As a result of the October 25, 2003 Terrorist Attack, and the injuries he suffered, Timothy Padraic McKenzie has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5542.  Plaintiff Sara Jayne McKenzie is a citizen of the United States and domiciled in the State of Minnesota. She is the wife of Timothy Padraic McKenzie.

5543.  As a result of the October 25, 2003 Terrorist Attack, and the injuries suffered by Timothy Padraic McKenzie, Plaintiff Sara Jayne McKenzie has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 467.  THE OCTOBER 22, 2003 ATTACK – KADIMIYAH

### A.  PLAINTIFF JUSTIN RAY MORGAN

5544.  Plaintiff Justin Ray Morgan is a citizen of the United States and domiciled in the State of Oklahoma.

5545.  On October 22, 2003, Justin Ray Morgan, age 20, was serving in the U.S. military in Iraq.

5546.  Mr. Morgan was building a fence outside of Camp Hunt when he was targeted with small arm fires and rocket-propelled grenades ("RPGs").

5547.  The weapons used to attack and injure Mr. Morgan were Iranian manufactured/supplied small arms and RPGs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5548.  As a result of the October 22, 2003 Terrorist Attack, Mr. Morgan suffers PTSD,

insomnia, depression, and anxiety.

5549.   Justin Ray Morgan received medical treatment at the Joint Base Balad, Iraq, and the Oklahoma City VA Medical Center.

5550.   As a result of the October 22, 2003 Terrorist Attack, and the injuries he suffered, Justin Ray Morgan has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

**468.   THE OCTOBER 11, 2003 ATTACK – TAJI**

**A.      PLAINTIFF JASON RICHARD GOLBRANSON**

5551.   Plaintiff, Jason Richard Golbranson, is a citizen of the United States and domiciled in the State of Massachusetts.

5552.   On October 11, 2003, Jason Richard Golbranson, age 21 was serving in the U.S. military in Iraq.

5553.   On October 11, 2003, Mr. Golbranson was driving an M985 Hemtt (Heavy Expanded Mobility Tactical Truck) on MSR Tampa two miles south of Taji when his vehicle was struck by an IED.

5554.   The weapon used to attack and injure Mr. Golbranson was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5555.   As a result of the attack, Jason Richard Golbranson sustained shrapnel to his left arm and PTSD.

5556.   Jason Richard Golbranson received extensive medical treatment at the scene of the attack, as well as upon returning to base, and has continued to receive medical and psychological treatment at the VA Boston Healthcare System in Boston, Massachusetts.

5557.   As a result of the October 11, 2003 Terrorist Attack, and the injuries he suffered, Jason Richard Golbranson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 469.   THE OCTOBER 10, 2003 ATTACK – KIRKUK

### A.   PLAINTIFFS THE KORYLEE CHARLES KAAI FAMILY

5558.   Plaintiff Korylee Charles Kaai is a citizen of the United States and domiciled in the State of Texas.

5559.   On or about October 10, 2003, Korylee Charles Kaai, age 24, was serving in the U.S. military in Iraq.

5560.   Mr. Kaai was traveling with his unit in a convoy near Kirkuk when his vehicle was struck by an IED. The IED attack was followed by sniper fire.

5561.   The weapon used to attack and injure Mr. Kaai was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5562.   As a result of the attack, Korylee Charles Kaai suffered injuries that include, but are not limited to, a TBI, migraines, tinnitus and PTSD.

5563.   Korylee Charles Kaai received extensive medical treatment, including past and ongoing care for these injuries, at the scene of the attack, Veterans Medical Centers, private hospitals and health care providers.

5564.   As a result of the Terrorist Attack on or about October 10, 2003, and the injuries he suffered, Korylee Charles Kaai has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of

earning capacity.

5565.  Plaintiff Sarah Ianaro-Kaai is domiciled in the State of Texas. She is the wife of Korylee Charles Kaai.

5566.  Plaintiff A.C.K., a minor, represented by his legal guardians Korylee Charles Kaai and Sarah Ianaro-Kaai, is a citizen of the United States and domiciled in the State of Texas. He is the son of Korylee Charles Kaai and Sarah Ianaro-Kaai.

5567.  As a result of the Terrorist Attack on or about October 10, 2003, and the injuries suffered by Korylee Charles Kaai, Plaintiffs Sarah Ianaro-Kaai and A.C.K. have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 470.   THE OCTOBER 7, 2003 ATTACK – BALAD

#### A.   PLAINTIFFS THE BRIAN BUCK WILHELM FAMILY

5568.  Plaintiff Brian Buck Wilhelm is a citizen of the United States and domiciled in  the State of Illinois.

5569.  On October 7, 2003, Brian Buck Wilhelm, age 21, was serving in the U.S. military  in Iraq.

5570.  Mr. Wilhelm was on patrol with his unit near Balad. His unit was running security for a convoy that was delivering supplies when his vehicle was struck by an RPG. The RPG blast was followed by a small arms attack on the convoy.

5571.  The weapons used to attack and injure Mr. Wilhelm was an Iranian manufactured/supplied RPG and small arms weapons provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5572.  As a result of the attack, Brian Buck Wilhelm suffered injuries that include, but

are not limited to, amputation of the lower left leg below the knee, short term memory loss, a TBI, PTSD, sleep issues, anxiety and depression.

5573.   Brian Buck Wilhelm received extensive medical treatment, including past and ongoing care for these injuries, at Balad Air Force Base, Landstuhl Regional Medical Center, Walter Reed Medical Center and other Veterans Medical Centers, private hospitals and health care providers.

5574.   As a result of the October 7, 2003 Terrorist Attack, and the injuries he suffered, Brian Buck Wilhelm has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5575.   Plaintiff Rhonda Wilhelm is a citizen of the United States and domiciled in the State of Iowa. She is the mother of Brian Buck Wilhelm.

5576.   Plaintiff Michael Wilhelm is a citizen of the United States and domiciled in the State of Iowa. He is the father of Brian Buck Wilhelm.

5577.   Plaintiff A.M.W., a minor, represented by her legal guardian Brian Buck Wilhelm, is a citizen of the United States and domiciled in the State of Illinois. She is the daughter of Brian Buck Wilhelm.

5578.   As a result of the October 7, 2003 Terrorist Attack, and the injuries suffered by Brian Buck Wilhelm, Plaintiffs Rhonda Wilhelm, Michael Wilhelm and A.M.W. have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 471.   THE OCTOBER 7, 2003 ATTACK – BAGHDAD

### A.   PLAINTIFFS THE DONALD DANIEL GRANT FAMILY

5579.   Plaintiff Donald Daniel Grant is a citizen of the United States and domiciled in the State of Georgia.

5580.   On October 7, 2003, Donald Daniel Grant, age 41, was serving in the U.S. military in Iraq.

5581.   Mr. Grant was on foot when he and his unit were providing security to another platoon near Camp Falcon in South Baghdad when he was struck by a grenade.

5582.   The weapon used to attack and injure Mr. Grant was an Iranian-supplied grenade provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5583.   As a result of the attack, Donald Daniel Grant suffered significant injuries including fractured left tibia, fractured right tibia, injury to right ankle, peroneal nerve neuropathy, TBI, hearing loss, and PTSD related depression, anxiety attacks, memory loss, nightmares, and mood changes.

5584.   Donald Daniel Grant received extensive medical treatment at Landstuhl Regional Medical Center, in Landstuhl, Germany, where he underwent surgery on his right leg and remained for treatment for approximately one week. He was then medevac'd to the Augusta VA Medical Center in Augusta, Georgia for physical therapy. He has since undergone medical treatment related to his injuries at the Columbus VA Clinic in Columbus, Georgia; the Tuskegee Veterans Administration Medical Center in Tuskegee, Alabama; and the VA Medical Center in Montgomery, Alabama; as well as at the U.S. Department of Veteran Affairs in Carrollton, Georgia.

