UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER BROOK FISHBECK, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. 1:18-cv-02248-CRC |
| v. ) | |
| ) | |
| **THE ISLAMIC REPUBLIC OF IRAN, et al.,** ) | |
| ) | |
| **Defendants** ) | |
| ) | |

## NOTICE OF ERRATA

Plaintiffs, through their undersigned counsel, respectfully submit this Errata to the Amended Complaint as follows:

1. On January 2, 2019, Plaintiffs filed their Amended Complaint (Dkt. 10).

2. Due to an inadvertent error, the name of Plaintiff Yvette Renee Rennaker appears as Yvette Rose Rennaker in both the caption and the body of the allegations (Pg. 739, ¶¶ 5625 and 5626) and as Yvette Rennaker in subsequent allegations (Pg. 760, ¶¶ 5786 and 5787). In all instances, the Plaintiff's name should appear as Yvette Renee Rennaker.

3. The name of Plaintiff Anthony Termaine Plunkett Sr. appears as Anthony Tremaine Plunkett Sr. in the caption, table of contents (Pg. xxix), section header (Pg. 512), and the body of the allegations (Pgs. 512 - 513, ¶¶ 3804 – 3813). In all instances, the Plaintiff's name should appear as Anthony Termaine Plunkett Sr.

4. The name of Plaintiff Ana Gregoria Amoros appears as Ana Greagoria Amoros in both the caption and the body of the allegations (Pg. 316, ¶¶ 2219 and 2222). In all instances, the Plaintiff's name should appear as Ana Gregoria Amoros.

5. The name of Plaintiff Travis Eugene Gingrich appears as Travis Gingrich in the caption. The Plaintiff's name should appear as Travis Eugene Gingrich.

6. The name of Plaintiff Samuel Sparks IV appears as Samuel L. Sparks IV in the body of the allegations (Pg. 750, ¶ 5710). The Plaintiff's name should appear as Samuel Sparks IV.

7. The name of Plaintiff Rance Brevin Anderson appears as Rance B. Anderson in the body of the allegations (Pg. 162, ¶ 1009). The Plaintiff's name should appear as Rance Brevin Anderson.

8. The name of Plaintiff Ryler Brice Anderson appears as Ryler B. Anderson in the body of the allegations (Pg. 162, ¶ 1009). The Plaintiff's name should appear as Ryler Brice Anderson.

9. The name of Plaintiff Ludie Ellen Shinault appears as Ludie E. Shinault in the body of the allegations (Pg. 162, ¶ 1009). The Plaintiff's name should appear as Ludie Ellen Shinault.

10. The name of Plaintiff David A. Lind should be added to the body of the allegations (Pg. 217, ¶ 1447).

11. Plaintiff B.D.G., a minor child, has now reached the age of eighteen and should be identified as Brionna Denise Grant in both the caption and the body of the allegations (Pg. 735, ¶¶ 5587 and 5588).

12. The corrected pages for Plaintiffs' Amended Complaint that reflect these changes are attached hereto as Exhibit A. The version of the Amended Complaint that will be translated into Farsi for purposes of service of process on Defendants will contain the above corrections.

| | |
|---|---|
| Dated:  January 15, 2019 | Respectfully Submitted, |
| | By: /s/ *Howard L. Nations*<br>Howard L. Nations<br>DC Bar No. TX143<br>3131 Briarpark Drive, Suite 208<br>Houston, Texas 77042<br>Telephone: 713.807.8400<br>Facsimile: 713.807.8423<br>Email: howard@howardnations.com |
| | *Counsel for Plaintiffs* |