# EXHIBIT A

| | |
|---|---|
| MATTHEW LEE ANDREAS, ESTATE OF STEVEN MICHAEL PACKER, ROBIN RENEE DAVIDSON, DANIELLE ALLYSON PACKER, CHRISTOPHER DAVID PACKER, ZACHARY TYLER DAVIDSON, JASON NOLAN DAVIDSON, LARRY DUANE WILSON JR., ALLYSA BROOKE WILSON, ABRAM WILLIAM MARVIN, KADAIVION LATRELL DIXON, KRISTI LYNN HADFIELD, JENNIFER CHRISTINE ROTON, DOROTHY K. PFEIFER, H.S.P., A MINOR CHILD, CHARLEY S. POLU, CHAZITY OLIANA ELESI POLU, DIANNA ELIZABETH WHETZEL, MICHAEL ANDREW HURD SR., MAMTA HURD, GERALD ANDREW HURD, KAREN ANN CLOVER, C.A.H., A MINOR CHILD, M.A.H., A MINOR CHILD, DANIEL JARED WILKERSON, MATTHEW TERRANCE WHITESIDE, KANDI DANIELLE WHITESIDE, M.T.W., A MINOR CHILD, KEVIN CASEY WHITESIDE, SHARON SMITHEY WHITESIDE, JACKSON WILEY WHITESIDE, MARK KEVIN WHITESIDE, CHRISTOPHER DEWAYNE WHITESIDE, TYMON LARMA COLEMAN, ASTRA CARLISA COLEMAN, T.L.C., A MINOR CHILD, ALVIA MASAYON HURST, BAUSTEN COLE HURST, WILLIAM ROBERT INGRAM, X.R.I., A MINOR CHILD, W.J.I., A MINOR CHILD, ANTHONY TERMAINE PLUNKETT SR., Z.L.P., A MINOR CHILD, D.M.P., A MINOR CHILD, ERIK DOUGLAS JOHNSON, ESTATE OF JONATHAN WILLIAMS BOWLING, DARRELL CONNOR BOWLING, BROOKE ELIZABETH WEXLER, ASHLEY BOWLING NOGUEIRA, ROBIN BOWLING FERON, THEODORE MICHAEL COTHRAN, JR., ELENA MARTINEZ COTHRAN, THEODORE MICHAEL COTHRAN SR., ANTOINETTE | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| COTHRAN HEBERT, JUSTIN RAY MORGAN, TYLER JAMES MARTIN, CHAD RICHARD BANGERTER, KRISTI ANN BANGERTER, MASON CHAD BANGERTER, TREVOR REED SMITH, JOSHUA MATTHEW BOWER, FRANCIS MARTIN HURD, BRANDON JOHN BERHOW-GOLL, JENNIFER JEAN BERHOW-HANSON, KEVIN DOUGLAS HANSON, ROBERT ANTHONY PEDREIRO, KEVIN BRADLEY OLECH, MATTHEW PAUL UKEN, JACKSON ENRIQUE LUNA, ANA GREGORIA AMOROS, NANCY BALLESTAS, J.A.L., A MINOR CHILD, S.G.L., A MINOR CHILD, KEVIN DALE MILLER, RONNIE DALE MILLER, LADONNA SUE MILLER, JACOB ANDREW MILLER, RACHEL AMBER MILLER, LAFONDA MILLER, LYLE MILLER, ZACHARY MILLER, ANDREW SCOTT FAYAL, ROBERT ALLEN LEATHERWOOD, JR., ROBERT ALLEN LEATHERWOOD SR., DEBBIE LEE ZENK, WENDY DEANNE LEATHERWOOD, KENNETH CLAYTON RONALD WILHELM, KENNETH WAYNE LEATHERWOOD, STACEY BROOKE LEATHERWOOD, LINDSAY DEANNE REYES, ESTATE OF JAMES DAVID BLANKENBECLER, LINNIE ALMA BLANKENBECLER, JOSEPH ALEXANDER MORALES, JESSICA MARIE