## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,** )<br>)<br>**Defendants** )<br>) | Civil Action No. 1:18-cv-02248-CRC |

### MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER G. PAULOS

Howard Nations, a member of the Bar of the United States District Court for the District of Columbia, in good standing, hereby moves the Court, pursuant to Local Civil Rule 83.2 for the *pro hac vice* admission of Christopher G. Paulos, Esq., to represent Plaintiffs in the above-referenced matter. Mr. Paulos is admitted to practice in the States of Florida and California.

In support of this Motion, the Movant states that Mr. Paulos is familiar with this case, the Local Rules of this Court and possesses the knowledge, intelligence, and character to appear and practice in this Court. The Movant further cites the contents of the Declaration of Christopher G. Paulos which is submitted with this Motion in accordance with LCvR 83.2(d).

Dated: March 18, 2019.

Respectfully submitted,

/s/ Howard L. Nations
Howard L. Nations
DC Bar No. TX143
THE NATIONS LAW FIRM
3131 Briarpark Drive, Suite 208
Houston, Texas 77042
Tel: (713) 807-8400
Facsimile: (713) 807-8423
Email: howard@howardnations.com
*Attorney for Plaintiffs*