UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br>)<br>Defendants )<br>) | Civil Action No. 1:18-cv-02248-CRC |

### DECLARATION OF CHRISTOPHER G. PAULOS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Christopher G. Paulos, hereby certify pursuant to Local Rule 83.2(d) that the following is true and correct:

1. I am an attorney with Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., located at 316 South Baylen Street, Suite 600, Pensacola, FL 32502, telephone number (850) 435-7000 and facsimile number (850) 436-6067.

2. I was admitted to practice before the California State Bar in December 2010 and the Florida State Bar in September 2011. I am admitted to the bars of the following courts: U.S. District Court, Southern District of Florida, admitted December 2012; U.S. District Court, Middle District of Florida, admitted January 2013; U.S. District Court, Northern District of Florida, admitted March 2017; U.S. District Court, Central District of California, admitted September 2011; U.S. District Court, Eastern District of California, admitted March 2012; U.S. District Court, Northern District of California, admitted March 2012; U.S. District Court, Southern District of California, admitted January 2011. I remain a member in good standing in each of the named courts.

3. I have not been disciplined by any jurisdiction by a court or lawyer regulatory organization nor have I had a *pro hac vice* admission revoked since my original licensure in 2010.

4. I have been admitted *pro hac vice* in this Court in the following cases: *Joshua L. Holladay, et al., v. The Islamic Republic of Iran, et al.;* Case No. 1:17-cv-00915-RDM (admitted May 22, 2017) and *George Lon Williams, et al., v. The Islamic Republic of Iran, et al.*; Case No 1:18-cv-02425-RDM (admitted February 10, 2019).

5. I have been associated to serve as counsel for Plaintiffs along with Howard Nations of The Nations Law Firm who is admitted to the Courts of this District.

6. I am not a member of the District of Columbia Bar and do not have an application for such membership pending.

WHEREFORE it is respectfully requested that I, Christopher G. Paulos, be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Plaintiffs.

Dated: March 19, 2019.                         Respectfully submitted,

                                                                   */s/* Christopher G. Paulos
Christopher G. Paulos
Florida Bar No. 0091579
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7067
Facsimile: (850) 436-6067
Email: cpaulos@levinlaw.com