UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,**   )<br>)<br>**Plaintiffs,**   )<br>)<br>v.   )<br>)<br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,**   )<br>)<br>**Defendants**   )<br>_____)  | Civil Action No. 1:18-cv-02248-CRC |

## ORDER

Upon Motion by Howard Nations, and it appearing to the Court that Christopher G. Paulos satisfied the requirements of Local Rule 83.2(d) for admission *pro hac vice* to practice in this Court in the above referenced action, it is hereby ORDERED as follows:

Motion for Admission of Christopher G. Paulos *pro hac vice* is GRANTED and he is hereby admitted to practice in this Court in the instant action.

SO ORDERED _____ day of _____, 2019

_____
United States District Court Judge