UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., </br></br> Plaintiffs, </br></br> v. </br></br> THE ISLAMIC REPUBLIC OF IRAN, et al., </br></br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Civil Action No. 1:18-cv-02248-CRC |

DECLARATION OF W. TROY BOUK IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE*

I, W. Troy Bouk, hereby certify pursuant to Local Rule 83.2(d) that the following is true and correct:

1. I am an attorney with Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., located at 316 South Baylen Street, Suite 600, Pensacola, FL 32502, telephone number (850) 435-7000 and facsimile number (850) 436-6067.

2. I was admitted to practice before the Florida State Bar in September 2007. I am admitted to the bars of the following courts: U.S. District Court, Northern District of Florida, admitted March 2017; U.S. District Court, Southern District of Florida, admitted March 2017; and U.S. District Court, Middle District of Florida, admitted February 2018. I remain a member in good standing in each of the named courts.

3. I have not been disciplined by any jurisdiction by a court or lawyer regulatory organization nor have I had a *pro hac vice* admission revoked since my original licensure in 2007.

4. I have been admitted *pro hac vice* in this Court in the following cases: *Joshua L. Holladay, et al., v. The Islamic Republic of Iran, et al.;* Case No. 1:17-cv-00915-RDM (admitted May 22, 2017) and *George Lon Williams, et al., v. The Islamic Republic of Iran, et al.*; Case No 1:18-cv-02425-RDM (admitted February 10, 2019).

5. I have been associated to serve as counsel for Plaintiffs along with Howard Nations of The Nations Law Firm who is admitted to the Courts of this District.

6. I am not a member of the District of Columbia Bar and do not have an application for such membership pending.

WHEREFORE it is respectfully requested that I, W. Troy Bouk, be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Plaintiffs.

Dated:  March 19, 2019.                          Respectfully submitted,

                                          */s/* W. Troy Bouk
                                        W. Troy Bouk
Florida Bar No. 0043384
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone:  (850) 435-7067
Facsimile:  (850) 436-6067
Email: tbouk@levinlaw.com