# THE NATIONS LAW FIRM
## A NATIONAL LITIGATION FIRM

**HOWARD L. NATIONS**
BOARD CERTIFIED - PERSONAL INJURY TRIAL LAW
BOARD CERTIFIED - CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
DIPLOMATE - CIVIL TRIAL ADVOCACY
NATIONAL BOARD OF TRIAL ADVOCACY
DIPLOMATE - NATIONAL COLLEGE OF ADVOCACY
ADMITTED IN TEXAS AND NEW YORK

**HOUSTON OFFICE**
3131 Briarpark Drive, Suite 208
Houston, Texas 77042
Phone  713-807-8400
Fax  713-807-8423
info@howardnations.com
www.howardnations.com

April 25, 2019

Office of the Clerk
Attn: Angela D. Caesar
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

> **Re:** ***Estate of Christopher Brook Fishbeck, et al. v. The Islamic Republic of Iran, et al.,* Case No. 1:18-cv-02248-CRC**

### REQUEST FOR SERVICE OF PROCESS ON FOREIGN SOVEREIGN DEFENDANTS

Dear Ms. Caesar:

I write in connection with the above-captioned case to request that you take all of the necessary steps, pursuant to 28 U.S.C. §§ 1608(a)(3) and 1608(b)(3)(B), to effect service in this matter on the Defendants.

Defendants in this case include the Islamic Republic of Iran and several of its political subdivisions, agencies, and instrumentalities. Defendant Islamic Republic of Iran and the United States do not have any special arrangement for service of process pursuant to 28 U.S.C. § 1608(a)(1), nor is service permitted by any applicable international convention on service of documents pursuant to 28 U.S.C. § 1608(a)(2).[1]

Therefore, pursuant to 28 U.S.C. § 1608(a)(3), I respectfully request that you dispatch the provided service packages to these specific Defendants: 1) The Islamic Republic of Iran; 2) The Islamic Revolutionary Guard Corps; and 3) Iranian Ministry of Intelligence & Security (collectively, "Foreign State & Political Subdivision Defendants").

Thus, in accordance with 28 U.S.C. § 1608(a)(3), I have enclosed the following for the Foreign State & Political Subdivision Defendants for service of process pursuant to §1608(a)(3) by the U.S. Postal Office, Registered Mail: 1) two copies of Plaintiffs' Second Amended

---

[1] *See* information posted by Overseas Citizens Services, U.S. Department of State at:
http://www.passportsusa.com/law/info/judicial/judicial_680.html (last visited April 24, 2019).

Complaint with two translations into Farsi; 2) two copies of the Summons with two translations into Farsi; 3) two copies of the Notice of Suit with two translations into Farsi; and 4) two copies of the Foreign Sovereign Immunities Act with two translations into Farsi.

I next request that you take all of the necessary steps, pursuant to 28 U.S.C. § 1608(b)(3)(B), to effect service upon these specific Defendants: 1) Bank Markazi Jomhouri Islami Iran; 2) Bank Melli Iran; and 3) the National Iranian Oil Company (collectively, "Agency & Instrumentality Defendants").

As described herein, in accordance with 28 U.S.C. § 1608(b)(3)(B), I have enclosed the following for each of the Agency & Instrumentality Defendants for service of process pursuant to §1608(b)(3)(B) by the U.S. Post Office, Registered Mail: 1) two copies of the Second Amended Complaint with two translations into Farsi; and 2) two copies of the Summons with two translations into Farsi.[2]

Please take the necessary steps to dispatch these materials to effect service on all Defendants pursuant to 28 U.S.C. §§ 1608(a)(3) and 1608(b)(3)(B) by service through the U.S. Post Office, Registered Mail.

The addresses below should be used to dispatch the above documents in the provided packaging to each of the Foreign State & Political Subdivision Defendants:

**Islamic Republic of Iran**:
محمد جواد ظریف
Mr. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Street
Imam Khomeini Square
Tehran, Iran
1136914811

**Islamic Revolutionary Guard Corps:**
محمد جواد ظریف
Mr. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Street
Imam Khomeini Square
Tehran, Iran
1136914811

---

[2] In early January 2019, DHL informed Plaintiffs that it is no longer shipping to Iran without the sending party being issued a specific OFAC Shipping License to do so. Plaintiffs submitted an application for a specific OFAC Shipping License on January 25, 2019; however, the shipping license has not been issued and Plaintiffs are unsure if an OFAC Shipping License will be issued in the near future, or at all. DHL has informed Plaintiffs that it will not ship to Iran pursuant to any current General License issued by OFAC, and therefore, shipping to Iran from the United States using DHL is no longer available to Plaintiffs.

**Iranian Ministry of Intelligence & Security**:

محمد جواد ظريف

Mr. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Street
Imam Khomeini Square
Tehran, Iran
1136914811

Next, the following addresses should be used to dispatch the above documents to the Agency & Instrumentality Defendants:

**Bank Markazi Jomhouri Islami Iran**:
Mirdamad Boulevard
No. 198
Tehran, Iran
P.O. Box 15875/7177

**Bank Melli Iran**:
Ferdowsi Avenue
10 Building
Tehran, Iran
1135931596
Mail Box 11365.144

**National Iranian Oil Company**:
Roodsar Street No. 18
District 6
Tehran, Iran

If you have any questions or require anything further, please do not hesitate to contact me at (850) 435-7033. Thank you very much for your assistance in this matter.

Sincerely,

Howard L. Nations
*Counsel for Plaintiffs*

Enclosures:  Service Packages x 6