CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Estate of Christopher Brook Fishbeck, et al.,
                    Plaintiff(s)

vs.                                                Civil Action No.: 1:18-cv-02248-CRC

The Islamic Republic of Iran, et al.
                    Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

1. Islamic Republic of Iran - Attn: Mr. Mohammad Javad Zarif, Ministry of Foreign Affairs, Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran, 1136914811;
2. Islamic Revolutionary Guard Corps - Attn: Mr. Mohammad Javad Zarif, Ministry of Foreign Affairs, Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran, 1136914811;
3. Iranian Ministry of Intelligence & Security - Attn: Mr. Mohammad Javad Zarif, Ministry of Foreign Affairs, Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran, 1136914811.

by: (check one)
- [x] certified or registered mail, return receipt requested
- [ ] DHL
- [ ] Fed Ex

pursuant to the provisions of: (check one)
- [ ] FRCP 4(f)(2)(C)(ii)
- [x] 28 U.S.C. § 1608(a)(3)
- [ ] 28 U.S.C. § 1608(b)(3)(B)
- [ ] 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): See Exhibit A - Letter To Clerk From Counsel, for more information, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

*Howard L. Nations*
(Signature)

Howard L. Nations
DC Bar No. TX143
3131 Briarpark Drive
Suite 208
Houston, Texas 77042

(Name and Address)