
RH001612962US

# UNITED STATES POSTAL SERVICE

## USPS Customs Declaration and Dispatch Note

**Registered No.** RH001612962US

**Date Stamp** 0216 14

Postage $ $55.25
Extra Services & Fees
☐ Registered Mail $16.00
☐ Return Receipt (hardcopy) $ $4.10
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00

Extra Services & Fees (continued)
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $ $75.35

Customer Must Declare Full Value $0.00

Received by 05/02/2019

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: Angela D. Caesar, Clerk of Court
U.S. District Courthouse
District of Columbia

TO: Bank Markazi Jomhouri Islami Iran
ATTN: Abdolnaser Hemmati
Mirdamad Boulevard
Tehran, Iran

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com

Copy 1 - Customer
(See Information on Reverse)

---

### SENDER'S INFORMATION

Full Last Name: Caesar
Full First Name: Angela
MI: D

Business Name (if applicable): Clerk of Court

Sender's Telephone: 2023543510

Address-1: U.S. District Courthouse - District of Columbia
Address-2: 333 Constitution Ave, N.W.
City: Washington
State: D.C.
ZIP Code: 20210

### ADDRESSEE'S INFORMATION

Full Last Name: Hemmati
Full First Name: Abdolnaser
MI:

Business Name (if applicable): Bank Markazi Jomhouri Islami Iran

Addressee's Telephone:

Address-1: NO. 198 Mirdamad Boulevard
Address-2: P.O. Box 15875 / 7177
City: Tehran
State/Province:
Postal Code:
Country: Iran

### SHIPMENT INFORMATION

**1. Category of Items** (Check all that apply)
☐ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Returned Goods ☐ Humanitarian Donation ☐ Other

**2. Detailed Description of Contents** (Enter only one item per line): Legal Documents Case #18-cv-02248

**3. Quantity**: 12
**4. Net Weight (Ea)** Lbs. Oz.
**5. Value (Ea)** U.S. $
**24. HS Tariff Number**
**25. Country of Origin**

**6. Total**

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

**4 – Sender's Copy**

**UNITED STATES POSTAL SERVICE**

RH001613035US

**USPS Customs Declaration and Dispatch Note**

Registered No. RH001613035US

Date Stamp: 0216 14 MAY -2 2019

Postage $ $55.25
Extra Services & Fees
☐ Registered Mail $16.00
☐ Return Receipt (hardcopy) $ $4.10
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00

Extra Services & Fees (continued)
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $ $75.35

Customer Must Declare Full Value $ $0.00
Received by 05/02/2019

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: Angela D. Caesar, Clerk of Court
U.S. District Courthouse
District of Columbia
WASHINGTON, DC 20210

TO: Bank Melli Iran
ATTN: ADR-1930 Mohammad Reza Hossein
Ferdowsi Avenue
Tehran Iran

PS Form 3806, Registered Mail Receipt, April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®
Copy 1 – Customer (See Information on Reverse)

---

**Sender's Information**

Full Last Name: Caesar
Full First Name: Angela
MI: D
Business Name (if applicable): Clerk of Court
Sender's Telephone: 2(02)354-3...
Address-1: U.S. District Courthouse District of Columbia
Address-2: 333 Constitution Avenue, N.W.
City: Washington
State: DC
ZIP Code: 20210

**Addressee's Information**

Full Last Name: Zadeh Hossein
Full First Name: Mohammed Reza
MI:
Business Name (if applicable): Bank Melli Iran
Addressee's Telephone:
Address-1: Ferdowsi Avenue 10 Building
Address-2: Mailbox 1135, 14
Postal Code: 1135931596
City: Tehran
State/Province:
Country: Iran

**Shipment Information**

1. Category of Items (Check all that apply)
☒ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Returned Goods ☐ Humanitarian Donation ☐ Other

2. Detailed Description of Contents (Enter only one item per line): Legal Documents
3. Quantity: 12
4. Net Weight (Ea): Lbs. / Oz.
5. Value (Ea) U.S. $

24. HS Tariff Number
25. Country of Origin

6. Total: +

PS Form 2976-R, April 2016   PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

4 – Sender's Copy

**UNITED STATES POSTAL SERVICE**

RH001612874US

**Sender's Information**

Full Last Name: Caesar
Full First Name: Angela
MI: D
Business Name (if applicable): Clerk of Court
Sender's Telephone: 202-354-3510
Address-1: US District Courthouse District of Columbia
Address-2: 333 Constitution Ave, N.W.
City: Washington
State: D.C.
ZIP Code: 20210

**Addressee's Information**

Full Last Name: Karbasian
Full First Name: Masoud
Business Name (if applicable): National Iranian Oil Company
Addressee's Telephone:
Address-1: Kodkar Street No. 18
Address-2: District 6
Postal Code: 1135931816
City: Tehran
State/Province:
Country: Iran

**Shipment Information**

1. Category of Items (Check all that apply):
   ☐ Document  ☐ Commercial Sample  ☐ Merchandise  ☐ Dangerous Goods
   ☐ Gift  ☐ Returned Goods  ☐ Humanitarian Donation  ☐ Other

2. Detailed Description of Contents: 1:18-cv-02248
3. Quantity: 12
4. Net Weight (Ea) Lbs / Oz:
5. Value (Ea) U.S. $: 0
24. HS Tariff Number:
25. Country of Origin:

6. Total:

PS Form 2976-R, April 2016   PSN 7530-17-000-7992
IMPORTANT: This package may be opened officially.
4 – Sender's Copy

---

**USPS Customer Declaration and Dispatch Note**

Registered No. RH001612874US
Date Stamp: 0216 14   WASHINGTON, D.C.   MAY - 2 2019

Postage $: $55.25
Extra Services & Fees (continued):
☐ Signature Confirmation $
☐ Registered Mail $ $16.00
☐ Signature Confirmation Restricted Delivery $
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $4.10
☐ Restricted Delivery $
Total Postage & Fees $
Customer Must Declare Full Value $
Received by:

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: Angela D. Caesar   clerk of court
US District Courthouse
District of Columbia

TO: National Iranian Oil Company
Masoud Karbasian
Tehran, Iran

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®
postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.
For Business Mailers, for items in Block 2 (if the information is known)