**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **Civil Action No. 1:18-cv-02248-CRC** |
| **v.** | ) ) | |
| **THE ISLAMIC REPUBLIC OF IRAN, et al.,** | ) ) | |
| **Defendants** | ) ) | |

_____

<u>**NOTICE OF FAILED SERVICE UNDER 28 U.S.C. § 1608(a)(3)**</u>

Plaintiffs, through counsel, hereby notify the Court that: 1) The Islamic Republic of Iran ("Iran"), 2) The Islamic Revolutionary Guard Corps ("IRGC"), and 3) Iranian Ministry of Intelligence & Security ("MOIS") each rejected Plaintiffs' attempt to serve them under 28 U.S.C. § 1608(a)(3), *see* Exhibits 1 – 3.

In January 2019, Plaintiffs were advised by DHL that they no longer ship packages from the United States to Iran under any currently available U.S. Treasury Office of Foreign Assets Control ("OFAC") General License.[1]

Since service of process was not available through DHL, Plaintiffs initiated service of process on the above-listed Defendants on May 2, 2019. This attempt utilized the United States Postal Service's ("USPS") Registered Return Receipt First Class International mailing services.

The USPS tracking data confirms that the service packages addressed to the three above-listed Defendants left Washington, D.C. on May 4, 2019 and arrived in New York on May 22,

_____

[1] Plaintiffs submitted an application for a Specific License from OFAC to ship case-related documents to Iran using DHL on January 25, 2019. This application is still pending.

1

2019. The documents arrived at the Imam Khomeini Airport in Tehran, Iran on May 27, 2019. The USPS does not provide further tracking data because it does not perform international tracking services for Registered Mail in destination countries.

However, according to data collected and provided by the National Post Office of the Islamic Republic of Iran a/k/a "IRI Post Company" ("IRI"), the three service packages arrived at the Customs office in Tehran, Iran, on May 28, 2019.

After arriving in Iran, IRI made an attempt to deliver the service packages to the Iranian Minister of Foreign Affairs, Mr. Mohammad Javad Zarif, at the Ministry of Foreign Affairs located at Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran, 1136914811.

All three packages were refused by the recipient at the final destination.

Plaintiffs have made a diligent effort to serve Defendants Iran, IRGC, and MOIS pursuant to 28 U.S.C. 1608(a)(3). Plaintiffs' attempt to effectuate service of process has exceeded thirty days. This effort has failed.

Therefore, Plaintiffs now intend to proceed to initiate service of process on these specific Defendants under 28 U.S.C. § 1608(a)(4) and shall file the appropriate materials with the Clerk requesting its assistance, as required.

Dated: June 11, 2019.                                    Respectfully submitted,


/s/ Christopher G. Paulos
Christopher G. Paulos, *Pro Hac Vice*
Florida Bar No. 0091579
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY AND PROCTOR, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: 850.435.7000
Facsimile: 850.436.6067
Email:   cpaulos@levinlaw.com


/s/ Howard L. Nations

Howard L. Nations
DC Bar No. TX143
THE NATIONS LAW FIRM
3131 Briarpark Drive, Suite 208
Houston, Texas 77042
Tel:  (713) 807-8400
Facsimile: (713) 807-8423
Email: howard@howardnations.com

*Attorneys for Plaintiffs*