# EXHIBIT 2

# File an International Inquiry

**We're here to help**
Customer Service

**Still Have Questions?**
Browse our FAQs ›

Current Inquiry    |    Inquiry History(0)

*Indicates a required field

Search for your package

**Tracking Number**
RH001612945US
Edit

**Shipping Date**
05/02/2019
Edit

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 27, 2019, 1:10 AM | DELIVERED TO POSTAL AGENT | Imam Khomeini Airport, Tehran, IRAN ISLAMIC REPUBLIC OF |
| May 26, 2019, 6:42 PM | ORIGIN AIRLINE CARRIER DEPARTED/UPLIFT | Doha, Doha, QATAR |
| May 24, 2019, 8:59 PM | ORIGIN AIRLINE CARRIER DEPARTED/UPLIFT | John F Kennedy Intl, New York, UNITED STATES |
| May 24, 2019, 8:58 PM | ORIGIN AIRLINE CARRIER DEPARTED/UPLIFT | John F Kennedy Intl, New York, UNITED STATES |
| May 24, 2019, 4:38 PM | ACCEPTED BY ORIGIN AIRLINE CARRIER | John F Kennedy Intl, New York, UNITED STATES |
| May 24, 2019, 10:12 AM | INTERNATIONAL DISPATCH READY | ISC NEW YORK NY(USPS), UNITED STATES |
| May 22, 2019, 1:35 PM | ARRIVED AT INTERNATIONAL SERVICE CENTER | ISC NEW YORK NY(USPS), UNITED STATES |
| May 15, 2019, 11:47 AM | OUT OF CUSTOMS | ISC LOS ANGELES CA (USPS), UNITED STATES |
| May 7, 2019, 8:50 PM | LISTED ON REGISTERED MAIL DISPATCH BILL | DULLES, VA 20101 |
| May 7, 2019, 12:55 AM | ARRIVAL AT UNIT | DULLES, VA 201019998 |
| May 6, 2019, 9:30 AM | LISTED ON REGISTERED MAIL DISPATCH BILL | WASHINGTON, DC 20066 |
| May 6, 2019, 9:13 AM | LISTED ON REGISTERED MAIL DISPATCH BILL | WASHINGTON, DC 20066 |
| May 5, 2019, 12:48 PM | IN TRANSIT TO NEXT FACILITY |  |
| May 4, 2019, 4:48 AM | DEPART USPS FACILITY | WASHINGTON, DC 20066 |
| May 3, 2019, 10:48 PM | ENROUTE/PROCESSED | WASHINGTON, DC 200669998 |
| May 3, 2019, 12:29 PM | IN TRANSIT TO NEXT FACILITY |  |
| May 2, 2019, 11:29 AM | ACCEPT OR PICKUP | WASHINGTON, DC 202100002 |

Feedback

## Package information

**\*Select Service Type**
Registered

**\*Reason for Inquiry**
Select

**\*Package Weight**
3 lbs  8 oz

**\*Package Value**
$ 0.00

**\*Package Contents Description**
LEGAL DOCUMENTS

255 characters remaining

**Please Read our Privacy Policy.**

**Privacy Act Statement:** Your information will be used to respond to inquiries related to domestic claims or Registered Mail inquiries. Collection is authorized by 39 U.S.C. 401, 403, 404, 407, 411; and 31 U.S.C. 7701.

## Item Information

Describe your package contents and upload any associated proof. You can add up to 10 items, as long as they're included in the same tracking number.

**New Item**

**\*Item Category**
Select

**\*Item Description**

240 characters remaining

**\*Purchase Date (mm/dd/yyyy)**

If there was no purchase date, use the date the item was shipped.

**\*Value/Repair Cost USD**
$ 0.00

**\*Lost/Damaged**
Lost   Damaged

**Items: 10 max**

Add Another Item to Inquiry

## Fees paid

**\*Postage Paid**
$ 55.25

**Additional Insurance Fees Paid**
$ 20.10

**Additional Fees**
$ 0.00

## Payment Assignment

**\*Would you like to waive payment rights to addressee?**
Yes   No

## Contact information

The mailer's address must be a U.S. address.

