# EXHIBIT 3

# File an International Inquiry

**We're here to help**
Customer Service

**Still Have Questions?**
Browse our FAQs ›

Current Inquiry | Inquiry History(0)

*Indicates a required field

**Search for your package**

**Tracking Number**
RH001612826US
Edit

**Shipping Date**
05/02/2019
Edit

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 27, 2019, 1:10 AM | DELIVERED TO POSTAL AGENT | Imam Khomeini Airport, Tehran, IRAN ISLAMIC REPUBLIC OF |
| May 26, 2019, 6:42 PM | ORIGIN AIRLINE CARRIER DEPARTED/UPLIFT | Doha, Doha, QATAR |
| May 24, 2019, 8:59 PM | ORIGIN AIRLINE CARRIER DEPARTED/UPLIFT | John F Kennedy Intl, New York, UNITED STATES |
| May 24, 2019, 8:58 PM | ORIGIN AIRLINE CARRIER DEPARTED/UPLIFT | John F Kennedy Intl, New York, UNITED STATES |
| May 24, 2019, 4:34 PM | ACCEPTED BY ORIGIN AIRLINE CARRIER | John F Kennedy Intl, New York, UNITED STATES |
| May 24, 2019, 10:37 AM | INTERNATIONAL DISPATCH READY | ISC NEW YORK NY(USPS), UNITED STATES |
| May 24, 2019, 10:35 AM | ARRIVED AT INTERNATIONAL SERVICE CENTER | ISC NEW YORK NY(USPS), UNITED STATES |
| May 23, 2019, 10:49 AM | OUT OF CUSTOMS | ISC NEW YORK NY(USPS), UNITED STATES |
| May 9, 2019, 9:48 AM | INTO CUSTOMS | ISC NEW YORK NY(USPS), UNITED STATES |
| May 7, 2019, 8:48 PM | LISTED ON REGISTERED MAIL DISPATCH BILL | DULLES, VA 20101 |
| May 7, 2019, 12:55 AM | ARRIVAL AT UNIT | DULLES, VA 201019998 |
| May 6, 2019, 9:32 AM | LISTED ON REGISTERED MAIL DISPATCH BILL | WASHINGTON, DC 20066 |
| May 6, 2019, 9:13 AM | LISTED ON REGISTERED MAIL DISPATCH BILL | WASHINGTON, DC 20066 |
| May 5, 2019, 12:48 PM | IN TRANSIT TO NEXT FACILITY | |
| May 4, 2019, 4:48 AM | DEPART USPS FACILITY | WASHINGTON, DC 20066 |
| May 3, 2019, 10:48 PM | ENROUTE/PROCESSED | WASHINGTON, DC 200669998 |
| May 3, 2019, 12:29 PM | IN TRANSIT TO NEXT FACILITY | |
| May 2, 2019, 11:29 AM | ACCEPT OR PICKUP | WASHINGTON, DC 202100002 |

Feedback

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|

## Package information

***Select Service Type**
Registered

***Reason for Inquiry**
Select

***Package Weight**
3 lbs   9 oz

***Package Value**
$ 0.00

**Package Contents Description**
LEGAL DOCUMENTS

255 characters remaining

**Please Read our Privacy Policy.**

**Privacy Act Statement:** Your information will be used to respond to inquiries related to domestic claims or Registered Mail inquiries. Collection is authorized by 39 U.S.C. 401, 403, 404, 407, 411; and 31 U.S.C. 7701.

## Item Information

Describe your package contents and upload any associated proof. You can add up to 10 items, as long as they're included in the same tracking number.

**New Item**

***Item Category**
Select

***Item Description**

240 characters remaining

***Purchase Date (mm/dd/yyyy)**

If there was no purchase date, use the date the item was shipped.

***Value/Repair Cost USD**
$ 0.00

**ial*Lost/Damaged**
Lost　　　Damaged

**Items: 10 max**

Add Another Item to Inquiry

## Fees paid

***Postage Paid**
$ 55.25

**Additional Insurance Fees Paid**
$ 20.10

**Additional Fees**
$ 0.00

## Payment Assignment

**ial*Would you like to waive payment rights to addressee?**
Yes　　　No

## Contact information

The mailer's address must be a U.S. address.

