# EXHIBIT A



| KIMBERLY LAMBERT ADAMS | FREDRIC G. LEVIN | CHRISTOPHER G. PAULOS | OF COUNSEL: |
| BRIAN H. BARR | MARTIN H. LEVIN | EMMIE J. PAULOS | LAURA S. DUNNING |
| MICHAEL C. BIXBY | ROBERT M. LOEHR | A. RENEE PRESTON | (LICENSED ONLY IN ALABAMA) |
| M. ROBERT BLANCHARD | STEPHEN A. LUONGO | ROBERT E. PRICE | BEN W. GORDON, JR. |
| BRANDON L. BOGLE | M. JUSTIN LUSKO | MARK J. PROCTOR | ARCHIE C. LAMB, JR. |
| W. TROY BOUK | NEIL E. McWILLIAMS, JR. | TROY A. RAFFERTY | PAGE A. POERSCHKE |
| WESLEY A. BOWDEN | CLAY MITCHELL | MATTHEW D. SCHULTZ | (LICENSED ONLY IN ALABAMA) |
| VIRGINIA M. BUCHANAN | PETER J. MOUGEY | W. CAMERON STEPHENSON | CHRISTOPHER V. TISI |
| WILLIAM F. CASH III | DANIEL A. NIGH | THOMAS A. TAYLOR | (LICENSED ONLY IN WASHINGTON, D.C. |
| JEFF GADDY | TIMOTHY M. O'BRIEN | LEO A. THOMAS | AND MARYLAND) |
| RACHAEL R. GILMER | MIKE PAPANTONIO | BRETT VIGODSKY | |
| BRENTON J. GOODMAN | | | LEFFERTS L. MABIE, JR. (1925-1996) |
| | | | D.L. MIDDLEBROOKS (1926-1997) |
| | | | DAVID H. LEVIN (1928-2002) |
| | | | STANLEY B. LEVIN (1938-2009) |

LEVIN • PAPANTONIO
THOMAS • MITCHELL
RAFFERTY & PROCTOR • P.A.
PROFESSIONAL CORPORATION   ATTORNEYS AT LAW

June 12, 2019

Office of the Clerk
Attn: Angela D. Caesar
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

**Re: *Estate of Christopher Brook Fishbeck, et al., v. The Islamic Republic of Iran, et al.,* Case No. 1:18-cv-02248-CRC**

**Request for Service of Process on the Islamic Republic of Iran, Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence & Security Pursuant to 28 U.S.C. § 1608(a)(4)**

Dear Ms. Caesar:

We write in connection with the above-captioned case to request that you take all of the necessary steps, pursuant to 28 U.S.C. § 1608(a)(4), to effect service in this matter on these specific Defendants, 1) The Islamic Republic of Iran, 2) The Islamic Revolutionary Guard Corps, and 3) the Iranian Ministry of Intelligence & Security, (herein, "Defendants").

In accordance with 28 U.S.C. § 1608(a)(4) and FRCP 4(f)(2)(C)(ii), we have enclosed the following for <u>each</u> of the Defendants: 1) two copies of the Notice of Suit with two translations into Farsi;  2) two copies of the Amended Complaint with two translations into Farsi; 3) two copies of the Summons with two translations into Farsi; 4) two copies of the Foreign Sovereign Immunities Act with two translations into Farsi; and 5) a cashier's check payable to "U.S. Embassy Bern" for $2,275.00 for each Defendant.

28 U.S.C. § 1608(a) sets forth the requirements for sufficient service on a foreign sovereign and/or its political subdivisions. The first possible means set forth in 28 U.S.C. § 1608 is subsection § 1608(a)(1) is any special arrangement for service between the "plaintiff and the foreign state or political subdivision." No such "special arrangement" exists with regard to any Plaintiff in this action and any Defendant in this action.

Office of the Clerk
Attn: Angela D. Caesar
Re: *Estate of Christopher Brook Fishbeck, et al., v. The Islamic Republic of Iran, et al.,*
Case No. 1:18-cv-02248-CRC
June 12, 2019
Page 2

The next means of service pursuant to the FSIA is through delivery in accordance with any international convention on service of judicial documents. 28 U.S.C. § 1608(a)(2). The only applicable such international convention is the Hague Convention of the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters. This Convention was ratified by the United States but has never been ratified by Iran. Service therefore is not available through this route either.

As docket entry 22, with Exhibits 1-3 demonstrates, Plaintiffs attempted to serve the aforementioned Defendants under 28 U.S.C. § 1608(a)(3) but this service attempt failed, and at least thirty days have transpired since this attempt was initiated.

Plaintiffs are now required to serve these Defendants under 28 U.S.C. § 1608(a)(4).

Please take the necessary steps to dispatch these materials to effect service on the above-listed Defendants under 28 U.S.C. § 1608(a)(4) by sending the service package to:

U.S. Department of State
CA/OCS/L
SA-17, 10th Floor
2201 C Street NW
Washington, DC 20522-1710
Attn: FSIA

Accordingly, please find enclosed a Federal Express package containing two copies of the Amended Complaint, Summons, Notice of Suit, and FSIA with translated copies of each, as well as a cashier's check for $2,275 made out to the U.S. Embassy Bern, which is the fee required by the Department of State, for each Defendant.

If you have any questions or require anything further, please do not hesitate to contact me at 850-435-7067. Thank you very much for your assistance in this matter.

Sincerely,

Christopher G. Paulos
*Counsel for Plaintiffs*

Enclosures