UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br>)<br>Defendants )<br>) | Civil Action No. 1:18-cv-02248-CRC |

### NOTICE OF SERVICE ON BANK MARKAZI JOMHOURI ISLAMI IRAN

Plaintiffs, through counsel, hereby notify the Court that service was completed on Bank Markazi Jomhouri Islami Iran via USPS Registered Return Receipt First Class International mail (tracking number RH001612962US) on May 29, 2019. Proof of Service on Bank Markazi Jomhouri Islami Iran is annexed hereto as Exhibit A.

Dated: June 12, 2019                                     Respectfully submitted,

/s/ Christopher G. Paulos
Christopher G. Paulos, *Pro Hac Vice*
Florida Bar No. 0091579
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY AND PROCTOR, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7067
Facsimile: (850) 436-6067
Email: cpaulos@levinlaw.com

/s/ Howard L. Nations
Howard L. Nations
DC Bar No. TX143
**THE NATIONS LAW FIRM**
3131 Briarpark Drive, Suite 208

1

2

        Houston, Texas 77042
        Tel:  (713) 807-8400
        Facsimile: (713) 807-8423
        Email: howard@howardnations.com

*Attorneys for Plaintiffs*