## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) ) | **Civil Action No. 1:18-cv-02248-CRC** |
| **v.** | ) ) ) | |
| **THE ISLAMIC REPUBLIC OF IRAN, et al.,** | ) ) | |
| **Defendants** | ) ) ) | |

### NOTICE OF SERVICE ON THE NATIONAL IRANIAN OIL COMPANY

Plaintiffs, through counsel, hereby notify the Court that service was completed on the National Iranian Oil Company via USPS Registered Return Receipt First Class International mail (tracking number RH001612874US) on May 29, 2019. Proof of Service on the National Iranian Oil Company is annexed hereto as Exhibit A.

Dated: June 12, 2019

Respectfully submitted,

/s/ Christopher G. Paulos
Christopher G. Paulos, *Pro Hac Vice*
Florida Bar No. 0091579
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY AND PROCTOR, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7067
Facsimile: (850) 436-6067
Email:   cpaulos@levinlaw.com

/s/ Howard L. Nations
Howard L. Nations
DC Bar No. TX143
**THE NATIONS LAW FIRM**
3131 Briarpark Drive, Suite 208

Houston, Texas 77042
Tel:  (713) 807-8400
Facsimile: (713) 807-8423
Email: howard@howardnations.com

*Attorneys for Plaintiffs*