# EXHIBIT A

 

سامانه رهگیری سؤالات

**:Please enter your issue number**

RH۰۰۱۶۱۲۸۷۴US

. Click here (http://eop.post.ir/RegistExternalStep۲.aspx?pc=RH۰۰۱۶۱۲۸۷۴US) for more followers for this item



Specifications to the number: RH۰۰۱۶۱۲۸۷۴US

.Missing information is not available

 

Last item status

Date and time: ۱۳۹۸/۰۳/۰۸ ۰۸:۱۷:۳۹

Postal code: City of ۱۵th post zone of Tehran postal area Exchange point area ۱۵th post office

Messenger: Anna Morad Khor

: Event: Delivered delivery for delivery. **Result**
.**Delivery has been delivered to the receiver**



See complete item details

Tracking Details: RH۰۰۱۶۱۲۸۷۴US

**↓Tehran Province↓**

۱
۰۶:۰۵:۰۴ ۱۳۹۸/۰۳/۰۸
Postal code: City of ۱۵th post zone of Tehran postal area Exchange point area ۱۵th post office
. Event: The item has arrived at the postal point

۲
۰۸:۱۷:۳۹ ۱۳۹۸/۰۳/۰۸
Postal code: City of ۱۵th post zone of Tehran postal area Exchange point area ۱۵th post office
Messenger: Anna Morad Khor
.**Delivery has been delivered to the receiver** : Event: Delivered delivery for delivery. **Result**



Developed by the National Directorate General for Software Development and Electronic Services

⟲ See full details of the external tracking of the item ⟲

---

Details of the external interception: RH۰۰۱۶۱۲۱۸۷۴US ▐

| | | |
|---|---|---|
| ۱ | ۵/۲۴/۲۰۱۹ ۹:۰۰:۰۰ PM | **⚙OFFICE:** US۱۰۱<br>**⚙SENDER:** United States of America (the)<br>**⚙WEIGHT:** ۱.۵۰۰KG<br>**⚙EVENT TYPE:** Send item abroad (EDI-received) |
| ۲ | ۵/۲۸/۲۰۱۹ ۸:۵۳:۱۳ AM | **⚙OFFICE:** TEHRAN A<br>**⚙SENDER:** IR<br>**⚙WEIGHT:** EMPTY<br>**⚙EVENT TYPE:** Receive item at office of exchange (Inb) |
| ۳ | ۵/۲۸/۲۰۱۹ ۸:۵۴:۱۳ AM | **⚙OFFICE:** TEHRAN A<br>**⚙SENDER:** IR<br>**⚙WEIGHT:** EMPTY<br>**⚙EVENT TYPE:** Send item to customs (Inb) |
| ۴ | ۵/۲۸/۲۰۱۹ ۱:۱۳:۰۶ PM | **⚙OFFICE:** TEHRAN A<br>**⚙SENDER:** IR<br>**⚙WEIGHT:** EMPTY<br>**⚙EVENT TYPE:** Return item from customs (Inb) |
| ۵ | ۵/۲۸/۲۰۱۹ ۱:۱۸:۰۶ PM | **⚙OFFICE:** TEHRAN_ZONE۱۵<br>**⚙SENDER:** IR<br>**⚙WEIGHT:** EMPTY<br>**⚙EVENT TYPE:** Send item to domestic location (Inb) |
| ۶ | ۵/۲۹/۲۰۱۹ ۵:۲۶:۴۷ AM | **⚙OFFICE:** TEHRAN_ZONE۱۵<br>**⚙SENDER:** IR<br>**⚙WEIGHT:** EMPTY<br>**⚙EVENT TYPE:** Receiving item at delivery office (Inb) |
| ۷ | ۵/۲۹/۲۰۱۹ ۱:۰۵:۰۹ PM | **⚙OFFICE:** TEHRAN_ZONE۱۵<br>**⚙SENDER:** IR<br>**⚙WEIGHT:** EMPTY<br>**⚙EVENT TYPE:** Deliver item (Inb)<br>**⚙SIGNATOR:** MIRRASOLI |

### National Post Office of the Islamic Republic of Iran

#### Technology Deputy

- Information about the movement of postal items is recorded instantly on this system

- Information on postal items for up to ۶ months in this system is maintained and can be tracked

- In case of any ambiguity the question and need for further information can be obtained from the telephone number ۸۴۷۰۰۰۰۰-۰۲۱ of the Customer Relations Unit and if necessary file a complaint to the National Post Company Complaint Registration and Tracking System (http://eop.post.ir).

Track and trace at Trackitonline

## RH001612874US

**Link to this parcel:: RH001612874US**

If there's no information from USPS about your registered item, then you can ask USPS about your item using USPS Contact by Email. Please set up your buyers address as address in the formand your email as contact e-mail to receive answer.

 **United States Postal Service: *RH001612874US***

Track at official postal site

> Sorry, tracking of Your item not suported by carrier.
> Information will be provided only when available.

وزارت ارتباطات و فناوری اطلاعات
شرکت پست جمهوری اسلامی ایران    **I.R.I Post Company: *RH001612874US***

Track at official postal site

### Send item abroad (Export) (1,500)
United States Of America (the) Us101
24.05.2019 21:00

### Arrival at international place of exchange ()
Ir Tehran A
28.05.2019 08:53

### Into customs ()
Ir Tehran A
28.05.2019 08:54

### Import (Item arrived at country of destination) ()
Tehran A
28.05.2019 09:23

### Into customs ()
Tehran A
28.05.2019 09:24

### Released by customs ()
Ir Tehran A
28.05.2019 13:13

Track and Trace it Online

### Left postal office ()
Ir Tehran_zone15
28.05.2019 13:18

### Released by customs ()
Tehran A
28.05.2019 13:43

### Left international place of exchange ()
Tehran A
28.05.2019 13:48
*Iran, Islamic Republic Of*

### Arrival at delivery point ()
Ir Tehran_zone15
29.05.2019 05:26

### Item delivered. ()
Ir Tehran_zone15
29.05.2019 13:05
*Mirrasoli*

### Item delivered. ()
Irz15
29.05.2019 13:35
*Delivered To: Mirrasoli Iran, Islamic Republic Of*