# EXHIBIT A

سامانه رهگیری مرسولات پستی

 

**Please enter your issue number:**

RH۰۰۱۶۱۳۰۳۵US

Click here (http://eop.post.ir/RegistExternalStep۲.aspx?pc=RH۰۰۱۶۱۳۰۳۵US) for more followers for this item.



| Specifications to the number: RH۰۰۱۶۱۳۰۳۵US |
| --- |
| Missing information is not available. |

 

**Last item status**



- Date and time: ۱۳۹۸/۰۳/۰۸ ۰۹:۳۴:۵۳
- Postal code: City of Tehran ۱۱th post zone Postal zone Exchange point May ۱۵th
- Mailer: Gholam Abbas Mirzaei
- Event: Delivered delivery for delivery. **Result**:
- **Delivery has been delivered to the receiver.**



See complete item details

**Tracking Details: RH۰۰۱۶۱۳۰۳۵US**

⬇Tehran Province⬇

۱
۱۳۹۸/۰۳/۰۸ ۰۷:۱۶:۰۲
- Postal address: City ۱۱th post zone of Tehran Postal zone Swahili posh Shush
- Event: The item has arrived at the postal point.

۲
۱۳۹۸/۰۳/۰۸ ۰۷:۳۱:۰۶
- Sender's Point: City District ۱۱ Post Tehran Post Area Swahili Pouch
- Postal address of the recipient: City of ۱۱th post area of Tehran Postal zone Exchange point May ۱۵th
- Event: Send mail to destination

۳
۱۳۹۸/۰۳/۰۸ ۰۹:۱۱:۱۲
- Postal code: City of Tehran ۱۱th post zone Postal zone Exchange point May ۱۵th
- Event: The item has arrived at the postal point.

Developed by the National Directorate General for Software Development and Electronic Services

۴

۰۹:۳۴:۵۳ ۱۳۹۸/۰۳/۰۸

Postal code: City of Tehran ۱۱th post zone Postal zone Exchange point May ۱۵th ⊙

Mailer: Gholam Abbas Mirzaei ⊙

**Result** ⊙ Event: Delivered delivery for delivery. **Delivery has been delivered to the receiver** :.



⇪ See full details of the external tracking of the item ⇪

| | | Details of the external interception of the item: RH۰۰۱۶۱۳۰۳۵US |
|---|---|---|
| ۱ | ۵/۲۴/۲۰۱۹ ۹:۰۰:۰۰ PM | ⊙**OFFICE:** US۱۰۱<br>⊙**SENDER:** United States of America (the)<br>⊙**WEIGHT:** ۱.۵۳۰ KG<br>⊙**EVENT TYPE:** Send item abroad (EDI-received) |
| ۲ | ۵/۲۸/۲۰۱۹ ۸:۴۸:۰۳ AM | ⊙**OFFICE:** TEHRAN A<br>⊙**SENDER:** IR<br>⊙**WEIGHT:** EMPTY<br>⊙**EVENT TYPE:** Receive item at office of exchange (Inb) |
| ۳ | ۵/۲۸/۲۰۱۹ ۸:۴۹:۰۳ AM | ⊙**OFFICE:** TEHRAN A<br>⊙**SENDER:** IR<br>⊙**WEIGHT:** EMPTY<br>⊙**EVENT TYPE:** Send item to customs (Inb) |
| ۴ | ۵/۲۸/۲۰۱۹ ۱:۰۸:۱۶ PM | ⊙**OFFICE:** TEHRAN A<br>⊙**SENDER:** IR<br>⊙**WEIGHT:** EMPTY<br>⊙**EVENT TYPE:** Return item from customs (Inb) |
| ۵ | ۵/۲۸/۲۰۱۹ ۱:۱۳:۱۶ PM | ⊙**OFFICE:** TEHRAN_ZONE۱۱<br>⊙**SENDER:** IR<br>⊙**WEIGHT:** EMPTY<br>⊙**EVENT TYPE:** Send item to domestic location (Inb) |
| ۶ | ۵/۲۹/۲۰۱۹ ۶:۵۸:۰۳ AM | ⊙**OFFICE:** TEHRAN_ZONE۱۱<br>⊙**SENDER:** IR<br>⊙**WEIGHT:** EMPTY<br>⊙**EVENT TYPE:** Receiving item at delivery office (Inb) |
| ۷ | ۵/۲۹/۲۰۱۹ ۲:۲۳:۱۶ PM | ⊙**OFFICE:** TEHRAN_ZONE۱۱<br>⊙**SENDER:** IR<br>⊙**WEIGHT:** EMPTY<br>⊙**EVENT TYPE:** Unsuccessful item delivery attempt (Inb)<br>⊙**NON DELIVERY REASON:** Addressee not available at time of delivery<br>⊙**NON DELIVERY MEASURE:** Will attempt delivery on next working day |
| ۸ | ۵/۳۰/۲۰۱۹ ۱:۴۴:۲۱ PM | ⊙**OFFICE:** TEHRAN_ZONE۱۱<br>⊙**SENDER:** IR<br>⊙**WEIGHT:** EMPTY<br>⊙**EVENT TYPE:** Deliver item (Inb)<br>⊙**SIGNATORY:** MERZAEY |

Developed by the National Directorate General for Software Development and Electronic Services

## National Post Office of the Islamic Republic of Iran

Technology Deputy

- Information about the movement of postal items is recorded instantly on this system
- Information on postal items for up to ۶ months in this system is maintained and can be tracked
- In case of any ambiguity, the question and need for further information can be obtained from the telephone number ۸۴۴۷٠٠٠٠-٠۲۱ of the Customer Relations Unit and, if necessary, file a complaint to the National Post Company Complaint Registration and Tracking System (http://eop.post.ir).

Developed by the National Directorate General for Software Development and Electronic Services

**RH001613035US**

**Link to this parcel::** RH001613035US

If there's no information from USPS about your registered item, then you can ask USPS about your item using USPS Contact by Email. Please set up your buyers address as address in the form and your email as contact e-mail to receive answer.

**United States Postal Service:** *RH001613035US*

Track at official postal site

> Sorry, tracking of Your item not suported by carrier.
> Information will be provided only when available.



**I.R.I Post Company:** *RH001613035US*

Track at official postal site

### Send item abroad (Export) (1.530)
United States Of America (the) Us101
24.05.2019 21:00

### Arrival at international place of exchange ()
Ir Tehran A
28.05.2019 08:48

### Into customs ()
Ir Tehran A
28.05.2019 08:49

### Import (Item arrived at country of destination) ()
Tehran A
28.05.2019 09:18

### Into customs ()
Tehran A
28.05.2019 09:19

### Released by customs ()
Ir Tehran A
28.05.2019 13:08

**Left postal office** ()
Ir Tehran_zone11
28.05.2019 13:13

**Released by customs** ()
Tehran A
28.05.2019 13:38

**Left international place of exchange** ()
Tehran A
28.05.2019 13:43
*Iran, Islamic Republic Of*

**Arrival at delivery point** ()
Ir Tehran_zone11
29.05.2019 06:58

**Unsuccessful delivery attempt** ()
Ir Tehran_zone11
29.05.2019 14:23

**Unsuccessful delivery attempt. Recipient absent** ()
Irz11
29.05.2019 14:53

**Item delivered.** ()
Ir Tehran_zone11
30.05.2019 13:44
*Merzaey*

**Item delivered.** ()
Irz11
30.05.2019 14:14
*Delivered To: Merzaey Iran, Islamic Republic Of*