CO 538
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Estate of Christopher Brook Fishbeck, et al.
   Plaintiff(s)

vs.                                                                 Civil Action No. 1:18-cv-02248-CRC

The Islamic Republic of Iran, et al.
   Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __21st__ day of __August__, __2019__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __Bank Melli Iran__ was [were] (select one):

☐   personally served with process on _____.

☐   served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

☑   served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): __May 30, 2019__.

☑   The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __28 U.S. Code § 1608(b)(3)(B)__.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☒   no extension has been given and the time for filing has expired
☐   although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/s/ Christopher G. Paulos
Attorney for Plaintiff(s) [signature]

Levin, Papantonio, Thomas, Mitchell
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502

Florida Bar No. 0091579                           (850) 435-7000
Bar Id. Number                                    Name, Address and Telephone Number

/s/ Howard L. Nations
The Nations Law Firm
*Local Counsel*