Default - Rule 55A                                                          (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ESTATE OF CHRISTOPHER BROOK FISHBECK et al

Plaintiff(s)

Civil Action: 18-cv-02248-CRC

v.

ISLAMIC REPUBLIC OF IRAN et al

Defendant(s)

**RE:** DEFENDANT: BANK MARKAZI JOMHOURI ISLAMI IRAN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 5/29/2019, and an affidavit on behalf of the plaintiff having been filed, it is this 21st day of August, 2019 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ T. Davis
Deputy Clerk