18cv2248









Mail envelope with customs declaration form, USPS Registered Mail label (RA 650 640 895 US), and U.S. postage paid label ($75.35, Washington, DC 20210, Jun 20, 19). "RETURN RECEIPT REQUESTED" stamps.

FROM:
ANGELA D. CAESAR, CLERK OF COURT
U.S. DISTRICT COURTHOUSE
DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20210

TO:
BANK MELLI IRAN
ATTN: MOHAMMAD REZA HOSSEIN ZADEH
FERDOWSI AVENUE
10 BUILDING
MAIL BOX 11365.144
TEHRAN, IRAN 1135931596

Handwritten Persian/Farsi notations and markings across envelope.





**UNITED STATES POSTAL SERVICE**

**USPS Customs Declaration and Dispatch Note**

- Print in English using blue or black ink.
- Complete all SHADED fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

USPS®-USE ONLY: Place barcode label here.

**SENDER'S INFORMATION**

- Full Last Name: Caesar
- Full First Name: Angela
- MI: D
- Business Name: Clerk of Court
- Sender's Telephone: 2023543510
- Address-1: U.S. District Courthouse District of Columbia
- Address-2: 333 Constitution Ave, N.W.
- City: Washington
- State: D.C.
- ZIP Code: 20210

**ADDRESSEE'S INFORMATION**

- Full Last Name: Zarif
- Full First Name: Mohammad Javad
- Business Name: Iranian Ministry of Intelligence + Security – Ministry of Foreign Affairs
- Address-1: Imam Khomeini Street
- Address-2: Imam Khomeini Square
- City: Tehran
- Postal Code: 1136914811
- Country: Iran

**SHIPMENT INFORMATION**

1. Category of items: ☒ Document
2. Detailed Description of Contents: Legal documents CS# 1:18-cv-02248
3. Quantity: 20
5. Value: 0
6. Total: 0

14. AES Exemption: ☒ §30.37(a)
21. Restrictions: ☒ Return to Sender
23. Sender's Signature and Date: 5/2/2019

PS Form 2976-R, April 2016   PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

1 – Customs Declaration



**QUALITY PARK PRODUCTS** — Where quality comes first

G BINDER MAILER
" x 10½" x 2⅛"

ITEM #7