FedEx Express US Airbill

FedEx Tracking Number: 8130 2958 9617
Form ID No.: 0215
Sender's Copy

Date: 10/29/19
Sender's FedEx Account Number: 1427-7607-3

Sender: Tawana Davis
Phone: (202) 354-3153
Company: US COURT FOR DIST OF COLUMBIA
Address: 333 CONSTITUTION AVE NW
WASHINGTON, State: DC, ZIP: 20001-2802

Recipient: Howard Nations
Company: The Nation's Law Firm
Address: 3131 Briarpark Drive Suite 208
Houston, State: TX, ZIP: 77042

0130072285

4 Express Package Service
[ ] FedEx First Overnight
[ ] FedEx Priority Overnight
[✓] FedEx Standard Overnight
[ ] FedEx 2Day A.M.
[ ] FedEx 2Day
[ ] FedEx Express Saver

5 Packaging
[ ] FedEx Envelope*  [ ] FedEx Pak*  [ ] FedEx Box  [ ] FedEx Tube  [ ] Other

6 Special Handling and Delivery Signature Options
[ ] Saturday Delivery
[ ] No Signature Required
[ ] Direct Signature
[ ] Indirect Signature

Does this shipment contain dangerous goods?
[ ] No   [ ] Yes As per attached Shipper's Declaration   [ ] Yes Shipper's Declaration not required   [ ] Dry Ice
[ ] Cargo Aircraft Only

7 Payment Bill to:
[✓] Sender   [ ] Recipient   [ ] Third Party   [ ] Credit Card   [ ] Cash/Check

Total Packages   Total Weight   Total Declared Value

611

**FedEx Express** — Package US Airbill

Tracking Number: 8130 2958 9606
Form ID No.: 0215
Sender's Copy

1. Please print and press hard.

Date: 10/29/19
Sender's FedEx Account Number: 1427-7607-3

Sender's Name: Tawana Davis
Phone: 202-354-3153

Company: US COURT FOR DIST OF COLUMBIA
Address: 333 CONSTITUTION AVE NW
City: WASHINGTON   State: DC   ZIP: 20001-2802

Internal Billing Reference:

Recipient's Name: Howard Nations
Phone: (   )
Company: The Nations Law Firm
Address: 3131 Briarpark Drive Suite 208
City: Houston   State: TX   ZIP: 77042

0130072285

4. Express Package Service
[ ] FedEx First Overnight
[ ] FedEx Priority Overnight
[✓] FedEx Standard Overnight
[ ] FedEx 2Day A.M.
[ ] FedEx 2Day
[ ] FedEx Express Saver

5. Packaging
[ ] FedEx Envelope  [ ] FedEx Pak  [ ] FedEx Box  [ ] FedEx Tube  [ ] Other

6. Special Handling and Delivery Signature Options
[ ] Saturday Delivery
[ ] No Signature Required
[ ] Direct Signature
[ ] Indirect Signature

Does this shipment contain dangerous goods?
[ ] No  [ ] Yes As per attached Shipper's Declaration  [ ] Yes Shipper's Declaration not required  [ ] Dry Ice, 9, UN 1845
[ ] Cargo Aircraft Only

7. Payment  Bill to:
[✓] Sender  [ ] Recipient  [ ] Third Party  [ ] Credit Card  [ ] Cash/Check

Total Packages   Total Weight   Total Declared Value

611



Deliveries when and where you want.
Learn about FedEx Delivery Manager at fedex.com/delivery.

# FedEx Express US Airbill

**Package Tracking Number:** 8130 2958 9580
**Form ID No.:** 0215
**Sender's Copy**

**Please print and press hard.**

Date: 10/29/19
Sender's FedEx Account Number: 1427-7607-3

Sender's Name: Tawana Davis
Phone: (202) 354-3153
Company: US COURT FOR DIST OF COLUMBIA
Address: 333 CONSTITUTION AVE NW
City: WASHINGTON   State: DC   ZIP: 20001-2802

Recipient's Name: Howard Nations
Company: The Nations Law Firm
Address: 3131 Briarpark Drive Suite 208
City: Houston   State: TX   ZIP: 77042

0130072285

## 4 Express Package Service

**Next Business Day**
- [ ] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [x] FedEx Standard Overnight

**2 or 3 Business Days**
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 5 Packaging
- [ ] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling and Delivery Signature Options
- [ ] Saturday Delivery
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [ ] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice, 9, UN 1845
- [ ] Cargo Aircraft Only

## 7 Payment Bill to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages / Total Weight / Total Declared Value

611

Rev. Date 5/15 • Part #163134 • ©1994–2015 FedEx • PRINTED IN U.S.A. SRM


**Tracking Number:** 8130 2958 9591
**Form ID No.:** 0215

**1. From**
- Date: 10/29/19
- Sender's FedEx Account Number: 1427-7607-3
- Sender's Name: Tawana Davis
- Phone: (202) 354-3153
- Company: US COURT FOR DIST OF COLUMBIA
- Address: 333 CONSTITUTION AVE NW
- City: WASHINGTON   State: DC   ZIP: 20001-2802

**2. Your Internal Billing Reference**

**3. To**
- Recipient's Name: Howard Nations
- Company: The Nations Law Firm
- Address: 3131 Briarpark Drive Suite 208
- City: Houston   State: TX   ZIP: 77042

0130072285

**4. Express Package Service**
- [✓] FedEx Standard Overnight

**5. Packaging**

**6. Special Handling and Delivery Signature Options**

**7. Payment** Bill to:
- [✓] Sender

611

Shipping online just got easier. Go to fedex.com/lite

**FedEx Express** — Package US Airbill

FedEx Tracking Number: 8130 2958 9570
Form ID No.: 0215
Sender's Copy

Date: 10/29/19
Sender's FedEx Account Number: 1427-7607-3

Sender's Name: Tawana Davis
Phone: (202) 354-3153
Company: US COURT FOR DIST OF COLUMBIA
Address: 333 CONSTITUTION AVE NW
City: WASHINGTON   State: DC   ZIP: 20001-2802

Recipient's Name: Howard Nations
Company: The Nations Law Firm
Address: 3131 Briarpark Drive Suite 208
City: Houston   State: TX   ZIP: 77042

0130072285

4 **Express Package Service** — FedEx Standard Overnight (checked)

5 **Packaging** — (none checked)

6 **Special Handling and Delivery Signature Options** — (none checked)

7 **Payment** — Bill to: Sender (checked)

611