

United States Department of State

Washington, D.C. 20520

October 7, 2019

Ms. Angel D. Caesar
United States District Court
For the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

      Re: **Estate of Christopher Brook Fishbeck, et al. v. Islamic Republic of Iran, et al., 1:18-cv-02248-CRC**

Dear Ms. Caesar:

    I am writing regarding the Court's request for transmittal of a Summons, Amended Complaint, and Notice of Suit to the Islamic Republic of Iran, the Iranian Ministry of Intelligence and Security, and the Islamic Revolutionary Guard Corps pursuant to 28 U.S.C. Section 1608(a)(4) as defendants in the above referenced lawsuit.

    Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes Nos. 1078-IE, 1079-IE, and 1080-IE, each dated September 2, 2019 and delivered on September 4, 2019. Certified copies of these diplomatic notes are enclosed.

                                   Sincerely,

                                   Jared N. Hess
                                 Attorney Adviser
                           Overseas Citizens Services
                            Office of Legal Affairs

Cc: Christopher Paulos
316 S. Baylen St., Suite 600
Pensacola, FL 32502