Default - Rule 55A                                                                                              (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ESTATE OF CHRISTOPHER BROOK FISHBECK et al

                Plaintiff(s)

v.                                                                                                        Civil Action: 18cv2248-CRC

ISLAMIC REPUBLIC OF IRAN et al

                Defendant(s)

**RE:** DEFENDANTS: IRANIAN MINISTRY OF INTELLIGENCE & SECURITY; ISLAMIC REVOLUTIONARY GUARD CORPS; and ISLAMIC REPUBLIC OF IRAN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 9/4/2019, and an affidavit on behalf of the plaintiff having been filed, it is this 7th day of November, 2019 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ T. Davis
Deputy Clerk