UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:18-cv-02248-CRC<br>)<br>) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | )<br>) |
| Defendants | )<br>) |

### SWORN AFFIDAVIT OF AARON LUKKEN, ESQ.

**BEFORE ME**, the undersigned authority, this day personally appeared Mr. Aaron Lukken, Esq., hereinafter "Affiant", who after being duly sworn deposes and states:

1. I am an attorney and member in good standing of the State Bar of Missouri, admitted to practice on July 3, 2013, Bar Number 65698.

2. I am the principal attorney at Viking Advocates, LLC, a boutique law firm focused on service of process abroad, foreign evidence compulsion, overseas enforcement, global due diligence, appellate assistance and litigation plan consulting, located at: 6525 Charlotte Street, Kansas City, Missouri.

3. I have been retained by Counsel for Plaintiffs to assist with and consult on matters pertaining to service of process upon all Defendants in the matter captioned *Estate of Christopher Brook Fishbeck, et al. v. The Islamic Republic of Iran, et al.,* Case No. Civil Action No. 1:18-cv-02248-CRC.

4. I have detailed knowledge and understanding of the laws and rules related to service of process abroad, including service of process pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602 *et. seq*.

5. I was asked to assist in conducting research and due diligence related to the Defendants in this case. This included Defendants Bank Markazi Jomhouri Islami Iran, Bank Melli Iran, and the National Iranian Oil Company, and whether these entities have any officer, managing or general agent, or any other agent authorized by appointment or by law to receive service of process in the United States, pursuant to 28 U.S.C. 1608(b)(2).

6. I assisted and advised Plaintiffs' Counsel in their good faith investigation into these Defendants which included a nationwide search for any officer, a managing or general

|   |   |
|---|---|
| | agent, or any other agent authorized by appointment or by law to receive service of process in the United States for each of them. |
| 7. | This search included the use of Westlaw[1] and LEXIS/NEXIS comprehensive business organizations and people search databases that derive information from public data, including business and corporation filings of the respective Secretaries of State of each state (including registered agent information), as well as non-public data, such as information from Dunn & Bradstreet. Information from these searches includes, but is not limited to, information about the businesses/individual Names, Addresses, Officers/Directors/Contacts, Designated Agents, Phone Numbers, identifiers such as FEIN and Ticker Symbols, Industry Codes (SIC and NAICS), and incorporation information. These results also include OFAC and Global Sanctions Risk Flag information. |
| 8. | This search determined that there were presently no active or identifiable officers, managing or general agents, or any other agents authorized by appointment or by law to receive service of process in the United States for Defendants Bank Markazi Jomhouri Islami Iran, Bank Melli Iran, and the National Iranian Oil Company. |
| 9. | As part of my charge, I also confirmed whether there were any treaties or international conventions on service of judicial documents to which both the United States and Iran (which would include its political subdivisions and agencies and instrumentalities) are parties and that govern or otherwise provide a specific procedure for service of legal documents between the two countries. The United States has joined only two multi-lateral treaties pertaining to service of documents transmitted abroad for service: the Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, Nov. 15, 1965 (Hague Service Convention), [1969] 20 U. S. T. 361, T. I. A. S. No. 6638, and the Inter-American Convention on Letters Rogatory[2] and Additional Protocol.[3]  The Islamic Republic of Iran is party to neither, and no bi-lateral treaty exists between the two nations regarding service of documents. |
| 10. | Based upon my knowledge, investigations and practice in the area of service of process abroad, I confirm that there was not, and is not presently, any applicable treaty or international convention on service of judicial documents between Iran and the United States that provides the Plaintiffs in this matter any method of service pursuant to 28 U.S.C. § 1608(b)(2). |
| 11. | I have also confirmed with Counsel for the Plaintiffs that no special arrangement for service of process exists between the Plaintiffs and any Defendant in this matter such that service could be effectuated  pursuant to 28 U.S.C. § 1608(b)(1).  Indeed, because the claims in |

---

[1] Westlaw Company Investigator is considered a reliable and comprehensive tool used by litigants to locate registered agents, and includes information related to 300 million businesses.
[2] *Done* January 30, 1975, *entered into force for the U.S.* Aug. 27, 1988, S. TREATY DOC. No. 27, 98th Cong., 2d Sess. (1984).
[3] Additional Protocol to the Inter-American Convention on Letters Rogatory, *done* May 8, 1979, *entered into force for the U.S.* Aug. 27, 1988, S. TREATY DOC. No. 98-27, 98th Cong., 2d Sess. (1984).

this matter sound in Tort, rather than in Contract, such an arrangement must be affirmatively agreed to by the Defendants.

**FURTHER AFFIANT SAYETH NAUGHT**

Signed and delivered this 17th day of March, 2020.

Aaron Lukken, Missouri Bar #65698
Viking Advocates, LLC
6525 Charlotte Street
Kansas City, Missouri 64131
816 200-1383
lukken@vikinglaw.us

STATE OF MISSOURI
COUNTY OF JACKSON

**BEFORE ME**, the undersigned authority, on this day personally appeared Aaron Lukken, known to me to be the person whose name is subscribed to the foregoing Affidavit, and acknowledge to me that he executed the same for the purposes and consideration therein expressed and in the capacity therein expressed.

Witness my hand and official seal on this 17th day of March, 2020.

Notary Public

SARA TRUELOVE
NOTARY PUBLIC - STATE OF MISSOURI
JACKSON COUNTY
MY COMMISSION EXPIRES. 04-09-2022
COMMISSION# 18355569