# EXHIBIT A







**FROM:**
ANGELA D. CAESAR, CLERK OF COURT
U.S. DISTRICT COURTHOUSE
DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20210

**TO:**
IRANIAN MINISTRY OF INTELLIGENCE &
SECURITY
MINISTRY OF FOREIGN AFFAIRS
ATTN: MOHAMMAD JAVAD ZARIF
IMAM KHOMEINI STREET
IMAM KHOMEINI SQUARE
TEHRAN, IRAN 1136914811

RH 001 612 826 US

$75.35





FROM:
ANGELA D. CAESAR, CLERK OF COURT
U.S. DISTRICT COURTHOUSE
DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20210

TO:
BANK MELLI IRAN
ATTN: MOHAMMAD REZA HOSSEIN ZADEH
FERDOWSI AVENUE
10 BUILDING
MAIL BOX 11365.144
TEHRAN, IRAN 1135931596

PS Form 2865, February 1997 (Reverse)

