## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) ) ) |

Civil Action No. 1:18-cv-02248-CRC

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED**, that Plaintiffs' Motion is granted.

Plaintiffs' Motion seeks to deem service effective, pursuant to 28 U.S.C. § 1608(a)(4), on the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence & Security. Accordingly, the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence & Security are deemed to have been served on September 4, 2019. 28 U.S.C. § 1608(c)(1) ("Service shall be deemed to have been made… as of the date of transmittal indicated in the certified copy of the diplomatic note.").

Plaintiffs' Motion also seeks to deem service effective, pursuant to 28 U.S.C. § 1608(b)(3)(B), on Bank Markazi Jomhouri Islami Iran, Bank Melli Iran, and the National Iranian Oil Company. Accordingly, Bank Markazi Jomhouri Islami Iran and the National Iranian Oil Company are deemed to have been served on May 29, 2019. Bank Melli Iran is deemed to have

been served on May 30, 2019. 28 U.S.C. § 1608(c)(2) ("Service shall be deemed to have been made…as of the date of receipt indicated in the certification, signed and returned postal receipt, or other proof of service applicable to the method of service employed.").

**SO ORDERED.**

Dated: _____   _____
JUDGE CHRISTOPHER R. COOPER
United States District Court Judge