UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF <br> CHRISTOPHER BROOK FISHBECK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 1:18-cv-02248-CRC <br> ) <br> ) <br> ) <br> ) <br> ) |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion for leave to conduct third party discovery, it is hereby:

**ORDERED** that Plaintiffs' motion is GRANTED; and

**IT IS FURTHER ORDERED** that the following additional dates with respect to discovery in this matter be set:

1. Plaintiffs will serve all third-party discovery requests described in their present motion by July 1, 2020; and

2. Plaintiffs will update the Court on their progress in pursuing this discovery in regularly scheduled case status reports, beginning August 14, 2020.

Dated: _____                    _____
                                          CHRISTOPHER R. COOPER
                                          UNITED STATES DISTRICT JUDGE

1