UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** )<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,** )<br>)<br>**Defendants** )<br>_____)  | Civil Action No. 1:18-cv-02248-CRC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion, Plaintiffs' request for a telephonic status conference is hereby **GRANTED**.

Plaintiffs' shall appear for a telephonic status conference before this Court on _____.

**SO ORDERED.**


Dated: _____                              _____
                                                 Hon. Christopher R. Cooper
                                                 United States District Judge