UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:18-cv-02248-CKK |

**MOTION FOR ADMISSION *PRO HAC VICE* OF DUSTIN B. HERMAN**

Howard Nations, a member of the Bar of the United States District Court for the District of Columbia, in good standing, hereby moves the Court, pursuant to Local Civil Rule 83.2 for the *pro hac vice* admission of Dustin B. Herman, Esq., to represent Plaintiffs in the above-referenced matter. Mr. Herman is admitted to practice in the State of Ohio.

In support of this Motion, the Movant states that Mr. Herman is familiar with this case, the Local Rules of this Court and possesses the knowledge, intelligence and character to appear and practice in this Court. The Movant further cites the contents of the Declaration of Dustin B. Herman which is submitted with this Motion in accordance with LCvR 83.2(d).

Dated: October 21, 2020

Respectfully submitted,

By: */s/ Howard L. Nations*
Howard L. Nations
**THE NATIONS LAW FIRM**
DC Bar No. TX143
3131 Briarpark Drive, Suite 208
Houston, Texas 77042
Telephone: 713.807.8400
Facsimile: 713.807.8423
Email:howard@howardnations.com

*Attorney for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 21, 2020                  Respectfully submitted,

*/s/ Howard L. Nations*