UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., </br></br>  Plaintiffs, </br></br> v. </br></br> THE ISLAMIC REPUBLIC OF IRAN, et al., </br></br>  Defendants | ) </br> ) </br> ) </br> ) </br> )  Civil Action No. 1:18-cv-02248-CKK </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### DECLARATION OF DUSTIN B. HERMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Dustin B. Herman, hereby certify pursuant to Local Rule 83.2(d) that the following is true and correct:

1. I am an attorney with Spangenberg Shibley & Liber LLP, 1001 Lakeside Ave., East, Suite 1700, Cleveland, OH 44114, Phone Number (216) 696-3232, Facsimile Number (216) 696-3924.

2. I was admitted to practice before the Ohio State Bar on May 14, 2015. I remain a member of good standing in the named court. I was admitted to The Florida Bar on October 8, 2012, but I am not a current member of The Florida Bar.

3. I have not been disciplined by any jurisdiction by a court or lawyer regulatory organization nor have I had a *pro hac vice* admission revoked since my original licensure in 2012.

4. I have been admitted *pro hac vice* in this Court in the following cases: Joshua L. Holladay, et al., v. The Islamic Republic of Iran, et al; Case No. 1:17-cv-00915-RDM (admitted June 26, 2018).

5. I have been associated to serve as counsel for Plaintiffs along with Howard Nations of The Nations Law Firm who is admitted to the Courts of this District.

6. I am not a member of the District of Columbia Bar and do not have an application for such membership pending.

WHEREFORE it is respectfully requested that I, Dustin B. Herman, be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Plaintiffs.

Dated:  October 21, 2020.

Respectfully submitted,

By: */s/ Dustin B. Herman*
Dustin B. Herman (*Pro Hac Vice*)
Ohio Bar No. 0093163
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East, Suite 1700
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
Email: dherman@spanglaw.com