AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Estate of Christopher Brook Fishbeck, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-cv-02248-CKK |
| The Islamic Republic of Iran, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date: 11/20/2020

/s/ Dustin B. Herman
*Attorney's signature*

Dustin B. Herman (OH-0093163)
*Printed name and bar number*

Spangenberg Shibley & Liber, LLP
1001 Lakeside Avenue E
Suite 1700
Cleveland, OH 44114
*Address*

DHerman@spanglaw.com
*E-mail address*

(216) 696-3232
*Telephone number*

(216) 696-3924
*FAX number*