# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF | ) |
| CHRISTOPHER BROOK FISHBECK, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | )   Civil Action No. 1:18-cv-02248-CRC |
| v. | ) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) |
| | ) |
| Defendants | ) |

<u>**DECLARATION OF DUSTIN B. HERMAN, ESQ.**</u>

I, Dustin B. Herman, Esq., pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am an attorney with the law firm of Spangenberg, Shibley & Liber LLP, located at 1001 Lakeside Avenue, Suite 1700, Cleveland, Ohio 44114.

2. I am counsel of record for Plaintiffs in this case.

3. The facts set forth in this declaration are known to me personally and I am competent to so testify.

4. Plaintiffs served eight (8) subpoenas on the Department of Defense, one (1) subpoena on the Department of Justice, and one (1) subpoena on the Department of the Treasury.

5. The FIRST subpoena to DOD requested information about 50 of the 437 attacks at issue in this case. The attacks were selected as a representative sample of the 437 attacks.

    a. Service of the FIRST subpoena on DOD was completed on September 1, 2020. A true and correct copy of the Affidavit of Process Server is attached as **Exhibit A** hereto.

6. The SECOND subpoena to the Department of Defense requested information about the remaining 387 of the 437 attacks at issue in this case.

    a. Service of the SECOND subpoena on the Department of Defense was completed on October 21, 2020. A true and correct copy of the Affidavit of Process Server is attached as **Exhibit B** hereto.

7. The THIRD subpoena to the Department of Defense requested information regarding the "CEXC" report numbers for attacks numbered 1-437.

a. Service of the THIRD subpoena on the Department of Defense was completed on October 21, 2020. A true and correct copy of the Affidavit of Process Server is attached as **Exhibit C** hereto.

8. The FOURTH subpoena to the Department of Defense requested information from the Defense Threat Reduction Agency (DTRA).

a. Service of the FOURTH subpoena on the Department of Defense was completed on October 21, 2020. A true and correct copy of the Affidavit of Process Server is attached as **Exhibit D** hereto.

9. The FIFTH subpoena to the Department of Defense requested information from the National Ground Intelligence Center (NGIC).

a. Service of the FIFTH subpoena on the Department of Defense was completed on October 21, 2020. A true and correct copy of the Affidavit of Process Server is attached as **Exhibit E** hereto.

10. The SIXTH subpoena to the Department of Defense requested information from the Defense Intelligence Agency (DIA).

a. Service of the SIXTH subpoena on the Department of Defense was completed on October 21, 2020. A true and correct copy of the Affidavit of Process Server is attached as **Exhibit F** hereto.

11. The SEVENTH subpoena to the Department of Defense requested information regarding Periodic Reports.

a. Service of the SEVENTH subpoena on the Department of Defense was attempted via a process server on October 21, 2020 and October 22, 2020, and was completed on October 23, 2020. A true and correct copy of the Investigative Due Diligence Affidavit is attached hereto as **Exhibit G**, and a true and correct copy of the Affidavit of Process Server is attached as **Exhibit H** hereto.

b. The SEVENTH subpoena on the Department of Defense was also served and delivered via email to Jason Lynch at Jason.Lynch@usdoj.gov on October 21, 2020. Jason Lynch is the DOJ attorney representing the DOD in this matter.

c. The SEVENTH subpoena on the Department of Defense was also served via Certified Mail on October 21, 2020 and was delivered on October 29, 2020. A true and correct copy of the USPS Proof of Delivery is attached hereto as **Exhibit I**.

12. The EIGHTH subpoena to the Department of Defense requested a number of discrete documents.

a. Service of the EIGHTH subpoena on the Department of Defense was attempted via a process server on October 21, 2020 and October 22, 2020 and was completed on

October 23, 2020. A true and correct copy of the Investigative Due Diligence Affidavit is attached hereto as **Exhibit J**, and a true and correct copy of the Affidavit of Process Server is attached as **Exhibit K** hereto.

b. The EIGHTH subpoena on the Department of Defense was served and delivered via email to Jason Lynch at Jason.Lynch@usdoj.gov on October 21, 2020. Jason Lynch is the DOJ attorney representing the DOD in the above captioned case.

c. The EIGHTH subpoena on the Department of Defense was also served via Certified Mail on October 21, 2020 and was delivered on October 29, 2020. A true and correct copy of the USPS Proof of Delivery is attached hereto as **Exhibit L**.

