# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ESTATE OF<br>CHRISTOPHER BROOK FISHBECK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:18-cv-02248-CRC |
| v. | ) | |
| | ) | |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) | |
| | ) | |
| Defendants | ) | |

## DECLARATION OF CHAD E. IHRIG, ESQ.

I, Chad E. Ihrig, Esq., pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1.  I am an attorney for the law firm of Nix Patterson, LLP, located at 3600 N. Capital Of Texas Hwy., Bldg B, Suite 350, Austin TX 78746.

2.  I am counsel for Plaintiffs in this case.

3.  The facts set forth in this declaration are known to me personally and I am competent to so testify.

4.  Plaintiffs served third-party subpoenas to BNY Mellon, Bank of China, Bank of America, Societe Generale, and National Westminster Bank PLC.

5.  The subpoenas requested information related to transactions linking Iran and its political subdivisions, agents and instrumentalities to terrorist groups involving in the attacks on Plaintiffs.

6.  The subpoena to BNY Mellon was served and delivered via email to Jessica Rhea at Jessica.Rhea@bnymellon.com on October 20, 2020.  Ms. Rhea is the attorney representing BNY Mellon regarding the subpoena, and accepted service on its behalf. A true and correct copy of email confirming service is attached as **Exhibit A** hereto.

7.  The subpoena to Societe Generale was served and delivered via email to Courtenay Wood at Courtenay.wood@sgcib.com on October 20, 2020.  Ms. Wood is the attorney representing BNY Mellon regarding the subpoena, and accepted service on its behalf. A true and correct copy of the email confirming service is attached as **Exhibit B** hereto.

8. The subpoena to Bank of China was served and delivered via email to Daniel P. Goldberger at Goldberger.dan@dorsey.com on October 21, 2020.  Mr. Goldberger is the attorney representing Bank of China regarding the subpoena, and accepted service on its behalf.  A true and correct copy of the email confirming service is attached as **Exhibit C** hereto.

9. The subpoena to Bank of America was completed on October 22, 2020.  A true and correct copy of the Affidavit of Process Server is attached as **Exhibit D** hereto.

    a. It is my understanding that Plaintiffs sent this subpoena out for service on October 21, 2020, but that service was not made that day.  Plaintiffs have not yet been able to receive an Affidavit of Non-Service for this subpoena.

10. The subpoena to National Westminster Bank PLC was completed on October 22, 2020.  A true and correct copy of the Affidavit of Process Server is attached as **Exhibit E** hereto.

    a. Service of the subpoena on National Westminster Bank PLC was attempted on October 21, 2020, but was unsuccessful.  A true and correct copy of the Affidavit of Non-Service is attached as **Exhibit F** hereto.

*FURTHER DECLARANT SAYETH NAUGHT.*

Executed on December 1, 2020.

By: _____

    CHAD E. IHRIG *(Pro Hac Vice)*
    Texas Bar No. 24084373
    **NIX PATTERSON, LLP**
    3600 North Capital of Texas Hwy.
    Building B, Suite 350
    Austin, Texas 78746
    Telephone: (512) 328-5333
    Facsimile: (512) 328-5335
    Email: cihrig@nixlaw.com

# EXHIBIT A

| | |
|---|---|
| **From:** | Nick Shodrok |
| **To:** | Rhea, Jessica W |
| **Cc:** | Schembri, Erin; Chad Ihrig |
| **Subject:** | Re: Proposed Protective Order |
| **Attachments:** | image001.png |
| | BNY Mellon Fishbeck Subpoena.pdf |

Thanks, Jessica. Attached is the subpoena, which Plaintiffs hereby serve on BNY Mellon.

Nick Shodrok

signature_434848530

3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** "Rhea, Jessica W" <Jessica.Rhea@bnymellon.com>
**Date:** Tuesday, October 20, 2020 at 10:24 AM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Cc:** "Schembri, Erin" <erin.schembri@bnymellon.com>
**Subject:** RE: Proposed Protective Order

That sounds fine, Nick.  You can email me the properly directed subpoena.

Thanks,

*Jessica W. Rhea*
BNY Mellon
Counsel, Litigation
500 Grant Street | Pittsburgh, PA  15258-0001
Ph: (412) 234-1508
E-mail: Jessica.Rhea@bnymellon.com
www.bnymellon.com
This message is confidential

---

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Tuesday, October 20, 2020 9:49 AM
**To:** Rhea, Jessica W <Jessica.Rhea@bnymellon.com>
**Cc:** Schembri, Erin <erin.schembri@bnymellon.com>
**Subject:** Re: Proposed Protective Order

Jessica,

Thank you very much. Sorry for the delayed response. We have no issues with your edits to the protective order. I understand your concerns about the target entities and I am happy to discuss and accommodate.

Separately, our discovery deadline in *Fishbeck et al. v. The Islamic Republic of Iran* (Case No. 1:18-cv-02248-CRC) is tomorrow. This action is referenced in the protective order that we have been negotiating. The protective order contemplates that any materials produced by BNY Mellon in the *Holladay* case (the case in which the protective order will be entered) can be used in the *Fishbeck* case. However, to meet our discovery deadline in the *Fishbeck* case and because we have not yet entered into the protective order, will you accept service of the *Fishbeck* subpoena? Plaintiffs agree not to start BNY Mellon's subpoena deadline until the protective order is entered in the *Holladay* case.

Additionally, as I believe we discussed over the phone some time ago, Plaintiffs are only seeking the same data and materials that BNY Mellon produced in the *Hake* litigation. Hopefully this will alleviate some of the burden, but again, I am happy to discuss as we move forward.

Thanks again,

Nick Shodrok

 NIX PATTERSON LLP

3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
Ph. (512) 328-5333
Fax (512) 328-5335
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** "Rhea, Jessica W" <Jessica.Rhea@bnymellon.com>
**Date:** Tuesday, July 28, 2020 at 1:53 PM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>, "Schembri, Erin" <erin.schembri@bnymellon.com>
**Subject:** RE: Proposed Protective Order

Hi Nick,

I apologize for the delay. I had thought you were serving the subpoenas anyway, and that that would push the deadlines for the finalization of the protective order. I kept you on my to-do list, but honestly, we have been deluged lately, and the incentive to take on another massive subpoena earlier than I absolutely had to was low.

I have attached a slight revision. I thought there would be more, but after going over it a few times, I think this is ok.

There is a more important angle I'd like to discuss. These types of subpoenas request that the bank provide information of parties other than the defendants to the action. In all other circumstances, when an entity receives a third party subpoena, the subjects of the subpoena are the litigants. The Bank can choose to send a courtesy notice to customer/party to let them know that a request has been made for their private information and that they may choose to avail themselves of court process regarding the same.

By contrast, BNYM is being asked to turn over volumes of private information on targets whose relationship to the action BNYM cannot efficiently vet, and whom have likely not been vetted by the court at issue. My current process for vetting these target entities is becoming overwhelming with the volume of subpoenas we are handling.

We intend to ask each requesting litigant going forward to provide a court order showing that the court was consulted about the subpoena targets and their relationship to the action, and that the court has proactively approved/ordered BNYM's search of the targets and production of the information requested – including account numbers and addresses. (BNYM does not provide these items in the first volley.) We would still ask that the protective order apply.

I am open to discussing the logistics of this, but our process – even without it – is burdensome for both sides.

Let me know what you think.

Thanks,

*Jessica W. Rhea*
BNY Mellon
Counsel, Litigation
500 Grant Street | Pittsburgh, PA  15258-0001
Ph: (412) 234-1508
E-mail: Jessica.Rhea@bnymellon.com
www.bnymellon.com
This message is confidential

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Wednesday, July 15, 2020 8:13 PM
**To:** Rhea, Jessica W <Jessica.Rhea@bnymellon.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>

**Subject:** Re: Proposed Protective Order

Hi Jessica,

Following up on our June 9 call regarding the proposed protective order I previously sent. Did you have any proposed changes to the protective order?

Thanks,
Nick Shodrok

 NIX PATTERSON, LLP

3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** "Rhea, Jessica W" <Jessica.Rhea@bnymellon.com>
**Date:** Friday, June 5, 2020 at 3:55 PM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Subject:** RE: Proposed Protective Order

Thanks!!

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Friday, June 5, 2020 4:53 PM
**To:** Rhea, Jessica W <Jessica.Rhea@bnymellon.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>; Elizabeth Felps <efelps@levinlaw.com>; Edmunds, Victoria L <Victoria.Edmunds@bnymellon.com>
**Subject:** Re: Proposed Protective Order

No worries. I completely understand. I can do 2:00 p.m. CST next Tuesday. I'll send around a calendar invite and dial-in information.

