# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF<br>CHRISTOPHER BROOK FISHBECK, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br><br>Defendants ) | )<br>)<br>)<br>)<br>)  Civil Action No. 1:18-cv-02248-CRC<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF CHRISTOPHER C. DYER, ESQ.

I, Christopher C. Dyer, hereby affirm under penalty of perjury as follows:

1. I am an attorney for the Law Offices of Lucas & Magazine, PLLC., located at 8606 Government Drive, New Port Richey, FL 34654.

2. I am counsel for Plaintiffs in this case.

3. The facts set forth in this affidavit are known to me personally and I am competent to so testify.

4. Plaintiffs served third-party subpoenas to Third Parties Citibank, JP Morgan Chase Bank, Wells Fargo N.A., and Intesa San Paolo.

5. The subpoenas requested information related to transactions linking Iran and its political subdivisions, agents and instrumentalities to terrorist groups involving in the attacks on Plaintiffs.

6. The subpoena to Citibank was served and delivered via email to Sharon Schneier at sharonschneier@dwt.com on October 20, 2020. Ms. Schneier is the attorney representing Citibank regarding the subpoena and accepted service on its behalf. A true and correct copy of the email confirming service is attached as **Exhibit A** hereto.

7. The subpoena to JP Morgan Chase Bank was served and delivered via email to Steven Feigenbaum at sfeigenbaum@katskykorins.com on October 20, 2020. Mr. Feigenbaum is the attorney representing JP Morgan Chase Bank regarding the subpoena and accepted service on its behalf. A true and correct copy of the email confirming service is attached as **Exhibit B** hereto.

8. The subpoena to Wells Fargo, N.A. was served and delivered via email to Alex Lakatos at ALakatos@mayerbrown.com on October 20, 2020. Mr. Lakatos is the attorney representing Wells Fargo, N.A. regarding the subpoena and accepted service on its behalf. A true and correct copy of the email confirming service is attached as **Exhibit C** hereto.

9. The subpoena to Intesa San Paolo was served and delivered via email to Gina Cora at Gina.Cora@davispolk.com on October 20, 2020. Ms. Cora is the attorney representing Intesa San Paolo regarding the subpoena and accepted service on its behalf. A true and correct copy of the email confirming service is attached as **Exhibit D** hereto.

*FURTHER AFFIANT SAYTEH NAUGHT.*

Executed on December **1st**, 2020 in New Port Richey, Florida.

By: _____
CHRISTOPHER C. DYER, ESQ.
Bar ID: FL0054
**THE LAW OFFICES OF LUCAS MAGAZINE**
8606 Government Drive
New Port Richey, Florida 34654
Telephone: (727)849-5353
Facsimile: (727)845-7949
Email: cdyer@lucasmagazine.com

STATE OF FLORIDA

COUNTY OF PASCO

BEFORE ME, the undersigned authority, on this day personally appeared CHRISTOPHER C. DYER known to me to be the person whose name is subscribed to the foregoing Affidavit of Christopher C. Dyer, and signed the foregoing document under penalty of perjury.

Witness my hand and official seal on this _1st_ day of _December_, 2020

DEANA L. MARKEL
MY COMMISSION # GG 296148
EXPIRES: February 8, 2023
Bonded Thru Notary Public Underwriters

_____
Notary Pubic

# EXHIBIT A

| | |
|---|---|
| **From:** | Chris Dyer |
| **To:** | Schneier, Sharon |
| **Cc:** | Jessica Baker |
| **Subject:** | Service of Subpoena, Estate of Christopher Brook Fishbeck, et al. v. The Islamic Republic of Iran, et al.; Case No. 1:18-cv-02248-CRC, United States District Court for the District of Columbia |
| **Date:** | Tuesday, October 20, 2020 12:42:43 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | Citibank.pdf |
| | Fishbeck Citibank Subpoena.pdf |

Ms. Schneier,

As discussed and pursuant to your agreement to accept service on behave of Citibank, please find the attached correspondence and Subpoena for the above referenced case.

Please confirm receipt and acceptance.

Thank you,

Chris



**Christopher C. Dyer, Esq.**
Partner
Phone: 727.849.5353
Email: cdyer@lucasmagazine.com
www.lucasmagazine.com

THE LAW OFFICES OF
**LUCAS & MAGAZINE**

Confidentiality Disclaimer: This communication originates from the Law Offices of Lucas | Magazine, P.L.L.C and is protected under the Electronic Communications Privacy Act, 18 U.S.C. S2510-2521. The information contained in this email is privileged and confidential under Fla. R. Jud. Admin. 2.420 and information intended only for the use of the individual(s) named above. The information contained in this electronic transmission is attorney privileged and confidential. Additionally, email is not a secure mode of communication and may be accessed by unauthorized persons. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via return electronic communication. Thank you.

