AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Estate of Christopher Brook Fishbeck, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-cv-02248 |
| The Islamic Republic of iran, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs     .

Date:     12/2/2020

s/ Christopher C. Dyer
*Attorney's signature*

Christopher C. Dyer, FL0054
*Printed name and bar number*

8606 Government Drive
New Port Richey, fl 34654

*Address*

cdyer@lucasmagazine.com
*E-mail address*

(727) 849-5353
*Telephone number*

(727) 845-7949
*FAX number*