UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF CHRISTOPHER BROOK )
FISHBECK, et al., )
  )
  )
      Plaintiffs, )
  ) Civil Action No. 1:18-cv-02248-CKK
v. )
  )
THE ISLAMIC REPUBLIC OF IRAN, et al., )
  )
      Defendants )
  )

**DECLARATION OF SETH A. KATZ IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

    I, Seth A. Katz, hereby certify pursuant to Local Rule 83.2(d) that the following is true and correct:

    1.    I am an attorney with Burg Simpson Eldredge Hersh & Jardine, P.C., 40 Inverness Drive East, Englewood, CO 80112, Phone: (303) 792-5595. Facsimile: (303) 708-0527.

    2.    I am admitted to practice in the following courts:

- Supreme Court of New York: January 10, 1994
- Supreme Court of Colorado: April 10, 2006
- Supreme Court of Wyoming: May 17, 2006
- Supreme Court of the United States: April 17, 2006
- Tenth Circuit Court of Appeals: June 23, 2009
- Supreme Court of Arizona: May 9, 2014
- US District Court of Colorado: September 30, 2005
- US District Court, Eastern District of New York: February 20, 1997
- US District Court, Southern District of New York: February 11, 1997
- US District Court, Western District of New York: January 22, 2008
- US District Court of Wyoming: November 14, 2007
- US District Court of Arizona: October 6, 2014

    3.    I have not been disciplined by any jurisdiction by a court or lawyer regulatory organization, nor have I had a *pro hac vice* admission revoked since my original licensure in 1994.

1

4. I have been admitted *pro hac vice* in this Court in the following cases: Holladay et al v. Islamic Republic of Iran et al; Case No. 1:17-cv-00915 (admitted July 1, 2018).

5. I have been associated to serve as counsel for Plaintiffs along with Howard Nations of The Nations Law Firm who is admitted to the Courts of this District.

6. I am not a member of the District of Columbia Bar and do not have an application for such membership pending.

WHEREFORE it is respectfully requested that I, Seth A. Katz, be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Plaintiffs.

Dated: January 12, 2021.                Respectfully submitted,

By: /s/ Seth A. Katz
Seth A. Katz (*Pro Hac Vice*)
Colorado Bar No. 37205
**BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, Colorado 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
Email: skatz@burgsimpson.com