UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants | Civil Action No. 1:18-cv-02248-CKK |

### DECLARATION OF DAVID K. TESELLE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, David K. TeSelle, hereby certify pursuant to Local Rule 83.2(d) that the following is true and correct:

1. I am an attorney with Burg Simpson Eldredge Hersh & Jardine, P.C., 40 Inverness Drive East, Englewood, CO 80112, Phone: (303) 792-5595. Facsimile: (303) 708-0527.

2. I am admitted to practice in the following courts:

   - State Court of Colorado: 7/1/1998.
   - Tenth Circuit Court of Appeals: 5/11/2010.
   - Supreme Court of the United States: 8/31/1998.
   - State Court of Arizona: 5/8/2015.
   - US District Court of Colorado: 11/16/1998.
   - US District Court, Eastern District of Pennsylvania: 6/4/1994-7/1/1998 (inactive).

3. I have not been disciplined by any jurisdiction by a court or lawyer regulatory organization, nor have I had a *pro hac vice* admission revoked since my original licensure in 1998.

4. I have been admitted *pro hac vice* in this Court in the following cases: Holladay et al v. Islamic Republic of Iran et al; Case No. 1:17-cv-00915 (admitted July 1, 2018).

5. I have been associated to serve as counsel for Plaintiffs along with Howard Nations of The Nations Law Firm who is admitted to the Courts of this District.

1

6.    I am not a member of the District of Columbia Bar and do not have an application for such membership pending.

WHEREFORE it is respectfully requested that I, David K. TeSelle, be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Plaintiffs.

Dated: January 12, 2021.                    Respectfully submitted,

By: /s/ *David K. TeSelle*
David K. TeSelle (*Pro Hac Vice*)
Colorado Bar No. 29648
**BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, Colorado 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
Email: dteselle@burgsimpson.com