UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,**<br><br>Defendants | Civil Action No. 1:18-cv-02248-CKK |

## ORDER

Upon Motion by Howard Nations, and it appearing to the Court that David K. TeSelle satisfied the requirements of Local Rule 83.2(d) for admission *pro hac vice* to practice in this Court in the above referenced action, it is hereby ORDERED as follows:

Motion for Admission of David K. TeSelle *pro hac vice* is GRANTED he is hereby admitted to practice in this Court in the instant action.

SO ORDERED _____ day of _____, 2021.

_____
United States District Court Judge

1