AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK et al<br>*Plaintiff*<br>v.<br>ISLAMIC REPUBLIC OF IRAN et al<br>*Defendant* | ) ) ) ) ) | Case No. 1:18-cv-02248-CRC |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-party Wells Fargo Bank, N.A.

Date: January 19, 2021

/s/ Alex Lakatos
*Attorney's signature*

Alex Lakatos 453763
*Printed name and bar number*

Mayer Brown LLP
1999 K Street N.W.
Washington, D.C. 20006
*Address*

alakatos@mayerbrown.com
*E-mail address*

(202) 263-3312
*Telephone number*

(202) 263-5312
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record in this matter who are registered with the Court's CM/ECF system.

                                                /s/ Alex Lakatos
                                                  Alex Lakatos