AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Estate of Christopher Brook Fishbeck, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-cv-02248-CRC |
| The Islamic Republic of Iran, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date: 01/22/2021

/s/ Seth A. Katz
*Attorney's signature*

Seth A. Katz, CO 37205
*Printed name and bar number*

Burg Simpson Eldredge Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, Colorado 80112

*Address*

skatz@burgsimpson.com
*E-mail address*

(303) 792-5595
*Telephone number*

(303) 708-0527
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2021, this document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Seth A. Katz*
Seth A. Katz