UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF<br>CHRISTOPHER BROOK FISHBECK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>*Defendants*. | **Case No.: 1:18-cv-02248-CRC** |

## JOINT MOTION FOR ENTRY OF PROTECTIVE AGREEMENT AND ORDER

Plaintiffs, Estate of Christopher Brook Fishbeck, *et al.* (collectively, the "Plaintiffs") and non-party Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective undersigned counsel, hereby move for entry of a stipulated protective agreement and order governing the exchange of potentially sensitive, non-public information in the course of discovery in this action. With respect to the meet and confer requirement pursuant to Local Civil Rule 7(m), Defendants Islamic Republic of Iran, Islamic Revolutionary Guard Corps, Iranian Ministry of Intelligence & Security (a/k/a Vezarat-E Ettea'at Va Amniat-e Keshvar, a/k/a VEVAK, a/k/a VAJA), Bank Markazi Jomhouri Islami Iran (a/k/a Central Bank of the Islamic Republic of Iran), Bank Melli Iran, and National Iranian Oil Company are in default and have not appeared in this action.

As part of their discovery efforts, Plaintiffs have served a subpoena dated October 20, 2020 (the "Subpoena") on Wells Fargo seeking documents and information regarding transactions and assets related to certain organizations and individuals identified in the Subpoena. The documents and information sought may contain customer financial information or other confidential information. Accordingly, Plaintiffs and Wells Fargo have executed and jointly agree to the entry

739913401.2

of the Protective Agreement and Order filed herewith as Exhibit A (the "Agreement"). Counsel for Caballero and for the Bank met and conferred in good faith and agreed to the relief requested in this motion.

For these reasons, Plaintiffs and Wells Fargo respectfully request that this Court grant this Motion and that this Court enter the Agreement as an order of this Court.

Dated:  February 3, 2021

**The Law Offices of Lucas & Magazine**

By: */s/ Christopher C. Dyer*
Chrsitopher C. Dyer
U.S. District Court DC Bar ID: FL0054
8606 Government Drive
New Port Richey, Florida 34654
Telephone: 727.849.5353
Facsimile: 727.845.7949
Email: cdyer@lucasmagazine.com
*Counsel for Plaintiffs*

**Wells Fargo, N.A.**

By: */s/  Alex C. Lakatos*
Alex C.Lakatos
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
Telephone: 202.263.3312
Email: alakatos@mayerbrown.com
*Counsel for Wells Fargo*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on February 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being furnished this day by transmission of Notices of Electronic Filing generated by CM/ECF to those counsel or parties who are registered to receive Notices of Electronic Filing in this case.

      /s/ *Alex C. Lakatos*
      Alex C. Lakatos