# EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF <br> CHRISTOPHER BROOK FISHBECK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, *et al.*, <br><br> *Defendants*. | Case No.: 1:18-cv-02248-CRC |

## PROTECTIVE AGREEMENT AND ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and among Plaintiffs Estate of Christopher Brook Fishbeck, et al., (collectively "Plaintiffs"), and non-party Wells Fargo Bank, N.A. (the "Bank"), by and through their respective undersigned counsel as follows:

1. This Protective Agreement (the "Agreement") applies to "Confidential Information," as defined below, produced, or otherwise disclosed by Bank to Plaintiffs.

2. The term "Confidential Information" as used in this Agreement means any record, document, thing or information that is designated or labeled "Confidential" by Bank.

3. Plaintiffs shall have the Agreement entered by the Court in each action before the Bank's Confidential Information is shared with Plaintiffs.

4. Confidential Information shall not be used or disclosed for any purpose other than in relation to Plaintiffs' **current** claims against the defendant or defendants in the pending United States District Court for the District of Columbia *Joshua L. Holladay, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:17-cv-00915-RDM; *Estate of Robert P. Hartwick, et al., v. The Islamic Republic of Iran, et al.*, Case No. 1:18-cv-1612-CKK; *Estate of Christopher Brook Fishbeck, et al., v. The Islamic Republic of Iran, et al.*, Case No. 1:18-cv-02248-CRC; and *George Lon Williams, et al., v. The Islamic Republic of Iran, et al.*, Case No. 1:18-cv-02425-RDM actions (the "Actions").

5. Confidential Information may be used in connection with discovery proceedings on **the current claims** in the Actions and as evidence in any application, motion, hearing, trial or other proceeding **on the current claims** in the Actions.

6. Once Confidential Information is produced, it may be disclosed, summarized, or otherwise communicated in whole or in part only to the following persons who may make use of

1

such information only in connection with the Actions:

    a. Counsel who represent parties in the Actions, and employees and agents of such counsel assisting in the preparation or conduct thereof for use in accordance with this Stipulation;

    b. Experts or consultants assisting counsel for those parties in the Actions;

    c. Potential or anticipated witnesses, and their counsel, in the Actions;

    d. The court in the Actions;

    e. Court reporters employed in connection with the Actions; and

    f. Any person that may be examined as a witness at trial in the Actions concerning any Confidential Information.

7. Before counsel may show or disclose Confidential Information to any witness, expert, or consultant, except at trial, that witness, expert, or consultant shall be provided a copy of this Protective Agreement and Order. Any disclosure of Confidential Information to witnesses, experts, and/or consultants must be useful or necessary, in the opinion of counsel, for the preparation for or conduct of the Actions.

8. The inadvertent disclosure by Bank of any information subject to a claim of attorney-client privilege, attorney work-product or similar ground on which disclosure of such information should not have been made, shall not be construed as a waiver of such claim. Neither shall Agreement be construed as requiring the Bank, or any branch or subsidiary of the Bank, to commit any act that would violate any domestic, federal, state, or local law, or any law of a foreign jurisdiction. The inadvertent disclosure in violation of any such law shall not be considered a waiver thereof.

9. Plaintiffs and Bank further recognize that the obligations embodied herein shall

not apply to information already in the public domain, or information already known to counsel of the Plaintiffs or Plaintiffs, consultants or experts, or information obtained from a third party not under any obligation of confidentiality to Bank **or to a third-party** regarding the information.

10. Any Confidential Information filed or otherwise submitted in any court proceeding related to the Actions shall be lodged under seal. Any person filing, submitting or otherwise using Confidential Information in any such proceeding shall make a reasonable effort to prevent the Confidential Information from becoming party of the public record, including, without limitation, seeking an order permanently excluding any Confidential Information used in the proceeding from the public record.

11. The obligation under this Protective Agreement and Order shall survive the termination of the Actions and continue to bind Plaintiffs and Bank and the parties to whom Confidential Information is disclosed.

12. This Protective Agreement and Order may be signed by counsel in counterparts, with the same force and effect as if all signatures appeared on one document and email or facsimile copies of signatures shall also have the same force and effect as original signatures.

13. This Agreement shall be governed by, and construed and interpreted in accordance with, the law of the State of New York. Any Actions or proceeding related in any way to this Agreement shall be brought in any State or Federal court located in the 1st Judicial District, State of New York. The parties hereby irrevocably and unconditionally waive trial by jury in any such Actions or proceeding.

14. Bank's entry into this Protective Order and Agreement shall not be deemed a waiver of any of Bank's objections or defenses to any subpoena or other pleading in this matter, including for lack of personal jurisdiction.

Dated: February 3, 2021

**The Law Offices of Lucas & Magazine**

By: _____
Chrsitopher C. Dyer
U.S. District Court DC Bar ID: FL0054
8606 Government Drive
New Port Richey, Florida 34654
Telephone: 727.849.5353
Facsimile: 727.845.7949
Email: cdyer@lucasmagazine.com
*Counsel for Plaintiffs*

Signed this 22nd day of January, 2021.

**Wells Fargo Bank, N.A.**

By: _____
Alex C. Lakatos
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
Telephone: 202.263.3312
Email: alakatos@mayerbrown.com
*Counsel for Wells Fargo*

Signed this 28 day of January, 2021.

4

SO ORDERED:

_____
CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE