AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Estate of Christopher Brook Fishbeck, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-cv-02248-CRC |
| The Islamic Republic of Iran, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                                                                                                       .

Date:    02/10/2021                                             /s/ David K. TeSelle
                                                              *Attorney's signature*

                                                              David K. TeSelle [29648]
                                                              *Printed name and bar number*

                                                              Burg Simpson Eldredge Hersh & Jardine, P.C.
                                                              40 Inverness Drive East
                                                              Englewood, Colorado 80112
                                                              *Address*

                                                              dteselle@burgsimpson.com
                                                              *E-mail address*

                                                              (303) 792-5595
                                                              *Telephone number*

                                                              (303) 708-0527
                                                              *FAX number*