UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 1:18-cv-02248-CRC |
| v. | ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) ) |

### PLAINTIFFS' MARCH 1, 2021 STATUS REPORT

Pursuant to the Court's Minute Order, dated August 11, 2020, Plaintiffs submit this Status Report outlining the progress of discovery involving non-parties to this matter.[1]

As directed in the August 11, 2020 Order, Plaintiffs served nineteen (19) subpoenas on non-parties, this included ten (10) subpoenas on United States government agencies, and nine (9) subpoenas on financial institutions.

**A. Subpoenas Served on Governmental Agencies**

To date, Plaintiffs have served ten (10) subpoenas on governmental agencies including eight (8) subpoenas on the Department of Defense ("DOD"), one (1) subpoena on the Department of Justice ("DOJ"), and one (1) subpoena on the Department of the Treasury ("Treasury").

---

[1] On April 21, 2020, Plaintiffs, by and through counsel, filed a Motion for Leave to Conduct Third Party Discovery (Dkt. No. 40). The Court granted the motion in its minute order dated August 11, 2020, providing Plaintiffs until October 21, 2020 to serve their discovery requests. The Court further ordered Plaintiffs to submit a status report on the progress of discovery by December 1, 2020, and every 90 days thereafter. This status report provides an overview of the third-party discovery that was sent out, and the current status in order to keep the report brief. If the Court desires additional briefing on the specific subpoenas and why the information sought is relevant, counsel for Plaintiffs will be happy to provide that information.

The subpoenas served on DOD, DOJ, and the Treasury requested documents pertinent to Plaintiffs' cases including information on attack locations, munitions used, Iranian agencies and terrorist groups involved, and other documents that will assist Plaintiffs in establishing their claims "by evidence satisfactory to the court." *See* 28 U.S.C. § 1608(e). These discovery requests seek information of the same nature and character used to support claims in similar cases involving Iranian-supported terrorist attacks in Iraq. *See e.g. Karcher, et al. v. Islamic Republic of Iran,* 396 F. Supp. 3d 12 (D.D.C. 2010). While they seek new and attack-specific information, Plaintiffs' requests are also similar in scope and focus to discovery sought in other cases involving the same Iranian-supported terrorist groups that operated in Iraq to attack and kill U.S. service members (*See e.g. Hake, et al. v. Bank Markazi Jomhouri Islami Iran, et al.*, Case No. 1:17-cv-00114-TJK (D.D.C); and *Holladay, et al., v. Islamic Republic of Iran, et al.,* Case No. 1:17-cv-915-RDM (D.D.C). Through meet and confers with DOD and DOJ, counsel for Plaintiffs have learned the primary custodians for the documents requested, as well as information pertinent to identifying the proper records. As such, Plaintiffs tailored their subpoenas to request the information most relevant to this case with as minimal burden on the government as possible.

Following service of the subpoenas, Plaintiffs' counsel was contacted by an attorney from the DOJ regarding all ten (10) subpoenas. DOJ informed Plaintiffs that DOJ will be representing DOD, DOJ, and the Treasury with regard to all ten (10) of the governmental agency subpoenas. On January 15, 2021, DOJ sent written objections to Plaintiffs on behalf of DOJ and DOD. On January 22, 2021, DOJ sent a written objection to Plaintiffs on behalf of the Treasury.

Plaintiffs have conducted several meet and confers with DOJ regarding the ten (10) subpoenas, and Plaintiffs and DOJ are working together to identify responsive documents in the

possession of DOD, DOJ, and the Treasury and to minimize the burden on DOD, DOJ, and the Treasury in responding to Plaintiffs' subpoenas. The meet and confer process is ongoing.

**B. Subpoenas Served on Financial Institutions**

Plaintiffs additionally served subpoenas on the Bank of China, Societe Generale, BNY Mellon, Bank of America, NatWest, Wells Fargo Bank, N.A, Citibank, JPMorgan Chase, and Intesa San Paolo. These subpoenas requested information pertinent to showing how Iran utilized certain financial strategies and transaction types to finance various Iranian-state entities and terrorist groups responsible for the attacks on Plaintiffs.

On February 3, 2021, Plaintiffs and Wells Fargo filed a Joint Motion for Protective Order (Dkt. No. 52), and the Court granted said Motion on February 9, 2021 (Dkt. No. 53). Proposed protective orders have been agreed to by all the other banks (except NatWest), and Joint Motions for Protective Orders will be filed accordingly. NatWest has not been responsive to date.

Furthermore, while third-party discovery is ongoing, Plaintiffs are continuing to obtain client-specific damages information such as medical records and military records to support a motion for default judgment and any evidentiary hearing(s) the Court deems necessary under 28 U.S.C. § 1608(e).

Lastly, should the Court deem it appropriate, Plaintiffs are prepared to discuss the establishment of a case management schedule designed to guide the efficient handling of this complex case, and welcome the opportunity to appear before the Court to discuss such a schedule as well as any other case related matters the Court requests be addressed.

Dated: March 1, 2021                                          Respectfully submitted,

                                                              By: /s/ Dustin B. Herman
                                                              DUSTIN B. HERMAN (*Pro Hac Vice*)
                                                              Ohio Bar No. 0093163
                                                              **SPANGENBERG SHIBLEY & LIBER LLP**
                                                              1001 Lakeside Ave., East, Suite 1700

Cleveland, Ohio 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
Email: dherman@spanglaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 1, 2021                                             Respectfully submitted,

                                                                                By: */s/ Dustin B. Herman*