UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) Civil Action No. 1:18-cv-02248-CRC ) |
| THE ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) ) |
| *Defendants*. | ) ) |

## MOTION FOR ENTRY OF PROTECTIVE ORDERS

Plaintiffs respectfully request that the Court enter the proposed Agreed Protective Orders attached hereto as **Exhibits A-D.** Plaintiffs have sought discovery from third parties Bank of China New York Branch, The Bank of New York Mellon, Societe Generale, Bank of America, N.A., Citibank, N.A., Intesa Sanpaolo S.p.A., and JPMorgan Chase Bank, N.A. (collectively, the "Banks"). Plaintiffs and the Banks signed the proposed Agreed Protective Orders[1] which will govern the use of documents and information produced by the Banks to Plaintiffs.

Dated: March 8, 2021

Respectfully submitted,

By: */s/ Dustin B. Herman*
DUSTIN B. HERMAN (*Pro Hac Vice*)
Ohio Bar No. 0093163
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
Email: dherman@spanglaw.com

*Counsel for Plaintiffs*

---

[1] The proposed Agreed Protective Order between Plaintiffs and (i) Bank of China New York Branch is attached hereto as **Exhibit A**, (ii) The Bank of New York Mellon is attached hereto as **Exhibit B**, (iii) Societe Generale is attached hereto as **Exhibit C**, and (iv) Bank of America, N.A., Citibank, N.A., Intesa Sanpaolo S.p.A., and JPMorgan Chase Bank, N.A. is attached hereto as **Exhibit D**.

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2021, I filed the foregoing document by means of the Court's ECF system, which served copies of the filing on all counsel of record entered in the case.

*/s/ Dustin B. Herman*
*Counsel for Plaintiffs*
