UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants | ) ) ) ) ) ) Civil Action No. 1:18-cv-02248-CRC ) ) ) ) ) ) |

**PLAINTIFFS' SUPPLEMENTAL STATUS REPORT**

On May 28, 2021, Plaintiffs submitted their Status Report to the Court pursuant to the Court's Minute Order, dated August 11, 2020.

In their May 2021 report, Plaintiffs informed the Court that they expected to be able to supplement the information provided regarding the status of discovery with the government.

On June 8, 2021, Plaintiffs received their first production from the FBI. The production included one hundred and sixty-three pages (163), which Plaintiffs are currently reviewing.

Plaintiffs continue to meet and confer with the government to help streamline their discovery efforts and will provide a further update in their next Status Report.

Dated: June 16, 2021

Respectfully submitted,

By: */s/ Dustin B. Herman*
DUSTIN B. HERMAN (*Pro Hac Vice*)
Ohio Bar No. 0093163
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
Email: dherman@spanglaw.com

*/s/ Howard L. Nations*
Howard L. Nations
DC Bar No. TX143
**THE NATIONS LAW FIRM**
9703 Richmond Avenue, Suite 200
Houston, TX 77042
Telephone: (713) 807-8400
Facsimile: (713) 807-8423
Email: howard@howardnations.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 16, 2021                             Respectfully submitted,

                                                         By: */s/ Dustin B. Herman*