UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>        Defendants | Civil Action No. 1:18-cv-02248-CKK |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KARL RUPP

Howard Nations, a member of the Bar of the United States District Court for the District of Columbia, in good standing, hereby moves the Court, pursuant to Local Civil Rule 83.2 for the *pro hac vice* admission of Karl Rupp, Esq., to represent Plaintiffs in the above-referenced matter. Mr. Rupp is admitted to practice in the States of California, Texas and Washington.

In support of this Motion, the Movant states that Mr. Rupp is familiar with this case, the Local Rules of this Court and possesses the knowledge, intelligence and character to appear and practice in this Court. The Movant further cites the contents of the Declaration of Karl Rupp which is submitted with this Motion in accordance with LCvR 83.2(d).

Dated: July 13, 2021

        Respectfully submitted,

        By: */s/ Howard L. Nations*
        Howard L. Nations
        DC Bar No. TX143
        **The Nations Law Firm**
        9703 Richmond Avenue, Suite 200
        Houston, TX 77042
        Telephone: (713) 807-8400
        Facsimile: (713) 807-8423
        E-Mail: howard@howardnations.com

        *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 13, 2021                    */s/ Howard L. Nations*
                                        **HOWARD L. NATIONS**