UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** )<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,** )<br>)<br>**Defendants** )<br>_____) | Civil Action No. 1:18-cv-02248-CKK |

**DECLARATION OF KARL RUPP IN SUPPORT OF**
**<u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

I, Karl Rupp, hereby certify pursuant to Local Rule 83.2(d) that the following is true and correct:

1. I am an attorney with Nix Patterson, LLP, Advancial Building, 1845 Woodall Rodgers Freeway, Suite 1050, Dallas, Texas 75201, telephone number 972.831.1188 and facsimile number 972.444.0716.

2. I was admitted to practice before the California State Bar in 1994, the Texas State Bar in 2001 and the Washington State Bar in 2021. I am admitted to practice before the United States Courts of Appeal for the Ninth and Fifth Circuits; and in the Federal Circuit. I am also admitted to the bars of the following federal district courts: U.S. District Court, Southern District of California, admitted in 1994; U.S. District Court, Northern District of Texas, admitted in 1997; U.S. District Court, Eastern District of Texas, admitted in 2000; U.S. District Court, Central District of California, admitted 2010; U.S. District Court, Northern District of California, admitted 2010, and U.S. District Court, Western District of Texas, admitted 2020. I remain a member of good standing in each of the named courts.

1

3. I have not been disciplined by any jurisdiction by a court or lawyer regulatory organization nor have I had a *pro hac vice* admission revoked since my original licensure in 1994.

4. I have never previously sought admission or been admitted *pro hac vice* in any matter before this Court.

5. I have been associated to serve as counsel for Plaintiffs along with Howard Nations of The Nations Law Firm who is admitted to the Courts of this District.

6. I am not a member of the District of Columbia Bar and do not have an application for such membership pending.

WHEREFORE it is respectfully requested that I, Karl Rupp, be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Plaintiffs.

Dated:  July 13, 2021.                    Respectfully submitted,

By: _____
**KARL RUPP**
State Bar No. 24035243
**NIX PATTERSON, LLP**
Advancial Building
1845 Woodall Rodgers Freeway, Suite 1050
Dallas, Texas 75201
Telephone:  972.831.1188
Facsimile:  972.444.0716
Email:  krupp@nixlaw.com