UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:18-cv-02248-CRC ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) ) |

## DECLARATION OF ALISON L. DIVINE IN SUPPORT OF
## MOTION FOR ADMISSION *PRO HAC VICE*

I, Alison L. Divine, hereby certify pursuant to Local Rule 83.2(d) that the following is true and correct:

1. I am an attorney with The Nations Law Firm, 9703 Richmond Avenue, Suite 200, Houston, Texas 77042.

2. I was admitted to practice before the Georgia State Bar on November 3, 2003. I remain a member of good standing in the named court.

3. I have not been disciplined by any jurisdiction by a court or lawyer regulatory organization nor have I had a *pro hac vice* admission revoked since my original licensure in 2003.

4. I have been admitted *pro hac vice* in this Court in the following cases: 1:17-cv-00915; *Holladay, et al. v. The Islamic Republic of Iran, et al.*

5. I have been associated to serve as counsel for Plaintiffs along with Howard Nations of The Nations Law Firm who is admitted to the Courts of this District.

6. I am not a member of the District of Columbia Bar and do not have an application for such membership pending.

1

WHEREFORE it is respectfully requested that I, Alison L. Divine, be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Plaintiffs.

Dated:  July 14, 2021.	Respectfully submitted,

By: /s/ *Alison L. Divine*
Alison L. Divine (*Pro Hac Vice*)
Georgia Bar No. 672129
**THE NATIONS LAW FIRM**
Telephone: 713-807-8400
Facsimile: 713-807-8423
Email: alison@howardnations.com