UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., ) ) ) **Plaintiffs**, ) ) ) v. ) ) THE ISLAMIC REPUBLIC OF IRAN, et al., ) ) **Defendants** ) ) | Civil Action No. 1:18-cv-02248-CRC |

## ORDER

Upon Motion by Howard Nations, and it appearing to the Court that Alison L. Divine satisfied the requirements of Local Rule 83.2(d) for admission *pro hac vice* to practice in this Court in the above referenced action, it is hereby ORDERED as follows:

Motion for Admission of Alison L. Divine *pro hac vice* is GRANTED. She is hereby admitted to practice in this Court in the instant action.

SO ORDERED \_\_\_\_\_ day of _____, 2021.

_____
United States District Court Judge

1