UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:18-CV-02248-CRC<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice that Gavriel Mairone, of the law office of MM~LAW, LLC, enters his appearance as counsel for all Plaintiffs in the above-captioned case.

Dated: July 15, 2021

Respectfully submitted,

/s/  Gavriel Mairone
MM~LAW, LLC
Gavriel Mairone, Esq
D.C. Bar No. 156461
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590
ctlaw@mm-law.com
*Attorney for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 15, 2021                    Respectfully submitted,

/s/  Gavriel Mairone
MM~LAW, LLC
Gavriel Mairone, Esq
D.C. Bar No. 156461
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590
ctlaw@mm-law.com
*Attorney for Plaintiffs*
