UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:18-cv-02248-CRC ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ADORA SAUER

Gavriel Mairone, a member of the Bar of the United States District Court for the District of Columbia, in good standing, hereby moves the Court, pursuant to Local Civil Rule 83.2 for the *pro hac vice* admission of Adora Sauer, Esq., to represent Plaintiffs in the above-referenced matter. Ms. Sauer is admitted to practice in the State of Illinois.

In support of this Motion, the Movant states that Ms. Sauer is familiar with this case, the Local Rules of this Court and possesses the knowledge, intelligence, and character to appear and practice in this Court. The Movant further cites the contents of the Declaration of Adora Sauer which is submitted with this Motion in accordance with LCvR 83.2(d).

Dated:   July 15, 2021                     Respectfully submitted,

/s/   Gavriel Mairone
MM~LAW, LLC
Gavriel Mairone, Esq.
Bar No. 156461
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590
ctlaw@mm-law.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   July 15, 2021                                    Respectfully submitted,

/s/   Gavriel Mairone__
MM~LAW, LLC
Gavriel Mairone, Esq.
Bar No. 156461
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590
ctlaw@mm-law.com

*Counsel for Plaintiffs*