UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:18-cv-02248-CRC ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants. | ) |

AFFIDAVIT IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE*

I, Adora Sauer, hereby certify pursuant to Local Rule 83.2(d) that the following is true and correct:

1. I am an attorney with MM~LAW LLC, 980 N. Michigan Ave. Suite 1400 Chicago, IL 60611, Tel: 312.253.7444, Fax: 312-275-8590.

2. I was admitted to practice before the Illinois State Bar on November 5, 1998. I remain a member of good standing in the named court.

3. I have not been disciplined by any jurisdiction by a court or lawyer regulatory organization nor have I had a *pro hac vice* admission revoked since my original licensure in 1998.

4. I have been admitted *pro hac vice* in this Court for the matter of *Holladay, et al. v. The Islamic Republic of Iran*, 1:17-cv-00915-RDM.

5. I have been associated to serve as counsel for Plaintiffs along with Gavriel Mairone of MM~LAW LLC who is admitted to the Courts of this District.

6. I am not a member of the District of Columbia Bar and do not have an application for such membership pending.

WHEREFORE, it is respectfully requested that I, Adora Sauer, be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Plaintiffs.

| | |
|---|---|
| Dated: July 15, 2021. | Respectfully submitted, |
| | /s/ Adora Sauer |
| | Adora Sauer (*Pro Hac Vice*) |
| | Illinois Bar No. 6256703 |
| | **MM~LAW LLC** |
| | 980 N. Michigan Ave., Suite 1400 |
| | Tel: 312.253.7444 |
| | Fax: 312.275.8590 |
| | Adora@mm-law.com |