## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:18-cv-02248-CRC |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

Upon Motion by Gavriel Mairone, and it appearing to the Court that Adora Sauer satisfied the requirements of Local Rule 83.2(d) for admission *pro hac vice* to practice in this Court in the above referenced action, it is hereby ORDERED as follows:

Motion for Admission of Adora Sauer *pro hac vice* is GRANTED and she is hereby admitted to practice in this Court in the instant action.

SO ORDERED _____ day of _____, 2021

_____
United States District Court Judge