UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18-cv-02248-CRC<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE PRO HAC VICE

Please take notice that Adora Sauer, attorney of counsel with the law office of MM~LAW, LLC, enters her appearance *Pro Hac Vice* as counsel for all Plaintiffs in the above-captioned case.

Dated: July 19, 2021　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Adora Sauer
　　　　　　　　　　　　　　　　　　　　　　Adora Sauer (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　　　Illinois Bar No. 6256703
　　　　　　　　　　　　　　　　　　　　　　MM~LAW LLC
　　　　　　　　　　　　　　　　　　　　　　980 N. Michigan Ave., Suite 1400
　　　　　　　　　　　　　　　　　　　　　　Tel: 312.253.7444
　　　　　　　　　　　　　　　　　　　　　　Fax: 312.275.8590
　　　　　　　　　　　　　　　　　　　　　　Adora@mm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 19, 2021                               Respectfully submitted,

                                                    /s/ Adora Sauer
                                            Adora Sauer (Pro Hac Vice)
                                            Illinois Bar No. 6256703
                                            MM~LAW LLC
                                            980 N. Michigan Ave., Suite 1400
                                            Tel: 312.253.7444
                                            Fax: 312.275.8590
                                            Adora@mm-law.com