UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al.,  )<br>)<br>Defendants.  ) | Civil Action No. 1:18-cv-02248-CRC |

**NOTICE OF APPEARANCE**

I am admitted or otherwise authorized to practice before this Court, and I appear in this case as counsel for:   All Plaintiffs.

DATED: July 20, 2021

Respectfully submitted,

THE NATIONS LAW FIRM

  /s/ Alison L. Divine
Alison L. Divine
Georgia Bar No. 672129
9703 Richmond Ave., Suite 200
Houston, TX 77042
(713) 807-8400
(713) 807-8423 (Fax)

ATTORNEY FOR PLAINTIFFS

-1-