UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:18-cv-02248-CRC ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) ) ) |

## PLAINTIFFS' AUGUST 30, 2021 STATUS REPORT

Pursuant to the Court's Minute Order, dated August 11, 2020, Plaintiffs submit this Status Report outlining the progress of discovery involving non-parties to this matter.

In compliance with the Court's August 11, 2020 Order, Plaintiffs served nineteen (19) subpoenas on non-parties, this included ten (10) subpoenas on United States government agencies, and nine (9) subpoenas on financial institutions.

**A. Subpoenas Served on Governmental Agencies.**

As reported to the Court in the May 28, 2021 Status Report, Plaintiffs have served ten (10) subpoenas on governmental agencies including eight (8) subpoenas on the Department of Defense ("DOD"), one (1) subpoena on the Department of Justice ("DOJ"), and one (1) subpoena on the Department of the Treasury.  Plaintiffs' counsel has been in contact with an attorney from the Department of Justice ("DOJ") regarding all of the governmental agency subpoenas.

Plaintiffs have conducted eight (8) meet and confers with the government regarding the ten subpoenas, and Plaintiffs and DOJ are working together to identify responsive documents in the possession of DOD, DOJ, and the Treasury and to minimize any burden in responding to Plaintiffs'

subpoenas. Plaintiffs also provided specific examples of the types of documents they are seeking. The meet and confer process has been cooperative and is ongoing.

In order to streamline discovery efforts, Plaintiffs asked DOD, FBI, and Treasury to first focus on a subset of fifty (50) attacks. These attacks were selected because they exemplify the factual and legal issues in the case. These fifty attacks involve munitions and terrorist groups as well as locations, dates, tactics and other objective characteristics, which will be established in part through the materials sought from the government, and that can be used to streamline the presentation of evidence and determine if Plaintiffs can meet their burden to establish liability and damages pursuant to 28 U.S.C. 1608(e).[1]

To date:

- DOJ has produced certain reports and documents from the FBI's Terrorist Explosive Device Analytical Center (TEDAC).
- Treasury is working with Plaintiffs to draft an affidavit of a records custodian (or other official) with authority to provide certification of documents foundations for the admission of certain Treasury documents into evidence.
- DOD has told Plaintiffs that production of documents will be forthcoming.

**B. Subpoenas Served on Non-Party Financial Institutions.**

Plaintiffs served subpoenas on nine (9) non-party banks and to date have received production of documents from five (5) of the banks. The productions contain documents and data related to Plaintiffs' allegations of material support provided by Defendants to terrorist groups in

---

[1] Pursuant to the Court's July 20, 2021 Minute Order, Plaintiffs are submitting a proposed case management plan on September 3, 2021 that will provide more detail on the use of evidence gathered in relation to these attacks.

Iraq, specifically Defendants NIOC, Bank Melli Iran, and Bank Markazi. Plaintiffs and their experts are assessing this information to determine if any further discovery is necessary.

Following the entry by the Court of the agreed upon protective orders on February 9, 2021 and March 12, 2021 (Dkt. Nos. 53 & 58), Wells Fargo, Bank of China, Societe Generale, BNY Mellon, Bank of America made productions. With regard to Citibank, JPMorgan, and Intesa San Paolo, production has not yet been made, but the parties have been in communication regarding the scope and method of production.

**C. Other Discovery.**

Additionally, at the same time that the above-described third-party discovery is ongoing, Plaintiffs are continuing to obtain client-specific damages information such as medical records and military records to support a motion for default judgment and any evidentiary hearing(s) the Court deems necessary under 28 U.S.C. § 1608(e).

| | |
|---|---|
| Dated: August 30, 2021. | Respectfully submitted, |
| | By: */s/ Dustin B. Herman*<br>DUSTIN B. HERMAN (*Pro Hac Vice*)<br>Ohio Bar No. 0093163<br>**SPANGENBERG SHIBLEY & LIBER LLP**<br>1001 Lakeside Ave., East, Suite 1700<br>Cleveland, Ohio 44114<br>Telephone: (216) 696-3232<br>Facsimile: (216) 696-3924<br>Email: dherman@spanglaw.com |
| | */s/ Howard L. Nations*<br>Howard L. Nations<br>DC Bar No. TX143<br>**THE NATIONS LAW FIRM**<br>9703 Richmond Avenue, Suite 200<br>Houston, TX 77042<br>Telephone: (713) 807-8400<br>Facsimile: (713) 807-8423<br>Email: howard@howardnations.com |
| | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 30, 2021                                   Respectfully submitted,

                                                                          By: */s/ Dustin B. Herman*