# EXHIBIT 1

Exhibit 1 - Pending FSIA Cases in this District Involving Similar Defendants, Terror Groups, and Attack Types

| Date Filed | Case Name | Case Number | Judge | Defendants | Location of Attacks | # Attacks | Terrorist Groups | Types of Attacks | Bellwether Process | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/27/2018 | *Estate of Christopher Brook Fishbeck, et al. v. Islamic Republic of Iran, et al.* | 1:18-cv-02248-CRC | Judge Cooper | Islamic Republic of Iran, IRGC, MOIS, Bank Markazi, Bank Melli Iran, NIOC | Iraq | 437 | Hezbollah, IRGC, AQ, AQI, AAI, Special Groups - JAM, KH, AAH & PDB | EFP, IED, Mortar, RPG, Small Arms Fire, Suicide bomber, Rocket, IRAM, VBIED | TBD | Plaintiffs are filing a report outlining the proposed "bellwether" approach, including proposed case management plans and case management orders entered in other similar cases. |
| 4/20/2017 | *Brooks, et al. v. Bank Markazi, et al.* (Consolidated with *Hake*) | 1:17-cv-00737-TJK | Judge Kelly | Bank Markazi, Bank Melli Iran, NIOC | Iraq | 16 | Hezbollah, IRGC, Special Group- JAM | EFP, IED, Mortar | Yes | Case Consolidated with *Hake*. Includes attacks from *Karcher*. |
| 6/13/2016 | *Burks, et al. v. Islamic Republic of Iran, et al.* | 1:16-cv-01102-CRC | Judge Cooper | Islamic Republic of Iran; IRGC | Iraq | 4 | Including, but not limited to Qazali Network, the Hezbollah Brigades, the Shebani Network, the Promised Day Brigades, and the Badr Corps (Special Groups) | EFP | TBD | Pending Class Certification - By October 29, 2021, plaintiffs shall file their motion regarding subject matter jurisdiction, class certification, and liability. |
| 10/13/2017 | *Field, et al. v. Bank Markazi, et al.* (Consolidated with *Hake*) | 1:17-cv-02126-TJK | Judge Kelly | Bank Markazi, Bank Melli Iran, NIOC | Iraq | 72 | Hezbollah, IRGC, Special Group - JAM | EFP, IRAM, RPGs, Small Arms Fire, IED | Yes | Case Consolidated with *Hake*. Includes attacks from *Karcher*. |
| 3/30/2015 | *Fritz, et al. v. Islamic Republic of Iran, et al.* | 1:15-cv-00456-RDM | Judge Moss | Islamic Republic of Iran; IRGC; Iranian John Does 1-15 | Iraq | 2 | IRGC, Hezbollah, Special Group - AAH | Kidnapping, Small Arms, Grenade | No | Judgment entered; involved same attack as *Karcher*. Closed. |
| 1/17/2017 | *Hake, et al. v. Bank Markazi, et al.* | 1:17-cv-00114-TJK | Judge Kelly | Bank Markazi, Bank Melli Iran, NIOC | Iraq | 84 | Hezbollah, IRGC, Special Groups - KH & AAH | EFP, Mortar, IED, IRAMs, RKG | Yes | Motion for Default Judgment Pending. Bellwether process includes same bellwether attacks from *Karcher* but will focus on the liability of NIOC, Bank Melli and Bank Markazi for those attacks. |
| 2/12/2016 | *Karcher, et al. v. Islamic Republic of Iran* | 1:16-cv-00232-CKK | Judge Kollar-Kotelly | Islamic Republic of Iran | Iraq | 93 | Hezbollah, IRGC, Special Groups - KH & AAH | EFP, IRAM, RPGs, Small Arms Fire, grenade, mortar | Yes | On January 14, 2021, the Court found Defendant Islamic Republic of Iran liable for 73 explosively formed penetrator ("EFP") attacks. Plaintiffs asked the Court to appoint five special masters, whom they had identified and had agreed to serve in that capacity in this case, to prepare reports and recommendations ("R&R") for the Plaintiffs implicated in the 73 explosively formed penetrator ("EFP") attacks ("73 Attacks") that the Court found Defendant Islamic Republic of Iran responsible for in its January 14, 2021 Memorandum and Opinion. ECF No. 124. Of the 259 claims encompassed in the 73 Attacks, 246 Plaintiffs are presently ready for submission to, and adjudication by, special masters. Plaintiffs have requested a status conference on how to proceed with the above and with submission for the remaining attacks. |
