# EXHIBIT 5

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------------x
KELLI D. HAKE, et al.,                                               :
                                                                     :
       Plaintiffs,                                          :
                                                                     :   Case No.: 17-cv-114 (TJK)
-against-                                                            :
                                                                     :
BANK MARKAZI JOMHOURI ISLAMI IRAN, et al.,                           :
                                                                     :
       Defendants.                                          :
------------------------------------------------------------------------x

### PLAINTIFFS' STATUS REPORT IN RESPONSE TO THE COURT'S SEPTEMBER 16, 2020 MINUTE ORDER

Plaintiffs respectfully write as instructed by the Court during the September 16, 2020 conference and as memorialized in its Minute Order of the same date regarding their anticipated submission of further Proposed Findings of Fact and Conclusions of Law ("Renewed *Hake* PFFCL"). Plaintiffs propose to file the Renewed *Hake* PFFCL, together with all applicable transcripts, reports and exhibits, under seal by **November 2, 2020** and a redacted version of the Renewed *Hake* PFFCL by **November 16, 2020**. Subject to the Court's approval, the Renewed *Hake* PFFCL would include:

1. Portions of Plaintiffs' prior Proposed Findings of Fact and Conclusions of Law in this case ("Original *Hake* PFFCL"), (ECF No. 100-1 (filed under seal)), that pertain to the specific Defendants' liability;

2. Significant portions of the Proposed Findings of Fact and Conclusions of Law submitted to Judge Kollar-Kotelly in *Karcher v. Iran*, No. 16-cv-242-CKK ("*Karcher* PFFCL"), including information relevant to Iran's liability for the seven bellwether attacks for which Iran was found liable in *Karcher*, updated with pertinent case law;

3. The *Karcher* trial exhibits and other related liability submissions made in that case, along with the evidence previously submitted with the Original *Hake* PFFCL (essentially integrating and combining the liability evidence underlying the *Karcher* and *Hake* cases for the convenience of the Court); and

4. The *Karcher* damages submission for all bellwether plaintiffs in that case and a copy of the Report & Recommendation ("R&R") of the special master appointed in *Karcher* that the special master has advised Plaintiffs will be filed during the week of October 5, 2020.[1]

In order to avoid cluttering the docket, Plaintiffs will file the Renewed *Hake* PFFCL on the electronic docket (under seal and, later, with redactions) without the original exhibits, which Plaintiffs already filed in ECF Nos. 93 and 97. As the Court requested, Plaintiffs will also submit a version of the Renewed *Hake* PFFCL via a file sharing service, CD-ROM, or flash drive (as directed by the Court) containing hyperlinks to the applicable transcripts, reports and exhibits to allow the Court to review the record without having to manually review the voluminous submissions. This submission will include electronic copies of *all* exhibits accompanying the Renewed *Hake* PFFCL and the *Karcher* PFFCL (which are too large to file on the docket).

As stated above, the proposed submission will include the damages evidence provided to the *Karcher* special master to aid the Court's review of the *Karcher* court's anticipated disposition of the special master's R&R. However, the proposed submission would *not* include any damages claims or supporting evidentiary submissions for the additional 17 Plaintiffs whose injuries derive from the seven bellwether attacks in *Karcher*, but who were not plaintiffs in that case. When the undersigned counsel discussed the possibility of including damages submissions for these Plaintiffs with the Court during the September 16 conference, counsel believed that there were fewer than ten "new" bellwether plaintiffs and their claims were largely derivative of injuries sustained by the bellwether plaintiffs in *Karcher*. However, upon further examination, those claims are not only more numerous than initially assumed but also more complex—for instance, they include not just new family member plaintiffs but also new "direct" victims of attacks with

---

[1] To ensure consistency of decisions and preservation of judicial resources, Plaintiffs respectfully propose that the Court judicially notice the *Karcher* court's disposition of the special master's anticipated R&R as to the applicable framework for determining EFP-related damages generally and the bellwether Plaintiffs' damages particularly.

considerable physical and emotional injuries. Therefore, unless otherwise directed by the Court, Plaintiffs believe the proposed submissions set forth above is the most streamlined and efficient method to present the evidence requested by the Court and will not necessitate the appointment (at this time) of a special master to review the damages submission incorporated in the Renewed *Hake* PFFCL because it is already before the court in *Karcher*.

Date: September 30, 2020

        Respectfully submitted,

        OSEN LLC

        By: /s/ Gary M. Osen
            Gary M. Osen (DC Bar No. NJ009)
            Ari Ungar (DC Bar No. NJ008)
            Michael J. Radine (DC Bar No. NJ015)
            Dina Gielchinsky (DC Bar No. NJ011)
            Aaron Schlanger (DC Bar No. NJ007)
            2 University Plaza, Suite 402
            Hackensack, NJ 07601
            Tel. (201) 265-6400
            Fax (201) 265-0303

        *Attorneys for Plaintiffs*