# EXHIBIT 6

| | | |
|---|---|---|
| 10/01/2020 | | **VACATED PURSUANT TO MINUTE ORDER FILED 10/6/2020.....** MINUTE ORDER: Upon consideration of Plaintiffs' 103 Status Report, the statements therein, and the September 16, 2020, status conference, it is hereby ORDERED that Plaintiffs shall file, by November 2, 2020, proposed findings of fact and conclusions of law under seal. It is further ORDERED that Plaintiffs shall file, by November 16, 2020, redacted proposed findings of fact and conclusions of law on the public docket. In order to facilitate the Court's efficient resolution of this case, the plaintiffs shall also, by November 2, 2020: (1) deliver to the Court one or more CDs or flash memory devices containing their exhibits, including any video files, and their proposed findings of fact and conclusions of law, which shall include hyperlinks to any relevant exhibits; (2) deliver to the Court two hard-copy sets of their exhibits, proposed findings of fact, and conclusions of law; (3) email to Kelly_Chambers@dcd.uscourts.gov their exhibits, proposed findings of fact, and conclusions of law; and (4) file on the docket a notice that sets forth the grounds for admission into evidence for each of their exhibits. All electronically filed documents are to be in Portable Data Format (PDF), and all non-video materials shall be submitted in text-searchable PDF files, directly converted from the word-processing format into PDF format so as to preserve searchability and readability. Exhibits that must be scanned because they exist only in paper format need not be directly converted from a word-processing program, but, if possible, should be submitted as text-searchable files using Optical Character Recognition (OCR) technology, available in Adobe Acrobat. All electronically filed documents shall be clearly named and, to the extent a single PDF file contains multiple exhibits, each individual exhibit therein shall be separately labeled to the extent possible. All printed materials shall be submitted in binders, three-hole punched, with double-sided pages. Printed materials shall be tabbed and indexed. Materials should be delivered to chambers, not the Clerk's Office. If the parties have redacted or filed under seal any portion of the motion papers or attendant exhibits, courtesy copies are to be unredacted, but the portions redacted from public filings should be highlighted, so that the Court will know to refrain from quoting those passages in opinions and orders. SO ORDERED. Signed by Judge Timothy J. Kelly on 10/1/2020. (lctjk1) Modified to vacate order on 10/6/2020 (zkh). (Entered: 10/01/2020) |
| 10/06/2020 | | MINUTE ORDER: It is hereby ORDERED that the Court's Minute Order of October 1, 2020, is hereby VACATED. It is further ORDERED that Plaintiffs shall file (1) proposed findings of fact and conclusions of law under seal by November 2, 2020, and (2) redacted proposed findings of fact and conclusions of law on the public docket by November 16, 2020. In order to facilitate the Court's efficient resolution of this case, Plaintiffs shall also, by November 16, 2020: (1) send to Kelly_Chambers@dcd.uscourts.gov a link from which the Court can download their exhibits, proposed findings of fact, and conclusions of law, provided the Court may access such link and download the materials without having to install any program or software; and (2) file on the docket a notice that sets forth the grounds for admission into evidence for each of their exhibits. Plaintiffs shall also deliver to chambers (not the Clerk's Office) by November 18, 2020: (1) one or more CDs or flash memory devices containing their exhibits, including any video files, and their proposed findings of fact and conclusions of law, which shall include hyperlinks to any relevant exhibits. All electronically filed documents are to be in Portable Data Format (PDF), and all non-video materials shall be submitted in text-searchable PDF files, directly converted from the word-processing format into PDF format so as to preserve searchability and readability. Exhibits that must be scanned because they exist only in paper format need not be directly converted from a word-processing program, but, if possible, should be submitted as text-searchable files using Optical Character Recognition (OCR) technology, available in Adobe Acrobat. All electronically filed documents shall be clearly named and, to the extent a single PDF file contains multiple exhibits, each individual exhibit therein shall be separately labeled to the extent possible. If Plaintiffs have redacted or filed under seal any portion of the papers or attendant exhibits, courtesy copies are to be unredacted, |

| | | but the portions redacted from public filings should be highlighted, so that the Court will know to refrain from quoting those passages in opinions and orders. SO ORDERED. Signed by Judge Timothy J. Kelly on 10/6/2020. (lctjk1) (Entered: 10/06/2020) |
|---|---|---|