# EXHIBIT 8

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | ATA: Activity in Case 1:17-cv-00915-RDM HOLLADAY et al v. ISLAMIC REPUBLIC OF IRAN et al Order |
| **Date:** | Thursday, November 01, 2018 5:50:24 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

# District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 11/1/2018 at 6:50 PM and filed on 11/1/2018
**Case Name:**        HOLLADAY et al v. ISLAMIC REPUBLIC OF IRAN et al
**Case Number:**      1:17-cv-00915-RDM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER: Upon consideration of Plaintiffs' proposed case management plan, Dkt. [72], it is hereby ORDERED that Plaintiffs may commence third party discovery and may take more than 10 depositions by oral examination and more than 10 depositions by written questions. It is further ORDERED that Plaintiffs shall file a status report on or before April 24, 2019 and shall appear for a status conference on May 1, 2019 at 10:00 a.m. in Courtroom 21. The Court will address further scheduling at that time. Signed by Judge Randolph D. Moss on 11/1/2018. (lcrdm2, )**


**1:17-cv-00915-RDM Notice has been electronically mailed to:**

Gavriel Mairone     ctlaw@mm-law.com, bena@mm-law.com

Howard L. Nations     cdb@howardnations.com, alison@howardnations.com, angela.bautista@howardnations.com, cindy@howardnations.com, lema@howardnations.com, tara@howardnations.com

Christopher Paulos     cpaulos@levinlaw.com, efelps@levinlaw.com, sjarrett@levinlaw.com

Jeffrey Gaddy     jgaddy@levinlaw.com

W. Troy Bouk     tbouk@levinlaw.com

Troy Rafferty     trafferty@levinlaw.com

Chad E. Ihrig     cihrig@nixlaw.com, dalvarado@nixlaw.com

Christian Hurt (Terminated)     christianhurt@nixlaw.com, michellebutton@nixlaw.com

James L. Magazine     jim@lucasmagazine.com

William Hawal     whawal@spanglaw.com, dherman@spanglaw.com, ecampbell@ecf.courtdrive.com, ecampbell@spanglaw.com, jtor@spanglaw.com, sschebek@spanglaw.com

Adora Sauer     Adora@mm-law.com

Dustin B. Herman     dherman@spanglaw.com

Jeremy A. Tor     jtor@spanglaw.com

Alison R. Spiers     Alison.Spiers@howardnations.com

Christopher C. Dyer     cdyer@lucasmagazine.com

**1:17-cv-00915-RDM Notice will be delivered by other means to::**

David K. TeSelle
BURG SIMPSON ELDREDGE HERSH AND JARDINE, P.C.
40 Inverness DrIve East
Englewood, CO 80112

Michael B. Angelovich
NIX, PATTERSON & ROACH, LLP
3600 N. Capital of Texas Hwy
Bldg B, Suite 350
Austin, TX 78746

Seth A. Katz
BURG SIMPSON ELDREDGE HERSH AND JARDINE, P.C.
40 Inverness Drive East
Englewood, CO 80112