UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 1:18-cv-02248-CRC |
| v. | ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) ) |

### NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Karl Rupp, enters his notice of appearance on behalf of all Plaintiffs in the above-captioned case.

Dated: September 9, 2021

Respectfully submitted,

*/s/ Karl Rupp*
**KARL RUPP**
State Bar No. 24035243
krupp@nixlaw.com
**NIX PATTERSON, LLP**
Advancial Building
1845 Woodall Rodgers Freeway, Suite 1050
Dallas, Texas 75201
972.831.1188 - Telephone
972.444.0716 - Facsimile

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2021, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Karl Rupp*
**KARL RUPP**

1