UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 1:18-cv-02248-CKK |
| v. | ) ) | |
| **THE ISLAMIC REPUBLIC OF IRAN, et al.,** | ) ) | |
| Defendants | ) ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JEREMY A. TOR

Howard Nations, a member of the Bar of the United States District Court for the District of Columbia, in good standing, hereby moves the Court, pursuant to Local Civil Rule 83.2 for the *pro hac vice* admission of Jeremy A. Tor, Esq., to represent Plaintiffs in the above-referenced matter. Mr. Tor is admitted to practice in the States of New York and Ohio.

In support of this Motion, the Movant states that Mr. Tor is familiar with this case, the Local Rules of this Court and possesses the knowledge, intelligence, and character to appear and practice in this Court. The Movant further cites the contents of the Declaration of Jeremy A. Tor which is submitted with this Motion in accordance with LCvR 83.2(d).

Dated: October 11, 2021                                                  Respectfully submitted,

 /s/ Howard L. Nations
Howard L. Nations
DC Bar No. TX143
THE NATIONS LAW FIRM
9703 Richmond Ave., Suite 200
Houston, Texas 77042
Tel: (713) 807-8400
Facsimile: (713) 807-8423
Email: howard@howardnations.com
*Attorney for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 11, 2021                                  Respectfully submitted,

                                                                              */s/ Howard L. Nations*