UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | Civil Action No. 1:18-cv-02248-CKK ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) ) |
| Defendants | ) ) ) |

### DECLARATION OF JEREMY A. TOR IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jeremy A. Tor, hereby certify pursuant to Local Rule 83.2(d) that the following is true and correct:

1. I am an attorney with Spangenberg Shibley & Liber LP, 1001 Lakeside Ave., East, Suite 1700, Cleveland, Ohio 44114, (216) 696-3232, and (216) 696-3924.

2. I was admitted to practice before the New York State Bar on March 30, 2012 and the Ohio Bar on November 4, 2013. I am admitted to the bars of the following courts: U.S. District Court, Northern District of Ohio, admitted January 30, 2015; U.S. Court of Appeals, Sixth Circuit, admitted April 29, 2016; U.S. District Court, Southern District of Ohio, admitted February 24, 2017; and U.S. District Court, Southern District of New York, admitted March 25, 2014. I remain a member in good standing in each of the named courts.

3. I have not been disciplined by any jurisdiction, by a court, or lawyer regulatory organization nor have I had a *pro hac vice* admission revoked since my original licensure in 2012.

4.	I have been admitted *pro hac vice* in this Court in the following cases: *Joshua L. Holladay, et al., v. The Islamic Republic of Iran, et al.;* Case No. 1:17-cv-00915-RDM, admitted June 26, 2018.

5.	I have been associated to serve as counsel for Plaintiffs along with Howard Nations of The Nations Law Firm who is admitted to the Courts of this District.

6.	I am not a member of the District of Columbia Bar and do not have an application for such membership pending.

WHEREFORE it is respectfully requested that I, Jeremy A. Tor, be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Plaintiffs.

Dated:  October 8, 2021.	Respectfully submitted,

By: */s/ Jeremy A. Tor*
Jeremy A. Tor (*Pro Hac Vice*)
Ohio Bar No. 0091151
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East, Suite 1700
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
Email: jtor@spanglaw.com