UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **THE ISLAMIC REPUBLIC OF IRAN, et al.,** ) <br> ) <br> **Defendants** ) <br> ) | Civil Action No. 1:18-cv-02248-CKK |

## ORDER

Upon Motion by Howard Nations, and it appearing to the Court that Jeremy A. Tor satisfied the requirements of Local Rule 83.2(d) for admission *pro hac vice* to practice in this Court in the above referenced action, it is hereby ORDERED as follows:

Motion for Admission of Jeremy A. Tor *pro hac vice* is GRANTED and he is hereby admitted to practice in this Court in the instant action.

SO ORDERED _____ day of _____, 2021.

_____
United States District Court Judge