AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, *Plaintiff* <br> v. <br> THE ISLAMIC REPUBLIC OF IRAN, et al., *Defendant* | Case No. 1:18-cv-02248-CRC |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date: 10/18/2021

/s/ Jeremy A. Tor
*Attorney's signature*

Jeremy A. Tor (Ohio 0091151)
*Printed name and bar number*

SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Ave., East, Suite 1700
Cleveland, OH 44114
*Address*

JTor@spanglaw.com
*E-mail address*

(216) 696-3232
*Telephone number*

(216) 696-3924
*FAX number*