UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:18-cv-02248-CRC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Updated Proposed Case Management Plan, it is hereby **ORDERED** that:

1. On March 15, 2022, Plaintiffs will file a motion regarding subject matter jurisdiction.

2. On May 2, 2022, Plaintiffs will file a motion regarding Iran's material support for the subject terrorist organizations.

3. On August 12, 2022, Plaintiffs will file a brief identifying bellwether attacks and evidence for the hearing.

4. On September ___, 2022, Plaintiffs will present their evidence regarding the bellwether attacks during a three-day evidentiary hearing.

5. Forty-five (45) days after the bellwether hearing: Plaintiffs will submit proposed findings of fact and conclusions of law regarding the bellwether attacks.

6. On November ___, 2022, Plaintiffs will file a motion for the appointment of Special Masters under Fed.R.Civ.R. 53 regarding the non-bellwether attacks.

7. Thirty (30) days after finding of liability: Plaintiffs will file a motion for the appointment of Special Masters to hear damages pursuant to 28 U.S.C. § 1605A(e). Plaintiffs will have twenty-one (21) days after a Special Master issues a report and recommendation to file objections.

8. Beginning one hundred and twenty (120) days after the Court's ruling on liability for the bellwether attacks, on a rolling basis and in tranches or selected groups, Plaintiffs will submit their evidence regarding liability for the non-bellwether attacks to the Special Masters. Plaintiffs will have twenty-one (21) days after a Special Master issues a liability report and recommendation to file objections.

9. Sixty (60) days after the Court rules on the Special Masters' reports and recommendations related to liability for successive tranches of attacks: Plaintiffs will submit their damages evidence to the Special Masters to issue reports and recommendations as to damages. Plaintiffs will have twenty-one (21) days after a Special Master issues a damages report and recommendation to file objections.

10. Thirty (30) days after the Court rules on the Special Master's damages reports and recommendations: Plaintiffs will file motions for entry of final judgment, followed by requests to serve judgment under 28 U.S.C. § 1608(e).

11. Plaintiffs will provide the Court with periodic status reports regarding discovery efforts with the Department of Defense every sixty (60) days, as well as any related rulings and findings in other similar FSIA matters.

**SO ORDERED.**

                                                                                           _____
                                                                                           CHRISTOPHER R. COOPER
                                                                                           United States District Judge

Dated: _____