UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br><br>Defendants ) | ) <br> ) <br> ) <br> ) Civil Action No. 1:18-cv-02248-CRC <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiffs respectfully request that the Court enter the proposed Agreed Protective Order attached hereto as **Exhibit A**. Plaintiffs have sought discovery from third party the U.S. Department of Defense. Plaintiffs and the Department of Defense have agreed to the terms of the proposed Agreed Protective Order, which will govern the use of documents produced by the Department of Defense to Plaintiffs. In an email dated February 15, 2022, the Department of Defense (through Jason Lynch, Trial Attorney, Civil Division, U.S. Department of Justice) provided Plaintiffs with authorization to advise the Court that the Department of Defense consents to the entry of the proposed Agreed Protective Order.

Dated: February 16, 2022.　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Christopher G. Paulos*
　　　　　　　　　　　　　　　　　　　　　Christopher G. Paulos
　　　　　　　　　　　　　　　　　　　　　DC Bar No. 1615782
　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 0091579
　　　　　　　　　　　　　　　　　　　　　**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR,**
　　　　　　　　　　　　　　　　　　　　　**BUCHANAN, O'BRIEN,**
　　　　　　　　　　　　　　　　　　　　　**BARR, AND MOUGEY, P.A.**
　　　　　　　　　　　　　　　　　　　　　316 South Baylen Street, Suite 600
　　　　　　　　　　　　　　　　　　　　　Pensacola, Florida 32502
　　　　　　　　　　　　　　　　　　　　　Telephone: (850) 435-7067
　　　　　　　　　　　　　　　　　　　　　Facsimile: (850) 436-6067

Email:   cpaulos@levinlaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 16, 2022                       Respectfully submitted,

                                             By: */s/ Christopher G. Paulos*