UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,**<br><br>Defendants | Civil Action No. 1:18-cv-02248-CRC |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion, Plaintiffs' request for leave to file proof of standing documents under seal is hereby **GRANTED**.

**SO ORDERED.**

Dated: _____

_____
Hon. Christopher R. Cooper
United States District Judge

1