UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | Civil Action No. 1:18-cv-2248-CRC
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) ) |
| Defendants | ) ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion Regarding Subject Matter Jurisdiction and the evidence attached thereto, the Court hereby grants said motion and finds as follows:

Plaintiffs have satisfied the element under 28 U.S.C. § 1605A(a)(2)(A)(i)(I) by proving with evidence satisfactory to the Court that The Islamic Republic of Iran was a designated state sponsor of terrorism at the time the subject terror attacks occurred and at the time this lawsuit was filed.

Plaintiffs identified in the Fed.R.Evid. 1006 summary spreadsheet attached to Plaintiffs' Motion Regarding Subject Matter Jurisdiction have proven with evidence satisfactory to the Court the requirement under 28 U.S.C. § 1605A(a)(2)(A)(ii), namely that they were U.S. nationals and/or members of the U.S. armed forces at the time of the subject terror attacks.

**SO ORDERED**.

_____
CHRISTOPHER R. COOPER
United States District Judge

Dated: _____