UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER ) <br> BROOK FISHBECK, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE ISLAMIC REPUBLIC OF IRAN, et al., ) <br> ) <br> Defendants ) <br> ) | Civil Action No. 1:18-cv-2248-CRC |

**PLAINTIFFS' MOTION REGARDING DEFENDANTS' MATERIAL SUPPORT FOR THE SUBJECT TERRORIST ORGANIZATIONS**

Pursuant to the Court's Order of November 19, 2021 (ECF No. 75), Plaintiffs now submit their Motion Regarding Defendants' Material Support for the Subject Terrorist Organizations.

With the accompanying memorandum and exhibits, Plaintiffs begin proving the "material support" element of their claims under 28 U.S.C. § 1605A(a)(1). To do that, Plaintiffs show that Iran and its co-Defendants provided material support to the terrorist organizations that committed the subject attacks in the time period leading up to and surrounding the subject attacks, that the material support was essential to the groups' operating capacity, and that terrorist attacks in general were reasonably foreseeable or a natural consequence of that material support. (In subsequent stages of the case management plan, Plaintiffs will show that the subject attacks were committed by the terrorist organizations Defendants materially supported.)[1]

Accordingly, for the reasons set forth in the accompanying memorandum and exhibits, Plaintiffs respectfully request an Order finding, pursuant to 28 U.S.C. § 1608(e), that:

---

[1] Two pages, pages 147-148, of the accompanying memorandum contain redactions. Those redactions are the subject of a motion to seal, which is being filed contemporaneously with this motion and the accompanying memorandum.

1

- Defendants provided material support, as that term is used in 28 U.S.C. § 1605A(a)(1), to the Shia terrorist groups the Badr Corps, Jaysh al-Mahdi, the Promised Day Brigade, Asa'Ib ahl al Haq, Kata'ib Hizballah, and the Sheibani Network during the relevant time period of 2003-2011.

- Defendants' provision of said material support to the above-mentioned Shia terrorist groups was essential to the groups' operating capacity and terrorist attacks were reasonably foreseeable and a natural consequence of that material support.

- Defendants provided material support, as that term is used in 28 U.S.C. § 1605A(a)(1), to the Sunni terrorist groups the Al Qaeda and Al Qaeda in Iraq and Ansar al Islam during the relevant time period of 2003-2011.

- Defendants' provision of said material support to the above-mentioned Sunni terrorist groups was essential to the groups' operating capacity and terrorist attacks were reasonably foreseeable and a natural consequence of that material support.

A proposed order consistent with the foregoing is attached.

Dated: May 2, 2022                              Respectfully submitted,

By: */s/ Christopher G. Paulos*
Christopher G. Paulos
DC Bar No. 1615782
Florida Bar No. 0091579
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7067
Facsimile: (850) 436-6067
Email: cpaulos@levinlaw.com

Jeremy A. Tor (*Pro Hac Vice*)
Ohio Bar No. 0091151
**SPANGENBERG, SHIBLEY & LIBER LLP**

                1001 Lakeside Ave., East., Suite 1700
                Cleveland, Ohio 44114
                Telephone: 216-696-3232
                Facsimile: 216-696-3924
                Email: jtor@spanglaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 2, 2022.  Respectfully submitted,

*/s/ Christopher G. Paulos*