## Exhibit List in Support of Motion Regarding Defendants' Material Support

| Exhibit # | Exhibit Name |
|---|---|
| PX001 | Declaration/Report of Patrick L. Clawson, Ph.D |
| PX002 | Declaration/Report of Matthew Levitt, Ph.D |
| PX003 | Declaration/Report of Peter Medvedev Piatetsky |
| PX004 | Declaration/Report of Daveed Gartenstein-Ross, Ph.D, JD – Shia Militant Groups |
| PX005 | Declaration/Report of Daveed Gartenstein-Ross, Ph.D, JD – Sunni Militant Groups |
| PX006 | Declaration/Report of Michael A. Rubin, Ph.D |
| PX007 | Declaration of Ripley Quinby IV, United States Treasury |
| PX020 | **Federal Register,** Vol. 60, No. 16, List of Specially Designated Terrorists Who Threaten To Disrupt the Middle East Peace (January 25, 1995), Notices |
| PX021 | **U.S. Department of State**, Designation of the Islamic Revolutionary Guard Corps, (April 8, 2019) |
| PX022 | **U.S. Department of State, Bureau of Counterterrorism**, Foreign Terrorist Organizations, (March 5, 2021) |
| PX025 | **U.S. Department of State**, State Sponsors of Terrorism |
| PX027 | **U.S. Department of State**, The United States designated Kata'ib Hezbollah a Foreign Terrorist Organization and a Specially Designated Global Terrorist on June 24, 2009 |
| PX028 | **U.S. Department of State**, The United States to Impose Sanctions on Chinese Firm Zhuhai Zhenrong Company Limited for Purchasing Oil from Iran, (July 22, 2019) |
| PX029 | **U.S. Department of Treasury Press Release**, Fact Sheet: New Sanctions on Iran |
| PX030 | **U.S. Department of Treasury Press Release**, Fact Sheet: U.S. Treasury Department Targets Iran's Support for Terrorism. Treasury Announces New Sanctions Against Iran's Islamic Revolutionary Guard Corps-Qods Force Leadership," (August 3, 2010) |
| PX033 | **U.S. Department of Treasury Press Release**, Treasury and State Department Iran Designations Identifier Information Pursuant to E.O. 13224 (Terrorism) and E.O. 13382 (WMD), (October 25, 2007) |
| PX034 | **U.S. Department of Treasury Press Release**, Treasury Designates the IRGC under Terrorism Authority and Targets IRGC and Military Supporters under Counter-Proliferation Authority, (October 13, 2017) |
| PX035 | **U.S. Department of Treasury Press Release**, Fact Sheet: Abu Musa'ab al-Zarqawi, (September 23, 2003) |
| PX036 | **U.S. Department of Treasury Press Release**, Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism, (October 25, 2007) |
| PX039 | **U.S. Department of Treasury Press Release**, Treasury Department Statement Regarding the Designation of Ansar Al-Islam, (February 20, 2003) |
| PX040 | **U.S. Department of Treasury Press Release**, Treasury Designates Hizballah Commander Responsible for American Deaths in Iraq, (November 19, 2012) |
| PX042 | **U.S. Department of Treasury Press Release**, Treasury Designates Individuals and Entities Fueling Violence in Iraq, (September 16, 2008) |
| PX047 | **U.S. Department of Treasury Press Release**, Treasury Sanctions Five Individuals Tied to Iranian Plot to Assassinate the Saudi Arabian Ambassador to the United States, (October 11, 2011) |
| PX048 | **U.S. Department of Treasury Press Release**, Treasury Sanctions Iran's Central Bank and National Development Fund, (September 20, 2019) |
| PX050 | **U.S. Department of Treasury Press Release**, Treasury Sanctions Key Actors in Iran's Oil Sector for Supporting Islamic Revolutionary Guard Corps-Qods Force, (October 26, 2020) |
