UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants | )<br>)<br>)<br>)<br>) Civil Action No. 1:18-cv-2248-CRC<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion Regarding Defendants' Material Support for the Subject Terrorist Organizations and the memorandum and evidence attached thereto, the Court hereby grants said motion and finds Plaintiffs have presented evidence satisfactory to the Court pursuant to 28 U.S.C. § 1608(e) that:

- Defendants provided material support, as that term is used in 28 U.S.C. § 1605A(a)(1), to the Shia terrorist groups the Badr Corps, Jaysh al-Mahdi, the Promised Day Brigade, Asa'Ib ahl al Haq, Kata'ib Hizballah, and the Sheibani Network during the relevant time period of 2003-2011.

- Defendants' provision of said material support to the above-mentioned Shia terrorist groups was essential to the groups' operating capacity and terrorist attacks involving these groups in Iraq during the relevant time period of 2003-2011 were reasonably foreseeable and a natural consequence of that material support.

- Defendants provided material support, as that term is used in 28 U.S.C. § 1605A(a)(1), to the Sunni terrorist groups Al Qaeda and Al Qaeda in Iraq and Ansar al Islam during the relevant time period of 2003-2011.

- Defendants' provision of said material support to the above-mentioned Sunni terrorist groups was essential to the groups' operating capacity and terrorist attacks involving these groups in Iraq during the relevant time period of 2003-2011 were reasonably foreseeable and a natural consequence of that material support.

**SO ORDERED**.

Dated: _____
                                                                          CHRISTOPHER R. COOPER
                                                                          United States District Judge