5585.   As a result of the October 7, 2003 Terrorist Attack, and the injuries he

suffered, Donald Daniel Grant has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5586.   Plaintiff Beverly Grant is a citizen of the United States and is domiciled in the State of Georgia. She is the wife of Donald Daniel Grant.

5587.   Plaintiff B.D.G., a minor child, represented by her legal guardian Donald Daniel Grant, is a citizen of the United States and is domiciled in the State of Georgia. She is the daughter of Donald Daniel Grant.

5588.   As a result of the October 7, 2003 Terrorist Attack, and the injuries suffered by Donald Daniel Grant, Plaintiffs Beverly Grant and B.D.G., a minor child, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 472.   THE OCTOBER 3, 2003 ATTACK – SADIYAH

### A.   PLAINTIFFS THE JAMES HEATH PIRTLE FAMILY

5589.   Plaintiff James Heath Pirtle was a citizen of the United States and domiciled in  the State of Texas at the time of his death.

5590.   On October 3, 2003, James Heath Pirtle, age 27, was serving in the U.S. military  in Iraq.

5591.   On October 3, 2003, Mr. Pirtle was on a security patrol Bradley, operating as a gunner in the second Bradley vehicle in a convoy in Sadiyah, Iraq, when he was ambushed and attacked with an RPG that hit his vehicle.

5592.   James Heath Pirtle was killed as a result of the attack on October 3, 2003.

5593.   The weapon used to attack and kill James Heath Pirtle was an Iranian

manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5594.   Plaintiff Ursula Youngerman Pirtle brings an action individually, and on behalf of the Estate of James Heath Pirtle, and all heirs thereof, as its legal representative.

5595.   Plaintiff Ursula Youngerman Pirtle is a citizen of the United States and domiciled in the State of Texas. She is the widow of James Heath Pirtle.

5596.   Plaintiff Shane Kaniela Youngerman is a citizen of the United States and domiciled in the State of Texas. He is the step-son of James Heath Pirtle.

5597.   Plaintiff Kai Samuel Youngerman is a citizen of the United States and domiciled in the State of Texas. He is the step-son of James Heath Pirtle.

5598.   Plaintiff Kay Lynn Beeman is a citizen of the United States and domiciled in the State of New Mexico. She is the mother of James Heath Pirtle.

5599.   Plaintiff Lannie Doyle Pirtle is a citizen of the United States and domiciled in the State of Colorado. He is the father of James Heath Pirtle.

5600.   Plaintiff Houston Ty Pirtle is a citizen of the United States and domiciled in the State of Colorado. He is the brother of James Heath Pirtle.

5601.   Plaintiff Jarrod Matthew Pirtle is a citizen of the United States and domiciled in the State of California. He is the brother of James Heath Pirtle.

5602.   Plaintiff Ranger Ira Pirtle is a citizen of the United States and domiciled in the State of Colorado. He is the brother of James Heath Pirtle.

5603.   As a result of the October 3, 2003 Terrorist Attack, and the injuries suffered by and the death of James Heath Pirtle, Plaintiffs Ursula Youngerman Pirtle, Shane Kaniela Youngerman, Kai Samuel Youngerman, Lannie Doyle Pirtle, Kay Lynn Beeman, Jarrod

Matthew Pirtle, Ranger Ira Pirtle, Houston Ty Pirtle, and the heirs of James Heath Pirtle, have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of James Heath Pirtle's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income and net accumulation of the Estate of James Heath Pirtle.

### 473.  THE OCTOBER 1, 2003 ATTACK – SAMARRA

#### A.  PLAINTIFFS THE JAMES DAVID BLANKENBECLER FAMILY

5604.  Plaintiff James David Blankenbecler was a citizen of the United States and domiciled in the State of Texas at the time of his death.

5605.  On October 1, 2003, Mr. Blankenbecler, age 40, was serving in the U.S. military in Iraq.

5606.  On the morning of October 1, 2003, while Mr. Blankenbecler's convoy was traveling to Tikrit, the convoy was attacked by several RPGs, which hit Mr. Blankenbecler's vehicle.

5607.  As a result of the attack, James David Blankenbecler was injured and killed in the attack.

5608.  The weapon used to attack and injure and kill James David Blankenbecler was an Iranian manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5609.  Plaintiff Linnie Alma Blankenbecler is a citizen of the United States and domiciled in the State of Texas. She is the widow of James David Blankenbecler.

5610.  Plaintiff Linnie Alma Blankenbecler brings an action individually, and on behalf of the Estate of James David Blankenbecler, and all heirs thereof, as its legal

representative.

5611.   Plaintiff Joseph Alexander Morales is a citizen of the United States and domiciled in the State of Texas. He is the son of James David Blankenbecler.

5612.   Plaintiff Amanda Marie Villalobos is a citizen of the United States and domiciled in the State of Florida. She is the daughter of James David Blankenbecler.

5613.   Plaintiff Jessica Marie Scaduto is a citizen of the United States and domiciled in the State of Texas. She is the daughter of James David Blankenbecler.

5614.   As a result of the October 1, 2003 Terrorist Attack, and the injuries suffered by and the death of James David Blankenbecler, Plaintiffs Linnie Alma Blankenbecler, Joseph Alexander Morales, Amanda Marie Villalobos, and Jessica Marie Scaduto, and his heirs have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of James David Blankenbecler's society, services, companionship, comfort, protection, instruction, advice and counsel, loss of earnings, income and net accumulation of the Estate of James David Blankenbecler.

### 474.   THE SEPTEMBER 26, 2003 ATTACK - BAGHDAD

#### A.   PLAINTIFFS THE BRIAN DOUGLAS KING FAMILY

5615.   Plaintiff Brian Douglas King is a citizen of the United States and domiciled in the State of Texas.

5616.   On September 26, 2003, Brian Douglas King, age 39, was serving in the U.S. military in Iraq.

5617.   Mr. King was injured while on combat patrol when an IED struck his Up-Armored Humvee near the intersection of Route Red and Route Crimson in northeast Baghdad.

5618.   The weapon used to attack and injure Mr. King was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-

trained terror operatives in Iraq.

5619.  As a result of the attack, Brian Douglas King sustained ruptured eardrums resulting in loss of hearing, bleeding from his left ear, shrapnel wounds to his stomach and left arm, and following the attack has suffered from blackouts and headaches.

5620.  Brian Douglas King was treated with a field dressing at the attack scene and was confined to FOB Bandit Island for ninety days due to the injuries to his ears. Mr. King later received medical treatment for his injuries at the VA North Texas Health Care System, in Dallas, Texas and the VA North Texas Health Care System, in Bonham, Texas.

5621.  As a result of the September 26, 2003 Terrorist Attack, and the injuries he suffered, Brian Douglas King has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5622.  Plaintiff, Nathan Zachary King, is a citizen of the United States and domiciled in the State of Texas. He is the son of Brian Douglas King.

5623.  Plaintiff, Samantha Rose Wendland, is a citizen of the United States and domiciled in the State of California. She is the daughter of Brian Douglas King.

5624.  Plaintiff, Amanda Marie Wendland, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Brian Douglas King.

5625.  Plaintiff, Yvette Rose Rennaker, is a citizen of the United States and domiciled in the State of Texas. She is the sister of Brian Douglas King.

5626.  As a result of the September 26, 2003 Terrorist Attack, and the injuries suffered by Brian Douglas King, Plaintiffs Nathan Zachary King, Samantha Rose Wendland, Amanda Marie Wendland, and Yvette Rose Rennaker have past and future noneconomic damages,

including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 475.   THE SEPTEMBER 18, 2003 ATTACK – BAGHDAD

### A.   PLAINTIFFS THE WILLIAM F. GUNTER FAMILY

5627.   William F. Gunter is a citizen of the United States and domiciled in the State of Tennessee.

5628.   On September 18, 2003, William F. Gunter, age 48, was serving in the U.S. military in Iraq.

5629.   Mr. Gunter was working as a cook in the chow hall at Camp Logistics Base Seitz located southwest of Baghdad near to the Baghdad International Airport when a mortar struck the side of the building.