SCADUTO, AMANDA MARIE VILLALOBOS, ESTATE OF JAMES HEATH PIRTLE, URSULA YOUNGERMAN PIRTLE, SHANE KANIELA YOUNGERMAN, KAI SAMUEL YOUNGERMAN, LANNIE DOYLE PIRTLE, HOUSTON TY PIRTLE, JARROD MATTHEW PIRTLE, KAY LYNN BEEMAN, RANGER IRA PIRTLE, BRIAN PATRICK MCPHERSON, PAUL ALLEN JACKSON, LUIS HUMBERTO GUTIERREZ JR., L.A.D., A MINOR CHILD, DIANA GUTIERREZ, EDDIE MICHAEL ABBEY, TONY ALLEN | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| HOLLEY, TERI TARANTINO, KEVIN DANIEL SNOW, ADRIENNE SNOW, N.A.P.S., A MINOR CHILD, G.L.A.S., A MINOR CHILD, JASMYNE H. ARQUIETT, JOHN MICHAEL BRASHEAR, ROGER FRANKLIN GRAVES, CURTIS JOSEPH MIGHACCIO, GUNHILD MIGHACCIO, MARTIN MIGHACCIO, SAMUEL WILLIAMS, BRIAN JOHN JOHNSON, TIMOTHY JOHN JOHNSON, DANNY TRAM, MATTHEW PAUL DALRYMPLE, ANDRE LEONARD MAISON, MARTIN CHRISTOPHER JONES, BEVERLY JONES, MELISSA JONES, MORGAN JONES, MONACA LOUISE GILMORE, M.L.G., A MINOR CHILD, T.M.G., A MINOR CHILD, MARIA PETTIS, ESTATE OF JOHN DAVID FRY, KATHRYN FRY, GIDEON FRY, C.L.F., A MINOR CHILD, CHARLES FRY, LAURA PRICER, MELISSA INMAN, MALIA FRY, BRUCE LEONARD MORROW, BRUCE LEONARD MORROW JR., GEMINI NICHOLE WARDZINSKI-MORROW, ROBERT THOMAS WARDZINSKI-MORROW, SEAN PATRICK REED, JEFFREY SHANE REDMAN, RENE IVAN GONZALEZ JR., YVETTE GONZALEZ, ESTATE OF CODY CLARK GRATER, ANITA D. LEWIS, ERIC JAMES ATKINSON, SAMUEL SPARKS III, CASSANDRA WILLIAMS SPARKS, SAMUEL SPARKS IV, BRANDON M. WILLIAMS, DOUGLAS SPARKS, PAMELA SPARKS-SMITH, BRENDA ELAINE STEPHENS, DIANNE GUNTER, DONALD DANIEL GRANT, BEVERLY GRANT, BRIONNA DENISE GRANT, TRINITY G. ROSS, ROOSEVELT ROSS SR., SYDERIA ROSATE ROSS, DEBORAH ROSS, ETHEL ROSS GOWDY, HELEN ROSS, THERESA ROSS JONES, DAREL ROSS, CONILIA ROSS YOBO, JEMILIA ROSS POLIUS, JOHN HENRY ROSS, DERRICK JERMALE | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| JANE CRAIN, WILMA JANE KIDD, JOHN SAWYER CRAIN, AMARIS BROOK CRAIN, JOHN MICHAEL DRNEK, TINA M. DRNEK, KELLY N. SNYDER, CHRIS M. DRNEK, JOSE MIGUEL JAUREGUI, GRISELDA JAUREGUI, JOSE JAUREGUI, JOSEFINA JAUREGUI, ALFREDO JAUREGUI, LUCIO JAUREGUI, BRIAN DOUGLAS KING, NATHAN ZACHARY KING, SAMANTHA ROSE WENDLAND, AMANDA MARIE WENDLAND, YVETTE RENEE RENNAKER, OLNEY EUGENE JOHNSON, STEVEN GRANT GILBOY, JANICE B. ROSE, ROBERT ALLEN MANSFIELD, ALICE MANSFIELD, LARRY