**\*Mailer's Address**
SHARON DAVIS
316 S BAYLEN ST
PENSACOLA, FL 32502-5900
courier@levinlaw.com
8504357000

Edit

**\*Addressee's Address**

**\*Country**
IRAN

**\*First and Last Name and/or Company Name**

First Name: MOHAMMAD
M.I.:
Last Name: ZARIF

Company
ISLAMIC REPUBLIC OF IRAN MINISTRY OF IRAN

Feedback

*Address 1

IMAM KHOMEINI STREET

Address 2

IMAM KHOMEINI SQUARE

Address 3

*City: TEHRAN

Postal Code: 1136914811

State/Province/Other

Email Address

Phone Number

## Supporting documentation

You can add supporting documentation after you have submitted an inquiry.

*Describe Package Wrapping

E.g. Item was shipped in a box with bubble wrap.

255 characters remaining

Additional Information

255 characters remaining

*Upload Required Documentation

**Choose Files**

Only submit .jpg or .pdf files under 2MB.

0.0MB used of 12.0MB

Upload Supporting Documentation

**Choose Files**

Only submit .jpg or .pdf files under 2MB.

0.0MB used of 12.0MB

I have read, understand, and agree to the terms and conditions.

An Inquiry submitted online, if found eligible, will become an online International Claim.
Before submitting your inquiry online, if your inquiry is related to a request, pursuant to International Mail Manual section 922.3, ensure that it includes the following:

1. Evidence of Mailing
2. Evidence of Value

Failure to submit the required documentation will result in the claim being denied.

**Review Inquiry**                                                                 **Submit Inquiry**




**Please enter your issue number:**

RH۰۰۱۶۱۲۹۴۵US

Click here (http://eop.post.ir/RegistExternalStep۲.aspx?pc=RH۰۰۱۶۱۲۹۴۵US) for more followers for this item .



▓ Specification for item number: RH۰۰۱۶۱۲۹۴۵US

Missing information is not available.

▓ Last item status

◉ Date and time: ۱۳۹۸/۰۳/۰۹ ۱۲:۰۱:۲۴
◉ Sender's Point: City District ۱۱ Post Tehran Post Area Swahili Pouch
◉ Postal address of the receiver: Tehran City of Tehran Tehran-Lashgar exchange point
◉ Event: Send mail to destination



**Address** : Shoush Square, Shoush St., Higher Bank of Rafah, plain, four hundred and four hundred and four

**phone** : ۵۵۳۰۱۵۱۲

⇣ See complete item details ⇣

▓ Tracking Details: RH۰۰۱۶۱۲۹۴۵US

⬇Tehran Province⬇

۱
۱۳۹۸/۰۳/۰۸ ۰۷:۱۵:۵۶
◉ Postal address: City ۱۱th post zone of Tehran Postal zone Swahili posh Shush
◉ Event: The item has arrived at the postal point .

۲
۱۳۹۸/۰۳/۰۸ ۰۷:۳۱:۰۳
◉ Sender's Point: City District ۱۱ Post Tehran Post Area Swahili Pouch
◉ Postal address of the recipient: City of ۱۱th post area of Tehran Postal zone Exchange point May ۱۵th
◉ Event: Send mail to destination

۳
۱۳۹۸/۰۳/۰۸ ۰۹:۱۱:۱۱
◉ Postal code: City of Tehran ۱۱th post zone Postal zone Exchange point May ۱۵th
◉ Event: The item has arrived at the postal point .

۴
۱۳۹۸/۰۳/۰۸ ۰۹:۳۳:۲۶
◉ Postal code: City of Tehran ۱۱th post zone Postal zone Exchange point May ۱۵th
◉ Messenger: Mehdi Chashan
◉ Event: Delivered delivery for delivery. **Result: The** recipient received a receipt.

Developed by the National Directorate General for Software Development and Electronic Services



۵
۱۳۹۸/۰۳/۰۹ ۰۸:۰۱:۱۰
Sender's Point: City District ۱۱ Post Tehran Post Region Exchange Point May ۱۵th ⊙
Postal address of the recipient: City of the ۱۱th post area of Tehran Postal zone Swahili posh Shush ⊙
Event: Send mail to destination ⊙

۶
۱۳۹۸/۰۳/۰۹ ۱۲:۰۱:۲۴
Sender's Point: City District ۱۱ Post Tehran Post Area Swahili Pouch ⊙
Postal address of the receiver: Tehran City of Tehran Tehran-Lashgar exchange point ⊙
Event: Send mail to destination ⊙