**ial*Mailer's Address**

SHARON DAVIS
316 S BAYLEN ST
PENSACOLA, FL 32502-5900
courier@levinlaw.com
8504357000

**ial*Addressee's Address**

**ial*Country**
IRAN

**ial*First and Last Name and/or Company Name**

Edit

First Name: MOHAMMAD
M.I.:
Last Name: ZARIF

Company: IRANIAN MINISTRY OF INTELLIGENCE

*Address 1: IMAM KHOMEINI STREET

Address 2: IMAM KHOMEINI SQUARE

Address 3:

*City: TEHRAN
Postal Code: 1136914811

State/Province/Other:

Email Address:

Phone Number:

## Supporting documentation

You can add supporting documentation after you have submitted an inquiry.

*Describe Package Wrapping

E.g. Item was shipped in a box with bubble wrap.

255 characters remaining

Additional Information

255 characters remaining

*Upload Required Documentation

**Choose Files**

Only submit .jpg or .pdf files under 2MB.

0.0MB used of 12.0MB

Upload Supporting Documentation

**Choose Files**

Only submit .jpg or .pdf files under 2MB.

0.0MB used of 12.0MB

I have read, understand, and agree to the terms and conditions.

An Inquiry submitted online, if found eligible, will become an online International Claim.
Before submitting your inquiry online, if your inquiry is related to a request, pursuant to International Mail Manual section 922.3, ensure that it includes the following:

1. Evidence of Mailing
2. Evidence of Value

Failure to submit the required documentation will result in the claim being denied.

**Review Inquiry**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Submit Inquiry**

Feedback




**Please enter your issue number:**

RH۰۰۱۶۱۲۸۲۶US

. Click here (http://eop.post.ir/RegistExternalStep۲.aspx?pc=RH۰۰۱۶۱۲۸۲۶US) for more followers for this item



| Specifications to the number: RH۰۰۱۶۱۲۸۲۶US
.Missing information is not available

| Last item status
Date and time: ۱۳۹۸/۰۳/۰۹ ۱۲:۰۱:۲۸
Sender's Point: City District ۱۱ Post Tehran Post Area Swahili Pouch
Postal address of the receiver: Tehran City of Tehran Tehran-Lashgar exchange point
Event: Send mail to destination



**Address** : Shoush Square, Shoush St., Higher Bank of Rafah, plain, four hundred and four hundred and four
**phone** : ۵۵۳۰۱۵۱۲

See complete item details

| Tracking Details: RH۰۰۱۶۱۲۸۲۶US
⬇Tehran Province⬇

۱
۰۷:۱۵:۵۰ ۱۳۹۸/۰۳/۰۸
Postal address: City ۱۱th post zone of Tehran Postal zone Swahili posh Shush
. Event: The item has arrived at the postal point

۲
۰۷:۳۱:۰۱ ۱۳۹۸/۰۳/۰۸
Sender's Point: City District ۱۱ Post Tehran Post Area Swahili Pouch
Postal address of the recipient: City of ۱۱th post area of Tehran Postal zone Exchange point May ۱۵th
Event: Send mail to destination

۳
۰۹:۱۱:۱۱ ۱۳۹۸/۰۳/۰۸
Postal code: City of Tehran ۱۱th post zone Postal zone Exchange point May ۱۵th
. Event: The item has arrived at the postal point

۴
۰۹:۳۳:۲۳ ۱۳۹۸/۰۳/۰۸
Postal code: City of Tehran ۱۱th post zone Postal zone Exchange point May ۱۵th
Messenger: Mehdi Chashan
**Result: The** Event: Delivered delivery for delivery. **recipient received a receipt**.

Developed by the National Directorate General for Software Development and Electronic Services



**5**
08:01:06 1398/03/09
Sender's Point: City District 11 Post Tehran Post Region Exchange Point May 15th
Postal address of the recipient: City of the 11th post area of Tehran Postal zone Swahili posh Shush
Event: Send mail to destination

**6**
12:01:28 1398/03/09
Sender's Point: City District 11 Post Tehran Post Area Swahili Pouch
Postal address of the receiver: Tehran City of Tehran Tehran-Lashgar exchange point
Event: Send mail to destination