13. The subpoena to the Department of Justice requested information from the F.B.I.'s Terrorist Explosive Device Analytical Center (TEDAC).

a. It is my understanding that COVID-19 precautions made service of the subpoena on the DOJ more difficult than on previous occasions.

b. Service of the subpoena on the DOJ via a process server was attempted on October 20, 2020, October 21, 2020, October 22, 2020, and October 23, 2020, but was unsuccessful. A true and correct copy of the Investigative Due Diligence Affidavit is attached hereto as **Exhibit M**.

c. Service of the subpoena on the DOJ was served via Certified Mail on October 21, 2020 and was delivered on November 2, 2020. A true and correct copy of the USPS Proof of Delivery is attached hereto as **Exhibit N**.

d. The subpoena on the DOJ was also served and delivered via email on October 21, 2020 to Kartic Padmanabhan, Esq., an attorney for the F.B.I. who has been the undersigned's contact on a similar subpoena directed to TEDAC, which was served in *Holladay, et al., v. Islamic Republic of Iran, et al.*, D.D.C., case no. 1:17-cv-915-RDM. Mr. Padmanabhan confirmed receipt of the subpoena via email on November 19, 2020.

14. The subpoena to the Department of the Treasury requested information related to the designations of certain Defendants and other related entities.

a. It is my understanding that COVID-19 precautions made service of the subpoena on the Treasury more difficult than on previous occasions.

b. Service of the subpoena on the Treasury via a process server was attempted on October 21, 2020, October 22, 2020, October 23, 2020, October 29, 2020, and November 2, 2020, but was unsuccessful. A true and correct copy of the Investigative Due Diligence Affidavit is attached hereto as **Exhibit O**.

    c.   Service of the subpoena on the Treasury was served via Certified Mail on October 21, 2020 and was delivered on November 4, 2020. A true and correct copy of the USPS Proof of Delivery is attached hereto **Exhibit P**.

    d.   The subpoena on the Treasury was also emailed on October 21, 2020 to Andrew Winerman, Esq., an attorney for the Treasury who has been the undersigned's contact on a similar subpoena directed to the Treasury (served in *Holladay, et al., v. Islamic Republic of Iran, et al.*, D.D.C., case no. 1:17-cv-915-RDM), but the email to Andrew Winerman, Esq., was rejected.

    e.   On November 19, 2020, the undersigned called Jason Cohen, Esq. at the Department of Justice who had previously represented the Treasury in a similar case. Instead of reaching Jason Cohen, Esq., the undersigned was connected to Robert Caplen, Esq., and Robert Caplen, Esq. put the undersigned in contact with Brian Sonfield, Esq., Assistant General Counsel, General Law, Ethics and Regulation for the Department of the Treasury. On November 19, 2020 the undersigned emailed a copy of the subpoena on the Treasury to Brian Sonfield, Esq. at Brian.Sonfield@treasury.gov. On November 19, 2020, Brian Sonfield, Esq. confirmed receipt of the email with the subpoena and indicated the Department of the Treasury's Office of General Counsel would be in touch to discuss the matter.

15.  On November 30, 2020, Jason Lynch, Esq., an attorney with the DOJ, informed Plaintiffs that he will be Plaintiffs' point of contact for DOD, DOJ, and the Treasury regarding all 10 subpoenas.

***FURTHER AFFIANT SAYETH NAUGHT.***

Executed on December 1, 2020.

                  By: */s/ Dustin B. Herman*
                  DUSTIN B. HERMAN (*Pro Hac Vice*)
                  Ohio Bar No. 0093163
                  **SPANGENBERG SHIBLEY & LIBER LLP**
                  1001 Lakeside Ave., East, Suite 1700
                  Cleveland, Ohio 44114
                  Telephone: (216) 696-3232
                  Facsimile: (216) 696-3924
                  Email: dherman@spanglaw.com

# EXHIBIT A

# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Estate of Christopher Brook Fishbeck, et al**

        Plaintiff(s),

VS.

**The Islamic Republic of Iran, et al**

        Defendant(s).