Thanks,
Nick

Nick Shodrok

 NIX PATTERSON, LLP

3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** "Rhea, Jessica W" <Jessica.Rhea@bnymellon.com>
**Date:** Friday, June 5, 2020 at 3:48 PM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>, Elizabeth Felps <efelps@levinlaw.com>, "Edmunds, Victoria L"
<Victoria.Edmunds@bnymellon.com>
**Subject:** RE: Proposed Protective Order

Hi Nick,

This week got away from me, but if you could see the number of files we are juggling, you'd understand how.

If you're available next Tuesday, you can pick your time slot.  How does that sound?

Have a great weekend,

*Jessica W. Rhea*
BNY Mellon
Counsel, Litigation
500 Grant Street | Pittsburgh, PA  15258-0001
Ph: (412) 234-1508
E-mail: Jessica.Rhea@bnymellon.com
www.bnymellon.com
This message is confidential

---

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Thursday, May 28, 2020 5:12 PM
**To:** Rhea, Jessica W <Jessica.Rhea@bnymellon.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>; Elizabeth Felps <efelps@levinlaw.com>; Edmunds, Victoria L <Victoria.Edmunds@bnymellon.com>
**Subject:** Re: Proposed Protective Order

Thanks for your response. Plaintiffs are open to consider any changes to their proposed protective order.

I have attached a copy of the complaint filed in *Joshua L. Holladay, et al. v. The Islamic Republic of Iran, et al.,* Case No. 1:17-cv-00915-RDM.

Please let me know when you are available next week and we can schedule a time to discuss.

Sincerely,
Nick Shodrok

 NIX PATTERSON, LLP

3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
Ph. (512) 328-5333
Fax (512) 328-5335
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** "Rhea, Jessica W" <Jessica.Rhea@bnymellon.com>
**Date:** Thursday, May 28, 2020 at 1:11 PM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>, Elizabeth Felps <efelps@levinlaw.com>, "Edmunds, Victoria L" <Victoria.Edmunds@bnymellon.com>
**Subject:** RE: Proposed Protective Order

Mr. Shodrok,

Thank you for reaching out.  We can likely to come agreement similar to what you propose.  I do think I would like to tweak the protective agreement, and I may need separate subpoenas to be issued, but if we can come to an agreement on certain things ahead of time, I can likely accept service, alleviating the need for much hassle.

Any chance I could see a copy of the complaint in this matter?  The one for just your matter is probably fine.  Then maybe we could set up a call for next week to discuss our procedure for responding to wire subpoenas.

Thanks,

**Jessica W. Rhea**
BNY Mellon
Counsel, Litigation
500 Grant Street | Pittsburgh, PA  15258-0001
Ph: (412) 234-1508
E-mail: Jessica.Rhea@bnymellon.com
www.bnymellon.com
This message is confidential

---

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Friday, May 22, 2020 4:27 PM
**To:** Rhea, Jessica W <Jessica.Rhea@bnymellon.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>; Elizabeth Felps <efelps@levinlaw.com>
**Subject:** Proposed Protective Order

Ms. Rhea,

Good afternoon. My name is Nick Shodrok and I am an attorney with the law offices of Nix Patterson, LLP. I am part of a team of attorneys that represent the named plaintiffs in the following Anti-Terrorism Act cases against the Islamic Republic of Iran, et al.— all of which cases are currently pending in the United States District Court for the District of Columbia: *Estate of Christopher Brook Fishbeck, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:18-cv-02248-CRC; *Estate of Robert P. Hartwick, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:18-cv-1612-CKK; *Joshua L. Holladay, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:17-cv-00915-RDM; and *George Lon Williams, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:18-cv-02425-RDM.

I write on behalf of the named Plaintiffs in *Joshua L. Holladay, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:17-cv-00915-RDM seeking to enter into a Protective Order with The Bank of New York Mellon. All Plaintiffs in the four above-referenced actions plan to issue subpoenas to The Bank of New York Mellon to obtain documents relevant to and necessary for the continued prosecution of their claims. To avoid issuing such subpoenas in each of these four cases and to avoid duplicative discovery, Plaintiffs in the above-referenced actions propose that The Bank of New York Mellon enter into the Protective Order attached hereto as Exhibit A, which would allow the documents obtained from The Bank of New York Mellon in *Joshua L. Holladay, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:17-cv-00915-RDM to also be shared across the following cases: *Estate of Christopher Brook Fishbeck, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:18-cv-02248-CRC; *Estate of Robert P. Hartwick, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:18-cv-1612-CKK; and *George Lon Williams, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:18-cv-02425-RDM.

Plaintiffs are open to negotiation as to the specific language of the Protective Order. However, The Bank of New York Mellon entered into a substantially similar version of the attached proposed Protective Order in *Kelli D. Hake, et al., v. Bank Markazi Jomhouri Islami Iran, et al.*, Case No. 17-cv-114-TJK, a separate Anti-Terrorism Act case. The Protective Order that The Bank of New York Mellon entered into in the *Hake* case is attached hereto as Exhibit B, for your reference. I have attached hereto as Exhibit C the documents that Plaintiffs intend to seek from The Bank of New York Mellon, for your reference. Please note that Exhibit C is not a subpoena or document request but is merely provided for your reference so that The Bank of New York Mellon is aware of the documents that Plaintiffs intend to seek.

Please let me know your thoughts on this matter and, specifically, on the attached proposed Protective Order. Please also let me know a time that works for you if you would like to discuss any of these issues over the phone. I look forward to hearing from you. Thank you.

Sincerely,
Nick Shodrok



3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
Ph. (512) 328-5333
Fax (512) 328-5335
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to https://clicktime.symantec.com/a/1/PAfLkV54Pd57OJAnPMdi0U0S_Oa7l5Iv0r7XZ7julGE=?d=fuupskw0-6CGq6qJECI0NWpA9myp6vVWnPu_05Ze9xj-S4LNviWszcTX1Fm2VD8YIWvGohGu2sTQuFbjQDBNbEDibHi64D-NHp7pupCfbIsLffqZO5T1hB7QHAn51HGk7YYGUAhDDHi3-9ZFs4W5Yk-OnkYZEl1GC14HjBC3Sbbtfe1VQOwl7PTw79Db1RSWbMn6zqK1d5JizfVLd4hxp1wGWZjcr-y2PCHbHPuAEMvP5wxorslUYnMr_Etk5lMj3aWjl6UANY9y3YIauXYshd75TPzXVZl4tbYjVZ1Z7At404k8zm0VWhBkjNV3w08zlV_qFf5_7eMkPWR0-HQdBDphyfnstKySDeyXYeN8rcxhAjDnse_N5MF4dJVGj1GsH9C8gpPoAQxCcKXhvz73BvGN5qUQgCcxrn-PG8VMpcYa_BoArya7_Hl-XLUEErer7F99-KdFH0%3D&u=https%3A%2F%2Fdisclaimer.bnymellon.com%2Feu.htm for certain disclosures relating to European legal entities. We take our data protection and privacy responsibilities seriously and our privacy notice explains how we collect, use and share personal information in the course of our business activities. It can be accessed at the privacy section of https://clicktime.symantec.com/a/1/WGhfS8jshtXlwrmoeE0C_z-jEfLuyjvZZIyGMFK80Zs=?d=fuupskw0-6CGq6qJECI0NWpA9myp6vVWnPu_05Ze9xj-S4LNviWszcTX1Fm2VD8YIWvGohGu2sTQuFbjQDBNbEDibHi64D-NHp7pupCfbIsLffqZO5T1hB7QHAn51HGk7YYGUAhDDHi3-9ZFs4W5Yk-OnkYZEl1GC14HjBC3Sbbtfe1VQOwl7PTw79Db1RSWbMn6zqK1d5JizfVLd4hxp1wGWZjcr-y2PCHbHPuAEMvP5wxorslUYnMr_Etk5lMj3aWjl6UANY9y3YIauXYshd75TPzXVZl4tbYjVZ1Z7At404k8zm0VWhBkjNV3w08zlV_qFf5_7eMkPWR0-HQdBDphyfnstKySDeyXYeN8rcxhAjDnse_N5MF4dJVGj1GsH9C8gpPoAQxCcKXhvz73BvGN5qUQgCcxrn-PG8VMpcYa_BoArya7_Hl-XLUEErer7F99-KdFH0%3D&u=www.bnymellon.com.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to https://clicktime.symantec.com/33aAqWC4Bq1UnHYpSjEKnyK7Vc?u=https%3A%2F%2Fdisclaimer.bnymellon.com%2Feu.htm for certain disclosures relating to European legal entities. We take our data protection and privacy responsibilities seriously and our privacy notice explains how we collect, use and share personal information in the course of our business activities. It can be accessed at the privacy section of https://clicktime.symantec.com/3EUUAdWSFTXPyVzJ98BGEov7Vc?u=www.bnymellon.com.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to https://clicktime.symantec.com/3TuHTzBAKqgYKriwZDSeX5U7Vc?u=https%3A%2F%2Fdisclaimer.bnymellon.com%2Feu.htm for certain disclosures relating to European legal entities. We take our data protection and privacy responsibilities seriously and our privacy notice explains how we collect, use and share personal information in the course of our business activities. It can be accessed at the privacy section of https://clicktime.symantec.com/3VrAaXK9oCpqt7Lw78xNmTH7Vc?u=www.bnymellon.com.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to https://clicktime.symantec.com/316CjSVkYJ9CFtQo869cdps7Vc?u=https%3A%2F%2Fdisclaimer.bnymellon.com%2Feu.htm for certain disclosures relating to European legal entities. We take our data protection and privacy responsibilities seriously and our privacy notice explains how we collect, use and share personal information in the course of our business activities. It can be accessed at the privacy section of https://clicktime.symantec.com/3T5DpvYnsqw7DX3GaEJkE5R7Vc?u=www.bnymellon.com.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to https://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities. We take our data protection and privacy responsibilities seriously and our privacy notice explains how we collect, use and share personal information in the course of our business activities. It can be accessed at the privacy section of www.bnymellon.com.