# EXHIBIT B

| | |
|---|---|
| **From:** | Chris Dyer |
| **To:** | Feigenbaum, Steven; Jessica Baker |
| **Subject:** | Service of Subpoena, Estate of Christopher Brook Fishbeck, et al. v. The Islamic Republic of Iran, et al.; Case No. 1:18-cv-02248-CRC, United States District Court for the District of Columbia |
| **Date:** | Tuesday, October 20, 2020 11:52:50 AM |
| **Attachments:** | image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png<br>image007.png<br>JP Morgan Fishbeck subpoena.pdf<br>JPMC.pdf |

Mr. Feigenbaum,

As discussed and pursuant to your agreement to accept service on behave of JP Morgan Chase,  please find the attached correspondence and Subpoena for the above referenced case..

Please confirm receipt and acceptance.

Thank you,

Chris



### Christopher C. Dyer, Esq.
Partner
Phone: 727.849.5353
Email: cdyer@lucasmagazine.com
www.lucasmagazine.com

THE LAW OFFICES OF
**LUCAS & MAGAZINE**

Confidentiality Disclaimer: This communication originates from the Law Offices of Lucas | Magazine, P.L.L.C and is protected under the Electronic Communications Privacy Act, 18 U.S.C. S2510-2521. The information contained in this email is privileged and confidential under Fla. R. Jud. Admin. 2.420 and information intended only for the use of the individual(s) named above. The information contained in this electronic transmission is attorney privileged and confidential. Additionally, email is not a secure mode of communication and may be accessed by unauthorized persons. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via return electronic communication. Thank you.

# EXHIBIT C

| | |
|---|---|
| **From:** | Chris Dyer |
| **To:** | Lakatos, Alex; Jessica Baker |
| **Cc:** | Healy, Kevin J. |
| **Subject:** | Service of Subpoena, Estate of Christopher Brook Fishbeck, et al. v. The Islamic Republic of Iran, et al.; Case No. 1:18-cv-02248-CRC, United States District Court for the District of Columbia |
| **Date:** | Tuesday, October 20, 2020 10:28:17 AM |
| **Attachments:** | image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png<br>image007.png<br>Wells Fargo.pdf<br>Wells Fargo Subpoena Fishbeck.pdf |

Mr. Lakatos,

As discussed please find the attached correspondence and Subpoena for the above referenced case for your client Wells Fargo.

Please confirm receipt and acceptance.

Thank you,

Chris



**Christopher C. Dyer, Esq.**
Partner
Phone: 727.849.5353
Email: cdyer@lucasmagazine.com
www.lucasmagazine.com

THE LAW OFFICES OF
**LUCAS & MAGAZINE**

Confidentiality Disclaimer: This communication originates from the Law Offices of Lucas | Magazine, P.L.L.C and is protected under the Electronic Communications Privacy Act, 18 U.S.C. S2510-2521. The information contained in this email is privileged and confidential under Fla. R. Jud. Admin. 2.420 and information intended only for the use of the individual(s) named above. The information contained in this electronic transmission is attorney privileged and confidential. Additionally, email is not a secure mode of communication and may be accessed by unauthorized persons. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via return electronic communication. Thank you.

# EXHIBIT D

| | |
|---|---|
| **From:** | Chris Dyer |
| **To:** | Cora, Gina |
| **Cc:** | Jessica Baker |
| **Subject:** | Service of Subpoena, Estate of Christopher Brook Fishbeck, et al. v. The Islamic Republic of Iran, et al.; Case No. 1:18-cv-02248-CRC, United States District Court for the District of Columbia |
| **Date:** | Tuesday, October 20, 2020 11:48:37 AM |
| **Attachments:** | image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png<br>image007.png<br>Intesa.pdf<br>Intesa Fishbeck Subpoena.pdf |

Ms. Cora,

As discussed and pursuant to your agreement to accept service on behave of Intesa Sanpaolo, please find the attached correspondence and Subpoena for the above referenced case..

Please confirm receipt and acceptance.

Thank you,

Chris



### Christopher C. Dyer, Esq.
Partner
Phone: 727.849.5353
Email: cdyer@lucasmagazine.com
www.lucasmagazine.com

THE LAW OFFICES OF
LUCAS & MAGAZINE

Confidentiality Disclaimer: This communication originates from the Law Offices of Lucas | Magazine, P.L.L.C and is protected under the Electronic Communications Privacy Act, 18 U.S.C. S2510-2521. The information contained in this email is privileged and confidential under Fla. R. Jud. Admin. 2.420 and information intended only for the use of the individual(s) named above. The information contained in this electronic transmission is attorney privileged and confidential. Additionally, email is not a secure mode of communication and may be accessed by unauthorized persons. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via return electronic communication. Thank you.