| 11/2/2016 | *Neiberger, et al. v. Islamic Republic of Iran* (formerly *Martinez*) | 1:16-cv-02193-EGS | Judge Sullivan | Islamic Republic of Iran | Iraq | 10 | Hezbollah, IRGC Special group - JAM | EFP, direct fire, IED, grenade, complex attack | No | Plaintiffs intend to imminently file Motion for Default. |
| 11/2/2016 - later opened under new docket (3/20/2020) after being severed from *Martinez* | *Plaintiffs Represented by John Driscoll v. Islamic Republic of Iran* (formerly part of *Martinez*) | 1:20-cv-00622-EGS | Judge Sullivan | Islamic Republic of Iran | Iraq | 63 | Hezbollah, Special Groups - JAM & AAH | EFP, IED, Mortar, Rockets | No | Proposed Findings of Fact and Conclusion of Law submitted by Plaintiffs on 3/12/2021. |
| 4/9/2019 | *Wise, et al. v. Bank Markazi, et al.* | 1:19-cv-00995-TJK | Judge Kelly | Bank Markazi, Bank Melli Iran, NIOC | Iraq | 104 | Hezbollah, IRGC, Special Groups - JAM, KH, & AAH | EFP, IED, RPG, Small Arms Fire, Sniper, kidnapping, rockets, mortar, IRAM, grenades, indirect fire | TBD | Plaintiffs are in the process of serving the Amended Complaint. Likely to be consolidated with Hake and utilize Bellwether Process. |
| 3/25/2019 | *Lee, et al. v. The Islamic Republic of Iran* | 1:19-cv-00830-APM | Judge Mehta | Islamic Republic of Iran | Iraq | 100 | Hezbollah, IRGC, Special Groups - JAM | EFP, IED, RPG, Small Arms Fire, sniper, kidnapping, rockets, mortar, IRAM, grenade | Yes | Default was found in the 4 bellwether attacks; plaintiffs will submit a Second Proposed Findings of Fact and Conclusions of Law as to attacks for which they have collected sufficient documentary evidence by October 29, 2021 |
| 4/24/2019 | *Henkin, et al. v. Islamic Republic of Iran, et al.* | 1:19-cv-01184-RCL | Judge Lamberth | Islamic Republic of Iran, IRGC, MOIS, Bank Markazi, Bank Melli Iran, Bank Saderat Iran, Syrian Arab Republic | Israel | 1 | Hamas | Kidnapping and shooting | No | A Special Master has been appointed regarding damages |
| 8/31/2018 | *Zambon, et al. v. Islamic Republic of Iran, Ministry of Foreign Affairs* | 1:18-cv-02065-JDB | Judge Bates | Islamic Republic of Iran | Afghanistan and Iraq | 56 | Hezbollah, IRGC, Special Groups, Taliban | "Iranian-made and/or - supplied terrorism-related explosive device" | Yes | Afghanistan based claims are being coordinated with *Cabrera* plaintiffs. RE Afghanistan: Final Bellwether attack list, final exhibit list, final expert reports and final witness list are due by 10/4/2021. Next Iraq Status Report is due 11/2/2021. |

Exhibit 1 - Pending FSIA Cases in this District Involving Similar Defendants, Terror Groups, and Attack Types