| PX051 | **U.S. Department of Treasury Press Release**, U.S. Government Fully Re-Imposes Sanctions on the Iranian Regime As Part of Unprecedented U.S. Economic Pressure Campaign, (November 5, 2018) |
| PX057 | **U.S. Department of Treasury Press Release**, OFAC Identifies Entities Owned or Controlled by the Government of Iran, (November 26, 2008) |
| PX058 | **U.S. Department of Treasury**, Graphic, Currency Exchange Network Transferring Millions of Dollars to the IRGC-QF |
| PX059 | **U.S. Department of Treasury**, OFAC Advisory to the Maritime Petroleum Shipping Community, (September 4, 2019) |
| PX061 | **U.S. Department of Treasury**, Office of Foreign Assets Control - Sanctions Programs and Information |
| PX063 | **U.S. Department of Treasury Press Release**, Treasury Designates Vast Iranian Petroleum Shipping Network That Supports IRGC-QF and Terror Proxies, (September 4, 2019) |
| PX066 | **U.S. Department of Treasury Press Release**, Treasury Designates Individual, Entity Posing Threat to Stability in Iraq, (July 2, 2009) |
| PX067 | **U.S. Department of Treasury Press Release**, Treasury Designates Individuals, Entity Fueling Iraqi Insurgency, (January 9, 2008) |
| PX068 | **U.S. Departrment of Treasury Press Release**, Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism, (February 16, 2012) |
| PX070 | **U.S. Department of Treasury Press Release**, Treasury Designations Target Terrorist Facilitators, (December 7, 2006) |
| PX072 | **U.S. Department of Treasury Press Release**, Sanctions on Iranian Government and Affiliates, (November 8, 2012) |
| PX073 | **U.S. Department of Treasury Press Release**, Statement by Secretary Paulson on Iran Designations, (October 25, 2007) |
| PX076 | **U.S. Department of Treasury Press Release**, Treasury Sanctions Iran's Largest Petrochemical Holding Group and Vast Network of Subsidiaries and Sales Agents, (June 7, 2019) |

# Exhibit List in Support of Motion Regarding Defendants' Material Support

| Exhibit # | Exhibit Name |
|---|---|
| PX077 | **U.S. Department of Treasury Press Release**, Treasury Sanctions Key Hizballah, IRGC-QF Networks in Iraq, (November 13, 2018) |
| PX079 | **U.S. State Department**, State Department Terrorist Designations of Asa'ib Ahl al-Haq and Its Leaders, Qays and Laith al-Khazali, (January 3, 2020) |
| PX080 | **White House**, "Statement from the President on the Designation of the Islamic Revolutionary Guard Corps as a Foreign Terrorist Organization," The White House, (April 8, 2019) |
| PX081 | **Federal Register**, Vol. 62, No. 165, Notices Hezbollah et al TRO's, (October 8, 1997) |
| PX082 | **U.S. Department of Treasury Press Release**, Treasury Designations of Hizballah Leadership, (August 22, 2013) |
| PX101 | **FinCEN Advisory**, Advisory on the Iranian Regime's Illicit and Malign Activities and Attempts to Exploit the Financial System, (October 11, 2018) |
| PX104 | **New York Department of Financial Services**, "DFS Fines Intesa Sanpaolo $235 Million for Repeated Violations of Anti-Money Laundering Laws," (December 15, 2016)51 |
| PX116 | **U.S. Department of Treasury, Financial Crimes Enforcement Networ**k, Advisory FIN-2008-A002, "Guidance to Financial Institutions on the Continuing Money Laundering Threat Involving Illicit Iranian Activity," (March 20, 2008) |
| PX118 | **U.S. Department of Treasury Press Release**, "Treasury Targets Iran's Central Bank Governor and an Iraqi Bank Moving Millions of Dollars for IRGC-Qods Force," (May 15, 2018) |