5630.   The weapon used to attack and injure Mr. Gunter was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5631.   As a result of the attack, William F. Gunter suffered concussive blast injuries, shrapnel wounds, and PTSD.

5632.   Plaintiff, Dianne Gunter, is a citizen of the United States and is domiciled in the state of South Carolina. She is the spouse of William F. Gunter.

5633.   As a result of the September 18, 2003 Terrorist Attack, and the injuries suffered by William F. Gunter, Plaintiff, Dianne Gunter, have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 476.  THE SEPTEMBER 1, 2003 ATTACK – BALAD

#### A.  PLAINTIFFS THE ALEX PHONGPHACHONE FAMILY

5634.  Plaintiff Alex Phongphachone is a citizen of the United States and domiciled in the State of Pennsylvania.

5635.  On September 1, 2003, Alex Phongphachone, age 31, was serving in the U.S. military in Iraq.

5636.  Mr. Phongphachone was traveling as a passenger in a PLS truck in a convoy approximately one mile from Camp Anaconda, Balad, Iraq, when the convoy was hit by an IED daisy chain.

5637.  The weapon used to attack and injure Mr. Phongphachone was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5638.  As a result of the September 1, 2003 Terrorist Attack, Mr. Phongphachone was knocked unconscious and suffered a TBI and suffers from PTSD.

5639.  Mr. Phongphachone received extensive medical treatment at Camp Anaconda and the Corporal Michael J. Crescenz VA Medical Center.

5640.  As a result of the September 1, 2003 Terrorist Attack, and the injuries he suffered, Mr. Phongphachone has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5641.  Plaintiff Ryan Michael Phongphachone is a citizen of the United States and domiciled in the State of Pennsylvania. He is the son of Alex Phongphachone.

5642.  Plaintiff Lauren Macey Phongphachone is a citizen of the United States and domiciled in the State of Pennsylvania. She is the daughter of Alex Phongphachone.

5643.   As a result of the September 1, 2003 Terrorist Attack, and the injuries suffered by Alex Phongphachone, Plaintiffs Ryan Michael Phongphachone, and Lauren Macey Phongphachone have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 477.   THE AUGUST 30, 2003 ATTACK – DORA

#### A.   PLAINTIFF WILLIAM LEE NELSON

5644.   Plaintiff William Lee Nelson is a citizen of the United States and domiciled in the State of Texas.

5645.   On August 30, 2003, William Lee Nelson, age 22, was serving in the U.S. military in Iraq.

5646.   Mr. Nelson was in a Humvee traveling to a check point in Baghdad, when the vehicle struck an IED that exploded, after which Mr. Nelson was hit with small arms fire.

5647.   The weapons used to attack and injure Mr. Nelson were an Iranian manufactured/supplied IED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5648.   As a result of the August 30, 2003 Terrorist Attack, William Lee Nelson sustained significant injuries in the explosion and from being shot, including severe nerve and tissue damage to his right arm and PTSD.

5649.   Mr. Nelson was initially stabilized in the field and transported to Baghdad for further surgery. He endured multiple surgeries on his right arm at Landstuhl Regional Medical Center before being flown back to the United States for additional surgeries at Walter Reed Army Medical Center. Mr. Nelson continues his treatment through the present at Beaumont VA Outpatient Clinic.

5650.   As a result of the August 30, 2003 Terrorist Attack, and the injuries he suffered, William Lee Nelson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 478.   THE AUGUST 28, 2003 ATTACK – ABU GHRAIB

#### A.   PLAINTIFF CHRISTOPHER MICHAEL KNAPP

5651.   Plaintiff Christopher Michael Knapp is a citizen of the United States and domiciled in the State of Kansas.

5652.   On August 28, 2003, Christopher Michael Knapp, age 22, was serving in the U.S. military in Iraq.

5653.   Mr. Knapp was with his unit starting a presence patrol outside of Abu Ghraib when he was struck by an IED.

5654.   The weapon used to attack and injure Mr. Knapp was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5655.   As a result of the attack, Christopher Michael Knapp suffered significant injuries such as the loss of his right eye, injuries to his left arm, shoulders and chest and suffers from PTSD.

5656.   Christopher Michael Knapp received extensive medical treatment. An enucleation was performed on his right eye, physical therapy, medication and psychological therapy for PTSD.

5657.   As a result of the August 28, 2003 Terrorist Attack, and the injuries he suffered, Christopher Michael Knapp has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and

future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 479.   THE AUGUST 25, 2003 ATTACK – FALLUJAH

#### A.   PLAINTIFF ERICK CASTRO

5658.   Plaintiff Erick Castro is a citizen of the United States and domiciled in the State of California.

5659.   On August 25, 2003, Erick Castro, age 23, was serving in the U.S. military in Iraq.

5660.   Mr. Castro was on patrol with his unit on the outskirts of Fallujah when they were ambushed. Upon pursuing the attackers Mr. Castro's vehicle was hit by an RPG which severed Mr. Castro's left leg.

5661.   The weapon used to attack and injure Mr. Castro was an Iranian manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5662.   As a result of the attack, Erick Castro suffered the loss of his left leg, PTSD, and TBI.

5663.   Erick Castro received extensive medical treatment at the Combat Support Hospital in Baghdad, Iraq; Landstuhl Regional Medical Center, in Landstuhl, Germany; Walter Reed Army Medical Center, in Washington DC; VA Medical Center, in Long Beach, CA; and the VA Medical Center, in Phoenix, AZ.

5664.   As a result of the August 25, 2003 Terrorist Attack, and the injuries he suffered, Erick Castro has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 480.   THE AUGUST 16, 2003 ATTACK – KIRKUK

#### A.   PLAINTIFFS THE FRANCISCO RAMIREZ FAMILY

5665.   Plaintiff Francisco Ramirez is a citizen of the United States and domiciled in the State of California.

5666.   On August 16, 2003, Francisco Ramirez, age 21, was serving in the U.S. military in Iraq.

5667.   Mr. Ramirez and his unit were on their way to secure a perimeter around a small town outside of Kirkuk when they received radio communication warning of a small arms fire attack. When the enemies surrendered, a private from Mr. Ramirez's unit was attempting to detain an enemy prisoner of war (EPW) when the prisoner began resisting. Mr. Ramirez rushed to assist him and the Humvee began rolling. Mr. Ramirez managed to get the prisoner out of the way, but when he attempted to jump on the hood to avoid being run over, he failed because of the weight of his pack. The Humvee rolled over Mr. Ramirez's right leg.

5668.   The weapon used to attack and injure Mr. Ramirez was an Iranian manufactured/supplied small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5669.   As a result of the attack, Francisco Ramirez suffered a shattered femur, PTSD, anxiety, and depression.

5670.   Francisco Ramirez received extensive medical treatment; he has had multiple surgeries on his leg and has had psychiatric treatment for PTSD, anxiety, and depression.

5671.   As a result of the August 16, 2003 Terrorist Attack, and the injuries he suffered, Francisco Ramirez has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

745

5672.   Plaintiff Delfina Zarate is a citizen of the United States and domiciled in the State of California. She is the mother of Francisco Ramirez.

5673.   Plaintiff Mario Aurelio Nunez is a citizen of the United States and domiciled in the State of California. He is the brother of Francisco Ramirez.

5674.   Plaintiff Salvador Ramirez is a citizen of the United States and domiciled in the State of California. He is the step-brother of Francisco Ramirez.