FIELDS, FELICIA MANSFIELD, LIONEL A. MANSFIELD, ANDREW JAMES GREEN, ANNE CHRISTINE PEEL, GILLIAN GREEN, A.G., A MINOR CHILD, ESTATE OF ADAM J. KOHLHAAS, PAULA KOHLHAAS MILLER, HENRY KOHLHAAS, TERRY LAMONT FLEMING, IDA LEE FLEMING, ELAINE F. BENNETT, AYRON L. BENNETT, ESTATE OF MERLIN GERMAN, ARIEL GERMAN, LOURDES GERMAN, JOEL TAVERA, MARITZA TAVERA, JOSE L. TAVERA, ESTATE OF TROMAINE K. TOY SR., TYRELL R. TOY, ANDREW JAMES RAYMOND, DIANA L. RAYMOND, A.J.R., A MINOR CHILD, CALEB A. RAYMOND, HANNAH E. RAYMOND, PHYLLIS M. RAYMOND, JASON RICHARD GOLBRANSON, RONNY PORTA, RENE EVA PORTA, FELIX A. PORTA, NATALI PORTA, BRIAN LEE RUDOLPH, DAVID GLENN MCKENZIE SR., DAVID GLENN MCKENZIE JR., DONNA LAGINA REID, PEARL JEAN MCKENZIE, LISA JEAN CROWDER, ROSEMARY MIDDLETON, EDWARD JAMES TERRY SR., DYMPHIA M. TERRY, EDWARD JAMES TERRY JR., | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| BELL, DAVID CRAIG, JON G. BELL, SAMUEL JAMES MORTIMER, KRISTINE MORTIMER, DEREK BENJAMIN KOLB, GLENN GILBERT GEFFERT, PAMELA A. GEFFERT, AIDAN M. GEFFERT, IAN C. DRINKWATER, TRISTAN G. DRINKWATER, DESHAWN DAVID TURNER, ANITA A. TURNER, CARMEL FITZGERALD, NORA ANN FOUTZ, MATTHEW WRIGHT, ALICIA JOY CAVER, TRAVIS EUGENE GINGRICH, SIERRA M. VASQUEZ, CASSANDRA M. NUNEZ, SUSANNE M. LOPEZ, SONIA M. LOPEZ, JOHN R. STANLEY, REBECCA VASQUEZ, JESSICA MALLARD FANCHER, BRIAN E. MALLARD, C.J.R., A MINOR CHILD, ESTATE OF BRAD DUANE SQUIRES, DONNA SQUIRES, JODIE MARIE BOGDAN, CHAD FRANCIS SQUIRES, DANIEL JOEL FOSTER, WILLIAM LEE NESTOR, WALTER SCOTT GRIGG, D.N.B., A MINOR CHILD, T.M.B., A MINOR CHILD, A.A.B., A MINOR CHILD, RANCE BREVIN ANDERSON, RYLER BRICE ANDERSON, LUDIE ELLEN SHINAULT, JEREMY GEORGE CASHWELL, KRISTEN ELIZABETH FISKE-STORLIE, CARRITTEE MICHELLE SMITH, CLINTON DURHAM JR., SABRINA DURHAM, J.A.S., A MINOR CHILD, R.H.S., A MINOR CHILD, OBED JIMENEZ, WALTER LEMAN THOMAS, JARRAD JEROME DAVENPORT, LATOYA SHANTIA DAVENPORT, JARRAD ELIJAH DAVENPORT, DARRIUS X. DAVENPORT, X.C.D., A MINOR CHILD, MICHAEL RAFAEL HERNANDO, JACOB P. DAVID, HILTON JEROME GERMANY JR.,  ADAM NATHAN FLEURY, MICHAEL PAUL SAVOIE, ESTATE OF ABRAHAM SIMPSON, MARIA LUZ SIMPSON, JAMES T. SIMPSON, DAVID SIMPSON, PAUL SIMPSON, JOHN WESLEY URQUHART, CATHERINE | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |

     A.  PLAINTIFF RICHARD ALAN CRAWFORD ................................. 498

     B.  PLAINTIFFS THE MATTHEW PAUL SCHAFFER FAMILY ....... 499

307.  THE JANUARY 13, 2005 ATTACK – KIRKUK .................................. 500

     A.  PLAINTIFF CHARLES LOY JORDAN, JR. .................................... 500

308.  THE JANUARY 13, 2005 ATTACK – DUJAIL ................................... 501

     A.  PLAINTIFFS THE DAVID LEE SELLS FAMILY .......................... 501

309.  THE JANUARY 11, 2005 ATTACK – TIKRIT .................................... 503

     A.  PLAINTIFF BRIAN MICHAEL GLIBA ........................................... 503

310.  THE JANUARY 9, 2005 ATTACK – HIT .............................................. 504

     A.  PLAINTIFF ENRIQUE LINAN, JR. .................................................. 504

311.  THE JANUARY 8, 2005 ATTACK - MOSUL ........................................ 505

     A.  PLAINTIFFS THE DON ANTHONY WALLS FAMILY ................ 505

312.  THE JANUARY 5, 2005 ATTACK – RAMADI, CAMP BLUE DIAMOND ............................................................................................. 506

     A.  PLAINTIFFS THE DAVID ANTHONY ROSALES FAMILY ........ 506

313.  THE JANUARY 3, 2005 ATTACK – AMIRIYAH ............................... 507

     A.  PLAINTIFF JASON PETER SCHAUBLE ........................................ 507

314.  THE JANUARY 3, 2005 ATTACK – BALAD ....................................... 508

     A.  PLAINTIFFS THE KEVIN MICHAEL DOHERTY, SR. FAMILY 508

315.  THE JANUARY 1, 2005 ATTACK – HADITHA ................................. 510

     A.  PLAINTIFF JUAN MARTINEZ RUBIO ......................................... 510

316.  THE DECEMBER 27, 2004 ATTACK – MOSUL ................................. 511

     A.  PLAINTIFF JOSEPH RICHARD BEEMAN ................................... 511

317.  THE DECEMBER 25, 2004 ATTACK – AL ASAD AIR BASE ........... 512

     A.  PLAINTIFFS THE ANTHONY TERMAINE PLUNKETT, SR. FAMILY ................................................................................................. 512

Baghdad, Iraq when an IED exploded directly in front of his MRAP vehicle.

1004. The weapon used to attack and injure Mr. Anderson was an Iranian manufactured/supplied IED provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

1005. As a result of the attack, Rodrick Bernard Anderson suffered shrapnel injuries to both of his legs. He has also been diagnosed with PTSD, anxiety and depression.

1006. Plaintiff Rance Brevin Anderson is a citizen of the United States and domiciled in the State of Texas. He is the son of Rodrick Bernard Anderson.

1007. Plaintiff Ryler Brice Anderson is a citizen of the United States and domiciled in the State of Texas. He is the son of Rodrick Bernard Anderson.

1008. Plaintiff Ludie Ellen Shinault is a citizen of the United States and domiciled in the State of Mississippi. She is the mother of Rodrick Bernard Anderson.

1009. As a result of the July 23, 2008 Terrorist Attack, and the injuries suffered by Plaintiffs Rance Brevin Anderson, Ryler Brice Anderson, and Ludie Ellen Shinault have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 43. THE JULY 8, 2008 ATTACK – OUTSIDE ABANDONED SHEIK GARI RAILWAY STATION IN KHANDAHARI NEIBHBORHOOD, JSS LUZON, NEAR AL NASR WAL SALAM, IVO ABU GHRAIB

#### A. PLAINTIFF ROBERT JOSEPH BARTHEL

1010. Robert Joseph Barthel is a citizen of the United States and domiciled in the State of Michigan.

1011. On July 8, 2008, Robert Joseph Barthel, age 25, was serving in the U.S.

well as a TBI and broken finger. He now suffers from PTSD, as well, as a result of the June 14, 2007 Terrorist Attack.