↻ See full details of the external tracking of the item ↻

Details of external interpolation : RH۰۰۱۶۱۲۹۴۵US ‖‖‖

| | | |
|---|---|---|
| ۱ | ۵/۲۴/۲۰۱۹ ۹:۰۰:۰۰ PM | ⊙**OFFICE:** US۱۰۱<br>⊙**SENDER:** United States of America (the)<br>⊙**WEIGHT:** ۱.۵۵۰ KG<br>⊙**EVENT TYPE:** Send item abroad (EDI-received) |
| ۲ | ۵/۲۸/۲۰۱۹ ۸:۴۷:۵۷ AM | ⊙**OFFICE:** TEHRAN A<br>⊙**SENDER:** IR<br>⊙**WEIGHT:** EMPTY<br>⊙**EVENT TYPE:** Receive item at office of exchange (Inb) |
| ۳ | ۵/۲۸/۲۰۱۹ ۸:۴۸:۵۷ AM | ⊙**OFFICE:** TEHRAN A<br>⊙**SENDER:** IR<br>⊙**WEIGHT:** EMPTY<br>⊙**EVENT TYPE:** Send item to customs (Inb) |
| ۴ | ۵/۲۸/۲۰۱۹ ۱:۱۰:۰۰ PM | ⊙**OFFICE:** TEHRAN A<br>⊙**SENDER:** IR<br>⊙**WEIGHT:** EMPTY<br>⊙**EVENT TYPE:** Return item from customs (Inb) |
| ۵ | ۵/۲۸/۲۰۱۹ ۱:۱۵:۰۰ PM | ⊙**OFFICE:** TEHRAN_ZONE۱۱<br>⊙**SENDER:** IR<br>⊙**WEIGHT:** EMPTY<br>⊙**EVENT TYPE:** Send item to domestic location (Inb) |
| ۶ | ۵/۲۹/۲۰۱۹ ۶:۵۸:۰۵ AM | ⊙**OFFICE:** TEHRAN_ZONE۱۱<br>⊙**SENDER:** IR<br>⊙**WEIGHT:** EMPTY<br>⊙**EVENT TYPE:** Receiving item at delivery office (Inb) |
| ۷ | ۵/۲۹/۲۰۱۹ ۲:۲۴:۳۴ PM | ⊙**OFFICE:** TEHRAN_ZONE۱۱<br>⊙**SENDER:** IR<br>⊙**WEIGHT:** EMPTY<br>⊙**EVENT TYPE:** Unsuccessful item delivery attempt (Inb)<br>⊙**NON DELIVERY REASON:** Item refused by addressee<br>⊙**NON DELIVERY MEASURE:** Item returned to sender |
| ۸ | ۶/۱/۲۰۱۹ ۶:۱۶:۵۰ AM | ⊙**OFFICE:** TEHRAN A<br>⊙**SENDER:** IR<br>⊙**WEIGHT:** EMPTY |

Developed by the National Directorate General for Software Development and Electronic Services

➤ **EVENT TYPE:** Receiving item at the office of exchange (Otb)

National Post Office of the Islamic Republic of Iran

Technology Deputy

- Information about the movement of postal items is recorded instantly on this system
- Information on postal items for up to ۶ months in this system is maintained and can be tracked
- In case of any ambiguity the question and need for further information can be obtained from the telephone number ۸۴۴۷۰۰۰۰-۰۲۱ of the Customer Relations Unit and, if necessary, file a complaint to the National Post Company Complaint Registration and Tracking System (http://eop.post.ir).

Developed by the National Directorate General for Software Development and Electronic Services

**RH001612945US**

**Link to this parcel::** **RH001612945US**

If there's no information from USPS about your registered item, then you can ask USPS about your item using USPS Contact by Email. Please set up your buyers address as address in the formand your email as contact e-mail to receive answer.



**United States Postal Service:** *RH001612945US*

Track at official postal site

> Sorry, tracking of Your item not suported by carrier.
> Information will be provided only when available.

**I.R.I Post Company:** *RH001612945US*

Track at official postal site

### Send item abroad (Export) (1.550)
United States Of America (the) Us101
24.05.2019 21:00

### Import (Item arrived at country of destination) ()
Tehran A
28.05.2019 09:17

### Into customs ()
Tehran A
28.05.2019 09:18

### Released by customs ()
Tehran A
28.05.2019 13:40

### Left international place of exchange ()
Tehran A
28.05.2019 13:45
*Iran, Islamic Republic Of*

### Return to sender. Refused by addressee. ()
Irz11

29.05.2019 14:54
*Iran, Islamic Republic Of*