See full details of the external tracking of the item

Details of the external interception of the item: RH001612826US

| # | Date/Time | Details |
|---|---|---|
| 1 | 5/24/2019 9:00:00 PM | **OFFICE:** US101<br>**SENDER:** United States of America (the)<br>**WEIGHT:** 1.580 KG<br>**EVENT TYPE:** Send item abroad (EDI-received) |
| 2 | 5/28/2019 8:53:16 AM | **OFFICE:** TEHRAN A<br>**SENDER:** IR<br>**WEIGHT:** EMPTY<br>**EVENT TYPE:** Receive item at office of exchange (Inb) |
| 3 | 5/28/2019 8:54:16 AM | **OFFICE:** TEHRAN A<br>**SENDER:** IR<br>**WEIGHT:** EMPTY<br>**EVENT TYPE:** Send item to customs (Inb) |
| 4 | 5/28/2019 1:08:01 PM | **OFFICE:** TEHRAN A<br>**SENDER:** IR<br>**WEIGHT:** EMPTY<br>**EVENT TYPE:** Return item from customs (Inb) |
| 5 | 5/28/2019 1:13:01 PM | **OFFICE:** TEHRAN_ZONE11<br>**SENDER:** IR<br>**WEIGHT:** EMPTY<br>**EVENT TYPE:** Send item to domestic location (Inb) |
| 6 | 5/29/2019 6:58:01 AM | **OFFICE:** TEHRAN_ZONE11<br>**SENDER:** IR<br>**WEIGHT:** EMPTY<br>**EVENT TYPE:** Receiving item at delivery office (Inb) |
| 7 | 5/29/2019 2:22:35 PM | **OFFICE:** TEHRAN_ZONE11<br>**SENDER:** IR<br>**WEIGHT:** EMPTY<br>**EVENT TYPE:** Unsuccessful item delivery attempt (Inb)<br>**NON DELIVERY REASON:** Item refused by addressee<br>**NON DELIVERY MEASURE:** Item returned to sender |
| 8 | 6/1/2019 6:16:59 AM | **OFFICE:** TEHRAN A<br>**SENDER:** IR<br>**WEIGHT:** EMPTY |

Developed by the National Directorate General for Software Development and Electronic Services

❯ **EVENT TYPE:** Receiving item at the office of exchange (Otb)

National Post Office of the Islamic Republic of Iran

Technology Deputy

- Information about the movement of postal items is recorded instantly on this system
- Information on postal items for up to ۶ months in this system is maintained and can be tracked
- In case of any ambiguity, the question and need for further information can be obtained from the telephone number ۸۴۴۷۰۰۰۰-۰۲۱ of the Customer Relations Unit and, if necessary, file a complaint to the National Post Company Complaint Registration and Tracking System (http://eop.post.ir).

**RH001612826US**

**Link to this parcel::** **RH001612826US**

If there's no information from USPS about your registered item, then you can ask USPS about your item using **USPS Contact by Email**. Please set up your buyers address as address in the formand your email as contact e-mail to receive answer.

**United States Postal Service:** *RH001612826US*

Track at official postal site

Sorry, tracking of Your item not suported by carrier.
Information will be provided only when available.


**I.R.I Post Company:** *RH001612826US*

Track at official postal site

### Send item abroad (Export) (1.580)
United States Of America (the) Us101
24.05.2019 21:00

### Arrival at international place of exchange ()
Ir Tehran A
28.05.2019 08:53

### Into customs ()
Ir Tehran A
28.05.2019 08:54

### Import (Item arrived at country of destination) ()
Tehran A
28.05.2019 09:23

### Into customs ()
Tehran A
28.05.2019 09:24

### Released by customs ()
Ir Tehran A
28.05.2019 13:08

**Left postal office** ()
Ir Tehran_zone11
28.05.2019 13:13

**Released by customs** ()
Tehran A
28.05.2019 13:38

**Left international place of exchange** ()
Tehran A
28.05.2019 13:43
*Iran, Islamic Republic Of*

**Arrival at delivery point** ()
Ir Tehran_zone11
29.05.2019 06:58

**Unsuccessful delivery attempt** ()
Ir Tehran_zone11
29.05.2019 14:22

**Return to sender. Refused by addressee.** ()
Irz11
29.05.2019 14:52
*Iran, Islamic Republic Of*

**Arrival at international place of exchange** ()
Ir Tehran A
01.06.2019 06:16