Attorney: Dustin B. Herman

Spangenberg Shibley & Liber, LLP
1001 Lakeside Ave. East, #1700
Cleveland OH 44114

**\*257529\***

**Case Number: 1:18-cv-02248-CRC**

Legal documents received by Same Day Process Service, Inc. on **09/01/2020** at **2:27 PM** to be served upon
**Department of Defense**, at **1235 South Clark St., #1540, Arlington, VA, 22202**

I, **Harvey Jessup**, swear and affirm that on **September 01, 2020** at **3:47 PM**, I did the following:

Served **Department of Defense, a government agency** by delivering a conformed copy of this **Letter dated
September 1, 2020; Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of
Premises in a Civil Action; Exhibit A** to Michael Brown as Authorized Agent at 1235 South Clark St., #1540 ,
Arlington, VA 22202 of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 50 Height: 5ft9in-6ft0in Weight: Over 200 lbs Skin Color: African-American Hair Color: Bald

**Supplemental Data Appropriate to this Service:** Secretary

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I
am a professional process server over the age of 18 and have no interest in the above legal matter.

Harvey Jessup
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:257529

District of Columbia: SS
Subscribed and Sworn to before me
this _____ day of _____ 20__

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022



# EXHIBIT B

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Estate of Christopher Brook Fishbeck, et al**

       Plaintiff(s),

VS.

**The Islamic Republic of Iran, et al**

       Defendant(s).

Attorney: Dustin B. Herman

Spangenberg Shibley & Liber, LLP
1001 Lakeside Ave. East, #1700
Cleveland OH 44114

*258946*

**Case Number: 1:18-cv-02248-CRC**

Legal documents received by Same Day Process Service, Inc. on **10/20/2020** at **12:03 PM** to be served upon **Department of Defense**, at **1235 South Clark St., #1540, Arlington, VA, 22202**

I, **Cora Heishman**, swear and affirm that on **October 21, 2020** at **11:31 AM**, I did the following:

Served **Department of Defense**, **a government agency** by delivering a conformed copy of this **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (RE: Second Fishbeck Subpoena to DOD Re Attacks 51-437); Letter dated October 20, 2020; Exhibits** to **Denise Shellman** as **Paralegal & Authorized Agent** at **1235 South Clark St., #1540 , Arlington, VA 22202** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 35-50 Height: 5ft9in-6ft0in Weight: 100-130 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

**Cora Heishman**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:258946

District of Columbia: SS
Subscribed and Sworn to before me
this 2 2 day of OCTOBER 2 2

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022



# EXHIBIT C

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

Estate of Christopher Brook Fishbeck, et al

Plaintiff(s),

VS.

The Islamic Republic of Iran, et al

Defendant(s).

Attorney: Dustin B. Herman

Spangenberg Shibley & Liber, LLP
1001 Lakeside Ave. East, #1700
Cleveland OH 44114



*258947*

Case Number: **1:18-cv-02248-CRC**

Legal documents received by Same Day Process Service, Inc. on **10/20/2020** at **12:09 PM** to be served upon **Department of Defense**, at **1235 South Clark St., #1540, Arlington, VA, 22202**

I, **Cora Heishman**, swear and affirm that on **October 21, 2020** at **11:31 AM**, I did the following:

Served **Department of Defense**, **a government agency** by delivering a conformed copy of this **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (RE: Third Fishbeck Subpoena to DOD Re CEXC Numbers); Letter dated October 20, 2020; Exhibits** to **Denise Shellman** as **Paralegal & Authorized Agent** at **1235 South Clark St., #1540 , Arlington, VA 22202** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 35-50 Height: 5ft9in-6ft0in Weight: 100-130 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Cora Heishman**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:258947

District of Columbia: SS
Subscribed and Sworn to before me
this 22 day of October 2.30

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022



# EXHIBIT D

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Estate of Christopher Brook Fishbeck, et al**

Plaintiff(s),

VS.

**The Islamic Republic of Iran, et al**

Defendant(s).