# EXHIBIT B

| From: | Nick Shodrok |
|---|---|
| To: | WOOD Courtenay |
| Cc: | Chad Ihriq |
| Subject: | Re: Proposed Protective Order |
| Attachments: | image001.png |
| | SG Fishbeck Subpoena.pdf |

We are fine with those revisions to the protective order. See attached for the subpoena, which Plaintiffs hereby serve on SG.

Thanks,
Nick Shodrok

signature_452070788



3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
Ph. (512) 328-5333
Fax (512) 328-5335
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** WOOD Courtenay <courtenay.wood@sgcib.com>
**Date:** Tuesday, October 20, 2020 at 9:54 AM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Subject:** RE: Proposed Protective Order

Hi Nick,

Thank you for sending.  We've reviewed and can agree to accept via email subject to the below (as previously discussed/agreed):

1. SG reserves all of its rights including as to personal jurisdiction, and any production by Bank pursuant to Plaintiff's subpoena shall not effect a waiver of any defenses based on personal jurisdiction or otherwise, in the Actions or other matters, nor shall the Bank's acceptance of service of any subpoena in any of the Actions effect a waiver of any defense other than service of process, including based on personal jurisdiction or otherwise, in the Actions or other matters.

2. The Bank shall be deemed to have complied in full with any subpoena served in the Actions upon the Bank's (a) completion of a good faith search, using its transaction monitoring tool, of records in its New York branch, to identify blocked or rejected transactions responsive to the subpoena and (b) production of a chart of the following information, to the extent available from the Bank's transaction monitoring tool, for each responsive blocked or rejected transaction:  transaction number; transaction date; transaction amount; originator name; originator address; originator account; originator bank name; originator bank address; originator bank account; sender's correspondent name; beneficiary bank name; beneficiary bank address; beneficiary name; beneficiary address; beneficiary account; and instructions.  For the avoidance of doubt, the Bank shall not be required to conduct searches outside of its New York branch or to restore any backup tape, and plaintiff acknowledges that the Bank's transaction monitoring system may contain incomplete information.

One thing on the protective order.  I apologized that I missed this before, but just realized that there were some additional deletions made from the prior version that I wasn't seeing on the markup.  I've attached with just a few revisions to address the removal of provisions re violation of laws and filing documents under seal.  Please let me know if there are ok and we can get work on getting this signed.

Thank you again, we appreciate you working with us on this,
Courtenay

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Tuesday, October 20, 2020 10:14 AM
**To:** WOOD Courtenay SegILgl <courtenay.wood@sgcib.com>
**Subject:** Re: Proposed Protective Order

Courtenay,

Attached are the document requests. Again, we will only be seeking what SG produced in prior litigation (e.g., the *Hake* case). Please let me know when I should serve the subpoena. Thanks.

Nick Shodrok



3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
Ph. (512) 328-5333
Fax (512) 328-5335
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** WOOD Courtenay <courtenay.wood@sgcib.com>
**Date:** Tuesday, October 20, 2020 at 9:08 AM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Subject:** RE: Proposed Protective Order

Hi Nick,

May we please see a copy of the proposed subpoena to review?

Thank you,
Courtenay

> **From:** Nick Shodrok <nshodrok@nixlaw.com>
> **Sent:** Monday, October 19, 2020 2:03 PM
> **To:** WOOD Courtenay SeglLgl <courtenay.wood@sgcib.com>
> **Subject:** Re: Proposed Protective Order
>
> Perfect, thanks.
>
> Also, our discovery deadline in *Fishbeck et al. v. The Islamic Republic of Iran* (Case No. 1:18-cv-02248-CRC) is this Wednesday. This action is referenced in the protective order that we have been negotiating. The protective order contemplates that any materials produced by SG in the *Holladay* case (the case in which the protective order will be entered) can be used in the *Fishbeck* case. However, to meet our discovery deadline in the *Fishbeck* case and because we have not yet entered into the protective order, will you accept service of the *Fishbeck* subpoena? Plaintiffs agree not to start SG's subpoena deadline until the protective order is entered in the *Holladay* case.
>
> Thanks,
> Nick Shodrok
>
> 
>
> 3600 North Capital of Texas Hwy.
> Building B, Suite 350
> Austin, Texas 78746
> Ph. (512) 328-5333
> Fax (512) 328-5335
> nshodrok@nixlaw.com
>
> This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

>> **From:** WOOD Courtenay <courtenay.wood@sgcib.com>
>> **Date:** Monday, October 19, 2020 at 1:00 PM
>> **To:** Nick Shodrok <nshodrok@nixlaw.com>
>> **Subject:** RE: Proposed Protective Order
>>
>> Hi Nick,
>>
>> Will get you asap.  Because it's an order and not our usual NDA I will likely need to get someone with different signing authority

to execute.  Confirming that now and will send it as soon as I have it.

Thank you,
Courtenay

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Friday, October 16, 2020 7:35 PM
**To:** WOOD Courtenay SeglLgl <courtenay.wood@sgcib.com>
**Subject:** Re: Proposed Protective Order

No worries. Can you please send a signed version of the protective order?

Thanks,
Nick Shodrok

 NIX PATTERSON LLP

3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
Ph. (512) 328-5333
Fax (512) 328-5335
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** WOOD Courtenay <courtenay.wood@sgcib.com>
**Date:** Friday, October 16, 2020 at 3:44 PM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Subject:** RE: Proposed Protective Order

Hi Nick,

My sincere apologies for not getting back to you sooner!  The protective order is ok for us.

Thank you,
Courtenay

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Thursday, October 15, 2020 2:25 PM
**To:** WOOD Courtenay SeglLgl <courtenay.wood@sgcib.com>
**Subject:** Re: Proposed Protective Order

Hi Courtenay,

I hope you've been well. I'm following up on your review of this protective order. Please let me know if you agree to the changes.

Thanks,
Nick Shodrok

 NIX PATTERSON LLP

3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
Ph. (512) 328-5333
Fax (512) 328-5335
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended

recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Date:** Thursday, August 20, 2020 at 9:22 AM
**To:** WOOD Courtenay <courtenay.wood@sgcib.com>
**Subject:** Re: Proposed Protective Order

No worries. Sounds great, thanks.

Nick Shodrok



3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
Ph. (512) 328-5333
Fax (512) 328-5335
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** WOOD Courtenay <courtenay.wood@sgcib.com>
**Date:** Thursday, August 20, 2020 at 9:03 AM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Subject:** RE: Proposed Protective Order

Hi Nick—

Sorry for the delay, I was out on my mandatory leave last week and am still digging out. Will take a look at this and get back to you shortly. Also, as discussed on our call, we agree to accept service via email for the New York Branch based on the understanding that:

- SG will search for responsive materials only in its New York branch.
- SG will search using its transaction monitoring tool (and will not restore any backup tapes) and will provide information as it is available in that tool.
- SG will search for blocked/rejected transactions.
- SG's production will take the form of a spreadsheet.

Thank you,
Courtenay



Courtenay S. Wood
Vice President and Counsel – Litigation, Enforcement & Investigations
245 Park Avenue
New York, NY 10167
Tel: 212.278.4115
Email: courtenay.wood@sgcib.com

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Tuesday, August 18, 2020 5:09 PM
**To:** WOOD Courtenay SeglLgl <courtenay.wood@sgcib.com>
**Subject:** Re: Proposed Protective Order

Hi Courtenay,

Following up on this. Please let me know your thoughts on our proposed changes to the protective

order.