| Date Filed | Case Name | Case Number | Judge | Defendants | Location of Attacks | # Attacks | Terrorist Groups | Types of Attacks | Bellwether Process | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2019 | *Blunt, et al. v. Islamic Republic of Iran, et al.* (Consolidated with *Zambon*) | 1:19-cv-01696-JDB | Judge Bates | Islamic Republic of Iran | Afghanistan and Iraq | 19 | Hezbollah, IRGC, Special Groups, Taliban | "Iranian-made and/or -supplied terrorism-related explosive device" | TBD | Consolidated with *Zambon*. |
| 12/27/2019 | *Cabrera, et al. v. Islamic Republic of Iran* | 1:19-cv-03835-JDB | Judge Bates | Islamic Republic of Iran | Afghanistan | 325 | Taliban, AQ | EFPs, Rockets, suicide bomb, RPG, IED, Small Arms Fire, complex attack, grenade | Yes | Order to coordinate with *Zambon* Afghanistan plaintiffs; Final Bellwether attack list, final exhibit list, final expert reports and final witness list due by 10/4/2021. |
| 1/19/2017 | *Stearns, et al. v. Islamic Republic of Iran* | 1:17-cv-00131-RCL | Judge Lamberth | Islamic Republic of Iran | Iraq | 102 | Hezbollah, IRGC, Special Groups - JAM, AAH, & KH | Mortar, EFP, RPG, Small Arms Fire, IRAM, IED | TBD | Plaintiffs proposed findings of fact and conclusions of law due by December 31, 2021. |
| 7/7/2021 | *Martino, et al. v. Islamic Republic of Iran* | 1:21-cv-01808-RDM | Judge Moss | Islamic Republic of Iran | Iraq | 103 | Hezbollah, IRGC, AQ, AQI, & AAI | IED, RPG, Complex Attack, suicide bomb, car bomb, mortar, | TBD | Plaintiffs are in the process of serving the Complaint. Plaintiffs plan on requesting bellwether management plan. |
| 4/4/2017 | *Frost, et al. v. Islamic Republic of Iran, et al.* | 1:17-cv-00603-TJK | Judge Kelly | Islamic Republic of Iran; Muqtada al-Sadr | Iraq | 1 | Special Groups - JAM/Saraya al-Salam militia | Kidnapping; torture | No | Judgment entered. Closed. |
| 7/15/2016 | *Force, et al. v. Islamic Republic of Iran, et al.* | 1:16-cv-01468-RDM | Judge Moss | Islamic Republic of Iran; MOIS; Syrian Arab Republic | Israel | 7 | Hamas and the Palestine Islamic Jihad | Stabbing; small arms; rockets | No | On May 11, 2020, Plaintiffs responded to the Special Masters Report and filed a proposed order and judgment for certain plaintiffs. |
| 5/15/2017 | *Holladay, et al. v. Islamic Republic of Iran, et al.* (consolidated with *Williams*) | 1:17-cv-00915-RDM | Judge Moss | Islamic Republic of Iran, IRGC, MOIS, Bank Markazi, Bank Melli Iran, NIOC | Iraq | 42 | Hezbollah, IRGC, AQ, AQI, AAI. Special Groups - JAM, KH, AAH & PDB | EFP, IED, Mortar, RPG, Small Arms Fire, Suicide bomber, Rocket | TBD | Plaintiffs filed their Consolidated Amended Complaint on July 26, 2021. Plaintiffs are preparing to file their Motion for Default. Plaintiffs requested a Bellwether case management plan, the court has requested evidentiary submission before scheduling a hearing. |
| 7/7/2018 | *Estate of Robert P. Hartwick, et al. v. Islamic Republic of Iran, et al.* | 1:18-cv-01612-CKK | Judge Kollar-Kotelly | Islamic Republic of Iran, IRGC, MOIS, Bank Markazi, Bank Melli Iran, NIOC | Iraq | 341 | Hezbollah, IRGC, AQ, AQI, AAI, Special Groups - JAM, KH, AAH & PDB | EFP, IED, Mortar, RPG, Small Arms Fire, Suicide bomber, Rocket, IRAM, VBIED | TBD | Plaintiffs' Motions regarding Sufficient Service of Process & 3rd Party Discovery remain pending. Plaintiffs plan on requesting Bellwether management plan. |