| PX121 | **U.S. Department of Treasury Financial Crimes Enforcement Network**, Advisory FIN-2010-A008, "Update on the Continuing Illicit Finance Threat Emanating from Iran," (June 22, 2010) |
| PX122 | **U.S. Department of Treasury Press Release**, Fact Sheet: Treasury Strengthens Preventative Measures Against Iran, (November 6, 2008) |
| PX124 | **U.S. Department of Treasury**, Letter from Adam J. Szubin, OFAC Director, to Congress, (September 24, 2012) |
| PX125 | **U.S. Department of Treasury Press Release**, Treasury Submits Report To Congress On NIOC And NITC, (September 24, 2012) |
| PX126 | **U.S. Department of Treasury Press Release**, Treasury Targets Iran's Islamic Revolutionary Guard Corps, (February 10, 2010) |
| PX127 | **U.S. Department of Treasury Press Release**, Treasury Further Exposes Iran-Based Al-Qa'ida Network, (October 18, 2012) |
| PX129 | **U.S. Department of Treasury Press Release**, Treasury Targets al Qaeda Operatives in Iraq, (January 16, 2009) |
| PX130 | **U.S. Department of Treasury Press Release**, Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point, (July 28, 2011) |
| PX132 | **U.S. Department of Treasury Press Release**, Treasury Targets Companies Facilitating Iran's Petroleum Sales, (March 19, 2020) |
| PX133 | **U.S. Department of Treasury Press Release**, Treasury Targets International Network Supporting Iran's Petrochemical and Petroleum Industries, (January 23, 2020) |
| PX135 | **U.S. Department of Treasury Press Release**, United States and United Arab Emirates Disrupt Large Scale Currency Exchange Network Transferring Millions of Dollars to the IRGC-QF, (May 10, 2018) |
| PX137 | **The White House**, Remarks by President Trump o Iran Strategy, (October 13, 2017) |
| PX202 | **U.S. Department of State**, Country Reports on Terrorism 2006 (April 30, 2007) |
| PX203 | **U.S. Department of State**, Country Reports on Terrorism 2007 (April 2008) |
| PX205 | **U.S. Department of State**, Country Reports on Terrorism 2009 (August 5, 2010) |
| PX209 | **U.S. Department of State**, Country Reports on Terrorism 2014 (June 2015) |
| PX210 | **U.S. Department of State**, Country Reports on Terrorism 2017 (September 2018) |
| PX212 | **Brian Fishman and Joseph Felter**, Iranian Strategy in Iraq: Politics and "Other Means" (West Point, NY: Combating Terrorism Center at West Point, 2008) |
| PX213 | Hard Lessons. The Iraq Reconstruction Experience, OIG, (February 2009) |
| PX217 | **U.S. Department of State**, "Subject: Information on Bank Melli for Italy, S Consideration in EU Discussions on Autonomous Sanctions," (March 8, 2007) |
| PX224 | **Assaf Moghadam**, "Marriage of Convenience: The Evolution of Iran and al-Qa'ida's Tactical Cooperation," CTC Sentinel 10:4, p. 15, (April 2017) |
| PX227 | Combined Intelligence Operations Center Information Paper, p. 317, (August 5, 2007) |
| PX235 | **FinCEN**, "Imposition of Fifth Special Measure Against the Islamic Republic of Iran as a Jurisdiction of Primary Money Laundering Concern," 84 Fed. Reg. 59302, 59304, (November 4, 2019) |
| PX241 | **Joel D. Rayburn et al. eds.**, "The U.S. Army in the Iraq War Volume 1," (Washington, D.C.: Office of the Chief of Staff of the U.S. Army, 2019) |
| PX242 | **Joel D. Rayburn**, "The U.S. Army in the Iraq War Volume 2: Surge and Withdrawal," (West Point, New York: United States Military Academy West Point, 2019) |