5675.   Plaintiff Francisco Ramirez Figueroa is a citizen of the United States and domiciled in the State of California. He is the father of Francisco Ramirez.

5676.   Plaintiff Marisela Ramirez Perez is a citizen of the United States and domiciled in the State of California. She is the step-sister of Francisco Ramirez.

5677.   Plaintiff Hector Ramirez Perez is a citizen of the United States and domiciled in the State of Arizona. He is the step-brother of Francisco Ramirez.

5678.   As a result of the August 16, 2003 Terrorist Attack, and the injuries suffered by Francisco Ramirez, Plaintiffs Delfina Zarate, Mario Aurelio Nunez, Salvador Ramirez, Francisco Ramirez Figueroa, Marisela Ramirez Perez, and Hector Ramirez Perez have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 481.   THE AUGUST 11, 2003 ATTACK – TWENTY MILES SOUTH OF BAGHDAD

### A.   PLAINTIFFS THE ANTONIO JOSE MORA FAMILY

5679.   Plaintiff Antonio Jose Mora is a citizen of the United States and domiciled in the State of New Mexico.

5680.   On August 11, 2003, Antonio Jose Mora, age 23, was serving in the U.S.

military in Iraq.

5681.   Mr. Mora was in a convoy that was ambushed while returning from Baghdad, his truck encountered an RPG that did not detonate, then a small arms fire battle ensued and a bullet went through his arm.

5682.   The weapon used to attack and injure Mr. Mora was an Iranian manufactured/supplied RPG and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5683.   As a result of the attack, Antonio Jose Mora suffered a gunshot wound to his arm and PTSD.

5684.   Antonio Jose Mora received extensive medical treatment from the medic at Dogwood in Iraq. He received subsequent treatments at New Mexico VA Hospital and University of Mexico Hospital.

5685.   As a result of the August 11, 2003 Terrorist Attack, and the injuries he suffered, Antonio Jose Mora has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5686.   Plaintiff Francis M. Lovato is a citizen of the United States and domiciled in the State of New Mexico. She is the mother of Antonio Jose Mora.

5687.   Plaintiff A.R.M., a minor child, represented by her legal guardian Antonio Jose Mora, is a citizen of the United States and domiciled in the State of New Mexico. She is the daughter of Antonio Jose Mora.

5688.   As a result of the August 11, 2003 Terrorist Attack, and the injuries suffered Antonio Jose Mora, Plaintiffs Francis M. Lovato and A.R.M. have past and future

noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

**482.  THE AUGUST 1, 2003 ATTACK - JAR SILAH**

        **A.      PLAINTIFFS THE JUSTIN WILLIAM HEBERT FAMILY**

5689.  Decedent Justin William Hebert was a citizen of the United States and domiciled in the State of Washington.

5690.  On August 1, 2003, Justin William Hebert, age 20, was serving in the U.S. military in Iraq.

5691.  Mr. Hebert was in a convoy in Jar Silah, Kirkuk, Iraq, when he was attacked by RPGs, one of which hit his vehicle,

5692.  As a result of the August 1, 2003 Terrorist Attack, Mr. Hebert sustained severe injuries and died from those injuries.

5693.  The weapons used to attack and kill Mr. Hebert were Iranian manufactured/supplied RPGs provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5694.  Plaintiff Jessica Michele Hebert is a citizen of the United States and domiciled in the State of Washington. She is the sister of Justin William Hebert.

5695.  Plaintiff Jessica Michele Hebert brings an action individually, and on behalf of the Estate of Justin Hebert, and all heirs thereof, as its anticipated legal representative.

5696.  As a result of the August 1, 2003 Terrorist Attack, and the injuries suffered by and the death of Justin William Hebert, Plaintiff, Jessica Michele Hebert and the heirs of Justin William Hebert have severe mental anguish, extreme emotional pain and suffering, medical expenses, funeral expenses, loss of Mr. Hebert's society, services, companionship,

comfort, protection, instruction, advice and counsel, loss of earnings, income, and net accumulation to the estate of Justin William Hebert.

### 483.  THE JULY 31, 2003 ATTACK – BAGHDAD

### A.  PLAINTIFFS THE SAMUEL SPARKS III FAMILY

5697.  Plaintiff Samuel Sparks III is a citizen of the United States and domiciled in the State of Alabama.

5698.  On July 31, 2003, Samuel Sparks III, age 34, was serving in the U.S. military in Iraq.

5699.  Mr. Sparks was in a convoy in the Al Bayaa precinct of Baghdad when his vehicle was hit by an RPG and small arms fire.

5700.  The weapons used to attack and injure Mr. Sparks were Iranian manufactured/supplied RPG and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5701.  As a result of the attack, Samuel Sparks III suffered shrapnel wounds to the back of his neck, bruised ribs, bruised kidney, PTSD, and TBI.

5702.  Samuel Sparks III received extensive medical treatment at Martin Army Community Hospital, Fort Benning, GA; Hughston Clinic PC, Columbus, GA; Tuskegee VA Hospital, Tuskegee, AL; Birmingham VA Medical Center, Birmingham, AL: and Central Alabama Veterans Health Care System, Montgomery, AL.

5703.  As a result of the July 31, 2003 Terrorist Attack, and the injuries he suffered, Samuel Sparks III has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5704.  Plaintiff Cassandra Williams Sparks is a citizen of the United States and

domiciled in the State of Alabama. She is the ex-wife of Samuel Sparks III.

5705.   Plaintiff Samuel Sparks IV is a citizen of the United States and domiciled in the State of Alabama. He is the son of Samuel Sparks III.

5706.   Plaintiff Brandon M. Williams is a citizen of the United States and domiciled in the State of Alabama. He is the step-son of Samuel Sparks III.

5707.   Plaintiff Douglas Sparks is a citizen of the United States and domiciled in the State of Alabama. He is the brother of Samuel Sparks III.

5708.   Plaintiff Pamela Sparks-Smith is a citizen of the United States and domiciled in the State of Alabama. She is the sister of Samuel Sparks III.

5709.   Plaintiff Brenda Elaine Stephens is a citizen of the United States and domiciled in the State of Alabama. She is the sister of Samuel Sparks III.

5710.   As a result of the July 31, 2003 Terrorist Attack, and the injuries suffered by Samuel Sparks III, Plaintiffs Cassandra Williams Sparks, Samuel L. Sparks, IV, Brandon M. Williams, Douglas Sparks, Pamela Sparks-Smith, and Brenda Elaine Stephens have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

## 484.   THE JULY 30, 2003 ATTACK – NASIRIYAH

### A.   PLAINTIFFS THE DAMIEN CARL WEEKS FAMILY

5711.   Plaintiff Damien Carl Weeks is a citizen of the United States and domiciled in the State of Alabama.

5712.   On July 30, 2003, Damien Carl Weeks, age 22, was serving in the U.S. military in Iraq.

5713.   Mr. Weeks was with his unit traveling to detonate weapons when a group of

insurgents begin firing upon them. There was an exchange of small arms fire for about fifteen minutes during which Mr. Weeks jumped off the back of a five ton truck and injured his right knee.

5714. The weapons used to attack and injure Mr. Weeks were Iranian manufactured/supplied small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5715. As a result of the attack, Damien Carl Weeks suffered injuries to his right knee and ankle, anxiety, and PTSD.

5716. Damien Carl Weeks received extensive medical treatment at the Carl R. Darnall Medical Center in Fort Hood where his knee surgery was performed, as well as subsequent care at the Birmingham VA.

5717. As a result of the July 30, 2003 Terrorist Attack, and the injuries he suffered, Damien Carl Weeks has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5718. Plaintiff Delilah L. Griffith is a citizen of the United States and domiciled in the State of Alabama. She is the mother of Damien Carl Weeks.