1441. David Karl Lind received extensive medical treatment at Camp TQ-Iraq, Landstuhl Hospital, Walter Reed National Military Medical Center, and Naval Medical Center San Diego.

1442. As a result of the June 14, 2007 Terrorist Attack, and the injuries he suffered, David Karl Lind has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

1443. Plaintiff David A. Lind is a citizen of the United States and domiciled in the State of Maine. He is the father of David Karl Lind.

1444. Plaintiff Catherine Jackman is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of David Karl Lind.

1445. Plaintiff Michael Lind is a citizen of the United States and domiciled in the State of South Carolina. He is the brother of David Karl Lind.

1446. Plaintiff Bradley Joseph Lind is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of David Karl Lind.

1447. As a result of the June 14, 2007 Terrorist Attack, and the injuries suffered by David Karl Lind, Plaintiffs David A. Lind, Catherine Jackman, Michael Lind, and Bradley Joseph Lind have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### C. PLAINTIFFS THE SIGIFREDO APODACA FAMILY

1448. Plaintiff Sigifredo Apodaca is a citizen of the United States and domiciled in the

including medical expenses, lost income, and loss of earning capacity.

2218. Plaintiff Nancy Ballestas is a citizen of the United States and domiciled in the State of New Jersey. She is the mother of Jackson Enrique Luna.

2219. Plaintiff Ana Gregoria Amoros is a citizen of the United States and domiciled in the State of Maryland. She is the sister of Jackson Enrique Luna.

2220. Plaintiff J.A.L., a minor child, represented by his legal guardian Mr. Jackson Enrique Luna, is a citizen of the United States and domiciled in the State of New Jersey. He is the son of Jackson Enrique Luna.

2221. Plaintiff S.G.L., a minor child, represented by her legal guardian Mr. Jackson Enrique Luna, is a citizen of the United States and domiciled in the State of New Jersey. She is the daughter of Jackson Enrique Luna.

2222. As a result of the June 10, 2006 Terrorist Attack, and the injuries suffered by Jackson Enrique Luna, Plaintiffs Nancy Ballestas, Ana Gregoria Amoros, J.A.L., a minor child, and S.G.L., a minor child have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

**169. THE JUNE 4, 2006 ATTACK – TAJI**

    **A.    PLAINTIFFS THE PAUL ERIC HAINES FAMILY**

2223. Plaintiff Paul Eric Haines is a citizen of the United States and domiciled in the State of Texas.

2224. On June 4, 2006, Paul Eric Haines, age 33, was serving in the U.S. military in Iraq.

2225. Mr. Haines was in a two-tank patrol on Canal Road off Route Mushada en route to his units patrol base near Taji, Iraq, when his M1A2 SEP tank hit an IED.

injured. He has also been diagnosed with PTSD.

3802. Joseph Richard Beeman received extensive medical treatment; he had surgery on his right knee, neck and back. He has also had extensive physical therapy, injections in his back and psychological treatment.

3803. As a result of the December 27, 2004 Terrorist Attack, and the injuries he suffered, Joseph Richard Beeman has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

### 317. THE DECEMBER 25, 2004 ATTACK – AL ASAD AIR BASE

#### A. PLAINTIFFS THE ANTHONY TERMAINE PLUNKETT, SR. FAMILY

3804. Plaintiff Anthony Termaine Plunkett, Sr. is a citizen of the United States and domiciled in the State of South Carolina.

3805. On December 25, 2004, Anthony Termaine Plunkett, Sr., age 24, was serving in the U.S. military in Iraq.

3806. Mr. Plunkett was in bed at al-Asad air base, Iraq, when the base began to take on rocket and mortar fire. Mr. Plunkett armed himself and ran outside to a barrier position when the barrier was hit with a 120mm rocket/mortar round.

3807. The weapons used to attack and injure Anthony Termaine Plunkett Sr. were Iranian manufactured/supplied rockets and mortars provided by Iran and/or its agents to Iranian-funded and Iranian-trained terror operatives in Iraq.