Attorney: Dustin B. Herman

Spangenberg Shibley & Liber, LLP
1001 Lakeside Ave. East, #1700
Cleveland OH 44114

**\*258948\***

**Case Number: 1:18-cv-02248-CRC**

Legal documents received by Same Day Process Service, Inc. on **10/20/2020** at **12:10 PM** to be served upon **Department of Defense, at 1235 South Clark St., #1540, Arlington, VA, 22202**

I, **Cora Heishman**, swear and affirm that on **October 21, 2020** at **11:31 AM**, I did the following:

Served **Department of Defense, a government agency** by delivering a conformed copy of this **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (RE: Fourth Fishbeck Subpoena to DOD Re DTRA); Letter dated October 20, 2020; Exhibits** to **Denise Shellman** as **Paralegal & Authorized Agent at 1235 South Clark St., #1540 , Arlington, VA 22202** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 35-50 Height: 5ft9in-6ft0in Weight: 100-130 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Cora Heishman**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:258948

District of Columbia: SS
Subscribed and Sworn to before me
this 22ᴺᴰ day of OCTOBER 2020

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022



# EXHIBIT E

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Estate of Christopher Brook Fishbeck, et al**

       Plaintiff(s),

VS.

**The Islamic Republic of Iran, et al**

       Defendant(s).

Attorney: Dustin B. Herman

Spangenberg Shibley & Liber, LLP
1001 Lakeside Ave. East, #1700
Cleveland OH 44114

*258949*

**Case Number: 1:18-cv-02248-CRC**

Legal documents received by Same Day Process Service, Inc. on **10/20/2020** at **12:14 PM** to be served upon **Department of Defense**, at **1235 South Clark St., #1540, Arlington, VA, 22202**

I, **Cora Heishman**, swear and affirm that on **October 21, 2020** at **11:31 AM**, I did the following:

Served **Department of Defense**, **a government agency** by delivering a conformed copy of this **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (RE: Fifth Fishbeck Subpoena to DOD Re NGIC); Letter dated October 20, 2020; Exhibits** to **Denise Shellman** as **Paralegal & Authorized Agent** at **1235 South Clark St., #1540 , Arlington, VA 22202** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 35-50 Height: 5ft9in-6ft0in Weight: 100-130 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Cora Heishman**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:258949

District of Columbia: SS
Subscribed and Sworn to before me
this 22 day of OC poor 2.20

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022



# EXHIBIT F

# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Estate of Christopher Brook Fishbeck, et al**

Plaintiff(s),

VS.

**The Islamic Republic of Iran, et al**

Defendant(s).

Attorney: Dustin B. Herman

Spangenberg Shibley & Liber, LLP
1001 Lakeside Ave. East, #1700
Cleveland OH 44114



\*258950\*

**Case Number: 1:18-cv-02248-CRC**

Legal documents received by Same Day Process Service, Inc. on **10/20/2020** at **12:17 PM** to be served upon **Department of Defense**, at **1235 South Clark St., #1540, Arlington, VA, 22202**

I, **Cora Heishman**, swear and affirm that on **October 21, 2020** at **11:31 AM**, I did the following:

Served **Department of Defense**, **a government agency** by delivering a conformed copy of this **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (RE: Sixth Fishbeck Subpoena to DOD Re DIA); Letter dated October 20, 2020; Exhibits** to **Denise Shellman** as **Paralegal & Authorized Agent** at **1235 South Clark St., #1540 , Arlington, VA 22202** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 35-50 Height: 5ft9in-6ft0in Weight: 100-130 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

**Cora Heishman**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:258950

District of Columbia: SS
Subscribed and Sworn to before me
this 22 day of OC [illegible] 2.2.

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022



# EXHIBIT G

# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### United States District Court for the District of Columbia

**Estate of Christopher Brook Fishbeck, et al**

       Plaintiff(s),

VS.

**The Islamic Republic of Iran, et al**

       Defendant(s).

Attorney: Dustin B. Herman

Spangenberg Shibley & Liber, LLP
1001 Lakeside Ave. East, #1700
Cleveland OH 44114

**\*259009\***

**Case Number: 1:18-cv-02248-CRC**

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Department of Defense on 10/21/2020 at 3:12 PM at 1235 South Clark St., #1540, Arlington, VA 22202**