I'd also like to confirm that you'd be able to accept service of the subpoena for Societe Generale. I should be able to get the finalized subpoena to you this week or by next week at the latest.

Thanks,
Nick Shodrok

 NIX PATTERSON LLP

3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Date:** Friday, August 7, 2020 at 12:20 PM
**To:** WOOD Courtenay <courtenay.wood@sgcib.com>
**Subject:** Re: Proposed Protective Order

Hi Courtenay,

Thanks for your time on the call yesterday. As I mentioned on the call, we have a few additional proposed changes to the protective order that we would like Societe Generale to consider.

I have attached the protective order with our red-lined edits. I accepted your previous changes before editing. Please let me know your thoughts after reviewing.

Thanks,
Nick Shodrok

 NIX PATTERSON LLP

3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** WOOD Courtenay <courtenay.wood@sgcib.com>
**Date:** Wednesday, July 29, 2020 at 8:19 AM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Subject:** RE: Proposed Protective Order

That works for me.

Thank you,
Courtenay



**SOCIETE GENERALE**
Corporate & Investment Banking

Courtenay S. Wood
Vice President and Counsel – Litigation, Enforcement & Investigations
245 Park Avenue
New York, NY  10167
Tel: 212.278.4115
Email: courtenay.wood@sgcib.com

---

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Tuesday, July 28, 2020 8:03 PM
**To:** WOOD Courtenay SegllLgl <courtenay.wood@sgcib.com>
**Subject:** Re: Proposed Protective Order

I'll be free on Thursday at 3 pm CST if that's a good time for you. Please let me know and I'll send around dial-in info and a calendar invite.

Thanks,
Nick Shodrok



3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** WOOD Courtenay <courtenay.wood@sgcib.com>
**Date:** Tuesday, July 28, 2020 at 5:50 PM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Subject:** RE: Proposed Protective Order

Hi Nick,

No worries at all.  My schedule is pretty light Tuesday-Thursday of next week, so please let me know what works for you.

Thank you,
Courtenay

---

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Tuesday, July 28, 2020 5:46 PM
**To:** WOOD Courtenay SegllLgl <courtenay.wood@sgcib.com>
**Subject:** Re: Proposed Protective Order

Hi Courtenay,

My sincerest apologies, but I have to cancel our call tomorrow. Please let me know if there are times that you will be available next week to discuss this matter.

Thank you,
Nick Shodrok

セ



3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** WOOD Courtenay SeglLgl <courtenay.wood@sgcib.com>
**Date:** Tuesday, July 28, 2020 at 8:06 AM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>, Elizabeth Felps <efelps@levinlaw.com>
**Subject:** RE: Proposed Protective Order

Hi Nick,

Tomorrow at 2:30 works for me.

Thank you,
Courtenay



Courtenay S. Wood
Vice President and Counsel – Litigation, Enforcement & Investigations
245 Park Avenue
New York, NY  10167
Tel: 212.278.4115
Email: courtenay.wood@sgcib.com

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Monday, July 27, 2020 7:42 PM
**To:** WOOD Courtenay SeglLgl <courtenay.wood@sgcib.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>; Elizabeth Felps <efelps@levinlaw.com>
**Subject:** Re: Proposed Protective Order

Courtenay,

No worries at all. I am available from 2:30-6:00 pm CST on Wednesday. Please let me know if you are available then.

Thanks,
Nick Shodrok



3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by

others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** WOOD Courtenay <courtenay.wood@sgcib.com>
**Date:** Monday, July 27, 2020 at 7:32 AM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>, Elizabeth Felps <efelps@levinlaw.com>
**Subject:** RE: Proposed Protective Order

Hi Nick,

Very sorry—I just realized I didn't connect with you on this last week. I'm tied up most of today, but tomorrow and Wednesday are relatively open for me if you can give me some times that work from you end.

Thank you,
Courtenay

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Wednesday, July 15, 2020 8:14 PM
**To:** WOOD Courtenay SeglLgl <courtenay.wood@sgcib.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>; Elizabeth Felps <efelps@levinlaw.com>
**Subject:** Re: Proposed Protective Order

Hi Courtenay,

Following up on this.

Are you available next week to discuss the protective order, document requests, and next steps?

Sincerely,
Nick Shodrok

 NIX PATTERSON LLP

3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
Ph. (512) 328-5333
Fax (512) 328-5335
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Date:** Thursday, June 11, 2020 at 10:40 AM
**To:** WOOD Courtenay SeglLgl <courtenay.wood@sgcib.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>, Elizabeth Felps <efelps@levinlaw.com>
**Subject:** Re: Proposed Protective Order

Are you available at 2 p.m. CST on Tuesday?

Thanks,
Nick Shodrok

 NIX PATTERSON LLP

3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746

Ph. (512) 328-5333
Fax (512) 328-5335
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** WOOD Courtenay SeglLgl <courtenay.wood@sgcib.com>
**Date:** Thursday, June 11, 2020 at 10:19 AM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>, Elizabeth Felps <efelps@levinlaw.com>
**Subject:** RE: Proposed Protective Order

Hi Nick,

I am out on Monday, but the rest of the week is pretty open for me, so please let me know what works on your end.

Thank you,
Courtenay

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Wednesday, June 10, 2020 6:22 PM
**To:** WOOD Courtenay SeglLgl <courtenay.wood@sgcib.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>; Elizabeth Felps <efelps@levinlaw.com>
**Subject:** Re: Proposed Protective Order

Thanks for your edits, Courtenay. I will review with my team and get back to you. Will you be available on Monday to discuss the next steps?

Sincerely,
Nick Shodrok

 NIX PATTERSON, LLP

3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
Ph. (512) 328-5333
Fax (512) 328-5335
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** WOOD Courtenay <courtenay.wood@sgcib.com>
**Date:** Wednesday, June 10, 2020 at 4:50 PM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>, Elizabeth Felps <efelps@levinlaw.com>
**Subject:** RE: Proposed Protective Order

Hi Nick,

Hope this finds you staying safe and well.  Please find attached the proposed protective order with a few comments.  Let me know if you have any questions about the proposed changes. Once you've had a chance to review, perhaps we could have quick call to discuss the request/next steps?

Thank you,
Courtenay



Courtenay S. Wood
Vice President and Counsel – Litigation, Enforcement & Investigations
245 Park Avenue
New York, NY 10167
Tel: 212.278.4115
Email: courtenay.wood@sgcib.com

---

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Thursday, May 28, 2020 9:43 AM
**To:** WOOD Courtenay SeglLgl <courtenay.wood@sgcib.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>; Elizabeth Felps <efelps@levinlaw.com>
**Subject:** Re: Proposed Protective Order

Thanks, Courtenay.

Sincerely,
Nick

Nick Shodrok



3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
Ph. (512) 328-5333
Fax (512) 328-5335
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately. This email may contain material that is confidential, privileged and/or attorney
work product for the sole use of the intended recipient. Any review, reliance or distribution by
others or forwarding without express permission is strictly prohibited. If you are not the
intended recipient, please contact the sender and delete all copies.

---

**From:** WOOD Courtenay SeglLgl <courtenay.wood@sgcib.com>
**Date:** Thursday, May 28, 2020 at 8:40 AM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>; Elizabeth Felps <efelps@levinlaw.com>
**Subject:** RE: Proposed Protective Order

Dear Mr. Shodrok,

My sincere apologies for the delay in response, I've been out of the office.  I am reviewing the
proposed protective order now and will come back to you with any comments.

Thank you,
Courtenay



Courtenay S. Wood

Vice President and Counsel – Litigation, Enforcement & Investigations
245 Park Avenue
New York, NY 10167
Tel: 212.278.4115
Email: courtenay.wood@sgcib.com

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Friday, May 22, 2020 4:17 PM
**To:** WOOD Courtenay SeglLgl <courtenay.wood@sgcib.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>; Elizabeth Felps <efelps@levinlaw.com>
**Subject:** Re: Proposed Protective Order

Ms. Wood,

I would like to follow up on my previous email regarding the proposed protective order. Are you available early next week to discuss?