| PX250 | **Michael Knights**, "Iran's Expanding Militia Army in Iraq: The New Special Groups," *CTC Sentinel* 12:7, (August 2019) |
| PX251 | **Michael Knights**, "The Evolution of Iran's Special Groups in Iraq," *CTC Sentinel* 3:11 - 12, (November 2010) |
| PX257 | **Senate Perm. Subcomm. on Investigations**, "U.S. Vulnerabilities to Money Laundering, Drugs, and Terrorist Financing: HSBC Case History," (July 17, 2012) |
| PX260 | **U.S. Defense Intelligence Agency**, "Iran Military Power," pp. 9, 19, 37, (August 2019) |

## Exhibit List in Support of Motion Regarding Defendants' Material Support

| Exhibit # | Exhibit Name |
|---|---|
| PX262 | **U.S. Department of Energy**, "Analysis: Iran" |
| PX264 | **U.S. Department of State**, "Iran" |
| PX266 | **U.S. Department of State - Bureau of Democracy, Human Rights, and Labor**, "Iraq: A Population Silenced," (December 2002) |
| PX268 | **U.S. Department of State**, Secretarial Determination No. 84-3, Determination Pursuant to Section 6(i) of the Export Administration Act of 1979—Iran, 49 F.R. 2836 (January 23, 1984) |
| PX270 | **United States Department of State - Office of the Coordinator for Counterterrorism**, Patterns of Global Terrorism 1990, (April 29, 1991) |
| PX274 | **West Point Combatting Terrorism Center**, "Iranian Resources and Shi`a Militant Cohesion: Insights from the Khazali Papers," (January 2019) |
| PX275 | **Library of Congress**, "Iran's Ministry of Intelligence and Security: A Profile," p. 4, (December 2012) |
| PX280 | **Kenneth Katzman**, "Iran's Foreign and Defense Policies," Congressional Research Service, R44017, p. 19, (October 9, 2018) |
| PX281 | **Kenneth Katzman**, "Iran-Iraq Relations," Congressional Research Service, p. 2, (August 13, 2010) |
| PX282 | 9-11 Commission Report |
| PX283 | Annual Threat Assessment of the Director of National Intelligence for the Senate Select Comm. on Intelligence (February 2, 2006) |
| PX300 | **Department of Defense Press Briefing**, with Brigadier General Kevin Bergner, Slides regarding Ali Musa Daqduq, (July 2, 2007) |
| PX303 | 7/12/07 Press Roundtable with Under Secretary of Treasury Stuart A. Levey |
| PX346 | **U.S. Congress, Senate Committee on Armed Services**, The Situation in Iraq and Progress by the Government of Iraq in Meeting Benchmarks and Achieving Reconciliation: Hearing before the Committee on Armed Services, 110th Cong., 2d sess., Statements of Gen. David H. Petraeus and Ambassador Ryan Crocker, (April 8-10, 2008) |
| PX356 | **Department of Defense Press Briefing**, with Brig. Gen. Kevin Bergner, Multi-National Force-Iraq, (July 2, 2007) |
| PX359 | **Department of Defense Press Briefing**, with Major Gen. Kevin Bergner and Brig. Gen. Michael Walsh, Multi-National Forces-Iraq, (October 3, 2007) |
| PX364 | **Department of Defense Press Briefing**, Secretary of Defense Donald Rumsfeld and General Richard Myers, USAF, chairman of the Joint Chiefs of Staff, Pentagon Briefing Room, Arlington, Virginia 1: 15 P.M. EST, (March 28, 2003) |
| PX365 | **Ambassador Jeffrey D. Feltman**, Testimony, Assistant Secretary of State for Near Eastern Affairs, and **Ambassador Daniel Benjamin**, Coordinator for Counterterrorism, Senate Foreign Relations Subcommittee on Near Eastern and South and Central Asian Affairs, (June 8, 2010) |