5719. As a result of the July 30, 2003 Terrorist Attack, and the injuries suffered by Damien Carl Weeks, Plaintiff Delilah L. Griffith has past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 485.   THE JULY 15, 2003 ATTACK – TIKRIT

#### A.   PLAINTIFF JASON KELLY WASHBURN

5720. Plaintiff Jason Kelly Washburn is a citizen of the United States and domiciled in

the State of Texas.

5721.   On July 15, 2003, Jason Kelly Washburn, age 31, was serving in the U.S. military in Iraq.

5722.   Mr. Washburn was riding in a light-skinned Humvee vehicle outside Tikrit, Iraq, traveling to Ad-Dawr, when his vehicle was hit by an RPG.

5723.   The weapon used to attack and injure Mr. Washburn was an Iranian manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5724.   As a result of the July 15, 2003 Terrorist Attack, Jason Kelly Washburn sustained significant injuries including flash burns to his legs, shrapnel damage to his right arm, tinnitus, hearing loss, and PTSD.

5725.   Mr. Washburn was evacuated from the site of the attack and flown to Balad Hospital; from there he was returned to the United States for ear surgery which was performed at Carl R. Darnell Army Medical Center in Fort Hood, Texas. Mr. Washburn continued his treatment through the San Antonio VA Medical Center.

5726.   As a result of the July 15, 2003 Terrorist Attack, and the injuries he suffered, Jason Kelly Washburn has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 486.   THE JULY 8, 2003 ATTACK –BAGHDAD

### A.   PLAINTIFFS THE RAY BOYD ROBINSON FAMILY

5727.   Plaintiff Ray Boyd Robinson is a citizen of the United States and domiciled in the State of Colorado.

5728.   On July 8, 2003, Ray Boyd Robinson, age 38, was serving in the U.S. military

in Iraq.

5729.   Mr. Robinson was on patrol with his unit in Baghdad when his vehicle was struck by an anti-tank mine.

5730.   The weapon used to attack and injure Mr. Robinson was an Iranian manufactured/supplied anti-tank mine provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5731.   As a result of the attack, Ray Boyd Robinson suffered injuries that include, but are not limited to, left leg amputation below the knee, flash burn to his face, a broken right leg, left ear drum damage, a cervical and lumbar injury and PTSD.

5732.   Ray Boyd Robinson received extensive medical treatment, including past and ongoing care for these injuries, at Landstuhl Regional Medical Center, Winn Army Community Hospital and other Veterans Medical Centers and health care providers.

5733.   As a result of the July 8, 2003 Terrorist Attack, and the injuries he suffered, Ray Boyd Robinson has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5734.   Plaintiff April D. McTighe is a citizen of the United States and domiciled in the State of Florida. She is the former spouse of Ray Boyd Robinson.

5735.   Plaintiff Aurora D. Robinson is a citizen of the United States and domiciled in the State of Colorado. She is the daughter of Ray Boyd Robinson.

5736.   Plaintiff Faith Robinson is a citizen of the United States and domiciled in the State of Colorado. She is the daughter of Ray Boyd Robinson.

5737.   Plaintiff Dakotah Robinson is a citizen of the United States and domiciled in

the State of Colorado. He is the son of Ray Boyd Robinson.

5738.  As a result of the July 8, 2003 Terrorist Attack, and the injuries suffered by Ray Boyd Robinson, Plaintiffs April D. McTighe, Aurora D. Robinson, Faith Robinson and Dakotah Robinson have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 487.  THE JULY 8, 2003 ATTACK – BAGHDAD

### A.  PLAINTIFFS THE JOHNNY JEFFERSON CRAIN FAMILY

5739.  Plaintiff Johnny Jefferson Crain is a citizen of the United States and domiciled in the State of North Carolina.

5740.  On July 8, 2003, Johnny Jefferson Crain, age 38, was serving in the U.S. military in Iraq.

5741.  Mr. Crain was the team leader for his vehicle when his unit was conducting a raid in a Baghdad neighborhood. As they were driving out of the area his vehicle was struck by an IED blowing out the windshield and causing the vehicle to do a wheel stand on the front wheels. The gunner and Mr. Crain were ejected from the vehicle. Upon ejection Mr. Crain lost consciousness, and upon regaining consciousness, continued to be attacked with heavy small arms fire.

5742.  The weapons used to attack and injure Mr. Crain were an Iranian manufactured/supplied IED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5743.  As a result of the attack, Johnny Jefferson Crain suffered injuries to his back and both knees, lung damage causing difficulty in breathing, dizziness, decreased vision, TBI, PTSD and tinnitus.

5744. Johnny Jefferson Crain received extensive initial and follow-up medical treatment to the present to include breathing treatments, treatment for TBI, tinnitus, vertigo, as well as counseling and medication for PTSD.

5745. As a result of the July 8, 2003 Terrorist Attack, and the injuries he suffered, Johnny Jefferson Crain has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5746. Plaintiff Wilma Jane Kidd is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of Johnny Jefferson Crain.

5747. Plaintiff Tonja Davenport is a citizen of the United States and domiciled in the State of Georgia. She is the ex-wife of Johnny Jefferson Crain.

5748. Plaintiff Amaris Brook Crain is a citizen of the United States and domiciled in the State of Georgia. She is the daughter of Johnny Jefferson Crain.

5749. Plaintiff Darby Jane Crain is a citizen of the United States and domiciled in the State of Georgia. She is the daughter of Johnny Jefferson Crain.

5750. Plaintiff John Sawyer Crain is a citizen of the United States and domiciled in the State of North Carolina. He is the son of Johnny Jefferson Crain.

5751. As a result of the July 8, 2003 Terrorist Attack, and the injuries suffered by Johnny Jefferson Crain, Plaintiffs Wilma Jane Kidd, Tonja Davenport, Amaris Brook Crain, Darby Jane Crain, and John Sawyer Crain have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 488.   THE JULY 3, 2003 ATTACK – RAMADI

### A.   PLAINTIFFS THE JOSEPH RAY EASON, SR. FAMILY

5752.   Plaintiff Joseph Ray Eason, Sr. is a citizen of the United States and domiciled in the State of Florida.

5753.   On July 3, 2003, Joseph Ray Eason, Sr., age 34, was serving in the U.S. military in Iraq.

5754.   Mr. Eason was severely injured in a mortar attack on the Mayors Cell in Ramadi.

5755.   The weapon used to attack and injure Mr. Eason was an Iranian manufactured/supplied mortar provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5756.   As a result of the attack, Joseph Ray Eason, Sr. suffered injuries that include, but are not limited to, lumbar back and right shoulder injuries, multiple shrapnel wounds to the body, neurological issues on the right side, retained shrapnel in body, tinnitus, a TBI, and PTSD.

5757.   Joseph Ray Eason, Sr. received extensive medical treatment, including past and ongoing care for these injuries, at various military base hospitals, Veterans Medical Centers and private medical providers.

5758.   As a result of the July 3, 2003 Terrorist Attack, and the injuries he suffered, Joseph Ray Eason, Sr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5759.   Plaintiff Ashley R. Rebstein is a citizen of the United States and domiciled in the State of New York. She is the daughter of Joseph Ray Eason, Sr.

5760.   Plaintiff F.L.E., a minor, represented by her legal guardian Joseph Ray Eason, Sr., is a citizen of the United States and domiciled in the State of Florida. She is the daughter of Joseph Ray Eason, Sr.

5761.   As a result of the July 3, 2003 Terrorist Attack, and the injuries suffered by Joseph Ray Eason, Sr., Plaintiffs Ashley R. Rebstein and F.L.E. have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 489.   THE JUNE 30, 2003 ATTACK - HASWA

### A.   PLAINTIFF NELSON ANTONIO MARTINEZFLORES

5762.   Plaintiff Nelson Antonio Martinezflores is a citizen of the United States and domiciled in the State of North Carolina.