3808. As a result of the December 25, 2004 Terrorist Attack, Mr. Plunkett was thrown to the ground by the mortar blast, was bleeding from his ears and nose, and sustained significant psychological injuries including tinnitus and severe PTSD.

512

3809. Mr. Plunkett received treatment at the Atlanta VA Healthcare System, USS Carl Vinson (CVN-70), Tuscaloosa VA Medical Center, and the Stock Bridge VA clinic.

3810. As a result of the December 25, 2004 Terrorist Attack, and the injuries he suffered, Anthony Termaine Plunkett Sr. has past and future noneconomic damages, including severe mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

3811. Plaintiff Z.L.P., a minor, represented by his legal guardian Anthony Termaine Plunkett Sr., is a citizen of the United States and domiciled in the State of South Carolina. He is the son of Anthony Termaine Plunkett Sr.

3812. Plaintiff D.M.P., a minor, represented by his legal guardian Anthony Termaine Plunkett Sr., is a citizen of the United States and domiciled in the State of South Carolina. He is the son of Anthony Termaine Plunkett Sr.

3813. As a result of the December 25, 2004 Terrorist Attack, and the injuries suffered by Anthony Termaine Plunkett Sr., Plaintiffs Z.L.P., a minor child, and D.M.P., a minor child have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 318.  THE DECEMBER 20, 2004 ATTACK – AMIRIYAH
#### A. PLAINTIFFS THE JAMES ALAN BELL FAMILY

3814. Plaintiff James Alan Bell is a citizen of the United States and domiciled in the State of Texas.

3815. On December 20, 2004, James Alan Bell, age 22, was serving in the U.S. military in Iraq.

3816. Mr. Bell was on patrol with his unit in Amiriyah, near Camp Fallujah, when

suffered, Donald Daniel Grant has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5586. Plaintiff Beverly Grant is a citizen of the United States and is domiciled in the State of Georgia. She is the wife of Donald Daniel Grant.

5587. Plaintiff Brionna Denise Grant is a citizen of the United States and is domiciled in the State of Georgia. She is the daughter of Donald Daniel Grant.

5588. As a result of the October 7, 2003 Terrorist Attack, and the injuries suffered by Donald Daniel Grant, Plaintiffs Beverly Grant and Brionna Denise Grant have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 472. THE OCTOBER 3, 2003 ATTACK – SADIYAH

#### A. PLAINTIFFS THE JAMES HEATH PIRTLE FAMILY

5589. Plaintiff James Heath Pirtle was a citizen of the United States and domiciled in the State of Texas at the time of his death.

5590. On October 3, 2003, James Heath Pirtle, age 27, was serving in the U.S. military in Iraq.

5591. On October 3, 2003, Mr. Pirtle was on a security patrol Bradley, operating as a gunner in the second Bradley vehicle in a convoy in Sadiyah, Iraq, when he was ambushed and attacked with an RPG that hit his vehicle.

5592. James Heath Pirtle was killed as a result of the attack on October 3, 2003.

5593. The weapon used to attack and kill James Heath Pirtle was an Iranian manufactured/supplied RPG provided by Iran and/or its agents to Iranian-funded and

5619. As a result of the attack, Brian Douglas King sustained ruptured eardrums resulting in loss of hearing, bleeding from his left ear, shrapnel wounds to his stomach and left arm, and following the attack has suffered from blackouts and headaches.

5620. Brian Douglas King was treated with a field dressing at the attack scene and was confined to FOB Bandit Island for ninety days due to the injuries to his ears. Mr. King later received medical treatment for his injuries at the VA North Texas Health Care System, in Dallas, Texas and the VA North Texas Health Care System, in Bonham, Texas.

5621. As a result of the September 26, 2003 Terrorist Attack, and the injuries he suffered, Brian Douglas King has past and future noneconomic damages, including severe physical and mental pain and suffering and loss of enjoyment of life, and past and future economic damages, including medical expenses, lost income, and loss of earning capacity.