The undersigned, swear and affirm that on **October 22, 2020** at **3:53 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Department of Defense** the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (RE: Seventh Fishbeck Subpoena to DOD); Letter dated October 21, 2020; Exhibits** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 10/21/2020-4:51 PM | 1235 South Clark St., #1540 Arlington, VA 22202 | Upon my arrival the security guard stated that I could not enter the building, and that someone had to come down and receive the documents. I was unable to reach anyone who could accept and left the address after being at the address for twenty minutes. - Attempted by Jancarlos Concepcion |
| 10/22/2020-3:53 PM | 1235 South Clark St., #1540 Arlington, VA 22202 | I arrived at the address and spoke with the security guard who would not allow me to enter the building without a point of contact. I called my point of contact Sharen Gainor at 703-571-0792 but did not receive a response. I called multiple times and waited at the address for thirty minutes but did not reach anyone who could accept. I left a detailed voice message. - Attempted by Jancarlos Concepcion |

**Jancarlos Concepcion**
Process Server

District of Columbia: SS
Subscribed and Sworn to before me
this ___ day of _____

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022
Internal Job ID:259009

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**





Requests for Investigative Due Diligence on a subject can always be expanded upon. There are occasions during which a subject's current whereabouts can be found in the data compiled. The subject's true location, however, can be obfuscated by the sheer amount of information (both accurate and inaccurate) provided by proprietary databases and/or interviews conducted during neighborhood investigations via word of mouth. Online searches alone may not be met with success. In such cases, canvassing communities and conducting field investigations to uncover new leads and verification may be required. There is one nationwide criminal database known as the National Crime Information Center (NCIC). NCIC is not a public record and cannot be legally accessed by anyone other than criminal justice agencies. Not all courts offer records online. For these reasons, Same Day Process Service strongly advocates physically hand-searching documents in the city or county courts in question. Our affidavits are NOT CONSUMER REPORTS and do not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This affidavit may not be used to determine eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

# EXHIBIT H

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Estate of Christopher Brook Fishbeck, et al**

      Plaintiff(s),

VS.

**The Islamic Republic of Iran, et al**

      Defendant(s).

Attorney: Dustin B. Herman

Spangenberg Shibley & Liber, LLP
1001 Lakeside Ave. East, #1700
Cleveland OH 44114



*259009*

**Case Number: 1:18-cv-02248-CRC**

Legal documents received by Same Day Process Service, Inc. on **10/21/2020** at **3:12 PM** to be served upon **Department of Defense**, at **1235 South Clark St., #1540, Arlington, VA, 22202**

I, **Cora Heishman**, swear and affirm that on **October 23, 2020** at **1:13 PM**, I did the following:

Served **Department of Defense**, **a government agency** by delivering a conformed copy of this **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (RE: Seventh Fishbeck Subpoena to DOD); Letter dated October 21, 2020; Exhibits** to **Michael Brown** as **Administrative Assistant & Authorized Agent** at **1235 South Clark St., #1540 , Arlington, VA 22202** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 45-60 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: African-American Hair Color: Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Cora Heishman**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:259009

District of Columbia: SS
Subscribed and Sworn to before me
this 26 day of OCROBA, 2020

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

# EXHIBIT I

Mailer: Spangenberg Shibley & Liber LLP

Date Produced: 11/02/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8323 4327 57. Our records indicate that this item was delivered on 10/29/2020 at 06:49 a.m. in WASHINGTON, DC 20310. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

HON. PAUL C. NEY, JR.
GENERAL COUNSEL OF THE DEPARTMENT OF DEFENSE
1600 DEFENSE PENTAGON
ROOM 3A736
WASHINGTON, D.C. 20301-1600

Customer Reference Number:        C2332563.13273060

Return Reference Number:            FS7

# EXHIBIT J

# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### United States District Court for the District of Columbia

**Estate of Christopher Brook Fishbeck, et al**

       Plaintiff(s),

VS.

**The Islamic Republic of Iran, et al**

       Defendant(s).

**Case Number: 1:18-cv-02248-CRC**

Attorney: Dustin B. Herman

Spangenberg Shibley & Liber, LLP
1001 Lakeside Ave. East, #1700
Cleveland OH 44114

**\*259010\***

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Department of Defense on 10/21/2020 at 3:14 PM at 1235 South Clark St., #1540, Arlington, VA 22202**