Thank you,
Nick Shodrok



3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
Ph. (512) 328-5333
Fax (512) 328-5335
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Date:** Thursday, May 7, 2020 at 2:13 PM
**To:** "Courtenay.wood@sgcib.com" <Courtenay.wood@sgcib.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>, Elizabeth Felps <efelps@levinlaw.com>
**Subject:** Proposed Protective Order

 Ms. Wood,

Good afternoon. My name is Nick Shodrok and I am an attorney with the law offices of Nix Patterson, LLP. I am part of a team of attorneys that represent the named plaintiffs in the following Anti-Terrorism Act cases against the Islamic Republic of Iran, et al.—all of which cases are currently pending in the United States District Court for the District of Columbia: *Estate of Christopher Brook Fishbeck, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:18-cv-02248-CRC; *Estate of Robert P. Hartwick, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:18-cv-1612-CKK; *Joshua L. Holladay, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:17-cv-00915-RDM; and *George Lon Williams, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:18-cv-02425-RDM.

I write on behalf of the named Plaintiffs in *Joshua L. Holladay, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:17-cv-00915-RDM seeking to enter into a Protective Order with Societe Generale. All Plaintiffs in the four above-referenced actions plan to issue subpoenas to Societe Generale to obtain documents relevant to and necessary for the continued prosecution of their claims. To avoid issuing such subpoenas in each of these four cases and to avoid duplicative discovery, Plaintiffs in the above-referenced actions propose that Societe Generale enter into the Protective Order

attached hereto as Exhibit A, which would allow the documents obtained from Societe Generale in *Joshua L. Holladay, et al. v. The Islamic Republic of Iran, et al.,* Case No. 1:17-cv-00915-RDM to also be shared across the following cases: *Estate of Christopher Brook Fishbeck, et al. v. The Islamic Republic of Iran, et al.,* Case No. 1:18-cv-02248-CRC; *Estate of Robert P. Hartwick, et al. v. The Islamic Republic of Iran, et al.,* Case No. 1:18-cv-1612-CKK; and *George Lon Williams, et al. v. The Islamic Republic of Iran, et al.,* Case No. 1:18-cv-02425-RDM.

Plaintiffs are open to negotiation as to the specific language of the Protective Order. However, Societe Generale entered into a substantially similar version of the attached proposed Protective Order in *Kelli D. Hake, et al., v. Bank Markazi Jomhouri Islami Iran, et al.,* Case No. 17-cv-114-TJK, a separate Anti-Terrorism Act case. The Protective Order that Societe Generale entered into in the *Hake* case is attached hereto as Exhibit B, for your reference. I have attached hereto as Exhibit C the documents that Plaintiffs intend to seek from Societe Generale, for your reference. Please note that Exhibit C is not a subpoena or document request but is merely provided for your reference so that Societe Generale is aware of the documents that Plaintiffs intend to seek.

Please let me know your thoughts on this matter and, specifically, on the attached proposed Protective Order. Please also let me know a time that works for you if you would like to discuss any of these issues over the phone. I look forward to hearing from you. Thank you.

Sincerely,
Nick Shodrok



3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
Ph. (512) 328-5333
Fax (512) 328-5335
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message and any attachments (the "message") are confidential, intended solely for the addressee(s), and may contain legally privileged information. Any unauthorized use or dissemination is prohibited. E-mails are susceptible to alteration. Neither SOCIETE GENERALE nor any of its subsidiaries or affiliates shall be liable for the message if altered, changed or falsified. Please visit http://sgasdisclosure.com for important information regarding SG Americas Securities, LLC ("SGAS"). Please visit http://swapdisclosure.sgcib.com for important information regarding swap transactions with SOCIETE GENERALE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message and any attachments (the "message") are confidential, intended solely for the addressee(s), and may contain legally privileged information. Any unauthorized use or dissemination is prohibited. E-mails are susceptible to alteration. Neither SOCIETE GENERALE nor any of its subsidiaries or affiliates shall be liable for the message if altered, changed or falsified. Please visit http://sgasdisclosure.com for important information regarding SG Americas Securities, LLC ("SGAS"). Please visit http://swapdisclosure.sgcib.com for important information regarding swap transactions with SOCIETE GENERALE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*************************************************************************
This message and any attachments (the "message") are confidential, intended solely for the addressee(s), and may contain legally privileged information.  Any unauthorized use or dissemination is prohibited. E-mails are susceptible to alteration. Neither SOCIETE GENERALE nor any of its subsidiaries or affiliates shall be liable for the message if altered, changed or falsified. Please visit http://sgasdisclosure.com for important information regarding SG Americas Securities, LLC ("SGAS"). Please visit http://swapdisclosure.sgcib.com for important information regarding swap transactions with SOCIETE GENERALE.
*************************************************************************

*************************************************************************
This message and any attachments (the "message") are confidential, intended solely for the addressee(s), and may contain legally privileged information.  Any unauthorized use or dissemination is prohibited. E-mails are susceptible to alteration. Neither SOCIETE GENERALE nor any of its subsidiaries or affiliates shall be liable for the message if altered, changed or falsified. Please visit http://sgasdisclosure.com for important information regarding SG Americas Securities, LLC ("SGAS"). Please visit http://swapdisclosure.sgcib.com for important information regarding swap transactions with SOCIETE GENERALE.
*************************************************************************

*************************************************************************
This message and any attachments (the "message") are confidential, intended solely for the addressee(s), and may contain legally privileged information.  Any unauthorized use or dissemination is prohibited. E-mails are susceptible to alteration. Neither SOCIETE GENERALE nor any of its subsidiaries or affiliates shall be liable for the message if altered, changed or falsified. Please visit http://sgasdisclosure.com for important information regarding SG Americas Securities, LLC ("SGAS"). Please visit http://swapdisclosure.sgcib.com for important information regarding swap transactions with SOCIETE GENERALE.
*************************************************************************

*************************************************************************
This message and any attachments (the "message") are confidential, intended solely for the addressee(s), and may contain legally privileged information.  Any unauthorized use or dissemination is prohibited. E-mails are susceptible to alteration. Neither SOCIETE GENERALE nor any of its subsidiaries or affiliates shall be liable for the message if altered, changed or falsified. Please visit http://sgasdisclosure.com for important information regarding SG Americas Securities, LLC ("SGAS"). Please visit http://swapdisclosure.sgcib.com for important information regarding swap transactions with SOCIETE GENERALE.
*************************************************************************

# EXHIBIT C

| | |
|---|---|
| **From:** | Nick Shodrok |
| **To:** | goldberger.dan@dorsey.com |
| **Cc:** | Chad Ihrig |
| **Subject:** | Re: [EXTERNAL] Proposed Protective Order |
| **Attachments:** | image001.png |
| | Proposed PO - Bank of China.docx |
| | Bank of China Fishbeck Subpoena.pdf |

Dan,

Your understanding is correct. The subpoena is attached, which Plaintiffs hereby serve on Bank of China. The proposed protective order is also attached. Please let us know your thoughts after reviewing.

Thanks,
Nick Shodrok
signature_290532279



3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
**nshodrok@nixlaw.com**

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** "goldberger.dan@dorsey.com" <goldberger.dan@dorsey.com>

**Date:** Wednesday, October 21, 2020 at 8:40 AM

**To:** Nick Shodrok <nshodrok@nixlaw.com>

**Subject:** RE: [EXTERNAL] Proposed Protective Order

Hi Nick,

We can accept service. Just to be clear, the new subpoena you are serving will be the same in substance as the initial subpoena, just with a different caption. My further understanding is that the new subpoena will be subject to the same narrowing as the initial subpoena, namely, just the *Hake* production.

Assuming everything is correct, the Bank agrees to your proposed limitation and will make a production upon the execution/entry of a protective order. Can you please send me a draft protective order for execution?

Regards,

Dan

**Daniel P. Goldberger**
**Partner**
**New York Office Head**

DORSEY & WHITNEY LLP
51 West 52nd Street | New York, NY 10019-6119
**P:** 212.415.9365  **M:** 215.205.3426

WWW.DORSEY.COM  ⸱  NEW YORK  ⸱  BIO  ⸱  V-CARD

---

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Tuesday, October 20, 2020 6:07 PM
**To:** Goldberger, Dan <goldberger.dan@dorsey.com>
**Subject:** Re: [EXTERNAL] Proposed Protective Order

Dan,

Following up on this. I just want to verify you'd be able to accept service of the second subpoena referenced in my email below.

Thanks again,
Nick Shodrok



3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
**nshodrok@nixlaw.com**

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Date:** Monday, October 19, 2020 at 8:29 AM
**To:** "goldberger.dan@dorsey.com" <goldberger.dan@dorsey.com>
**Subject:** Re: [EXTERNAL] Proposed Protective Order

Dan,

Thanks. Sounds good.