| PX371 | **U.S. Congress**, Senate Committee on Armed Services, Iran's Military Power: Hearing before the Committee on Armed Services, 111th Cong., 2d sess., Statement of Lt. Gen. Ronald L. Burgess Jr., (April 14, 2010) |
| PX373 | **U.S. Congress**, Senate Select Committee on Intelligence, Current and Projected National Security Threats to the United States: Hearing before the Select Committee on Intelligence, 109th Cong., 1st sess., Statement of Vice Adm. Lowell E. Jacoby, (February 16, 2005) |
| PX374 | **Department of Defense Press Briefing**, with Gen. Petraeus from the Office of the Assistant Secretary of Defense, Pentagon, (April 16, 2007) |
| PX378 | **U.S. Dept. of State Press Briefing Video**, (April 2, 2019) |
| PX382 | **Multi-National Force-Iraq**, Press Release, "Coalition Forces Strike Blow to Criminal Network," (October 18, 2008) |
| PX383 | **Multi-National Force-Iraq**, Press Release, "Coalition Forces Continue to Target Asaib Ahl al-Haq Criminals Baghdad," (November 23, 2008) |
| PX384 | **Multi-National Force-Iraq**, Press Release, "Coalition Forces Continue to Target Asaib Ahl al-Haq Criminals Baghdad," (November 23, 2008) |
| PX405 | **Federal Register**, Vol.76, No. 227, 72,756, Finding That the Islamic Republic of Iran Is a Jurisdiction of Primary Money Laundering Concern, (November 25, 2011) |
| PX407 | **U.S. Congress**, Iran Oil Sanctions Act of 1996, HR Rep 104-523, pt 1, 104th Cong, 2d Sess. (1996) |
| PX408 | **U.S. Congress**, Iran Threat Reduction and Syria Human Rights Act of 2012, Pub. L. No. 112-158 (Aug.10, 2012) |
| PX409 | **Department of Treasury**, Settlement Agreement, ¶ 4, (December 11, 2012) |
| PX412 | **Executive Order 12947**, Hizballah SDT Designation, (January 23 1995) |
| PX503 | **Parliament of Australia**, "Review of the re-listing of Ansar al-Sunna, JeM, LeJ, EIJ, IAA, AAA and IMU as terrorist organisations," Parliamentary Joint Committee on Intelligence and Security, (June 2007) |
| PX505 | **Australian Government**, Attorney General's Department, "Hizballah External Security Organisation," (May 16, 2009) |
| PX519 | **Stephen Jones**, "The UK Government's Decision to Proscribe the Military Wing of Hezbollah," Standard Note SN/IA/4791, International Affairs and Defense Section, House of Commons Library, (July 10, 2008) |
| PX521 | **United Nations Security Council**, Resolution 1929, (2010) |
| PX606 | **BBC Monitoring Middle East**, "Iran Allegedly Using Ansar Al-Islam, Al-Qa'idah to Interfere in Iraqi Kurdistan," (April 28, 2007) |
| PX611 | **NPR**, "Text of President Bush's Speech on Troop Levels," (January 10, 2007) |

**Exhibit List in Support of Motion Regarding Defendants' Material Support**

| Exhibit # | Exhibit Name |
|---|---|
| PX612 | **Ali Alfoneh**, "Iran's Most Dangerous General, Middle Eastern Outlook," no. 4, American Enterprise Institute, (July 13, 2011) |
| PX613 | **Ali Nuri Zadah**, "Former Iranian General Talks About Hizballah's Training of Iraqis in Iran Camps [Arabic], Al-Sharq al-Awsat," (London), (May 8, 2008) |
| PX615 | **Ali Reza Nourizadeh**, "Revolutionary Guards Accompanied Supreme Council for Islamic Revolution and Al-Da'wah Party Fighters Across the Border into Iraq; Iranian Sources Confirmed Tehran Equipped Its Elements With Light Weapons, Money, and Radio Equipment To Help Impose 'Fait Accompli' in 11 Iraqi Cities," *Ash-Sharq al-Awsat*, (April 25, 2003) |
| PX620 | **Associated Press**, "U.S. Top Iran officials ordering bombs to Iraq," NBC News, (February 11, 2007) |