5763.   On June 30, 2003, Nelson Antonio Martinezflores, age 25, was serving in the U.S. military in Iraq.

5764.   Mr. Martinezflores was with his convoy when an IED detonated under his vehicle. They then took on RPGs and small arms fire.

5765.   The weapon used to attack and injure Mr. Martinezflores was an Iranian manufactured/supplied IEDs, RPGs, and Small Arms Fire provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5766.   As a result of the attack, Nelson Antonio Martinezflores suffered shrapnel injuries to his face, eyes, arm, right leg and neck; spinal fracture; TBI and PTSD.

5767.   Nelson Antonio Martinezflores received extensive medical treatment. Mr. Martinez-Flores was treated at the scene. He was then treated at the Babylon Field Hospital; Kuwait Hospital; Landstuhl, Germany; Camp Pendleton Naval Hospital; San Diego Naval

Medical Center; Robert E. Bush Naval Hospital and the Naval Medical Center at Camp Lejeune, North Carolina.

5768.   As a result of the June 30, 2003 Terrorist Attack, and the injuries he suffered, Nelson Antonio Martinezflores has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 490.   THE JUNE 3, 2003 ATTACK – BALAD RUZ

#### A.   PLAINTIFF MICHAEL ANDRE DARCY

5769.   Plaintiff Michael Andre Darcy is a citizen of the United States and domiciled in the State of Arizona.

5770.   On June 3, 2003, Michael Andre Darcy, age 21, was serving in the U.S. military in Iraq.

5771.   Mr. Darcy was on patrol with his unit in Balad Ruz when a nearby vehicle was struck by an IED.

5772.   The weapon used to attack and injure Mr. Darcy was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5773.   As a result of the attack, Michael Andre Darcy suffered injuries that include, but are not limited to, a shrapnel injury to his right knee, ACL and MCL, a back injury, tinnitus, a TBI and PTSD.

5774.   Michael Andre Darcy received extensive medical treatment, including past and ongoing care for these injuries, at the military base, Baghdad Hospital, Landstuhl Regional Medical Center, Carl R. Darnall Army Medical Center and other Veterans Medical Centers and health providers.

5775.  As a result of the June 3, 2003 Terrorist Attack, and the injuries he suffered, Michael Andre Darcy has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 491.  THE MAY 8, 2003 ATTACK - BAGHDAD

### A.  PLAINTIFFS THE BRIAN DOUGLAS KING FAMILY

5776.  Plaintiff, Brian Douglas King, is a citizen of the United States and domiciled in the State of Texas.

5777.  On May 8, 2003, Brian Douglas King, age 39, was serving in the U.S. military in Iraq.

5778.  Mr. King was shot in the left knee by a sniper as he was standing outside the Ministry of Oil building, preparing to clear the building, in the Rusafa District in Baghdad.

5779.  The weapon used to attack and injure Mr. King was an Iranian manufactured/supplied sniper rifle provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5780.  As a result of the attack, Brian Douglas King suffers from PTSD, anxiety, hyper vigilance and a permanent limp.

5781.  Brian Douglas King, a medic, removed the bullet himself and manipulated his knee back into place and continued his mission. He was later provided medical treatment at the VA North Texas Health Care System, Dallas, Texas and the VA North Texas Health Care System, Bonham, Texas.

5782.  As a result of the May 8, 2003 Terrorist Attack, and the injuries he suffered, Brian Douglas King has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages,

including medical expenses, lost income, and loss of earning capacity.

5783.   Plaintiff, Nathan Zachary King, is a citizen of the United States and domiciled in the State of Texas. He is the son of Brian Douglas King.

5784.   Plaintiff, Samantha Rose Wendland, is a citizen of the United States and domiciled in the State of California. She is the daughter of Brian Douglas King.

5785.   Plaintiff, Amanda Marie Wendland, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Brian Douglas King.

5786.   Plaintiff, Yvette Rennaker, is a citizen of the United States and domiciled in the State of Texas. She is the sister of Brian Douglas King.

5787.   As a result of the May 8, 2003 Terrorist Attack, and the injuries suffered by Brian Douglas King, Plaintiffs Nathan Zachary King, Samantha Rose Wendland, Amanda Marie Wendland, and Yvette Rennaker have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 492.   THE MAY 5, 2003 ATTACK – SAMAWAH

### A.     PLAINTIFF CHARLES EDWARD SLACKS, JR.

5788.   Plaintiff Charles Edward Slacks, Jr. is a citizen of the United States and domiciled in  the State of Texas.

5789.   On May 5, 2003, Charles Edward Slacks, Jr., age 22, was serving in the U.S. military  in Iraq.

5790.   Mr. Slacks was at his guard duty post in Samawah when they were attacked by mortars and small arms fire.

5791. The  weapon  used  to  attack  and  injure  Mr.  Slacks  were  Iranian manufactured/supplied mortars and small arms provided by Iran and/or its agents to Iranian-

funded and Iranian-trained terror operatives in Iraq.

5792.   As a result of the attack, Charles Edward Slacks, Jr. sustained a TBI, shrapnel wounds to his back and buttocks, back injury and PTSD.

5793.   Charles Edward Slacks, Jr. received extensive medical treatment to remove the shrapnel on his back and buttocks, medical treatment for his TBI, and back injury and psychological treatment for his PTSD.

5794.   As a result of the May 5, 2003, Terrorist Attack, and the injuries he suffered, Charles Edward Slacks, Jr. has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 493.   THE MAY 1, 2003 ATTACK - BAGHDAD

#### A.   PLAINTIFFS THE QUANTE MAURICE EGGLESTON FAMILY

5795.   Plaintiff Quante Maurice Eggleston is a citizen of the United States and domiciled in the State of Virginia.

5796.   On May 1, 2003, Quante Maurice Eggleston, age 24, was serving in the U.S. military in Iraq.

5797.   Mr. Eggleston was on foot patrol in Baghdad, Iraq, when his unit was attacked by small arms fire; after the firefight, he was clearing the scene when an IED detonated near Mr. Eggleston.

5798.   The weapon used to attack and injure Mr. Eggleston were an Iranian manufactured/supplied IED and small arms provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

5799.   As a result of the May 1, 2003 Terrorist Attack, Mr. Eggleston sustained second

degree burns to the face, shrapnel to his left knee, elbow, right wrist and face, and injuries to his head and back, as well as scarring and nerve injury, and has suffered PTSD, depression and anxiety.

5800.   Quante Maurice Eggleston received initial treatment in Iraq, and was evacuated and stabilized at Landstuhl Regional Medical Center and received further treatment at Winn-Army Community Hospital, Dwight D. Eisenhower Army Medical Center, Baltimore VA Medical Center, and Hunter Homes McGuire VA Medical Center. He will require further treatment and care.

5801.   As a result of the May 1, 2003 Terrorist Attack, and the injuries he suffered, Quante Maurice Eggleston has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5802.   Plaintiff Tanya Merlon Diggs is a citizen of the United States and is domiciled in the State of Maryland. She is the mother of Quante Maurice Eggleston.

5803.   Plaintiff Terra Simone Eggleston is a citizen of the United States and is domiciled in the State of Maryland. She is the sister of Quante Maurice Eggleston.

5804.   As a result of the May 1, 2003 Terrorist Attack and the injuries suffered by Quante Maurice Eggleston, plaintiffs Tanya Merlon Diggs, and Terra Simone Eggleston have incurred past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and economic damages, both past and future, including loss of services.

## VII.   ALL OF THE TERRORIST ATTACKS WERE ACTS OF INTERNATIONAL TERRORISM

5805.   At no time during the Relevant Period, nor due to actions of United States and

762

Coalition Forces in Iraq, did the United States declare war or enact an Authorization for the use of military force against Iran, nor did the United States or Coalition Forces engage in an armed conflict with the military forces of Iran, nor did Iran's military forces or their agents engage in lawful acts of war against Coalition Forces or U.S. nationals, including Plaintiffs.