5622. Plaintiff, Nathan Zachary King, is a citizen of the United States and domiciled in the State of Texas. He is the son of Brian Douglas King.

5623. Plaintiff, Samantha Rose Wendland, is a citizen of the United States and domiciled in the State of California. She is the daughter of Brian Douglas King.

5624. Plaintiff, Amanda Marie Wendland, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Brian Douglas King.

5625. Plaintiff, Yvette Renee Rennaker, is a citizen of the United States and domiciled in the State of Texas. She is the sister of Brian Douglas King.

5626. As a result of the September 26, 2003 Terrorist Attack, and the injuries suffered by Brian Douglas King, Plaintiffs Nathan Zachary King, Samantha Rose Wendland, Amanda Marie Wendland, and Yvette Renee Rennaker have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of

domiciled in the State of Alabama. She is the ex-wife of Samuel Sparks III.

5705. Plaintiff Samuel Sparks IV is a citizen of the United States and domiciled in the State of Alabama. He is the son of Samuel Sparks III.

5706. Plaintiff Brandon M. Williams is a citizen of the United States and domiciled in the State of Alabama. He is the step-son of Samuel Sparks III.

5707. Plaintiff Douglas Sparks is a citizen of the United States and domiciled in the State of Alabama. He is the brother of Samuel Sparks III.

5708. Plaintiff Pamela Sparks-Smith is a citizen of the United States and domiciled in the State of Alabama. She is the sister of Samuel Sparks III.

5709. Plaintiff Brenda Elaine Stephens is a citizen of the United States and domiciled in the State of Alabama. She is the sister of Samuel Sparks III.

5710. As a result of the July 31, 2003 Terrorist Attack, and the injuries suffered by Samuel Sparks III, Plaintiffs Cassandra Williams Sparks, Samuel Sparks, IV, Brandon M. Williams, Douglas Sparks, Pamela Sparks-Smith, and Brenda Elaine Stephens have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 484. THE JULY 30, 2003 ATTACK – NASIRIYAH
#### A. PLAINTIFFS THE DAMIEN CARL WEEKS FAMILY

5711. Plaintiff Damien Carl Weeks is a citizen of the United States and domiciled in the State of Alabama.

5712. On July 30, 2003, Damien Carl Weeks, age 22, was serving in the U.S. military in Iraq.

5713. Mr. Weeks was with his unit traveling to detonate weapons when a group of

including medical expenses, lost income, and loss of earning capacity.

5783. Plaintiff, Nathan Zachary King, is a citizen of the United States and domiciled in the State of Texas. He is the son of Brian Douglas King.

5784. Plaintiff, Samantha Rose Wendland, is a citizen of the United States and domiciled in the State of California. She is the daughter of Brian Douglas King.

5785. Plaintiff, Amanda Marie Wendland, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Brian Douglas King.

5786. Plaintiff, Yvette Renee Rennaker, is a citizen of the United States and domiciled in the State of Texas. She is the sister of Brian Douglas King.

5787. As a result of the May 8, 2003 Terrorist Attack, and the injuries suffered by Brian Douglas King, Plaintiffs Nathan Zachary King, Samantha Rose Wendland, Amanda Marie Wendland, and Yvette Renee Rennaker have past and future noneconomic damages, including severe mental anguish, extreme emotional pain and suffering, loss of solatium, loss of consortium, and past and future economic damages, including loss of services.

### 492. THE MAY 5, 2003 ATTACK – SAMAWAH

#### A. PLAINTIFF CHARLES EDWARD SLACKS, JR.

5788. Plaintiff Charles Edward Slacks, Jr. is a citizen of the United States and domiciled in the State of Texas.

5789. On May 5, 2003, Charles Edward Slacks, Jr., age 22, was serving in the U.S. military in Iraq.

5790. Mr. Slacks was at his guard duty post in Samawah when they were attacked by mortars and small arms fire.

5791. The weapon used to attack and injure Mr. Slacks were Iranian manufactured/supplied mortars and small arms provided by Iran and/or its agents to Iranian-