The undersigned, swear and affirm that on **October 22, 2020 at 3:53 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Department of Defense** the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (RE: Eighth Fishbeck Subpoena to DOD); Letter dated October 21, 2020; Exhibits** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 10/21/2020-4:51 PM | 1235 South Clark St., #1540 Arlington, VA 22202 | Upon my arrival the security guard stated that I could not enter the building, and that someone had to come down and receive the documents. I was unable to reach anyone who could accept and left the address after being at the address for twenty minutes. - Attempted by Jancarlos Concepcion |
| 10/22/2020-3:53 PM | 1235 South Clark St., #1540 Arlington, VA 22202 | I arrived at the address and spoke with the security guard who would not allow me to enter the building without a point of contact. I called my point of contact Sharen Gainor at 703-571-0792 but did not receive a response. I called multiple times and waited at the address for thirty minutes but did not reach anyone who could accept. I left a detailed voice message. - Attempted by Jancarlos Concepcion |

_Jancarlos Concepcion_
**Jancarlos Concepcion**
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

District of Columbia: SS
Subscribed and Sworn to before me
this _19_ day of _November 2020_

_Michael Molash_
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2023   Internal Job ID:259010



Requests for Investigative Due Diligence on a subject can always be expanded upon. There are occasions during which a subject's current whereabouts can be found in the data compiled. The subject's true location, however, can be obfuscated by the sheer amount of information (both accurate and inaccurate) provided by proprietary databases and/or interviews conducted during neighborhood investigations via word of mouth. Online searches alone may not be met with success. In such cases, canvassing communities and conducting field investigations to uncover new leads and verification may be required. There is one nationwide criminal database known as the National Crime Information Center (NCIC). NCIC is not a public record and cannot be legally accessed by anyone other than criminal justice agencies. Not all courts offer records online. For these reasons, Same Day Process Service strongly advocates physically hand-searching documents in the city or county courts in question. Our affidavits are NOT CONSUMER REPORTS and do not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This affidavit may not be used to determine eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

# EXHIBIT K

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

Estate of Christopher Brook Fishbeck, et al

          Plaintiff(s),

VS.

The Islamic Republic of Iran, et al

          Defendant(s).

Attorney: Dustin B. Herman

Spangenberg Shibley & Liber, LLP
1001 Lakeside Ave. East, #1700
Cleveland OH 44114

*259010*

Case Number: 1:18-cv-02248-CRC

Legal documents received by Same Day Process Service, Inc. on **10/21/2020** at **3:14 PM** to be served upon **Department of Defense**, at **1235 South Clark St., #1540, Arlington, VA, 22202**

I, **Cora Heishman**, swear and affirm that on **October 23, 2020** at **1:13 PM**, I did the following:

Served **Department of Defense**, **a government agency** by delivering a conformed copy of this **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (RE: Eighth Fishbeck Subpoena to DOD); Letter dated October 21, 2020; Exhibits** to **Michael Brown** as **Administrative Assistant & Authorized Agent** at **1235 South Clark St., #1540 , Arlington, VA 22202** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 45-60 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: African-American Hair Color: Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

**Cora Heishman**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:259010

District of Columbia: SS
Subscribed and Sworn to before me
this 26 day of OCtoBER 22

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022



# EXHIBIT L

**POSTAL SERVICE.**

Mailer: Spangenberg Shibley & Liber LLP

Date Produced: 11/02/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8323 4328 18. Our records indicate that this item was delivered on 10/29/2020 at 06:49 a.m. in WASHINGTON, DC 20310. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

HON. PAUL C. NEY, JR.
GENERAL COUNSEL OF THE DEPARTMENT OF DEFENSE
1600 DEFENSE PENTAGON
ROOM 3A736
WASHINGTON, D.C. 20301-1600

Customer Reference Number:        C2332563.13273061

Return Reference Number:            FS8

# EXHIBIT M

# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### United States District Court for the District of Columbia

Estate of Christopher Brook Fishbeck, et al

     Plaintiff(s),

vs.

The Islamic Republic of Iran, et al

     Defendant(s).