Also, our discovery deadline in *Fishbeck et al. v. The Islamic Republic of Iran* (Case No. 1:18-cv-02248-CRC) is this Wednesday. This action is referenced in the protective order that we have been negotiating. The protective order contemplates that any materials produced by Bank of China pursuant to the recently-served subpoena (in the *Holladay* case) can be used in the *Fishbeck* case. However, to meet our discovery deadline in the *Fishbeck* case and because we have not yet entered into the protective order, I will be serving Bank of China with another subpoena in the *Fishbeck* case (which will be identical to the *Holladay* subpoena, and for which Plaintiffs again only seek materials previously produced by Bank of China). I presume you will be able to accept service again for Bank of China?

Thanks,
Nick Shodrok



3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** "goldberger.dan@dorsey.com" <goldberger.dan@dorsey.com>
**Date:** Monday, October 19, 2020 at 8:16 AM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Subject:** RE: [EXTERNAL] Proposed Protective Order

Hi Nick,

Thanks for your email. I never understood that limitation, but will certainly take it back to the Bank, which I believe should solve some, if not all, of the issues. I will get back to you shortly.

Regards,

Dan

**Daniel P. Goldberger**
Partner
New York Office Head

DORSEY & WHITNEY LLP
51 West 52nd Street | New York, NY 10019-6119
**P:** 212.415.9365  **M:** 215.205.3426

WWW.DORSEY.COM  ≈  NEW YORK  ≈  BIO  ≈  V-CARD

---

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Sunday, October 18, 2020 9:33 PM
**To:** Goldberger, Dan <goldberger.dan@dorsey.com>
**Subject:** Re: [EXTERNAL] Proposed Protective Order

Thanks, Dan. Happy to discuss, but I'm hoping I can short circuit the issues referenced in your letter. As I originally mentioned when we first discussed, Plaintiffs are only seeking the same production that Bank of China may have produced in the *Hake* litigation. Please let me know if this does not address the issues referenced in your letter.

Sincerely,
Nick Shodrok



3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
**nshodrok@nixlaw.com**

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** "goldberger.dan@dorsey.com" <goldberger.dan@dorsey.com>
**Date:** Friday, October 16, 2020 at 8:53 AM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Subject:** RE: [EXTERNAL] Proposed Protective Order

Hi Nick,

Please see the attached letter. Once you've had a chance to review, let me know when you're free to discuss.

Regards,

Dan

**Daniel P. Goldberger**
**Partner**
**New York Office Head**

DORSEY & WHITNEY LLP
51 West 52nd Street | New York, NY 10019-6119
**P:** 212.415.9365  **M:** 215.205.3426

WWW.DORSEY.COM  ·  NEW YORK  ·  BIO  ·  V-CARD

---

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Thursday, October 15, 2020 2:28 PM
**To:** Goldberger, Dan <goldberger.dan@dorsey.com>
**Cc:** Akerman, Nick <Akerman.Nick@dorsey.com>
**Subject:** Re: [EXTERNAL] Proposed Protective Order

Dan,

Following up on the status of Bank of China's review of our proposed protective order as well as the production in connection with the subpoena we served. Please let me know.

Thanks,
Nick Shodrok

 NIX PATTERSON, LLP

3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Date:** Tuesday, July 21, 2020 at 5:09 PM
**To:** "goldberger.dan@dorsey.com" <goldberger.dan@dorsey.com>
**Cc:** "Akerman.Nick@dorsey.com" <Akerman.Nick@dorsey.com>, "efelps@levinlaw.com"
<efelps@levinlaw.com>, Chad Ihrig <cihrig@nixlaw.com>, Christopher Paulos
<cpaulos@levinlaw.com>, Seth Katz <SKatz@burgsimpson.com>, "DHerman@spanglaw.com"
<DHerman@spanglaw.com>
**Subject:** Re: [EXTERNAL] Proposed Protective Order

Dan,

Please see attached Plaintiffs' subpoena to Bank of China in the matter of *Holladay, et al., v. The
Islamic Republic of Iran, et al.* (Case No. 1:17-cv-00915-RDM).

Thanks,
Nick Shodrok

 NIX PATTERSON, LLP

3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
**nshodrok@nixlaw.com**

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If
you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately. This email may contain material that is confidential, privileged and/or attorney work
product for the sole use of the intended recipient. Any review, reliance or distribution by others or
forwarding without express permission is strictly prohibited. If you are not the intended recipient,
please contact the sender and delete all copies.

**From:** "goldberger.dan@dorsey.com" <goldberger.dan@dorsey.com>
**Date:** Tuesday, June 16, 2020 at 9:38 AM
**To:** Chad Ihrig <cihrig@nixlaw.com>
**Cc:** Nick Shodrok <nshodrok@nixlaw.com>, "Akerman.Nick@dorsey.com"
<Akerman.Nick@dorsey.com>, "efelps@levinlaw.com" <efelps@levinlaw.com>
**Subject:** RE: [EXTERNAL] Proposed Protective Order

Chad and Nick,

Bank of China, New York Branch has authorized me to accept service of the subpoena. Can you
please send me a finalized subpoena?

Regards,

Dan

**Daniel P. Goldberger**
Partner
New York Office Head

DORSEY & WHITNEY LLP
51 West 52nd Street | New York, NY 10019-6119
**P:** 212.415.9365 **M:** 215.205.3426

WWW.DORSEY.COM ◦ NEW YORK ◦ BIO ◦ V-CARD

---

**From:** Chad Ihrig <cihrig@nixlaw.com>
**Sent:** Tuesday, June 2, 2020 10:40 AM
**To:** Goldberger, Dan <goldberger.dan@dorsey.com>
**Cc:** Nick Shodrok <nshodrok@nixlaw.com>; Akerman, Nick <Akerman.Nick@dorsey.com>;
efelps@levinlaw.com
**Subject:** Re: [EXTERNAL] Proposed Protective Order

Yes, we can make that work.

Chad E. Ihrig

**Nix Patterson, L.L.P.**
512.328.5333—Tel.



---

**From:** "goldberger.dan@dorsey.com" <goldberger.dan@dorsey.com>
**Date:** Tuesday, June 2, 2020 at 9:37 AM
**To:** Chad Ihrig <cihrig@nixlaw.com>
**Cc:** Nick Shodrok <nshodrok@nixlaw.com>, "Akerman.Nick@dorsey.com"
<Akerman.Nick@dorsey.com>, Elizabeth Felps <efelps@levinlaw.com>
**Subject:** RE: [EXTERNAL] Proposed Protective Order

Chad—can we push our call back to 11:30 et? I am dealing with something urgent right now.

Thanks,

Dan

**Daniel P. Goldberger**
Partner

**New York Office Head**

DORSEY & WHITNEY LLP
51 West 52nd Street | New York, NY 10019-6119
**P:** 212.415.9365   **M:** 215.205.3426

WWW.DORSEY.COM   ▪   NEW YORK   ▪   BIO   ▪   V-CARD

---

**From:** Goldberger, Dan
**Sent:** Friday, May 29, 2020 3:08 PM
**To:** 'Chad Ihrig' <cihrig@nixlaw.com>
**Cc:** Nick Shodrok <nshodrok@nixlaw.com>; Akerman, Nick <Akerman.Nick@dorsey.com>; efelps@levinlaw.com
**Subject:** RE: [EXTERNAL] Proposed Protective Order

That works for me. I will send a dial-in.

**Daniel P. Goldberger**
**Partner**
**New York Office Head**

DORSEY & WHITNEY LLP
51 West 52nd Street | New York, NY 10019-6119
**P:** 212.415.9365   **M:** 215.205.3426

WWW.DORSEY.COM   ▪   NEW YORK   ▪   BIO   ▪   V-CARD

---

**From:** Chad Ihrig <cihrig@nixlaw.com>
**Sent:** Friday, May 29, 2020 9:07 AM
**To:** Goldberger, Dan <goldberger.dan@dorsey.com>
**Cc:** Nick Shodrok <nshodrok@nixlaw.com>; Akerman, Nick <Akerman.Nick@dorsey.com>; efelps@levinlaw.com
**Subject:** Re: [EXTERNAL] Proposed Protective Order

Dan, let's do 10 am central (11 Eastern), but I don't think the call will take that long. Do you have any suggested changes to the proposed protective order that we could review before the call? That would certainly expedite things. That said, the proposed protective order should be exactly the same as what your client has agreed to in the past.

Chad E. Ihrig
Nix Patterson, LLP
Office: 512-328-5333

On May 29, 2020, at 8:02 AM, "goldberger.dan@dorsey.com"
<goldberger.dan@dorsey.com> wrote:

I have a hard stop at 12, so if you expect the call to run more than 30, we should do
earlier.