| PX622 | **Borzou Daragahi**, "Badr Brigade: Among Most Consequential Outcomes of the Iran-Iraq War," The Atlantic Council, (August 16, 2018) |
| PX626 | **Center for Strategic and International Studies**, "War by Proxy: Iran's Growing Footprint in the Middle East," (March 11, 2019) |
| PX628 | **Con Coughlin**, "Iran Receives al Qaeda Praise for Role in Terrorist Attacks," The Telegraph, (December 2, 2019) |
| PX631 | **Daniel Byman**, "Unlikely Alliance: Iran's Secretive Relationship with Al-Qaeda," pp. 29, 31, IHS Defense, Risk and Security Consulting (July 2012) |
| PX634 | **Dexter Filkins**, "The Shadow Commander," The New Yorker, (September 23, 2013) |
| PX637 | **Eli Lake**, "Iran's Secret Plan for Mayhem," The New York Sun, (January 3, 2007) |
| PX641 | **Frederic Wehrey et al.**, "Dangerous but not Omnipotent: Exploring the Reach and Limitations of Iranian Power in the Middle East," p. 117, RAND Corporation, (2009) |
| PX642 | **Frederic Wehrey, Jerrold D. Green, Brian Nichiporuk et al.**, "The Rise of the Pasdaran: Assessing the Domestic Roles of Iran's Islamic Revolutionary Guards Corps," pp. 61-62, RAND Corporation, (2009) |
| PX663 | **James Glanz**, "U.S. Says Arms Link Iranians to Iraqi Shiites," The New York Times, (February 12, 2007) |
| PX665 | **Jim Garamone**, "Iran Arming, Training, Directing Terror Groups in Iraq, U.S. Official Says," American Forces Press Service, (July 2, 2007) |
| PX670 | **Kimberly Kagan**, "Iran's Proxy War Against the United States and the Iraqi Government," Iraq Report, pp. 2, 17, 20, (May 2006-August 20, 2007) |
| PX673 | **Lydia Khalil**, "The Hidden Hand of Iran in the Resurgence of Ansar Al-Islam," Terrorism Monitor 5:11, (June 7, 2007) |
| PX676 | **Majid Rafizadeh**, "In First, Hezbollah Confirms All Financial Support Comes from Iran," Al Arabiya English, (June 25, 2016) |
| PX677 | **Marisa Cochrane**, "Asaib Ahl al-Haq and the Khazali Special Groups Network," Institute for the Study of War Backgrounder #38, p. 2, (January 13, 2008) |
| PX678 | **Marisa Cochrane**, "Iraq Report: Special Groups Regenerate," Institute for the Study of War, p. 18, (September 2008) |
| PX679 | **Marisa Cochrane**, "The Fragmentation of the Sadrist Movement," Institute for the Study of War, pp. 10, 12, (2009) |
| PX680 | **Martin Chulov**, "Qassem Suleimani: The Iranian General 'Secretly Running' Iraq," Guardian (London), (July 28, 2011) |
| PX683 | **Michael Eisenstadt, Michael Knights, and Ahmed Ali**, "Iran's Influence in Iraq: Countering Tehran's Whole-of-Government Approach," Policy Focus 111, Washington Institute for Near East Policy, (April 2011) |
| PX684 | **Michael Gordon & Dexter Filkins**, "Hezbollah Said to Help Shiite Army in Iraq," New York Times, (November 28, 2006) |
| PX685 | **Michael Knights**, "Iranian EFPs in the Gulf: An Emerging Strategic Risk," Washington Institute for Near East Policy, (February 23, 2016) |
| PX696 | **Sabrina Tavernise**, "U.S. Says Captured Iranians Can Be Linked to Attacks," The New York Times, (December 27, 2006) |
| PX697 | **Sam Dagher**, "In Iraq, a Very Busy Iran," The Wall Street Journal, (November 30, 2010) |
| PX699 | **Seth G. Jones**, "Al Qaeda in Iran," Foreign Affairs, (January 29, 2012) |
| PX700 | **Matthew Levitt**, "Hezbollah's Regional Activities in Support of Iran's Proxy Networks," The Middle East Institute, (July 2021) |
| PX703 | **Stanford Center for International Security and Cooperation**, "Mahdi Army," (November 23, 2021) |