5806.  At no time relevant to this Action did the United States engage in an armed conflict with the military forces of Iran, nor did Iran's military forces or their agents engage in lawful acts of war against Coalition Forces and U.S. nationals, including Plaintiffs.

5807.  At no time relevant to this Action did the operatives of Hezbollah, the IRGC, the IRGC-QF, the Special Groups, Ansar al Islam and/or other Iranian-sponsored terrorists who killed and injured Plaintiffs carry fixed distinctive signs recognizable at a distance, carry arms openly, conduct their operations in accordance with the laws and customs of war, or enjoy any form of combatant immunity for their acts.

5808.  The specific attacks alleged herein were all carried out by terrorists and terrorist organizations, including designated FTOs, SDGTs, SDTs, and/or SDNs (all with the substantial and material support of Defendants), and not by armed forces of recognized governments or military forces.

5809.  The conduct of Iran, IRGC, IRGC-QF, Hezbollah, Al Qaida, Ansar al Islam, the Special Groups and/or other Iranian-supported terrorists, including the FTOs, SDGTs, SDTs, and/or SDNs, including those responsible for perpetrating the Terrorist Attacks which resulted in the injuries or deaths of Plaintiffs, violated the laws of armed conflict (including, e.g., AAH operatives masquerading as members of U.S. armed forces, targeting civilians and torturing and executing defenseless hostages), and the widespread and intentional attacks upon U.S. nationals (including Plaintiffs), British, Iraqi, and other civilians and United Nations personnel, constituted

a substantial, rather than an incidental, part of their objectives and conduct.

5810.   The deaths and injuries Plaintiffs sustained were not the result of, nor did they occur in the course of, a declared war with Iran, or an armed conflict between the United States and Iran.

5811.   The acts of the IRGC, IRGC-QF, Hezbollah, the Special Groups, Al Qaida and/or Ansar al Islam (including the FTOs, SDGTs, SDTs, and/or SDNs responsible for perpetrating the Terrorist Attacks) that injured or killed Plaintiffs were acts of international terrorism within the meaning of 18 U.S.C. § 2331, involving violent acts intended to influence the United States and the United Nations by coercion (by coercing the withdrawal of Coalition Forces from Iraq) and to intimidate and coerce the Iraqi population, and were also acts constituting terrorist activities within the meaning of 8 U.S.C. § 1182(a)(3)(B)(iii)-(iv), and/or engaging in terrorism within the meaning of 22 U.S.C. § 2656f.

5812.   The acts of Iran, the IRGC, IRGC-QF, Hezbollah, Al Qaida, Ansar al Islam, Special Groups and/or other Iranian-sponsored terrorists that injured the Plaintiffs were acts of torture, hostage taking and extrajudicial killing as defined by 28 U.S.C. §§ 1605A(h)(2) and 1605A(h)(7), and acts of international terrorism as defined by of 18 U.S.C. § 2331.

5813.   The Terrorist Attacks at issue here were acts of international terrorism that were enabled by Defendant's provision of massive financial and material support and resources as defined by 28 U.S.C. § 1605A(h)(3) and 18 U.S.C. § 2339A, which caused the injuries to and/or deaths of Plaintiffs. Without Iran's provision of such material support, on the scale that such support was provided, the IRGC, IRGC-QF, Hezbollah, the Special Groups, Al Qaida, Ansar al Islam and/or other Iranian proxies would not have been unable to conduct the thousands of acts of international terrorism on the scale and with the lethality they perpetrated, including the

Terrorist Attacks, which caused the deaths, maiming, or otherwise injuring of Plaintiffs and Plaintiffs' family members.

## VIII.   THE ACTS OF IRAN CAUSED PLAINTIFFS' INJURIES AND DEATHS

5814.   As discussed herein, Iran has a long history of materially supporting the Special Groups, Al Qaida, Ansar al Islam, and other terrorists, including the FTOs, SDGTs, SDTs, SDNs and/or other Iranian sponsored terrorist responsible for the Terrorist Attacks which killed or injured Plaintiffs. Simply put, Iran is no stranger to supporting terrorist attacks perpetrated by FTOs and other terrorist organizations against U.S. nationals with the intent to terrorize, kill or cause severe bodily and emotional harm.

5815.   Here, Iran provided material support and resources to the Terrorist Groups and other individuals, including the FTOs, SDGTs, SDTs, SDNs and other terrorists who perpetrated the Terrorist Attacks which killed or injured Plaintiffs.

5816.   These individuals who committed, and the Terrorist Groups who carried out, the Terrorist Attacks alleged herein were directly and materially supported by Iran and/or its Agents & Proxies. This material support included, but is not limited to, expert advice, training, intelligence, funding, munitions, weapons, raw materials, logistical support, command and control, diplomatic cover, permissive environment, operational authority, safe passage and sanctuary in areas within Iraq (and in Iran and Lebanon) controlled either by Hezbollah/IRGC-QF trained, equipped, and directed Shia Special Groups, and/or in areas within Iraq controlled by Iranian-supported Sunni elements including, but not limited to, Al Qaida and Ansar al Islam.

5817. Without Iran's support, the Terrorist Groups and other individuals and organizations, including the FTOs, SDGTs, SDTs, and/or SDNs responsible for the Terrorist Attacks which resulted in Plaintiffs being killed or injured would not have been able to carry out such Terrorist Attacks with the scale and lethality in which they were perpetrated.

## IX.    CLAIMS FOR RELIEF

5818.   Plaintiffs bring the following claims against all Defendants.

### FIRST CLAIM FOR RELIEF

**AGAINST ALL DEFENDANTS ON BEHALF OF EACH PLAINTIFF IDENTIFIED HEREIN WHO SURVIVED AN ACT OF INTERNATIONAL TERRORISM FOR DEFENDANTS' MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING THAT RESULTED IN PERSONAL INJURY UNDER 28 U.S.C. § 1605A(c)**

5819.   Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

5820.   Iran is, and was at all times relevant, a State Sponsor of Terrorism within the meaning of § 1605A(h)(6).

5821.   Plaintiffs identified in the foregoing paragraphs were grievously injured by Defendants' provision of material support (within the meaning of § 1605A(h)(3)) to Hezbollah, the IRGC, MOIS, Special Groups, AQ, AAI and the Terrorist Groups who planned, conspired and provided substantial support to extrajudicial killings, attempted extrajudicial killings, torture and hostage takings that injured the Plaintiffs.

5822.   As a direct and proximate result of the willful, wrongful, and intentional acts of the Defendants and their agents, Plaintiffs identified in the foregoing paragraphs were injured and endured severe physical injuries, extreme mental anguish, pain and suffering, loss of solatium, and economic losses including medical expenses and lost income.

5823.   Plaintiffs' compensatory damages include, but are not limited to, their severe physical injuries, extreme mental anguish, pain and suffering, and any economic losses determined by the trier of fact.

5824.   Defendants are jointly and severally liable for the full amount of Plaintiffs' compensatory damages, including physical injuries, extreme mental anguish, pain and suffering

and any pecuniary loss.

5825.   Defendants' acts in providing material support for acts of extrajudicial killing, torture, and hostage-taking were intended to inflict, and would reasonably result in, severe emotional distress on the Plaintiffs.

5826.   Because Defendants and their Agents routinely relied upon and controlled MOIS, IRISL, Mahan Air, KAA, and/or the Iranian National Oil Company to provide material support to FTOs and Terrorist Groups or other terrorists, including those responsible for the Terrorist Attacks that resulted in maiming or injury to Plaintiffs, to advance the terrorist aims and objectives of each other, its agents and instrumentalities, and the FTOs, Special Groups, and other terrorists, Defendants are equally and vicariously liable for the personal injuries caused by each other, and their agents, including  MOIS, IRISL, Mahan Air, KAA, and the Iranian National Oil Company.