Case Number: 1:18-cv-02248-CRC

Attorney: Dustin B. Herman

Spangenberg Shibley & Liber, LLP
1001 Lakeside Ave. East, #1700
Cleveland OH 44114

*258951*

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **U.S. Department of Justice on 10/20/2020 at 12:22 PM at 145 N St., NE, Washington, DC 20002**

The undersigned, swear and affirm that on **October 23, 2020 at 12:21 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **U.S. Department of Justice** the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Letter dated October 20, 2020; Exhibits** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 10/20/2020-1:30 PM | 145 N St., NE Washington, DC 20002 | Upon arrival, the front desk stated that they would need to speak with their sergeant about receiving the subpoena. After calling multiple numbers including the point of contact Mr. Hansen, the guard stated that no one was there answering the phones and most were likely working from home. She stated Mr. Hansen's number itself went straight to voicemail. When I asked for his number or any number for general counsel or a legal department, she stated she would not give that information out. When I asked if I could come back tomorrow to see if he was there, she stated I could try but they could not guarantee he would be there. - Attempted by Cora Heishman |
| 10/21/2020-12:19 PM | 145 N St., NE Washington, DC 20002 | Upon arrival, the security guard told me she was certain everyone was teleworking but called a few numbers as well as the point of contact Mr. Hansen. She stated that she left a message but that there was no answer on any number. The number for the Pentagon (703-571-0800) was the same number our point of contact Sharon Gainor at the DOD gave me for a paralegal, Denise Shellman. - Attempted by Cora Heishman |
| 10/22/2020-3:28 PM | 145 N St., NE Washington, DC 20002 | Upon my arrival the security guard stated that I must have a point of contact to come down and receive the documents. I called the number 703-571-0800, and a member of the staff stated that they would not be able to come and collect it today. They suggested that we return tomorrow between 7am-3pm and call the same number to let them know we are on the way so security can have a heads up. - Attempted by Jancarlos Concepcion |
| 10/23/2020-12:21 PM | 145 N St., NE Washington, DC 20002 | I called the number listed for the Pentagon of (703-571-0800) and confirmed that the number was for |

general counsel, but the gentleman said he was general counsel and litigation for the DOD, not the DOJ. He also stated they don't ever receive documents on behalf of the DOJ either. Upon arrival at the entity, I had the security guard call point of contact associate general counsel Barry Hansen and she stated she called him and left another message for him. - Attempted by Cora Heishman

**Cora Heishman**
Process Server

**Jancarlos Concepcion**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

District of Columbia: SS
Subscribed and Sworn to before me    Internal Job ID:258951
this _30_ day of _October 2-20_

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

Requests for Investigative Due Diligence on a subject can always be expanded upon. There are occasions during which a subject's current whereabouts can be found in the data compiled. The subject's true location, however, can be obfuscated by the sheer amount of information (both accurate and inaccurate) provided by proprietary databases and/or interviews conducted during neighborhood investigations via word of mouth. Online searches alone may not be met with success. In such cases, canvassing communities and conducting field investigations to uncover new leads and verification may be required. There is one nationwide criminal database known as the National Crime Information Center (NCIC). NCIC is not a public record and cannot be legally accessed by anyone other than criminal justice agencies. Not all courts offer records online. For these reasons, Same Day Process Service strongly advocates physically hand-searching documents in the city or county courts in question. Our affidavits are NOT CONSUMER REPORTS and do not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This affidavit may not be used to determine eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

# EXHIBIT N

**UNITED STATES**
**POSTAL SERVICE**™

Mailer: Spangenberg Shibley & Liber LLP

Date Produced: 11/09/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8323 4258 10. Our records indicate that this item was delivered on 11/02/2020 at 06:00 a.m. in WASHINGTON, DC 20530. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

U.S. DEPARTMENT OF JUSTICE
145 N. STREET N.E.
WASHINGTON, D.C. 20002

Customer Reference Number:        C2332106.13271896

# EXHIBIT O

## INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### United States District Court for the District of Columbia

**Estate of Christopher Brook Fishbeck, et al**

      Plaintiff(s),

VS.

**The Islamic Republic of Iran, et al**

      Defendant(s).

**Case Number: 1:18-cv-02248-CRC**

Attorney: Dustin B. Herman

Spangenberg Shibley & Liber, LLP
1001 Lakeside Ave. East, #1700
Cleveland OH 44114

**\*259015\***

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **General Counsel, U.S. Department of the Treasury on 10/21/2020 at 4:02 PM at 1500 Pennsylvania Avenue N/A, Washington , DC**