**Daniel P. Goldberger**
Partner
New York Office Head

DORSEY & WHITNEY LLP
51 West 52nd Street | New York, NY 10019-6119
**P:** 212.415.9365  **M:** 215.205.3426

WWW.DORSEY.COM  ::  NEW YORK  ::  BIO  ::  V-CARD

---

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Thursday, May 28, 2020 7:31 PM
**To:** Goldberger, Dan <goldberger.dan@dorsey.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>; Akerman, Nick <Akerman.Nick@dorsey.com>;
efelps@levinlaw.com
**Subject:** Re: [EXTERNAL] Proposed Protective Order

Are you able to do 11:30 et/10:30 ct?

Thanks,
Nick Shodrok
<image007.jpg>
3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or
confidential. If you are not the intended recipient, please delete the e-mail and any
attachments and notify us immediately. This email may contain material that is
confidential, privileged and/or attorney work product for the sole use of the intended
recipient. Any review, reliance or distribution by others or forwarding without express
permission is strictly prohibited. If you are not the intended recipient, please contact the
sender and delete all copies.

---

**From:** "goldberger.dan@dorsey.com" <goldberger.dan@dorsey.com>
**Date:** Thursday, May 28, 2020 at 5:57 PM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>, "Akerman.Nick@dorsey.com"

<Akerman.Nick@dorsey.com>, "efelps@levinlaw.com" <efelps@levinlaw.com>
**Subject:** RE: [EXTERNAL] Proposed Protective Order

How is 10:30 et/9:30 ct? if that works, I can send a dial-in.

**Daniel P. Goldberger**
Partner
New York Office Head

DORSEY & WHITNEY LLP
51 West 52nd Street | New York, NY 10019-6119
**P:** 212.415.9365  **M:** 215.205.3426

WWW.DORSEY.COM  ::  NEW YORK  ::  BIO  ::  V-CARD

---

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Thursday, May 28, 2020 5:04 PM
**To:** Goldberger, Dan <goldberger.dan@dorsey.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>; Akerman, Nick <Akerman.Nick@dorsey.com>;
Elizabeth Felps <efelps@levinlaw.com>
**Subject:** Re: [EXTERNAL] Proposed Protective Order

Do you have availability on Tuesday? I will be available any time after 9:00 a.m. CST on
Tuesday, June 2.

Sincerely,
Nick Shodrok
<image008.jpg>
3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or
confidential. If you are not the intended recipient, please delete the e-mail and any
attachments and notify us immediately. This email may contain material that is
confidential, privileged and/or attorney work product for the sole use of the intended
recipient. Any review, reliance or distribution by others or forwarding without express
permission is strictly prohibited. If you are not the intended recipient, please contact the
sender and delete all copies.

---

**From:** "goldberger.dan@dorsey.com" <goldberger.dan@dorsey.com>
**Date:** Thursday, May 28, 2020 at 12:53 PM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>, "Akerman.Nick@dorsey.com"

<Akerman.Nick@dorsey.com>
**Subject:** RE: [EXTERNAL] Proposed Protective Order

Hi Nick,

I am available for a call next week. Please let me know some times that work for you.

Regards,

Dan

**Daniel P. Goldberger**
Partner
**New York Office Head**

DORSEY & WHITNEY LLP
51 West 52nd Street | New York, NY 10019-6119
**P:** 212.415.9365  **M:** 215.205.3426

WWW.DORSEY.COM   ::   NEW YORK   ::   BIO   ::   V-CARD

---

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Friday, May 22, 2020 4:07 PM
**To:** Goldberger, Dan <goldberger.dan@dorsey.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>; Akerman, Nick <Akerman.Nick@dorsey.com>
**Subject:** Re: [EXTERNAL] Proposed Protective Order

Dan,

I would like to follow up on my previous email regarding the proposed protective order. Are you available early next week to discuss?

Thank you,
Nick Shodrok
<image009.jpg>
3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express

permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Date:** Wednesday, May 13, 2020 at 9:49 AM
**To:** "goldberger.dan@dorsey.com" <goldberger.dan@dorsey.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>, "Akerman.Nick@dorsey.com" <Akerman.Nick@dorsey.com>
**Subject:** Re: [EXTERNAL] Proposed Protective Order

Thank you, Dan.

Nick Shodrok
<image010.jpg>
3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
**nshodrok@nixlaw.com**

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** "goldberger.dan@dorsey.com" <goldberger.dan@dorsey.com>
**Date:** Tuesday, May 12, 2020 at 10:02 PM
**To:** Nick Shodrok <nshodrok@nixlaw.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>, "Akerman.Nick@dorsey.com" <Akerman.Nick@dorsey.com>
**Subject:** RE: [EXTERNAL] Proposed Protective Order

Hi Nick,

Thanks for your email. I am conferring with the client and will get back to you as soon as I can.

Regards,

Dan

**Daniel P. Goldberger**

**Partner**
**New York Office Head**

DORSEY & WHITNEY LLP

51 West 52nd Street | New York, NY 10019-6119

**P:** 212.415.9365  **M:** 215.205.3426

WWW.DORSEY.COM :: NEW YORK :: BIO :: V-CARD

---

**From:** Nick Shodrok <nshodrok@nixlaw.com>
**Sent:** Thursday, May 7, 2020 1:19 PM
**To:** Goldberger, Dan <goldberger.dan@dorsey.com>
**Cc:** Chad Ihrig <cihrig@nixlaw.com>
**Subject:** [EXTERNAL] Proposed Protective Order

Mr. Goldberger,

Good afternoon. My name is Nick Shodrok and I am an attorney with the law offices of Nix Patterson, LLP. I am part of a team of attorneys that represent the named plaintiffs in the following Anti-Terrorism Act cases against the Islamic Republic of Iran, et al.—all of which cases are currently pending in the United States District Court for the District of Columbia: *Estate of Christopher Brook Fishbeck, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:18-cv-02248-CRC; *Estate of Robert P. Hartwick, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:18-cv-1612-CKK; *Joshua L. Holladay, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:17-cv-00915-RDM; and *George Lon Williams, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:18-cv-02425-RDM.

I write on behalf of the named Plaintiffs in *Joshua L. Holladay, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:17-cv-00915-RDM seeking to enter into a Protective Order with Bank of China. All Plaintiffs in the four above-referenced actions plan to issue subpoenas to Bank of China to obtain documents relevant to and necessary for the continued prosecution of their claims. To avoid issuing such subpoenas in each of these four cases and to avoid duplicative discovery, Plaintiffs in the above-referenced actions propose that Bank of China enter into the Protective Order attached hereto as Exhibit A, which would allow the documents obtained from Bank of China in *Joshua L. Holladay, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:17-cv-00915-RDM to also be shared across the following cases: *Estate of Christopher Brook Fishbeck, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:18-cv-02248-CRC; *Estate of Robert P. Hartwick, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:18-cv-1612-CKK; and *George Lon Williams, et al. v. The Islamic Republic of Iran, et al.*, Case No.

1:18-cv-02425-RDM.

Plaintiffs are open to negotiation as to the specific language of the Protective Order. However, Bank of China entered into a substantially similar version of the attached proposed Protective Order in *Kelli D. Hake, et al., v. Bank Markazi Jomhouri Islami Iran, et al.,* Case No. 17-cv-114-TJK, a separate Anti-Terrorism Act case. The Protective Order that Bank of China entered into in the *Hake* case is attached hereto as Exhibit B, for your reference. I have attached hereto as Exhibit C the documents that Plaintiffs intend to seek from Bank of China, for your reference. Please note that Exhibit C is not a subpoena or document request but is merely provided for your reference so that Bank of China is aware of the documents that Plaintiffs intend to seek.

Please let me know your thoughts on this matter and, specifically, on the attached proposed Protective Order. Please let me know a time that works for you if you would like to discuss any of these issues over the phone. I look forward to hearing from you. Thank you.

Sincerely,
Nick Shodrok
<image011.jpg>
3600 North Capital of Texas Hwy.
Building B, Suite 350
Austin, Texas 78746
**Ph. (512) 328-5333**
**Fax (512) 328-5335**
nshodrok@nixlaw.com

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

# EXHIBIT D

# ASSURED

CIVIL PROCESS AGENCY

5926 BALCONES DR., STE. 290
AUSTIN, TEXAS 78731

(512) 477-2681
(FAX) 477-6526

October 22, 2020

ZJ05388

NICK SHODROK
NIX PATTERSON, LLP
3600 N. CAPITAL OF TX HWY
BLDG. B, SUITE 350
AUSTIN, TX 78746

============== STATEMENT ==============

FISHBECK, CHRISTOPHER BROOK
V.
THE ISLAMIC REPUBLIC OF IRAN

DEF/WIT:
BANK OF AMERICA

SUBPOENA:                          $      90.00

TOTAL DUE:                         $      90.00

INVOICE REFLECTS PROJECT FEES, NOT SERVICE COMPLETION.
PAYMENT IS DUE UPON RECEIPT.