| PX711 | **Washington Institute**, "Hezbollah in Iraq: A Little Help Can Go a Long Way," (June 25, 2014) |
| PX713 | **Department of Defense**, Photo by Staff Sergeant Russell Bassett, "CLC Tip Leads Coalition Troops to EFP Factory [Image 5 of 5]," DVIDS Identifier 63719, (October 31, 2007). Released to Public. |
| PX801 | **Bank Melli Iran**, "Capital," 2014/15 Annual Report of Bank Melli Iran, Chapter 29, p 70 |
| PX802 | **Annex B of Defendant National Iranian Oil Company**, "Tehran's General Terms and Conditions For Purchasing Crude Oil" |
| PX810 | **National Iranian Oil Company**, "Introduction to National Iranian Oil Company," p. 7 |
| PX903 | **Combating Terrorism Center**, "Iraqi Intelligence Documents 4," Harmony Document ISGQ-2003-00037289 |
| PX906 | **Office of the Director of National Intelligence**, "Letter Dated 13 Oct 2010," released in Bin Laden's Bookshelf |
| PX907 | **Office of the Director of National Intelligence**, "Letter Dated 5 April 2011," released in Bin Laden's Bookshelf |
| PX911 | **Office of the Director of National Intelligence**, "Letter to Karim," released in Bin Laden's Bookshelf |

**Exhibit List in Support of Motion Regarding Defendants' Material Support**

| Exhibit # | Exhibit Name |
|---|---|
| PX919 | "Shi'a SDE Tactical Interrogation Report," June 18, 2007, 17:30. Report No. 200243-008. |
| PX920 | **Homeland Security Digital Library**, "SOCOM-2012-0000011-HT: Letter from Unknown to Hafiz Sultan," (March 28, 2011) |
| PX921 | **Homeland Security Digital Library**, "SOCOM-2012-0000019-HT: Letter from Osama Bin Laden to Sheikh Mahmud," (May 2010) |
| PX925 | **U.S. Central Command**, "The Seventh Interrogation of N1228A," (March 24, 2007) |
| PX926 | **U.S. Central Command**, "The Tenth Interrogation of N1228A," (March 26, 2007) |
| PX928 | **U.S. Department of Defense**, "Unclassified Report on Military Power of Iran," p. 3, (April 2010) |
| PX934 | **Department of Defense**, Evidentiary Document, Report of Interrogation of Qais Khazali, at 324, (August 13, 2007) |
| PX939 | Military Charge Sheet for Ali Musa Daqduq, provided by Plaintiffs |
| PX942 | **MNF-I**, CDR Weekly SECDEF Updates_296 to 313.pdf |
| PX949 | **Multi-National Force – Iraq,** CDR Weekly SECDEF Updates from General David Petraeus, Commander of MNF-I to U.S. Secretary of Defense Robert Gates, p. 305),  (June 3-9, 2007) |
| PX951 | **Multinational Force – Iraq,** Shi'a SDE, "Tactical Interrogation Report: Qais Hadi Said al-Khazali,"  pp. 2, 3, (May 30, 2008) |
| PX959 | **Combating Terrorism Center at WestPoint, "**Redacted Interrogation Report 027," (Spring 2007-Early 2008) |
| PX960 | **Department of Defense**, Strategic Debriefing Element, Recommendation for Continued Internment, (Detainee documents re Khazali and Daqduq) (October 5, 2008). Declassified  on March 28, 2018 |
| PX964 | US Military Commission Charge Sheet for Ali Musa Daqduq al Musawi, ISN Number 311933, January 3 2012. |
| PX974 | Summary of Tactical Interrogation of Qayis al-Khazali, Report No.1 (March 21, 2007) |
| PX977 | Summary of Tactical Interrogation of Qayis al-Khazali, Report No. 28 (April 5, 2007) |
| PX979 | Summary of Tactical Interrogation of Qayis al-Khazali, Report No. 59 (April 22, 2007) |
| PX980 | Summary of Tactical Interrogation of Qayis al-Khazali, Report No. 37 (April 10, 2007) |
| PX1001 | COR/Video of Christopher Fishbeck attack |