5827.   The conduct of the Defendants and their Agents was criminal, outrageous, extreme, wanton, willful, malicious, a threat to international peace and security, and a threat to the public warranting an award of punitive damages against each Defendant pursuant to 28 U.S.C. § 1605A(c).

## SECOND CLAIM FOR RELIEF

### AGAINST ALL DEFENDANTS ON BEHALF OF THE ESTATES OF PLAINTIFFS IDENTIFIED HEREIN FOR DEFENDANTS' MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING THAT RESULTED IN WRONGFUL DEATH UNDER 28 U.S.C. § 1605A(c)

5828.   Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

5829.   Iran is, and was at all times relevant, a State Sponsor of Terrorism within the meaning of § 1605A(h)(6).

5830.   The Estates of Plaintiffs listed in the foregoing paragraphs assert claims on behalf of the decedents who were grievously injured by Defendants' provision of material support (within the meaning of § 1605A(h)(3)) to Hezbollah, the IRGC, MOIS, the Special Groups, AQ, AAI and the Terrorist Groups who planned, conspired and provided substantial support to extrajudicial killings, attempted extrajudicial killings, torture and hostage takings that caused the Decedents' deaths.

5831.   As a direct and proximate result of the willful, wrongful, and intentional acts of the Defendants and their agents, the Decedents listed in the foregoing paragraphs endured physical injury, extreme mental anguish, and pain and suffering that ultimately lead to their deaths.

5832.   Defendants are jointly and severally liable for the full amount of Plaintiffs' compensatory damages, including physical injuries, extreme mental anguish, pain and suffering and any pecuniary loss (or loss of income to the estates).

5833.   Because Defendants and their Agents routinely relied upon and controlled MOIS, IRISL, Mahan Air, KAA, and the Iranian National Oil Company to provide material support to FTOs and Terrorist Groups or other terrorist organizations, including those FTOs, Special Groups, and other terrorist organizations responsible for the Terrorist Attacks that resulted in maiming or injury to Plaintiffs, to advance the terrorist aims and objectives of each other, its agents and instrumentalities, and the FTOs, Special Groups, and other terrorists, Defendants are equally and vicariously liable for the deaths caused by each other, and their agents, including MOIS, IRISL, Mahan Air, KAA, and the Iranian National Oil Company.

5834.   The conduct of the Defendants and their Agents was criminal, outrageous, extreme, wanton, willful, malicious, a threat to international peace and security, and a threat to

the public warranting an award of punitive damages against each Defendant pursuant to 28 U.S.C. § 1605A(c).

## THIRD CLAIM FOR RELIEF

**AGAINST ALL DEFENDANTS ON BEHALF OF THE FAMILIES OF PLAINTIFFS IDENTIFIED HEREIN AS INJURED OR KILLED AS A RESULT OF DEFENDANTS' MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING FOR LOSS OF SOLATIUM AND INTENTIONAL INFLICTION OF SEVERE EMOTIONAL DISTRESS UNDER 28 U.S.C. § 1605A(c)**

5835.  Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

5836.  Iran is, and was at all times relevant, a State Sponsor of Terrorism within the meaning of § 1605A(h)(6).

5837.  Defendants' acts in providing material support for acts of extrajudicial killing, torture, and hostage-taking were intended to inflict severe emotional distress on the Plaintiffs.

5838.  As a direct and proximate result of Defendants' acts, the families of individuals, identified in the foregoing paragraphs as injured or killed as a result of Defendants' acts in providing material support for acts of extrajudicial killing, torture, and hostage-taking, have suffered loss of solatium, severe emotional distress, extreme mental anguish, loss of sleep, loss of appetite, and other severe mental and physical manifestations, as well as other harms to be set forth to the trier of fact.

5839.  Defendants are jointly and severally liable for the full amount of Plaintiffs' damages.

5840.  Because Defendants and their Agents routinely relied upon and controlled MOIS, IRISL, Mahan Air, KAA. and the Iranian National Oil Company to provide material support to FTOs and Terrorist Groups or other terrorist organizations, including those FTOs, Special Groups, and other terrorist organizations responsible for the Terrorist Attacks that resulted in

maiming or injury to Plaintiffs, to advance the terrorist aims and objectives of each other, its agents and instrumentalities, and the FTOs, Special Groups, and other terrorists, Defendants are equally and vicariously liable for the damages caused by each other, and their agents, including MOIS, IRISL, Mahan Air, KAA, and the Iranian National Oil Company.

5841. Defendants' conduct was criminal, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public warranting an award of punitive damages against Defendant pursuant to 28 U.S.C. § 1605A(c).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs demand:

a) Judgment for all Plaintiffs against Defendants, jointly and severally, for compensatory damages, including, but not limited to, physical injury, extreme mental anguish, pain and suffering, emotional injuries, economic losses, including medical expenses and lost income, and loss of solatium, in amounts to be determined at trial;

b) Judgment for Plaintiff Estates against Defendants, jointly and severally, for compensatory damages for the extrajudicial killing of the decedents, including, but not limited to, physical injury, extreme mental anguish, pain and suffering, economic losses, including loss of support, financial and otherwise, and any pecuniary loss (or loss of income to the estates) in amounts to be determined at trial;

c) Judgment for all Plaintiffs against Defendants, jointly and severally, for punitive damages in an amount to be determined at trial;

    i.    Punitive damages are warranted in this case because:

        1.    The conduct of Defendants and their agents demonstrates a policy of encouraging, supporting and directing a campaign of thousands or tens of thousands of deadly acts of terrorism directed at civilians

and peacekeeping forces, and in particular against U.S. nationals, such that the monstrous character of the Terrorist Attacks is obvious. Specifically, Defendants focused its finances, infrastructure, agents and instrumentalities to support, encourage and increase the infliction of maximum pain and suffering on innocent people and their families;

2. The conduct of Defendants and their agents demonstrates that it harbors a deep-seated and malicious hatred of the United States and that Defendants intentionally committed terroristic murder and extrajudicial killings, torture and hostage taking of American civilians and peacekeeping servicemen and servicewomen;

3. The conduct of Defendants and their agents is extreme and outrageous such that it demonstrates an undeniable intent to do harm and inflict severe physical and emotional distress, even on those not present at the site of the acts;

4. The Terrorist Attacks described herein and that which the Plaintiffs experienced are among the most heinous acts of deliberate violence;

5. The Defendants, their agents, and all others, should be unquestionably deterred from committing similar acts in the future;

6. Defendants still publicly deny their role in the Terrorist Attacks and disclaim even their mere presence in Iraq during the Relevant Period;

7. Defendants took purposeful and concerted steps to deny, conceal, and mask their role in the Terrorist Attacks;

8. Defendants knowingly violated U.S. and international sanctions, laws, and treaties to effectuate their purposeful campaign of terror;

9. Defendants have built their system of terrorism such that they act through agents and instrumentalities of their state to perpetrate and perpetuate terrorism;

10. Defendants have commodified and privatized terrorism such that the core function of their agents, proxies and instrumentalities are sufficiently distinct and commercial, and not merely governmental.

d) Plaintiffs' costs and expenses;

e) Plaintiffs' attorney's fees; and

f) Such other and further relief as the Court finds just and equitable.

Dated:  January 2, 2019

Respectfully Submitted,

By: /s/ *Howard L. Nations*
Howard L. Nations
DC Bar No. TX143
3131 Briarpark Drive, Suite 208
Houston, Texas 77042
Telephone: 713.807.8400
Facsimile: 713.807.8423
Email: howard@howardnations.com
*Counsel for Plaintiffs*