The undersigned, swear and affirm that on **November 02, 2020** at **10:36 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **General Counsel, U.S. Department of the Treasury** the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Letter dated October 21, 2020; Exhibits** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 10/21/2020-4:51 PM | 1500 Pennsylvania Ave., NW Washington, DC 20220 | Upon my arrival, I spoke with the guard who informed me that I could not pass unless I had a point of contact at the treasury. I asked for a general number to call and the officer told me he cannot give out phone numbers. I called the number listed on the website (202-622-2000). I was not prompted to speak with anyone. I also called the numbers 202-622-1050 and 202-622-1356 and received voicemail messages on both calls. - Attempted by Hannah Britton |
| 10/22/2020-11:07 AM | 1500 Pennsylvania Ave., NW Washington, DC 20220 | Upon arrival, I called three numbers to attempt reaching the Department of Treasury: 202-622-1050, 202-622-1356, 202-622-2000. All three numbers went straight to voicemail. The security guard stated that I must have a representative of the Treasury come down to receive the documents. - Attempted by Jancarlos Concepcion |
| 10/23/2020-11:25 AM | 1500 Pennsylvania Ave., NW Washington, DC 20220 | I arrived at the address and called (202-622-1050) and the message on the phone stated "to access your mailbox, enter your code, to leave a voicemail with someone, enter their number". I called (202-622-1356) and there was no message, just a voice stating that this number (spelled out the number) was not available. The third number (202-622-2000) was the main number for the department of the Treasury and there were many prompts. "For COVID payment or inquiries about your refund, press 1. Press 2 for employment verification. Press 3 for IRS inquiries. Press 4 for victims of a scam. For questions about federal government repayment, press 5. Press 6 to |

| | | |
|---|---|---|
| | | purchase coins or currency. Press 7 for crimes, press 8 for travel to Cuba, 9 for the public comment line, or stay on the line to speak to an operator". I pressed 9 the first time I called, but a message stated the mailbox was full and hung up. When I called back, I stayed on the line to speak to an operator, and the message stated that they were experiencing longer than usual call volumes and to call back another time, then hung up. I called the second number back and left a detailed voicemail with a callback number. - Attempted by Cora Heishman |
| 10/29/2020-3:36 PM | 1500 Pennsylvania Ave., NW Washington, DC 20220 | On arrival, the security guard stated that I must have a point of contact to enter the building. I contacted three number to try and reach the Treasury at 202-622-2000, 202-622-1050, and 202-622-1356, all numbers went to voicemail and left a voice message to call back. - Attempted by Jancarlos Concepcion |
| 11/02/2020-10:36 AM | 1500 Pennsylvania Ave., NW Washington, DC 20220 | I called the three numbers(202-622-2000, 202-622-1050, 202-622-13560) multiple times; they all went straight to voicemail. I left a detailed voice message asking how we can deliver the documents to them. - Attempted by Jancarlos Concepcion |

**Hannah Britton**
Process Server

**Cora Heishman**
Process Server

**Jancarlos Concepcion**
Process Server

District of Columbia: SS
Subscribed and Sworn to before me
this ___ day of _____ 20__

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:259015

Requests for Investigative Due Diligence on a subject can always be expanded upon. There are occasions during which a subject's current whereabouts can be found in the data compiled. The subject's true location, however, can be obfuscated by the sheer amount of information (both accurate and inaccurate) provided by proprietary databases and/or interviews conducted during neighborhood investigations via word of mouth. Online searches alone may not be met with success. In such cases, canvassing communities and conducting field investigations to uncover new leads and verification may be required. There is one nationwide criminal database known as the National Crime Information Center (NCIC). NCIC is not a public record and cannot be legally accessed by anyone other than criminal justice agencies. Not all courts offer records online. For these reasons, Same Day Process Service strongly advocates physically hand-searching documents in the city or county courts in question. Our affidavits are NOT CONSUMER REPORTS and do not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This affidavit may not be used to determine eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

# EXHIBIT P





Mailer: Spangenberg Shibley & Liber LLP

Date Produced: 11/23/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8323 4320 30. Our records indicate that this item was delivered on 11/04/2020 at 08:00 a.m. in WASHINGTON, DC 20220. The scanned image of the recipient information is provided below.

Signature of Recipient :

*Treasury*
*Treasury*

Address of Recipient :

*20220*

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

BRENT J. MCINTOSH, ESQ.
GENERAL COUNSEL
U.S. DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVE., N.W.
WASHINGTON, D.C. 20220

Customer Reference Number:        C2332563.13273054