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Christopher Brook Fishbeck, et al., | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. 1:18-cv-02248-CRC |
| The Islamic Republic of Iran | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Bank of America, through its registered agent, CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION , FL 33324

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Schedule A

Λ

| Place: electronically to nshodrok@nixlaw.com; alternatively, Nix Patterson, 3600 N Capital of Texas Hwy b350, Austin, TX 78746 | Date and Time: November 20, 2020 |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/21/20

| CLERK OF COURT | |
|---|---|
| | OR |
| | /s/Chad Ihrig |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs , who issues or requests this subpoena, are:

Chad Ihrig, 3600 N Capital of Texas Hwy b350, Austin, TX 78746, cihrig@nixlaw.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## AFFIDAVIT OF SERVICE

State of                                                                                              County of

Case Number: 1:18-CV-02248-CRC   Court Date: 11/20/2020

Plaintiff:
**CHRISTOPHER BROOK FISHBECK, et al.,**

vs.
Defendant:
**THE ISLAMIC REPUBLIC OF IRAN**

For:
Chad Ihrig

Received by Advantage Process OS Inc. on the 21st day of October, 2020 at 7:58 am to be served on **BANK OF AMERICA C/O REGISTERED AGENT- CT CORPORATION SYSTEM, 1200 S PINE ISLAND RD., PLANTATION, FL 33324.**

I, Warren Sua, being duly sworn, depose and say that on the **22nd day of October, 2020** at 1:00 pm, I:

served a **CORPORATION** by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **SUPERVISOR/ AUTHORIZED TO ACCEPT** for **BANK OF AMERICA**, at the address of: **1200 S PINE ISLAND RD., PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

**Description of Person Served:** Age: 50+, Sex: F, Race/Skin Color: WHITE, Height: 5'3", Weight: 140, Hair: DARK BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.                                              NOTARY NOT
REQUIRED PURSUANT TO  F.S.92.525(2).

_____
**Warren Sua**
BPS#1547

**3389 Sheridan St.**
**Ste 305**
**Hollywood, FL 33021**
**(954) 818-6555**

Our Job Serial Number: AMV-2020004616

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m

# EXHIBIT E

# ASSURED

CIVIL PROCESS AGENCY

5926 BALCONES DR., STE. 290
AUSTIN, TEXAS 78731

(512) 477-2681
(FAX) 477-6526

October 22, 2020

ZJ05387

NICK SHODROK
NIX PATTERSON, LLP
3600 N. CAPITAL OF TX HWY
BLDG. B, SUITE 350
AUSTIN, TX 78746

## STATEMENT

FISHBECK, CHRISTOPHER BROOK
V.
THE ISLAMIC REPUBLIC OF IRAN

DEF/WIT:
NATIONAL WESTMINSTER BANK PLC

| | |
|---|---|
| SUBPOENA: | $    90.00 |
| EXPEDITE FEE: | 40.00 |

TOTAL DUE:                              $     130.00

INVOICE REFLECTS PROJECT FEES, NOT SERVICE COMPLETION.
PAYMENT IS DUE UPON RECEIPT.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| Christopher Brook Fishbeck, et al., | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 1:18-cv-02248-CRC |
| The Islamic Republic of Iran | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: National Westminster Bank PLC through its registered agent CT CORPORATION SYSTEM, 8751 West Broward Boulevard, Plantation, FL

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Schedule A

| Place: electronically to nshodrok@nixlaw.com; alternatively, Nix Patterson, 3600 N Capital of Texas Hwy b350, Austin, TX 78746 | Date and Time: November 20, 2020 |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/20/20

| _CLERK OF COURT_ | OR | /s/Chad Ihrig |
|---|---|---|
| _Signature of Clerk or Deputy Clerk_ | | _Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ Plaintiffs
, who issues or requests this subpoena, are:

Chad Ihrig, 3600 N Capital of Texas Hwy b350, Austin, TX 78746, cihrig@nixlaw.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## AFFIDAVIT OF SERVICE

State of                                                                                          County of

Case Number: 1:18-CV-02248-CRC    Court Date: 11/20/2020

Plaintiff:
**CHRISTOPHER BROOK FISHBECK, et al.,**

vs.

Defendant:
**THE ISLAMIC REPUBLIC OF IRAN**

For:
Chad Ihrig

Received by Advantage Process OS Inc. on the 21st day of October, 2020 at 7:58 am to be served on **NATIONAL WESTMINSTER BANK, PLC C/O REGISTERED AGENT- CT CORPORATION SYSTEM, 1200 S PINE ISLAND RD., PLANTATION, FL 33324.**

I, Warren Sua, being duly sworn, depose and say that on the **22nd day of October, 2020** at 1:00 pm, I:

served a **CORPORATION** by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **SUPERVISOR/ AUTHORIZED TO ACCEPT** for NATIONAL WESTMINSTER BANK, PLC, at the address of: **1200 S PINE ISLAND RD., PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 50+, Sex: F, Race/Skin Color: WHITE, Height: 5'3", Weight: 140, Hair: DARK BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.                                                   NOTARY NOT REQUIRED PURSUANT TO  F.S.92.525(2).

**Warren Sua**
SPS#1547

3389 Sheridan St.
Ste 305
Hollywood, FL 33021
(954) 818-6555

Our Job Serial Number: AMV-2020004598

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m

# EXHIBIT F

# ASSURED

CIVIL PROCESS AGENCY

5926 BALCONES DR., STE. 290                                              (512) 477-2681
AUSTIN, TEXAS 78731                                                      (FAX) 477-6526

October 21, 2020

ZJ05377

NICK SHODROK
NIX PATTERSON, LLP
3600 N. CAPITAL OF TX HWY
BLDG. B, SUITE 350
AUSTIN, TX 78746

## STATEMENT

FISHBECK, CHRISTOPHER BROOK
V.
THE ISLAMIC REPUBLIC OF IRAN

DEF/WIT:
NATIONAL WESTMINISTER BANK PLC

|  |  |
|---|---|
| SUBPOENA: | $    90.00 |
| EXPEDITE FEE: |      40.00 |
| TOTAL DUE: | $   130.00 |

INVOICE REFLECTS PROJECT FEES, NOT SERVICE COMPLETION.
PAYMENT IS DUE UPON RECEIPT.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| Christopher Brook Fishbeck, et al., | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 1:18-cv-02248-CRC |
| The Islamic Republic of Iran | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: National Westminister Bank PLC, 8751 West Broward Boulevard, Plantation, FL

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Schedule A

| Place: electronically to nshodrok@nixlaw.com; alternatively, Nix Patterson, 3600 N Capital of Texas Hwy b350, Austin, TX 78746 | Date and Time: November 20, 2020 |
|---|---|

❐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/20/20

| _CLERK OF COURT_ | | |
|---|---|---|
| | OR | /s/Chad Ihrig |
| _Signature of Clerk or Deputy Clerk_ | | _Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_   Plaintiffs
, who issues or requests this subpoena, are:

Chad Ihrig, 3600 N Capital of Texas Hwy b350, Austin, TX 78746, cihrig@nixlaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## AFFIDAVIT OF NON-SERVICE

State of                                                                                    County of

Case Number: 1:18-CV-02248-CRC   Court Date: 11/20/2020

Plaintiff:
**CHRISTOPHER BROOK FISHBECK, et al.,**

vs.

Defendant:
**THE ISLAMIC REPUBLIC OF IRAN**

For:
Chad Ihrig

Received by Advantage Process OS Inc. on the 21st day of October, 2020 at 7:58 am to be served on
**NATIONAL WESTMINISTER BANK, PLC, 8751 BROWARD BLVD., PLANTATION, FL 33324**

I, Warren Sua, being duly sworn, depose and say that on the **21st day of October, 2020** at **3:00 pm, I:**

**NON-SERVED** the **Subpoena to Produce Documents, Information, or Objects or to Permit
Inspection of Premises in a Civil Action** for the reason that I failed to find **NATIONAL WESTMINISTER
BANK, PLC** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
10/21/2020  3:00 pm  Attempted service at 8751 Broward Blvd., Plantation, FL 33324-Address is a 5 story
bldg. Directory does not have National Westminister Bank, PLC

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process
Server, in good standing, in the jurisdiction which the process was served. Under penalty of perjury, I
declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.
NOTARY NOT REQUIRED PURSUANT TO  F.S.92.525(2).

**Warren Sua**
SPS#1547

**3389 Sheridan St.
Ste 305
Hollywood, FL 33021
(954) 818-6555**

Our Job Serial Number: AMV-2020004589

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m