PX1

# Declaration of Patrick L. Clawson, Ph.D.

**Fishbeck, et al. v. The Islamic Republic of Iran, et al.**

**United States District Court for the District of Columbia**

**April 25, 2022**

PX1

**Table of Contents**

I.  Professional Background and Witness Qualifications ............................................................. 1

II.  Scope of Opinions and Executive Summary ....................................................................... 7

III.  Information Assembled and Consulted to Form Opinions ................................................. 9

IV.  Iranian Regime ................................................................................................................. 12

V.  Non-Transparent Character of the Iranian Government .................................................. 15

VI.  Iranian Support for Terrorism As a Means to Accomplish Its Objectives ..................... 17

VII.  Iranian Operations Conducted in the Shadows ............................................................... 19

    A.  Iran's Disguised Role in Terrorism in Lebanon in the 1980s ..................................... 20

    B.  Iran's Disguised Role in Aiding al-Qaeda, including in Iraq ..................................... 22

VIII.  Iran, IRGC, and Terrorism ............................................................................................ 26

IX.  Iran, MOIS, and Terrorism ............................................................................................. 29

X.  Iran, Bank Jomhouri Islami Iran, and Terrorism ............................................................ 31

    A.  The Central Bank of Iran Is a Tool of the Iranian Government ................................. 31

    B.  Merkazi Supports Terrorism ...................................................................................... 33

XI.  Iran, Bank Melli /Melli Bank PLC, and Terrorism ........................................................ 40

    A.  Ownership of Bank Melli Iran ................................................................................... 40

    B.  Bank Melli, Melli Bank PLC, and Terrorism ............................................................ 50

XII.  Iran, the National Iranian Oil Company (NIOC), and Terrorism .................................. 53

    A.  Ownership of the NIOC .............................................................................................. 53

    B.  NIOC and Support for Terrorism ............................................................................... 54

XIII.  Other Components of Iran's Terror Network .............................................................. 57

    A.  The Reconstruction Organization of the Holy Shrines in Iraq (ROHSI)................... 57

    B.  Islamic Republic of Iran Shipping Lines (IRISL)...................................................... 58

    C.  Mahan Airlines............................................................................................................ 65

    D.  Khatam al-Anbiya Construction Company.................................................................. 72

XIV.  Conclusions ................................................................................................................... 73

Experience and Publications ................................................................................................... 78

Previous Testimony ................................................................................................................. 84

PX1

# Declaration of Patrick L. Clawson, Ph.D.

Under 28 U.S.C. § 1746, I, Patrick L. Clawson, Ph.D., hereby declare under penalty of perjury as follows:

## I.  Professional Background and Witness Qualifications

1.  I am an adult citizen who resides in the District of Columbia.

2.  I am an expert on the Islamic Republic of Iran ("Iran") and have extensively studied and researched Iran and its sponsorship of terrorism, its economy, and its politics. This Declaration is submitted to provide the Court with facts and evidence concerning Iran's system of government, including how Iran masks its responsibility for actions carried out by its agents when those actions may draw opprobrium, either at home or abroad.

3.  I am the Director of Research at the Washington Institute for Near East Policy (which I will refer to from now on as "The Washington Institute"), where I have been employed since 1997. My previous positions include five years as senior research professor at the Institute for National Strategic Studies of the National Defense University and senior economist for four years each at the Foreign Policy Research Institute, the World Bank, and the International Monetary Fund. Most of my professional life has been spent studying the Middle East, and in particular, Iran. My first scholarly article on the Middle East was published approximately 30 years ago, and the first work I did on the region for the Central Intelligence Agency was approximately 20 years ago.

4.  The Washington Institute is a think tank, in other words, a 501(c)(3) organization, which receives funding from a variety of individuals, only Americans, to conduct studies about U.S. foreign policy interests and concerns in the Middle East. The Washington Institute also studies domestic and internal issues relating to the Iranian government. My work includes

1

extensive research regarding the Iranian Ministry of Intelligence and Security ("MOIS"), the Iranian Revolutionary Guard Corps (the "IRGC"), and its Qods Force ("Qods Force" or "IRGC-QF").

5.      I have done contract consulting work on Iran and the Middle East for several U.S. government agencies over the last 30 years, including the Central Intelligence Agency, the Defense Department, the State Department Bureau of Intelligence and Research, and, through various contractors, the National Security Agency and the Defense Intelligence Agency. While at the National Defense University, I worked closely with officials from a wide range of U.S. government agencies on issues of Middle Eastern politics, including close work with the Central Command (the U.S. military command responsible for the Middle East), and its subordinate commands, and with the staff of the Joint Chiefs of Staff.

6.      For the past 22 years, I have been the Director for Research (or, before staff reorganization, Deputy Director) at the Washington Institute, a think tank focusing on contemporary issues of the Middle East. In this capacity, I, *inter alia*, supervise a staff of about 20 senior researchers who study Middle East politics and terrorism, with considerable focus on Iran and Syria. Researchers with whom I have worked at the Washington Institute include Dennis Ross, President Clinton's chief Middle East peace process negotiator, and who was for four years the individual at the Obama Administration's National Security Council responsible for the "Central Region," the Central Command covering the Middle East; former Deputy Assistant Secretary of the Treasury for Intelligence, Matthew Levitt, responsible, *inter alia,* for following Iranian terror financing; and several former U.S. ambassadors, including James Jeffrey, Ambassador to Turkey and Iraq (at different times), as well as currently, State Department Special Envoy to the Global Coalition to Defeat ISIS (the Islamic State in Iraq and Syria), and Barbara Leaf, Ambassador to

PX1

the United Arab Emirates. I also brief and receive briefings from senior United States military officials and senior officials of other governments friendly to the United States.

7.  I have previously been designated and qualified by federal courts as an expert witness on issues relating to Iran, Iran's support for terrorism, its economy, and other issues, and have given live or written testimony in various cases brought against Iran for its sponsorship of terrorism. In the last four years, those cases were:

- *Weinstock v. Islamic Republic of Iran* [S.D. Fla., October 2018, No. 1:17-cv-23272].
- *Hake et al v. Bank Markazi Jomhouri Islami Iran et al* [D.D.C., May 2018, No. 17-cv-114 (TJK)].
- *Havlish v. Islamic Republic of Iran* [BCSC, October 2017, No. S-168272].
- *Allan et al v. Islamic Republic of Iran* [D.D.C. May, 2017, No. 1:17-cv-00338 (RJL)].
- *Parhamovich et al v. Islamic Republic of Iran et al* [D.D.C., April 2017, No. 1:17-cv-00061].
- *Force v. Islamic Republic of Iran* [D.D.C., January 2017, No. 16-01468 (RDM)].
- *Hirshfeld v. Islamic Republic of Iran* [D.D.C., December 27, 2016, No. 15-cv-2272 (RBW)].
- *Braun v. Islamic Republic of Iran* [D.D.C., May 2016, No. 15-01136 (BAH)].
- *Lelchook v. Islamic Republic of Iran* [D. Mass., May 2016, No. 15-13715 (PBS)].
- *Kaplan v. Central Bank of Iran* [D.D.C., November 2015, No. 10-483 (RCL)].

8.  Older cases in which I have given live or written testimony include: *Cicippio v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 96-01805 (1996); *Flatow v. Islamic Republic of Iran*, 999 F. Supp. 1, 8-9 (D.D.C. 1998); *Cronin v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 99-02890 (1999); *Higgins v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 99-00377 (1999); *Stethem v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 00-00159 (2000); *Hegna v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 00-00716 (2000); *Anderson v. Islamic Republic of Iran*, 90 F. Supp. 2d 107, 112-113 (D.D.C. 2000); *Eisenfeld v. Islamic Republic of Iran*, 172 F. Supp. 2d 1, 5 (D.D.C. 2000); *Elahi v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 99-02802 (1999); *Wagner v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 00-017999; *Polhill v. Islamic Republic of Iran*, U.S.D.C.,

PX1

D.C. No. 00-01798 (2000); *Mousa v. Islamic Republic of Iran*, 238 F. Supp. 2d 1, 3-4 (D.D.C. 2001); *Raffi v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 01-850 (2001); *Kerr v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 01-01994 (2001); *Surette v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 01-00570 (2001); *Weinstein v. Islamic Republic of Iran*, 184 F. Supp. 2d 13, 19 (D.D.C. 2002); *Ungar v. Islamic Republic of Iran*, 271 F. Supp. 2d 91, 93 (D.D.C. 2002); *Stern v. Islamic Republic of Iran*, 271 F. Supp. 2d 286, 288 (D.D.C. 2003); *Rieger v. Islamic Republic of Iran*, 281 F. Supp. 2d 87, 90 (D.D.C. 2003); *Campuzano v. Islamic Republic of Iran*, 281 F. Supp. 2d 258, 262 (D.D.C. 2003); *Greenbaum v. Islamic Republic of Iran*, No. 02-2148, 2006 WL 2374221 at *3 (D.D.C. Aug. 10, 2006); *Levin v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 05-2494 (2007); *Owens v. Republic of Sudan, et al.*, No. 01-2244, 2011 U.S. Dist. LEXIS 135961 (D.D.C. Nov. 28, 2011); *In Re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (S.D.N.Y. Dec. 22, 2011), and *In Re: 650 Fifth Avenue and Related Properties,* 08 Cv. 10934 (KBF), among others.

9.   I have testified about Iran and/or Syria before the House International Relations, National Security, and Banking and Financial Services Committees, as well as the Senate Foreign Relations and Banking Committees.

10.   I have made presentations about the foreign and economic policy of Iran and U.S. policy towards Iran at conferences sponsored by, amongst other organizations, the Iranian Foreign Ministry's Institute for Political and International Studies in Tehran, Iran; the Royal Institute for International Affairs in London, UK; the Royal United Services Institute in London, UK; the Japanese Foreign Ministry in Tokyo, Japan; the Institute for Defense Studies and Analysis in New Delhi, India; the Shanghai Institute for International Studies in Shanghai, China; the Jaffee Center of Tel Aviv University in Tel Aviv, Israel; the Council for Foreign Relations in New York City,

PX1

New York; the Nixon Center (part of the Nixon Presidential Library); and the Carnegie Endowment for International Peace in Washington, D.C.; and a great many universities. I have given presentations concerning Middle Eastern politics and security at more than 200 symposiums in more than 20 countries.

11.     My most recent co-authored book, *The Monetary History of Iran From the Safavids to the Qajars* (I.B. Tauris, 2013), with Rudi Matthee and Willem Floor, won the Middle East Studies Association of North America's Pourshariati Award for best book about Iran. My books and monographs published in the last ten years are: *Tactical Issues Surrounding a U.S. Withdrawal from the Iran Nuclear Agreement* (The Washington Institute, 2018); *Reinforcing the Role of Sanctions in Restraining Iran (*The Washington Institute, 2017, with Katherine Bauer and Matthew Levitt); *Syrian Kurds as a U.S. Ally: Cooperation and Complications (*The Washington Institute, 2016, with six Institute fellows); Energizing Policy: America and the Middle East in an Era of Plentiful Oil (The Washington Institute, 2016, with Simon Henderson); *How Iranians Might React to a Nuclear Deal* (The Washington Institute, 2014, with Mehdi Khalaji); Preventing an Iranian Nuclear Breakout: U.S.-Israel Coordination (The Washington Institute, 2012, with David Makovsky); *An Iranian Nuclear Outbreak is Not Inevitable* (The Washington Institute, 2012); *The Red Line: How to Assess Progress in U.S. Iran Policy* (The Washington Institute, 2010); *The Perfect Handshake with Iran: Prudent Military Strategy and Pragmatic Policy* (The Washington Institute, 2010); *Much Traction from Measured Steps: The Iranian Opposition, the Nuclear Issue, and the West* (The Washington Institute, 2010); and *Engaging Iran: Lessons from the Past* (The Washington Institute, 2009, edited). In the last ten years, I also wrote about 100 articles which

PX1

appeared in various publications. A complete list of those publications can be found on The Washington Institute for Near East Policy website,[1] and in the page about me.[2]

12.    My older books and monographs about Iran include: *The Last Resort: Consequences of Preventative Military Action Against Iran* (The Washington Institute, 2008, with Michael Eisenstadt); *Eternal Iran: Continuity and Chaos* (Palgrave Press, 2005, with Michael Rubin); *Getting Ready for a Nuclear-Ready Iran* (U.S. Army War College, 2005, with Henry Sokolski, edited); *Checking Iran's Nuclear Ambitions* (U.S. Army War College, 2004, with Henry Sokolski, edited); *Iran Under Khatami* (The Washington Institute for Near East Policy, 1998, with others); *Strategic Assessment*, (the flagship annual report of the Institute for National Strategic Studies of the National Defense University, which I inaugurated and edited for three years, 1995-1997); *U.S. Sanctions on Iran* (Emirates Centre for Strategic Studies and Research, 1997); *Business as Usual? Western Policy Options Towards Iran* (American Jewish Committee 1995); *Energy Security in the Twenty-First Century* (National Defense University Press, 1995, edited); *Iran's Strategic Intentions and Capabilities* (National Defense University Press, 1994, edited); and *Iran's Challenge to the West: How, When, and Why* (the Washington Institute for Near East Policy, 1993). I have also written or edited several monographs and books on other issues, such as the Andean cocaine trade.

13.    I have written about the contemporary Middle East for *The New Republic*. I have also authored op-ed articles in *The New York Times, Wall Street Journal*, and *Washington Post*, amongst other newspapers. I am the author of more than 40 scholarly articles in *Foreign Affairs*, *Survival*, *Washington Quarterly*, *International Journal of Middle East Studies*, *Middle East*

---

[1] Available at https://www.washingtoninstitute.org/.
[2] Available at https://www.washingtoninstitute.org/policy-analysis/#authors=14611&page=100|0.

PX1

*Journal*, *Les Cahiers de l'Orient*, and *Oxford Bulletin of Economics and Statistics*, among other journals.

14.     From 1995 to 2012, I was senior editor of *Middle East Quarterly*, a journal of Middle Eastern affairs, which regularly publishes on Iranian and Syrian politics and foreign policy. From 1990 through 1994, I was editor of *Orbis*, a foreign policy journal.

15.     My Ph.D. in economics is from the New School for Social Research and my B.A. is from Oberlin College.

16.     I am able to read and/or speak Persian and French as well as some Hebrew, Spanish, and German. I read the Iranian press regularly through the internet. I also read other publications from Iran, including books in Persian.

17.     I am being compensated by counsel for the Plaintiffs for my time expended on this matter. My hourly rate for my research, analysis and the preparation of this report is $150. To date, I have expended approximately 110 hours on this matter.

## II.     Scope of Opinions and Executive Summary

18.     In this Declaration, I will explain the general organization of the leadership of the Islamic Republic of Iran ("Iran"). Iran has established a whole set of institutions which are controlled by the Supreme Leader, the constitutional head of the Iranian system, which do not report publicly about their activities and which have long engaged in activities illegal under Iranian law and/or contrary to international norms. The revolutionary institutions, which are directly and tightly controlled by the Supreme Leader, do not report to the regular government bodies, such as the Ministry of Foreign Affairs, but they are very much part of the government of Iran.

19.     I will discuss the Islamic Republic of Iran's history of attempts to exert influence through terrorist activities. For over thirty years, Iran has provided material support to terrorism targeting Americans with the objectives of reducing U.S. presence and influence in the Middle

7

PX1

East and U.S. influence around the world. Iran has a long history of conducting its support operations in such a way as to deny responsibility, including compartmentalizing knowledge of these operations so that the regular government – as distinct from the more powerful revolutionary institutions – is unaware of what is transpiring. I will discuss Iran's willingness to work with a wide variety of terrorist groups, including Sunni extremists hostile to Shi'ism and to Iran.

20.    I will argue that the Iranian government has a long history of using shadowy means to carry out terror operations, including hostage-taking and financial support of terrorist organizations. Many of Iran's efforts in this regard are with an eye towards maintaining plausible deniability of Iran's role. There is strong reason to believe that the actions of Iran's agents are under the control and at the direction of Iran's Supreme Leader.

21.    I will discuss the relationship to the government of Iran and to terrorism of the Islamic Revolutionary Guard Corps (IRGC). The IRGC is one of the major organizations through which Iran has historically carried out its support for terrorism. From its creation through the present day, the IRGC has been directly controlled by the Supreme Leader. IRGC, principally through its section known as the Quds Force (IRGC-QF), has been an active supporter of terrorism for more than thirty years.

22.    I will discuss the relationship to the government of Iran and to terrorism of the Ministry of Intelligence and Security (MOIS). MOIS is, in addition to the IRGC, the other principal organization Iran has used to carry out its terrorist support activities. In providing support to terrorist groups, MOIS and the IRGC are acting as agencies of the Iranian government whose activities are tightly and carefully controlled by the Iranian government through the Supreme Leader and his representatives; the support provided to terrorist groups by the IRGC-QF and MOIS is an official policy of the Iranian government.

PX1

23.     I will discuss the relationship to the government of Iran and to terrorism of the Bank Markazi Jomhouri Islami Iran (otherwise known as the Central Bank of Iran, or Merkazi). Merkazi, as Iran's central bank, is subject to the control of the Iranian government both in law and practice. Iran has used Merkazi for many years, including 2003-2011, to transfer funds to support terrorism.

24.     I will discuss the relationship to the government of Iran and to terrorism of Bank Melli / Melli Bank PLC. Bank Melli Iran and Melli Bank PLC are fully owned and controlled by the government of the Islamic Republic of Iran. They take actions that make no sense commercially but serve the foreign and security policy goals of the Iranian government. Bank Melli has been used by IRGC-QF to provide support to terrorist groups.

25.     I will discuss the relationship to the government of Iran and to terrorism of the National Iranian Oil Company (NIOC). NIOC is entirely owned by the Government of Iran. At times NIOC has directly provided support to terrorist groups, such as its support for terrorist attacks in Iraq, but its more common role has been to support the IRGC-QF and other Iranian government agencies in financing terrorism.

26.     I will discuss how Iran evades sanctions and commits acts of terrorism through use of agents/proxies, specifically, the Reconstruction Organization of the Holy Shrines of Iraq, the Islamic Republic of Iran Shipping Lines (IRISL), Mahan Air, and Khatam al-Anbiya Construction Company.

27.     In short, based upon my expertise and the facts of which I have been apprised, I conclude that it is reasonably certain that Iran and the other Defendants provided material support to those carrying out many attacks on Americans in Iraq during the period 2003-2011.

III.     **Information Assembled and Consulted to Form Opinions**

28.     This Declaration is based upon the case materials I have been provided as well as my independent research and general knowledge of this matter.

PX1

29.     My knowledge about Iran comes as a result of my routine and in-depth access to facts concerning that country, its politics, its economy, and my extensive study as outlined herein, including my professional research and publishing in this field over the course of many years. Indeed, as part of my work, I spend at least an hour a day reviewing writings, including online sources, from and about Iran. Iran is a relatively open information country in which the competing political forces frequently reveal information about the country's security apparatus and debate issues relating to terrorism. Iran even has many internet sites that publish information on these subjects. From my years studying Iranian politics and given the competing sources that can be compared, I believe that I am able to determine whether Iranian reports on these subjects are credible. Indeed, I use this information as a source to brief the United States and other governments. Furthermore, Iran and many political actors in Iran have been openly boastful about activities that violate Iranian law and/or international norms, at times describing them in detail.

30.     My opinions set forth below are based upon my education, research, and experience, as well as my review and analysis of documents typically relied upon by experts in my field. The bases for the opinions set forth herein include but are not limited to: official speeches made by Iranian officials, U.S. officials, and the officials of other countries; my conversations with U.S. officials, former Iranian officials, and officials of other countries; and my review and analysis of relevant documents, including newspaper accounts (in both the English language press and Persian language press). I rely extensively on statements from the U.S. government.

31.     More specifically, I made extensive use of the U.S. Treasury Department statements about Iran.[3] I also used the Treasury Department's Office of Foreign Assets Control

---

[3] **PX31**  Collected  at  https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/iran-sanctions

PX1

website, which has detailed fact sheets and lists of individuals and entities designated under various

Executive Orders (E.O.), such as E.O. 13224.[4]

32.    Other Treasury Department materials are specifically cited herein.

33.    I consulted a variety of material from the State Department.[5] I particularly used the

United States Department of State Office of the Coordinator for Counterterrorism's annual report

which used to be called *Patterns of Global Terrorism* and is now called **PX202 – 209** *Country*

*Reports on Terrorism*.

34.    I used the statements I prepared for court cases in which I have been an expert

witness, listed separately in this Declaration. I also referred to the court decisions in *Peterson v.*

*Islamic Republic of Iran*, 2013 WL 1155576, at *26 (S.D.N.Y. March 13, 2013) and *Weinstein v.*

*Islamic Republic of Iran.* 299 F. Supp. 2d 63, 66-70 (E.D.N.Y. 2004).

35.    I used the decision of the UK court in a case involving Mahan Air, EWCA Civ 544

(11 May 2011).[6]

36.    I used material from a variety of international organizations, as cited herein,

particularly material from:

- International Monetary Fund (IMF).
- Financial Action Task Force (FATF), an inter-governmental body with 36 members including the United States.
- The World Bank.
- UN Security Council Resolution 1803, S/RES/1803(2008).
- Council of Europe, Committee of Experts on the Evaluation of Anti-Money Laundering Measures and the Financing of Terrorism.

37.    I consulted the website of the Society for Worldwide Interbank Financial

Telecommunication (SWIFT).

---

[4] **PX32** Available at https://www.treasury.gov/resource-center/sanctions/Programs/Documents/terror.pdf (accessed June 27, 2019; material subsequently removed from that website).
[5] **PX264** Some of their Iran material is at https://www.state.gov/countries-areas/iran/.
[6] Available at http://www.bailii.org/ew/cases/EWCA/Civ/2011/544.html.

PX1

38.     I used materials from reputable newspapers and news services, especially the *New York Times*, the *Washington Post*, the *Wall Street Journal*, the *Financial Times* (UK), and *Reuters*, as cited herein.

39.     I used specialized news services which cover Middle East developments in more detail, as cited herein.

40.     I used material from Iranian entities' websites, as cited herein. I have tried to identify material in English which I could cite here, though in almost every case I was able to cross-check that against the Persian language material.

41.     I used material from reliable Iranian news sources available online, including the English-language *Financial Tribune* and its sister Persian-language economic news source *Donya Eqtesad.*

42.     I consulted a wide array of scholarly articles and books about Iran, the terrorist groups it supports, and the war in Iraq, as cited herein.

43.     I consulted with my colleagues at The Washington Institute for Near East Policy, including Michael Knights, who has written extensively about the war in Iraq; Matthew Levitt, a former Treasury Department Deputy Assistant Secretary, who has testified in many court cases about Iranian-supported terrorism; Katherine Bauer, a former Treasury Department official who has worked on and written about Iranian financial practices; and Mehdi Khalaji, who was educated in Qom religious seminaries for 14 years and has written extensively about the Iranian political system.

## IV.   **Iranian Regime**

44.     In 1979, the Islamic Republic of Iran came to power both through a popular revolution and then through a series of referenda. This government replaced the previous regime, which was headed by Shah Mohammad Reza Pahlavi.

PX1

45.     From the beginning, the Islamic Republic of Iran's political and religious institutions were overseen by a single person, who was called "the Supreme Leader."

46.     The philosophy of government has prevailed since the early days following the revolution and continues through the current day. In this philosophy, the Supreme Leader is acting as the earthly representative for the "hidden imam," who will return at the end of days.

47.     In the hidden imam's absence, the Supreme Leader has the authority to make any decision – be it religious or political. The Iranian Constitution provides that the Supreme Leader has the authority to dismiss the Iranian President, overrule the parliament and the courts, and overrule any secular law. Indeed, under the Constitution, the Supreme Leader appoints an Expediency Council to advise and assist him in overriding any law, civil or religious, which is found inexpedient. He is the commander-in-chief and personally appoints all generals. He appoints the head of the judiciary and the head of the monopoly state television and radio. He appoints the Guardian Council, which has to approve all laws passed by the parliament. He has personal representatives in every major government office, every province, and every city, with these people being more important than those nominally in charge.

48.     In addition, the Supreme Leader is imbued by the religious community with the authority to overrule any religious law if necessary for the "expediency of the system." The revolution's founder Ayatollah Ruhollah Khomeini said the Supreme Leader can set aside the most binding obligations of Islamic law and the Quran if that is necessary to preserve the system.

49.     At the time of the 1979 revolution, Ayatollah Ruhollah Khomeinei was the Supreme Leader. Currently, the Supreme Leader is Ayatollah Ali Khamenei. He is the only person, other than Ayatollah Khomeinei, to ever hold the title of Supreme Leader.

PX1

50.    The Supreme Leader is not popularly elected. He is chosen by an "*Assembly of Experts*," the members of which, in theory, are popularly elected. In fact, however, all candidates must be approved by the previous Supreme Leader. That makes the selection of the Supreme Leader rather like the election of a Pope by the College of Cardinals.

51.    The Islamic Republic of Iran's political structure is bifurcated into two aspects: (1) a formal governmental structure; and (2) a revolutionary structure. The Supreme Leader oversees both aspects.

52.    An untrained observer could mistakenly regard the activities of Iran's revolutionary institutions as occurring outside of the formal governmental structure, *i.e.*, the actions of enthusiastic outsiders. Nothing could be further from the truth. In fact, the two parallel sets of institutions are embodied in the Iranian constitution and in Iranian law, as well as being well-established in Iranian political culture. The Supreme Leader is firmly in charge of both sets of institutions. In addition to his personal representatives in many places, he maintains an Office (the Office of the Supreme Leader) with several thousand staff who intervene in every ministry, in every province, in every IRGC brigade, and in every major decision and many minor ones.

53.    His Office maintains a tight control over many aspects of Iranian life, going far beyond the formal government structure. His influence over the economy is particularly vast. He appoints the head of the religious foundations, including the shrine in Meshed (known as *Ostan-e Qods-e Razavi)* which alone has assets in the many tens of billions of dollars. The Supreme Leader also personally controls Iran's largest economic enterprise, The Headquarters for Executing the Order of the Imam known to Iranians as *Setad*, which Reuters estimated in 2013 had assets worth $95 billion.[7]

---

[7] *Reuters*, "Khamenei controls massive financial empire built on property seizures," November 11, 2013, https://www.reuters.com/investigates/iran/#article/part1.

PX1

54.     He provides the directives to both the formal government institutions and the revolutionary institutions – directives he rarely allows to be publicly revealed. Iranian politicians have complained that his instructions can be vague and contradictory – he may tell one set of actors to do one thing and then tell another set of actors to carry out actions that frustrate what he just told the first group. Iranian observers frequently characterize his governing style as desiring credit for all successful results without being assigned blame for that which goes badly. Given how the Supreme Leader has chosen to rule, he has full responsibility for actions taken by a wide array of actors in Iran, be they part of the formal government or in various parallel institutions.

55.     Iran's president is constitutionally subordinate to the Supreme Leader, but otherwise leads Iran's formal governmental structure. However, the president has little, if any, control over some key institutions in the formal governmental structure, including MOIS. While he was president (1997-2005), Ali Khatami complained that he had no role in selecting the head of MOIS and that MOIS did not inform him about its activities, reporting only to the Supreme Leader. It is widely said that the same is true of other sensitive positions, such as the head of Voice and Vision which is the national monopoly over radio and television.

## V.     Non-Transparent Character of the Iranian Government

56.     The Supreme Leader oversees the revolutionary structure. The revolutionary structure includes entities, some of which are described herein, that are parallel to the traditional government agencies within the formal government structure. These revolutionary institutions are provided for in law, including in Iran's constitution, and their superiority over the regular governmental institutions is deeply embedded in the Iranian system. For example, the IRGC is parallel to the regular military of Iran, and the IRGC has steadily increased its power over the years relative to that of the regular military to the point that the IRGC's budget is more than five times that of the military (not even factoring in the extensive extra-budgetary resources on which the

PX1

IRGC can draw). There are revolutionary courts that are parallel to the regular courts of Iran, and those revolutionary courts assert the authority to run prisons and police outside the control of the formal government. As those two cases illustrate, in each pair of institutions, the revolutionary institution is the more powerful.

57.     Other powerful components of the revolutionary institutions are the foundations (the Persian term is *bonyads*) which control much of the Iranian economy. These foundations were generally established with assets seized from those close to the previous imperial government, including but not limited to the former royal family. These foundations are run under formal charters which specify that their leadership is appointed by the Supreme Leader. They are responsible to him alone. Few, if any, provide accounts which can be audited, much less controlled, by the Majlis (the Iranian parliament) or formal government structures, as is required for state-owned enterprises. Many of these foundations engage in extensive commercial activities. Credible reports in the Iranian press and by Iranian economists state that many foundations evade or simply violate laws, including engaging in extensive smuggling and tax evasion which goes beyond their systematic refusal to pay income tax.

58.     The Iranian government has encouraged a lack of transparency, especially as it relates to the activities of the revolutionary institutions. In part, this is a feature of how Supreme Leader Ali Khamenei maintains control. By using checks and balances among institutions—all of which have to compete for his support—he can disguise his guiding hand in such a way that he is above criticism. In addition, Iran has long been subject to U.S., European, and UN sanctions, and it has asserted the right to evade those restrictions by engaging in subterfuge and misdirection. The result is that Iran engages in extensive illegal methods to hide its tracks. Sigal Mandelker, the

PX1

United States Under-Secretary of the Treasury for Terrorism and Financial Intelligence, has laid

out in detail the means Iran uses, which she summarized as:[8]

> What is the paradigmatic example of a regime that uses deception and subterfuge
> to fund illicit activity? It is a regime that uses shell and front companies to conceal
> its tracks. It uses forged documents to hide its participants and deceive legitimate
> private and public actors. It misleads companies, financial institutions, and
> countries using seemingly legitimate businesses. It finds what it perceives to be
> weak links and exploits those links in the hopes that its activities will go undetected.
> It uses officials with influence and credentials to facilitate its illicit transactions.
> And all of this is in support of nefarious activity, whether it is funding terrorists,
> supporting WMD proliferation, or exploiting its own people through corruption and
> human rights abuses. What country fits this prototype? Iran.

## VI.     Iranian Support for Terrorism as a Means to Accomplish Its Objectives

59.     The Islamic Republic of Iran has from its start been convinced that the United States

is out for "regime change," meaning the overthrow of the current regime. It has defined itself by

its enmity to the United States, which Iranian leaders see not only as hostile to their very system

but also as a malign force in the world. They regularly refer to the United States as "global

arrogance" (a term which has largely replaced "Great Satan," Khomieni's favorite description for

the United States). They are determined to reduce U.S. influence in the world and, in particular, to

force the United States to leave the Middle East.

60.     They are well aware that Iran cannot defeat the United States in any conventional

military confrontation or through economic means. Therefore, Iran's leaders have pursued non-

conventional approaches. One aspect of that is their pursuit of nuclear weapons. The other main

aspect has been the use of terrorism. Iran's leaders are convinced that a casualty-shy United States

does not have staying power in face of constant attacks.

---

[8]   **PX117**   Speech before the Foundation for the Defense of Democracies, June 5, 2018,
https://home.treasury.gov/news/press-releases/sm0406.

PX1

61.     The models for what Iran aims to accomplish are: (1) the 1983 bombing of the Beirut Marine barracks, which led President Ronald Reagan to pull all U.S. troops out of Lebanon despite his earlier insistence they would stay; (2) the 1996 bombing of the Khobar Towers barracks in Saudi Arabia which led the Saudi government to order U.S. forces to leave the kingdom; and (3) the 2011 withdrawal of U.S. forces from Iraq which Tehran portrayed as a U.S. retreat under pressure from the Iran-allied militias.

62.     In each of those cases, Iran worked through proxy groups rather than carrying out attacks directly itself. That technique allowed Iran to reduce the risk of retaliation. Iran has been convinced that it will not face retaliation if it sponsors attacks on the United States so long as those attacks are done by shadowy terrorist groups, with Tehran's role being on the one hand sufficiently obvious that Iran is given credit but on the other hand obscured enough that Washington does not feel empowered to retaliate. And indeed, the United States has generally been reluctant to act against Iran in the absence of clear and convincing evidence – evidence which often only becomes available after so much time has lapsed that retaliation no longer seems appropriate. The exceptions have been few, with the most stunning being the recent U.S. strike on IRGC-QF commander Qassem Suleimani.

63.     Iran has provided material support to a wide array of groups willing to attack U.S. interests. Some of those groups are largely controlled by Iran, especially Lebanon's Hezbollah and many (but not all) of the Iraqi Shia militias. But Iran has also been willing to work with groups which it does not control, such as the Palestinian Hamas group to which it has provided many tens of millions (if not hundreds of millions) of dollars of support and many types of arms over the years. Iran is even willing to work with groups which it fundamentally despises when they share a common anti-American agenda. Prominent example is al-Qaeda, including al-Qaeda in Iraq during

PX1

the period 2003-2011, as discussed below. The Islamic Republic of Iran's material support to terrorism targeting Americans has been with the objectives of reducing U.S. presence and influence in the Middle East and U.S. influence around the world.

64.     In addition to attacking U.S. interests, revolutionary Iran has long wanted to "export the revolution" to the extent it can. Iran has largely been opportunistic about this objective, taking advantage of opportunities without taking great risks. For many years, the most fruitful field for the export of revolution was to Lebanon, with its large Shia community. However, even before the 2003 overthrow of Saddam Hussein, Iran put much effort into cultivating Iraqi Shia, including supporting since the early 1980s an armed militia opposing Saddam. Soon after Saddam's overthrow, Iran went into overdrive to encourage any group willing to oppose the U.S. presence there, with funds, arms, and training, as discussed below.

65.     Iran has been on the U.S. State Department's list of state sponsors of terrorism since that list was first issued in the 1980s. Iran is identified in the State Department's most recent annual report about terrorist activities as a state sponsor of terrorism. In fact, the State Department has for more than 20 years described Iran as the world's leading state sponsor of terrorism.

66.     In short, the Islamic Republic of Iran has for more than thirty years been a state sponsor of terror. It provides material support to a wide range of terrorist groups in large part to enhance their ability to attack U.S. interests.

**VII.   Iranian Operations Conducted in the Shadows**

67.     Despite the differences about the character of Iranian support for various terrorist groups, one constant has been that Iran typically disguises its actions in this regard. It conducts terror-related activity in such a way that it hopes to claim credit in the eyes of those who support its revolutionary goals while retaining plausible deniability which can dissuade extensive retribution from the international community.

PX1

68.    Many examples could be given to illustrate this pattern, for instance, Iran's role in murdering Iranian dissident leaders in a Berlin restaurant in 1989. In that instance, a German court concluded that the murders had been done at the direction of Iran's president with approval from its most senior foreign-policy setting body (the Supreme National Security Council) – despite the Iranian officials' vehement denial of having had any role in the killings.[9]

69.    I will confine myself to two examples about which the U.S. government has provided significant information: First, Iran's support for bombings and kidnappings of Westerners by Lebanese Hezbollah in the 1980s, and second, Iran's support for Al Qaeda and Al Qaeda in Iraq for 20 years until about 2010.

### A.    Iran's Disguised Role in Terrorism in Lebanon in the 1980s

70.    Lebanon has a large Shia community which has close historical links to Iran. When Israel invaded Lebanon in 1982, Iran was dismayed that the Shia were not opposed to the Israelis, because the Israelis were seen as displacing the Palestine Liberation Organization (PLO) which had been the main armed presence in the Shia-majority areas and which had treated the Shia badly. Iran moved quickly to mobilize radical elements to fight the Israelis, sending IRGC soldiers to set up a base in the Bekaa Valley (safe from Israeli retaliation) and deploy trainers from there at a total strength of over 1,000 (1,500 being the usually cited figure). The Shaykh Abdallah barracks in the Bekaa Valley were for decades after 1982-83 the headquarters for the IRGC in Lebanon and a principal training facility for Hezbollah.

---

[9] On September 17, 1992, three leaders of Iranian Kurdish Democratic Party (KDP), Sadegh Sharafkandi, Fattah Abdoli, Homayoun Ardalan and their translator Nouri Dehkord were assassinated in a restaurant called Mykonos in Berlin. On April 10, 1997, a German court found Kazem Darabi, an Iranian who worked as a grocer in Berlin, and a Lebanese man, Abbas Rhayel, guilty of murder and sentenced them to life in prison. Two other Lebanese, Youssef Amin and Mohamed Atris, were convicted of being accessories to murder. Amin was given 11 years and Atris five years and three months. The court stated that the order to kill came from top Iranian leaders, without identifying them by name. Prosecutors had earlier implicated Iran's Supreme Leader, Ayatollah Ali Khamenei, and President Hashemi Rafsanjani. The decision caused European Union countries to withdraw their ambassadors from Tehran for several weeks.

20

PX1

71.     Iran also provided generous funding for terrorist activities from revolutionary organizations, especially the Martyrs' Foundation, and the Iranian embassies in Beirut and Damascus. For instance, the Iranian Embassy in Damascus reportedly paid a courier the $50,000 used to finance the October 1983 bombing of the U.S. Marine Barracks in Beirut.

72.     As I described in my testimony in *Stethem v. Iran,* at the time (the early- and mid-1980s), I was among those analysts – probably a majority outside of the U.S. Government and including many inside the U.S. Government – who thought that many of the attacks being claimed by various shadowy groups were not necessarily centrally controlled and only loosely linked to Iran. We now know better. In fact, Iran was the instigator of nearly all the attacks about which we have knowledge.

73.     The radical forces grew rapidly, as Israeli actions turned the Shia community against them. By mid-1983, attacks on the Israeli forces by Shia fighters were becoming common. The casualties the attacks were causing became a major political issue inside Israel. In early 1985, Israel withdrew from most of Lebanon as a direct product of the attacks by radical forces, nearly all of whom were Shia. This withdrawal was a major embarrassment for Israel and was described by Iran as a major victory for the Islamic resistance.

74.     That term "Islamic resistance" was much used by Sheikh Naim Qassem, long time Deputy Secretary General of Hezbollah, in his book *Hizbullah: The Story from Within*. He describes Hezbollah's February 1985 Open Letter announcing its existence as coming after two and a half years of secret activity, i.e., beginning right after the Israeli invasion of Lebanon– a period when Hezbollah leaders, at Iranian instruction, denied that the organization existed: [10]

> Hizbullah's two and a half foundation years were sufficient to shape an effective *jihad* operation as represented by the Islamic Resistance forcing Israel's partial

---

[10] Sheikh Naim Qassem, *Hizbullah: The Story from Within* (translated from the Arabic by Dalia Khalil, London: Saqi, 2005), p 181.

PX1

flight from Lebanon in 1985. It was also enough time for the crystallization of a political vision, the facets of which were harmonious with faith in Islam as a solution. A working agenda defining and expressing the entity called 'Hizbullah' could thus be formulated and used as a point of entry into the Lebanese scene. The Party thus declared its ideological, *jihad*, political and social visions, as well as the launch of its political movement, when it issued the Open Letter on… February 16, 1985… With this declaration Hizbullah entered a new phase, shifting the party from secret resistance activity that ran free from political or media interactions into public political work.

75.    Iran's decades-long, "behind the scenes" support of Hezbollah's terrorist activities—including hostage-taking by Hezbollah—is typical of the methods by which Iran attempts to exert influence.

76.    In the Lebanese hostage affair, Iran has shown its remarkable talent for holding hostages well hidden from prying eyes. The United States government, among others, devoted considerable efforts to find the hostages, to no success. Similarly, Hezbollah was able to hide for two years the remains of two Israeli soldiers it claimed were still alive without Israel being able to locate them or definitively learn of their fate, despite extraordinary efforts to that end. In other words, Iran and its proxies are in a class by themselves when it comes to holding hostages, or their corpses, hidden from the best intelligence agencies in the world.

**B.     Iran's Disguised Role in Aiding al-Qaeda, including in Iraq**

77.    Another example of how Iran operates in the shadows is its support for al-Qaeda, including in Iraq. Al-Qaeda is a Sunni terrorist group established in approximately 1988 or 1989 by Usama bin Ladin and Ayman al-Zawahiri to conduct international *jihad*. (The term "*jihad*" herein is used in in the manner preferred by al-Qaeda, namely, holy war with the goal of the establishment of the Islamic Caliphate worldwide. Most devout Muslims reject that meaning of *jihad*.) I am here describing only Iran's support to al-Qaeda's Iraqi affiliate, al-Qaeda in Iraq, though it is worth noting that Iran's support to al-Qaeda before the September 11, 2001, attacks

PX1

was described by the 9-11 Commission[11] and the basis for the court judgement in the Havlish case that Iran was liable for damage due to its material support for that attack.

78.     Although they have a long history of cooperating in a common anti-American agenda, Iran and al-Qaeda have always had serious ideological differences. One might therefore think that Iran's support to al-Qaeda was an initiative of lower-level functionaries and/or was episodic rather than systematic. In fact, the U.S. government has provided copious information showing that Iran's support was decided by the top Iranian leadership and was sustained and major. In providing support to al-Qaeda, the IRGC, including the Qods Force, is acting as an official agency of Iran whose activities are tightly and carefully controlled by the Iranian government through the Supreme Leader and his representatives.

79.     In a similar method to its support of Sunni insurgents in Iraq at the same time that it was supporting the resistance to those insurgents, Iran also supported a wide array of Shia armed groups which did not get along well with each other. Some of the major groups which get Iranian support are: Katai'ib Hizballah, Jaysch Al Mahdi, Asa'ib Ahl Al Haq, and – in a unique way, being more independent of Iran while still receiving its support – Badr Corps. In their analysis of why there are in Iraq so many Shia militias supported by Iran, Matthew Levitt and Phillip Smyth explain,[12]

---

[11] **PX600** The parts of The National Commission on Terrorist Attacks upon the United States report referring to Iran are collected together in, "Iran's Link to Al-Qaeda: The 9-11 Commission's Evidence," Middle East Quarterly, Fall 2004, pp 71-74, https://www.meforum.org/670/irans-link-to-al-qaeda-the-9-11-commissions.

[12] Matthew Levitt and Phillip Smyth, "Kataib al-Imam Ali: Portrait of an Iraqi Shiite Militant Group Fighting ISIS," https://www.washingtoninstitute.org/policy-analysis/view/kataib-al-imam-ali-portrait-of-an-iraqi-shiite-militant-group-fighting-isis, January 5, 2015.
At the time Levitt and Smyth wrote (January 2015), they estimated there were more than 50 Shia militias in Iraq. The origins and differences among some of the major groups is explained in Phillip Smyth, "From Karbala to Sayyida Zaynab: Iraqi Fighters in Syria's Shi'a Militias," *CTC Sentinel* (from the Combatting Terrorism Center at West Point), August 2013, pp 28-32, https://ctc.usma.edu/from-karbala-to-sayyida-zaynab-iraqi-fighters-in-syrias-shia-militias/, and in his article, "All the Ayatollah's Men," *FP,* September 18, 2014, https://foreignpolicy.com/2014/09/18/all-the-ayatollahs-men/.

PX1

The creation of new militias may appear counterintuitive when there are already many established groups that could be further built up. Yet new groups enable Tehran to diversify its political and military portfolio in Iraq. The wide range of these organizations also serves as a way to slowly impart and legitimize its ideology and power within Iraq….For Western and regional policymakers, the large number of groups, connections, and overlapping areas of influence creates further confusion, giving Iran and its proxies further room for plausible deniability if the need arises. The situation also creates an illusion of choice and independence for those joining or supporting these radical Shiite militias and parties.

80.     In April 2007, the chief spokesman for the American military command in Iraq, Maj. Gen. William B. Caldwell IV, said, "Detainees in American custody had indicated that Iranian intelligence operatives had given support to Sunni insurgents. 'We have in fact found some cases recently where Iranian intelligence sources have provided to Sunni insurgent groups some support,' said General Caldwell, who sat near a table crowded with weapons that he said the military contended were largely of Iranian manufacture."[13]

81.     Executive Order 13438 of July 17, 2007, targeted the property of certain persons who threatened stabilization efforts in Iraq and gave the Secretary of the Treasury discretion to designate individuals who, among other things, "threatened the peace or stability of Iraq or the Government of Iraq." In accord with this Executive Order, the Treasury Department designated Ahmed Foruzandeh, a Brigadier General in the Qods Force, as such an individual. In the wording of the designation,[14]

The Qods Force provides training, weapons, and financial support to surrogate groups and terrorist organizations including: Lebanese Hizballah; Palestinian terrorists; Iraqi Shia militant groups; the Taliban and Islamic militants in Afghanistan, the Balkans and elsewhere. The Qods Force plays a central – yet often hidden – role in security interests, including Iraq and Afghanistan. Qods Force officers often use various cover mechanisms – including diplomatic, non-governmental organization, humanitarian, and media – for conducting operational activity, belying their military affiliation.

---

[13] **PX616** Alissa J. Rubin, New York Times, *U.S. Suspects That Iran Aids Both Sunni and Shiite Militias*, April 12, 2007, http://www.nytimes.com/2007/04/12/world/middleeast/12iraq.html.

[14] **PX67** U.S. Department of the Treasury, Press Center, *Treasury Designates Individuals, Entity Fueling Iraqi Insurgency*, January 9, 2008, https://home.treasury.gov/news/press-releases/hp759

PX1

82.     It may seem odd that at the same time that Iran was providing ample support for the Shia militias in Iraq that were fighting Al Qaeda in Iraq, Iran would also support Al Qaeda in Iraq. A 2008 report from the U.S. Army's Combatting Terrorism Center at West Point paraphrased an alleged Iraqi militant's view: "Iran does not care about the fight between Shi'a and al Qaeda. Iran just wants to force CF (Coalition Forces) out of Iraq because Iran is afraid CF will use Iraq as a base for an attack in the future."[15] That fits the pattern of Iran's relationship with al-Qaeda, which has continued even in situations where Iran is also supporting those fighting al-Qaeda. The U.S. Treasury Department's February 5, 2014, designation of senior al-Qaeda member Jafar al-Uzbeki described him as part of an al-Qaeda network which "operates there [in Iran] with the knowledge of Iranian authorities."[16] The Treasury statement added that this network "uses Iran as a transit point for moving funding and foreign fighters through Turkey to support al-Qa'ida-affiliated elements in Syria." This is despite the fact that Iran has made a major commitment of men and arms to fight al-Qaeda in Syria.

83.     Perhaps the epitome of this complicated relationship between Iran and al-Qaeda is Abu Musa'ab Al-Zarqawi, who until killed by U.S. forces, was the leader of al-Qaeda in Iraq. In that role, Al-Zarqawi issued many scathing criticisms of the government of Iran and frequently denied any relationship with that government. Yet that is simply not credible. There is broad agreement that, until the U.S. invasion of Iraq in March 2003, Al-Zarqawi frequently traveled through Iran to the Iran-Iraq border region. For instance, the U.S. Treasury Department's fact sheet accompanying its September 24, 2003, designation of al-Zarqawi under Executive Order 13224 refers to al-Zarqawi's presence in Iran. Noted al-Qaeda expert Peter Bergen has said, "Zarqawi

---

[15]  **PX121** Iranian Strategy in Iraq: Politics and "Other Means" by Joseph Felter and Brian Fishman, https://ctc.westpoint.edu/iranian-strategy-in-iraq-politics-and-other-means/

[16]  **PTX131** Department of Treasury, "Treasury Targets Networks Linked to Iran," https://home.treasury.gov/news/press-releases/jl2287, February 6, 2014.

PX1

spent more time in Iran than anywhere else after September 11" and before the U.S.-led invasion of Iraq.[17]

84.     Perhaps the most interesting person designated under Executive Order 13224 on January 16, 2009, was Sa'ad bin Laden, one of Usama bin Laden's oldest sons. The designation states, "Sa'ad made key decisions for al-Qaeda and was part of a small group of al-Qaeda members that was involved in managing the terrorist organization from Iran. He was arrested [sic] by Iranian authorities in early 2003. As of September 2008, it was possible that Sa'ad bin Laden was no longer in Iranian custody."[18] Note that the U.S. Treasury Department is saying: (1) Sa'ad managed al-Qaeda from Iran; and (2) "it is possible" Sa'ad was released from Iranian custody.

85.     It is commonly accepted that Iran supports al-Qaeda under circumstances when it is advantageous to do so, even if Iran simultaneously supports other efforts that are at odds with al-Qaeda's goals. This seemingly incongruous phenomenon illustrates the efforts by which Iran operates by and through third-party agents and proxies to achieve Iran's goals.

## VIII.   Iran, IRGC, and Terrorism

86.     The IRGC was established in the immediate wake of the 1979 revolution. Its role is built into Iran's constitution as defenders of the revolution. To be clear, the IRGC's constitutional role is not just defenders of Iran as a country, but defenders of the 1979 revolution itself. The IRGC is one of the major organizations through which Iran has historically carried out its support for terrorism.

87.     From its creation through the present day, the IRGC has been directly controlled by the Supreme Leader. It has not reported, in any way, to the president or parliament. Indeed, formal

---

[17]   Peter Bergen, "Who is Abu-Musab al-Zarqawi?", *New York Times*, October 10, 2004, https://www.nytimes.com/2004/10/10/weekinreview/who-is-abu-musab-alzarqawi.html.
[18]   **PTX129** Department of Treasury, "Treasury Targets Al Qaeda Operatives in Iran,"https://home.treasury.gov/news/press-releases/hp1360 , January 16, 2009.

PX1

government structures, such as the parliament, have little influence on the IRGC. The IRGC interprets the constitutional provisions establishing it as making the organization unaccountable to anyone other than the Supreme Leader.

88.    The IRGC was established by Ayatollah Khomeinei because, after the 1979 revolution, he was suspicious about the ordinary military's devotion to revolutionary ideals – with good reason, since that military was dominated by pro-Shah officers and it attempted at least one coup to overthrow the new revolutionary government.

89.    Consequently, the IRGC's leadership and activities were purposefully created to be separate and apart from the formal government structure, and to act as a counterbalance against Iran's formal governmental agencies. The IRGC operates parallel to the formal governmental structure. In fact, the IRGC has steadily increased its influence over the formal governmental structure in recent years. IRGC alumni have been named to important posts in the formal military, consolidating the IRGC's preeminence.

90.    Among its other tasks, the IRGC is dedicated to the spread of fundamentalist Islamist principles throughout the world, and the establishment of fundamentalist Islamist governments in nations other than Iran. The Qods Force is the branch of the IRGC generally charged with "foreign operations." The foreign operations it supports include foreign insurgents and terrorists such as those fighting U.S. forces and U.S.-backed governments in Afghanistan and Iraq. The Qods Force is the principal Iranian organization working with the Lebanese Hezbollah organization's armed elements, which carry out terrorist operations worldwide, engage in military operations in Syria in support of the Assad regime's battle against insurgents, and prepare for battle against Israel.

PX1

91.     The IRGC defines itself as coming under the supervision of the Supreme Leader, to which it pledges its unflinching loyalty. The IRGC and the Supreme Leader both frequently speak about the IRGC as the guardian of the principles of the Iranian revolution of 1979. IRGC leaders assert their right and responsibility to intervene in all aspects of Iranian life, including politics, to assure the preservation of the revolution.

92.     They have been particularly aggressive in combating perceived Western, especially American, influence. Like the Supreme Leader, the IRGC sees an American hand in many areas of life, including the promotion of Western styles and brands. The IRGC has campaigned vigorously against Western cultural influence, which is indeed very extensive in Iran. It is suspicious that Western governments promote lifestyle and products to undermine the revolution. Supreme Leader Khamenei has said that miniskirts are more dangerous than tanks because they undermine revolutionary purity. Indeed, the Supreme Leader is much more concerned about invasion of Iran by Hollywood than by U.S. tanks. Nothing could better capture his image of how the United States plans to undermine the Iranian Revolution than Michelle Obama presenting the Academy Award for best movie to "Argo" – here was Hollywood and Washington conspiring together to paint the Iranian revolution in a bad light.

93.     The Supreme Leader and the IRGC are obsessed with how the Soviet bloc was overthrown by what they describe as a "velvet revolution" (the term applied by Czechs to their overthrow of communism) which they see as the product of U.S.-funded broadcasting and people-to-people exchanges, as well as by the availability of U.S. consumer goods and the lifestyle they promote. Khamenei has spent decades warning about a "cultural invasion" of Iran by Western, especially American, culture - an invasion which was largely successful. Iranians are arguably the

PX1

most pro-American and most American-influenced peoples of the Middle East, eager to have anything and everything American – including American products such as cigarettes.

## IX.    Iran, MOIS, and Terrorism

94.      In furtherance of U.S. sanctions on Iran, Executive Orders 13224, 13553 and 13572 targeted terrorists, their supporters, and those responsible for human rights abuses in Iran and Syria. On February 16, 2012, the Treasury Department designated MOIS as subject to economic sanctions under those Executive Orders. In the wording of the designation,[19]

> MOIS also provided money and weapons to al Qa'ida in Iraq (AQI), a terrorist group designated under E.O. 13224, and negotiated prisoner releases of AQI operatives.

95.      MOIS is, in addition to the IRGC, the other principal organization Iran has used to carry out its terrorist support activities. MOIS, Iran's foreign and domestic intelligence service, is the successor agency to the respected spy agency called SAVAK, run by the Shah. After the 1979 revolution, that organization was not disbanded, but maintained in a secret manner, and then formed as a ministry openly (MOIS) several years after the 1979 revolution. With approximately 30,000 employees, MOIS is the largest intelligence agency in the Middle East, and in effectiveness is considered second only to Israeli intelligence. Credible reports in the last decade, including those from Iranian government investigators looking into domestic misdeeds by MOIS, have estimated its annual budget to be approximately between $100 and $400 million dollars.

96.      The prominent role of MOIS in support of terrorism is highlighted by two sets of documents: (1) the findings in the German so-called Mykonos criminal court case (named for a murder which took place at a restaurant in Berlin called the Mykonos), which involved murders carried out in Berlin and organized by MOIS at the instructions of senior Iranian government

---

[19] **PX75** Treasury Department February 16, 2012, https://home.treasury.gov/news/press-releases/tg1424

PX1

officials, and included testimony from a defector who had been a top official in MOIS; and (2) the information which emerged in Iran in 1999/2000, largely as leaks from an official government investigation about activities of MOIS and other parts of the Iranian intelligence apparatus in reaction to assassinations of dissidents in Iran. During the course of that investigation, Iran's president (Mohammed Khatami) complained he had no control over MOIS, with the Minister being appointed at the direction of the Supreme Leader.

97.     For some years, MOIS's role appears to have been downgraded as the IRGC took over more and more functions. Indeed, after 2009, the IRGC's intelligence arm appeared to be eclipsing MOIS's role in some areas. However, after some 2011-2012 serious operational missteps by the IRGC and IRGC/Qods – including getting caught red-handed at botched terror attacks in the United States (the planned attack on the Saudi Ambassador to which Mansour Arbabsiar pleaded guilty in federal court), India, Azerbaijan, Bulgaria, Cyprus, and Malaysia, among other places – MOIS appears to have made something of a comeback.

98.     U.S. Department of State reports have for many years frequently referred to Iranian intelligence services – that is, MOIS's –role in facilitating terrorist attacks. In "*Patterns of Global Terrorism 1990,*" the State Department wrote that, "Iran has used its intelligence services extensively to facilitate and conduct terrorist attacks . . . . Intelligence officers have used the diplomatic pouch for conveyance of weapons and finances for terrorist groups."[20]

99.     In providing support to terrorist groups, MOIS is acting as a ministry of the Iranian government whose activities are tightly and carefully controlled by the Iranian government through the Supreme Leader and his representatives. In sum, the terrorism training provided to terrorist groups by MOIS is an official policy of the Iranian government.

---

[20] **PX270** United States Department of State, Office of the Coordinator for Counterterrorism, *Patterns of Global Terrorism 1990*, (Apr. 29, 1991).

PX1

## X.     Iran, Bank Jomhouri Islami Iran, and Terrorism

### A.     The Central Bank of Iran Is a Tool of the Iranian Government

100.     Bank Jomhouri Islami Iran, or the Central Bank of Iran (Merkazi), is not an independent entity, but acts at the direction of the Iranian government and pursuant to its policies. The attached Annex examines the relationship between Merkazi and the Iranian government from the perspective of the law, the practice, and comparative economics. In brief:

101.     In law, Merkazi is owned by and is tightly linked to the Iranian government. Iran's 1972 Monetary and Banking Law ("MBL"), which is still in force (debate about replacing it has gone on for many years), provides that Merkazi is a joint-stock company whose capital is "wholly owned by the Government," to quote the MBL's Article 10(e).

102.     In practice, the Iranian government exercises tight control over Merkazi and ignores the law by issuing direct orders to Merkazi. For instance, in practice, the Merkazi governor serves at the pleasure of the president, rather than for the five-year term specified in the MBL. In 2008, Merkazi chief Tahmasb Mazaheri was dismissed by presidential decree when he refused to resign. Second, the government cabinet regularly votes at its meetings to order Merkazi to extend loans for specific purposes, which is contrary to the procedures set out in the MBL. In short, from the perspective of comparative economics, Merkazi is not independent from the Iranian government unlike the central banks in most developed countries.

103.     Both by law and in practice, Merkazi is the Iranian government's banker.[21] Government revenue is deposited in Merkazi; government expenditures are carried out through Merkazi. As a result, all of the government funding for the various ministries, including MOIS, comes from Merkazi. Government transfers of funds to the IRGC also come from Merkazi. As

---

[21] I am aware of one court that has found that the Merkazi is not engaged in typical "central banking activities." *See Peterson v. Islamic Republic of Iran*, 2013 WL 1155576, at *26 (S.D.N.Y. March 13, 2013). This case was appealed to the Supreme Court of the United States on a different issue that had no bearing on the matters discussed herein.

PX1

discussed below, Merkazi has been the route by which the Iranian government has provided many millions of dollars to terrorist groups.

104.    The relationship between Merkazi and the government is even closer than specified in law or recommended by economists. The government misuses Merkazi in ways contrary to Iranian law and to good economic practice, specifically by ordering Merkazi to ensure how credit is allocated; that is, the Council of Ministers issues orders about how Merkazi will administer credit policy, including to which sectors Merkazi will extend loans. This has had some disastrous effects on the Iranian economy, especially when loans equal to at least ten percent of national income were extended for ill-conceived and poorly planned housing projects.

105.    The 2014 IMF report about Iran's economy states that at the end of 2012, Merkazi had extended more than $35 billion in loans to the Bank Maskan (Housing Bank) for the Mehr housing program for low-income families. Press reports suggest that many of the Mehr-funded developments are of poor quality and those living in them have no means to repay. As the IMF delicately phrased the matter, "To avoid any future pressure on the Central Bank of Iran for further financing and increase transparency of the fiscal accounts, the authorities should consider including the project in the annual budget and finance it through budgetary resources" – a polite way of saying these loans will not be repaid.[22]

106.    In sum, it is my expert opinion that the Merkazi is a tool of the government of Iran and operates as the Iranian government's banker.

---

[22] **PX645** IMF, Islamic Republic of Iran -- Staff Report for the 2014 Article IV Consultation, https://www.imf.org/external/pubs/ft/scr/2014/cr1493.pdf, p 13. An example of press reporting about the scheme is Marketa Hulpachova "Iran's economy struggles to support Ahmadinejad's ill-conceived housing vision, *Tehran Bureau*, January 30, 2014, http://www.theguardian.com/world/iran-blog/2014/jan/30/irans-economy-struggles-to-support-ahmadinejads-ill-conceived-housing-vision.

PX1

### B.    Merkazi Supports Terrorism

107.    U.S. Government officials have made repeated statements concerning Merkazi's support for terrorism. Statements by U.S. government officials, like the ones discussed below, are particularly reliable and are widely used by scholars and policymakers. The Treasury Department has created a large structure headed by the Under Secretary for Terrorism and Financial Intelligence to follow terror financing, with two assistant secretaries, each with substantial staff, and two other large bureaucracies (the Financial Crimes Enforcement Network or FINCEN and the Office of Foreign Assets Control which enforces sanctions). This structure, which is part of the U.S. intelligence community, has access to all the intelligence assets of the U.S. government, including signals intercepts and intelligence from informers. It has the deserved reputation of being cautious and careful about its designations and public statements; indeed, some commentators and members of Congress complain that it is too slow to act. In private conversations, Treasury officials explain that they place high priority on developing sufficiently detailed and well-documented dossiers so that the U.S. government has high confidence its judgments will stand up in court if challenged, with the result that sometimes the U.S. government spends years internally debating before a statement is released characterizing some entity as involved in terror financing. As noted above, such statements are typically relied upon by Iran and terrorism experts in their research, and I myself routinely rely upon such statements in my research.

108.    At a Press Roundtable in Germany on July 12, 2007, U.S. Under Secretary of the Treasury for Terrorism and Financial Intelligence, Stuart A. Levey, explained:

> The [Iranian] regime does *use its banks* to pursue not only its proliferation ambitions but also its funding of terrorism … we in the United States have taken action against Bank Saderat for its role in funneling money *from the Central Bank of Iran* to terrorist organizations [including] Hezbollah … Iran not only uses its

PX1

banks for that purpose, but also ***its banks engage in deceptive practices in order to engage in that business***.[23]

109.    Undersecretary Levey testified similarly before the United States Congress on April 1, 2008, correctly stating that "Iran uses its state-owned banks … for financing terrorism."[24]

110.    A specific example of the Merkazi funding terrorism was cited in an October 25, 2007, Press Release, the U.S. Department of Treasury, which stated: "… [] from 2001 to 2006, Bank Saderat transferred $50 million from the Central Bank of Iran through its subsidiary in London to its branch in Beirut for the benefit of Hizballah fronts in Lebanon that support acts of violence."[25]

111.    The U.S. Treasury Department reiterated this finding one year later in a Press Release dated November 6, 2008, stating: "Between 2001 and 2006, Bank Saderat transferred $50 million from the Central Bank of Iran through Bank Saderat's subsidiary in London to its branch in Beirut for the benefit of Hizballah fronts that support acts of violence." [26]

112.    As a direct result of the deceptive financial practices described by Under Secretary of the Treasury Levey, the U.S. Government subjected Merkazi and other Iranian banks to sanctions. Deputy Assistant Secretary of Treasury for Terrorism Financing and Financial Crimes Daniel Glaser provides a good summary of these sanctions, as of early 2008, in his April 17, 2008, testimony before the House Committee on Foreign Affairs Subcommittee on the Middle East and South Asia and Subcommittee on Terrorism, Nonproliferation and Trade. Consistent with the

---

[23] **PX303** *See* 7/12/07 Press Roundtable with Under Secretary of the Treasury Stuart A. Levey, available at http://germany.usembassy.gov/levey-roundtable.html (all of the emphasis in this paragraph added) (accessed June 27, 2019; material subsequently removed from that website).

[24] **PX301** *See* 4/1/08 Under Secretary for Terrorism and Financial Intelligence Stuart A. Levey, Testimony Before the Senate Committee on Finance, available at http://www.finance.senate.gov/imo/media/doc/040108sltest.pdf.

[25] *See* 10/25/07 U.S. Department of Treasury Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism, available at: https://home.treasury.gov/news/press-releases/20071025918221512

[26] *See* 11/6/08 U.S. Department of Treasury Fact Sheet, available at: https://home.treasury.gov/news/press-releases/hp1258

PX1

statements of Under Secretary of the Treasury Levey, Glaser explains the basis for the sanctions,

as follows:

> Iran uses its global financial ties to pursue both the threat of terrorism and a nuclear
> program through an array of deceptive practices specifically designed to avoid
> suspicion and evade detection from the international financial community.... *[One]*
> *method Iranian banks use to evade controls is to ask other financial institutions*
> *to remove their names when processing transactions through the international*
> *financial system....This practice is even used by the Central Bank of Iran*
> [emphasis added] to facilitate transactions for sanctioned Iranian banks.[27]

113.    In a March 2008 Advisory, the Department of the Treasury Financial Crimes

Enforcement Network (FinCEN) similarly stated:

> Through state-owned banks, the Government of Iran disguises its involvement in
> … terrorism activities through an array of deceptive practices specifically designed
> to evade detection*. The Central Bank of Iran and Iranian commercial banks have*
> *requested that their names be removed from global transactions in order to make*
> *it more difficult for intermediary financial institutions to determine the true*
> *parties in the transaction* [emphasis added] … The U.S. Department of the
> Treasury is particularly concerned that the Central Bank of Iran may be facilitating
> transactions for sanctioned Iranian banks.[28]

114.    In a June 22, 2010, Advisory, FinCEN reinforced this stating: "The Financial

Crimes Enforcement Network (FinCEN) is issuing this advisory to supplement information

previously provided on the serious threat of money laundering, terrorism finance, and proliferation

finance emanating from the Islamic Republic of Iran, and to provide guidance to financial

institutions regarding United Nations Security Council Resolution (UNSCR) 1929, adopted on

June 9, 2010...."[29]

---

[27] **PX302** *See* 4/17/08 Testimony of Daniel Glaser before Subcommittee on the Middle East and South Asia and the Subcommittee on Terrorism, Nonproliferation and Trade, available at http://www.iranwatch.org/sites/default/files/glaser-prepared-041708.pdf (emphasis added).

[28] **PX116** *See* 3/20/08 Advisory, Department of the Treasury Financial Crimes Enforcement Network, available at https://www.fincen.gov/resources/advisories/fincen-advisory-fin-2008-a002 (emphasis added).

[29] **PX121** *See* 6/22/2010 Advisory FIN-2010-A008, Department of the Treasury, Financial Control Enforcement Network, "Update on the Continuing Illicit Finance Threat Emanating from Iran," available at https://www.fincen.gov/resources/advisories/fincen-advisory-fin-2010-a008.

PX1

115.    These Security Council actions, in addition to Financial Action Task Force (FATF)[30] statements regarding the risks posed by Iran and calling for countries to impose countermeasures, illustrate the increasing risk to the integrity of the international financial system posed by the Iranian financial sector as a whole, which is led by the Central Bank of Iran.

116.    On November 21, 2011, the U.S. Department of the Treasury issued a finding which, in the words of the November 21, 2011 Treasury Department press release "identified the Islamic Republic of Iran as *a jurisdiction of primary money laundering concern* under Section 311 of the USA PATRIOT Act (Section 311) based on Iran's support for terrorism; pursuit of weapons of mass destruction (WMD); reliance on state-owned or controlled agencies to facilitate WMD proliferation; *and the illicit and deceptive financial activities that Iranian financial institutions – including the Central Bank of Iran* – and other state-controlled entities engage in to facilitate Iran's illicit conduct and evade sanctions."[31],[32]

117.    In response to the Section 311 PATRIOT Act Finding, Congress passed a series of provisions concerning Merkazi which were included in the National Defense Authorization Act for FY2012 ("NDAA FY 2012"), now codified as 22 U. S. Code 8513a, as follows:

(a) Findings

Congress makes the following findings:

---

[30] **PX238** The Financial Action Task Force is an inter-governmental body whose 36 members include China, Russia, Japan, Korea, Australia, Canada, Mexico, the United States, and all the countries of the European Union, among others. Its purpose is to develop and promote policies to combat money laundering and terrorist financing around the world. Some though not all of its statements on Iran are available at http://www.fatf-gafi.org/publications/?hf=10&b=0&q=Iran&s=desc%28fatf_releasedate%29 (the other statements are available at other places on www.fatf-gafi.org).

[31] **PX29** *See* 11/21/11 U.S. Department of the Treasury Press Release, available at https://home.treasury.gov/news/press-releases/tg1367(all emphasis in this paragraph added).

[32] Treasury never finalized the November 21, 2011, proposed designation of Iranian banks, including MERKAZI, under the USA PATRIOT Act's Section 311 for a variety of reasons, including subsequent Congressional action concerning sanctions on MERKAZI which in effect made the proposed designation moot.

PX1

(1) On November 21, 2011, the Secretary of the Treasury issued a finding under section 5318A of title 31 that identified Iran as a jurisdiction of primary money laundering concern.

(2) In that finding, the Financial Crimes Enforcement Network of the Department of the Treasury wrote, "The Central Bank of Iran, which regulates Iranian banks, has assisted designated Iranian banks by transferring billions of dollars to these banks in 2011. *In mid-2011, the CBI transferred several billion dollars to designated banks, including Saderat, Mellat, EDBI and Melli, through a variety of payment schemes. In making these transfers, the CBI attempted to evade sanctions by minimizing the direct involvement of large international banks with both CBI and designated Iranian banks*." [emphasis added]

(3) On November 22, 2011, the Under Secretary of the Treasury for Terrorism and Financial Intelligence, David Cohen, wrote, "Treasury is calling out the entire Iranian banking sector, including the Central Bank of Iran, as posing terrorist financing, proliferation financing, and money laundering risks for the global financial system."

(b) Designation of financial sector of Iran as of primary money laundering concern

The financial sector of Iran, including the Central Bank of Iran, is designated as a primary money laundering concern for purposes of section 5318A of title 31 because of the threat to government and financial institutions resulting from the illicit activities of the Government of Iran, including its pursuit of nuclear weapons, support for international terrorism, and efforts to deceive responsible financial institutions and evade sanctions.

(c) Freezing of assets of Iranian financial institutions

The President shall, pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.), block and prohibit all transactions in all property and interests in property of an Iranian financial institution if such property and interests in property are in the United States, come within the United States, or are or come within the possession or control of a United States person.

(d) *Imposition of sanctions with respect to the Central Bank of Iran and other Iranian financial institutions* [emphasis added]

(1) In general

Except as specifically provided in this subsection, beginning on the date that is 60 days after December 31, 2011, the President—

(A) shall prohibit the opening, and prohibit or impose strict conditions on the maintaining, in the United States of a correspondent account or a payable-through

37

PX1

account by a foreign financial institution that the President determines has knowingly conducted or facilitated any significant financial transaction with the Central Bank of Iran or another Iranian financial institution designated by the Secretary of the Treasury for the imposition of sanctions pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.); and

(B) may impose sanctions pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) with respect to the Central Bank of Iran.

118.    More recently, on May 15, 2018, the Treasury Department designated Merkazi Governor [head] Valiollah Seif as a SDN, stating in its press release, "'Iran's Central Bank Governor covertly funneled millions of dollars on behalf of the IRGC-QF through Iraq-based al-Bilad Islamic Bank to enrich and support the violent and radical agenda of Hizballah. It is appalling, but not surprising, that Iran's senior-most banking official would conspire with the IRGC-QF to facilitate funding of terror groups like Hizballah, and it undermines any credibility he could claim in protecting the integrity of the institution as a central bank governor,' said Treasury Secretary Steven T. Mnuchin. 'The United States will not permit Iran's increasingly brazen abuse of the international financial system. The global community must remain vigilant against Iran's deceptive efforts to provide financial support to its terrorist proxies.'"[33]

119.    Note that there is no suggestion that the millions of dollars in question came from Governor Seif's personal resources or that he acted contrary to instructions of the MERKAZI Board. In my expert opinion, the channeling of these funds was done by Governor Seif in his official capacity.

120.    Another recent statement by the U.S. Treasury Department concerning Merkazi was the designation announced March 26, 2020, of the Reconstruction Organization for the Holy Shrines in Iraq (ROHSI). ROHSI was accused by Treasury of directing millions of dollars to the

---

[33] **PX118** U.S. Department of Treasury, "Treasury Targets Iran's Central Bank Governor and an Iraqi Bank Moving Millions of Dollars for IRGC-Qods Force," https://home.treasury.gov/news/press-releases/sm0385, May 15, 2018.

PX1

Iraq-based Bahjat al Kawthar Company for Construction and Trading Ltd**,** also known as Kosar Company**,** which Treasury described as "another Iraq-based entity under the IRGC-QF's control. Kosar Company has served as a base for Iranian intelligence activities in Iraq, including the shipment of weapons and ammunition to Iranian-backed terrorist militia groups."[34] Treasury added, "Kosar Company has received millions of dollars in transfers from the Central Bank of Iran."

121.   The fact that Iran has used Merkazi to transfer funds to terrorists is also clear from other sources. For example, officials of terrorist groups, such as the Palestinian group Hamas, have described carrying tens of millions of dollars of cash notes in suitcases from Iran.[35] It is my expert opinion that this money was almost certainly assembled with a key role being played by Merkazi, as the Iranian government's banker. This opinion is based on my experience in the developing countries I visited as an IMF official, where it was a universal practice that politically delicate transactions were carried out directly by the Central Banks of those countries. In addition, even in the case that such cash came from a government account in a commercial Iranian bank, Merkazi likely oversaw and facilitated the transaction. As explained above, Merkazi strictly oversees all Iranian banks. In that capacity, Merkazi closely monitors foreign exchange dealings and certainly would have been well informed about a large shipment of cash.

122.   In light of the above information, it is my expert opinion that Merkazi, as Iran's central bank, is subject to the control of the Iranian government both in law and practice. It is

---

[34] **PX46** U.S. Department of Treasury, "Treasury Designates Vast Network of IRGC-QF Officials and Front Companies in Iraq, Iran", https://home.treasury.gov/news/press-releases/sm957, Mar. 26, 2020.

[35] In 2006, Mahmoud Zahar, then the foreign minister of the Hamas-led Palestinian Authority government, defended returning from a seven-country trip which included Iran with $20 million in four suitcases, saying "We are not going to allow anyone to prevent us." *See* www.ipsnews.net/2006/06/mideast-hamas-suitcase-economy. Given the other countries on his itinerary (including China, Indonesia, and Pakistan), it seems highly probable this money came from Iran.

PX1

further my expert opinion that Iran has used Merkazi for many years to transfer funds to support terrorism and that Iran's financial institutions, led by Merkazi, have engaged in deceptive financial practices in order to accomplish the transfer of funds to terrorist groups without detection. It is also my expert opinion that Merkazi has engaged in these activities for many years, including during the period 2003-2011.

## XI.   Iran, Bank Melli /Melli Bank PLC, and Terrorism

### A.   Ownership of Bank Melli Iran

123.   To quote the 2014/15 Annual Report of Bank Melli Iran, "The capital of Bank Melli Iran at the end of the fiscal year 2014-15 equaled to IRR 99,065,600 million, all of which belong to the Government of the Islamic Republic of Iran".[36] That has been true since the bank was founded more than 90 years ago as Iran's currency-issuing bank. The very name of the bank means "National Bank of Iran." While many state-owned enterprises went through processes of mock "privatization" in the last decade – in which shares were largely transferred to institutions under government control, such as government agency pension funds run by political appointees – Bank Melli remains 100 percent government-owned. All of its distributed profits go to the government. The government appoints the members of its General Assembly which in theory selects its Board of Directors; in practice, it appears that the government also selects the Board of Directors and the Managing Director.

124.   The Central Bank of Iran, also known as Bank Merkazi Iran, lists Bank Melli Iran as a "commercial government owned bank."[37]

---

[36] **PX801** Chapter 29, "Capital," p 70; http://www.bmi.ir/En/FinanceReport.aspx?rptId=23, accessed February 14, 2016.
[37] **PX806** http://www.cbi.ir/simplelist/3088.aspx, accessed February 14, 2016.

PX1

125.    Bank Melli's website lists Melli Bank PLC as being a subsidiary of Bank Melli. [38] Furthermore, Melli Bank PLC waged a protracted legal battle, which went all the way up to the European Court of Justice (the highest court in EU countries), about the freezing of its funds due to Bank Melli's activities in support of Iran's pursuit of weapons of mass destruction. The issue Melli Bank PLC raised was that it itself had not been engaged in nuclear proliferation. The European Court of Justice ruled, "The reason for freezing of the funds of Melli Bank - which is wholly owned by Bank Melli Iran, an entity identified as being engaged in nuclear proliferation - need not be the fact that Melli Bank itself is engaged in such proliferation."[39] Note that during these protracted legal proceedings, Melli Bank PLC never alleged it was independent of Bank Melli.

126.    In sum, in my expert opinion as an expert on Iran and a former IMF staffer, Bank Melli Iran and Melli Bank PLC are fully owned and controlled by the government of the Islamic Republic of Iran.

127.    Furthermore, these state enterprises do not function as commercial companies but as instruments of the Iranian government. Iran is an authoritarian state which uses its state owned and/or controlled entities, including its banks, to support and advance its policies and goals. Bank Melli is not an independent entity, but acts at the direction of the Iranian government and pursuant to its policies. Bank Melli acted to advance the policies and goals of the government of Iran, including its policies and goals vis-à-vis terrorist activities targeting the United States.

128.    This activity has been against the economic and commercial interests of Bank Melli. The Treasury Department designation of Bank Melli and its subsidiaries, including Melli

---

[38] **PX807** Bank Melli Iran, BMI Branches, BMI Subsidiaries, https://units.bmi.ir/Fa/.
[39] "Europe's top court upholds sanctions on Iranian bank," https://www.reuters.com/article/iran-eu-melli-idUSL5E8ED62120120313, March 13, 2012.

PX1

Bank PLC, caused substantial financial losses to Bank Melli, as described below. That effect was enhanced by the U.S.-led effort to warn about BMI activities in several ways discussed below, all of which would have engendered a reaction from any normal bank. The fact that Bank Melli and Melli Bank PLC did not react is further proof that they are controlled by Iran and do not act independently or in a commercial manner, but instead act to further Iran's foreign policy interests even at the expense of their own economic well-being.

129.   The U.S. warnings about dealing with Iranian banks were endorsed by many governments. In particular, FATF issued statements regarding the risks posed by Iran and calling for countries to impose countermeasures. Its October 2007 statement included the passage, "FATF members are advising their financial institutions to take the risk arising from the deficiencies in Iran's AML/CFT [anti-money-laundering/ countering the financing of terrorism] regime into account for enhanced due diligence." This was upgraded in February 2009 into a warning:

> The FATF reaffirms its call on members and urges all jurisdictions to advise their financial institutions to give special attention to business relationships and transactions with Iran, including Iranian companies and financial institutions. In addition to enhanced scrutiny, the FATF further calls on its members and urges all jurisdictions to apply effective counter-measures to protect their financial sectors from money laundering and financing of terrorism (ML/FT) risks emanating from Iran. Jurisdictions should also protect against correspondent relationships being used to bypass or evade counter-measures and risk mitigation practices, and take into account ML/FT risks when considering requests by Iranian financial institutions to open branches and subsidiaries in their jurisdiction.[40]

130.   The practical impact of this warning was that many international banks re-examined their correspondent relations and transactions with Iranian banks, including Bank Melli and Melli Bank PLC, to the financial disadvantage of those entities, as described below.

---

[40] **PX508** Council of Europe, Committee of Experts on the Evaluation of Anti-Money Laundering Measures and the Financing of Terrorism, https://www.coe.int/t/dghl/monitoring/moneyval/About/FATF-2502.pdf.

PX1

131.    The U.S. government also pressed action specifically against Bank Melli (and its subsidiaries) for its role in facilitating Iran's nuclear program. UN Security Council Resolution 1803, adopted March 3, 2008, in Operative Paragraph 10, "Calls upon all States to exercise vigilance over the activities of financial institutions in their territories with all banks domiciled in Iran, in particular with Bank Melli and Bank Saderat, and their branches and subsidiaries abroad, in order to avoid such activities contributing to the proliferation sensitive nuclear activities, or to the development of nuclear weapon delivery systems."[41]

132.    While this action was not for Bank Melli's support for terrorism, the British and French government joined with the U.S. government in sending a letter to the Security Council in August 2008 warning against "Iran's continued attempts to conduct prohibited proliferation-related activity and terrorist financing."[42]

133.    All of these U.S. and U.S.-urged actions had a real financial impact on Bank Melli and Melli Bank PLC. The *New York Times* described at length the impact of the U.S. actions on Bank Melli and the other designated banks, referencing Middle East bankers who said those banks "were losing customer and struggling to find new banking relationships" with more than 80 banks curtailing business with them.[43]

134.    The *New York Times* further quoted Iranian Finance Minister Davoud Danesh Jaffari complaining bitterly, "We had embarked on a serious and breathtaking game of chess with America's Treasury Department." Another Iranian bank hit by restrictions – Bank Mellat PLC – in 2013 sued in UK courts for 2.3 billion British pounds (about $3 billion) in damages for those

---

[41] **PX520** UN Security Council Resolution 1803, S/RES/1803 (2008).

[42] Patrick Worsnip, Reuters, *Iran rejects Western charges of bank illegalities*, August 15, 2008, http://www.reuters.com/article/us-iran-nuclear-banks-idUSN1531709020080815.

[43] Robin Wright, The New York Times Magazine, *Stuart Levey's War*, October 31, 2008, https://www.nytimes.com/2008/11/02/magazine/02IRAN-t.html?_r=0.

PX1

restrictions (those 2009 restrictions had been under UK law rather than the 2010 restrictions on Bank Melli which were under EU law and therefore not subject to a suit for damages). The scale of Bank Mellat PLC's claim suggests that the damages incurred by Melli Bank PLC from the restrictions it faced were considerable.

135.     In short, Bank Melli and Melli Bank PLC had ample warning that banks which support terrorism will face actions by the U.S. government, and they had strong financial incentive to either contest the U.S. government concerns or to change the behavior which concerned the U.S. government. For instance, had Bank Melli and/or Melli Bank PLC contested their designations by the Treasury Department, there is every reason to think that their case would have been carefully considered. The U.S. government has a well-established track record of removing from its lists of designated entities those who were designated in error or who have changed their actions. The OFAC website fact sheet about Executive Order 13224 gives many names of individuals and entities which have been removed from the designation list, especially after 2009.[44] As that list shows, the process of removal continues, *e.g.*, Bank Al Taqwa Limited in the Bahamas was removed in February 2015.

136.     The obvious reason why Bank Melli and Melli Bank PLC have not changed their behavior so that they can become de-designated is that to do so would be against the policy of the government of Iran, for which the transfer of funds to Hezbollah in particular, has been an important priority. In other words, Bank Melli and Melli Bank PLC have continued a course of action which is against their financial interest because that is the course consonant with the foreign policy of the government of Iran. This is powerful proof that since 2001, the government of Iran has been the real beneficiary of the banking operations of Bank Melli and Melli Bank PLC.

---

[44] https://www.treasury.gov/resource-center/sanctions/Programs/Documents/terror.pdf (accessed June 27, 2019; material subsequently removed from that website).

PX1

137.     An example of how a state-owned entity which is a distinct economic enterprise reacts to designations for prohibited activities involving Iran is the March 2016 actions of the Chinese telecommunications equipment maker ZTE. ZTE is 30.6% owned by ZTE Holdings, which is in turn 51% owned by state-owned enterprises. This relationship, under the laws of China and Hong Kong (where ZTE's shares are listed), is described as "state owned, privately managed." When on March 8, 2016, the U.S. Commerce Department imposed sanctions which could have restricted ZTE's activities on the U.S. market, ZTE responded within days by agreeing to far-reaching changes and close cooperation with a U.S. government investigation, as detailed in a March 23 *Financial Times* article ("ZTE to give details on Iran sales as US eases ban").[45]

138.     Bank Melli and Melli Bank PLC are not the only Iranian government-owned banks which take actions that make no sense commercially but serve the foreign and security policy goals of the Iranian government. Indeed, the Iranian banking system has been subject to scandals and corruption for activities that advanced government interests, but commercially harmed the banks. Specifically, the Iranian government ordered banks to direct credit to particular borrowers, both to classes of borrowers and to individuals, as described in the annex on Relationship of Iran's Central Bank to the Iranian Government. The low government interest rates and the fact that some of the largest borrowers were not creditworthy resulted in heavy financial losses for the banks. In a 2015 report on the Iranian economy, the IMF highlighted the problems of the banks, resolution of which it called an "immediate priority for supporting growth." The IMF wrote, "The complexity and severity of the challenges facing the banking system require immediate action….They [the

---

[45] *Financial Times*, March 23, 2016, "ZTE to give details on Iran sales as US eases ban."

PX1

authorities] also agreed that the elimination of government-mandated credit policies would help avoid a repeat of the many vulnerabilities present in the system."[46]

139.    The fact that Iranian banks have operated against their own economic interest and in furtherance of Iranian policy can also be seen from a review of the U.S. sanctions against Iran over the years. The U.S. government first placed sanctions on Iran in 1979 in response to Iran's seizure of the U.S. embassy in Tehran and the ensuing hostage crisis. President Carter issued Executive Order 12170 in November 1979 freezing about $12 billion in Iranian assets. On January 20, 1981, the U.S. lifted all sanctions on Iran pursuant to the Algiers Accord – the agreement which led to the release of the U.S. hostages.[47]

140.    In the 1980s and 1990s, in reaction first to Iranian support for terrorism and later also out of concern about Iranian nuclear and missile activities, the U.S. government placed a variety of ever-tighter sanctions on Iran, targeting entities, including Iranian banks, due to their involvement in carrying out elements of Iranian foreign policy.

141.    Beginning in 1995, the Executive Orders specifically affected Iranian banks. In 1995, President Clinton issued Executive Orders 12959 and 13059. In *Weinstein v. Islamic Republic of Iran*, the court summarized these sanctions.[48] The Weinstein court explained that the 1995 Executive Orders subjected the banks to significant new restrictions on the basis that they were entities owned by the Iranian government, and Executive Order 13059 prohibited transactions with the Iranian government and any entity owned or controlled by it.[49]

---

[46]   IMF, Islamic Republic of Iran -- Staff Report for the 2015 Article IV Consultation, http://www.imf.org/external/pubs/ft/scr/2015/cr15349.pdf, p 17.

[47] The New York Times, *TEXT OF AGREEMENT BETWEEN IRAN AND THE U.S. TO RESOLVE THE HOSTAGE SITUATION*, January 20, 1981, http://www.nytimes.com/1981/01/20/world/text-of-agreement-between-iran-and-the-us-to-resolve-the-hostage-situation.html?pagewanted=all.

[48] 299 F. Supp. 2d 63, 66-70 (E.D.N.Y. 2004).

[49] *Id.* at 70.

PX1

142.    Thereafter, these banks could only continue to do business in the United States upon receiving a specific license from the Office of Foreign Asset Control (OFAC). The full relevant texts of the Executive Orders and regulations and a detailed – and unsympathetic – account of these sanctions is in the standard academic reference text on the subject, Hossein Alikhani, *Sanctioning Iran: Anatomy of a Failed Policy*, London: I.B. Tauris, 2000. It reprints the March 31, 1999, amendment to OFAC's Iranian Transactions Regulations implementing Executive Order 13059 in which various banks, including Bank Melli are listed by name.

143.    Beginning in 2007, the United States government began designating Iranian banks on an individual basis for the actions taken by those banks, as distinct from sanctions on Iran as a whole and its government which impacted Iranian banks. The first Iranian bank hit by a Treasury designation was Bank Sepah, designated January 9, 2007, pursuant to Executive Order 13382 about proliferation of weapons of mass destruction and their delivery mechanisms. The Treasury press release quoted Stuart Levey, Treasury's Under Secretary for Terrorism and Financial Intelligence: "Bank Sepah is the financial linchpin of Iran's missile procurement network and has actively assisted Iran's pursuit of missiles capable of carrying weapons of mass destruction."[50]

144.    More than 10 months later, on October 25, 2007, Treasury designated two additional banks, Bank Melli and Bank Mellat, under the same Executive Order. The Treasury Department press release about the designation explained, "Bank Melli provides banking services to entities involved in Iran's nuclear and ballistic missile programs, including entities listed by the U.N. for their involvement in those programs."[51]

---

[50] **PX62** U.S. Department of the Treasury, Press Center, *Iran's Bank Sepah Designated by Treasury Sepah Facilitating Iran's Weapons Program*, January 9, 2007, https://home.treasury.gov/news/press-releases/hp219

[51] **PX36** U.S. Department of the Treasury, Press Center, *Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism*, October 25, 2007, https://home.treasury.gov/news/press-releases/hp644.

PX1

145.    Also, on October 25, 2007, the Treasury Department designated BSI and BSPLC, but under Executive Order 13224 which specifically targets terrorists and their supporters.[52]

146.    At the same time and since, Treasury Department officials repeatedly stated that "Iran uses its state-owned banks … for financing terrorism." Treasury continued to investigate banks one by one. Designations under Executive Order 13382 included among others: on October 22, 2008, the Export Development Bank of Iran; June 16, 2010, the Post Bank of Iran; December 21, 2010, the Mehr Bank and the Ansar Bank; and May 17, 2011, the Bank of Industry and Mines of Iran.[53]

147.    Then, as noted above, on November 21, 2011, Treasury designated Iran as a "jurisdiction of primary money laundering concern under Section 311 of the USA PATRIOT Act" which affected all Iranian banks.

148.    This protracted process shows that Treasury was not painting with a broad brush, but instead considering the circumstances of each designated bank. It was only after four years and the designations of many individual banks that Treasury concluded that money laundering was so pervasive among Iranian banks that this money laundering could endanger the U.S. financial system. As the quotes above from Undersecretary Levey and Assistant Secretary Glaser state, Iran's banks engage in deceptive financial practices in order to support terrorism, among other reasons.

149.    These sanctions were directed at Iranian banks and not just at the Iranian government because the banks played an active role in carrying out Iranian policies which harmed the United States, as explained in the testimony by Treasury Department officials cited earlier. In

---

[52] *Id.*

[53] **PX279** Kenneth Katzman, *Iran Sanctions*, Congressional Research Service Report 7-5700 of April 21, 2015, available at http://www.parstimes.com/history/crs_april21_15.pdf. Since these banks have been delisted after the Iran nuclear deal, the OFAC website no longer lists which institutions were designated and when.

PX1

other words, the banks were not innocent bystanders who were caught up when the U.S. government decided to put pressure on the Iranian government. This is obvious from the way in which the sanctions against particular Iranian banks developed, on an individualized basis over a four-year period, as each sanctioned bank engaged in specific problematic activities.

150.    The slow development of the sanctions also illustrates that the banks that were sanctioned were aware that their activities in furtherance of Iranian policy would likely harm them financially. Even if one were to suppose that the banks were not greatly concerned about the financial impact of U.S. sanctions because they were banned from transactions with U.S. nationals, they had every reason to be worried about EU action which would cut them off from the SWIFT interbank transfer system. SWIFT is central to any bank's ability to transfer funds abroad in a timely and cost-effective manner. The debate about Iranian access to SWIFT went on for years before the March 2012 suspension of EU-designated Iranian banks from the SWIFT system.[54] SWIFT continued to give access to other Iranian banks not designated by the EU.[55]

151.    Thus, while the designated banks had ample warning of what was coming, they did nothing to change their conduct of working with individuals, firms, and government agencies designated by the UN and/or EU for their role in Iranian nuclear and missile programs, even though those entities were relatively small players and so presumably not major profit centers for the banks concerned. From the fact that some Iranian banks retained access to SWIFT, it is clear that

---

[54] **PX112** SWIFT, which is incorporated under Belgian law, took the position that the EU required it to suspend access to its system by banks designated by the EU. https://www.swift.com/insights/press-releases/swift-instructed-to-disconnect-sanctioned-sanctioned-iranian-banks-following-eu-council-decision

[55] Accounts differ on how many of the 30 banks with SWIFT access before 2012 remained connected to the system. There is no dispute that at least five private and two smaller state-owned banks were connected as of mid-2015, as described by Iranian officials in https://financialtribune.com/articles/economy-business-and-markets/21026/7-banks-connected-to-swift.

PX1

had the designated banks focused on their commercial interests instead of Iran's policies, they had good reason to think that they would retain access to SWIFT.

152.    Were these banks basing their decisions on commercial considerations, then most of them would have exited the business lines to which the EU objected, leaving that business to a small number of banks which could possibly draw sufficient profit from those activities to justify the substantial cost of losing access to the SWIFT system.

153.    For reference, in 2016-2017, the *Financial Times* reported that Deutsche Bank planned to cut its commercial client base from 65,000 to 30,000 largely because of regulatory and law enforcement concerns – a strategy referred to as "derisking" – and the *Wall Street Journal* wrote that in 2014 alone, J.P. Morgan Chase dropped over 100,000 customers over concern about money laundering.[56] A World Bank study found that derisking has become a common practice.[57]

154.    While the rest of the international financial community is headed in the direction of derisking, Iranian state-controlled banks have adopted an entirely different approach, namely, they have continued to do business with highly risky customers to their financial detriment – because that is what Iranian government policy requires.

### B.    Bank Melli, Melli Bank PLC, and Terrorism

155.    Many of the statements discussed above in the section on Merkazi make reference to support for terrorism by Iran's state-owned banks and/or Iran's commercial banks. Bank Melli belongs to both of those categories. The statements in question include Treasury Undersecretary Levey's July 12, 2007, press Round Table, the March 2008 FinCen warning, Treasury

---

[56] *See* https://www.ft.com/content/123550f6-16d7-11e6-9d98-00386a18e39d#axzz49JcJVvmq; Lanier Saperstein and Geoffrey Sant, Wall Street Journal, *Account Closed: How Bank 'De-Risking' Hurts Legitimate Customers*, August 12, 2015, http://www.wsj.com/articles/account-closed-how-bank-de-risking-hurts-legitimate-customers-1439419093
[57] *See* https://www.worldbank.org/en/topic/financialsector/publication/world-bank-group-surveys-probe-derisking-practices.

PX1

Undersecretary Levey's April 1, 2008, testimony, Treasury Deputy Assistant Secretary Glaser's April 17, 2008, testimony, the Treasury Department's November 21, 2011, press release, **PX366** Treasury Undersecretary Cohen's November 22, 2011, statement, and the NDAA FY2012 provisions.

156.    In addition, on November 5, 2018, the U.S. Department of Treasury issued a statement which read in part,[58]

> Bank Melli is being designated pursuant to E.O. 13224 [i.e., for support for terrorism] for assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, the IRGC-QF, which was previously designated pursuant to E.O. 13224 on October 25, 2007. As of 2018, the equivalent of billions of dollars in funds have flowed through IRGC-QF controlled accounts at Bank Melli. Bank Melli has acted as a conduit for payments to the IRGC-QF. The IRGC-QF has used Bank Melli to dispense funds to Iraqi Shia militant groups, and Bank Melli's presence in Iraq was part of this scheme. Since the mid-2000s, Bank Melli increasingly provided services to Iranian military-related entities as they became further involved in all aspects of the Iranian economy. Bank Melli has enabled the IRGC and its affiliates to move funds inside and outside of Iran....Along with Arian Bank, OFAC designated another 12 entities pursuant to E.O. 13224 for being owned or controlled by Bank Melli or one of Bank Melli's subsidiaries: Bank Kargoshaee, Melli Bank PLC, ....

157.    This designation expanded and extended the earlier October 25, 2007, designation of Bank Melli under E.O. 13382 about support for proliferation of weapons of mass destruction and missiles. The Treasury Department announcement of that action stated, "Bank Melli also provides banking services to the IRGC and the Qods Force. Entities owned or controlled by the IRGC or the Qods Force use Bank Melli for a variety of financial services. From 2002 to 2006, Bank Melli was used to send at least $100 million to the Qods Force. When handling financial transactions on behalf of the IRGC, Bank Melli has employed deceptive banking practices to

---

[58] **PX51** U.S. Department of Treasury, "U.S. Government Fully Re-Imposes Sanctions on the Iranian Regime As Part of Unprecedented U.S. Economic Pressure Campaign," https://home.treasury.gov/news/press-releases/sm541, November 5, 2018.

PX1

obscure its involvement from the international banking system. For example, Bank Melli has requested that its name be removed from financial transactions."[59]

158.    A prominent example of Bank Melli's role in supporting terrorism was its role in Bahrain's Future Bank. That bank was established in 2004 as a joint venture between Bahrain's Ahli United Bank and Iran's Bank Melli and Bank Saderat, two large state-owned Iranian banks.

159.    After the Bahraini authorities closed it in 2015, Bank Melli and Bank Saderat filed a complaint before the Permanent Court of Arbitration in The Hague. As the *Washington Post* described, [60]

> In response, Bahrain submitted hundreds of pages of audit findings that paint a portrait of a financial institution that operated mainly with "the aim of concealment," the documents state, giving Iranian companies secret access to the foreign markets and the international monetary system. The audit "revealed crimes and violations of Bahraini and international law of massive proportions," Bahraini Foreign Minister Khalid bin Ahmed al-Khalifa said in a written statement to The Post....Among the practices cited in the report was a systematic use of "wire-stripping," the deliberate removal or changing of identifying information when transferring money between banks. Auditors said they discovered more than 4,500 instances of wire-stripping by bank officials to conceal Iran's role as the sender or recipient of funds. The amount of money known to have changed hands in those transactions totals $4.7 billion, but the true sum is likely to be far greater, Bahraini officials say.... In hundreds of cases, bank transfers were accompanied by specific instructions to avoid references to Iran or Iranian banking codes. "Do not mentioned [sic] our bank name, BIC code ref. no., in any message routed through U.S.A. and do not route through New York," Future Bank officials were instructed in one message from Iran's Bank Melli.... Among the violations cited were 260 instances in which the bank opened accounts for individuals convicted of financial crimes such as money laundering and supporting terrorist causes.

---

[59] U.S. Department of Treasury, "Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism," https://home.treasury.gov/news/press-releases/hp644,October 25, 2007.

[60] **Error! Main Document Only.**"Billion-dollar sanctions-busting scheme aided Iran, documents show, " by Souad Mekhennet and Joby Warrick April 3, 2018, https://www.washingtonpost.com/world/national-security/billion-dollar-sanctions-busting-scheme-aided-iran-documents-show/2018/04/03/37be988a-3356-11e8-94fa-32d48460b955_story.html.

PX1

160.    Future Bank came back into the news in February 2020 when the Bahraini authorities announced indictments of numerous individuals for their role in the bank's illicit financing of terror. As reported in *Arab News:* [61]

> The years-long investigation by the CBB [Central Bank of Bahrain], the Ministry of Interior, and international regulatory experts, reviewed tens of thousands of Future Bank documents... The bank, acting under the direction of Bank Saderat and Bank Melli, ...executed thousands of international financial transactions worth $7 billion while concealing the involvement of Iranian entities. Rasheed Al-Maraj, the CBB governor, said the complexity and magnitude of the investigations were compounded by the need to disentangle the subterfuge of Iranian-backed financing of terrorism.

## XII.    Iran, the National Iranian Oil Company (NIOC), and Terrorism

### A.    Ownership of the NIOC

161.    NIOC is entirely owned by the government of Iran, as explained on its website, at NOIC.ir. Iran's Petroleum Minister Bijan Zanganeh is Chairman of NIOC's Board; his predecessors as minister also held that position with NIOC while in office. The day on which the oil industry was nationalized in 1951 is a public holiday in Iran. Government control over the oil industry is such an important principle that Iranian politicians have for years fought over whether it was appropriate to bring foreign investors into the industry even in a secondary role. Retaining complete government ownership and control over NIOC has never been brought into question. As the U.S. Treasury Department put the matter in a September 24, 2012, press release: "NIOC, which is owned by the Government of Iran through the Ministry of Petroleum, is responsible for the exploration, production, refining, and export of oil and petroleum products in Iran."[62]

---

[61] **Error! Main Document Only.**"Bahrain brings charges in vast money laundering case linked to Iranian state-owned banks," *Arab News*, February 13, 2010, https://www.arabnews.com/node/1627236/middle-east
[62] **PX125** U.S. Department of the Treasury, Press Center, *Treasury Submits Report To Congress On NIOC And NITC*, September 24, 2012, available at https://www.treasury.gov/press-center/press-releases/Pages/tg1718.aspx.

PX1

162.     In the extensive litigation over more than a decade between Ashland Oil and NIOC (Civ. A. No J85-1064 (L)), including the rulings of the Fifth Circuit, many issues were raised, including issues about sovereign immunity. To quote the U.S. District Court for the Southern District of Mississippi in 716 F. Supp. 268, 270 (S.D. Miss. 1989): "The FSIA [Foreign Sovereign Immunities Act] specifically includes in its definition of a 'foreign state' entity that are owned by the sovereign, 28 U.S.C. § 1603, and in this case, there is no dispute that NIOC is a 'foreign state' within the meaning of the FSIA."[63]

**B.     NIOC and Support for Terrorism**

163.     In an article for West Point's *CTC Sentinel*, my colleague Michael Knights wrote about a part of the Iran-Iraq border where Special Groups were engaging in terror attacks against U.S. and UK forces, "This part of the border is increasingly the scene of U.S. and Iranian countermoves to support their proxies and patrol the frontier; Iranian intelligence gathering takes place using National Iranian Oil Company helicopters and border guards."[64] This role by NIOC helicopters is not widely known. When I queried Dr. Knights about this statement, he wrote me in an email on June 6, 2019, "This was a very niche issue. I only dug it [this information] out because I was present on the border at the time. The locations where the copters were used were the 'step' in the Iran-Iraq border, adjacent to Majnoon and what would become Block 11 [2 Iraqi oil fields]. I think Azadegan [an Iranian oil field] is on the other (Iranian) side. IRGC had a number of arms smuggling routes through those [oil] fields."[65]

---

[63] *National Iranian Oil Co. v. Ashland Oil*, 716 F. Supp. 268, 270 (S.D. Miss. 1989), available at https://law.justia.com/cases/federal/district-courts/FSupp/716/268/2345171/.
[64] **PX248** Michael Knights, "Taming Iranian-backed Special Groups in Maysan Province," *CTC Sentinel*, https://ctc.usma.edu/taming-iranian-backed-special-groups-in-maysan-province/, June 2009.
[65] Personal communication to the author.

PX1

164.    Admittedly, such direct NIOC support for terrorism is more the exception than the rule. The more typical role is that highlighted by the U.S. Treasury Department in its September 4, 2019, press release, "Treasury Designates Vast Iranian Petroleum Shipping Network That Supports IRGC-QF and Terror Proxies."[66]

165.    In that press release, Treasury Secretary Steven Mnuchin is quoted, "Treasury's action against this sprawling petroleum network makes it explicitly clear that those purchasing Iranian oil are directly supporting Iran's militant and terrorist arm, the IRGC-Qods Force." The Treasury statement specified, "The crude oil and condensate sold by this IRGC-QF network originates with the National Iranian Oil Company (NIOC)."

166.    NIOC generates billions of dollars in revenue each year for the Iranian government, in addition to generating the revenue to fund its operations and investment in developing Iran's oil industry. There are credible reports, including from Iranian sources, that some of this oil revenue is not officially reported, making it even more directly available for purposes such as support for terrorism. An Iranian government audit in 2009 found that more than one billion in oil revenue from the previous year was missing from the state coffers.[67] The practice continues, with recent Iranian reports referring to billions in revenues going unaccounted for each year.[68] Credible reports

---

[66] **PX63** U.S. Department of the Treasury, Press Center, *Treasury Designates Vast Iranian Petroleum Shipping Network That Supports IRGC-QF and Terror Proxies*, September 4, 2019, https://home.treasury.gov/news/press-releases/sm767.

[67] UPI, *Iran looking for missing oil revenue*, November 20, 2009, available at https://www.upi.com/Business_News/Energy-Industry/2009/11/20/Iran-looking-for-missing-oil-revenue/UPI-97311258729114/.

[68] Aftabnews, *What $ 8 billion of Ahmadinejad's oil revenue was spent on development in the country*, May 21, 2008, available at https://aftabnews.ir/fa/news/297462/%DB%B8%DB%B0%DB%B0-%D9%85%DB%8C%D9%84%DB%8C%D8%A7%D8%B1%D8%AF-%D8%AF%D9%84%D8%A7%D8%B1-%D8%AF%D8%B1%D8%A2%D9%85%D8%AF-%D9%86%D9%81%D8%AA%DB%8C-%D8%AF%D9%88%D8%B1%D9%87-%D8%A7%D8%AD%D9%85%D8%AF%DB%8C%E2%80%8C%D9%86%DA%98%D8%A7%D8%AF-%D8%B5%D8%B1%D9%81-%DA%A9%D8%AF%D8%A7%D9%85-%D8%AA%D9%88%D8%B3%D8%B9%D9%87-%D8%AF%D8%B1-%DA%A9%D8%B4%D9%88%D8%B1-%D8%B4%D8%AF.

**PX1**

provide strong reasons to suspect that some of this missing revenue is directly controlled by Iranian government agencies, especially the Islamic Revolutionary Guard Corps (IRGC), rather than going to the treasury and then being allocated to these agencies.[69] The IRGC, which reports directly to Iran's Supreme Leader rather than to the President and Parliament, has long maintained it has authority to engage in many activities on its own rather than going through normal governmental processes.

167.    While there is little information in the public realm about the oil or oil sale revenue which goes to the IRGC, it would appear that NIOC sells oil to IRGC-affiliated middlemen at below market prices and/or pays such middlemen commissions for oil sales. That would be consistent with the many non-transparent techniques NIOC has used to sell oil to customers who wish to disguise their purchases given the U.S. sanctions on entities which purchase Iranian oil or which handle the shipping or the financial transactions associated with such oil sales. The U.S. Treasury Department warns that all "who knowingly engage in significant transactions for the purchase, acquisition, sale, transport, or marketing of petroleum or petroleum products from Iran — or knowingly provide significant support to an Iranian person on OFAC's List of Specially Designated Nationals and Blocked Persons (SDN List), such as the National Iranian Oil Company (NIOC) . . . are at serious risk of being targeted by the United States for sanctions . . . ."[70] Given its expertise in clandestine operations, the IRGC would seem well placed to assist in such disguise efforts.

---

[69] *See* Mark Gregory, *Expanding business empire of Iran's Revolutionary Guards*, BBC News, July 26, 2010, available at http://www.bbc.com/news/world-middle-east-10743580.

[70] **PX59** Department of the Treasury, *OFAC Advisory to the Maritime Petroleum Shipping Community*, September 4, 2019, available at https://home.treasury.gov/system/files/126/iran_advisory_09032019.pdfThis Advisory includes much information about Iran's "deceptive shipping practices."

PX1

168.    The role that NIOC plays regarding terrorism is similar to the role it plays regarding nuclear proliferation. In its March 1, 2016 ruling upholding the freezing of NIOC funds on nuclear proliferation grounds, the Court of Justice of the European Union ruled that the European Council's designation criteria for the freeze "include natural or legal persons which, even though they have no direct or indirect link with nuclear proliferation (as is the case with NIOC), could encourage it by providing the Iranian Government with resources or facilities of a material, financial, or logistical nature allowing it to pursue proliferation activities."[71]

169.    In sum, NIOC is wholly owned by the Iranian government and is used by that government as vital support for its activities, including the funding of terrorism. There is credible reason to believe that significant revenues from oil sales have been diverted by NIOC into the pockets of the IRGC. At times during the U.S.-led war against terrorists in Iraq after 2003, NIOC assets, including its helicopters, have been used to provide more direct support to Iranian terrorism.

## XIII.   Other Components of Iran's Terror Network

### A.      The Reconstruction Organization of the Holy Shrines in Iraq (ROHSI)

170.    On March 26, 2020, the Treasury Department announced the designation under E.O. 13224 of the Reconstruction Organization of the Holy Shrines in Iraq (ROHSI). Treasury Secretary Steven T. Mnuchin stated, "Iran employs a web of front companies to fund terrorist groups across the region, siphoning resources away from the Iranian people and prioritizing terrorist proxies over the basic needs of its people." [72] The Treasury Department press release further stated,

> The Reconstruction Organization of the Holy Shrines in Iraq (ROHSI) is an IRGC-
> QF-controlled organization based in Iran and Iraq whose leadership was appointed

---

[71] **PX517** Press Release No 21/16 of the Court of Justice of the European Union, Judgement in Case C-440/14 P, National Iranian Oil Company v. Council. The full text of the judgment is available on the CURIA website https://curia.europa.eu/jcms/upload/docs/application/pdf/2016-03/cp160021en.pdf.
[72] U.S. Department of Treasury, "Treasury Designates Vast Network of IRGC-QF Officials and Front Companies in Iraq, Iran", https://home.treasury.gov/news/press-releases/sm957, Mar. 26, 2020.

PX1

by the late IRGC-QF Commander Qassem Soleimani. Though ostensibly a religious institution, ROHSI has transferred millions of dollars to the Iraq-based Bahjat al Kawthar Company for Construction and Trading Ltd, also known as Kosar Company, another Iraq-based entity under the IRGC-QF's control. Kosar Company has served as a base for Iranian intelligence activities in Iraq, including the shipment of weapons and ammunition to Iranian-backed terrorist militia groups. Additionally, Kosar Company has received millions of dollars in transfers from the Central Bank of Iran…. In addition, IRGC-QF officials have used ROHSI's funds to supplement IRGC-QF budgets, likely embezzling public donations intended for the construction and maintenance of Shiite shrines in Iraq.

### B.    Islamic Republic of Iran Shipping Lines (IRISL)

171.    The Treasury Department's recent description of the IRISL as "meeting the definition of the term 'Government of Iran'" was a change in position from the U.S. government view in 2016 when the Joint Comprehensive Plan of Action (the arrangement about the nuclear impasse) went into effect. In the list of individuals and institutions on which sanctions were to be removed the day that was implemented, the U.S. government put an asterisk next to each institution that it considered government-owned. There is no asterisk next to IRISL's name.

172.    The new position by the U.S. government makes more sense than the previous stance. IRISL is majority-owned by institutions controlled by the government. There is strong circumstantial evidence that such institutions continue to hold an overwhelming majority of the shares, as they long have.

173.    In 2000/2001, IRISL changed its legal status from a government company to a non-government company. In the 62-page prospectus (in Persian) it filed in 2008/2009 with the Tehran Stock Exchange (TSE), it explained that after the change, it had been owned 49% by the Ministry of Commerce with the other 51% split between two government-run social insurance funds discussed below, the Social Security Investment Company (SSIC, or "Shasta"), which is actually a large public insurance company providing health and auto insurance among other products, and the Civil Service Pension Organization (CSPO), the name preferred on the pension fund's English-

PX1

language website,[73]  which was previously known as the "National Retirement Fund" which is how it was listed in the TSE records. As I discuss below, those two institutions are controlled by the government.

174.    IRISL is now listed on the TSE. For years, the TSE's Persian-language website listed for each company all of the owners of 1% or more of the stock in each company on the Exchange, though that information has not been available for some years. For quite some time, the ownership of IRISL changed little, with there being only 6 shareholders.

175.    The top four shareholders were:

| Shareholder | Number of Shares | Precent of Shares |
|---|---|---|
| SSIC | 4,233,585,052 | 25.8% |
| CSPIC | 4,184,636,801 | 25.5% |
| Provincial Investment Fund | 3,934,319,965 | 24.0% |
| Government Trading Corporation (GTC) | 2,786,805,379 | 17.0% |
| **Total of these four** | 15,139,347,197 | 92.3% |

176.    However, at some point, the TSE changed how it listed shareholdings; it now only lists nine shareholders each of whom has 1.0% or more of IRISL's shares.  Six of those are shadowy investment companies.  On August 3, 2021, the TSE records show the largest IRISL shareholder, with 13.56% of the shares, as "Financial Intermediary Company Bahman Fourth," Bahman being an Iranian month.  This company has entered into a complex swap agreement with the government-run Social Security Investment Company (SSIC) which leaves the latter fully

---

[73] Available at https://www.retirement.ir/english/About/ObjectivesDuties.aspx

PX1

liable for any change in the value of the shares.[74]  Similar funds with the names of the other Iranian

months exist and may also own shares.  This is in addition to the 9.3% of IRISL shares still owned

directly by SSIC.   Plus, the TSE data have separate listings as the third and fifth largest

shareholder for the Government Trading Corporation of Iran (GTC), to use the name it lists in

English on its website, with a combined 7.99% of the shares.[75] Also listed is the government-run

National Retirement Fund, with 4.06% of the shares.  Just those five shareholders have 34.91% of

IRISL's shares. Another 5.42% is held by four other shadowy investment firms. While I do not

know who owns the other 59.67%, I do know from the TSE data that the daily volume of shares

traded is less than 0.1% of the outstanding shares, which suggests that whoever owns the shares

does not trade them often. That would be consistent with many of those shares being held by long-

term investors such as those four institutions that long held all of IRISL's shares.

177.    Iranian economists and businessmen have long complained that many of the

companies on the TSE are in fact controlled by the government indirectly, with the overwhelming

majority of shares held by institutions controlled by the government – the many public retirement

funds are often cited as an example. Many Iranian economists and businessmen cite as evidence

of this de facto government control the very small trading in the shares of many companies listed

---

[74] https://www.shomanews.com/%D8%A8%D8%AE%D8%B4-
%D9%85%D9%87%D9%85%D8%AA%D8%B1%DB%8C%D9%86-
%D8%A7%D8%AE%D8%A8%D8%A7%D8%B1-
%D8%A7%D9%82%D8%AA%D8%B5%D8%A7%D8%AF%DB%8C-3/936343-
%D8%AA%D8%A7%D9%85%DB%8C%D9%86-%D9%85%D8%A7%D9%84%DB%8C-
%D9%87%D8%B2%D8%A7%D8%B1-
%D9%85%DB%8C%D9%84%DB%8C%D8%A7%D8%B1%D8%AF-
%D8%B1%DB%8C%D8%A7%D9%84%DB%8C-
%D8%AA%D8%A7%D9%85%DB%8C%D9%86-
%D8%A7%D8%AC%D8%AA%D9%85%D8%A7%D8%B9%DB%8C-%D8%A8%D8%A7-
%D8%B5%DA%A9%D9%88%DA%A9-%D8%A7%D8%AC%D8%A7%D8%B1%D9%87
[75] **PX809** https://en.gtc.ir/.   The translation is a shortened version of a longer Iranian name.

**PX1**

on the TSE. Furthermore, these economists and businessmen complain about such companies being so dependent on government decisions that the companies have little independence, and they allege government interference in corporate affairs especially the selection of company management. IRISL seems to fit this pattern. Therefore, in my expert opinion as a close observer of the Iranian economy, IRISL is a company controlled by its four largest shareholders.

178.    Of the four largest shareholders, the GTC is clearly a government instrumentality. Its charter,[76] says in Article 1.2 that the firm's purpose is to serve government interests, in 1.4 it says that it is a government firm, in 1.6 it says that all the firms shares belong to the government, and in 9 it says that the firm's highest authority is the general assembly which is composed of several government ministers and only them.

179.    For many years, a major investor in IRISL was the Provincial Investment Fund set up to manage the shares allocated to workers and the poor when the company was privatized, known as "justice shares." These shares were long controlled directly by the central government, contrary to the fiction that each province had its own separate fund. The TSE had for some years listed each province's fund separately, with the result that few met the new 1% reporting threshold when that was introduced. Until recently, the nominal shareholders were not allowed to sell the shares held in their name. In May 2020, pursuant to the request of President Hassan Rouhani, Supreme Leader Ali Khamenei allowed the nominal holders of the justice shares to take actual control of some of them. It took the government a while to issue the relevant regulations and for shareholders to decide what to do. Now, shareholders have the option to sell up to 60 percent of their shares or to leave their shares with the Provincial Investment Fund.  Nearly 30 million out of the 49 million Justice Shareholders, or just over 60 percent, chose to leave the control of their

---

[76] Available at https://en.gtc.ir/index.aspx?&siteid=7&pageid=1631&p=1&showitem=2

PX1

shares with the Provincial Investment Fund.[77]  It is entirely unclear how many of IRISL's shares remain in the Provincial Investment Fund and therefore under the de facto control of the government, but the amount could be considerable.

180.    The CSPO at times describes itself as a private firm run like an insurance company. However, as its website in Persian describes, it is "dependent on" the Ministry of Welfare and Social Security. It provides service only to government employees and contractors. Its website lists as the law under which it is organized the law for the organization of the civil service, as published in the official newspaper. I find no claim that it has a managing board with any independence from the government. Before financial information was removed from its website, the page on its investments[78] described it as a 25% owner of IRISL, which is what the TSE data used to show. The TSE data show it as still owning directly 4.06% of IRISL's shares, and it is entirely possible that, like SSIC, it has entered into complex swap agreements which leave it in indirect control of more shares.

---

[77]  https://tejaratnews.com/%DA%AF%D8%B2%D8%A7%D8%B1%D8%B4
%D8%A2%D8%B2%D8%A7%D8%AF-%D8%B3%D8%A7%D8%B2%DB%8C
%D8%B3%D9%87%D8%A7%D9%85%D8%B9%D8%AF%D8%A7%D9%84%D8%AAhttps://
/; tejaratnews.com/%D8%A2%D8%B2%D8%A7%D8%AF%D8%B3%D8%A7%D8%B2%DB
8C %DB%B4%DB%B0-%D8%AF%D8%B1%D8%B5%D8%AF
%D8%A8%D8%A7%D9%82%DB%8C %D9%85%D8%A7%D9%86%D8%AF%D9%87-
%D8%B3%D9%87%D8%A7%D9%85 %D8%B9%D8%AF%D8%A7%D9%84%D8%AA;and
https://www.newslaw.net/%D9%86%D8%AD%D9%88%D9%87-
%D9%81%D8%B1%D9%88%D8%B4-60 %D8%AF%D8%B1%D8%B5%D8%AF-
%D8%B3%D9%87%D8%A7%D9%85 %D8%B9%D8%AF%D8%A7%D9%84%D8%AA-
%D8%A8%D8%B1%D8%A7%DB%8C
%D8%BA%DB%8C%D8%B1%D9%85%D8%B3%D8%AA%D9%82%DB%8C%D9%85
%D9%87%D8%A7.a274413

[78] This information is no longer on their website, but the old website page can be found at https://www.retirement.ir/english/Investment/Investments.aspx  What the fund now provides, https://www.cspf.ir/en/aboutusHoldings.html , is the names of the five holding companies under whose umbrella they have grouped their shares ; the Persian page, https://www.cspf.ir/about-us/holdings-and-subsidiaries/, is more explicit about how these five are holding companies.

PX1

181.    Another long-time major shareholder in IRISL has been Shasta, or SSIC.  As noted above, SSIC still controls, directly and indirectly, at least 22.86% of IRISL, and it may control more through swaps with financial intermediary companies other than Bahman Fourth.

182.    Those services include, but are not limited to, health, life, unemployment insurance as well as a retirement fund. It is officially a non-government enterprise, but that is not the reality of who controls it. Its charter as published in the official newspaper states that the Chief Executive Officer must be approved by the President's Deputy (sometimes translated as Vice-President) on Management and Human Capital. That charter states that all its financial regulations can be suggested by its management board but must be approved by the cabinet ministers' vote. While it has a management board – on which sit many government representatives as well as others – the charter states that this board is subordinate to its Supreme Council which consists of six representative of the government including the minister of welfare and social security who is the head of the council, the minister of labor and social security or his deputy, the president's deputy on management and human capital, the minister of economy, the minister of cooperation, and the minister of industry and mines. Its charter cites no legal requirement to manage its funds for the behalf of the beneficiaries. In short, it is subordinate to government ministers and has no legal requirement to operate separately from how those ministers direct. In my expert opinion, that makes Shasta, also known as SSIC, a government-controlled entity.[79]

183.    In my expert opinion, IRISL's ownership has become less transparent as TSE provides less information and government-controlled institutions engage in complex financial

---

[79] Note that several of these ministries changed names after the law setting up Shasta; for instance, the ministry of cooperation and the ministry of labor were merged into a ministry of cooperatives, labor, and social welfare; and the ministry of industry and mines was merged into a ministry of industry, mines and trade

PX1

transactions. At the last date for which we had full information, IRISL's four largest shareholders, who held at least 51% of its stock, were in turn controlled by the government ministers who appoint a majority of their boards, which serve at the ministers' pleasure and which have no obligation to run their funds for the benefit of anyone other than the government. Today, government-controlled bodies continue to control at least 34.9% of IRISL's shares and may well control quite a bit more. In my expert opinion, the Iranian government continues to control IRISL and can direct it to do as it pleases. Indeed, I have strong reason to believe the reports I have heard from knowledgeable observers that is precisely what the government has done on many occasions.

184.    Ownership of the shares of IRISL was quite constant during the years for which data are available.  Other than the changes following the freeing of 60 percent of the Justice Shares, I see no reason to think IRISL's ownership has significantly changed since such data were no longer being published by the TSE. Therefore, I, like the U.S. government, conclude that IRISL is effectively controlled by the Government of Iran.

185.    On November 5, 2018, the U.S. Department of Treasury issued a statement which read in part,[80]

> Among those in Iran's shipping sector placed on the SDN List [the Treasury Department list of Specially Designated Nationals and Blocked Persons] today are Iran's national maritime carrier, the Islamic Republic of Iran Shipping Lines (IRISL), and oil transport giant National Iranian Tanker Company (NITC), both of which were identified pursuant to E.O. 13599 for meeting the definition of the term 'Government of Iran.'...One IRISL subsidiary, Valfajr Shipping Company PJS, has been used regularly by the IRGC to transfer passengers, cargo, containers, and IRGC personnel from IRGC-controlled ports in Iran to major ports in the Persian Gulf region.

186.    In other words, this IRISL subsidiary was providing material support to the terrorist IRGC by shipping items to "major ports in the Persian Gulf region." The Treasury statement did

---

[80] U.S. Department of Treasury, "U.S. Government Fully Re-Imposes Sanctions on the Iranian Regime As Part of Unprecedented U.S. Economic Pressure Campaign," https://home.treasury.gov/news/press-releases/sm541, November 5, 2018.

PX1

not provide more detail, but two of the main ports in the Persian Gulf to which IRISL carries cargo are Umm Qasr and Basra in Iraq. The Treasury statement also did not say when this activity started, but it is hard to see any developments in Iran which have caused a recent start to this activity; it is much more plausible that this activity dates back to the post-2003 start-up of IRISL shipping to Umm Qasr and Basra.

187.    It is worth noting that approximately 20 years ago, an IRISL ship was found by customs authorities in Belgium's Antwerp port to be carrying, along with the gherkins and garlic on the manifest heading to Munich in Germany, a large mortar and shells, evidently for the purpose of attacking Iranian dissidents.[81]

### C.    Mahan Airlines

188.    Mahan Air's ownership is a mystery.  Indeed, in 2020, BBC Persian Service ran an article with the title, "Flight in the Mist: Who Does Mahan Air Belong To?"[82]  The mystery is deliberate. The main owner is Mola al-Movaheddin Ali Ibn Abitaleb Charity Institution of Kerman (hereafter: MMC). Hossein Marashi, the founder of MMC and said to be the founder of Mahan Air, explained in a 2019 interview:

> "Who should we be reporting [our financial records] to? Allow me to say something. We reached a point where I went and wrote down the minutes of the meeting. I added Mr. [Mohammad Reza] Bahonar [a prominent hard-line politician] as a trustee [for MMC]. I told him to sign [the minutes of the meeting], but he wouldn't. I pleaded with him until he signed. We also got Qasem Soleimani's signature. He was also a trustee. We [Marashi] also signed it."[83]  Note that Marashi was confirming that Qasem Soleimani, the long-time head of the IRGC Quds Force until killed by a U.S. airstrike in January 2020, was a trustee

---

[81] https://www.nytimes.com/1996/05/01/world/mortar-found-on-iranian-ship-in-pickles-bound-for-germany.html. The episode is reportedly described in a May 3, 1996, article in the Frankfurter Allgemeine newspaper, Germany's most respected newspaper, but I have not been able to find that.
[82] https://www.bbc.com/persian/iran-features-52486540, May 4, 2020.
[83] https://www.khabaronline.ir/news/1321629/%D9%85%D8%B1%D8%B9%D8%B4%D8%8C-
%D9%86%D8%AA%D9%88%D8%A7%D9%86%D8%B3%D8%AA%D9%85-%D8%B3%D8%B1-
%D8%A2%DB%8C%D8%AA-%D8%A7%D9%84%D9%84%D9%87-
%D9%87%D8%A7%D8%B4%D9%85%DB%8C-%D8%B1%D8%A7-%DA%A9%D9%84%D8%A7%D9%87-
%D8%A8%DA%AF%D8%B0%D8%A7%D8%B1%D9%85-%DB%8C%DA%A9%DB%8C-%D8%A8%D8%A7-
%D9%84%D8%A8%D8%A7%D8%B3

**PX1**

of MMC.

189.    A detailed April 2021 report in the respected news outlet Tehran Bureau, "Quds Force in White Collars: Meet the Executives," described MMC as "the heart of the Quds Force's domestic economic activities" and "the ideal legal framework for the Quds Force's secretive financial transactions."[84] From news accounts, this report assembles a list of MMC's trustees and executives, several of whom are former governors of Kerman province, which was also the home province of former Iranian president Hashemi Rafsanjani.  The Tehran Bureau article states that Mahan Air is 100 percent owned by MMC.

190.    An interesting light on that issue is the following entry in the *Official Newspaper of the Islamic Republic of Iran*: [85]

> Newspaper number: 21811 county
> Newspaper's page number: 40
> Newspaper's date: 1398/11/8 [January 28, 2020]
>
> (letter) Number from the recording office: 139830419585004912
> Date of letter from the recording office: 1398/11/5 [January 25, 2020]
> Tracking number of the official newspaper: 981105727650729
>
> Announcement of a change in private stock company Mahan Airlines Company with registration number 2734, national ID 10630109079
>
> As per documents from the annual ordinary general assembly of 6/31/1398 [August 22, 2019]:
>
> a) composition of the board of directors for a period of two years changes to as follows: Omran Alavi Development Group Company with national ID 10103837162, Charity Institution Mola Al-Mohadin Ali Ibn Abi Taleb of Kerman with national ID 1063008899, Mr. Hamid Arabnezhad Khanuki with national [personal] ID number 329924210875;
>
> b) elected for one financial year were the Tadvin [compilation] and Associates Bookkeeping Agency, official accountants, with national ID 10100527339 and registration number 13995 as principal inspectors and Mr. Ali Arjmandi with national [personal] ID 2992387967as substitute inspector;

---

[84] https://tehranbureau.com/quds-force-in-white-collars-meet-the-executives/
[85] rrk.ir/News/ShowOldNews.jaspx?Code=15059899.  In Persian; translation by Patrick Clawson. All items in brackets are comments by Patrick Clawson.

PX1

c) the financial statements as of 12/29/1397 [03/20/2019] were approved;

d) Etela'at and Kerman, widely circulated newspapers, were chosen to publish the announcement.

– No. 981105737650729 Kerman's office of registrar for companies and non-commercial institutions

This announcement in the official newspaper actually tells us very little.  It gives no information about owners, only about members of the board of directors – which raises the interesting issue of how a company can be a member of a committee.  The announcement does not point out that Omran Alavi Development Company Group appears to be a subsidiary of MMC and that Ali Arjomandi is an inspector for both MMC and Omran Alavi Development Company Group.  The third member of the board of directors, Hamid Arabnejad Khanouki, has been the CEO of Mahan Air for nearly two decades.
191.

192.    A decade ago, the ownership of Mahan Air was the subject of a protracted legal battle in Great Britain.  A 2011 decision by the England and Wales Court of Appeal (Civil Division) written by Lord Justice Stanley Burnton, with Lord Justice Gross concurring, in the case of *Mahan Air and Blue Sky Aviation Co FZE v. Blue Sky One Limited et al.*[86]

193.    Lord Justice Burton wrote in paragraph 3 of the decision, "According to the witness statement of Reza Namakshenas dated 20 February 2011, the deputy managing director - finance of Mahan, 60 percent of the shares in the company are held by Mahan Group Aviation Services Holding Company ("MAGASH"), on trust for Mow-lal-Movahhedin Charity Institute ("the Institute"), an Iranian entity; the remaining 40 percent are held directly by the Institute."

194.    The respondents in the UK case argued that the Mow-lal-Mohaveddin [an alternative way to translate the name of MMC] Charity Institute was, in Lord Justice Burnton's description of their position, not "a charity as that term would be understood in this country, but a credit institution, a kind of bank." He noted that Mahan disputed that, but had taken no steps to

---

[86] EWCA Civ 544 (11 May 2011), available at http://www.bailii.org/ew/cases/EWCA/Civ/2011/544.html.

67

dispute the description of its owner in several important documents, including the trial judge's decision, as being a credit union. Lord Justice Burnton added, "I find this surprising, but I cannot resolve this issue on the material before me." Indeed, some well-informed Iranian sources tell me that the organization changed its legal status from a "charity institute" to a "credit union." That may or may not be the case.

195.    But what is quite important here is that both such institutions – of which there are many in Iran – are most decidedly non-governmental institutions. Iran has quasi-government institutions, like foundations that are theoretically charitable, which are in practice closely linked to the government, often through the office of the Supreme Leader. The "charity institutes" are quite different: they are long-standing private charitable organizations. Similarly, the "credit unions" are quite independent of the government, being subject to hardly any of the rules which apply to banks.

196.    Lord Justice Burnton in his opinion stated, "I find it curious that a charity the function of which is 'primarily educational and to help the poor' should have as its main asset (according to Mr. Namakshenas) a 96 percent shareholding in a private airline." The organization seems to be quite active, though it is widely assumed that the loan recipients are political allies of the Mow-lal-Mohaveddin leadership.

197.    Lord Justice Burnton strongly implied that the accounts Mahan Air presented to the court were unreliable. He wrote, "The accounts of Mahan Air to March 2009 exhibited to Mr. Moattar's 4th witness statement are heavily qualified by the notes to those financial statements. They show considerable transactions with related parties. According to the accounts Mahan Group Company hold 60 percent of the shares. These accounts were the subject of the cross-examination of Mr. Moattar before the judge. Mr. Moattar insisted that the financial position of Mahan was

PX1

very different from the poor situation shown in the accounts…..The auditors' report on the 2010 accounts states, at paragraph 8: 'Contrary to the accounting standards, some of the transactions during the year between the Company and the related parties have not been properly disclosed in the financial statements.' Clearly, this qualifies the reliability of those statements." Lord Justice Burnton concluded, "But whatever the shareholder is, there is no sensible evidence as to its financial position or means."

198.    The whole reason for the UK court case was the chain of deceptive financial transactions Mahan undertook to evade U.S. sanctions and then to evade repaying those who had helped them in that process. In the course of these transactions, Mahan repeatedly hid what it was doing from those with whom it was signing agreements. This, as well as the failure to disclose transactions in the financial statements, form a pattern of deceptive financial practices which cast serious doubt on any statements Mahan has made about its ownership.

199.    The person who has come forward on several occasions claiming to speak for Mow-lal-Movahhedin Charity Institute is Hossein Marashi, whom the *Financial Times* among other sources describe as being a member of the Institute's board. Hossein Marashi is a well-known figure. His father has a twin brother. They were wealthy businessmen in Qom who shared a home, which is where former President Ali Akbar Hossein Rafsanjani came to live when he moved to Qom at age 11 to attend seminary. Rafsanjani lived there for years and became close to the family; indeed, he married the daughter of the twin brother. Hossein Marashi remained extremely close to Rafsanjani. When the latter was president of Iran from 1989 to 1997, Marashi was his chief of staff. Marashi was the deputy head of the "Executives of Construction" political party, which is closely linked with Rafsanjani. He was a member of parliament for the city of Kerman and was

PX1

deputy governor of Kerman province at the time that the Mow-lal-Movahhedin Charity Institute was legally registered; it is often referred to as the Kerman Mow-lal-Movahhedin Charity Institute.

200.    Marashi's role with Mahan Air is not clear. In the press, he comments on matters regarding Mahan as if he speaks for its ownership. Marashi has a reputation for being one of the best businessmen in Iran. His energy is legendary, and he is said to be very efficient at running several firms simultaneously.

201.    As Hashemi Rafsanjani's star waned in the factional infighting in Iran, so did Marashi's position. Marashi was arrested in 2010 after his role supporting the loser in the contested 2009 presidential elections. He was held a year before being let go. Reportedly during that year, the hardliners were searching high and low for ways to charge him with financial misconduct but were unable to do so. Hashemi Rafsanjani died in 2017; Marashi does not appear to have held any important posts since then

202.    Information available in the Iranian Persian-language press does little to clarify the situation about the ownership of Mahan Airlines. One publication hostile to reformers in general and Marashi in particular published what purports to be a detailed investigation of the dense interlinkages among members of the board of the MMC Charity Institute and various other companies. Mohammed Reza Pourebrahimi, a parliament member for Kerman (there are several) and vice-chair of the parliament's economics commission, has harshly criticized the Mow-lal-Movahhedin Charity Institute for not publishing any annual financial reports as required by law. It is not apparent if in fact the financial reports were filed with the authorities as it seems is required by law. In late 2012, he issued a detailed accusation evidently linked to the report cited above. He asked, "Does the Institute have ten trillion rials [about $3 billion] in capital?" His complaints about

PX1

lack of transparency seem to imply that the Institute is hiding something, though he is a highly partisan source.

203.    On October 12, 2011, the Treasury Department designated Mahan Air under E.O. 13224 for its support for terrorism. The Treasury Department statement was,[87]

> The Department of the Treasury announced today the designation of Iranian commercial airline Mahan Air pursuant to Executive Order (E.O.) 13224 for providing financial, material and technological support to the Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF). Based in Tehran, Mahan Air provides transportation, funds transfers and personnel travel services to the IRGC-QF.' Mahan Air's close coordination with the IRGC-QF – secretly ferrying operatives, weapons and funds on its flights – reveals yet another facet of the IRGC's extensive infiltration of Iran's commercial sector to facilitate its support for terrorism,' said Under Secretary for Terrorism and Financial Intelligence David S. Cohen. ... Mahan Air also facilitated the covert travel of suspected IRGC-QF officers into and out of Iraq by bypassing normal security procedures and not including information on flight manifests to eliminate records of the IRGC-QF travel. Mahan Air crews have facilitated IRGC-QF arms shipments. Funds were also transferred via Mahan Air for the procurement of controlled goods by the IRGC-QF.

204.    When on July 9, 2018, the Treasury Department designated Mahan Travel and Tourism Sdn Bhd for being a General Sales Agent for Mahan Air, Secretary of the Treasury Secretary Steven T. Mnuchin said, "Mahan Air is the airline of choice for the Islamic Revolutionary Guard Corps-Qods Force, facilitating its support to terrorism across the Middle East....The United States government has been very clear about the deadly role played by Mahan Air. Our action against an independent company providing General Sales Agent services to Mahan makes clear to all in the aviation industry that they urgently need to sever all ties and distance themselves immediately from this airline. Companies that continue to service Mahan aircraft, or

---

[87] **PX43** U.S. Department of Treasury, "Treasury Designates Iranian Commercial Airline Linked to Iran's Support for Terrorism," https://home.treasury.gov/news/press-releases/tg1322October 12, 2011.

PX1

facilitate Mahan flights in and out of airports in Europe, the Middle East, and Asia, are on notice that they do so at great financial risk."[88]

### D.      Khatam al-Anbiya Construction Company

205.    Over and above its military assets (weapons, bases, and the like), the IRGC commercial assets are valued in the billions of dollars. The IRGC runs a large number of commercial activities, including engineering businesses, smuggling operations, and commercial activities in the oil and gas sector. The IRGC has long refused to provide information about its commercial activities to the Parliament or government auditors, insisting on the right to use the resources generated by commercial activities at its own discretion as directed by the Supreme Leader. The most important company directly run by the IRGC is the Khatam al-Anbiya Construction Company (or Khatam al-Anbiya Construction Headquarters) (KAA). KAA has been awarded contracts worth billions of dollars by government agencies and the National Iranian Oil Company.

206.    In its October 25, 2007, designation of the IRGC-QF under E.O. 13224 for support of terrorism, the Department of Treasury included "designations identifier information, " which was a list of organizations and individuals included in the designation.[89]

207.    The first listing under "IRGC Entities" is "KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH, AKA: Khatam Ol Ambia." The name in capital letters is a Persian version of New KAA Construction Headquarters. This demonstrates that the U.S. government considered the KAA a part of the IRGC, and therefore under the control of the government of Iran.

---

[88] **PX44** U.S. Department of Treasury, "Treasury Designates Mahan Air Service Provider," https://home.treasury.gov/news/press-releases/sm423, July 9, 2018.
[89] **PX33** Treasury and State Department Iran Designations Identifier Information Pursuant to E.O. 13224 (Terrorism) and E.O. 13382 (WMD), October 25, 2007, https://home.treasury.gov/news/press-releases/hp644

PX1

208.    Treasury made the connection between KAA and the IRGC even more explicit in its February 10, 2010, designation of the IRGC under E.O. 13382. In its press release, Treasury stated, "Today's designations include IRGC General Rostam Qasemi, who is also the commander of Khatam al-Anbiya Construction Headquarters, the engineering arm of the IRGC that serves to help the IRGC generate income and fund its operations. Khatam al-Anbiya is owned or controlled by the IRGC and is involved in the construction of streets, highways, tunnels, water conveyance projects, agricultural restoration projects, and pipelines."[90]

## XIV.    Conclusions

209.    The Iranian government has a long history of using shadowy means to carry out terror operations, including hostage-taking and financial support of terrorist organizations. Many of Iran's efforts in this regard are with an eye towards maintaining plausible deniability of Iran's role. Iran has established a whole set of institutions which are controlled by the Supreme Leader, the constitutional head of the Iranian system, which do not report publicly about their activities and which have long engaged in activities illegal under Iranian law and/or contrary to international norms. These revolutionary institutions are more powerful than the normal government structure. Supreme Leader Khamenei has created many institutions which overlap and compete, allowing him to exercise control from behind the scenes while preventing any checks and balances on his power. There is strong reason to believe that the actions of all of Iran's agents are under the control and at the direction of Iran's Supreme Leader.

210.    It is my opinion, based on all I have articulated in this declaration, to a reasonable degree of certainty, that for over thirty years, Iran has provided material support to terrorism targeting Americans, with an important aim being to reduce U.S. presence and influence in the

---

[90] **PX126** U.S. Department of the Treasury, Press Center, *Treasury Targets Iran's Islamic Revolutionary Guard Corps*, February 10, 2010, https://home.treasury.gov/news/press-releases/tg539

PX1

Middle East. Iran has a long history of conducting its support operations in such a way as to deny responsibility, including compartmentalizing knowledge of these operations so that the regular government – as distinct from the more powerful revolutionary institutions – is unaware of what is transpiring. Two examples are the kidnaping of Americans in Lebanon in the 1980s and support for al-Qaeda, including al-Qaeda in Iraq.

211.    It is my expert opinion, based on all I have articulated in this affidavit, to a reasonable degree of certainty, that the defendants in this case are (1) under the control of the government of Iran and (2) provided material support to terrorism during the period 2003-2011.

**Specifically:**

212.    The IRGC is one of the major organizations through which Iran has historically carried out its support for terrorism. From its creation through the present day, the IRGC has been directly controlled by the Supreme Leader. IRGC, principally through its section known as the Quds Force (IRGC-QF), has been an active supporter of terrorism for more than thirty years.

213.    In providing support to terrorist groups, the IRGC is acting as an agency of the Iranian government whose activities are tightly and carefully controlled by the Iranian government through the Supreme Leader who appoints all the senior officials of the IRGC. The terrorism training and support provided to terrorist groups by the IRGC-QF, including its extensive support for terror groups in Iraq in the period 2003-2011, has been an official policy of the Iranian government.

214.    MOIS is, in addition to the IRGC, the other principal organization Iran has used to carry out its terrorist support activities during that time period. In providing support to terrorist groups, MOIS is acting as an agency of the Iranian government whose activities are tightly and carefully controlled by the Iranian government through the Supreme Leader and his

74

PX1

representatives. The Supreme Leader appoints the head of MOIS; the President has little control over its activities. The terrorism training and support provided to terrorist groups by MOIS is an official policy of the Iranian government.

215.   Merkazi, as Iran's central bank, is subject to the control of the Iranian government both in law and practice. Iran has used Merkazi for many years to transfer funds to support terrorism and that Iran's financial institutions, led by Merkazi, have engaged in deceptive financial practices in order to accomplish the transfer of funds to terrorist groups without detection. Merkazi has engaged in these activities for many years, including during the period 2003-2011.

216.   Bank Melli Iran and Melli Bank PLC are fully owned and controlled by the government of the Islamic Republic of Iran. They take actions that make no sense commercially but serve the foreign and security policy goals of the Iranian government. As the U.S. Treasury has determined, Bank Melli has been used by IRGC-QF to dispense funds to Iraqi Shia militant groups as well as to provide other support to terrorist groups. The activities of these banks are particularly important for Iran's support for terrorism because Iranian banks face many restrictions on their activities due to U.S. sanctions and to international cautions about the Iranian banking system.

217.   NIOC is entirely owned by the Government of Iran. At times NIOC has directly provided support to terrorist groups, such as its support for terrorist attacks in Iraq, but its more common role has been to support the IRGC-QF and other Iranian government agencies in financing terrorism.

218.   In addition to these organizations, Iran's terror network has other components:

PX1

a. ROHSI. The U.S. government has designated ROHSI under E.O. 13224 for its support for terrorist organizations, including channeling money to the IRGC-QF and working with Merkazi to do so.

b. IRISL. The U.S. government 2018 position that IRISL meets the definition of the term "Government of Iran" fits well with the ownership structure and management practice of IRISL. There is good reason to think that IRISL continues its practice of 20 years ago when its ships were used to ship material to terrorist groups.

c. Mahan Airlines is a private company, though its exact owners are unclear. For more than eight years, the U.S. government has warned that Mahan is actively involved in Iran's state support of terrorism. Mahan has operated many flights which carry weapons and fighters on behalf of the IRGC-QF.

PX1

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: April 25, 2022

PATRICK L. CLAWSON, Ph.D.

PX1

**Experience and Publications**

Dr. Clawson is Director for Research at The Washington Institute for Near East Policy. His previous positions include five years as senior research professor at the Institute for National Strategic Studies of the National Defense University and senior economist for four years each at the Foreign Policy Research Institute, the World Bank, and the International Monetary Fund.

Dr. Clawson speaks often about Iran for U.S. government audiences, including for the Office of the Director of National Intelligence, the United States Central Command, the U.S. Army's Central Command, various offices at the State Department (including briefing U.S. ambassadors to Middle Eastern countries), and tours arranged by several U.S. embassies. He has lectured about Iran and Middle East politics in more than twenty countries, including Saudi Arabia, the U.A.E., Kuwait, Bahrain, Israel, Russia, China, Britain, France, Germany, Italy, Spain, the Netherlands, Belgium, Austria, Poland, Portugal, the Czech Republic, Australia, and Canada.

Dr. Clawson has testified often about Iran before the House International Relations, National Security, and Banking and Financial Services Committees and the Senate Foreign Relations and Banking Committees. From 2009 through 2014, he served on the Distinguished Advisory Panel of the Department of Energy's Sandia National Laboratory, which is the lead actor on many nuclear security issues. From 1994 to 2012, Dr. Clawson was senior editor of *Middle East Quarterly.* From 1990 through 1994, he was editor of *Orbis,* a foreign policy quarterly.

Dr. Clawson has written extensively about Iran including for *The New Republic* as well as op-ed articles in *The New York Times, The Wall Street Journal,* and *The Washington Post,* among other newspapers. He is the author of more than thirty scholarly articles in *Foreign Affairs, Survival, Washington Quarterly, International Journal of Middle East Studies, Middle East Journal, Les Cahiers de l'Orient,* and *Oxford Bulletin of Economics and Statistics,* among other journals.

PX1

Dr. Clawson most recent co-authored book, *The Monetary History of Iran From the Safavids to the Qajars* (I.B. Tauris, 2013), with Rudi Matthee and Willem Floor, won the Middle East Studies Association of North America's Pourshariati Award for best book about Iran. Dr. Clawson's other books and monographs published in the last ten years are: *Tactical Issues Surrounding a U.S. Withdrawal from the Iran Nuclear Agreement* (The Washington Institute, 2018), *Reinforcing the Role of Sanctions in Restraining Iran (*The Washington Institute, 2017, with Katherine Bauer and Matthew Levitt), *Syrian Kurds as a U.S. Ally: Cooperation and Complications (*The Washington Institute, 2016, with six institute fellows), Energizing Policy: America and the Middle East in an Era of Plentiful Oil (The Washington Institute, 2016, with Simon Henderson), *How Iranians Might React to a Nuclear Deal* (The Washington Institute, 2014, with Mehdi Khalaji); Preventing an Iranian Nuclear Breakout: U.S.-Israel Coordination (The Washington Institute, 2012, with David Makovsky), *An Iranian Nuclear Outbreak is Not Inevitable* (The Washington Institute, 2012); *The Red Line: How to Assess Progress in U.S. Iran Policy* (The Washington Institute, 2010); *The Perfect Handshake with Iran: Prudent Military Strategy and Pragmatic Policy* (The Washington Institute, 2010); *Much Traction from Measured Steps: The Iranian Opposition, the Nuclear Issue, and the West* (The Washington Institute, 2010); and *Engaging Iran: Lessons from the Past* (The Washington Institute, 2009, edited).

In the last ten years, Dr. Clawson also wrote many shorter articles which appeared in various publications, especially in The Washington Institute for Near East Policy's Policy Watch series which live on the Institute's website, www.washingtoninstitute.org. A complete list of those publications in the last ten years is: *Renewing the Iran Sanctions Waivers (Part 2): Energy and Afghan Trade* (The Washington Institute, 2019); *Renewing the Iran Sanctions Waivers (Part 1): Nuclear Activities* (The Washington Institute, 2019); *IRGC Designation: From Visas to Symbolic*

PX1

*Effects* (Iran Primer, 2019); *The Most Important Speech of the Year in Iran: Hostile to the West, No Concessions at Home* (The Washington Institute, 2019); *Iran's Economy Is Stagnating Even Before New U.S. Sanctions Hit* (The Washington Institute, 2018); *Iran's Response to Sanctions? Ignore Them* (The Washington Institute, 2018); *Iran's Vulnerabilities to U.S. Sanctions (Part 1): Finding the Weak Spots* (The Washington Institute, 2018); *The JCPOA Decision: Managing Reactions, Evaluating Sanctions* (The Washington Institute, 2018, with Katherine Bauer and Michael Singh); *The Most Important Speech of the Year in Iran* (The Washington Institute, 2018); *Protests in Iran: Why? What Impact? How Should the U.S. Respond?* (The Washington Institute, 2018, with Michael Singh, Michael Eisenstadt, Hanin Ghaddar, and Mehdi Khalaji); *December 13 Is an Iranian Nuclear Trifecta* (The Washington Institute, 2017); *JCPOA Under the Gun (Part 2): A Middle Course?* (The Washington Institute, 2017, with Katherine Bauer); *What To Expect After Iran's Election* (The Washington Institute, 2017, with Patrick Clawson, Nader Uskowi, Farzin Nadimi, and Katherine Bauer); *How Much Has the Trump Presidency Influenced Iran's Election?* (The Washington Institute, 2017, with Nader Uskowi and Elham Gheytanchi*); Iran's Presidential Election: The Economic Situation* (The Washington Institute, 2017); *Iran's Economy Post-Nuclear Deal: A Misleading IMF Scorecard* (The Washington Institute, 2017); *Why Trump and Netanyahu Might Keep Iran Nuclear Deal After All* (The Hill, with Matthew Levitt and Katherine Bauer, 2017); *More Information Is Needed to Evaluate Implementation of the Iran Nuclear Deal* (The Washington Institute, 2017, with Katherine Bauer); *Obama Team Makes Defensible Actions on Iran Look Suspicious* (The Washington Institute, 2016); *Energy and U.S. Middle East Policy in an Era of Plentiful Oil* (The Washington Institute, 2016, with Simon Henderson and Helima Croft); *Why Iran Will Never Proceed with the Proposed Plane Purchases* (The Washington Institute, 2016); *Iran's Modest Economic Changes Since JCPOA Implementation* (The Washington Institute,

PX1

2016); *Misleading Claims About U.S. Barriers to Iran-Europe Financial Ties* (The Washington Institute, 2016); *Iran Locks Itself Out of the International Financial System While Blaming Washington* (The Washington Institute, 2016); *Third Time the Charm for Reform in Iran?* (The Washington Institute, 2016); *Sanctions Relief Is Not the Key to Iran's Economy* (The Washington Institute, 2015); *Iran's Post-Deal Economic Stagnation Challenges Rouhani* (The Washington Institute, 2015); *Beyond the Vote (Part 4): Challenges for the Sanctions Regime* (The Washington Institute, 2015, with Chip Poncy and Matthew Levitt); *Iran's 'Frozen' Assets: Exaggeration on Both Sides of the Debate* (The Washington Institute, 2015); *Will the Obama Administration Implement the Stringent Sanctions Authorized Under the Iran Agreement?* (The Washington Institute, 2015); *How Iran's Economic Gain from a Nuclear Deal Might Affect Its Foreign Policy* (The Washington Institute, 2015); *Iranians Debate: What Next with the United States?* (The Washington Institute, 2015, with Mehdi Khalaji); *Khamenei's Silence: Iranian Reactions to the Nuclear Framework* (The Washington Institute, 2015, with Mehdi Khalaji); *Potential Economic Impact of an Iran Deal* (Wilson Center Viewpoints, 2014); *What Difference Would an Iran Deal Make?* (The Washington Institute, 2014, with Mehdi Khalaji); *Iran Can Afford to Say No to a Nuclear Deal* (The Washington Institute, 2014); *Why Are Congressional Democrats Considering New Iran Sanctions?* (BBC News, 2014); *Making the Iran Nuclear Deal Work* (The Washington Institute, 2013); *Iranian Consensus Does Not Necessarily Mean a Good Deal for the West* (Washington Post, 2013, with Mehdi Khalaji); *Sanctions Relief for Iran Without Congressional Approval* (The Washington Institute, 2013); *Talk Is Cheap* (Foreign Affairs, 2013); *Stalemate's End?* (Foreign Policy, 2013); *Rouhani's Nuclear Views: An Open Book?* (The Washington Institute, 2013); *The Iranian Nuclear Crisis: A Memoir* (Middle East Quarterly, 2013); *Iran Beyond Oil?* (The Washington Institute, 2013); *Iran Talks: Is New Momentum Enough?* (The

PX1

Washington Institute, 2013); *Iran Can't Agree to a Damn Thing* (Foreign Policy, 2013); *Obama, Offer Iran a Generous Deal* (The Atlantic, 2013); *Will Iran Weather the Economic Storm?* (Foreign Policy, 2012); *How to Build U.S.-Israeli Coordination on Preventing an Iranian Nuclear Breakout* (The Washington Institute, 2012, with Dennis Ross and David Makovsky); *Tehran Adds to the Pressure on Iran's Economy* (The Washington Institute, 2012) *New U.S. Tone on Iran* (The Washington Institute, 2012); *Iran Confident As Sanctions Tighten* (The Washington Institute, 2012, with Mehdi Khalaji); *Prospects for Success in the Iran Nuclear Negotiations* (The Washington Institute, 2012, with Mehdi Khalaji); *Sanctions Are Only a Stop-Gap* (Foreign Affairs, 2012); *Don't Throw Iran's Democrats under the Bus* (Foreign Policy, 2012); *What Iran Might Gain from a Nuclear Deal* (The Washington Institute, 2012); *Post-Asad Syria: Opportunity or Quagmire?* (Strategic Forum, 2012); *Calculating Victory: How Iran Views Confronting the United States* (The Washington Institute, 2012); *Impact of Sanctioning Iran's Central Bank* (The Washington Institute, 2011, with Simon Henderson); *Iran Makes Itself More Vulnerable to Outside Pressure* (The Washington Institute, 2011); *Is the Palestinian Authority Ready for Statehood?* (The Washington Institute, 2011, with Michael Singh); *No Good Options for Iranian Dissidents in Iraq* (The Washington Institute, 2011); *Implementing Obama's Message Supporting Iranian Human Rights* (The Washington Institute, 2011, with Mehdi Khalaji); *Ahmadinezhad's Bomb Rhetoric: Opportunities for U.S. Policy* (The Washington Institute, 2010).

Dr. Clawson has previously been designated and qualified by federal courts as an expert witness on Iran, its support for terrorism, its economy and other issues, and have given live or written testimony in various cases brought against Iran for its sponsorship of terrorism.

PX1

Dr. Clawson's Ph.D. in economics is from the New School for Social Research and his B.A. is from Oberlin College. He speaks fluently Persian and French, as well as some Hebrew, Spanish, and German.

PX1

**Previous Testimony**

Dr. Clawson has previously been designated and qualified by federal courts as an expert witness on Iran, its support for terrorism, its economy and other issues, and have given live or written testimony in various cases brought against Iran for its sponsorship of terrorism. The cases in which Dr. Clawson has been an expert witness in the last four years are: *Kaplan v. Central Bank of Iran* [D.D.C. November, 2015, No. 10-483 (RCL)]; *Lelchook v. Islamic Republic of Iran* [D. Mass. May, 2016, No. 15-13715 (PBS)]; *Braun v. Islamic Republic of Iran* [D.D.C. May, 2016, No. 15-01136 (BAH)]; *Hirshfeld v. Islamic Republic of Iran* [D.D.C. December 27, 2016, No. 15-cv-2272 (RBW)]; *Force v. Islamic Republic of Iran* [D.D.C. January, 2017, No. 16-01468 (RDM)]; *Parhamovich et al. v. Islamic Republic of Iran et al.* [D.D.C. April 2017, No. 1:17-cv-00061]; *Allan et al. v. Islamic Republic of Iran* [D.D.C. May, 2017, No. 1:17-cv-00338-RJL]; *Havlish v. Islamic Republic of Iran* [BCSC October, 2017, No. S-168272]; *Hake et al. v. Bank Markazi Jomhouri Islami Iran et al.* [D.D.C., May 2018, No. 17-cv-114 (TJK)]; *Weinstock v. Islamic Republic of Iran* [S.D. Fla. October, 2018, No. 1:17cv23272]; *Christine Levinson et al. v. Islamic Republic of Iran* [February 2019, Civil Action No. 1:17-cv-00511-RBW]; Supplemental Declaration for *Christine Levinson et al. v. Islamic Republic of Iran* [February 2019, Civil Action No. 1:17-cv-00511-RBW]; *Ilana Schertzman Cohen et al. v. Islamic Republic of Iran and Islamic Revolutionary Guard Corps* [D.D.C., February 2019, No. 1:17-cv-01214-JEB].; and *Ruth Schwartz et al. v. Iran* [D.D.C. 2019, No. 18-cv-1349 (RDM), which may not have yet been filed with the court].

Additional cases in which Dr. Clawson has been an expert witness include: *Cicippio v. Islamic Republic of Iran*, 18 F. Supp. 2d 62, 64 (D.D.C. 1998) (five Americans held hostage in Beirut for several years); *Flatow v. Islamic Republic of Iran*, 999 F. Supp. 1, 8-9 (D.D.C. 1998) (suicide bombing of bus); *Cronin v. Islamic Republic of Iran*, 238 F. Supp. 2d 222, 228 (D.D.C.

PX1

2002) (American student held hostage in Beirut for four days); *Higgins v. Islamic Republic of Iran*, 2000 U.S. Dist. LEXIS 22173 at *14 (D.D.C. 2000) (American marine held hostage in Lebanon for 18 months and murdered); *Stethem v. Islamic Republic of Iran*, 201 F. Supp. 2d 78 (2002) (hijacking of TWA Flight 847); *Hegna v. Islamic Republic of Iran*, 2002 U.S. Dist. LEXIS 27544 (D.D.C. 2002) (hijacking of KAC Flight 221); *Anderson v. Islamic Republic of Iran*, 90 F. Supp. 2d 107, 112-113 (D.D.C. 2000) (American journalist held hostage for seven years in Beirut); *Eisenfeld v. Islamic Republic of Iran*, 172 F. Supp. 2d 1, 5 (D.D.C. 2000) (suicide bombing of bus); *Elahi v. Islamic Republic of Iran*, 124 F. Supp. 2d 97, 100 (D.D.C. 2000) (state-sponsored assassination); *Wagner v. Islamic Republic of Iran*, 172 F. Supp. 2d 128, 132 (D.D.C. 2001) (suicide bombing of U.S. Embassy in Beirut); *Polhill v. Islamic Republic of Iran*, 2001 U.S. Dist. LEXIS 15322 at *9 (D.D.C. 2001) (American professor held hostage in Beirut for three years); *Mousa v. Islamic Republic of Iran*, 238 F. Supp. 2d 1, 3-4 (D.D.C. 2001) (suicide bombing of bus); *Rafii v. Islamic Republic of Iran*, No. 01-850 (D.D.C. Dec. 2, 2002) (state-sponsored assassination); *Kerr v. Islamic Republic of Iran*, 245 F. Supp. 2d 59 (D.D.C. 2003) (murder of American University in Beirut President); *Surette v. Islamic Republic of Iran*, 231 F. Supp. 2d 260, 262 (D.D.C. 2002) (American C.I.A. agent held hostage in Lebanon for fourteen months and murdered); *Weinstein v. Islamic Republic of Iran*, 184 F. Supp. 2d 13, 19 (D.D.C. 2002) (suicide bombing of bus); *Ungar v. Islamic Republic of Iran*, 211 F. Supp. 2d 91, 93 (D.D.C. 2002) (machine gun attack); *Stern v. Islamic Republic of Iran*, 271 F. Supp. 2d 286, 288 (D.D.C. 2003) (suicide bombing of marketplace); *Rieger v. Islamic Republic of Iran*, 281 F. Supp. 2d 87, 90 (D.D.C. 2003) (American professor held hostage for sixty five days in Beirut); *Campuzano v. Islamic Republic of Iran*, 281 F. Supp. 2d 258, 262 (D.D.C. 2003) (suicide bombing of pedestrian mall); *Greenbaum v. Islamic Republic of Iran*, 451 F. Supp. 2d 90, 96 (D.D.C. 2006) (suicide

PX1

bombing of restaurant); *Owens v. Republic of Sudan, et al.*, 2011 U.S. Dist. LEXIS 135961 (D.D.C. 2011) (suicide bombings of U.S. Embassies in Kenya and Tanzania); *In Re Terrorist Attacks on September 11, 2001*, 2011 U.S. Dist. LEXIS 155899 at *84 (S.D.N.Y. 2011) (terrorist attacks on September 11, 2001), and *In Re: 650 Fifth Avenue and Related Properties*, 2013 U.S. Dist. LEXIS 132119 at *32 (D.D.C. 2013) (forfeiture actions against assets of partnership assisting Iran), among others.

PX1

PX2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:18-cv-02248-CRC ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) ) ) |

## EXPERT REPORT & DECLARATION OF DR. MATTHEW LEVITT

A.    Scope of this Expert Report ............................................................................. 1

B.    Summary of Opinions ...................................................................................... 2

C.    Professional Background .................................................................................. 2

D.    Iran's Interest in Iraq ....................................................................................... 6

E.    Hezbollah's Founding, Ideology and Structure............................................... 11

F.    Hezbollah's Role as an Iranian Proxy in Iraq ................................................. 22

G.    Hezbollah's Relationships with Special Groups in Iraq................................... 24

H.    Hezbollah's Training Program for Iraqi Insurgents ........................................ 39

I.    Hezbollah-Directed Attacks Targeting Coalition Forces ................................. 42

J.    The January 20, 2007 Karbala Attack............................................................ 45

K.    The Capture of Qais Khazali and Ali Musa Daqduq al-Musawi ...................... 46

L.    Conclusion...................................................................................................... 50

### A.    Scope of this Expert Report

1.    I have been asked by Plaintiffs' counsel in the case of Fishbeck, et al. v. The Islamic Republic of Iran, et al. to provide my professional opinions concerning the matters set forth above, in particular Lebanese Hezbollah.

2.    My opinions, as set forth below, are based upon my academic studies, research, field research, travel in the Middle East, and work in counterterrorism intelligence over the course of many years, focusing on Middle East terrorist groups such as Hezbollah and their state sponsors, in particular Iran. During my career, I have obtained information from numerous sources, including experts, officials, academics and others; and academic and professional lectures and review of books, newspapers, and academic and policy journals. I have also researched these materials on the internet (including the websites, video and audio clips and images on counterterrorism sites, and sites controlled by terrorist groups and their sympathizers).

PX2

3.      Moreover, in preparing this expert report, I have reviewed the operative Complaints in these cases and other materials Plaintiffs have provided to me.

4.      I am being compensated $550.00 per hour in these cases, regardless of the outcome of the litigation. I have no prior or current professional or personal connection with any of the parties in these cases precluding my ability to provide impartial evidence herein.

**B.   Summary of Opinions**

5.      It is my professional opinion based on my professional experience and expertise that the Iraqi Shia militias, including JAM, and so-called Special Groups like AAH, Kata'ib Hezbollah and Promised Day Brigades,[1] were provided active guidance, training, intelligence, and financial and material support by Iran through its IRGC and its proxy Lebanese Hezbollah. Incidents like the attack on the Karbala PJCC in 2007 were directed by the IRGC and Lebanese Hezbollah, and thousands of attacks on U.S. and coalition forces were launched between 2004 and 2011 by Iraqi Shia militias with the IRGC's and Lebanese Hezbollah's active logistical support.

**C.   Professional Background**

6.      My qualifications as a noted expert in international terrorism, with a focus on Middle East terrorist groups and particular expertise in their logistical and financial support networks, are based on a multidisciplinary combination of my academic education, professional training, and experience.

7.      I am a United States citizen, residing in the Washington, D.C. area. I hold both a Master of Law and Diplomacy (MALD) and a Ph.D. in International Relations from The Fletcher School of Law and Diplomacy at Tufts University. The Fletcher School, a member of the Association of Professional Schools of International Affairs and one of the preeminent graduate programs in international affairs in the United States, is renowned for its interdisciplinary curriculum and approach to international studies.

8.      My Master's degree included concentrations in Conflict Resolution, International Security Studies, and the Middle East. My doctoral dissertation, entitled "The Impact of Acute Security Crises on the Process of Ongoing Negotiations," examines terrorism's impact on the Arab-Israeli peace process and encompasses acts of terrorism carried out by both Islamic and Jewish terrorists. I was awarded several fellowships and grants in support of this research, including a graduate research fellowship from the Program on Negotiation at Harvard Law School. While at Harvard, I conducted extensive field research in the West Bank and Gaza Strip. In a letter supporting my application for funding for my doctoral work, an FBI assistant director described the project as one that "will be of great benefit to the FBI and the U.S. Intelligence Community (USIC)."

9.      I currently work at the Washington Institute for Near East Policy (discussed further below), where I am a Senior Fellow and Director of the since-renamed Reinhard Program on Counterterrorism and Intelligence. Previously, I served as a counterterrorism intelligence analyst with the FBI, providing tactical and strategic analysis in support of counterterrorism operations. At the FBI, I developed a special focus on fundraising and logistical support networks for Middle East terrorist groups. In addition, I participated as a team member in a number of crisis situations,

---

[1]       After the Mahdi Army nominally disbanded in 2007, it resurfaced as the Promised Day Brigades.

2

PX2

including the terrorist threat surrounding the turn of the millennium and the September 11 attacks. In my official capacity as a U.S. government intelligence analyst, I researched and analyzed trends and patterns of international terrorist groups, produced written products and oral presentations for FBI management, FBI field agents and other agencies, and liaised with U.S. intelligence community counterparts, other U.S. government agencies, and foreign services. I received extensive training and developed particular expertise in the analysis of material collected through investigations and the synthesis and further analysis of this material together with other sources of information provided by other agencies, open-source information, and more. In this capacity, I also made several trips to the Middle East. Indicative of my expertise, I earned three letters of commendation for my analytical contributions to FBI counterterrorism operations, as well as five awards in recognition of superior service rendered to the FBI.

10.     In November 2001, I joined The Washington Institute for Near East Policy as a Senior Fellow in Terrorism Studies. Founded in 1985, The Washington Institute seeks to "advance a balanced and realistic understanding of American interests in the Middle East" by bringing "scholarship to bear on the making of U.S. policy in this vital region of the world." The Institute's Board of Advisors includes several former Secretaries of State, a former Director of Central Intelligence, and other former senior government officials and diplomats. The Washington Institute holds annual conferences and periodic policy forums, hosts blue-ribbon presidential study groups, and publishes scholarly research.

11.     From November 2005 through January 2007, I served as Deputy Assistant Secretary for Intelligence and Analysis in the United States Department of the Treasury. In that capacity, I served both as a senior official within the department's terrorism and financial intelligence branch and as deputy chief of the Office of Intelligence and Analysis, one of 16 U.S. intelligence agencies coordinated under the Office of the Director of National Intelligence. During my tenure at Treasury, I was at the center of the government's efforts to protect the U.S. financial system from abuse and to deny terrorists, weapons proliferators, and other rogue actors the ability to finance threats to U.S. national security. In recognition of exceptional service to the department, in January 2007 I was awarded the Treasury Department's "Exceptional Service Award." In 2008-2009 I also served as an advisor on counterterrorism and intelligence for the U.S. State Department's Special Envoy Middle East Regional Security ("SEMERS"), whose mission was to help achieve the Secretary of State's vision of resolving the Israeli-Palestinian conflict through two states living side by side in peace and security.

12.     In February 2007, I returned to the Washington Institute, where, as noted above, I am a Senior Fellow and Director of the since-renamed Reinhard Program on Counterterrorism and Intelligence. In this capacity, I am frequently sought after as an analyst and commentator on terrorism issues for major media outlets including CNN, ABC, NBC, CBS, PBS, The New York Times, The Washington Post, The Wall Street Journal, National Public Radio, BBC, al Jazeera, al Arabiya, and more. I have lectured and consulted on terrorism for a variety of government and other organizations, including the U.S. Departments of State, Homeland Security and Justice, the Commission on Terrorist Attacks Upon the United States (9-11 Commission), the Financial Transactions Reports Analysis Centre of Canada (FINTRAC), the Canadian Security and Intelligence Service, Department of Justice Canada, and others, and write frequent policy briefs and articles on issues relating to terrorism and U.S. policy.

13.     I have served as an adjunct professor at Georgetown University's Edmund A. Walsh School of Foreign Service and taught as a Professorial Lecturer in International Relations

PX2

and Strategic Studies at Johns Hopkins University's School of Advanced International Studies (SAIS). Along with a collection of journal articles and edited volumes, I am also the author of **Targeting Terror** (Washington Institute, 2002), **Hamas: Politics, Charity and Terrorism in the Service of Jihad** (Yale University Press, 2006), **Negotiating Under Fire: Preserving Peace Talks in the Face of Terror Attacks** (Rowman & Littlefield, 2008) and **Hezbollah: The Global Footprint of Lebanon's Party of God** (Georgetown University Press, 2013). A full list of my publications is reflected in my professional C.V., which is attached hereto as Exhibit A.

14.     I have developed particular expertise on terrorism in the context of Hezbollah, and Iran as the world's foremost State Sponsor of Terrorism. This expertise is evident from the many publications I have written on these subjects, from newspaper editorials and peer reviewed journal articles to Congressional and court testimonies and books. I am also the author of the peer-reviewed book on Hezbollah, published by Georgetown University Press, see above. I am the creator of the interactive *Lebanese Hezbollah Select Worldwide Activity* map and timeline,[2] which earned high praise from counterterrorism experts such as former director of the U.S. National Counterterrorism Center (NCTC) Nicholas Rasmussen, former British counterterrorism official Richard Barrett, former New York Police Department (NYPD) official Mitchel Silber, and the doyen of counterterrorism studies Professor Bruce Hoffman.[3] In the words of Charles Allen, former CIA Assistant Director for Collection, "Matthew Levitt is a recognized authority on Hezbollah and its activities, both in the Levant and globally."[4] I am a contributor to the *Iran Primer*, a publication of the United States Institute of Peace (USIP). I have provided expert court testimony in both criminal and civil terrorism cases in the United States and abroad, many of which have focused on Hezbollah and/or Iranian state-sponsorship of terrorism. A full list of the cases in which I have provided expert testimony is reflected in Exhibit A.

15.     At The Washington Institute, my work includes the study of Middle East terrorist groups, front organizations and State Sponsors of Terrorism, the logistical and financial support networks that facilitate their activities, and the extremist and militant ideologies that drive their recruitment and radicalization efforts. In my efforts to study and understand terrorism and militant Islamist ideology, I interview experts, officials, academics and others with particular insight into these issues, in the United States, Europe and the Middle East. I engage in private, personal meetings, public conferences, group discussions, and talks that are both on and off the record. I travel to the Middle East regularly, including trips to the Palestinian Territories, Israel, Jordan, Egypt, Bahrain, Kuwait, Qatar, the UAE, Saudi Arabia, and Turkey. I also attend conferences and academic and professional lectures, and read books, newspapers, academic and policy journals, and research these materials on the internet (including, as noted above, the websites, video and audio clips and images on counterterrorism sites, and sites controlled by terrorist groups and their sympathizers). These are the standard sources and methods in the academic and policy communities for developing the kind of specialized knowledge and expertise I have accumulated – and for which I have been awarded and commended – in my field. Indeed, the Sixth Circuit has described my research methodology as "the gold standard."[5] And, in a watershed ruling upholding the constitutionality of the Anti-Terrorism Act's material support statute, 18 U.S.C. § 2339B, the

---

[2]     Matthew Levitt, *Lebanese Hezbollah Select Worldwide Activity,* The Washington Institute for Near East Policy, accessed September 24, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//////////
[3]     For Rasmussen, Barrett, Silber and Hoffman comments, see https://youtu.be/0Ac2-rom_hs
[4]     http://press.georgetown.edu/book/georgetown/hezbollah.
[5]     *See* Sixth Circuit Court of Appeals ruling in *United States v. Damrah*, 412 F.3d 618, 625 (6th Cir. 2005). http://ftp.resource.org/courts.gov/c/F3/412/412.F3d.618.04-4216.html.

PX2

Supreme Court of the United States cited my work twice to support its position.[6]

16.     I study, evaluate, and cross-check the information and data I compile from sources such as these, and I write about and lecture on my findings. I engage in regular discussions with other experts both to compare notes and as a means of affording myself an ongoing process of peer-review and fact-checking. When providing expert testimony in criminal court cases, I also review evidence provided by the prosecution. In civil cases, I often review material provided by counsel.

17.     In addition to my work at The Washington Institute, I use my specialized expertise to teach and consult, for the U.S. and other governments, and private sector firms. I was a member of the Council on Foreign Relations' task force on terrorist financing and sat on the academic advisory board for the Emirates Center for Strategic Studies and Research (ECSSR). I am a member of several think tank advisory boards, including the Institute for Counter-Terrorism (ICT) in Israel, the Center on Economic and Financial Power at the Foundation for Defense of Democracies in Washington, D.C., the RESOLVE Network Research Advisory Council at the United Institute for Peace in Washington, D.C., the Centre for Financial Crime and Security Studies at the Royal United Services Institute for Defence and Security Studies in London, and the International Centre for Political Violence & Terrorism Research (ICPVTR) in Singapore. I have also served as a CTC Fellow at the Combating Terrorism Center (CTC) at the U.S. Military Academy (West Point) and as a senior fellow at The George Washington University's Homeland Security Policy Institute, and am a life member of The Council on Foreign Relations.

18.     The awards and honors I have received in my field include:
- U.S. Embassy Expert Speaker Grant, U.S. Embassy Berlin, May 2019;
- U.S. Department of Justice, Certificate of Recognition, October 2015;
- U.S. Secret Service, Certificate of Appreciation, 2015;
- U.S. Marine Corps Forces Cyber Command, Letter of Appreciation, April 3, 2013;
- U.S. Department of Justice, Federal Bureau of Investigation, Certificate of Appreciation, March 22, 2013;
- U.S. Department of State "Counter-Terrorism Policy" Speaker Grant (lectures in Germany), January 2010;
- Ministry of Interior, Kingdom of Bahrain, Award Certificate, February 25, 2009;
- *Hamas: Politics, Charity and Terrorism in the Service of Jihad* selected as a 2007 Top Seller in Politics and Law as compiled by YBP Library Service;
- *Hamas: Politics, Charity and Terrorism in the Service of Jihad* selected as a 2007 AAUP University Press Book for Public and Secondary School Libraries;
- Exceptional Service Award, U.S. Department of the Treasury, January 2007;
- Certificate of Appreciation, United States Central Command Directorate of Intelligence, February 2006;
- Selected by CNN as one of "the 2005 New Guard: Washington's Next Generation of Newsmakers," April 2005;
- European Union Visitors Program (EUVP), 2005;
- Visiting Scholar, Security Studies Department, the Paul H. Nitze School of

---

[6]     *See* Supreme Court opinion in *Holder v. Humanitarian Law Project*, 561 U.S. 1, 30-31 (2010). http://www.supremecourt.gov/opinions/09pdf/08-1498.pdf.

PX2

Advanced International Studies (SAIS), Johns Hopkins University, March 2003;

- U.S. Department of State Speaker and Specialist Grant (2), April 2002 (lectures in Lithuania), and January 2003 (lectures in Austria);
- Letters of Commendation from Deputy Assistant Director (3), Federal Bureau of Investigation, July 2000, August 2000, July 2001;
- Performance Awards (2), Federal Bureau of Investigation, December 1999, November 2000;
- Special Act or Service Award, Federal Bureau of Investigation, September 1999;
- Graduate Research Fellow, The Program on Negotiation at Harvard Law School, 1997-1998;
- International Security Studies Fellow, International Security Studies Ph.D. Dissertation Fellowship, the Fletcher School of Law and Diplomacy, 1996-1997;
- International Security Studies Program Graduate Student Research Grant on the Emerging Issues of Ethnic, Sectarian and Religious Conflict, William H. Donner Foundation, 1996;
- Doctoral Scholarship, the Fletcher School of Law and Diplomacy, 1995-1996; and
- Sarah Scaife Frank Rockwell Barnett Memorial Grant in International Security Studies, The Fletcher School of Law and Diplomacy, 1994 and 1996.

19.     I am frequently called upon to testify before the United States Senate and House of Representatives as an expert on international terrorism, Islamist and other forms of terrorism, and terrorist financing. I have testified before the Parliaments of the European Union, Canada, and Australia. I have been qualified as an expert witness and provided expert testimony in dozens of U.S. federal criminal and civil court proceedings. I have also testified as an expert in several terrorism-related immigration cases in the U.S. and Canada, as well as in terrorism-related cases in Denmark, France, Scotland, and Peru. Many of these cases involved Hezbollah and/or Iran. A list of these cases is included in Exhibit A.

## D.  Iran's Interest in Iraq

20.     In the wake of the Iran-Iraq War, Tehran remained concerned about threats closest to home. The first four regional commands of the Islamic Revolutionary Guard Corps ("IRGC")[7]—Iran's chief terrorist apparatus—were therefore dedicated to Iraq (First Corps), Pakistan and Iran's border provinces (Second Corps), Turkey and Kurdish groups (Third Corps), and Afghanistan and Central Asia (Fourth Corps). According to seized Iraqi intelligence, by the early 1990s Iran had built the Badr Corps, discussed further below, into a fully functional militia backed by the Islamic Revolutionary Guard Corps-Qods Force ("IRGC-QF")[8]—the IRGC's external wing—regional command in Iraq, better known as Ramazan Corps (Headquarters). By the mid-1990s, such reports stated, the Ramazan Corps operated three camps along the Iraqi border to support such activities. By 2007 the multinational forces in Iraq assessed that the Ramazan Corps "is responsible for most of the Qods Force operations in Iraq."[9]

---

[7]     **PX34** The IRGC was designated a Specially Designated Global Terrorist on October 13, 2017. https://home.treasury.gov/news/press-releases/sm0177

[8]     **PX36** The IRGC-QF was designated a Specially Designated Global Terrorist on October 25, 2007. https://home.treasury.gov/news/press-releases/hp644

[9]     **PX359** Multi-National Forces-Iraq, Maj. Gen. Kevin Bergner and Brig. Gen. Michael Walsh, press conference, October 3, 2007. https://www.globalsecurity.org/military/library/news/2007/10/mil-071003-mnfi-b01.htm.

PX2

21.     Gen. Qasem Soleimani succeeded Ahmad Vahidi as IRGC-QF commander in 1998.[10] In October 2011, Soleimani was designated a terrorist by the U.S. State Department, based on his role in the plot to assassinate the Saudi ambassador in Washington, D.C.[11] IRGC-QF activities in Iraq, mirroring those already enacted in Lebanon, soon included providing IRGC and Hezbollah agents safe houses everywhere from Basra in the south to Irbil in the north.

22.     By forcing the collapse of Saddam Hussein's regime, Operation Iraqi Freedom removed Iran's greatest enemy and longtime nemesis. The 2003 invasion therefore provided Iran with a historic opportunity to reshape its relationship with Iraq and, in the process, increase its influence in the region. To that end Iran employed an "all elements of national power" approach in exploiting the outcome of this seminal event. This included both soft and hard power, from the use of political, economic, religious, and cultural leverage to the support of militant proxies.

23.     The Iraqi Dawa party was founded in the late 1950s, and later enjoyed Iranian support. After 2003, Dawa joined the political process, but lacked its own militia. The party gave rise to key Iranian-backed terrorists like Abu Mahdi al-Muhandis (discussed below), but its political leader in post-invasion Iraq, Nuri al-Maliki, was selected by the more powerful Islamic Supreme Council of Iraq (ISCI, formerly the Supreme Council for the Islamic Revolution in Iraq, or SCIRI) and Sadrists as a compromise choice for prime minister in Iraq.

24.     The Islamic Supreme Council of Iraq (ISCI, formerly SCIRI) was established in 1982 by expatriate Iraqis and was based in Iran until returning to Iraq in 2003. Its militia, the Badr Corps (later renamed the Badr Organization), was trained and controlled by the IRGC and fought alongside Iranian forces during the Iraq-Iran War. After 2003, thousands of Badr operatives crossed into southern Iraq from Iran. Many subsequently infiltrated the Iraqi security forces, particularly the army and the national police in southern Iraq.

25.     In pursuing its goals in Iraq, Iran backed multiple, often opposing parties and movements in an effort to secure its interests no matter the outcome of the country's political developments. By hedging its bets, Iran was able to rely on different groups for different types of activities. For example, SCIRI and the Badr Organization quickly entered the political fray in Iraq, while other hard-line groups played a more strictly militant function. Understanding Iran's layered relationships with its Iraqi proxies is critical to understanding the role Hezbollah came to play in Iraq.[12]

26.     In general, by working through proxies Iran has been able to achieve key militant goals with plausible deniability. By obfuscating its own footprint in acts of militancy and terrorism, Iran protects itself from retribution. Working through proxies is also relatively inexpensive and offers a significant return on the investment.

27.     Working through its longtime proxies, Iran set out to achieve several goals in Iraq, the most important and overarching of which was the creation, in the words of then-Defense Intelligence Agency director Lowell Jacoby, of a "weakened, decentralized and Shi'a-dominated

---

[10]     **PX212** Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" Combating Terrorism Center at West Point, October 13, 2008, p. 17. https://ctc.usma.edu/wp-content/uploads/2010/06/Iranian-Strategy-in-Iraq.pdf

[11]     **PX47** U.S. Department of the Treasury, "Treasury Sanctions Five Individuals Tied to Iranian Plot to Assassinate the Saudi Arabian Ambassador to the United States," press release, October 11, 2011. https://home.treasury.gov/news/press-releases/tg1320

[12]     Mark Urban, *Task Force Black* (New York: St. Martin's Press, 2012), p. 111.

PX2

Iraq that is incapable of posing a threat to Iran."[13] In addition, the long-held Iranian desire to push the United States out of the Gulf region now extended to the large U.S. and international military presence in Afghanistan to Iran's east and Iraq to its west. Iran sought to foster unity among Iraq's various Shia parties and movements so that they could consolidate Shia political control (Shia constitute about 60 percent of the country's population) over the new Iraqi government.[14]

28.     Even as it pursued its political goal of seeking a weak federal state, dominated by Shia allies and vulnerable to Iranian influence, Tehran also sought to bloody coalition forces in Iraq. Careful not to provoke a direct confrontation with U.S. and coalition forces, Iran armed, trained, and funded a variety of Shia militias and insurgent groups in an effort to bog down coalition forces in an asymmetric war of attrition. If the United States was humiliated in Iraq and forced out of the region in disgrace, the thinking went, the Americans would be deterred from pursuing similar military interventions in the region in the future.

29.     Iran's plans to influence political developments in Iraq, as it happened, long predated the U.S. invasion of 2003. This meant the Iranians were ready to fill the security vacuum immediately following the invasion, when, a U.S. embassy cable later noted, "little attention was focused on Iran."[15]

30.     In April 2008, General David Petraeus and Ambassador Ryan Crocker, the most senior U.S. military commander and diplomat in Iraq, respectively, testified before the Senate Armed Services Committee. In his testimony, General Petraeus highlighted the flow of sophisticated Iranian arms to Shia militants in Iraq. The military's understanding of Iran's support for such groups crystallized, Petraeus explained, with the capture of a number of prominent Shia militants and several members of the IRGC-QF operating in Iraq as well. Ambassador Crocker, himself a former U.S. ambassador to Lebanon, was undiplomatically blunt in assessing the implications of Iran's arming and training of extremist militia groups: "What this tells me is that Iran is pursuing, as it were, a Lebanonization strategy, using the same techniques they used in Lebanon, to co-opt elements of the local Shia community and use them as basically instruments of Iranian force."[16]

31.     In the 1980s, Iran helped form what would become Hezbollah by drawing upon more radical members of the comparatively moderate Amal militia. The fact that a similar phenomenon was now playing out in Iraq was not lost on the country's Sunni population or its Sunni Arab neighbors. In the words of Vali Nasr, an Iranian-American scholar who later served as a senior adviser at the State Department, "SCIRI and its al-Badr Brigade—a force of some 10,000 that was trained by Iran's Revolutionary Guards to fight the Saddam regime—look too much like Lebanese Shia militias, Amal and Hezbollah, and prospects of their assumption of power evoke

---

[13]     **PX373** U.S. Congress, Senate Select Committee on Intelligence, *Current and Projected National Security Threats to the United States: Hearing before the Select Committee on Intelligence,* 109th Cong., 1st sess., February 16, 2005, Statement of Vice Adm. Lowell E. Jacoby.

[14]     **PX683** Michael Eisenstadt, Michael Knights, and Ahmed Ali, "Iran's Influence in Iraq: Countering Tehran's Whole-of-Government Approach," Policy Focus 111, Washington Institute for Near East Policy (Washington, DC), April 2011. http://www.washingtoninstitute.org/policy-analysis/view/irans-influence-in-iraq-countering-tehrans-whole-of-government-approach.

[15]     **PX697** Sam Dagher, "In Iraq, a Very Busy Iran," *The Wall Street Journal,* November 30, 2010. https://www.wsj.com/articles/SB10001424052748703994904575646911886138950.

[16]     **PX346** U.S. Congress, Senate Committee on Armed Services, *The Situation in Iraq and Progress by the Government of Iraq in Meeting Benchmarks and Achieving Reconciliation: Hearing before the Committee on Armed Services,* 110th Cong., 2d sess., April 8-10, 2008, Statements of Gen. David H. Petraeus and Ambassador Ryan Crocker.

PX2

images of Lebanon's grueling civil war."[17]

32.    In time, evidence of Hezbollah's presence in Iraq would be plentiful, as exemplified by the group's creation around 2003 of an outfit, Unit 3800, dedicated to aiding the Shia insurgency in Iraq. Iraq became a core issue for Hezbollah, however, not because the country's affairs had any relationship to Lebanon but because gaining influence over Iraq and hegemony in the region was of primary concern to its Iranian sponsor. Before long, Unit 3800 trainers and operatives would work alongside officers from the IRGC-QF's Department 9000, also known as the Ramazan Corps, targeting coalition forces in Iraq.

33.    Speaking to the Islamic Republic News Agency (IRNA) in January 2012, IRGC-QF chief General Soleimani expressed satisfaction with Iran's efforts to extend its influence over Iraq, much as it did over southern Lebanon. "In reality," Soleimani stated, "in south Lebanon and Iraq, the people are under the effect of the Islamic Republic's way of practice and thinking."[18] According to documents seized by coalition forces, alongside the Badr Corps operatives it sent to Iraq following the 2003 invasion, Iran "may have even funneled a few Lebanese Hizballah members into the country to provide expertise and training to its new would-be surrogates."[19]

34.    Indeed, Iran has largely succeeded in securing its strategic goals in Iraq after the 2003 U.S. invasion. Iran still seeks to ensure that Iraq cannot pose any strategic security threat to Iran, and actively promotes its allies in Iraq—primarily, but not only Shiite militant and political groups—in an effort to exert influence over Iraqi domestic and regional policies and extend an Iranian security beyond the borders of Iran and into Iraq. As a result, a United States Institute for Peace study concluded, "Tehran has benefited from its longstanding political, military and financial investments in Iraq. Shiite militias have been institutionalized within Iraq's armed forces; their leaders have also waded deeper into politics."[20]

35.    Iran also continues to leverage Iraqi Shiite militias to target and harass U.S. and other allied interests.[21] Note, for example, the September 2018 rocket strikes on the U.S. consulate in Basra, among others.[22]

36.    Iran continues to operate in Iraq through a wide array of proxies, including several U.S. State Department-designated Foreign Terrorist Organizations, including Lebanese Hezbollah, Kataib Hezbollah, and Harakat al-Nujaba.[23] Iran's own Islamic Revolutionary Guard Corps, and

---

[17]    Vali Nasr, "Regional Implications of Shi'a Revival in Iraq," *Washington Quarterly* 27, no. 3 (Summer 2004): 7-24, https://calhoun.nps.edu/bitstream/handle/10945/43148/Nasr_Regional_Implications_2004.pdf;sequence=4.

[18]    "Iran General's Remarks on South Lebanon Draw March 14 Ire," *Daily Star* (Lebanon), January 21, 2012; Hezbollah insisted Soleimani's words were misunderstood. *See* "Hezbollah: Iran General's Words Twisted," *Daily Star* (Lebanon), January 26, 2012. https://web.archive.org/web/20130621164115/http://www.dailystar.com.lb/News/Politics/2012/Jan-21/160604-iran-generals-remarks-on-south-lebanon-draw-march-14-ire.ashx

[19]    **PX212** Felter and Fishman, "Iranian Strategy in Iraq," pp. 26-27.

[20]    Garrett Nada and Mattisan Rowan, "Part 2: Pro-Iran Militias in Iraq," *The Iran Primer*, United States Institute for Peace, April 26, 2018, https://iranprimer.usip.org/blog/2018/apr/26/part-2-pro-iran-militias-iraq

[21]    Alissa J. Rubin, "Iraq's Militias, Accused of Threatening U.S., Pose a Quandary for Iraq," *New York Times*, May 7, 2019, https://www.nytimes.com/2019/05/07/world/middleeast/iraq-militias-iran-united-states.html

[22]    Michael Knights and Alexandre Mello, "Militias are Threatening Public Safety in Iraq," PolicyWatch 3165, The Washington Institute for Near East Policy, August 14, 2019, https://www.washingtoninstitute.org/policy-analysis/view/militias-are-threatening-public-safety-in-iraq

[23]    **PX22** Foreign Terrorist Organizations, U.S. Department of State, https://www.state.gov/foreign-terrorist-organizations/; **PX26** State Department Terrorist Designation of Harakat al-Nujaba (HAN) and Akram 'Abbas al-Kabi, U.S. Department of State, March 5, 2019, https://2017-2021.state.gov/state-department-terrorist-designation-of-harakat-al-nujaba-han-and-akram-abbas-al-kabi/index.html

PX2

the IRGC's Qods Force, are also active in Iraq. The Qods Force is the sharp end of the spear for Iran's extraterritorial activities, almost like its version of a special operations unit for the IRGC engaged in activities abroad. It has different branches or corps for operations and activities in different countries around the region. The Qods Force was designated as a terrorist organization by the U.S. Treasury Department in 2007[24], and the IRGC was designated as such by the Treasury Department in 2017[25] and as a Foreign Terrorist Organization by the State Department in April 2019.[26] From 2010 to 2014, the number of militants within pro-Iranian militia groups in Iraq jumped from as few as 4,000 to over 60,0000, and the number of groups expanded as well.[27]

37.    Tehran operates through many more Shiite proxy groups in Iraq—often categorized together and the Popular Mobilization Forces, or Hashd al-Shabi—that are not formally designated as terrorist groups. "The military cells supported by Iran are spread across the legal spectrum, from completely covert organizations to political parties with deniable connections to the IRGC Qods Force,"[28] and they include Asaib Ahl al-Haq, the Promised Day Brigades, and the Badr Organization. The Imam Ali Brigades, the Kataib Sayyad al Shudada, and Sayara al Salam are additional examples of pro-Iran militias in Iraq.[29]

38.    Lebanese Hezbollah continues to be active in Iraq, typically in close cooperation with, and through the material support of, Iran. Note, for example the U.S. Treasury Designation of the Governor of the Central Bank of Iran, Valiollah Seif, as well as a bank in Iran—Al-Bilad Islamic Bank—and its chairman and chief executive for working with senior Hezbollah official Muhammad Qasir to transfer funds for the IRGC-QF and Hezbollah. As summarized by the Treasury Secretary Mnuchin, "Iran's Central Bank Governor covertly funneled millions of dollars on behalf of the IRGC-QF through Iraq-based al-Bilad Islamic Bank to enrich and support the violent and radical agenda of Hizballah."[30]

39.    Speaking in November 2018, a senior Treasury Department official noted that "Hezbollah is a terrorist proxy for the Iranian regime that seeks to undermine Iraqi sovereignty and destabilize the Middle East …. Treasury's concerted actions aim to deny Hezbollah's clandestine attempts to exploit Iraq to launder funds, procure weapons, train fighters, and collect intelligence as proxies for Iran." The actions referenced in this statement included the terrorist designations of Shibl Muhsin 'Ubayd al-Zaydi who "served as a financial coordinator between the IRGC-QF and sectarian armed groups in Iraq and assisted in facilitating Iraqi investments on behalf of IRGC-QF commander Qassem Soleimani." Al-Zaydi also maintained close business ties to Hizballah officials and Hizballah financier Adham Tabaja (Tabaja). These activities have

---

[24]    "Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation and Support for Terrorism," U.S. Treasury Department, October 25, 2007, https://home.treasury.gov/news/press-releases/hp644

[25]    "Treasury Designates the IRGC under Terrorism Authority and Targets IRGC Military Supporters under Counter-Proliferation Authority," U.S. Department of the Treasury, October 13, 2017, https://home.treasury.gov/news/press-releases/sm0177

[26]    **PX80** "Statement from the President on the Designation of the Islamic Revolutionary Guard Corps as a Foreign Terrorist Organization," The White House, April 8, 2019, https://trumpwhitehouse.archives.gov/briefings-statements/statement-president-designation-islamic-revolutionary-guard-corps-foreign-terrorist-organization/

[27]    **PX250** Michael Knights, "Iran's Expanding Militia Army in Iraq: The New Special Groups," *CTC Sentinel*, Vol. 12, Issue 7, August 2019, https://ctc.usma.edu/irans-expanding-militia-army-iraq-new-special-groups/

[28]    **PX251** Michael Knights, "The Evolution of Iran's Special Groups in Iraq," *CTC Sentinel*, Vol. 3, Issue 11, November 2010, https://ctc.usma.edu/the-evolution-of-irans-special-groups-in-iraq/

[29]    Garrett Nada and Mattisan Rowan, "Part 2: Pro-Iran Militias in Iraq," *The Iran Primer*, United States Institute for Peace, April 26, 2018, https://iranprimer.usip.org/blog/2018/apr/26/part-2-pro-iran-militias-iraq

[30]    **PX118** "Treasury Targets Iran's Central Bank Governor and an Iraqi Bank Moving Millions of Dollars for IRGC-Qods Force," U.S. Department of the Treasury, Mary 15, 2018, https://home.treasury.gov/news/press-releases/sm0385

PX2

included providing protection for companies in Iraq allegedly financed by Hizballah and facilitating the movement of Hizballah funding into Iraq for investments. Al-Zaydi has also worked with senior Hizballah officials to transfer large sums of money to Lebanon to help fund Hezbollah's participation in the Syrian civil war."[31]

40.      Another Hezbollah officials designated by the U.S. Treasury for his role in Syria is Yusuf Hashim. According to the Treasury Department, "Hashim oversees all Hizballah-related operational activities in Iraq and is in charge of protecting Hizballah interests in Iraq. Additionally, Hashim arranges for the protection of Tabaja inside of Iraq. Hashim has also managed Hizballah's relations with sectarian armed groups in Iraq, including the coordination of the deployment of fighters to Syria."[32]

41.      Further designations of Hezbollah operatives in Iraq include Adnan Hussein Kawtharani and Muhammad 'Abd al-Hadi Farhat. The Treasury Department revealed that Kawtharani "facilitates business transactions for Hizballah inside Iraq and has attended meetings in Iraq with sectarian armed groups and Hizballah officials. Kawtharani has also been involved in securing a significant source of funding for Hizballah, and has served as the right hand man for his brother and senior Hizballah member Muhammad Kawtharani." Meanwhile, Farhat "has been involved in advising sectarian armed groups in Iraq on behalf of Hizballah. As of 2017, Farhat was tasked with collecting security and intelligence information in Iraq and subsequently providing reports to senior Hizballah and Iranian leadership. Farhat has been involved in a project to analyze and report on the Iraqi security situation for Hizballah and the IRGC-QF."[33]

## E.   Hezbollah's Founding, Ideology and Structure

42.      Founded in the early 1980s by a group of young Shia militants, Lebanese Hezbollah (the "Party of God") was the product of an Iranian effort to aggregate under one roof a variety of militant Shia groups in Lebanon, themselves the products of the domestic and regional instability of the time. Hezbollah was the outgrowth of the complex and bloody civil war. For the first time, Lebanon's historically marginalized Shia Muslims attempted to assert economic and political power. Until 1982, the Shia of Lebanon were considered backward and simple by their more cosmopolitan Christian and Sunni cousins.

43.      According to Hezbollah's Deputy Secretary General, Naim Qassem, the 1982-1985 period were foundational years "for the crystallization of a political vision, the facets of which were harmonious with faith in Islam as a solution" and for the establishment of "an effective jihad operation as represented by Islamic Resistance forcing Israel's partial flight from Lebanon in 1985."[34]

---

[31]      **PX77** "Treasury Sanctions Key Hizballah, IRGC-QF Networks in Iraq," U.S. Department of the Treasury, November 13, 2018, https://home.treasury.gov/news/press-releases/sm546

[32]      **PX77** "Treasury Sanctions Key Hizballah, IRGC-QF Networks in Iraq," U.S. Department of the Treasury, November 13, 2018, https://home.treasury.gov/news/press-releases/sm546

[33]      **PX77** "Treasury Sanctions Key Hizballah, IRGC-QF Networks in Iraq," U.S. Department of the Treasury, November 13, 2018, https://home.treasury.gov/news/press-releases/sm546

[34]      Naim Qassem, *Hizbullah: The Story from Within* (London: Saqi Press, 2005), p. 98; Augustus Richard Norton disputes Hezbollah leadership's founding timeline, but his version of events appears to contradict not only Hezbollah's own account but also those of the CIA as indicated in declassified CIA reports referenced later in this book. According to Norton, "Although its leading members refer to 1982 as the year the group was founded, Hezbollah did not exist as a coherent organization until the mid-1980s. From 1982 through the mid-1980s it was less an organization than a cabal." *See* Augustus Richard Norton, *Hezbollah: A Short History*, 34.

PX2

44.     Many of Hezbollah's founders originally belonged to Amal, the military arm of a Lebanese political party founded by an influential Shia cleric named Musa al-Sadr. He urged the Lebanese Shiite community to actively focus on bettering their economic situation and ending their political marginalization. Although al-Sadr disappeared in Libya in 1978, he intended the Shiite militia he established to fight Israel as part of the Lebanese Army. However, after his death, Amal became only one of several armed militias representing key Lebanese religious factions.[35] Disappointed by Amal's moderate policies, and seeing al-Sadr's replacement, Nabih Berri, as weak and open to political accommodation of Israel as opposed to military confrontation, a group of Amal members joined with other Shia militant groups—including the Muslim Students Union, the Dawa Party of Lebanon, and others—and established their own umbrella militia, Hezbollah.[36]

45.     In its early years, Hezbollah functioned as a "network of radical Shia paramilitary groups that agree[d] on major strategic goals such as the establishment of an Islamic republic but often differ[ed] on tactical or operational matters."[37] These militant networks were typically organized around specific family clans, such as the Musawi and Hamadi families.[38]

46.     According to a CIA account written in 1987, Ayatollah Mohammad Hussein Fadlallah,[39] an early "spiritual guide" for Hezbollah, was an early advocate of the creation of a revolutionary Shia movement in Lebanon under the banner of the Dawa Party.[40] In the early 1980s, the Islamic Dawa Party in Lebanon became a "core component in the establishment of the Hezbollah movement" and merged with other radical Shia groups in Lebanon under the Hezbollah umbrella.[41] Iran's Qods Force (or Pasdaran) "drew from this [coalition of Shia militant groups] and sired the creation of Hezbollah in Baalbek in coordination with the Iranian embassies in Beirut and Damascus."[42]

47.     Indeed, Iran played a central role in Hezbollah's founding. In 1987, the CIA assessed that "an Islamic fundamentalist movement probably would have developed in Lebanon without outside support, but Iranian aid has been a major stimulant."[43] Shortly after the Israeli invasion, approximately 1,500 IRGC advisors set up a base in the Bekaa Valley with the goal of exporting the Islamic revolution to the Arab world.[44] Naim Qassem recalls how training camps supervised by the IRGC were set up in the Bekaa Valley as early as 1982 and how all members were required to attend these camps and learn how to confront the "enemy."[45] In 1985, Hezbollah

---

[35]     Sami Hajjar, *Hezbollah: Terrorism, National Liberation, or Menace?*, Strategic Studies Institute, August 2002, p. 5. https://www.aiswest.com/uploaded/2018_Summer_Work/History/Hizballah_in_Lebanon-_nationla_Liberation_or_Menace_.pdf

[36]     Sami Hajjar, *Hezbollah: Terrorism, National Liberation, or Menace?*, p. 5.

[37]     **PX904** "Lebanon: Prospects for Islamic Fundamentalism [redacted]," A Research Paper, Directorate of Intelligence, Central Intelligence Agency, July 1987, Approved for Release October 1997, https://www.cia.gov/readingroom/docs/DOC_0000138966.pdf

[38]     Magnus Ranstrop, "Hezbollah Training Camps in Lebanon," in James Forest, Ed, *The Making of a Terrorist vol. 2, Training*, Westport: Praeger, 2005, p. 252.

[39]     **PX20** The United States designated Fadlallah a Specially Designated Terrorist on January 23, 1995, https://www.gpo.gov/fdsys/pkg/FR-1995-01-25/pdf/95-2035.pdf.

[40]     "Lebanon: Prospects for Islamic Fundamentalism [redacted]," A Research Paper.

[41]     Robin Wright, *Sacred Rage: The Wrath of Militant Islam* (New York: Touchstone, 2001), p. 95.

[42]     Carl Anthony Wege, "The Hizballah Security Apparatus," *Perspectives on Terrorism*, Vol. II, Issue 7, April 2008.https://www.universiteitleiden.nl/binaries/content/assets/customsites/perspectives-on-terrorism/2008/issue-7/42-261-1-pb.pdf.

[43]     "Lebanon: Prospects for Islamic Fundamentalism [redacted]," A Research Paper.

[44]     Daniel Byman, *Deadly Connections: States that Sponsor Terrorism* (New York: Cambridge University Press, 2005), p. 82.

[45]     Naim Qassem, *Hizbullah: The Story from Within*, p. 66.

PX2

identified the organization's ideological platform: "We view the Iranian regime as the vanguard and new nucleus of the leading Islamic State in the world. We abide by the orders of one single wise and just leadership, represented by 'Waliyat el Faqih' [rule of jurisprudent] and personified by [Iranian Supreme Leader Ayatollah Ruhollah Musawi] Khomeini."[46] Hezbollah has been Iran's proxy ever since, and it is estimated that Iran provides Hezbollah with as much as $700 million-$l billion per year.[47]

48.     The Party of God initially identified its main objectives on February 16, 1985, in an open letter addressed "to all the Oppressed in Lebanon and the World." First, the letter pledged to expel all colonialist entities—the Americas, the French, and their allies—from Lebanon. Second, it committed to bringing the Maronite Christian Phalangists to justice for all of the crimes they committed against Lebanese Muslims and Christians and instituting clerical rule under *wilayat el faqih*, or Guardianship of the Islamic Jurisprudent. Lastly, although it professes to permit "all the sons of our people to determine their future and to choose in all the liberty the form of government they desire," the open letter encourages Lebanon to install an Islamic regime, for "Only an Islamic regime can stop further tentative attempts of imperialistic infiltration into our country." Party officials also made sure to pledge their allegiance to Ayatollah Ruhollah Musawi Khomeini, declare their distaste for the arrogant United States, and indicate their desire to obliterate the "hated" Zionist "entity." Moreover, they did not attempt to hide the militaristic aspect of their organization. Hezbollah's guiding document professed, "our military apparatus is not separate from our overall social fabric. Each of us is a fighting soldier."[48] At the core of the group's symbol is not a map of Lebanon, but a globe alongside a fist holding an AK-47 rifle.

49.     According to the CIA, in the first few years following its founding, Hezbollah "established what is virtually a radical Islamic canton in the Bekaa Valley, despite Syria's military presence there." In areas under its control, the CIA reported in 1987, strict Islamic rule was put in place. "Sale or transport of liquor are prohibited, women are forbidden from interacting with men in public and must adhere to a strict dress code, civil crimes are punished according to the Koran, and Western education and influences are prohibited."[49] It was also clear from the start that Hezbollah would be a force to be reckoned with. "In our judgment," a CIA analyst wrote in 1984, "even if Syria were to totally stifle the Hizballah, it would not succeed. Shia terrorists, in Beirut at least, would maintain sufficient capabilities to pose a continuing threat to Syrian interests as well as Israeli and Western interests."[50]

50.     Lebanon's devastating 15-year civil war hardened divisions between the various sectarian communities that comprise Lebanese society. Against this backdrop, the 1982 Israeli invasion and subsequent occupation of southern Lebanon created the space in which Iranian diplomats and agents were able to help fashion Hezbollah from a motley crew of Shia militias and groups. The 1980s witnessed a turning point as militants targeted not only fellow Lebanese but

---

[46]     **PX625** As cited in Center for Special Studies, Intelligence and Terrorism Information Center special information bulletin, "Hezbollah," June 2003, https://www.terrorism-info.org.il/Data/pdf/PDF_simuchin_349_2.pdf

[47]     Dan Williams, "Top Israeli general sees increased Iran spending on foreign wars," *Reuters*, January 2, 2018, https://www.reuters.com/article/us-iran-rallies-israel/top-israeli-general-sees-increased-iran-spending-on-foreign-wars-idUSKBN1ER0Q9.

[48]     "An Open Letter: The Hizballah Program," *Jerusalem Quarterly*, No. 48, Fall 1988, available online at http://www.ict.org.il/Articles/tabid/66/Articlsid/4/Default.aspx.

[49]     "Lebanon: Prospects for Islamic Fundamentalism," A Research Paper.

[50]     **PX924** "Terrorism Review," Directorate of Intelligence, Central Intelligence Agency, November 1, 1984, Approved for Release June 1999, available online at https://www.cia.gov/readingroom/docs/DOC_0000256832.pdf

PX2

also the international forces dispatched as peacekeepers to provide the war-torn country a measure of security. Over time, Hezbollah and Iran's interests in driving foreign forces out of Lebanon would initially lead to attacks targeting Western interests in Lebanon and then expand to include attacks on Western interests abroad. "The radical Shia groups in Lebanon - funded, supplied, and trained by Iran - are dedicated to bringing about an Islamic revolution in Lebanon," the CIA would report in January 1986.

51.     Over a nine-month period in 1985, the CIA calculated, Iran's Lebanese proxy groups, including Hezbollah, were responsible for at least 24 international terrorist incidents, eight of which targeted French and American targets.[51] As Iran sought to dissuade countries from arming and supporting Iraq in the ongoing and costly Iran-Iraq war (1980-1988), American and French targets were popular targets for Hezbollah and other Iranian surrogate groups. Heeding Iran's call to perpetrate attacks beyond Lebanon's borders, Hezbollah found itself involved in plots throughout the Middle East. By February 1985, the CIA warned that "Iranian-sponsored terrorism" presented the greatest threat to U.S. personnel and facilities in the region.[52] Inevitably, some Hezbollah operatives sent to carry out attacks in places like Kuwait were caught, leading others to plot bombings, hijackings, and other attacks in places as diverse as Germany and the Central African Republic (then Zaire) in an effort to secure the release of jailed comrades.

52.     In Lebanon, three spectacular attacks targeting U.S. interests executed over an 18-month period came to define the tenor of Hezbollah's relationship with the United States for years to come. On April 18, 1983, a suicide bombing at the U.S. Embassy in Beirut killed 63, including 17 Americans. Six months later, on October 23, two separate suicide attacks targeted the U.S. Marine and French army barracks, both compounds under the aegis of the Beirut-based Multinational Force sent to Lebanon as peace-keepers to oversee the evacuation of the Palestine Liberation Organization (PLO) from Beirut.[53] Those attacks, which left 241 Americans and 58 French dead, were followed less than a year later by the September 20, 1984, bombing of the U.S. embassy annex, killing 24. The U.S. government had little doubt about who was behind the attack, even before crime scene analysis and sensitive source reporting began to flow in. Writing just days after the second embassy bombing, the CIA noted that "an overwhelming body of circumstantial evidence points to the Hizb Allah, operating with Iranian support under the cover name of Islamic Jihad." Several times in the year following the 1984 Hezbollah bombing, the CIA noted, anonymous telephone callers in Beirut warned that Hezbollah's Islamic Jihad Organization (IJO, the group's terrorist wing) planned to continue attacking U.S interests. In the wake of the bombing, two callers claimed responsibility for the attack in the name of the IJO. Moreover, the CIA noted that the method of attack "strongly implicated the Hizb Allah," which by then had a record of deploying their trademark suicide vehicle-bombs. And, the CIA added at the time, "Shia fundamentalists are the only organized terrorists in Lebanon likely to willingly sacrifice their lives in such an attack."[54]

53.     Since 1982, Hezbollah has built an extensive global network with operational

---

[51]     **PX902** "Iranian Support for Terrorism in 1985," *Terrorism Review,* Directorate of Intelligence, Central Intelligence Agency, January 13, 1986, Approved for Release June 1999.https://www.cia.gov/readingroom/docs/DOC_0000258615.pdf.pdf

[52]     **PX915** "Middle East Terrorism: The Threat and Possible US Responses," Directorate of Intelligence, Central Intelligence Agency, February 15, 1985, Approved for Release June 1999. https://www.cia.gov/readingroom/docs/DOC_0000256571.pdf .

[53]     Hala Jaber, *Hezbollah: Born with a Vengeance,* (London: Fourth Estate, 1997), 77.

[54]     **PX905** "Lebanon: The Hizb Allah," Directorate of Intelligence, Central Intelligence Agency, September 27, 1984, Approved for Release June 1999. https://www.cia.gov/readingroom/docs/DOC_0000256558.pdf .

PX2

capabilities to attack western interests beyond the Middle East. This network relies on operatives and supporters mainly from Lebanese Shia diaspora communities around the world. Throughout the 1980s, Hezbollah targeted western interests within Lebanon, including bombing embassies and military barracks, kidnapping westerners, and hijacking aircrafts. By the 1990s, operatives expanded their reach across the globe. Hezbollah operatives were involved in attacks as far afield as the Arabian Gulf, Europe, Africa, and Southeast Asia.[55] Attacks like the bombings of the Israeli Embassy and the AMIA Jewish Community Center in Buenos Aries, in 1992 and 1994 respectively, highlight Hezbollah's capability to mobilize operatives far from home. U.S. intelligence reports from the era indicate that Hezbollah cells operated in Europe, Africa, South America, and North America.[56] Indeed, by some estimates Hezbollah's foreign network— spanning a spectrum from fully trained militants and operatives to committed supporters—may include as many as 15,000 operatives around the world in places as diverse as the United States and Canada; Argentina, Paraguay, Brazil, and elsewhere in South America; Belgium, Britain, France, Germany, Spain, Switzerland, Sweden and other European countries; Southeast Asian countries including Indonesia, Malaysia, the Philippines, and Singapore; and across much of Africa and the Middle East.[57]

54.     Since its founding, Hezbollah has developed a sophisticated organizational and leadership structure which commands its civilian, political, social, military and terrorist functions. The overall governing authority, the Majlis al-Shura (Consultative Council), wields all decision-making power and directs several subordinate functional councils. Each functional council oversees the normal operations of key areas and reports directly to the Shura Council which, according to Hezbollah Deputy Secretary General Qassem, is "in charge of drawing the overall vision and policies, overseeing the general strategies for the Party's function, and taking political decisions."[58] U.S. assessments echo Qassem's description: "Hezbollah has a unified leadership structure that oversees the organization's complementary, partially compartmentalized elements," according to a Congressional Research Service report.[59] In May 2018, the United States and the Gulf Cooperation Council's terrorist financing and targeting center (TFTC) jointly designated Hezbollah Shura Council members, describing the council as Hezbollah's "supreme decision-making body responsible for religious, military and strategic matters" which "asserts control over administrative, planning, and policy-making authorities."[60]

55.     The Secretary General, currently Hassan Nasrallah, presides over the Shura Council and functions as the group's leader under the authority of the Guardianship of the Islamic Jurisprudent, Iran's Supreme Leader Ayatollah Ali Khamenei. Five administrative bodies, organized around thematic responsibilities, run Hezbollah's political, military (Jihad),

---

[55]     Matthew Levitt, Hezbollah: The Global Footprint of Lebanon's Party of God (Washington D.C.: Georgetown University Press, 2013) pp. 49, 117, 181, 246.
[56]     **PX603** "Backgrounder on Hezbollah," Council on Foreign Relations, accessible at https://www.cfr.org/backgrounder/what-hezbollah.
[57]     **PX681** Martin Rudner, "Hizbullah: An Organizational and Operation Profile," *International Journal of Intelligence and Counterintelligence,* February 2010.
[58]     Naim Qassem, *Hizbullah: The Story from Within*, p. 64.
[59]     **PX276** Casey L. Addis and Christopher M. Blanchard, "Hezbollah: Background and Issues for Congress," Congressional Research Service, January 3, 2011.
[60]     **PX38** "Treasury and the Terrorist Financing Targeting Center Partner Together to Sanction Hizballah's Senior Leadership," U.S. Department of the Treasury, May 16, 2018, https://home.treasury.gov/news/press-releases/sm0387.

PX2

parliamentary, executive, and judicial activities.[61] The Shura Council purposefully and proactively considers all elements of the group's activities, including its political and military wings, as part of one holistic entity. In the words of Naim Qassem:

> If the military wing were separated from the political wing, this would have repercussions, and it would reflect on the political scene. But Hezbollah has one single leadership, and its name is the Decision-Making Shura Council. It manages the political activity, the Jihad activity, the cultural and the social activities...Hezbollah's Secretary General is the head of the Shura Council and also the head of the Jihad Council, and this means that we have one leadership, with one administration.[62]

56.     Originally, the Shura Council established seven committees dealing with political, military, financial, judicial, ideological, informational, and social affairs in each of Hezbollah's three main operational regions: Beirut, the Bekaa Valley, and southern Lebanon.[63] A restructuring period in 1989 led to a several changes, including the creation of Secretary General and Deputy Secretary General positions and a decrease of leadership council members. Later, Hezbollah established the five "council assemblies," namely the Executive Council, Jihad Council, Political Council, Parliamentary Council, and Judicial Council.[64]

57.     The Executive Council manages the organization's daily operations and oversees all cultural, educational, social, and political affairs.[65] The Political Council administers Hezbollah's external relations, oversees the group's relations with the other political forces in Lebanon and organizes public information and propaganda efforts.[66] Under the Political Council, a series of subcommittees organize public information and propaganda efforts. For example, the Recruitment and Propaganda organ runs Hezbollah's radio stations and television station, al-Manar.[67] The Political Council continuously works on "fostering relationships with the various political power and parties" in Lebanon, according to Qassem, while the Jihad Council coordinates "resistance activity."[68] The Jihad Council, Qassem explains, "comprises those in charge of resistance activity, be that in terms of oversight, recruitment, training, equipment, security, or any other resistance-related endeavors."[69]

58.     In May 2018, the U.S. Treasury Department and members of the Terrorist Financing Targeting Center (TFTC) jointly sanctioned Hezbollah's senior leadership. The TFTC

---

[61]     Casey L. Addis and Christopher M. Blanchard, "Hezbollah: Background and Issues for Congress"; **PX 500** New Zealand Police, "Statement of Case to Designate Lebanese Hizbollah's Military Wing," October 11, 2012, http://www.police.govt.nz/sites/default/files/hizbollah-paper.pdf; Naim Qassem, *Hizbullah: The Story from Within*, pp. 63-64.

[62]     Naim Qassem, interview with al-Mustaqbal, December 31, 2000, as cited in Center for Special Studies, Intelligence and Terrorism Information Center special information bulletin, "Hezbollah," June 2003. http://www.terrorism-info.org.il/malam_multimedia/English/eng_n/html/hezhollah.htm.

[63]     Marius Deeb, "Shia Movement in Lebanon: Their Foundation, Ideology, Social Basis, and links with Iran and Syria," *Third World Quarterly*, April 1988, 10, no. 2, pp. 683-698.

[64]     Naim Qassem, *Hizbullah: The Story from Within*, p. 63.

[65]     **PX694** Robert Rabil, "Hezbollah: Lebanon's Power Broker," *The Journal of International Security Affairs*, Fall 2008, pp. 48-49.

[66]     Marius Deeb, "Shia Movement in Lebanon: Their Foundation, Ideology, Social Basis, and links with Iran and Syria," pp. 683-698.

[67]     A. Nizar Hamzeh, "Lebanon's Hizbullah: from Islamic Revolution to Parliamentary Accommodation," *Third World Quarterly,* June 1993, 14, no 2.

[68]     Naim Qassem, *Hizbullah: The Story from Within*, p. 63.

[69]     Naim Qassem, *Hizbullah: The Story from Within*, p. 63.

PX2

is co-chaired by the United States and Saudi Arabia and includes the Kingdom of Bahrain, the State of Kuwait, the Sultanate of Oman, the State of Qatar, and the United Arab Emirates (UAE).[70] The joint press statement announcing this action describes Hezbollah's organizational structure this way:

> The Shura Council is Hizballah's supreme decision-making body responsible for religious, military, and strategic matters and asserts control over administrative, planning, and policy-making authorities. In the event of a deadlock in the Shura Council, the Supreme Leader of Iran casts the deciding vote. There are five subordinate councils of the Shura Council: (1) the Executive Council, which oversees the daily activities of Hizballah; (2) the Parliamentary Council, which selects Hizballah's nominees for parliamentary elections and ensures that the parliamentary representatives carry out the Shura Council's decisions and policies; (3) the Political Council, which manages relationships with Lebanon's political parties; (4) the Jihad Council, which oversees all of Hizballah's military and security operations, deliberates on fighting strategy and tactics, and assesses threats to the organization; and (5) the Judicial Council, which organizes judicial representatives who work with Hizballah on conflict resolution and ensures compliance with their law.[71]

59.      The Jihad Council is responsible not only for Hezbollah's formal militia activity (the Islamic Resistance), but also its covert activity—at home and abroad—under the auspices of the Islamic Jihad Organization. To accomplish its mission, the Jihad Council is divided into several smaller units in charge of protecting the leadership, carrying out internal and external surveillance, and overseas operations. Special Security Apparatus is further broken down into three sub-groups, central, preventive, and overseas security apparatuses. In 2000, a dedicated Counter-intelligence branch was reportedly founded as well.[72]

60.      Under this structure, Hezbollah's militia, terrorist wing, and security organ all report to the Jihad Council.[73] Unlike its sister councils, the Jihad Council enjoys strategic ambiguity, such that neither the majority of its officials nor Hezbollah's elected parliamentary members are aware of the details of the party's covert military and terrorist activities. Decisions about such activities are made by Hezbollah's most senior leadership. According to the U.S. government, while these activities are "executed" by the leadership of the Islamic Resistance and the Islamic Jihad Organization, they are "overseen" by Hezbollah Secretary General Hassan Nasrallah.[74] Indeed, the U.S. intelligence community sees Hezbollah as "a multifaceted, disciplined organization that combines political, social, paramilitary, and terrorist elements" in

---

[70]      "Treasury and the Terrorist Financing Targeting Center Partner Together to Sanction Hizballah's Senior Leadership," U.S. Treasury Department, May 16, 2018, https://home.treasury.gov/news/press-releases/sm0387
[71]      Ibid.
[72]      "Hezbollah: Rebel Without a Cause?" Middle East Briefing, International Crisis Group, July 30, 2003, p. 3; Robert G. Rabil, "Hezbollah: Lebanon's Power Broker," *The Journal of International Security Affairs,* No. 15, Fall 2008, http://www.securityaffairs.org/issues/2008/15/rabil.php; Magnus Ranstrop, "Hezbollah Training Camps in Lebanon," p. 251.
[73]      Robert Rabil, "Hezbollah: Lebanon's Power Broker."
[74]      **PX41** "Treasury Designates Hizballah Leadership," U.S. Department of the Treasury, September 13, 2012. https://home.treasury.gov/news/press-releases/tg1709

PX2

which decisions "to resort to arms or terrorist tactics is carefully calibrated."[75]

61.    Based on the above information, Lebanese Hezbollah's organization chart looks like this:



62.    Until he was assassinated in February 2008, Imad Mughniyeh was Hezbollah's "top militant commander" of the Islamic Jihad Organization and reportedly led the Jihad Council himself.[76] By some accounts, he held a seat on the Consultative Council as well, which would be typical for the party's standing military commander.[77] According to Hezbollah Deputy Secretary General Naim Qassem, "a limited circle of individuals was aware of resistance operations. Only those directly involved with planning and execution within the tactics set by the military command

---

[75]    **PX313** Dennis C. Blair, Director of National Intelligence, Testimony before the Senate Select Committee on Intelligence, February 12, 2009.  https://www.intelligence.senate.gov/hearings/open-hearing-current-and-projected-national-security-threats-united-states#

[76]    **PX60** Mughniyeh was designated a Specially Designated Global Terrorist on October 12, 2001,. https://home.treasury.gov/policy-issues/financial-sanctions/recent-actions/20011012 He was previously designated a Specially Designated Terrorist on January 23, 1995, https://www.gpo.gov/fdsys/pkg/FR-1995-01-25/pdf/95-2035.pdf; Robert G. Rabil, "Hezbollah: Lebanon's Power Broker."

[77]    "Hezbollah: Rebel Without a Cause?" p. 3.

PX2

formed part of this circle."[78]

63.     U.S. officials have also long acknowledged the capabilities of Hezbollah's terrorist network, not only for the attacks it has carried out abroad targeting U.S. interests such as the bombings of the U.S. marine barracks and embassy in Lebanon in the 1980s and the bombing of the Khobar Towers in Saudi Arabia in 1996, but also because of Hezbollah's active presence in the United States.[79]

64.     One reason Hezbollah is so capable is the extensive support the group receives from Iran and its national institutions in the form of financial assistance, weapons, training, intelligence, and more. Beyond the group's intimate ties to the IRGC Qods Force, Hezbollah also enjoys extensive support from Iran's intelligence service, the Ministry of Intelligence and Security (MOIS). According to a report published by the Federal Research Division of the Library of Congress, "MOIS conducts liaison with other foreign intelligence agencies as well as with organizations such as Lebanese Hezbollah that protect and promote the Islamic Republic's foreign agenda."[80]

65.     Argentinean prosecutors detailed the various roles the MOIS played in supporting and facilitating the July 1994 Hezbollah suicide truck bombing that blew up the AMIA Jewish community center in Buenos Aires. Indeed, prosecutors collected evidence from a former MOIS operative who defected from Iran. At least seven Iranian officials traveled to Buenos Aires for short visits in June 1994, in the weeks leading up to the bombing, including Iranian ambassador to Uruguay and suspected MOIS operative Mohammad Ali Sarmadi-Rad, who had made a similarly suspicious trip to Argentina in the lead-up to the 1992 embassy bombing.[81]

66.     According to the Library of Congress report, "MOIS provided logistics, communication among the operatives, as well as documents needed for the operations" for the AMIA and other Iranian operations abroad.[82] The IRGC Qods Force takes lead in such operations, but "MOIS provides logistical support and handles the communications aspect of operations involving Quds Force operatives and foreign organizations that work with the Quds Force, such as Hezbollah."[83]

67.     Iran typically deploys MOIS and other agents under diplomatic cover, including when supporting Hezbollah missions, as was the case in the 1994 AMIA bombing. "To counter threats from Israel, Iran provides Hezbollah with logistical and material support and uses Hezbollah as a proxy in Iran's intelligence operations," the Library of Congress report explains. "Such support is usually delivered under Iranian diplomatic auspices."[84] Such activities go back

---

[78]     Naim Qassem, *Hizbullah: The Story from Within*, pp. 69-70.

[79]     **PX61** The United States designated Hezbollah a Specially Designated Terrorist on January 23, 1995, https://home.treasury.gov/system/files/126/12947.pdf a Foreign Terrorist Organization on October 8, 1997, https://www.state.gov/j/ct/rls/other/des/123085.htm; and a Specially Designated Global Terrorist on October 31, 2001, https://home.treasury.gov/policy-issues/financial-sanctions/recent-actions/20011102

[80]     "Iran's Ministry of Intelligence and Security: A Profile," Library of Congress, December 2012, 4, https://www.iranwatch.org/sites/default/files/us-congress-libraryofcongressreport-1212.pdf

[81]     **PX507** Buenos Aires, Argentina Judicial Branch, AMIA Indictment, Office of the National Federal Court No. 17, Criminal and Correctional Matters No. 9, Case No. 1156, March 5, 2003

[82]     "Iran's Ministry of Intelligence and Security: A Profile," Library of Congress, December 2012, 4, https://www.iranwatch.org/sites/default/files/us-congress-libraryofcongressreport-1212.pdf

[83]     **PX275** "Iran's Ministry of Intelligence and Security: A Profile," Library of Congress, December 2012, 4, https://www.iranwatch.org/sites/default/files/us-congress-libraryofcongressreport-1212.pdf

[84]     **PX275** "Iran's Ministry of Intelligence and Security: A Profile," Library of Congress, December 2012, 4, https://www.iranwatch.org/sites/default/files/us-congress-libraryofcongressreport-1212.pdf

PX2

to the years immediately after the Iranian revolution. Immediately following the founding of the Islamic Republic, the Iranian leadership embarked on an assassination campaign targeting individuals deemed to be working against the regime's interests. Between 1979 and 1994, the CIA reported, Iran "murdered Iranian defectors and dissidents in West Germany, the United Kingdom, Switzerland, and Turkey."[85] Overall, more than sixty individuals were targeted in assassination attempts.[86] In many cases Hezbollah members functioned as the logistics experts or gunmen in these plots.

68.     According to a 2019 Defense Intelligence Agency (DIA) report, "MOIS collection and influence operations beyond Iran's borders are typically embassy- and consulate-based under official, commercial, academic, or nongovernmental organization cover. The ministry liaises with other foreign intelligence agencies, as well as organizations such as Hizballah that protect and promote Iran's foreign agenda."[87]

69.     In February 2012, the U.S. Treasury Department designated the MOIS for both its abuse of human rights and its support for terrorist groups, including Hezbollah, Hamas, and al Qaeda. "MOIS provides financial, material, or technological support for, or financial or other services to Hizballah, a terrorist organization designated under E.O. 13224," the designation states, adding that "MOIS has participated in multiple joint projects with Hizballah in computer hacking."[88]

70.     In 2019, the European Union designated an element of the MOIS and two MOIS operatives for their roles in assassination plots in Europe.[89] Later that same year, the Acting Director of the U.S. National Counterterrorism Center, Russell Travers, testified "Iran, through the IRGC-QF and other malign elements like the Ministry of Intelligence and Security (MOIS) maintains links to terrorist operatives and networks in Europe, Asia, and Africa that could be called upon to target US or allied personnel."[90]

71.     A study by the Center for a New American Security (CNAS) concluded: "Hezbollah has become a global organization operating on every continent, drawing on the Lebanese diaspora. It works closely with the MOIS on foreign intelligence collection, often against Israel. The MOIS supports Hezbollah, in turn, by providing sensitive communication equipment and other material support."[91]

72.     Iranian funding for Hezbollah is delivered through a variety of mechanisms,

---

[85]     **PX938** "Iranian Support for Terrorism in 1987," Terrorism Review, Central Intelligence Agency, February 25, 1988, p. 13,  https://web.archive.org/web/20170128053035/https://www.cia.gov/library/readingroom/docs/DOC_0000258644.pdf
[86]     Thomas Sanction et al., "The Tehran Connection," *Time*, March 21, 1994.
[87]     **PX260** "Iran Military Power: Ensuring Regime Survival and Securing Regional Dominance," Defense Intelligence Agency,                                                             August                                                             2019, https://www.dia.mil/Portals/110/Images/News/Military_Powers_Publications/Iran_Military_Power_LR.pdf
[88]     PX **68** "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," U.S. Department of the Treasury, February 16, 2012,  https://home.treasury.gov/news/press-releases/tg1424
[89]     Jacob Gronholt-Pedersen, Robin Emmott, Anthony Deutsch, "In Shift, EU Sanctions Iran over Planned Europe Attacks," Reuters, January 8, 2019,  https://www.reuters.com/article/us-iran-sanctions/in-shift-eu-sanctions-iran-over-planned-europe-attacks-idUSKCN1P20UA
[90]     **PX363** Russell Travers, "Global Terrorism: Threats to the Homeland," written testimony for hearing before the House Committee on Homeland Security, October 30, 2019, 6, https://www.dni.gov/files/documents/Newsroom/Testimonies/2019-10-30_ODNI-NCTC_Travers_SFR_for_HCHS_Hrg_on_Global_Terrorism_-_Threats_to_Homeland.pdf.
[91]     **PX698** Scott Modell and David Asher, "Pushback: Countering the Iran Action Network," Center for New American Security, September 2013, 12, https://s3.amazonaws.com/files.cnas.org/documents/CNAS_Pushback_ModellAsher_0.pdf.

PX2

including through key Iranian banks like the Iranian Central Bank (Bank Merkazi) and Bank Melli.

73.     The U.S. Treasury Department designated Bank Melli in 2007. At the time, it noted that the bank "provides banking services to the IRGC and the Qods Force. Entities owned or controlled by the IRGC or the Qods Force use Bank Melli for a variety of financial services. From 2002 to 2006, Bank Melli was used to send at least $100 million to the Qods Force. When handling financial transactions on behalf of the IRGC, Bank Melli has employed deceptive banking practices to obscure its involvement from the international banking system. For example, Bank Melli has requested that its name be removed from financial transactions."[92]

74.     In November 2018, the U.S. Treasury Department re-imposed sanctions on Bank Melli for its financial support of Iran's Qods Force and Iranian proxy groups:

> Bank Melli is being designated pursuant to E.O. 13224 for assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, the IRGC-QF, which was previously designated pursuant to E.O. 13224 on October 25, 2007. As of 2018, the equivalent of billions of dollars in funds have flowed through IRGC-QF controlled accounts at Bank Melli. Bank Melli has acted as a conduit for payments to the IRGC-QF. The IRGC-QF has used Bank Melli to dispense funds to Iraqi Shia militant groups, and Bank Melli's presence in Iraq was part of this scheme. Since the mid-2000s, Bank Melli increasingly provided services to Iranian military-related entities as they became further involved in all aspects of the Iranian economy. Bank Melli has enabled the IRGC and its affiliates to move funds inside and outside of Iran. The IRGC was designated pursuant to E.O. 13224 on October 13, 2017.[93]

75.     Such activities are not new. Just four months before the 1994 Hezbollah bombing of the AMIA Jewish community center in Bueno Aires, a total of $150,812 was deposited into a new bank account belonging to Iranian operative Mohsen Rabbani. Rabbani withdrew a total of $94,000 from this account in the period leading up to the July 18 bombing, and another $45,588 was withdrawn within two months following the attack. These funds arrived through international bank transfers, at least three of which were sent from Iran's Bank Melli through Union de Bancos Suizos.[94]

76.     Bank Merkazi, Iran's central bank, and several of the bank's senior officials, have also been tied to terrorist financing involving Hezbollah. In 2018, the U.S. Treasury Department revealed that "Valiollah Seif, Iran's Central Bank Governor, along with the assistant director of the Central Bank's International Department, conspired with the Qods Force to conceal the movement of millions of dollars in multiple currencies through the international financial system, including through Iraqi banks. Seif used his influence and credentials as the head of Iran's Central Bank to conceal the true nature of transactions that were destined for the Qods Force and its proxy, Hizballah."[95]

---

[92]     "Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism," U.S. Department of the Treasury, October 25, 2007, https://home.treasury.gov/news/press-releases/hp644

[93]     "U.S. Government Fully Re-Imposes Sanctions on the Iranian Regime as Part of Unprecedented U.S. Economic Pressure Campaign," U.S. Department of the Treasury, November 5, 2018, https://home.treasury.gov/news/press-releases/sm541

[94]     Matthew Levitt, *Hezbollah: Lebanon's Party of God* (Washington, D.C.: Georgetown University Press, 2013), 89.

[95]     **PX117** Sigal Mandelker, "Under Secretary Sigal Mandelker Speech before the Foundation for the Defense of Democracies," June 5, 2018, https://home.treasury.gov/news/press-releases/sm0406.

PX2

77.     At the time of the Valiollah Seif's designation for supporting terrorism, the U.S. Treasury Department stated, "Iran's Central Bank Governor covertly funneled millions of dollars on behalf of the IRGC-QF through Iraq-based al-Bilad Islamic Bank to enrich and support the violent and radical agenda of Hizballah."[96] At the same time, the Treasury Department also designated Ali Tarzali, the assistant director of the International Department at the Central Bank of Iran. "Tarzali has worked with Hizballah and proposed that the terrorist group send funds through Iraq-based al-Bilad Islamic Bank," the Treasury press release explained.[97]

78.     The following year, the U.S. Treasury Department designated Bank Merkazi itself, noting that "Iran's Central Bank has provided billions of dollars to the Islamic Revolutionary Guards Corps (IRGC), its Qods Force (IRGC-QF) and its terrorist proxy, Hizballah."[98] The press released added, "During 2018 and early 2019, the CBI facilitated the transfer of several billion of U.S. dollars and euros to the IRGC-QF and hundreds of millions to MODAFL [Iran's Ministry of Defense and Armed Forces Logistics] from the NDF [National Development Fund]. Additionally, millions were to be transferred to the Houthis. CBI has also coordinated with the IRGC-QF to transfer funds to Hizballah."[99]

## F.     Hezbollah's Role as an Iranian Proxy in Iraq

79.     Hezbollah's activities in Iraq since the 2003 U.S. invasion are a function of the group's close alliance with Iran in general and the IRGC-QF in particular. Iran's strategy in Iraq—and Hezbollah's role in that strategy as Iran's primary militant proxy group—is a logical extension of Iran's covert activities in Iraq and the region throughout the 1980s and 1990s.

80.     In the years following the Islamic Revolution of 1979, the Tehran regime sponsored terrorist acts both to export the revolution and to further its national interests.[100] Iran gave special focus to its own backyard, where Shia minorities lived under Sunni monarchies that not only oppressed Iran's co-religionists but also stood in the way of the new regime's regional ambitions.

81.     Throughout the Iran-Iraq War (1980-1988), Iraq was a primary target of Iranian-sponsored terrorist groups. To this end, the CIA noted in 1986, "Iran trains and finances several Iraqi dissident groups, such as the Dawa Party, that are dedicated to overthrowing President Saddam Husayn."[101]

82.     Hezbollah and Iraqi Dawa operatives joined together again in a brazen attempt to assassinate the Kuwaiti emir in 1985. That attack was aimed at securing the release of the Kuwait 17—a group of 17 Shia militants, including members of Hezbollah and Iraqi Dawa, who were involved in a series of bombings in Kuwait in December 1983—who by then had been sentenced for the 1983 bombings. The attack on the emir's motorcade occurred just days after Hezbollah's IJO had sent three letters to Beirut newspapers with pictures of kidnapped Westerners held in an effort to get Western governments to press Kuwait to release the Kuwait 17. In response to a U.S. public statement rejecting negotiations with the kidnappers, an anonymous caller to a French news

---

[96]     **PX118** "Treasury Targets Iran's Central Bank Governor and an Iraqi Bank Moving Millions of Dollars for IRGC-Qods Force," U.S. Treasury Department, May 15, 2018, https://home.treasury.gov/news/press-releases/sm0385

[97]     Ibid.

[98]     **PX48** "Treasury Sanctions Iran's Central Bank and National Development Fund," U.S. Department of the Treasury, September 20, 2019, https://home.treasury.gov/news/press-releases/sm780

[99]     Ibid.

[100]     **PX25** *See* designation of Iran as a State Sponsor of Terrorism. https://www.state.gov/j/ct/list/c14151.htm.

[101]     U.S. CIA, "Iranian Support for Terrorism in 1985."

PX2

agency warned that "the U.S. Government should await the largest military operation it has ever known" and threatened attacks on Kuwaiti diplomats worldwide. A week later, a car filled with explosives rammed the emir's motorcade.[102] The emir suffered minor injuries, but three others perished in the explosion.

83.     Iranian sponsorship of terrorism picked up pace as the Iran-Iraq War came to a close and U.S.-Iran tensions increased. "No longer drained by fighting Iraq," former White House counterterrorism director Richard Clarke wrote, "[Iranian] aid to Hezbollah increased.[103] Iranian support to its proxies in the Gulf increased as well.

84.     Iraqi Shia extremists feature prominently in Iran's arsenal of regional proxies. Some of the most proactive Iraqi Shia extremists to work with Iran in the post-2003 period began as Iranian proxies some twenty years earlier. Consider, for example, Jamal Jafar Muhammad Ali, better known as Abu Mahdi al-Muhandis, one of the Iraqi Dawa Party terrorists who partnered with Hezbollah to carry out the 1983 embassy bombings in Kuwait and the 1985 assassination attempt on the Kuwaiti emir. Convicted in absentia for his role in those attacks, Muhandis went on to lead the Badr Corps, the militant wing of the Supreme Council for Islamic Revolution in Iraq (SCIRI). The Badr Corps not only fought alongside Iranian forces in the Iran-Iraq War, it also engaged in acts of sabotage and terrorism targeting the Hussein Regime. As head of the Badr Corps, Muhandis worked directly with the IRGC-QF and other militant Iraqi Shia targeting the Hussein Regime.[104]

85.     According to Iraqi documents captured by coalition forces, Muhandis's chief of staff in the Badr Corps was Hadi al-Ameri, who would go on to head the Badr Organization (as the Badr Corps was later renamed in an attempt to rebrand the longtime militia as a political party) and serve as an Iraqi parliamentarian after Saddam Hussein's overthrow. At some point in the 1990s Muhandis was succeeded by Mustafa al-Sheibani[105] as commander of the Badr Corps.[106] Muhandis, who now also had Iranian citizenship, became an adviser to the commander of the IRGC-QF, Gen. Qasem Soleimani.[107] At one point, Muhandis and Sheibani lived in the same IRGC compound. And all three, Muhandis, Sheibani, and Ameri, went on to become key Shia militant leaders in the post-2003 invasion period. "Today," a 2008 report published by the Combating Terrorism Center at West Point concluded, "some of Iraq's most wanted Shi'a insurgents share Badr Corps lineage with Iraqi politicians operating openly in Baghdad."[108]

86.     Lastly, Iraqi Shia militant groups like the Dawa Party and Badr Corps have long histories of cooperation, training, and cross-fertilization with Hezbollah. As noted before, Dawa operatives engaged in joint terrorist operations with Hezbollah. In fact, links between Hezbollah and the Dawa Party run deep. The Dawa Party in Lebanon, one of the precursor elements to what became Hezbollah, was imported from Iraq in 1969 by followers of Iraqi cleric Mohammad Baqr al-Sadr. Hezbollah has long-standing ties to the Badr Corps as well. According to seized Iraqi

---

[102]    **PX938** U.S. CIA, "Iranian Support for Terrorism in 1987."
[103]    Richard Clarke, *Against All Enemies* (New York: Free Press, 2004), p. 103.
[104]    International Crisis Group, "Shiite Politics in Iraq: Role of the Supreme Council" *Middle East Report* no. 70, November 15, 2007; Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" p. 24.
[105]    The United States designated al-Sheibani under Executive Order 13438 on January 9, 2008, for "threatening the peace and stability of Iraq and the Government of Iraq." https://home.treasury.gov/news/press-releases/hp759.
[106]    Felter and Fishman, "Iranian Strategy in Iraq," p. 24.
[107]    Qasem Soleimani was designated a Specially Designated Global Terrorist on October 11, 2011. https://home.treasury.gov/news/press-releases/tg1320.
[108]    Felter and Fishman, "Iranian Strategy in Iraq," p. 24.

PX2

intelligence documents, the Badr Corps employed a modus operandi—common among Iranian-sponsored groups—of establishing clandestine offices in businesses, hospitals, and nongovernmental organizations in Iraq. One undated Iraqi intelligence report explained that among the many functions of these fronts was to help "secure and support the Badr Corps, and the different groups belonging to the al-Qods Force, such as the movement of Hezbollah."[109]

## G.  Hezbollah's Relationships with Special Groups in Iraq

### *The Ramazan Corps: Qods Force Department 9000*

### 2006: First Concrete U.S. Intelligence Determination of Active Iranian Support for Terrorism in Iraq

87.     As noted above, the IRGC-QF regional command in Iraq was known as the Ramazan Corps or IRGC-QF Department 9000. By the mid-1990s, the Ramazan Corps operated three camps along the Iraqi border to support its activities—but a direct link between IRGC-QF Department 9000 and violent attacks directed at coalition forces in Iraq after 2003 was slow to emerge.

88.     Sometime in 2006, at the height of sectarian violence then engulfing Iraq, IRGC-QF Gen. Soleimani traveled secretly to Baghdad. Only after he returned safely to Iran did U.S. intelligence and military forces discover he had been right in their backyard.[110] Washington was furious. Ever since the April 2005 election, Iranian-sponsored Shia militants had intensified attacks targeting coalition forces in Iraq. Now, Soleimani's confidence in his political and military proxies in Iraq was apparently so great that he felt secure paying a house call to Baghdad. Correspondingly the IRGC-QF seemed to be riding high, deploying proxy groups in Iraq capable of striking at coalition forces with impunity and basking in Hezbollah's self-declared victory against the Israel Defense Forces in the July 2006 war.

89.     That same summer, the White House began a process of reviewing its policy toward Iranian meddling in Iraq. Over the course of 2006, coalition forces detained dozens of suspected Iranian operatives in a "catch and release" program intended to signal to Iran the coalition's awareness of Tehran's aggressive activities in Iraq. DNA samples collected surreptitiously from the Iranian detainees were added to a database before they were released after three or four days in custody. According to U.S. intelligence, as many as 150 Iranian intelligence and IRGC operatives were deployed to Iraq at a time.[111]

90.     "There were no costs for the Iranians," a senior administration official commented, explaining the reason for the policy review. The resulting presidential directive, or "finding," was signed by President Bush in November 2006 and authorized U.S. forces to kill or capture Iranian operatives in Iraq. Coined Counter Iranian Influence, the initiative included measures to roll back Iranian successes in five different theaters from Lebanon to Afghanistan and isolate the regime in Tehran. In Lebanon, for example, the White House authorized the intelligence community to engage in broadened operations targeting Hezbollah's engagement in a spectrum of activities

---

[109]     Felter and Fishman, "Iranian Strategy in Iraq," p. 22.
[110]     **PX680** Martin Chulov, "Qassem Suleimani: The Iranian General 'Secretly Running' Iraq," *Guardian* (London), July 28, 2011. https://www.theguardian.com/world/2011/jul/28/qassem-suleimani-iran-iraq-influence.
[111]     Dafna Linzer, "Troops Authorized to Kill Iranian Operatives in Iraq," *Washington Post*, January 26, 2007. http://www.washingtonpost.com/wp-dyn/content/article/2007/01/25/AR2007012502199.html.

PX2

called the Blue Game Matrix.[112]

## First Coalition Measures Against the IRGC

91.     In Iraq, the program to counter Iranian influence quickly bore fruit. The evening of December 19, 2006, a U.S. military patrol stopped an official Iranian embassy vehicle in Baghdad and arrested three Iranians with diplomatic credentials and one Iraqi, presumably their driver. Two of the men were held for two days, the other two for four days.[113] The more significant arrests, however, came just a few hours later in a predawn raid of the Baghdad compound of Abdul Aziz al-Hakim, head of the SCIRI. U.S. Special Forces detained ten men in this second raid, including two Iranians carrying diplomatic passports—passports later determined to have been issued under false identities. Neither of the Iranians, traveling in Iraq under aliases with false documents, was a diplomat in the traditional sense. In fact, they were important IRGC officials on a covert mission to Iraq. One, Mohsen Chizari, was the IRGC-QF's third highest ranking officer. The Iranians quickly realized that U.S. forces were holding one of Gen. Soleimani's most senior deputies.[114]

92.     The evidence amounted to a "smoking gun," in one American official's description. "We found plans for attacks, phone numbers affiliated with Sunni bad guys, a lot of things that filled in the blanks on what these guys are up to."[115] The evidence the military collected in the raid included maps, detailed weapons lists, reports of weapons shipped into Iraq, organization charts, telephone records, computers, and "other sensitive intelligence information."[116] According to U.S. officials, some of this intelligence "dealt explicitly with force-protection issues, including attacks on MNF-I [Multi-National Force-Iraq] forces."[117] In other words, the Iranians possessed intelligence about weapons being smuggled into Iraq from Iran and about attacks on the Multi-National Force-Iraq by Tehran's proxy militias in Iraq.

93.     Aside from Mohsen Chizari's high rank within the IRGC-QF, his capture was significant for underscoring a reality long known by the coalition, but only through extremely sensitive intelligence: Iran was training Iraqi Shia militias to attack coalition forces and stoke sectarian tensions in Iraq. Further, this raid and others like it led U.S. officials to refer to "a super-secret group called Department 9000," a part of the IRGC-QF that provided guidance and support to Iraqi insurgents and coordinated meetings between them and the IRGC.[118] In other words, the Ramazan Corps had been exposed.

94.     Chizari's arrest clearly unnerved Iran. Over the next few days, an Iraqi official noted, the Iranian ambassador to Iraq desperately ran "around from office to office," in an effort

---

[112]    **PX696** Sabrina Tavernise, "U.S. Says Captured Iranians Can Be Linked to Attacks," *The New York Times*, December 27, 2006. http://www.nytimes.com/2006/12/27/world/middleeast/27iranians.html.

[113]    Sabrina Tavernise, "U.S. Says Captured Iranians Can Be Linked to Attacks"; James Glanz and Sabrina Tavernise, "U.S. Is Holding Iranians Seized in Raids in Iraq," *The New York Times*, December 25, 2006. http://www.nytimes.com/2006/12/25/world/middleeast/25iraq.html.

[114]    Sudarsan Raghavan and Robin Wright, "Iraq Expels 2 Iranians Detained by U.S.," *Washington Post,* December 30, 2006. http://www.washingtonpost.com/wp-dyn/content/article/2006/12/29/AR2006122901510.html.

[115]    **PX637** Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun,* January 3, 2007. https://www.nysun.com/foreign/irans-secret-plan-for-mayhem/46032.

[116]    Sudarsan Raghavan and Robin Wright, "Iraq Expels 2 Iranians Detained by U.S."

[117]    Sabrina Tavernise, "U.S. Says Captured Iranians Can Be Linked to Attacks."

[118]    Newsweek Staff, "Tehran's Secret 'Department 9000,'" *Newsweek*, June 4, 2007. http://www.newsweek.com/tehrans-secret-department-9000-101905.

PX2

to secure Chizari's release.[119] Iraqi leaders were also upset. The Iranians had reportedly come to Iraq at the invitation of President Jaial Talabani, leader of a prominent Iraqi Kurdish group. Under intense pressure from the Iraqis, the U.S. military transferred the Iranian detainees to Iraqi custody. Days later they were "expelled" home to Iran, much to the frustration and dismay of U.S. officials.[120]

95.     A few days later, on January 11, 2007, former CIA director R. James Woolsey Jr. and former undersecretary of state Thomas Pickering appeared before the U.S. House Foreign Affairs Committee to testify on "The Next Steps in the Iran Crisis." Just the day before, President Bush had given a national address, noting, "Iran is providing material support for attacks on American troops."[121] Then, just a few hours before the hearing, U.S. troops arrested six more Iranians in an Iranian diplomatic office in Irbil in Kurdish-controlled northern Iraq. One individual was quickly released, but the other five were determined to be IRGC members, not diplomats. Publicly, the Iranian liaison office in Irbil processed papers for Iraqis attempting to travel to Iran. But intelligence indicated it doubled as an IRGC-QF base of operations. As U.S. Special Forces entered, they found the Iranians frantically flushing documents down a toilet. Perhaps trying to pass themselves off as something other than Iranian IRGC-QF officers, the Iranians had recently shaved their heads. Soldiers carted away still more documents and computers for analysis, just as they had a few days earlier in Baghdad.[122] Mining data on seized cell phones indicated the officers were in direct contact with a wide array of insurgent groups. Analysts found in the seized materials and devices evidence tying the Iranian officers to military operations carried out not only by Shia cleric Moqtada al-Sadr's Mahdi Army (Jaish al-Islam) in places like Kirkuk but also by the al-Qaeda-affiliated Ansar al-Sunna group targeting Iraqi Kurds.[123]

**IRGC Deployment of EFPs**

96.     A much clearer picture of Iran's policy of inserting "managed chaos" into Iraq was quickly emerging. While Iran insisted the five detained men held diplomatic immunity and demanded their release, the military held onto the five IRGC-QF operatives until May 2009. The Baghdad and Irbil raids came like a one-two punch, forcing the Iranians to reconsider the wisdom of putting their own people on the line in Iraq. According to one American military commander, with the Baghdad and Irbil raids the Iranians "realized we were coming after them. The Iranians didn't like doing much dirty work or getting their hands dirty. A lot of them would prefer the Arabs to do the dying."[124]

97.     To that end Tehran prioritized sending sophisticated weapons often manufactured in Iran—especially explosively formed penetrators (EFPs)—to militants in Iraq. The uptick in

---

[119]     Glanz and Tavernise, "U.S. Is Detaining Iranians," *The New York Times*, December 25, 2006. http://query.nytimes.com/gst/fullpage.html?res=9B0DEFDD1E31F936A15751C1A9609C8B63&pagewanted=all.

[120]     Sabrina Tavernise and James Glanz, "U.S. and Iraq Dispute Role of Iranians but Free Them," *The New York Times,* December 30, 2006; Raghavan and Wright, "Iraq Expels 2 Iranians."

[121]     **PX611** "Text of President Bush's Speech on Troop Levels," *NPR,* January 10, 2007. https://www.npr.org/templates/story/story.php?storyId=6803354.

[122]     **PX663** James Glanz, "U.S. Says Arms Link Iranians to Iraqi Shiites"; James Glanz, "G.I.'s in Iraq Raid Iranians' Offices," *The New York Times*, January 12, 2007. http://www.nytimes.com/2007/01/12/world/middleeast/12raid.html?mtrref=www.google.com&gwh=6DD96E0EFCE626BC3F329E60DE0C1176&gwt=pay.

[123]     Eli Lake, "U.S. Deadlocked on Whether to Free Iranian Terror Suspects," *New York Sun,* January 19, 2007. https://www.nysun.com/foreign/us-deadlocked-on-whether-to-free-iranian-terror/47015.

[124]     Mark Urban, *Task Force Black*, p. 209.

PX2

attacks led U.S. officials to decide the time had come to expose the breadth and lethality of Iranian arms smuggled to Iraqi Shia militias.

98.     A press briefing was prepared for Sunday, February 11, 2007, in Baghdad's Green Zone. Laid out on the table were EFP launchers and their shaped metal charges, mortar shells, rocket-propelled grenades, and the false identification cards found on two of the IRGC-QF officials captured in the Irbil raid a month earlier. According to U.S. officials, serial numbers on some of the grenades indicated they were manufactured in Iran in 2006.[125] The centerpiece of the weapons spread was the EFP, a deceptively simple-looking cylinder with a copper liner, launched with such force that it could penetrate the armor of a tank or up-armored Humvee. The briefing was more than just a show-and-tell, however. Though unable to share the intelligence underpinning the charge, the military and intelligence briefers insisted the IRGC-QF was responsible for the flow of arms to Shia militia groups. "We have been able to determine that this material, especially on the EFP level, is coming from the IRGC-Qods Force," the intelligence analyst stated. In reality, they report directly to the "supreme leader," a reference to Ayatollah Alj Khamenei.[126] The direction for this arming and smuggling operation, the analyst added, was "coming from the highest levels of the Iranian government."[127]

99.     In September 2007, U.S. forces in Iraqi Kurdistan arrested Mahmoud Farhadi, a "very senior member of the Qods Force." Posing as an Iranian trade representative, Farhadi's actual mission involved facilitating the transport of weapons into Iraq, according to a U.S. military spokesman. In particular he oversaw the smuggling of "weapons, people and money" across the border from Iran. "Multiple sources implicate Farhadi in providing weapon[s] to Iraqi criminal elements and surrogate[s] of Iran. We also know that for more than a decade he was involved in Iranian intelligence operation[s] in Iraq."[128] Officials were not surprised. In August 2004, for example, IRGC-QF Brig. Gen. Ahmed Foruzandeh drove a cache of explosives and other materials specifically designated for use in suicide bombings across the border into Iraq, according to U.S. government information. In another case, he supplied a Shia militia with a specific target to hit.[129]

100.     The capture of senior IRGC-QF officials, and the public airing of evidence demonstrating Iranian agents were arming and training Iraqi Shia extremists, embarrassed Tehran and appears to have accelerated Iran's efforts to put an Arab face on this mission. Using Hezbollah offered multiple advantages, not least the shared language of Hezbollah operatives and Iraqi militants, Arabic. Farsi-speaking Iranian trainers could not communicate with their trainees as effectively, aside from the perception by some Iraqis that their Iranian trainers were aloof and patronizing. Reliable polling data later revealed that Iranian intervention in Iraq faced "substantial popular resentment even among Iraqi Shiites, who are wrongly presumed to share Iran's interests

---

[125]     James Glanz, "U.S. Says Arms Link Iranians to Iraqi Shiites," *The New York Times*, February 12, 2007. http://www.nytimes.com/2007/02/12/world/middleeast/12weapons.html.
[126]     James Glanz, "U.S. Says Arms Link Iranians to Iraqi Shiites"; Tim Susman and Borzou Daragahi, "The Conflict in Iraq: Accusations of Interference; U.S. Makes Case That Iran Arms Flow into Iraq," *Los Angeles Times*, February 12, 2007.
[127]     James Glanz, "U.S. Says Arms Link Iranians to Iraqi Shiites."
[128]     Multi-National Forces-Iraq, Maj. Gen. Kevin Bergner and Brig. Gen. Michael Walsh, press conference, October 3, 2007. Iraqi intelligence documents seized by coalition forces indicate Farhadi actually led the Ramazan Corps' Nasr Command, not Zafr Command. *See* Felter and Fishman, "Iranian Strategy in Iraq," p. 49, n. 71.
[129]     **PX67** U.S. Department of the Treasury, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," press release, January 9, 2008. https://home.treasury.gov/news/press-releases/hp759.

**PX2**

due to their common sectarian background."[130]

101.    Hezbollah's use of Iranian-manufactured EFPs in Lebanon, before and during the July 2006 war, positioned Hezbollah operatives with in-the-field experience as ideal candidates to train Iraqi Shia in deploying this particular weapon.[131] A number of Iraqi Shia militants reportedly observed and trained alongside Hezbollah militants in Lebanon during the 2006 war, according to U.S. intelligence.[132] Having seen Hezbollah in action, they were well situated to seek training from their Lebanese compatriots in the use of EFPs and other weapons and tactics.

102.    The advantages of enlisting Hezbollah operatives as middlemen soon spurred action. But multinational forces would appreciate the full scope of this shift only when they arrested Ali Musa Daqduq al-Musawi,[133] a senior Hezbollah official, along with key leaders of the Special Groups, in a Basra raid on March 20, 2007.

103.    In early 2008, IRGC-QF General Qasem Soleimani sent General Petraeus, the commander of coalition forces in Iraq, a message making it clear that he (Soleimani) was point-man for Iranian policy and activities in Iraq. Conveyed by a senior Iraqi leader, the message arrived just as Iraqi and coalition forces initiated Operation Charge of the Knights, an effort targeting Iraqi Shia militias in Baghdad and Basra. The message itself read: "Dear General Petraeus, you should know that I, Qassem Suleimani, control the policy for Iran with respect to Iraq, Lebanon, Gaza, and Afghanistan. And indeed, the ambassador in Baghdad is a Quds Force member. The individual who's going to replace him is a Quds Force member."[134] The message should have come as no great surprise, coming from a man aggressive in the belief that "offense is the best defense."[135] Indeed, the crux of the message was no surprise at all. Several months earlier, in October 2007, Petraeus had confirmed to the press "absolute assurance" that several Iranians detained by coalition forces were IRGC members. "The Qods Force controls the policy for Iraq; there should be no confusion about that either," he added noting, "The ambassador is a Qods Force member."[136] In fact by the time Petraeus made these comments, coalition forces had already arrested senior IRGC-QF officials on at least three occasions.

**Iran's Supply of Additional Weapons to Shia Militant Groups in Iraq**

104.    Beyond EFP's, Iran provided Shia militants in Iraq with a wide array of weapons. "Using Iranian-provided weapons," the DIA concluded, Shia militia groups in Iraq "were

---

[130]    David Pollack and Ahmed Ali, "Iran Gets Negative Reviews in Iraq, Even from Shiites," Policy Watch 1653, Washington Institute for Near East Policy (Washington, DC), May 4, 2010.
http://www.washingtoninstitute.org/policy-analysis/view/iran-gets-negative-reviews-in-iraq-even-from-shiites.

[131]    **PX670** Kimberly Kagan, "Iran's Proxy War against the United States and the Iraqi Government," Institute for the Study of War and *Weekly Standard*, May 2006-August 20, 2007, p. 3. http://www.understandingwar.org/sites/default/files/reports/IraqReport06.pdf.

[132]    **PX684** Michael R. Gordon and Dexter Filkins, "Hezbollah Said to Help Shiite Army in Iraq," *The New York Times*, November 28, 2006.
http://www.nytimes.com/2006/11/28/world/middleeast/28military.html?mtrref=www.google.com&gwh=61FE99F4EAFE51A0AEAEE2F87D07580C&gwt=pay.

[133]    The United States designated Daqduq a Specially Designated Global Terrorist on November 19, 2012. https://home.treasury.gov/news/press-releases/tg1775.

[134]    **PX634** Dexter Filkins, "The Shadow Commander," *The New Yorker*, September 20, 2013. https://www.newyorker.com/magazine/2013/09/30/the-shadow-commander; *see also* **PX651** Institute for the Study of War, "Interview and Moderated Q&A with General David Petraeus," Washington D.C., January 22, 2010, pp. 40-41.

[135]    **PX612** Ali Alfoneh, "Iran's Most Dangerous General," *Middle Eastern Outlook*, no. 4, American Enterprise Institute, July 13, 2011.  https://www.aei.org/research-products/report/irans-most-dangerous-general/.

[136]    Paul Von Zielbauer, "U.S. Calls Iranian Official Part of Elite Force," *The New York Times*, October 8, 2007.

PX2

responsible for at least 603 personnel killed in Iraq between 2003 and 2011."[137]

105.    Over the years, Iranian transfers to state and nonstate actors have included: communications equipment; small arms—such as assault rifles, sniper rifles, machine guns, mortars, and rocket-propelled grenades (RPGs)—and ammunition; ATGMs; MANPADS; artillery systems, including MRLs and battlefield rockets and launchers; armored vehicles; FAC; equipment for unmanned explosives boats; ASCMs; SAMs; UAVs, including ISR and attack platforms; ground-attack aircraft; and C/SRBMs and associated technology.[138]

106.    Iran provides such weapons to a wide array of actors. However, according to the DIA, "Iran's biggest customers include Syria, Hizballah in Lebanon, and Iraqi Shia militias, but Iran has also provided weapons to the Huthis in Yemen, Palestinian groups, and the Taliban in Afghanistan."[139]

107.    Upon capturing Mohsen Chizari, the third-ranking official in the Qods Force, at the Baghdad compound of Abd al-Aziz al-Hakim on December 29, 2006, U.S. forces discovered "detailed weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information."[140]

108.    In a 2007 briefing, Major General Fil, commander of Coalition Forces in Baghdad, explained that most of the rocket and mortar attacks targeting Baghdad's International Zone originated from Sadr City or its environs, and most of the rockets and mortars were recently made Iranian weapons. According to Fil, "[M]uch of the indirect fire that we receive, especially that which is pointed at the International Zone, the Green Zone, is in fact Iranian. And when we check the tail fins of the mortars, when we find the rockets—and frequently we're able to find them preemptively, before they actually launch… there's no doubt that they're coming out of Iran."[141]

109.    In 2012, the Small Arms Survey found that out of the weapons recovered from arms caches in Iraq in 2008 and 2009, including more than 30,000 small arms, light weapons, and rounds of light weapons ammunition and more than 500,000 rounds of small-caliber ammunition, 29 percent were of Iranian origin.[142]

110.    Reliable sources point to a long list of weapons Iran provide to Shia militants in Iraq, including:

      a.    The State Department's annual report on international terrorism for 2009 noted that Iran's "Qods Force continued to supply Iraqi militants with Iranian-produced advanced rockets, sniper rifles, automatic weapons, and mortars that have killed

---

[137]    "Iran Military Power: Ensuring Regime Survival and Securing Regional Dominance," Defense Intelligence Agency, August 2019, 9, https://www.dia.mil/Portals/110/Images/News/Military_Powers_Publications/Iran_Military_Power_LR.pdf

[138]    Ibid., 90

[139]    Ibid., 90

[140]    Sudarsan Raghavan and Robin Wright, "Iraq Expels 2 Iranians Detained by U.S. American Defense Official Calls Release 'Obviously Troubling'," *Washington Post*, December 30, 2006, https://www.washingtonpost.com/archive/politics/2006/12/30/iraq-expels-2-iranians-detained-by-us-span-classbankheadamerican-defense-official-calls-release-obviously-troublingspan/f9f56a51-bd96-418f-9267-e8d63d7d80b8/

[141]    Kimberly Kagan, "Iran's Proxy War against the United States and the Iraqi Government," Institute for the Study of War, 2006, 20, www.jstor.org/stable/resrep19539.

[142]    "Surveying the Battlefield: Illicit Arms in Afghanistan, Iraq, and Somalia," in *Small Arms Survey 2012: Moving Targets* (Geneva, Switzerland: Small Arms Survey, 2012), 317, http://www.smallarmssurvey.org/fileadmin/docs/A-Yearbook/2012/eng/Small-Arms-Survey-2012-Chapter-10-EN.pdf.

PX2

Iraqi and Coalition Forces, as well as civilians."[143]

b. The Institute for the Study of War reports: "Iran has provided its Iraqi proxies with advanced weapons, including light and heavy mortars, 107-mm and 240-mm rockets, advanced large-caliber sniper rifles, and explosively-formed penetrators (EFPs), capable of penetrating tank armor."[144]

c. The ISW report adds: "weapons smuggled from Iran to Iraq in 2007 included: 81 mm mortars (the remainder of the region uses 82 mm mortars); repainted 107 mm rockets imported into Iran from China and marked for sale in the open markets; RPG-7; 60 mm canisters filled with Iranian-manufactured mortar rounds; and 240 mm rockets. In addition, earlier in 2007, American troops discovered over 100 Austrian made Steyr HS50 caliber sniper rifles in Iraq. These high-powered sniper rifles, which fire Iranian rounds, 'can pierce all body armor from up to a mile and penetrate armored Humvee troop carriers.'"[145]

d. In a February 2007 briefing highlighting Iranian provision of EFP's to Iraqi Shia militants, U.S. forces also displayed a handful of mortar shells and rocket-propelled grenades that the military officials said were made in Iran.[146]

e. According to a 2010 DIA report, "Iran continues to provide money, weapons and training to select Iraqi Shia militants and terrorists despite pledges by senior Iranian officials to stop such support. The weapons include: Explosively Formed Penetrators (EFPs) with radio-controlled, remote arming and passive infrared detonators; Improvised Explosive Devices (lED); Anti -aircraft weapons; mortars; 107- and 122-millimeter rockets; rocket-propelled grenades and launchers; explosives; small arms."[147]

f. Iraq expert Michael Knights reported in 2010 that "although local sourcing of rockets is undertaken whenever possible, most rocket artillery rounds in Iraq are too degraded to function properly. This has led Iran to smuggle large numbers of 107mm Hesab and 122mm Grad rockets into Iraq, as well as some larger 240mm Fajr rockets.[148]

g. Knights further reported that "evidence from arms caches suggests that Iranian-backed groups that stockpile EFP components and other Iranian signature weapons (240mm rockets, for instance) also maintain stocks of silenced pistols and under-vehicle magnetic IEDs ("sticky bombs"). On August 1, 2010, for example, a weapons cache found near Basra included 76 rockets, 15 tons of TNT, a significant

---

[143]  **PX205** "Country Reports on Terrorism, 2009," U.S. State Department, August 2010, p. 193, https://2009-2017.state.gov/documents/organization/141114.pdf

[144]  Kimberly Kagan, "Iran's Proxy War against the United States and the Iraqi Government," Institute for the Study of War, 2006, 2, www.jstor.org/stable/resrep19539.

[145]  Kimberly Kagan, "Iran's Proxy War against the United States and the Iraqi Government," Institute for the Study of War, 2006, 17, www.jstor.org/stable/resrep19539.

[146]  **PX620** Associated Press, "U.S.:Top Iran officials ordering bombs to Iraq," NBC News, February 11, 2007, http://www.nbcnews.com/id/17097658/ns/world_news-mideast_n_africa/t/us-top-iran-officials-ordering-bombs-iraq/#.X0feKvhKhE9.

[147]  **PX928** "Unclassified Report on Military Power of Iran," U.S. Department of Defense, March 2010, 2, https://fas.org/man/eprint/dod_iran_2010.pdf.

[148]  Michael Knights, "The Evolution of Iran's Special Groups in Iraq," *CTC Sentinel*, vol 3., no.11-12 (November 2010), 14-15, https://ctc.usma.edu/the-evolution-of-irans-special-groups-in-iraq/

PX2

amount of bomb-making materiel, as well as 41 magnets for making under-vehicle IEDs and silenced weapons.[149]

h.  A Congressional Research Service report notes that "in August 2007, Gen. Raymond Odierno, then the second in command (later overall commander in Iraq), said that Iran had supplied the Shiite militias with 122-millimeter mortars that are used to fire on the Green Zone in Baghdad."[150]

i.  The CRS report also notes that "on August 28, 2008, the Washington Times reported that pro-Sadr militias were now also using "Improvised Rocket Assisted Munitions"—a "flying bomb" carrying 100 pounds of explosives, propelled by Iranian-supplied 107 mm rockets."[151]

## Unit 3800: Hezbollah's Support Mission in Iraq

111.    "Generally," U.S. military intelligence assessed in 2010, the IRGC-QF "directs and supports groups actually executing attacks, thereby maintaining plausible deniability within the international community."[152] This assessment proved as true in Iraq as it long had been in Lebanon. In Lebanon the IRGC helped create Hezbollah. In Iraq the IRGC did much the same for Iraqi Shia militias, sometimes on their own but often using Hezbollah to provide training and operational supervision on its behalf.

112.    A variety of militant Shia groups in Iraq have benefited from Iranian and Hezbollah training and support, with the nature and extent of that support changing over time as these groups themselves evolved. Some groups supported by Iran, like SCIRI and the Dawa Party, focused primarily on establishing political influence in Iraq. And although Iran has supported both militant and political activities in Iraq, depending on its needs and assessments at a given time, its fundamental long-term goal has been establishing political influence in the country. Therefore, at times, Iran appears to have temporarily curtailed support for militant activities by some of its proxies when violence might undermine its political goals in Iraq, such as in the period before the January 2005 elections.[153]

113.    But even as it supported political allies like SCIRI and Muqtada al-Sadr in Iraq, Iran also backed the Badr Corps and Mahdi Army, the groups' respective military wings. When the renamed Badr Organization entered politics, Iran encouraged extremist militants to splinter off and form their own militant groups, echoing Iran's encouragement of Shia radicals years before to split from the Amal Party in Lebanon to form Hezbollah.[154] Both Mustafa al-Sheibani and Abu Mahdi al-Muhandis purportedly broke with Badr and founded terrorist groups that played central

---

[149]    Ibid., 15

[150]    **PX281** Kenneth Katzman, "Iran-Iraq Relations," Congressional Research Service, August 13, 2010, 2, https://fas.org/sgp/crs/mideast/RS22323.pdf.

[151]    Ibid.

[152]    **PX371** U.S. Congress, Senate Committee on Armed Services, *Iran's Military Power: Hearing before the Committee on Armed Services*, 111th Cong., 2d sess., April 14, 2010, Statement of Lt. Gen. Ronald L. Burgess Jr.

[153]    Felter and Fishman, "Iranian Strategy in Iraq," p. 37.

[154]    Michael Eisenstadt, Michael Knights, and Ahmed Ali, "Iran's Influence in Iraq: Countering Tehran's Whole-of-Government Approach," Policy Focus 111, Washington Institute for Near East Policy (Washington, DC), April 2011. https://www.washingtoninstitute.org/policy-analysis/irans-influence-iraq-countering-tehrans-whole-government-approach.

PX2

roles in Iran's proxy networks.[155] In 2005 when al-Sadr turned similarly to politics, some of the most radical members of his Mahdi Army, like Qais al-Khazali, who created Asaib Ahl al-Haq (AAH) (League of the Righteous), also known as the Khazali Network, broke away to form splinter groups of their own too.

114.    Two years later, as discussed below, when British special forces arrested Ali Musa Daqduq, the senior Hezbollah commander, along with Qais al-Khazali and his brother Laith, they found a document detailing a layered Iranian strategy to develop three distinct but overlapping categories of proxy groups. Iran wanted its proxies to vary in size and mission, with larger groups focusing on building grassroots support through political and social movements and using violence only intermittently as a means to secure political influence. Smaller groups would make more reliable militant proxies, focused as they were on securing social influence through violence alone. Still smaller, more radical groups would receive more sophisticated training and weapons.[156] Iran stuck to this strategy, and in 2007, when even AAH began engaging in Iraqi politics, formed yet another Special Group, Kata'ib Hezbollah (Hezbollah Brigades),[157] which received the most sophisticated training and sensitive equipment. An Iraqi group with reported ties to longtime Dawa operative and IRGC-QF adviser Abu Mahdi al-Muhandis, the Hezbollah Brigades was operationally distinct from Lebanese Hezbollah but its ties with its Lebanese namesake became even more evident over time.[158] Mirroring the creation of Unit 1800, a unit dedicated to supporting Palestinian terrorist groups and targeting Israel, Hezbollah created Unit 3800, a unit dedicated to supporting Iraqi Shia terrorist groups targeting multinational forces in Iraq.

115.    The unit, established by Hezbollah leader Hassan Nasrallah[159] at Iran's request, trained and advised Iraqi militant groups. Almost immediately following the U.S. invasion of Iraq, reports emerged indicating Hezbollah operatives were reaching out to re-establish ties to Iraqi Shia groups. A July 29, 2003, U.S. intelligence report citing Israeli military intelligence stated that Hezbollah "military activists" were trying to make contact with Muqtada al-Sadr and his Mahdi Army. By late August they had succeeded, according to a report prepared by a U.S. military analyst. Based on information from a source with "direct access to the reported information," the report claimed Hezbollah had assembled a team of thirty to forty operatives in Najaf "in support of Moqtada Sadr's Shia paramilitary group." Hezbollah was both recruiting and training new members of the Mahdi Army, the report added.[160]

116.    More reports documenting Hezbollah's then-still-small presence followed, including one citing multiple sources that said Hezbollah was "buying rocket-propelled grenades

---

[155]    **PX66 / 67** U.S. Department of the Treasury, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," January 9, 2008, https://home.treasury.gov/news/press-releases/hp759U.S. Department of the Treasury, "Treasury Designates Individual, Entity Posing Threat to Stability in Iraq," July 2, 2009, https://home.treasury.gov/news/press-releases/tg195.

[156]    Felter and Fishman, "Iranian Strategy in Iraq," p. 27.

[157]    **PX27** The United States designated Kata'ib Hezbollah a Foreign Terrorist Organization and a Specially Designated Global Terrorist on June 24, 2009. https://2009-2017.state.gov/r/pa/prs/ps/2009/july/125582.htm.

[158]    **PX66** U.S. Department of the Treasury, "Treasury Designates Individual, Entity Posing Threat to Stability in Iraq"; Michael Knights, "The Evolution of Iran's Special Groups in Iraq," *CTC Sentinel* 3, no. 11-12 (November 2010): pp. 12-16, https://ctc.usma.edu/the-evolution-of-irans-special-groups-in-iraq/ ;Rafid Fadhil Ali, "Iraq's Kata'ib Hezbollah Seek Greater Popularity through Threats to Kuwaiti Port Development," *Terrorism Monitor* 9, no. 33 (August 19, 2011), Jamestown Foundation, https://jamestown.org/program/iraqs-kataib-hezbollah-seek-greater-popularity-through-threats-to-kuwaiti-port-development.

[159]    **PX20** The United States designated Nasrallah a Specially Designated Terrorist on January 23, 1995, https://www.gpo.gov/fdsys/pkg/FR-1995-01-25/pdf/95-2035.pdf; and a Specially Designated Global Terrorist on May 16, 2018, https://home.treasury.gov/policy-issues/financial-sanctions/recent-actions/20180516.

[160]    Edward Pound, "Special Report: The Iran Connection," *U.S. News & World Report*, November 14, 2004.

PX2

... antitank missiles" and other weapons for the Mahdi Army. Hezbollah's relationship with al-Sadr and his militia were not seen as ad hoc ties between individual Hezbollah and Mahdi Army members but as decisions made at the top of the respective organizations. A U.S. Army report noted that "reporting also confirms the relationship between ... Sadr and Hassan Nasrallah." According to unconfirmed information, the report added, a senior adviser to Nasrallah delivered funds to al-Sadr.[161] The connection rings true, given that "al-Sadr sought to model his organization on Lebanese Hezbollah, combining a political party with an armed militia and an organization providing social services."[162]

117.    The American and Israeli intelligence services were not the only ones investigating Iran and Hezbollah's support to Shia militant groups at the time. In fact, one of the most prolific sources was also one of the most controversial: the Mujahedin-e Khalq (MEK), the Iranian exile group deeply and sometimes violently committed to the overthrow of the regime in Tehran. While the MEK has a track record of collecting critical intelligence later proven to be surprisingly accurate, it remained a US-designated terrorist group until September 2012 (it had already been removed from the European Union and British lists)."[163]

118.    The gist of the MEK's reporting on Hezbollah in Iraq would be corroborated by other sources. According to the MEK, some 800 Hezbollah operatives were on the ground in Iraq by January 2004, including assassination teams.[164] According to other MEK reports, nearly 100 Hezbollah members—including both "agents and clerics"—infiltrated postwar Iraq at Iran's behest. Following its established modus operandi in Lebanon, Hezbollah reportedly established charitable organizations in Iraq "to create a favorable environment for recruiting."[165] As early as October 2003, Israeli intelligence also warned their American counterparts that according to their information Hezbollah—at Iran's instruction—intended to help set up a "resistance movement," likely in the group's own image, that could conduct mass casualty attacks.[166]

119.    "Hezbollah has moved to establish a presence inside Iraq," one administration official said, "but it isn't clear from the intelligence reports what their intent is."[167] It was clear, however, that they were traveling through Syria and crossing the long and porous Syrian-Iraqi border to gain entry to Iraq. In November 2003, Israel's defense minister, Shaul Mofaz, went public with information that a wide range of insurgents—from Sunnis affiliated with al-Qaeda to Shia tied to Hezbollah—were crossing Syria to fight coalition forces in Iraq."[168] A few months later, American officials came to the same conclusion, noting that the Syrian regime was believed to be knowingly allowing their passage through Syrian territory, supporting an Iranian initiative to

---

[161]    Edward Pound, "Special Report: The Iran Connection."
[162]    **PX679** Marisa Cochrane, "The Fragmentation of the Sadrist Movement," *Iraq Report* 12 (January 2009), Institute for the Study of War.
[163]    Joby Warrick, "U.S. Officials to Remove Iranian Group from Terror List, Officials Say," *Washington Post,* September 21, 2012; Scott Peterson, "Iranian Group's Big-Money Push to Get off US Terrorist List," *Christian Science Monitor,* August 8, 2011,    https://www.csmonitor.com/World/Middle-East/2011/0808/Iranian-group-s-big-money-push-to-get-off-US-terrorist-list; Bahman Kalbasi, "Iran Exile Group MEK Seeks US Terror De-Listing," *BBC Persian,* September 24, 2001.
[164]    Joby Warrick, "U.S. Officials to Remove Iranian Group from Terror List, Officials Say"; Scott Peterson, "Iranian Group's Big-Money Push to Get off US Terrorist List," *Christian Science Monitor*; Bahman Kalbasi, "Iran Exile Group MEK Seeks US Terror De-Listing."
[165]    Raymond Tanter, "Iran's Threat to Coalition Forces in Iraq," PolicyWatch 827, Washington Institute for Near East Policy (Washington, DC), January 15, 2004.
[166]    Edward Pound, "Special Report: The Iran Connection."
[167]    James Risen, "A Region Inflamed: The Hand of Tehran; Hezbollah, in Iraq, Refrains from Attacks on Americans," *The New York Times,* November 24, 2003.
[168]    "Israeli Warns of Terrorist Training," *Washington Times*, November 14, 2003.

PX2

inject battle-hardened foreign fighters into Iraq.[169]

120.     By early 2005, the presence of Hezbollah operatives in Iraq became an open secret when Iraqi interior minister Falah al-Naquib announced the arrest of 18 Lebanese Hezbollah members on terrorism charges.[170] That summer U.S. military officials noted that Abu Mustafa al-Sheibani, the former Badr Corps commander, headed a network of Iraqi Shia insurgents created by the IRGC-QF. In August 2005, a *Time* magazine article reported that Sheibani had been smuggling in a "new breed" of IEDs across the border into Iraq as early as January 2005.[171] However, based on an Iraqi intelligence report dated July 11, 2001, Sheibani and the Badr Corps may have been using EFPs in Iraq as early as 2001.[172] The report described a shipment of Iranian weapons that were delivered to Badr Corps members in Diyala, Salah al-Din, and Baghdad governorates. The weapons included 107mm and 122mm rockets, as well as "conically shaped bombs filled with TNT, weighing 5-6 kg and using a locally made metal base."[173] The description of these bombs was notably similar to the description of the "new breed" of IEDs that were imported from Iran into Iraq in early 2005.[174]

121.     A Sheibani network device reportedly killed three British soldiers in Iraq in July 2005 and was responsible for at least 37 bombing attacks in the first half of 2005 alone. According to U.S. officials, Sheibani's network of some 280 operatives was believed to train in Lebanon, in Baghdad's Sadr City, and, in an apparently veiled reference to Iran, "in another country."[175]

122.     In London, British Prime Minister Tony Blair cited evidence linking Iran and Hezbollah to recent bombings in which British soldiers were killed in Iraq by a new type of explosive device. "The particular nature of those devices lead us either to Iranian elements or to Hezbollah, because they are similar to the devices used by Hezbollah, that is funded and supported by Iran," he noted.[176] Suddenly, Iran and Hezbollah's training and weapons smuggling programs had become a priority issue for coalition forces. Still, two more years passed before coalition forces learned that sometime in 2005 "senior Lebanese Hezbollah leadership" directed an experienced Hezbollah commander "to go to Iran and work with the Qods Force to train Iraqi extremists."[177] Hezbollah was about to accelerate its Unit 3800 mission in Iraq, with deadly consequences.

123.     Until this point Hezbollah's ties were primarily with Muqtada al-Sadr's Mahdi Army, for which Hezbollah provided expertise and training. But the formation of a new Iraqi government in April 2005 brought Iran's Shia allies, SCIRI and the Dawa Party, into key leadership positions. Already in 2004 splits had begun to develop within the Mahdi Army, providing Iran and Hezbollah with a variety of new splinter groups—at this point more akin to neighborhood gangs than full-fledged militias—with which they could partner. For some of these splinter groups, al-Sadr's decision to align his movement with SCIRI and the Dawa Party under

[169]     **PX689** Nathan Guttman, "U.S. Sources Claim Hezbollah Sending Combatants to Iraq," *Haaretz* (Tel Aviv), June 20, 2004.
[170]     Agence France Presse, "Lebanese Hezbollah Members Detained in Iraq: Minister," February 9, 2005.
[171]     Michael Ware, "Inside Iran's Secret War for Iraq," Time Magazine, August 15, 2005. http://content.time.com/time/magazine/article/0,9171,1093747,00.html.
[172]     **PX903** "Iraqi Intelligence Documents 4," Harmony Document ISGQ-2003-00037289, Combating Terrorism Center, https://ctc.usma.edu/harmony-program/iraqi-intelligence-documents-4-original-language-2/
[173]     **PX903** "Iraqi Intelligence Documents 4," Harmony Document ISGQ-2003-00037289.
[174]     Michael Ware, "Inside Iran's Secret War for Iraq."
[175]     Michael Ware, "Inside Iran's Secret War in Iraq."
[176]     "UK-Iraq Relations," Joint News Conference with Prime Minister Tony Blair and President Jalal Talabani, *CSPAN*, London, October 6, 2005.
[177]     Multi-National Forces-Iraq, Maj. Gen. Kevin Bergner and Brig. Gen. Michael Walsh, press conference, October 3, 2007.

PX2

the United Iraqi Alliance (UIA) umbrella for the upcoming General Assembly election in December 2005 was a step too far. Though al-Sadr's political bloc gained control of key government ministries and therefore provided new sources of income and patronage, some Mahdi Army fighters fiercely opposed the movement's turn to politics.[178]

124.    Meanwhile Iran saw in the Mahdi Army splinter groups—later known as the Special Groups—an opportunity to reproduce the successful Hezbollah model from Lebanon, but with an eye toward the unique political and social realities in Iraq.[179] Beyond wanting to maintain plausible deniability for attacks in Iraq, Iranian leaders viewed Iraqi Shia groups as a mechanism through which they could influence Iraqi politics without arousing fears among Iraqi Shia and Sunnis alike that Iran, a longtime enemy of Iraq, still held animus and hostile intentions toward the new Iraqi government. Since direct Iranian support for Shia militants aroused concerns among Iraqis about Iran's long-term intentions, Lebanese (Arab) Hezbollah made an attractive proxy for Iranian support to Shia Iraqi militants. Some 100 Shia militants traveled to Lebanon in December 2005 for military training. "They didn't teach us anything about suicide bombings, they showed us real tactics and taught our snipers," one trainee commented.[180]

125.    In early 2006, reports emerged that Imad Mughniyeh himself was seen in Iraq, in the southern city of Basra, organizing Mahdi Army fighters' travel to Iran for military training. By April he had reportedly returned to Lebanon, where his skills were needed planning the July 2006 kidnapping of Israeli soldiers that led to Hezbollah's war with Israel later that month. By some accounts this visit was not Mughniyeh's first in Iraq. One of the many variations of Mughniyeh's biography, this one promoted by Iranian military leaders, has him completing three months of basic training in Iran in the early 1980s and then traveling "with other Lebanese young men to the Iranian front and [taking] part in several daring operations behind Iraqi lines."[181]

126.    By 2006, American intelligence sources, as well as information gleaned from interviews with detainees in Iraq, revealed without a doubt that Hezbollah was training members of the Mahdi Army. A small number of Hezbollah trainers visited Iraq, according to a senior American intelligence official, but large-scale training for 1,000 to 2,000 Mahdi Army fighters took place in Lebanon. A midlevel Mahdi Army commander corroborated the U.S. intelligence in summer 2006, when he conceded that some 300 Mahdi Army fighters were sent to Lebanon, apparently to fight alongside Hezbollah during the July 2006 war. "They are the best-trained fighters in the Mahdi Army," he added.[182] Meanwhile, back in Baghdad, hundreds of armed Shi'a militants marched in support of Hezbollah during the war with Israel. Heading into weekly Friday prayers, they chanted, "Here we are, ready for your orders, oh Muqtada and Nasrallah----Woe to you, Israel! We will strike you!"[183]

127.    The fact that the Iraqi trainees traveled to Lebanon through Syria, U.S. officials added, suggested that at least some Syrian officials were complicit in the training program. Moreover, Syrian officials reportedly attended meetings together with IRGC-QF chief Qasem

[178]    Marisa Cochrane, "The Fragmentation of the Sadrist Movement."

[179]    Michael Knights, "The Evolution of Iran's Special Groups in Iraq"; **PX617** Andrew Exum, "Comparing and Contrasting Hizballah and Iraq's Militias," PolicyWatch 1197, Washington Institute for Near East Policy (Washington, DC), February 14, 2007.

[180]    Nizar Latif and Phil Sands, "Mehdi Fighters 'Trained by Hizbollah in Lebanon,'" *Independent* (London), August 20, 2007.

[181]    Alireza Nourizadeh, "Imad Mughniyeh: Hezbollah's Phantom Killed," *Al Sharq al Awsat*, February 15, 2008.

[182]    Michael R. Gordon and Dexter Filkins, "Hezbollah Said to Help Shiite Army in Iraq."

[183]    "Hezbollah-Israeli Fight Stirs Shiite-Sunni Issues," *Seattle Times*, July 22, 2006.

PX2

Soleimani and Hezbollah's Imad Mughniyeh to coordinate means of turning up the heat on U.S. forces in Iraq.[184] Several months after Mughniyeh's assassination, a senior Mahdi Army commander in Baghdad—speaking anonymously because of the sensitivity of what he was about to reveal—said that Mughniyeh had, in fact, supervised Hezbollah operations in Iraq.[185]

128.    In Washington, despite a consensus on the destructive role Iran was playing in Iraq in late 2006, debates still raged within the U.S. intelligence community over whether Hezbollah was really on the ground in Iraq and whether the group was training Iraqi militias in Iran, Lebanon, or both. Testifying before Congress in November 2006, then-CIA director Gen. Michael Hayden stated, "I'll admit personally that I have come late to this conclusion, but I have all the zeal of a convert as to the ill effect that the Iranians are having on the situation in Iraq."[186]

129.    In early 2007, Iran's political allies in the Iraqi government actually issued a diplomatic demarche demanding Tehran scale back its support for the Iraqi Shia militias, which by then were posing a tremendous security risk in the country. Iraqi officials were being killed in internecine Shia violence, possibly the result of Iran's apparent decision to intensify Shia militia activity after Hezbollah's self-declared victory in its war against Israel. Speaking in January 2007, Hezbollah chief Hassan Nasrallah told his group's satellite television station, al-Manar, that "the American occupation poses a danger to the Iraqi people and to the region." He was crystal clear on his means of rectifying the situation: "We support the option of a comprehensive Iraqi resistance, with all its aspects, especially the military aspect. We believe that the solution in Iraq begins with adopting the option of armed resistance—jihad against the occupation forces."[187] Some in the IRGC-QF "sought to replicate [Hezbollah's self-perceived] victory [against Israel] in Iraq, opening the floodgates" and providing advanced EFPs and other weapons to a range of Shia factions.[188] By mid-2007, al-Sadr was no longer coy about his organization's ties to Hezbollah. "We have formal links with Hezbollah, we do exchange ideas and discuss the situation facing Shiites in both countries.... We copy Hezbollah in the way they fight and their tactics, we teach each other and we are getting better through this."[189]

130.    In seeking to lead from behind and put an Arab face on its efforts, the Islamic Republic sent a Hezbollah master trainer—Ali Musa Daqduq—to Iran to coordinate the training program and make periodic visits to Iraq. This use of the Hezbollah leader Daqduq assuaged any Iraqi unease about working under seemingly aloof and disdainful Iranian operatives.[190] Whereas Daqduq had been informed back in 2005 that he would be traveling to Iran to work with the IRGC-QF to train Iraqi extremists, he only went to Tehran in May 2006, accompanied by the Hezbollah official in charge of Unit 3800 activities in Iraq, Yusef Hashim. In Tehran, Daqduq and Hashim met with the commander and deputy commander of IRGC-QF special external operations, who informed them of plans to monitor and report on progress in Iraq. In the year before British Special Forces captured Daqduq in Basra in late 2007, he made four trips to Iraq. He reported back to the

133       Michael R. Gordon and Dexter Filkins, "Hezbollah Said to Help Shiite Army in Iraq."
185       Hamza Hendawi and Qassim Abdul-Zahra, "Hezbollah Said to Train Shiite Militiamen in Iraq," Associated Press, July 1, 2008
186       Michael R. Gordon and Dexter Filkins, "Hezbollah Said to Help Shiite Army in Iraq."
187       Niles Lathem, "House of Jihad," New York Post, February 5, 2007.
188       Michael Knights, "The Evolution of Iran's Special Groups in Iraq."
189       Nizar Latif and Phil Sands, "Mehdi Fighters 'Trained by Hizbollah in Lebanon,'" Independent (London), August 20, 2007.
190       Iraqi Shia resented and distrusted their Iranian sponsors and trainers. Hezbollah compensated for Iran's shortcomings. See Harmony document IR 012, cited in Felter and Fishman, "Iranian Strategy in Iraq."

PX2

IRGC-QF on the Special Groups' use of mortars and rockets, their manufacture and use of improvised explosive devices (IEDs), and kidnapping operations. His overall instructions were simple: "He was tasked to organize the Special Groups in ways that mirrored how Hezbollah was organized in Lebanon."[191]

### Promised Day Brigades

131.     In the mid-2000s, some hardline Iraqi Shia militants closely aligned with Iran broke away from the Sadr movement and created new groups focused on carrying out attacks in coordination with Iran's IRGC and Qods Force. U.S.-led coalition forces captioned these hardline militant groups as "Special Groups." One of these Special Groups, the Promised Day Brigades (*Liwa al-Youm al-Mawud*) was created in 2008 as an offshoot of Muqtada Sadr's JAM. U.S. and Iraqi offensives in the spring and summer of 2008 took their toll on JAM.[192] Already in the spring of 2008, Sadr dispatched delegations to meet with spiritual advisors in Iraq and Iran to discuss the possibility of disbanding JAM.[193] In November 2008, al-Sadr created the Promised Day Brigade (PDB) to serve, in the words of a National Defense University study, "as his personal militia" which would be allowed to continue fighting U.S. and Iraqi troops even after JAM was disbanded as a militia.[194] In December 2008, a U.S. report documented the arrest of several suspected JAM militants and the seizure of a weapons cache where U.S. soldiers also found dairies explaining "why detainee joined JAM and how they traffic materials from Iran."[195]

132.     Stanford University's "Mapping Militant Organizations" projects explains that the Promised Day Brigades is one of several Iran-aligned Special Groups. The Promised Day Brigades "is one of the most prominent of these small, foreign militias, along with Asaib al-Haq (AAH) and Kataib Hezbollah (KH). The PDB is the successor organization to Shiite cleric Moqtada al-Sadr's Mahdi Army that disbanded during 2007-2008 fighting."[196] Critically, Sadr made clear that his new militant group, the Promised Day Brigades, would avoid the problems JAM suffered as a decentralized militia by having a clear chain of command and strict discipline.[197] In practice, however, Promised Day Brigades members sometimes collaborated with members of other Special Groups, in particular Kataib Hezbollah and Asa'aib al-Ahl Haq to attack on U.S. forces.[198]

133.     The Promised Day Brigades, led by longtime Sadr friend Shaykh Kazim al-Issawi, became "one of the most effective and dangerous Shia organizations fighting Coalition forces in Iraq during the period between 2007 and 2011."[199] A study by the UK think tank Chatham House

---

[191]     PX **665** Jim Garamone, "Iran Arming, Training, Directing Terror Groups in Iraq, U.S. Official Says," American Forces Press Service, July 2, 2007. https://www.army.mil/article/3890/iran_arming_training_directing_terror_groups_in_iraq_u_s_official_says.

[192]     Bill Roggio, "Mahdi Army Decimated During Recent Fighting," Long War Journal, June 26, 2008, https://www.longwarjournal.org/archives/2008/06/mahdi_army_decimated.php

[193]     Lulu Garcia-Navarro, "Sadr Considering Breakup of Mahdi Army Militia," NPR, April 7, 2008, https://www.npr.org/templates/story/story.php?storyId=89435765

[194]     **PX692** Phil Williams and Dan Bisbee, "Jaish al-Mahdi in Iraq," PRISM: The Journal of Complex Operations, National Defense University, May 24, 2016, https://cco.ndu.edu/News/Article/780108/chapter-2-jaish-al-mahdi-in-iraq/

[195]     **PX686** Michael R. Gordon and Andrew W. Lehren, "Leaked Reports Detail Iran's Aid for Iraqi Militias," *New York Times*, October 22, 2010, https://www.nytimes.com/2010/10/23/world/middleeast/23iran.html

[196]     "Promised Day Brigades," Mapping Militant Organizations, Stanford University, Last update August 27, 2012, https://web.stanford.edu/group/mappingmilitants/cgi-bin/groups/view/249#cite15

[197]     **PX609** "Jaysh al-Mahdi," Institute for the Study of War, http://www.understandingwar.org/jaysh-al-mahdi

[198]     Michael Knights, "The Evolution of Iran's Special Groups in Iraq," CTC Sentinel, November 2010, https://ctc.usma.edu/the-evolution-of-irans-special-groups-in-iraq/

[199]     Nicholas A. Heras, "Shia Popular Mobilization Units in a Post-Islamic State Iraq: A Look at Peace Brigade Commander

**PX2**

explains Iran's control and sway over the Special Group militias, including the Promised Day Brigades:

> The IRGC leader, Qassim Soleimani, understood how to navigate between the competing networks to take advantage of their weak horizontal ties. He designed a military structure that interfaced effectively with smaller units across the Sadrist network. According to [Special Group leader Qais al-]Khazali, by this stage, Sadrist paramilitaries were receiving around $2 million per month from Iranian sources, totaling $24 million per year (not including extensive training and other materiel). Internal conflict was at times managed through Soleimani's mediation.[200]

134.    According to a RAND Corporation study, "Iran provided the Promised Day Brigade with significant amounts of funding and training through 2011."[201] Iran and Sadr have not always seen eye to eye, but Iran funds the Promised Day Brigades to maintain a measure of influence over the group. Still, Sadr "is more than willing to accept funding and material support from the IRGC-QF."[202] According to the Stanford University Militant Mapping Project, this support runs into the hundreds of millions of dollars:

> The PDB allegedly receives hundreds of millions of dollars in financial assistance from the government of Iran. However, Iran contributes far less to the PDB than it does to other Shiite militias. Al-Sadr has intentionally limited Tehran's control over the force, primarily for political reasons. Still, Iranian money and weapons continue to flow to al-Sadr and the PDB because of a mutual animosity towards the U.S. and its policies.[203]

135.    The Promised Day Brigades' ties to Iran run deep. In late 2009, U.S. forces captured a Promised Day Brigades commander "allegedly tied to PDB leaders operating from safe havens in Iran."[204] In its annual report on global terrorism for 2010, the State Department noted that "Iran continued to fund, train, and provide weapons and ammunition to Shia extremist groups that carried out attacks against Iraqi and U.S. forces. Although attacks by these groups have decreased, their Iranian-supported networks continued to operate throughout Iraq's southern provinces." The State Department report reported that Iraqi Security Forces "also carried out operations throughout southern Iraq and in Baghdad against extremists trained and equipped by Iran, including the Promised Day Brigade and Kata'ib Hezbollah (Brigades of the Party of God)."[205] The following year, the U.S. ambassador in Iraq and U.S. military commanders there both pointed to the Promised Day Brigades, along with other Special Groups, as the groups responsible for a particularly brutal

---

Shaykh Kazim al-Issawi," Militant Leadership Monitor, Jamestown Foundation, May 2, 2017, https://jamestown.org/brief/shia-popular-mobilization-units-post-islamic-state-iraq-look-peace-brigade-commander-shaykh-kazim-al-issawi/

[200]    Renad Mansour, "Networks of Power: The Popular Mobilization Forces and the State in Iraq," Chatham House, February 2021, https://www.chathamhouse.org/sites/default/files/2021-02/2021-02-25-networks-of-power-mansour.pdf

[201]    Richard R. Brennan, Jr., Charles P. Ries, Larry Hanauer, Ben Connable, Terrence K. Kelly, Michael J. McNerney, Stephanie Young, Jason Campbell, K. Scott McMahon, "Ending the U.S. War in Iraq," RAND Corporation, 2013, https://www.rand.org/pubs/research_reports/RR232.html

[202]    Ibid.

[203]    "Promised Day Brigades," Mapping Militant Organizations, Stanford University, Last update August 27, 2012, https://web.stanford.edu/group/mappingmilitants/cgi-bin/groups/view/249#cite15

[204]    Bill Roggio, "Iraqi Troops Capture Mahdi Army Military Leader," Long War Journal, December 9, 2009, https://www.longwarjournal.org/archives/2009/12/iraqi_troops_capture_1.php

[205]    **PX206** "Country Reports on Terrorism, 2010," U.S. Department of State, 2011, P 84-85, https://2009-2017.state.gov/documents/organization/170479.pdf

PX2

series of attacks targeting U.S forces.[206]

## H. **Hezbollah's Training Program for Iraqi Insurgents**

136.    So it was that Hezbollah, at Iran's behest, helped develop a sophisticated training program for Shia militants from Iraq. Some training occurred in Iraq, reportedly at the Deir and Kutaiban Camps east of Basra near the Iranian border. According to statements from detained Special Groups members, Hezbollah trainers numbered no more than ten at a time. Trainers, including Daqduq, always kept a low profile and never stayed in Iraq for very long, moving back and forth across the Iranian border.[207]

137.    In Iran, Hezbollah and IRGC-QF instructors ran a well-organized training program in which Daqduq was directly involved.[208] The outsourcing of training to Hezbollah spoke volumes for Iran's regard for the group's professionalism as terrorist trainers. The use of Hezbollah also averted Iraqi militants' complaints about the religious indoctrination included in the Iranian training programs, which were generally uninspiring and taught by sheikhs who did not speak Arabic well.[209]

138.    According to documents seized by coalition forces, a formal selection process for prospective trainees considered the needs identified by Special Groups leaders but also set minimal qualifications for admittance. Candidates had to be able to read and write, for example, but Special Groups leaders also sought open-minded, strong, mature, and responsible people who demonstrated acumen for organizational skills and were "not a problem."[210] The IRGC-QF and its Hezbollah instructors trained 20 to 60 Iraqis at a time, in sessions generally lasting 20 days.[211]

139.    Iraqi militants selected to train in Iran traveled to camps well inside the country through several well-organized ratlines, a mirror image of those moving weapons into Iraq. According to the statements of Iraqi detainees, Amara, a city in southeastern Iraq, served as a hub for the movement of militants into Iran. Iraqi militants flocked to Mahdi Army and Special Groups safe houses in Amara from the predominantly Shia areas where they were recruited. One Special Groups militant described the process, as summarized in a U.S. intelligence report:

> When the training travel was ready, [redacted] would call the SG (Special Group) areas and have the trainees travel to Amara. The trainees would usually travel by taxi, a seven to eight passenger vehicle, to the Baghdad garage in Amara. Once in Amara, the trainees would contact [redacted] and inform him of their arrival. [Redacted] would arrange to have someone, usually [redacted][,] meet the trainees and take them to an Amara SG safe house. [Redacted] would meet the trainees at the safe house where he would provide each 100 USD, brief them on their travel and what to be aware of, and verify their passports. The trainees would then wait at the safe house until [redacted] told them it was time to depart for Iran. The trainees would again use taxis, usually seven to eight person vehicles, in their travel to the

---

[206]    **PX636** Ed O'Keefe and Joby Warrick, "Weapons Prove Iranian Role in Iraq, U.S. Says." *The Washington Post*, July 5, 2001,                          https://www.washingtonpost.com/world/war-zones/weapons-prove-iranian-role-in-iraq-us-says/2011/07/05/gHQAUnkmzH_story.html

[207]    Hamza Hendawi and Qassim Abdul-Zahra, "Hezbollah Said to Train Shiite Militiamen in Iraq."

[208]    Jim Garamone, "Iran Arming, Training, Directing Terror Groups in Iraq, U.S. Official Says."

[209]    Harmony document IR 011, cited in Felter and Fishman, "Iranian Strategy in Iraq."

[210]    Felter and Fishman, "Iranian Strategy in Iraq."

[211]    Jim Garamone, "Iran Arming, Training, Directing Terror Groups in Iraq, U.S. Official Says."

PX2

Iranian and Iraqi border.[212]

140.     Some trainees reported crossing the border legally, others illegally. Either way, once across they met Iranian guides who escorted them to safe houses and hotels in the nearby Iranian border towns of Ahvez and Kermanshah. From there, the IRGC-QF arranged for the trainees to catch flights to Tehran. Once in Iran's capital, Special Groups members stayed in apartments on the city's outskirts, where preliminary training took place indoors. Trainees also described riding a bus two or three hours away from Tehran to "military style training complexes manned by uniformed Iranian soldiers."[213]

141.     Despite the pledges of senior Iranian leaders to cease such support, Defense Intelligence Agency director Gen. Ronald Burgess told Congress in 2010, "Iran continues to provide money, weapons and training to select Iraqi Shia militants and terrorists." In Iran, Gen. Burgess added, "the Qods Force or Lebanese Hezbollah-led training includes: small arms, reconnaissance, small unit tactics, and communications." The training that the IRGC-QF and Hezbollah provided shed significant light on the kinds of operations Iran sought to see proliferate in Iraq. In particular, the focus was on providing elite trainees the "training, tactics and technology" to conduct assassinations and kidnappings and handle IEDs and EFPs. Other training focused on intelligence and sniper operations.[214]

142.     The 20-day basic training course experienced by most trainees covered paramilitary skills and basic weapons training, including training with mortars, IEDs, and small arms. Among graduates, a smaller number were selected for a more intense, advanced paramilitary course that stressed advanced operations and tactics. Trainees in this course were expected to take on leadership roles, and the topics therefore included logistics and support, weapons employment, explosives engineering, tactics, and information operations.[215]

143.     For an even more select group, the IRGC-QF and Hezbollah offered two additional programs: a master trainer program and an elite Special Forces course. Given the cost, logistical barriers, and other risks associated with covertly bringing Iraqis to Iran for training, instituting a "train the trainer" component to the IRGC-QF/Hezbollah program made sense. Far more trainees could be reached if Iraqi instructors could offer training courses in Iraq. As one Special Groups recruiter told a trainee selected for a third round of training in Iran, this time for the master trainer course, "I want to send you over there because you're an educated guy, so we'll send you to Iran … You're gonna have some experiences and with this experience you're gonna pass it to your friends."[216] Iran did not want its fingerprints all over the training program, a detained Iraqi militant later explained, seeking instead to develop an independent Iraqi training program that could not be traced back to the Islamic Republic.[217]

144.     Over the course of 2006-2007, several Special Groups members noted in their debriefings, 16 operatives made several trips to Iran to take the master trainer course. Four specialized in EFPs; four in mortars and rockets; four in conventional weapons; and four in tactical and guerrilla warfare such as booby traps, kidnappings, and attacks on coalition bases and

---

212     Harmony document IR 007, cited in Felter and Fishman, "Iranian Strategy in Iraq."
213     Felter and Fishman, "Iranian Strategy in Iraq."
214     Jim Garamone, "Iran Arming, Training, Directing Terror Groups in Iraq, U.S. Official Says."
215     Harmony document IR00I, in Felter and Fishman, "Iranian Strategy in Iraq."
216     Quote from MNF-I debriefing, cited in Felter and Fishman, "Iranian Strategy in Iraq."
217     Harmony document IR002, cited in Felter and Fishman, "Iranian Strategy in Iraq."

convoys.[218] In April 2008, a U.S. senator asked General Petraeus if it would be fair to say that Iranian-backed Special Groups in Iraq were responsible for killing hundreds of American soldiers and thousands of Iraqi soldiers and civilians. "It certainly is," Petraeus answered.[219]

145.     As for the Special Forces training, that seems to have been tailored to specific trainees or specific needs. Some detained militants described a 30-day course that included swimming, diving, fitness, and driving. Others described a 12-day course focused on tactics and use of the Iranian-produced Strella antiaircraft missile, courses on advanced sniper skills, and even the unenviable though critical courses in administration and management. Interestingly, some of these courses were offered in Lebanon as well as Iran.[220]

146.     Some Iraqi Shia traveled through Iran en route to Syria and then Lebanon, where they were trained by Hezbollah experts. These trainees made their way to Tehran using the same facilitation networks as those remaining in Iran for training, but then caught flights to Syria and traveled overland from Damascus International Airport to and across the Lebanese border. Excerpts from a U.S. intelligence report, which paraphrases a detained Iraqi militant's description of his travel to a training camp in Lebanon, document the operational security involved in transporting the Iraqi Shia militants from the Damascus airport to Lebanon. Upon his arrival in Damascus on a commercial flight from Iran, the detainee and his fellow Iraqi trainees were met halfway down the jetway by an unidentified male who collected their tickets and baggage tags. They were led away from the passenger terminal to the airport operations area, where they boarded a bus. After driving through farmland, the trainees were instructed to board different vehicles operated by Lebanese drivers.[221]

147.     Some of the Iraqi trainees appear to have been selected for additional training in Lebanon after completing some training in Iran. In other cases, possibly those of more experienced fighters, candidates went straight to Lebanon without first training in Iran. Hezbollah and IRGC instructors both reportedly concurred that the paramilitary training Hezbollah provided in Lebanon was superior to the training provided in Iran.[222] Whereas most Iraqi trainees appear to have attended a three- to four-week course focused on management of paramilitary activities, others attended courses on management of personnel and project planning and still others on advanced intelligence training, with an emphasis on collecting intelligence on coalition forces in Iraq. Meanwhile, even as Hezbollah trained Iraqi militants in Lebanon on behalf of the IRGC-QF, the IRGC-QF continued to operate training camps of its own in Lebanon, where, the head of the Defense Intelligence Agency testified, it trains Hezbollah operatives "and other fighters."[223]

148.     Wherever they trained, Iraqi militants could never have been as lethally effective as they were without the $750,000 to $3 million a month in funding and arms they received from Iran. "Without this support," U.S. military authorities concluded, "these special groups would be hard pressed to conduct their operations in Iraq."[224] Asked the source of the 107-millimeter rockets

---

[218]     Harmony documents IR009, IR016, IR013, and IR011, cited in Felter and Fishman, "Iranian Strategy in Iraq."
[219]     U.S. Congress, Senate Committee on Armed Services, *The Situation in Iraq and Progress by the Government of Iraq in Meeting Benchmarks and Achieving Reconciliation: Hearing before the Committee on Armed Services*, 110th Cong., 2d sess., April 8-10, 2008, Statements of Gen. David H. Petraeus and Ambassador Ryan Crocker.
[220]     Harmony documents IR004, IR014, IR020, IR002, IR016, cited in Felter and Fishman, "Iranian Strategy in Iraq."
[221]     Harmony document IR014, cited in Felter and Fishman, "Iranian Strategy in Iraq."
[222]     Harmony documents IR001, IR005, cited in footnote 61 in Felter and Fishman, "Iranian Strategy in Iraq," p. 64.
[223]     **PX371** U.S. Congress, Senate Committee on Armed Services, *Iran's Military Power: Hearing before the Committee on Armed Services,* 111th Cong., 2d sess., April 14, 2010, Statement of Lt. Gen. Ronald L. Burgess Jr.
[224]     Jim Garamone, "Iran Arming, Training, Directing Terror Groups in Iraq, U.S. Official Says."

PX2

Shia insurgents were firing on the Green Zone in Baghdad, General Petraeus replied succinctly, "They come from Iran." By early 2008, 107-millimeter rockets were turning up in seized weapons caches, with 45 found in one cache alone, which also included several thousand pounds of explosives, all from Iran. Included among detainees who explained the Special Groups' process to officials were IRGC-QF operatives and Special Groups leaders and financiers.[225] Speaking in summer 2008, Iraqi president Jalal Talabani acknowledged that "there have been several occasions" when Hezbollah operatives or people who "claim to belong to Hezbollah" were detained in Iraq. Aside from Ali Musa Daqduq, Iraqi military sources noted the April 2008 arrest of a Hezbollah operative identified only as Faris.[226]

149.   As a result of Iran and Hezbollah's training program, the Special Groups quickly became one of the most pressing security challenges in Iraq. "Unchecked," General Petraeus told the Senate Armed Services Committee in April 2008, "the special groups pose the greatest long-term threat to the viability of a democratic Iraq."[227] Over time Hezbollah provided the Iraqi insurgents "with the training, tactics and technology to conduct kidnappings, small unit tactical operations, and employ sophisticated improvised explosive devices (IEDs), incorporating lessons learned from operations in Southern Lebanon," according to an April 2010 Pentagon report.[228] In Iraq, Shia militants were now far better trained in the specialized capabilities needed to carry out daring kidnapping and assassination attacks targeting coalition forces. It would not take long before Hezbollah operatives would begin directing Iraqi militants in the execution of exactly such operations.

150.   Hezbollah's presence and activities in Iraq were a cornerstone of Iran's strategy for training Arabic-speaking Iraqi militants, coopting Iraq's Arab politicians, and muscling in on Iraq's economy. As Persian Shia, Iranians themselves were often not as well-placed as their Lebanese Hezbollah partners to take on these roles. Hezbollah also gave Iran a measure of reasonable deniability for its actions in Iraq, and drew upon Hezbollah's extensive training and experience fighting Israeli forces. Hezbollah also helped Iran perfect the art of deploying improvised explosive devices (IED's) and explosive formed penetrators (EFPs), a knowledge-set Iran was keen to draw upon.

## I.   <u>Hezbollah-Directed Attacks Targeting Coalition Forces</u>

151.   A 2009 report on Hezbollah's IJO (also known as the External Services Organization, or ESO) by the Australian attorney general is particularly interesting because of its conclusion that Hezbollah's activities in Iraq went much further than simply training Iraqi Shia militants tied to Iran: "Hizballah has established an insurgent capability in Iraq, engaging in assassinations, kidnappings and bombings. The Hizballah units have been set up with the encouragement and resources of Iran's Revolutionary Guards al Qods Brigades. Hizballah has also established a special training cell known as Unit 3800 (previously known as Unit 2800)

---

[225]   U.S. Congress, Senate Committee on Armed Services, *The Situation in Iraq and Progress by the Government of Iraq in Meeting Benchmarks and Achieving Reconciliation: Hearing before the Committee on Armed Services*, 110th Cong., 2d sess., April 8-10, 2008, Statements of Gen. David H Petraeus and Ambassador Ryan Crocker.

[226]   Hamza Hendawi and Qassim Abdul-Zahra, "Hezbollah Said to Train Shiite Militiamen in Iraq."

[227]   U.S. Congress, Senate Committee on Armed Services, *The Situation in Iraq and Progress by the Government of Iraq in Meeting Benchmarks and Achieving Reconciliation: Hearing before the Committee on Armed Services,* 110th Cong., 2d sess., April 8-10, 2008, Statements of Gen. David H. Petraeus and Ambassador Ryan Crocker.

[228]   Unclassified Report on Military Power of Iran, Congressionally Directed Action, April 2010, 3.

PX2

specifically to train Shia fighters prior to action in Iraq."[229] The Australian report provides no details regarding the assassinations, kidnappings, and bombings it attributes to Hezbollah in Iraq. But the U.S. military also uncovered evidence, albeit limited, suggesting Hezbollah may have run operations of its own in Iraq. A U.S. intelligence report includes the assessment of an Iraqi militant who believed one of his Hezbollah trainers in Iran seemed to have previously been involved in covert activities in Iraq. Paraphrasing the Iraqi militant's statement, the intelligence report relayed the detainee's information:

> [Redacted] is the Lebanese Hezbollah trainer in charge of the training camp [Detainee] attended in Iran. . . . [Detainee] thinks [redacted] has operated in Iraq because [redacted] always used to talk about how Iraqi food is not good and how the Iraqis do not have good water. [Redacted] would drop hints like this to let the trainees know that [redacted] has worked in Iraq. [Redacted] was one of the more respectful of the LH [Lebanese Hezbollah] trainers, and appeared to demonstrate some knowledge of Iraqi culture. [Redacted] would say things about Iraq in a way that let the trainees know that [redacted] has been to Iraq before. There are two kinds of LH, the kind you see on television, and the secret underground kind. All the trainers in Iran were the secret LH. If [redacted] was in Iraq it would not be for a trip, [redacted] would only go to do secret LH work. [Redacted] spoke Iraqi dialect very well but it was still apparent that [redacted] was Lebanese.[230]

152.    Nor were the Australians and Americans alone in their concern over Hezbollah operational activities in Iraq targeting their soldiers. British forces had a particular interest in Hezbollah activity in Iraq, beyond the fact that the area of southern Iraq under their control, and the city of Basra in particular, was a hotbed of Iraqi Shia extremist activity and a ratline for travel to training camps in Iran and Lebanon. In particular, while British officials first viewed the evidence skeptically, they ultimately concluded that "British soldiers were being killed by Shia special groups at a depressing and, it appeared, rising rate."[231] Then, on May 29, 2007, Hezbollah-trained Iraqi militants kidnapped five British citizens in a brazen attack on the Iraqi Ministry of Finance.

153.    The operation began just before noon that Monday, when a convoy of SUVs of the type used by the Iraqi government pulled into the compound. In a flash, gunmen wearing Iraqi police uniforms abducted the five British civilians from the ministry—a technology consultant and his civilian security guards—without firing a shot.[232] The assault utilized the precise type of training Hezbollah had already been providing Iraqi Shia militants, so accusations of Hezbollah's supervision of the attack by two Iraqi parliamentarians came as little surprise.[233] In time, evidence emerged strongly indicating that the hostages were quickly secreted across the border into Iran, where they were held in IRGC-QF facilities, and the four civilian security guards subsequently executed.[234]

---

[229]    **PX505** Australian Government, Attorney General's Department, "Hizballah External Security Organisation," May 16, 2009.

[230]    Harmony document IR005, cited in Felter and Fishman, "Iranian Strategy in Iraq."

[231]    Mark Urban, *Task Force Black*, p. 214.

[232]    Damien Cave, "Gunmen in Police Uniforms Kidnap 5 British Civilians," *The New York Times*, May 30, 2007. In an interesting twist, the finance minister at the time was himself a senior SCIRI official and a former Badr Corps commander.

[233]    Duncan Gardham, "Hizbollah 'Planned Kidnap of British Workers in Iraq,'" *Telegraph* (London), July 2, 2008.

[234]    Mona Mahmoud, Maggie O'Kane, Guy Grandjean, "Revealed: Hand of Iran Behind Britons' Baghdad Kidnapping,"

PX2

154.   Peter Moore, the British technology consultant, was reportedly targeted—according to a yearlong investigation by the *Guardian* newspaper—because he was installing software specifically engineered to track the billions of dollars in international aid and oil revenue flowing through Iraqi government coffers. The investigation determined that a vast amount of international aid was being diverted to Iran's militant proxies in Iraq, prompting the operatives to kidnap Moore before the software installation was complete. According to a former IRGC member, IRGC-QF operatives participated in the raid itself.[235] "This was not a conventional kidnapping," an individual involved in the early investigation into the attack commented. "We were dealing with people who were obviously killers." The British embassy received a package with five fingers with a note saying the fingers belonged to the five British hostages, DNA testing proved the claim untrue, but the case clearly wore on British decision makers.[236] Ultimately Moore was released after 946 days in captivity in exchange for Qais Khazali, the Shia militant leader who was detained in the same raid as Hezbollah's Ali Musa Daqduq.

155.   In July 2008, the British government extended its proscription of Hezbollah's ESO (IJO) to include "the military wing of Hezbollah in its entirety, including the Jihad Council and all units reporting to it including the Hizballah External Security Organisation [ESO]." The explanatory memorandum to the proscription order, which underpins the action, stressed Hezbollah's "provision of training and logistical and financial support to terrorist groups in Iraq and Palestine." Prime Minister Gordon Brown emphasized that the broadened proscription order was issued "solely on the grounds of new evidence of its involvement in terrorism in Iraq and the occupied Palestinian territories."[237] Some of that evidence, it appears, centered on operations directed and supported by Hezbollah targeting British forces and civilians in Iraq, as in the May 2007 attack on the Iraqi Finance Ministry.

156.   Hezbollah had long ago been designated as a terrorist group by the United States,[238] but in October 2007 the Treasury Department designated the IRGC-QF a terrorist group as well.[239] Aside from the IRGC-QF's support to Palestinian terrorist groups and the Taliban, Treasury noted that the group "provides lethal support in the form of weapons, training, funding, and guidance to select groups of Iraqi Shi'a militants who target and kill Coalition and Iraqi forces and innocent Iraqi civilians." The May 2007 Finance Ministry attack likely ranks among the events that contributed to the decision to designate the IRGC-QF. But that event did not occur in isolation. It followed the no-less-daring and bold January 20, 2007, attack on the Provincial Joint Coordination Center in Karbala and the March 20, 2007, British Special Forces raid that led to the arrest of Hezbollah operative Ali Musa Daqduq, who directed the attack—along with the Khazali brothers, who led it—in Basra.

---

*Guardian* (London), December 30, 2009.
235    Mona Mahmoud, Maggie O'Kane, Guy Grandjean, "Revealed: Hand of Iran Behind Britons' Baghdad Kidnapping."
236    Deborah Haynes, "Peter Moore Went for a Job–And Ended up as a Hostage for 946 Days," *Times* (London), December 30, 2009.
237    **PX519** Stephen Jones, "The UK Government's Decision to Proscribe the Military Wing of Hezbollah," Standard Note SN/IA/4791, International Affairs and Defence Section, House of Commons Library, July 10, 2008; **PX504** Alexander Home, "The Terrorism Act 2000: Proscribed Organisations," Standard Note SN/HA/00815, Home Affairs Section, House of Commons Library, December 7, 2011.
238    **PX23** Foreign Terrorist Organizations, Bureau of Counterterrorism, U.S. Department of State. https://www.state.gov/j/ct/rls/other/des/123085.htm.
239    Designation of Iranian Entities and Individuals for Proliferation and Support for Terrorism, U.S. Department of the Treasury, October 25, 2007. https://home.treasury.gov/news/press-releases/hp644.

**PX2**

### J.    The January 20, 2007 Karbala Attack

157.    In the early evening of January 20, 2007, American military officers and their Iraqi counterparts met at the Provincial Joint Coordination Center ("PJCC") in Karbala, about 30 miles south of Baghdad, to coordinate security for the upcoming celebrations of the Shia holiday of Ashura.[240] It was just after nightfall when a convoy of approximately eight black GMC Suburban trucks—the preferred vehicles of U.S. government contractors—made their way through the two southern checkpoints approaching the PJCC. The trucks carried about a dozen English-speaking men dressed in U.S. military-style fatigues, carrying American-type weapons and fake identity cards. At the checkpoints, Iraqi Police assumed the convoy was just another U.S. security team.[241] It was not.

158.    The assailants, trained to carry out "terrorist-style kidnappings" by Iran's IRGC-QF and Hezbollah, knew exactly where American soldiers would be situated on the compound and headed directly there. After they entered the compound, the assailants conducted a coordinated attack on the PJCC's main building, barracks, and rear gate, while others set off explosives throughout the compound, damaging three U.S. military Humvees.[242] One soldier was killed and three wounded as the assailants attempted to storm the Communications room in the main building. Simultaneously, the assailants stormed the Officers' Room adjacent to the Communications room.[243] After grabbing two soldiers and an unclassified U.S. military computer from the Officers' Room, the assailants captured two more soldiers, and fled the compound.[244] The convoy drove east, crossing into Babil province, where it was stopped by an Iraqi Police checkpoint. Realizing that their escape route was compromised, the assailants detoured onto a back road, prompting the Iraqi Police to pursue the fleeing convoy. The assailants abandoned five SUVs on a backroad near the town of Mahawil and fled.[245] Not far behind, Iraqi Police caught up with the abandoned vehicles, where they also found uniforms, boots, radios, a rifle, and the four abducted U.S. soldiers, only one of them still alive. Two of the soldiers were found in the back of one of the SUVs, handcuffed and shot dead. A third soldier was found dead on the ground, also shot. Nearby, the fourth soldier, who had been shot in the head but was alive, was rushed to the hospital but died on the way there.[246]

159.    Just days after the attack, Lt. Col. Scott Bleichwehl, spokesman for Multi-National Division-Baghdad, said, 'The precision of the attack, the equipment used and the possible use of explosives to destroy the military vehicles in the compound suggests that the attack was well rehearsed prior to execution,"[247] Bleichwehl's suspicions were confirmed two months later when Hezbollah senior operative Ali Musa Daqduq and Qais al-Khazali, leader of one of the radical Shia "Special Groups" that broke away from Muqtada al-Sadr's Mahdi Army, were captured in southern Iraq on March 20.[248] Documents captured with al-Khazali showed that the Qods Force

---

[240]    U.S. Army Report titled "15-6 Investigation – Attack at the Karbala PJCC – 20 January 2007," revised February 27, 2007, Findings, p. 3, Ex. B.
[241]    *Id.*, Findings, p. 1.
[242]    *Id.*, Findings, p. 5.
[243]    *Id.*, Findings, pp. 6-7.
[244]    *Id.*, Findings, p. 7.
[245]    *Id.*, Findings, pp. 2-3.
[246]    *Id.*, Findings, pp. 9-10, Exs. A and Q.
[247]    Steven R. Hurst and Qassim Abdul-Zahra, "Four Troops Abducted, Killed in Iraq Attack."
[248]    "U.S. Accuses Hezbollah of Aiding Iran in Iraq," *The New York Times*, July 2, 2007; Associated Press, "US Alleges Iran using Lebanese Hezbollah as 'Proxy' in Iraq," *Haaretz* (Tel Aviv), January 2, 2007.

PX2

had gathered detailed information on "soldiers' activities, shift changes and defenses" at the U.S. base in Karbala, "and this information was shared with the attackers."[249] One document seized in the raid in particular caught the attention of U.S. analysts: a 22-page memorandum that "detailed the planning, preparation, approval process and conduct of the [Karbala] operation," among others.[250] Shortly thereafter, the trade magazine *Aviation Week & Space Technology* reported, U.S. spy satellites spotted a training center in Iran complete with a mockup of the Karbala PJCC. "The U.S. believes the discovery indicates Iran was heavily involved in the attack, which relied on a fake motorcade to gain entrance to the compound. The duplicate layout in Iran allowed attackers to practice procedures to use at the Iraqi compound, the Defense Department believes."[251]

160.    Indeed, in a March 2007 assessment General Petraeus noted Iran's hands-on support to Iraqi Shia extremists, including provision of training for 100 JAM members in Iran who were then infiltrated back into Iraq for the purpose of targeting Sunnis and attacking a forward operating base (FOB) in south Baghdad. According to Petraeus, "the five page Qais Khazali sworn statement, made last week and marked with his fingerprints, is an unequivocal indictment of Iranian interference. His statement, along with those of his brother and other detainees, provides incontrovertible evidence that Iran is arming, funding, training, equipping, and advising Shi'a extremists operating in Iraq." Petraeus continued, "As Qais asserted, without Iranian funding, JAM special groups would not be able to function."[252]

161.    Regarding training camps in Iran, Petraeus wrote: "We also received reports this week of 100 JAM members who had been trained in Iran and have infiltrated back into Iraq, with the goal of targeting Sunnis and attacking one of the FOBs in south Baghdad. The reports indicate they received training in sniper operations, explosives, small unit tactics, ambushes, and IED emplacement."[253]

162.    In time U.S. forces learned that the attack on the Karbala PJCC was commanded by Sheikh Azhar al-Dulaymi, a Sunni convert to Shia Islam and wanted Iraqi militant tied to Qais al-Khazali. Al-Dulaymi, the military learned, was trained by Hezbollah operatives near the city of Qom, Iran, where he learned how to execute military-style, precision kidnappings. The goal was to kidnap U.S. or British military personnel and take the captives to the Shia stronghold of Sadr City in Baghdad.[254] Although a tactical success, the Karbala operation was a strategic failure, given that the goal had been to kidnap, not kill, American soldiers. And in the aftermath of the attack, coalition forces exposed the extent to which Iranian and Hezbollah agents were involved in training, equipping, organizing, and in some cases directing Shia militants in Iraq.

## K.    The Capture of Qais Khazali and Ali Musa Daqduq al-Musawi

163.    In the world of counterinsurgency special operations, the material seized in each raid feeds the intelligence machine, which churns out further leads and targets. Not only are suspects detained and questioned, but everything from documents, cell phones, and computers to

---

249    "U.S. Accuses Hezbollah of Aiding Iran in Iraq," *The New York Times*, July 2, 2007.
250    **PX374** U.S. Department of Defense, Office of the Assistant Secretary of Defense, "News Briefing with Gen. Petraeus from the Pentagon," April 26, 2007.
251    Bill Roggio, "U.S. Finds Karbala PJCC Mockup Inside Iran," *Long War Journal*, June 9, 2007.
252    **PX942** MNF-I CDR Weekly SECDEF Updates_296 to 313.pdf, document provided by Plaintiffs.
253    **PX942** MNF-I CDR Weekly SECDEF Updates_296 to 313.pdf, document provided by Plaintiffs.
254    Rowan Scarborough, "Iraqi Insurgent Linked to Iran"; James Glanz et al., "The War Logs: Secret Dispatches from the War in Iraq," *The New York Times.*

receipts, scraps of paper, and other "pocket litter" are seized and culled for actionable intelligence. It was just such a cycle of executing raids, processing intelligence, and executing more raids that led British Special Forces to raid a location in Basra, Iraq, looking for the Khazali brothers. This plus "a lot of exploitation of human intelligence in southern Iraq over a period of eighteen months" enabled British forces to track militants' movement along key ratlines and pinpoint key locations along the way. When specific information surfaced about the Khazalis' whereabouts, an operation was quickly crafted to raid their location on the night of March 20, 2007.[255]

164.    Members of the British Special Air Service (SAS) G Squadron stormed the Basra house where intelligence indicated Laith Khazali was located, and they arrested the two brothers.[256] To the SAS commandos' surprise, they also encountered a middle-aged man who appeared to be deaf and mute. The man's ability to uphold the cover story for several weeks indicates the professionalism of his counterintelligence and resistance-to-interrogation (R2I) training. But ultimately, faced with evidence seized at the time of his arrest—including false identification and documents linking him to Hezbollah—the middle-aged man admitted to being a Lebanese national and senior Hezbollah operative by the name of Ali Musa Daqduq al-Musawi.[257]

165.    "Someone with a Lebanese background is going to speak with a very specific Lebanese dialect," a U.S. military spokesman noted, explaining why Daqduq pretended to be a deaf mute in an effort to conceal his affiliation with Hezbollah.[258] A central element of R2I training typically involves teaching operatives that while everyone ultimately breaks down and provides information under interrogation, the ability to resist providing this information for the first few days is critical, allowing accomplices time to escape, cover their tracks, and regroup. Daqduq lasted several weeks before he disclosed his true identity to coalition forces, but the trove of materials confiscated at his arrest had already led analysts from the Basra raid back to Hezbollah and the IRGC-QF and straight to a string of attacks targeting British and U.S. forces, including the attack on the Karbala PJCC.

166.    In early July 2007, Multi-National Forces-Iraq (MNF-I) held a press conference to announce, among other things, the capture two and a half months earlier of the Khazali brothers and Ali Musa Daqduq. Aided by PowerPoint slides, the military spokesman described Daqduq as the commander of a Hezbollah special operations unit who "led Hezbollah operations in large areas of Lebanon" and had been a "Lebanese Hizballah senior leader since 1983."[259] As one of the early members of Hezbollah, founded following the 1982 Israeli invasion of Lebanon, Daqduq, a member of the Musawi clan, would have had an inside track to Hezbollah's Special Security Apparatus, of which the IJO would become a key component. By 2007 Daqduq had served in several high-level positions, including a stint as the coordinator of Hezbollah chief Hassan Nasrallah's security detail. According to several reports, material seized at Daqduq's arrest led authorities down a trail that ended at the front door of Imad Mughniyeh, who would be assassinated seven months after Daqduq's capture. Although never confirmed, Daqduq may have been a

---

[255]    Mark Urban, *Task Force Black*, p. 224.

[256]    Mark Urban, *Task Force Black*, p. 222.

[257]    **PX964** Jim Garamone, "Iran Arming, Training, Directing Terror Groups in Iraq, U.S. Official Says";
U.S. Military Commission Charge Sheet for Ali Musa Daduq al Musawi, ISN Number 311933, January 3, 2012; Mark Urban, *Task Force Black*, pp. 224-225.

[258]    Jim Garamone, "Iran Arming, Training, Directing Terror Groups in Iraq, U.S. Official Says."

[259]    **PX300** "Ali Musa Daqduq: False Identification Documents," slides accompanying press briefing with Brig. Gen. Kevin Bergner.

PX2

member of Mughniyeh's inner circle.[260]

167.    When Daqduq was captured in Iraq, he held multiple false identity cards but purported—while still pretending to be deaf and mute—to be an Iraqi named Hamad Mohamed Jabarah Alami. In some of his false IDs, he appeared wearing a black robe and turban, in others an open-collar dress shirt. His various ID cards featured his photograph and identified him as an employee of different Iraqi government agencies, including one for the Council of Ministers and another for the Ministry of Agriculture.[261] Daqduq, however, was neither an Iraqi citizen nor an employee of the Iraqi government. Instead "he was in Iraq working as a surrogate for Iranian Revolutionary Guard Corps Qods Force operatives involved with special groups."[262]

168.    Most damning for Daqduq and the Khazali brothers was the collection of detailed documents in Daqduq's possession at the time they were captured. Daqduq, the documents revealed, was personally involved in violent operations in Iraq. For example, in his personal diary Daqduq recorded his involvement in a plot to kidnap a British soldier. "The operation is to infiltrate two brothers to the base to detain a British soldier in the first brigade from the bathrooms by drugging him," Daqduq wrote.[263] Daqduq noted meeting with Special Groups operatives who described the attack, which failed when Iraqi soldiers intervened. This was not the only attack targeting British forces in which he was involved—other documents refer to attacks on British bases at the Basra Palace and the Shatt al-Arab Hotel.[264]

169.    In another entry Daqduq recorded meeting with Special Groups operatives who were involved in attacks targeting fellow Iraqis as well as coalition forces in Diyala province with IED bombings and small arms fire. He wrote about IED bombings in the first person, suggesting he was either personally involved in the attacks on the ground or, at a minimum, saw himself as integral to the plot: "Met with the brothers[,] the observers of Diyalah province and I listened regarding the operations.... We conducted eight explosive charge operations on both sides."[265]

170.    The documents in Daqduq's possession discussed a variety of attacks targeting coalition and Iraqi forces, including IED attacks, kidnapping plots, attacks on helicopters, and small arms assaults. As a master trainer, Daqduq played a hands-on role in preparing Special Groups operatives to execute attacks. A training manual he carried included very specific, tactical tips for successful operations. When conducting a rocket attack against a coalition convoy, for example, militants should (1) "Launch two rockets at the target and the third one for insurance"; (2) "Shoot the first and second vehicle"; (3) "Each vehicle shoots two rockets (four rockets for every vehicle)"; (4) "Secure the place using the weapon and shoot visible soldiers"; and (5) "Shoot single shots and don't shoot on automatic."[266]

171.    But what most grabbed the attention of senior coalition leadership was an "in-depth planning and lessons learned document" about the attack on the Karbala PJCC. The document laid

---

[260]    Jim Garamone, "Iran Arming, Training, Directing Terror Groups in Iraq, U.S. Official Says."

[261]    "Ali Musa Daqduq: False Identification Documents."

[262]    Jim Garamone, "Iran Arming, Training, Directing Terror Groups in Iraq, U.S. Official Says."

[263]    "Ali Musa Daqduq: Translated Excerpt from Personal Journal," slides accompanying press briefing with Brig. Gen. Kevin Bergner.

[264]    Mark Urban, *Task Force Black*, p. 225; "Attacks on "Palace" in Basrah," slides accompanying press briefing with Brig. Gen. Kevin Bergner.

[265]    "Ali Musa Daqduq: Translated Excerpt from Personal Journal," slides accompanying press briefing with Brig. Gen. Kevin Bergner.

[266]    "Ali Musa Daqduq: Translated Excerpt from Training Manual He Carried," slides accompanying press briefing with Brig. Gen. Kevin Bergner.

PX2

bare the extensive preoperational surveillance, logistical preparation, and tactical drills that were carried out prior to the attack. Later, Brig. Gen. Bergner noted, both Daqduq and Khazali would concede "that senior leadership within the Qods Force knew of and supported planning for the eventual Karbala attack."[267] According to Bergner, Daqduq contended that "the Iraqi special groups could not have conducted this complex operation without the support and direction of the Qods Force." It was now clear that Qais Khazali had authorized the Karbala operation and Azhar al-Dulaymi led the assault team.[268] "Dulaymi reportedly obtained his training from Hezbollah operatives near Qum, Iran, who were under the supervision of Iranian Islamic Revolutionary Guard Corps Quds Force (IRGC-QF) officers in July 2006," according to a U.S. government report. After the Karbala attack, crime scene investigators found Dulaymi's fingerprints on the getaway car.[269] The role of senior IRGC-QF officials in planning and approving the attack was exposed as well. In September 2008, the U.S. Treasury Department targeted IRGC-QF deputy commander Abdul Reza Shahlai for planning Special Groups attacks targeting coalition forces, including the Karbala attack.[270]

172.     In late 2011, as U.S. forces prepared to leave Iraq and detainees under U.S. custody were turned over to Iraqi authorities, reports emerged that Daqduq—still being held by U.S. authorities in Iraq as an enemy combatant—stood accused of "organizing" or "masterminding" the Karbala attack.[271] Indications also suggested a concrete Hezbollah role. For one thing, the Treasury action targeting IRGC-QF General Shahlai seemed to suggest that his role in the Karbala attack went through Hezbollah. "As of May 2007," Treasury noted, "Shahlai served as the final approving and coordinating authority for all Iran-based Lebanese Hezbollah training for JAM [Jaish al-Mahdi, or Mahdi Army] special groups to fight coalition forces in Iraq." In summer 2006, Treasury added, Shahlai "instructed a senior Lebanese Hezbollah official to coordinate anti-aircraft rocket training for JAM special groups."[272] Daqduq, we know from documents seized in his possession, specialized in just such training.[273] When indicted by the U.S. Office of Military Commissions, Daqduq was charged of a variety of crimes, including: murder in violation of the law of war, intentionally causing serious bodily injury, terrorism, material support for terrorism, spying, attempted murder, attempted hostage taking, and more.[274]

173.     Then, in February 2012, the U.S. government went public with news that the previous month the Obama administration had approved the filing of military commission charges against Daqduq, who was still in Iraqi custody. The eight-page charge sheet, issued secretly just days after Daqduq was turned over to Iraqi authorities, provided the basis for his possible extradition to the United States. According to press reports, Daqduq confessed under interrogation

---

[267]     Jim Garamone, "Iran Arming, Training, Directing Terror Groups in Iraq, U.S. Official Says."

[268]     Jim Garamone, "Iran Arming, Training, Directing Terror Groups in Iraq, U.S. Official says."

[269]     Michael R. Gordon and Andrew W. Lehren, "Leaked Reports Detail Iran's Aid for Iraqi Militants," *The New York Times*, October 22, 2010. http://www.nytimes.com/2010/10/23/world/middleeast/23iran.html.

[270]     **PX42** U.S. Department of the Treasury, "Treasury Designates Individuals and Entities Fueling Violence in Iraq," September 16, 2008.

[271]     Carrie Johnson, "As Iraq Hostilities End, Fate of Combatant Unclear," *NPR*, November 15, 2011; David B. Rivkin Jr. and Charles D. Stimson, "Obama and the Hezbollah Terrorist," *The Wall Street Journal*, December 7, 2011.

[272]     **PX42** U.S. Department of the Treasury, "Treasury Designates Individuals and Entities Fueling Violence in Iraq," September 16, 2008.

[273]     "Ali Musa Daqduq: Documents Found in His Possession," slides accompanying press briefing with Brig. Gen. Kevin Bergner.

[274]     **PX939** Military Charge Sheet for Ali Musa Daqduq, provided by Plaintiffs.

PX2

to his role in the Karbala attack.[275] The military charge sheet accused Daqduq of murder, terrorism, and spying, among other charges, all related to his role in the attack. Not only did it accuse Daqduq of authoring the planning document for the operation and of maintaining— in both Iraq and Iran— a video clip of a U.S. soldier kidnapped by insurgents and held by Khazali's group and another of various ambush and rocket attacks, it also accused Daqduq of the murders of the five U.S. soldiers in the attack and the wounding of several more.[276] Whether the charge sheet meant that Daqduq pulled the trigger or orchestrated the attack was left unsaid. Either way, U.S. authorities maintain he played a hands-on role in the murder of five American soldiers. In the words of one former CIA officer, Daqduq is "the worst of the worst. He has American blood on his hands. If released, he'll go back to shedding more of it."[277] In May 2012, an Iraqi court dismissed the terrorism and false document charges against Daqduq. Six months later, Iraqi authorities freed him and transferred him to Lebanon.[278]

174.    But that was just the picture of one individual. The broader picture, which is all about Iran, implied a still more disturbing reality in the view of senior military and political officials. A U.S. military spokesman put it this way: "What we've learned from Ali Musa Daqduq, Qais Khazali and other special groups members in our custody expands our understanding of how Iranian Revolutionary Guards Corps Qods Force operatives are training, funding and arming the Iraqi special groups. It shows how Iranian operatives are using Lebanese surrogates to create Hezbollah-like capabilities and it paints a picture of the level of effort in funding and arming extremist groups in Iraq."[279]

175.    More disconcerting still, Iran's increasing willingness to target U.S. interests did not end at the Iraqi border. In October 2011, both General Shahlai and IRGC-QF commander Qasem Soleimani were targeted by the Treasury Department once more for their roles in an IRGC-QF plot to assassinate the Saudi ambassador to Washington, D.C.[280]

## L.    Conclusion

176.    It is my professional opinion based on my professional experience and expertise that the Iraqi Shia militias, including JAM, and so-called Special Groups like AAH, Kata'ib Hezbollah and Promised Day Brigades,[281] were provided active guidance, training, intelligence, and financial and material support by Iran through its IRGC and its proxy Lebanese Hezbollah. Incidents like the attack on the Karbala PJCC in 2007 were directed by the IRGC and Lebanese Hezbollah, and thousands of attacks on U.S. and coalition forces were launched between 2004 and 2011 by Iraqi Shia militias with the IRGC's and Lebanese Hezbollah's active logistical support.

---

[275]    Charlie Savage, "Prisoner in Iraq Tied to Hezbollah Faces U.S. Military Charges," *The New York Times*, February 23, 2012.

[276]    US Military Commission Charge Sheet for Ali Musa Daduq al Musawi, ISN Number 311933, January 3, 2012.

[277]    Laura Jakes, "Hezbollah Commander Could Be Transferred in Days," Associated Press, July 20, 2011.

[278]    **PX40** U.S. Department of the Treasury, "Treasury Designates Hizballah Commander Responsible for American Deaths in Iraq," November 19, 2012; Thomas Joscelyn and Bill Roggio, "Iraq Frees Hezbollah Commander who Helped Mold Shia Terror Groups," *Long War Journal*, November 16, 2012.

[279]    Jim Garamone, "Iran Arming, Training, Directing Terror Groups in Iraq, U.S. Official Says."

[280]    **PX47** U.S. Department of the Treasury, "Treasury Sanctions Five Individuals Tied to Iranian Plot to Assassinate the Saudi Arabian Ambassador to the United States," October 11, 2011.

[281]    After the Mahdi Army nominally disbanded in 2007, it resurfaced as the Promised Day Brigades.

PX2

I declare the foregoing under the penalty of perjury.

_____

Dr. Matthew Levitt                                        April 27, 2022

PX2

# EXHIBIT A

# *Matthew Levitt,* Ph.D.

1111 19th Street, NW, suite 500, Washington, DC  20036  *  mlevitt@washingtoninstitute.org

**Experience:**

**The Washington Institute for Near East Policy**  Washington, DC
*Fromer-Wexler Fellow*
*Director of the Reinhard Program on Counterterrorism & Intelligence*  2007- Present
• Write, lecture and consult on terrorism, intelligence, the Middle East and U.S. policy

**Georgetown University's Edmund A. Walsh School of Foreign Service**  Washington, DC
*Adjunct Professor*, Center for Security Studies  Fall 2017
• Co-teach graduate course entitled "Combating Terrorist Financing"

**Combating Terrorism Center, U.S. Military Academy at West Point**
*Instructor, External Education Program*  May 2008 – 2013
• Teach a variety of counterterrorism courses for CTC's external education program

**Johns Hopkins University, Paul H. Nitze School of Advanced International Studies (SAIS)**
*Professorial Lecturer in International Relations – Strategic Studies*  Washington, DC
• Teach graduate course entitled "Combating the Funding of Transnational Threats"  2007 - 2012
• Teach graduate course entitled "Terrorism: Concepts and Problems"  2004 – 2005

**U.S. Department of State, Special Envoy for Middle East Regional Security**  Washington, DC
*Counterterrorism Advisor (part time, Temporary Government Employee)*  Feb 2008 – April 2009
• Advise Special Envoy General (ret) James Jones and staff on counterterrorism and intelligence issues
• Contribute to team's assessment of Palestinian/Israeli security sector and help draft final report

**U.S. Department of the Treasury**  Washington, DC
*Deputy Assistant Secretary for Intelligence and Analysis*  2005- 2007
• Senior Executive Service (SES) manager within Terrorism and Financial Intelligence branch
• Deputy Chief of the Office of Intelligence and Analysis, one of the 16 US intelligence agencies

**The Washington Institute for Near East Policy**  Washington, DC
*Senior Fellow and Director of Terrorism Studies*  2001- 2005
• Direct Terrorism Studies Program; write, lecture and consult on terrorism, the Middle East and U.S. policy

**Johns Hopkins University, Zanvyl Krieger School of Arts and Sciences**
*Lecturer*  Washington, DC
• Taught graduate course on "Contemporary Terrorism and the American Response"  Summer 2005

**Federal Bureau of Investigation,** International Terrorism Intelligence Unit  Washington, DC
*Intelligence Research Specialist*  1998 - 2001
• Provided tactical and strategic analysis in support of FBI counterterrorism operations

**The Washington Institute for Near East Policy**  Washington, DC
*Soref Fellow*  1998
• Analyst focused on the Middle East peace process, terrorism and Palestinian politics and society

**The Program on Negotiation at Harvard Law School**  Cambridge, MA
*Graduate Research Fellow*  1997-1998
• Doctoral fellowship to pursue field research in the Middle East and commence writing of doctoral thesis

1

PX2

**Additional Affiliations:**

- Member, RESOLVE Network Research Advisory Council (March 2019-March 2021)
- Advisory Board member, Royal United Services Institute for Defence and Security Studies, Centre for Financial Crime and Security Studies (August 2017-present)
- Member, Board of Advisors, Foundation for Defense of Democracies, Center on Economic and Financial Power (formerly Center on Sanctions and Illicit Finance) (2015 -present)
- Contributor, The Hill (2014-present)
- Contributor, al Hurra (2017-present)
- Academic Advisory Board Member, Emirati Center for Strategic Studies and Research (ECSSR), Jan 2015-Jan 2017
- Associate Fellow, The Henry Jackson Society (2016-2017)
- Senior Fellow, Homeland Security Policy Institute, The George Washington University (2009-2015)
- Member, The Council on Foreign Relations (2011-present; Term Member 2005-2010)
- Associate Fellow, Combating Terrorism Center (CTC) at U.S. Military Academy at West Point (2007-2012)
- Member, Association for the Study of the Middle East and Africa (ASMEA)
- Advisory Board Member, Institute for Counter-terrorism (ICT), Israel
- Advisory Board Member, ICT Working Paper Series, Institute for Counter-terrorism (ICT), Israel
- Advisory Council Member, International Centre for Political Violence & Terrorism Research (ICPVTR), Singapore
- Member, Middle East Strategy at Harvard (MESH), John M. Olin Institute for Strategic Studies at Harvard University
- Member, Working Group on "Containing a Nuclear Iran," Saban Center at the Brookings Institution (2010-2011)
- Member, Counterterrorism and Intelligence Task Force, Homeland Security Policy Institute, The George Washington University (2011)
- Member, Advisory Committee for production of the Council on Foreign Relations Special Report "Yemen: Meeting the Challenge" (2011)
- Member, Crisis in Middle East Task Force, Saban Center at the Brookings Institution (2008)
- Member, Council on Foreign Relations Task Force on Terrorist Financing (2005)

**Education:**

**Tufts University, The Fletcher School of Law and Diplomacy**  Medford, MA
- Ph.D. in International Relations (Terrorism and Conflict Resolution)  May 2005
  ~ Passed Ph.D. Oral Exam with Distinction
- Master of Arts in Law and Diplomacy (M.A.L.D.)  May 1995
  ~ Concentrations: Negotiation and Conflict Resolution, International Security Studies, the Middle East
**Yeshiva University**  New York, NY
- BA *cum laude* in Political Science  June 1992

**Selected Honors/Awards:**

- U.S. Embassy Expert Speaker Grant, U.S. Embassy Berlin, May 2019

- Certificate of Appreciation, United States Secret Service, 2015

- Certificate of Recognition, U.S. Departments of Justice and State and the International Institute for Justice and the Rule of Law, October 2015

- U.S. Marine Corps Forces Cyber Command, Letter of Appreciation, April 3, 2013
- U.S. Department of Justice, Federal Bureau of Investigation, Certificate of Appreciation, March 22, 2103
- U.S. Department of State "Counter-Terrorism Policy" Speaker Grant (lectures in Germany), January 2010
- Ministry of Interior, Kingdom of Bahrain, Award Certificate, February 25, 2009

PX2

- *Hamas: Politics, Charity and Terrorism in the Service of Jihad* selected as a 2007 Top Seller in Politics and Law as compiled by YBP Library Service
- *Hamas: Politics, Charity and Terrorism in the Service of Jihad* selected as a 2007 AAUP University Press Book for Public and Secondary School Libraries
- Exceptional Service Award, U.S. Department of the Treasury, January 2007
- Certificate of Appreciation, United States Central Command Directorate of Intelligence, February 2006
- Selected by CNN as one of "The 2005 New Guard: Washington's Next Generation of Newsmakers," April 2005
- European Union Visitors Program (EUVP) 2005
- Certificate of Commendation, U.S. Attorney Office, District of Idaho, Department of Justice, December 2004
- Visiting Scholar, The Paul H. Nitze School of Advanced International Studies (SAIS), Johns Hopkins University, March 2003
- U.S. Department of State Speaker and Specialist Grant (lectures in Austria), January 2003
- U.S. Department of State Speaker and Specialist Grant (lectures in Lithuania), April 2002
- Letter of Commendation from Deputy Assistant Director (3), Federal Bureau of Investigation, July 2000, August 2000, July 2001
- Time Off Award (2), Federal Bureau of Investigation, April 2000, April 2001
- Performance Awards (2), Federal Bureau of Investigation, December 1999, November 2000
- Special Act or Service Award, Federal Bureau of Investigation, September 1999
- Graduate Research Fellow, The Program On Negotiation at Harvard Law School, 1997-1998
- International Security Studies Fellow, International Security Studies Ph.D. Dissertation Fellowship, The Fletcher School of Law and Diplomacy, 1996-1997

**Court Testimony:**
- Qualified as an expert witness and provided expert testimony in several U.S. federal court criminal proceedings, including US v. Mohamed Yousef Hammoud, et al (Western District of North Carolina, June 2002); US v. Fowad Assed (Eastern District of New York, March 2003); US v. Fawaz Damrah (Northern District of Ohio, June 2004); US v Mohammed Ali Hassan Al Moayad (Eastern District of New York, February 2005); US v Sami Amin Al Arian et al (Middle District of Florida, 2005); US v Mousa Abu Marzook et al (Northern District of Illinois, Eastern Division, November 2006); US v Holy Land Foundation for Relief and Development et al (Northern District of Texas, Dallas Division, July 2007); US v Muhamed Mubayyid et al (District of Massachusetts, December 2007); US v Holy Land Foundation for Relief and Development et al (Northern District of Texas, Dallas Division, September 2008 retrial); Soussi v. Napolitano et al (Eastern District of California, August 2009); US v Mahmoud Reza Banki (Southern District of New York, May 2010); US v Defreitas et al (Eastern District of New York, July 2010); US v Vaghari (Eastern District of Pennsylvania, February 2011); Atalla v. USCIS et al (District of Arizona, April 2011); US v Ibrahim (Eastern District of New York, May 2011); US v Allouche (Western District of Texas, February 2015); US v Tsarnaev, District of Massachusetts, March 2015); US v Abdul Khabir Wahid (District of Arizona, February 2019); US v Kourani (Southern District of New York, May 2019)

- Testified as expert witness in foreign terrorism cases: Denmark v Al Aqsa Foundation et al (Copenhagen City Court, Courts of Law of the Kingdom of Denmark, December 2007); CBSP v. S. Samuels (Court of Appeals, Paris, France, 2008); Denmark v "Fighters + Lovers," (Copenhagen City Court, Courts of Law of the Kingdom of Denmark, September 2008); HMA v Nasserdine Menni (Scottish High Court of Judiciary, Glasgow, June 12, 2012); HMA v Yousef Badri (Scottish High Court of Judiciary, Glasgow, September 2015)

- Served as expert witness in several terrorism-related Immigration Court proceedings in the United States and Canada.

- Served as expert witness in several U.S. civil terrorism cases, including Stanley Boim et al v. Quranic Literacy Institute et al (Northern District of Illinois, Eastern Division, December 2004); Gates v. Syria (United States District Court for the District of Columbia, January 2008); Amduso v Sudan (United States District Court for the District of Columbia, October 2010); Wultz et al v Islamic Republic of Iran et al (United States District Court for

PX2

the District of Columbia, February 2012); Wyatt v Syria (United States District Court for the District of Columbia, August 2012); Linde et al v. Arab Bank (Eastern District of New York, August 2014); Fraenkel v. Iran (United States District Court for the District of Columbia, December 2016); Fritz v Iran (United States District Court for the District of Columbia, April 2018); Hirshfeld v Iran (United States District Court for the District of Columbia, April 2018); Force v Iran (United States District Court for the District of Columbia, October 2018); Karcher v Iran (United States District Court for the District of Columbia, December 2018); Sotloff et al v Syria (United States District Court for the District of Columbia, June 2020); Henkin v Iran (United States District Court for the District of Columbia, January 2021);

- Provided expert reports in criminal and civil terrorism cases, in U.S. and foreign jurisdictions, related to terrorism, weapons proliferation, and Iran sanctions violation cases.

## Publications:

### Books:

- *Hezbollah: The Global Footprint of Lebanon's 'Party of God'* (Georgetown University Press/Hurst Publishers, 2013)

  ~Available in Spanish as *Hezbola: Las huellas en el mundo del parido de dios* (Buenos Aires: Hojas del Sur, 2015)

- *Negotiating under Fire: Preserving Peace Talks in the Face of Terror Attacks* (Lanham, MD: Rowman & Littlefield, 2008)

- *Hamas: Politics, Charity and Terrorism in the Service of Jihad*, (New Haven: Yale University Press, 2006)

  ~ Available in Spanish as *Hamas: Politica, Beneficencia Y Terrorismo Al Servicio De La* Yihad (Barcelona: Belacqva, 2007)

  ~ Available in Polish as *Hamas: Polityka, dobroczynność i terroryzm w służbie dżihadu* (Krakow: Jagiellonian University Press, 2008)

- *The Impact of Acute Security Crises on the Process of Ongoing Negotiations: Lessons from the Palestinian-Israeli Peace Process, 1993-1996* (Ph.D. dissertation, The Fletcher School of Law & Diplomacy at Tufts University, 2005)

- *Targeting Terror: US Policy toward Middle Eastern Terrorist Groups and State Sponsors in the War on Terror* (Washington, DC: The Washington Institute for Near East Policy, 2002)

### Monographs:

- "Hezbollah's Criminal and Terrorist Operations in Europe," *AJC,* September 2, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-criminal-and-terrorist-operations-in-europe

- "Hezbollah's International Presence and Operations," *AJC,* August 31, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-international-presence-and-operations

- *Neither Remaining Nor Expanding: The Decline of the Islamic State*, editor, Policy Focus 155 (Washington, D.C.: July 2018)

- *Toward a New U.S. Policy in Syria: Ground Zero for Countering Iran and Deterring an Islamic State Revival*,

PX2

contributor (Washington, D.C.: The Washington Institute for Near East Policy, July 2018)

- *Defeating Ideologically Inspired Violent Extremism: A Strategy to Build Strong Communities and Protect the U.S. Homeland*. Report of a Bipartisan Washington Institute Study Group, Transition 2017 Policy  for the Trump Administration (Washington, D.C.: The Washington Institute for Near East Policy, March 2017)

- *Reinforcing the Role of Sanctions in Restraining Iran,* with Katherine Bauer and Patrick Clawson, Policy Note 38 (Washington, D.C.: The Washington Institute for Near East Policy, February 2017)

- *The Rise of ISIL: Counterterrorism Lectures 2016,* editor, Policy Focus 148 (Washington, D.C.: The Washington Institute for Near East Policy, August 2016)

- *A History of Hezbollah Activities in the Arabian Gulf Region,* Occasional Paper Series #87 (Abu Dhabi: The Emirates Center for Strategic Studies and Research, 2016)

- *From the Boston Marathon to the Islamic State: Countering Violent Extremism,* editor, Policy Focus 139 (Washington, D.C.: The Washington Institute for Near East Policy, April 2015)

- *Hizballah and the Qods Force in Iran's Shadow War with the West,* Policy Focus 123 (Washington, D.C.: The Washington Institute for Near East Policy, January 2013)

- *Finding a Balance: U.S. Security Interests and the Arab Awakening,* editor, (Washington, D.C.: The Washington Institute for Near East Policy, May 2012)

- *Obama's National Security Vision: Confronting Transnational Threats with Global Cooperation,* editor (Washington, DC: The Washington Institute for Near East Policy, October 2010)

- *Fighting the Ideological Battle: The Missing Link in U.S. Strategy to Counter Violent Extremism,* co-author with J. Scott Carpenter, Steven Simon and Juan Zarate (Washington, DC: The Washington Institute for Near East Policy, July 2010)

- *Continuity and Change: Reshaping the Fight against Terrorism,* co-edited with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, April 2010)

- *Deterred but Determined: Salafi-Jihadi Groups in the Palestinian Arena,* co-authored with Yoram Cohen and Becca Wasser, (Washington, DC: The Washington Institute for Near East Policy, January 2010)

- *Combating the Financing of Transnational Threats*, co-authored with Michael Jacobson, Emirates Lecture Series #76 (Abu Dhabi: The Emirates Center for Strategic Studies and Research, 2009)

- *Rewriting the Narrative: An Integrated Strategy for Counterradicalization.  Report of the Task Force on Confronting the Ideology of Radical Extremism,* co-convener and co-author with Michael Jacobson and J. Scott Carpenter (Washington, DC: The Washington Institute for Near East Policy, March 2009)

- *Countering Transnational Threats: Terrorism, Narco-Trafficking, and WMD Proliferation,* co-edited with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, February 2009)

- *The Money Trail: Finding, Following and Freezing Terrorist Finances,* co-authored with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, October 2008)

- *Terrorist Threat and U.S. Response: A Changing Landscape,* co-edited with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, September 2008)

5

**PX2**

*Chapters:*

- "U.S. Financial Interdiction Policies: Results and Intents of the Current U.S. Administration," in *Targeting the De-Materialized 'Caliphate': Extremism, Radicalisation, and Illegal Trafficking* (Rome: NATO Defence College Foundation, 2019)

- "Introduction: Beyond Syria and Iraq," in Katherine Bauer, Ed., *Beyond Syria and Iraq: Examining Islamic State Provinces* (Washington Institute for Near East Policy, 2016)

- "Hezbollah's Criminal Networks: Useful Idiots, Henchmen, and Organized Criminal Facilitators," in Hilary Matfess and Michael Miklaucic, eds., *Beyond Convergence: World Without Order* (Washington, DC: National Defense University, 2016)

- "Anti-Semitism in the Public and Private Discourse of Hezbollah," with Kelsey Segawa, in Charles Asher Small, editor, "The ISGAP Papers: Antisemitism in Comparative Perspective, vol. 2 (New York: Institute for the Study of Global Antisemitism and Policy, 2016)

- "Hamas's Not-So-Secret Weapon," in *Clueless in Gaza* (New York: Foreign Affairs, 2014)

- "The Syrian War, Israel, and Hezbollah's Ideological Crisis," in Patrick Clawson, Ed., *No Good Outcome: How Israel Could be Drawn into the Syrian Conflict*, Policy Focus 131, The Washington Institute for Near East Policy, November 2013

- "Stemming the Flow of Terrorist Financing: Practical and Conceptual Challenges," in Naveen Beekarry, Ed., *Combating Money Laundering and Terrorism Finance: Past and Current Challenges* (Edward Elger Publishing, 2013)

- "Hizballah's Canadian Procurement Network," in *Terror in the Peaceable Kingdom: Understanding and Addressing Violent Extremism in Canada*, Daveed Gartenstein-Ross and Senator Linda Frum, Editors (Washington, DC: FDD Press, 2012)

- "Hezbollah," in Ilan Berman, Chief Editor, *World Almanac of Islamism 2011* (Lanham, MD: Rowman & Littlefield, 2011)

- "Financial Sanctions," in Robin Wright, Editor, *The Iran Primer: Power, Politics, and U.S. Policy* (Washington, DC: U.S. Institute of Peace Press, 2010)

- "The Evolving Threat of International Terrorism and Government Response," in Boaz Ganor and Eitan Azani, Eds., *The Global Impact of Terrorism 2008* (The International Institute for Counter-Terrorism, 2010)

- "Threat Finance and Counterradicalization," in Ronald R. Luman, Editor, *2009 Unrestricted Warfare Symposium: Proceedings on Integrating Action for Attacks Involving: Terrorism, Resources, Economics and Cyberspace* (Laurel, Maryland: The Johns Hopkins University Applied Physics Laboratory, 2009)

- "Disrupting Adversary Networks," in Ronald R. Luman, Editor, *2008 Unrestricted Warfare Symposium: Proceedings on Integrating Strategy, Analysis, and Technology in Support of the U.S. War on Terrorism Campaign* (Laurel, Maryland: The Johns Hopkins University Applied Physics Laboratory, 2008)

- "Investigacion Y Persecution: Entrevista a Matthew Levitt," in *La Lucha Contra el Terrorismo y Sus Limites* (Madrid, Spain: Adhara Publicaciones, 2006)

- "Hizballah Finances: Funding the Party of God," in *Terrorism Financing and State Responses in Comparative*

PX2

*Perspective* (Stanford CA:  Stanford University Press, 2006), available online at
http://www.washingtoninstitute.org/templateC06.php?CID=772

- "How is the U.S. Targeted Killing of Qassem Soleimani Likely to Affect Hezbollah's International Activities and Operations?" in *Battered Survivor: Hezbollah at Home and Abroad*, Edited by Bilal Y. Saab, Roundtable Report, Middle East Institute, February 2020

- "Hamas Social Welfare: In the Service of Terror," in James JF Forest, editor, *The Making of a Terrorist: Recruitment, Training, and Root Causes* (New York: Praeger Publishers, 2005)

- "Hizballah's Global Reach," in Boaz Ganor, Editor, *Post Modern Terrorism: Trends, Scenarios and Future Threats* (Herzliya, Israel: The International Policy Institute for Counter-Terrorism, Herliya Project Publishing House, Ltd., 2005)

- "Iran and Syria: State Sponsorship in the Age of Terror Networks," in *Confronting Terrorism Financing* (Lanham, MD: University Press of America - American Foreign Policy Council, 2004)

- Several contributions to Peacewatch/Policywatch Anthology 2003: A Year of Victory and Challenge (Washington, DC: The Washington Institute for Near East Policy, 2004)

- "International Military Intervention and the Impact of Terrorism," in Robert B. Satloff, Ed., *International Military Intervention: A Detour on the Road to Israeli-Palestinian Peace* (Washington D.C.: The Washington Institute for Near East Policy, 2003)

- *Winning the Peace in the Middle East: A Bipartisan Blueprint for Postwar U.S. Policy*, coauthored with Patrick Clawson and David Makovsky and edited by Dennis Ross and Robert Satloff (Washington, DC: The Washington Institute for Near East Policy, 2003)

- Several contributions to Peacewatch/Policywatch Anthology 2002: America and the Middle East – Expanding Threat, Broadening Response (Washington, DC: The Washington Institute for Near East Policy, 2003)

- "Iranian State Sponsorship of Terrorism," *The Encyclopedia of World Terrorism, 1996-2002,* (Armonk, NY: Sharpe Reference, 2002), 379-382

- Several contributions to Peacewatch/Policywatch Anthology 2001: A Year of Terror (Washington, DC: The Washington Institute for Near East Policy, 2002), p. 174, 186, 423

- Several contributions to Peacewatch/Policywatch Anthology 1998: Inching Toward Peace, Inching Toward War (Washington, DC: The Washington Institute for Near East Policy, 1999), p. 78, 112

*Select Testimony/Lectures:*

- "Recent Trends in Terrorism and Counterterrorism: National Practices in Countering Violent Extremism," presentation to Counter-Terrorism Committee Executive Directorate (CTED), United Nations, November 16, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/recent-trends-in-terrorism-and-counter-terrorism-national-practices-in-coun

- "Low Cost, High Impact: Combatting the Financing of Lone-Wolf and Small-Scale Terrorist Attacks," testimony before the House Financial Services Committee on September 6, 2017

- "Assessing the U.S.-Qatar Relationship," testimony before the House Foreign Affairs Committee on July 26, 2017

PX2

- "Attacking Hezbollah's Financial Network: Policy Options," testimony before the House Foreign Affairs Committee on June 8, 2017

- "Terrorist Abuse of Charity in the Age of the Islamic State and the Syria War," testimony before Senate of Canada, National Security and Defence Committee on February 13, 2017

- "The Islamic State, Extremism, and the Spread of Transnational Terrorism," testimony before the Senate Committee on Foreign relations on April 12, 2016

- "Hezbollah's Growing Threat Against U.S. National Security Interests in the Middle East," testimony before the House Foreign Affairs Subcommittee on the Middle East and North Africa on March 22, 2016
- "Major Beneficiaries of the Iran Deal: IRGC and Hezbollah," testimony before the House Foreign Affairs Subcommittee on the Middle East and North Africa on September 17, 2015

- "The Implications of Sanctions Relief Under the Iran Agreement," testimony before the Senate Committee on Banking, Housing, and Urban Affairs on August 5, 2015

- "Status Report on Countering Terrorist Financing," testimony before the Canadian House of Commons Standing Committee on Finance and the Standing Senate Committee on National Security and Defence, May 11, 2015

- "New Battlefields/Old Laws: The Next Steps in Counterterrorism, Adapting to an Evolving and Expanding Battlefield," Workshop panel at World Summit on Counter-Terrorism, Herzliya, Israel, September 10, 2014

- "Iran's Involvement in Local, Regional, and Global Terrorism," Workshop panel at World Summit on Counter-Terrorism, Herzliya, Israel, September 10, 2014

- "Syria Spillover: The Growing Threat of Terrorism and Sectarianism in the Middle East," testimony before the Senate Foreign Relations Committee, March 6, 2014

- "Iran's Support for Terrorism Worldwide," Testimony before the House Committee on Foreign Affairs Subcommittee on Terrorism, Nonproliferation, and Trade, Subcommittee on the Middle East and North Africa, March 4, 2014

- "Examining the State Department's Report on Iranian Presence in the Western Hemisphere Nineteen Years after the AMIA Attack," Testimony before the House Committee on Foreign Affairs, Subcommittee on the Middle East and North Africa and Subcommittee on the Western Hemisphere, Washington DC, August 1, 2013

- "Threat to the Homeland: Iran's Extending Influence in the Western Hemisphere," Written Testimony before the House Committee on Homeland Security, Subcommittee on Oversight and Management Efficiency, Washington DC, July 9, 2013
- "Hearing on the Blacklisting of Hezbollah by the European Union," Testimony before the Foreign Affairs Committee, European Parliament, Brussels, Belgium, July 9, 2013
- "Threat to the Homeland: Iran's Extending Influence in the Western Hemisphere," written testimony before the House Committee on Homeland Security, Subcommittee on Oversight and Management Efficiency, July 9, 2013
- "Iranian Support for Terrorism and Violations of Human Rights," Testimony before the Standing Committee on Foreign Affairs and International Development, International Human Rights Subcommittee, House of Commons, Parliament of Canada, May 30, 2013
- "Understanding the Hezbollah and Iranian Attack Strategy: Plots from Bulgaria to Washington, DC," The Washington Institute for Near East Policy, New York City, April 30, 2013

PX2

- "Hezbollah: The Global Footprint of Lebanon's Party of God," U.S. Military Academy at West Point, West Point, NY, April 29, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Alexander Hamilton Center for Political Economy, New York University, New York City, April 25, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Terrorist Screening Center, Virginia, April 24, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," University of Maryland Hillel, April 20, 2013

- "Implications of Recent Developments in the Middle East," Lecture for J.P. Morgan Investor Seminar, Washington DC, April 19, 2013

- "Contending with Hezbollah Financing," panelist, Center for a New American Security (CNAS), Washington DC, April 17, 2013

- "Combating Terrorism: Protecting our Communities," panelist, conference on "European Union and United States Law Enforcement Co-operation Making it Safer for Citizens: A global Approach," An EU Rendez-Vous Event, Organized by the Delegation of the European Union to the United States and Europol, Washington, DC, April 16, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Terrorism, Transnational Crime, and Corruption Center (TraCCC), George Mason University, April 12, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," 4/5th Special Forces Group (Airborne), Fort Campbell, Kentucky, April 10, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," US Marine Corps Forces Cyber Command, Fort Meade, Maryland, April 5, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Inter-University Center for Terrorism Studies, Potomac Institute, Arlington, VA, April 4, 2013

- "What Europe Should Do About Hezbollah," American Council on Germany and American Friends of Bucerius, New York City, April 3, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," DI Speaker Series, Directorate of Intelligence and Senior Intelligence Officer Council, Federal Bureau of Investigation, Washington DC, March 22, 2013

- "Hezbollah's Strategic Shift: A Global Terrorist Threat," Testimony before the House Foreign Affairs subcommittee on Terrorism, Proliferation and Trade, March 20, 2013

- "Hezbollah—A Threat for Europe?" The American Academy in Berlin Hans Arnold Center, Germany, March 18, 2013

- "Iran's Nuclear Program: News Paths out of the Deadlock?" Expert Discussion co-sponsored by AJC Berlin and the Heinrich Boll Stiftung, Berlin, Germany, March 18, 2013

- "Hezbollah—A Threat for Europe?" AJC Transatlantic Roundtable, JAC Berlin Ramer Institute, Germany, March 18, 2013

9

PX2

- "Europe's Hezbollah Problem," American University of Rome, Italy, March 13, 2013

- "Closing the Ranks on Iran: The United States, Israel, and Europe," panel at a conference on "Iran's Nuclear Program: New Paths out of the Deadlock?" Heinrich Boll Stifung and American Jewish Committee, Berlin, Germany, March 18, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," La Societa Italiana per l'Organizzazione Internazionale, in collaboration with the American Jewish Committee, Rome, Italy, March 13, 2013

- "Terror from Tehran: Iran as a Global Threat," forum lecture, AIPAC Policy Conference, Washington, DC, March 3, 2012

- "Inside Hezbollah: A Close Look at a Top Terrorist Organization," Scholar-in-Residence lecture, AIPAC Policy Conference, Washington, DC, March 3, 2012

- "Europe's Hezbollah Dilemma: What's Next?" Foundation for Defense of Democracies, Congressional Meeting Room South, Capitol Hill, March 1, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," George Washington University's Homeland Security Policy Institute, February 14, 2013

- "Europe's Hezbollah Problem," The Washington Institute for Near East Policy, February 8, 2013

- "The Fatah-Hamas Reconciliation: Threatening Peace Prospects," Testimony before the US House of Representatives, Committee on Foreign Relations, Subcommittee on the Middle East and South Asia, February 5, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," Maryland State Antiterrorism Advisory Council (ATAC), Howard County, Maryland, January 30, 2013

- "Hezbollah and Iran," Lectures for the FBI Fly Team, Northern Virginia, January 11, 2013

- "From Beirut to the Blue Ridge: Hezbollah's Reach into North America," Anti-Defamation League Advanced Training School, Extremist and Terrorist Threats Course, Washington DC, December 3, 2012

- "Hezbollah in Southeast Asia," Asymmetric Operations Working Group, Hybrid Threat Networks in the Asia Pacific Rim, Honolulu, HI, November 28, 2012

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Bureau of Intelligence and Research, U.S. Department of State, Washington, DC, November 19, 2012

- "Is Hezbollah a Threat to the U.S. and Canada?"  Lecture at a workshop on "Understanding Hezbollah's Impact on the Security of Canada and the United States," held jointly by Canadian Security Intelligence Service and Public Safety Canada, Ottawa, Canada, November 13, 2012

- "Hezbollah, the Qods Force, and Iran's Shadow War Against the West," UK House of Commons, Henry Jackson Society, London, UK, November 7, 2012

- "Why Hezbollah is Europe's Problem Too," A Berlin Middle East Talk by Scholars for Peace in the Middle East and the Mideast Freedom Forum Berlin, Berlin, Germany, November 6, 2012

PX2

- "Why Hezbollah in Europe's Problem Too," Concordia Press Club, Stop The Bomb, Vienna, Austria, November 5, 2012

- "Crime without Punishment?  Stopping Hezbollah's Terrorist and Criminal Activities, Friedrich-Naumann-Stiftung für die Freiheit and Transatlantic Institute, Belgium, Brussels, October 24, 2012

- "Hezbollah, Qods Force, and the Shadow War against the West," U.S. Special Operations Command, Tampa, FL, October 11, 2012

- "AQ finance," conference entitled, *Financial Intelligence (FININT) Support to Counterintelligence*, The US Army 902d Military Intelligence (MI) Group (Gp), Ft. Meade, MD, September 19, 2012

- "Hezbollah in the Hot Seat: Fallout from the Syrian Insurgency and Criminal Investigations," Workshop on Lebanon and Syria, 12th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 12, 20112

- "The Changing Political Topography of Shia Militancy in the Gulf and Beyond," Workshop on Sunni-Shia Tensions in Iraq and the Gulf, 12th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 12, 20112

- "Is al-Qaeda Central Still Relevant?" Moderator and panelist, Washington Institute Policy Forum, September 4, 2012, Washington DC

- "Hezbollah and Iran," Lecture for FBI Counterterrorism Investigation and Operations (CTIOPS) course, Manassas, VA., August 15, 2012

- "Israeli-Palestinian Conflict,"  Lecture for FBI Counterterrorism Investigation and Operations (CTIOPS) course, Manassas, VA., August 15, 2012

- "Hezbollah's Global Footprint," Lecture for Department of the Treasury, Treasury Executive Institute, Washington DC, June 28, 2012

- "Combating Terror Financing," Lecture for Scottish Police and UK Security Service, Glasgow, Scotland, June 12, 2012

- "The Middle East in the Arab Awakening," Lecture for J.P. Morgan Investor Conference, Washington DC, April 20, 2012

- "Hezbollah's Global Footprint," Lecture for Tennessee State Office of Homeland Security, Nashville, TN, April 9, 2012

- "Party of Fraud: Hizballah's Criminal Enterprises," Policy Forum panelist, The Washington Institute for Near East Policy, Washington DC, March 20, 2012

- "Iran, Hizballah and the Threat to the Homeland," Testimony before the House Committee on Homeland Security, Washington DC, March 21, 2012

PX2

- "Combating the Financing of Transnational Threats," Week long course taught for the Counter-Terrorism Studies Program, Executive Certificate Program at the Interdisciplinary Center (IDC), Herzliya, Israel, February 14-17, 2012

- "Iranian Terror Co-Chair of Roundtable Expert Meeting on "Rehabilitation and Reintegration of Violent Extremist Offender: Good Practices & Lessons Learned," co-sponsored by the International Centre for Counter-Terrorism – The Hague (ICCT) and the UN Interregional Crime and Justice Research Institute (UNICRI), The Hague, December 6-7, 2011

- "Iranian Terror Operations on American Soil," Testimony before a joint hearing of the House Homeland Security Subcommittee on Counterterrorism and Intelligence and Subcommittee on Oversight, Investigations, and Management, Washington DC, October 26, 2011

- "September Reflections: Where We Stand Countering Terrorism and Pursuing Peace," New York University SHARP Lecture Series, New York City, September 20, 2011

- "Countering Terror Finance a Decade after 9/11," Workshop presentation at the 11th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 13, 2011

- "Hamas and Hezbollah as Hybrid Terrorist Organizations," Workshop presentation at the 11th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 13, 2011

- "Missing the Forest for the Trees: A Call for Strategic Counterterrorism Ten Years after 9/11," Plenary Keynote Lecture at the 11th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 12, 2011

- "Hamas Financing," Mid-Atlantic Regional Intelligence Group (MARIG), Federal Bureau of Investigation, Washington, DC, August 3, 2011

- "Terrorism in and from the Middle East," Security Policy Course on the Middle East, Royal Danish Defence College, Denmark, June 22, 2011

- "Leveraging Financial Intelligence to Combat Transnational Threats," Program on Terrorism and Security Studies, George C. Marshall European Center for Security Studies, Garmsich, Germany, July 13, 2011

- "Drivers of Homegrown Terrorism," panelist, at "Leading Thinkers" conference on "Terrorism in Canada: Threats, Vulnerabilities, and Strategies," Foundation for Defense of Democracies, Ottawa, Canada, June 12-13, 2011

- "Upstream Prevention and Downstream Disengagement, Rehabilitation and Reintegration," United Nations Interregional Crime and Justice Research Institute (UNICRI), Center on Polici9es to Counter the Appeal of Terrorism, Chairman of three afternoon panels on upstream prevention, Lucca, Italy, May 24-26, 2001

- "Combating Terror Financing," Comprehensive Security Response to Terrorism Course, Asia-Pacific Center for Security Studies (APCSS), Honolulu, Hawaii, March 16, 2011

- "Responding to Radicalization and Violent Extremism," panel moderator, "At the Crossroads of Violent Extremism and Foreign Directed Domestic Threats: Homeland Implications," conference cosponsored by the Department of Homeland Security, Federal Bureau of Investigation and hosted by the Office of the Director of National

PX2

Intelligence, Washington, DC, February 17, 2001

- "Combating Violent Extremism: The Counterradicalization Debate in 2011," panel participant, The Washington Institute for Near East Policy, January 5, 2011

- "The Unifying Narrative in Domestic Radicalization," Panel chair at Colloquium on "Countering the Narrative: The Role of Ideology in the Radicalization Process," The Washington Institute for Near East Policy, Washington, DC, November 19, 2010

- Roundtable discussion on Counterterrorism, Lowy Institute, Sydney, Australia, November 9, 2010

- "Challenges and Opportunities in Financial Intelligence," Australian Transaction Reports and Analysis Center (AUSTRAC), Intelligence Branch, Sydney, Australia, November 8, 2010

- Roundtable discussion on Counterterrorism, Menzies Research Center, Sydney, Australia, November 8, 2010

- "International Terrorism Today: What we Need to Know," Australian Institute of International Affairs (AIIA), Melbourne, Australia, November 4, 2010

- Roundtable discussion on Counterterrorism and Counterproliferation at Office of National Assessments, Canberra, Australia, November 2, 2010

- "Combating Terror Finance," lecture at the Australian Federal Police (AFP) Advanced Counter Terrorism Investigations Program, Canberra, Australia, November 2, 2010

- "Glocalization of the Global Jihad," panel chair at Counterterrorim Colloquium on "Unconventional Warfare: Lessons for U.S. and Israeli Policy," The Washington Institute for Near East Policy, Washington, DC, October 29, 2010

- "What Policymakers can Learn from Palestinian Social Media," Discussant, Foundation for Defense of Democracies, Washington DC, October 19, 2010

- "Terrorism Networks" breakout panel at by-invitation-only conference on "Cutting the Fuse: Moving Beyond the War on Terror," New America Foundation and The University of Chicago, Washington DC, October 13, 2010

- "Combating Terror Financing," Comprehensive Security Response to Terrorism Course 10-1, Asia-Pacific Center for Security Studies (APCSS), Honolulu, Hawaii, July 28 2010

- "Disrupting the Flow of Funds to Terrorist Groups and their Supporters: How *The Justice Against Sponsors of Terrorism Act* Could Help," written testimony submitted to the Senate Committee on the Judiciary, Subcommittee on Crime and Drugs, Hearing entitled "Evaluating The Justice Against Sponsors of Terrorism Act, S. 2930," July 14, 2010

- "The Changing Face of Jihadi Terror: Lessons from the Near Miss in Times Square," panel with Juan Zarate and Dan Freedman, Washington Institute Lafer Symposium, New York City, June 14, 2010

- "Hezbollah and Hamas South of the Border: Terrorist Networks in Latin America," lecture at event on "Terrorists, Drug Traffickers and Gangs in Latin America: Undermining Democracy," The Hudson Institute, Washington, DC, Jun3 9, 2010

13

PX2

- "Combining Broad and Targeted Sanctions, Informal and Formal Sanctions," Washington Institute Colloquium "One Year After June 12: The Iranian Nuclear Impasse," Washington DC, June 3, 2010

- "Combating Terror Finance," Baltimore Joint Terrorism Task Force, Baltimore, MD, June 1, 2010

- "Anti-Money Laundering: Blocking Terrorist Financing and Its Impact on Lawful Charities," testimony before the House of Representatives Committee on Financial Services Subcommittee on Oversight and Investigations, May 26, 2010

- "Challenges for U.S. Policy in the War on Terror," ADL National Leadership Conference, Washington DC, May 3, 2010

- "Rewriting the Narrative: An Integrated Approach for Counterradicalization," Los Angeles Joint Regional Intelligence Center, Los Angeles, CA, May 11, 2010

- "Combating Terrorist Financing," Los Angeles Joint Regional Intelligence Center, Los Angeles, CA, May 11, 2010

- "Rewriting the Narrative: An Integrated Approach for Counterradicalization," National Security Management Course, National Security Studies Program, Maxwell School of Citizenship and Public Affairs, Syracuse University, April 29, 2010

- "Iran's Economic Health and the Impact of Sanctions," panelist at Carnegie Endowment for International Peace, Washington, D.C., April 27, 2010

- "A Strategic Approach to Counter-Radicalisation," Henry Jackson Society and Legatum Institute, London, UK, April 15, 2010

- "Combating Terrorist Financing," Counterterror Expo 2010," London, UK, April 15, 2010

- "Contending with Transnational Threats," Counterterror Expo 2010," London, UK, April 15, 2010

- "Counter Threat Finance Intelligence: What It Can and Cannot Do for Mission Success in Afghanistan," lecture at a DOD/USDI-sponsored  "Symposium on Counter-Threat Finance Intelligence and Why It Is Critical to Mission Success in Afghanistan," The Pentagon, Arlington, VA, February 1, 2010

- "The Obama Administration and Counterterrorism: A New Approach?" Parlor meeting lecture and discussion hosted by U.S. Consul General to Dusseldorf, Dusseldorf, Germany, January 27, 2010

- "Combating Terrorist Financing," Bundeskriminalamt (BKA), Meckenheim, Germany, January 27, 2010

- "The Obama Administration and Counterterrorism: A New Approach?" German Landeskriminalamt (LKA) Nordrhein-Westfalen, Dusseldorf, Germany, January 26, 2010

- "Finding and Following Terrorist Financial Networks - Challenges faced by Financial Intelligence Units," Financial Transactions and Reports Analysis Centre of Canada (FINTRAC), Ottawa, Canada, January 12, 2010

PX2

- "Hizballah Financing and Resourcing," Financial Transactions and Reports Analysis Centre of Canada (FINTRAC), Ottawa, Canada, January 12, 2010

- "Finding and Following Terrorist Financial Networks - Challenges faced by the Intelligence Community," Canadian Security Intelligence Service (CSIS), Ottawa, Canada, January 12, 2010

- "Terrorism, Crime and the Narco-Terror Connection," Canadian Security Intelligence Service (CSIS), Ottawa, Canada, January 12, 2010

- "Al Qaeda in the West Bank and Gaza: One Year After Cast Lead" The Washington Institute for Near East Policy, Washington DC, January 11, 2010

- "Combating the Financing of Transnational Threats," Seminar organized by Booz Allen Hamilton, December 16, 2009

- "The Threat of Islamist Terrorism: Have We Become Complacent?" The Heritage Foundation, Washington DC, December 14, 2009

- "The Financing of Terrorist Organizations," American Institute for Contemporary German Studies (AICGS) workshop, Potsdam, Germany, December 7, 2009

- "Can Sanctions Work Against Iran?" Indiana University, Bloomington, Indiana, November 30, 2009

- "Contending with Iran's Proxies," University of Maryland, November 18, 2009

- "Multilateral Issues in Combating Terror Finance," Comments to US-EU Troika meeting, US State Department, Washington DC, November 17, 2009

- "The Muslim Brotherhood," and "Hamas," and "Global Jihadist Movements," New Agent Training Lectures at FBI Academy, Quantico, VA, November 12, 2009

- "Hizballah," lecture at conference on "Israel's Counterterrorism Challenges and Implications for the United States," Center for Peace and Security Studies, Edmund A. Walsh School of Foreign Service, Georgetown University (co-sponsored by NCTC), Washington DC, September 23, 2009

- "Terrorist Financing: A Look Inside," panel lecture organized by the ABA Section of International Law International Anti-Money Laundering Committee and the Association of Certified Anti-Money Laundering Specialists, Washington DC, September 23, 2009

- "Contending "FININT 101: Introduction to Financial Intelligence," Seminar organized by Booz Allen Hamilton, September 21, 2009

- "Contending with Iran's State Sponsorship of Terrorism in the Context of its Nuclear Program," World Summit on Counter-Terrorism: Terrorism's Global Impact, International Institute for Counter-Terrorism (ICT) 9th Annual International Conference, Herzliya, Israel, September 7, 2009

- "Minimizing Potential Threats from Iran: Assessing Economic Sanctions and Other U.S. Policy Options," Testimony before Senate Committee on Banking, Housing and Urban Affairs, U.S. Senate, July 30, 2009

15

PX2

- "Disrupting Adversary Networks: Combating Terror Finance," George C Marshal Center, Garmisch, Germany, July 16, 2009

- "Minimizing Potential Threats from Iran: Assessing Economic Sanctions and Other U.S. Policy Options**,"** Testimony before Senate Committee on Banking, Housing and Urban Affairs, U.S. Senate, July 30, 2009

- "Contending with Iran's State Sponsorship of Terrorism in the Context of its Nuclear Program," World Summit on Counter-Terrorism: Terrorism's Global Impact, International Institute for Counter-Terrorism (ICT) 9th Annual International Conference, Herzliya, Israel, September 7, 2009

- "FININT 101: Introduction to Financial Intelligence," Seminar organized by Booz Allen Hamilton, September 21, 2009

- "Terrorist Financing: A Look Inside," panel lecture organized by the ABA Section of International Law International Anti-Money Laundering Committee and the Association of Certified Anti-Money Laundering Specialists, Washington DC, September 23, 2009

- "Hizballah," lecture at conference on "Israel's Counterterrorism Challenges and Implications for the United States," Center for Peace and Security Studies, Edmund A. Walsh School of Foreign Service, Georgetown University (co-sponsored by NCTC), Washington DC, September 23, 2009

- "Foreign Fighters and their Economic Impact: A Case Study of Syria and al Qaeda in Iraq (AQI)," Foreign Policy Research Institute conference, Washington DC, July 14, 2009

- "Rewriting the Narrative: An Integrated Strategy for Counterradicalization," HSPI Policy and Research Forum, Homeland Security Policy Institute, George Washington University, Washington DC, June 4, 2009

- "Rewriting the Narrative: An Integrated Strategy for Counterradicalization," Luncheon Briefing at the Transatlantic Institute, Brussels, Belgium, April 2, 2009

- "Rewriting the Narrative: An Integrated Strategy for Counterradicalization," Danish Institute for International Studies (DIIS), Copenhagen, Denmark, April 1, 2009

- "The Money Trail: Finding, Following and Freezing Terrorism Finances," with Michael Jacobson, Bi-partisan Anti-Terrorism Caucus Briefing, Cannon House Office Building, March 12, 2009

- "Terror Finance: The Imperative of Interagency Synergy," testimony before the House Committee on Armed Services Subcommittee on Terrorism and Unconventional Threats and Capabilities, March 11, 2009, available online at http://www.washingtoninstitute.org/templateC07.php?CID=449

- "Internationalizing the Financial Flight against Terror Finance," lecture at the George C. Marshall Center, Garmisch, Germany, March 4, 2009

- "Dealing with Hamas: Future Pathways for Britain," lecture at the Quilliam Foundation, London, March 3, 2009

- "Fixing Fissures: What Role for the United States in the World – the Case of the Middle East," lecture for Young Professionals in Foreign Policy (London), co-sponsored by the U.S. Embassy London, March 2, 2009

16

PX2

- "Scaling Back the 'Long War'?  How Obama will Combat Terrorism," lecture at the International Institute for Strategic Studies, London, March 2, 2009

- "Reforming U.S. Counter-Terrorism Assistance Programs," Hill briefing sponsored by the Potomac Institute for Policy Studies, Rayburn House Office Building, February 12, 2009

- "The Money Trail: Finding, Following and Freezing Terrorism Finances," with Michael Jacobson, National Counterterrorism Center Lunch and Learn Distinguished Speakers Series, January 26, 2009

- "What Next in Gaza?" Congressional Staff Briefing for the Democratic Israel Working Group, Rayburn House Office Building, Washington, DC, January 16, 2009

- "Negotiating Under Fire," Center for Peace and Security Studies, School of Foreign Service, Georgetown University, Washington, DC, January 15, 2009

- "The Money Trail: Finding, Following and Freezing Terrorist Finances," Woodrow Wilson International Center for Scholars, Council on Global Terrorism, Washington, DC, January 13, 2009

- "Crime-Terror Nexus:  Illicit Networks, Terrorism, Insurgency and WMD Proliferation," National Defense University's Near East/South Asia Center, Washington, D.C., December 5, 2008

- "Combating the Ideology of Radical Jihadism," The Washington Institute for Near East Policy, Los Angeles, November 25, 2008

- "The Money Trail: Finding, Freezing and Following Terrorist Financing," with Michael Jacobson, The Washington Institute for Near East Policy, November 17, 2008

- "Iran, Hamas and the Palestinians," panel at conference on 'Iran, Hezbollah and Hamas: Tehran's War against the West by Proxy?" Hudson Institute, Washington, D.C., November 19, 2008

- "Negotiating Under Fire," The Program on Negotiation at Harvard Law School, Cambridge, MA, November 12, 2008

- "The Money Trail: Finding, Freezing and Following Terrorist Financing," The International Security Studies Program at Tufts University's Fletcher School of Law and Diplomacy, Medford, MA, November 13, 2008

- "The Utility of Targeted Financial Measures to Deal with Iran," Brandeis University's Crown Center for Middle East Studies, Waltham, MA, November 13, 2008

- "The Money Trail: Finding, Freezing and Following Terrorist Financing," with Michael Jacobson, The Washington Institute for Near East Policy, November 17, 2008

- "Iran, Hamas and the Palestinians," panel at conference on 'Iran, Hezbollah and Hamas: Tehran's War against the West by Proxy?" Hudson Institute, Washington, D.C., November 19, 2008

- "Combating the Ideology of Radical Jihadism," The Washington Institute for Near East Policy, Los Angeles,

PX2

November 25, 2008

- "Crime-Terror Nexus:  Illicit Networks, Terrorism, Insurgency and WMD Proliferation," National Defense University's Near East/South Asia Center, Washington, D.C., December 5, 2008

- "Opportunities for the Next Administration: Targeting Terrorist Finances," Homeland Security Policy Institute at The George Washington University, October 7, 2008

- "The Evolving Threat of International Terrorism and the U.S. Government Response," Plenary Address at the World Summit on Counter-Terrorism: Terrorism's Global Impact, The International Institute for Counter-Terrorism, Herzliya, Israel, September 9, 2008

- "The Terrorism-Crime Nexus," lecture at The Combating Terrorism Center at West Point, U.S. Military Academy, April 24, 2008

- "Iran and the United States: Outlook for the Next Decade?" Rayburn House Office Building, co-sponsored by the Counterterrorism Foundation; the Inter-University Center for Terrorism Studies, the International Center for Terrorism Studies at the Potomac Institute for Policy Studies, and the Inter-University Center for Legal Studies at the International Law Institute, Washington DC, April 15, 2002

- 2008 Unrestricted Warfare Symposium on *Integrating Strategy, Analysis, and Technology in Support of the U.S. War on Terrorism Campaign*, roundtable on "Disrupting Adversary Networks," Johns Hopkins University, Applied Physics Laboratory, Laurel, Maryland, March 10-11, 2008

- "Practical and Conceptual Challenges to Counter the Financing of Terrorism," NYPD Financial Intelligence Workshop, New York, March 6, 2008

- "Targeted Financial Measures to Protect National Security," Treasury Legal Division annual conference, U.S. Mint, Washington, DC, February 29, 2008

- Panel on "Perspectives on the Long War," Marine Corps Command and Staff College, Quantico, Virginia, February 26, 2008

- "The "Israel, the Palestinian Territories, and the Peace Process: Domestic, Regional and International Perspectives," A Workshop Sponsored by the U.S. intelligence community, CENTRA Technology, Inc., Arlington, Virginia, February 6, 2008

- "The Future of Palestinian Terrorism," A Workshop Sponsored by the U.S. intelligence community, CENTRA Technology, Inc., Arlington, Virginia, January 8-9, 2008

- "National Finance and Global Security:  Status Check on the Effort to Combat Terror Financing," Carnegie Council, New York City, November 29, 2007

- "Combating Terror Financing," 2nd Annual Anti-Money Laundering & Counter-Terrorist Financing Forum, New York City, November 28, 2007

- "Hamas: Politics, Charity and Terrorism in the Service of Jihad," American Council on Germany, New York City,

18

PX2

November 27, 2007

- "Combating Terror Financing," Department of Justice Executive Law Enforcement Summit, Lake Tahoe, California,    November 5, 2007

- Moderator, "Homegrown Radicalism in the United States," The Washington Institute for Near East Policy's annual Weinberg Founder's Conference, October 19-21, 2007, Leesburg, Virginia.

- "Combating the Financing of Transnational Threats," Anti-Terrorism Caucus, U.S. House of Representatives, Washington, D.C., October 23, 2007

- Moderate session with Under Secretary of the Treasury Stuart Levey on "Iran Sanctions: Where We are and Where We are Going," Radio Free Europe / Radio Liberty, Washington DC, October 16, 2007

- Chair panel on "Security in the West Bank" at a conference entitled "Whither the Palestinians?  Politics and Policy at a Time of Crisis," The Washington Institute for Near East Policy, July 30, 2007

- "Adding Hezbollah to the EU Terrorism List," written testimony before the Committee on Foreign Affairs, Subcommittee on Europe, United States House of Representatives, June 20, 2007, available online at http://www.washingtoninstitute.org/templateC14.php?CID=352

- Speaker on panel on "The Levant, Maghreb and Sub-Saharan Africa," International Terrorism and Intelligence 2007 (ITI 2007) Conference, hosted by the University of St. Andrews Centre for the Study of Terrorism and Political, Washington DC, June 13, 2007

- "Understanding the Threat: Contemporary Terrorism and the American Response," Anti Defamation League (ADL) Advanced Training School, June 11, 2007, Washington, D.C.

- "Terror Financing: New Trends and Developments," Training Day on Counterterrorism, German Ministry of Foreign Affairs, Berlin, German, June 7, 2007

- "Internationalizing the Financial Fight against Terrorism," George C. Marshall European Center for Security Studies in Garmisch, Germany, June 6, 2007

- Panelist at session on "Policy Options" at a workshop on "Confronting the Iranian Threat: The Way Forward. What We Know and what to Do."  Foundation for Defense of Democracies, Freeport, Bahamas, May 30 – June 1, 2007

- "Financial Tools to Combat the Evolving Terrorist Threat," with Michael Jacobson, Soref Symposium, The Washington Institute for Near East Policy, Washington, DC, May 10, 2007

- "State Sponsorship of Terrorism in the Age of Binladenism," National Security Management Course, Maxwell School of Citizenship and Public Affairs, Syracuse University, May 8, 2007

- "Confronting the Iranian Threat," Anti-Defamation League Leadership Conference, Washington DC, April 30, 2007

- "Power of the Purse: Combating Terror Finance," seminar sponsored by Eden Intelligence at the Royal College of

PX2

Defense Studies, Seaford House, Belford Square, London, England, April 26, 2007

- "Hamas: Politics, Charity and Jihad," Chatham House, Middle East Programme Roundtable Meeting, London, England, April 25, 2007, audio of lecture available online at

- "Can Sanctions and Financial Restrictions Avoid a Showdown with Iran?" Transatlantic Institute Roundtable Discussion at the Residence Palace, Brussels, Belgium, April 24, 2007

- "Hamas: Politics, Charity and Terrorism in the Service of Jihad," Transatlantic Institute Roundtable Discussion, Brussels, Belgium, April 23, 2007

- "Pulling Tehran's Purse Stings: Leveraging Sanctions and Market Forces to Alter Iranian Behavior," testimony before the House of Representatives Committee on Foreign Affairs Subcommittee on Terrorism, Nonproliferation and Trade and Subcommittee on the Middle East and Central Asia, March 15, 2007, available online at http://www.washingtoninstitute.org/templateC07.php?CID=333

- "Teaching Terror: How Hamas Radicalizes Palestinian Society," comments for a panel discussion on the topic of environments that enable terrorism at a conference titled, "The Roots of Terror: Understanding the Evolving Threat of Global Terrorism," sponsored by Women in International Security and the U.S. Army War College, February 12, 2007, available online at http://www.washingtoninstitute.org/templateC07.php?CID=331

- "Follow the Money: Challenges and Opportunities in the Campaign to Combat Terrorism Financing," Policy Forum at The Washington Institute for Near East Policy, February 23, 2007, available online at http://www.washingtoninstitute.org/templateC05.php?CID=2576

- "Iran's Pretensions and a Turbulent Middle East," lecture at a conference on "US-Iran Relations: Collision, Stand-Off, or Convergence?" sponsored by The New America Foundation and The National Iranian American Council, Washington, DC, February 14, 2007

- "Understanding the Terrorist Threat," Presentation via VTC for the George C. Marshall European Center for Security Studies in Garmisch, Germany, February 6, 2007

- "Advantages and Limits to Evidence-Based Analysis," commentary on a panel on "Future Directions: How Can We Determine Which Analytic Practices Work?  Can Analytic Practices Become Evidence-Based?" at a conference sponsored by the Office of the Director of National Intelligence (ODNI) on Improving Intelligence Analysis, Chantilly, Virginia, January 10, 2007

- "Hezbollah Fundraising through Criminal Enterprises," Testimony before the Committee on Governmental Affairs, United States Senate, May 25, 2005, available online at http://www.washingtoninstitute.org/templateC07.php?CID=238

- "Islamic Extremism in Europe – Beyond al-Qaeda: Hamas and Hezbollah in Europe," Testimony before the Committee on International Relations, Subcommittee on Europe and Emerging Threats, United States House of Representatives, April 27, 2005, available online at http://www.washingtoninstitute.org/templateC07.php?CID=234

- "Iranian State Sponsorship of Terror: Threatening U.S. Security, Global Stability, and Regional Peace," Testimony before the Committee on International Relations, Subcommittee on the Middle East and Central Asia Subcommittee on International Terrorism and Nonproliferation, United States House of Representatives, February 16, 2005,

PX2

available online at http://www.washingtoninstitute.org/templateC07.php?CID=228

- "Charitable Organizations and Terrorist Financing: A War on Terror Status-Check," Paper presented at the workshop "The Dimensions of Terrorist Financing," University of Pittsburgh, March 19, 2004, available online at http://www.washingtoninstitute.org/templateC07.php?CID=104

- "Terrorism in West Africa, Post 9/11," A rapporteur's summary of remarks to a workshop on "Oil, Terrorism, and More: The Growing Strategic Significance of West Africa" organized by the CNA Corporation's Center for Strategic Studies, March 1, 2004, available online at http://www.washingtoninstitute.org/templateC07.php?CID=101

- "Hezbollah: A Case Study of Global Reach" Remarks to a conference on "Post-Modern Terrorism: Trends, Scenarios, and Future Threats," International Policy Institute for Counter-Terrorism, Herzliya, Israel, September 8, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=132

- "Untangling the Terror Web: The Need for a Strategic Understanding of the Crossover Between International Terrorist Groups to Successfully Prosecute the War on Terror," Testimony before the Committee on Banking, Housing, and Urban Affairs, United States Senate, October 22, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=15

- Chaired panel discussion on "The Matrix of International Terrorism: The Global Jihadist Threat" at a conference entitled "Between Hope and Challenge: The Bush Administration and the Middle East, 2003," The Washington Institute for Near East Policy, Lansdowne, Virginia, September 19-21, 2003.

- "Subversion From Within: Saudi Funding of Islamic Extremist Groups Undermining US Interests and the War on Terror from within the United States," Testimony before the Subcommittee on Terrorism, Technology and Homeland Security, Judiciary Committee, U.S. Senate, September 10, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=13

- "Combating Terrorist Financing: Where the War on Terror Intersects the 'Road Map'," *Jerusalem Issue Brief (Jerusalem Center for Public Affairs),* August 14, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=481

- "Fighting Illegal Transfers Through Alternative Means of Money Transfer," Remarks to a Conference on "The Economic War on Terrorism: Money Laundering and Terrorist Financing" Garmisch, Germany, George C. Marshall European Center for Security Studies in cooperation with U.S. Department of the Treasury, U.S. Federal Bureau of Investigation, US Department of Justice, July 21-25, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=11

- "Developing Global Mechanisms to Combat Terror:  Stemming the Flow of Terrorist Financing," Remarks to a Conference on "Global Terrorism:  If This is World War III, How Do We Win?"  Sponsored by the Strategic Dialogue Center, Netanya College, Israel, New York City, April 6, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=134

- "Culture and the Practice of Deception: Discussant Comments," Colloquium on Foreign Strategic Denial and Deception, The Cantril Group, May 15, 2003

PX2

- "The Causes of the 9/ll Attacks and the Scope of the Threat," Address to the 19th World Media Conference: "Media's Role in Peace and Conflict: Covering the Consequences of 9/11," Plenary Session I, "The Causes of the 9/11 Attacks and the Scope of the Threat" Washington, D.C., September 27, 2002, available online at http://www.wmassociation.com/reports/spkers/levitt.html

- "Syrian Sponsorship of Global Terrorism: The Need for Accountability," Testimony on the Syrian Accountability Act before the Subcommittee on the Middle East and South Asia, Committee on International Relations, United States House of Representatives, September 18, 2002, available online at http://www.washingtoninstitute.org/templateC07.php?CID=14

- "Charitable and Humanitarian Organizations in the Network of International Terrorist Financing," Testimony before the Subcommittee on International Trade and Finance, Committee on Banking, Housing, and Urban Affairs, United States Senate (August 1, 2002), available online at http://www.washingtoninstitute.org/templateC07.php?CID=138

*Journal/Magazine Articles:*

- "'Fighters without Borders': Forecasting New Trends in Iran Threat Network Foreign Operations Tradecraft," *CTC Sentinel*, February 27, 2020, https://www.washingtoninstitute.org/policy-analysis/view/fighters-without-borders-forecasting-new-trends-in-iran-threat-network-fore

- "Hezbollah's Procurement Channels: Leveraging Criminal Networks and Partnering with Iran," *CTC Sentinel*, March 2019, https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-procurement-channels-leveraging-criminal-networks-and-partnering

- "Iran's Deadly Diplomats," *CTC Sentinel,* Vol 11, Issue 7, August 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/irans-deadly-diplomats

- "Trump's Travel Ban Might Be Legal, But It's Bad Policy," *Foreign Policy*, April 25, 2018, available online at

- "In Search of Nuance in the Debate over Hezbollah's Criminal Enterprise and the U.S. Response," *Lawfare Research Paper Series*, March 20, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/in-search-of-nuance-in-the-debate-over-hezbollahs-criminal-enterprise-and-t

- "Debating the Hezbollah Problem," *ISCR Insight,* January 22, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/debating-the-hezbollah-problem

- "The Evolution of Shia Insurgency in Bahrain," with Michael Knights, *CTC Sentinel,* January 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/the-evolution-of-shia-insurgency-in-bahrain

- "Qatar Doesn't Need a Blockade, It Needs an Audit," *Foreign Policy*, June 15, 2017, available online at http://www.washingtoninstitute.org/policy-analysis/view/qatar-doesnt-need-a-blockade-it-needs-an-audit

PX2

- "How Hamas' Military Wing Threatens Reconciliation With Fatah," with Aviva Weinstein, *Foreign Affairs,* November 29, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/how-hamas-military-wing-threatens-reconciliation-with-fatah

- "The New York Bomber Was Not a Lone Wolf" *Foreign Policy,* September 21, 2016, available online at https://www.washingtoninstitute.org/policy-analysis/view/the-new-york-bomber-was-not-a-lone-wolf

- "Hezbollah's Pivot Toward the Gulf," *CTC Sentinel,* Vol 9, Issue 8, August 2016, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-pivot-toward-the-gulf

- "The Islamic State's Lone-Wolf Era Is Over," *Foreign Policy*, March 24, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-islamic-states-lone-wolf-era-is-over

- "Iranian and Hezbollah Operations in South America: Then and Now," *PRISM,* December 16, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-and-hezbollah-operations-in-south-america-then-and-now

- "Anatomy of a Bombing," *Foreign Affairs,* September 1, 2015, available online at https://www.foreignaffairs.com/articles/lebanon/2015-09-01/anatomy-bombing

- "Waking Up the Neighbors: How Regional Intervention is Transforming Hezbollah," *Foreign Affairs,* July 23, 2015, available online at https://www.foreignaffairs.com/articles/israel/2015-07-23/waking-neighbors

- "Keeping Iran's Feet to the Fire," *Foreign Policy,* July 14, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/keeping-irans-feet-to-the-fire

- "Hezbollah Pulled Between Resistance to Israel and Defense of Syria," *CTC Sentinel,* Vol 8, Issue 2, February 2015, available online at http://www.washingtoninstitute.org/uploads/Documents/opeds/Levitt20150227-CTCSentinel.pdf

- "The Composing of ISIS: Let it Rot," *CCHS Security Insights,* February 4, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-composting-of-isis-let-it-rot

- "Can Argentina Find Justice Without Alberto Nisman?" *Foreign Policy,* January 22, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/can-argentina-find-justice-without-alberto-nisman

- "Hezbollah's Syrian Quaqmire," *PRISM,* Vol 5, Issue 4, September 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-syrian-quagmire

- "Hezbollah and Iran's Strategic Partnership," *Harvard Journal of Middle East Politics and Policy*, Vol. III, 2013-2014

- "Hamas's Not-So-Secret Weapon," *Foreign Affairs*, July 9, 2014, available online at

PX2

http://www.washingtoninstitute.org/policy-analysis/view/hamass-not-so-secret-weapon

- "Regional Implications of the War in Syria," *Defense Dossier*, Issue 11, June 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/regional-implications-of-the-war-in-syria

- "Hezbollah's Man in Egypt," *Perspectives on Terrorism*, Vol 8, Issue 2, April 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-man-in-egypt

- "Hizb Allah's Gambit in Syria," with Aaron Y. Zelin, *CTC Sentinel*, Special Issue, Vol 6 Issue 8, August 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hizb-allahs-gambit-in-syria

- "Hezbollah's Organized Criminal Enterprises in Europe," *Perspectives on Terrorism*, Vol 7 Issue 4, August 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-organized-criminal-enterprises-in-europe

- "Criminal Connections: Hizbullah's Global Illicit Financial Activities," *IHS Defense, Risk and Security Consulting*, September 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/criminal-connections-hizbullahs-global-illicit-financing-activities

- "Hizbullah Narco-Terrorism: A Growing Cross-Border Threat," *IHS Defense, Risk and Security Consulting*, September 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/hizbullah-narco-terrorism-a-growing-cross-border-threat

- "The Tragedy in Toulouse: When Kinetic Counterterrorism Tactics Aren't Enough," *HSPI Commentary* 26, The Homeland Security Policy Institute, The George Washington University, March 29, 2012, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1849

- "Money Troubles: The Financial Woes of al-Qaeda's Leaders," *IHS Jane's*, January 2012, available online at www.washingtoninstitute.org/templateC06.php?CID=1830

- "It's the Ideology, Stupid," *Journal of International Security Affairs*, September 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1710

- "Hezbollah: Party of Fraud," *Foreign Affairs*, July 27, 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1685

- "Follow the Money: Leveraging Financial Intelligence to Combat Transnational Threats," *Georgetown Journal of International Affairs* (Winter/Spring 2011), available online at http://www.washingtoninstitute.org/templateC06.php?CID=1606

- "Al Qaeda Targeting Israel: Between Rhetoric and Reality," *Orbis,* volume 54, number 3 (Summer 2010)

- "Tracking Narco-Terrorist Networks: The Money Trail," co-authored with Michael Jacobson, *The Fletcher Forum of International Affairs*, vol. 34:1, winter 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1444

- "What Europe Can Do to Secure a Deal with Iran," *Europe's World* (Spring 2010), available online at

PX2

http://www.washingtoninstitute.org/templateC06.php?CID=1425

- "Syria's Financial Support for Jihad," *Middle East Quarterly* (Winter 2010), available online at
  http://www.meforum.org/2579/syria-financial-support-jihad

- "Staying Solvent – Assessing Al-Qaeda's Financial Portfolio," co-authored with Michael Jacobson in *Al-Qaeda's Senior Leadership (AQSL) – a Jane's Strategic Advisory Services (JSAS) supplement,* IHS Jane's, November 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1396

- "Hamas's Ideological Crisis," *Current Trends in Islamist Ideology* (November 2009), available online at
  http://www.washingtoninstitute.org/templateC06.php?CID=1376

- "Israel as an Al-Qa'ida Target: Sorting Rhetoric from Reality," *CTC Sentinel*, volume 2:10, October 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1370

- "Foreign "South of the Border, a Threat from Hezbollah," *Journal of International Security Affairs*, Spring 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/south-of-the-border-a-threat-from-hezbollah

- "Foreign Fighters and Their Economic Impact: A Case Study of Syria and al-Qaeda in Iraq," *Perspectives on Terrorism*, Volume 3, Issue 3, September 2009, available online at
  http://www.washingtoninstitute.org/templateC06.php?CID=1363

- "Confronting the Ideology of Radical Extremism," co-authored with J. Scott Carpenter and Michael Jacobson, *Journal of National Security Law & Policy*, volume 3:2, Fall 2009, available online at
  http://www.washingtoninstitute.org/templateC06.php?CID=1354

- "The Making of a Martyr" (Book Review), *The Journal of International Security Affairs*, Fall 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1353

- "Drug Wars: How Obama can Use Narcotics Enforcement to Fight Terrorism," co-authored with Michael Jacobson, *The New Republic*, January 26, 2009 available online at
  http://www.washingtoninstitute.org/templateC06.php?CID=1223

- "The U.S. Campaign to Squeeze Terrorist's Financing," co-authored with Michael Jacobson, *Columbia Journal of International Affairs*, Fall/Winter 2008, available online at
  http://www.washingtoninstitute.org/templateC06.php?CID=1196

- "Al Qa'ida's Finances: Evidence of Organizational Decline?" *CTC Sentinel*, April 2008, available online at
  http://www.washingtoninstitute.org/templateC06.php?CID=1150

- "Could Hamas Target the West?" *Studies in Conflict & Terrorism*, vol. 30, no. 11, 2007, available online at
  http://www.washingtoninstitute.org/templateC06.php?CID=1098

- "Countering the Theological Case for 'Economic Jihad' is Vital," *RUSI/Jane's Homeland Security and Resilience Monitor*, (July 1, 2005), available online at http://www.washingtoninstitute.org/opedsPDFs/42a8bf8bbf6a6.pdf

PX2

- "Hamas and Islamic Jihad Clash over 'Media Jihad'," *RUSI/Jane's Homeland Security and Resilience Monitor*, January 12, 2005, available online at http://www.washingtoninstitute.org/templateC06.php?CID=768

- "Zarqawi's Jordanian Agenda," (with Julie Sawyer), *Terrorism Monitor: In-Depth Analysis of the War on Terror*, Vol. II, Issue 24, The Jamestown Foundation (December 16, 2004), available online at http://www.jamestown.org/publications_details.php?volume_id=400&issue_id=3179&article_id=2369022

- "Untangling the Terror Web: Identifying and Counteracting the Phenomenon of Crossover between Terrorist Groups," *SAIS Review*, vol. XXIV, no. 1 (Winter-Spring 2004), available online at http://www.washingtoninstitute.org/templateC06.php?CID=786

- "USA Ties Terrorist Attacks in Iraq to Extensive Zarqawi Network," *Jane's Intelligence Review, Terrorism and Insurgency*, April 1, 2004 (posted online March 16, 2004), available online at http://www.washingtoninstitute.org/templateC06.php?CID=471

- "Hizbullah's African Activities Remain Undisrupted," *RUSI/Jane's Homeland Security and Resilience Monitor*, March 1, 2004 (posted online February 4, 2004), available online at http://www.washingtoninstitute.org/templateC06.php?CID=463

- "Hamas from Cradle to Grave," *Middle East Quarterly*, vol. 11, no. 1 (January 2004), available online at http://www.meforum.org/article/582

- "Hezbollah's West Bank Terror Network," *Middle East Intelligence Bulletin (MEIB)*, vol. 5, no. 8 (August 2003), available online at http://www.meib.org/articles/0308_l3.htm

- "Confronting Syrian Support for Terrorist Groups," *Middle East Intelligence Bulletin (MEIB)*, vol. 5, no. 5 (May 2003), available online at http://www.meib.org/articles/0305_s1.htm

- "Stemming the Flow of Terrorist Financing: Practical and Conceptual Challenges." *The Fletcher Forum of World Affairs*, vol. 27, no. 1, (Winter/Spring 2003), available online at http://fletcher.tufts.edu/forum/27-1pdfs/Levitt3.pdf

- "The Political Economy of Middle East Terrorism," *The Middle East Review of International Affairs (MERIA) Journal*, vol. 6, no. 4 (December 2002), available online at http://www.washingtoninstitute.org/templateC06.php?CID=794

- "Sponsoring Terrorism: Syria and Islamic Jihad," *Middle East Intelligence Bulletin (MEIB)*, vol. 4, no. 11 (November 2002), available online at http://www.meforum.org/meib/articles/0211_s1.htm

- "Eradicating Evil: Cracking Down on Terrorist Financing," *Harvard International Review online,* vol. XXIV, Issue 3, (Fall 2002), available online at http://www.hir.harvard.edu/articles/index.html?id=1080

- "War on Terrorism Scorecard," *Middle East Quarterly, vol.* 9, no. 3 (Summer 2002), available online at http://www.meforum.org/article/494

- "The Taliban, Islam, and Women's Rights in the Muslim World," *The Fletcher Forum of World Affairs*, vol. 21, no. 1 (Winter/Spring 1998)

- "Kilometer 101: Oasis or Mirage?  An Analysis of Third-Party Self-Interest in International Mediation," *Mediation Quarterly*, vol. 15, no. 2, (Winter 1998); earlier version published in The Program on Negotiation at Harvard Law School, *Working Paper Series,* no. 96-1 (March 1996), and presented at a Ph.D. conference entitled "Conflict Studies: A New Generation of Ideas" held at The University of Massachusetts, Boston, MA, October 4-5, 1996.

PX2

- Academic Book Review of <u>Faith and Freedom: Women's Human Rights in the Muslim World</u>, Mahnaz Afkhami, Ed. (Syracuse University Press, 1995), *Journal of International Affairs,* vol. 50, no. 1 (Summer 1996)

- "Let Them Eat Figs: An Analysis of the Negotiation Process Leading to the Madrid Peace Conference," The Program on Negotiation at Harvard Law School, *Working Paper Series,* no. 94-4 (February 1994)

- A variety of classified articles published in FBI and U.S. intelligence community publications, 1998-2001

### *Editorial Articles:*

- "Inside Hezbollah's American Sleeper Cells," Haaretz, August 4, 2019, https://www.haaretz.com/middle-east-news/.premium-hezbollah-sleeper-cells-primed-to-strike-u-s-and-israeli-targets-on-iran-s-signal-1.7618673

- "Hezbollah Isnt' Just in Beirut.  It's in New York, Too," *Foreign Policy*, June 14, 2019, https://foreignpolicy.com/2019/06/14/hezbollah-isnt-just-in-beirut-its-in-new-york-too-canada-united-states-jfk-toronto-pearson-airports-ali-kourani-iran/

- "Europe has not Faced up to the threat of Hizballah," *Telegraph*, June 9, 2019, https://www.washingtoninstitute.org/policy-analysis/view/europe-has-not-faced-up-to-the-threat-of-hizbollah

- "What will IRGC Designation Actually Do?"  *Iran Primer*, April 8, 2019, https://www.washingtoninstitute.org/policy-analysis/view/what-will-irgc-designation-actually-do

- "Rouhani's Threat to Shut the Strait of Hormuz—More than Bluster?" *The American Interest*, December 14, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/rouhanis-threat-to-shut-the-strait-of-hormuzmore-than-bluster

- "Hezbollah's Corruption Crisis Runs Deep," *Alhurra*, July 20, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-corruption-crisis-runs-deep

- "Next Stage in the Battle Against the Islamic State," *Alhurra*, February 8, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/next-stage-in-the-battle-against-the-islamic-state

- "Hezbollah is a Terrorist Group in Its Entirety; UK Must Recognize That," *The Hill,* January 24, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollah-is-a-terrorist-group-in-its-entirety-uk-must-recognize-that

- "How Trump Is Going After Hezbollah in America's Backyard," *Politico*, November 30, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/how-trump-is-going-after-hezbollah-in-americas-backyard

- "America's Radicalization Problem: It's Local," *New York Daily News*, November 1, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/americas-radicalization-problem-its-local

- "The Unique Counterterrorism Challenges Presented by Homegrown Violent Extremism" *Alhurra*, October 18, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/closing-the-door-against-isis

- "Shutting the Door to the Islamic State" *Alhurra*, September 9, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/closing-the-door-against-isis

PX2

- "NATO's Role in Fighting Post-Caliphate ISIS Looms Large" *The Hill,* August 2, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/natos-role-in-fighting-post-caliphate-isis-looms-large

- "On Bombing Anniversary, Iran Still Engaged in Illicit Activity," *The Hill,* July 19, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/on-bombing-anniversary-iran-still-engaged-in-illicit-activity

- "Stopping the Next London Attacker or Orlando Shooter," *The Hill,* April 7, 2017, available online at http://www.washingtoninstitute.org/policy-analysis/view/stopping-the-next-london-attacker-or-orlando-shooter

- "Iran's 'Resistance Economy' –and Stalled Reform Efforts,"*Wall Street Journal,* September 23, 2016, available online at https://www.washingtoninstitute.org/policy-analysis/view/irans-resistance-economy-and-stalled-reform-efforts

- "Why Trump and Netanyahu Might Keep the Iran Deal After All," The Hill (with Katherine Bauer and Patrick Clawson, Februa 15, 2017, http://www.washingtoninstitute.org/policy-analysis/view/why-trump-and-netanyahu-might-keep-iran-nuclear-deal-after-all

- Iran and Hezbollah Remain Hyperactive in Latin America," *Cipher Brief*, August 11, 2016, available online at https://www.washingtoninstitute.org/policy-analysis/view/iran-and-hezbollah-remain-hyperactive-in-latin-america

- "Under Cover of Nuclear Deal, Iran Foments Regional Instability," *The Hill*, July 12, 2016, available online at https://thehill.com/blogs/pundits-blog/international/287342-under-cover-of-nuclear-deal-iran-foments-regional

- "Hizbullah Under Fire in Syria," co-authored with Nadav Pollak, *Tony Blair Faith Foundation,* June 9, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/hizbullah-under-fire-in-syria

- "The View from Tehran's Twilight Zone: Iran's Continued Illicit Finance Activities and Their Implications," *Henry Jackson Society*, May 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-view-from-tehrans-twilight-zone

- "Where Iran's Complaint About Banking Integration Misses the Mark," *Wall Street Journal*, April 18, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/where-irans-complaint-about-banking-integration-misses-the-mark

- "My Journey Through Brussels' Terrorist Safe Haven," *Politico*, March 27, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/my-journey-through-brussels-terrorist-safe-haven

- "Brussels Attacks Raise Questions on Readiness," *New York Times*, March 22, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/brussels-attacks-raise-questions-on-readiness

- "Genocide or Not, Civilians Need Protection from ISIS," *The Hill*, March 11, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/genocide-or-not-civilians-need-protection-from-isis

- "Behind the GCC's Terrorist Designation of Hizbullah," *Tony Blair Faith Foundation* March 10, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/behind-the-gccs-terrorist-designation-of-hizbullah

- "The Crackdown on Hezbollah's Financing Network," *Wall Street Journal*, January 27, 2016,available online at http://www.washingtoninstitute.org/policy-analysis/view/the-crackdown-on-hezbollahs-financing-network

28

PX2

- "Prisoner Release," *Cipher Brief*, January 20, 2016, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/prisoner-release

- "A Counterterrorism Restructuring That Can't Work Without Funding," *Wall Street Journal* January 16, 2016,
  available online at http://www.washingtoninstitute.org/policy-analysis/view/a-counterterrorism-restructuring-that-cant-work-without-funding

- "America May Have Unlocked a Key to Fighting Terrorism -- and It Doesn't Involve Drones," *Washington Post*,
  January 8, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/america-may-have-unlocked-a-key-to-fighting-terrorism-and-it-doesnt-involve

- "U.S. Sanctions Delay Could Open Door for Iranian Weapons Violations," *Wall Street Journal,* January 1, 2016,
  available online at http://www.washingtoninstitute.org/policy-analysis/view/u.s.-sanctions-delay-could-open-door-for-iranian-weapons-violations

- "As Argentinian 'Truth Commission' Ends Before It Starts, Time to Investigate Iranian Agents," *The Hill*,
  December 28, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/as-argentinian-truth-commission-ends-before-it-starts-time-to-investigate-i

- "The Islamic State Is Financially Self-Sufficient," *BBC News*, December 19, 2015, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/the-islamic-state-is-financially-self-sufficient

- "Two Steps to Crack Down on Islamic State Financing Options," *Wall Street Journal,* December 17, 2015,
  available online at http://www.washingtoninstitute.org/policy-analysis/view/two-steps-to-crack-down-on-islamic-state-financing-options

- "On Iran Sanctions, Mixed News -- and Warnings for Potential Investors," *Wall Street Journal,* December 9,
  2015 available online at http://www.washingtoninstitute.org/policy-analysis/view/on-iran-sanctions-mixed-news-and-warnings-for-potential-investors

- "Sophisticated Finances That Could Trip Up ISIS," *New York Times*, November 22, 2015 available online at
  http://www.washingtoninstitute.org/policy-analysis/view/sophisticated-finances-that-could-trip-up-isis

- "How Do ISIS Terrorists Finance Their Attacks?" *The Hill,* November 18, 2015, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/how-do-isis-terrorists-finance-their-attacks

- "How to Beat ISIL Without 50,000 Troops," *Politico,* November 18, 2015, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/how-to-beat-isil-without-50000-troops

- "The Middle East After the Iran Nuclear Deal: Hezbollah," *Council on Foreign Relations*, September 7, 2015,
  available online at http://www.washingtoninstitute.org/policy-analysis/view/the-middle-east-after-the-iran-nuclear-deal-hezbollah

- "Inside Hezbollah's European Plots," *Daily Beast*, July 20, 2015, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/inside-hezbollahs-european-plots

- "With Nisman Dead, AMIA Case Falls Down the Rabbit Hole," *Clarin,* June 4, 2015, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/with-nisman-dead-amia-case-falls-down-the-rabbit-hole

- "Why the Saudis Just Blacklisted Two Lebanese Militants," *The Hill,* May 29, 2015, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/why-the-saudis-just-blacklisted-two-lebanese-militants

PX2

- "Brooklyn Terror Plot Shows No Community Is Immune," co-authored with Kelsey Segawa, *New York Daily News,* February 26, 2015 available online at http://www.washingtoninstitute.org/policy-analysis/view/brooklyn-terror-plot-shows-no-community-is-immune

- "The P.L.O. Verdict Should Be No Surprise," *New York Times*, February 25, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-p.l.o.-verdict-should-be-no-surprise

- "Why the CIA Killed Imad Mughniyeh," *Politico*, February 9, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/why-the-cia-killed-imad-mughniyeh

- " 'Fox' Hunt: The Search for Hezbollah's Imad Mughniyeh," *The Hill* February 4, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/fox-hunt-the-search-for-hezbollahs-imad-mughniyeh

- "Israel vs. Hezbollah, Spy vs. Spy," *National Post*, January 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/israel-vs.-hezbollah-spy-vs.-spy

- "Terrorist 'Frenemies,'" *Politico*, January 16, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/terrorist-frenemies

- "Hezbollah's Syria Problem," *Politico,* December 1, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-syria-problem1

- "Don't Bank on Bankrupting ISIS, but Here's How We Shrink Its Wallet," *The Hill*, November 19, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/dont-bank-on-bankrupting-isis-but-heres-how-we-shrink-its-wallet

- "Hamas is Going Through a Rough Patch, So What is it Singing About?" co-authored with Oula Abdulhamid Alrifai and Kelsey Segawa, *The Hill*, October 15, 2014, available online http://www.washingtoninstitute.org/policy-analysis/view/hamas-is-going-through-a-rough-patch-so-what-is-it-singing-about

- "The Khorasan Group Should Scare Us," *Politico*, September 24, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-khorasan-group-should-scare-us

- "Qater's Not-So-Charitable Record on Terror Finance," *The Hill*, September 24, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/qatars-not-so-charitable-record-on-terror-finance

- "While Still Risky, Military Intervention Against ISIS May be the Only Good Option for President Obama," *New York Daily News*, September 4, 2014, http://www.washingtoninstitute.org/policy-analysis/view/while-still-risky-military-intervention-against-isis-may-be-the-only-good-o

- "What is Hizbullah? Domestic Aspects and International Influence," *Tony Blair Faith Foundation*, August 19, 2014, available online at http://www.washingtoninstitute.org/uploads/Documents/opeds/Levitt20140819-TonyBlairFoundation.pdf

- "Is 'Reconstruction for Demilitarization' the Way Forward in Gaza?" *Fathom Journal* Interview, August 7, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/is-reconstruction-for-demilitarisation-the-way-forward-in-gaza

- "Gaza is Not About to Become an Islamic State," *The New Republic*, August 7, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/gaza-is-not-about-to-become-an-islamic-state

- "What Is Hezbollah Doing in Europe?" *The Atlantic*, July 24, 2014, http://www.washingtoninstitute.org/policy-

PX2

analysis/view/what-is-hezbollah-doing-in-europe

- "Declaring an Islamic State, Running a Criminal Enterprise," *The Hill*, July 7, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/declaring-an-islamic-state-running-a-criminal-enterprise

- "Kidnapped Israeli Teens Compel Scrutiny of Hamas's International Finances: Going After the 'Hamas HQ in Europe'," *The New Republic*, June 24, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/kidnapped-israeli-teens-compel-scrutiny-of-hamass-international-finances

- "Closing the Gap on Hezbollah's Global Operations," *The Hill*, June 18, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/closing-the-gaps-on-hezbollahs-global-operations

- "Syria's Jihadis are Coming Home to Roost," *National Post* (Canada), June 5, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/syrias-jihadis-are-coming-home-to-roost

- "Imad Mughniyeh's Legacy Six Years On," *The Weekly Standard*, February 12, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/imad-mughniyehs-legacy-six-years-on

- "Zawahiri Aims at Israel: Behind Al Qaeda's Pivot to the Levant," *Foreign Affairs*, February 3, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/zawahiri-aims-at-israel-behind-al-qaedas-pivot-to-the-levant

- "Hezbollah's Ideological Crisis," *Times of Israel*, January 6, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-ideological-crisis

- "Long Reach of Hezbollah Makes it a Threat Close to Home," *Australian Financial Review*, December 13, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/long-reach-of-hezbollah-makes-it-a-threat-close-to-home

- Strange Bedfellows: Is the turbulent Middle East bringing Sunni and Shiite jihadists together, or driving them to war?" *Foreign Policy*, August 16, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/strange-bedfellows

- "There is No Distinct Hezbollah 'Military Wing,' So Why Ban It?" with Jonathan Prohov, *The Daily Beast*, July 25, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/there-is-no-distinct-hezbollah-military-wing-so-why-ban-it

- "Beware of Hezbollah in New York," *New York Post*, July 18, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/beware-of-hezbollah-in-new-york

- "Exporting Terror in America's Backyard," *Foreign Policy*, June 13, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/exporting-terror-in-americas-backyard

- **"**Hezbollah's Criminal Network Expanding in Size, Scope and Savvy," *World Politics Review*, May 1, 2013

- "Hezbollah's 1992 Attack in Argentina Is a Warning for Modern-Day Europe," *The Atlantic*, March 19, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-1992-attack-in-argentina-is-a-warning-for-modern-day-europe

- "Why Europe Should Ban Hezbollah," Al-Sharq al-Awsat (Arabic), March 18, 2013, available online (in English and Arabic) at http://www.washingtoninstitute.org/policy-analysis/view/why-europe-should-ban-hezbollah

PX2

- "Hezbollah's European Enablers," *National Post* (Canada), March 11, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-european-enablers

- "Hezbollah Worried; Europe Should be Too," with Magnus Norell, *The Daily Beast*, February 26, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollah-worried-europe-should-be-too

- "Europe's Hezbollah Problem," With Daniel Benjamin and Karen Betts, *The Jerusalem Post*, February 24, 2013, available online at http://www.jpost.com/MiddleEast/Article.aspx?id=304336

- "On a Military Wing and a Prayer," *Foreign Policy*, February 12, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/on-a-military-wing-and-a-prayer

- "Why Bulgaria? Why Now?" *CNN Global Public Square*, February 12, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/why-bulgaria-why-now

- "Hezbollah's Syria Problem," Fikra Forum, February 6, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-syria-problem

- Republished by Voice of America, Middle East Voices, February 13, 2013, available online at http://middleeastvoices.voanews.com/2013/02/insight-hezbollahs-syria-problem-82585/

- "Did Iran Bomb AMIA?  The Evidence is Clear," *Jewish Chronicle* (UK), December 14, 2012, available at http://www.thejc.com/comment-and-debate/analysis/94147/did-iran-bomb-amia-the-evidence-clear

- "29 Years Later, Echoes of 'Kuwait 17'," *The Weekly Standard*, December 13, 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/29-years-later-echoes-of-kuwait-17

- "Will the Ceasefire Last?" *The Daily Beast*, November 22, 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/will-the-ceasefire-last

- "Ignoring the Warning Lights on Hezbollah," Henry Jackson Society, November 8, 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/ignoring-the-warning-lights-on-hezbollah-the-case-for-a-european-ban

- "Why Iran Wants to Attack the United States," *Foreign Policy*, October 29, 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/why-iran-wants-to-attack-the-united-states

- "Tehran's Unlikely Assassins," *The Weekly Standard*, August 20, 2012, http://www.weeklystandard.com/blogs/tehran-s-unlikely-assassins_650307.html

- "Did Hezbollah Do It?"  *The Daily Beast, Open Zion*, July 18, 2012, available online at http://www.thedailybeast.com/articles/2012/07/18/did-hezbollah-do-it.html

- "Iran, Hizballah and the Threat to the U.S. Homeland," YaLIBNAN, March 27, 2012, available online at http://www.yalibnan.com/2012/03/27/iran-hizballah-and-the-threat-to-the-u-s-homeland/

- "An Anti-Crime Strategy to Combat the PKK," Hurriyet Daily News, February 16, 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/an-anti-crime-strategy-to-combat-the-pkk

PX2

- "U.S. Court Ruling Links Iran to Al Qaeda," *Iran Primer*, December 13, 2011, available online at http://www.washingtoninstitute.org/html/pdf/IranPrimer_Levitt3.pdf

- "Treasury Tightens Squeeze on Iran Front Companies," *Iran Primer*, October 27, 2011, available online at http://www.washingtoninstitute.org/html/pdf/IranPrimer_Levitt2.pdf

- "A History of Violence," *Foreign Policy*, October 12, 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1731

- "Iranian Doublespeak on the Anniversary of the AMIA Bombing," *The Jerusalem Post*, July 20, 2011, available online at http://www.jpost.com/Opinion/Op-EdContributors/Article.aspx?id=230258

- "Senior Hizballah Official Wanted for Murder," NOW Lebanon, July 21, 2011, available online at http://www.nowlebanon.com/NewsArticleDetails.aspx?ID=293278&MID=0&PID=0

- "Obama Puts the Onus on Hamas, Where It Belongs – and 1967 Borders, With Swaps, Makes Sense," New *York Daily News*, May 20, 2001, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1632

- "Checkbook Jihad," *Foreign Policy*, May 12, 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1625

- **"**With Osama Bin Laden Gone, Al Qaeda Just Got A Lot Weaker," *New York Daily News*, May 3, 2011

- "Hizballah: Governing Faction in Lebanon, Criminal Group Abroad," *NOWlebanon.com*, February 17, 2011, available online at http://www.nowlebanon.com/NewsArticleDetails.aspx?ID=241398

- "We Must Challenge the Ideology Driving Terrorism," with Scott Carpenter, *The Australian*, November 16, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1534

- "Center of Jihadism Moves from the M.E. to South Asia, Africa," *The Jerusalem Post*, August 17, 2010, available online at http://www.jpost.com/Features/InThespotlight/Article.aspx?id=184989

- "Why the Iran Sanctions Matter," *Foreign Policy*, June 11, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1476

- "Crime Links Aid Counter-Terror Efforts," *Oxford Analytica*, May 19, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1460

- "What Did Tehran Ask of Hizballah?" *The Jerusalem Post*, March 4, 2010, available online at http://www.jpost.com/MiddleEast/Article.aspx?id=170155

- "Can Gaza Become a Somalia or Yemen?" *The Jerusalem Post*, February 9, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1412

- "When Yemen Meets Gaza," *Foreign Policy*, January 25, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1408

33

PX2

- "The World Can't Trust Iran," co-authored with Michael Jacobson, *The Guardian*, September 26, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1348

- "Radicalization: Made in the USA?"  HSPI Commentary 03, Homeland Security Policy Institute, George Washington University, June 2, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1283

- "Hamas: Hits and Misses," The Australian, May 30, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1281

- "Analysis: Egypt Still has its Head in the Sand," with Yoram Cohen, *The Jerusalem Post*, March 3, 2009

- "Focus to Remain on Terrorist Financing," Oxford Analytica March 3, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1246

- "How Not to Fund Hamas: Scrutinize those who Receive U.S. Aid," *New York Daily News*, February 4, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1229

- "Targeting Terrorists' Financial Networks," co-authored with Michael Jacobson, *The Jerusalem Post*, January 6, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1205

- "Holding Hamas Accountable," *The Forward*, January 2, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1204

- "Bridging the Persian Gulf: Terrorist Networks are Active in the Persian Gulf, U.S. Diplomacy in the Region is the Key to Combating Them," co-authored with Michael Jacobson, *The Guardian* online, December 11, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1197

- "Where We've Come Since 9/11," co-authored with Michael Jacobson, *San Francisco Chronicle*, September 9, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1177

- "Franchises of al-Qaida Pose a Great Threat," co-authored with Michael Jacobson, *Courier-Post* (NJ), September 7, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1175

- "Legitimizing Hamas: Carter's Visit Sends the Wrong Message," *The Weekly Standard*, April 16, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1148

- "Is Combating the Financing of Terrorism Worthwhile?" A World-Check Terrorism Brief Paper, March 10, 2008, available online at http://www.world-check.com/media/d/content_experttalk_reference/ExpertTalk_Levitt_2008March.pdf

- "Globalized Jihad then (1993) and Now," Middle East Strategy at Harvard (MESH), March 11, 2008, available online at http://blogs.law.harvard.edu/mesh/2008/03/globalized_jihad_then_1993_now/

- "Hamas in the Spotlight," Middle East Strategy at Harvard (MESH), February 27, 2008, available online at http://blogs.law.harvard.edu/mesh/2008/02/hamas_in_the_spotlight/

- "Why Following the Money Leads to Terrorists," *European Voice*, February 14, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1133

- "GAO Misleads on Iran Sanctions," Middle East Strategy at Harvard (MESH), January 17, 2008, available online

PX2

at http://www.washingtoninstitute.org/templateC06.php?CID=1122

- "The Clock Ticks: Sanction Iran Now," *Financial Times Deutschland* (German), December 19, 2007, English version available online at http://www.washingtoninstitute.org/templateC06.php?CID=1118

- "Contending with Iran's Nuclear Intentions and Capabilities," *San Francisco Chronicle*, December 5, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1112

- "Can Sanctions Be Effective in Halting Iran's Nuclear Program?"  Council on Foreign Relations online debate, October 15-18, 2007, available online at http://www.cfr.org/publication/14500/can_sanctions_be_effective_in_halting_irans_nuclear_program.html?breadcrumb=%2Fpublication%2Fpublication_list%3Ftype%3Donline_debate

- "Chilling Effect: The U.S. Courts Wouldn't Stop Me from Writing about Terrorist Funding, but England Might," *The New Republic* online, October 12, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1099

- "Hamas' Hidden Economy," *Los Angeles Times*, July 3, 2007 (also ran in the *Singapore Straits Times* on July 5, 2007 as "The Covert Funding of Hamas"), available online at http://www.washingtoninstitute.org/templateC06.php?CID=1073

- "Making Iran Feel the Pain," *Wall Street Journal Europe*, July 2, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1071

- "Prized Fighter: How Nicolas Sarkozy Could Help Destroy Hezbollah," co-authored with Michael Jacobson, *The New Republic Online*, May 28, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1058

- "Pulling Tehran's Purse Strings," Transatlantic Issues #16, May 4, 2007, available online at http://www.transatlanticinstitute.org/html/pu_articles.html?id=337

- "Blocking Terror Finances,"  UPI Outside View, May 3, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1050

- "Putin's New Friends:  Moscow Hosts Hamas," *The Weekly Standard*, March 19, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1038

- "Target Iranian Forces," *The Washington Times*, February 16, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1026

- "Hamas's Muddied Waters," *The Chronicle Review*, May 12, 2006, available online (by subscription) at http://chronicle.com/weekly/v52/i36/36b01201.htm

- "No Excuse," *The Wall Street Journal Europe*, July 28, 2005, available online at http://www.washingtoninstitute.org/templateC06.php?CID=856

- "A Major Blow to Al-Qaeda," *The National Post* (Canada), May 5, 2005, available online at http://www.washingtoninstitute.org/templateC06.php?CID=826

- "Ready, Aim, Ceasefire: How to Sustain the Spirit of Shem-el-Sheikh," *The Review*, Vol. 30, No. 3, March 2005

- "Injustice in Gaza," The Baltimore Sun, October 18, 2004, available online at http://www.washingtoninstitute.org/templateC06.php?CID=732

PX2

- "A Report Whose Tactical and Strategic Goals Don't Square," *The Daily Star*, August 30, 2004, available online at http://www.dailystar.com.lb/article.asp?edition_id=10&categ_id=5&article_id=7848#

- "The 9/11 Report and U.S. Middle East Strategy: Little Impact," *Bitterlemons-international.org*, August 27, 2004, available online at http://www.bitterlemons-international.org/inside.php?id=218

- "The Missing Link: Saddam and al Qaeda," *The Washington Post*, June 2, 2004, page C4, available online at http://www.washingtonpost.com/wp-dyn/articles/A8112-2004Jun1.html

- "Moderately Deadly: Yassin's Long History of Terror," *National Review Online*, March 26, 2004, available online at http://www.nationalreview.com/comment/levitt200403261126.asp

- "Who Did It?" *The Baltimore Sun*, March 14, 2004, available online at http://www.washingtoninstitute.org/templateC06.php?CID=468

- "Charity Begins in Riyadh," *The Weekly Standard*, vol. 9, no. 20, February 2, 2004, available online at http://www.washingtoninstitute.org/templateC06.php?CID=462

- "Shut Down Hamas," *The Baltimore Sun*, January 22, 2004, available online at http://www.washingtoninstitute.org/templateC06.php?CID=460

- "Turning a Blind Eye to Hamas in London," *The Wall Street Journal Europe*, October 24, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=490

- "Palestinian terrorists expand their reach, *The National Post*, October 18, 2002, available online at http://www.washingtoninstitute.org/templateC06.php?CID=489

- "PLO Penetrates Homeland Security," *The Jerusalem Post*, October 11, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=488

- "Still With Us?  Testing Britain's Counterterror Resolve," *National Review Online*, September 5, 2003, available online at http://www.nationalreview.com/comment/comment-levitt090503.asp

- "Tackling Terror in Iraq," *The Baltimore Sun*, September 3, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=484

- "Who Pays for Palestinian Terror?" *The Weekly Standard*, August 18, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=482

- "The Two Faces of Saudi Arabia: Dubious Allies in the War on Terror," *The Weekly Standard*, June 30, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=479

- "Smeared in Blood, Hezbollah Fingerprints All Over Globe," *The Australian*, June 9, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=478

- "Blood Money," *The Wall Street Journal*, June 4, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=477

- "Heart of the Axis - Al Qaeda has long called Iran home," *National Review Online*, May 29, 2003, available online at http://www.nationalreview.com/comment/comment-levitt052903.asp

- "Drawing a Line in the Saudi Sand," *National Review Online*, April 16, 2002, available online at http://www.nationalreview.com/comment/comment-levitt041603.asp

PX2

- "KSM in Custody," *National Review Online*, March 5, 2003, available online at http://www.nationalreview.com/comment/comment-levitt030503.asp

- "To Win the Terror War," *The New York Post*, March 4, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=466

- "The State of Denial: Arab Journalists and Intellectuals are Apologists for Terror," *National Review Online*, January 28, 2003, available online at http://www.nationalreview.com/comment/comment-levitt012803.asp

- "The Zarqawi Node in the Terror Matrix: Linking the Terrorists," *National Review Online*, February 6, 2003, available online at http://www.nationalreview.com/comment/comment-levitt020603.asp

- "World Should Confront Terrorist Have of Syria," *The Baltimore Sun*, November 25, 2002, available online at http://www.washingtoninstitute.org/templateC06.php?CID=492

- "Diplomacy Run Amuck," *The Jerusalem Post*, October 9, 2002, available online at http://www.washingtoninstitute.org/templateC06.php?CID=487

- "Money, Terror and Palestinian Reform: Accounting 101," *The Review* (Australia)*, vol. 27, no. 8 (August 2002)

- "Bush Administration Two-Faced on Terror," *The Baltimore Sun* (June 6, 2002), available online at http://www.washingtoninstitute.org/templateC06.php?CID=457

- "The Wrong Models for Tenet," *The Jerusalem Post* (June 5, 2002), available online at http://www.washingtoninstitute.org/templateC06.php?CID=459

PX2

*Washington Institute Policy Briefs:*

### 1998
- "U.S. Mediation in the Peace Process:  Context for the Ross Mission,"  PeaceWatch # 177, September 16, 1998.
- "Human Rights in the Wye River," PeaceWatch #188, November 4, 1998.

### 2001
- "Navigating the U.S. Government's Terrorist Lists," PolicyWatch #585. November 30, 2001.
- "Words And Actions: Leading By Example," PeaceWatch #353, December 4, 2001.
- "Assessing Arafat's Performance in the Fight Against Terror," PeaceWatch #356, December 21, 2001.

### 2002
- "Syria and the War on Terrorism: Challenges for U.S. Policy (Part I)," PolicyWatch #595, January 23, 2002.
- "Syria and the War on Terrorism: Challenges for U.S. Policy (Part II)," PolicyWatch #596, January 24, 2002.
- "New Arenas for Iranian-Sponsored Terrorism: The Arab-Israeli Heartland," PolicyWatch #605, February 22, 2002.
- "Hamas: Toward a Lebanese-Style War of Attrition?," PeaceWatch #367, February 26, 2002.
- "Tackling the Financing of Terrorism in Saudi Arabia," PolicyWatch #609, March 11, 2002.
- "Next Steps in the War on Terrorism," PolicyWatch #610, March 12, 2002.
- "Designating the Al-Aqsa Martyrs Brigades," PeaceWatch #371, March 25, 2002.
- "Defensive Shield Counterterrorism Accomplishments," PeaceWatch #377, April 17, 2002 (with Seth Wikas).
- "The Return of Palestinian Nationalist Terrorism," PeaceWatch #379, May 3, 2002 (with Ehud Waldoks).
- "Anticipating Patterns of Global Terrorism 2001," PolicyWatch #626, May 20, 2002.
- "PLOCCA 2002: Empty Words," PeaceWatch #384, May 24, 2002.
- "Europe and Middle East Terrorism," PolicyWatch #627, May 29, 2002.
- "Accounting and Accountability: Defining Donor Requirements for Palestinian Reform," PolicyWatch #638, July 18, 2002.
- "PLOCCA Redux: The State Department's Subtle Swipe at the Concept of Demanding Palestinian Compliance," PolicyWatch #640, July 25, 2002.
- "The Network of Terrorist Financing," PolicyWatch #646, August 6, 2002.
- "Palestinian Islamic Jihad: Getting by with a Little Help From Its Friends," PeaceWatch #396, September 3, 2002.
- "Syrian Sponsorship of Global Terrorism: The Need for Accountability," PolicyWatch #660, September 19, 2002.
- "Untangling the Terror Web: Al-Qaeda is Not the Only Element," PolicyWatch #671, October 28, 2002.
- "Combating Terrorist Financing, Despite the Saudis," PolicyWatch #673, November 1, 2002.
- "Saudi Financial Counterterrorism Measures (Part II): Smokescreen or Substance?," PolicyWatch #687,  December 10, 2002.
- "The War on Terror in the Shadow of the Iraq Crisis,"  PolicyWatch #690, December 12, 2002 (with Bruce Hoffman and Daniel Benjamin).

### 2003
- "Criminal Enterprise in the Political Economy of Middle Eastern Terrorism," PolicyWatch #697, January 3, 2003.
- "Banning Hizballah Activity in Canada," PolicyWatch #698, January 6, 2003.
- "Placing Iraq and Zarqawi in the Terror Web," PolicyWatch #710, February 13, 2003.
- "Palestinian Terrorist Groups Threaten U.S. Interests," PeaceWatch, PeaceWatch #413, February 14, 2003.
- "A Terrorist Front in Iraq?"  PolicyWatch #745, April 8, 2003 (with Roger Cressey and Avi Jorisch).
- "Patterns of Terrorism 2002: Terror, Counterterror, and State Sponsorship," PolicyWatch #753, April 30, 2003.

PX2

- "Hamas Blood Money: Mixing Good Works and Terror is No Formula for Peace," PeaceWatch #418, May 5, 2003.
- "Terror from Damascus, Part I: The Palestinian Terrorist Presence in Syria," PeaceWatch #420, May 7, 2003.
- "Terror from Damascus, Part II: The Palestinian Terrorist Presence in Syria," PeaceWatch #421, May 9, 2003.
- "U.S.-Saudi Counterterrorism Cooperation in the Wake of the Riyadh Bombing,"  PolicyWatch #759, May 23, 2003 (with Simon Henderson).
- "Hizballah's West Bank Foothold," PeaceWatch #429, August 20, 2003.
- "Ban Hamas in Europe," PeaceWatch #430, September 4, 2003 (with Jeff Cary).
- "Terrorist Attacks Against Western Officials in Gaza, the West Bank, and Israel," PeaceWatch #431, October 15, 2003.
- "Untangling the Web: Crossovers Among International Terrorist Groups," PolicyWatch #799, October 24, 2003.
- "Waging the War on Terror: Are the Saudis Starting to Turn the Corner?"  PolicyWatch #822, December 31, 2003 (with Simon Henderson).

## 2004

- "The Hizballah Threat in Africa," PolicyWatch #823, January 2, 2004.
- "Hamas's Political Wing: Terror by Other Means," PeaceWatch #440. January 6, 2004.
- "Radical Islamist Groups in Germany: A Lesson in Prosecuting Terror in Court," PolicyWatch #834, February 19, 2004 (with Assaf Moghadam).
- "Shaykh Yassin and Hamas Terror," PeaceWatch #448, March 23, 2004.
- "Assesing Hizballah's West Bank Foothold," PeaceWatch #463, June 18, 2004 (with Zohar Palti)
- "The Threat of Jewish Terror in Israel and the West Bank," PeaceWatch #470, August 9, 2004 (with Julie Sawyer).
- "Indicting Hamas: By Disrupting its Operations, Does the West Become a Target?" PeaceWatch #471, August 26, 2004.
- "Terror on the UN Payroll?," PeaceWatch #475, October 13, 2004.
- "Banning Hizballah TV in America," PolicyWatch #930, December 17, 2004 (with Avi Jorisch).

## 2005

- "Sustaining an Israeli-Palestinian Ceasefire," PeaceWatch #491, February 10, 2005
- "Ban Hizballah in Europe," PolicyWatch #958, February 16, 2005
- "Iranian State Sponsorship of Terror: Threatening U.S. Security, Global Stability, and Regional Peace," PolicyWatch #964, February 23, 2005
- "Hizballah Finances: Funding the Party of God," PolicyWatch #965,  March 1, 2005
- "Palestinian Authority Minister of Economy Tied to Hamas?" PeaceWatch #496, March 4, 2005
- "Freezing U.S. Assets of Syrian Officials," PolicyWatch #1012: July 13, 2005 (with Jamie Chosak)
- "The New Lebanon: Democratic Reform and State Sponsorship," PolicyWatch #1016: July 21, 2005
- "Undermining Hamas and Empowering Moderates by Filling the Humanitarian Void," PeaceWatch #514: September 7, 2005 (with Jamie Chosak)
- "A Hamas Headquarters in Saudi Arabia?" PeaceWatch #521: September 28, 2005

## 2007

- "Prosecuting Terrorism Supporters: Lessons from a Recent Verdict," Policywatch # 1192, February 6, 2007.
- "Shutting Hizballah's Construction Jihad," Policywatch #1202, February 20, 2007.  .
- "Follow the Money: Challenges and Opportunities in the Campaign to Combat Terrorism Financing," Policy Forum at The Washington Institute for Near East Policy, February 23, 2007.
- "U.S.-Designated Hamas Front Gets Symbolic Win in France," Policywatch #1210, March 20, 2007.

PX2

- "Brazilian Counterterrorism Efforts: Legislative Progress, But Little Action on the Ground," with David Jacobson, Policywatch #1222, April 18, 2007.
- "Global Anti-Terrorism Financing Group Challenged by Syria's Application," Policywatch #1238, May 31, 2007.
- "Adding Hizballah to the European Union's Terrorism List," with Michael Jacobson, Policywatch #1249, June 21, 2007.
- "Gaza:  The Next Terrorist Safe Haven?"  Policywatch #1255, June 29, 2007.
-  "Dangerous Partners: Targeting the Iran-Hizballah Alliance," with Jake Lipton, Policywatch #1267, July 31, 2007.
- "Better Late than Never:  Keeping USAID Funds out of Terrorist Hands," Policywatch #1277, August 24, 2007.
- "Iran Sanctions: Can They Be Effective?" Policywatch #1297, October 25, 2007.
- Holy Land Mistrial: Judging a Designated Terrorist Entity, Policywatch #1311, November 27, 2007.

### 2008
- "Prosecuting Terrorism beyond 'Material Support'," Policywatch #1326, January 14, 2008.
- "Who was Imad Mughniyeh?" with David Schenker, Policywatch #1340, February 14, 2008.
- "Timely Reminder of Iranian Support for Terrorism," with Michael Jacobson, Policywatch #1345, February 22, 2008.
- "Highlighting al-Qaeda's Bankrupt Ideology," with Michael Jacobson, Policywatch #1371, May 7, 2008.
- "Hizballah's Military Wing Under Pressure Despite Political Gains," Policywatch 1389, July 16, 2008.
- "Amman Warms to Hamas," with David Schenker, Policywatch 1400, August 28, 2008.
- "Violence by Extremists in the Jewish Settler Movement: A Rising Challenge," with Becca Wasser, Policywatch #1434, November 25, 2008.
- "Financial Setbacks for Hamas," Policywatch #1436, December 2, 2008.

### 2009
- "Political Hardball within Hamas: Hardline Militants Calling Shots in Gaza," Policywatch #1450, January 6, 2009.
- "The Iran-al-Qaeda Conundrum," with Michael Jacobson, Policywatch #1461, January 23, 2009.
- "Al-Qaeda Today," with Assaf Moghadam and Farhad Khosrokhavar, Policywatch #1477, February 13, 2009.
- "Hamas Arms Smuggling: Egypt's Challenge," with Yoram Cohen, Policywatch #1484, March 2, 2009.
- "Making Smugglers Pay: Underwriting Egyptian Border Security," with Becca Wasser, Policywatch #1505, April 13, 2009.
- "Hizballah Campaigns at Home, Exposed Abroad," Policywatch #1528, June 5, 2009.
- "Reality Contradicts New Hamas Spin," Policywatch #1565, August 7, 2009.
- "Contending with the PKK's Narco-Terrorism," with Benjamin Freedman, Policywatch #1611, December 8, 2009.

### 2010
- "Al Qaeda in the West Bank and Gaza," Special Policy Forum report featuring Matthew Levitt and Bruce Riedel, Policywatch #1619, January 13, 2010
- "New Multilateral Consensus Emerges on Iran," with Patrick Clawson, Policywatch #1633, February 23, 2010
- "Dinner in Damascus: What Did Iran Ask of Hizballah?" with David Schenker, Policywatch #1637, March 2, 2010
- "Fallout from the Gaza Flotilla Tragedy," with David Makovsky and Jeffrey White, Policywatch #1622, June 1, 2010
- "Fighting the Ideological Battle: The Missing Link in America's Effort to Counter Violent Extremism," rapporteur's summary of event featuring J. Scott Carpenter, Matthew Levitt and Juan Zarate, PolicyWatch #1673, June 24, 2010
- "Giving Teeth to Iran Sanctions: Targeting Re-Export Loopholes," PolicyWatch #1674, June 25, 2010
- "Status Check on the Struggle against Global Terrorism," PolicyWatch #1687, August 10, 2010

PX2

**2011**

- "Combating Violent Extremism: The Counterradicalization Debate in 2011," with Maajid Nawaz and Peter Neumann, PolicyWatch #1738, January 7, 2001
- "Hizballah Challenges Lebanon's Prime Minister Hariri -- and President Obama," with David Schenker, PolicyWatch #1741, January 13, 2011
- "Hizballah: Governing Faction in Lebanon, Criminal Group Abroad," PolicyWatch #1758, February 16, 2011
- "Asserting Liberal Values: The Future of British and U.S. Counterradicalization Strategies," with Mark Williams and Seamus Hughes, PolicyWatch #1776, March 2, 2011
- "How to Deal with Islamist Movements in Post-Revolutionary Regimes?" Policy Alert, March 4, 2011
- "Yemeni Military Leader Tied to Terrorism Pledges to Protect Protestors," Policy Alert, March 23, 2011
- "Usama bin Laden: A Post-Mortem," Policy Alert, May 2, 2011
- "UN Promotes Splitting the Taliban from al Qaeda," with Sam Cutler, PolicyWatch #1824, June 27, 2011
- "Senior Hizballah Official Wanted for Murder," PolicyWatch #1833, July 20, 2011
- "White House Set to Release Strategy to Combat Violent Extremism," Policy Alert, August 2, 2011
- "Hamas Shifts to an Outside-In Operational Strategy," PolicyWatch #1848, September 26, 201

**2012**

- "Hizballah Poised to Strike in Southeast Asia," PolicyWatch #1892, January 18, 2012
- "Party of Fraud: Hizballah's Criminal Enterprises," PolicyWatch #1911, March 22, 2012
- "Iran, Hizballah and the Threat to the U.S. Homeland," PolicyWatch #1913, March 26, 2012
- "Looming U.S.-Iraqi Row over Decision to Release Hizballah Commander," PolicyWatch #1970, August 7, 2012
- "Is al-Qaeda Central Still Relevant?" Together with Bruce Hoffman, Mary Habeck and Aaron Zelin, PolicyWatch #1979,September 12, 2012

**2013**

- "Europe's Hezbollah Problem," Policywatch #2038, Feburary 13, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/europes-hezbollah-problem-part-2
- "Cyprus Court Convicts Hezbollah Operative: Next Steps," Policy Alert, March 22, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/cyprus-court-convicts-hezbollah-operative-next-steps
- "Iranian Terrorism under 'Moderate' Presidents," Policywatch #2095, July 25, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-terrorism-under-moderate-presidents
- "Europe's Moment of Decision on Hezbollah," Policywatch #2104, July 22, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/europes-moment-of-decision-on-hezbollah
- "New Strategies for Countering Homegrown Violent Extremism," Policywatch #2172, Policy Forum Report, November 21, 2013, with Hedieh Mirahmadi, George Selim and J. Thomas Manger, http://www.washingtoninstitute.org/policy-analysis/view/new-strategies-for-countering-homegrown-violent-extremism

**2014**

- "West Bank Violence and Gaza Rockets Could Spark Wider Conflict," PolicyWatch #2226, March 20, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/west-bank-violence-and-gaza-rockets-could-spark-wider-conflict

PX2

- "Iran and Bahrain: Crying Wolf or Wolf at the Door?" PolicyWatch #2255, May 16, 2014, http://www.washingtoninstitute.org/policy-analysis/view/iran-and-bahrain-crying-wolf-or-wolf-at-the-door
- "Palestinian Reconciliation: Devil in the Details?" with Neri Zilber, PolicyWatch #2258, May 28, 2014, http://www.washingtoninstitute.org/policy-analysis/view/palestinian-reconciliation-devil-in-the-details
- "Hezbollah in Iraq: A Little Help Can Go a Long Way," with Nadav Pollack, PolicyWatch #2277, June 25, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollah-in-iraq-a-little-help-can-go-a-long-way
- "Hezbollah's Message for Israel," PolicyWatch #2327, October 21, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-message-for-israel
- "The Battle of Ideas 2.0: Combatting ISIS Ideology at Home and Abroad," PolicyWatch #2349, December 16, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-battle-of-ideas-2.0-combating-isis-ideology-at-home-and-abroad
- "EU Court Expected to Annul Hamas Terrorist Designation," PolicyWatch #2348, December 16, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/eu-court-expected-to-annul-hamas-terrorist-designation

### 2015

- "Kataib al-Imam Ali: Portrait of an Iraqi Shiite Militant Group Fighting ISIS," with Phillip Smyth, PolicyWatch #2352, January 15, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/kataib-al-imam-ali-portrait-of-an-iraqi-shiite-militant-group-fighting-isis
- "Rehabilitation and Reintegration of Returning Foreign Terrorist Fighters," with Gilles de Kerchove, Jacob Bundsgaard, Maj. Gen. Doug Stone, USMC (ret.), PolicyWatch #2376, February 23, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/rehabilitation-and-reintegration-of-returning-foreign-terrorist-fighters
- "The Islamic State's Backdoor Banking," PolicyWatch #2390, March 24, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-islamic-states-backdoor-banking
- "The EU Still Has Issues with Hamas," PolicyWatch #2397, April 2, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-eu-still-has-issues-with-hamas
- "Iranian and Hezbollah Threats to Saudi Arabia: Past Precedents," PolicyWatch #2426, May 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-and-hezbollah-threats-to-saudi-arabia-past-precedents
- "Syria's Druze Under Threat," with Noam Raydan, PolicyWatch #2437, June 17, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/syrias-druze-under-threat
- "Findings from the State Department's Annual Terrorism Report (Part 1): Hezbollah and Iran," with Kelsey Segawa, PolicyWatch #2439, June 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/findings-from-the-state-departments-annual-terrorism-report-part-1-hezbolla
- "Findings from the State Department's Annual Terrorism Report (Part 2): The Rise of ISIL," with Ryan Youkilis, PolicyWatch #2440, June 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/findings-from-the-state-departments-annual-terrorism-report-part-2-the-rise
- "The Regional Impact of Additional Iranian Money," with Michael Eisenstadt, Simon Henderson, Michael Knights, and Andrew J. Tabler, Policy Watch #2456, July 28, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-regional-impact-of-additional-iranian-money
- "Beyond the Vote (Part 4): Challenges for the Sanctions Regime," with Chip Poncy and Patrick Clawson, Policy Watch #2488, September 22, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/beyond-the-vote-part-4-challenges-for-the-sanctions-regime

PX2

## 2016

- "Denying the Islamic State Access to Money-Exchange Houses," with Katherine Bauer, PolicyWatch #2552, February 3, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/denying-the-islamic-state-access-to-money-exchange-houses
- "Terror in Europe: Combating Foreign Fighters and Homegrown Networks," with Olivier Decottignies and Eric Rosand, PolicyWatch #2598, March 31, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/terror-in-europe-combating-foreign-fighters-and-homegrown-networks
- "Combating Genocide: Reassessing the Fight Against the Islamic State," with Naomi Kikoler and James F. Jeffrey, PolicyWatch #2605, April 7, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/combating-genocide-reassessing-the-fight-against-the-islamic-state
- "Hezbollah's Transnational Organized Crime," PolicyWatch #2609, April 21, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-transnational-organized-crime
- "Hezbollah's Biggest Loss to Date in Syria," Policy Alert, May 13, 2016, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-biggest-loss-to-date-in-syria
- "Iran's Support for Terrorism Under the JCPOA,"PolicyWatch #2648, July 8, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/irans-support-for-terrorism-under-the-jcpoa
- "Post 'Caliphate': The Future of the Salafi-Jihadi Movement," with Bruce Hoffman, PolicyWatch #2720, November 1, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/post-caliphate-the-future-of-the-salafi-jihadi-movement
- "Hezbollah's 'Diplomats' Go Operational," PolicyWatch #2734, December 2, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-diplomats-go-operational

## 2017

- "Iranian-Backed Terrorism in Bahrain: Finding a Sustainable Solution," with Michael Knights, PolicyWatch #2750, January 11, 2017, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-backed-terrorism-in-bahrain-finding-a-sustainable-solution
- "Reinforcing the Role of Sanctions in Restraining Iran," with Katherine Bauer and Patrick Clawson, PolicyNote #38, February 17, 2017, available online at http://www.washingtoninstitute.org/policy-analysis/view/reinforcing-the-role-of-sanctions-in-restraining-iran
- "Stopping Extremists from Becoming Terrorists: A Strategy for the Trump Administration," with Rand Beers and Samantha Ravich, PolicyWatch #2782, April 7, 2017, available at http://www.washingtoninstitute.org/policy-analysis/view/stopping-extremists-from-becoming-terrorists-a-strategy-for-the-trump-admin
- "Defeating Ideologically Inspired Violent Extremism: A Strategy to Build Strong Communities and Protect the U.S. Homeland," editor, Policy Notes, March 2017, available at http://www.washingtoninstitute.org/policy-analysis/view/defeating-ideologically-inspired-violent-extremism
- "Hamas's Moderate Rhetoric Belies Militant Activities," with Maxine Rich, PolicyWatch #2794, May 1, 2017, available online at http://www.washingtoninstitute.org/policy-analysis/view/hamass-moderate-rhetoric-belies-militant-activities
- "The Rise of Jihad in Europe: Views from France," with Gilles Kepel and Tamara Cofman Wittes, PolicyWatch #2806, May 19, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/the-rise-of-jihad-in-europe-views-from-france
- "U.S. Options in the Qatar Crisis," with Dick Schoof, Muhammad Fraser-Rahim, and Farah Pandith, PolicyWatch #2817, June 7, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/u.s.-options-in-the-qatar-crisis

PX2

- "Islamist Terrorism in the West," with Lori Plotkin Boghardt, Simon Henderson, and Katherine Bauer, PolicyWatch #2822, June 16, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/islamist-terrorism-in-the-west
- "What to Expect From the State Department's Annual Counterterrorism Report," with Katherine Bauer and Aaaron Y. Zelin, PolicyWatch #2834, July 18, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/what-to-expect-from-the-state-departments-annual-counterterrorism-report
- "Lone Wolf: Passing Fad or Terror Threat of the Future," with Boaz Ganor, Bruce Hoffman, and Marlene Mazel, PolicyWatch #2842, August 7, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/lone-wolf-passing-fad-or-terror-threat-of-the-future
- "From CVE to 'Terrorism Prevention': Assessing New U.S. Policies," with William Braniff, Seamus Hughes, and Shanna Batten, PolicyWatch #2893, November 17, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/from-cve-to-terrorism-prevention-assessing-new-u.s.-policies

**2018**

- "New Palestinian and Egyptian Designations Highlight Iran and the Muslim Brotherhood," Policy Alert, January311, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/new-gaza-and-egypt-designations-highlight-iran-and-the-muslim-brotherhood
- "The Smart Way to Sanction Iranian-Backed Militias in Iraq," with Michael Knights, Barbara A. Leaf, and Philip Smyth, PolicyWatch #3018, September 17, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/the-smart-way-to-sanction-iranian-backed-militias-in-iraq
- "The Future of Regional Cooperation in the War on Terror," with Stephen Tankel, Tricia Bacon, and Barak Mendelsohn, PolicyWatch #3019, September 19, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/the-future-of-regional-cooperation-in-the-war-on-terror
- "Syria Downs a Russian Plane: What Next?" with Assaf Orion, Anna Borshchevskaya, PolicyWatch #3021, September 21, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/syria-downs-a-russian-plane-what-next
- "Hezbollah's Urban Missile Factories Put Civilians at Risk," with Hanin Ghaddar, Policywatch #3024, October 4, 2018, https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-urban-missile-factories-put-civilians-at-risk

**2019**

- "Sending the Right Message in Cairo: Advice for Secretary Pompeo," with Washington Institute Staff, Policywatch #3063, January 7, 2019, https://www.washingtoninstitute.org/policy-analysis/view/sending-the-right-message-in-cairo-advice-for-secretary-pompeo
- "Repatriating Western Jihadists: The Impact of U.S. Syria Policy," with Aaron Zelin, Policywatch #3086, February 27, 2019, https://www.washingtoninstitute.org/policy-analysis/view/repatriating-western-jihadists-the-impact-of-u.s.-syria-policy
- "The Battle against Extremism: Assessment and Prescriptions," with Farah Pandith and Juan Zarate, Policywatch #3094, March 25, 2019, https://www.washingtoninstitute.org/policy-analysis/view/the-battle-against-extremism-assessment-and-prescriptions

**Other**:

➤ My articles posted at the Homeland Security Policy Institute Blog can be accessed at http://hspi.org/

PX2

➢ My articles posted at the Counterterrorism Blog can be accessed at http://counterterrorismblog.org/

➢ My articles posted at the Middle East Strategy at Harvard (MESH) blog can be accessed at http://blogs.law.harvard.edu/mesh/category/members/matthew-levitt/

➢ My articles posted at the Security Debrief blog can be access at http://securitydebrief.com/

➢ My Twitter feed is @Levitt_Matt

PX2

PX3

# Expert Report & Declaration

## PETER MEDVEDEV PIATETSKY

### *Estate of Christopher Brook Fishbeck, et al. v. The Islamic Republic of Iran, et al.*
### Case No. 1:18-cv-02248-CRC

PX3

## TABLE OF CONTENTS

A.   Professional Background ................................................................................ 1
B.   Nature of This Declaration ............................................................................ 7
C.   The IRGC ..................................................................................................... 11
D.   The Financial Action Task Force and Iran's Financial Sector ................... 15
E.   Iran's Terror Apparatus Derives Funding from Iranian Oil and Natural Gas ........... 19
F.   Central Bank of Iran (a/k/a/ Bank Markazi Jomhouri Islami) .................... 23
G.   Bank Melli Iran ........................................................................................... 31
I.   National Iranian Oil Company .................................................................... 35
L.   How Terrorist Organizations Operating in Iraq Were Financed and Supported by the
     Defendants ................................................................................................... 50
     1.   Islamic Revolutionary Guards Corps-Qods Force ............................. 50
     3.   The "Special Groups" ......................................................................... 63
     b.   Asa'ib Ahl Al-Haq .............................................................................. 67
     c.   Jaysch al Mahdi and The Promised Day Brigades ............................. 71
     4.   The Badr Corps/Badr Organization .................................................... 73
     5.   Al Qaida .............................................................................................. 76
     6.   Al Qaida in Iraq .................................................................................. 81
     7.   Ansar Al Islam .................................................................................... 83
M.   Iranian Agents That Assisted Defendants in Financing Terrorism in Iraq ............... 88
     2.   Islamic Republic of Iran Shipping Lines (IRISL) .............................. 91
     3.   Mahan Air ........................................................................................... 94
     4.   Khatam al-Anbiya Construction Company & The Headquarters for the
          Restoration of Holy Shrines ............................................................... 96
N.   Review & Analysis of Confidential Sampling of U.S. Bank Transaction Data
     Relevant to This Case and Produced to Plaintiffs in Discovery ................. 98
O.   CONCLUSION ........................................................................................... 112

PX3

I, Peter Medvedev Piatetsky, declare pursuant to 28 U.S.C. § 1746 subject to penalties of perjury, as follows:

## A. Professional Background

1.      My qualifications as an expert on terrorist financing and methods employed by the Islamic Republic of Iran ("Iran") to finance terrorism through the Islamic Revolutionary Guard Corps ("IRGC"), the Islamic Revolutionary Guards Quds Force ("IRGC-QF"), its proxy Hezbollah and other terrorist groups are based on a combination of professional experience, professional training, and academic education.

2.      I am a United States citizen, residing in New York City. I hold a Master of Professional Studies in Persian from the University of Maryland, College Park (UMD College Park). UMD College Park is one of the preeminent graduate programs focusing on Iran in the United States, renowned for classes held entirely in Farsi, and an interdisciplinary curriculum that includes course work in international economics, international relations, policy, and regional studies. I hold a Bachelor of Arts (Cum Laude) from Boston University with a double major in International Relations and History and a minor in Russian and Eastern European studies. As an undergraduate, I also completed a semester abroad at Moscow State Institute of International Relations (MGIMO), widely considered to be Russia's best university for international relations and one if it's best overall.

3.      Prior to completing graduate school, I held multiple internships that contributed to my professional experience, including two assignments at the Department of State, one in Washington, D.C. where I was the Turkmenistan Desk Officer (summer 2009), and another in Vienna, Austria (summer 2010) where I supported the U.S. Mission to the Organisation for Economic Co-operation and Development. In these roles I supported officials including the Secretary of State and prepared research and memoranda used in international negotiations. My

1

PX3

other internships included being a research assistant and writer for The New York Times while at their Moscow Bureau (spring 2008); for the Woodrow Wilson Center (September 2009 - September 2010), and Tehran Bureau (summer 2010). In these roles I supported Pulitzer Prize winning journalists, helped break international news stories, wrote articles and conducted research in multiple languages. The New York Times is a global newspaper of record; the Woodrow Wilson center, chartered by Congress in 1968, is a non-partisan policy forum for tackling global issues, supported by experts that include former Ambassadors, Special Envoys and leaders from the private sector and academia globally; Tehran Bureau is an independent news organization offering original reporting, comment and analysis on Iran and the Iranian diaspora.

4.      In 2011, I went to Afghanistan as a civilian contractor, spending a total of fourteen months supporting the U.S. war effort. I spent five months in Kabul at the International Security Assistance Force (ISAF) headquarters, working as an intelligence analyst and conducting war fighter-relevant all source research and analysis, with a focus on ISAF supply lines, insurgent and terrorist supply lines, and identifying threats of the highest magnitude to ISAF. I was then transferred to Forward Operating Base (FOB) Salerno in Khowst, by the Pakistani border. At FOB Salerno, I supported 3rd Group Special Forces, ODB 3320, updating war fighters to key developments in their area of operations. I wrote over 200 daily intelligence reports and analysis products, conducted over 250 intelligence briefings, and supported military operations that led to the neutralization of insurgent threats and clearing of weapons caches.

5.      In 2012, I joined the U.S. Treasury Department, working as a sanctions investigations contractor at the Office of Foreign Assets Control. In that role, I drafted sanctions packages for over 150 targets involved with Iran's nuclear program, including IRGC officers and

PX3

companies. I was also tasked to figure out how to sanction Iranian aircraft, an entirely new challenge as OFAC had never sanctioned any aircraft before. I determined the best way to add aircraft to U.S. sanctions lists and organized and chaired an interagency group that worked on Iranian airline sanctions. I wrote Iran-focused guidance for aviation exporters, especially as it pertained to Iranian Transactions and Sanctions Regulations, the Commerce Control List and Executive Order Nos. 13382 and 13224. Based on my work, I provided leads to the Federal Bureau of Investigation relating to criminal violations related to U.S. sanctions and export controls. Finally, I worked with other parts of the U.S. Treasury to analyze congressional sanctions proposals for impact on U.S. policy, foreign partners, and financial institutions.

6.      In late 2013, I moved to Treasury's Office of Intelligence and Analysis, becoming the lead Analyst on Europe, Russia, and the former Soviet Union. In that role, I wrote Presidential Daily Briefs (PDB) and Economic Intelligence Briefs (high level intelligence products that are provided to the President and the Cabinet), receiving a monetary award for exemplary work during Russia's invasion of Ukraine in 2014. My assignment was to inform the President and Treasury Secretary on Russia's funding of separatists and hidden oligarch assets, and my briefings were instrumental in structuring U.S. sanctions against Russia, regarding oligarchs, Russia/Crimea, human rights abuse, and Russian organized crime. Additionally, I investigated and worked with international partners to close or penalize financial institutions involved in significant money laundering in Russia, Ukraine, Latvia, and Moldova. I supported senior policy maker travel, negotiations, and private sector engagements. I led the office's Russia and Eastern Europe focused engagement with law enforcement, congressional staff, private sector, think tanks, and foreign law enforcement and security services.

PX3

7.      In late 2015, I moved to Treasury's Office of Terrorist Financing and Financial Crimes becoming the policy advisor for Iran. In this role, I drafted and proposed detailed Iran sanctions and engagement options to White House and Treasury leadership; wrote speeches, press releases and talking points on Iran for the Treasury Secretary and other senior Treasury officials; participated in high level multilateral meetings with the government of Iran at the Financial Action Task Force and engaged C-suite leadership of companies doing business in Iran, discussing their approaches to risk, due diligence and compliance data. I was promoted to Senior Policy Advisor and given the additional portfolios of Lebanon, Israel, and Palestine, which gave me a full view of Iranian financing of terror, from the IRGC in Tehran to Hizballah in Lebanon and Iraq, and Hamas in Gaza. I advised White House and Treasury officials on Hizballah and Hamas sanctions and legislation and met with foreign counterparts to discuss the how to provide humanitarian assistance to civilians in Gaza without empowering Hamas. This included reviews of World Bank and International Monetary Fund loans, with the goal of ensuring risk mitigation was in place to prevent financial support to terrorist actors through steps that included implementing effective due diligence procedures, know your customer assessments and watchlist screening. Finally, I was appointed as the U.S. representative to the Financial Action Task Force for the mutual evaluation of Bahrain. In this role, I assessed Bahraini government regulations on terrorist financing and sanctions, and how Bahrain's banks implemented these regulations through screening, monitoring, and reporting. This involved meeting with financial services executives and compliance leaders, government ministers and leadership of the Central Bank of Bahrain, compiling interview information with data gathered by the FATF team and drafting conclusions that were presented at an international plenary session of the Financial Action Task Force.

PX3

8.      In 2018, I moved to New York City to work at the New York City Agency of Woori Bank, one of Korea's largest banks. I was Compliance Supervisor for the U.S., with purview for all financial crimes related operations at the bank across its two agencies in New York and Los Angeles, as well as the 19 locations that are part of its subsidiary, Woori America Bank. In this role, I advised Head Office (Seoul, Korea) on trade, banking and credit matters related to Iran and North Korea. I worked to ensure that the bank's U.S. operations met regulatory requirements, that deficiencies were identified and remediated, and that the bank responded appropriately to all regulatory demands and investigations. The regulators that I interacted with on a daily basis included the Federal Reserve Bank of New York, Federal Reserve Bank of San Francisco, the New York Department of Financial Services (NYDFS) and the California Department of Financial Protection and Innovation. I participated in and supervised daily compliance operations, including sanctions screening and transaction monitoring, resolved highly complex queries elevated by staff and trained staff in both the U.S. and Korea on sanctions, trade finance red flags, suspicious activity report filings and risk assessments. I also led the bank's efforts to replace compliance technology systems, ensuring that compliance data and requirements were accurately used and implemented across core banking and payments systems.

9.      Simultaneously, I obtained a position at American University as an adjunct professor. In this role, I designed, wrote, and taught the university's first ever course on financial crime compliance. The master's level class is titled "Sanctions, Terrorist Financing, and Financial Crimes" and teaches high performing students the national security, financial and humanitarian impacts of financial crimes and how governments, the private sector, and the general public combat finance crime. The areas taught included Iran's financing of terrorism,

PX3

how terrorist groups finance themselves, how they store and spend money, and the finances of Hizballah, Hamas and Iraq-based militia and terrorist groups. For the class' capstone, students prepared, and I edited and finalized an in-depth research project that was provided to a large multinational bank to assist them in combatting a financial crime challenge they were facing. To design and write a master's level course on sanctions, terrorist financing and financial crime, I devoted significant time to the study of Hamas, Hizballah, al Qaeda, the Islamic State, Iraq-based militia and terrorist groups and their precursor organizations. As part of this study, I spoke to other experts, academics, private sector compliance professionals and government officials to further my knowledge on these topics.

10.     In September 2019, I incorporated Castellum.AI with a co-founder. Castellum.AI is a regulatory technology startup that automates compliance screening, directly enabling users of all sizes to fight terrorist financing. Castellum. AI's mission is to organize the world's compliance data and make it universally accessible and useful. We automate compliance screening for individuals and organizations, and enable deep dive research into global compliance data. Sanctions lists, export control regulations, law enforcement notices and other crucial compliance data is publicly available, but not in one place, one language and one data architecture. To solve this problem, Castellum.AI is building the world's largest compliance database, with the aim of putting global risk analysis at the fingertips of every person with an internet connection. Our platform is powered by automated data ingestion, underpinned by proprietary architecture, and made easily accessible through powerful search capabilities. As a result of my work at Castellum.AI, I have been cited and our data has been used to break news and provide analysis regarding terrorist financing and sanctions by the Wall Street Journal, Harvard's Belfer Center, the Atlantic Council, The Economic Times, the Organized Crime and

6

PX3

Corruption Reporting Project, and other organizations, listed on our website.[1] I also attend academic and professional lectures, industry conferences, and read newspaper, books, policy and academic journals on sanctions, terrorist financing and financial crime to ensure that my knowledge of the area constantly remains up to date.

11.     I am being compensated by Plaintiffs in these cases at an hourly rate of $300. I have no professional and personal relationship with any party to this action.

### B. Nature of This Declaration

12.     I have reviewed the Amended Complaint filed by the Plaintiffs in the case, *Estate of Christopher Brook Fishbeck, et al. v. The Islamic Republic of Iran, et al.*, Case No.: 1:18-cv-02248-CRC. I have been asked by counsel for the Plaintiffs in this case to provide my expert opinion on the role of Defendants The Islamic Republic of Iran ("Iran"), the Islamic Revolutionary Guard Corp ("IRGC"), the Iranian Ministry of Intelligence and Security (MOIS), Bank Markazi Jomhouri Islami Iran ("Bank Markazi" or "CBI"), Bank Melli Iran ("Bank Melli" or "BMI") , and the National Iranian Oil Company ("NIOC") in providing material support to the IRGC-QF, Hizballah, Ansar al Islam, the Al Qaida Network, Abu Musab Zarqawi and the Rise of Al Qaida in Iraq (AQI), the Badr Corps/Badr Organization, Kataib Hizballah (KH), Jaysch al Mahdi (JAM) & The Promised Day Brigades (PBD), and Asaib Ahl Al Haq (AAH) from 2003-2011 (the "relevant period"), which used Defendants' support to commit acts of international terrorism in Iraq that resulted in deaths and injuries, including those alleged by the Plaintiffs.[2]

---

[1] Castellum.AI | Featured In | 8 October 2021 | https://www.castellum.ai/

[2] There are multiple accepted ways to spell the names of these organizations, for example, Hizballah and Hezbollah, and Al Qaida or Al Qa'ida. This document will retain the spellings used in this paragraph but retain source spelling when quoting directly.

PX3

13.     Although my knowledge of Iran's financing of terrorism includes information reviewed during my government service, my expert opinion, as stated in this declaration, is based solely on public source information.

14.     My opinions, set forth below, result from my extensive study of Iran as outlined herein, including my professional research over the past decade.

15.     In forming my expert opinions, I rely heavily on official U.S. government reports and designations of entities establishing their connections to terrorism under various executive orders.[3] Statements by U.S. government officials, like the ones discussed below, are reliable and are widely used by scholars and policymakers. The U.S. Treasury Department has created a large structure to investigate terror financing headed by the Under Secretary for Terrorism and Financial Intelligence along with two assistant secretaries, each with substantial staff, and two other large bureaucracies (the Financial Crimes Enforcement Network ("FinCEN") and the Office of Foreign Assets Control ("OFAC"), which enforce sanctions).

16.     This report includes information from U.S. Treasury designations, which warrants noting the rigor of the United States government's designation process and regime. The designation of a person or entity as a specially designated terrorist entity, for example, by either the U.S. Department of the Treasury or Department of State, is based on a significant body of all source information—classified and open source—that the person or entity supports terrorism.

---

[3] There are several terror-related designation authorities. For instance, the Secretary of State can designate entities as Foreign Terrorist Organizations ("FTOs") pursuant to the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). The Treasury Department may also freeze entities' and individuals' U.S. assets under a separate designation regime as a Specially Designated Global Terrorist ("SDGT") because of support for or association with an FTO. **PX400** *See* Exec. Order 13224, 66 Fed. Reg. 49,079 (Sept. 23, 2001), amended in part by **PX401** Exec. Order 13372, 70 Fed. Reg. 8,499 (Feb. 16, 2005) and **PX402** Exec. Order 13886, 84 Fed. Reg. 48041 (Sept. 12, 2019). *See* also 31 C.F.R. 594.201.

PX3

17.     Specifically, to be considered for designation under counterterrorism authorities, a proposed target must either be: owned or controlled by designated persons or entities; acting for or on behalf of designated persons or entities; assisting or sponsoring designated persons or acts of terrorism; providing financial, material or technological support for designated persons or acts of terrorism; providing financial or other services to or in support of designated persons or acts of terrorism; or otherwise associated with designated persons (this last category of "associated with" is undefined, and therefore generally not used).

18.     Similar criteria apply for designation under proliferation, human rights abuse, and other conduct-based sanctions programs. Such designations are the product of a robust U.S. interagency process that considers timeliness and strength of the evidence, and considers diplomatic concerns and the impact on intelligence or other government equities, among other factors, including the availability of alternative options to disrupt illicit activity

19.     The evidentiary record produced to support a designation then undergoes several rounds of review by lawyers representing various U.S. departments, both for legal sufficiency and litigation risk. Given the appropriately intense rigor involved in this process, many more entities are considered for designation than those that are ultimately designated.

20.     Likewise, because of multiple demands and limited resources, entities are usually designated under one authority; just because an entity is designated under one authority does not mean they would not have been able to meet sufficiency under additional authorities.

21.     Although some designated entities have been delisted, no legal challenges to SDGT designations have been entirely successful.

22.     Some of the U.S. government sanctions referenced or relied upon herein occurred after the terrorist conduct and terrorist financing at issue during the relevant time period of this

PX3

matter. This is not an exclusionary factor in my analysis as sanctions can only come after the illicit conduct and when evidence to sufficiently justify the sanction is obtained. Sanctions reflect the fact that enough incontrovertible evidence has been gathered that the entire U.S. government agrees that an individual or organization are involved in terrorist activity or terrorist financing. Additionally, while a minority of entities mentioned in this document are not sanctioned, despite terrorist activity that resulted in the injury and death of U.S. soldiers and civilians, this does not preclude that they will be designated in the future. A good example of this Asa'ib Ahl Al-Haq (AAH). The U.S. Department of State designated it as a foreign terrorist organization on January 10, 2020, and Treasury designated it as Specially Designated Global Terrorist (SDGT), with both press releases stating the group operates for and at the behest of Iran.[4, 5] While the designation occurred in 2020, according to the Department of State, AAH claimed responsibility for more than 6,000 attacks against U.S. and Coalition forces since 2006, including operations that resulted in the deaths of U.S. soldiers.[6] Additionally, the two brothers that lead this terrorist organization, Qays and Laith al-Khazali, were designated by the Treasury Department on December 6, 2019 for their involvement in serious human rights abuses in Iraq. Thus, a designation by the U.S. government confirms past conduct, and the lack of a designation does not mean that a designation is not currently in progress.

23.    I also reviewed records produced by several third-party banks in this action. These records constituted data extracted from transaction messages used to effectuate U.S.

---

[4]  **PX22** U.S. State Department | 29 October 2021 | Foreign Terrorist Organizations | https://www.state.gov/foreign-terrorist-organizations/
[5]  U.S. Treasury Department | 26 March 2020 | SDGT Designations | https://home.treasury.gov/news/press-releases/sm957
[6]  **PX22** U.S. State Department | 29 October 2021 | Foreign Terrorist Organizations | https://www.state.gov/foreign-terrorist-organizations/

PX3

dollar-Denominated transfers between various parties. The bank data is analyzed later in this declaration and shows conduct by the Defendants related to terrorist financing.

24.     Finally, I reviewed publicly available records from the Defendants, including annual reports, websites, statements and releases to the press releases, and other publications.

25.     My opinions set forth below are based upon my education, research, and experience as well as my review and analysis of documents and sources typically relied upon by experts in my field. Such documents and sources include but are not limited to my review and analysis of relevant documents, including U.S. government reports, designations and their accompanying press releases, and banking and financial transaction data obtained in this matter through discovery. I hold these opinions to a professional degree of certainty, and if asked to testify in this matter, would offer testimony consistent with the contents of this Declaration and Report.

## C.  The IRGC

26.     The IRGC was established in the immediate wake of the 1979 Iranian revolution, and it defines itself as an instrument of the Supreme Leader, to whom IRGC cadres pledge their loyalty. As the "custodian of the revolution," the IRGC is responsible for defending Iran against internal and external threats. Among its other tasks, the IRGC is dedicated to the spread of fundamentalist Islamist principles throughout the world, and the establishments of fundamentalist Islamist governments in nations other than Iran.

27.     The IRGC-Qods Force ("IRGC-QF"), one of the five branches of the IRGC, was established not long after, during the Iran-Iraq war. Generally, the IRGC-QF is responsible for foreign operations and support to Iranian proxies abroad to liberate Muslim lands.[7]

---

[7] **PX626** Center for Strategic and International Studies | 11 March 2019 | War by Proxy: Iran's Growing Footprint in the Middle East | https://www.csis.org/war-by-proxy

PX3

28.      The foreign operations it supports include foreign insurgents and terrorists such as those targeting U.S. forces and U.S.-backed governments in Afghanistan and Iraq. Specifically, IRGC-QF was the main Iranian organization supporting and directing those in Iraq attacking Americans after the 2003 U.S. invasion. IRGC-QF is the principal Iranian organization working with the Lebanese Hezbollah organization's armed elements, which carry out terrorist operations worldwide, engage in military operations in Syria in support of the Assad regime's battle against insurgents, and prepare for battle against Israel.

29.      The IRGC-QF was intimately involved in the establishment of Hezbollah, the Lebanese militant group and international terrorist actor. Hezbollah's early spiritual leaders were heavily influenced by revolutionary events in Iran and the ideology of Iran's Ayatollah Ruhollah Khomeini, and its recruits received training from the IRGC at camps established in Lebanon's Bekaa Valley starting in the early 1980s.[8]

30.      Over time, Hezbollah expanded its involvement in and with groups outside of Lebanon, working in close coordination with Iran. In 2014, General Amir Ali Hajizade, head of the IRGC Aerospace Force, explained that "the IRGC and Hezbollah are a single apparatus joined together."[9] Hezbollah itself identifies as a movement transcending its Lebanese origins. A Hezbollah commander told the Financial Times in 2015: "We shouldn't be called Party of God.

---

[8] Naim Qassem, Hizbullah: The Story from Within (London: Saqi Press, 2005), 14,17, 20, 66-88. *See* also New Zealand Police, "STATEMENT OF CASE TO DESIGNATE LEBANESE HIZBOLLAH'S MILITARY WING, AL-MUQAWAMA AL-ISLAMIYYA ('THE ISLAMIC RESISTANCE'), AS A TERRORIST ENTITY" (Oct. 11, 2010) available at http://www.police.govt.nz/sites/default/files/hizbollah-paper.pdf

[9] **PX209** U.S. Department of State Bureau of Counterterrorism, "Country Reports on Terrorism 2014," at 286 (June 2015), available at https://www.state.gov/j/ct/rls/crt/2014/239410.htm

PX3

We're not a party now, we're international. We're in Syria, we're in Palestine, we're in Iraq and we're in Yemen."[10]

 31. In October 2007, Treasury designated the IRGC-QF as an SDGT for its role in spreading terrorism throughout the region, including in Iraq:

> The Qods Force has had a long history of supporting Hizballah's military, paramilitary, and terrorist activities, providing it with guidance, funding, weapons, intelligence, and logistical support. The Qods Force operates training camps for Hizballah in Lebanon's Bekaa Valley and has reportedly trained more than 3,000 Hizballah fighters at IRGC training facilities in Iran. The Qods Force provides roughly $100 to $200 million[11] in funding a year to Hizballah and has assisted Hizballah in rearming in violation of UN Security Council Resolution 1701

> . . . .

> In addition, the Qods Force provides lethal support in the form of weapons, training, funding, and guidance to select groups of Iraqi Shi'a militants who target and kill Coalition and Iraqi forces and innocent Iraqi civilians.[12]

 32. In 2017, Congress codified the Treasury Department's findings in the

---

[10] Erika Solomon, "Lebanon's Hizbollah and Yemen's Houthis Open up on Links," Financial Times (May 8, 2015), available at https://www.ft.com/content/e1e6f750-f49b-11e4-9a58-00144feab7de .

[11] **PX114** More recent estimates put annual Iranian funding to Hezbollah at even higher levels. According to a statement by U.S. State Department Counterterrorism Coordinator Nathan Sales in January 2018, Iran gives Hezbollah about $700 million a year. *See* Nathan Sales, "Remarks at the Institute for National Security Studies in Tel Aviv Annual Conference," U.S. Department of State, January 31, 2018, available at https://2017-2021.state.gov/remarks-at-the-institute-for-national-security-studies-in-tel-aviv-annual-conference/index.html. Indeed, in a June 2016 speech Hassan Nasrallah said that Hezbollah got everything it needs from Iran. "We are open about the fact that Hezbollah's budget, its income, its expenses, everything it eats and drinks, its weapons and rockets, come from the Islamic Republic of Iran," the Secretary General claimed. **PX676** *See* Majid Rafizadeh, "In First, Hezbollah Confirms All Financial Support Comes from Iran," Al Arabiya English (June 25, 2016), available at https://english.alarabiya.net/features/2016/06/25/In-first-Hezbollah-s-Nasrallah-confirms-all-financial-support-comes-from-Iran.

[12] **PX36** Press Release, U.S. Dep't of the Treasury, Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism (Oct. 25, 2007), available at https://home.treasury.gov/news/press-releases/hp644 .

PX3

Countering America's Adversaries Through Sanctions Act (CAATSA), Pub. L.

115-44, § 105(a), 131 Stat. 886, 892 (2017):

> The [IRGC-QF] is the primary arm of the Government of Iran for executing its policy of supporting terrorist and insurgent groups. The IRGC-QF provides material, logistical assistance, training, and financial support to militants and terrorist operatives throughout the Middle East and South Asia and was designated for the imposition of sanctions . . . in October 2007 for its support of terrorism.

33.    As part of the same Act, Congress also extended these findings to the IRGC itself:

> The IRGC, not just the IRGC-QF, is responsible for implementing Iran's international program of destabilizing activities, support for acts of international terrorism, and ballistic missile program.

34.    On April 15, 2019, the IRGC (including the IRGC-QF) was designated as an

FTO. The State Department's Fact Sheet on the designation noted that the IRGC is not only used

by Iran to support terrorism, but that the IRGC has been directly involved in terrorist plotting and

that its "support for terrorism is foundational and institutional."[13]

35.    The IRGC controls a significant portion of the Iranian economy. In announcing a

series of designations in October 2007 (including the IRGC-QF and Bank Melli, the latter under

Executive Order 13382 for proliferation of weapons of mass destruction), then-Secretary of the

Treasury, Henry Paulson, noted that "[t]he IRGC is so deeply entrenched in Iran's economy and

commercial enterprises, it is increasingly likely that, if you are doing business with Iran, you are

doing business with the IRGC," which was responsible for "proliferation activities and . . . for

providing material support to the Taliban and other terrorist organizations."[14]

---

[13]  **PX21** *See* Press Release, U.S. Dep't State, "Designation of the Islamic Revolutionary Guard Corps" (Apr. 8, 2019), available at https://2017-2021.state.gov/designation-of-the-islamic-revolutionary-guard-corps/index.html

[14]  **PX73** Press Release, Dep't of the Treasury, Statement by Secretary Paulson on Iran Designations (Oct. 25, 2007), available athttps://home.treasury.gov/news/press-releases/hp645 .

PX3

36.    For instance, the Defense Intelligence Agency (DIA) reported that the IRGC "runs numerous private companies—most notably the wide-ranging [Khatam al-Anbiya] ("seal of the prophets") Construction Headquarters—and exploits its far-reaching political and social influence to raise additional revenue. The IRGC and IRGC-QF can also gain extra income through smuggling and other illicit activities in the region."[15]

37.    As of 2007, when Khatam al-Anbiya was added to U.S. sanctions lists as a subsidiary of the IRGC, it been awarded contracts worth at least $7 billion dollars by Iranian state agencies and the state-owned National Iranian Oil Company.[16] Many of these contracts involved construction and restoration projects in Iraq related to shrines and oil sector infrastructure, providing the IRGC with necessary avenues for its illicit support of terrorist groups there. [17]

**D.  The Financial Action Task Force and Iran's Financial Sector**

38.    The Financial Action Task Force ("FATF") is the global money laundering and terrorist financing watchdog. It was established in July 1989 by a Group of Seven (G-7) Summit in Paris, initially to examine and develop measures to combat money laundering.

---

[15] **PX260** Defense Intelligence Agency Report, "Iran Military Power" (2019), at 19, available at https://www.dia.mil/Portals/110/Images/News/Military_Powers_Publications/Iran_Military_Power_LR.pdf

[16] Press Release, U.S. Dep't of the Treasury, Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism (Oct. 25, 2007), available at https://home.treasury.gov/news/press-releases/hp644

[17] *See* e.g., Foundation for Defense of Democracies | Long War Journal | 23 September 2016 | Qods Force front group develops shrine in Iraq | https://www.longwarjournal.org/archives/2016/09/qods-force-front-group-develops-shrine-in-iraq.php. *See* also "Meeting of the Headquarters for the Restoration of Holy Shrines head with officials of this Headquarters in ministries and organizations", official website of the Headquarters for the Restoration of Holy Shrines, June 17, 2013, http://fa.atabat.org/print-1016.html; and "Why did IRGC Spent Trillion of Tumans at Holy Zahra shrine [of Najaf]?", Iranwire.com, September 27, 2016, https://iranwire.com/fa/features/18567.

15

39.     FATF is the inter-governmental body that sets international standards for anti-money laundering and combating the financing of terrorism ("AML/CFT"), conducts so-called "mutual" evaluations of countries against these standards, and publicly identifies jurisdictions that fail to address deficiencies in those areas.

40.     Originally focused on AML, FATF in October 2001 expanded its mandate to incorporate efforts to combat terrorist financing, in addition to money laundering.[18]

41.     Specifically, FATF's Special Recommendation VII stated that countries should take measures to require financial institutions to include accurate and meaningful originator information on funds transfers and related payment messages.[19]

42.     FATF further stated that member countries should closely monitor any funds transfers that did not contain complete originator information.

43.     Since 2008, FATF has maintained two separate lists of jurisdictions with strategic AML/CFT deficiencies: (1) a so-called "black" list for high-risk jurisdictions where member states are recommended to apply countermeasures to protect the international financial system from AML/CFT risks posed by these jurisdictions and (2) a so-called "grey" list, reserved for countries that have worked with FATF on developing an action plan to address their deficiencies and who have made a high-level political commitment to complete the plan.

---

[18]  *See* FATF, "History of the FATF," *available at* https://www.fatf-gafi.org/about/historyofthefatf/. The "originator" is the party seeking to send funds; the "beneficiary" is the intended recipient.

[19] **PX514** The official version of FATF recommendations applicable between 2001 and 2011 is available at https://www.fatf-gafi.org/media/fatf/documents/reports/FATF%20Standards%20-%20IX%20Special%20Recommendations%20and%20IN%20rc.pdf  **PX512** In 2012, the FATF updated and revised its recommendations, resulting in a re-numbering of the recommendations. Currently, FATF recommendation 16 relating to wire transfers continues to advise countries to ensure that "financial institutions include required and accurate originator information, and required beneficiary information, on wire transfers and related messages, and that the information remains with the wire transfer or related message throughout the payment chain."

PX3

44.     Iran has been on FATF's "black" list since it was introduced in 2008.[20] During the period relevant to these cases, Iran was never compliant with FATF's international standards.

45.     In 2010, FATF publicly expressed concern regarding "Iran's failure to meaningfully address the ongoing and substantial deficiencies in its anti-money laundering and combating the financing of terrorism (AML/CFT) regime. The FATF remains particularly concerned about Iran's failure to address the risk of terrorist financing and the serious threat this poses to the integrity of the international financial system. The FATF urges Iran to immediately and meaningfully address its AML/CFT deficiencies, by criminalizing terrorist financing and effectively implementing suspicious transaction reporting (STR) requirements."[21]

46.     Despite Iran's announced commitment in June 2016 to an action plan with the FATF to address its AML/CFT deficiencies, the Iranian regime failed to complete most of its action plan. In October 2019, FATF called on its members to "require increased supervisory examination for branches and subsidiaries of financial institutions based in Iran; introduce enhanced relevant reporting mechanisms or systematic reporting of financial transactions; and require increased external audit requirements for financial groups with respect to any of their branches and subsidiaries located in Iran."[22]

---

The updated version of the recommendations is available at: https://www.fatf-gafi.org/media/fatf/documents/recommendations/pdfs/FATF%20Recommendations%202012.pdf
[20] In June 2016, FATF temporarily suspended countermeasures for twelve months in order to monitor Iran's progress in implementing the Action Plan. In return, Iran pledged to improve controls to help counter the financing of terrorism and other illicit financial conduct rampant within the Iranian financial system.
[21]  **PX510** FATF Public Statement - February 2010, available at http://www.fatf-gafi.org/countries/d-i/ecuador/documents/fatfpublicstatement-february2010.html
[22]  **PX511** FATF Public Statement (February 21, 2020), *available at* http://www.fatf-gafi.org/publications/high-risk-and-other-monitored-jurisdictions/documents/call-for-action-february-2020.html.

PX3

47.    In February 2020, the FATF reinstated full countermeasures on Iran, citing specifically "Iran's failure to enact the Palermo and Terrorist Financing Conventions in line with the FATF Standards.[23]

48.    A significant obstacle was Iran's exemption of "liberation organizations" from counter-terrorist financing provisions – which in practical terms means exemptions for terrorist groups such as Hezbollah, Iraqi Shia militias and Hamas, among others. For example, Iranian legislation ratifying the UN Convention on the Suppression of the Financing of Terrorism noted that Iran's recognition of "the struggles of peoples against colonial domination and foreign occupation" does not allow it to recognize the convention's "written framework of terrorism." Likewise, a sister bill containing amendments to Iran's CFT law noted that terrorist designations will only be issued in line with Article 154 of the Iranian constitution, which supports "the struggles of the oppressed for their rights against oppressors anywhere in the world."[24]

49.    Although the FATF only requires that countries implement UN-level sanctions, which do not list Iranian-sponsored groups such as Hamas and Hezbollah, similar CFT exemptions have not been acceptable to the FATF in the past.[25]

50.    Significantly, on October 11, 2018, FinCEN issued an Advisory on the Iranian Regime's Illicit and Malign Activities and Attempts to Exploit the Financial System which warned financial institutions the Iranian regime uses "covert means" to access the financial

---

[23] FATF    Public Statement    (February    21,    2020), available at http://www.fatf-gafi.org/publications/high-risk-and-other-monitored-jurisdictions/documents/call-for-action-february-2020.html.

[24] Iran | Majles | http://cabinetoffice.ir/files/fa/news/1396/8/30/11809_266.pdf%20

[25] Katherine Bauer, Iran Faces Challenges in Implementing Its FATF Action Plan, Washington Institute (Oct. 26, 2016), *available at* **https://www.washingtoninstitute.org/policy-analysis/view/iran-faces-challenges-in-implementing-its-fatf-action-plan. PX709** *See also* remarks by Treasury Assistant Secretary for Terrorism Financing Daniel L. Glaser at The Washington    Institute    for    Near    East    Policy    (October    21,    2016),    *available    at*

PX3

system "to further its malign activities" including "misusing banks and exchange houses, operating procurement networks that utilize front or shell companies, exploiting commercial shipping, and masking illicit transactions using senior officials, including those at the Central Bank of Iran (CBI).... Often, these efforts serve to fund the regime's nefarious activities, including providing funds to the Islamic Revolutionary Guard Corps (IRGC) and its Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF), as well to Lebanese Hizballah, Hamas, and other terrorist groups."

**E.  Iran's Terror Apparatus Derives Funding from Iranian Oil and Natural Gas**

51.     Iran spends hundreds of millions of dollars a year on terrorism. The Country Reports on Terrorism 2018 characterize Iran as "the world's worst state sponsor of terrorism" and states that Iran has spent nearly $1 billion dollars annually to "support terrorist groups that serve as its proxies and expand its malign influence across the globe."[26]

52.     During the period being examined in this case,[27] oil and gas revenues played strategic roles in the structure of the Iranian economy. This structure is designed purposefully to facilitate Iran's support for groups that commit terrorism.

53.     Iran holds an estimated 10% of the world's total proven oil reserves and was for many years the second largest producer (after Saudi Arabia) within the Organization of Petroleum Exporting Countries.[28]

---

https://www.washingtoninstitute.org/policy-analysis/evolution-terrorism-financing-disrupting-islamic-state

[26] **PX210** U.S. State Dep't, Country Reports on Terrorism, 2018 Report, at 9, available at https://www.state.gov/reports/country-reports-on-terrorism-2018/.

[27] Since the reimplementation of sanctions on Iran following the U.S. withdrawal from the 2016 Iran nuclear deal, Iran's oil exports have fallen precipitously, declining close to 80% between May 2019 and May 2020. Whereas oil revenues constituted 65-70% of total government revenues during the 2000s (decade), they only made up roughly 9% of Iran's budget for 2020/1, down from 29% for 2019/20. *See* Henry Rome, "Iran's Crisis Budget," The Iran Primer (updated Apr. 2, 2020) available at https://iranprimer.usip.org/blog/2019/dec/16/irans-crisis-budget.

PX3

54.     Iran's economy has historically relied heavily on crude oil export revenues, representing about 90% of total export earnings and, on average, 60% of government revenues in annual budgets.[29]

55.     These export revenues[30] (which are priced in U.S. dollars)[31] are thus central to Iran's Economy.

56.     The dollar-denomination of these transactions requires Iran to create transaction methods to mask the flow of funds from international regulatory agencies and its own citizens, but also allows Iran to fund terrorism using the most widely accepted global currency, while also providing Iran the plausible deniability that comes with not using Iranian Rials.

57.     In 2000, the Iranian government began saving some of its oil revenues in an oil stabilization fund ("OSF").

58.     During the relevant period, oil and gas production generated tens of billions of dollars in government revenue each year,[32] but not all of it was officially reported, making it available for nefarious purposes. For instance, an Iranian government audit in 2009 found that

---

[28] Mohammad Reza Farzanegan and Gunther Markwardt, The effects of oil price shocks on the Iranian economy, Dresden Discussion Paper in Economics No. 15/08, at 2, available at https://www.econstor.eu/bitstream/10419/36478/1/590264257.pdf

[29] Mohammad Reza Farzanegan and Gunther Markwardt, The effects of oil price shocks on the Iranian economy, Dresden Discussion Paper in Economics No. 15/08, at 2, available at https://www.econstor.eu/bitstream/10419/36478/1/590264257.pdf

[30] U.S. Dep't of Energy, Analysis: Iran, available at https://www.eia.gov/beta/international/analysis.cfm?iso=IRN

[31] *See* Lan Cao, Currency Wars and the Erosion of Dollar Hegemony, 38 Mich. J. Int'l L. 57, 67-8 (2016) ("Any country that buys Gulf oil must pay in dollars – hence the term petrodollars.").

[32] Patrick Clawson, Iran's Motives and Strategies: The Role of the Economy (May 17, 2006) (writing, in 2006, that "[o]il and gas exports have shot up from $23 billion in 2002-03 to $55 billion this year, driven entirely by higher prices …. The oil exports have swelled government coffers allowing an explosion of off-budget spending that has sent economic growth shooting up to an average of 6.2 percent a year (discounting for inflation) from 2002-03 to this year."), available at https://www.washingtoninstitute.org/policy-analysis/view/irans-motives-and-strategies-the-role-of-the-economy.

PX3

more than one billion dollars in oil revenue from the previous year was missing from the state coffers.[33]

59.     NIOC, which is entitled under Iranian law to retain 14.5% of the oil revenues it generates, likewise provides little transparency concerning the use of these funds. Some of this revenue was likely directly controlled by the IRGC itself.[34]

60.     For example, during the Ahmadinejad administration (2005-2013), the Iranian regime granted billions of dollars in no-bid contracts to Khatam Al-Anbiya (controlled by the IRGC) that were funded out of the OSF.[35]

61.     The Iranian regime also offered a subsidy of free (or significantly discounted) gasoline to the IRGC and its Basij Militia. In turn, the IRGC has generated billions of U.S. dollars of additional revenue from exporting portions of its gasoline subsidy.[36]

62.     In short, historically, Iran's export earnings and most of its government revenues derive from oil and natural gas sales in U.S. dollars[37] and those sales, in turn, help fuel the IRGC's support for international terrorism.

---

[33] "Iran looking for missing oil revenue," UPI (Nov. 20, 2009), available at https://www.upi.com/Business_News/Energy-Industry/2009/11/20/Iran-looking-for-missing-oil-revenue/UPI-97311258729114/.

[34] *See* Mark Gregory, Expanding Business Empire of Iran's Revolutionary Guards, BBC News (Jul. 26, 2010), available at http://www.bbc.com/news/world-middle-east-10743580.

[35] Amir Naghshineh-Pour, A Review and Analysis of Iran's Current Economic Status, Munich Personal RePEc Archive (Oct. 15, 2008), at 2, available at https://mpra.ub.uni-muenchen.de/13313/1/MPRA_paper_13313.pdf.

[36] Frederic Wehrey, Jerrold D. Green, Brian Nichiporuk, Alireza Nader, Lydia Hansell, Rasool Nafisi and S. R. Bohandy, The Rise of the Pasdaran: Assessing the Domestic Roles of Iran's Islamic Revolutionary Guards Corps, at 65, available at https://www.rand.org/content/dam/rand/pubs/monographs/2008/RAND_MG821.pdf (visited March 11, 2020) ("Facilities such as the Martyr Rajai Port Complex in Hormuzgan province are reportedly used to export state subsidized gasoline outside the country. The IRGC is estimated to yield a 200–300 percent profit on such illegal sales.").

[37] *See* United States v. Atilla, No. 15 Cr. 867 (RMB), 2018 WL 791348, at *11 (S.D.N.Y. Feb. 7, 2018) (*quoting* testimony that "the Iranian economy is primarily petroleum based. The petroleum

PX3

63.    In 1995, Under Secretary of State Peter Tarnoff testified before the Senate that "a straight-line links Iran's oil income and its ability to sponsor terrorism, build weapons of mass destruction, and acquire sophisticated armaments."[38]

64.    In 1996, Congress directly linked Iran's revenues from its export sales of crude oil to the regime's ability to materially support international terrorism, acquire nuclear weapons and develop ballistic missile delivery systems:

> The Congress declares that it is the policy of the United States to deny Iran the ability to support acts of international terrorism and to fund the development and acquisition of weapons of mass destruction and the means to deliver them by limiting the development of Iran's ability to explore for, extract, refine, or transport by pipeline petroleum resources of Iran.[39]

65.    More recently, as Iran has found it harder to generate and access hard currency under resumed U.S. financial and energy sanctions, the IRGC has increasingly resorted to using oil shipments as a means of value transfer to continue support to its terrorist proxies. For example, on September 4, 2019, OFAC acted against a large shipping network that is directed by and financially supports the IRGC-QF, noting that "the IRGC-QF has moved oil worth hundreds of millions of dollars or more through this network for the benefit of the brutal Assad regime, Hizballah, and other illicit actors."

---

industry is predominantly U.S. dollar based. For the Iranian economy to function, it, therefore, must conduct a lot of its business in U.S. dollars.").

[38] **PX407** *See* Iran Oil Sanctions Act of 1996, HR Rep 104-523, pt 1, 104th Cong, 2d Sess. (1996), available at https://www.congress.gov/congressional-report/104th-congress/house-report/523/1

[39] **PX406** Iran and Libya Sanctions Act of 1996, Pub. L. No. 104-172, § 3, 110 Stat. 1541 (June 18, 1996).

PX3

66.     Then-Under Secretary for Terrorism and Financial Intelligence, Sigal Mandelker confirmed that "Iran's exportation of oil directly funds acts of terrorism by Iranian proxies."[40]

## F.   Central Bank of Iran (a/k/a/ Bank Markazi Jomhouri Islami)

67.     Bank Markazi Jomhouri Islami also known as The Central Bank of Iran ("Bank Markazi" or "CBI") was established in 1960. As stated in the Monetary and Banking Law of Iran ("MBLI"), it is formally responsible for the design and implementation of the monetary and credit policies with due regard to the general economic policy of the country.

68.     On September 20, 2019, the U.S. department of the Treasury sanctioned the CBI for providing billions of dollars to the IRGC, IRGC-QF and its terrorist proxy, Hezbollah, noting that "OFAC is designating the CBI today for having materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to, the IRGC-QF and Hizballah."[41]

69.     Senior CBI officials have played a critical role in enabling illicit networks, using their official capacity to procure hard currency and conduct transactions for the benefit of the IRGC-QF and Hezbollah.[42]

---

[40] **PX63** Press Release, Dep't of Treasury, Treasury Designates Vast Iranian Petroleum Shipping Network That Supports IRGC-QF and Terror Proxies (Sept. 4, 2019), available at https://home. treasury.gov/news/press-releases/sm767

[41] **PX48** Press Release, Dep't of Treasury, Treasury Sanctions Iran's Central Bank and National Development Fund (Sept. 20, 2019), available at https://home.treasury.gov/news/press-releases/sm780. As discussed further below, on May 15, 2018, OFAC designated the CBI's then-Governor Valiollah Seif, and the Assistant Director of the International Department Ali Tarzali, for facilitating financial transfers for the IRGC-QF and Hizballah. A few months later, in November 2018, OFAC designated the CBI's International Department Director Rasul Sajjad, and the CBI's International Department Director, Hossein Yaghoobi, for conducting financial transactions for the IRGC-QF.

[42] **PX118** Press Release, Dep't of Treasury, Treasury Targets Iran's Central Bank Governor and an Iraqi Bank Moving Millions of Dollars for IRGC-Qods Force (May 15, 2018), available at https://home.treasury.gov/news/press-releases/sm0385. **PX134** *See* also Press Release, Dep't of Treasury, Treasury Targets Key Hizballah Financing Network and Iranian Conduit (May 17, 2018), available at https://home.treasury.gov/news/press-releases/sm0388.

PX3

70. According to FinCEN, "IRGC-QF front companies are known to retrieve funds—some of which are generated by the sale of Iranian oil—in various currencies from foreign bank accounts held by the CBI and then transfer the funds back to Iran."[43]

71. Tellingly, FinCEN has also reported that the CBI and CBI officials have routed transactions to personal accounts and those individuals and entities unaffiliated with the CBI or the Iranian government have withdrawn funds from such accounts.[44]

72. While the 2019 designation noted that since at least 2016, "the IRGC-QF has received the vast majority of its foreign currency from the CBI and senior CBI officials have worked directly with the IRGC-QF to facilitate CBI's financial support to the IRGC-QF," the CBI's role as a conduit for the IRGC's terror financing dates back more than two decades.

73. For example, at a Press Roundtable in Germany on July 12, 2007, then-U.S. Under Secretary of the Treasury for Terrorism and Financial Intelligence, Stuart A. Levey, explained:

> The [Iranian] regime does use its banks to pursue not only its proliferation ambitions but also its funding of terrorism … we in the United States have taken action against Bank Saderat for its role in funneling money from the Central Bank of Iran to terrorist organizations [including] Hezbollah … Iran not only uses its banks for that purpose, but also its banks engage in deceptive practices in order to engage in that business.[45]

74. A few months later, when the Treasury Department formally designated the Iranian, state-run Bank Saderat, it noted that:

---

[43] **PX101** FinCEN Advisory, Advisory on the Iranian Regime's Illicit and Malign Activities and Attempts to Exploit the Financial System (Oct. 11, 2018), available at https://www.fincen.gov/sites/default/files/advisory/2018-10-12/Iran%20Advisory%20FINAL%20508.pdf.

[44] **PX101** FinCEN Advisory, Advisory on the Iranian Regime's Illicit and Malign Activities and Attempts to Exploit the Financial System (Oct. 11, 2018), available at https://www.fincen.gov/sites/default/files/advisory/2018-10-12/Iran%20Advisory%20FINAL%20508.pdf.

[45] **PX303** See 7/12/07 Press Roundtable with Under Secretary of the Treasury Stuart A. Levey, available at http://germany.usembassy.gov/levey-roundtable.html.

24

**PX3**

For example, from 2001 to 2006, Bank Saderat transferred $50 million from the Central Bank of Iran through its subsidiary in London to its branch in Beirut for the benefit of Hizballah fronts in Lebanon that support acts of violence.[46]

75.     In fact, the total amount of terrorist financing routed through Bank Saderat is likely much higher. In 2006, Treasury reported that "Bank Saderat facilitates Iran's transfer of hundreds of millions of dollars to Hezbollah and other terrorist organizations each year."[47]

76.     As FinCEN stated in a public guidance document:

Through state-owned banks, the Government of Iran disguises its involvement in proliferation and terrorism activities through an array of deceptive practices specifically designed to evade detection. The Central Bank of Iran and Iranian commercial banks have requested that their names be removed from global transactions in order to make it more difficult for intermediary financial institutions to determine the true parties in the transaction.[48]

77.     Iran used these deceptive practices in order to pursue its funding of terrorism. Specifically, Bank Markazi approached non-Iranian banks to develop these deceptive techniques. CBI 'approached Standard Chartered Bank (SCB) to act as its recipient bank for U.S. dollar proceeds from daily oil sales made by the National Iranian Oil Company. SCB accepted, as it "viewed this engagement as 'very prestigious' because 'in essence, SCB would be acting as Treasurer to the CBI") (Exhibit A, ¶ 22). These deceptive practices included stripping information indicating Iranian entities out of payment order messages.

78.     In testimony before the House Committee on Foreign Affairs Subcommittee on

---

[46] *See* Press Release, Dep't of the Treasury, Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism (Oct. 25, 2007), available athttps://home.treasury.gov/news/press-releases/hp644 .

[47] *See* Borzou Daragahi, "The Roots of Hezbollah's Clout Lie in Iran," L.A. Times (Sept. 10, 2006) (emphasis added), available at https://www.latimes.com/archives/la-xpm-2006-sep-10-fg-lebiran10-story.html.

[48] **PX116** U.S. Treasury | 20 March 2008 | Financial Crimes Enforcement Network Guidance to Financial Institutions on the Continuing Money Laundering Threat Involving Illicit Iranian Activity | https://www.fincen.gov/resources/advisories/fincen-advisory-fin-2008-a002

PX3

the Middle East and South Asia and Subcommittee on Terrorism, Nonproliferation and Trade on

April 17, 2008, then Deputy Assistant Secretary of Treasury for Terrorism Financing and

Financial Crimes Daniel Glaser confirmed that:

> Iran uses its global financial ties to pursue both the threat of terrorism
> and a nuclear program through an array of deceptive practices
> specifically designed to avoid suspicion and evade detection from the
> international financial community. [One] method Iranian banks use to
> evade controls is to ask other financial institutions to remove their
> names when processing transactions through the international financial
> system.... This practice is even used by the Central Bank of Iran to
> facilitate transactions for sanctioned Iranian banks.[49]

79. On November 21, 2011, the U.S. Department of the Treasury issued a finding that

identified the Islamic Republic of Iran as a jurisdiction of primary money laundering concern

under Section 311 of the U.S.A PATRIOT Act (Section 311) based on Iran's support for

terrorism; pursuit of weapons of mass destruction (WMD); reliance on state-owned or controlled

agencies to facilitate WMD proliferation; and the illicit and deceptive financial activities that

Iranian financial institutions – including the Central Bank of Iran – and other state-controlled

entities engage in to facilitate Iran's illicit conduct and evade sanctions.[50]

80. In response to the Treasury's finding under Section 311 of the PATRIOT Act,

Congress passed a series of provisions concerning CBI which were included in the National

Defense Authorization Act for FY2012 ("NDAA FY2012"), now codified as 22 U.S.C. § 8513,

as follows:

(a)    Findings

Congress makes the following findings:

---

[49] **PX302** *See* 4/17/08 Testimony of Daniel Glaser before Subcommittee on the Middle East and
South Asia and the Subcommittee on Terrorism, Nonproliferation and Trade, available at
http://www.iranwatch.org/sites/default/files/glaser-prepared-041708.pdf (emphasis added).
[50] **PX29** *See* Press Release, Dep't of Treasury, Fact Sheet: New Sanctions on Iran (Nov. 21,
2011), available at https://home.treasury.gov/news/press-releases/tg1367 (all emphasis in this
paragraph added).

PX3

(1)     On November 21, 2011, the Secretary of the Treasury issued a finding under section 5318A of title 31 that identified Iran as a jurisdiction of primary money laundering concern.

(2)     In that finding, the Financial Crimes Enforcement Network of the Department of the Treasury wrote, "The Central Bank of Iran, which regulates Iranian banks, has assisted designated Iranian banks by transferring billions of dollars to these banks in 2011. In mid-2011, the CBI transferred several billion dollars to designated banks, including

Saderat, Mellat, EDBI and Melli, through a variety of payment schemes.

In making these transfers, the CBI attempted to evade sanctions by minimizing the direct involvement of large international banks with both CBI and designated Iranian banks.

(3)     On November 22, 2011, the Under Secretary of the Treasury for Terrorism and Financial Intelligence, David Cohen, wrote, "Treasury is calling out the entire Iranian banking sector, including the Central Bank of Iran, as posing terrorist financing, proliferation financing, and money laundering risks for the global financial system."

(b)     Designation of financial sector of Iran as of primary money laundering concern

The financial sector of Iran, including the Central Bank of Iran, is designated as a primary money laundering concern for purposes of section 5318A of title 31 because of the threat to government and financial institutions resulting from the illicit activities of the Government of Iran, including its pursuit of nuclear weapons, support for international terrorism, and efforts to deceive responsible financial institutions and evade sanctions.

(c)     Freezing of assets of Iranian financial institutions

The President shall, pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.), block and prohibit all transactions in all property and interests in property of an Iranian financial institution if such property and interests in property are in the United States, come within the United States, or are or come within the possession or control of a United States person.

(d)     Imposition of sanctions with respect to the Central Bank of Iran and other Iranian financial institutions

(1)     In general

27

PX3

Except as specifically provided in this subsection, beginning on the date that is 60 days after December 31, 2011, the President—

(A)     shall prohibit the opening, and prohibit or impose strict conditions on the maintaining, in the United States of a correspondent account or a payable-through account by a foreign financial institution that the President determines has knowingly conducted or facilitated any significant financial transaction with the Central Bank of Iran or another Iranian financial institution designated by the Secretary of the Treasury for the imposition of sanctions pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.); and

(B)     may impose sanctions pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) with respect to the Central Bank of Iran.

81.     Pursuant to the NDAA of FY2012, Executive Order 13599, issued February 6, 2012, implemented blocking sanctions on the Government of Iran, including the CBI:

In light of the deceptive practices of the Central Bank of Iran and other Iranian banks to conceal transactions of sanctioned parties, the deficiencies in Iran's anti-money laundering regime and the weaknesses in its implementation, and the continuing and unacceptable risk posed to the international financial system by Iran's activities.[51]

82.     While the NDAA FY2012 contains certain specified exemptions (e.g., for agricultural goods) and permits presidential waivers in very limited circumstances (in the interests of U.S. national security), these exemptions in no way impact the underlying finding that CBI is involved in financing terrorism.

83.     In fact, in 2019, the U.S. Government updated and finalized the proposed rule related to its 2011 finding of Iran as a "Jurisdiction of Primary Money Laundering Concern," in which FinCEN reiterated that Iran has "developed covert methods for accessing the international financial system and pursuing its malign activities," including by "masking illicit transactions

---

[51] **PX403** Executive Order 13599 of February 5, 2012, "Blocking Property of the Government of Iran and Iranian Financial Institutions," available at https://home.treasury.gov/system/files/126/iran_eo_02062012.pdf.

PX3

using senior officials, including those at the Central Bank of Iran," which "efforts often serve to fund the Islamic Revolutionary Guard Corps (IRGC), its Islamic Revolutionary Guard Corps Qods Force (IRGC-QF), Lebanese Hizballah … terrorist groups."[52]

84.     Concurrent with these reiterated findings, the CBI was designated in 2019 under Executive Order 13224 for having "provided billions of dollars to the Islamic Revolutionary Guards Corps (IRGC), its Qods Force (IRGC-QF) and its terrorist proxy, Hizballah."[53] As described above, however, the CBI has already been sanctioned for a decade.

85.     The Treasury Department also designated four of CBI's executive employees that conducted financial transfers for the IRGC-QF and Hizballah. In its May 15, 2018, designation of the CBI's former governor as an SDGT, the Treasury Department reported:

---

[52] **PX235** FinCEN, Imposition of Fifth Special Measure Against the Islamic Republic of Iran as a Jurisdiction of Primary Money Laundering Concern (Nov. 4, 2019), 84 Fed. Reg. 59302, 59304, available at https://www.federalregister.gov/documents/2019/11/04/2019-23697/imposition-of-fifth-special-measure-against-the-islamic-republic-of-iran-as-a-jurisdiction-of
[53] Press Release, Dep't of Treasury, Treasury Sanctions Iran's Central Bank and National Development Fund (Sept. 20, 2019), available at https://home.treasury.gov/news/press-releases/sm780.

PX3

Iran's Central Bank Governor covertly funneled millions of dollars on behalf of the IRGC-QF through Iraq-based al-Bilad Islamic Bank to enrich and support the violent and radical agenda of Hizballah. It is appalling, but not surprising, that Iran's senior-most banking official would conspire with the IRGC-QF to facilitate funding of terror groups like Hizballah, and it undermines any credibility he could claim in protecting the integrity of the institution as a central bank governor," said Treasury Secretary Steven T. Mnuchin. [...] OFAC is designating Valiollah Seif, Iran's Central Bank Governor, for assisting, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, the IRGC- QF. Seif has conspired with the IRGC-QF to move millions of dollars through the international financial system in a variety of foreign currencies to allow the IRGC-QF to fund its activities abroad. Seif has also supported the transfer of IRGC-QF-associated funds to al-Bilad Islamic Bank, an Iraq-based bank which is also being designated today.[54]

86.     In the same designation, the Treasury Department also designated Ali Tarzali, the assistant director of the International Department at the CBI "for assisting, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, the IRGC-QF," emphasizing that "Tarzali has worked with Hizballah and proposed that the terrorist group send funds through Iraq-based al-Bilad Islamic Bank."[55]

87.     An "extensive currency exchange network" in Iran and the United Arab Emirates "that has procured and transferred millions in U.S. dollar-denominated bulk cash to [...] IRGC-QF [...] to fund its malign activities and regional proxy groups" was also designated in 2018, accompanied by a Treasury announcement that emphasized how "Iran's Central Bank was

---

[54] **PX118** Press Release, Dep't of Treasury, Treasury Targets Iran's Central Bank Governor and an Iraqi Bank Moving Millions of Dollars for IRGC-Qods Force (May 15, 2018), available at https://home.treasury.gov/news/press-releases/sm0385.

[55] In November 2018, Treasury designated the CBI's International Department Director Rasul Sajjad, and the CBI's International Department Director, Hossein Yaghoobi, for conducting financial transactions for the IRGC-QF. Press Release, Dep't of Treasury, Treasury Sanctions Iran's Central Bank and National Development Fund (Sept. 20, 2019), available at https://home.treasury.gov/news/press-releases/sm780.

complicit in the IRGC-QF's scheme and actively supported this network's currency conversion and enabled its access to funds that it held in its foreign bank accounts."[56]

88.     During the same time period, Bank Markazi also maintained a Eurodollar credit facility at Standard Chartered Bank's branch in Dubai, UAE, which it used to assist Iran in illegally acquiring technology and components on behalf of MODAFL.

89.     Considering the above information, it is my expert opinion that Iran has used CBI for many years, including the entire relevant period, to transfer funds to support terrorism, principally to the IRGC-QF and Hezbollah.

**G. Bank Melli Iran**

90.     Bank Melli Iran ("BMI") is Iran's largest commercial bank. One indication of its great weight in the Iranian economy is that in its 2014/15 financial report in English, the Bank reported that it had issued 36,272,018 bank cards – in a country with a population of 85 million.[57]

91.     It also reported 56,576 employees, 3,165 branches, and 6,480 ATMs.[58] CBI lists Bank Melli Iran as a "commercial government owned bank."[59]

92.     In *Weinstein v. Islamic Republic of Iran*, 624 F.Supp.2d 272, 274 (E.D.N.Y. 2009), the court stated, "Melli concedes that the Property is a 'blocked asset' under the [Terrorism Risk Insurance Act] and that Bank Melli is an 'agency or instrumentality' of Iran."

---

[56] **PX135** Press Release, Dep't of Treasury, United States and United Arab Emirates Disrupt Large Scale Currency Exchange Network Transferring Millions of Dollars to the IRGC-QF (May 10, 2018), *available at* https://home.treasury.gov/news/press-releases/sm0383.
[57] **PX805**
http://bmi.ir/Fa/uploadedFiles/FinanceReportFiles/2016_1_20/b464c254b3%20b754ca6cf7.pdf.
[58] **PX805**
http://bmi.ir/Fa/uploadedFiles/FinanceReportFiles/2016_1_20/b464c254b3%20b754ca6cf7.pdf.
[59] http://www.cbi.ir/simplelist/3088.aspx, accessed February 14, 2016.

PX3

93.      Bank Melli Iran was founded in 1928 as Iran's first domestically owned commercial bank.[60] Its very name means "National Bank of Iran." Until 1959 (shortly before CBI was established), Bank Melli Iran was in effect the country's central bank; among other duties, it was responsible for emitting the country's currency. Bank Melli Iran, however, remains central to the government's banking needs. According to its website, "[c]ompared to other commercial banks in the country a greater volume of the foreign exchange operations, government banking services and a sizeable share of project and trade financing are handled and managed by Bank Melli Iran, making it the largest provider of finance for the country's 5-year development plans."[61] As this statement makes clear, Bank Melli Iran is the largest provider of banking services to the Iranian government.[62]

94.      Bank Melli Iran is particularly active in international transactions. According to the 2014/15 annual report, "[d]ue to its prominent position in the country's banking system and because of benefiting [sic] from its extensive and powerful international network; BMI [Bank Melli Iran] bears the responsibility of a major part of the country's foreign currency

---

[60] *See* http://bmi.ir/En/BMIHistory.aspx?smnuid=10011.

[61] *See* http://bmi.ir/En/BMIHistory.aspx?smnuid=10011.

[62] During the relevant time period, Iran also used Bank Melli to funnel material support through Iran's Defense Industries Organization (DIO) that, in turn, was provided to terror groups operating in Iraq. Weapons and munitions manufactured by the DIO, an Iranian government-owned defense manufacturer, comprised a significant portion of the material used by those targeting and attacking U.S. forces in Iraq. This was extensively documented by the U.S.-led forces in Iraq, whose findings can be found in a 2008 study released by the U.S. Military Academy at West Point's Center for Countering Terrorism. The study includes a "compilation and assessment of caches recovered by Coalition and Iraqi Security Forces containing suspected Iranian weapons and munitions," including arms that Iran "openly markets" on the Defense Industries Organization's website. In fact, "[t]his site even offers to allow purchases of lethal munitions by credit card! Significantly, many of the photos of Iranian munitions such as mortar rounds and rockets provided on this open site closely match photos of munitions recovered in Iraq." (*See* Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" available at https://ctc.usma.edu/wp-content/uploads/2010/06/Iranian-Strategy-in-Iraq.pdf)

PX3

transactions." [63] These operations are closely supervised by CBI, as described on the Bank Melli Iran website, which states, "[t]he branches of Bank Melli Iran dealing in foreign exchange transactions will be ready to address the requirements of both exporters and importers in line with the country's foreign exchange policies and on the basis of the guidelines issued by Central Bank of the Islamic Republic of Iran." [64]

95.     Bank Melli Iran has several overseas affiliates. As its 2014/15 annual report describes, "[t]he first overseas branch of BMI was established in Hamburg, Germany, in 1965. From then, BMI has fortified its international presence by rapidly expanding its foreign network. According to its 2014/5 annual report, BMI had 20 units in foreign countries including branches and subsidiaries (independent bank) in England, Germany, France, Russia, United Arab Emirates, Hong Kong, Afghanistan, Azerbaijan, Oman, Iraq, and Bahrain."

**H.  Bank Melli's Provision of Material Support to the IRGC**

96.     Bank Melli was first designated by the Treasury Department in 2007 under Executive Order 13382 which related to proliferation activities for providing banking services to entities involved in Iran's nuclear and ballistic missile programs. However, the Treasury Department also noted in its 2007 press release that Melli provides banking services to the IRGC and the IRGC-QF:

---

[63] *See* http://bmi.ir/En/BMIHistory.aspx?smnuid=10011.
[64] *See* http://bmi.ir/En/BMIHistory.aspx?smnuid=10011.

PX3

> Bank Melli also provides banking services to the IRGC and the Qods Force. Entities owned or controlled by the IRGC or the Qods Force use Bank Melli for a variety of financial services. From 2002 to 2006, Bank Melli was used to send at least $100 million to the Qods Force. When handling financial transactions on behalf of the IRGC, Bank Melli has employed deceptive banking practices to obscure its involvement from the international banking system. For example, Bank Melli has requested that its name be removed from financial transactions.[65]

97.    The connection to IRGC-QF is notable as IRGC-QF is central to Iran's support for terrorism. Further, in a separate fact sheet on preventative measures against Iran, the Treasury Department stated:

> "Iran Uses its Banks to Finance Terrorism. In a number of cases, Iran has used its state-owned banks to channel funds to terrorist organizations…Iran's Bank Melli, which has been designated by the United States under E.O. 13382 for proliferation-related activities, was used to transfer at least $100 million to the IRGC-Qods Force between 2002 and 2006."[66]

Bank Melli also obfuscated the involvement of other Iranian entities in financial transactions including the IRGC:

> Following the designation of Bank Sepah under UNSCR 1747, Bank Melli took precautions not to identify Bank Sepah in transactions. Bank Melli also has employed similar deceptive practices to obscure its involvement from the international banking system when handling financial transactions on behalf of the IRGC.[67]

98.    In 2018, Treasury designated Bank Melli pursuant to E.O. 13224 "for assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other

---

[65] *See* Press Release, U.S. Dep't of the Treasury, Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism (Oct. 25, 2007), available at https://home.treasury.gov/news/press-releases/hp644

[66] **PX122** Press Release, Dep't of the Treasury, Fact Sheet: Treasury Strengthens Preventative Measures Against Iran (Nov. 6, 2008), available at https://home.treasury.gov/news/press-releases/hp1258

[67] **PX122** Press Release, Dep't of the Treasury, Fact Sheet: Treasury Strengthens Preventative Measures Against Iran (Nov. 6, 2008), available at https://home.treasury.gov/news/press-releases/hp1258

PX3

services to or in support of, the IRGC-QF," announcing that "[a]s of 2018, the equivalent of billions of dollars in funds have flowed through IRGC-QF controlled accounts at Bank Melli," "Bank Melli has acted as a conduit for payments to the IRGC-QF," and "[t]he IRGC-QF has used Bank Melli to dispense funds to Iraqi Shia militant groups," adding that "Bank Melli's presence in Iraq was part of this scheme." Treasury specifically announced that "[s]ince the mid-2000s, Bank Melli increasingly provided services to Iranian military-related entities as they became further involved in all aspects of the Iranian economy."[68]

99.    In my expert opinion, during the relevant time period, Bank Melli provided banking services that provided significant funding to the IRGC-QF to support terrorist activities.[69]

### I.    National Iranian Oil Company

100.    NIOC is responsible for "exploration, drilling, production, research and development, refining, distribution and export of oil, gas, petroleum products."[70] It also performs state policy functions:

> "NIOC, in accordance with Article 44 of the Constitution, gives authority to different sectors, while supervising oil industry activities. The company has taken major steps toward establishing business enterprises, funded financial resources for development, helped to update technologies for exploration, drilling and production with reliance on the knowledge of Iranian experts."[71]

---

[68] **PX51** Press Release, Dep't of Treasury, U.S. Government Fully Re-Imposes Sanctions on the Iranian Regime as Part of Unprecedented U.S. Economic Pressure Campaign (November 5, 2018), available at https://home.treasury.gov/news/press-releases/sm541.

[69] In fact, the State Department has previously found that Bank Melli (and Bank Markazi) provided *crucial* banking services to the IRGC-QF.

[70] **PX810** NIOC, Introduction to National Iranian Oil Company, at PDF page 7, available at https://www.nioc.ir/portal/file/?175586/catalog-nioc-EN.pdf. **PX262** *See* also U.S. Dep't of Energy, Analysis: Iran, available at https://www.eia.gov/beta/international/analysis.cfm?iso=IRN ("The state-owned National Iranian Oil Company is responsible for all upstream oil and natural gas projects.").

[71] Introduction to National Iranian Oil Company, supra at n.61, at PDF page 7.

PX3

101.    According to its website, "it is estimated that the company holds 156.53 billion barrels of liquid hydrocarbons and 33.79 trillion cubic meters of natural gas,"[72] making it the second largest oil company in the world, after Saudi Arabia's Aramco.[73]

102.    NIOC is entirely owned by the government of Iran. Iran's Petroleum Minister Bijan Zanganeh is Chairman of NIOC's Board; his predecessors as minister also held that position with NIOC while in office. As the U.S. Treasury Department put the matter in a September 24, 2012, press release: "NIOC, which is owned by the Government of Iran through the Ministry of Petroleum, is responsible for the exploration, production, refining, and export of oil and petroleum products in Iran."[74]

103.    NIOC generates billions of dollars in revenue each year for the Iranian government. Depending on changes in the price of oil, revenue from NIOC has historically, including in the relevant period been between one-third and two-thirds of the Iranian government's total revenue (this is in addition to the sums NIOC pays in taxes).[75]

104.    NIOC, as a part of its "General Terms and Conditions," has required purchasers of Iranian crude oil to obtain letters of credit from multinational banks.[76] A number of these banks, as shown have been willing to enable unlawful economic sanctions evasion activities.

---

[72] Mohammad Soltanieh, et al., A review of global gas flaring and venting and impact on the environment: Case study of Iran, Int'l J. Greenhouse Gas Ctrl, vol. 49, 489, 500 (Mar. 30, 2016) available at http://cpm.nioc.ir/Monthly_OilReport/EnergyConsumption_EvaluationOfProject/A_review_of_global_gas_flaring_and_venting_and_impact_on_the_environment.pdf.

[73] **PX233** Fed. Trade Comm., Gasoline Price Changes and the Petroleum Industry: An Update (Sept. 2011), available at https://www.ftc.gov/sites/default/files/documents/reports/federal-trade-commission-bureau-economics-gasoline-price-changes-and-petroleum-industry-update/federal-trade-commission-bureau-economics-gasoline-price-changes-and-petroleum-industry.pdf

[74] **PX125** Press Release, Dep't of Treasury, Treasury Submits Report To Congress On NIOC And NITC (Sept. 24, 2012), available at https://home.treasury.gov/news/press-releases/tg1718

[75] *See supra* at n.22.

[76] **PX802** *See* Section 3 of Defendant NIOC–Tehran's General Terms and Conditions for purchasing crude oil, available at https://www.nioc-intl.ir/EN/CrudeGTC.aspx .

PX3

105.    To move these revenues undetected, CBI and NIOC worked together to subvert U.S. banking laws by illegally structuring transactions and removing information to avoid scrutiny in the United States.

106.    NIOC structures many of its oil sales in deliberately non-transparent ways that obscure the ultimate beneficiary accounts to which its revenues flow. For example, the methods described in Section K below demonstrate (1) the symbiotic relationship between the CBI and NIOC, (2) the opacity of the means by which NIOC received payment for oil sales during the relevant period and (3) the considerable efforts undertaken to enlist non-Iranian banks in helping NIOC (unlawfully) obscure the flow of funds through the U.S. financial system.

### J.    Role of Defendants in Financing Attacks on Plaintiffs

107.    The Treasury Department reported to Congress on September 24, 2012, that "NIOC is an agent or affiliate of the IRGC."[77] The Treasury's finding was pursuant to section 104(c)(2)(E)(i) of the Comprehensive Iran Sanctions, Accountability, and Divestment Act of 2010 ("CISADA") and section 312 of the Iran Threat Reduction and Syria Human Rights Act of 2012 ("ITRSHRA"). ITHSHRA Section 312 reads in part:

> (a) SENSE OF CONGRESS. —It is the sense of Congress that the National Iranian Oil Company and the National Iranian Tanker Company are not only owned and controlled by the Government of Iran but that those companies provide significant support to Iran's Revolutionary Guard Corps and its affiliates.[78]

108.    On December 13, 2012, NIOC was further designated under Executive Order 13382 for its role in assisting the IRGC with the proliferation of weapons of mass destruction. As explained in the fact sheet issued by the Treasury Department on that day:

---

[77] **PX124** Letter from Adam J. Szubin, OFAC Director, to Congress, dated September 24, 2012, available at https://www.treasury.gov/resource-center/sanctions/Programs/Documents/report_to_congress_09242012.pdf.

PX3

NIOC is being designated for providing, or attempting to provide, financial, material, or other support for and services in support of the IRGC. Under the current Iranian regime, the IRGC's influence has grown within NIOC and Iran's overall energy sector. As the IRGC has become increasingly influential in Iran's energy sector, IRGC's construction and development wing, Khatam Al-Anbia, has obtained billions of dollars' worth of contracts from NIOC, often without participating in a competitive bidding process.[79]

109.    As explained above in sections above, the vast sums NIOC generates in oil sales and taxes has historically and during the relevant period been the principal source of revenue for the Iranian government, which has been used to provide material support to terrorist groups.

110.    On January 23, 2020, Treasury reaffirmed that NIOC "helps to finance Iran's [IRGC-QF] and its terrorist proxies," and designated four international petrochemical and petroleum companies that "have collectively transferred the equivalent of hundreds of millions of dollars' worth of exports from the National Iranian Oil Company (NIOC), an entity instrumental in Iran's petroleum and petrochemical industries, which helps to finance Iran's Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) and its terrorist proxies."[80]

111.    A month later, Treasury designated five additional United Arab Emirates-based companies for having "purchased hundreds of thousands of metric tons of petroleum products from [] NIOC []. Treasury again stressed that "Iran's petroleum and petrochemical industries are major sources of revenue for the Iranian regime, which has used these funds to support the

---

[78] **PX408** Iran Threat Reduction and Syria Human Rights Act of 2012, Pub. Law No. 112-158 (Aug.10, 2012), available at https://home.treasury.gov/system/files/126/hr_1905_pl_112_158.pdf

[79] **PX72** Fact Sheet, Dep't of Treasury, Sanctions on Iranian Government and Affiliates (Nov. 8, 2012), available athttps://home.treasury.gov/news/press-releases/tg1760 . *See also* http://www.iranwatch.org/iranian-entities/national- iranian-oil-company.

[80] **PX133** Press Release, Dep't of Treasury, Treasury Targets International Network Supporting Iran's Petrochemical and Petroleum Industries (Jan. 23, 2020), available at https://home.treasury.gov/news/press-releases/sm885 (emphasis added).

PX3

Islamic Revolutionary Guard Corps-Qods Force's (IRGC-QF) malign activities throughout the Middle East, including the support of terrorist groups."[81]

112.    Treasury also designated a worldwide Iranian petroleum shipping Network originating with NIOC for "financially support[ing] [the IRGC-QF] and its terror proxy Hizballah" in a "vast oil-for-terror shipping network."[82] It found that the shipping network "*is directed by* [the IRGC-QF] and its terrorist proxy Hizballah," and declared "that those purchasing Iranian oil *are directly supporting Iran's militant and terrorist arm*, [the IRGC-QF]."[83] Notably, according to the Treasury, the network was overseen by Senior IRGC-QF official and former Iranian Minister of Petroleum (2011-2013) Rostam Qasemi.[84]

113.    In designating a Chinese company, Zhuhai Zhenrong Company Limited ("Zhenrong"), for purchasing hundreds of millions of dollars in oil from NIOC, Secretary of State Mike Pompeo explained the designation was intended to "deny the [Iranian] regime critical

---

[81] **PX132** Press Release, Dep't of Treasury, Treasury Targets Companies Facilitating Iran's Petroleum Sales (March 19, 2020), available at https://home.treasury.gov/news/press-releases/sm949. Treasury also designated Iran's largest petrochemical holding group, Persian Gulf Petrochemical Industries Company ("PGPIC"), for providing financial support to U.S.-designated Khatam al-Anbya Construction Headquarters, the engineering conglomerate of the IRGC, along with its vast network of 39 subsidiary petrochemical companies and foreign-based sales agents. **PX76** Press Release, Dep't of Treasury, Treasury Sanctions Iran's Largest Petrochemical Holding Group and Vast Network of Subsidiaries and Sales Agents (June 7, 2019), available at https://home.treasury.gov/news/press-releases/sm703.

[82] Treasury Press Release, Treasury Designates Vast Iranian Petroleum Shipping Network That Supports IRGC-QF and Terror Proxies (Sept. 4, 2019), available at https://home.treasury.gov/news/press-releases/sm767

[83] Treasury Press Release, Treasury Designates Vast Iranian Petroleum Shipping Network That Supports IRGC-QF and Terror Proxies (Sept. 4, 2019), available at https://home.treasury.gov/news/press-releases/sm767

[84] Prior to serving as Minister of Petroleum (and Chairman of NIOC), Qasemi was Commander of the IRGC construction affiliate Khatam al Anibya, which further underscores the relationship between various IRGC affiliates and NIOC. Qasemi was first designated E.O. 13382 for his role with Khatam al Anbiya in 2010 and under E.O. 13224 in September 2019, along with the broader petroleum-shipping network that he oversaw. **PX126** *See* "Treasury Targets Iran's Islamic Revolutionary Guard Corps" (Feb. 10, 2010), available at https://home.treasury.gov/news/press-releases/tg539

PX3

income to fund terror around the world, engage in foreign conflicts, and advance its ballistic missile development."[85]

### K. Mechanisms Used by CBI, Bank Melli and NIOC to Access Laundered Funds Through the International Financial System

114.   These defendants played crucial roles in moving billions of dollars through the international financial system for the benefit of the IRGC and other elements of Iran's terror apparatus. Defendants' roles centered around manipulation of the U.S. and global financial system. The vast majority of U.S. dollar-denominated funds transfers effected abroad must ultimately clear across the books of the U.S. Federal Reserve Bank of New York ("FRB-NY"), providing the United States with a key opportunity to monitor these transfers for misuse, including terror financing.[86]

115.   Before being cut off from direct access to the U.S. financial system in 2008, a limited exception, called the U-turn exemption, allowed Iranian banks to "clear" U.S. dollar-denominated transactions through U.S. banks as long as third-country banks were the originator and beneficiary of the cross border electronic funds transfer. Iran required such dollar clearing services because its primary source of revenue, crude oil exports, are generally priced in dollars, and because U.S. dollars underpin much of the global economy.[87]

---

[85] **PX28** Press Release, U.S. Dep't of State, The United States to Impose Sanctions on Chinese Firm Zhuhai Zhenrong Company Limited for Purchasing Oil from Iran (July 22, 2019), available at https://2017-2021.state.gov/the-united-states-to-impose-sanctions-on-chinese-firm-zhuhai-zhenrong-company-limited-for-purchasing-oil-from-iran/index.html(visited on January 20, 2020).

[86] CHIPS [*see* infra at n. 79] estimates that it handles 95 percent of all U.S. dollar payments moving between countries." **PX232** Fed. Reserve Bank of N.Y., "About the New York Fed: CHIPS," available at https://www.newyorkfed.org/aboutthefed/fedpoint/fed36.html.

[87] According to the International Monetary Fund ("IMF"), over 61 percent of all foreign bank reserves are denominated in U.S. dollars. *See* Currency Composition of Official Foreign Exchange Reserves ("COFER"), International Monetary Fund (2019), available at https://data.imf.org/?sk=E6A5F467-C14B-4AA8-9F6D-5A09EC4E62A4 (visited January 15, 2020).

PX3

116.    Only a limited number of banks, all of which must be physically located in the United Sates, are capable of directly processing cross-border U.S. dollar-denominated transactions through a private funds transfer processing system called CHIPS ("Clearing House Interbank Payments System");[88] all other financial institutions must hold accounts with those banks called "correspondent" or "interbank" accounts.[89] Smaller foreign banks or foreign banks otherwise unable to hold an account in the United States may hold a correspondent with another foreign bank that itself holds a correspondent account with a New York bank capable of processing cross-border funds transfers.

117.    CHIPS collects and offsets ("clears") transactions that participating Banks submit for themselves and for correspondent account holders. The remaining balances are "settled" by transferring those balances across the CHIPS participants' accounts at the FRB-NY. Thus, a transfer of funds from a foreign originator to a foreign beneficiary may pass through several banks before completion (e.g., (1) originator's bank, (2) that bank's correspondent bank in New York, (3) beneficiary bank's correspondent bank in New York, (4) beneficiary's bank). During the relevant period, Iranian banks, long since banned from holding correspondent accounts in the U.S., held correspondent accounts with foreign banks that themselves clear and settle U.S.

---

[88] "The Clearing House Interbank Payments System (CHIPS) is an electronic payments system that transfers funds and settles transactions in U.S. dollars. CHIPS enables banks to transfer and settle international payments more quickly by replacing official bank checks with electronic bookkeeping entries. As of January 2002, CHIPS had 59 members, including large U.S. banks and U.S. branches of foreign banks." *Id.* **PX123** *See* also U.S. Dep't of the Treasury, Financial Crimes Enforcement Network, Feasibility of a Cross-Border Electronic Funds Transfer Reporting System Under the Bank Secrecy Act (Oct. 2006), App. D, at 62, available at https://www.fincen.gov/ sites/default/files/shared/CBFTFS_Complete.pdf ("Access to the CHIPS payment system is conditional upon a financial institution's U.S. presence. In other words, the financial institutions using CHIPS must operate a U.S. branch or office for the use of the system.").

[89] *See United States v. Union Bank*, 487 F3d 8, 15 (1st Cir. 2007) ("Interbank accounts, also known as correspondent accounts, are used by foreign banks to offer services to their customers

**PX3**

dollar-denominated transactions, either through the New York branches of foreign banks or U.S. banks.

118.    To monitor these transactions, banks operating in the United States are required to screen transaction messages against blacklists promulgated by OFAC, usually using compliance software. Transactions involving a blacklisted or blocked party cannot be processed unless certain conditions are met (for example, OFAC issues licenses for Iranian transactions involving medical supplies and other humanitarian items).

119.    The message types of three major financial messaging services relevant here are:

- "SWIFT" messages, designed and operated by the Society for Worldwide Interbank Financial Telecommunication, a global private messaging network;

- "CHIPS" messages; and

- "Fedwire" messages, designed and operated by the Federal Reserve System's Fedwire Funds Service, for transferring "central bank" money.

120.    For decades, transactions with Iranian banks and entities linked to the Iranian government were also heavily restricted. As mentioned above, an exemption for so-called "U-turn" transactions permitted U.S. banks to process certain U.S. dollar-denominated transactions for Iran's benefit allowing, for example, NIOC to continue selling Iranian crude oil denominated in U.S. dollars. Such transactions were only allowable where payments were initiated offshore by a non-Iranian, non-U.S. financial institution and only passed through the U.S. financial system en route to another offshore, non-Iranian, non-U.S. financial institution—hence the term "U-turn."

121.    The Defendants here, with the cooperation of several Western financial institutions, exploited the U-Turn exemption so thoroughly that Treasury revoked it altogether in 2008. Treasury revoked the exemption explicitly to prevent "the significant terrorist financing

in jurisdictions where the banks have no physical presence, and otherwise to facilitate

PX3

and proliferation risks posed by Iran," concluding that "Iran's access to the international financial system enables the Iranian regime to facilitate its support for terrorism and proliferation."[90] Significantly, the revocation attempted to "close the last general entry point for Iran to the U.S. financial system."[91] Yet, Defendants, through complicit western banks, were able to continue accessing the U.S. financial system through the means described below.

122. Both before and after OFAC's revocation of the U-Turn exemption, Iran and its co-Defendants were resorting to illegal methods for blinding non-complicit correspondent banks in New York, and U.S. and state regulators, from identifying Iranian parties to cross-border electronic funds transactions—constituting many of the "deceptive practices" repeatedly identified by Treasury as central to Iran's terror financing. *See supra* at ¶¶ 73-79, 93-96. The deceptive practices include:

- Removing or altering identifying information in the SWIFT messages—typically Message Type ("MT") 103 funds transfer messages[92]—that CBI, Bank Melli, and other Iranian banks acting in concert with them sent through U.S. correspondent banks (commonly referred to as "stripping");

- Converting SWIFT payment messages through U.S. banks from ones that disclosed Iranian parties to the transactions into ones that did not (called "cover payments"), typically using MT-202 "bank to bank" transfer messages; and

---

transactions involving such jurisdictions").

[90] *See* Press Release, U.S. Dep't of the Treasury, "Fact Sheet: Treasury Strengthens Preventive Measures Against Iran" (Nov. 6, 2008), available at https://home.treasury.gov/news/press-releases/hp1258

[91] *See* Press Release, U.S. Dep't of the Treasury, "Fact Sheet: Treasury Strengthens Preventive Measures Against Iran" (Nov. 6, 2008), available at https://home.treasury.gov/news/press-releases/hp1258

[92] According to SWIFT, an MT-103 message "is used to convey a funds transfer instruction in which the ordering customer or the beneficiary customer, or both, are non-financial institutions from the perspective of the Sender." **PX216** *See* "Message Reference Guide, Category 1– Customer Payments and Cheques" at 190, SWIFT SCRL (July 19, 2019), available at https://www2.swift.com/knowledgecentre/rest/v1/publications/us1m_20190719/2.0/us1m_20190719.pdf.

PX3

- Altering or otherwise facilitating Iranian-financed letters of credit to evade compliance with OFAC, the State Department's U.S. Munitions List ("USML") of defense-related export-controlled items, the Bureau of Industry and Security's Commerce Control List ("CCL") of dual-use export controlled items, and Denied Persons List ("DPL") of export denied entities.

123.    These methods were uncovered and identified during several U.S. federal and state investigations into financial institutions operating in the United States who were found to have been actively assisting Defendants in laundering funds clandestinely through U.S. financial institutions. The subjects of these investigations, including some of the largest global banks like BNP Paribas, HSBC, Standard Chartered Bank ("SCB"), and Credit Suisse, admitted to significant wrongdoing in a series of deferred prosecution agreements ("DPAs"), agreeing to forfeit, in total, billions of dollars in fines.

124.    The August 6, 2012, deferred prosecution agreement between SCB and The New York Department of Financial Services ("SCB DPA") is attached here as Exhibit A.[93]

125.    As the SCB enforcement action shows, the CBI "approached SCB to act as its recipient bank for U.S. dollar proceeds from daily oil sales made by the National Iranian Oil Company." Exhibit A, ¶ 22. SCB accepted, as it "viewed this engagement as 'very prestigious' because 'in essence, SCB would be acting as Treasurer to the CBI.......'" *Id.*

126.    As part of CBI's agreement with SCB, SCB instructed its staff that "our payment instructions [for Iranian Clients] should not identify the client or the purpose of the payment." *Id.* ¶ 24. Further, "SCB's Iranian Clients"—including CBI and Bank Melli— "insisted that 'no other

---

[93] The U.S. Senate also investigated HSBC for this conduct, issuing a 339-page report on HSBC's practices in manipulating the U-turn exemption on behalf of CBI and Bank Melli, two of its clients. **PX257** *See* Senate Perm. Subcomm. on Investigations, "U.S. Vulnerabilities to Money Laundering, Drugs, and Terrorist Financing: HSBC Case History" (July 17, 2012), available at https://www.hsgac.senate.gov/imo/media/doc/PSI%20REPORT-HSBC%20CASE%20HISTORY%20(9.6).pdf (pages 123-24 identify CBI and Bank Melli as HSBC customers) ("HSBC Senate Report").

**PX3**

banks processed their payments with full disclosure, and it was not industry practice to do so.'"
*Id.* ¶ 25.

127.    The Defendants worked out complex schemes with third-country financial institutions to transfer U.S. dollar-denominated funds through the United States without detection. *See id.* ¶ 27 ("SCB instead conspired with Iranian Clients to transmit misinformation to the New York branch by removing and otherwise misrepresenting wire transfer data that could identify Iranian parties."). SCB "instructed" CBI to transmit MT-202s with SCB's "business identifier code" ("BIC" or SWIFT "address") rather than CBI's, so that "*the payments going to NY do not appear to NY to have come from an Iranian Bank*." *Id.* (emphasis original to the DPA).[94]

128.    As a result, "wire stripping was 'the process for effecting Bank Markazi's payment instructions.'" *Id.* ¶ 29.

129.    The purpose of the manipulated transactions was clear, according to NY-DFS—in addition to financing its WMD program, "[t]he US also suspected that Iran was using its banks to finance terrorist groups, including Hezbollah … and engaging in deceptive conduct to hide its involvement in various other prohibited transactions, such as assisting OFAC-sanctioned weapons dealers." *Id.* ¶ 17. NY-DFS concluded that "[i]n short, SCB operated as a rogue institution." *Id*. ¶ 7. Around the same time, Bank Melli in London approached HSBC with a similar proposal to the one the CBI broached with SCB. In a letter drafted in April 2001, an HSBC Bank plc Business Development Manager explained to Bank Melli how to send payments

---

[94] SCB also accomplished this subterfuge by: (a) inserting special characters (such as ".") in electronic message fields used to identify transacting parties; (b) inserting phrases such as "NO NAME GIVEN" or "NOT STATED" in lieu of requested information that would identify Iranian Clients; and (c) employing a system known as SCB's "repair procedure," whereby SCB overseas employees screened payment messages – before they were communicated to its New York

PX3

to HSBC Bank plc in a manner that would allow HSBC Bank plc to process its payments successfully through its U.S. subsidiary, HSBC Bank USA, N.A.:

> The key is to always populate field 52 ... this means that the outgoing payment instruction from HSBC will not quote "Bank Melli" as sender -just HSBC London and whatever is in field 52. This then negates the need to quote "DO NOT MENTION OUR NAME IN NEW YORK" in field 72 [emphasis in original].[95]

130.    The scope of Iran's money laundering scheme was massive, and the amount of U.S. dollar-denominated funds the Defendants were able to access and transfer surreptitiously, enabling the diversion of funds in U.S. dollars to the IRGC, Hizballah and other Iranian-sponsored terrorist groups was significant.

131.    SCB admitted that, between only 2001 and 2007, it illegally processed approximately 59,000 transactions through its New York branch for Iranian customers, totaling approximately $250 billion. Exhibit A at 1 & ¶¶ 1, 18. HSBC admitted to processing nearly $20 billion in transfers during the same period, the vast majority of which were for Iran. *See* HSBC Senate Report at 6, 14. Other banks moved similarly large amounts.

132.    Iran's money laundering scheme also helped the regime acquire items restricted for their military applications and use in terrorism. For example, Bank Melli facilitated such transactions detailed in an internal audit report SCB commissioned from Promontory (the "Promontory Report"), excerpts of which are annexed hereto as Exhibit B. For instance, Bank Melli facilitated (with SCB's assistance) the purchase of restricted components of hydraulic

---

branch – in order to ascertain if any messages contained information that identified Iranian Clients. *Id*.
[95]  **PX409** Settlement Agreement, Dep't of Treasury (Dec. 11, 2012), ¶ 4, available at https://home.treasury.gov/system/files/126/121211_HSBC_posting.pdf

PX3

presses of the type used to create explosively formed penetrators ("EFPs") – a signature Iranian weapon used against Coalition Forces in Iraq. Exhibit B at 77.[96]

133.    In another example, Bank Melli facilitated the illegal purchase of a restricted General Electric aircraft engine for a subsidiary of Iran's Mahan Air, an SDGT designated for flying IRGC and Hezbollah weapons and personnel, including into Iraq.[97] The transaction was structured to omit Bank Melli's role in financing the letter of credit from the component of the transactions processed in the United States.

134.    The Promontory Report describes the transaction, Exhibit B at pages 29, 30, 65, 66, 67, 68, 69, 71, and set forth the following chart to illustrate the transaction, *id*. at page 69:

---

[96] As stated in Exhibit B at page 77, the pumps were likely those that "require a license for re-export to Iran under ECCN [the Export Control Classification Number in the CCL] 2B999.j." The license requirement is for "anti-terrorism purposes": pursuant to 15 C.F.R. § 742.8, "a license is required for anti-terrorism purposes to export or reexport to Iran any item for which AT [anti-terrorism] column 1 or AT column 2 is indicated in the Country Chart column of the applicable ECCN," and for ECCN 2B999, the "Country Chart" reads: "AT applies to entire entry," 15 C.F.R. § Pt. 774, Supp. 1, Cat. 2. Making EFPs requires "hydraulic presses," and "a minimum of a 10-ton press is required." **PX111** Spc. Josh Lecappelain, Dep't of Defense, Birth of an explosively formed penetrators; death of innocent civilians (Sept. 25, 2008), available at https://www.dvidshub.net/news/24119/birth-explosively-formed-penetrators-death-innocent-civilians.

[97] "Mahan Air's close coordination with the IRGC-QF … reveals yet another facet of the IRGC's extensive infiltration of Iran's commercial sector to facilitate its support for terrorism;" "Mahan Air also facilitated the covert travel of suspected IRGC-QF officers into and out of Iraq;" "Mahan Air has transported personnel, weapons and goods on behalf of Hizballah and omitted from Mahan Air cargo manifests secret weapons shipments bound for Hizballah." Press Release, Dep't of Treasury, Treasury Designates Iranian Commercial Airline Linked to Iran's Support for Terrorism (Oct. 12, 2011), available at https://home.treasury.gov/news/press-releases/tg1322. *See* also FinCEN, Advisory on the Iranian Regime's Illicit and Malign Activities and Attempts to Exploit the Financial System, October 11, 2018, available at https://www.fincen.gov/sites/default/files/advisory/2018-10-11/Iran%20Advisory%20FINAL%20508.pdf ("For many years, the Iranian commercial airline Mahan Air has transferred weapons, funds, and people on behalf of the IRGC-QF and provided support to the Syrian Assad regime and Lebanese Hizballah. In 2011, OFAC designated Mahan Air for providing financial, material, and technological support to the IRGC-QF. To evade sanctions, Mahan Air front companies have negotiated sales contracts and obtained U.S. parts and services for Mahan Air's aircraft in violation of U.S. sanctions.").

PX3



135.    *First,* on August 15, 2004, Bank Melli–Dubai issued a letter of credit on behalf of Mahan Air's subsidiary for the benefit of Aeronautical & Security FZE ("A&S–Dubai"), headquartered in Dubai, United Arab Emirates. A&S–Dubai acted as a front for Mahan Airlines to acquire the restricted engine from General Electric.

136.    *Second*, A&S–Dubai presented documents supporting the sale to SCB–Dubai, which forwarded them to Bank Melli–Dubai for acceptance and payment.

137.    *Third*, Bank Melli–Dubai accepted the documents and, on (or just before) September 9, 2004, sent a payment message directly to Credit Suisse–Zurich, where it held a Eurodollar correspondent account. Credit Suisse–Zurich debited Bank Melli–Dubai's account and sent an MT–103 credit request directly to SCB–Dubai and sent a corresponding MT–202 cover payment to Bank of New York Mellon in New York; the MT-202 would have only

**PX3**

identified Credit Suisse-Zurich and SCB-Dubai, while dropping Bank Melli out of the information going through New York.[98]

138.    *Fourth*, following from above, Bank of New York debited $697,247 USD from Credit Suisse–Zurich's correspondent account and sent a debit message worth $697,247 USD to CHIPS–New York for the benefit of SCB–New York.

139.    *Fifth*, CHIPS–New York debited $697,247 USD from Bank of New York's CHIPS account, credited a corresponding amount to SCB-NY's CHIPS account, and sent SCB–NY a corresponding credit message.

140.    *Sixth*, SCB–New York then credited SCB–Dubai's correspondent account with $697,247 USD and sent an MT–910 credit message (confirming the transfer) to SCB–Dubai; because SCB–Dubai had the MT–103 from Credit Suisse-Zurich, it knew to credit $697,247 USD into A&S–Dubai's Eurodollar account.

141.    *Seventh*, on September 9, 2004, A&S–Dubai initiated a payment worth $420,000 U.S. dollars to Aerowings International FZCO ("Aerowings–Dubai") for the aircraft engine, presumably pocketing the remaining $277,247 USD as its fee for its role in the illegal scheme.

142.    *Finally*, Aerowings–Dubai shipped the General Electric aircraft engine from a storage facility in Luxembourg directly to Mahan Air–Tehran in Tehran, Iran.

143.    Put simply, the CBI, NIOC, and Bank Melli were significant players in Iran's efforts to disguise its involvement in proliferation and terrorism activities through an array of

---

[98] The chart in Exhibit B at page 17 shows this transaction without listing message types. That Credit Suisse sent an MT-202 cover payment through New York, rather than an MT-103 (which would have identified Bank Melli-Dubai) is confirmed by the Promontory Report, *id.* at 20, which stated that that only "MT202 messages were reviewed" in its analysis of SCB transactions for Iran processed through New York. Further, Credit Suisse's DPA states "Credit Suisse used cover payment messages [i.e., MT-202s] about 95% of the time for outgoing customer payments that involved Iran," while "removing ... identifying information from Iranian payment messages

PX3

deceptive practices specifically designed to evade detection.[99] The illicit flow of funds detailed above could not have been effectuated without the guidance and complicity of the Defendants in this case.

**L. How Terrorist Organizations Operating in Iraq Were Financed and Supported by the Defendants**

**1. Islamic Revolutionary Guards Corps-Qods Force**

144.    The most crucial link in Iran's fomentation of violence in Iraq, through training, financing, and provision of weapons to a plethora of militias and terrorist organizations, is the Islamic Revolutionary Guards Corps-Qods Force (IRGC-QF). In 2007, Treasury designated the IRGC-QF as a terrorist organization, and press releases from the Treasury and State Departments stated that:

---

sent to U.S. correspondent banks." **PX404** Factual Statement to Credit Suisse's DPA, ¶¶ 20-21, available at https://www.justice.gov/file/978881/download.

[99] US Treasury | 6 November 2008 | Fact Sheet: Treasury Strengthens Preventive Measures Against Iran https://home.treasury.gov/news/press-releases/hp1258

PX3

The Qods Force, a branch of the Islamic Revolutionary Guard Corps (IRGC; aka Iranian Revolutionary Guard Corps), provides material support to the Taliban, Lebanese Hizballah, Hamas, Palestinian Islamic Jihad, and the Popular Front for the Liberation of Palestine-General Command (PFLP-GC). The Qods Force is the Iranian regime's primary instrument for providing lethal support to the Taliban. The Qods Force provides weapons and financial support to the Taliban to support anti-U.S. and anti-Coalition activity in Afghanistan. Since at least 2006, Iran has arranged frequent shipments of small arms and associated ammunition, rocket propelled grenades, mortar rounds, 107mm rockets, plastic explosives, and probably man-portable defense systems to the Taliban. [...] The Qods Force has had a long history of supporting Hizballah's military, paramilitary, and terrorist activities, providing it with guidance, funding, weapons, intelligence, and logistical support. The Qods Force operates training camps for Hizballah in Lebanon's Bekaa Valley and has reportedly trained more than 3,000 Hizballah fighters at IRGC training facilities in Iran. The Qods Force provides roughly $100 to $200 million in funding a year to Hizballah and has assisted Hizballah in rearming in violation of UN Security Council Resolution 1701. In addition, the Qods Force provides lethal support in the form of weapons, training, funding, and guidance to select groups of Iraqi Shi'a militants who target and kill Coalition and Iraqi forces and innocent Iraqi civilians.[100, 101]

145.    The IRGC-QF is Iran's primary mechanism to influence Iraq. According to a

West Point Combatting Terrorism Center analysis:

The IRGC-QF funds political parties, funnels money and weapons to anti-coalition militias, and provides Iraq significant economic aid. Consistent with Iran's practice in both Lebanon and Iraq for the past 25 years, Iran supports a variety of organizations, often backing factions on multiple sides of a dispute.[102]

146.    Of the eight terrorist and militia groups examined in detail below, the IRGC-QF is

confirmed to have worked in close cooperation with six of them (Hizballah, Kata'ib Hizballah,

---

[100] U.S. Treasury Department | 25 October 2007 | Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism | https://home.treasury.gov/news/press-releases/hp644
[101] U.S. State Department | 25 October 2007 | Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism I https://2001-2009.state.gov/r/pa/prs/ps/2007/oct/94193.htm

PX3

Asa'ib Ah Al Haq, The Promised Day Brigades, The Badr Organization and Al Qaida) and supported, less directly, the other two, (Al Qaida in Iraq, Ansar Al Islam).

147.   The IRGC-QF program to finance, arm and train Iraqi militants is extensive and according to Iraqis that received IRGC-QF training, focused on killing U.S. soldiers and civilians.[103] According to a translated quote from one Iraqi who received this training:

> Iran does not care about the fight between Shi'a and al-Qaeda. Iran just wants to force CF (Coalition Forces) out of Iraq because Iran is afraid CF will use Iraq as a base for an attack in the future. Iran is training people to fight CF, not Al-Qaeda.[104]

This trainee's analysis is quite accurate, especially since during the relevant period, Iran was not targeting, but harboring Al Qaida in Iran.

148.   The IRGC-QF's methods to support, arm, finance and train Iraq-based terrorists and militants range from the subtle (allowing them to clandestinely stay in Iran), overt (IRGC-QF advisors on the ground in Iraq and Iranian weaponry), to the covert (smuggling trainees to Iran and Lebanon for training). But there is also a covert financial aspect to the IRGC-QF's operations, which was revealed publicly when the U.S. Treasury sanctioned:

> 20 [twenty] Iran- and Iraq-based front companies, senior officials, and business associates that provide support to or act for or on behalf of the Islamic Revolutionary Guards Corps-Qods Force (IRGC-QF) in addition to transferring lethal aid to Iranian-backed terrorist militias in Iraq such as Kata'ib Hizballah (KH) and Asa'ib Ahl al-Haq (AAH). Among other malign activities, these entities and individuals perpetrated or supported: smuggling through the Iraqi port of Umm Qasr; money laundering through Iraqi front companies; selling Iranian oil to the Syrian regime; smuggling weapons to Iraq and Yemen; promoting propaganda efforts in Iraq on behalf of the IRGC-QF and its terrorist militias; intimidating Iraqi politicians; and using funds and

---

[102] **PX212** West Point Combatting Terrorism Center | 13 October 2008 | Iranian Strategy in Iraq | https://ctc.usma.edu/iranian-strategy-in-iraq-politics-and-other-means/
[103] For instance, Iran, through the IRGC (And MOIS) at times offered monetary rewards for the killing of U.S. civilians/soldiers.
[104] **PX212** West Point Combatting Terrorism Center | 13 October 2008 | Iranian Strategy in Iraq | https://ctc.usma.edu/iranian-strategy-in-iraq-politics-and-other-means/

PX3

public donations made to an ostensibly religious institution to supplement IRGC-QF budgets. The terrorist militias supported by the Iranian regime such as KH and AAH have continued to engage in attacks on U.S. and Coalition forces in Iraq.[105]

149.    Among those designated is The Reconstruction Organization of the Holy Shrines in Iraq (ROHSI). ROHSI is ostensibly a religious organization, but its leadership included the late General Qasem Soleimani, it is controlled by the IRGC-QF, and it transferred millions of dollars to the Iraq-based Bahjat al Kawthar Company for Construction and Trading Ltd, also known as Kosar Company, another Iraq-based entity under the IRGC-QF's control. Kosar Company, in turn was a hub for Iranian intelligence activities in Iraq, including for the shipment of ammunition and weapons to the terrorist and militia groups described below. Treasury additionally alleged that IRGC-QF officials likely embezzled public donations to ROHSI that were meant for maintaining shrines, and instead directed the money to financing terrorist operations.[106]

150.    Although the IRGC-QF is not a defendant in this case, the IRGC (its parent organization) is. The IRGC was sanctioned by the Treasury Department in 2017 for its provision of resources, money, finances, and arms to the IRGC-QF. In its press release, Treasury stated that:

> The IRGC was designated today for the activities it undertakes to assist in, sponsor, or provide financial, material, or technological support for, or financial or other services to or in support of, the IRGC-QF. The IRGC, which is the parent organization of the IRGC-QF, was previously designated pursuant to E.O. 13382 on October 25, 2007, in connection with its support to Iran's ballistic missile and nuclear programs, and pursuant to E.O. 13553 on June 9, 2011, and

---

[105] **PX46** U.S. Treasury Department | 26 March 2020 | Treasury Designates Vast Network of IRGC-QF Officials and Front Companies in Iraq, Iran | https://home.treasury.gov/news/press-releases/sm957

[106] **PX46** U.S. Treasury Department | 26 March 2020 | Treasury Designates Vast Network of IRGC-QF Officials and Front Companies in Iraq, Iran | https://home.treasury.gov/news/press-releases/sm957

PX3

> E.O. 13606 on April 23, 2012, in connection with Iran's human rights abuses. The IRGC has provided material support to the IRGC-QF, including by providing training, personnel, and military equipment [...] The IRGC used both IRGC bases and civilian airports in Iran to transfer military equipment to Iraq and Syria for the IRGC-QF.[107]

151.    As this section shows, the IRGC-QF is crucial to Iran's support for terrorism in Iraq and it is directly responsible for the deaths and injuries of U.S. soldiers and civilians. Without the IRGC-QF's expertise, many of the terrorist and militia groups described below would either not have been able to function well, or would literally not have existed, as they were formed by the IRGC-QF. On January 2, 2020, a U.S. drone fired a missile, killing IRGC-QF Commander, Qasem Soleimani, along with the leader of Kata'ib Hizballah, one of the groups described below. In a press release regarding the assassination, the Department of Defense said that:

> General Soleimani and his Quds Force were responsible for the deaths of hundreds of American and coalition service members and the wounding of thousands more. He had orchestrated attacks on coalition bases in Iraq over the last several months – including the attack on December 27th – culminating in the death and wounding of additional American and Iraqi personnel. General Soleimani also approved the attacks on the U.S. Embassy in Baghdad that took place this week.[108]

---

[107] **PX34** U.S. Treasury Department | 13 October 2017 | Treasury Designates the IRGC under Terrorism Authority and Targets IRGC and Military Supporters under Counter-Proliferation Authority
https://home.treasury.gov/news/press-releases/sm0177
[108] **PX113** U.S. Department of Defense | 2 January 2020 | Statement by the Department of Defense | | https://www.defense.gov/News/Releases/Release/Article/2049534/statement-by-the-department-of-defense/

PX3

## 2. Hizballah

152.    The U.S. Department of State designated Hizballah as a foreign terrorist organization on October 8, 1997, and the U.S. Treasury designated it a specially designated global terrorist on October 31, 2001.[109, 110]

153.    In a public facing document, the U.S. National Counter Terrorism Center (NCTC), part of the Office of the Director of National Intelligence (ODNI), details some of Hizballah's terrorist history, including how despite being Lebanon-based, Hizballah has for almost forty years targeted U.S. citizens globally.

> Formed in 1982 in response to the Israeli invasion of Lebanon, Hizballah (the "Party of God"), a Lebanon-based Shia terrorist group, advocates Shia empowerment globally. Hizballah has been involved in numerous anti-U.S. terrorist attacks, including the suicide truck bombings of the U.S. Embassy in Beirut in April 1983, the U.S. Marine barracks in Beirut in October 1983, and the U.S. Embassy annex in Beirut in September 1984, as well as the hijacking of TWA 847 in 1985 and the Khobar Towers attack in Saudi Arabia in 1996 [...]

> In July 2011 the UN Special Tribunal for Lebanon (STL) indicted four Hizballah members—including a senior Hizballah official—for the assassination of former Lebanese Prime Minister Rafiq al-Hariri, who was killed by a car-bomb in Beirut on 14 February 2005.

> [Since 2008...] the group has engaged in its most aggressive terrorist campaign targeting Israeli interests outside the Middle East since the 1990s. In July 2012, Hizballah detonated a bomb on a bus in Burgas, Bulgaria, killing five Israeli tourists and a Bulgarian.

> Several other plots have been disrupted, including the 2014 arrests of operatives in Peru and Thailand and the 2015 discovery of an explosives cache and identification of an operative in Cyprus.

---

[109]   U.S. State Department | 29 October 2021 | Foreign Terrorist Organizations | https://www.state.gov/foreign-terrorist-organizations/
[110]   **PX56** U.S. Treasury Department | 2 November 2001 | SDGT Designations | https://home.treasury.gov/policy-issues/financial-sanctions/recent-actions/20011102

PX3

Hizballah was supporting Bashar al-Asad's regime by sending fighters to Syria, including Iraqi Shia militias. The group also supports Palestinian rejectionist groups in their struggle against Israel and provides training for Iraqi Shia militants attacking Western interests in Iraq. The European Union designated Hizballah's military wing as a terrorist organization on 22 July 2013, following the March conviction that year of a Hizballah member in Cyprus, the July 2012 bus bombing in Bulgaria, and the group's intervention in Syria.[111]

154.    As shown by the ODNI summary, Hizballah is an almost four-decade old terrorist organization, with an official "military" wing and a history of planning and carrying out attacks in North America, South America, Africa, Europe, and Asia.

155.    This is not a case of terroristic opportunism, but part of Hizballah's mission. Its manifesto clarifies that its operations, especially those targeting the United States, are not confined by domestic borders:

The American threat is not local or restricted to a particular region, and as such, confrontation of such a threat must be international as well.[112]

156.    Hizballah owes its very existence to support and training it received from Defendant IRGC:

A group of Shiites influenced by the theocratic government in Iran— the region's major Shiite government, which came to power in 1979— took up arms against the Israeli occupation. Seeing an opportunity to expand its influence in Arab states, Iran and its Islamic Revolutionary Guard Corps (IRGC) provided funds and training to the budding militia, which adopted the name Hezbollah, meaning "The Party of God.

---

[111] **PX254** Office of the Director of National Intelligence - National Counter Terrorism Center | 29 October 2021| Hizballah Background | https://www.dni.gov/nctc/groups/hizballah.html
[112] Council on Foreign Relations | What is Hezbollah | 29 October 2021 | https://www.cfr.org/backgrounder/what-hezbollah

PX3

It earned a reputation for extremist militancy due to its frequent clashes with rival Shiite militias, such as the Amal Movement, and attacks on foreign targets, including the 1983 suicide bombing of barracks housing U.S. and French troops in Beirut, in which more than three hundred people died. Hezbollah became a vital asset to Iran, bridging Shiite Arab-Persian divides as Tehran established proxies throughout the Middle East.[113]

157.    The relationship between Hizballah and its Iranian backers is not subject to conjecture, but rather an open fact, often spoken about by both the Iranian Defendants as well as Hizballah.

158.    In a June 2016 speech, Hizballah's leader, Hassan Nassrallah said "We are open about the fact that Hezbollah's budget, its income, its expenses, everything it eats and drinks, its weapons and rockets, come from the Islamic Republic of Iran [...] As long as Iran has money, we have money."[114]

159.    Similarly, Iranian officials openly speak about Hizballah as their proxy. Also in June 2016, IRGC Deputy Commander Hossein Salami said, "In Lebanon alone, over 100,000 missiles are ready to be launched [...] these missiles will pierce through space and will strike at the heart of the Zionist regime [...] they are just waiting for the command so that when the trigger is pulled the accursed black dot will be wiped off the map."[115] The missiles would be launched by Hizballah, but the command as Deputy Commander Hossein Salami says, would come from Iran.

---

[113] Council on Foreign Relations | What is Hezbollah | 29 October 2021 | https://www.cfr.org/backgrounder/what-hezbollah

[114] Al Arabiya News | 25 June 2016 | In first, Hezbollah confirms all financial support comes from Iran | https://english.alarabiya.net/features/2016/06/25/In-first-Hezbollah-s-Nasrallah-confirms-all-financial-support-comes-from-Iran

[115] The Middle East Media Research Institute | IRGC Deputy Commander Salami on Qods Day | 30 June 2016 | https://www.memri.org/tv/irgc-deputy-commander-salami-qods-day-over-100000-missiles-lebanon-alone-are-ready-strike-heart

PX3

160.    Ascertaining exactly how much funding Iran has provided to Hizballah is difficult for several reasons. As noted in sections above, the Defendants are very skilled at sanctions evasion and money laundering, and terrorist organizations generally do not keep audited financial records. Still, experts have over the years put forward several estimates regarding the amount of money provided by the Defendants to Hizballah.

161.    In 2004, Western diplomats and political analysts in Beirut estimated that Hizballah received $200 million a year from Iran.[116] Cargo planes deliver sophisticated weaponry, from rockets to small arms, to Hezbollah in regular flights to Damascus from Tehran. Iran also sends money to Hizballah through charities, with the funds supposedly used for "health care, education and the support of war widows," according to Mohammad Raad, a Hizballah politician and member of Lebanon's parliament for Hizballah's "Loyalty to the Resistance" Bloc.[117]

162.    In a 2010 congressional hearing **PX365**, Ambassador Jeffrey D. Feltman, Assistant Secretary of State for Near Eastern Affairs, and Ambassador Daniel Benjamin, Coordinator for Counterterrorism, wrote in a joint statement that "In 2008 alone, Iran provided hundreds of millions of dollars to Hezbollah and trained thousands of Hezbollah fighters at camps in Iran."[118]

---

[116] Washington Post | 20 December 2004 | Lebanese Wary of a Rising Hizballah | https://www.washingtonpost.com/archive/politics/2004/12/20/lebanese-wary-of-a-rising-hezbollah/a09fad05-e608-4b58-97da-fcb0971bcda3/

[117] Washington Post | 20 December 2004 | Lebanese Wary of a Rising Hizballah | https://www.washingtonpost.com/archive/politics/2004/12/20/lebanese-wary-of-a-rising-hezbollah/a09fad05-e608-4b58-97da-fcb0971bcda3/

[118] Congress | 8 June 2010 | ASSESSING THE STRENGTH OF HEZBOLLAH | HEARING BEFORE THE SUBCOMMITTEE ON NEAR EASTERN AND SOUTH AND CENTRAL ASIAN AFFAIRS OF THE COMMITTEE ON FOREIGN RELATIONS UNITED STATES SENATE ONE HUNDRED ELEVENTH CONGRESS SECOND SESSION | https://www.govinfo.gov/content/pkg/CHRG-111shrg62141/html/CHRG-111shrg62141.htm

PX3

163.    More recently, in a 2018 speech Treasury Under Secretary for Terrorism and Financial Intelligence, Sigal Mandelker, said that "Iran provides upwards of $700 million a year to Hizballah [...] Iran has also used deception to obtain hard currency for the IRGC-Qods Force (Qods Force) and front companies to conceal its procurement of parts for airlines ferrying Iranian terrorists to the battlefront in Syria. These efforts, often directed by senior level Iranian officials, constitute a deliberate pattern to deceive and exploit legitimate businesses, financial institutions, and governments."[119]

164.    Hizballah's operations in Iraq are both paramilitary and financial. While the military aspect is covered in a separate expert declaration, it is important to note that support for Hizballah's operations in Iraq comes from the very top of the organization. Speaking to press in 2014, the organization's leader Hassan Nassrallah said that "We are ready to sacrifice martyrs in Iraq five times more than what we sacrificed in Syria, in order to protect shrines."[120]

165.    Hizballah's operations in Iraq came at the request of the sanctioned IRGC-QF and began in 2003, when according to former senior U.S. Treasury official Matthew Levitt:

> Beginning in 2003, Iran's Qods Force requested Hezbollah's services to help increase Tehran's influence in Iraq. To this end, Hezbollah created Unit 3800, whose sole purpose was to support Iraqi Shiite militant groups targeting multinational forces there. According to U.S. intelligence, Unit 3800 sent a small number of personnel to Iraq to train hundreds of fighters in-country, while others were brought to Lebanon for more advanced training. Hezbollah also provided funds and weapons to Iraqi militias, but its most dangerous contribution was in the realm of special operations. According to a 2010 Pentagon report, the group gave these militias "the training, tactics and technology to conduct kidnappings [and] small unit tactical operations," and to "employ sophisticated improvised explosive devices (IEDs), incorporating lessons learned from operations in Southern Lebanon." The most prominent example of how this training helped the militias was probably the January 20,

---

[119] **PX117** U.S. Department of Treasury Press Releases | 5 June 2018 | Under Secretary Sigal Mandelker    Speech    before    the    Foundation    for    the    Defense    of    Democracies https://home.treasury.gov/news/press-releases/sm0406
[120] Wall Street Journal | 17 June 2014 | Shiite Militias Decamping From Syria to Fight in Iraq | https://www.wsj.com/articles/shiite-militias-decamping-from-syria-to-fight-in-iraq-1403051977

PX3

2007, attack on the Joint Coordination Center in Karbala, which resulted in the deaths of four American soldiers. That well-executed operation was thoroughly planned with the help of the Qods Force and Hezbollah, as determined later through the capture of one of Hezbollah's best trainers in Iraq, Ali Musa Daqduq. Daqduq was heavily involved in training tactical units of Iraqi Shiites and even took part in some of the operations they conducted. He was also responsible for planning other operations such as the aborted kidnapping of a British soldier and gave specific instructions to those he trained about the use of IEDs. Moreover, while operating in Iraq, he dealt directly with the Qods Force on certain occasions -- further evidence of the high level of coordination between Hezbollah and the Iranians on Iraq.[121]

166.    Focusing on the financial, in 2015 Treasury imposed sanctions on Hizballah operatives and front companies operating in Iraq and Lebanon:

> Adham Tabaja, his company Al-Inmaa Group for Tourism Works, and its subsidiaries Tabaja is a Hizballah member and majority owner of the Lebanon-based real estate development and construction firm Al-Inmaa Group for Tourism Works. The company's subsidiaries include Al-Inmaa Engineering and Contracting, which operates in Lebanon and Iraq, as well as Lebanon-based Al-Inmaa for Entertainment and Leisure Projects. Tabaja maintains direct ties to senior Hizballah organizational elements, including the terrorist group's operational component [...]

> Tabaja has used the Iraqi branches of Al-Inmaa Engineering and Contracting to obtain oil and construction development projects in Iraq that provide both financial support and organizational infrastructure to Hizballah. Tabaja and his companies have also sought to secure lucrative business contracts in the Green Zone areas of Baghdad, Iraq.

---

[121] **PX711** Washington Institute | 25 June 2014 | Hezbollah in Iraq: A Little Help Can Go a Long Way    |    https://www.washingtoninstitute.org/policy-analysis/hezbollah-iraq-little-help-can-go-long-way

PX3

Tabaja has worked with Hizballah officials, including E.O. 13224-designated Hizballah political official Shaykh Muhammad Kawtharani, for these projects. Kassem Hejeij is a Lebanese businessman that maintains direct ties to Hizballah organizational elements. In addition to his support to Adham Tabaja and his affiliated companies in Iraq, Hejeij has helped open bank accounts for Hizballah in Lebanon and provided credit to Hizballah procurement companies. Hejeij has also invested in infrastructure that Hizballah uses in both Lebanon and Iraq. Husayn Ali Faour and Car Care Center Faour is a member of Hizballah's Islamic Jihad, the unit responsible for carrying out the group's overseas terrorist activities. Faour has also managed the Lebanon-based Car Care Center, a front company used to supply Hizballah's vehicle needs. More recently, Faour has worked with Tabaja to secure and manage construction, oil, and other projects in Iraq for Al-Inmaa Engineering and Contracting.[122]

167.    In 2016, a global law enforcement operation led by the U.S. Drug Enforcement Agency and U.S. Customs and Border patrol, with cooperation from authorities in France, Germany, Italy, Belgium, and EUROPOL, led to the arrest of:

> [T]op leaders of the European cell of this Lebanese Hizballah External Security Organization BAC last week. The most significant arrest was of the U.S.-designated SDGT [terrorist] Mohamad Noureddine, a Lebanese money launderer who has worked directly with Hizballah's financial apparatus to transfer Hizballah funds via his Lebanon-based company Trade Point International S.A.R.L. and maintained direct ties to Hizballah commercial and terrorist elements in both Lebanon and Iraq.[123]

168.    In May 2018, the U.S. Treasury sanctioned banking officials in Iran and Iraq who were working directly with Hizballah to move funds to Hizballah from Iran, to Iraq, through Iraqi financial institutions. These designations included:

---

[122] **PX52** U.S. Treasury Press Releases | 10 June 2015 | Treasury Sanctions Hizballah Front Companies and Facilitators in Lebanon And Iraq | https://home.treasury.gov/news/press-releases/jl0069
[123] **PX136** U.S. Drug Enforcement Agency Press Release | 1 February 2016 | DEA And European Authorities Uncover Massive Hizballah Drug And Money Laundering Scheme | https://www.dea.gov/press-releases/2016/02/01/dea-and-european-authorities-uncover-massive-hizballah-drug-and-money

PX3

"Ali Tarzali, the assistant director of the International Department at the Central Bank of Iran, for assisting, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, the IRGC-QF. Tarzali has worked with Hizballah and proposed that the terrorist group send funds through Iraq-based al-Bilad Islamic Bank. [...] OFAC is designating Aras Habib, the Chairman and Chief Executive of Al-Bilad Islamic Bank, for assisting, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, the IRGC-QF. Aras Habib enabled the IRGC-QF's exploitation of Iraq's banking sector to move funds from Tehran to Hizballah, jeopardizing the integrity of the Iraqi financial system. Habib, who has a history of serving as a conduit for financial disbursements from the IRGC-QF to Iranian-backed Iraqi groups, has also helped provide IRGC-QF financial support to Lebanese Hizballah.[124]

169. In March 2020, the U.S. Treasury sanctioned Al Khamael Maritime Services (AKMS), an Iraq-based company operating out of Umm Qasr port in which the IRGC-QF has a financial interest. Treasury notes that the "IRGC-QF leveraged Shiite militia group contacts to evade Iraqi government inspection protocol at Umm Qasr port and has charged foreign companies and vessels fees for services at its terminal at the port." One of these Shiite militia groups is Hizballah. Alongside AKMS, Treasury designated Sayyed Reza Musavifar, who:

…is responsible for the accounts and finances of AKMS, has worked with the IRGC-QF to transfer money to terrorist militias, including KH and Lebanese Hizballah.[125]

170. As this section shows, Hizballah is an Iranian proxy, whose terrorist operations in Iraq were directed, supported, and financed by the Defendants, and other sanctioned Iranian entities, including high level Iranian officials, over the course of over a decade, including during the period relevant to this Declaration.

---

[124] U.S. Treasury Press Releases | 15 May 2018 | Treasury Targets Iran's Central Bank Governor and an Iraqi Bank Moving Millions of Dollars for IRGC-Qods Force | https://home.treasury.gov/news/press-releases/sm0385
[125] U.S. Treasury Press Releases | 26 March 2020 | Treasury Designates Vast Network of IRGC-QF Officials and Front Companies in Iraq, Iran https://home.treasury.gov/news/press-releases/sm957

PX3

### 3. The "Special Groups"

171.    The next three sections (a, b, and c) will cover what the U.S. government has termed the "Special Groups," Shia militias in Iraq that were financed, armed, trained and supported by the government of Iran. They are Kata'ib Hizballah, Asaib Ahl al-Haq, Jaysch al Mahdi, and the Promised Day Brigades.

172.    According to a 2019 U.S. Department of Defense (DoD) study, the Special Groups were responsible for the deaths of 603 U.S. troops in Iraq, and countless more injuries. This means that about one in six American combat fatalities in Iraq are attributable to Iran.

> During Operation Iraqi Freedom, DoD assessed that at least 603 U.S. personnel deaths in Iraq were the result of Iran-backed militants," Navy Cmdr. Sean Robertson, a Pentagon spokesman, said in an email. "These casualties were the result of explosively formed penetrators (EFP), other improvised explosive devices (IED), improvised rocket-assisted munitions (IRAM), rockets, mortars, rocket-propelled grenades (RPG), small-arms, sniper, and other attacks in Iraq," Robertson said.[126]

173.    In a 2011 briefing, U.S. Army Brig. Gen. Kevin J. Bergner, spokesman for Multi-National Force-Iraq, held a press conference, speaking about the Special Groups:

> These Special Groups are militia extremists, funded, trained and armed by external sources…specifically by Iranian Revolutionary Guards Corps Quds Force operatives.[127]

174.    Gen. Bergner noted that many of the group's members have played key roles in the planning and execution of bombings, kidnappings, extortion, sectarian murders, illegal arms trafficking and other attacks against Iraqi citizens, police, army, and Coalition forces. Bergner

---

[126] **PX688** Military Times | 4 April 2019 | Iran killed more U.S. troops in Iraq than previously known, Pentagon says |https://www.militarytimes.com/news/your-military/2019/04/04/iran-killed-more-us-troops-in-iraq-than-previously-known-pentagon-says/
[127] **PX255** Official Website of the United States Forces - Iraq | 17 July 2011 | MNF-I spokesman details secret cell involvement in Iraq | https://web.archive.org/web/20110717175619/http://www.usf-iraq.com/?option=com_content&task=view&id=12653&Itemid=128

PX3

said that the goal of the Quds Force is to develop the Iraqi Special Groups into a network similar to the Lebanese Hezbollah:

> "In addition to training, the Quds force also supplies the Special Groups with weapons and funding of 750,000 to three million U.S. dollars a month. Without this support, these Special Groups would be hard pressed to conduct their operations in Iraq."[128]

175.   With the context of how much death was wrought at Iran's behest by these Special Groups, sections a, b, and c, will describe the financing, arms, training, and direction they received from the defendants.

### a.   Kata'ib Hizballah

176.   The U.S. Department of State designated Kata'ib Hizballah (KH) as a Foreign terrorist organization on July 2, 2009, and the U.S. Treasury designated it a specially designated global terrorist on the same day.[129, 130]

177.   Not only does KH share part of its name with its Lebanese counterpart, but its funding, training and directives also come from Iran and specifically, from one of the defendants in this case, the IRGC. With Hizballah in Lebanon, the IRGC built a playbook for financing, training, and branding a terrorist group, and with KH they worked directly from their established practices. In its sanctions press release regarding KH, the U.S. Treasury also sanctioned:

> Iran-based individual Abu Mahdi al-Muhandis [...] Al-Muhandis and Kata'ib Hizballah have committed, directed, supported, or posed a significant risk of committing acts of violence against Coalition and Iraqi Security Forces [...] Abu Mahdi al-Muhandis is an advisor to Qasem Soleimani, the commander of Iran's Qods Force, the arm of the Islamic Revolutionary Guard Corps (IRGC) responsible for providing

---

[128] Official Website of the United States Forces - Iraq | 17 July 2011 | MNF-I spokesman details secret cell involvement in Iraq | https://web.archive.org/web/20110717175619/http://www.usf-iraq.com/?option=com_content&task=view&id=12653&Itemid=128

[129] U.S. State Department | 29 October 2021 | Foreign Terrorist Organizations | https://www.state.gov/foreign-terrorist-organizations/

[130] **PX66** U.S. Treasury Department | 2 July 2009 | | SDGT Designations | https://home.treasury.gov/news/press-releases/tg195

PX3

material support to Lebanon-based Hizballah, Hamas, Palestinian Islamic Jihad, and the Popular Front for the Liberation of Palestine – General Command. Further, the IRGC-Qods Force provides lethal support to Kata'ib Hizballah and other Iraqi Shia militia groups who target and kill Coalition and Iraqi Security Forces. The IRGC-Qods Force was named a Specially Designated Global Terrorist by the Treasury Department on October 25, 2007.[131]

178.   KH did not so much bear Iran's fingerprints as it was simply and openly an Iran-directed organization. Expert testimony submitted to the U.S. congress during a 2013 hearing states that:

Considered one of the more elite Iraq, "Special Groups" created by Iran's Islamic Revolutionary Guard Corps and Lebanese Hizballah, Kata'ib Hizballah is one of the most openly pro-Iranian organizations in Iraq. The group made a name for itself through the use of Improvised Explosive Devices (IEDs), particularly the deadly Explosively Formed Penetrator (EFP) against U.S. and Coalition forces.[132]

179.   According to West Point's Combatting Terrorism Center:

Kataib Hizb Allah (KH) was formed in early 2007 as a vehicle through which the IRGC Qods Force could deploy its most experienced operators and its most sensitive equipment [...] The life history of al-Muhandis describes the arc of Iranian support for Iraqi Shi`a proxies, with al-Muhandis starting as an exiled member of the outlawed Da`wa Party, working with the IRGC Qods Force to undertake terrorist operations against the Kuwaiti royal family and the U.S. and French embassies in Kuwait in the early 1980s. Al-Muhandis then joined the Badr movement while living in Iran in 1985, rising to become one of the Iraqi deputy commanders of Badr by 2001. He is a strategist with extensive experience dealing directly with the most senior Iraqi politicians; indeed, al-Muhandis was, until the March 2010 elections, an elected member of parliament, albeit spending most of his time in Iran. Under al-Muhandis, KH has developed as a compact movement

---

[131] U.S. Treasury Press Release | 25 October 2007 | Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism | https://home.treasury.gov/news/press-releases/hp644

[132] **PX411** U.S. Congress | 20 November 2013 | HEARING BEFORE THE SUBCOMMITTEE ON TERRORISM, NONPROLIFERATION, AND TRADE OF THE COMMITTEE ON FOREIGN AFFAIRS HOU.S.E OF REPRESENTATIVES ONE HUNDRED THIRTEENTH CONGRESS | https://www.govinfo.gov/content/pkg/CHRG-113hhrg85643/pdf/CHRG-113hhrg85643.pdf

PX3

of less than 400 personnel that is firmly under IRGC Qods Force control and maintains relatively good operational security.[133]

180.     Some terrorist groups, such as Al Qaida, work to hide their Iranian ties, but KH operates with Iranian support overtly and its leader, though born in Iraq, is an Iranian patriot. Muhandis lived in Iran for much of his life, held Iranian citizenship, in a 2017 interview aired on Iranian television pledged allegiance to Iran's Supreme Leader Ali Khamenei. He recommended that when he dies, he be buried in Behesht-e Zahra cemetery in Tehran, not in Iraq.[134]

181.     Although he ended up being buried in Iraq, he received multiple funeral processions in Iran, after dying in a U.S. missile strike in 2020, together with Iranian mentor, U.S.-sanctioned IRGC-QF General Qasem Soleimani.[135]

182.     Exact financial numbers related to Iran's funding of KH are unknown, in an interview with a Middle Eastern, Michael Pregent, adjunct fellow at the Hudson Institute, and a former U.S. military intelligence officer estimated that KH received about $50 million annually from Iran.[136]

183.     In addition to cash, Hezbollah Unit 3800 (Hezbollah's unit dedicated to training Iraqi militant groups) and the IRGC have provided KH with extensive training at bases in Iraq, Iran, and Lebanon according to Stanford University's Mapping Militant Organizations project.[137]

---

[133] **PX251** West Point Combatting Terrorism Center | November 2010 | The Evolution of Iran's Special Groups in Iraq https://ctc.usma.edu/the-evolution-of-irans-special-groups-in-iraq/

[134] Middle East Institute | 5 April 2017 | Top Iraqi Militia Leader: Fighting for Iran under Soleimani's leadership Is "Blessing from God" https://www.mei.edu/publications/top-iraqi-militia-leader-fighting-iran-under-soleimanis-leadership-blessing-god

[135] Reuters | 7 January 2020 | Thousands mourn Iran-backed paramilitary linchpin in southern Iraq https://www.reuters.com/article/us-iraq-security-funeral/thousands-mourn-iran-backed-paramilitary-linchpin-in-southern-iraq-idUSKBN1Z61KC

[136] The National | 30 April 2018 | Qatar ransom cash boosts Iran-backed 'terrorist' group ahead of Iraq elections | https://www.thenationalnews.com/world/mena/qatar-ransom-cash-boosts-iran-backed-terrorist-group-ahead-of-iraq-elections-1.726240

[137] Stanford University | Mapping Militant Organizations. "Kata'ib Hezbollah.." Last modified September 2020. https://cisac.fsi.stanford.edu/mappingmilitants/profiles/kataib-hezbollah

PX3

This training involved instruction in small arms, constructing and planting improvised explosive devices (IEDs), coordinating, and carrying out rocket attacks, and guerrilla warfare tactics. Among the munitions supplied by Iran to KH are Improvised Rocket Assisted Munitions (IRAMs) that became a signature of KH attacks on U.S. forces in Iraq.

184.    As this section shows, KH, an organization that purposefully killed and maimed American citizens, is not simply an Iranian proxy, it was created, funded, organized, and trained by the Iranian defendants, and its leader since its inception through 2020 was an Iranian citizen who pledged loyalty to Iran.

### b.    Asa'ib Ahl Al-Haq

185.    The U.S. Department of State designated Asa'ib Ahl Al-Haq (AAH) as a foreign terrorist organization on January 10, 2020, and Treasury designated it as Specially Designated Global Terrorist (SDGT), with both press releases stating the group operates for and at the behest of Iran. [138, 139]

186.    According to the Department of State, AAH is an Iran-backed, militant organization that claimed responsibility for more than 6,000 attacks against U.S. and Coalition forces since 2006, including operations that resulted in the deaths of U.S. soldiers.[140] It is led by two brothers, Qays and Laith al-Khazali, who were designated by the Treasury Department on December 6, 2019 for their involvement in serious human rights abuses in Iraq, including ordering militia members to fire into crowds of unarmed protestors.

---

[138]   U.S. State Department | 29 October 2021 | Foreign Terrorist Organizations | https://www.state.gov/foreign-terrorist-organizations/
[139]   U.S. Treasury Department | 26 March 2020 | SDGT Designations | https://home.treasury.gov/news/press-releases/sm957
[140]   U.S. State Department | 29 October 2021 | Foreign Terrorist Organizations | https://www.state.gov/foreign-terrorist-organizations/

PX3

187.   In a Department of State press release, then Secretary of State Mike Pompeo emphasized that the group takes direction from Iran:

> AAH and its leaders are violent proxies of the Islamic Republic of Iran [...] Acting on behalf of their masters in Tehran, they use violence and terror to further the Iranian regime's efforts to undermine Iraqi sovereignty.[141]

188.   The press release also notes that AAH is funded and trained by the Iranian defendants:

> AAH is extensively funded and trained by Iran's Islamic Revolutionary Guard Corps (IRGC) Quds Force, an entity that was part of the IRGC designation as an FTO in April 2019.

189.   One of the group's now designated leaders (Qais al-Khazali), was detained and interrogated by U.S. forces in 2007. During these interrogations, detailed in a now declassified report, he described Iran's influence over AAH, Iran's training of AAH fighters and Iran's financing and furnishing of materiel to AAH:

---

[141] **PX79** U.S. State Department | 3 January 2020 | State Department Terrorist Designations of Asa'ib Ahl al-Haq and Its Leaders, Qays and Laith al-Khazali | https://2017-2021.state.gov/state-department-terrorist-designations-of-asaib-ahl-al-haq-and-its-leaders-qays-and-laith-al-khazali/index.html

PX3

Mr. Khazali said the training was carried out by Iran's Islamic Revolutionary Guard Corps at three bases near Tehran, including the Imam Khomeini base, which Mr. Khazali said he had visited. "There are Iranians and Lebanese Hezbollah conducting the training at these bases," the report said, based on interrogation. "The Iranians are experts in full scale warfare while the Lebanese are experts in urban or guerrilla warfare." Iranian officers didn't dictate which specific targets should be attacked in Iraq but suggested that the Iraqi Shiite militias focus attacks on British in the Basra area and American troops elsewhere "to force a withdrawal," the report said. Mr. Khazali also discussed how the Iranians supplied the militias with what the Pentagon calls explosively formed penetrators, or EFPs, a particularly lethal type of explosive device that killed or wounded hundreds of American troops. "Detainee said that anyone can receive EFP training and Iran does not care who gets it," a report said. "This is because of the availability and low cost of EFPs."[142]

190.    Khazali also visited Iran on multiple occasions, seeking funding, training, and armaments for his fighters, and met with Qassem Soleimani.[143]

191.    According to Iraqi intelligence officials, "AAH receives between \$1.5-\$2 million a month from the Iranian government." The bulk of this money is sent the IRGC-QF, which also helps train and equip AAH fighters. New recruits to AAH are often sent to Hizballah training camps in Lebanon or to Iran, for a two-week training course before joining their "unit." Iran also provides a bereavement payment of up to \$5,000 for the families of killed AAH fighters and will often pay for the fighter's burial.[144]

192.    A December 2012 report from the Washington DC-based Institute for the Study of War, also noted that AAH fighters received training from Hizballah operatives, who as established earlier in this declaration, operate on behalf of the Iranian Defendants:

---

[142] American Enterprise Institute | November 2021 The Qayis al-Khazali Papers | Tactical Interrogation Reports #1 through #70 | https://www.aei.org/the-qayis-al-khazali-papers/
[143] Wall Street Journal | 30 August 2018 | Declassified Interrogation Reports Show How Much Iran Shaped Iraq War | https://www.wsj.com/articles/declassified-interrogation-reports-show-how-much-iran-shaped-iraq-war-1535621245

PX3

The Lebanese Hezbollah operative Ali Mussa Daqduq, who was detained by coalition forces in 2007 and released from Iraqi custody in November 2012, provided organized training to AAH fighters. He reported to Youssef Hashim, the head of Lebanese Hezbollah Special Operations; the latter reported to Abdul Reza Shahlai (AKA Hajji Yussef), the director of Iranian Qods Force External Operations [...] All reported to Qassem Soleimani, the head of the Islamic Revolutionary Guard Qods-Force (IRGC-QF).[145, 146]

193.    AAH is not only funded by Iran, and its forces trained by Iran, but it is also ideologically aligned with Iran, perhaps even more than it is with the idea of an independent Iraq. According to Stanford's Center for International Security and Cooperation:

AAH is a Shiite organization that promotes the ideals of the Iranian Revolution, most notably the wilayat al-faqih (guardianship of the jurists). This is the complete implementation of political Islam under a faqih, or Islamic jurist, who has guardianship over God's people. Ayatollah Khomeini was the first to put this theory into practice when he established the Iranian theocracy and established the Grand Ayatollah in the image of the theoretical faqih. As such, AAH is often called a Khomeinist organization and continues to look to Iran's current Grand Ayatollah, Ayatollah Khamenei, for political and spiritual guidance.[147]

194.    As this section shows, AAH, which claimed responsibility for over 6,000 attacks against U.S. and coalition forces, was heavily influenced by, ideologically aligned and potentially subservient to, funded, trained, and provided with arms by the Iranian Defendants.

---

[144] The Guardian | 12 March 2014 | Controlled by Iran, the deadly militia recruiting Iraq's men to die in Syria | https://www.theguardian.com/world/2014/mar/12/iraq-battle-dead-valley-peace-syria

[145] Wall Street Journal | 30 August 2018 | Declassified Interrogation Reports Show How Much Iran Shaped Iraq War | https://www.wsj.com/articles/declassified-interrogation-reports-show-how-much-iran-shaped-iraq-war-1535621245

[146] American Enterprise Institute | November 2021 The Qayis al-Khazali Papers | Tactical Interrogation Reports #1 through #70 | https://www.aei.org/the-qayis-al-khazali-papers/

[147] **PX704** Stanford University Center for International Security and Cooperation | 22 November 2021 | Asa'ib Ahl al-Haq| https://cisac.fsi.stanford.edu/mappingmilitants/profiles/asaib-ahl-al-haq#highlight_text_7975

PX3

### c.  Jaysch al Mahdi and The Promised Day Brigades

195.     That Jaysch al Mahdi (JAM) and later Promised Day Brigades (PDB) have, as of the writing of this Declaration, ceased to attack U.S. soldiers and civilians, does not change the fact that during the time period relevant to this declaration, they were actively engaged in the planning and execution of attacks against U.S. soldiers and civilians that resulted in American deaths.[148]

196.     Initially named Jaysh al-Mahdi (JAM), the Shiite militia was founded in 2003, led by Iraqi cleric Muqtada al-Sadr, and was one of the most dangerous armed groups in Iraq from 2003 through early 2008. In March 2008, Iraqi Security forces, together with U.S. and coalition forces launched a major offensive against JAM, significantly weakening it and killing many of its fighters. After being significantly weakened, Muqtada al-Sadr signed a 2008 ceasefire agreement with Iraqi, U.S. and coalition forces and refocused JAM to provide social services to Iraqi Shiites. In 2010, al-Sadr refocused JAM efforts towards Iraqi parliamentary elections.[149]

197.     Despite this reorganization, al-Sadr did not disband his militia, instead, he announced that he would keep a small, highly trained, group of fighters who would exclusively attack U.S. forces. This new unit was named the Promised Day Brigade (PDB).[150]

198.     The PDB did attack U.S. forces, and on one occasion even published a video showing a PDB sniper shooting and killing a U.S. soldier.[151]

---

[148] Stanford Center for International Security and Cooperation | 23 November 2021 | Mahdi Army | Major Attacks | https://cisac.fsi.stanford.edu/mappingmilitants/profiles/mahdi-army#:~:text=April%204%2C%202004%3A%20The,Amerli%20(unknown%20casualties%20).%5Bxvi%5D

[149] **PX703** Stanford Center for International Security and Cooperation | 23 November 2021 | Mahdi Army | https://cisac.fsi.stanford.edu/mappingmilitants/profiles/mahdi-army

[150] **PX703** Stanford Center for International Security and Cooperation | 23 November 2021 | Mahdi Army | https://cisac.fsi.stanford.edu/mappingmilitants/profiles/mahdi-army

[151] Stanford Center for International Security and Cooperation | 23 November 2021 | Mahdi Army | Major Attacks | https://cisac.fsi.stanford.edu/mappingmilitants/profiles/mahdi-

**PX3**

199.    The leader of both JAM and PDB, al-Sadr, has had longstanding ties to Iran which included financing, armaments, training, shelter and political support for him and his fighters. During the height of the insurgency when JAM was regularly attacking U.S., Iraqi and coalition forces, the group was receiving millions of dollars and an assortment of weaponry from Iran.[152]

200.    One of AAH's leaders, Qais al-Khazali, whose group is described in the preceding section (both AAH and al-Khazali are sanctioned by the U.S.), began his career working with al-Sadr. Al-Khazali and al-Sadr's representatives frequently traveled to Iran, including as early as 2003, to meet with Iranian government officials. During their visits, they met with senior Iranian government officials, including from the IRGC-QF and its leaders, U.S.-sanctioned Qassem Soleimani. Al-Sadr facilitated the al-Khazali Iran connection. Al-Sadr was worried about being seen as too close to Iran and sought to use al-Khazali as a conduit for Iranian support. In 2003, Iranian support for al-Sadr was mostly financial, consisting of $750,000 to $1,000,000 per month, but sometimes rising $2,000,000 to $3,000,000 per month. In 2004, IRGC-QF Deputy Commander Hajji Yussif offered to train JAM fighters so that they would be "more capable of fighting the occupiers." Al-Sadr agreed but asked al-Khazali to select individuals who would travel to Iran for training and identify regional commanders for what would become known as the Special Groups.[153]

---

army#:~:text=April%204%2C%202004%3A%20The,Amerli%20(unknown%20casualties%20).%5Bxvi%5D

[152] CNN | 28 September 2006 | Military official: Iranian millions funding insurgency | http://www.cnn.com/2006/WORLD/meast/09/28/iraq.iran/

[153] **PX274** West Point Combatting Terrorism Center | January 2019 | Iranian Resources and Shi`a Militant Cohesion: Insights from the Khazali Papers | https://ctc.usma.edu/iranian-resources-shia-militant-cohesion-insights-khazali-papers/

PX3

201.    Despite seeking to publicly distance himself from Iran, in 2007, ahead of a major military operation, al-Sadr fled to Iran for safety, and received ready shelter. Speaking about this during a press conference, U.S. Major General William B. Caldwell said, "I believe that he went to Iran for a strategic session" with the Revolutionary Guard "and Iran's other proxies in Iraq to determine actually how they will undermine America's plans."[154]

202.    At the time of writing of this declaration, the Promised Day Brigades Have been rebranded again, as the Peace Brigades, and al-Sadr has taken a much more nuanced political position, staking out Iraqi nationalism and even publicly urging Iran to limit its influence in Iraq.[155]

203.    This does not change that during the period relevant to this declaration, Iran provided financing, armaments, training, shelter, and political support to Moqtada al-Sadr and his two groups, JAM and PDB, with the explicit goal that they kill U.S. soldiers and civilians.

### 4.    The Badr Corps/Badr Organization

204.    The Badr Organization (TBO or Corps) is TBO is a Shiite political party and militia that is oldest proxy that Iran has in Iraq. TBO was formed in 1983, by the IRGC, to support its efforts against Saddam Hussein.[156] It was the military wing of the Supreme Council for the Islamic Revolution in Iraq (SCIRI), an Iraqi Shiite political party that aimed to overthrow Saddam Hussein's regime. Formed by the IRGC, TBO members fought alongside the IRGC

---

[154] Washington Post | Armed Iraqis Wary of Security Plan | 15 February 2007 | https://www.washingtonpost.com/wp-dyn/content/article/2007/02/14/AR2007021400450.html?nav=hcmodule

[155] New York Times | 16 October 2021 | After Iraqi Election, a Shiite Leader Emerges as an Unlikely U.S. Ally | https://www.nytimes.com/2021/10/16/world/middleeast/iraq-sadr-election.html

[156] **PX710** Washington Institute | Profile: Badr Organization | 2 September 2021 | https://www.washingtoninstitute.org/policy-analysis/profile-badr-organization

PX3

during the Iran-Iraq War (1980-1988). From its inception until the U.S. invasion of Iraq, TBO operated out of Iran, where it received shelter, training, weapons, and financing.[157]

205.    After the U.S. invasion of Iraq, TBO leadership and fighters quickly asserted themselves in Iraq, with some of their fighters carrying rifles that said "Property of the Iranian Revolutionary Guards Corps."[158]

206.    An Iraqi intelligence study by Saddam's intelligence service regarding TBO, though it cannot be fully verified or trusted, provided multiple points showing significant Iranian funding and arming of the group. Parts of the Iraqi intelligence document stated that:

> An annual budget is allocated to the Corps by the General Command of the Iranian Armed Forces in the limits of (20 millions) Dollars for the purchase of weapons, salaries, foodstuffs, vehicles and equipment.[159]

207.    Saddam's intelligence service further noted that TBO members are given additional benefits, including an ID which would allow "them to travel in the Iranian cities and register their children in the Iranian schools."

208.    Concrete numbers for Iran's financing of the Badr organization do not exist in the unclassified space, but what is clear is that TBO is Iran-formed, Iran-trained, Iran-armed, and Iran-financed. During the relevant period, TBO had approximately 10,000 fighters, meaning that Iran would have needed to provide significant sums to equip and train them.[160]

---

[157]   Counter Extremism Project | 23 November 2021 | Badr Organization | https://www.counterextremism.com/threat/badr-organization
[158]   **PX622** Atlantic Council | 16 August 2018 | Badr Brigade: Among Most Consequential Outcomes of the Iran-Iraq War | https://www.atlanticcouncil.org/blogs/iransource/badr-brigade-among-most-consequential-outcomes-of-the-iran-iraq-war-2/
[159]   **PX273** West Point Combatting Terrorism Center | 2005 | Iraqi Intelligence Study about the Badr Corps | https://ctc.usma.edu/wp-content/uploads/2013/09/Iraqi-Intelligence-Study-about-the-Badr-Corps-Translation.pdf
[160]   Stanford Center for International Security and Cooperation | 24 November 2021 | The Badr Organization | https://cisac.fsi.stanford.edu/mappingmilitants/profiles/badr-organization-reconstruction-and-development#highlight_text_14815

PX3

209.     TBO's activities were enabled and supported by the Iranian Defendants, and in particular by the IRGC and IRGC-QF. Speaking in a 2015 interview, TBO leader Hadi al-Amiri said about U.S.-sanctioned IRGC-QF General Qasem Soleimani, "He advises us. He offers us information, we respect him very much." Amiri also added that Lebanon's Hezbollah has also provided the Badr Organization with important lessons learned from fighting Israel and Sunni jihadists in Lebanon and Syria.[161] In a 2013 interview, al-Amiri said, "I love Qassem Suleimani!" pounding the table. "He is my dearest friend."[162] During the relevant period, al-Amiri ordered attacks on up to 2,000 Sunnis in Iraq, and his preferred method of murder was to apply a power drill to a victim's skull. Separately, a U.S. federal indictment has linked al-Amiri to a 1996 attack in Saudi Arabia that killed 19 U.S. Air Force servicemen.[163]

210.     In 2012, TBO split from its parent organization, SCIRI, which had changed its name to the Islamic Supreme Council of Iraq (ISCRI). The name change was because ISCRI wanted to focus primarily on Iraq and distance itself from Iranian influence, a direction which al-Amri disagreed with and rejected. In a 2015 interview, al-Amiri said that Iran's Supreme Leader, Ayatollah Ali Khamenei, "Is the leader not only for Iranians but the Islamic nation. I believe so and I take pride in it."[164]

211.     Thus, the leader of this Iran-armed and funded organization, pledged loyalty to Iran, took intelligence, advice, and orders from Iran, worked with and fought for the IRGC-QF, had a history of killing U.S. soldiers, had a penchant for murder and torture, and used the

---

[161]   Bloomberg | 3 February 2015 | Iran's Militias Are Taking Over Iraq's Army | https://www.bloomberg.com/opinion/articles/2015-02-03/exclusive-iran-s-militias-are-taking-over-iraq-s-army
[162]   **PX634** The New Yorker | 23 September 2013 | The Shadow Commander | https://www.newyorker.com/magazine/2013/09/30/the-shadow-commander
[163]   Countering Extremism Project | 24 November 2021 | Hadi al-Amiri | https://www.counterextremism.com/extremists/hadi-al-amiri

PX3

resources put at his disposal by Iran to significantly increase bloodshed in Iraq and kill U.S. soldiers during the period relevant for this Declaration.

**5. Al Qaida**

212.   The U.S. Department of State designated Al Qaida as a foreign terrorist organization on October 8, 1999, and the U.S. Treasury designated it a specially designated global terrorist on September 23, 2001.[165, 166]

213.   In a public facing document, the U.S. National Counter Terrorism Center (NCTC), part of the Office of the Director of National Intelligence (ODNI), details some of Al Qaida's terrorist history, including how murdering U.S. persons is a core part of, if not the core of Al Qaida's mission:

> Usama Bin Ladin formed al-Qa'ida in 1988 with Arabs who fought in Afghanistan against the Soviet Union, and declared its goal as the establishment of a pan-Islamic caliphate throughout the Muslim world. Toward this end, al-Qa'ida seeks to unite Muslims to fight the West, especially the United States, as a means of overthrowing Muslim regimes al-Qa'ida deems "apostate," expelling Western influence from Muslim countries, and defeating Israel. Al-Qa'ida issued a statement in February 1998 under the banner of "the World Islamic Front for Jihad Against the Jews and Crusaders" saying it was the duty of all Muslims to kill U.S. citizens—civilian and military—and their allies everywhere.

---

[164]   Countering Extremism Project | 24 November 2021 | Hadi al-Amiri | https://www.counterextremism.com/extremists/hadi-al-amiri

[165]   U.S. State Department | 29 October 2021 | Foreign Terrorist Organizations | https://www.state.gov/foreign-terrorist-organizations/

[166]   **PX78** U.S. State Department | 23 September 2001 | SDGT Designations | https://www.state.gov/executive-order-13224/https://home.treasury.gov/policy-issues/financial-sanctions/recent-actions/20011102

PX3

The group merged with the Egyptian Islamic Jihad (al-Jihad) in June 2001. On 11 September 2001, 19 al-Qaʻida suicide attackers hijacked and crashed four U.S. commercial jets—two into the World Trade Center in New York City, one into the Pentagon near Washington, D.C., and a fourth into a field in Shanksville, Pennsylvania—leaving nearly 3,000 people dead. Al-Qaʻida also directed the 12 October 2000 attack on the U.S.S Cole in the port of Aden, Yemen, which killed 17 U.S. sailors and injured another 39, and conducted the bombings in August 1998 of the U.S. embassies in Nairobi, Kenya, and Dar es Salaam, Tanzania, killing 224 people and injuring more than 5,000.

Since 2002, al-Qaʻida and affiliated groups have conducted attacks worldwide, including in Europe, North Africa, South Asia, Southeast Asia, and the Middle East. In 2005, Ayman al-Zawahiri, then Bin Ladin's deputy, publicly claimed al-Qaʻida's involvement in the 7 July 2005 bus bombings in the United Kingdom. In 2006, British security services foiled an al-Qaʻida plot to detonate explosives on up to 10 transatlantic flights originating from London's Heathrow airport.[167]

214.    Al Qaida is a covert, Sunni terrorist group and Iran a Shiite theocracy and state sponsor of terrorism. They never had and will never have the ideological closeness that Iran and Hizballah have, and their relationship has at times been difficult, with Al Qaida kidnapping Iranian officials and Iranian officials arresting Al Qaida members, but as far as creating a productive working relationship between two groups that openly espouse mass-murder and commit terrorist acts, they have succeeded.

215.    Their mutually beneficial working relationship goes back almost three Decades, and begins in early 1990s Sudan, according to declassified Central Intelligence Agency (CIA) documents. During this time, Iranian, Al Qaida and Sudanese operatives met repeatedly in Sudan, and discussed forming a "tripartite front against their common enemies" and decided to

---

[167] **PX253** Office of the Director of National Intelligence - National Counter Terrorism Center | 29 October 2021| Al Qaida Background | https://www.dni.gov/nctc/groups/al_qaida.html

"collaborate, politically and militarily … to confront Israel and the United States … [and] undermine Arab regimes which supported Israel and the United States."[168]

216.    According to the 9/11 Commission Report, not long after this tripartite agreement "senior al Qaeda operatives and trainers traveled to Iran to receive training in explosives. In the fall of 1993, another such delegation went to the Bekaa Valley in Lebanon for further training in explosives as well as in intelligence and security. Bin Ladin reportedly showed particular interest in learning how to use truck bombs such as the one that had killed 241 U.S. Marines in Lebanon in 1983. The relationship between al Qaeda and Iran demonstrated that Sunni-Shia divisions did not necessarily pose an insurmountable barrier to cooperation in terrorist operations."[169]

217.    In the wake of the 2011 Abbottabad raid during which U.S. Special Forces killed Osama Bin Laden, they also brought back a large volume of the Al Qaida leader's files. One of the files, declassified by the CIA in 2017, contains an internal Al Qaida assessment of the terrorist group's relationship with Iran, saying that Iran offered:

> Saudi brothers [...] everything they needed [...] money, arms [...] training in Hezbollah camps in Lebanon, in exchange for striking American interests in Saudi Arabia and the Gulf.[170]

218.    The document says that Defendant the Iranian Ministry of Intelligence and Security (MOIS), facilitated the travel of Al Qaida operatives with visas, while sheltering others.

---

[168] **PX218** National Security Archive | 1997 01 31 | "Terrorism Establishment of a Tripartite Agreement Among Usama Bin Ladin, Iran, and the NIF," Central Intelligence Agency Intelligence Report | https://www.documentcloud.org/documents/368918-1997-01-31-terrorism-establishment-of-a.html

[169] **PX282** 9/11 Commission | The Foundation of the New Terrorism | Page 61 | https://www.9-11commission.gov/report/911Report.pdf

[170] Foundation for Defense of Democracies | 1 November 2017 | Analysis: CIA releases massive trove of Osama bin Laden's files | https://www.longwarjournal.org/archives/2017/11/analysis-cia-releases-massive-trove-of-osama-bin-ladens-files.php

The assessment's author says that Al Qaida is not at war with Iran and some of their "interests intersect," especially when it comes to being an "enemy of America."[171]

219.    The 9/11 Commission Report states that Iran was not involved in the planning of, and did not know of the impending 9/11 attacks, however, it allowed transit to, from and through its territory for known Al Qaida members, and the report also notes that "Al Qaeda members received advice and training from Hezballah."[172]

220.    The assistance to Al Qaida was approved by Iranian leadership and operationally provided by either MOIS or by Iran's IRGC. In its designation of the IRGC as a terrorist organization on April 8, 2019, the Department of State notes that:

> The IRGC continues to provide financial and other material support, training, technology transfer, advanced conventional weapons, guidance, or direction to a broad range of terrorist organizations [...] Iran continues to allow Al Qaeda (AQ) operatives to reside in Iran, where they have been able to move money and fighters to South Asia and Syria.[173]

221.    In 2011 and 2012, Treasury issued sanctions against Al Qaida funding and support networks in Iran. In the 2011 designations, Treasury states that:

> Iran is a critical transit point for funding to support al-Qa'ida's activities in Afghanistan and Pakistan. This network serves as the core pipeline through which al-Qa'ida moves money, facilitators and operatives from across the Middle East to South Asia, including to Atiyah Abd al-Rahman, a key al-Qa'ida leader based in Pakistan, also designated today.[174]

---

[171] Foundation for Defense of Democracies | 1 November 2017 | Analysis: CIA releases massive trove of Osama bin Laden's files | https://www.longwarjournal.org/archives/2017/11/analysis-cia-releases-massive-trove-of-osama-bin-ladens-files.php

[172] **PX282** 9/11 Commission | The Attack Looms | Page 240 | https://www.9-11commission.gov/report/911Report.pdf

[173] Department of State | 8 April 2019 | Designation of the Islamic Revolutionary Guard Corps | https://2017-2021.state.gov/designation-of-the-islamic-revolutionary-guard-corps/index.html

[174] **PX130** Department of the Treasury | 28 July 2011 | Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point https://home.treasury.gov/news/press-releases/tg1261

PX3

222.    Speaking regarding these sanctions, then Under Secretary for Terrorism and

Financial Intelligence David S. Cohen said that:

> Iran is the leading state sponsor of terrorism in the world today. By
> exposing Iran's secret deal with al-Qa'ida allowing it to funnel funds
> and operatives through its territory, we are illuminating yet another
> aspect of Iran's unmatched support for terrorism.[175]

223.    In its 2012 designations, the U.S. Treasury sanctioned:

> [A] key member of an al-Qa'ida network operating in Iran and led by
> Iran-based al-Qa'ida facilitator [The action] underscores that Iran
> continues to allow al-Qa'ida to operate a core pipeline that moves al-
> Qa'ida money and fighters through Iran to support al-Qa'ida activities
> in South Asia. This network also sends funding and fighters to
> Syria.[176]

224.    The Treasury press release also notes that one of the designees, Al-Harbi:

> [I]s an Iran-based al-Qa'ida facilitator [...] al-Harbi facilitates the
> travel of extremists to Afghanistan or Iraq via Iran on behalf of al-
> Qa'ida, and is believed to have sought funds to support al-Qa'ida
> attacks.

225.    One of the other terrorists named in the press release is Al-Fadhli, who the U.S.

Treasury stated:

> [I]s a veteran al-Qa'ida operative who has been active within the
> terrorist network for years. Treasury previously designated al-Fadhli
> pursuant to E.O. 13224 in February 2005 for providing financial and
> material support to the al-Zarqawi Network and al-Qa'ida. At that
> time, al-Fadhli was considered an al-Qa'ida leader in the Gulf and
> provided support to Iraq-based fighters for attacks against U.S. and
> multinational forces.[177]

---

[175] **PX130** Department of the Treasury | 28 July 2011 | Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point https://home.treasury.gov/news/press-releases/tg1261
[176] **PX127** Department of the Treasury | 18 October 2012 | Treasury Further Exposes Iran-Based Al-Qa'ida Network   https://home.treasury.gov/news/press-releases/tg1741
[177] Department of the Treasury | 18 October 2012 | Treasury Further Exposes Iran-Based Al-Qa'ida Network  https://home.treasury.gov/news/press-releases/tg1741

PX3

226.     Significant additional material exists regarding the relationship between Iran and Al Qaida, up to present day, however for the purposes of this Declaration, the above establishes that during the relevant period, Iran and Al Qaida had a working relationship, that included Iran providing funds, training, safe passage and sanctuary to Al Qaida, including to Al Qaida fighters en route to Iraq.

### 6.  Al Qaida in Iraq

227.     Al Qaida protégé and long-time collaborator, Jordanian Abu Musab al-Zarqawi, built a powerful network of foreign fighters and Sunni militants in Iraq. His group, Ansar al-Islam (discussed further below), was designated as a "Foreign Terrorist Organization" by the Department of State on March 22nd 2004.[178] In October of the same year, Department of State sanctioned the Monotheism and Jihad Group, (a successor to Ansar al-Islam) as a Foreign Terrorist Organization.[179] Later the same month, Zarqawi changed his organization's name to "Al Qaeda Jihad Organization in the Land of Two Rivers (Mesopotamia - Iraq)" commonly known as Al Qaida in Iraq. The Foreign Terrorist Organization designation was also applied to the new name.

228.     This was not pure branding, Zarqawi had worked with Al Qaida previously, including in Afghanistan before and throughout the U.S. mission there that began in 2001.[180] He met with Al Qaida leaders on many occasions, received funding, training and operational directions from Al Qaida, and built a close relationship with Saif al-Adel, a top Al Qaida military commander.

---

[178] U.S. State Department | 29 October 2021 | Foreign Terrorist Organizations | https://www.state.gov/foreign-terrorist-organizations/

[179] **PX228** Congressional Research Service | 15 August 2008 | Al Qaeda in Iraq: Assessment and Outside Links https://sgp.fas.org/crs/terror/RL32217.pdf

PX3

229.    To take the name of Al Qaida in Iraq, Zarqawi received advance approval from Al

Qaida leader Osama Bin Laden. According to a translation of terrorist media:

> On October 17, 2004, Abu Musab al-Zarqawi and his Tawhid wal-Jihad organization issued an online statement pledging allegiance to al-Qaeda and its commander, Sheikh Osama bin Laden. Al-Qaeda reprinted and acknowledged the statement, responding favorably to the new development in their online magazine Mu'askar al-Battar. The newly-affiliated group is known as Tanzim Qai'dat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq), and has already claimed responsibility for numerous attacks, including the December 13 bombing at an entrance to Baghdad's Green Zone. The bay'ah (oath of allegiance) has been deemed authentic by U.S. military and intelligence analysts, and was further reaffirmed by al-Qaeda's public acknowledgement [...] Osama bin Laden and his lieutenant Ayman al-Zawahiri have endorsed and praised Zarqawi and the Iraqi insurgency in the past, and Zarqawi has been happy to acknowledge these remarks, while carefully maintaining his subordinate role in the greater mission and demonstrating his willingness to show loyalty. Many conclusions can be drawn from the text: firstly, Zarqawi's oath challenges past perceptions of rivalry between his organization and al-Qaeda in Afghanistan. Secondly, it demonstrates his desire to establish himself as a key player in al-Qaeda's mission in Iraq. Finally, the text serves as a recruiting statement for the Iraqi insurgency, through the endorsement of al-Qaeda leadership.[181]

230.    In a January 10, 2007, major speech announcing the U.S. troop surge President

George W Bush highlighted the prominent threat played by Al Qaida in Iraq:

> Al Qaeda is still active in Iraq. Its home base is Anbar Province. Al Qaeda has helped make Anbar the most violent area of Iraq outside the capital. A captured al Qaeda document describes the terrorists' plan to infiltrate and seize control of the province. This would bring al Qaeda closer to its goals of taking down Iraq's democracy, building a radical Islamic empire, and launching new attacks on the United States at home and abroad.

231.    In a July 24, 2007, speech, President Bush said:

---

[180]  The Atlantic | July 2006 | The Short, Violent Life of Abu Musab al Zarqawi | https://www.theatlantic.com/magazine/archive/2006/07/the-short-violent-life-of-abu-musab-al-zarqawi/304983/

[181]  The Jamestown Foundation | 17 October 2004 | ZARQAWI'S PLEDGE OF ALLEGIANCE TO AL-QAEDA:    FROM    MU'ASKER    AL-BATTAR,    ISSUE    21    | https://web.archive.org/web/20070930180847/http://www.jamestown.org/publications_details.php?volume_id=400&issue_id=3179&article_id=2369020

PX3

> Our troops are [...] opposing ruthless enemies, and no enemy is more ruthless in Iraq than al Qaeda. They send suicide bombers into crowded markets; they behead innocent captives and they murder American troops. They want to bring down Iraq's democracy so they can use that nation as a terrorist safe haven for attacks against our country.

232.    Iran did not participate directly in the operations or management of Al Qaida in Iraq like it did with JAM and the Special Groups. Nor did it nurture its formation and evolution like it did with AQI's umbrella organization, Al Qaida. Zarqawi's anti-Shia views, extreme even for a mass-murdering terrorist, made Iran's alignment with the group's anti-American activities necessarily covert.

233.    However, Iran's cooperation with, support for, and provision of sanctuary to Al Qaida's core leadership greatly assisted the group's terrorist operations in Iraq. Had Iran taken a zero-tolerance approach to Al Qaida and made arrests of its members a permanent strategy as opposed to a tool for obtaining negotiating chits, Iran could have made operations for the group much more difficult. Instead, Al Qaida's franchise in Iraq became one of the greatest threats to U.S. lives in Iraq.

### 7.  Ansar Al Islam

234.    The Treasury designated Ansar Al-Islam (AAI or AI) as a specially Designated Global terrorist on February 20, 2003, and the U.S. Department of State designated Ansar Al Islam as a foreign terrorist organization on March 22, 2004.[182, 183]

235.    In its press release regarding the designation of the Sunni terrorist group, The Treasury Department stated that AAI is:

---

[182] **PX39** U.S. Treasury Department | 20 February 2003 | Treasury Department Statement Regarding the Designation of Ansar al-Islam | https://home.treasury.gov/news/press-releases/js48

[183] U.S. State Department | 29 October 2021 | Foreign Terrorist Organizations | https://www.state.gov/foreign-terrorist-organizations/

PX3

[A] terrorist group operating in northeastern Iraq with close links to and support from al-Qaida. Al-Qaida and Usama bin Laden participated in the formation and funding of Ansar al-Islam, and AI has provided safe haven to al-Qaida in northeastern Iraq. AIs predecessor, Jund al-Islam, was formed in September 2001. AI came into being with the blessing of bin Laden after its leaders visited al-Qaida in Afghanistan in 2000 and 2001. Bin Laden provided AI with an estimated $300,000 to $600,000 in seed money. AI has acknowledged that it contracted Islamic figures abroad before declaring jihad in northeastern Iraq. Ansar al-Islam has received training and logistical assistance from al-Qaida. Groups of AI's Kurdish members have traveled to Afghanistan to train with al-Qaida, while AI's foreign members are believed to be al-Qaida-trained veterans of conflicts in Afghanistan and Chechnya."[184]

236. AAI's activity was focused primarily in Northern Iraq targeting Iraqi and Kurdish forces, however, it fully shared Al Qaida's zeal in killing Americans, and did so on many occasions, including sending a suicide bomber into a U.S. military dining hall in Northern Iraq in 2004.[185]

237. There is no publicly available information showing direct hand-in-glove operational support by the Iranian defendants to AAI as there is with Hizballah or the Badr Organization. However, for AAI, safe haven was arguably more important, and like with Al Qaida, Iran was aware of AAI's activities and purposefully did not intervene (when it easily could have) in the group's activities because Iran wanted AAI to inflict harm to U.S. soldiers and citizens, and therefore provided AAI with operational freedom, and sanctuary in Iran. While for some groups, safe haven in Iran might be less important or desirable than money or weapons, for AAI, there were few other places to go. As a terrorist group allied with Al Qaida, most of the world and Middle Eastern governments were already hostile to AAI.

---

[184] **PX39** U.S. Treasury Department | 20 February 2003 | Treasury Department Statement Regarding the Designation of Ansar al-Islam | https://home.treasury.gov/news/press-releases/js48
[185] **PX702** Stanford Center For International Security and Cooperation | 24 November 2021 | Ansar                        Al                        Islam | https://cisac.fsi.stanford.edu/mappingmilitants/profiles/ansar-al-islam#text_block_12174

PX3

238.     But while some terrorist groups have found safe haven if they did not conduct attacks on the territory of their patron (Taliban in Qatar, Hamas in Egypt), or were able to exploit instability to carve out territory (Al Qaida in Yemen, Hizballah in Lebanon), most of the governments in the Middle East did not want anything to do with AAI because its members almost exclusively come from the Kurdish ethnic group. Kurds are one of the largest ethnic groups in the Middle East that do not have their own country. Multiple other Kurdish terrorist groups exist that are focused not on radical Islam, but on Kurdish independence, making them a threat to countries with large Kurdish populations, especially Armenia Azerbaijan, Iraq, Syria, Turkey and sometimes, Iran.

239.     The Kurdish desire for independence has been weaponized by different countries against each other for almost fifty years now. Facing continued repression in almost all of the countries where they are present, Kurds began to rebel in Iran, Iraq, Syria, and Turkey. In 1975, Iraqi Kurds rebelled against Baathist rule, and were supported by the U.S. and Iran (the ruled by the Shah). Five years later during the Iran-Iraq war, Iran armed Iraqi Kurds to fight against Saddam Hussein, while Saddam Hussein and the U.S. armed Iranian Kurds to fight against the new Islamic Republic.[186] In Syria and Turkey, the governments continually cracked down Kurds leading to repeated uprisings and anti-government attacks by Kurdish groups. In 2004 Iranian Kurds founded The Party for a Free Life in Kurdistan (PJAK), a guerrilla group that claimed to have three thousand fighters, and which signed a cease-fire with Iran in 2011 following years of fighting.[187] Although Iran nominally opposes the Kurdistan's Workers Party (PKK), a Turkey-based Kurdish terrorist group focused on Kurdish liberation, it has also supported the PKK

---

[186] Council on Foreign Relations | 24 November 2021 | The Kurds' Quest for Independence | https://www.cfr.org/timeline/kurds-quest-independence
[187] Council on Foreign Relations | 24 November 2021 | The Kurds' Quest for Independence | https://www.cfr.org/timeline/kurds-quest-independence

85

PX3

whenever it has been at odds with Turkey, and has let this dynamic wax and wane for over two decades.[188] Additionally, the U.S. government has been financing, arming and training various Kurdish groups since 1991, initially against Saddam Hussein in Iraq, then against Bashar Al Asad in Syria, and then against ISIS in Iraq.[189]

240.    This purpose of the above paragraphs is to demonstrate that within the Middle East, almost all governments viewed Kurdish groups with significant suspicion, and that the safe haven that Iran provided to AAI was something the group would have been hard-pressed to find anywhere else in the region.

241.    While Iran providing safe haven to the AAI is counter intuitive, as AAI is a Sunni terrorist group that targets Shiites, and has Kurdish fighters, the Iranian Defendants have shown that they are comfortable working with terrorist groups as long as they have leverage and believe they can direct terrorists to act in Iran's interests, such as in the Iran- Al Qaida relationship described above.

242.    With the above context, below is a description of the support provided by Iran to AAI. After the U.S. invasion of Iraq in 2003, coalition forces supported by the Kurdistan Regional Government (KRG), launched an offensive against AAI, leading to the death or capture of many AAI members, with those remaining fleeing to Iran. AAI continued to operate from Iran under the command of Abu Abdullah al-Shafi, and was temporarily renamed Ansar al-Sunna, though it went back to AAI in 2007.[190]

---

[188] Washington Institute | 1 January 2003 | Iran's Continued Challenge to the Secular Middle East |     https://www.washingtoninstitute.org/policy-analysis/tactical-terrorism-irans-continued-challenge-secular-middle-east

[189] Council on Foreign Relations | 24 November 2021 | The Kurds' Quest for Independence https://www.cfr.org/timeline/kurds-quest-independence

[190] Stanford Center for International Security and Cooperation | Ansar Al Islam | 24 November 2021     |     https://cisac.fsi.stanford.edu/mappingmilitants/profiles/ansar-al-islam#highlight_text_12145

PX3

243.    While Iran has publicly denied any links to AAI, an expert on militant Islam Stated that Iran harbors the fighters within its borders and providing a route for foreign fighters to enter Iraq and join AAI's ranks: "It's very clear that there are fighters streaming in over the Iranian border tied to this group."[191]

244.    Human Rights Watch, while investigation human rights abuses in Northern Iraq published research on Ansar al-Islam, and stated that:

> [T]he location of the group's bases very close to the Iranian border, taken together with credible reports of the return of some Ansar al-Islam fighters to Iraqi Kurdistan through Iran, suggest that these fighters have received at least limited support from some Iranian sources. Villagers living under Ansar al-Islam control, and mainstream Islamists who have visited those areas, reported to Human Rights Watch that Iranian agents had been present on occasion. However, the exact nature of relations between the two sides is unclear: PUK [Patriotic Union of Kurdistan] and other sources acknowledged that Iran had played a mediating role aimed at ending the clashes between PUK and Ansar al-Islam forces.[192]

245.    The Jamestown Foundation, a think tank with longstanding expertise on terrorism translated local newspapers that wrote about ties between Iran and AAI:

---

[191]   **PX668** Council on Foreign Relations | 5 November 2008 | Ansar al-Islam (Iraq, Islamists/Kurdish Separatists), Ansar al-Sunnah | https://www.cfr.org/backgrounder/ansar-al-islam-iraq-islamistskurdish-separatists-ansar-al-sunnah
[192]   Human Rights Watch | 24 November 2021 | Ansar al-Islam in Iraqi Kurdistan | https://www.hrw.org/legacy/backgrounder/mena/ansarbk020503.htm

PX3

One of Kurdistan's weekly independent papers, Hawlati, issued a series of reports on the matter. In a July 2004 article, Hawlati wrote that that "Italaat," the Iranian Secret Service, and al-Qaeda elements are training Ansar al-Islam along the eastern border of Kurdistan (Hawlati, July 2004). The Hawlati report posits that Iran is supporting Ansar al-Islam elements against the Iraqi Kurdish parties in order to separate Iraqi and Iranian Kurds and stave off any potential cooperation. In more recent news coverage, an anonymous Kurdish source said, "In fact, there is an organized campaign to recruit young Iranian Kurds in ideological and military training courses during which the recruit is paid a salary…Along with these training courses, the recruit goes through other military activities most of which are of a terrorist nature. These courses are held in Iranian camps spread in various regions of Iran" (Elaph, April 27).[193]

246.    Iran is not known to have directly controlled AAI like it did with its Iraqi Shiite allies, but like with Al Qaida in Iraq, it was aware of the group's activity, and provided it with safe haven on its territory. Had Iran taken a zero-tolerance approach to AAI and made arrests of its members a permanent strategy, as opposed to using the group as a tool to destabilize Iraq and kill U.S. soldiers and civilians, it could have potentially eradicated the terrorist group entirely. Instead, AAI regrouped on Iranian territory and continued to kill people in Iraq, including Americans, during the relevant period.

**M. Iranian Agents That Assisted Defendants in Financing Terrorism in Iraq**

**1.  National Iranian Oil Company**

247.    As noted above, NIOC is responsible for, among other duties, generating energy revenue for the government of Iran and creating and operating companies.[194][195] NIOC is entirely

---

[193] **PX673** The Jamestown Foundation | 7 June 2007 | The Hidden Hand of Iran in the Resurgence of Ansar al-Islam | https://jamestown.org/program/the-hidden-hand-of-iran-in-the-resurgence-of-ansar-al-islam/

[194] Introduction to National Iranian Oil Company, supra at n.61, at PDF page 7.

[195] **PX810** NIOC, Introduction to National Iranian Oil Company, at PDF page 7, available at https://www.nioc.ir/portal/file/?175586/catalog-nioc-EN.pdf. *See* also U.S. Dep't of Energy, Analysis: Iran, available at https://www.eia.gov/beta/international/analysis.cfm?iso=IRN ("The state-owned National Iranian Oil Company is responsible for all upstream oil and natural gas projects.").

PX3

owned and controlled by the Government of Iran, and generates billions of dollars in revenue annually for the Iranian government, funding between one and two thirds of the Iranian government's total revenue.[196],[197]

248.    NIOC deliberately structures many of its oil sales in an opaque manner to avoid international sanctions. In a report to Congress in September 2021, the Treasury Department stated that "NIOC is an agent or affiliate of the IRGC."[198] The Treasury's finding was pursuant to the Iran Threat Reduction and Syria Human Rights Act of 2012, where Section 312 reads "It is the sense of Congress that the National Iranian Oil Company and the National Iranian Tanker Company are not only owned and controlled by the Government of Iran but that those companies provide significant support to Iran's Revolutionary Guard Corps and its affiliates.[199]

249.    NIOC was sanctioned by the U.S. Treasury Department in November 2008 for being controlled by the government of Iran,[200] in November 2012 it was further sanctioned Executive Order 13382 for assisting the IRGC with the proliferation of weapons of mass destruction.[201]

---

[196] *See supra* at n.22.

[197] Press Release, Dep't of Treasury, Treasury Submits Report To Congress On NIOC And NITC (Sept. 24, 2012), available at  https://home.treasury.gov/news/press-releases/tg1718

[198] Letter from Adam J. Szubin, OFAC Director, to Congress, dated September 24, 2012, available at https://www.treasury.gov/resource-center/sanctions/Programs/Documents/report_to_congress_09242012.pdf.

[199] Iran Threat Reduction and Syria Human Rights Act of 2012, Pub. Law No. 112-158 (Aug.10, 2012), available at  https://home.treasury.gov/system/files/126/hr_1905_pl_112_158.pdf

[200] **PX57** U.S. Treasury Department | 26 November 2008 | OFAC Identifies Entities Owned or Controlled by the Government of Iran | https://home.treasury.gov/news/press-releases/hp1299

[201] Fact Sheet, Dep't of Treasury, Sanctions on Iranian Government and Affiliates (Nov. 8, 2012), available at        https://home.treasury.gov/news/press-releases/tg1760*See  also* http://www.iranwatch.org/iranian-entities/national- iranian-oil-company.

PX3

250.    In January 2020, Treasury publicly tied NIOC's work to terrorism, noting that NIOC "helps to finance Iran's [IRGC-QF] and its terrorist proxies," and designated four international petrochemical and petroleum companies that "have collectively transferred the equivalent of hundreds of millions of dollars' worth of exports from the National Iranian Oil Company (NIOC), an entity instrumental in Iran's petroleum and petrochemical industries, which helps to finance Iran's Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) and its terrorist proxies."[202]

251.    A month later, Treasury designated five additional United Arab Emirates-based companies for having "purchased hundreds of thousands of metric tons of petroleum products from NIOC. Treasury again stressed that "Iran's petroleum and petrochemical industries are major sources of revenue for the Iranian regime, which has used these funds to support the Islamic Revolutionary Guard Corps-Qods Force's (IRGC-QF) malign activities throughout the Middle East, including the support of terrorist groups."[203]

252.    Treasury also designated a worldwide Iranian petroleum shipping Network originating with NIOC for "financially support[ing] [the IRGC-QF] and its terror proxy

---

[202] Press Release, Dep't of Treasury, Treasury Targets International Network Supporting Iran's Petrochemical and Petroleum Industries (Jan. 23, 2020), available at https://home.treasury.gov/news/press-releases/sm885 (emphasis added).

[203] Press Release, Dep't of Treasury, Treasury Targets Companies Facilitating Iran's Petroleum Sales (March 19, 2020), available at https://home.treasury.gov/news/press-releases/sm949. Treasury also designated Iran's largest petrochemical holding group, Persian Gulf Petrochemical Industries Company ("PGPIC"), for providing financial support to U.S.-designated Khatam al-Anbya Construction Headquarters, the engineering conglomerate of the IRGC, along with its vast network of 39 subsidiary petrochemical companies and foreign-based sales agents. Press Release, Dep't of Treasury, Treasury Sanctions Iran's Largest Petrochemical Holding Group and Vast Network of Subsidiaries and Sales Agents (June 7, 2019), available at https://home.treasury.gov/news/press-releases/sm703.

PX3

Hizballah" in a "vast oil-for-terror shipping network."[204] It found that the shipping network "*is directed by* [the IRGC-QF] and its terrorist proxy Hizballah," and declared "that those purchasing Iranian oil *are directly supporting Iran's militant and terrorist arm*, [the IRGC-QF]."[205] Notably, according to the Treasury, the network was overseen by Senior IRGC-QF official and former Iranian Minister of Petroleum (2011-2013) Rostam Qasemi.[206]

253.    In designating a Chinese company, Zhuhai Zhenrong Company Limited ("Zhenrong"), for purchasing hundreds of millions of dollars in oil from NIOC, Secretary of State Mike Pompeo explained the designation was intended to "deny the [Iranian] regime critical income to fund terror around the world, engage in foreign conflicts, and advance its ballistic missile development."[207]

### 2. Islamic Republic of Iran Shipping Lines (IRISL)

254.    The U.S. Department of Treasury designated the Islamic Republic of Iran Shipping Lines (IRISL) in September 2008 for providing logistical services to Iran's Ministry of

---

[204] Treasury Press Release, Treasury Designates Vast Iranian Petroleum Shipping Network That Supports IRGC-QF and Terror Proxies (Sept. 4, 2019), available at https://home.treasury.gov/news/press-releases/sm767

[205] Treasury Press Release, Treasury Designates Vast Iranian Petroleum Shipping Network That Supports IRGC-QF and Terror Proxies (Sept. 4, 2019), available at https://home.treasury.gov/news/press-releases/sm767

[206] Prior to serving as Minister of Petroleum (and Chairman of NIOC), Qasemi was Commander of the IRGC construction affiliate Khatam al Anibya, which further underscores the relationship between various IRGC affiliates and NIOC. Qasemi was first designated E.O. 13382 for his role with Khatam al Anbiya in 2010 and under E.O. 13224 in September 2019, along with the broader petroleum-shipping network that he oversaw. *See* "Treasury Targets Iran's Islamic Revolutionary Guard Corps" (Feb. 10, 2010), available at https://home.treasury.gov/news/press-releases/tg539

[207] Press Release, U.S. Dep't of State, The United States to Impose Sanctions on Chinese Firm Zhuhai Zhenrong Company Limited for Purchasing Oil from Iran (July 22, 2019), available at https://2017-2021.state.gov/the-united-states-to-impose-sanctions-on-chinese-firm-zhuhai-zhenrong-company-limited-for-purchasing-oil-from-iran/index.html#:~:text=Today%2C%20the%20United%20States%20is,Iran%2C%20contrary%20to%20U.S.%20sanctions. (visited on January 20, 2020).

**PX3**

Defense and Armed Forces Logistics (MODAFL). In its public statement on the designation, Treasury noted that IRISL:

> [F]alsifies documents and uses deceptive schemes to shroud its involvement in illicit commerce […] IRISL's actions are part of a broader pattern of deception and fabrication that Iran uses to advance its nuclear and missile programs […] IRISL also facilitates shipments of military-related cargo destined for MODAFL and its subordinate entities, including organizations that have been designated by the United States pursuant to E.O. 13382 and listed by United Nations Security Council Resolutions 1737 and 1747. In order to ensure the successful delivery of military-related goods, IRISL has deliberately misled maritime authorities through the use of deception techniques. These techniques were adopted to conceal the true nature of shipments ultimately destined for MODAFL.[208]

255.    Although IRISL is not yet designated under terrorism authorities, the U.S. government issued an advisory in October 2018 noting that the Iranian government is "exploiting commercial shipping" to "serve to fund the regime's nefarious activities, including providing funds to the Islamic Revolutionary Guard Corps (IRGC) and its Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF), as well to Lebanese Hizballah, Hamas, and other terrorist groups."[209]

256.    IRISL works with NIOC, and in a September 2019 action, the U.S. Treasury sanctioned a large shipping network that is directed by and financially supports the IRGC-QF, noting that "the IRGC-QF has moved oil worth hundreds of millions of dollars or more through this network for the benefit of the brutal Assad regime, Hizballah, and other illicit actors." The U.S. Treasury states the IRGC-QF sells NIOC crude oil and condensate, and that "the IRGC-QF

---

[208] **PX53** U.S. Treasury Department | 10 September 2008 | Major Iranian Shipping Company Designated for Proliferation Activity | https://www.treasury.gov/press-center/press-releases/Pages/hp1130.aspx
[209] Financial Crimes Enforcement Network | 11 October 2018 | Advisory on the Iranian Regime's Illicit and Malign Activities and Attempts to Exploit the Financial System | https://www.fincen.gov/sites/default/files/advisory/2018-10-11/Iran%20Advisory%20FINAL%20508.pdf

PX3

relies on persons embedded within the shipping industry to keep this oil moving by ensuring that vessel insurance and registration are in order, among other things" and that some of the vessels used for this operation are ones in which "the Islamic Republic of Iran Shipping Lines (IRISL) has an interest."[210]

257.  IRISL's website is difficult to access, potentially due to Iranian efforts to hide information about IRISL's operations to evade sanctions. At the time that this declaration was being written (fall 2021) it was not accessible from either a U.S. internet connection, a U.A.E. internet connection or an India internet connection. The author was not able to connect from an Iran-based internet address. However, an archived portion of IRISL's website from February 2008 shows that IRISL operates in Basrah, Iraq.[211] The only deep-water port in Iraq is Umm Qasr Port in Basrah, and in March 2020, the U.S. Treasury sanctioned Al Khamael Maritime Services (AKMS), an Iraq-based company operating out of Umm Qasr port for working with the IRGC-QF. Treasury notes that the "IRGC-QF leveraged Shiite militia group contacts to evade Iraqi government inspection protocol at Umm Qasr port and has charged foreign companies and vessels fees for services at its terminal at the port." Alongside AKMS, Treasury designated Sayyed Reza Musavifar, who "is responsible for the accounts and finances of AKMS, has worked with the IRGC-QF to transfer money to terrorist militias, including KH and Lebanese Hizballah."[212] Thus, while this Declaration cannot presently provide direct evidence of IRGC-

---

[210] U.S. Treasury Department | 4 September 2019 | Treasury Designates Vast Iranian Petroleum Shipping Network That Supports IRGC-QF and Terror Proxies | https://home.treasury.gov/news/press-releases/sm767

[211] **PX808** Internet Archive WaybackMachine | 21 February 2008 | IRISL Company Information | https://web.archive.org/web/20080221001228/http://www.irisl.net/CustomerServices/AgencyE.asp?vMenuID=25

[212] U.S. Treasury Press Releases | 26 March 2020 | Treasury Designates Vast Network of IRGC-QF Officials and Front Companies in Iraq, Iran https://home.treasury.gov/news/press-releases/sm957

PX3

QF members loading and unloading crates of weapons from an IRISL freighter, the IRGC-QF's use of the Umm Qasr Port, IRISL's known support to the IRGC, and covert Iranian shipping activities make it a certainty that the company was supporting the defendants' operations in Iraq.

### 3. Mahan Air

258.     While the above section notes that no known footage exists or IRGC-QF fighters on IRISL freighters, this footage does shockingly exist for Mahan Air, thanks to fighters with a less disciplined sense of secrecy. The airline was sanctioned by the U.S. Treasury in October 2011 under terrorism authorities "for providing financial, material and technological support to the Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF)."[213]

259.     Images released by the Department of State in 2019 show Mahan Air transporting IRGC-QF fighters, and also IRGC-QF commander, General Qasem Soleimani, who as noted in sections above, was instrumental in organizing, arming, and financing terrorist groups and militias in Iraq that killed U.S. soldiers and civilians.[214]

---

[213] **PX43** U.S. Treasury | 12 October 2011 | Treasury Designates Iranian Commercial Airline Linked to Iran's Support for Terrorism | https://home.treasury.gov/news/press-releases/tg1322
[214] **PX263** U.S. Department of State | 24 January 2019 | Iran's Material Support for Terrorism | https://2017-2021.state.gov/irans-material-support-for-terrorism/index.html

PX3



(U) 9 March 2017 – probable Iranian fighter posted a montage (right) and a note suggesting a pending deployment to Syria. The logo in the photo (above) is Mahan Air.



(U) Islamic Revolutionary Guard Corps – Qods Force Commander Qassem Soleimani onboard a probable Mahan Air RJ85/BAe-146 with Mahan Air seat covers (center). The man on the right, Reza Khorrami, was an IRGC commander of Afghan fighters killed in Syria in mid-2016.

260.    Mahan Air is the airline of choice for the IRGC-QF and had routine flights to Iraq during the relevant period. Then Under Secretary for Terrorism and Financial Intelligence David S. Cohen said of Mahan Air's designation in 2011:

PX3

Mahan Air's close coordination with the IRGC-QF – secretly ferrying operatives, weapons and funds on its flights – reveals yet another facet of the IRGC's extensive infiltration of Iran's commercial sector to facilitate its support for terrorism […] Mahan Air provided travel services to IRGC-QF personnel flown to and from Iran and Syria for military training. Mahan Air also facilitated the covert travel of suspected IRGC-QF officers into and out of Iraq by bypassing normal security procedures and not including information on flight manifests to eliminate records of the IRGC-QF travel. Mahan Air crews have facilitated IRGC-QF arms shipments. Funds were also transferred via Mahan Air for the procurement of controlled goods by the IRGC-QF.[215]

261.    Mahan Air has also worked directly with Iran's proxies, and according to the U.S. Treasury "provides transportation services to Hizballah, a Lebanon-based designated Foreign Terrorist Organization. Mahan Air has transported personnel, weapons, and goods on behalf of Hizballah and omitted from Mahan Air cargo manifests secret weapons shipments bound for Hizballah."[216]

### 4. Khatam al-Anbiya Construction Company & The Headquarters for the Restoration of Holy Shrines

262.    The U.S. Treasury sanctioned Khatam al-Anbiya in October 2007 for being an IRGC-controlled company, noting that "In 2006, Khatam al-Anbiya secured deals worth at least $7 billion in the oil, gas, and transportation sectors, among others."[217]

263.    In 2010, Treasury added more sanctions related to Khatam al-Anbiya, noting that:

---

[215] U.S. Treasury | 12 October 2011 | Treasury Designates Iranian Commercial Airline Linked to Iran's Support for Terrorism | https://home.treasury.gov/news/press-releases/tg1322
[216] U.S. Treasury | 12 October 2011 | Treasury Designates Iranian Commercial Airline Linked to Iran's Support for Terrorism | https://home.treasury.gov/news/press-releases/tg1322
[217] U.S. Treasury | 25 October 2007 | Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism | https://home.treasury.gov/news/press-releases/hp644

PX3

"Khatam al-Anbiya Construction Headquarters, the engineering arm of the IRGC that serves to help the IRGC generate income and fund its operations. Khatam al-Anbiya is owned or controlled by the IRGC and is involved in the construction of streets, highways, tunnels, water conveyance projects, agricultural restoration projects, and pipelines."[218]

264.    The head of the Khatam al-Anbiya announced at a meeting with Iran's supreme leader on September 2016 that the organization will undertake two large new construction projects in Iraq, to rebuild Shiite shrines, in partnership with the Headquarters for the Restoration of Holy Shrines (also known as Reconstruction Organization of the Holy Shrines in Iraq or ROHSI). ROHSI has over 200 projects in Iraq, with spending across shrine complexes and other facilities. In 2016, it announced plans to build further projects valued at approximately $1.6 billion.[219]

265.    ROHSI does not hide its links to the IRGC-QF according to an interview a ROHSI official gave to Iranian press. In addition to Qasem Soleimani sitting on group's board of trustees, the supreme leader's representative to the IRGC-QF is also on the board. [220]

266.    In March 2020, the U.S. Treasury sanctioned a network of Iranian and Iraq-based front companies, including ROHSI. Ostensibly a religious organization, its leadership included the late General Qasem Soleimani, it is controlled by the IRGC-QF, and it transferred millions of dollars to the Iraq-based Bahjat al Kawthar Company for Construction and Trading Ltd, also

---

[218] U.S. Treasury | 10 February 2010 | Treasury Targets Iran's Islamic Revolutionary Guard Corps | https://home.treasury.gov/news/press-releases?title=&publication-start-date=2010-02-10&publication-end-date=2010-02-10
[219] Foundation for Defense of Democracies | Long War Journal | 23 September 2016 | Qods Force front group develops shrine in Iraq | https://www.longwarjournal.org/archives/2016/09/qods-force-front-group-develops-shrine-in-iraq.php
[220] Foundation for Defense of Democracies | Long War Journal | 23 September 2016 | Qods Force front group develops shrine in Iraq | https://www.longwarjournal.org/archives/2016/09/qods-force-front-group-develops-shrine-in-iraq.php

PX3

known as Kosar Company, another Iraq-based entity under the IRGC-QF's control. Kosar Company, in turn was a hub for Iranian intelligence activities in Iraq, including for the shipment of ammunition and weapons to Iranian-backed terrorist and militia groups.[221]



(Former IRGC-QF Hassan Pelarak inaugurating the initial phases of project to expand the Hazrat Zahra shrine in Najaf, Iraq, September 20, 2016.)[222]

### N. Review & Analysis of Confidential Sampling of U.S. Bank Transaction Data Relevant to This Case and Produced to Plaintiffs in Discovery

267.    As shown in the above sections, the Defendants' use of state-owned entities to support designated terrorist organizations was conducted on a massive scale requiring hundreds of millions of dollars over many years. Defendants' extraterritorial use of multiple international

---

[221] U.S. Treasury Department | 26 March 2020 | Treasury Designates Vast Network of IRGC-QF Officials and Front Companies in Iraq, Iran | https://home.treasury.gov/news/press-releases/sm957

[222] Foundation for Defense of Democracies | Long War Journal | 23 September 2016 | Qods Force front group develops shrine in Iraq | https://www.longwarjournal.org/archives/2016/09/qods-force-front-group-develops-shrine-in-iraq.php

PX3

terrorist organisations, each in turn with varying needs and degrees of access to conventional financial services, necessarily required Defendants to covertly use multiple methods of providing funds and material to these organizations, or to illicitly finance Iran's own efforts to support the groups with training, travel, safe haven, and munitions. Iran's terrorism finance was and is global, with payments being sent across every continent except Antarctica. For a global terrorist financing operation of the scale orchestrated by the Defendants, using the U.S. Dollar is necessary. Iranian Rials are prone to inflation and not accepted outside of the country, and global trade and finance operates on dollar-denominated transactions. This means that to support its operations in Iraq and elsewhere, Iran needed to move money using dollars, and it did so by illegally structuring transactions and removing information to avoid scrutiny in the United States, thereby subverting U.S. intelligence efforts and violating U.S. banking laws.

268.    As part of my review of this case, I have been provided samples of primary source data produced by financial institutions involved in transactions with the Defendants. The transactional data provides additional evidence showing that Iran and its co-Defendants did use the international financial system during the relevant period, in a method that in some instances hid their involvement, and in others, hid the true purpose of the transactions. The data sampling provided is from the following financial institutions:



PX3

269.    It must be noted that this data only reflects what was provided by these six financial institutions as a result of subpoenas limited by scope and self-reported sampling, so the materials should be considered a "tip of the iceberg," not exhaustive. Still, even within this very limited set of data, there is a significant amount of information within it that further strengthens my opinions provided in this Declaration by showing that Iran used illegal and deceptive practices to send and receive money globally during the relevant period.



According to information provided by ███████████████████████ ███████████████████████████████████████████ the Defendants were recipients or originators of ████ transactions through ████████

271.    As mentioned above, Bank Melli sought to obfuscate transactions through Western banks, including ████████████ In approximately fifty (50) of the SWIFT transaction records, Bank Melli specifically requested that the cooperating bank not mention Bank Melli or Iranian names in the subsequent SWIFT requests sent to New York branches to process the USD transaction.

For example, ███████████████████████████

Similar variations are used across SWIFT messages.

PX3



The fifty (50) records in which Bank Melli requested cooperating banks remove its name from further SWIFT messages directed to U.S. banks totaled

275.    In December 2016, Intesa Sanpaolo was fined USD 235 million by the New York Department of Financial Services (DFS) for purposefully obfuscating client names from transaction messages between ████████████ Notably, the DFS stated ████ specially trained certain employees to handle transactions involving Iran to obfuscate the money-processing activities so they could not be readily flagged as transactions tied to a sanctioned entity." This specifically aligns with aforementioned SWIFT messages that request Bank Melli or Iran be excluded from subsequent SWIFT messages directed through New York.[223]

276.    Transaction data provided by ██████████ under subpoena additionally shows the bank processed a payment of ██████████████ The transaction was processed through the correspondent accounts at ████████ New York branch and sent to Bank Melli's corresponded account with ████████ It is important to note that even small transactions can be significant in terrorist financing. The 9/11 attacks, which are the most devastating attacks on U.S. soil, cost between $400,000 and $500,000 to orchestrate according to the 9/11 Commission and many of the transactions sent by the hijackers were in the hundreds and low thousands.[224]

---

[223] **PX104** New York Department of Financial Services | 15 December 2016 | DFS FINES INTESA SANPAOLO $235 MILLION FOR REPEATED VIOLATIONS OF ANTI-MONEY LAUNDERING                                                                LAWS                                                                | https://www.dfs.ny.gov/reports_and_publications/press_releases/pr1612151

[224] **PX282** 9/11 Commission | The Foundation of the New Terrorism | Page 143 | https://www.9-11commission.gov/report/911Report.pdf

PX3

277.   ████████ was later subject to civil penalties levied by OFAC in June 2013 in response to its relationship with ████. OFAC identified ████████████████████████ ████ Government of Iran-controlled entity subject to Iran regulations and indicated that between ████████████████████████████████████████████████████████ ████████████████████████ in apparent violation of the [Iranian Transactions Regulation]."[225]

278.   Separately, ████████████████████████████████████ ████████████████████████ where Bank Markazi Jomhouri Islami (CBI) was listed as the beneficiary.   Of these payments, ████████████████████████████████ ████████████████████████████

279.   ████████████████████████████████████████████ ████████████████████████████████████████████. As previously noted, this company was designated by the U.S. in July 2019 for its acquisition of Iranian oil.[226]

████   Eighteen (18) SWIFT payment messages within the relevant timeframe list CBI as the beneficiary and additionally list NIOC in the remittance information field (MT 103, Field 70), indicating that the national oil company was the ultimate beneficiary.   The eighteen (18) identified transactions totaled ████████████████████ ████████████████████

281.   According to records provided by ████████████████████████ ████████████████████████████████████████████



---

[225] **PX120** U.S. Treasury | 28 June 2013 | ENFORCEMENT INFORMATION FOR June 28, 2013, | https://home.treasury.gov/system/files/126/20130628_intesa.pdf
[226] U.S. Department of State | 22 July 2019 | The United States To Impose Sanctions on Chinese Firm Zhuhai Zhenrong Company Limited for Purchasing Oil From Iran | https://2017-2021.state.gov/the-united-states-to-impose-sanctions-on-chinese-firm-zhuhai-zhenrong-company-limited-for-purchasing-oil-from-iran/index.html

PX3

███████████  the Defendants were recipients or originators ████████████

██████████████████  New York branch.

282.    Bank Melli originated a total of ███████████████████████

████████████████████  The majority of transactions list other banks as

beneficiaries, including the following transactions involving defendants Bank Melli and CB as

beneficiaries:



283.    The remaining sixteen (16) Bank Melli transactions list other banks as

beneficiaries. The transactions were characterized as bank transfer transactions, indicating they

were MT202 SWIFT Messages. As previously mentioned, MT202 SWIFT messages have been

used to eliminate mention of Iranian parties and obfuscate the originator or recipient. The

transactions include:



PX3



■    Seven (7) additional transactions relate to payment for oil sales by Defendant NIOC. The transactions, ████████████████████████████████ ███████████████████

PX3

285.    Bank Saderat's branch in Saida, Lebanon is additionally listed as the beneficiary bank on a transaction from ███████████████████████████████████ ███████████████████████████████████████

286.    The National Iranian Tanker Company (NITC) was the beneficiary of a transfer from ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████ Notably, NITC was later designated by OFAC on 12 July 2012 for its involvement enabling Iran WMD development and "deceptive efforts to use front companies to sell and move [Iran's] oil." As noted above, obfuscated oil sales and the transfer of proceeds have been established as the means through which IRGC and IRGC-QF fund terrorism.[227, 228]

287.    ████████████████ has been subject to criminal investigations and civil penalties as a result of its facilitation of payments on behalf of Defendants. ██████████████████ ███████████████████████████████ with the New York Department of Financial Services for sanctions violations involving Iran-, Sudan, and Cuba, and Libya-related transactions. The bank facilitated payments on behalf of the Iranian government or related entities by "stripping" details mentioning the Iranian client's name from SWIFT messages passed through ██████████████████████ processing USD payments. On the same day, ███████████████████████████████ with OFAC over sanctions violations pertaining to Iran, Cuba, and Sudan. The bank was also subject to

---

[227] **PX55** U.S. Treasury | 12 July 2012 | United States Increases Sanctions Against The Government Of Iran And Its Proliferation Networks | https://home.treasury.gov/news/press-releases/tg1634
[228] **PX54** U.S. Treasury | 12 July 2012 | Non-proliferation Designations; Non-proliferation Designation Removals; Iran Designations | https://home.treasury.gov/policy-issues/financial-sanctions/recent-actions/20120712

PX3

investigation and reached settlements with the U.S. Attorney's Office for the Southern District of New York, the Federal Reserve System, U.S. Department of Justice, and New York Department of Financial Services.[229, 230]



288.  ███████████████████████  Bank Melli was either a sender or recipient listed in ██████████ which passed through or attempted to pass through ██████████ ███████████████████████████████████████████ These records affirm standard practices obfuscate payments using relationships with international banks which process payments on Bank Melli's behalf.

289.  The transaction records indicate that Bank Melli's payments included SWIFT MT103 messages (sent from originating bank to the recipient's bank), SWIFT MT202 messages (sent from the originating bank to correspondent banks which process transactions between smaller banks), SWIFT MT910 messages (confirmation of credit messages sent to the recipient account owner), or internal transaction review logs. OFAC designated Bank Melli for its involvement in WMD proliferation on 25 October 2007. Except for two transactions (dated 1 November 2007 and 14 November 2007), each of the following transactions occurred after Bank Melli was subject to U.S. sanctions.

---

[229] **PX119** U.S. Treasury | 19 November 2018 | ENFORCEMENT INFORMATION FOR NOVEMBER 19, 2018, | https://home.treasury.gov/system/files/126/20181119_socgen_web.pdf
[230] **PX105** New York Department of Financial Services | 19 November 2018 | DFS FINES SOCIÉTÉ GÉNÉRALE SA AND ITS NEW YORK BRANCH $420 MILLION FOR VIOLATIONS OF LAWS GOVERNING ECONOMIC SANCTIONS AND VIOLATIONS OF NEW YORK ANTI-MONEY LAUNDERING AND RECORDKEEPING LAWS | https://www.dfs.ny.gov/reports_and_publications/press_releases/1811191

PX3



291.    Five (5) transactions with Bank Melli as the sender include:



PX3

292.   In addition to the aforementioned transactions to or from Bank Melli, ███████

293.   According to transaction data ███████████████████

defendants were the originators or recipients of financial transactions passing through the bank during the relevant period.

294.   ███████████ the Central Bank of Iran was listed as the final beneficiary of ███████████████

██   ███████████████ shortly before its designation by OFAC, Bank Melli was ███████████████

PX3



███ ████████████ shortly before its designation by OFAC, Bank Saderat was listed as the final beneficiary ████████████████

██████████████████

███████████████████████

████████

██ According to records ████████████████

███████████████████

███████████████████

██████████

██ ████████████████████

███████████████████

██████████

███████████████

PX3



█      Bank Saderat was listed as the beneficiary bank

█       originated, processed, or received payments from Defendants during the relevant period, including from Bank Melli and Central Bank of Iran.

---

[231] U.S. Treasury | 15 May 2018 | Treasury Targets Iran's Central Bank Governor and an Iraqi Bank Moving Millions of Dollars for IRGC-Qods Force | https://home.treasury.gov/news/press-releases/sm0385

PX3



302.    This bank data is compelling evidence because despite it being limited in size and

scope, and deliberately vague due to misdirection and subterfuge by the Defendants, it proves

PX3

that the Defendants were using the U.S. and international financial system during the relevant time period to move money (USD) for the purpose of terrorist financing, and that the Defendants knowingly and purposefully sought to obfuscate their involvement in these transactions. Defendants purposeful use of deceptive messaging practices designed to obscure the beneficiaries and/or purpose of the transactions indicates that the funds were intended for illicit purposes, specifically, the financing, supporting and arming of terrorists who had one overarching and shared goal: to kill Americans in Iraq.

### O.  CONCLUSION

303.    My opinions in this matter are based on my professional experience and materials and sources generally relied upon by experts in my field, including the detailed findings of the U.S. government, government and regulatory investigations, media reports, and primary financial institution source data. After review of these materials, I have concluded that the Defendants - the Islamic Republic of Iran, the Islamic Revolutionary Guard Corp, the Iranian Ministry of Intelligence and Security, Bank Markazi Jomhouri Islami Iran, Bank Melli Iran, and the National Iranian Oil Company purposefully used deceptive trade and finance practices to illicitly circumvent U.S. banking laws and counterterrorism financing regulations. The Defendants did so in order to finance their established network of agents and proxies used by them to sponsor acts of terrorism. The Defendants' access to and use of the international financial system permitted them to knowingly provide material support to The Islamic Revolutionary Guard Corps-Qods Force, Hizbollah, Kata'ib Hizballah, Asa'ib Ah al Haq, Jaysch al Mahdi and The Promised Day Brigades, The Badr Corps/Badr Organization, the Al Qaida Network, Abu Musab Zarqawi and Al Qa'ida in Iraq, and Ansar al Islam during the relevant period. These groups in turn used this support from the Defendants to commit attacks against

PX3

Americans in Iraq. The support provided by the Defendants was critical to their ability to function and survive, as well as significantly enhanced their operational abilities in Iraq.

I hold the conclusions and opinions detailed in this Declaration to a reasonable degree of professional certainty and declare the foregoing under the penalty of perjury to be true and correct.

Executed on April 29, 2022

Peter M Piatetsky

PX3

**Publications:**

P. Piatetsky and J. Vasilkoski, *When Sanctions Violate Human Rights,* Atlantic Council Geoeconomics Center (June 2021)

**Online Articles:**

P. Piatetsky, *What are Countries Doing to Counter Russia's War,* March 22, 2022.  Available at https://www.castellum.ai/insights/which-countries-are-taking-action-on-ukraine

P. Piatetsky et. al., *Global Sanctions Dashboard: Special Russia Edition,* Atlantic Council, March 7, 2022. Available at https://www.atlanticcouncil.org/blogs/econographics/global-sanctions-dashboard-special-russia-edition/

P. Piatetsky et. al.,  *Global Sanctions Dashboard: Groundhog Edition,* Atlantic Counil, February 6, 2022. Available at https://www.atlanticcouncil.org/blogs/econographics/global-sanctions-dashboard-groundhog-edition/

P. Piatetsky et. al., *Global Sanctions Dashboard: Holiday Edition*, Atlantic Council, December 16, 2021. Available at https://www.atlanticcouncil.org/blogs/econographics/global-sanctions-dashboard-holiday-edition/

P. Piatetsky, *Latin America: Most Sanctioned Area in the World?*  November 15, 2021.  Available at https://www.castellum.ai/insights/-latam-sanctions

P. Piatetsky, *OFAC Increases Use of Sanctions Advisories by Over 100% Since 2019,*  November 15, 2021. Available at https://www.castellum.ai/insights/ofac-advisories

P. Piatetsky, E*xport Control Tracker Third Edition: October 2021*,  November 4, 2021.  Available at https://www.castellum.ai/insights/export-control-tracker-third-edition-october

P. Piatetsky, *OFAC's Virtual Currency Guidance,*  November 2, 2021.  Available at https://www.castellum.ai/insights/ofacs-virtual-currency-guidance

P. Piatetsky et. al., *Global Sanctions Dashboard: Halloween Edition*, Atlantic Council, October 22, 2021. Available at https://www.atlanticcouncil.org/blogs/econographics/global-sanctions-dashboard-halloween-edition/

P. Piatetsky, *Export Control Tracker Second Edition: September 2021,* October 5, 2021.  Available at https://www.castellum.ai/insights/export-control-tracker-second-edition-september

P. Piatetsky et. al., *Global Sanctions Dashboard: Summer Edition*, Atlantic Council, September 17, 2021. Available at https://www.atlanticcouncil.org/blogs/econographics/global-sanctions-dashboard-summer-edition/

P. Piatetsky, *Export Control Tracker First Edition: July & August 2021,*  September 1, 2021.  Available at https://www.castellum.ai/insights/export-control-tracker-first-edition-july-august-2021

P. Piatetsky, *Which Taliban Leaders Are Sanctioned? The Answer Will Surprise You,*  August 17, 2021. Available at https://www.castellum.ai/insights/taliban-sanctions

PX3

P. Piatetsky, *EU Lebanon Sanctions: Who Will Be On The List?*  August 2, 2021.  Available at https://www.castellum.ai/insights/eu-lebanon-sanctions-who-will-be-on-the-list

P. Piatetsky, *When sanctions violate human rights,*  July 7, 2021.  Available at https://www.castellum.ai/insights/sanctions-human-rights

P. Piatetsky et. al., *Global Sanctions Dashboard: 5th Edition*, Atlantic Council, June 29, 2021.  Available at https://www.atlanticcouncil.org/blogs/econographics/global-sanctions-dashboard-may/

P. Piatetsky, *CCMC vs CMIC Lists*, June 7, 2021.  Available at https://www.castellum.ai/insights/ccmc-vs-cmic-lists

P. Piatetsky et. al., *Global Sanctions Dashboard: April*, Atlantic Council, May 14, 2021.  Available at https://www.atlanticcouncil.org/blogs/econographics/global-sanctions-dashboard-april/

P. Piatetsky, *Biden's First 100 Days: Sanctions Infographics*, May 2, 2021.  Available at https://www.castellum.ai/insights/biden-100-days-sanctions-infographics

P. Piatetsky et. al., *Global Sanctions Dashboard: March,* Atlantic Council, April 14, 2021.  Available at https://www.atlanticcouncil.org/blogs/econographics/global-sanctions-dashboard-march/

P. Piatetsky and M. Albanese, *Global Sanctions Dashboard: February*, Atlantic Council, March 1, 2021.  Available at https://www.atlanticcouncil.org/blogs/econographics/global-sanctions-dashboard-february/

P. Piatetsky and M. Albanese, *Global Sanctions Dashboard: January*, Atlantic Council, February 12, 2021.  Available at https://www.atlanticcouncil.org/blogs/econographics/global-sanctions-dashboard/

P. Piatetsky, *EU and Canada Lead on Belarus Sanctions, US Lags,* November 17, 2020.  Available at https://www.castellum.ai/insights/eu-and-canada-lead-on-belarus-sanctions-us-lags

P. Piatetsky, *By The Data: 7 Actions Biden's Treasury Will Take In the First 100 Days,* November 12, 2020.  Available at https://www.castellum.ai/insights/biden-first-100-days

P. Piatetsky, *US Makes Major China Watchlist Changes With No Public Announcement,* November 3, 2020.  Available at https://www.castellum.ai/insights/us-commerce-department-delists-major-chinese-entities-with-no-public-announcement

P. Piatetsky, *On China Sanctions, Why Is The US Alone?* August 26, 2020.  Available at https://www.castellum.ai/insights/2020/08/26/china-global-sanctions

PX3

**Previous Testimony**

Have not yet testified in court or deposition.

PX3

NEW YORK STATE DEPARTMENT
OF FINANCIAL SERVICES

---

In the Matter of

STANDARD CHARTERED BANK,
NEW YORK BRANCH,
New York, New York

---

**ORDER PURSUANT TO BANKING LAW § 39**

Pursuant to the statutory powers vested in him by the People of the State of New York, Benjamin M. Lawsky, Superintendent of the New York State Department of Financial Services (the "Department" or "DFS") caused an investigation to be made of Standard Chartered Bank ("SCB"), a wholly owned subsidiary of Standard Chartered plc ("SC"), for apparent grave violations of law and regulation. The Department's extensive investigation included the review of more than 30,000 pages of documents, including internal SCB e-mails that describe willful and egregious violations of law.

For almost ten years, SCB schemed with the Government of Iran and hid from regulators roughly 60,000 secret transactions, involving at least $250 billion, and reaping SCB hundreds of millions of dollars in fees. SCB's actions left the U.S. financial system vulnerable to terrorists, weapons dealers, drug kingpins and corrupt regimes, and deprived law enforcement investigators of crucial information used to track all manner of criminal activity.[1]

---

[1] The Department's initial focus is on SCB's apparent systematic misconduct on behalf of Iranian Clients. However, the Department's review has uncovered evidence with respect to what are apparently similar SCB schemes to conduct business with other U.S. sanctioned countries, such as Libya, Myanmar and Sudan. Investigation of these additional matters is ongoing.

PX3

Having determined that good cause exists, the Superintendent has directed SCB to: (1) appear and explain apparent violations of law; (2) demonstrate why SCB's license to operate in the State of New York should not be revoked; (3) demonstrate why SCB's U.S. dollar clearing operations should not be suspended pending a formal license revocation hearing; and (4) submit to and pay for an independent, on-premises monitor of the Department's selection to ensure compliance with rules governing the international transfer of funds.

As demonstrated below, the evidence presently before the Department indicates that:

## PRELIMINARY STATEMENT

1.       For nearly a decade, SCB programmatically engaged in deceptive and fraudulent misconduct in order to move at least $250 billion through its New York branch on behalf of client Iranian financial institutions ("Iranian Clients") that were subject to U.S. economic sanctions, and then covered up its transgressions.  These institutions included no less than the Central Bank of Iran/Markazi ("CBI/Markazi"), as well as Bank Saderat and Bank Melli, both of which are also Iranian State-owned institutions.

2.       In its evident zeal to make hundreds of millions of dollars at almost any cost, SCB undertook a course of conduct that included:

- falsifying business records;

- offering false instruments for filing;

- failing to maintain accurate books and records of all transactions effected and all actions taken on behalf of SCB;

- obstructing governmental administration;

- failing to report misconduct to the Department in a timely manner;

PX3

- evading Federal sanctions; and

- numerous other violations of law that, as with the above, have an impact upon the safety and soundness of SCB's New York branch and the Department's confidence in SCB's character, credibility and fitness as a financial institution licensed to conduct business under the laws of this State.

3.      From January 2001 through 2007, SCB conspired with its Iranian Clients to route nearly 60,000 different U.S. dollar payments through SCB's New York branch after first stripping information from wire transfer messages used to identify sanctioned countries, individuals and entities ("wire stripping").[2]

4.      Specifically, SCB ensured the anonymity of Iranian U.S. dollar clearing activities through SCB's New York branch by falsifying SWIFT wire payment directions.[3]  When SCB employees determined that it was necessary to "repair" unadulterated payment directives,[4] they did so by stripping the message of unwanted data, replacing it with false entries or by returning the payment message to the Iranian Client for wire stripping and resubmission.  Thus, SCB developed various ploys that were all designed to generate a new payment message for the New York branch that was devoid of any reference to Iranian Clients.

_____

[2] According to SCB's independent consultant, this figure represents about 30,000 messages that were sent to SCB's New York branch by SCB's London office, mainly on behalf of state-owned Iranian banks, and approximately 30,000 messages from SCB's branch in Dubai, United Arab Emirates, to SCB's New York branch on behalf of Iranian-owned banks, corporations and other unknown entities.

[3] U.S. dollar clearing is the process by which U.S. dollar-denominated transactions are satisfied between counterparties through a U.S. bank. The Society of Worldwide Interbank Financial Telecommunications ("SWIFT") is a vehicle through which banks exchange wire transfer messages.

[4] Under SCB's "repair procedure" overseas employees screened payment messages – before they were communicated to its New York branch – in order to ascertain if any messages contained information that identified Iranian Clients.

3

PX3

5.      SCB utilized such schemes to cloak the dollar clearing activities of Iranian Clients and thereby shield those transactions from regulatory scrutiny.  During the relevant period, the U.S. Office of Foreign Assets Control ("OFAC") required U.S. financial institutions to filter all dollar clearing transactions so as to identify those involving sanctioned entities, and then to freeze suspect transactions pending investigation.  This system could (a) significantly delay transaction processing; (b) require that OFAC be advised of information surrounding a transaction; and (c) ultimately result in the rejection of a transaction.  SCB therefore wire-stripped to ensure the automatic and unobstructed clearance of Iranian transactions in New York.

6.      SCB intentionally withheld material information from New York and Federal regulators in its effort to service Iranian Clients.  SCB carefully planned its deception and was apparently aided by its consultant Deloitte & Touche, LLP ("D&T"), which intentionally omitted critical information in its "independent report" to regulators.  This ongoing misconduct was especially egregious because – during a key period between 2004 and 2007 – SCB's New York branch was subject to a formal supervisory action by the Department and the Federal Reserve Bank of New York ("FRBNY") for *other* regulatory compliance failures involving the Bank Secrecy Act (BSA"), anti-money laundering policies and procedures ("AML"), and OFAC regulations.

7.      In short, SCB operated as a rogue institution.  By 2006, even the New York branch was acutely concerned about the bank's Iran dollar-clearing program.  In October 2006, SCB's CEO for the Americas sent a panicked message to the Group Executive Director in London.  "Firstly," he wrote, "we believe [the Iranian business] needs urgent reviewing at the Group level to evaluate if its returns and strategic benefits are . . . still commensurate with the potential to cause *very serious or even catastrophic reputational damage* to the Group."  His plea

4

**PX3**

to the home office continued: "[s]econdly, there is equally importantly potential of risk of subjecting management in US and London (e.g. you and I) and elsewhere to personal reputational damages and/or *serious criminal liability*."[5] (emphasis added)

8.     Lest there be any doubt, SCB's obvious contempt for U.S. banking regulations was succinctly and unambiguously communicated by SCB's Group Executive Director in response.  As quoted by an SCB New York branch officer, the Group Director caustically replied:  "You f---ing Americans.  Who are you to tell us, the rest of the world, that we're not going to deal with Iranians."[6]

## FACTUAL BACKGROUND

### SCB's Business, Organization, and Assets

9.     Headquartered in London, England, and with over 1,700 offices in 70 markets globally, SC is a leading international banking institution. Through its subsidiary SCB, SC offers a wide range of banking products and services to its personal, business and wholesale banking clients worldwide.   SCB clients include some of the largest corporations and financial institutions in the world.[7]

---

[5]Memorandum entitled *Business with Iran – USA Perspective* by SCB's CEO, Americas to SCB's Group Executive Director for Risk, its Group Head of Compliance and its Group Head of Public Affairs dated October 5, 2006, SCB INT 0005759-5762.

[6]Note of Interview with SCB's Head of Cash Management Services (2002-2005), Head of Compliance (2005-2007) at the New York branch, SCB INT 0004733-4734.

[7] According to SCB, its success as a bank is due in part because it is "trusted worldwide for upholding high standards of corporate governance."   SCB prides itself for having a "distinctive culture and values [that] act as a moral compass."   It boasts "openness" as one of its "core values" and claims to aspire to be "trustworthy."   It also markets itself to clients and the investing public as "always trying to do the right thing." http://www.standardchartered.com

PX3

10.      SC's 2011 Annual Statement states that it generated $17.6 billion in income and roughly $5 billion in profits – greater than at any other time in SC's 150-year history.  SCB's New York branch U.S. dollar clearing operation adds substantially to that revenue.

11.      In 1976, SCB's New York office was licensed by the then-New York State Banking Department[8] to operate as a foreign bank branch.  It primarily conducts a U.S. dollar clearing business, which clears approximately $190 *billion* per day for its international clients.  It also engages in corporate lending, project and structured finance, trade finance, cash management, foreign exchange trading, and wire transfer services.  As of March 31, 2012, SCB's New York branch held $40.8 billion in total assets.

### Iranian Sanctions and U-Turn Transactions

12.      Through OFAC, the U.S. Government administers and enforces a sanctions regime against those who attempt to use the U.S. financial system in contravention of U.S. foreign policy and those foreign countries, entities, and individuals who may present a threat to national security.   OFAC imposes these sanctions in an effort to prevent U.S. dollars from being used to finance terrorist organizations, proliferators of weapons of mass destruction, drug traffickers and other hostile enterprises.   Foreign governments currently subject to OFAC sanctions include Iran, North Korea and the Sudan.

---

[8] In 2011, the State Banking and Insurance Department's were merged to create the Department of Financial Services.

PX3

13.     Financial transactions with Iran have been subject to U.S. economic sanctions since 1979.  These measures were strengthened by Executive Orders in 1995, which set strict requirements for U.S. banks to follow in clearing U.S. dollar transactions with Iran.[9]

14.     Until November 2008, OFAC rules had permitted, under limited circumstances and with close regulatory supervision, U.S. financial institutions to process certain transactions for Iranian banks, individuals, and other entities.   Pursuant to federal regulations, such transactions were permissible in some circumstances provided that they were initiated offshore by non-Iranian foreign banks and only passed through the U.S. financial system on the way to other non-Iranian foreign banks.  31 CFR 560.516.   Such transactions are commonly referred to as "U-Turns."

15.     OFAC imposed exceedingly stringent standards on U.S. banks involved in U.S. dollar clearing U-Turns.  For example, OFAC regulations required that "*[b]efore* a United States depository institution initiates a payment on behalf of any customer, or credits a transfer to the account on its books of the ultimate beneficiary, *the United States depository institution must determine that the underlying transaction is not prohibited by this part*." 31 CFR 560.516 (c) (emphasis added).  The obligation to determine that a U-Turn complied with U.S. law thus fell squarely on U.S. banks.  In satisfying this obligation, U.S. clearing banks relied heavily on the accuracy and completeness of wire transfer messages they received from correspondent banks and overseas branches.  When such information was properly provided to clearing banks it became available to law enforcement agencies to use in tracking suspicious conduct.

16.     In instances where an Iranian-related wire transfer instruction did not provide sufficient information to determine that a U-Turn was permissible under federal law, OFAC

---

[9]  Under the International Emergency Economic Powers Act, Title 50, United States Code Section 1705, it is a crime willfully to evade, or attempt to evade OFAC sanctions.

PX3

required that the assets be frozen until such information was provided to the U.S. bank or the U.S. bank rejected the transaction.  If an Iranian transaction was not a permissible U-Turn, a U.S. bank could release the funds only if OFAC granted a special license.

17.     By 2008 it was clear that this system of wire transfer checks had been abused, and that U.S. foreign policy and national security could be compromised by permitting U-Turns to continue.  In November 2008, the U.S. Treasury Department revoked authorization for "U-Turn" transactions because it suspected Iran of using its banks – including the CBI/Markazi, Bank Saderat and Bank Melli – to finance its nuclear weapons and missile programs.  The U.S. also suspected that Iran was using its banks to finance terrorist groups, including Hezbollah, Hamas and the Palestinian Islamic Jihad, and engaging in deceptive conduct to hide its involvement in various other prohibited transactions, such as assisting OFAC-sanctioned weapons dealers.

### SCB's Deceptive Business Plan

18.     For at least 9 years, from early in 2001 through 2010, SCB concealed from New York and U.S. regulators roughly sixty thousand U-Turns for Iranian Clients.   These U.S. dollar transactions originated and terminated in European banks in the United Kingdom and the Middle East, and were cleared through SCB's New York branch.   They amounted to at least $250 billion in the aggregate, and generated hundreds of millions of dollars in fees for SCB.

19.     SCB's success in U.S. dollar clearing for Iranian Clients stems from the documented willingness of its most senior management to deceive regulators and violate U.S. law.  Worse yet, SCB apparently adopted this strategy with full knowledge of the risks involved.

20.     As early as 1995, soon after President Clinton issued two Executive Orders announcing U.S. economic sanctions against Iran, SCB's General Counsel embraced a

PX3

framework for regulatory evasion.  He strategized with SCB's regulatory compliance staff by advising that "if SCB London were to ignore OFACs regulations AND SCB NY were not involved in any way & (2) had no knowledge of SCB Londons [sic] activities & (3) could not be said to be in a position to control SCB London, then IF OFAC discovered SCBLondons [sic] breach, there is nothing they could do against SCB London, or more importantly against SCBNY."  He also instructed that a memorandum containing this plan was "highly confidential & MUST NOT be sent to the US."[10] (emphasis in original)

21.    Years later, another SCB executive closely weighed the costs and benefits of concealing the identities of Iranian Clients.  He observed that "the current process under which some SWIFT messages are *manually 'repaired' to remove reference to Iran could (despite accepted SWIFT protocols) be perceived by OFAC as a measure to conceal the Iranian connection from SCB NY, and therefore evade their controls for filtering Iran-related payments.*  Unless transactions are repaired they face delays caused by investigations in the U.S. banking system, subjecting SCB to interest claims."   He described SCB's repair procedures as a "process to check that a payment is, prima facie, an acceptable U-turn transaction (i.e. offshore to offshore)," and fully acknowledged that  "they *do not provide assurance that it does not relate to*

---

[10]  Email from SCB's General Counsel to SCB's Group Compliance Manager dated June 1, 1995, SCB-00038523 (emphasis in original). SCB's General Counsel added that "when dealing with OFAC countries that are not on the UK's list SCB London should use another US Dollar clearer in NY.  It should not in any event use SCB NY."  In fairly mercenary terms, he recommended that "SCB should use eg [National Westminister Bank] who in processing the transactions would breach OFAC regulations & would expose themselves to a penalty."

PX3

*a prohibited transaction, and therefore SCB NY is exposed to the risk of a breach of sanctions*."[11] (emphasis added).

22.    In early 2001, CBI/Markazi, a state-owned OFAC-sanctioned institution, approached SCB to act as its recipient bank for U.S. dollar proceeds from daily oil sales made by the National Iranian Oil Company.  SCB viewed this engagement as "very prestigious" because "in essence, SCB would be acting as Treasurer to the CBI . . . ."[12]

23.    A critical component of the deal between SCB and CBI/Markazi was the timing of $500 million in daily U.S. dollar payments.  A senior manager of SCB's Iranian business noted that "the most important aspect to CBI/Markazi of this relationship with SCB" was SCB's "willingness to pay away funds in advance of receipts (intraday of up to USD 200m)."  He stressed that providing rapid U.S. dollar payments for CBI/Markazi "could lead to increased business activity with [other Iranian] banks."[13]

24.    In March 2001, SCB's Group Legal Advisor counseled several of SCB's officers that, "our payment instructions [for Iranian Clients] should not identify the client or the purpose of the payment."[14]

---

[11] Memorandum entitled *Project Gazelle*, by SCB's Group Head of Compliance and Regulatory Risk and its CEO, United Arab Emirates, to SCB's Group Executive Director for Risk and its Group Head of Global Markets dated December 1, 2005, SCB INT 0017483.

[12] Email from SCB's Head of Inbound Sales, Institutional Banking, to SCB's Head of Group Market Risk, and SCB's Group Head of Institutional Banking and Global Head of Business Segment, and its Head of Funds Management dated February 19, 2001, SCB INT 0005352.

[13] Id.

[14] Email from SCB's Group Legal Advisor to its Product Manager, Corporate & Institutional Banking and its General Counsel dated March 23, 2001, SCB INT 0005368; forwarded to SCB's Group Head of Audit, its Head of Institutional Banking & Global Head of Business Segment, and its Head of Inbound Sales, Institutional Banking, SCB INT 0005367.

PX3

25.     Indeed, Iranian Clients apparently pressured SCB by warning that disclosure of their identities to U.S. banks would cause unacceptable delays in clearing funds.   SCB well understood that "given that these are large wholesale sums they are worried by any delay."[15] SCB's Iranian Clients were concerned "not only [with] what delays would be caused by [SCB's New York branch], but also what delays could be caused by any other U.S. institution through which the payment was routed."   SCB's Iranian Clients insisted that "no other banks processed their payments with full disclosure and it was not industry practice to do so."[16]

26.     SCB sought outside legal advice regarding its U-Turn policy and was apparently instructed that compliance with U.S. law required a process by which its New York branch received "foreknowledge of such authorized [U-Turn] payments" so as to "otherwise ascertain that the payments are authorized." SCB was advised that its New York branch needed to "assure itself that it is making permissible payments."[17]

27.     Rather than institute any such procedure, SCB instead conspired with Iranian Clients to transmit misinformation to the New York branch by removing and otherwise misrepresenting wire transfer data that could identify Iranian parties.   For example, regarding necessary wire transfer documentation, SCB instructed CBI/Markazi to "send in their MT

---

[15] Email from SCB's Head of Transactional Banking Solutions, UK/Europe Corporate & Institutional Banking to SCB's outside U.S. legal counsel, SCB's New York branch Head of Legal & Compliance, Americas and Head of Legal for Corporate & Institutional Banking and SCB's Product Manager, Corporate & Institutional Banking dated October 3, 2003, SCB INT 0020023.

[16] Note of Interview with SCB's Head of Transactional Banking Solutions, UK/Europe Corporate & Institutional Banking, SCB INT 0001338-1340.

[17] Legal Memorandum from SCB's U.S. outside legal counsel entitled *OFAC Regulations-Iranian Payments/Standard Chartered London/New York* to SCB's Group Legal Advisor and Head of Compliance, Americas dated May 15, 2001 - referencing also an earlier guidance from the same outside counsel on March 21, 2001 - SCB INT 0001131.

PX3

202's[18] with a [SCB London's business identifier code] *as this is what we required them to do in the initial set up of the account.  Therefore, the payments going to NY do not appear to NY to have come from an Iranian Bank.*"[19] (emphasis added).    SCB also accomplished this subterfuge by: (a) inserting special characters (such as ".") in electronic message fields used to identify transacting parties; (b) inserting phrases such as "NO NAME GIVEN" or "NOT STATED" in lieu of requested information that would identify Iranian Clients; and (c) employing a system known as SCB's "repair procedure," whereby SCB overseas employees screened payment messages – before they were communicated to its New York branch – in order to ascertain if any messages contained information that identified Iranian Clients.

28.    SCB understood that simply omitting Iranian Client information on SWIFT MT 202 payment messages going to New York was insufficient because the electronic payment system would automatically fill in blank data fields, identifying the Iranian Client. Consequently, in order to disguise the transactions effectively and thereby avoid regulatory scrutiny, SCB made false and misleading entries in SWIFT "field 52," a data field that would identify the Iranian party.

29.    Documents show that SCB's attorney in charge of BSA/AML compliance knew that wire stripping was "the process for effecting Bank Markazi's payment instructions."  He was

---

[18]Two common SWIFT payment messages were used for U-Turn transactions:    the "MT-103" and the "MT-202."  In a given U.S. dollar clearing transaction, the MT-103 identified all parties involved in the transaction, as funds flowed from the initial remitter, through correspondent banks, to the ultimate beneficiary's bank account.  MT-202s are merely bank-to-bank credit transfers, however, and consequently lacked the detailed transaction party information contained in MT-103s.

[19] Email from SCB's Manager, Cash Management Services, London to SCB's Product Manager, Corporate & Institutional Banking and its Head of Cash Management Services, UK dated October 15, 2003,  SCB INT 0001471; forwarded to SCB's Head of Transactional Banking Solutions, UK/Europe Corporate & Institutional Banking and SCB's Head of Legal & Compliance, Americas and Head of Legal for Corporate & Institutional Banking, SCB INT 0001469.

PX3

specifically told that "field 52 (ordering institution) is quoted by Bank Markazi in their MT202 as [SCB London]" or SCB would manually "repair" or "over-type field 52 as [SCB London]." He understood that these actions would leave "no reference to Bank Markazi," and would thereby "send[] incorrect information."[20]

30.    Senior SCB management memorialized many of these procedures in formal operating manuals.  One such manual entitled, "Quality Operating Procedure Iranian Bank Processing," directed SCB London employees to "repair payment[s] by making appropriate changes" to transacting party codes.  It provided step-by-step wire stripping instructions for any payment messages containing information that would identify Iranian Clients.  An example directive read:  "[e]nsure that if the field 52 of the payment is blank or displayes [sic] any SWIFT code that it is overtyped at the repair stage to a '.'   This will change the outgoing field 52 on the MT103 to a field 52D of '.'   Or, in the case of a 'normal' MT202 instruction change the field 52 on the outgoing MT202 to [SCB's New York branch] to a '.' (Note: if this is not done then the Iranian Bank SWIFT code may appear – depending on routing – on the payment message being sent to [the New York branch])."[21]

31.    An instruction on that manual's cover stressed that "this procedure is a mandatory requirement" and that "[a]mendment is not permitted without prior approval of the Head of Cash Management Services UK Quality System."[22]   SCB's chief lawyer in charge of Legal & Compliance for its Wholesale Bank division commented to other senior legal and compliance

---

[20] Note of Interview with SCB's head of Legal and Compliance Wholesale Bank, UK/Europe, SCB INT 0003674.

[21] Manual entitled, *Standard Chartered Bank, Cash Management Services, UK Quality Operating Procedure, Iranian Bank Processing*, SCB INT 0005722.

[22] Id.  SCB INT 0005719.

PX3

staff that the document, "read in isolation, is clearly . . . designed to hide, deliberately, the Iranian connection of payments."[23]

32.    These masking procedures evolved to meet SCB's growing volume demands. When SCB anticipated that its business with Iranian Clients would grow too large for SCB employees to "repair" manually the instructions for New York bound wire transfers, SCB automated the process by building an electronic repair system with "specific repair queues," for each Iranian Client.[24]

33.    And as SCB vigorously cultivated U.S. dollar clearing business from Iranian Clients, the bank's outside counsel continued to admonish SCB not to evade regulatory requirements.  In 2003, one of SCB's outside legal counsel in the U.S. warned that the bank's system for executing U-Turns anonymously through the New York branch did "not comport with the law or the spirit of OFAC rules, which lay out explicit details on how such transactions are to be conducted."  She further instructed that "OFAC insists on full disclosure of all parties in transactions to ensure that transactions meet the terms of the rule."[25]

34.    Prompted by this guidance, one SBC executive observed that, "historically, [for Iranian U-Turns] we have not transparently declared the remitting/receiving entity details, and of course this past practice makes it harder for internal and external parties to accept our views

_____

[23] Email from SCB's Group Head of Legal & Compliance, Wholesale Bank, forwarding the *Quality Operating Procedure to* SCB's Group Head of Compliance and Regulatory Risk, its Group Legal Advisor and its Head of Financial Crime Risk Systems and Monitoring dated October 1, 2005, SCB INT 0005715-5716.

[24] Note of Interview of SCB's Manager, Cash Management Services, London, SCB INT 0001620-1621.

[25] Email from SCB's U.S. outside counsel to SCB's Head of Transactional Banking Solutions, UK/Europe Corporate & Institutional Banking and SCB's New York branch Head of Legal & Compliance, Americas and Head of Legal for Corporate & Institutional Banking dated October 6, 2003, SCB INT 0020020.

**PX3**

now."[26] An executive SCB compliance attorney made the point more sharply, observing that SCB's London staff believed "that any payment that could conceivably give rise to an OFAC problem should always be dealt with [in a way to avoid detection]."[27]

35.     Beginning in 2003, other banks with significant Iran portfolios began exiting the U-Turn business.    For instance, SCB's business managers learned that Lloyds TSB London were "withdrawing their services" with one of its Iranian client banks "primarily for reputational risk reasons."[28]    Rather than follow suit, and despite concerns regarding reputational risk and OFAC sanctions, SCB positioned itself to take the abandoned market share.[29]

36.     As described in a December 2005 internal memorandum written by SCB's CEO for the United Arab Emirates and the Group Head of Compliance and Regulatory Risk, entitled "*Project Gazelle, Report on Iranian Business* – which was circulated among SCB's key legal, compliance, and Iranian Client business managers – SCB's "short to medium term strategy [was] to grow the wholesale business by growing our wallet share from existing relationships with

---

[26]Email from SCB's Head of Transactional Banking Solutions, UK/Europe Corporate & Institutional Banking to SCB's Head of Institutional Banking and Global Head of Business Segment and its Group Head of Compliance and Regulatory Risk and forwarding the email referenced, supra, on October 7, 2003, SCB INT 0020019.

[27] Email from SCB's Legal Counsel and Head of Compliance, Wholesale Bank, UK/Europe to SCB's Head of Legal, Wholesale Bank and SCB's Group Head of Legal & Compliance dated September 4, 2003, SCB INT 0005690.

[28] Email from SCB's Head of Transactional Banking Solutions, UK/Europe Corporate & Institutional Banking (via her assistant) to several of SCB's wholesale bank business managers dated March 9, 2003, SCB INT 0001419.

[29] Memorandum entitled, *Summary of the Risks/Issues to be Addressed with Regard to Iranian Bank USD Clearing that Require Management Direction from Middle East Senior Management Team*, accompanying the email, supra, and noting that additional Iranian business may "trigger an action" from OFAC, "leaving SCB exposed, with potential reputational damage,"  SCB INT 0001420.

PX3

Financial Institutions and Iranian companies and establishing new relationships with Iranian companies and [intermediaries] in oil and gas related businesses."[30]

37.    Consistent with its historical views, SCB apparently decided that regulatory compliance would impede any such business expansion.  Summarizing the bank's linchpin consideration, SCB's chief legal and compliance officer for its wholesale banking business explained that SCB wire stripped because "there would be a delay in the OFAC que [sic] if an Iranian name was spotted by the OFAC filter in New York and the payment would get held up." Any such delay, he concluded, would be "a deal-breaker" in SCB's efforts to develop new business.[31]

38.    To avoid such deal-breakers, SCB instituted a system of so-called "offshore OFAC due diligence."  The entire concept was a sham.  Any off-shore substitute for OFAC compliance would have necessarily caused the exact delay threatened by OFAC compliance at the New York branch.  Under the law governing at the time, any legitimate due diligence was premised on investigative delay.  SCB undertook its off shore due diligence program, however, specifically to escape OFAC's watchful eye, not to be examined by it.

39.    SCB's overseas due diligence staff members were responsible for both SCB's U-Turn "repair procedures" and OFAC "compliance" – a paradoxical task to say the least.  These staff members did not know the elements of a lawful U-Turn transaction other than that the payment "had to be offshore to offshore," and they were not trained to determine whether the

---

[30] Memorandum entitled *Project Gazelle*, by SCB's Group Head of Compliance and Regulatory Risk and its CEO, United Arab Emirates to SCB's Group Executive Director for Risk and its Group Head of Global Markets dated December 1, 2005,  dated December 1, 2005, SCB INT 0017481.

[31] Note of Interview with SCB's Head of Legal & Compliance, Wholesale Bank, U.K./Europe, SCB INT 0003675.

PX3

underlying transactions were valid according to the Iranian Trade Regulations.[32] In fact, as late as August, 2006, SCB's operations staff still "resolve[d] 'hits' on sanctioned names *directly with the customer*" – a method ill-designed to detect client misconduct.[33] (emphasis added).

     40.    Yet senior SCB management knowingly embraced the bank's fraudulent U-Turn procedures.  Their ongoing and deliberate actions are evidenced by:

- A 2005 report in which senior SCB executives noted "the current process under which some SWIFT messages are manually 'repaired' to remove reference to Iran could . . . be perceived by OFAC as a measure to conceal the Iranian connections from SCB NY, and therefore evade their controls for filtering Iranian related payments."  The report additionally observes that if "a non-complying payment were discovered, OFAC would undoubtedly ask to see control procedures, and SCB's use in certain instances of the repair process may result in heavier penalty than might otherwise be applied, and significant criticism."[34]

- A 2005 e-mail from SCB's Group Legal Counsel to senior compliance staff in the U.K. communicating OFAC's stated concern that "some banks may suppress information" on SWIFT payment messages, and warning that bankers must take OFAC sanctions "seriously" or risk penalties ranging from civil enforcement actions to criminal prosecutions.[35]

- A note to file describing a December 29, 2005 meeting attended by SCB's General Counsel, Head of Legal and Compliance, and outside UK counsel, at which they considered whether the new CEO for the Americas – who was the former CEO for the United Arab Emirates – was obligated to report to US regulators any suspicions he may have had about SCB's Iran business conducted in Dubai and "*whether his physical presence in the USA heightens the prospect of*

---

[32] Note of Interview with Manager, Cash Management Services, London, SCB INT 0001628-1629.

[33] Memorandum entitled *Sanctions Compliance Report* dated August 3, 2006, SCB INT 0002051.

[34]Memorandum entitled *Project Gazelle*, by SCB's Group Head of Compliance and Regulatory Risk and its CEO, United Arab Emirates to SCB's Group Executive Director for Risk and its Group Head of Global Markets dated December 1, 2005,  dated December 1, 2005, SCB INT 0017483.

[35] Memorandum entitled, *OFAC meeting – 18 September 2005*, by SCB's Group Legal Counsel to SCB's Group Executive Director and senior SCB staff, SCB INT 0002985 – 0002987.

PX3

*[him] becoming a more available witness of fact for SCB's Iran Business*."[36] (emphasis added)

- A 2006 memorandum from SCB's General Counsel advising SCB's Audit and Risk Committee that "certain US$ clearing transactions handled in London were processed with the name of the Iranian Bank excluded or removed from the 'remitter field'" despite the "requirement that due diligence in respect of 'U-turn' payments should be undertaken by our office in New York." SCB's chief legal counsel strategized, much as he had in 1995, that "it is reasonable to undertake due diligence on behalf of New York outside the US" even though "we are potentially placing our SCB New York office and the Bank at risk if our due diligence procedures are not fully effective."[37]

### SCB Defrauds Safety and Soundness Examiners

41.    By 2003, New York regulators had discovered *other* significant BSA/AML violations at SCB's New York branch, including deficiencies in its suspicious activity monitoring and customer due diligence policies and procedures. In October 2004, SCB consented to a formal enforcement action and executed a written agreement with the Department and FRBNY, which required SCB to adopt sound BSA/AML practices with respect to foreign bank correspondent accounts (the "Written Agreement"). The Written Agreement also required SCB to hire an independent consultant to conduct a retrospective transaction review for the period of July 2002 through October 2004. The review was intended to identify suspicious activity involving accounts or transactions at, by, or through SCB's New York branch.

42.    Besides imposing specific operational reforms, the Written Agreement created negative "implications for [SCB's] growth ambition and strategic freedom that [went] way

---

[36] Memorandum to summarize meeting on December 29, 2005, between SCB's Head of Legal & Compliance, its General Counsel, and its U.K. outside legal counsel, SCB INT 0017508.

[37] Memorandum entitled *Iranian Business* from SCB's General Counsel to SCB's Audit and Risk Committee dated February 23, 2006, SCB INT 0017372.

PX3

beyond just the US."  In consequence, SCB had every incentive "to exit the Written Agreement in a timely fashion."  It stood as a significant obstacle to SCB's growth and evolving business strategies.[38]

43.     SCB vowed to the regulators that it would comply with the Written Agreement.

44.     To that end, SCB retained D&T to conduct the required independent review and to report its findings to the regulators.  In August and September 2005, D&T unlawfully gave SCB confidential historical transaction review reports that it had prepared for two other major foreign banking clients that were under investigation for OFAC violations and money laundering activities.  These reports contained detailed and highly confidential information concerning foreign banks involved in illegal U.S. dollar clearing activities.[39]

45.     Having improperly gleaned insights into the regulators' concerns and strategies for investigating U-Turn-related misconduct, SCB asked D&T to delete from its draft "independent" report any reference to certain types of payments that could ultimately reveal SCB's Iranian U-Turn practices.  In an email discussing D&T's draft, a D&T partner admitted that "we agreed" to SCB's request because "this is too much and too politically sensitive for both SCB and Deloitte.  That is why I drafted the *watered-down* version."[40]

---

[38] Memorandum entitled *Business with Iran – USA Perspective* by SCB's CEO, Americas to SCB's Group Executive Director for Risk, its Group Head of Compliance and its Group Head of Public Affairs dated October 5, 2006, SCB INT 005762.

[39] Email from Deloitte and Touche's Global Leader of Anti-Money Laundering/Trade Sanctions Division to SCB's Project Manager for the Lookback Review, dated August 30, 2005, AUS_001_00000001-00298.  Email from Deloitte and Touche's Global Leader of Anti-Money Laundering/Trade Sanctions Division to SCB's Project Manager for the Lookback Review, dated September 17, 2005, MCM_001_00000001-1728.

[40] Email from Deloitte and Touche's Global Leader of Anti-Money Laundering/Trade Sanctions Division to SCB's Head of Compliance, Project Manager for the Lookback Review, Compliance Officer and a Manager from Deloitte and Touche dated October 8, 2005. SCBNYR00001915.

PX3

46.     In September 2005, SCB's CEO of the Americas met with the Department's Deputy Superintendent for Foreign Banks to discuss, among other things, SCB's Iranian business.  The Deputy Superintendent advised SCB to comply with all regulations pertaining to Iranian transactions.  In addition, the Deputy Superintendent warned SCB that other banks were being investigated in connection with Iranian financial dealings.  In response, SCB's CEO assured the Deputy Superintendent that the bank was compliant in all matters related to Iran.[41] Thus, when given the specific opportunity to discuss with Department officials the propriety of wire stripping, SCB instead lied to them.

47.     As a result of high-profile enforcement actions at several prominent foreign banks, New York regulators in 2006 began to focus on SCB Iranian U-Turns.

48.     In September 2006, New York regulators requested from SCB statistics on Iranian U-Turns, including the number and dollar volume of such transactions for a 12 month period.[42] In response, SCB searched its records for 2005 and 2006, and uncovered 2,626 transactions totaling over $16 billion.[43]  SCB's Head of Compliance at the New York branch provided the data to SCB's CEO for the Americas, who in turn, sent it to the SCB Group Executive Director in London.  In his memorandum to the Executive Director, the CEO expressed concern that this data would be the "wildcard entrant" in the ongoing review of U-Turns by regulators and could

---

[41] Email from SCB's CEO, Americas to SCB Group Executive Director and Group Head of Compliance dated September 14, 2005, SCB INT 0004623-4638.

[42] SCB's *Log of Documentation Requested for BSA/AML/OFAC Pre-Exam*, dated September 28, 2006, SCB INT 0004968; Note of Interview with SCB's Head of Cash Management Services (2002-2005), Head of Compliance (2005-2007) at the New York branch, SCB INT 0004725.

[43] Email from SCB's Project Manager for the Lookback Review to SCB's Head of Cash Management Services (2002-2005) and Head of Compliance (2005-2007) at the New York branch , SCB's Head of Operations and Head of Cash Management Operations dated September 26, 2006, SCB INT 0002852.

PX3

lead to "catastrophic reputational damage to the [bank]." [44]  Based on direction from "the powers that be," SCB's Head of Compliance in New York provided only *four days* of U-Turn data to regulators.[45]

49.     This evidence shows that members of SCB's top management were involved in yet another staggering cover up.

50.     They achieved their goal.   Using D&T's "watered-down" report and the fraudulent data, SCB convinced the Department and FRBNY to lift the Written Agreement in 2007.   In other words, SCB successfully misled New York regulators to believe that it had corrected serious flaws in its BSA/AML program.

51.     But the opposite was true.   By forging business records over many years to circumvent OFAC restrictions, SCB undermined all aspects of its BSA/AML program.   Because SCB regularly concealed the names of the high risk clients, it could not accurately track and evaluate their risk levels.   Nor could SCB effectively screen for suspicious activity and financial transactions – monitoring that is essential to any institution's BSA/AML program.   Perhaps worst of all, SCB's actions prevented regulators from doing their job in detecting potential threats to the U.S financial system and other national security breaches.

52.     SCB's pledge to implement adequate procedures for assessing customer risk and suspicious activity was a critical component of the Written Agreement.   Consequently, at the

---

[44] Memorandum entitled *Business with Iran – USA Perspective* by SCB's CEO, Americas to SCB's Group Executive Director for Risk, its Group Head of Compliance and its Group Head od Public Affairs dated October 5, 2006, SCB INT 0005759-5762.

[45] Note of Interview with SCB's Head of Cash Management Services (2002-2005) and Head of Compliance (2005-2007) at the New York branch, SCB INT 0004733-4734.

PX3

very least, the Department would have kept the Written Agreement rigidly in place had SCB not meticulously disguised its willful misconduct.

53.     In early 2009, after being contacted by certain law enforcement authorities, SCB conducted an internal investigation into its OFAC procedures.  In May 2010, more than a year after it had commenced its own investigation, and notwithstanding its obligation to notify the Department of these matters promptly, SCB finally informed the Department of its review.

54.     At a meeting in May 2010, SCB assured the Department that it would take immediate corrective action.  Notwithstanding that promise, the Department's last regulatory examination of the New York branch in 2011 identified continuing and significant BSA/AML failures, including:

- An OFAC compliance system that lacked the ability to identify misspellings and variations of names on the OFAC sanctioned list.

- No documented evidence of investigation before release of funds for transactions with parties whose names matched the OFAC-sanctioned list.

- Outsourcing of the entire OFAC compliance process for the New York branch to Chennai, India, with no evidence of any oversight or communication between the Chennai and the New York offices.

**CONCLUSION**

Motivated by greed, SCB acted for at least ten years without any regard for the legal, reputational, and national security consequences of its flagrantly deceptive actions.  Led by its most senior management, SCB designed and implemented an elaborate scheme by which to use its New York branch as a front for prohibited dealings with Iran – dealings that indisputably helped sustain a global threat to peace and stability.  By definition, any banking institution that engages in such conduct is unsafe and unsound.

PX3

The evidence uncovered by the Department indicates that SCB has committed regulatory transgressions of the highest order, to wit:

## APPARENT VIOLATIONS OF LAW

### FIRST VIOLATION OF LAW
(Failure to Maintain Accurate Books and Records NYBL §200-c )

SCB failed to maintain or make available at its New York branch office true and accurate books, accounts and records reflecting all transactions and actions, including but not limited to, true and accurate books, accounts and records to reflect Iranian U-turn transactions, effected by or on behalf of SCB and its New York branch.

### SECOND VIOLATION OF LAW
(Obstructing Governmental Administration P.L. § 195.05)

SCB obstructed governmental administration at its New York branch by intentionally obstructing, impairing and compromising the Department's administration of law, regulation and supervisory authority and prevented examiners of the Department and of other US regulatory agencies from performing their official functions by means of withholding, stripping and distorting information to identify numerous transactions of its OFAC-sanctioned clients to evade OFAC regulations.

### THIRD VIOLATION OF LAW
(Failure to Report Crimes and Misconduct 3 N.Y.C.R.R.§ 300.1)

SCB failed to submit a report to the Superintendent immediately upon the discovery of fraud, dishonesty, making of false entries and omission of true entries, and other misconduct,

PX3

whether or not a criminal offense, in which an SCB director, trustee, partner, officer, employee or agent was involved.

## FOURTH VIOLATION OF LAW
(Falsification of Books and Reports N.Y.B.L. § 672.1)

SCB's officers, directors, employees and agents made false entries in SCB's books, reports and statements and willfully omitted to make true entries of material particularly pertaining to the US dollar clearing business of SCB at its New York branch with the intent to deceive the Superintendent and examiners, supervisors and lawyers of the Department and representatives of other US regulatory agencies who were lawfully appointed to examine SCB's condition and affairs at its New York branch.

## FIFTH VIOLATION OF LAW
(Offering False Instrument for Filing P.L. § 175.35)

SCB offered written instruments to examiners of the Department and of other US regulatory agencies, with the knowledge that such instruments contained false information, and with the intent to defraud the Department and with the knowledge that it would be filed with, registered or recorded in or otherwise become part of the records of the Department.

## SIXTH VIOLATION OF LAW
(Falsifying Business Records P.L. § 175.10)

SCB falsified business records with the intent to defraud examiners and the intent to aid and assist sanctioned countries to engage in US dollar clearing transactions in violation of 31 CFR 560.516.

24

PX3

**SEVENTH VIOLATION OF LAW**
(Unauthorized Iranian Transactions 31 C.F.R. 560.516)

SCB engaged in transactions within the United States without complying with the requirements of 31 C.F.R. 560.516 in that SCB prevented its New York branch from determining whether the underlying transactions were permissible under by 31 C.F.R. 560.516 before effecting them.

**NOW THEREFORE**, the Superintendent directs that:

**WHEREAS**, having considered the foregoing evidence of SCB's apparent fraudulent and deceptive conduct toward the Department and other industry regulators; and

**WHEREAS**, having considered additional and substantial evidence presently before the Department of this egregious misconduct; and

**WHEREAS**, apparent violations of law enabled SCB to evade strict regulatory obligations established to ensure the safety and soundness of foreign banking institutions licensed to operate in the State of New York, as well as to support the national security of the United States; and

**WHEREAS**, the Superintendent has determined that grounds exist for revocation of SCB's license to operate in the State of New York and that interim measures must be taken to protect the public interest,

25

PX3

**IT IS NOW HEREBY ORDERED** that, pursuant to Banking Law § 39(1), SCB shall appear before the Superintendent or his designee on Wednesday, August 15, 2012, at 10:00 a.m., at the Department's offices located at One State Street Plaza, New York, NY 10004, to explain these apparent violations of law and to demonstrate why SCB's license to operate in the State of New York should not be revoked; and

**IT IS HEREBY FURTHER ORDERED** that, on August 15, 2012, SCB shall also demonstrate why, pursuant to Banking Law § 40(2), SCB's U.S. dollar clearing operations should not be suspended pending a formal license revocation hearing; and

**IT IS HEREBY FURTHER ORDERED** that, pursuant to Banking Law §§ 36(4) and 39(5), and Financial Services Law § 206(c), SCB shall immediately submit to and pay for an independent, on-premises monitor of the Department's selection, which will ensure that SCB's New York operations fully comply with all BSA/AML requirements.  The monitor will also review the accuracy of SCB's books and records pertaining to the processing of wire payments from New York to U.S. sanctioned foreign jurisdictions that are either direct or ultimate beneficiaries of the transaction; and

PX3

**IT IS HEREBY FURTHER ORDERED** that, any assessment of monetary penalties shall await a formal hearing to be scheduled upon further notice by the Superintendent.

By Order of the Superintendent, effective this 6th day of August, 2012.

New York, New York

By:

Benjamin M. Lawsky,
Superintendent of Financial Services

27

PX3

Confidential

**PROMONTORY**

Washington Atlanta New York San Francisco Dubai London Milan Paris Singapore Sydney Tokyo Toronto

# Sanctions Compliance Transaction Review – Standard Chartered Bank

*Report on Iranian Trade Finance Transactions*

*March 11, 2011*

CONFIDENTIAL

PX3

# 1. Approach - Scope of Review

- **This Report.** This Report ("Report") summarizes the results of a Review ("Review") by Promontory Financial Group, LLC ("Promontory") of Iranian Trade Finance Transactions involving Standard Chartered Bank ("SCB" or the "Bank"). The Report addresses Iranian business only. Subsequent reports will summarize Promontory's review of payments and trade transactions involving U.S. sanctioned countries other than Iran (i.e. Burma, Cuba, Iraq, Libya, North Korea, Sudan, and Syria).

- **Time period.** January 1, 2001 to December 31, 2007 (the "Review Period").

- **Terms used in this Report.** Capitalized terms used but not defined in this Report have the same meaning as those used in the report entitled "Sanctions Compliance Transaction Review – Standard Chartered Bank – Report on Iranian Payments" (the "Payments Report") previously submitted on January 21, 2011.

- **SCB locations.** SCB, with advice of external counsel and Promontory, determined in scope countries and the level of review to which they were to be subjected. Countries were assigned to one of three tiers or to "Other" as follows:

  - **Tier 1.** Evidence has been identified of a policy/practice of repair or cover payments specific to transactions involving U.S. sanctioned countries.

  - **Tier 2.** No evidence has been identified of a policy/practice of repair or cover payments specific to transactions involving U.S. sanctioned countries. During the Review Period, credit-related trade values with U.S. sanctioned countries exceeded $100 million or Wholesale Banking revenues involving U.S. sanctioned countries exceeded 2.5% of SCB's global Wholesale Banking (ex-U.S.) revenues with U.S. sanctioned countries.

  - **Tier 3.** No evidence has been identified of a policy/practice of repair or cover payments specific to transactions involving U.S. sanctioned countries. During the Review Period, credit-related trade values with U.S. sanctioned countries were between $5 million and $100 million and Wholesale Banking revenues involving U.S. sanctioned countries were 2.5% or less of SCB's global Wholesale Banking (ex-U.S.) revenues with U.S. sanctioned countries.

  - **Other.** No evidence has been identified of a policy/practice of repair or cover payments specific to transactions involving U.S. sanctioned countries. During the Review Period, credit-related trade values with U.S. sanctioned countries were less than $5 million and Wholesale Banking revenues involving U.S. sanctioned countries were 2.5% or less of SCB's global Wholesale Banking (ex-U.S.) revenues with U.S. sanctioned countries.

©2011 Promontory Financial Group, LLC. All rights reserved.

4

**CONFIDENTIAL**

PX3

## 1. Approach - Scope of Review (continued)

- **Trade Finance Transactions.** For the purposes of this Report, Trade Finance Transactions include all cross-border Trade Finance Transactions other than the import/export of goods paid for through the "open account" method (i.e. through a direct payment from buyer to seller, normally upon receipt of goods or following invoicing from the seller). Payments through the open account method are addressed as part of the Payments Review. Trade Finance Transactions include:

  - Import and Export Letters of Credit

  - Import and Export Documentary Collections

  - Discounting of Bills of Exchange

  - Guarantees.

A "transaction" consists of both the initial activity associated with the establishment/set-up of the transaction, and all other recorded activity associated with that transaction, except as otherwise noted. For example, one Export Letter of Credit transaction could include the establishment of the Export Letter of Credit, a number of amendments and multiple negotiations associated with that Letter of Credit.

This Report does not consider medium and long term trade transactions (e.g. those related to structured trade finance), which are addressed in the report entitled "Standard Chartered Bank, Dubai and London, Iranian Trade Finance Business, Part B: Medium/Long Term Trade Business, 2001 – 2007" previously submitted on January 21, 2011.

- **Currencies.** The Review included both USD denominated and non-USD denominated transactions. Non-USD transactions were reviewed as part of the hard copy review of selected transactions discussed on page 10 to determine whether they involved exportation, re-exportation or trans-shipment of U.S. origin goods to a sanctioned country.

- **Value of Transactions.** In this Report, except as otherwise noted, the term "value" refers to the aggregate invoice value of the transaction as seen in the electronic trade data or hard copy files reviewed, excluding any amount of an invoice value confirmed by Promontory as having been paid prior to January 1, 2001 or after December 31, 2007 and excluding any subsequent discounting or refinancing payments related to the same transaction. Where Promontory identified payments made prior to January 1, 2001, that related to transactions involving entities with transactions reported elsewhere in this Report, information regarding those transactions is provided in the section of this Report entitled "Transactions Outside of the Review Period".

©2011 Promontory Financial Group, LLC. All rights reserved.

**CONFIDENTIAL**

PX3

# 1. Approach - Review of Tier 1 Electronic Data

**Tier 1: Electronic Data Review – All Available USD SWIFTS Filtered**

- All trade-related USD denominated SWIFT messages from the relevant SCB locations were filtered using Promontory's filtering methodology and criteria, as described in the Payments Report previously submitted. Any potential matches against Promontory's SDN list were escalated for further review. The search terms used included:

  - A list of SDNs designated at any time from January 1, 2001 to March 31, 2010.
  - Any Islamic Republic of Iran Shipping Lines ("IRISL") related entities or vessels designated between March 31, 2010 and June 30, 2010.
  - A list of bank identifier codes and bank names of sanctioned banks, banks in sanctioned countries, and the foreign affiliates of sanctioned banks.
  - A list of geographic identifiers (cities, towns, regions, and ports) of sanctioned countries.

- The filtering included all in scope USD denominated SWIFTs sent and received in the Review Period to and from SCB, London and SCB, Dubai, including:

  - All MT700 messages (relating to the establishment of a Letter of Credit).
  - All MT400 messages (relating to the establishment of a Guarantee).
  - Messages types MT701 to MT799 and MT401 to MT499 (being messages relating to the administration and amendment of Letters of Credit and Guarantees, respectively).

- Therefore, in conjunction with the results of the Payments Report previously submitted, all cross-border USD SWIFT messages within scope have been filtered against Promontory's filtering methodology. In addition, where payments-related SWIFT messages were identified in the Payments Review as being associated with a trade finance transaction, those SWIFTs were considered as part of the Trade Finance Review work stream and were not included in the Payment Review results.

**Tier 1: Electronic Data Review – Electronic Trade Data Filtered**

- All electronic trade data from the relevant SCB locations (e.g. from the electronic trade platforms Exim Bills and TC Exim in Dubai, and Tradewinds and TC Imex in London), for all currencies utilized during the Review Period, were also filtered using the same criteria and escalation procedures.

- The limitations of the data available are discussed on the following page.

**Results Of The Electronic Data Review**

- The results of the filtering were used to select transactions for hard copy review, for which the detailed approach is described below.

- Where a transaction was selected for further review, Promontory sought to identify and review all SWIFTs related to that transaction, including related payments messages such as MT202s and MT103s, and any other relevant electronic trade data.

©2011 Promontory Financial Group, LLC. All rights reserved.

7

**CONFIDENTIAL**

PX3

# 1. Approach - Review of Tier 1 Electronic Data (continued)

**Limitations Of Electronic Data Available**

- Promontory considered a number of sources of electronic data during its work:

  - SCB's Trade Approval System ("TAS") was reviewed at a high level at an early stage of the project for the purposes of determining the initial number of transactions to be selected for further review.[1] However, during the Review Period TAS was used primarily by the SCB Group Risk function to capture trade activity for risk management purposes, and was intended to capture only transactions of up to $1m in value. As a result it included duplicated trades recorded by different parties for early approval, held little transactional detail, and did not record many high value transactions. Our subsequent work suggests TAS understated the volume and value of trade business undertaken (see below).

  - SCB provided information from its core banking and other transaction processing systems upon request, for instance, when establishing the account history of an entity under review.

  - The trade finance systems used during the Review Period in SCB, Dubai and SCB, London were of limited functionality and scope, and many of the systems were decommissioned (either during the Review Period or subsequently) and had to be restored to enable access to the underlying data. Once restored, the data were extracted and rebuilt on Promontory servers in London and Dubai to enable analysis.

- The detail available within the Tier 1 electronic-trade data was limited. The data normally identified the key parties involved in the transaction, the timing and currency of the transaction, and associated amendment. The full payments routing of the transaction was sometimes available. However:

  - The data were not 'linked', i.e., each activity within a transaction was counted as a separate, independent line of data. For example, an Export Letter of Credit could have had one line of data for when it was advised, a later line for an amendment, and then three separate, unlinked, lines within the data set for individual negotiations.

  - There was no metadata available, no audit trails, and no recording of associated correspondence with a transaction.

  - The electronic data did not include scanned hard copy documents, and detailed shipping documentation was not available, which meant that information was limited when considering areas such as the origin of the goods, the shipping lines used, and the full range of related parties to a transaction.

- As a result of these limitations, greater focus was placed on the review of the available hard copy, and greater weight was given to hard copy evidence when assessing a transaction.

[1] See page 9 for further detail on how the number of total transactions in the Review Period was estimated.

©2011 Promontory Financial Group, LLC. All rights reserved.

8

**CONFIDENTIAL**

PX3

# 1. Approach - Review of Tier 1 Electronic Data (continued)

**Estimates of Total Transactions in the Review Period**

- As stated above, the trade finance systems in place during the Review Period had limited reporting functionality, and in all cases data had to be extracted on a "line by line" basis in order to enable analysis.

- As a result, there is no reliable single source of data for estimating the total trade finance transactions undertaken during the Review Period.

- Consideration was given to a number of sources of data:

  - TAS was used for early estimates, and records 9,981 Tier 1 credit-related trade finance transactions involving sanctioned countries during the Review Period, of which 9,816 were Iranian. As stated above, this is likely to be an underestimate.

  - The SWIFT data can provide a count of the MT700 and MT400 messages used to initiate Letters of Credit and Guarantees. However, Promontory's SWIFT database only holds USD transactions, and the scope of the Trade Review is all currencies. In addition, there is no country identifier code in a SWIFT message which would necessarily identify the location of all parties involved in a transaction (e.g., the domicile of the Importer and the Exporter). Given the context of the Review, these factors prevent the data supporting a meaningful estimate of the number of SWIFT trade finance messages with an Iranian nexus. The table below provides a count of the total number of MT700 and MT400 series messages that were filtered during our work (i.e., messages relating to all countries, whether sanctioned or unsanctioned).

  - The electronic trade data have country identifiers, and covers all currencies. However, as discussed above, the data were unstructured and unlinked. To estimate the number of transactions during the period, analysis was undertaken of the electronic trade data sets to automatically "link" lines of data using mentions of reference numbers in different fields available in the data sets. The results of this analysis are likely to be an overestimate, as our work indicates that 'links' are often only identified from hard copy review (i.e., a data line for a transaction has no reference data matching it to the "main" part of the transaction, but such a 'link' can be identified from the associated hard copy). As a result, the trade data estimate is likely to double count many transactions, by counting two or more data line sets as independent of one another, when they should be counted as part of the same deal.

- Further details on the estimated total number and aggregate value of transactions involving sanctioned countries is provided in Appendix 4.

| SWIFT Trade Messages Subject to Filtering in London & Dubai servers (all countries) | | |
|---|---|---|
| | Estimated Total Messages | Unique Tag 20 identifiers[1] |
| MT400 | 76,979 | 69,500 |
| MT700 | 171,221 | 165,117 |
| MT401 to MT499 | 166,940 | 82,480 |
| MT701 to MT799 | 1,460,130 | 545,516 |

| Trade Transactions from Electronic Trade Systems Subject to Filtering (Iran only) | | |
|---|---|---|
| | Estimated Total Number | Estimated Total Value |
| London | 1,205 | $8,034,070,556 |
| Dubai | 23,249 | $10,282,510,554 |

[1] Tag 20 is commonly used to hold a transaction reference number, e.g., for the trade finance transaction.

©2014 Promontory Financial Group, LLC. All rights reserved.

9

CONFIDENTIAL

PX3

# 1. Approach - Review of Tier 1 Hard Copy

**Tier 1: Hard Copy Review – Hard Copy Indexing**

- In both SCB, London and SCB, Dubai, initial hard copy file retrieval requests failed to produce a sufficient body of documentation to enable a review of the transactions in question. As stated above, the electronic trade data were often not sufficient to enable an assessment of the transaction, which meant that the hard copy files were necessary for a meaningful review to take place.

- It was therefore decided to manually re-index all available hard copy trade files for the Review Period.

- The re-indexing process was a substantial logistical exercise, and involved staff from Promontory, SCB, Crown (SCB's records manager in Dubai), Iron Mountain (SCB's records manager in London), and Ernst & Young. Over 100 people in Dubai were involved in total, and 47 people worked in the UK on this exercise. The exercise ran from June, 2010 to August, 2010.

**Tier 1: Hard Copy Review – Selected Hard Copy "Linked" and Reviewed**

- During the course of our Review, 2,438 transactions were selected for hard copy review, using the three separate selection criteria described below.

- Each transaction was then "linked" by an investigator, who used the available electronic data and the available hard copy records to rebuild the steps of the transaction into a full case for review. This was done by identifying a new transaction reference number mentioned in one hard copy file (e.g., for an amendment or a negotiation) and then retrieving the referenced file as part of the "case building" process. This was often an iterative process, as new hard copy records would provide more information on other linked files.

- Transactions continued to be "built" until no further transaction steps or records could be identified. An assessment was then made of the amount of information available regarding that transaction:

    - In 1,731 cases, there was sufficient hard copy to enable an investigator to undertake a full hard copy review, and the findings of those reviews are included in this Report.

    - In 707 cases in SCB, Dubai, the hard copy available was insufficient to enable an investigator to make an assessment of the case (for instance, if only a small number of very limited negotiation files were available). These transactions have been categorised as "Transactions Selected, Insufficient Evidence Available", as best efforts were made to undertake a full hard copy review, but no other records were available, so an adequate assessment of the transaction could not therefore be made.

- Further details on the transactions selected for Tier 1 hard copy review are provided in Appendix 1.

©2011 Promontory Financial Group, LLC. All rights reserved

10

**CONFIDENTIAL**

PX3

## 1. Approach - Tier 2 Investigative Methodology

| Phase 1: Information Capture And Initial Review | Phase 2: Assessment Of Case |
|---|---|
| • Investigators reviewed the electronic trade data relating to transactions selected for that country in order to determine the parties involved in each transaction, banking relationships, payment flows, currencies used, involvement of sanctioned countries, SDNs and u-turn compliance.<br><br>• The volume and granularity of the information available was often less than was available for an equivalent Tier 1 transaction, as the SWIFTs and the hard copy files were not in scope for Tier 2. However, the electronic trade data available normally identified the key parties involved in the transaction, the timing and currency of the transaction, and associated amendments. The full payments routing of the transaction, and the detailed shipping documentation, was not normally available from the electronic trade data alone.<br><br>• Potential discrepancies and issues related to a transaction were noted by investigators as part of the analysis. | • All entities involved in a transaction were researched and reviewed, including applicants, beneficiaries, manufacturers, shipping agents, insurance companies, vessels, consignees, notify parties, second applicants, second beneficiaries, carriers.<br><br>• Research activities included:<br>   • SDN status<br>   • Verification of address<br>   • Media searches for negative news, including reporting of enforcement actions<br>   • Research on the existence of a possible U.S. nexus<br>   • Consideration of the status of goods under potentially applicable U.S. regulations (e.g. EAR, ITR).<br><br>• Tools used included:<br>   • Lexis-Nexis<br>   • World Check<br>   • World Compliance<br>   • Internet search engines.<br><br>• In addition, SCB's external counsel was consulted on questions of interpretation and clarification regarding the application of U.S. regulations to specific transactions. |

**Quality Assurance:**

This review was subjected to extensive quality assurance procedures. Any identified errors were corrected and the trade finance investigators counseled on how to avoid the error in the future.

©2011 Promontory Financial Group, LLC. All rights reserved.

CONFIDENTIAL

PX3

# 1. Approach - Classification of Findings

The findings in this Report have been classified into the following categories:

**Transactions Involving U.S. Origin Goods**

- The review identified transactions for which there was evidence of goods of U.S. origin. Where the origin of the goods could be confirmed by looking at the Certificate of Origin, the transactions are included in the categories "Transactions Involving Non-EAR 99 U.S. Origin Goods" or "Transactions Involving EAR 99 U.S. Origin Goods — Inconclusive Direct Export". Where there was some evidence that the goods were of U.S. origin, but the Certificate of Origin was not available or was not certified, the transactions are included in the category entitled "Transactions With Some Evidence of U.S. Origin Goods". In cases where it could be shown that all the goods in the transaction were of U.S. origin, the whole transaction value was included when valuing the transaction. In other cases, where some goods were shipped that appeared from the evidence to be of U.S. origin, and other's were not, the value of the transaction for reporting purposes was the sum of the invoice value of the U.S. origin parts.

- The U.S. Origin goods transactions were reviewed to consider (in consultation with SCB's external counsel) whether the goods, based on their description, were listed on the Commerce Control List ("CCL"), or otherwise subject to licensing requirements under the EAR. Based on this analysis, the transactions were divided into two categories:

  - "Transactions Involving Non-EAR 99 U.S. Origin Goods"—This category includes transactions that involved U.S. origin goods which, based on their description in the relevant documentation, have been assessed likely to be listed on the CCL. Based on this assessment, it was determined that these transactions were unlikely to be considered EAR 99 goods, i.e., goods eligible for export from the United States without an export control license. For these transactions, consideration was also given to the status of the goods under the ITR re-export controls:

    - As assessment was made as to whether certain CCL-listed items would have been exempted from re-export controls on Iran under ITR § 560.414 because they were outside the United States and not the property of a U.S. person on and since May 7, 1995 and were not subject to re-export (as opposed to export) license requirements under U.S. regulations in effect prior to May 6, 1995.

    - Further, an assessment was made as to whether any non-exempt CCL-listed items were excluded from re-export controls because it was likely they comprised less than 10% of the value of a foreign-manufactured end product or were substantially transformed in accordance with ITR § 560.205(b).

  - "Transactions Involving EAR 99 U.S. Origin Goods — Inconclusive Direct Export"—This category includes transactions that involved U.S. origin goods not likely to be listed on the CCL but still subject to the EAR (i.e., not specifically exempted under EAR § 734.3). EAR 99 items are eligible for export from the United States to most of the world without an export license. Generally such items can be exported to Iran from third countries by non-U.S. persons without violating the EAR as long as Iran was not the intended destination when the items were exported from the United States.

    - For these transactions, consideration also was given to the probability that the underlying trade could be interpreted as a "direct" trade between the United States and Iran. The factors considered included the nature of the U.S. nexus in the transaction (e.g. if any U.S. parties were involved in the export of the goods), and the business of the Exporter (e.g. if the entity was involved in the import and export of goods to a range of counterparties and destinations, and if the entity appeared to only service one or more Iranian entities on a subsidiary, shell or agency basis). These features are noted in the commentary for each transaction set.

**Transactions That Involved U.S. Persons**

- This category consists of transactions that involved a U.S. nexus other than U.S. origin goods or payments cleared by a U.S. clearing bank. The "U.S. person" in these transactions was either a U.S. legal entity that played a role in a transaction (for example a U.S. shipping agency or a U.S. registered vessel), or a U.S. citizen. The Review considered U.S. citizens related to the transaction entities, but did not seek to identify the nationalities of SCB employees who may have been involved in the processing of the transaction.

**Transactions Identified as Non U-Turn Payments**

- This category contains transactions involving a U.S. clearing bank, and where the U.S. cleared payment relating to the transaction did not appear to follow u-turn routing.

18

©2011 Promontory Financial Group, LLC. All rights reserved.

CONFIDENTIAL

PX3

# 1. Approach - Classification of Findings (cont.)

**Transactions That Appeared to Follow U-turn Routing**

- This category contains transactions which either:
  - Involved a U.S. clearing bank, and the U.S. cleared payment relating to the transaction appeared to follow u-turn routing; or
  - Involved a U.S. clearing bank and another confirmed U.S. nexus and the U.S. cleared payment relating to the transaction appeared to follow u-turn routing, but based on available data there appeared to be a reasonable basis for concluding that the transaction was not otherwise prohibited.

**Transactions With No U.S. Nexus**

- This category contains transactions which were selected for hard copy review, but for which no U.S. nexus was confirmed (for example, where the transaction was in a currency other than USD, or where the transaction was cancelled or unutilized).

**Potentially Licensable Or Exempt Transactions**

- This category consists of transactions that, based on a review of available data, were found to fall within certain sub-categories based on OFAC exemptions, licenses, and statements of policy set out in the ITR applicable at the time the relevant transaction took place. These sub-categories are:
  - Agricultural; and
  - Medical.

**Transactions With Some Evidence of U.S. Origin Goods**

- Transactions with some evidence of U.S. origin are transactions which, during our review, were identified as having some indication of U.S. origin goods, but where there was no Certificate of Origin certified by a Chamber of Commerce. In addition to some specific transactions described in Section 7, there are two types of transactions included in this category:
  - **Mixed Origin:** Where the goods description, in the shipping documentation, for example, lists the United States as one of a number of countries from which the goods may have originated, and there is no conclusive evidence to prove or disprove which goods or portion of goods originated from the U.S.
  - **Unconfirmed Certificate of Origin:** Where there was a reference in electronic data or documentary evidence to some or all of the goods being of U.S. origin, but there was no Certificate of Origin certified by a Chamber of Commerce to prove or disprove the origin of the goods.

**Transactions Selected, Insufficient Evidence Available**

- This category consists of transactions that were selected for hard copy review, but the hard copy available was insufficient to enable an investigator to make an assessment of the case (for instance, if only a small number of very limited negotiation files were found).

**Transactions Outside Of The Review Period**

- Promontory reviewed a number of transactions where the hard copy review for these transactions established that a whole transaction, or some payments relating to a transaction, fell outside of the Review Period. In the interests of disclosure and transparency, further information regarding such transactions has been included in the "Transactions Outside of the Review Period" section.

©2011 Promontory Financial Group, LLC. All rights reserved

**CONFIDENTIAL**

PX3

## 3. Transactions Involving Non-EAR 99 U.S. Origin Goods

• The approach to the classification of transactions involving U.S. origin goods is detailed on page 18.

• This category includes transactions that involved U.S. origin goods which, based on their description in the relevant documentation, have been assessed likely to be listed on the CCL. Based on this assessment, it was determined that these transactions were unlikely to be considered EAR 99 goods, i.e., goods eligible for export from the United States without an export control license. For these transactions, consideration was also given to the status of the goods under the ITR re-export controls:

  • An assessment was made as to whether certain CCL-listed items would have been exempted from re-export controls on Iran under ITR § 560.414 because they were outside the United States and not the property of a U.S. person on and since May 7, 1995 and were not subject to re-export (as opposed to export) license requirements under U.S. regulations in effect prior to May 6, 1995.

  • Further, an assessment was made as to whether any non-exempt CCL-listed items were excluded from re-export controls because it was likely they comprised less than 10% of the value of a foreign-manufactured end product or were substantially transformed in accordance with ITR § 560.205(b).

©2011 Promontory Financial Group, LLC. All rights reserved

29

CONFIDENTIAL

PX3

## 3. Transactions Involving Non-EAR 99 U.S. Origin Goods (continued)

- Promontory's research (as described in Section 1 of this Report) identified trade finance transactions involving three former SCB customers—Monarch Aviation Pte Ltd, a Singapore trading company and former customer of SCB, Singapore ("Monarch Aviation"), Mac Aviation Limited, an Irish trading company and former customer of SCB, London ("Mac Aviation"), and Jetpower Industrial Ltd, a Hong Kong trading company and former customer of SCB, Hong Kong ("Jetpower")—that were either indicted themselves and/or had principals that were indicted, in each case, in the U.S. for, among other things, violations of the IEEPA, the ITR and U.S. export controls.

- The identification of these transactions prompted Promontory to conduct a further review to identify additional transactions involving Monarch Aviation, Mac Aviation, Jetpower, and related parties, and parties engaged in similar activity. This further review involved:

  - Running searches for key words (such as, "aviation") across available electronic data (including USD SWIFT messages and electronic trade data) to identify additional transactions for further review; and

  - To the extent available, reviewing the Bank's records (including Know Your Customer ("KYC") data and account statements) on any SCB customer identified in the Review to analyze the customer's activity through SCB during the Review Period.

- As mentioned with respect to Promontory's overall approach to its trade finance Review, the approach to reviewing trade finance transactions identified in this review differed depending on whether the SCB office involved was in a Tier 1 or Tier 2 country. An overview of the results of Promontory's Review, as well as the available evidence reviewed for each customer, is set forth in the commentary for each transaction set in this section.

| Transactions Involving Non-EAR 99 U.S. Origin Goods | Volume | Value | Post April 12, 2005 Volume | Post April 12, 2005 Value |
|---|---|---|---|---|
| a. Monarch Aviation | 10 | $1,559,127 | 0 | $0 |
| b. Mac Aviation | 3 | $627,850 | 0 | $0 |
| c. Jetpower Industrial | 7 | $1,006,915 | 0 | $0 |
| d. Downtown Trading | 4 | $624,727 | 0 | $0 |
| e. Blue Sky Group | 2 | $1,300,000 | 1 | $600,000 |
| f. Other Transactions | 7 | $3,124,411 | 1 | $2,790,000 |
| Total | 33 | $8,243,030 | 2 | $3,390,000 |

©2011 Promontory Financial Group, LLC. All rights reserved.

30

**CONFIDENTIAL**

PX3

## 3.e. Transactions Involving Non-EAR 99 U.S. Origin Goods – Blue Sky Group – Relationship Overview [1]

**Overview**

- Blue Sky Aviation ("Blue Sky") is a UAE registered corporation in the Ajman Free Zone. According to its Articles of Association dated May 28, 2001, it was, at that time, 50/50 owned by Mr. Ali Reza Habib Moghimi and Gholam Reza Ghodrat Mahmoudi. By 2003, the Ajman Free Zone company certification records the latter individual as the sole owner.

- Blue Sky appears to act as a general ticketing and procurement agency for the sale and/or lease of aircraft to Mahan Air.

- Mahan Air ("Mahan") is a Tehran-based commercial airline operating in Iran, the Middle East, Europe, CIS and Asia. Account documentation shows Mahan to be 96% owned by Mol-Al-Movahedin Organization (a Tehran-based Credit Co-Operative), for which the ultimate beneficial ownership is unclear from the account file. Our research of publicly available sources has also been inconclusive in this regard. There are 3 other minority owners. Mahan Air also had a branch office in Dubai ("Mahan, Dubai").

- Mahan Air General Trading LLC ("Mahan Air General Trading") is a Dubai-based company for which its 2001 Articles of Association lists the owners as: Mr. Khalid Ismail Abdul Jabbar Al Rahma, UAE National (51%); Mr. Hamid Hossein Arabnegad Khanooki, Iranian National (25%); and Mr. Ali Reza Habibollah Moghimi (see also Blue Sky above), Iranian National (24%). Mr. Khanooki is the Managing Director of Mahan Air, Tehran and also a Director of Mahan, Dubai, as is Mr. Hamid Zoka Azadi, who is the Managing Director of the Board of Directors of Mahan Air, Tehran.

- Aeronautical & Security (FZE) ("A&S") is a UAE corporation located in Sharjah with its corporate license recording Mr. Edgard Amiel (a French National) as its sole owner. According to the company license dated November 18, 2003, its activity is trading in "Aircraft Equipment, Spare Parts and Aircraft Security Equipment".

- SCB has informed Promontory that, during the Review Period, SCB, Dubai maintained accounts for Blue Sky and certain of the related parties detailed above (together, the "Blue Sky Group"). Details regarding these accounts will be covered in a separate report on SCB's historical relationship with the Blue Sky Group.

**Transaction Overview**

- The Trade Finance Transactions reviewed for the Blue Sky Group during the Review included Export Collections, Letters of Credit, and an Advanced Payment Guarantee. All related to the acquisition and sale of aircraft, or the provision of other financing for Blue Sky and the related entities detailed above. The deals are often complex and, as stated in the footnote, further detail will be provided in a separate report.

[1] This overview does not constitute a full report on SCB's historical business with the Blue Sky Group. Facts gathered in the course of SCB's review of its business with the Blue Sky Group during the Review Period will be the subject of a separate report.

©2011 Promontory Financial Group, LLC. All rights reserved.

**CONFIDENTIAL**

65

PX3

## 3.e. Transactions Involving Non-EAR 99 U.S. Origin Goods - Blue Sky Group - Transaction Details

**U.S. Origin Goods Transactions Likely To Fall Outside The Scope Of EAR 99**

There are two transactions in this category for the Blue Sky Group. The first transaction is described below, and the second is detailed overleaf.

**Export Collection with a Total Value Of $29,750,000, of which an estimated value of $600,000 is believed to relate to U.S. Origin Goods**

- There was 1 Export Collection with a total value of $29,750,000, with approximately $600,000 relating to the shipment of U.S. origin goods.
- The seller of the goods was Blue Sky and the buyer was Mahan, Tehran, Iran; the transaction was collected through Bank Sepah, Tehran, Iran with the Bill of Exchange payable 540 days after the negotiation date.
- The transaction was processed by SCB, Dubai on September 14, 2004. Correspondence on file indicates that the transaction was discounted, 95% being sold down to the following institutions: Deutsche Forfait AG; West LB; Abu Dhabi Commercial Bank; Arab Banking Corporation; and Gulf International Bank.
- Repayment under the Collection was received by SCB, Dubai on February 9, 2006 from Credit Suisse, Zurich on behalf of Bank Sepah/Mahan Air.
- Hard copy documents state that the goods were an Airbus A320-232 plus two IAE engines and one Auxiliary Power Unit. The hard copy evidence includes:
    - Copies of the Collection documents, including Blue Sky's Invoice and a certificate of air worthiness for one Airbus A320-232.
    - A Bill of Sale, referring also to the airbus and two engines, "IAE V2527-A5 MSN V10382 and V10383 and one APU [Auxiliary Power Unit] Hamilton Sundstrand APS 3200 MSN 1060".
- Our research indicates that:
    - This aircraft was first delivered in July 1998 to United Airlines, transferred to Blue Wings on March 5, 2004 and then to Mahan shortly thereafter on March 30, 2004. According to planespotters.net, the aircraft is currently in storage pending transfer to Iran Air.
    - The "V" series engines were manufactured by International Aero Engines ("IAE"), jointly owned by Pratt and Whitney (32.5%), Rolls Royce (32.5%) MTU of Germany (12%) and Japanese Aero Engines Corp (23%). Our research indicates that the location of the manufacture of the engines was likely to be the United Kingdom.
    - Our research indicates that the Auxiliary Power Unit was likely to have been manufactured in the United States.
    - Promontory obtained a current third party valuation of a similar model of the Hamilton Sundstrand Auxiliary Power Unit which estimates its cost at up to $600,000. Given the date of the transaction this is likely to be an overestimate.
- The estimated value of the Auxiliary Power Unit has been included as a Transaction Involving Non-EAR 99 U.S. Origin Goods and, in the absence of a separate price on the evidence available, the value of the third party estimate, $600,000, has been used.
- The remaining $29,150,000 value of the transaction, relating to the Airbus A320-232 and its engines, has been classified as a Transaction That Appeared to Follow U-Turn Routing, as no U.S. nexus has been identified apart from the U.S. cleared USD payment.

©2011 Promontory Financial Group, LLC. All rights reserved.

66

**CONFIDENTIAL**

PX3

## 3.e. Transactions Involving Non-EAR 99 U.S. Origin Goods - Blue Sky Group - Transaction Details (continued)

**Export Letter Of Credit For $700,000:**

- The Letter of Credit was issued by Bank Melli, Sharjah on August 15, 2004, on behalf of Mahan Air General Trading, through SCB, Dubai in favor of A&S.

- The negotiation was for $700,000 and related to the shipment of one Aircraft Engine CF6-50C2, manufactured by GE and shipped from Luxemburg to Tehran, Iran. The date the engine was exported from the United States is not known, although our research indicates that it was manufactured in 1983. Our research indicates that the location of manufacture of the engines was likely to have been within the United States.

- The account statement for A&S shows a payment of $420,000 was made to a company by the name of "Aerowings" on September 9, 2004, the same day as the payment under the Letter of Credit Negotiation of $697,247 was credited to the account of A&S. This may be indicative of the source of the engine.

- The Bill of Sale included in the export documents for the drawing under this Letter of Credit shows that title to the engine was transferred from Aeronautical & Security to Mahan Air in Iran.

- All of the parties involved in this transaction do not, on the current evidence available, appear to be directly related to Blue Sky. However, the transaction involves Mahan Air General Trading, which based on a review of available information, appears to be an entity possibly related to Blue Sky and so has been treated as part of the same Blue Sky Group for reporting purposes.

**Other Transactions Reviewed for the Blue Sky Group**

- There are 3 transactions, with a total value of $60,150,000, that have been classified as Transactions That Appear to Follow U-turn Routing in Section 6 of this Report; there is one transaction, with a total value of $32,500,000 that has been classified under Transactions With No U.S. Nexus, reported in Section 7 of this Report.

| | Volume | USD Amount | Post April 12, 2005 Volume | Post April 12, 2005 Value |
|---|---|---|---|---|
| Transactions Involving Non-EAR 99 U.S. Origin Goods - Blue Sky Group | 2 | $1,300,000 | 1 | $600,000 |

©2011 Promontory Financial Group, LLC. All rights reserved.

67

**CONFIDENTIAL**

PX3

## 3.e. Transactions Involving Non-EAR 99 U.S. Origin Goods - Blue Sky Group



Importer Mahan Air wished to purchase an Airbus aircraft, engines and an APU from Exporter Blue Sky Aviation

**1** An Export Collection for $29,750,000 was processed by SCB, Dubai on September 14, 2004, on behalf of Blue Sky Aviation with Mahan Air as drawee and the collecting bank, Bank Sepah, Iran. The Bill of Exchange was payable 540 days after the negotiation date and guaranteed for payment by Bank Sepah.

**2** E-mails indicate that the transaction was fully discounted on the basis of 95% selldown to the following: Deutsche Forfait AG, West LB, Abu Dhabi Commercial Bank, Arab Banking Corporation, and Gulf International Bank.

**3** Repayment from Mahan under the collection was received by SCB, Dubai from Credit Suisse, Zurich on behalf of Bank Sepah/Mahan Air on February 9, 2006.

**Airbus Aircraft and Engines** – Mixed Origin Goods

**EAR 99** - No (APU only)

CONFIDENTIAL

68

PX3

## 3.e. Transactions Involving Non-EAR 99 U.S. Origin Goods - Blue Sky Group



1. Importer Mahan Air General Trading wished to purchase an aircraft engine from Exporter Aeronautical & Security

2. On behalf of Importer Mahan Air General Trading, a Letter of Credit was issued by Bank Melli, UAE and sent to SCB, Dubai to advise Beneficiary Aeronautical & Security (FZE) Sharjah.

3. Documents were presented to SCB, Dubai, which forwarded them to Bank Melli, UAE for acceptance and payment.

4. Bank Melli instructed Credit Suisse, Zurich, which in turn instructed Bank of New York, New York (its USD clearing bank) to pay USD to SCB, New York for account of SCB, Dubai, which then credited Aeronautical & Security's account.

**Aircraft Engine**
– 100% U.S. origin

**EAR 99**- No

69

CONFIDENTIAL

PX3

## Applicant: Mahan Air General Trading / Iran
## Beneficiary: Aeronautical & Security / UAE

| | | Value: | $700,000 |
| | | Transaction Date: | 9/9/2004 |

| Program: | Iran | | Product Type: | Export Letter of Credit |
|---|---|---|---|---|
| Case Reference: | 3.e.ii | | Post April 12, 2005: | No |
| Letter of Credit Amount: | $700,000 | | Payment Status: | Confirmed |
| Payments for U.S. Goods: | $700,000 | | Total Payments: | $700,000 |
| U.S. Persons: | Clearer: | SCB, New York | Certificate of Origin: | 100% U.S. origin |
| Description: | Purchase of U.S. origin goods by a UAE company, Mahan Air General Trading, for shipment to Iran. | | Goods Description: | 1 U.S. origin Aircraft Engine CF6-50C2 (Serial number 517950) |
| EAR 99 Item: | No – Aviation engine | | Consistent with Line of Business: | Yes |
| Shell Company Involvement: | No | | Trading Company: | Yes |
| Agent, Affiliate, or Subsidiary of Iranian Entity: | Yes | | Other Possible U.S. Connection: | No |
| Other Details: | | | | |

©2011 Promontory Financial Group, LLC. All rights reserved.

71

**CONFIDENTIAL**

PX3

## Applicant: Khoram Sanat Producing Co. / Iran
## Beneficiary: Diamonds Steel FZE. / UAE

| | | Value: | $2,790,000 |
|---|---|---|---|
| | | Transaction Date: | 6/20/2005 |

| Program: | Iran | Product Type: | Export Negotiation Under Letter of Credit: Discounted Export Documents: Risk Participation Loan |
|---|---|---|---|
| Case Reference: | 3.f.i | Post April 12, 2005: | Yes |
| Letter of Credit Amount: | $2,790,000 | Payment Status: | Confirmed |
| Payments for U.S. Goods: | $2,790,000 | Total Payments: | $2,790,000 |
| U.S. Persons: | Clearer: SCB, New York | Certificate of Origin: | 100% U.S. origin |
| Description: | Shipment of goods by a UAE steel manufacturer to an affiliate entity in Iran. | Goods Description: | "Hydraulic Pump 160 Liter; Electromotor For Hydraulic Press With All Accessories" |
| EAR 99 Item: | No | Consistent with Line of Business: | Yes |
| Shell Company Involvement: | No | Trading Company: | No |
| Agent, Affiliate, or Subsidiary of Iranian Entity: | Yes | Other Possible U.S. Connection: | No |
| Other Details: | The goods would likely have required a license for re-export to Iran. Pumps designed for industrial service and for use with an electrical motor of 5 HP or greater require a license for re-export to Iran under ECCN 28999.j. | | |



©2011 Promontory Financial Group, LLC. All rights reserved.

77

**CONFIDENTIAL**

PX3

## 6. Transactions That Appeared to Follow U-Turn Routing

- This category contains transactions which either:

  - Involved a U.S. clearing bank, and the U.S. cleared payment relating to the transaction appeared to follow u-turn routing; or

  - Involved a U.S. clearing bank and another confirmed U.S. nexus and the U.S. cleared payment relating to the transaction appeared to follow u-turn routing, but based on available data there appeared to be a reasonable basis for concluding that the transaction was not otherwise prohibited.

- All U.S. cleared transactions were reviewed for u-turn compliance (being allowable payments made by a U.S. bank involving Iran, that are by order of a third country bank for payment to another third country bank, provided they do not directly credit or debit an Iranian account). In considering the u-turn compliance of a transaction, the following steps were taken:

  - The relevant SWIFT MT202 messages were reviewed, indicating routing of final clearing payments to and from the U.S. banks involved.

  - The hard copy for the transaction was reviewed to confirm it was consistent with u-turn routing of the payment.

  - Where MT202 messages were not present in files, reimbursement claims and account ledgers within hard copy files were reviewed to verify U.S. clearing payment flow and u-turn compliance.

  - Transactions were subsequently verified via review of SWIFT MT940 statements of account which served as final confirmation of payment.

- This category includes 4 Blue Sky Group transactions for a total value of $92,650,000, which were considered in detail during our work, and involved U.S. cleared payments. In certain cases where the underlying transactions involved U.S. origin items, for the reasons discussed in "Other Details" in the transaction tables on pages 104-107, it has been determined that the underlying transactions did not appear to be subject to U.S. regulatory prohibitions under the EAR and ITR. More information is provided in this section on these transactions, for the purposes of disclosure and transparency. Further details on the circumstances surrounding these transactions identified from document and email reviews will be covered in a separate report on SCB's historical relationship with the Blue Sky Group.

©2011 Promontory Financial Group, LLC. All rights reserved.

**CONFIDENTIAL**

PX3

PX4

# Expert Witness Report & Declaration on Shia Militant Groups

## *Estate of Christopher Brook Fishbeck, et al., v. Islamic Republic of Iran, et al.*

**Dr. Daveed Gartenstein-Ross**
Chief Executive Officer, Valens Global
April 24, 2022

PX4

# Table of Contents

I.    Scope of Engagement and Opinion                                                    2

II.   Qualifications                                                                      3

   *Professional Background*                                                              3

   *Methodology*                                                                          8

III.  Iran's Use of Violent Non-State Actors as Proxy Groups, 1979-2003                  9

   *Iran's Embrace of Proxy Forces*                                                      11

   *The IRGC Hones Its Collaboration with Proxy Forces: Hizballah and the Badr Corps*    12

IV.   The Rise of Jaysh al-Mahdi and Associated Special Groups                           15

   *Background on the Sadrist Movement*                                                  15

   *Muqtada al-Sadr's Rise*                                                              17

   *The Formation of Jaysh al-Mahdi (JAM)*                                               19

   *Asa'ib Ahl al-Haq's Formation*                                                       20

   *The Rise of Special Groups*                                                          22

   *JAM Becomes Promised Day Brigade*                                                    25

V.    Iranian Material Support to Shia Militias in Iraq                                  25

   *Iran's Proxy War against the U.S. in Iraq Takes Shape*                               26

   *Iran's Direct and Indirect Support for Shia Militant Groups*                         27

   *Iranian Provision of Weapons to Shia Militias*                                       29

   *Iranian Provision of Explosively Formed Penetrators (EFPs)*                          31

   *Iranian Training of Iraqi Shia Militias*                                             35

   *Safe Haven for Shia Militia Leaders and Fighters*                                    39

   *Iran's Financing of Shia Militias*                                                   40

   *Iran's Role in Planning Shia Militia Attacks*                                        42

   *Iranian Motives for Supporting These Groups*                                         44

VI.   Conclusion                                                                         45

1

PX4

# Expert Witness Report & Declaration
# on Shia Militant Groups

## *Estate of Christopher Brook Fishbeck, et al.,*
## *v.*
## *Islamic Republic of Iran, et al.*

**Dr. Daveed Gartenstein-Ross**
Chief Executive Officer, Valens Global
April 24, 2022

## I.     Scope of Engagement and Opinion

I have been retained by the plaintiffs to provide expert opinions on the Islamic Republic of Iran's historical use of violent non-state actors (VNSAs) as proxy forces, and to provide detailed historical background on the origins and roles of Iranian-backed Shia and Sunni VNSAs in Iraq following the 2003 U.S. invasion. This declaration and report focuses on the emergence and evolution of Shia militant groups (sometimes also referred to in this report as *Shia militia groups*) that were active in Iraq.

Relying on my background, education, training, and experience, as well as substantial evidence commonly used by experts in the relevant fields, it is my expert opinion, to a reasonable degree of professionally certainty, that:

A. The Islamic Republic of Iran has an extensive history of using violent non-state actors (VNSAs) as proxy groups to advance its foreign policy goals. Among other things, Iran has used these groups to launch attacks against U.S. forces in Iraq while retaining plausible deniability regarding Iranian involvement.

B. Following the 2003 U.S. invasion of Iraq, Iran provided substantial material support and resources to an array of Shia militant groups, including Badr Corps, Jaysh al-Mahdi, and Special Groups such as the Promised Day Brigade, Asa'ib Ahl al-Haq (AAH), and Kata'ib Hizballah. Iran's support to these groups took the form of training; funding; weapons; safe haven; travel and transportation; provision of expert knowledge and assistance in tactics, techniques, and procedures; and assistance in attack planning.

C. The best available evidence indicates that Shia militants needed Iranian support to obtain, assemble, and/or utilize certain weapons and munitions used by these groups in Iraq, including sophisticated explosively formed penetrators (EFPs) and improvised rocket assisted munitions (IRAMS). Shia militants also obtained Iranian support in obtaining and using rockets, mortars, improvised explosive devices, small arms, and other equipment and material vital to their operations.

PX4

D. Given the nature, duration, and magnitude of Iranian material support to these specific Shia militant groups, Iran's assistance was essential to the formation, growth, and survival of these organizations, and significantly increased their capabilities. As such, certain attacks in Iraq committed by these groups from, at least, 2003 to 2011, bear a reasonable connection to Iran's sponsorship and support.

The following sections of this report explain how I reached these conclusions. Section II overviews my qualifications and methodology. In section III, I detail Iran's efforts to cultivate VNSAs as proxy groups prior to the 2003 U.S. invasion of Iraq. Section IV covers the emergence and evolution of relevant Shia militias, many of which considered fighting against U.S. forces to be their *raison d'être* in post-invasion Iraq. In Section V, I address Iranian material support for Shia militants in Iraq, including the provision of EFPs. Finally, Section VI highlights my principal conclusions.

## II.    Qualifications

This section describes my professional background, then discusses the methods I employ in analyzing militant groups and violent non-state actors (VNSAs). The plaintiffs in this case have also asked me to contribute a separate report focusing on Iran's material support provided to Sunni militant organizations operating in Iraq. Though the Qualifications section of both reports are substantially similar, this section is designed to highlight my work on Shia militant groups in particular.

*Professional Background*

My professional life has been dedicated to understanding VNSAs' role in the world and to helping policymakers, government agencies, private companies, and others fashion innovative solutions to the challenges that VNSAs pose. I am the Chief Executive Officer of Valens Global, a private commercial firm, and hold appointments at think tanks in the United States and Europe. I am a Senior Advisor on Asymmetric Warfare at the Foundation for Defense of Democracies (FDD), a nonpartisan policy institute in Washington, D.C., with which I have been affiliated for 14 years.[1] I am also an Associate Fellow at the International Centre for Counter-Terrorism – The Hague (ICCT). I have authored several studies for ICCT, some of which required international field research.[2] Past positions I have held include Senior Advisor to the Director of the U.S. Department of Homeland Security's Office for Community Partnerships (2016-17) and Fellow at Jigsaw, a tech incubator within Google with the mission of exploring threats to open societies and building technology that inspires scalable solutions. I led several major projects responding to violent extremists' use of online platforms for Jigsaw.[3]

---

[1] I served as FDD's Vice President of Research (2007-10), then as a Senior Fellow (2010-18), and a Non-Resident Fellow (2018-19). For a sense of the work I have undertaken for FDD, see the following books and studies that I authored for the institute, or for which I served as a volume editor: Daveed Gartenstein-Ross & Samuel Hodgson, *Skinheads, Saints, and (National) Socialists: An Overview of the Transnational White Supremacist Extremist Movement* (Washington, D.C.: FDD Press, 2021); Daveed Gartenstein-Ross et al., *Evolving Terror: The Development of Jihadist Operations Targeting Western Interests in Africa* (Washington, D.C.: FDD Press, 2018); Daveed Gartenstein-Ross et al., *Islamic State 2021: Possible Futures in North and West Africa* (Washington, D.C.: FDD Press, 2017); Daveed Gartenstein-Ross & Jonathan Schanzer eds., *Allies, Adversaries and Enemies: America's Increasingly Complex Alliances* (Washington, D.C.: FDD Press, 2014).

[2] See Daveed Gartenstein-Ross et al., *The Islamic State's Global Propaganda Strategy* (The Hague: ICCT – The Hague, 2016); Daveed Gartenstein-Ross et al., *Raising the Stakes: Ansar al-Sharia in Tunisia's Shift to Jihad* (The Hague: ICCT – The Hague, 2014); Daveed Gartenstein-Ross, *Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad* (The Hague: ICCT – The Hague, 2013).

[3] Much of the work I undertook for Jigsaw/Google remains confidential, but one project, known as the Redirect Method, has been made public. See Andy Greenberg, "Google's Clever Plan to Stop Aspiring ISIS Recruits," *Wired*, September 7,

3

PX4

I have experience teaching, leading national-security simulations, and lecturing at the university level. I have been named an Adjunct Instructor at Duke University from 2021-2023, teaching a course titled "National Security Simulation – Great Power Competition, Non-State Actors & Human Rights." I have served as an Instructor for two courses at Carnegie Mellon University (CMU), in the spring 2021 and spring 2022 semesters, both which involved running complex simulations for CMU students. From 2013-17, I held an appointment as an Adjunct Assistant Professor in Georgetown University's Security Studies Program, where I taught a graduate course on violent non-state actors. I also held an appointment as a Lecturer at the Catholic University of America, where I taught a graduate course on violent non-state actors and an undergraduate course on al-Qaeda and its affiliates. I have also taught classes for, or held faculty appointments at, the University of Southern California (teaching for the school's Executive Program in Counterterrorism) and the University of Maryland (Faculty Research Assistant in the Institute for Advanced Computer Studies, 2013-14).

I have been contracted to design and lead national-security simulations (also known as *war games*) for several colleges and universities, including American University, the University of Calgary, Carleton University, Georgetown University, Johns Hopkins University, Regent University, and Wake Forest University. In addition to running these simulations for academic institutions, I have designed and led them for government agencies (e.g., Canada's Department of National Defence), multilateral institutions (e.g., the Global Counterterrorism Forum), and think tanks (e.g., the Foundation for Defense of Democracies).

I have also delivered presentations at or for a number of colleges, universities, and academic conferences, including the American Political Science Association Annual Meeting, the Association for the Study of the Middle East and Africa Annual Conference, Campbell University (Buies Creek, N.C.), Campbellsville University (Campbellsville, Ky.), Columbus State University (Columbus, Ga.), the George C. Marshall European Center for Security Studies (Garmisch, Germany), Georgia State University (Atlanta, Ga.), Harvard Law School, High Point University (High Point, N.C.), the U.S. Marine Corps Command and Staff College (Quantico, Va.), the National Defence College (Abu Dhabi), the United States Naval Academy (Annapolis, Md.), the New York University School of Law, O.P. Jindal Global University (Sonipat, India), Universität Tübingen (Tübingen, Germany), and Uppsala University (Uppsala, Sweden).

I hold a Ph.D. and M.A. in World Politics from the Catholic University of America, a J.D., *magna cum laude*, from the New York University School of Law, and a B.A. with Honors, *magna cum laude*, from Wake Forest University. I also hold a *10,000 Small Businesses* Certificate of Entrepreneurship, which I received from a program sponsored by the Goldman Sachs Foundation (classes held at Babson College, in Wellesley, Mass.).

As part of my topical research, which began in approximately 1995 during my undergraduate studies, I have traveled overseas to conduct field research or do professional work in numerous countries, including Bulgaria, Germany, Iraq, Israel, Jordan, Morocco, the Netherlands, Nigeria, Poland, Qatar, Turkey, Tunisia, and the United Arab Emirates. I have reviewed thousands of open-source documents about Shia and Sunni VNSAs in English, French, Italian, Spanish, and Arabic. I have served as a consultant and expert on terrorism and national security issues for the U.S., Canadian, and Dutch

---

2016. Jigsaw maintains a website that explains the Redirect Method at https://redirectmethod.org/. I led Valens Global's efforts to map the counter-ISIS narrative space on YouTube for this project.

governments, NATO, the European Union, the Global Counterterrorism Forum, and private organizations. In the course of this work, I have been certified by governmental bodies as an expert on terrorism and militant groups on numerous occasions, including for the following projects:

- serving as a Subject-Matter Expert (SME) for U.S. Customs and Border Protection (2017–present). My work has included delivering open-source reports about VNSAs, including Iranian-backed VNSAs in the Middle East and North Africa (MENA) region; and delivering training and high-level briefings for officials and analysts.

- leading Valens Global's efforts to support the drafting, threat assessment, and crafting of priority actions for the U.S. Department of Homeland Security's *Strategic Framework for Countering Terrorism and Targeted Violence*, which was released in September 2019 and has subsequently guided DHS's approach to confronting terrorism. That document received widespread acclaim, with *The New York Times* editorializing that the document "focuses unapologetically on right-wing terrorism, particularly white supremacist extremism," which constitutes "a shift that is both urgently needed and long overdue."[4]

- serving as a co-Principal Investigator for a three-year, $1.5 million project for the Office of Naval Research that used big data to analyze relationships among militants and anticipate where fractures are likely to occur in militant organizations.

- serving as the Principal Investigator for ten different grant-funded research projects related to terrorism and VNSAs for the Mobilizing Insights in Defense and Security (MINDS) program funded by Canada's Department of National Defence, as well as its predecessor program.

- designing and delivering lectures on global terrorism for the U.S. Army Corps of Engineers' Individual Terrorism Awareness Course (INTAC), for which I have been one of the lead instructors since June 2016. This course included discussion of the threats posed by Iran-backed Shia VNSAs in the CENTCOM AOR.

- lecturing for U.S. Army units about to deploy to countries like Afghanistan, Djibouti, Egypt (as part of the Multinational Force & Observers), Iraq, and Kuwait through the Naval Postgraduate School's Center for Civil-Military Relations (CCMR), for which I have taught on over 70 occasions since 2009. Courses I have taught include substantive discussion of Shia militant groups and other militant actors that are both Sunni and Shia in orientation.

- serving as a SME providing analysis to the U.S. Department of Defense's Joint Improvised-Threat Defeat Organization (JIDO) four times.

- serving as a SME for the Global Counterterrorism Forum (GCTF). In this capacity, I was the lead SME for the *Counterterrorism Watchlisting Toolkit* (October 2021), the *Addendum to the GCTF New York Memorandum on Good Practices for Interdicting Terrorist Travel* (September 2021), and the *Berlin Memorandum on Good Practices for Countering Terrorist Use of Unmanned Aerial Systems*.[5] I also served as the lead SME for a project on racially and ethnically-motivated violent extremism.

- serving as the Principal Investigator in 2016-17 for two VNSA-related projects for NATO. In the first, I authored a study proposing a new methodology for monitoring and evaluation (M&E) of counterterrorism capacity-building efforts. In the second, I played a lead role in designing a demo for software capable of tracking M&E of future counterterrorism capacity-building missions.

---

[4] Alex Kingsbury (editorial board member), "Rethinking Counterterrorism," *The New York Times*, September 23, 2019.

[5] GCTF is an international forum consisting of 29 countries and the European Union that describes its mission as "reducing the vulnerability of people worldwide to terrorism by preventing, combating, and prosecuting terrorist acts and countering incitement and recruitment to terrorism."

PX4

- organizing and facilitating a 2016 conference in Nigeria, as a European Union-appointed Strategic Communication Expert, helping civil society activists to understand militant groups' use of social media and to forge a strategic action plan for countering it.
- serving as a SME for the U.S. Department of State's Office of Anti-Terrorism Assistance, designing curriculum and leading instruction for the organization.
- leading training for the U.S. Department of Justice's Anti-Terrorism Advisory Council (ATAC) four times.

I have also been court-certified to testify as an expert witness or serve as a litigation consultant on terrorism and militant groups in the following federal cases:

- In *Fritz v. Islamic Republic of Iran* (D.D.C., 2018), the Court qualified me as an expert on "(1) violent non-state actors, including identifying and analyzing online content generated by violent non-state actors; (2) Iran's use of proxy organizations in Iraq from the 1990s to 2012; and (3) Iraqi Shia militias in general and AAH in particular".[6] I have also been disclosed as an expert witness in another case currently before the District Court of the District of Columbia that pertains to certain Iran-backed Shia militant groups.[7]
- On five occasions, I have been admitted as an expert witness on the Zarqawi organization, most recently in *Fields v. Syrian Arab Republic* (D.D.C., 2021).[8] In *United States v. Young* (E.D. Va., 2017), the first criminal prosecution of a U.S. law enforcement officer for material support for ISIS, I served as an expert witness for the prosecution. The defense raised a *Daubert* challenge, and my expertise was affirmed by the District Court based on my background, "extensive academic credentials," and "the fact that the United States government uses him for training in these areas." The United States Court of Appeals for the Fourth Circuit affirmed the District Court's decision on appeal, noting that the lower court "reached a reasonable decision in qualifying Dr. Gartenstein-Ross based on his extensive credentials and areas of expertise."[9] I also served as an expert witness on the Zarqawi organization in *Sotloff v. Syrian Arab Republic* (D.D.C., 2021), *Doe v. Syrian Arab Republic* (D.D.C., 2020), and *Foley v. Syrian Arab Republic* (D.D.C., 2017).[10]

---

[6] *Fritz v. Islamic Republic of Iran*, 320 F. Supp.3d 48, 58 n.2 (D.D.C., 2018).

[7] *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv-02193-EGS-ZMF (D.D.C.).

[8] Memorandum Opinion, *Fields v. Syrian Arab Republic*, CA 18-1437 (D.D.C., September 29, 2021), p. 2 ("Dr. Gartenstein-Ross is the Chief Executive Officer of Valens Global, a private commercial firm focused on analyzing violent non-state actors. Gartenstein Report at 1. He holds a Ph.D. and M.A. in World Politics from the Catholic University of America, as well as a J.D. from the New York University School of Law. *Id.* at 2. He has a robust background in studying and publishing articles on the Zarqawi organization and has been accepted as an expert on Syria's support for ISIS in other federal courts. *See Foley v. Syrian Arab Republic*, 249 F. Supp. 3d 186, 193 n.4 (D.D.C. 2017) (Kollar-Kotelly, J.); *see also United States v. Young*, 916 F.3d 368, 380 (4th Cir. 2019) (noting that the district court 'reached a reasonable decision in qualifying Dr. Gartenstein-Ross based on his extensive credentials and areas of expertise'). As such, I find that Dr. Gartenstein-Ross is qualified as an expert in Syria's relationship with and support of ISIS").

[9] *United States v. Young*, 916 F.3d 368, 380 (4th Cir. 2019).

[10] See Memorandum Opinion, *Sotloff v. Syrian Arab Republic*, CA 16-725 (D.D.C., March 15, 2021), pp. 11-12 ("The first expert, Dr. Daveed Gartenstein-Ross, is an anti-terrorism scholar and author who has worked, in various capacities, on issues related to violent non-state actors for over a decade. Gartenstein-Ross Hr'g Tr. 13:1–12. He has testified as an expert on terrorism and jihadist groups in many courts, including in this District. See, e.g., *Foley v. Syrian Arab Republic*, 249 F. Supp. 3d 186 (D.D.C. 2017). The Court qualified him as an expert on violent non-state actors generally, ISIS's evolution from its predecessor organizations, and ISIS's material supporters"); *Doe v. Syrian Arab Republic*, No. 18-CV-0066 (D.D.C., Sept. 10, 2020) ("The undersigned finds that Dr. Gartenstein-Ross is qualified as an expert in the areas of terrorism and jihadist groups. He has been qualified in federal courts on six occasions in those fields. In addition, he has also testified in

PX4

- I have been admitted to serve as an expert witness on the Taliban in two separate cases: *Selig v. Islamic Republic of Iran* (D.D.C., 2021) and *In the Matter of Abdul Qadir* (Arlington, Va. Immigration Court, 2015).
- In *United States v. Abdul Kareem* (D. Ariz., 2016), I served as a litigation consultant for the defense. The defendant was accused of conspiring to support a domestic ISIS attack in 2015.
- I served as an expert witness on al-Qaeda's activities and capabilities in Kenya in *In the Matter of B.O. in Removal Proceedings* (Boston Immigration Court, 2012).
- I served as an expert witness on al-Shabaab (a Somalia-based al-Qaeda affiliate) and country conditions in Somalia in the following cases: *In the Matter of A.D.* (Memphis, Tenn. Immigration Court, 2012), *In the Matter of A.A.W.* (Bloomington, Minnesota Immigration Court, 2012), *In the Matter of A.A.I.* (Colorado Immigration Court, 2011), *In the Matter of the Application for Withholding of A.A.M.* (Boston Immigration Court, 2011), and *In the Matter of the Application for Asylum of M.A.A.* (N.J. Immigration Court, 2009).

In addition to the aforementioned work that required my certification as an expert, I have undertaken a considerable amount of professional work related to Shia and other VNSAs for various clients. A small sample of this work includes:

- I served as a Subject Matter Consultant to the private security firm Corporate Risk International during a hostage negotiation with the Iraq-based militant group Asaib Ahl al-Haq (2008-09).
- I have served as a consultant for the Anti-Defamation League, playing a lead role in producing reports on extremist groups and leading training for domestic law enforcement (2016-present).
- I have produced country-specific and actor-specific analytic reports for three firms in the oil and gas industry—Check-Six, Equinor, and Tullow Oil—that needed to make investment decisions related to VNSAs, or to protect their facilities and personnel in various locations (2014-15).
- I led training for analysts about Sunni militant groups in the Horn of Africa for the contractor BAE Systems (2011).

I have testified about my areas of core competency before the U.S. House and Senate more than a dozen times, and before the European Parliament and Canadian House of Commons, including about events in Iraq. Additionally, I am an author with specialized knowledge about Shia and other VNSAs. I am the author or volume editor of twenty-seven books and monographs, and I have written extensively on these topics in peer-reviewed academic publications and the mainstream press. This

---

five hearings directly related to ISIS before the U.S. House and Senate. He has taught related topics at Georgetown University, Catholic University, University of Southern California, and University of Maryland. He received his Ph.D. and M.A. in World Politics from Catholic University and a J.D. from New York University School of Law. As a result of his work, Dr. Gartenstein-Ross has been certified by governmental organizations as an expert on terrorism and jihadist groups, including the U.S. Customs and Border Protection and the U.S. Department of Defense's Joint Improvised-Threat Defeat Organization. He is presently the Chief Executive Officer of Valens Global, a firm focused on responses to violent non-state actors, a Senior Advisor on Asymmetric Warfare at the Foundation for Defense of Democracies, and an Associate Fellow at the International Centre for Counter-Terrorism. He also served as a Senior Advisor to the Director of the U.S. Department of Homeland Security's Office for Community Partnerships from 2016-2017."); *Foley v. Syrian Arab Republic*, 249 F. Supp.3d 186 (D.D.C. 2017) ("Having considered the requirements set forth in Federal Rule of Evidence 702 for the admission of expert testimony, the Court qualified Daveed Gartenstein-Ross as an expert in the evolution of the history of terrorist organizations and their claims of responsibility for acts of terrorism.").

PX4

work is outlined in my Curriculum Vitae and also highlighted in the accompanying Sunni militant group report that I have submitted to this Court.

*Methodology*

I employ a comparative analysis method for understanding VNSAs. The comparative analysis method has been validated multiple times in written opinions by various U.S. courts.[11] Comparative analysis involves identifying relevant primary sources and scholarly literature, examining each source, and comparing these materials to one another in order to better establish baseline facts for my analysis. Here I will explain the framework I employ for understanding VNSAs, and the significance of the method I employ to evaluate factual assertions.

The framework that I employ is designed to apply across a range of VNSAs. Some of my writings and professional projects have classified various kinds of VNSAs and analyzed how they can be compared and contrasted with one another.[12] As I outline in my chapter "Violent Non-State Actors: Paradigmatic Lessons Learned" in the 2014 volume *National Security Management in Federal Structures*, several common factors should be analyzed across the range of VNSAs. These factors include:

1) leadership,
2) ideology,
3) group goals,
4) strategy,
5) organizational structure,
6) recruiting, and
7) financial support.[13]

The comparative analysis method allows me to compare information and conclusions among sets of sources. Based on this method, I can make two determinations with a high degree of confidence: (1) an accurate probabilistic determination of whether a given fact about a VNSA is true, and (2) independent of whether that fact is true, I can make an accurate probabilistic determination about whether members of that VNSA *believe* the fact at issue to be true.

My academic and professional work has further explored and defined the best practices for analyzing and understanding each of these aspects of VNSAs. One best practice I employ is relying mainly on primary-source information, including statements and social media postings by violent extremist groups and their supporters, and the intercepted internal documents of these organizations. These are documents commonly relied upon by experts. I cross-check all primary sources I read against other primary-source information, against information about events on the ground in relevant theaters, and

---

[11] See, e.g., *United States v. Farhane*, 634 F.3d 127, 159 (2d Cir. 2011) (upholding the permissibility of an expert's testimony in a case where the expert employed the comparative analysis method and noting that this methodology was "similar to that employed by experts that have been permitted to testify in other cases involving terrorist organizations"); Order, *United States v. Hausa*, 12 Cr. 0134, E.D.N.Y., February 10, 2017, p. 4.

[12] Daveed Gartenstein-Ross & Jacob Zenn, "Terrorists, Insurgents, Something Else?: Clarifying and Classifying the 'Generational Challenge,'" *Lawfare*, January 15, 2017.

[13] Discussed in Daveed Gartenstein-Ross, "Violent Non-State Actors: Paradigmatic Lessons Learned," in *National Security Management in Federal Structures: Perspectives from India and the United States* (Kochi, India: Centre for Public Policy Research, 2014). My later scholarly work adds a critical eighth factor to consider as well: the method and efficacy of a group's organizational learning. See Daveed Gartenstein-Ross & Thomas Joscelyn, *Enemies Near and Far: How Jihadist Groups Strategize, Plot, and Learn* (New York: Columbia University Press, forthcoming 2022).

PX4

against relevant secondary-source literature that allows me to determine whether my conclusions are consistent with those of other scholars and practitioners.

Though I generally rely on primary sources, many secondary sources also serve useful purposes. First, secondary sources can provide useful historical information, adding rich context. Second, some secondary sources do a strong job of synthesizing large amounts of information. Third, some secondary sources contain the intrepid work of journalists who doggedly pursue leads and uncover new, original information. All secondary sources deserve scrutiny, but for this report I was able to cross-check all the secondary sources I utilized for claims that are material to my conclusions against primary sources, other secondary sources, and on-the-ground events before deciding to rely on any single secondary source, in addition to assessing the reputation and reliability of the author.

Another best practice I have adopted to complement the comparative analysis method is employing a system of evaluating my own analytic conclusions adapted from *Superforecasting*, a book by Philip Tetlock, who is an Annenberg University Professor at the University of Pennsylvania.[14] Evaluating my own conclusions critically enables me to further ensure the accuracy of my work.

Based on my knowledge, experience, training, and education, and based on a comprehensive review of relevant primary and secondary source materials using the comparative analysis method, my expert opinion on the issues laid out above follows.

## III.    Iran's Use of Violent Non-State Actors as Proxy Groups, 1979-2003

The Islamic Republic of Iran has frequently relied upon violent non-state actors (VNSAs) to serve as its armed proxies. Iran has provided these groups with wide-ranging support and used them to attack its perceived enemies, including the United States, while retaining a degree of plausible deniability as to Iranian involvement. This section details the history of Iranian support to proxy groups prior to the 2003 U.S. invasion of Iraq. It demonstrates that Iran's use of proxy groups is a key instrument of its foreign policy, and that there was precedent for Iran's actions in Iraq following the 2003 U.S. invasion.

*Iran's Early Efforts to Export its Revolution*



Facing widespread opposition to his regime and suffering from cancer, Shah Mohammad Reza Pahlavi, Iran's longtime monarch and a close U.S. ally, fled Iran on January 16, 1979. Though the shah ceded power to the country's prime minister, Shapour Bakhtiar, and a regency council, his departure created a political vacuum. On February 1, Ayatollah Ruhollah Khomeini, the shah's most influential political opponent, returned from his exile in France. Khomeini, a Shia cleric, had first risen to prominence by leading clerical opposition to the shah's modernization plans in the early 1960s. His vocal opposition to the shah resulted in Khomeini's imprisonment and later his exile. During his years in exile, Khomeini laid the intellectual foundations of the future Islamic Republic of Iran. Upon his returning to Iran in 1979, Khomeini announced his own prime minister, prompting a clash with Bakhtiar's government.

*Ayatollah Ruhollah Khomeini*

---

[14] Philip E. Tetlock & Dan Gardner, *Superforecasting: The Art and Science of Prediction* (New York: Random House, 2015).

PX4

When the military declared its neutrality in this struggle, Bakhtiar fled the country, the remnants of the shah's regime crumbled, and Khomeini was able to bring his vision of an Islamic theocracy in Iran to fruition.

A month after a national referendum that officially established the Islamic Republic of Iran on April 1, 1979, Khomeini issued a decree creating the **Islamic Revolutionary Guard Corps** (IRGC).[15] Groups calling themselves the "guardians of the Islamic Revolution" had already been active "throughout Iranian cities within days of Khomeini's return."[16] This assortment of pro-Khomeini militias that eventually unified to form the IRGC was instrumental in post-revolution Iran in fighting loyalists of the ousted shah and cracking down on suspected counterrevolutionaries, leftist groups, and ethnic separatists. The IRGC's effectiveness in waging street violence against opponents helped Khomeini's government to consolidate control over the country.[17]

Instead of disbanding the IRGC after the Islamic Republic began to stabilize, Iranian leaders decided to enshrine the group in the October 1979 constitution, entrusting it with the "role of protecting the Revolution and its achievements."[18] The IRGC was designed to be distinct from the regular army (*Artesh* in Farsi). While the Artesh defends Iran's territorial integrity, the IRGC's role is broader, including defending Iran's theocratic system, a distinction that has allowed IRGC to justify expansion into non-military affairs and gain influence in political, economic, and sociocultural spheres.

In addition to this wide-ranging domestic role, the Iranian constitution gave the IRGC a global responsibility and the ideological mission to strive "on the path of God and struggle on the path of expanding the sovereignty of the law of God in the world."[19] Indeed, the fact that the word *Iran* does not appear in the IRGC's name is quite intentional. Iranian leaders wanted the Islamic revolutionary guard to export their revolution, and thus employed the more universal term *Islamic* in its name to denote solidarity with other Islamic liberation movements.[20]

Ayatollah Khomeini believed that the broader Middle East should follow Iran's embrace of clerical rule and rejection of the West. Khomeini presented himself as a leader of the Muslim world and called on Islamists around the Middle East to rise up against their rulers.[21] A declassified March 1980 CIA assessment concluded that "Iranian leaders, including Ayatollah Khomeini and President Bani-Sadr, are ideologically committed to aiding other Islamic revolutionaries. The Iranians see their revolution as an example for other 'oppressed' peoples and believe that other organizational and ideological techniques they developed to topple the Shah can be used by others."[22] The assessment cited a February 20, 1980 speech by Khomeini in which Iran's supreme leader declared: "O zealous Muslims in various countries of the world, wake from your sleep of neglect and liberate Islam and Islamic

---

[15] **PX800**, "Revolutionary Guards Corps Established in Iran," Tehran Domestic Service (Farsi), May 5, 1979.

[16] Afshon Ostovar, *Vanguard of the Imam: Religion, Politics, and Iran's Revolutionary Guards* (New York: Oxford University Press, 2016), pp. 42–43.

[17] Ali Alfoneh, *Iran Unveiled: How the Revolutionary Guards Is Turning Theocracy into Military Dictatorship* (Washington, D.C.: American Enterprise Institute, 2013), pp. 6–8; Ostovar, *Vanguard of the Imam*, pp. 41, 57, 60–61.

[18] **PX804**, Constitution of the Islamic Republic of Iran, article 150 (October 24, 1979).

[19] Ibid., p. 5.

[20] Nader Uskowi, *Temperature Rising: Iran's Revolutionary Guards and Wars in the Middle East* (Lanham, MD: Rowman & Littlefield, 2019), p. 1; Ostovar, *Vanguard of the Imam*, p. 102.

[21] Elaine Sciolino, "Iran's Durable Revolution," *Foreign Affairs* (Spring 1983).

[22] **PX931**, Central Intelligence Agency, National Foreign Assessment Center, "Iran: Exporting the Revolution," March 10, 1980, p. 1, available at https://www.cia.gov/library/readingroom/docs/CIA-RDP81B00401R000500100001-8.pdf.

PX4

countries from the clutches of the colonialists and those subservient to them."[23] Further, in an international conference hosted by Iran in December 1982, Khomeini called on attendees to "prepare the ground for the creation of Islamic Republics in all countries" and turn their mosques into "prayer, political, cultural and military bases."[24]

Iran made the IRGC the principal instrument for fulfilling Khomeini's vision. At the end of the Iran-Iraq War, the IRGC merged several military groups into the **Quds Force (IRGC-QF)**, giving the elite division its current name and formalizing its structure.[25] Indeed, as early as 1979, Quds Force predecessors had begun to support foreign militant groups and Shia dissidents.

Over time, Iran leveraged other parts of its government to support efforts to export the revolution. In particular, Iran's **Ministry of Intelligence and Security (MOIS)** began to play a role in these operations after its creation in 1984.[26] MOIS is responsible "for domestic security and intelligence, foreign intelligence, monitoring Iranian expatriate communities, liaising with foreign intelligence services, counterintelligence, and sanctioned lethal operations."[27] While Khomeini and his allies focused on solidifying domestic power and fending off a military challenge from Iraq in the early years following the revolution, proxy forces quickly became a central element of Iranian foreign policy.

### _Iran's Embrace of Proxy Forces_

Two events in the 1980s led Iran to view armed proxy forces as vital to achieving its foreign policy goals. First, the Iran-Iraq War seared the costs of large-scale conventional warfare into the minds of generations of Iranian leaders. Before the Iran-Iraq War broke out in September 1980, the IRGC had little military experience, and was poorly trained and funded, disorganized, and undisciplined.[28] During the war, the IRGC gained military experience and a vast number of new recruits. One of the IRGC's most effective tactics in that conflict involved mass human wave assaults against seemingly impenetrable defensive lines. Described as "kamikaze-style," these assaults were effective in overwhelming Iraqi forces but costly in terms of human life.[29] There is a paucity of reliable casualty estimates, though some estimates place the conflict's death toll near one million.[30] Iran lost hundreds of thousands of soldiers, including many in the wave attacks and in chemical weapons attacks by Iraqi leader Saddam Hussein's forces. Iran suffered enormous losses of blood and treasure for what amounted to a stalemate at the end of the war. According to veteran Middle East reporter Dexter Filkins, one lesson that Iran's leadership drew from the Iran-Iraq War was "the futility of fighting a head-to-head confrontation." Instead, they decided that "they had to build the capacity to wage

---

[23] Ibid.

[24] Sciolino, "Iran's Durable Revolution."

[25] Uskowi, _Temperature Rising_, p. 42; **PX214**, "Al-Quds Forces Associated with the Guards of the Islamic Revolution," Iraqi  intelligence study (ISGZ 2005-001122-19954), October 2000, translation by Combating Terrorism Center at West Point, https://ctc.usma.edu/harmony-program/iraqi-intelligence-study-of-the-iranian-revolutionary-guard-corps-original-language-2/.

[26] **PX236**, Guillermo Pinczuk & Theodore Plettner, _Unconventional Warfare Case Study: The Relationship between Iran and Lebanese Hezbollah_ (Fort Bragg, N.C.: U.S. Army Special Operations Command, 2017), p. 28, https://www.soc.mil/ARIS/books/pdf/_ARIS_Iran-Hiz_Jan2017.pdf.

[27] **PX260**, U.S. Defense Intelligence Agency, _Iran Military Power_ (August 2019), p. 37, https://www.dia.mil/Portals/27/Documents/News/Military%20Power%20Publications/Iran_Military_Power_LR.pdf.

[28] Ali Alfoneh, "Eternal Rivals?: The Artesh and the IRGC," Middle East Institute, November 15, 2011,  https://www.mei.edu/publications/eternal-rivals-artesh-and-irgc.

[29] Ostovar, _Vanguard of the Imam_, pp. 47–48, 63–64, 75, 85.

[30] See **PX634**, Dexter Filkins, "The Shadow Commander," _The New Yorker_, September 23, 2013.

asymmetrical warfare—attacking stronger powers indirectly, outside of Iran."[31] Using the Quds Force to conduct unconventional warfare, particularly by supporting proxy forces, seemed like an appealing option to Iran's leaders.

Second, Israel's 1982 invasion of Lebanon to counter the Palestinian Liberation Organization (PLO) provided Iran a chance to cultivate a powerful proxy force. Iran sent IRGC officers to mobilize Lebanon's sizeable Shia community in opposition to Israel.[32] President Reagan dispatched U.S. forces to Lebanon as part of a peacekeeping mission and in 1983, Hizballah, an emerging Shia militant organization with close ties to Iran, attacked the U.S. Embassy in Beirut as well as American and French military installations in the country. The attacks inflicted heavy casualties. The U.S. Embassy bombing killed 17 Americans, and the October 1983 U.S. Marine barracks bombing in Beirut killed 241 American servicemembers. The subsequent withdrawal of Western troops in 1984, combined with the horrors of the Iran-Iraq War, likely convinced Iranian leaders that they could use proxy forces to effectively counter their opponents in the region and further Iran's geopolitical aims without the costs of conventional warfare.

*The IRGC Hones Its Collaboration with Proxy Forces: Hizballah and the Badr Corps*
Throughout the 1980s and 1990s, the IRGC developed a template for cultivating proxy forces in the Middle East, then worked to apply that template elsewhere. While the IRGC was active in numerous countries, the IRGC's work with two organizations, **Lebanese Hizballah** and the **Badr Corps**, demonstrates how Iran built the capacity to wage war against its enemies by proxy.[33]

*Lebanese Hizballah.* The history of Iran's close partnership with Hizballah is instructive for three reasons. First, Iran's close partnership with Hizballah would serve as a model for the IRGC's efforts to cultivate Shia proxy groups across the Middle East, including in Iraq. Second, the Hizballah-Iran partnership largely pioneered Iran's use of proxy forces to conduct terrorist attacks against U.S. troops. Third, Iran used Hizballah as an agent for providing support to Shia militias in Iraq following the 2003 U.S. invasion.

Iran's relationship with Hizballah has endured since the Lebanese militant group's founding. Indeed, Iran played a role in the group's founding, dispatching roughly 1,500 IRGC officers (even while mired in the Iran-Iraq War) to help the budding militant organization.[34] This force included military trainers, fighters, and clerics. Through the IRGC, Iran trained, indoctrinated, and helped to run Hizballah. Importantly, IRGC also provided Hizballah with "substantial funding," according to a U.S. Army Special Operations Command report.[35] This funding allowed Hizballah to pay its fighters better than most militias and provide Lebanon's Shia community with a range of social services, including education, healthcare, and generalized welfare. By 1984, the IRGC had "established six military centers in the Bekaa Valley for training Hizballah and Islamic Amal fighters."[36] Iran's recently created MOIS began providing training to Hizballah, and IRGC provided "operational advice" to Hizballah's military wing, including playing "a role planning and supervising" the 1983 attack on the U.S. Marine

---

[31] Ibid.
[32] **PX236**, Pinczuk & Plettner, *Unconventional Warfare Case Study*, pp. 28-29.
[33] I sometimes refer to Hizballah as *Lebanese Hizballah* to clearly distinguish between that organization and Kata'ib Hizballah, an Iraqi militant group that I discuss at length in subsequent sections.
[34] **PX236**, Pinczuk & Plettner, *Unconventional Warfare Case Study*, p. 31.
[35] Ibid., pp. 31-32.
[36] Ibid., p. 32.

PX4

barracks.[37] Iran also reportedly ordered Hizballah to increase its efforts to kidnap foreign citizens, after which the group kidnapped 51 foreign citizens in Lebanon between late 1982 and June 1986.[38]

Iran also began to use Hizballah to conduct terrorist attacks outside of Lebanon's borders. MOIS worked with Hizballah to conduct a bombing campaign in Paris in 1986.[39] American officials have also publicly alleged that Hizballah carried out two bombings in Argentina with Iran's assistance: the 1994 bombing of a Jewish community center, the Asociacion Mutual Israelita Argentina (AMIA), which killed 85 people, and the 1992 bombing of the Israeli embassy in Buenos Aires, which claimed 29 lives.[40] Buttressing this claim, an investigation by Argentinian authorities found that a Hizballah member carried out the AMIA bombing and that "the attack originated with the highest authorities in the Iranian government."[41] Hizballah and MOIS also worked together on a failed truck bombing that targeted the Israeli Embassy in Bangkok in 1994.[42] These attacks, while far from an exhaustive list of Hizballah's terrorist operations across the globe, show that Iran used Hizballah to conduct terrorist attacks against its enemies beyond Lebanon's borders.

Iran's role in Hizballah's decision-making goes far beyond planning attacks. Two members of Hizballah's nine-member leadership council are Iranian, reportedly from Iran's embassies in Beirut and Damascus.[43] Despite this, and by Iran's design, operations linked to Hizballah can be disavowed by Tehran if they prove costly or politically inconvenient.

The IRGC's Qods Force also directly managed its relationship with Hizballah through an entity labeled Department 2000. This department focused on providing Hizballah with sophisticated weapons of Iranian origin, such as military-grade explosively formed penetrators (EFPs), anti-tank guided missiles, and rockets such as the Fajr-5 and Zelzal-2.[44]

Hizballah, in turn, would eventually play an important role in assisting Shia militant groups in Iraq. After the 2003 U.S. invasion, Hizballah established Unit 3800, which was designed to actively support Iraq's Shia militant groups that were fighting against U.S. and also multinational forces in Iraq.[45] Unit 3800 helped train and advise the Shia militias that would come to be called the "Special Groups."

*The Badr Corps.* Iran similarly cultivated a proxy force in Iraq during the Islamic Republic's early years. After Iraq invaded Iran in 1980, Iran tried to incite Iraq's Shia population to overthrow Saddam Hussein. Iran helped erect the Badr Corps (aka Badr Brigade), which was composed of Iraqi defectors,

---

[37] Ibid., p. 94.

[38] Ibid.

[39] Ibid., p. 98.

[40] **PX357**, Nathan Sales, U.S. State Department Coordinator for Counterterrorism, "Commemoration of the 25th Anniversary of the Terrorist Bombing of the AMIA in Buenos Aires," Remarks before the Foundation for the Defense of Democracies and the Wilson Center, Washington, D.C., July 12, 2019.

[41] **PX515**, Investigations Unit of the Office of the Attorney General of Argentina, Indictment, *AMIA Case*, 2006, p. 6, http://albertonisman.org/wp-content/uploads/2015/03/2006-Nisman-indict-AMIA-full-ENG_.pdf.

[42] **PX236**, Pinczuk & Plettner, *Unconventional Warfare Case Study*, p. 98.

[43] Ibid., p. 69.

[44] David Asher & Scott Modell, *Pushback: Countering the Iran Action Network* (Washington, DC: Center for a New American Security, 2013), p. 11.

[45] Matthew Levitt & Nadav Pollak, "Hezbollah in Iraq: A Little Help Can Go a Long Way," Washington Institute for Near East Policy, June 25, 2014, https://www.washingtoninstitute.org/policy-analysis/hezbollah-iraq-little-help-can-go-long-way.

PX4

Shia men, and even Iraqi prisoners of war who were forced into service.[46] The group, which was formed "under the same model of military discipline as Lebanese Hezbollah," quickly became the military wing of the Supreme Council for the Islamic Revolution in Iraq (SCIRI), a Shia political party operating in Iran and working to export the Iranian revolution to Iraq.[47]

The Badr Corps fought alongside Iranian forces during the Iran-Iraq War but was largely ineffective. Following the end of the war, Badr Corps forces returned to Iran, though the Islamic Republic would periodically activate them in attempts to undermine Iraq's government. For example, Badr forces participated in a failed 1991 Shia uprising in southern Iraq.[48] Iran also dispatched a few thousand Badr fighters to Iraq in 1995 during the Kurdish Civil War, which pitted Iraqi Kurdish factions against one another in the country's autonomous north.[49] The Quds Force also helped the Badr Corps establish clandestine networks in Iraq in the 1990s that were "tasked with recruiting dissidents, disseminating propaganda, conducting sabotage, and procuring weapons."[50] According to intelligence reports from Saddam Hussein's security services, the Badr Corps received around $20 million a year from the Quds Force through at least 2001.[51] Although SCIRI distanced itself from Iran in 2007, when it renamed itself the Islamic Supreme Council of Iraq, the Badr Corps chose to preserve its ties with Iran, breaking away from its parent organization by 2012. This decision by the Badr Corps likely enabled it to continue receiving Iranian funding and support.[52]

Through Badr, Iran was able to develop a reliable, experienced proxy force ready to operate in Iraq following the U.S. invasion. Badr Corps personnel acted as key conduits for funneling weapons to Iranian agents and other proxies from 2004 to 2011. This was made possible in part by IRGC-trained Badr members taking control of key positions in the Iraqi government and military "through its electoral successes, paramilitary power, and patronage networks," thus allowing it to become "deeply embedded in the Iraqi state."[53] Notably, Badr members occupied positions in Iraq's Ministry of Transportation, Ministry of Interior, and the Federal Police force.[54] The Badr Corps' positions within these Iraqi government offices also opened the door for Tehran to further influence Iraq's political system, shaping it in ways favorable to Iranian interests.[55]

---

[46] **PX622**, Borzou Daragahi, "Badr Brigade: Among Most Consequential Outcomes of the Iran-Iraq War," The Atlantic Council, August 16, 2018, https://www.atlanticcouncil.org/blogs/iransource/badr-brigade-among-most-consequential-outcomes-of-the-iran-iraq-war-2/.

[47] Ibid.

[48] Ibid.

[49] Michael Gunter, "Turkey and Iran Face Off in Kurdistan," *Middle East Quarterly* (March 1998), pp. 33-40.

[50] **PX212**, Joseph Felter & Brian Fishman, *Iranian Strategy in Iraq: Politics and "Other Means"* (West Point, NY: Combating Terrorism Center at West Point, 2008), p. 21.

[51] Ibid., p. 21. While information from Saddam Hussein's security services should be viewed with a skeptical eye, the Baathists had a clear incentive to understand the true nature of the threat posed by the Badr Corps. As a result, this estimate provides a relevant picture of Iran's financial support to the Badr Corps.

[52] Mapping Militant Organizations. "Badr Organization of Reconstruction and Development," Stanford University, last modified March 2019, https://cisac.fsi.stanford.edu/mappingmilitants/profiles/badr-organization-reconstruction-and-development.

[53] Michael Knights, Crispin Smith, & Hamdi Malik, "Profile: Badr Organization," Washington Institute for Near East Policy, September 2, 2021, www.washingtoninstitute.org/policy-analysis/profile-badr-organization.

[54] "Chapter Four: Iraq," in *Iran's Networks of Influence in the Middle East* (International Institute for Strategic Studies, November 2019), https://www.iiss.org/publications/strategic-dossiers/iran-dossier/iran-19-06-ch-4-iraq.

[55] Susannah George, "Breaking Badr," *Foreign Policy*, November 6, 2014, https://foreignpolicy.com/2014/11/06/breaking-badr/.

PX4

## IV.    The Rise of Jaysh al-Mahdi and Associated Special Groups

In the wake of the 2003 U.S. invasion of Iraq, Iran provided substantial support to an array of Shia militias. When the United States removed Iraq's long-time dictator, Saddam Hussein, who relied on a brutal security apparatus to control the country, a political vacuum was born. While the United States established the Coalition Provisional Authority to help manage Iraq and erect a new post-Baathist state, the U.S. sent far fewer troops to stabilize the country post-invasion than the U.S. Army's leadership recommended.[56] At the same time, U.S. promises to democratize Iraq created an opportunity for Iraq's long-repressed Shias, who constituted the country's largest ethno-religious group, to gain power. Unsurprisingly, Shia militias began to fill the extant political and security vacuum.

When the U.S. invaded Iraq, the Badr Corps returned to the country. Iran continued to provide support to the Badr Corps, which was renamed the Badr Organization following its return to Iraq to "deemphasize its military nature."[57] Despite the name change and the engagement of its political wing (SCIRI) in electoral politics, the Badr Organization remained one of the most powerful Shia militias in Iraq. During the U.S. war in Iraq, the group occasionally clashed with American forces.[58]

In addition to Iran's continuing close ties to the Badr Organization, Iran supported a diverse array of Shia militias following the U.S. invasion, including the Sadrists. Iran's willingness to champion other Shia militias largely reflects the Islamic Republic's response to the Sadrist movement's local popularity, eventual fragmentation, and unreliability as an Iranian proxy. Given the group's local base of support, Iran tried to coopt the movement and its militia, Jaysh al-Mahdi (JAM), which translates to Army of the Rightly Guided One. When it fractured due to political disagreements and its leader, Muqtada al-Sadr, proved to be a less than reliable ally, Iran began to support breakaway factions. Thus, understanding the Sadrist movement is pivotal to understanding Iraq's Shia militias and, ultimately, Iran's proxy war in Iraq.

_Background on the Sadrist Movement_
Along with the Badr Organization, the Sadrist movement would lay much of the ideological and organizational foundation for the Shia anti-American insurgency in Iraq. In examining the Sadrist movement, a good starting point is Muqtada al-Sadr's own definition. In Patrick Cockburn's sympathetic biography of Muqtada al-Sadr, he notes the response that Muqtada provided when he was asked to define the movement:

> When he was asked in later years to define what was meant by the "Sadrist Movement," he denied it was a political party. He said it was simply made up of people who followed the teachings of Mohammed Sadiq al-Sadr (known as "the Second Martyr" or Sadr II). He added that in a broader sense, the movement included anybody who honored the "Speaking Hawza" and followed the teachings of Ayatollah Baqir al-Sadr ("the First Martyr," or Sadr I). Both wanted an Islamic society that would prepare the

---

[56] Thom Shanker, "New Strategy Vindicates Ex-Army Chief Shinseki," _New York Times,_ January 12, 2007.
[57] Garrett Nada & Mattisan Rowan, "Part 2: Pro-Iran Militias in Iraq," Wilson Center, April 27, 2018.
[58] Ibid.

PX4

way for the return of the Imam Mehdi, the redeemer who would end the rule of tyrants and establish justice in the world.[59]



*Saddam Hussein.*

This definition suggests that it is important to understand the rule of Saddam Hussein. In 1968, Saddam played a key role in a Baathist coup. He was then appointed vice president before formally rising to power as Iraq's president in 1979. A key challenge Saddam confronted as Iraq's leader was the fact that "Iraq is split by social, ethnic, religious, and socioeconomic fault lines: Sunni versus Shi'ite, Arab versus Kurd, tribal chief versus urban merchant, nomad versus peasant."[60] Particularly perilous for Saddam, a Sunni, was the fact that the Shia constituted a majority, and Saddam repressed any people and movements that could unify the Shia against him.[61]

It is in this context that the Sadrist movement was born. Ayatollah Baqir al-Sadr (b. 1935), Muqtada's father-in-law, was a leading member of Iraq's Shia clergy, and the founder of the activist Islamic Dawa Party. After the fall of Iraq's monarchy in 1958, Baqir wrote two books outlining his view of Islam's role in society, one called *Falsafatuna* (Our Philosophy), and the second called *Iqtisaduna* (Our Economics).[62] These writings were meant to form the basis for "an Islamic counterattack on Western capitalism and communism."[63] Another aspect of his counterattack was working with colleagues to found and build up the Dawa Party in Iraq, which was dedicated to the establishment of an Islamic state. As Aziz notes, to accomplish this, the Dawa Party would have to "indoctrinate revolutionaries," then "fight the corrupt regime" that ruled Iraq.[64]

The political repression that Baqir and his movement faced grew after the 1968 Baathist coup. Baathist anxieties about the cleric further increased after Iran's revolution, as Baqir openly supported the revolution and Ayatollah Khomeini. In February 1979, Baqir announced a three-day holiday to celebrate Khomeini's rise to power.[65] In this tumultuous context, Saddam arrested thousands of people who were Baqir al-Sadr's followers or Dawa Party members and executed two hundred. Tensions further spiked in April 1980, when foreign minister Tariq Aziz was attacked during a visit to

---

[59] **PX811**, Patrick Cockburn, *Muqtada: Muqtada al-Sadr, the Shia Revival, and the Struggle for Iraq* (New York: Scribner, 2008), p. 114.

[60] R. Stephen Humphreys, *Between Memory and Desire: The Middle East in a Troubled Age* (Los Angeles: University of California Press, 1999), p. 78.

[61] **PX266**, U.S. Department of State, Bureau of Democracy, Human Rights, and Labor, "Iraq: A Population Silenced," December 2002, https://2001-2009.state.gov/g/drl/rls/15996.htm.

[62] For analysis of the significance of these works, see Talib M. Aziz, "The Role of Muhammad Baqir al-Sadr in Shi'a Political Activism in Iraq from 1958 to 1980," Occasional Paper, The Institute of Contemporary Islamic Thought, May 1, 1993.

[63] **PX811**, Cockburn, *Muqtada*, p. 34.

[64] Aziz, "The Role of Muhammad Baqir al-Sadr in Shi'a Political Activism."

[65] Ibid., p. 40.

PX4

Mustansiriyya University. Baqir al-Sadr and his sister were arrested in the aftermath and both were killed by Iraq's security forces.

A new wave of the Sadrist movement emerged in the 1990s, led by Mohammed Sadiq al-Sadr (Sadr II). The Sadrist reemergence was facilitated by Saddam himself. In the wake of his disastrous defeat in the first Gulf War, Saddam launched the "Faith Campaign," in which the dictator sought to burnish his image by draping himself in the clothes of piousness. Parallel with his religious rebranding, Saddam "conceived a plan to install his own candidate as head of the Shia religious hierarchy" after 93-year-old Grand Ayatollah Abu al-Qasim al-Khoei died in August 1992.[66] The regime came to believe that Mohammed Sadiq al-Sadr was the "perfect" choice, because it viewed him as "weak and easily controlled."[67]

But the regime underestimated Sadr II. He proved to be an unruly and ultimately threatening figure to Saddam. His Friday prayer sermons served as a powerful direct line to his followers. As his voice gained popularity, Mohammed Sadiq al-Sadr took an increasingly vocal and antagonistic stance against the regime's policies, while being cautious not to be so overt in his opposition as to give Saddam a pretext to kill him. But in February 1999, Mohammed Sadiq al-Sadr "called for the release of more than one hundred clergy and students who had been arrested in the wake of the 1991 uprising," a demand that "electrified the tens of thousands who attended the mosque in Kufa."[68] A week later, gunmen assassinated Sadr II as he was returning home from the mosque.

Though Saddam's regime took Mohammed Sadiq's life, it blamed both the Iranians and also an American/Zionist conspiracy for the killing. Muqtada al-Sadr, Mohammed Sadiq's youngest son, was not present in the car when the lives of his father and two brothers were taken. Unlike some Saddam-era dissidents, Muqtada never went into exile outside Iraq, remaining in the country until the dictator's fall. Intent on staying alive by appearing unthreatening to the regime, he "sent a letter formally thanking the government" for its expressions of sympathy following his father's death.[69]



*Muqtada al-Sadr.*

### Muqtada al-Sadr's Rise

Muqtada al-Sadr led the Sadrist movement after his father's death and founded the Jaysh al-Mahdi militia in June 2003. One factor that aided Muqtada al-Sadr's quest for survival is the fact that he lacked his father's religious literacy and authority. Muqtada did not finish his seminary education before his father's death, and did not earn the title of *mujtahid*, a senior religious scholar. Vali Nasr wrote that Muqtada al-Sadr became known as "Mullah Atari" during his time at seminary because "he was better at playing video games than dealing with the intricacies of Shia law and theology."[70] Patrick

[66] **PX811**, Cockburn, *Muqtada*, p. 78.
[67] Ibid., p. 88.
[68] **PX679**, Marisa Cochrane, *The Fragmentation of the Sadrist Movement* (Washington, DC: Institute for the Study of War, 2009), p. 10.
[69] **PX811**, Cockburn, *Muqtada*, p. 110.
[70] Vali Nasr, *The Shia Revival: How Conflicts Within Islam Will Shape the Future* (New York: Norton, 2006).

PX4

Cockburn counters that such views of Muqtada are inaccurate, and may in fact be based on disinformation encouraged by Muqtada himself, who "survived by persuading Saddam Hussein that he was too simple-minded to be a threat."[71] Cockburn writes: "Stories of his incapacity may well have been spread, and certainly not denied, by his own family in order to keep him alive."[72] Whether Nasr or Cockburn is correct is beside the point: Whether or not perceptions of Muqtada al-Sadr's incapacity are accurate, they certainly were prevalent, and helped him to survive long enough to see the United States topple Saddam's regime.

But these perceptions, which lingered even after the fall of Saddam's regime, did not stop the Sadrist movement from resurfacing under Muqtada's leadership after Saddam fell. The International Crisis Group notes that the fact that Muqtada had stayed in Iraq strengthened him in comparison to Ayatollah Kadhim al-Ha'iri, Mohammed Sadiq's designated successor, who had "been based in Iran since the early 1970s" and thus lacked "any independent Iraqi constituency."[73] In addition to his relationship with Muqtada's father, al-Ha'iri was known for having "strong links to the IRGC."[74] In this way, the perceptions of Muqtada's weakness paradoxically produced one of his strengths: He was able to remain in Iraq because Saddam's regime saw him as relatively unthreatening, and that in turn gave him street credibility after Saddam fell. Additionally, the International Crisis Group notes that Muqtada "turned out to be a leader of choice for Hawza dropouts—students who had interrupted their studies, preferring street politics to pious education—and for whom his lack of education was an asset that made them feel better about their own."[75]

Muqtada was thus particularly well-positioned to exploit the power vacuum created by the U.S. invasion of Iraq. Al-Ha'iri also ensured that Muqtada quickly became a political force in post-invasion Iraq. Al-Ha'iri appointed Muqtada as his official representative in Iraq in April 2003. Al-Ha'iri delegated an extraordinary amount of powers to Muqtada that would normally be reserved only for a senior scholar, informing Iraqi Shia clerics that "Muqtada al-Sadr is our deputy and representative in all fatwa affairs" and stating that "his position is my position."

Al-Hai'iri also called on his followers to "fill the power vacuum in the administration of Iraqi cities."[76] Heeding this call, Sadrists opened offices, mosques, courts, and other institutions.[77] Al-Ha'iri also authorized Muqtada to collect Islamic taxes as practiced by the Shia. Known as *khums*, these taxes are typically paid by Shia to local religious organizations. By authorizing Muqtada to receive these taxes, al-Ha'iri introduced an important source of funding to Muqtada. Muqtada al-Sadr's followers tried to enforce the application of strict Islamic law in their strongholds through "intimidation or force."[78]

---

[71] **PX811**, Cockburn, *Muqtada*, p. 14.

[72] Ibid.

[73] International Crisis Group, *Iraq's Muqtada Al-Sadr: Spoiler or Stabiliser?*, Report N° 55, July 11, 2006, p. 8.

[74] **PX212**, Felter & Fishman, *Iranian Strategy in Iraq*, p. 29.

[75] Ibid. In a paper authored for Boston University's Institute for Iraqi Studies, scholar Abbas Kadhim defines the term Hawza: "The term 'Hawza' is used generally in three ways: first, it is used loosely when speaking about the entire Shi'a clerical establishment; second, it is often used to refer to the clerical establishment in a given city—such as the Hawza of Najaf (Iraq) and the Hawza of Qum (Iran); and third, it is used in a more precise way when referring to the educational network that is supported by a certain Grand Ayatullah (called *marja'*)." Abbas Kadhim, *The Hawza Under Siege: A Study in the Ba'th Party Archive* (Boston: Boston University Institute for Iraqi Studies, 2013), p. 57.

[76] **PX212**, Felter & Fishman, *Iranian Strategy in Iraq*, p. 29.

[77] **PX679**, Marisa Cochrane, *The Fragmentation of the Sadrist Movement* (Washington, D.C.: Institute for the Study of War, 2009), p. 12.

[78] Ibid.

PX4

Muqtada also began calling for "resistance" to Coalition forces. Over time, these calls transformed into a campaign of violence against coalition forces and the Sadrists' domestic political opponents.

*The Formation of Jaysh al-Mahdi (JAM)*

In the months immediately following the U.S. invasion, the Sadrists sought to assert their control in some areas by force and tried to eliminate religious and political opposition within the Shia community. For example, a Sadrist mob stabbed and shot Sheikh Abdel Majid al-Khoei, a prominent Shia cleric with ties to the U.S.-led coalition, and "reportedly left him to die outside the house of Muqtada al-Sadr."[79] Sadrists attacked the home of Grand Ayatollah Ali al-Sistani, a prominent Shia cleric, and demanded that he leave Iraq. That attack ended when "nearby tribal leaders intervened and compelled the men to stand down."[80]

In June 2003, Muqtada al-Sadr named the Sadrists' militia **Jaysh al-Mahdi** (Army of the Rightly Guided One, or JAM). With JAM's formation, Muqtada "sought to model his organization on Lebanese Hezbollah, combining a political party with an armed militia and an organization providing social services."[81]

In 2004, Muqtada used the growing military element of his movement to confront coalition forces. Sadrists engaged in two failed uprisings, which occurred principally in the holy Shia city of Najaf, in April and August of 2004. The first uprising began on April 4, seemingly in response to the coalition's decision to shut down a Sadrist newspaper and arrest one of Muqtada's top aides.[82] The April uprising included "a combination of Mahdi Army assaults on combination posts, Iraqi government offices and police stations, violent demonstrations and attacks on lines of communication."[83] This coordinated effort by the Sadrists enabled the movement to seize control of several cities, such as Kufa and Kut, in addition to parts of Najaf and Karbala. These gains would be short-lived. Muqtada al-Sadr's militia proved to be no match for the better trained, equipped, and supported coalition forces. In May 2004, after suffering heavy battlefield losses, Muqtada agreed to a ceasefire.

Hostilities reignited in August 2004. Muqtada al-Sadr's JAM forces again suffered heavy losses, but the conflict became a stalemate when Muqtada and his fighters retreated to the Imam Ali Mosque. This was a canny move, as "U.S. troops were unwilling to attack the mosque itself for fear of inciting wider rebellion, and Iraqi commanders were worried that troops would desert en masse if ordered to assault such a revered site."[84]

Nonetheless, there was a great pressure on Muqtada to cut a deal. Some of this pressure came from Muqtada's Iranian backers, who did not want this armed conflict to disrupt upcoming elections where they expected Iraq's Shia to make significant gains. Thus, "Iranian diplomats arrived in Baghdad to help negotiate a solution to the crisis, and Iran's President Mohammad Khatami publicly criticized al-Sadr's uprising as a threat to Shi'a people and shrines in Najaf."[85] Iranian-backed Ayatollah Kadhim

---

[79] Ibid., p. 13.

[80] Ibid.

[81] Ibid.

[82] Jeffrey White & Ryan Philips, "Sadrist Revolt Provides Lessons for Counterinsurgency in Iraq," *Jane's Intelligence Review*, August 2004, p. 23.

[83] Ibid.

[84] **PX212**, Felter & Fishman, *Iranian Strategy in Iraq*, p. 33.

[85] Ibid.; see also John Burns et al., "Iranians in Iraq to Help in Talks on Rebel Cleric," *New York Times*, April 15, 2004.

**PX4**

al-Ha'iri publicly broke with Muqtada at this time, a move "clearly done with the consent and support of the Iranian leaders."[86]

A ceasefire was brokered by Grand Ayatollah Sistani. Under the truce, Najaf became a "demilitarized zone," which was seen by Muqtada's followers as a defeat. As analyst Marisa Cochrane explains, "The Sadrists had lost Najaf. In the immediate aftermath of their perceived defeat, Muqtada al-Sadr and much of the Sadrist movement went into hiding for several months."[87] Some prominent JAM leaders, as well as many rank-and-file fighters, disagreed with Muqtada's decision to agree to the ceasefire.

Even after the organization experienced significant losses in 2004, JAM members continued targeting Sunni civilians and other non-combatants.[88] However, JAM's failed uprisings fractured the Sadrist movement and some militants frustrated with Muqtada formed rival organizations. Others created more informal groups akin to violent gangs. The most significant group in the former category was Qais al-Khazali's **Asa'ib Ahl al-Haq** (League of the Righteous).

*Asa'ib Ahl al-Haq's Formation*
Following the failed uprisings, Qais al-Khazali, Muqtada's spokesman, broke ranks and formed a separate militant group. Khazali had longstanding and deep ties to the Sadrist movement. A former star pupil of Mohammed Sadiq al-Sadr (Sadr II), he was one of the young clerics who helped maintain the Sadrist movement between 1999 and 2003 after Mohammed Sadiq's assassination.[89] When the movement regained public prominence in 2003, Khazali became one of its leaders.

During the second wave of violence between JAM and Coalition forces in August 2004, a dispute arose between Muqtada al-Sadr and Qais al-Khazali. Cochrane writes:

> During the battle, Khazali reportedly clashed with Sadr over strategy and issued his own orders to militia fighters without Muqtada's approval. When the fighting ended in September 2004, he returned to Sadr City and continued to direct his group in attacks against Coalition Forces. In October, Qais Khazali along with Abd al-Hadi al-Darraji and two other senior Sadrist leaders were ignoring the ceasefire agreement and weapons buyback program that Muqtada al-Sadr brokered with the Iraqi government. Khazali appeared to have control over a segment of those who formerly fought alongside Muqtada and JAM and to have attracted other senior leaders of the movement to him, and away from Muqtada.[90]

The differences between Qais al-Khazali and Muqtada al-Sadr seemingly extended beyond military strategy and included the direction of the movement as a whole, resulting from "conflicting values."[91]

---

[86] Nazila Fathi, "Ex-Mentor of Rebel Iraqi Cleric Breaks from His Protégé," *New York Times*, September 5, 2004.
[87] **PX679**, Cochrane, *The Fragmentation of the Sadrist Movement*, p. 14.
[88] See, for example, "Dozens Killed in Baghdad Attacks," *BBC News*, July 9, 2006.
[89] Anthony Shadid, *Night Draws Near: Iraq's People in the Shadow of America's War* (New York: Henry Holt and Co., 2005), p. 172; **PX212**, Felter & Fishman, *Iranian Strategy in Iraq*, p. 34.
[90] **PX677**, Marisa Cochrane, "Asaib Ahl al-Haq and the Khazali Special Groups Network," Institute for the Study of War Backgrounder #38, January 13, 2008, p. 2.
[91] According to a Multi-National Force – Iraq paper from April 2007, Qais al-Khazali's brother, Laith, said in a debriefing following his capture that the differences between Qais al-Khazali and Muqtada "resulted from conflicting values." **PX950**, Multi-National Force – Iraq Combined Intelligence Operations Center Information Paper 314, "Summary of Debriefings of Qays Khazali and Associates – Part One," April 8, 2007.

PX4

Qais al-Khazali reportedly "believed Sadrists should focus on religion and the Hawza should remain separate from government politics, while Sadr used his position to politicize both religion and the Hawza."[92]

Qais al-Khazali and his followers thus formed Asa'ib Ahl al-Haq (League of the Righteous, or AAH). In an interview he gave to the Saudi-owned magazine *Al-Majalla* in February 2010, deputy AAH leader Akram al-Kabi validated that the second Najaf uprising served as the genesis for AAH's independent emergence. Kabi provided a first-hand account of the group's birth, noting that AAH

> was founded after the end of Najaf battle in 2004. This was due to several reasons, including occupation forces violating Iraq's security, pursuing their arrogance, looting the country's wealth, and controlling the political situation. At the same time, Muqtada al-Sadr decided to halt military operations, though a large number of field commanders joined the resistance hoping that it would continue.
>
> Thus, we have worked on arranging our ranks independently, and we tried hard to change the method of resistance, based on our experiences in battles against the occupation in 2004. During those battles, I and Sheikh Qais Khazuali were general supervisors on the army of Imam Mahdi—May God hasten his glad advent—during their resistance to the occupation at the time. I was leading the battle in Najaf, and Sheikh Qais Khazuali was leading the battle directly in Baghdad. We commissioned fellow Mujahedeen to do the same in the other provinces…Our new approach was to work in guerrilla-style as a strategic principle, which is very different from the way the battle was run previously regarding the tactical and security aspects and methods of combat in general.[93]

AAH's formation did not immediately result in a publicly announced split from Muqtada and JAM by Khazali and his faction. But it is clear that Khazali and his followers began to operate autonomously after 2004.[94]

Though AAH nominally remained part of the Sadrist movement, the group's leaders—Qais al-Khazali, Akram al-Kabi, Abd al-Hadi al-Darraji, and Mohammed al-Tabatabai—at times defied Muqtada's orders. In March 2005, Khazali and Muqtada al-Sadr apparently reconciled, albeit temporarily, when al-Sadr named Qais al-Khazali and Akram al-Kabi as two of the four leaders who would supervise the Office of the Martyr al-Sadr.[95] But Muqtada's growing involvement in Iraqi

---

[92] Ibid.

[93] "Terrorists or Liberators?," *Majalla*, February 8, 2010, http://eng.majalla.com/2010/02/article5515565/terrorists-or-liberators.

[94] As is the case for many VNSAs, they were known by several different names early on, which created some confusion about the group's identity. Alternative names used to describe the group included Ahl al-Kahf ("People of the Cave"), Asa'ib Ahl al-Haq, the Khazali Special Groups Network, the Khazali Network, and the Khazali Faction. During the group's early years, many analysts and officials used the term "Special Groups" to refer to AAH. However, the Special Groups designation ultimately referred to several actors (as outlined in the succeeding sections), including militias distinct from AAH. As such, when reviewing sources from this time, it can be difficult to determine when the term Special Groups was referring to the broader range of Iran-backed Shia militias or referencing AAH. However, given that AAH was considered one of the largest of the Special Groups, even in cases where the term Special Groups may be referring to the broader range of actors, it is safe to assume that the reference encompasses AAH.

[95] **PX679**, Cochrane, *The Fragmentation of the Sadrist Movement*, p. 18. The Office of the Martyr al-Sadr is the political/social wing of the Sadrist movement.

PX4

politics caused JAM to continue to fray, as it produced resentment within the organization.[96] Some JAM members became increasingly independent and defiant. But for AAH and other major splinter groups, defiance of Muqtada did not translate into defiance of Iran. Indeed, Iran saw AAH's break with Muqtada as a significant opportunity. A declassified U.S. Army memorandum recounts that in August 2006:

> **Qayis [Khazali] led a delegation to Tehran to discuss the situation in Iraq and Iranian support for JAM. According to reporting, Ali Khomeini met with Qais and recruited him to lead a special group known as Asayb al-Haq, or the K2 network**. The K2 network would operate without the knowledge or authorization of MAS [Muqtada al-Sadr]. Qayis agreed. Iran was interested in working with Qayis because of his influence on MAS. Layth [Qais al-Khazali's brother] served as a liaison between the secret network formed by Qayis and the Iranians. In this position, Layth traveled frequently between Iraq, Iran and Syria.[97]

AAH in turn received financial and other types of support from Iran through IRGC-QF, as well as somewhat more indirectly through Hizballah. Illustrating the web of relationships, Ali Musa Daqduq, a senior Hizballah operative, provided training to AAH fighters. In May 2006, Daqduq travelled to Iran with Youssef Hashim, the head of Hizballah Special Operations. There, Daqduq and Hashim received guidance from Abdul Reza Shahlai, IRGC-QF's external operations director, as well as from IRGC-QF's commander Qasem Soleimani. These IRGC-QF leaders instructed Daqduq to travel in and out of Iraq to lead training and report on progress made in arming and training Shia militant groups "in mortars and rockets, manufacturing and employing IEDs, and kidnapping operations."[98] Daqduq because the chief advisor and IRGC-QF liaison for AAH leader Qais al-Khazali by June 2006.[99]

### _The Rise of Special Groups_

The splintering of JAM and the emergence of groups like AAH accelerated further after open sectarian violence took hold in Iraq. In February 2006, the Zarqawi organization, which is discussed at length in the next section of this report, bombed the Askariya Mosque in Samarra, destroying its famous golden dome. The mosque's importance to the Shia community was underscored by Iraqi vice president Adel Abdul Mahdi, who likened the attack to 9/11.[100] Some observers believe this attack dramatically reshaped the war, while others think that it was an indicator of already existing instability rather than a trigger.[101] Regardless, it is clear that the mosque attack did produce a ripple effect. Shia reprisals against Sunnis were swift and largely indiscriminate. Further, the Sunnis struck back, often with the Zarqawi organization, then known as al-Qaeda in Iraq (AQI), taking the lead. The fact that

---

[96] Peter Beaumont, "Inside Baghdad: Last Battle of a Stricken City," _Guardian_ (London), September 17, 2006; "U.S.: Iraq Failing to Tackle Death Squads," _Guardian_ (London), September 29, 2006.

[97] **PX934**, Evidentiary Document, Report of Interrogation of Qais Khazali, August 13, 2007, at 324 (emphasis added).

[98] Stephen Wicken & Kim Dudine, "Timeline: Ali Mussa Daqduq," Institute for the Study of War, November 21, 2012, https://www.understandingwar.org/backgrounder/timeline-ali-mussa-daqduq.

[99] Ibid.

[100] Ellen Knickmeyer & K. I. Ibrahim, "Bombing Shatters Mosque in Iraq," _Washington Post_, February 23, 2006.

[101] Taking the latter position is Thomas E. Ricks, _The Gamble: General David Petraeus and the American Military Adventure in Iraq, 2006–2008_ (New York: Penguin Press, 2009), p. 33 (noting that "according to the United States military's database of 'significant acts,' violence had increased at a steady pace since March 2005 and would continue to increase at about the same pace after the mosque bombing until peaking in June 2007").

PX4

AQI came to the fore of the Sunni insurgency during this period has been verified by former insurgents.[102]

One of the most perceptive studies written about Iranian policy toward Iraq during this period, and its sponsorship of Shia groups like JAM and AAH, is Joseph Felter and Brian Fishman's 2008 report *Iranian Strategy in Iraq*.[103] In their report, Felter and Fishman explain that a new group of "loosely organized" Shia militias called the "Death Squads" had surfaced, quickly becoming some of the "most feared groups in Iraq."[104] Felter and Fishman explain that "some of these groups were simply groups of young Shi'a participating in semi-organized violence against Sunnis. But some of the Death Squads had evolved out of the JAM splinter groups that began leaving the formal Sadrist movement in mid-2004."[105]

These JAM splinter groups came to be known as "Special Group Criminals" (SGCs) by U.S. commanders.[106] There are two significant aspects to this designation. First, the term SGCs is indicative of how the term *Special Groups* was employed by the U.S. government to describe splinter groups from JAM during this period. Second, it may also indicate that AAH was involved in some of the grislier aspects of the sectarian revenge killings that gripped Iraq. Indeed, Felter and Fishman write that "many of the SGCs looked to Qais Khazali, al-Sadr's former spokesman, for political guidance."[107]

Though many SGCs indeed looked to Khazali, the U.S. government and analysts began referring to a host of Shia militant groups backed by Iran as "Special Groups," and many lacked AAH's ties to the Sadrist movement.[108] This penchant for broadly describing Iran-backed Shia militias as "Special Groups" likely reflected the evolving and fluid nature of the Shia insurgency, in which it was often challenging to distinguish between an AAH operation and the operation of another Shia group. Chief among these "Special Groups" without deep ties to Muqtada al-Sadr was Kata'ib Hizballah (The Brigades of the Party of God).

**Kata'ib Hizballah** grew under the leadership of Abu Mahdi al-Muhandis (Jamal al-Ibrahimi), and according to Michael Knights of the Washington Institute for Near East Policy think tank, the group is "firmly under IRGC Qods Force control and maintains relatively good operational security."[109] After working with the Quds Force to target the U.S. and French Embassies in Kuwait in the 1980s, al-

---

[102] Ibid., p. 36.
[103] **PX212**, Joseph Felter & Brian Fishman, *Iranian Strategy in Iraq: Politics and "Other Means"* (West Point, NY: Combating Terrorism Center at West Point, 2008). At the time, Felter was an active-duty colonel and a national security affairs fellow at Stanford University's Hoover Institution, while Fishman served as the director of research at the Combating Terrorism Center at West Point and an assistant professor in the U.S. Military Academy's department of social sciences. The Combating Terrorism Center at West Point is a research institute that provides training, research, and analysis to the highest levels of government and academia. The institution serves as a nexus for academic and counterterrorism practitioner collaboration, particularly through its peer-reviewed journal, *CTC Sentinel*, and its Harmony database, which is an open-source collection of primary-source documents that provide an inside look at militant groups' inner structural dynamics.
[104] Ibid., p. 43.
[105] Ibid.
[106] Ibid., p. 44.
[107] Ibid.
[108] **PX250**, Michael Knights, "Iran's Expanding Militia Army in Iraq: The New Special Groups," *CTC Sentinel* 12:7 (August 2019), https://ctc.usma.edu/irans-expanding-militia-army-iraq-new-special-groups/.
[109] **PX251**, Michael Knights, "The Evolution of Iran's Special Groups in Iraq," *CTC Sentinel* 3:11 (November 2010), https://ctc.usma.edu/the-evolution-of-irans-special-groups-in-iraq/.

PX4

Muhandis joined the Badr Corps and fought against Saddam's regime. By 2001, he had become one of the deputy commanders of the group. Though Muhandis was elected to Iraq's parliament in 2005, within two years revelations about his role in the Kuwait embassy bombings led Muhandis to flee to Iran.[110] Muhandis formed Kata'ib Hizballah in early 2007, apparently after his escape to Iran.[111] In these early days of Kata'ib Hizballah, the group managed to use Lebanese Hizballah instructors "to prepare this group and certain Jaysh al-Mahdi Special Groups for attacks against Coalition Forces in Iraq."[112] According to Michael Knights, the group also became "a vehicle through which the IRGC Qods Force could deploy its most experienced operators and its most sensitive equipment."[113] In 2009, the U.S. State Department designated Kata'ib Hizballah as a foreign terrorist organization.[114] The State Department's designation of Kata'ib Hizballah noted the following about the group's use of IEDs, rockets, and sniper attacks to target U.S.-led forces:

> The organization has been responsible for numerous violent terrorist attacks since 2007, including improvised explosive device bombings, rocket propelled grenade attacks, and sniper operations. Kata'ib Hezbollah also targeted the International Zone in Baghdad in a November 29, 2008 rocket attack that killed two UN workers. In addition, KH has threatened the lives of Iraqi politicians and civilians that support the legitimate political process in Iraq.[115]

Another of the Special Groups, the **Sheibani Network**, likewise rose to prominence under the leadership of an ex-Badr commander, Abu Mustafa al-Sheibani. According to Qais al-Khazali, Iran dispatched Sheibani to Iraq to forge an alliance with the Sadrists in the aftermath of the U.S. invasion. Khazali stated that Sheibani "failed miserably in attracting interest from the Sadrists."[116] Nonetheless, Sheibani later led his own pro-Iran militia in Iraq that launched extensive attacks against U.S. forces. According to the U.S. Treasury Department when it sanctioned Sheibani in January 2008:

> Iran-based Abu Mustafa Al-Sheibani leads a network of Shia extremists that commit and provide logistical and material support for acts of violence that threaten the peace and stability of Iraq and the Government of Iraq. Al-Sheibani's Iran-sponsored network was created to affect the Iraqi political process in Iran's favor. The network's first objective is to fight U.S. forces, attacking convoys and killing soldiers. Its second objective is to eliminate Iraqi politicians opposed to Iran's influence. Elements of the IRGC were also sending funds and weapons to Al-Sheibani's network.
>
> Al-Sheibani's network—consisting of several hundred members—conducted IED attacks against Americans in the Baghdad region. As of March 2007, Al-Sheibani,

---

[110] James Glanz & Marc Santora, "Iraqi Lawmaker Was Convicted in 1983 Bombings in Kuwait That Killed 5," *New York Times*, February 7, 2007.

[111] **PX365**, Jeffrey Feltman & Daniel Benjamin, U.S. State Department Assistant Secretary for the Bureau of Near Eastern Affairs and Counterterrorism Coordinator, "Assessing the Strength of Hizballah," testimony before the U.S. Senate Committee on Foreign Relations, June 8, 2010, https://www.foreign.senate.gov/imo/media/doc/060810%20Feltman-Benjamin%20Testimony.pdf.

[112] Ibid.

[113] **PX251**, Knights, "The Evolution of Iran's Special Groups in Iraq."

[114] **PX22**, U.S. Department of State, Bureau of Counterterrorism, "Foreign Terrorist Organizations," accessed March 5, 2021, https://www.state.gov/foreign-terrorist-organizations/.

[115] Ibid.

[116] **PX951**, Multi-National Force – Iraq, Shi'a SDE, "Tactical Interrogation Report: Qais Hadi Said al-Khazali," May 30, 2008, p. 3, https://www.aei.org/wp-content/uploads/2018/08/Enclosure-TAB-A-Documents-for-Release-49-66.pdf.

PX4

known to transport Katyusha rockets to be used for attacks against Coalition Forces, launched rockets against Americans and made videos of the attacks to get money from Iran. As of April 2007, a member of Al-Sheibani's network supervised the transport of money and explosives from Iran for eventual arrival in Baghdad. In early May 2007, Al-Sheibani's network assisted members of a Shia militia group by transporting them to Iran for training and providing them with weapons for their activities in Iraq.

Additionally, Al-Sheibani commands several pro-Iranian insurgent groups in southern Iraq that work to destabilize Iraq and sabotage Coalition efforts. These groups use a variety of weapons, to include mortars, Katyusha rockets, and anti-tank landmines. Ordered by IRGC headquarters to create disorder, the task of these groups is to attack bases of Coalition Forces in southern Iraq, particularly British forces.[117]

During his interrogation by coalition forces after he was captured, Qais al-Khazali alleged that Sheibani's "resistance group belongs to" Ayatollah Khamenei and said that the members of Sheibani's network were "well-trained" and "specialize in attacks against CF [Coalition forces]."[118]

*JAM Becomes Promised Day Brigade*

As the Sadrist movement fractured, Muqtada al-Sadr became more deeply involved in electoral politics. Muqtada's movement became part of a political coalition with the Badr Organization, SCIRI, and the Dawa Party. This coalition won the 2005 parliamentary elections in Iraq. As sectarian violence raged in the wake of the Askariya bombing and many Sadrists joined the roving death squads, Muqtada's new role in Iraqi politics led him to distance himself from the violence, and he expelled 40 JAM commanders in October 2006. Felter and Fishman write that this move "was largely symbolic because al-Sadr could not break those commanders' ties to their cell members, or prevent them from launching attacks independently," but it nonetheless represented his "attempt to define what violence should be attributed to him."[119] Summarizing the situation, Felter and Fishman write that "Al-Sadr was walking a very fine line.  Some viewed his political participation as a betrayal, but he was still at odds with the established Shi'a political elite, who viewed his uneducated followers with disdain."[120] This context helps explain Muqtada's decision in mid-2008 to disband JAM, only to create "a small, secretive military arm to fight Coalition Forces in June" dubbed the **Promised Day Brigade**.[121]

## V.    Iranian Material Support to Shia Militias in Iraq

The State Department's Country Reports on Terrorism from 2006, 2007, 2008, and 2009—when the attacks at issue in this case occurred—all concluded that "Iran remained the most active state sponsor of terrorism."[122] Iranian support to Shia militias in Iraq featured prominently in those reports, and for

---

[117] **PX67**, U.S. Treasury Department, press release, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," January 9, 2008, https://www.treasury.gov/press-center/press-releases/pages/hp759.aspx.

[118] **PX951**, Multi-National Force – Iraq, Shi'a SDE, "Tactical Interrogation Report: Qais Hadi Said al-Khazali," May 30, 2008, p. 2, https://www.aei.org/wp-content/uploads/2018/08/Enclosure-TAB-A-Documents-for-Release-49-66.pdf.

[119] **PX212**, Felter & Fishman, *Iranian Strategy in Iraq*, p. 44.

[120] Ibid., p. 45.

[121] Bill Roggio, "Iraqi Troops Capture Mahdi Army Military Leader," *Long War Journal*, December 9, 2009, https://www.longwarjournal.org/archives/2009/12/iraqi_troops_capture_1.php.

[122] **PX202**, U.S. Department of State, *Country Reports on Terrorism* (2006), https://2009-2017.state.gov/j/ct/rls/crt/2006/82736.htm; **PX203,** U.S. Department of State, *Country Reports on Terrorism* (2007), https://2009-2017.state.gov/j/ct/rls/crt/2007/103511.htm; **PX204**, U.S. Department of State, *Country Reports on Terrorism*

PX4

good reason. Iran provided substantial material support to Shia militia groups in Iraq, including JAM, AAH, and the various Special Groups, in the form of weapons, training, financing, safe haven, and assistance in planning attacks. Iran intended for this support to help kill and injure U.S. service members and civil servants. By harming U.S. personnel, Iran aimed to further a series of foreign policy objectives, including dissuading the U.S. from invading Iran, weakening U.S. forces in Iraq, and allowing Iran to heavily influence Iraqi politics. This section details Iran's support for a constellation of anti-American Shia militia groups in Iraq.

*Iran's Proxy War against the U.S. in Iraq Takes Shape*

Iranian support for Iraqi Shia militias against coalition forces began as early as 2003. Planning for this support seemingly began in 2002, even before the U.S. invasion. One early detailed report on the contours of Iranian support for insurgent factions was written by Australian journalist Michael Ware, appearing in *Time* in August 2005, under the title "Inside Iran's Secret War for Iraq."[123] The sources for Ware's report included "documents smuggled out of Iran and dozens of interviews with U.S., British and Iraqi intelligence officials, as well as an Iranian agent, armed dissidents and Iraqi militia and political allies." Ware's reporting showed that Iranian plans to "penetrate" Iraq following the American invasion dated to September 9, 2002, when Supreme Leader Ayatollah Ali Khamenei and his war council decided to create a policy to prevent any dangers to Iran that might result from the impending U.S. regime-change operation in Iraq.[124]

Consistent with Ware's reporting, Washington Institute for Near East Policy scholar Michael Knights notes, based on his analysis of primary source documents, that the Iraqi government's pre-2003 intelligence reporting on Iran's use of proxies concluded that "the IRGC Qods Force had already anticipated the need to split its support between groups that would 'work openly' and others that would 'work secretly' in a post-invasion Iraq."[125] Though intelligence produced by Saddam's regime is notoriously questionable, Knights assesses the report in question, "Study About the Disloyal Badr Corps 9," as "well-sourced and accurate in many respects," including in anticipating Iran's dual-tracked strategy of public support for some organizations in post-Saddam Iraq (such as the Islamic Supreme Council of Iraq, the Badr Organization, and the Dawa political party) while covertly backing others.[126] This assessment from Saddam's security apparatus also aligns with the public statements and actions of high-level Iranian officials.

Indeed, Iran itself publicly broadcasted a strategy of targeting American personnel and interests in the region in response to perceived threats. IRGC Brigadier General Mohammad Zolqadr publicly warned: "If the Americans show madness and attack us, we will not defend ourselves only within our borders."[127] Iran's extensive support for Shia militia groups in Iraq was not a haphazard, post-invasion response. It was planned and approved at the highest levels of the Iranian government.

---

(2008), https://2009-2017.state.gov/j/ct/rls/crt/2008/122436.htm; **PX205**, U.S. Department of State, *Country Reports on Terrorism* (2009), https://2009-2017.state.gov/j/ct/rls/crt/2009/140889.htm.

[123] Michael Ware, "Inside Iran's Secret War for Iraq," *Time*, August 15, 2005.

[124] Ibid.

[125] **PX251**, Michael Knights, "The Evolution of Iran's Special Groups in Iraq," *CTC Sentinel* 3:11-12, November 2010. The Arabic-language report that Knights references was released by the Combating Terrorism Center at West Point, and can be found at https://ctc.usma.edu/app/uploads/2013/10/ISGQ-2005-00038283-Original.pdf.

[126] **PX251**, Knights, "The Evolution of Iran's Special Groups in Iraq."

[127] Afshon Ostovar, *Vanguard of the Imam: Religion, Politics, and Iran's Revolutionary Guards* (New York: Oxford University Press, 2016), p. 171.

PX4

As this plan came to fruition, it became clear that Iran's covert support to Shia militia groups mirrored its overt support to Shia political groups. Iran invested in and supported an array of allies in Iraq, including proxy forces. As previously discussed, Iran was already supporting the Badr Corps prior to the U.S. invasion. Though the Badr Corps was Iran's primary Iraqi surrogate before the U.S. invasion, Iran ramped up support for Muqtada al-Sadr and JAM after the war began. In the summer of 2003, shortly before Muqtada announced JAM's formation, he and three of his advisors visited Tehran.[128] During the visit, Muqtada reportedly met with Supreme Leader Ayatollah Ali Khamenei, former president Ali Akbar Hashemi Rafsanjani, and Ayatollah Mahmoud Hashemi Sharaoudi, as well as other notable figures such as Brigadier General Murtada Reza'i, head of the IRGC's intelligence service, and Brigadier General Qasem Soleimani, who commanded the IRGC's Quds Force, and whose portfolio included Iraqi affairs.[129] According to a former IRGC brigadier general who went by the pseudonym "Haj Reza" when he spoke to the London-based Arabic-language daily newspaper *Al-Sharq al-Awsat* in 2008, Iran began training large numbers of JAM fighters after this meeting in 2003. Reza explains: "Iran received the al-Mahdi army personnel in the hundreds. They came to Iran in groups, with each group consisting of 50-100 youths mostly from al-Najaf, al-Sadr City, and Basra, through unmonitored areas on the border."[130]

JAM proved to be a useful mechanism for disrupting the U.S.'s efforts in Iraq. But Iran was also wary of Muqtada. His popular support coupled with his unpredictability made him a risky investment. Iran thus sought to acquire other, more reliable Iraq-based allies. The emergence of Qais al-Khazali and AAH as a force that could act independently of Muqtada provided Iran with another investment opportunity. Khazali and AAH presented Iran "the ability to disrupt Iraq with fewer political complications."[131] Iran thus began supporting AAH in 2004, in addition to Muqtada and JAM.[132] AAH quickly established itself as one of the largest and most capable of the Special Groups.

When the Badr Corps rebranded itself as the Badr Organization in 2003 and entered Iraqi politics, "Iran encouraged extremists to splinter off and form their own militant groups," mirroring tactics that it would employ repeatedly in the Iraq theater.[133] Two such Iranian-backed Badr offshoots were the previously discussed Sheibani Network, led by Abu Mustafa al-Sheibani, and Kata'ib Hizballah, led by Abu Mahdi al-Muhandis.

### *Iran's Direct and Indirect Support for Shia Militant Groups*

Iran's support for JAM and the Special Groups took place both through direct arms of the Iranian state like the Quds Force and MOIS, and also by non-state proxies like Lebanese Hizballah. But whether direct or indirect, Iran was deeply involved in providing this material support. A highly detailed U.S. Army report sets out the extent of this Quds Force activity in Iraq:

---

[128] Michael R. Gordon & Bernard E. Trainor, *The Endgame: The Inside Struggle for Iraq, From George W. Bush to Barack Obama* (New York: Pantheon Books, 2012), p. 101.

[129] **PX670**, Kimberly Kagan, "Iran's Proxy War Against the United States and the Iraqi Government," *Iraq Report*, May 2006-August 20, 2007; **PX614**, Ali Nuri Zadah, "Iranian Source: Revolution Guard Trains 1,000 Muqtada al-Sadr Supporters on Guerilla Warfare, Explosions [Arabic]," *Al-Sharq al-Awsat* (London), April 9, 2004.

[130] **PX613**, Ali Nuri Zadah, "Former Iranian General Talks About Hizballah's Training of Iraqis in Iran Camps [Arabic]," *Al-Sharq al-Awsat* (London), May 8, 2008.

[131] **PX212**, Felter & Fishman, *Iranian Strategy in Iraq*, p. 35.

[132] **PX963**, U.S. Department of State, Bureau of Near Eastern Affairs, "Iraq Weekly Status Report," July 4, 2007, slide 6, https://2001-2009.state.gov/documents/organization/88160.pdf.

[133] Matthew Levitt & Phillip Smyth, "Kataib al-Imam Ali: Portrait of an Iraqi Shiite Militant Group Fighting ISIS," Washington Institute for Near East Policy, January 5, 2015.

PX4

> The Quds Force and its Iraqi surrogates were the primary instruments employed by the Iranian regime to wage a proxy war against the United States at minimal cost…. The politically influential [Major General Qassem] Soleimani [who commanded IRGC-QF] reported directly to Iran's supreme leader and oversaw a carefully organized and sustained cross-border operation. His subordinate Ramazan Corps managed the effort in Iraq, with three subcommands responsible for the northern, central, and southern sectors, respectively. Two to three regional offices operated out of each sector. Hundreds of agents were involved, not least Iranian ambassador to Iraq Hassan Kazemi Ghomi, who served as an undercover Quds Force officer. The consulate in Basrah functioned as a similar hub of covert activity for Soleimani.[134]

Bill Roggio of the *Long War Journal* provides additional detail on the Ramazan Corps:

> The Ramazan Corps is based out of the Ramazan Command Center in Tehran, but information obtained by *The Long War Journal* indicates significant elements have forward deployed to Mehran on the border [with Iraq] to coordinate activities.

> The Ramazan Corps is split into three separate commands – Nasr, Zafar, and Fajr….

> *The Long War Journal* confirmed this information with a spokesman at Multinational Forces Iraq, which was hesitant to provide additional information on the Ramazan Corps. "At this particular time MNF-I is only prepared to confirm the names of the three commands that are subordinate to Ramazan Corps and that [Mahmudi] Farhadi is the Commander of the Zafar Command," said Lieutenant Commander Kevin S. Anderson.

> The Nasr Command is based in Marivan in the Iranian north and deals with operations in the Kurdish regions and portions of Diyala province [in Iraq]. The Zafar Command is based in Mehran in central Iran, and deals with operations in central Iraq, including Baghdad, Najaf, Karbala, Babil, Wasit, and portions of Diyala province.

> The Fajr Command is based in Ahvaz in the south, although information obtained by *The Long War Journal* indicated command elements have moved forward to bases in Khorramshahr and Shalamcheh to direct operations. The Fajr Command directs operations in Basrah, Dhi Qhar, Maysan, and Muthanna [in Iraq].

> Inside Iraq, the city of Amarah in Maysan province serves as a Qods Force / Ramazan Corps command and control center as well as one of the major distribution points for weapons in southern Iraq.[135]

While the Quds Force and Iranian intelligence had a heavy hand in Iran's proxy war in Iraq, Iran also made use of Lebanese Hizballah in the Iraq theater for several reasons. First, Hizballah has extensive experience with guerilla, insurgent, and general paramilitary activities. Indeed, the instruction that

---

[134] **PX242**, Joel Rayburn et al., *The U.S. Army in the Iraq War: Volume 2 – Surge and Withdrawal* (Carlisle, Pa.: U.S. Army War College Press, 2019), p. 66.
[135] Bill Roggio, "Iran's Ramazan Corps and the Ratlines into Iraq," *Long War Journal*, December 5, 2007.

PX4

Hizballah provided to Iraqi insurgents included classroom-style lessons about past operations carried out in Lebanon, along with other matters intimately related to Hizballah's militant experience.[136] Second, using Hizballah gave Iran some degree of deniability about the depth of its involvement in insurgent activities. Third, Hizballah trainers helped to negotiate the tricky cultural divide between Persian Iran and Arab Iraq. Basic differences, such as Iranians' unfamiliarity with Arabic and their perceived lack of respect for Iraqis, divided Iranians and Iraqis, and made Lebanese Hizballah more palatable to many Iraqi insurgents.[137]

*Iranian Provision of Weapons to Shia Militias*

Iran's efforts to arm Shia militias constituted perhaps Iran's most lethal and most visible form of support. Though Iran provided these militias with a range of weapons, Iran's decision to supply them with sophisticated explosives made the militias significantly more lethal. According to U.S. government reports and press reports, Iran's arming of these militias began soon after the U.S. invasion and continued through the period when the attacks at issue occurred.

By 2004, U.S. intelligence reports showed that Iranian agents were responsible for smuggling "weapons and ammunition across the border into Iraq," then distributing "them 'to individuals who wanted to attack coalition forces.'"[138] The U.S. government validated these claims at the highest levels. In August 2005, U.S. Defense Secretary Donald Rumsfeld stated, "It is true that weapons clearly, unambiguously, from Iran have been found in Iraq."[139] The British government also validated these claims at the highest levels. In October 2005, British Prime Minister Tony Blair stated that both "Iranian elements" and also Lebanese Hizballah (which was acting on Iran's behalf) had supplied explosives to JAM that were used to kill British soldiers.[140]

Michael Ware's reporting in *Time* provides further details on this system. A British officer who spoke to Ware explained that the Iranians made particular use of the porous southern border between Iran and Iraq, where they would "use the legal check points to move personnel, and the weapons travel through the marshes and areas to our north."[141] A detained insurgent further described this process when interrogated by U.S. forces:

---

[136] **PX953**, Redacted Intelligence Report 001, Spring 2007-Early 2008, https://ctc.westpoint.edu/wp-content/uploads/2013/10/Redacted-Intelligence-Report-001-Summary.pdf. Another matter about which Hizballah provided instruction was tradecraft and intelligence reconnaissance oriented specifically toward coalition forces. **PX958**, Redacted Intelligence Report 020, Spring 2007-Early 2008, https://ctc.usma.edu/wp-content/uploads/2013/10/Redacted-Intelligence-Report-020-Summary.pdf. Hizballah led weapons-specialization instruction on improvised explosive devices. **PX956**, Redacted Intelligence Report 011, Spring 2007-Early 2008, https://ctc.westpoint.edu/wp-content/uploads/2013/10/Redacted-Intelligence-Report-011-Summary.pdf. Other weapons-specialization instruction focused on anti-tank missiles and sniper rifles. **PX958**, Redacted Intelligence Report 020, Spring 2007-Early 2008, https://ctc.usma.edu/wp-content/uploads/2013/10/Redacted-Intelligence-Report-020-Summary.pdf.

[137] See **PX957**, for example, Redacted Interrogation Report 012, Spring 2007-Early 2008, https://ctc.usma.edu/wp-content/uploads/2013/10/Redacted-Intelligence-Report-012-Summary1.pdf. The detainee interviewed for this report claimed: "Iraqi SG trainees do not like their Iranian trainers. The Iranians do not show the SG trainees any respect and feel they are better than the SG trainees. The SG trainees like and respect the Lebanese Hizbollah trainers because the Lebanese trainers speak Arabic and treat the SG trainees with respect. The Iranian trainers and the SG trainees did not get along during the SG training."

[138] Pound, "The Iran Connection."

[139] Adam Brookes, "Iranian Weapons 'Found in Iraq,'" BBC, August 9, 2005.

[140] "Blair Warns Iran Over Iraq Bombs," BBC, October 6, 2005.

[141] Ware, "Inside Iran's Secret War for Iraq."

29

**PX4**

This area [marshes in the vicinity of Qalat Salih] is used heavily by small boats carrying weapons from IR [Iran]. The boat handlers most likely use the same drivers each trip and make arrangements prior to leaving IR [Iran]. Drugs and contraband are smuggled into IZ [Iraq] by the same



*Map from a U.S. intelligence report detailing Iranian movement of weapons through the marshes near Qalat Salih, Iraq. (Source: Multi-National Force – Iraq)*

routes…. The boats carrying weapons are covered with reeds and are easily hidden. The boats can be unloaded anywhere along the shoreline, and the weapons are placed in the beds of pickup trucks, which are then covered with bundles of reeds.[142]

Other detainee interrogation reports frequently referenced these marshy areas in southeastern Iraq when explaining how weapons and other material assistance were moved from Iran into Iraq.

Sanctions designations by the U.S. Department of the Treasury pinpointed key individuals supporting Iran's efforts to arm Shia militants attacking Americans in Iraq. In 2008, the U.S. Department of the Treasury imposed sanctions against several individuals connected to Iran who provided weapons to Shia militias in Iraq. For example, it sanctioned Gen. Foruzandeh of the IRGC-QF, who provided training for Iraqi militias focusing on "guerilla warfare, light arms, marksmanship, planting improvised explosive devices, and firing anti-aircraft missiles," and was known to transport weapons into Iraq for suicide bombings.[143]

Notable weapons that Iran provided to Iraqi Shia militant groups included rockets, mortars, rocket propelled grenades, and improvised explosive devices (IEDs). For instance, Shia militant groups, such as JAM and the Special Groups, used 107mm and 240mm rockets provided by Iran that enabled their fighters to conduct indirect fire attacks on Coalition and Iraqi bases.[144] Iran also provided Shia militant groups with improvised rocket-assisted munitions (IRAMs). The U.S. Department of Defense's Joint Improvised Explosive Device Defeat Organization (JIEDDO) has noted that the IRAM was "the

---

[142] **PX959**, Redacted Interrogation Report 027, Spring 2007-Early 2008, https://ctc.usma.edu/wp-content/uploads/2013/10/Redacted-Intelligence-Report-027-Summary.pdf.

[143] **PX67**, U.S. Department of the Treasury, press release, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," January 9, 2008, https://www.treasury.gov/press-center/press-releases/pages/hp759.aspx.

[144] **PX678**, Marisa Cochrane, "Special Groups Regenerate," Institute for Study of War, August 29, 2008, p. 4. One example of an attack with these weapons occurred in March 2008, when JAM fighters carried out an indirect fire attack on Baghdad's Green Zone with these rockets to break down "Iraqi security forces positions throughout Baghdad." David E. Johnson, M. Wade Markel & Brian Shannon, *The 2008 Battle of Sadr City: Reimagining Urban Combat* (Santa Monica, CA: The RAND Corporation, 2013), p. 1. The *New York Times* described this attack as "one of the fiercest and most sustained attacks on the area in the last year." Erica Goode, "13 Iraqis Killed by Shells Fired at the Green Zone," *The New York Times*, March 24, 2008.

PX4

signature weapon used by Iranian-backed militias that operate with the aid of" the IRGC, and that the IRAM was first used against U.S. forces around November 2007, primarily in Baghdad and other Shia-dominated areas of southern Iraq.[145] JIEDDO provided the following description of IRAMs:

> IRAM is a rocket-fired improvised explosive device made from a large metal canister — such as a propane gas tank — filled with explosives, scrap metal and ball bearings and propelled by rockets. It is essentially an airborne version of a roadside bomb — a flying IED. Historically, most IRAMs are propelled by 107 mm rockets and launched from fixed or mobile sites by remote control. It is typically launched in an arched trajectory, similar to the conventional mortar. IRAMs are designed to cause catastrophic damage and inflict mass casualties.[146]

These weapons were quite sophisticated. One particular weapon provided by Iran to Shia militias in Iraq merits additional attention given its devastating impact on U.S. personnel in Iraq, including numerous individuals killed or harmed in the attacks at issue in this case.

*Iranian Provision of Explosively Formed Penetrators (EFPs)*

Some press accounts differ with respect to precisely when Iran introduced the EFP to Iraq's battlefield.[147] However, it is clear that at some point between 2004 and early 2005, "the Quds Force began flooding Iraq with lethal roadside bombs that the Americans referred to as E.F.P.s."[148] Typically, an EFP consists of a pipe or tube packed with explosives, a detonator, and a concave copper disk as a cap.[149] After the device is triggered, the copper disk forms a projectile, as shown below, that can move over one thousand meters per second and penetrate armored vehicles.[150]



(Source: *New York Times*)[151]

In 2013, Dexter Filkins described the EFPs' origins and impact:

---

[145] "JIEDO IED Profile: Improvised Rocket-Assisted Munitions (IRAM)," Joint Improvised Explosive Device Defeat Organization (JIEDO), accessed April 14, 2022, https://admin.govexec.com/media/gbc/docs/pdfs_edit/jieddo_ied_tri-fold_v3sm.pdf.

[146] Ibid.

[147] **PX634**, Cf. Dexter Filkins, "The Shadow Commander," *The New Yorker*, September 23, 2013, https://www.newyorker.com/magazine/2013/09/30/the-shadow-commander; Sean Naylor, *Relentless Strike: The Secret History of Joint Special Operations Command* (New York: St. Martin's Griffith, 2015), p. 297.

[148] **PX634**, Filkins, "The Shadow Commander."

[149] Noah Shachtman, "Superbombs 101," *Wired*, March 6, 2007, https://www.wired.com/2007/03/efp-101-the-sup/.

[150] Ibid.

[151] "Explosively Formed Penetrators," *The New York Times*, March 27, 2007.

31

PX4

The E.F.P.s, which fire a molten copper slug able to penetrate armor, began to wreak havoc on American troops, accounting for nearly twenty per cent of combat deaths. E.F.P.s could be made only by skilled technicians, and they were often triggered by sophisticated motion sensors. "There was zero question where they were coming from," General Stanley McChrystal, who at the time was the head of the Joint Special Operations Command, told me. "We knew where all the factories were in Iran. The E.F.P.s killed hundreds of Americans."[152]

Gen. McChrystal's assessment represented the consensus view of the U.S. government. The State Department's 2006 Country Reports on Terrorism noted that "Iranian government forces have been responsible for at least some of the increasing lethality of anti-Coalition attacks by providing Shia militants with the capability to build IEDs with explosively formed projectiles similar to those developed by Iran and Lebanese Hizballah. The Iranian Revolutionary Guard was linked to armor-piercing explosives that resulted in the deaths of Coalition Forces."[153]

The State Department's subsequent reports from 2007, 2008, and 2009—covering the period at issue—reiterated this assessment.[154] In a September 2007 report to Congress on the situation in Iraq, Gen. David Petraeus—who was at the time the commander of Multi-National Force – Iraq—validated this reporting about Iran's extensive provision of support to Shia insurgents. Gen. Petraeus explained:

> In the past six months we have also targeted Shia militia extremists, capturing a number of senior leaders and fighters, as well as the deputy commander of Lebanese Hizballah Department 2800, the organization created to support the training, arming, funding, and, in some cases, direction of the militia extremists by the Iranian … Qods Force. These elements have assassinated and kidnapped Iraqi governmental leaders, killed and wounded our soldiers with advanced explosive devices provided by Iran, and indiscriminately rocketed civilians in the International Zone and elsewhere. It is increasingly apparent to both Coalition and Iraqi leaders that Iran, through the use of the Qods Force, seeks to turn the Iraqi Special Groups into a Hezbollah-like force to serve its interests and fight a proxy war against the Iraqi state and coalition forces in Iraq.[155]

In a press conference the following day, Gen. Petraeus provided his assessment that, without Iranian support, the "sophistication of attacks" in Iraq would not have been possible. He further attributed the presence of certain weapons in Iraq, particularly EFPs, to Iran, stating that "there's no question where they come from."[156]

---

[152] **PX634**, Filkins, "The Shadow Commander."

[153] **PX202**, U.S. Department of State, *Country Reports on Terrorism* (2006).

[154] **PX203**, U.S. Department of State, *Country Reports on Terrorism* (2007), https://2009-2017.state.gov/j/ct/rls/crt/2007/103711.htm; **PX204**, U.S. Department of State, *Country Reports on Terrorism* (2008), https://2009-2017.state.gov/j/ct/rls/crt/2008/122436.htm; **PX205**, U.S. Department of State, *Country Reports on Terrorism* (2009), https://2009-2017.state.gov/j/ct/rls/crt/2009/140889.htm.

[155] **PX347**, Gen. David H. Petraeus, "Report to Congress on the Situation in Iraq," testimony before Congress, September 12, 2007 (emphasis added).

[156] **PX358**, Press Conference with General David Petraeus, Commander, Multi-National Force – Iraq, and Ryan Crocker, U.S. Ambassador to Iraq, Washington, D.C., September 12, 2007.

PX4

Iran developed a sophisticated transport network to supply these weapons to militants in Iraq. According to a U.S. Army study of the Iraq war, "Amarah was a major crossroads from which EFPs were funneled south to Basrah or north through Kut—another critical hub—and Numaniyah, Suwayrah, and eventually Baghdad."[157] Another "ratline" transported EFPs from al-Amarah west to Diwaniyah and then Najaf before reaching Karbala and finally Baghdad.[158] Further north, smugglers brought weapons into Iraq through the border between Mehran, Iran and Zurbatiya, Iraq.[159] Khanaqin in Diyala Province was another important northern smuggling point from which weapons were transported south.[160] Analyst Bill Roggio writes that weapons from Iran were first moved to hubs in Badrah, Kut, al-Amarah, Qurnah, and Basra.[161] From there, weapons were transported to Hillah, Diwaniyah, Al Fajr, Samawah, and Nasiriyah.[162]

The impact of these activities was significant and highly lethal. Iran provided EFPs to Shia militias on an industrial scale in addition to training militia members to build them. Numbers from the Brookings Institution indicate that between December 2006 and November 2008, there were around 541 EFP attacks against American troops.[163] Dr. Michael Knights concluded in a report for the Washington Institute for Near East Policy that from November 2005 to December 2011, "1,526 EFPs killed a total of 196 U.S. troops."[164] Zooming beyond EFPs to all weapons provided by Iran, the U.S. Defense Intelligence Agency concluded that, "using Iranian-provided weapons, these [Shia militia] groups were responsible for at least 603 U.S. personnel killed in Iraq between 2003 and 2011."[165]

These facts, coupled with relevant expert conclusions, led a court in this District to conclude in January 2021 that "Iran, through the IRGC and/or Hezbollah, furnished EFPs or the components thereof, facilitated training of Shi'a militia groups, and supported their effective deployment of EFPs in the Iraqi theater. And … these Iranian-backed EFPs were specifically designed to inflict maximum and lethal damage to U.S. military vehicles and service members. Moreover, the record evidence also demonstrates that **Iranian expertise was necessary for the sophisticated manufacturing and deployment of EFPs**."[166] The court's conclusion aligns with my own assessment of the available evidence regarding Iranian support to Shia militias related to EFPs.

Though Iran also provided material support to the Zarqawi organization, the best available evidence indicates that only Shia militias were provided support sufficient to produce and successfully deploy the sophisticated version of EFPs consistently. The *Washington Post* noted that "EFPs were among the most lethal weapons faced by U.S. forces before a troop withdrawal in 2011. The devices were

---

[157] **PX242**, Joel D. Rayburn et al., *The U.S. Army in the Iraq War: Volume 2 – Surge and Withdrawal* (Carlisle, PA: U.S. Army War College Press, 2019), p. 65.

[158] Ibid.

[159] **PX643**, Frederick W. Kagan, Kimberly Kagan & Danielle Pletka, *Iranian Influence in the Levant, Iraq, and Afghanistan* (Washington, D.C.: American Enterprise Institute, 2008), p. 26.

[160] **PX242**, Rayburn et al., *The U.S. Army in the Iraq War: Volume 2*, pp. 65-66.

[161] Bill Roggio, "Iran's Ramazan Corps and the Ratlines to Iraq," *Long War Journal*, December 5, 2007.

[162] Ibid.

[163] Michael E. O'Hanlon & Jason H. Campbell, *Iraq Index: Tracking Variables of Reconstruction and Security in Post-Saddam Iraq* (Washington, D.C.: The Brookings Institution, 2009), p. 26.

[164] **PX685**, Michael Knights, "Iranian EFPs in the Gulf: An Emerging Strategic Risk," Washington Institute for Near East Policy, February 23, 2016, https://www.washingtoninstitute.org/policy-analysis/iranian-efps-gulf-emerging-strategic-risk.

[165] **PX260**, U.S. Defense Intelligence Agency, *Iran Military Power* (August 2019), p. 9, https://www.dia.mil/Portals/27/Documents/News/Military%20Power%20Publications/Iran_Military_Power_LR.pdf.

[166] Memorandum Opinion, *Karcher v. Islamic Republic of Iran*, civil action no. 16-232 (CKK) (D.D.C., January 14, 2021), https://casetext.com/case/karcher-v-islamic-republic-of-iran-2.

PX4

considered a hallmark of the Iranian-backed Shiite militias battling the U.S. occupation after the toppling of Saddam Hussein."[167] Jason Litowitz, an IED analyst for the U.S. Marine Corps Intelligence Activity, wrote that, in contrast to Iran's support to Sunni insurgents, "the state sponsorship provided by the IRGC to the Iraqi Shia in both IED construction materials and training, showed a definable difference in the sophistication and overall lethality of their IEDs."[168] Illustrating this difference, Sunni insurgents, including the Zarqawi organization, eventually began making their own homemade versions of the device. Reuters reported that, in 2007, the U.S. military discovered that Sunni insurgents had begun making "crude home-made knock-offs of the Iranian EFPs."[169] American officials attributed these new and cruder EFPs to "either al Qaeda in Iraq or the Islamic State in Iraq, related networks of Sunni Islamist militants who have recently come under fire from a joint U.S.-Iraqi counterinsurgency operation."[170] Army Gen. Mark Hertling, the U.S. commander in northern Iraq, stressed these EFPs were "very poorly formed.… They're locally made, certainly not imported."[171] As is the case for all IEDs, EFPs can be understood as having "signatures": the quality and sophistication of the EFP, among other factors, can reveal the device's origin. The Zarqawi organization's EFP operations lagged behind those of Shia militias, which benefited from Iranian material support in this regard.

The increasing lethality of Shia militias bears a causal connection to the expert knowledge, training, and assistance that Iran provided these groups in constructing and employing EFPs and other sophisticated weapons. The U.S. State Department's 2006 *Country Reports on Terrorism* highlighted Iran and Hizballah's provision of expert knowledge and assistance on EFPs and other lethal capabilities to Shia militants. The report stated:

> Iran provided guidance and training to select Iraqi Shia political groups, and weapons and training to Shia militant groups to enable anti-Coalition attacks. Iranian government forces have been responsible for at least some of the increasing lethality of anti-Coalition attacks by providing Shia militants with the capability to build IEDs with explosively formed projectiles similar to those developed by Iran and Lebanese Hezbollah. The Iranian Revolutionary Guard was linked to armor-piercing explosives that resulted in the deaths of Coalition Forces. The Revolutionary Guard, along with Lebanese Hezbollah, implemented training programs for Iraqi militants in the construction and use of sophisticated IED technology. These individuals then passed on this training to additional militants in Iraq.[172]

Iranian material support in sharing expert knowledge of these destructive capabilities created a high risk that it would spread like wildfire among militant groups. The initial beneficiaries were often motivated to transfer what they had learned to other Iraqi insurgent groups in order to do further damage to U.S. and Coalition efforts.

---

[167] Kareem Fahim, "Lethal Roadside Bomb that Killed Scores of U.S. Troops Reappears in Iraq," *The Washington Post,* October 12, 2017.

[168] **PX240**, Jason Litowitz, *The Infernal Machine: The Use of Improvised Explosive Devices (IEDs) against U.S. Forces* (Quantico, VA: U.S. Marine Corps Command Staff and College, 2011), p. 18.

[169] **PX633**, David Morgan, "Iraqi Sunni Insurgents Turn to Armor-Piercing Bombs," Reuters, February 7, 2008.

[170] Ibid.

[171] Ibid.

[172] **PX202**, Office of the Coordinator for Counterterrorism, U.S. Department of State, *Country Reports on Terrorism – 2006*, April 30, 2007.

PX4

*Iranian Training of Iraqi Shia Militias*

According to intelligence reports, open-source reporting, and official U.S. government statements, the IRGC operated a robust training program for Iraqi Shia militias inside Iran's borders. JAM, the Special Groups, and the Badr Organization (which had long trained with Iranian forces) were beneficiaries of this program.

In the aforementioned 2008 interview with *Al-Sharq al-Awsat*, former IRGC brigadier general "Haj Reza" identified the location of four training camps in Iran that had been used to train Iraqi Shia militants: in Ahvaz, Elam, Qom, and Tehran.[173] His information is consistent with the U.S. government's conclusions. When U.S. Brigadier General Kevin Bergner held a press briefing on July 2, 2007, representing the official views of the U.S. Government as the spokesman for Multi-National Force – Iraq, he stated that "Iraqi Special Groups are trained in one of three training camps inside Iran" that "are operated by the Qods Force Department of External Special Operations." In response to questions from reporters, Bergner elaborated that the training camps "were not too far from Tehran" and that attendees included members of JAM and other militias.[174] The proximity of the camps to Iran's capital support the conclusion that this training was a matter of official Iranian state policy.

Backed by the IRGC, Lebanese Hizballah also operated training camps in Lebanon and Iran to provide rigorous operational training to Iraqi Shia groups. These Hizballah camps helped Shia militants build skills in "weapons, bomb-making, intelligence, assassinations, and the [gamut] of skill sets."[175] In November 2006, Gen. Michael Maples, then director of the Defense Intelligence Agency, stated the Iranian government has "been a link to Lebanese Hezbollah and have helped facilitate Hezbollah training inside of Iraq, but more importantly Jaysh al-Mahdi members going to Lebanon."[176]

Gen. Bergner provided additional details about the nature of the training:

> In 2005, [Ali Mussa Daqduq al-Musawi, a prominent member of Lebanese Hizballah] was directed by senior Lebanese Hizballah leadership to go to Iran and work with the Quds Force to train Iraqi extremists. In May of 2006, he traveled to Tehran with … a fellow Lebanese Hizballah and head of their operations in Iraq. There they met with the commander and the deputy commander of the Iranian Quds Force special external operations. [Daqduq] was directed by Iranian Quds Force to make trips in and out of Iraq and report on the training and operations of the Iraqi Special Groups. In the year prior to his capture, Ali Musa Daqduq made four such trips to Iraq. He monitored and reported on the training and arming of Special Groups in mortars and rockets, manufacturing and employment of improvised explosive devices, and kidnapping operations. Most significantly, he was tasked to organize the Special Groups in ways that mirrored how Hizballah was organized in Lebanon. He also helped Quds Force in training Iraqis inside Iran. Quds Force, along with Hizballah instructors, train approximately 20 to 60 Iraqis at a time, sending them back to Iraq organized into these

---

[173] **PX613**, Ali Nuri Zadah, "Former Iranian General Talks About Hizballah's Training of Iraqis in Iran Camps [Arabic]," *Al-Sharq al-Awsat* (London), May 8, 2008.

[174] **PX356**, Multi-National Force – Iraq, "Press Briefing with Brig. Gen. Kevin Bergner," July 2, 2007.

[175] Michel R. Gordon & Dexter Filkins, "Some Mahdi Army Fighters Trained with Hezbollah," *The New York Times,* November 28, 2006.

[176] Ibid.

PX4

> Special Groups. They are being taught how to use EFPs, mortars, rockets, as well as intelligence, sniper and kidnapping operations. In addition to training, the Quds Force also supplies the Special Groups with weapons and funding of $750,000 to $3 million U.S. dollars a month. **Without this support, these Special Groups would be hard pressed to conduct their operations in Iraq.**[177]

The U.S. Department of State and Department of the Treasury have also confirmed that Iran provided training to JAM and Special Groups. The State Department's Country Reports on Terrorism from the period when the attacks at issue occurred—2006 through 2009—consistently mentioned Iranian training of Shia militias.[178] For example, the 2007 report concludes that:

> Iranian authorities continued to provide lethal support, including weapons, training, funding, and guidance, to some Iraqi militant groups that target Coalition and Iraqi security forces and Iraqi civilians.… The Qods Force, in concert with Lebanese Hizballah, provided training outside Iraq for Iraqi militants in the construction and use of sophisticated IED technology and other advanced weaponry. These individuals then passed on this training to additional militants inside Iraq, a "train-the-trainer" program. In addition, the Qods Force and Hizballah have also provided training inside Iraq.[179]

Through its sanctions designations, the U.S. Department of the Treasury also identified elements of the Iranian government providing training and some of the Shia militias receiving this training. While sanctioning the IRGC-QF for supporting terrorism, Treasury concluded that "the Qods Force provides lethal support in the form of weapons, training, funding, and guidance to select groups of Iraqi Shi'a militants who target and kill Coalition and Iraqi forces and innocent Iraqi civilians."[180] Within the IRGC-QF, "Iran-based Ahmed Foruzandeh, a Brigadier General in the IRGC-QF, [is] responsible for planning training courses in Iran for Iraqi militias, including Sayyid al-Shuhada and Iraqi Hizballah [also known as Kata'ib Hizballah], to increase their ability to combat Coalition Forces. The training includes courses in guerilla warfare, light arms, marksmanship, planting improvised explosive devices (IEDs), and firing anti-aircraft missiles."[181]

The Treasury Department also indicated that Lebanese Hizballah played a role in supporting Kata'ib Hizballah, stating that "as of 2008, Kata'ib Hizballah was funded by the IRGC-Qods Force and received weapons training and support from Lebanon-based Hizballah. In one instance, Hizballah

---

[177] **PX356**, Gen. Kevin Bergner, press conference, July 2, 2007 (emphasis added).

[178] **PX202**, U.S. Department of State, *Country Reports on Terrorism* (2006) ("Iran provided … weapons and training to Shia militant groups to enable anti-Coalition attacks"); **PX203**, U.S. Department of State, *Country Reports on Terrorism* (2007); **PX204**, U.S. Department of State, *Country Reports on Terrorism* (2008) ("Iranian authorities continued to provide lethal support, including weapons, training, funding, and guidance, to Iraqi militant groups that targeted Coalition and Iraqi forces and killed innocent Iraqi civilians…. The Qods Force, in concert with Lebanese Hizballah, provided training both inside and outside of Iraq for Iraqi militants in the construction and use of sophisticated IED technology and other advanced weaponry"); **PX205**, U.S. Department of State, *Country Reports on Terrorism* (2009) (reaching same conclusion as the previous year's report).

[179] **PX203**, U.S. Department of State, *Country Reports on Terrorism* (2007).

[180] **PX36**, U.S. Department of the Treasury, "Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism," October 25, 2007, https://www.treasury.gov/press-center/press-releases/Pages/hp644.aspx.

[181] **PX67**, U.S. Department of the Treasury, press release, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," January 9, 2008, https://www.treasury.gov/press-center/press-releases/pages/hp759.aspx.

PX4

provided training—to include building and planting IEDs and training in coordinating small and medium arms attacks, sniper attacks, mortar attacks, and rocket attacks—to Kata'ib Hizballah members in Iran."[182]

The U.S. Treasury Department's designation of Lebanese Hizballah's Ali Mussa Daqduq in 2012 further clarifies Iranian support for AAH. The designation explains that "in approximately 2005, Iran asked Hizballah to form a group to train Iraqis to fight Coalition forces in Iraq. In response, Hassan Nasrallah established a covert Hizballah unit to train and advise Iraqi militants in Jaysh al-Mahdi (JAM) and JAM Special Groups, now known as Asa'ib Ahl al-Haq."[183] The referenced Hizballah unit would have a significant impact on those Iraqi Shia militias. In November 2006, *The New York Times* reported on U.S. officials' conclusions that Lebanese Hizballah operatives had entered Iraq to train insurgents, and that some Iraqi insurgents had even gone to Lebanon for training. One official told the newspaper that "1,000 to 2,000 fighters from the Mahdi Army and other Shiite militias had been trained by Hizballah in Lebanon."[184]

Interrogation reports of interviews with captured Iraqi militants from 2007 to 2008 that were made public through West Point's Combating Terrorism Center further reveal systematic and organized pre-training travel procedures into Iran. I have reviewed these documents and cite to Felter and Fishman's conclusions when I believe them to be accurate synopses. Felter and Fishman report that "captured Iraqi militants in 2007 and 2008 recount taking numerous routes from their homes in Iraq to Iran.… Iraqis bound for Iran often converge in Amara and stay at designated JAM and SGC [Special Groups] safe houses where they are introduced to the other traveling militants and the guides will take them across the border."[185]

In one interrogation report, a militant described his experience crossing the border into Iran. He said that the car he was riding "took him through a nearby Iranian Army checkpoint where it was waived through by Iranian soldiers when they appeared to recognize the driver—no identity documents were examined."[186] Once militants successfully entered Iran through an organized facilitation network, they were inducted into a robust Iranian training program. Publicly available U.S. intelligence reports based on interviews of detainees who went through this program provide insight into the depth of Iran's efforts. Iran's program was both comprehensive and strategic, providing extensive support and training at every level for the militant organizations that received assistance, from foot soldier to leadership.

According to "Haj Reza" in his interview with *Al-Sharq al-Awsat*, at the outset of supporting proxy forces against the U.S., Iran provided only "rudimentary instruction for JAM-style militants." But by 2007, Iran was engaged in "high level training" of fighters associated with JAM and its splinter groups.[187] Based on the accounts provided by captured Iraqi militants, Felter and Fishman categorized

---

[182] **PX66**, U.S. Department of the Treasury, press release, "Treasury Designates Individual, Entity Posing Threat to Stability in Iraq," July 2, 2009, https://www.treasury.gov/press-center/press-releases/Pages/tg195.aspx.

[183] **PX40**, U.S. Department of the Treasury, "Treasury Designates Hizballah Commander Responsible for American Deaths in Iraq," November 19, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1775.aspx.

[184] **PX684**, Michael Gordon & Dexter Filkins, "Hezbollah Said to Help Shiite Army in Iraq," *New York Times*, November 28, 2006, http://www.nytimes.com/2006/11/28/world/middleeast/28military.html.

[185] **PX212**, Felter & Fishman, *Iranian Strategy in Iraq*, p. 57.

[186] **PX954**, Redacted Interrogation Report 003, Spring 2007-Early 2008, https://ctc.westpoint.edu/wp-content/uploads/2013/10/Redacted-Intelligence-Report-003-Summary.pdf.

[187] **PX613**, Zadah, "Former Iranian General Talks About Hizballah's Training of Iraqis."

PX4

Iran's "extensive list of paramilitary training courses" into three broad categories: a basic paramilitary skills and weapons course, an advanced paramilitary training course, and a master-trainer course. The authors describe all three:

*Basic Paramilitary Skills and Weapons Course*
The basic weapons course is a basic training regimen that stresses weapons familiarization and employment for newly recruited militants. Iraqi militants that attended this training claim it lasts approximately 20 days and includes introductory training on mortars and IEDs in addition to firearms.

*Advanced Paramilitary Training Courses*
Iraqi militants returning to Iran for advanced training describe the topics covered in this training with reasonable consistency. The emphasis is on conducting advanced operations and tactics, and is more intensive than the basic military training class. These courses seem to be designed for individuals assuming leadership positions within Special Group Criminals. The training's purpose appears to be in developing militant leaders' capacity to plan and prepare for operations executed by graduates of the Basic/Conventional Weapons Training Course.… Veterans of this advanced paramilitary training appear equipped to integrate multiple basic individual skills of militants and to synchronize them in sophisticated operations with deadly effect.

*Master-trainer Course* …
The master-trainer course graduates expert cadres able to raise, train, and employ a larger force when they return to Iraq. These classes develop a self-sustaining capacity inside Iraq to produce effective fighters for Iranian-backed SGCs, while allowing Iran to avoid direct confrontation in Iraq and maintain plausible deniability for its actions. Participants in the master-trainer program have at least completed the basic weapons training course and are on return trips to Iran. Master-trainers are taught instructional techniques, required to give mock classes, and receive feedback from both their instructors and peers. The master-trainers specialize in one of four areas, where they receive specialty training:

- Explosively Formed Penetrators [EFPs]
- Projectile Weapons, e.g., mortars and rockets
- Conventional Weapons
- Tactics and Guerrilla Warfare

Several captured SGC members described a 16-man cohort that attended the master-trainer program in Iran and made several trips in 2006 to late 2007 preparing for this role. Four trainees were allocated into each of the specialty areas.[188]

This program was structured to continuously develop and sharpen talent. Based on detainee reports, such training was required for those who wished to obtain specialized positions within the Special Groups. One militant reported that "if someone is a leader of one of the eight areas in Wasit then they must have attended the Overall Leader Course in Iran. [REDACTED] has four leaders underneath

---

[188] **PX212**, Felter & Fishman, *Iranian Strategy in Iraq*, p. 62.

him that are leaders in the fields of Information, Tactics, Support and Engineers.… Each of these specialty-leaders has attended a 45-60 day specialty-specific leadership course in Iran."[189] The detainee interrogations are consistent with one another, as well as with contemporary and subsequent open-source reporting and official U.S. government statements, in concluding that the instructors of these training programs were members of the IRGC and Lebanese Hizballah.[190]

Such specialized training equipped the Special Groups and other Shia militias with more effective capabilities. The highly deadly EFPs in particular stand out. Both Iran and Hizballah had expertise in manufacturing and using these explosive devices, and this knowledge was transferred to Iraqi militias, which then regularly employed EFPs on the battlefield.[191] Other notable weapons included indirect-fire rockets that could be used against U.S. military installations and other static targets, such as Baghdad's Green Zone.  According to analyst Bill Roggio, the rockets used in these indirect fire attacks were "the same rockets Hezbollah fired into northern Israel from Lebanon during the Israel-Hezbollah war in the summer of 2006."[192]

During his time as the commander of Multi-National Force – Iraq, Gen. David Petraeus corroborated reports of Iranian training of JAM, and clarified that this training was having an "obvious operational impact" on U.S. forces. Gen. Petraeus reported to U.S. Secretary of Defense Robert Gates:

> Iranian sponsorship of extremists has an obvious operational impact on our forces.  Our troops had a fairly significant fight with JAM near Khalis (north of Baghdad) on Tuesday that JAM initiated, resulting in 19 of them being killed on the objective to our one wounded and two Iraqi Army KIAs. We also received reports this week of 100 JAM members who had been trained in Iran and have infiltrated back into Iraq, with the goal of targeting Sunnis and attacking one of our FOBs [forward operating bases] in South Baghdad. The reports indicated they received training in sniper operations, explosives, small unit tactics, ambushes, and IED emplacement.[193]

_Safe Haven for Shia Militia Leaders and Fighters_
In addition to training Shia militias in its territory, Iran also offered safe haven to the leaders and fighters of many Shia militias. As the U.S. announced its plans for a surge of U.S. forces and arrested a high-profile Sadrist cleric, "many of those who believed they had made a name for themselves feared capture and fled Baghdad. Confirming this trend, reports reached MNF-I in late January [2007] that the Iranian Embassy had issued some 200 special passports to Shi'a militia members. Sadr himself secretly departed for Iran around this time."[194] Muqtada would not return until 2011.

---

[189]  **PX955**, Redacted Interrogation Report 005, Spring 2007-Early 2008, https://ctc.westpoint.edu/wp-content/uploads/2013/10/Redacted-Interrogation-Report-005-Summary.pdf.

[190] See **PX953**, for example, Redacted Intelligence Report 001, Spring 2007-Early 2008, https://ctc.westpoint.edu/wp-content/uploads/2013/10/Redacted-Intelligence-Report-001-Summary.pdf, p. 2, which notes that "all instructors were in uniform, the IRGC instructors wore different uniforms than the LH [Lebanese Hizballah] instructors."

[191] John Ismay, "The Most Lethal Weapon Americans Faced in Iraq," _The New York Times_, October 18, 2013, https://atwar.blogs.nytimes.com/2013/10/18/the-most-lethal-weapon-americans-faced-in-iraq/.

[192] Bill Roggio, "Mahdi Rocket Teams Destroyed in Sadr City," _Long War Journal_, June 3, 2007, http://www.longwarjournal.org/archives/2007/06/mahdi_rocket_teams_d.php.

[193] **PX949**, Multi-National Force – Iraq CDR Weekly SECDEF Updates from General David Petraeus, Commander of MNF-I to U.S. Secretary of Defense Robert Gates, June 3-9, 2007, p. 305.

[194] **PX242**, Rayburn et al., _The U.S. Army in the Iraq War: Volume 2_, p. 77.

PX4

As previously mentioned, Abu Mahdi al-Muhandis, the leader of Kata'ib Hizballah, fled to Iran after his role in the Kuwait Embassy bombings publicly surfaced. Abu Mustafa al-Sheibani also found safe haven in Iran from early 2008 to mid-2010.[195] Muqtada al-Sadr, al-Muhandis, and al-Sheibani were not exceptional cases in this regard. Marisa Cochrane writes about further cases where Special Groups and JAM leaders fled to Iran to escape U.S. offensives. She notes that during a U.S. push into Sadrist strongholds in eastern Baghdad in 2008, "many JAM and Special Groups leaders also fled Baghdad altogether. While top Special Groups leaders … fled to Iran, other mid-level JAM and Special Groups commanders fled to Sadrist strongholds in southern Iraq."[196] As the U.S. turned its attention south to those strongholds and prepared a military push into the southern Iraqi city of al-Amarah, "any Special Groups and JAM leaders that remained in Maysan [Province] in the wake of the Baghdad and Basra offensives fled to Iran before the operations commenced in Amarah."[197]

From their perch in Iran, these Shia militia leaders were able to launch attacks against U.S. forces in Iraq with little fear of being killed or captured. This safe haven likely emboldened these leaders to conduct more aggressive attacks than if they were in Iraq and thus more vulnerable to coalition raids. This safe haven also gave these leaders the ability to more closely coordinate with Iran.

_Iran's Financing of Shia Militias_
Iran provided substantial financial support to an array of Shia militias in Iraq. This funding comprised a significant portion of Iran's broader funding to myriad violent non-state actors across the Middle East, which likely exceeded $300 million annually from 2006-2009.[198] Though observers have provided inconsistent estimates regarding the amount of funding that Iran provided to Shia militias, including to specific militant groups, these inconsistencies should not cast doubt on the overall conclusion that Iran was providing such support. The inconsistency in these estimates is likely connecting to three overarching factors. First, Iranian support for various Shia militias has fluctuated over time. Thus, two estimates that were provided years apart from one another may be inconsistent with each other, yet may be consistent with Iran's funding levels at the time that the two estimates were made. Second, a number of estimates of Iranian support, including some provided by U.S. government officials, were based on extrapolations from incomplete data. Thus, even estimates provided in the same time period may differ somewhat based on the snapshot of data available to the individual or entity crafting the estimate. Third, there was an organizational fluidity among Shia militant groups. For example, AAH could at one point be considered a part of JAM; there was a period in which one could dispute whether the two could be considered part of a unified, coherent organization; and finally they emerged as clearly distinct entities. Due to the resulting ambiguities concerning the JAM/AAH relationship, estimates of the overall support that Iran provided to JAM may differ depending on whether AAH

---

[195] Bill Roggio, "Iran Sends Another Dangerous Shia Terror Commander Back to Iraq," _Long War Journal_, October 18, 2010.

[196] **PX678**, Marisa Cochrane, _Iraq Report: Special Groups Regenerate_ (Institute for the Study of War, September 2008), p. 18, http://www.understandingwar.org/sites/default/files/reports/IraqReport11.pdf.

[197] Ibid.

[198] **PX36**, U.S. Department of the Treasury, "Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism," October 25, 2007, https://www.treasury.gov/press-center/press-releases/Pages/hp644.aspx; **PX365**, Testimony of Ambassador Jeffrey D. Feltman, Assistant Secretary of State for Near Eastern Affairs, and Ambassador Daniel Benjamin, Coordinator for Counterterrorism, Senate Foreign Relations Subcommittee on Near Eastern and South and Central Asian Affairs, June 8, 2010; **PX641**, Frederic Wehrey et al., _Dangerous but not Omnipotent: Exploring the Reach and Limitations of Iranian Power in the Middle East_ (Santa Monica, CA: RAND Corporation, 2009); **PX204**, U.S. Department of State, Office of the Coordinator for Counterterrorism, "Country Reports on Terrorism 2008," April 30, 2009, https://2009-2017.state.gov/j/ct/rls/crt/2008/122436.htm.

PX4

was considered to be a part of JAM by the individual or entity making the estimate. *Despite some inconsistencies in the estimates provided about overall levels of Iranian support for Shia militias in general, and for certain specific Shia militias, the conclusion that Iran provided significant support is consistent across observers and over time.*

One early journalistic account revealing Iran's funding for Shia militants in Iraq was "The Iran Connection," written by Edward T. Pound. Appearing in *U.S. News & World Report* in November 2004, Pound's report was based primarily on a review of "classified intelligence reports covering the period July 2003 through early 2004."[199] Pound described Iran as Muqtada al-Sadr's "principal supporter" and revealed that "months before the worst of the insurgency in southern Iraq began" in April 2004, "U.S. intelligence officials tracked reported movements of Iranian money and arms to forces loyal to Sadr."[200] Further, in a declassified August 2007 report, the U.S. Department of Defense concluded that Qais al-Khazali, AAH's leader, "has significant links to Iran" and that "this affiliation was used to procure weapons and funding for use by JAM and special groups against" Coalition forces.[201] Accounts of Iranian funding have been verified by the recipients, including Qais al-Khazali.[202] According to a 2009 report from the RAND Corporation, Iran may have provided Sadr with up to $80 million per month.[203]

The U.S. government also concluded that Iran was funding Shia militias intent on attacking Coalition forces. According to Gen. Bergner in a mid-2007 press briefing, IRGC-QF was funneling between $750,000 to $3 million to the Special Groups each month, including money and equipment.[204] This would mean that the IRGC-QF was funding the Special Groups at an annualized rate of $9 million to $36 million. In testimony before Congress, Gen. Petraeus described the Special Groups as "funded, trained, armed, and directed by Iran's Qods Force, with help from Lebanese Hizballah."[205] A U.S. Army history of America's engagement in the Iraq war published in 2019 noted that in July 2003, Abu Mustafa al-Sheibani, the founder and leader of the Sheibani Network Special Group, "received $40 million from the Iranians to organize a logistics network that would funnel weapons to Shi'a militants."[206]

American intelligence reports align with these conclusions. U.S. intelligence determined that the Iran-based "Mustafa al Ya'qubi reportedly oversees the JAM financial distribution office."[207] A Combined Intelligence Operations Center information paper produced in August 2007 further explains that "Ya'qubi was responsible for disbursing funds to JAM and the Special Groups. The Special Groups used this financing to conduct attacks against CF [coalition forces]."[208] A declassified U.S. intelligence

---

[199] Edward T. Pound, "The Iran Connection," *U.S. News & World Report*, November 22, 2004.

[200] Ibid.

[201] Evidentiary Document, U.S. Department of Defense Magistrate Review of Qais Khazali, August 13, 2007, at 324.

[202] **PX227**, Combined Intelligence Operations Center Information Paper, August 5, 2007, p. 317.

[203] **PX641**, Wehrey et al., *Dangerous but not Omnipotent: Exploring the Reach and Limitations of Iranian Power in the Middle* East, p. 117.

[204] **PX356**, Multi-National Force-Iraq, "Press Briefing with Brig. Gen. Kevin Bergner," July 2, 2007.

[205] **PX346**, Gen. David H. Petraeus, "Report to Congress on the Situation in Iraq," testimony before Congress, April 8-9, 2008.

[206] **PX242**, Joel D. Rayburn et al., *The U.S. Army in the Iraq War: Volume 2 – Surge and Withdrawal* (Carlisle, PA: U.S. Army War College Press, January 2019), p. 65.

[207] **PX227**, Combined Intelligence Operations Center Information Paper, August 5, 2007, p. 317, 319.

[208] Ibid.

PX4

report assessed the origins of these funds, noting that "OMS and JAM obtain their funding from a variety of legal and illegal sources **in addition to direct support from Iran**."[209]

The U.S. State Department concurred with these assessments. The State Department's *Country Reports on Terrorism* from 2007, 2008, and 2009 noted that "Iranian authorities continued to provide lethal support, including weapons, training, funding, and guidance, to some Iraqi militant groups that target Coalition and Iraqi security forces and Iraqi civilians."[210] Similarly, the U.S. Department of the Treasury has concluded that IRGC-QF funds Shia militia groups in Iraq.[211] The Department indicated that Kata'ib Hizballah in particular was a recipient of Quds Force financing.[212]

The U.S. government concluded that Iran intended for these funds to enable attacks against U.S. forces. The interagency Iraq Survey Group noted in November 2003 that "Iran had reportedly placed a bounty on U.S. forces of U.S. $2,000 for each helicopter shot down, $1,000 for each tank destroyed, and $500 for each U.S. military personnel killed."[213]

It is clear that Iran's substantial financial support for Shia militias in Iraq was specifically designed to encourage and facilitate attacks on Coalition forces, such as those at issue in this case.

*Iran's Role in Planning Shia Militia Attacks*

There is evidence that the Iranian government played a direct role in jointly planning and jointly selecting targets, in coordination with Hizballah and Shia militants. One attack exemplifies this dynamic. AAH conducted a raid on the Karbala Provincial Joint Coordination Center (PJCC) in January 2007. The sophisticated raid killed five American soldiers. In the case *Fritz v. Islamic Republic of Iran*, a court in this District accurately explained how the PJCC attackers were able to disguise themselves as insiders, which made the attack uniquely effective:

> The assault on the PJCC began around 6 p.m. on January 20, 2007. Approximately seven vehicles approached from the south, driving up to the first of two gated checkpoints. They gave "the impression [that] they were ... a convoy that was coming from the [U.S.] embassy." The attackers had outfitted themselves and their vehicles (predominantly black Chevrolet Suburban SUVs) to appear as though they were American soldiers or security contractors: the SUVs were rigged with false antennae on their front bumpers and carried placards directing others to stay back a hundred meters, and the attackers spoke English, wore U.S. Army Combat Uniforms, and had helmets and weapons resembling those of U.S. soldiers. Most of the vehicles then continued on to a second security gate, located due north of the first checkpoint.

> At both gates, the attackers pretended that they were Americans, and then "bullied their way past" the checkpoints by demanding — in English — that the Iraqi police turn over their weapons. One vehicle stayed behind at each gate. The passengers got

---

[209] Ibid. (emphasis added).

[210] **PX203**, U.S. Department of State, *Country Reports on Terrorism* (2007); **PX204**, U.S. Department of State, *Country Reports on Terrorism* (2008); **PX205**, U.S. Department of State, *Country Reports on Terrorism* (2009).

[211] **PX67**, U.S. Department of the Treasury, press release, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," January 9, 2008, https://www.treasury.gov/press-center/press-releases/pages/hp759.aspx.

[212] **PX66**, U.S. Department of the Treasury, press release, "Treasury Designates Individual, Entity Posing Threat to Stability in Iraq," July 2, 2009, https://www.treasury.gov/press-center/press-releases/Pages/tg195.aspx.

[213] Quoted in Pound, "The Iran Connection."

PX4

out, one militant held the Iraqi police at gunpoint at each checkpoint, and the remaining occupants fanned out to take positions from which they could fire on the PJCC building once the assault began. A third vehicle positioned itself between the two checkpoints. The remaining SUVs continued north toward the PJCC's main building and entered the parking lot. An unknown number of militants disembarked and immediately subdued the Iraqi police stationed around the gated entrance to the courtyard.[214]

That operation displayed further sophisticated elements, including the attackers greeting their eventual victims and walking "toward the PJCC as though they were arriving for a meeting."[215] After being able to move into close proximity to their victims in this manner, the militants suddenly attacked.

I will omit further details of the Karbala PJCC assault, which is described at length in the *Fritz* proceedings, but suffice to say that public statements from U.S. officials and U.S. government documents point to extensive Iranian involvement in jointly planning the attack. Much of this information stemmed from a March 20, 2007 raid by the U.K.'s Special Air Service and Navy SEALs in Basra, Iraq that recovered a 22-page lessons-learned document showing AAH's preparations for the PJCC attack.[216] The document revealed the Quds Force's intimate role in joint preparations for the attack, including provision of the uniforms, vehicles, and identification cards that allowed the attackers to disguise their intentions until it was too late. As Gen. Bergner recounted, that document showed that the Quds Force "had developed detailed information regarding [U.S.] soldiers' activities, shift changes and fences, and this information was shared with the attackers. [IRGC-QF] had American-looking uniforms, vehicles and identification cards that enabled the attackers to more easily penetrate the Provincial Joint Coordination Center and achieve surprise."[217]

In a public press conference that he gave in July 2007 as the spokesman for Multi-National Force – Iraq, Gen. Kevin Bergner explained that both senior Lebanese Hizballah operative Ali Mussa Daqduq and AAH leader Qais al-Khazali told their American interrogators following their capture "that senior leadership within the Qods Force knew of and supported planning for the eventual Karbala attack that killed five coalition soldiers."[218] When asked outright if "the Quds Force directed and helped plan [the] attack in Karbala," Bergner answered affirmatively. "That is what we learned from Qais Khazali," he said. According to Gen. Bergner, Daqduq had reported "that the Iraqi Special Groups could not have conducted the complex operation without the support and direction of the Quds Force."[219]

Upon his capture, Daqduq was found to possess documents that further illustrated both Hizballah and Iran's involvement in supporting Shia militant groups. These documents detailed Daqduq's discussions with his Iraqi counterparts about tactics that could be employed to attack Iraqi and coalition forces.[220]

---

[214] *Fritz v. Islamic Republic of Iran*, 320 F.Supp.3d 48, 66 (D.D.C., 2018). As noted previously in this report, I served as an expert witness in the *Fritz* case.

[215] Ibid.

[216] Sean Naylor, *Relentless Strike: The Secret History of Joint Special Operations Command* (New York: St. Martin's Griffith, 2015), p. 300.

[217] **PX356**, Gen. Kevin Bergner, press conference, July 2, 2007

[218] Ibid.

[219] Ibid.

[220] See Elizabeth O'Bagy & Stephen Wicken, "Fact Sheet: Ali Mussa Daqduq," Institute for Study of War, May 14, 2012, https://www.understandingwar.org/reference/fact-sheet-ali-mussa-daqduq#_edn9.

PX4

In September 2008, the U.S. Treasury designated Abdul Reza Shahlai, the IRGC-QF deputy commander who had jointly "planned the January 20, 2007 attack by JAM Special Groups against U.S. soldiers stationed at the Provincial Joint Coordination Center in Karbala, Iraq."[221]

Iran's role in helping plan operations in Iraq extends beyond that particularly infamous attack. Sanctions targeting IRGC-QF's Gen. Ahmad Foruzandeh specify that "in addition to providing financial and material support for attacks against Coalition Forces, Foruzandeh supplied a certain Shia militia group with a target for execution. On July 25, 2005, Foruzandeh held a meeting with representatives of Iraqi Hizballah and other Shia militia groups, calling upon them to continue liquidating all enemies of the Islamic revolution."[222] Similarly, Gen. Petraeus condemned Iran for its role in helping plan a major assault by the Special Groups on the Green Zone in Baghdad that occurred in March 2008.[223]

_Iranian Motives for Supporting These Groups_

Iran provided lethal, material support to Shia militias in Iraq in order to further its interests. The U.S. invasion of Iraq presented Iran with both an enormous threat and a valuable opportunity. By mid-2003, Iran found its neighbors to the east and west largely under U.S. control. A U.S. Defense Intelligence Agency report assessed that "the U.S. invasion of Iraq and Afghanistan in the early 2000s and international scrutiny of Iran's nuclear program raised Iran's fears of encirclement and potential Western attack."[224] Dexter Filkins writes that, following U.S. military operations in the region, Iranian officials had "watched the regimes topple in Afghanistan and Iraq and were convinced that they were next."[225] Karim Sadjadpour, a senior fellow at the Carnegie Endowment for International Peace, similarly noted that he interviewed numerous Iranian officials in 2003 "as a Tehran-based analyst with the International Crisis Group, and I vividly remember their fear that the U.S. might turn next to Tehran."[226]

Early on in the Iraq war, Iran appeared hesitant to openly and directly confront the United States, but it was already working to back Shia proxies in Iraq even at that time. Over time, Iran engaged in an increasingly lethal proxy war against U.S. forces in Iraq. Iran intended for this war to serve as a deterrent. Afshon Ostovar, an associate professor of national security affairs at the Naval Postgraduate School, notes that Iranian support for Shia militias became a crucial part of its deterrence strategy, because through "demonstrating that U.S. forces were susceptible to Iranian-sponsored attacks, Iran was able to use the threat of escalating violence in Iraq as a deterrent to an American attack against Iran's nuclear facilities."[227] Iran likely also concluded that a quagmire in Iraq with significant U.S. casualties would dissuade the American public and policymakers from seriously considering a military intervention to oust the regime in Tehran.

---

[221] **PX42**, U.S. Department of the Treasury, "Treasury Designates Individuals and Entities Fueling Violence in Iraq," September 16, 2008, https://www.treasury.gov/press-center/press-releases/Pages/hp1141.aspx.

[222] **PX67**, U.S. Department of the Treasury, press release, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," January 9, 2008, https://www.treasury.gov/press-center/press-releases/pages/hp759.aspx.

[223] **PX678**, Marisa Cochrane, "Special Groups Regenerate," Institute for the Study of War, August 29, 2008, p. 10.

[224] Ibid., p. 12.

[225] **PX634**, Dexter Filkins, "The Shadow Commander," _The New Yorker,_ September 23, 2013.

[226] Karim Sadjadpour, "The Sinister Genius of Qassem Soleimani," _The Wall Street Journal,_ January 10, 2020.

[227] Afshon Ostovar, _Vanguard of the Imam: Religion, Politics, and Iran's Revolutionary Guards_ (New York: Oxford University Press, 2016), p. 171.

PX4

The use of proxy forces, in contrast to a conventional attack by Iranian forces, also gave Iran a degree of plausible deniability, which would likely prevent the U.S. from directly retaliating against Iran. As a result, Iran could minimize the human costs of this strategy, essentially by outsourcing them to Shia militias.[228]

However, Iran's embrace of Shia militias in Iraq was about more than deterrence. The U.S. invasion also presented Iran with the opportunity to turn neighboring Iraq from a sworn enemy into an ally. Under Saddam Hussein, Iraq fought a brutal war against Iran that claimed the lives of more than 200,000 Iranians. After Saddam's fall, U.S. efforts to install a democratically elected government in Baghdad were likely to empower Tehran's co-religionists, given that Shia Muslims are Iraq's largest ethnoreligious group. Also, considering Iran's longstanding ties to Shia groups that would participate in Iraqi politics, such as SCIRI, Iran had the opportunity to significantly influence the new Iraqi government.

The United States, however, was arguably the most important check on Iranian influence over Iraq's government. For that reason, a 2007 U.S. National Intelligence Estimate on Iraqi stability assessed that "Iraq's neighbors will continue to focus on improving their leverage in Iraq in anticipation of a Coalition drawdown.… Over the next year Tehran, concerned about a Sunni reemergence in Iraq and U.S. efforts to limit Iranian influence, will continue to provide funding, weaponry, and training to Iraqi Shia militants." By backing these militias, Iran likely assessed that it could also convince the U.S. to withdraw from Iraq. If the U.S. left, Iran could more easily bend the Iraqi government to its will. These militias could also help limit the influence of Iraq's Sunni political actors. Overall, Iran's desire to ward off a U.S. invasion and turn Iraq into a close, subservient ally led to what the U.S. Army's history of the Iraq war described as "a regional strategy that sought to promote instability, maximize American casualties, and steadily increase its control over Iraq's Shi'a heartland while maintaining plausible deniability."[229]

## VI.    Conclusion

Thus, relying on my background, education, training, and experience, as well as substantial evidence commonly used by experts in relevant fields, it is my expert opinion that:

A.  The Islamic Republic of Iran has an extensive history of using violent non-state actors (VNSAs) as proxy groups to advance its foreign policy goals. Among other things, Iran has used these groups to launch attacks against U.S. forces in Iraq while retaining plausible deniability regarding Iranian involvement.

B.  Following the 2003 U.S. invasion of Iraq, Iran provided substantial material support and resources to an array of Shia militant groups, including Badr Corps, Jaysh al-Mahdi, and Special Groups such as the Promised Day Brigade, Asa'ib Ahl al-Haq (AAH), and Kata'ib Hizballah. Iran's support to these groups took the form of training; funding; weapons; safe haven; travel and transportation; provision of expert knowledge and assistance in tactics, techniques, and procedures; and assistance in attack planning.

---

[228] **PX242**, Rayburn et al., *The U.S. Army in the Iraq War: Volume 2*, p. 66.
[229] **PX242**, Rayburn et al., *The U.S. Army in the Iraq War: Volume 2*, p. 66.

PX4

C.   The best available evidence indicates that Shia militants needed Iranian support to obtain, assemble, and/or utilize certain weapons and munitions used by these groups in Iraq, including sophisticated explosively formed penetrators (EFPs) and improvised rocket assisted munitions (IRAMS). Shia militants also obtained Iranian support in obtaining and using rockets, mortars, improvised explosive devices, small arms, and other equipment and material vital to their operations.

D.   Given the nature, duration, and magnitude of Iranian material support to these specific Shia militant groups, Iran's assistance was essential to the formation, growth, and survival of these organizations, and significantly increased their capabilities. As such, certain attacks in Iraq committed by these groups from, at least, 2003 to 2011, bear a reasonable connection to Iran's sponsorship and support.

I hold the conclusions and opinions detailed in this declaration to a reasonable degree of professional certainty, and declare the foregoing under the penalty of perjury:

_____

Daveed Gartenstein-Ross, Ph.D.

46

**PX4**

**DAVEED GARTENSTEIN-ROSS**
daveed@valensglobal.com   •   646-246-4179

**Dr. Daveed Gartenstein-Ross** is a scholar, practitioner, author, and entrepreneur who is the co-founder and chief executive officer of Valens Global, a private firm that empowers clients as they navigate and address emergent challenges rooted in security, technology, and a changing global society. In addition, he is a Senior Advisor on Asymmetric Warfare at the Foundation for Defense of Democracies, a nonpartisan policy institute in Washington, D.C., and an Associate Fellow at the International Centre for Counter-Terrorism – The Hague (ICCT). Past positions he has held include Senior Advisor to the Director of the U.S. Department of Homeland Security's Office for Community Partnerships (2016-17) and Fellow at Jigsaw, a tech incubator within Google with the mission of exploring threats to open societies and building technology that inspires scalable solutions. He has been described as "a rising star in the counterterrorism community" by *The International Herald Tribune*.

In a career focused on understanding violent non-state actors' (VNSAs) role in the world and to helping policymakers, government agencies, private companies, and others fashion innovative solutions to the challenges that VNSAs pose, Dr. Gartenstein-Ross has undertaken significant work specifically focused on Iraq-based Sunni and Shia militant groups. In addition to spending time in Iraq during the height of the country's civil war, he has written extensively about both Sunni and Shia militant groups active in the Iraq-Syria theater; testified multiple times before federal courts as an expert witness on these groups; advised private clients on security issues related to moving personnel through Iraq during the apex of ISIS's power; led training for U.S. military units preparing to deploy to the Iraq-Syria theater; and worked on successful hostage negotiations with an Iraq-based Shia militant group (Asaib Ahl al-Haq).

As a scholar, Dr. Gartenstein-Ross is the author or volume editor of over 30 books and monographs, with a book on jihadist groups' organizational learning processes forthcoming from Columbia University Press. Dr. Gartenstein-Ross has testified on his areas of core competency before the U.S. House and Senate over a dozen times, as well as before the Canadian House of Commons and the European Parliament. He holds a Ph.D. in world politics from the Catholic University of America and a J.D. from the New York University School of Law.

<u>EDUCATION</u>
*10,000 Small Businesses* Certificate of Entrepreneurship, sponsored by the Goldman Sachs Foundation, classes held at Babson College, Wellesley, Mass., 2018.
Ph.D., World Politics, The Catholic University of America, Washington, D.C., 2014.
M.A., World Politics, The Catholic University of America, Washington, D.C., 2010.
J.D., *magna cum laude*, New York University School of Law, New York, N.Y., 2002.
B.A. with Honors, Communication, *magna cum laude*, Wake Forest University, Winston-Salem, N.C., 1998.

<u>SELECTED PROFESSIONAL EXPERIENCE</u>
Valens Global, Washington, D.C. Chief Executive Officer, 2014-present.
- Valens is a private firm dedicated to understanding, predicting, and acting to empower clients to navigate and address emergent challenges rooted in security, technology, and a changing global society. Its applications of this core expertise include delivering training, threat assessments, and reports; designing campaigns in the counter-disinformation and counter-extremism space; leading war games and strategic simulations; and helping clients upgrade their physical security through a technique called *crisis architecture*.
- Valens was named to *Entrepreneur Magazine*'s E360 list of the top small businesses in the United States in 2018-19 (no list was released in 2020 due to the COVID-19 pandemic).
International Centre for Counter-Terrorism (ICCT) – The Hague, Netherlands. Associate Fellow, 2013-present.
- I served as a visiting fellow in March-April 2013, during which I lived in The Hague and undertook a major research project on post-Arab Spring salafi jihadism in Tunisia. The project included field research in Tunisia and culminated in the study *Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad* (2013).

PX4

Senior Advisor to the Director, Office for Community Partnerships, U.S. Department of Homeland Security, Washington, D.C., 2016-2017.

Jigsaw/Google, New York, N.Y. Fellow, 2016-2017.

- Jigsaw is a tech incubator in Google that forecasts and confronts emerging threats. Per its website, Jigsaw "builds technology to tackle some of the toughest global security challenges facing the world today." My fellowship was designed to help Jigsaw address the organization's concern about violent extremist groups' use of the online space. Most of my work for Jigsaw remains confidential, though one project that has been made public is the Redirect Method for individuals who were searching for ISIS propaganda on YouTube.[1]

Georgetown University, Washington, D.C. Security Studies Program, Adjunct Assistant Professor, 2013-2017.

The Catholic University of America (M.A. program), Washington, D.C. Lecturer, 2012, 2015.

Foundation for Defense of Democracies (FDD), Washington, D.C. Senior Advisor on Asymmetric Warfare, 2019-present; Non-Resident Fellow, 2018-19; Senior Fellow, 2010-18; Vice President of Research, 2007-10.

## LEGISLATIVE TESTIMONY

"Dollars Against Democracy: Domestic Terrorist Financing in the Aftermath of Insurrection," U.S. House Committee on Financial Services, Subcommittee on National Security, International Development, and Monetary Policy, February 25, 2021.

"Exchange of Views on the Continuing Global Threat from Daesh and its Affiliates," testimony before the European Parliament, Subcommittee on Security and Defense, October 28, 2020.

"ISIS Post Caliphate: Threat Implications for America and the West," testimony before the House Committee on Homeland Security, May 23, 2018.

"Radicalization in the U.S. and the Rise of Terrorism," U.S. House Subcommittee on National Security and the Subcommittee on Government Operations of the Committee on Oversight and Government Reform, September 14, 2016.

"Terror in Europe: Safeguarding U.S. Citizens at Home and Abroad," U.S. Senate Committee on Homeland Security and Governmental Affairs, April 5, 2016.

"Boko Haram: The Islamic Insurgency in West Africa," U.S. House Committee on Foreign Affairs, Subcommittee on Terrorism, Nonproliferation, and Trade, February 24, 2016.

"The Paris Attacks: A Strategic Shift by ISIS?," U.S. House Committee on Foreign Affairs Subcommittee on Terrorism, Nonproliferation, and Trade, December 2, 2015.

"The Impact of ISIS on the Homeland and Refugee Resettlement," U.S. Senate Committee on Homeland Security and Governmental Affairs, November 19, 2015.

"Radicalization: Social Media and the Rise of Terrorism," U.S. House Committee on Oversight and Government Reform, Subcommittee on National Security, October 28, 2015.

"Admitting Syrian Refugees: The Intelligence Void and the Escalating Homeland Security Threat," U.S. House Committee on Homeland Security, Subcommittee on Counterterrorism and Intelligence, June 24, 2015.

"Jihad 2.0: Social Media in the Next Evolution of Terrorist Recruitment," U.S. Senate Foreign Relations Committee, May 7, 2015.

"The Islamic State's Strengths and Vulnerabilities," House of Commons Standing Committee on Foreign Affairs and International Development (Canada), February 5, 2015.

"Successes and Failures of the U.S. and NATO Intervention in Libya," House Committee on Oversight and Government Reform, May 1, 2014.

"Syria Spillover: The Growing Threat of Terrorism and Sectarianism in the Middle East," U.S. Senate Foreign Relations Committee, March 6, 2014.

"State of al-Qaeda, Its Affiliates, and Associated Groups," U.S. House Armed Services Committee, February 4, 2014.

"The Terrorist Threat in North Africa: Before and After Benghazi," Joint U.S. House Subcommittee Hearing of Subcommittee on Terrorism, Nonproliferation and Trade, and Subcommittee on the Middle East and North Africa, July 10, 2013.

"Islamic Extremism in American Prisons," Georgia State Legislature (U.S.), September 11, 2007.

---

[1] See coverage of this project in Andy Greenberg, "Google's Clever Plan to Stop Aspiring ISIS Recruits," *Wired*, September 7, 2016, https://www.wired.com/2016/09/googles-clever-plan-stop-aspiring-isis-recruits/. I led Valens Global's efforts to map the counter-extremist narrative space on YouTube for this project.

PX4

"Prison Radicalization: Are Terrorist Cells Forming in U.S. Cell Blocks?," U.S. Senate Homeland Security and Governmental Affairs Committee, September 19, 2006.

## EXPERT GROUPS

United Nations Counter-Terrorism Centre (UNCCT), Expert Group Meeting, "The Malicious Use of Artificial Intelligence for Terrorist Purposes," webinar, February 9, 2021.

Global Counterterrorism Forum (GCTF), virtual consultation, "GCTF Strategic Vision for the Next Decade," December 4, 2020.

## EXPERT WITNESS

*Selig v. Islamic Republic of Iran* (District of D.C., 2021). Expert witness for plaintiffs in case centered on Iranian support for the Taliban and Haqqani Network.

*Fields v. Syria Arab Republic* (District of D.C., 2021). Expert witness for plaintiffs in case centered on Syrian support for the militant group ISIS.

*Sotloff v. Syrian Arab Republic* (District of D.C., 2021). Expert witness for plaintiffs in case centered on Syrian support for the militant group ISIS.

*Doe v. Syrian Arab Republic*, CA 1:18-cv-00066-KBJ-GMH (District of D.C., 2020). Expert witness for plaintiffs in case centered on Syrian support for the militant group ISIS.

*Fritz v. Islamic Republic of Iran*, CA 15-456 (District of D.C., 2018). Expert witness for plaintiffs in case centered on Iranian support for the militant group Asaib Ahl al-Haq (AAH). Defendant found liable.

*United States v. Young*, Case No. 1:16-cr-00265-LMB (E.D. Va., 2017). Expert witness for prosecution in the first criminal trial of an American law enforcement officer for material support for terrorism. Defendant convicted.

*Foley v. Syrian Arab Republic*, CA 11-699 (District of D.C., 2016). Expert witness for plaintiffs, testifying about the Zarqawi network's culpability in the deaths of three Americans. Defendant found liable.

*United States v. Abdul Kareem* (District of Arizona, 2016). Litigation consultant for the defense.

*In the Matter of Abdul Qadir* (Arlington, Va. Immigration Court, 2015). Expert witness on the Taliban in Afghanistan.

*In the Matter of A.D.* (Memphis, Tenn. Immigration Court, 2012). Expert witness on al-Shabaab and country conditions in Somalia.

*In the Matter of B.O. in Removal Proceedings* (Boston Immigration Court, 2012). Expert witness on al-Qaeda's activities and capabilities in Kenya.

*In the Matter of A.A.W.* (Bloomington, Minnesota Immigration Court, 2012). Expert witness on al-Shabaab and country conditions in Somalia.

*In the Matter of A.A.I.* (Colorado Immigration Court, 2011). Expert witness on al-Shabaab and country conditions in Somalia.

*In the Matter of the Application for Withholding of A.A.M.* (Boston Immigration Court, 2011). Expert witness on al-Shabaab and country conditions in Somalia.

*In the Matter of the Application for Asylum of M.A.A.* (N.J. Immigration Court, 2009). Expert witness on al-Shabaab and country conditions in Somalia.

## SELECTED TRAINING PROGRAMS (Instructor)

"Jihadist Propaganda and the Rise of ISIS," Foreign Service Institute, U.S. Department of State, January 28, 2022.

"ISIS Case Study," Foreign Service Institute, U.S. Department of State, November 17, 2021. *Designed and delivered interactive module on ISIS's use of disinformation about Derna during its Libya campaign.*

"The Transnational White Supremacist Extremist Threat," PayPal, November 8, 2021.

"The Transnational White Supremacist Extremist Threat," Wells Fargo, September 23, 2021.

"Jihadist Propaganda and the Rise of ISIS," Foreign Service Institute, U.S. Department of State, June 11, 2021.

"Jihadist Propaganda and the Rise of ISIS," Foreign Service Institute, U.S. Department of State, March 19, 2021.

"Jihadist Propaganda and the Rise of ISIS," Foreign Service Institute, U.S. Department of State, October 2, 2020.

"Jihadist Propaganda and the Rise of ISIS," Foreign Service Institute, U.S. Department of State, June 12, 2020.

"The Transnational White Supremacist Extremist Threat," U.S. Customs & Border Protection, Buffalo and Boston Field Offices (delivered via Microsoft TEAMS), May 5, 2020.

"Armed Rebel Groups and Violent Extremist Groups in the Levant," 158th Military Engagement Team, Phoenix, Ariz., March 2-3, 2019.

PX4

"Security Situation and Armed Rebel Groups & Violent Extremist Groups in the Levant," 184th Expeditionary Sustainment Command, Camp Shelby, Mississippi, October 29, 2018.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Montross, Va., September 9, 2018.

"The Spread of ISIS to the Greater Levant," 158th Military Engagement Team, Phoenix, Ariz., August 21, 2018.

"The World and I: How Global Events Can Shape the Threats You Confront Locally," Anti-Defamation League, Advanced Training School, Washington, D.C., June 19, 2018.

"The World and I: How Global Events Can Shape the Threats You Confront Locally," Anti-Defamation League, Advanced Training School, Washington, D.C., December 5, 2017.

"Online Radicalization: Analysis of Social Media & Networks," Bulgarian Ministry of Interior & Ministry of Defense, Sofia, Bulgaria, September 5-8, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., August 21, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., July 10, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., June 26, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., June 12, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., May 15, 2017.

"Illegal Weapons Traffic & Usage," U.S. Customs & Border Protection, Washington, DC, May 2, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., April 24, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., March 6, 2017.

"The Islamic State's European Networks," U.S. Customs & Border Protection, Washington, DC, February 15, 2017.

"Implications of Refugee Resettlement in Canada," U.S. Customs & Border Protection, Washington, DC, January 11, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., November 14, 2016.

"The Global Migration Crisis," U.S. Customs & Border Protection, Washington, DC, November 8, 2016.

U.S. Army Central Command, Shaw Air Force Base, Sumter, South Carolina, August 31, 2016.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., August 22, 2016.

Maryland Army National Guard, 29th Infantry Division, El Paso, Tex., August 9, 2016.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., July 11, 2016.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., June 20, 2016.

3-197th Field Artillery Regiment, Fort Bliss, Tex., March 20, 2016.

3-197th Field Artillery Regiment, Fort Bliss, Tex., February 19, 2015.

4th Brigade Combat Team, 1st Armored Division, Fort Bliss, Tex., October 30, 2014.

4th Squadron, 3rd Cavalry Regiment, Fort Hood, Tex., March 25, 2014.

3rd Sustainment Command (Expeditionary), Fort Knox, Ky., March 12, 2014.

32nd Infantry Brigade Combat Team, Fort McCoy, Wis., February 11, 2014.

3rd Medical Command, Fort Hood, Tex., January 18, 2014.

3-238 General Support Aviation Battalion, Fort Hood, Tex., January 8, 2014.

42nd Combat Aviation Brigade, Fort Hood, Tex., October 29, 2013.

19th Engineering Battalion, Fort Knox, Ky., October 1-2, 2013.

2nd Brigade Combat Team, 4th Infantry Division, Fort Carson, Colo., August 6, 2013.

Afghanistan/Pakistan Hands, Washington, D.C., August 4, 2013.

6th Squadron, 9th Cavalry, Fort Hood, Tex., July 24, 2013.

Afghanistan/Pakistan Hands, Washington, D.C., June 22, 2013.

55th Sustainment Brigade, Fort Hood, Tex., June 17, 2013.

2nd Brigade, 1st Cavalry Division, Fort Hood, Tex., February 20-21, 2013.

1st Stryker Brigade Combat Team, 25th Infantry Division, Fort Wainwright, Alaska, February 5-6, 2013.

Afghanistan/Pakistan Hands, Washington, D.C., December 2, 2012.

Polish Army Special Forces, Krakow, Poland, Nov. 13-15, 2012.

Counter Threat Training (mirror image course for U.S. military), Salt Lake City, Utah, Nov. 4-9, 2012.

Afghanistan/Pakistan Hands, Washington, D.C., Oct. 20, 2012.

4th Brigade Combat Team, 10th Mountain Division, Fort Polk, La., Oct. 9-10, 2012.

Afghanistan/Pakistan Hands, Washington, D.C., Sept. 16, 2012.

38th Sustainment Brigade, North Fort Hood, Tex., Sept. 12-13, 2012.

1st Brigade Combat Team, 3rd Infantry Division, Fort Stewart, Ga., Aug. 22-24, 2012.

136th Maneuver Enhancement Brigade, Fort Hood, Tex., Aug. 17-19, 2012.

PX4

311th Sustainment Command (Expeditionary), Los Angeles, Calif., Aug. 3-5, 2012.
53rd Civil Support Team, Indiana National Guard, Indianapolis, Ind., July 24, 2012.
Croatian Military Academy, Zagreb, Croatia, June 19, 2012.
63rd Signal Battalion, Fort Gordon, Ga., June 5, 2012.
Oregon National Guard, Salem, Ore., May 22, 2012.
Afghanistan/Pakistan Hands, Washington, D.C., Apr. 21, 2012.
Afghanistan/Pakistan Hands, Washington, D.C., Feb. 25, 2012.
5-19th Agribusiness Development Team, Edinburgh, Ind., Feb. 9, 2012.
Afghanistan/Pakistan Hands, Washington, D.C., Jan. 21, 2012.
Provincial Reconstruction Teams, Camp Atterbury, Ind., Jan. 5, 2012.
BAE Systems, McLean, Va., Dec. 1, 2011.
25th Combat Aviation Brigade, Schofield Barracks, Hawaii, Nov. 15, 2011.
Afghanistan/Pakistan Hands, Washington, D.C., Oct. 15, 2011.
4th Infantry Brigade Combat Team, 1st Infantry Division, Fort Riley, Kans., Oct. 12-13, 2011.
411th Engineer Brigade, New Windsor, N.Y., Sept. 23, 2011.
76th Brigade Combat Team, Monterey, Calif., Sept. 21-22, 2011.
Afghanistan/Pakistan Hands, Washington, D.C., Sept. 10, 2011.
3rd Brigade Combat Team, 1st Armored Division, Fort Bliss, Tex., Aug. 18, 2011.
364th Expeditionary Sustainment Command, Fort Bliss, Tex., Aug. 15, 2011.
Afghanistan/Pakistan Hands, Washington, D.C., Aug. 13, 2011.
Agricultural Development Teams of Kansas, Minnesota and Mississippi (combined), Salina, Kan., July 22, 2011.
116th Infantry Brigade Combat Team, Camp Shelby, Miss., July 5, 2011.
3rd Squadron, 124th Cavalry, Texas Army National Guard, Dallas, Tex., June 22, 2011.
Afghanistan/Pakistan Hands, Washington, D.C., May 21-22, 2011.
37th Infantry Brigade Combat Team, Columbus, Ohio, May 20, 2011.
Texas Agricultural Development Team, Austin, Tex., May 17, 2011.
29th Combat Aviation Brigade, Monterey, Calif., May 11, 2011.
I Corps, Fort Lewis, Wash., May 3, 2011.
4th Expeditionary Sustainment Command, San Antonio, Tex., Apr. 26, 2011.
Afghanistan/Pakistan Hands, Washington, D.C., Apr. 2-3, 2011.
I Corps, Fort Lewis, Wash., Mar. 21-22, 2011.
26th Maneuver Enhancement Brigade, Fort Hood, Tex., Mar. 12-13, 2011.
648th Maneuver Enhancement Brigade, Fort Stewart, Ga., Mar. 10, 2011.
Afghanistan/Pakistan Hands, Washington, D.C., Feb. 5, 2011.
36th Infantry Division, 1st Cavalry, Fort Hood, Tex., Jan. 20, 2011.
1st Cavalry Division, Fort Hood, Tex., Jan. 11, 2011.
172nd Brigade Combat Team, Grafenwoehr (Germany), Dec. 16, 2010.
Afghanistan/Pakistan Hands, Washington, D.C., Nov. 13, 2010.
45th Infantry Brigade Combat Team, Monterey, Calif., Nov. 10, 2010.
Afghanistan/Pakistan Hands, Washington, D.C., Oct. 16, 2010.
2nd Brigade Combat Team, 4th Infantry Division, Oct. 12-13, 2010.
197th Fires Brigade, Fort McCoy, Wis., Oct. 7, 2010.
650th Regional Support Group, North Fort Hood, Tex., July 22, 2010.
Afghanistan/Pakistan Hands, Washington, D.C., July 17, 2010.
184th Sustainment Command (Expeditionary), Camp Shelby, Miss., July 6, 2010.
177th Armored Brigade, Camp Shelby, Miss., June 24, 2010.
Anti-Money Laundering Association, Rockville, Md., May 14, 2010.
Oregon National Guard, Warrenton, Ore., Apr. 11-12, 2010.
Anti-Money Laundering Association, Winter Park, Fla., Sept. 23, 2009.
U.S. Army Central Command, Atlanta, Ga., July 15, 2009.
Southern District of Indiana Anti-Terrorism Advisory Council, Indianapolis, Ind., Apr. 13, 2009.
Northern District of Ohio Anti-Terrorism Advisory Council, Cleveland, Ohio, Mar. 23, 2009.
Northern District of Alabama Anti-Terrorism Advisory Council, Huntsville and Birmingham, Ala., Mar. 16-17, 2009.

PX4

U.S. Department of State Office of Anti-Terrorism Assistance, lecture for senior Qatari officials, Dunn Loring, Va., Feb. 10, 2009.

LECC Anti-Terrorism Training for South Carolina Law Enforcement, Columbia, S.C., June 5, 2008.

Suffolk County Sheriff's Office, Suffolk County, N.Y., May 2007.

Suffolk County Sheriff's Office, Suffolk County, N.Y., June 2006.

## TEACHING EXPERIENCE

Adjunct Instructor, Duke University, 2021-23. *Course taught: National Security Simulation – Great Power Competition, Non-State Actors & Human Rights.*

Instructor, Carnegie Mellon University, 2021-22. Led two separate simulation-based courses (spring 2021 and spring 2022).

Adjunct Assistant Professor, Security Studies Program (M.A. program), Georgetown University, Washington, D.C., 2013-17. *Course taught: Violent Non-State Actors.*

University of Southern California, Executive Program in Counter-Terrorism, Los Angeles, Calif., 2013-17. *Course taught: Al-Qaeda and Its Affiliates.*

Adjunct Faculty Member, The Takshashila Institution, Bangalore, India, 2014. *Course taught: Violent Non-State Actors.*

Lecturer, The Catholic University of America (graduate), Washington, D.C., 2015. *Course taught: Violent Non-State Actors.*

Lecturer, The Catholic University of America (upper-level undergraduate), Washington, D.C., 2012. *Course taught: Al-Qaeda and Its Affiliates.*

Instructor, Leader Development and Education for Sustained Peace (LDESP) program, Naval Postgraduate School, 2009-present (seminars). Courses taught, by region:

- *Middle East and North Africa.* Regional Security Re-Alignment and Drivers of Instability in the Levant; Geography of Kuwait; Gulf States: Political, Economic, and Social Trends; The Arab Awakening and Its Implications for Stability; Non-State Actors in the Levant.
- *Horn of Africa.* History of the Horn of Africa; Drivers of Instability and Radicalization in Northeast and East Africa.
- *Afghanistan-Pakistan.* History of Afghanistan; Competing Interests of Afghanistan and Its Neighbors; Afghanistan-Pakistan Relations.

## WAR GAMES & SIMULATIONS

University of Calgary, August 2022. Contracted to lead a war game focusing on disinformation for the university's summer institute.

Carleton University (Ottawa, Canada), August 2022. Contracted to lead a war game, **"Acceleration,"** for the university's summer institute.

Regent University, Summer 2022. Contracted to lead a war game, **"Sleeping Giants,"** as a five-week exercise undertaken by a for-credit class.

Wake Forest University, Spring 2022. Led a war game, **"Sleeping Giants,"** as a five-week exercise undertaken by a for-credit class in the Communication department.

Johns Hopkins University, Spring 2022. Led an extracurricular war game, **"This Side of Paradise,"** simulating great power competition in Africa.

Johns Hopkins University, Fall 2021. Led a war game, **"Exodus,"** simulating competition between and among state and non-state actors in Afghanistan following the U.S. withdrawal.

Duke University, Fall 2021. Led a course centered around a single, multi-week war game: *National Security Simulation – Great Power Competition, Non-State Actors & Human Rights.*

Canadian Department of Defence, 2021. Principal Investigator for *Deepfakes, Climate Change, Flying Cars & Quantum Drones: Conditional Forecasting for Canadian Defense,* using scenario planning to conceptualize Canadian defence needs with respect to numerous evolving challenges.

Johns Hopkins University and Canadian Department of National Defence (co-sponsored), Spring 2021. Led a war game, **"Utopia or Oblivion,"** demonstrating how war games can contribute to the practice of futurism.

Carnegie Mellon University, Spring 2021. Led a multi-day war game, **"Acceleration,"** as a standalone micro-course.

American University, Spring 2021. Led a multi-week war game, **"Acceleration,"** as part of the curriculum for two classes (Dr. Bacon's Counterterrorism and Intelligence Analysis courses).

PX4

Global Counterterrorism Forum, Spring 2021. Led a tabletop exercise simulating the creation and iteration of a terrorist watchlist in a fictional country known as Atlantis.

Johns Hopkins University, Fall 2020. Led a war game, **"Acceleration,"** focusing on how the COVID pandemic exacerbates fault lines within and among civilizations.

Duke University, Fall 2020. Led a war game, **"Acceleration,"** focusing on how the COVID pandemic exacerbates fault lines within and among civilizations.

Canadian Department of National Defence, 2020-21. Led a project involving the use of war games to anticipate the strategic consequences of the COVID-19 pandemic.

Security Studies Program (M.A. program), Georgetown University, Spring 2020. Led a war game, **"Sleeping Giants,"** focusing on the use of sub-state proxies in the U.S.-China competition.

Foundation for Defense of Democracies, January 2020. Led a tabletop exercise focusing on the strategic implications of the investment relationship between the People's Republic of China and Israel.

Johns Hopkins University, Fall 2019. Led a war game, **"Sleeping Giants,"** focusing on the use of sub-state proxies in the U.S.-China competition.

Johns Hopkins University, Fall 2018. Led a war game simulating the regional and global response to the climate-induced collapse of the Pakistani state.

Johns Hopkins University, Fall 2017. Led a war game simulating the regional and global response to a major terrorist plot targeting Central Europe.

Security Studies Program (M.A. program), Georgetown University, Washington, D.C., 2013-17. Taught a course (*Violent Non-State Actors*) that regularly incorporated war games as part of the curriculum.

Canadian Department of National Defence, 2016. Principal Investigator for grant using scenario planning to conceptualize ISIS's possible futures in North and West Africa.

Johns Hopkins University, Fall 2016. Led a post-9/11 war game, in which teams positioned themselves to respond to al-Qaeda's attacks against America.

Johns Hopkins University, Fall 2015. Led a post-9/11 war game, in which teams positioned themselves to respond to al-Qaeda's attacks against America.

**SELECTED CLIENT WORK**

Naval Postgraduate School (NPS). 2009-present. Work as a Subject Matter Expert lecturing for military units deploying to critical regions for NPS's LDESP program.

Foundation for Defense of Democracies (FDD). 2015-present. I lead Valens's efforts to enhance FDD's security posture. Projects I have led include background checks into new employees, a review of the office's security architecture and procedures, and a personal security review of one of the think tank's executives.

Global Counterterrorism Forum (GCTF). 2018-present. Lead Subject Matter Expert on the *Counterterrorism Watchlisting Toolkit* (October 2021), the *Addendum to the GCTF New York Memorandum on Good Practices for Interdicting Terrorist Travel* (September 2021), and the *Berlin Memorandum on Good Practices for Countering Terrorist Use of Unmanned Aerial Systems*. I also served as the lead SME for a project on racially and ethnically-motivated violent extremism.

Jigsaw/Google. 2015-17. Lead regular research projects for Jigsaw/Google helping the organization understand trends in violent extremism and harassment in the online space, and how they can be countered.

NATO. 2016-17. Led study for NATO proposing a new methodology for monitoring and evaluation (M&E) of counterterrorism efforts; and designed a software platform to house monitoring and evaluation of future counterterrorism security assistance missions.

Global Engagement Center, 2017. I led a project analyzing the audience impact of counter-narratives to extremist content on YouTube. My team automatically extracted 53 variables about relevant videos and accompanying comments. The extracted data was augmented with additional information, including algorithmic language detection, translation, and sentiment scoring to provide a granular look at various metrics and trends.

European Union Technical Assistance to Nigeria's evolving Security challenges (EUTANS). 2016. Served as a Subject Matter Expert in Strategic Communication. Organized, presented at and facilitated a conference in Abuja where civil society activists were introduced to Boko Haram's use of social media, grappled with their role in responding to online extremism, and produced a Strategic Action Plan.

Check-6. 2014-2016. Led threat analysis for this oil and gas firm, helping them make vital decisions about whether to let their employees travel through certain dangerous or unstable countries.

PX4

Tullow Oil. 2015. Led team conducting an assessment of the likely impact of al-Shabaab's insurgency in Somalia on a possible pipeline investment in the Horn of Africa.

Joint Improvised-Threat Defeat Organization (JIDO). 2014-2015. Worked on four projects: projecting the future (to 2024) of a variety of violent non-state actors; building scenarios in which the Syria conflict could spill into Jordan; analyzing the offensive that the Islamic State (ISIS) undertook in Iraq; and analyzing the Libyan civil war.

Ministry of Foreign Affairs, The Netherlands. 2014-2015. Headed major project advising EU policymakers on options for addressing the crisis in North Africa.

U.S. Department of State, Office of Anti-Terrorism Assistance. 2007-2010. Subject Matter Expert designing and leading training for three separate projects (Mitigating Prison Inmate Radicalization course; and modules on Trends in Terrorism, and Terrorism: Overview, Motives, and Methodologies).

Corporate Risk International. 2008-09. Subject matter consultant on Iraqi insurgent group Asa'ib Ahl al-Haq for live hostage negotiation.

### BOOKS AND MONOGRAPHS

*Enemies, Near and Far*, forthcoming 2022 from Columbia University Press.

*Crypto-Fascists: Cryptocurrency Usage by Domestic Extremists* (with V. Koduvayur and S. Hodgson), FDD Press, 2022.

*DHS @ 20: Navigating a Changing Security Environment*, New America Foundation, August 2021.

*Skinheads, Saints, and (National) Socialists: An Overview of the Transnational White Supremacist Movement*, FDD Press, 2021.

*Behind the Black Bloc: An Overview of Militant Anarchism and Anti-Fascism*, FDD Press, 2021.

*"Like a Drop of Cyanide": A Strategic Framework for Addressing Hateful Conduct and Radicalization in the Canadian Armed Forces*, report for Canada's Department of National Defence, September 2020.

*Through the Adversary's Eyes: A Review of the Pro-Kremlin, Anti-CAF, Anti-NATO Digital Information Ecosystem*, report for Canada's Department of National Defence, August 2020.

*How to Master the Strategic Environment of Sub-State Threats Through Applied Artificial Intelligence* (with E. Chace-Donahue and S. Carvin), report for Canada's Department of National Defence, January 2020.

*Virtual Plotters. Drones. Weaponized AI?: Violent Non-State Actors as Deadly Early Adopters*, report for Canada's Department of National Defence, July 2019.

*Evolving Terror: The Development of Jihadist Operations Targeting Western Interests in Africa* (with J. Zenn, S. Sheafer & S. Bejdic), Foundation for Defense of Democracies, 2018.

*Islamic State 2021: Possible Futures in North and West Africa*, Foundation for Defense of Democracies, 2017.

*The Islamic State's Global Propaganda Strategy* (with N. Barr and B. Moreng), ICCT—The Hague, 2016.

*Islamic State vs. al-Qaeda: Strategic Dimensions of a Patricidal Conflict* (with J. Fritz, B. Moreng and N. Barr), New America Foundation, 2015.

*The Winner's Messaging Strategy of the Islamic State: Technically Excellent, Vulnerable to Disruption* (with N. Barr), Wikistrat, 2015.

*The Crisis in North Africa: Implications for Europe and Options for EU Policymakers* (with N. Barr, G. Willcoxon, and N. Basuni), Netherlands Institute of International Relations Clingendael, 2015.

*Dignity and Dawn: Libya's Escalating Civil War* (with N. Barr), ICCT—The Hague, 2015.

*Ansar Bayt al-Maqdis's Oath of Allegiance to the Islamic State*, Wikistrat, 2015.

*China's Post-2014 Role in Afghanistan*, Washington, DC: FDD Press, 2014.

Ed. (with J. Schanzer), *Allies, Adversaries and Enemies: America's Increasingly Complex Alliances*, Washington, DC: FDD Press, 2014.

*Raising the Stakes: Ansar al-Sharia in Tunisia's Shift to Jihad* (with B. Moreng and K. Soucy), ICCT–The Hague, 2014.

*Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad*, ICCT—The Hague, 2013.

*The Tactical and Strategic Use of Small Arms by Terrorists and Terrorist Groups* (Washington, DC: FDD Press, 2012).

Ed. (with L. Frum), *Terror in the Peaceable Kingdom: Understanding and Addressing Violent Extremism in Canada* (Washington, DC: FDD Press, 2012).

*Bin Laden's Legacy* (New York: John Wiley & Sons, 2011).

Ed. (with C. May), *The Afghanistan-Pakistan Theater: Militant Islam, Security and Stability* (Washington: FDD Press, 2010).

*Terrorism in the West 2008: A Guide to Terrorism Events and Landmark Cases* (Washington, DC: FDD Press, 2009).

*Homegrown Terrorists in the U.S. and U.K.: An Empirical Examination of the Radicalization Process* (Washington, DC: FDD Press, 2009).

PX4

*Abu Yahya al-Libi: Profile of an Ideologue* (Washington, DC: FDD Press, 2008).
Ed. (with C. May), *From Energy Crisis to Energy Security: A Reader* (Washington, DC: FDD Press, 2008).
*Firefighters' Developing Role in Counterterrorism* (New York: Manhattan Institute, 2008).
*The Convergence of Crime and Terror*, New York: Manhattan Institute, 2007.
*My Year Inside Radical Islam*, New York: Tarcher/Penguin, 2007.

## SELECTED BOOK CHAPTERS

"Jihadism in the Post-Arab Spring Maghreb," in S. King & A. Magraoui eds., *The Lure of Authoritarianism: The Maghreb After the Arab Spring*, Indiana University Press, 2019.

"Midterm Assessment: Sunni Jihadism," in J. Hannah ed., *Midterm Assessment: The Trump Administration's Foreign and National Security Policies*, FDD Press 2019.

"The United States' Post-9/11 Fight Against al-Qa'ida and the Islamic State: A Losing Effort in Search of a Change," in David W. Lesch & Mark L. Haas eds., *The Middle East and the United States: History, Politics and Ideologies* 6th ed., Routledge 2018.

"Violent Non-State Actor Proxies in the Pakistan-Afghanistan Relationship," in A. Pande ed., *Handbook on Contemporary Pakistan*, Routledge 2017.

"MENA Countries' Responses to the Foreign Fighter Phenomenon," in A. de Guttry et al. eds., *Foreign Fighters Under International Law and Beyond* (The Hague: T.M.C. Asser Press, 2016).

"The Evolution of Post-Ben Ali Tunisian Jihadism," in A. Celso & R. Nalbandov eds., *The Crisis of the African State* (Quantico, Va.: Marine Corps University Press, 2016).

"The Genesis, Rise, and Uncertain Future of al-Qaeda," in R. Law ed., *The Routledge History of Terrorism*, forthcoming Routledge, 2015.

"Violent Non-State Actors in the Afghanistan-Pakistan Relationship," in C. Fair & S. Watson eds., *Pakistan's Challenges*, University of Pennsylvania Press, 2015.

"Violent Non-State Actors: Paradigmatic Lessons Learned," in *National Security Management in Federal Structures: Perspectives from India and the United States* (Kochi, India: Centre for Public Policy Research, 2014).

"The Future of Preventive Detention Under International Law," in Sam Muller ed., *The Law of the Future and the Future of Law* (Hague Institute for the Internationalisation of Law, 2012).

"The Legacy of Osama bin Laden's Strategy," in David Kamien ed., *The McGraw-Hill Homeland Security Handbook* (New York: McGraw-Hill, 2012).

"Abducting Islam" (with K. Dabruzzi), in R. Rogan & F. Lanceley, eds., *Contemporary Theory, Research and Practice of Crisis/Hostage Negotiation* (Hampton Press, 2010).

## ACADEMIC AND TECHNICAL PUBLICATIONS

"Understanding Shifting Triadic Relationships in the Al-Qaeda/ISIS Faction Ecosystem" (with V.S. Subrahmanian et al.), *IEEE Transactions on Computational Social Systems*, September 23, 2020.

"When Jihadist Factions Split: A Data-Driven Network Analysis" (with S. Hodgson, D. Bellutta, C. Pulice & V.S. Subrahmanian), *Studies in Conflict & Terrorism* (2019).

"Fluidity of the Fringes: Prior Extremist Involvement as a Radicalization Pathway" (with M. Blackman), *Studies in Conflict & Terrorism* (2019).

"How al-Qaeda Works: The Jihadist Group's Evolving Organizational Design" (with N. Barr), *Current Trends in Islamist Ideology*, May 30, 2018.

"We Squeezed the Balloon: As ISIL Collapses, Jihadism Remains in a Growth Phase," symposium contribution, *Texas National Security Review*, March 20, 2018.

"Violent Non-State Actors in the Age of Social Media: A Twenty-First Century Problem Requires a Twenty-First Century Toolkit," *Georgetown Security Studies Review*, special issue, February 2017.

"How al-Qaeda Survived the Islamic State Challenge," *Current Trends in Islamist Ideology* (Hudson Institute), August 30, 2016.

"The Lean Terrorist Cell: How Startup Companies and Violent Non-State Actors Are Changing the Old World Order" (with N. Barr), *Georgetown Journal of International Affairs* 17:2, Summer/Fall 2016.

"An Opening for al-Qaeda" (with N. Barr), *Journal of International Security Affairs*, Winter 2016.

"Recent Attacks Illuminate the Islamic State's Europe Attack Network" (with N. Barr), Jamestown Foundation, April 27, 2016.

"Tunisian Jihadism After the Sousse Massacre" (with B. Moreng), *CTC Sentinel*, October 2015.

PX4

"The Role of Iraqi Tribes after the Islamic State's Ascendance" (with S. Jensen), *Military Review*, July-August, 2015.

"A Critical Link between Jabhat al-Nusra and al-Qaeda: Abu Humam al-Suri," *Militant Leadership Monitor* 6:5 (May 2015).

"AQAP's Virtual Jihadist—Bakhsuruf al-Danquluh," *Militant Leadership Monitor* 6:1 (January 2015).

"Doha's Dangerous Dalliance," *Journal of International Security Affairs*, Fall/Winter 2014.

"A Temporary Marriage of Convenience: Transnational Jihadists in Proxy Warfare," *Fletcher Security Review* 1:2 (May 2014).

"Lone Wolf Islamic Terrorism: Abdulhakim Mujahid Muhammad (Carlos Bledsoe) Case Study," *Terrorism and Political Violence* 26:110-28 (2014).

"Timeline: Al-Shabaab's Attacks Since Kismayo," *Militant Leadership Monitor Quarterly Strategic Report*, Oct. 2013.

"Al-Qaeda's Influential Online Strategist: Abu Sa'd al-Amili," *Militant Leadership Monitor*, Oct. 2013.

"Al-Qa`ida in the Islamic Maghreb's Tunisia Strategy" (with A. Zelin and A. Lebovich," *CTC Sentinel*, July 23, 2013.

"Perceptions of the 'Arab Spring' Within the Salafi Jihadi Movement" (with T. Vassefi), *Studies in Conflict & Terrorism* 35:12, Nov. 2012.

"The Forgotten History of Afghanistan-Pakistan Relations" (with T. Vassefi), *Yale Journal of International Affairs*, Mar. 2012.

"Islamistischer Terrorismus in den USA: 'Homegrown Terrorism' in den Vereinigten Staaten: Bedrohung, Ursachen und Prävention," *Der Bürger im Staat* (Germany), Winter 2011.

"Al Qaeda's Rope-a-Dope," *Journal of International Security Affairs*, Fall/Winter 2011.

"Leadership vs. Leaderless Resistance: The Militant White Separatist Movement's Operating Model" (with M. Gruen), Foundation for Defense of Democracies, February 18, 2010.

"Assessing the Militant White Separatist Movement" (with M. Gruen), Foundation for Defense of Democracies, January 28, 2010.

"The Strategic Challenge of Somalia's al Shabaab," *Middle East Quarterly*, Fall 2009.

"Fixing Our Pakistan Problem," *Journal of International Security Affairs*, Spring 2009.

"The Role of Consensus in the Contemporary Struggle for Islam," *Review of Faith & International Affairs*, Winter 2008.

"Is al-Qaeda's Central Leadership Still Relevant?" (with K. Dabruzzi), *Middle East Quarterly*, Spring 2008.

"Jihad's New Leaders" (with K. Dabruzzi), *Middle East Quarterly*, Summer 2007.

## SELECTED COMMENTARY, OP-EDS & POLICY ANALYSIS

"America Drops the Ball on White Supremacist Terror Groups" (with V. Koduvayur), *Foreign Policy*, December 21, 2021.

"Bordering on Hate: The Strategic Implications of White Supremacist Extremist Travel between the United States and Canada" (with C. Clarke and S. Hodgson), International Centre for Counter-Terrorism – The Hague, April 13, 2021.

"The Evolution and Escalation of the Islamic State Threat to Mozambique" (with E. Chace-Donahue and C. Clarke), Foreign Policy Research Institute, April 13, 2021.

"8 Principles of Crisis Architecture Can Help Mitigate Active Shooters" (with T. Lahnert), *FacilitiesNet*, August 2020.

"Sudanese Human Smuggling Networks: Fueling Instability from North Africa to Europe" (with P. Chalk & C. Clarke), International Centre for Counter-Terrorism – The Hague, June 29, 2020.

"The Threat of Jihadist Terrorism in Germany" (with E. Chace-Donahue & C. Clarke), International Centre for Counter-Terrorism – The Hague, May 22, 2020.

"The Russian Imperial Movement (RIM) and Its Links to the Transnational White Supremacist Extremist Movement" (with S. Hodgson & C. Clarke), International Centre for Counter-Terrorism – The Hague, April 24, 2020.

"The Growing Threat Posed by Accelerationism and Accelerationist Groups Worldwide" (with C. Clarke and S. Hodgson), Foreign Policy Research Institute, April 20, 2020.

"Foreign Terrorist Fighters from Southeast Asia: What Happens Next?" (with C. Clarke and S. Hodgson), International Centre for Counter-Terrorism – The Hague, February 17, 2020.

"The Enduring Legacy of French and Belgian Islamic State Foreign Fighters" (with C. Clarke & E. Chace-Donahue), Foreign Policy Research Institute, February 5, 2020.

"Terrorists and Technological Innovation" (with C. Clarke and M. Shear), *Lawfare*, February 2, 2020.

"What Do Asia's Returning Isis Fighters Do Next? You're About to Find Out" (with C. Clarke), *South China Morning Post*, February 2, 2020.

PX4

"Greece is the Weak Spot in Post-Caliphate European Counterterrorism (with C. Clarke), *The National Interest*, January 31, 2020.

"How to Win Friends and Wage Jihad: Understanding al Qaeda's Pragmatism" (with V. Koduvayur), *Foreign Affairs*, July 1, 2019.

"The Growing Challenge of Aviation Insider Threats" (with S. Sheafer), *Aviation Security International*, December 19, 2018.

"The Demographics of Southeast Asian Jihadism" (with V. Hagerty & M. Dement), *War on the Rocks*, September 5, 2018.

"Terrorists Are Going to Use Artificial Intelligence," *Defense One*, May 3, 2018.

"The Emigrant Sisters Return: The Growing Role of the Islamic State's Women" (with V. Hagerty and L. Macnair), *War on the Rocks*, April 2, 2018.

"Spike in African Terrorism Highlights the Importance of Jihadist Innovation," *War on the Rocks*, February 26, 2018.

"Terrorists Are Using Drones Now. And That's Not the Worst of It," *Fortune*, September 9, 2017.

"Save the Terrorism Prevention Toolkit" (with G. Selim), *War on the Rocks*, August 28, 2017.

"The Manchester Attack Shows How Terrorists Learn," *The Atlantic*, May 23, 2017.

"Lone Wolves No More," *Foreign Affairs*, March 27, 2017.

"The Coming Islamic Culture War" (with N. Barr), *Foreign Affairs*, March 4, 2017.

"U.S. Policy in Afghanistan: What to Expect from Trump," Centre on Religion & Geopolitics, Tony Blair Faith Foundation, February 6, 2017.

"Terrorists, Insurgents, Something Else? Clarifying and Classifying the 'Generational Challenge'" (with J. Zenn), *Lawfare*, January 15, 2017.

"ISIL's Virtual Planners: A Critical Terrorist Innovation," *War on the Rocks*, January 4, 2017.

"Trump Wants to Shake Up the World Order? Here's Where He Should Start," *Politico*, December 11, 2016.

"A Grim Anniversary: 15 Years after 9/11, the War against Radical Islamist Terrorism is not Looking Good," *New York Daily News*, September 11, 2016.

"Rebranding Terror" (with T. Joscelyn), *Foreign Affairs*, August 28, 2016.

"Boko Haram's Doomed Marriage to the Islamic State" (with J. Zenn), *War on the Rocks*, August 26, 2016.

"The Myth of Lone-Wolf Terrorism" (with N. Barr), *Foreign Affairs*, July 27, 2016.

"Bloody Ramadan: How the Islamic State Coordinated a Global Terrorist Campaign," *War on the Rocks*, July 20, 2016.

"ISIS May be on the Decline—But Beware al-Qaeda," *New York Post*, June 29, 2016.

"Boko Haram's Buyer's Remorse" (with J. Zenn), *Foreign Policy*, June 20, 2016.

"Uncovering if Pulse Club Massacre in Orlando Was an 'ISIS Attack,'" *New York Daily News*, June 12, 2016.

"Operation Hemorrhage: The Terror Plans to Wreck the West's Economy," *Daily Beast*, March 24, 2016.

"Osama bin Laden's 'Bookshelf' Reveals al-Qaeda's Long Game," *Daily Beast*, March 17, 2016.

"Neither Remaining Nor Expanding: The Islamic State's Global Expansion Struggles," *War on the Rocks*, February 22, 2016.

"The CIA's Syria Program and the Perils of Proxies," *Daily Beast*, January 19, 2016.

"How ISIS Makes Money: Oil Sales," *The Cipher Brief*, January 14, 2016.

"Islamic State vs. al-Qaeda: The War within the Jihadist Movement," *War on the Rocks*, January 13, 2016.

"Druze Clues: Al Nusra's Rebranding and What It Means for Syria," *Foreign Affairs*, October 6, 2015.

"Sunni Tribes Need Arms and Support to Fight ISIS," *New York Times*, June 1, 2015.

"Europe's Volatile Southern Neighbourhood," Netherlands Institute of International Relations (Clingendael), April 2015.

"The Losing War Against Ungoverned Spaces," *Pragati*, April 28, 2015.

"Al Qaeda is Beating the Islamic State," *Politico*, April 14, 2015.

"From Westgate to Garissa, Shabab's Murderous Wave," *Foreign Policy*, April 10, 2015.

"The Islamic State's African Long Con," *Foreign Policy*, March 16, 2015.

"Is Libya the Next Stronghold for the Islamic State?" (with N. Barr), *Foreign Policy*, March 2, 2015.

"The Truth About ISIS… They're Better at Twitter than War," *Spectator* (U.K.), January 10, 2015.

"Reaction to the Charlie Hebdo Massacre Shows How We've Lost Our Free-Speech Spine," *New York Daily News*, January 7, 2015.

"ISIS is Losing Its Greatest Weapon: Momentum," *The Atlantic*, January 6, 2015.

"China No Substitute for U.S. Involvement Over Afghanistan," *CNN*, October 29, 2014.

PX4

"Thank You for Bombing," *Foreign Policy*, September 24, 2014.

"The Islamic State's Vulnerability," *War on the Rocks*, September 17, 2014.

"Libya's Islamist Counteroffensive," *War on the Rocks*, August 13, 2014.

"Zawahiri's Revenge," *Foreign Policy*, July 31, 2014.

"The Jihadist Governance Dilemma" (with A. Magen), *Washington Post* (Monkey Cage blog), July 18, 2014.

"Is the Threat Posed by Former Guantánamo Detainees Exaggerated?," *Congressional Quarterly*, June 27, 2014.

"China's Post-2014 Afghanistan Strategy," *Pragati*, June 22, 2014.

"Massacre in Mpeketoni: Shabaab's Strategic Calculus" (with H. Appel), *Georgetown Journal of International Affairs*, June 21, 2014.

"Terror's Comeback Kids," *The Spectator* (U.K.), June 21, 2014.

"When America's Enemies Are Also Its Friends" (with J. Schanzer), *The National Interest*, June 16, 2014.

"Our Libya Intervention—Failure Disguised as Success," *National Post* (Canada), May 16, 2014.

"Safer Now?: Balancing Privacy and Security after the Boston Bombings," *America*, April 14, 2014.

"Al-Shabaab's Insurgency in Somalia: A Data-Based Snapshot" (with H. Appel), *Georgetown Journal of International Affairs*, April 3, 2014.

"The Lies American Jihadists Tell Themselves," *Foreign Policy*, Mar. 21, 2014.

"Russia's 'Ring of Steel' Around Sochi Can't Stop Terror Attacks Outside," *New York Daily News*, Jan. 26, 2014.

"Obama's Kobe Bryant-Al-Qaeda Flap," *Daily Beast*, Jan. 22, 2014.

"Interpreting Al-Qaeda," *Foreign Policy*, Jan. 6, 2014.

"Al-Qaeda's Big Year," *Politico*, Dec. 29, 2013.

"Afghanistan After the U.S. Drawdown," *Pragati*, December 6, 2013.

"Two Cheers for New TSA Screening," *New York Daily News*, November 19, 2013.

"The Arab World's Dimmed Revolutionary Fervour," *Pragati*, Oct. 4, 2013.

"The Westgate Mall Attack and the Future of Terrorism," *Georgetown Journal of International Affairs*, Sept. 23, 2013.

"Why Qatar is Quietly Supporting a U.S. Strike in Syria" (with J. Schanzer), *Atlantic*, Sept. 3, 2013.

"The Costs of Counterterrorism," *Townhall Magazine*, Sept. 2013.

"Turkey's Mixed Messages on Syria" (with J. Schanzer), *Atlantic*, Aug. 30, 2013.

"How We Killed Privacy—in 4 Easy Steps" (with K. Atherton), *Foreign Policy*, August 23, 2013.

"How Syria's Jihadists Win Friends and Influence People" (with P. Smyth), *Atlantic*, August 22, 2013.

"Gitmo's Czar Speaks Out," *Politico*, Aug. 13, 2013.

"The Cuban in the Desert," *Foreign Policy*, Aug. 13, 2013.

"Put a Sock In It!," *Politico*, Aug, 6, 2013.

"Al-Qaeda in Iraq and the Abu Ghraib Prison Break," *Project Syndicate*, July 23, 2013.

"Terrorism in North Africa After Benghazi," *ICCT Commentary*, July 18, 2013.

"Tunisia's Jihadi Showdown Shows Paradox of Arab Spring Freedoms," *Globe & Mail* (Canada), May 27, 2013.

"In Boston Terrorism Case, Too Easy to Jump to Conclusions," *Globe & Mail* (Canada), Apr. 22, 2013.

"Why Boston Isn't the New Normal," *New York Daily News*, Apr. 17, 2013.

"Springtime for Salafists," *Foreign Policy*, March 26, 2013.

"Ansar al-Sharia Tunisia's International Connections," *ICCT Commentary*, Mar. 21, 2013.

"The Impact of Systemic Factors," *Pragati*, March 8, 2013.

"Uncharitable Organizations" (with A. Zelin), *Foreign Policy*, February 26, 2013.

"Homegrown Terror is Real, But You Won't Find It Online," *Globe & Mail* (Canada), February 5, 2013.

"Where Should Mali's Militants be Detained?" *The Atlantic*, January 25, 2013.

"Is Algeria's Kidnapper a 'Common Criminal'? Look Again," *Globe & Mail* (Canada), January 22, 2013.

"The War's in Mali, But the Danger is International," *Globe & Mail* (Canada), Jan. 16, 2013.

"Learning from the Soviets: How to Withdraw from Afghanistan," *The Atlantic*, Jan. 9, 2013.

"The Political Prospects of an Open Fuel Standard in Obama's Second Term," *The Doctrine* (Truman Project), Jan. 7, 2013.

"Should We Invade Mali to Stop al Qaeda?," *Globe and Mail* (Canada), January 4, 2013.

"Osama bin Laden: Strategic Genius," *National Post* (Canada), Jan. 4, 2013.

"Will the U.S. Enjoy 'A Brighter Energy Outlook'?" *The Doctrine* (Truman Project), Dec. 17, 2012.

"Gitmo's Troubling Afterlife," *The Atlantic*, Dec. 4, 2012.

"How the Arab Spring's Prisoner Releases Have Helped the Jihadi Cause" (with A. Zelin), *The Atlantic*, Oct. 11, 2012.

PX4

"Reports of Al Qaeda's Death Have Been Greatly Exaggerated," *Foreign Policy*, Oct. 3, 2012.
"The Anti-Social Network" (with A. Elkus), *Foreign Policy*, Aug. 9, 2012.
"It's Far from Safe to Say that al Qaeda is Dead," *National Post* (Canada), August 3, 2012.
"Nekrolog za Al-Kajda?" *Pravda* (Slovakia), July 31, 2012.
"Is Nigeria the Next Front in the War on Terror?" *Foreign Policy*, July 3, 2012.
"Are More Underwear Bomb Plots in Progress?" *National Review Online*, May 8, 2012.
"Al Qaeda Spins Failed Plots as Successes Because They Ramp Up Security and Drain U.S. Treasury," *New York Daily News*, May 8, 2012.
"The Bin Laden Files," *Foreign Policy*, May 3, 2012.
"Al Qaeda Graphic Hinting at More New York Attacks Likely Bluster," *New York Daily News*, April 3, 2012.
"America's 4-Prong Strategy for Somalia" (with D. Trombly), *The Atlantic*, Oct. 31, 2011.
"Terrorism and the Coming Decade," *Global Brief*, Oct. 2011.
"What Will Anwar al Awlaki's Death Really Mean for al Qaeda?," *The Atlantic*, Sept. 30, 2011.
"Our Politicized Fight Against Terrorism," *The Atlantic*, Sept. 30, 2011.
"A Report Card for Homeland Security," *The Atlantic*, Sept. 14, 2011.
"Osama's Legacy Remains a Threat," *Hindustan Times* (India), Sept. 10, 2011.
"Al Qaeda is Winning," *The Atlantic*, Sept. 8, 2011.
"Does al Qaeda Still Pose a Serious Threat to the U.S.?" *CQ Researcher*, Sept. 2, 2011.
"Politicizing the War on Terror," *National Post* (Canada), Aug. 10, 2011.
"Declaring War on the 'Far Enemy,'" *National Post* (Canada), Aug. 9, 2011.
"Al Qaeda on the Brink?," *National Review Online*, July 28, 2011.
"Somalia's Drought, America's Dilemma" (with T. Vassefi), *The Atlantic*, July 15, 2011.
"Zawahiri's Ascension Won't Change al Qaeda's Strategy," *Foreign Policy*, June 16, 2011.
"Osama's Oil Obsession," *Foreign Policy*, May 23, 2011.
"The Iraq War Helped bin Laden," *New York Times*, May 3, 2011.
"Bin Laden's 'War of a Thousand Cuts' Will Live On," *The Atlantic*, May 3, 2011.
"Don't Get Cocky, America," *Foreign Policy*, May 2, 2011.
"The Lost Years for Alternative Energy?," *The Atlantic*, January 12, 2011.
"Death by a Thousand Cuts," *Foreign Policy*, Nov. 23, 2010.
"Prominent European Islamic Terrorist Renounces Extremism," *The Atlantic*, Oct. 19, 2010.
"Should the U.S. Help Break Up Somalia?," *The Atlantic*, Oct. 7, 2010.
"The African Union's Beleaguered Somalia Mission" (with S. Chung), *Long War Journal*, July 20, 2010.
"Counting al-Qaeda" (with B. Roggio), *Weekly Standard*, July 19, 2010.
"Al-Shabaab's Grim Milestone in Uganda," *FoxNews.com*, July 14, 2010.
"The Homegrown Terror Threat," *inFocus*, Summer 2010.
"Pakistan Intelligence Pulls Taliban Strings," *Washington Times*, June 17, 2010.
"The Shooting of Luqman Abdullah" (with M. Gruen), *National Post* (Canada), Nov. 26, 2009.
"Western Recruits in Somalia," *National Post* (Canada), Nov. 25, 2009.
"The Danger Signs of Terror," *National Post* (Canada), Nov. 24, 2009.
"Tarheel Jihadist," *Weekly Standard*, August 31, 2009.
"The Global Economic Crisis and Iraq's Future" (with J. Goodman), *inFocus*, Summer 2009.
"How Do They Radicalize Others?," *Washington Times*, June 20, 2009.
"American Interests in Pakistan," *Weekly Standard*, Apr. 13, 2009.
"The Attack on Syria's al Kibar Nuclear Facility" (with J. Goodman), *inFocus*, Spring 2009.
"What Does Ethiopia's Withdrawal Mean for Somalia's Future?," *Middle East Times*, Feb. 5, 2009.
"Why Energy Security Matters Despite Falling Oil Prices," *FDD Policy Briefing*, Jan. 13, 2009.
"Jihad Recruiting Effort May Explain Missing Somalis in Minneapolis Area," *FoxNews.com*, Dec. 4, 2008.
"Urban Jihad Comes to Town," *Hindustan Times* (India), Nov. 29, 2008.
"A Dangerous Neighbor: How Pakistan's Deterioration Harms Afghanistan" (with B. Roggio), *Weekly Standard*, August 6, 2008.
"The Strategic Vulnerabilities of Oil Dependence," Foundation for Defense of Democracies, July 21, 2008.
"Can Hydrogen Cars Reduce America's Oil Dependence?," Foundation for Defense of Democracies, July 8, 2008.
"Sadr's Special Groups" (with B. Roggio), *Weekly Standard*, June 9, 2008.
"Approaches to America's Energy Crisis," *FDD Policy Briefing*, June 2, 2008.

PX4

"Assessing Risks of Turkish Raids in N. Iraq" (with S. Rollinger), *Middle East Times*, May 13, 2008.

"The High Cost of Oil Dependence," *FDD Policy Briefing*, May 2, 2008.

"Will Yousaf Raza Gilani Change Pakistan?," *Middle East Times*, Apr. 15, 2008.

"The Press Botches Basra" (with B. Roggio), *Weekly Standard Online*, Apr. 4, 2008.

"Taliban Defeat in North-West Frontier?," *Middle East Times*, Mar. 6, 2008.

"Will Divisions Undermine the Somali Rebellion?," *Middle East Times*, Feb. 28, 2008.

"While Pakistan Burns," *Weekly Standard*, Oct. 29, 2007.

"Echoes of the Future" (with K. Datruzzi), *Weekly Standard Online*, June 7, 2007, reprinted in Thomas J. Bradley ed., *Violence and Terrorism* 11th ed. (McGraw Hill, 2009).

"Spinning the Fighting in South Waziristan" (with B. Roggio), *Weekly Standard Online*, Apr. 24, 2007.

"Finding the Moderates," *Washington Times*, Apr. 17, 2007.

"Changing Minds," *Washington Times*, Feb. 22, 2007.

"When Faith Goes Too Far," *Reader's Digest*, Feb. 2007.

"Blackhawk Up," *Weekly Standard*, Jan. 29, 2007.

"Will the U.S. Win in Somalia?," *Weekly Standard Online*, Jan. 10, 2007.

"The Death of Shamil Basayev," *American Spectator*, July 14, 2006.

"Zarqawi and His Role Model" (with R. Miniter), *Weekly Standard Online*, June 9, 2006.

"Assad Under Siege" (with N. Boms), *Washington Times*, May 15, 2006.

"Elections Are Not Enough" (with N. Boms), *Washington Times*, May 1, 2006; reprinted in D. Miller ed., *Developing Nations* (Thomson Gale, 2007).

"A Solid Start" (with N. Boms), *Wall Street Journal Europe*, Feb. 17, 2006.

"Al Qaeda's Oil Weapon," *Weekly Standard*, October 2, 2005.

"The Peculiar Alliance: Islamists and Neo-Nazis Find Common Ground by Hating the Jews," *Weekly Standard*, August 31, 2005.

## SELECTED BOOK REVIEWS AUTHORED

Sean McFate, *The Modern Mercenary*, in *Terrorism and Political Violence* (February 2017).

Jacob Shapiro, *The Terrorist's Dilemma*, in *Terrorism and Political Violence* 27:3 (2015).

Ramón Spaaij, *Understanding Lone Wolf Terrorism*, in *War on the Rocks*, October 27, 2014.

Alison Pargeter, *Libya: The Rise and Fall of Qaddafi*, in *Association for the Study of the Middle East and Africa Book Notes*, Nov. 25, 2013.

"Detention Policy Under Obama and Beyond," review essay, *Orbis*, Spring 2013.

Clark McCauley & Sophia Moskelenko, *Friction*, in *Pragati*, Nov. 2, 2012.

William Dobson, *The Dictator's Learning Curve*, in *Association for the Study of the Middle East and Africa Book Notes*, Oct. 26, 2012.

Peter Bergen, *The Longest War*, in *Middle East Quarterly*, Fall 2012.

Mitchell Silber, *The Al-Qaeda Factor*, in *Pragati*, Aug. 17, 2012.

Klejda Mulaj ed., *Violent Non-State Actors in World Politics*, in *Association for the Study of the Middle East and Africa Book Notes*, Aug. 1, 2012.

Owen Greene & Nicholas Marsh eds., *Small Arms, Crime and Conflict*, in *Association for the Study of the Middle East and Africa Book Notes*, May 29, 2012.

Markus V. Hoehne & Virginia Luling eds., *Milk and Peace, Drought and War*, in *Association for the Study of the Middle East and Africa Book Notes*, Jan. 18, 2012.

J.M. Berger, *Jihad Joe*, in *Pragati*, Sept. 2011.

Robert A. Pape & James K. Feldman, *Cutting the Fuse*, in *Association for the Study of the Middle East and Africa Book Notes*, May 26, 2011.

Assaf Moghadam, *The Globalization of Martyrdom*, in *Association for the Study of the Middle East and Africa Book Notes*, Oct. 15, 2010.

Stephen Grey, *Operation Snake Bite*, in *Middle East Quarterly*, Summer 2010.

Sadanand Dhume, *My Friend the Fanatic*, in *Middle East Quarterly*, Summer 2010.

Brynjar Lia, *Architect of Global Jihad*, in *Middle East Quarterly*, Summer 2010.

D.R. Burgess, *The World for Ransom*, in *Pragati*, July 2010.

Tore Bjørgo & John Horgan, eds., *Leaving Terrorism Behind*, in *Association for the Study of the Middle East and Africa Book Notes*, Apr. 14, 2010.

PX4

Alan B. Krueger, *What Makes a Terrorist: Economics and the Roots of Terrorism*, in *Association for the Study of the Middle East and Africa Book Notes*, 2009.

Marc Sageman, *Leaderless Jihad*, in *Middle East Quarterly*, Summer 2009.

Quintan Wiktorowicz, *Radical Islam Rising*, in *Middle East Quarterly*, Winter 2009.

Lawrence Wright, *The Looming Tower*, in *Middle East Quarterly*, Winter 2009.

Philip Jenkins, *God's Continent*, in *Middle East Quarterly*, Fall 2008.

Brian Michael Jenkins, *Unconquerable Nation*, in *Middle East Quarterly*, Summer 2008.

William Simpson, *The Prince*, in *Middle East Quarterly*, Winter 2008.

George Michael, *The Enemy of My Enemy*, in *Weekly Standard Online*, August 9, 2006.

Mary Habeck, *Knowing the Enemy*, in *Weekly Standard Online*, August 3, 2006.

## SELECTED PRESENTATIONS AND CONFERENCE PAPERS

"Closing Remarks," Global Counterterrorism Forum (GCTF), launch event for Racially or Ethnically Motivated Violent Extremism (REMVE) Toolkit Initiative, webinar, February 3, 2022.

Featured Guest, Virtual Happy Hour, Defense and Intelligence Innovation Ecosystem, January 3, 2022.

Panelist, "Malevolent Platforms: How to Eradicate Them While Preserving Freedom of Speech and Other Legal Protections That Foster the Global Exchange of Information," Eradicate Hate Global Summit 2021, Pittsburgh, Pa., October 20, 2021.

Panelist, "The Virus of Hate: COVID-19 as a Breeding Ground for Extremism," Eradicate Hate Global Summit 2021, Pittsburgh, Pa., October 18, 2021.

Panelist, "9/11 Lessons Learned," 4th Great Power Competition Conference: Two Decades After 9/11, co-sponsored by the University of South Florida and National Defense University, webinar, September 23, 2021.

"Worldbuilding in the Practice of Wargaming: What Wargamers Can Learn from the Techniques of Hollywood Blockbusters & Bestselling Novelists," National Defense University, June 30, 2021.

"Preventing Misuse of Cyberspace and New Technologies: Developing Ideas, Skills, and Toolkits for Practitioners," Second United Nations High-Level Conference on Counter-Terrorism, June 28, 2021.

"Crisis Architecture," Proto-Talks, Protogetic (webinar), June 24, 2021.

"Applying Existing GCTF Resources to REMVE," Global Counterterrorism Forum, Second Exploratory Dialogue on Racially or Ethnically Motivated Violent Extremism, Global (webinar), April 29, 2021.

"After January 6: Social Media, Mobilizations & Militant Groups," Proto-Talks, Protogetic (webinar), April 22, 2021.

"A Conversation on Wargaming," Institute for Politics and Strategy, Carnegie Mellon University (webinar), April 9, 2021.

"Countering the Rising Tide of Domestic Extremism: How We Got Our Current Toolkit, and How to Expand It," Council on Foreign Relations, March 10, 2021.

"'Like a Drop of Cyanide' – A Strategic Framework for Addressing Hateful Conduct and Radicalization in the Canadian Armed Forces," Royal Canadian Air Force, March 3, 2021.

Moderator, "Artificial Intelligence and Challenges in National Security," National Security Alumni Network, Foundation for Defense of Democracies, February 18, 2021.

"'Like a Drop of Cyanide' – A Strategic Framework for Addressing Hateful Conduct and Radicalization in the Canadian Armed Forces," webinar for Chief of Military Personnel (Canada's Department of National Defence) and senior staff, January 20, 2021.

"'Like a Drop of Cyanide' – A Strategic Framework for Addressing Hateful Conduct and Radicalization in the Canadian Armed Forces," Director General Military Personnel Research and Analysis, Ottawa (via webinar), January 8, 2021.

"Terrorists, Technology, Tactics: Understanding How Violent Non-State Actors Engage in Organizational Learning," Global Terrorism Trends and Analysis Center Speaker Series, December 17, 2020.

"Addressing Mass Shootings Through the Built Environment," TEDxTemecula, Temecula, Calif., posted online December 7, 2020.

"'Like a Drop of Cyanide' – A Strategic Framework for Addressing Hateful Conduct and Radicalization in the Canadian Armed Forces," MINDS Virtual Expert Briefing, Canadian Department of National Defence, December 2, 2020.

"Preventing White Supremacist Violent Extremism," Duke University (webinar), September 11, 2020.

"Maritime Security and Terrorist Travel: A Global Overview," keynote presentation, Virtual Consultation on the Implications of Terrorist Travel in the Maritime Domain, Global Counterterrorism Forum, July 21, 2020.

PX4

"How Terrorist Organizations and Violent Extremists are Operating in the Fog of COVID-19," Foundation for Defense of Democracies webinar, June 23, 2020.

"Update on Terrorism—Expectations for 2020 and Beyond," Infonex Canadian BCP and Emergency Management 2020 Conference, Ottawa, January 28, 2020.

"Violent Non-State Actors as Deadly Early Adopters," Canadian Department of National Defence, Ottawa, September 18, 2019.

"Future Global Trends and Asymmetric Warfare," keynote speech, Changing Nature of Conflicts Workshop, Near East South Asia Center for Strategic Studies, National Defense University, Casablanca, Morocco, June 18, 2019.

"CT Challenges: What's Going Well, What's Not Going Well," Beyond Christchurch and the Caliphate: Terrorism's Futures, conference hosted by the Australian Government & Australian National University, Canberra, Australia, June 5, 2019.

"Current and Emerging Technologies," keynote speech, 2019 Sovereign Challenge Program Annual Conference, U.S. Special Operations Command, Pittsburgh, Pa., May 1, 2019.

"The Violent Non-State Actor Technology Adoption Curve," T2 Conference on Technology and the Future of Terror, sponsored by Georgia State University and Sam Nunn School at Georgia Tech, Atlanta, Ga., April 11, 2019.

"Artificial Intelligence and Asymmetric Warfare," Near East South Asia Center for Strategic Studies, National Defense University, Washington, D.C., February 7, 2019.

"The Current Threat to Civil Aviation," keynote address, Airport IT & Security 2018 conference, Amsterdam, Dec. 4, 2018.

"#Extremism: Social Media, Recruitment, Radicalization and Counternarratives," Partnering in Practice: Preventing Social Polarizations conference, Edmonton, Alberta, December 1, 2018.

"The Past, Present and Future of al-Qaeda," Campbell University, Buies Creek, N.C., September 20, 2018.

"Islamic State's Virtual Planners Model," The Jamestown Foundation, Washington, D.C., June 6, 2018.

Panelist on Academic Panel, Defense Combating Terrorism Intelligence Conference, Reston, Va., May 15, 2018.

"Artificial Intelligence and Asymmetric Warfare," presentation at NESA-AFRICOM Senior Leaders Dialogue, Tunis, Tunisia, May 2, 2018.

"Technology Tsunami," U.S. Army Special Operations Command (USASOC) Young Lions Program, Fort Bragg, N.C., February 7, 2018.

"Evolving Terror: The Development of Jihadist Operations Targeting Western Interests in Africa," Defence Engagement Program, Canadian Department of National Defence, Ottawa, Jan. 29, 2018.

"The World and I: How Global Events Can Shape the Threats You Confront Locally," keynote speech, Counter Terrorism Symposium, Miami International Airport Auditorium, Miami, Fla., Jan. 23, 2018.

"The World and I: How Global Events Can Shape the Threats You Confront Locally," Anti-Defamation League Advanced Training School, Washington, D.C., December 5, 2017.

"Islamic Extremist Propaganda," Institute of World Politics, Washington, D.C., November 28, 2017.

"Countering Radicalization: What Can Be Done?," Enriching the Middle East's Economic Future conference, sponsored by UCLA Center for Middle East Development, Doha, November 13, 2017.

"Combating Online Radicalization" (panelist), Foundation for Defense of Democracies, Washington, D.C., November 9, 2017.

"Technology Tsunami," U.S. Army Special Operations Command (USASOC) Young Lions Program, Fort Bragg, N.C., October 26, 2017.

"The Evolving Jihadist Ideology and Its Implications for the Intentions of al-Qaeda Core and al-Qaeda in Syria," workshop presentation, Canadian Security Intelligence Service, Ottawa, October 3, 2017.

"Assessing the Next Steps of Foreign Fighters in Iraq/Syria," workshop presentation, hosted by CENTRA Technologies, Arlington, Va., September 28, 2017.

"Information Tools to Support Counterterrorism Capacity-Building Collaboration," workshop presentation, NATO Center of Excellence – Defense Against Terrorism, Ankara, Turkey, September 21, 2017.

"Sixteen Years After 9/11: Assessing the Terrorist Threat" (panel), New America Foundation, Washington, D.C., September 11, 2017.

"The Jihadist Landscape in South Asia," Near East South Asia Center, National Defense University, Washington, D.C., August 14, 2017.

"Change or Continuity Since 2014: ISIS in Global Context," The Evolving Terrorist Threat conference, The RAND Corporation, Arlington, Va., June 27, 2017.

16

PX4

"Future of the Salafi Jihadist Movement" (presenter), The Ideology of Salafi Jihadism, CENTRA Technologies, conference hosted for the U.S. intelligence community, McLean, Va., June 6, 2017.

"Organizational Adaptation" (panelist), Anticipating Adaptation and Innovation in Terrorist External Attack Planning, CENTRA Technologies, conference hosted for the U.S. intelligence community, Arlington, Va., May 22, 2017.

"Terrorism in 2020" (panel), Department of Defense Combating Terrorism Intelligence Conference, Reston, Va., May 9, 2017.

"Countering Violent Extremism," presenter and panelist, Homeland Security Training Institute, College of DuPage, Glen Ellyn, Ill., March 29, 2017.

"After the Islamic State: Consequences and Beneficiaries," panelist, Foundation for Defense of Democracies, Washington, D.C., March 7, 2017.

"Counterterrorism/Extremism and the Internet Challenge," respondent, Quad-Plus Dialogue, hosted at the Heritage Foundation, Washington, DC, March 1, 2017.

"A Deep Dive on al-Qaeda's Syrian Branch," Al-Qaeda in 2017 Workshop, Washington Institute for Near East Policy, Washington, DC, March 1, 2017.

"Terrorism in Conflict Zones: Syria in Comparison," CENTRA Technologies, conference for U.S. intelligence community, Arlington, Va., February 23, 2017.

"The Jihadist Landscape in South Asia," Near East South Asia Center, National Defense University, Washington, D.C., February 6, 2017.

"What Next? Regional Trends and Threats," Conference on What the New Administration Needs to Know About Terrorism & Counterterrorism, Georgetown University Center for Security Studies and St Andrews University Handa Centre for the Study of Terrorism and Political Violence, Washington, D.C., January 26, 2017.

"How Does it All End?" workshop, panelist, National Counterterrorism Center (NCTC), McLean, Va., January 12-13, 2017.

"The Jihadi Threat: ISIS, al-Qaeda and Beyond," panel, U.S. Institute of Peace, Washington, D.C., December 12, 2016.

"The Islamic State's Virtual Planners: A New Method of Terrorist Attack for the Social Media Age," Anti-Defamation League Advanced Training School, Washington, D.C., Dec. 6, 2016.

Keynote speech, After ISIL: Stability and Spillover, sponsored by U.S. Army Special Operations Command and the Laboratory for Unconventional Conflict & Simulation (LUCAS), Duke University, Durham, N.C., Dec. 2, 2016.

"The Growing Challenge," keynote address, Social Media Narratives and Extremism Workshop, sponsored by the Near East South Asia Center, National Defense University, Casablanca, Morocco, August 16-17, 2016.

"The Future of Violent Extremism," Executive Program in Counter-Terrorism, CREATE center, University of Southern California, Los Angeles, August 3, 2016.

"The Jihadist Landscape in South Asia," Near East South Asia Center, National Defense University, Washington, DC, July 14, 2016.

"As the Rest of the World Gets Online: Implications for Militant Groups, Stability, and Social Change," keynote speech, Transportation Security Administration (TSA) Intel Talk series, Arlington, Va., July 13, 2016.

"Degree of Local and Popular Support for the Islamic State Provinces," Beyond Syria and Iraq conference, Washington Institute for Near East Policy, Washington, D.C., June 9, 2016.

"Transnational Terrorism, Foreign Fighters and Youth Radicalization," Developing Strategies to Address Contemporary Security Challenges on Europe's Southern Flank, George C. Marshall European Center for Security Studies, Garmisch, Germany, May 10, 2016.

"Cyber Technology Roles and Trends in Radicalization," keynote presentation, U.S. Army Special Operations Command Commander's Conference, West Point, N.Y., May 4, 2016.

"Jihadism: Can It Be Defeated?," Foundation for Defense of Democracies, Washington Forum, Washington, DC, April 13, 2016.

"Global Cyber-Vulnerabilities: Threats, Challenges, and Opportunities," Foundation for Defense of Democracies, Washington, DC, March 9, 2016.

"The Competition between the Islamic State and al-Qaeda," The New Global Reality: Challenges and Risks to Regional Stability international conference, Kazakhstan Institute for Strategic Studies, Astana, Kazakhstan, March 2, 2016.

"The Three I's: Iran, Iraq, ISIS," Near East South Asia Center, National Defense University, Arlington, Va., February 22, 2016.

17

PX4

"Intellectual Frameworks for Counter-Messaging," U.S. Special Operations Command Central (SOCCENT), January 26, 2016.

Col. Richard R. Hallock Lecture Series, Columbus State University, Columbus, Ga., October 12, 2015.

"The Competition between the Islamic State and al-Qaeda: Implications for Regional States and the Future of the Jihadist Movement," NATO Advanced Research Workshop, Brussels, October 6, 2015.

"The Nexus Between Crime and Terror," Counter-Threat Finance Working Group, U.S. Special Operations Command (SOCOM), Tampa, Fla., September 22, 2015.

"ISIS: The New Caliphate?" Near East South Asia Center, National Defense University, Washington, DC, September 21, 2015.

"Lone Wolves and Loose Networks," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, September 9, 2015.

"The 'Islamic State': The Future of Global Jihad?," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, September 8, 2015.

"Al-Qaeda and Its Affiliates," National Center for Risk and Economic Analysis of Terrorism Events (CREATE), Executive Program in Counterterrorism, University of Southern California, Los Angeles, August 19, 2015.

"The Middle East: Now and Next," The Chautauqua Institution, Chautauqua, N.Y., August 17, 2015.

"The Chaotic Future of the Middle East," Near Futures for the Near East: A Government-Academic Dialogue, Minerva Research Initiative/Defense Intelligence Agency, Alexandria, Va., August 5, 2015.

"The Competition between the Islamic State and al-Qaeda," Center for American Progress, Washington, DC, May 6, 2015.

"Mapping the Global Islamist Insurgency," Heritage Foundation, Washington, DC, May 5, 2015.

"ISIS: Burning, Beheading and Mass Executions," Sun Valley Global Affairs Forum, Sun Valley, ID, April 23, 2015.

"Are We Still Fighting a War on Terrorism?", Washington Forum, Foundation for Defense of Democracies, Washington, DC, April 15, 2015.

"Libya's Escalating Civil War," Royal United Services Institute, London, 13 March 2015.

"Libya's Escalating Civil War," International Centre for Counter-Terrorism—The Hague, March 12, 2015.

"On Tribalism, Jihadists, and Lone Wolf Political Violence," panel, Understanding the Extremist Threat workshop, Institute for National Strategic Studies, Washington, DC, March 11, 2015.

"Terrorism in Canada," Infonex Canadian Emergency Management Conference, Ottawa, January 20, 2015.

"The Islamic State: A New Genre of Foe for a New Media Age," Brandeis University, Waltham, Mass., Nov. 13, 2014.

"Successes and Failures of the U.S. and NATO Intervention in Libya," Association for the Study of the Middle East and Africa Annual Conference, Arlington, Va., Nov. 1, 2014.

"The ISIL Campaign in Anbar," National Defense University, Washington, D.C., October 20, 2014.

"Pakistan: Protests and Policy," Foundation for Defense of Democracies, Washington, D.C., September 19, 2014.

"Terrorism and the United Arab Emirates," National Defense College, Abu Dhabi, September 14, 2014.

"Competition vs. Cooperation in Global Jihad," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, Sept. 11, 2014.

"Using a Political Science Ph.D. in DC: Skills and Training for Non-Traditional Opportunities" (panel), American Political Science Association Annual Meeting, Toronto, August 28, 2014.

"Keeping Our Friends Close and Our Frenemies Closer?" Foundation for Defense of Democracies, Washington, D.C., July 11, 2014.

"Tunisia and Ansar al-Sharia: Foreign Fighters and the Evolution of a Jihadist Group," Combating Terrorism Working Group, Brussels, April 24, 2014.

"Loss of Distance and the Public Intellectual: Twitter's Impact on How We Interact and Think," Wake Forest University Argumentation Conference, Winston-Salem, N.C., April 12, 2014.

"The Prospects of Governance in Somalia," Georgetown University, Washington, D.C., Mar. 5, 2014.

"Ansar al-Sharia's War with Tunisia," International Centre for Counter-Terrorism—The Hague, The Hague, Netherlands, Feb. 20, 2014.

"Understanding Al-Qaeda and its Affiliates: A Global Threat or JV Squad?" Foundation for Defense of Democracies, Washington, D.C., Feb. 5, 2014.

"Social Media: Game Changer or Tool for Regime Exploitation?" Foundation for Defense of Democracies, Washington, D.C., Dec. 11, 2013.

PX4

"Violent Non-State Actors: Strategies and Tactics in Addressing the Problem," Centre for Public Policy Research, Kochi, India, Dec. 6, 2013.

"Afghanistan After the United States Drawdown," Takshashila Institution, Bangalore, India, Dec. 5, 2013.

"Afghanistan After the United States Drawdown," O.P. Jindal Global University, Sonipat, India, Dec. 4, 2013.

"Who Calls the Shots? Syria, Russia, Hezbollah" (discussant), Association for the Study of the Middle East and Africa Annual Conference, Arlington, Va., Nov. 23, 2013.

"Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad," Association for the Study of the Middle East and Africa Annual Conference, Arlington, Va., Nov. 22, 2013.

"Afghanistan After the U.S. Withdrawal," Takshashila Institution, Graduate Certificate in Public Policy program (webinar), Nov. 16, 2013.

Panel: "The Challenge of Violent Non-State Actors and the Academy," Wake Forest University, Winston-Salem, N.C., Oct. 10, 2013.

Panel: "Africa's Youth in the Age of Extremism," National Committee on American Foreign Policy, New York City, Sept. 26, 2013.

Panel: "Homegrown Terrorism, Local Initiative, and 'Lone Wolves,'" International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, Sept. 11, 2013.

Panel: "From A to Z: Al-Qaeda Central and Its Affiliates," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, Sept. 10, 2013.

"Ansar al-Sharia Tunisia: *Dawa*, *Hisba*, and *Jihad*," International Centre for Counter-Terrorism—The Hague, Brussels, Belgium, Apr. 19, 2013.

"Policy Under Fire: How Should the U.S. Handle the Non-Criminal Detention of Violent Non-State Actors?" Foundation for Defense of Democracies, Washington, D.C., Feb. 22, 2013.

"Dispatches from Mali," discussion sponsored by *Foreign Policy* and the Pulitzer Center on Crisis Reporting, Washington, D.C., Jan. 30, 2013.

"Why Are Consensus Views So Often Wrong in Regional Security Studies?," Cultural Knowledge Consortium Speaker Series, online conference, Nov. 30, 2012.

"Why Are Consensus Views So Often Wrong in Regional Security Studies?," United States Naval Academy Africa Forum, Annapolis, Md., Oct. 17, 2012.

"Why Are Consensus Views So Often Wrong in Regional Security Studies?," Association for the Study of the Middle East and Africa Annual Conference, Arlington, Va., Oct. 12, 2012.

"Lone Wolf Islamic Terrorism: Abdulhakim Mujahid Muhammad (Carlos Bledsoe) Case Study," Lone Wolf and Autonomous Cell Terrorism, conference at Uppsala University, Uppsala, Sweden, Sept. 25, 2012.

"Tactics to Undermine Terrorist Organizations," University of Maryland at College Park, Washington, D.C., Sept. 10, 2012.

"The Arab Spring, Organizational Resiliency, and a New Operating Environment: Al Qaeda's Outlook 2012," Defense Intelligence Agency Speaker Series, Washington, D.C., July 31, 2012.

"Combating Olympic Terrorism: National and International Lessons," Potomac Institute for Policy Studies, Arlington, Va., July 25, 2012.

"Bin Laden's Legacy: Strategy and the Global Fight Against al Qaeda," Association for Intelligence Officers, Kennebunk, Maine, May 19, 2012.

"The Arab Awakening and the Future of al Qaeda," Woodrow Wilson International Center for Scholars, Washington, D.C., May 10, 2012.

"Homegrown Threats and Radicalization," 7th Annual Homeland Security Law Institute, American Bar Association, Washington, D.C., Mar. 22, 2012.

"Somalia: America's Forgotten Battleground," World Affairs Council of Greater Richmond, Richmond, Va., Feb. 28, 2012.

"Islamist Radicalization," U.S. Marine Corps Command and Staff College, Quantico, Va., Feb. 22, 2012.

"Al-Qaeda After bin Laden," School of Advanced International Studies, Johns Hopkins University, Washington, D.C., Feb. 21, 2012.

"Bin Laden's Legacy," Pakistan Afghanistan Federation Forum, The Pentagon, Arlington, Va., Jan. 20, 2012.

"Foreign Fighter and Radicalization Threats," Foreign Policy Research Institute, Washington, D.C., Dec. 6, 2011.

"Ungoverned Spaces: The Struggle for Somalia," Foundation for Defense of Democracies, Washington, D.C., Dec. 2, 2011.

PX4

"Bin Laden's Legacy: U.S. Mistakes in the War on Terror," Cleveland Council on World Affairs, Cleveland, Ohio, Nov. 22, 2011.

"Homegrown Terrorism: The Domestic Threat," Jewish Institute for National Security Affairs, Washington, D.C., Nov. 8, 2011.

"Why al Qaeda is Winning," Association for the Study of the Middle East and Africa Annual Conference, Arlington, Va., Nov. 5, 2011.

"The Bin Laden Aftermath," World Affairs Council of Greater Richmond, Richmond, Va., Oct. 27, 2011.

"Bin Laden's Troubled Legacy," New America Foundation, Washington, D.C., Oct. 18, 2011.

"Bin Laden's Legacy: U.S. Strategy and the 'War on Terrorism,'" High Point University, High Point, N.C., Oct. 7, 2011.

"9/11/01—Ten Years Later," Campbellsville University, Campbellsville, Ky., Sept. 12, 2011.

"The Future of Terrorism: Combating the Next Wave," Heritage Foundation, Washington, D.C., Sept. 8, 2011.

"Are We Safer?" (debate with Peter Bergen), National Consortium for the Study of Terrorism and Responses to Terrorism, University of Maryland, Washington, D.C., Sept. 1, 2011.

"Bin Laden's Legacy" (Distinguished Speaker Series), National Center for Risk and Economic Analysis of Terrorism Events (CREATE), University of Southern California, Los Angeles, Aug. 4, 2011.

"Terrorist Use of the Internet," National Counterterrorism Center, Conference on al Qaeda and the Global Threat, Warrenton, Va., July 28, 2011.

"Terrorism in Canada," Foundation for Defense of Democracies, Ottawa, June 12-13, 2011.

"Ideas, Identity, and Terror" (keynote speech), The Impact of Identity Politics on Violent Extremism: Regional Perspectives, Global Futures Forum, Monterey, Calif., Apr. 7, 2011.

"Homegrown Terrorists and Lone Wolves," Government Security Conference and Expo, Washington, D.C., Mar. 29, 2011.

"Countering Terrorist Narratives," Council on Foreign Relations, Washington, D.C., Feb. 11, 2011.

"Domestic Intelligence: New Powers, New Risks," Brennan Center for Justice (New York University School of Law), Washington, D.C., Jan. 18, 2011.

"Countering Youth Radicalization," Preventing Youth Radicalization Conference, Ottawa Police Service, Ottawa, Dec. 7, 2010.

"Islamic Radicalization to 2025," Special Operations Command Europe (SOCEUR), Component Commander's Conference, Garmisch, Germany, Nov. 16, 2010.

"The Economic Strategy of Jihad," Association for the Study of the Middle East and Africa Annual Conference, Arlington, Va., Nov. 6, 2010.

"The al Qaeda Plot in Europe: Testing Transatlantic Security Cooperation," Foundation for Defense of Democracies, Washington, D.C., Oct. 15, 2010.

"Somalia Case Study," The Foreign Fighter Problem Conference, Foreign Policy Research Institute, Washington, D.C., Sept. 27, 2010.

"Americans in al Qaeda," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, Sept. 15, 2010.

"The Danger of 'Homegrown' Terrorism in the U.S.A.," Universität Tübingen, Tübingen, Germany, Sept. 9, 2010.

"Academic Perspectives on al-Shabaab," Inter-Agency Task Force's Counter-Radicalization Branch, U.S. Special Operations Command (SOCOM), Washington, D.C., June 2010.

"The Future of Anti-Money Laundering Efforts," John Jay College of Criminal Justice, New York City, June 9, 2010.

"Al Qaeda and the Dynamics of Local: Somalia Case Study," National Defense University, Washington, D.C., April 21, 2010.

"The War Against al Qaeda in Somalia," American Enterprise Institute, Washington, D.C., Apr. 19, 2010.

"Terrorist De-Radicalization Programs," Heritage Foundation, Washington, D.C., Mar. 26, 2010.

"Islam and the West," American Political Science Association Annual Meeting, Toronto, September 2009.

"Pakistan's Military and Religious Extremism," Foundation for Defense of Democracies, Freeport (The Bahamas), June 11, 2009.

"PKK Challenges Ahead," Assembly of Turkish American Associations Convention, Arlington, Va., May 16, 2008.

"Radicalization in the West," Manhattan Institute, New York City, Apr. 8, 2008.

"Assessing the Surge," Cato Institute, Washington, D.C., Sept. 20, 2007.

PX4

"Homegrown Terrorists and Converts," L.A.P.D. Joint Regional Intelligence Conference, Los Angeles, April 12, 2007.

## GRANTS

Principal Investigator for *Getting Past No: Employing Simulations as a Tool to Foster Multi-Stakeholder Negotiations and Planning for Climate Change*, awarded by the Canadian Department of National Defence's MINDS program (awarded 2022; $49,649.32).

Principal Investigator for *Sleeping Giants: A Simulated Study of Modern Great Power Competition*, awarded by the Canadian Department of National Defence's MINDS program (awarded 2021; $49,951.75).

Principal Investigator for *Blind Sided: Reframing Use of Emerging Technologies in the Grey Zone Environment Through Application of Evolutionary Theory*, awarded by the Canadian Department of National Defence's MINDS program (awarded 2021; $49,564.64).

Principal Investigator for *Deepfakes, Climate Change, Flying Cars & Quantum Drones: Conditional Forecasting for Canadian Defense*, awarded by the Canadian Department of National Defence's MINDS program (awarded 2021; $49,040).

Principal Investigator for grant awarded by the Canadian Department of National Defence to create a strategic framework for countering hateful conduct and radicalization in the Canadian Armed Forces (awarded 2020; $49,676.22 Canadian).

Principal Investigator for grant awarded by the Canadian Department of National Defence to anticipate the strategic consequences of the COVID-19 pandemic (awarded 2020; $9,847.50 Canadian).

Principal Investigator for grant awarded by the Canadian Department of National Defence to create a strategic framework for countering disinformation designed to thwart or discredit Canadian forces deployed abroad (awarded 2019; $49,916.62 Canadian).

Principal Investigator for grant awarded by the Canadian Department of National Defence to study how artificial intelligence can predict future patterns of violent non-state actor activity (awarded 2019; $49,860.20 Canadian).

Principal Investigator for grant awarded by the Canadian Department of National Defence to study violent non-state adoption of new technologies (awarded 2019; $49,916.40 Canadian).

Co-Principal Investigator for grant awarded by the Canadian Department of National Defence to study jihadist operations in Africa targeting Western interests (awarded 2017; $24,983.48 Canadian).

Principal Investigator for grant awarded by the Canadian Department of National Defence to study ISIS's possible futures in North and West Africa (awarded 2016; $24,269.79 Canadian).

Principal Investigator for Smith Richardson Foundation to fund the book *Fighting the Far Enemy* (awarded 2016; $108,350).

Co-Principal Investigator for Office of Naval Research Grant N00014-16-1-2918, using a big-data approach to anticipate where fractures may occur in jihadist militant organizations (awarded 2016; three years, $1.5 million).

The Achelis & Bodman Foundation ($50,000), Lynde and Harry Bradley Foundation ($40,000) and Kathryn W. Davis Foundation ($5,000) provided grants to fund my study on terrorist radicalization, which was published as *Homegrown Terrorists in the U.S. and U.K.* (2008).

## HONORS AND AWARDS

Civil Society Fellowship, partnership of the Aspen Institute the Anti-Defamation League, Class of 2020.

Safe Communities Institute Fellow, University of Southern California, 2016-present.

Distinguished Alumni Award, American Debate Association, 2015.

Senior Fellow. Homeland Security Policy Institute, George Washington University. 2010-2015.

Leader Development for Education and Sustained Peace Support Excellence Award (Naval Postgraduate School). 2009.

## LANGUAGES

*English*: native fluency.
*Italian*: advanced reading; intermediate speaking and writing.
*Spanish*: advanced reading; intermediate speaking and writing.
*French*: intermediate reading, basic speaking and writing.
*Arabic*: basic reading and speaking.

PX4

PX5

# Expert Witness Declaration & Report
# on Sunni Militant Groups

## *Estate of Christopher Brook Fishbeck, et al., v. Islamic Republic of Iran, et al.*

**Dr. Daveed Gartenstein-Ross**
Chief Executive Officer, Valens Global
April 24, 2022

PX5

# Table of Contents

I.   Scope of Engagement and Opinion ........................................................................................ 3

II.   Qualifications ........................................................................................................................ 4

   Professional Background ...................................................................................................... 4

   Methodology ........................................................................................................................ 11

III.  The Zarqawi Organization/al-Qaeda in Iraq ................................................................... 13

   A Short Biography of Abu Musab al-Zarqawi .................................................................. 13

   Bayat al-Imam/Jund al-Sham .............................................................................................. 14

   Alliance with Ansar al-Islam ............................................................................................... 18

   Jamaat al-Tawhid wa-l-Jihad (JTJ) ..................................................................................... 18

   Al-Qaeda in Iraq (AQI) ...................................................................................................... 19

   The Mujahedin Shura Council (MSC) ............................................................................... 20

   Islamic State of Iraq (ISI) ................................................................................................... 21

IV.  Ansar al-Islam/Ansar al-Sunnah ....................................................................................... 27

   Origins in the Kurdistan Islamic Movement .................................................................... 27

   Ansar al-Islam's Formation ................................................................................................ 30

   Operation Viking Hammer .................................................................................................. 33

   Ansar al-Sunna's Formation and Activities ....................................................................... 36

   Summary of Iranian Support for Ansar al-Sunna ............................................................. 41

V.   Iranian Support for al-Qaeda ............................................................................................. 42

   Pre-9/11 Iranian Support for al-Qaeda ............................................................................. 42

   The 1998 East African Embassy Bombings & Iranian Support ...................................... 43

   Post-9/11 Iranian Support for al-Qaeda ........................................................................... 46

   Saif al-Adl and the Master Plan ......................................................................................... 48

   The "Management Council" ................................................................................................ 50

   Al-Qaeda Facilitators .......................................................................................................... 52

   Categories of Iranian Material Support to al-Qaeda ........................................................ 56

VI.  Iranian Support for the Zarqawi Organization ................................................................. 58

   Muhammad Khalil al-Hakaymah in Iran ............................................................................ 58

   The Zarqawi Organization's Establishment in Iraq & Reliance Upon Iran ..................... 60

   Rationalizing Iranian Support to al-Qaeda and the Zarqawi Organization ...................... 61

   Categories of Iranian Material Support to the Zarqawi Organization .............................. 63

XVIII. Conclusion ........................................................................................................................ 64

PX5

# Expert Witness Declaration & Report
# on Sunni Militant Groups

## *Christopher Brook Fishbeck, et al.,*
## *v.*
## *Islamic Republic of Iran, et al.*

### Dr. Daveed Gartenstein-Ross
Chief Executive Officer, Valens Global
April 24, 2022

## I.    Scope of Engagement and Opinion

I have been retained by the plaintiffs to provide expert opinions on the Islamic Republic of Iran's historical use of violent non-state actors (VNSAs) as proxy forces; the emergence and evolution of Shia and Sunni VNSAs in Iraq following the 2003 U.S. invasion; the emergence and evolution of al-Qaeda in Iraq (which I refer to as *the Zarqawi organization* throughout this report); Iran's material support to Shia and Sunni VNSAs in Iraq, including the Zarqawi organization and Ansar al-Islam/Ansar al-Sunnah.

Relying on my background, education, training and experience, as well as substantial evidence commonly used by experts in the relevant fields, it is my expert opinion, to a reasonable degree of professionally certainty, that:

A. The Islamic Republic of Iran has an extensive history of using VNSAs as proxy groups to advance its foreign policy goals. Among other things, Iran has used these groups to launch attacks against U.S. forces in Iraq while retaining a degree of plausible deniability. While Iran has provided substantial support to Shia proxy groups throughout the Middle East, the Islamic Republic has also backed Sunni militant groups, including al-Qaeda, the Zarqawi organization (aka al-Qaeda in Iraq), and Ansar al-Islam/Ansar al-Sunnah, when such support aligned with Iran's state interests.

B. Iran provided substantial support to al-Qaeda, the Zarqawi organization, and Ansar al-Islam/Ansar al-Sunnah, in the form of training, financial support, weapons, safe haven, lodging, travel and transportation, and expert knowledge and assistance in tactics, techniques, procedures, and attack planning.

C. The best available evidence indicates that Sunni militants needed Iranian support to establish safe havens, routes of communication, and travel and supply routes. Iranian support was also causally connected to these groups' ability to obtain, assemble, and/or utilize the weapons and munitions that they employed in Iraq, including rockets, mortars, improvised explosive devices, small arms, and other equipment and materiel vital to their operations.

PX5

D. Given the nature and extent of Iranian material support to al-Qaeda, the Zarqawi organization, and Ansar al-Islam/Ansar al-Sunnah, Iran's assistance was critical to the survival and growth of these militant organizations, and significantly increased their capabilities. As such, certain attacks in Iraq committed by these groups from at least 2003 to 2011 bear a reasonable connection to Iran's sponsorship and support.

The following sections of this report explain how I reached these conclusions. Section II overviews my qualifications and methodology. In section III, I provide a history of the Zarqawi organization in its various iterations throughout the Iraq War. Section IV covers the emergence and evolution of Ansar al-Islam/Ansar al-Sunnah, as well as the support Iran provided to the group. Section V turns to Iranian support for al-Qaeda and the Zarqawi Organization. Finally, Section VII highlights my principal conclusions.

## II.    Qualifications

This section describes my professional background, then turns to a discussion of the methods I employ in analyzing jihadist groups and other violent non-state actors (VNSAs).[1] The plaintiffs in this case have also asked me to contribute a separate report/declaration focusing on Iran's material support provided to Shia militant organizations operating in Iraq. Though the Qualifications section of both reports/declarations are substantially similar, this section is designed to highlight my work on Sunni militant groups, in particular my background, publications, and other experience relevant to the Zarqawi organization (al-Qaeda in Iraq and its successors) and other Sunni militant groups like Ansar al-Islam/Ansar al-Sunnah.

*Professional Background*
My professional life has been dedicated to understanding the role of VNSAs in the world, and to helping policymakers, U.S. government agencies, private companies, and other clients fashion innovative solutions to the growing challenges that VNSAs pose. I am the chief executive officer of Valens Global, a private firm focused on understanding VNSAs and fashioning appropriate solutions to the challenges they pose. In this capacity, I have led a number of major client projects that will be detailed throughout this section. I also hold appointments at think tanks in the United States and Europe. I am a senior advisor on asymmetric warfare at the Foundation for Defense of Democracies (FDD), a nonpartisan policy institute in Washington, D.C. with which I have been affiliated for over a decade.[2] I am also an associate fellow at the International Centre for Counter-Terrorism – The Hague (ICCT). I have authored several studies for ICCT, some of which required international field research.[3]

---

[1] I use the term *jihadist* because it is an organic term, the way that those within the movement refer to themselves. However, the Arabic word *jihad*, which translates to *struggle*, is a well-established Islamic religious concept with many connotations. Most Muslims interpret the term in significantly different ways than do the self-proclaimed jihadists. For many Muslims, jihad is a peaceful inner struggle to live in accordance with Islam. But Islamist militant organizations that refer to themselves as jihadist groups emphasize the physical warfare aspect of jihad, broadly interpreting when such warfare is justified.

[2] I previously served as FDD's Vice President of Research (2007-10), then as a Senior Fellow (2010-18) and a Non-Resident Fellow (2018-19). For a sense of the work I have done for FDD, see the following books and studies that I authored for the institute, or for which I served as a volume editor: Daveed Gartenstein-Ross et al., *Evolving Terror: The Development of Jihadist Operations Targeting Western Interests in Africa* (Washington, D.C.: FDD Press, 2018); Daveed Gartenstein-Ross et al., *Islamic State 2021: Possible Futures in North and West Africa* (Washington, D.C.: FDD Press, 2017); Daveed Gartenstein-Ross & Jonathan Schanzer eds., *Allies, Adversaries and Enemies: America's Increasingly Complex Alliances* (Washington, D.C.: FDD Press, 2014).

[3] See Daveed Gartenstein-Ross et al., *The Islamic State's Global Propaganda Strategy* (The Hague: ICCT – The Hague, 2016);

PX5

I have also served as a fellow at Google's tech incubator Jigsaw, for which I led several major research projects responding to violent extremists' use of online platforms associated with the company.[4]

I have experience teaching and lecturing at the university level. I am currently an adjunct instructor at Duke University and an instructor at Carnegie Mellon University. From 2013-17, I held an appointment as an adjunct assistant professor in Georgetown University's security studies program, where I taught a graduate course on violent non-state actors. I also held an appointment as a lecturer at the Catholic University of America, where I taught a graduate course on violent non-state actors and an undergraduate course on al-Qaeda and its affiliates. I have also taught classes for, or held faculty appointments at, the University of Southern California (teaching from 2013-17 for the school's Executive Program in Counter-Terrorism) and the University of Maryland (Faculty Research Assistant in the Institute for Advanced Computer Studies, 2013-14).

I have designed and led national-security simulations (also known as *war games*) for numerous colleges and universities, including American University, Georgetown University, and Johns Hopkins University. In addition, I have designed and led simulations for government agencies (e.g., Canada's Department of National Defence), multilateral institutions (e.g., the Global Counterterrorism Forum), and think tanks (e.g., the Foundation for Defense of Democracies).

I have also delivered presentations at colleges, universities, and academic conferences, including the American Political Science Association Annual Meeting, the Association for the Study of the Middle East and Africa Annual Conference, Columbus State University (Columbus, Ga.), the George C. Marshall European Center for Security Studies (Garmisch, Germany), Georgia State University (Atlanta, Ga.), High Point University (High Point, N.C.), the National Defence College (Abu Dhabi), the New York University School of Law, O.P. Jindal Global University (Sonipat, India), the U.S. Marine Corps Command and Staff College (Quantico, Va.), the United States Naval Academy (Annapolis, Md.), Universität Tübingen (Tübingen, Germany), the University of South Florida, and Uppsala University (Uppsala, Sweden).

I hold a Ph.D. and M.A. in World Politics from the Catholic University of America; a J.D., *magna cum laude*, from the New York University School of Law; and a B.A. with Honors in Communication, *magna cum laude*, from Wake Forest University. I also hold a *10,000 Small Businesses* Certificate of Entrepreneurship, which I received from a program sponsored by the Goldman Sachs Foundation (classes held at Babson College, in Wellesley, Mass.).

As part of my research beginning around 1995, I have traveled overseas to conduct field research or do professional work in numerous countries relevant to understanding transnational jihadism, including Bulgaria, Germany, Iraq, Israel, Jordan, Morocco, the Netherlands, Nigeria, Poland, Qatar, Turkey, Tunisia, and the United Arab Emirates. I have reviewed tens of thousands of open-source

---

Daveed Gartenstein-Ross & Nathaniel Barr, *Dignity and Dawn: Libya's Escalating Civil War* (The Hague: ICCT – The Hague, 2015); Daveed Gartenstein-Ross et al., *Raising the Stakes: Ansar al-Sharia in Tunisia's Shift to Jihad* (The Hague: ICCT – The Hague, 2014); Daveed Gartenstein-Ross, *Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad* (The Hague: ICCT – The Hague, 2013).

[4] Much of the work I undertook for Jigsaw/Google remains confidential, but one project, known as the Redirect Method, has been made public. See Andy Greenberg, "Google's Clever Plan to Stop Aspiring ISIS Recruits," *Wired*, September 7, 2016, https://www.wired.com/2016/09/googles-clever-plan-stop-aspiring-isis-recruits/. The website Jigsaw created to explain the Redirect Method can be found at https://redirectmethod.org/. I led Valens Global's efforts to map the counter-extremist narrative space on YouTube for this project.

PX5

documents about the jihadist movement in English, French, Spanish, and Arabic. I have served as a consultant and expert on terrorism and national security issues for the U.S., Canadian, and Dutch governments, the European Union, NATO, the Global Counterterrorism Forum, and private organizations. In the course of this work, I have been certified by governmental bodies as an expert on terrorism and jihadist groups on numerous occasions, including for the following projects:

- serving as a Subject-Matter Expert (SME) for U.S. Customs and Border Protection (2017-present). My work has included delivering open-source strategic reports about sub-state violence, including on the activities of al-Qaeda and developments in Iraq; and delivering training and high-level briefings.
- leading Valens Global's efforts to support the drafting, threat assessment, and crafting of priority actions for the U.S. Department of Homeland Security's (DHS) *Strategic Framework for Countering Terrorism and Targeted Violence*, which was released in September 2019 and has subsequently guided DHS's approach to confronting terrorism. That document received widespread acclaim, with *The New York Times* editorializing that the document "focuses unapologetically on right-wing terrorism, particularly white supremacist extremism," which constitutes "a shift that is both urgently needed and long overdue."[5]
- serving as a co-Principal Investigator for a three-year, $1.5 million project for the Office of Naval Research using big data to analyze relationships among militants and anticipate where fractures are likely to occur in militant organizations. The Zarqawi organization was among the groups examined.
- serving as the Principal Investigator for ten different grant-funded research projects related to terrorism and VNSAs for the Mobilizing Insights in Defense and Security (MINDS) program funded by Canada's Department of National Defence.
- designing and delivering lectures on global terrorism for the U.S. Army Corps of Engineers' Individual Terrorism Awareness Course (INTAC), for which I served as a lead instructor from 2016 through 2020.
- lecturing for U.S. Army units about to deploy to countries like Afghanistan, Djibouti, Egypt (as part of the Multinational Force & Observers), Iraq, and Kuwait through the Naval Postgraduate School's Center for Civil-Military Relations (CCMR), for which I have taught on over 70 occasions since 2009.
- serving as a SME providing analysis to the U.S. Department of Defense's Joint Improvised-Threat Defeat Organization (JIDO) on four occasions.
- serving as a SME for the Global Counterterrorism Forum (GCTF).[6] I was the lead SME for 1) the *GCTF Exploratory Dialogues on Racially or Ethnically Motivated Violent Extremism (REMVE)*; 2) the *Counterterrorism Watchlisting Toolkit* (October 2021), 3) the *Addendum to the GCTF New York Memorandum on Good Practices for Interdicting Terrorist Travel* (September 2021), and 4) the *Berlin Memorandum on Good Practices for Countering Terrorist Use of Unmanned Aerial Systems*. I am currently serving as the lead SME for an ongoing GCTF project on racially and ethnically-motivated violent extremism.
- serving as the Principal Investigator (2016-17) for two projects for NATO. In the first, I authored a study proposing a new methodology for monitoring and evaluation (M&E) of

---

[5] Alex Kingsbury (editorial board member), "Rethinking Counterterrorism," *The New York Times*, September 23, 2019.

[6] GCTF is an international forum consisting of 29 countries and the European Union whose mission is "reducing the vulnerability of people worldwide to terrorism by preventing, combating, and prosecuting terrorist acts and countering incitement and recruitment to terrorism."

PX5

counterterrorism capacity-building efforts. In the second, I played a lead role in designing a software demo capable of tracking M&E of counterterrorism capacity-building missions.

- Organizing, facilitating, and presenting at a 2016 conference in Nigeria, as a European Union-appointed Strategic Communication Expert, helping civil society activists understand militant groups' use of social media and forge a strategic action plan for countering it.

- serving as a SME for the U.S. Department of State's Office of Anti-Terrorism Assistance, designing curriculum and leading instruction for the organization.

- leading training for the U.S. Department of Justice's Anti-Terrorism Advisory Council (ATAC) four times.

I have also been court-certified to testify as an expert witness or serve as a litigation consultant on terrorism and jihadist groups in the following federal cases:

- On five occasions, I have been admitted as an expert witness on the Zarqawi organization, most recently in *Fields v. Syrian Arab Republic* (D.D.C., 2021).[7] In *United States v. Young* (E.D. Va., 2017), the first criminal prosecution of a U.S. law enforcement officer for material support for ISIS, I served as an expert witness for the prosecution. The defense raised a *Daubert* challenge and my expertise was affirmed by the District Court based on my background, "extensive academic credentials," and "the fact that the United States government uses him for training in these areas." The United States Court of Appeals for the Fourth Circuit affirmed the District Court on appeal, noting that the lower court "reached a reasonable decision in qualifying Dr. Gartenstein-Ross based on his extensive credentials and areas of expertise."[8] I also served as an expert witness on the Zarqawi organization in *Sotloff v. Syrian Arab Republic* (D.D.C., 2021), *Doe v. Syrian Arab Republic* (D.D.C., 2020), and *Foley v. Syrian Arab Republic* (D.D.C., 2017).[9] I have also been disclosed as an expert witness in another case currently

---

[7] Memorandum Opinion, *Fields v. Syrian Arab Republic*, CA 18-1437 (D.D.C., September 29, 2021), p. 2 ("Dr. Gartenstein-Ross is the Chief Executive Officer of Valens Global, a private commercial firm focused on analyzing violent non-state actors. Gartenstein Report at 1. He holds a Ph.D. and M.A. in World Politics from the Catholic University of America, as well as a J.D. from the New York University School of Law. *Id.* at 2. He has a robust background in studying and publishing articles on the Zarqawi organization and has been accepted as an expert on Syria's support for ISIS in other federal courts…. As such, I find that Dr. Gartenstein-Ross is qualified as an expert in Syria's relationship with and support of ISIS").

[8] *United States v. Young*, 916 F.3d 368, 380 (4th Cir. 2019).

[9] See Memorandum Opinion, *Sotloff v. Syrian Arab Republic*, CA 16-725 (D.D.C., March 15, 2021), pp. 11-12 ("The first expert, Dr. Daveed Gartenstein-Ross, is an anti-terrorism scholar and author who has worked, in various capacities, on issues related to violent non-state actors for over a decade. Gartenstein-Ross Hr'g Tr. 13:1–12. He has testified as an expert on terrorism and jihadist groups in many courts, including in this District…. The Court qualified him as an expert on violent non-state actors generally, ISIS's evolution from its predecessor organizations, and ISIS's material supporters"); *Doe v. Syrian Arab Republic*, No. 18-CV-0066 (D.D.C., Sept. 10, 2020) ("The undersigned finds that Dr. Gartenstein-Ross is qualified as an expert in the areas of terrorism and jihadist groups. He has been qualified in federal courts on six occasions in those fields. In addition, he has also testified in five hearings directly related to ISIS before the U.S. House and Senate. He has taught related topics at Georgetown University, Catholic University, University of Southern California, and University of Maryland. He received his Ph.D. and M.A. in World Politics from Catholic University and a J.D. from New York School of Law. As a result of his work, Dr. Gartenstein-Ross has been certified by governmental organizations as an expert on terrorism and jihadist groups, including the U.S. Customs and Border Protection and the U.S. Department of Defense's Joint Improvised-Threat Defeat Organization. He is presently the Chief Executive Officer of Valens Global, a firm focused on responses to violent non-state actors, a Senior Advisor on Asymmetric Warfare at the Foundation for Defense of Democracies, and an Associate Fellow at the International Centre for Counter-Terrorism. He also served as a Senior Advisor to the Director of the U.S. Department of Homeland Security's Office for Community Partnerships from 2016-2017"); *Foley v. Syrian Arab Republic*, 249 F. Supp.3d 186, 193 n.4 (D.D.C. 2017) ("Having considered the requirements

PX5

before the District Court of the District of Columbia that pertains to the Zarqawi organization and certain Shia militant groups.[10]

- In *Fritz v. Islamic Republic of Iran* (D.D.C., 2018), I served as an expert witness on the Iraqi Shia militant group Asaib Ahl al-Haq.[11]

- I have been admitted to serve as an expert witness on the Taliban in two separate cases: *Selig v. Islamic Republic of Iran* (D.D.C., 2021) and *In the Matter of Abdul Qadir* (Arlington, Va. Immigration Court, 2015).[12]

- In *United States v. Abdul Kareem* (D. Ariz., 2016), I served as a litigation consultant for the defense. The defendant was accused of conspiring to support an ISIS attack in the United States in 2015.

- I served as an expert witness on al-Qaeda's activities and capabilities in Kenya in the case *In the Matter of B.O. in Removal Proceedings* (Boston Immigration Court, 2012).

- I served as an expert witness on al-Shabaab (a Somalia-based al-Qaeda affiliate) in the following cases: *In the Matter of A.A.W.* (Bloomington, Minnesota Immigration Court, 2021), *In the Matter of A.D.* (Memphis, Tenn. Immigration Court, 2012), *In the Matter of A.A.I.* (Colorado Immigration Court, 2011), *In the Matter of the Application for Withholding of A.A.M.* (Boston Immigration Court, 2011), and *In the Matter of the Application for Asylum of M.A.A.* (N.J. Immigration Court, 2009).

In addition to the aforementioned work that required certification as an expert, I have undertaken other professional work related to VNSAs and jihadism for various clients:

- I oversaw the creation of numerous reports for the consulting firm Global Traveler, including reports examining terrorism and extremism in Brunei Darussalam and Nigeria (2021).

- I have served as a consultant for the Anti-Defamation League, producing reports on extremist groups and leading training for domestic law enforcement (2016-present).

- I have produced country-specific and actor-specific analytic reports for three firms in the oil and gas industry—Check-Six, Equinor, and Tullow Oil—that needed to make investment decisions related to VNSAs or to protect their facilities and personnel (2014-15).

- I led training for analysts about Sunni militant groups in the Horn of Africa for BAE Systems (2011).

- I served as a Subject Matter Consultant to the private security firm Corporate Risk International during hostage negotiations with the Iraq-based militant group Asaib Ahl al-Haq (2008-09).

---

set forth in Federal Rule of Evidence 702 for the admission of expert testimony, the Court qualified Daveed Gartenstein-Ross as an expert in the evolution of the history of terrorist organizations and their claims of responsibility for acts of terrorism").

[10] *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv-02193-EGS-ZMF (D.D.C.).

[11] *Fritz v. Islamic Republic of Iran*, 320 F. Supp.3d 48, 58 n.2 (D.D.C., 2018) ("Many of the Court's findings in this section are derived from the testimony and expert reports of Dr. Matthew Levitt and Dr. Daveed Gartenstein-Ross. Having considered the requirements of Federal Rule of Evidence 702, the Court qualified … Dr. Gartenstein-Ross as an expert on (1) violent non-state actors, including identifying and analyzing online content generated by violent non-state actors; (2) Iran's use of proxy organizations in Iraq from the 1990s to 2012; and (3) Iraqi Shia militias in general and AAH in particular").

[12] See *Selig v. Islamic Republic of Iran*, case no. 1:19-cv-02889-TNM (D.D.C., November 22, 2021), memorandum opinion at 3 n. 1 ("The Court has reviewed the qualifications of Plaintiffs' experts and is satisfied that each is qualified to offer the opinions discussed below. *See* Gartenstein-Ross Rep. at 2–9 (listing qualifications)").

PX5

I have testified about my areas of core competency before the U.S. House and Senate more than a dozen times, as well as before the United Nations, European Parliament, and Canadian House of Commons. Additionally, I am an author with specialized knowledge about al-Qaeda, the Zarqawi organization, Ansar al-Islam/Ansar al-Sunnah, and Iraq-based Shia militant groups. I am the author or volume editor of thirty-one books and monographs, and I have written extensively on these topics in peer-reviewed academic publications and the mainstream press. This work is outlined in my curriculum vitae, but some selections that pertain to the key issues in this case include:

Books and Monographs
- My book *Enemies Near and Far: How Jihadist Groups Strategize, Plot and Learn*, has been approved for publication by Columbia University Press (acceptance required peer review; forthcoming 2022).
- *Islamic State 2021: Possible Futures in North and West Africa* (with J. Zenn and N. Barr), Foundation for Defense of Democracies, 2017.
- *The Islamic State's Global Propaganda Strategy* (with N. Barr and B. Moreng), ICCT—The Hague, 2016.
- *The War between the Islamic State and al-Qaeda: Strategic Dimensions of a Patricidal Conflict* (with J. Fritz, B. Moreng and N. Barr), New America Foundation, 2015.
- *Bin Laden's Legacy* (New York: John Wiley & Sons, 2011).

Book Chapters
- "Jihadism in the Post-Arab Spring Maghreb," in S. King & A. Magraoui eds., *The Lure of Authoritarianism: The Maghreb After the Arab Spring*, Indiana University Press, 2019.
- "The United States' Post-9/11 Fight Against al-Qa'ida and the Islamic State: A Losing Effort in Search of a Change," in David W. Lesch & Mark L. Haas eds., *The Middle East and the United States: History, Politics and Ideologies* 6th ed., Routledge 2018.
- "The Genesis, Rise, and Uncertain Future of al-Qaeda," in R. Law ed., *The Routledge History of Terrorism* (Routledge, 2015).
- "The Legacy of Osama bin Laden's Strategy," in David Kamien ed., *The McGraw-Hill Homeland Security Handbook* (New York: McGraw-Hill, 2012).

Academic and Technical Publications
- "Understanding Shifting Triadic Relationships in the Al-Qaeda/ISIS Faction Ecosystem" (with V.S. Subrahmanian et al.), *IEEE Transactions on Computational Social Systems*, September 23, 2020.
- "When Jihadist Factions Split: A Data-Driven Network Analysis" (with S. Hodgson et al.), *Studies in Conflict & Terrorism*, 2019.
- "Fluidity of the Fringes: Prior Extremist Involvement as a Radicalization Pathway" (with M. Blackman), *Studies in Conflict & Terrorism*, 2019.
- "How al-Qaeda Works: The Jihadist Group's Evolving Organizational Design" (with N. Barr), *Current Trends in Islamist Ideology*, May 30, 2018.
- "We Squeezed the Balloon: As ISIL Collapses, Jihadism Remains in a Growth Phase," symposium contribution, *Texas National Security Review*, March 20, 2018.
- "How al-Qaeda Survived the Islamic State Challenge," *Current Trends in Islamist Ideology*, August 30, 2016.

PX5

- "The Role of Iraqi Tribes after the Islamic State's Ascendance" (with S. Jensen), *Military Review*, July-August 2015.
- "Lone Wolf Islamic Terrorism: Abdulhakim Mujahid Muhammad (Carlos Bledsoe) Case Study," *Terrorism & Political Violence* 26:110-28 (2014).

Selected Commentary, Op-Eds, and Policy Analysis

- "The Evolution and Escalation of the Islamic State Threat to Mozambique" (with E. Chace-Donahue and C. Clarke), Foreign Policy Research Institute, April 13, 2021.
- "The Threat of Jihadist Terrorism in Germany" (with E. Chace-Donahue & C. Clarke), International Centre for Counter-Terrorism – The Hague, May 22, 2020.
- "The Enduring Legacy of French and Belgian Islamic State Foreign Fighters" (with C. Clarke & E. Chace-Donahue), Foreign Policy Research Institute, February 5, 2020.
- "What Do Asia's Returning Isis Fighters Do Next?: You're About to Find Out" (with C. Clarke), *South China Morning Post*, February 2, 2020.
- "How to Win Friends and Wage Jihad: Understanding al Qaeda's Pragmatism" (with V. Koduvayur), *Foreign Affairs*, July 1, 2019.
- "The Emigrant Sisters Return: The Growing Role of the Islamic State's Women" (with V. Hagerty and L. Macnair), *War on the Rocks*, April 2, 2018.
- "ISIL's Virtual Planners: A Critical Terrorist Innovation," *War on the Rocks*, January 4, 2017.
- "Bloody Ramadan: How the Islamic State Coordinated a Global Terrorist Campaign," *War on the Rocks*, July 20, 2016.
- "Sunni Tribes Need Arms and Support to Fight ISIS," *New York Times*, June 1, 2015.

I have also spoken at events and conferences across the globe, including delivering keynote speeches about VNSAs at U.S. Special Operations Command's Sovereign Challenge Program Annual Conference (Pittsburgh, Pa., May 2019), the Airport IT & Security 2018 conference in Amsterdam (December 2018), the Counter Terrorism Symposium at the Miami International Airport (January 2018), the "After ISIL" conference sponsored by U.S. Army Special Operations Command and Duke University's Laboratory for Unconventional Conflict & Simulation (December 2016), the Social Media Narratives and Extremism Workshop (sponsored by the Near East South Asia Center, National Defense University, in Casablanca, August 2016), U.S. Army Special Operations Command Commander's Conference (May 2016), the University of Southern California's National Center for Risk and Economic Analysis of Terrorism Events (September 2011), and the Global Futures Forum (April 2011). Relevant presentations and conference papers that I have delivered include:

- "Preventing Misuse of Cyberspace and New Technologies: Developing Ideas, Skills, and Toolkits for Practitioners," Second United Nations High-Level Conference on Counter-Terrorism, June 28, 2021.
- "Maritime Security and Terrorist Travel: A Global Overview," keynote presentation, Virtual Consultation on the Implications of Terrorist Travel in the Maritime Domain, Global Counterterrorism Forum, July 21, 2020.
- "How Terrorist Organizations and Violent Extremists Are Operating in the Fog of COVID-19," Foundation for Defense of Democracies webinar, June 23, 2020.
- "Update on Terrorism—Expectations for 2020 and Beyond," Infonex Canadian BCP and Emergency Management 2020 Conference, Ottawa, January 28, 2020.

PX5

- "Future Global Trends and Asymmetric Warfare," keynote speech, Changing Nature of Conflicts Workshop, Near East South Asia Center for Strategic Studies, National Defense University, Casablanca, Morocco, June 18, 2019.
- "CT Challenges: What's Going Well, What's Not Going Well," Beyond Christchurch and the Caliphate: Terrorism's Futures, conference hosted by the Australian Government & Australian National University, Canberra, Australia, June 5, 2019.
- "Countering Radicalization: What Can Be Done?," Enriching the Middle East's Economic Future conference, sponsored by UCLA Center for Middle East Development, Doha, Qatar, November 13, 2017.
- "Sixteen Years After 9/11: Assessing the Terrorist Threat" (panel), New America Foundation, Washington, D.C., September 11, 2017.
- "Change or Continuity Since 2014: ISIS in Global Context," The Evolving Terrorist Threat conference, The RAND Corporation, Arlington, Va., June 27, 2017.
- "Terrorism in 2020" (panel), Department of Defense Combating Terrorism Intelligence Conference, Reston, Va., May 9, 2017.
- "The Jihadi Threat: ISIS, al-Qaeda and Beyond," panel, U.S. Institute of Peace, Washington, D.C., December 12, 2016.
- "The Competition between the Islamic State and al-Qaeda," Kazakhstan Institute for Strategic Studies, Astana, Kazakhstan, March 2, 2016.
- "The Competition between the Islamic State and al-Qaeda: Implications for Regional States and the Future of the Jihadist Movement," NATO Advanced Research Workshop, Brussels, October 6, 2015.
- "Al-Qaeda and Its Affiliates," National Center for Risk and Economic Analysis of Terrorism Events (CREATE), Executive Program in Counterterrorism, University of Southern California, Los Angeles, August 19, 2015.
- "The ISIS Campaign in Anbar," National Defense University, Washington, D.C., October 20, 2014.
- "The Arab Awakening and the Future of al-Qaeda," Woodrow Wilson International Center for Scholars, Washington, D.C., May 10, 2012.
- "Al-Qaeda After bin Laden," School of Advanced International Studies, Johns Hopkins University, Washington, D.C., February 21, 2012.

_Methodology_

I employ a comparative analysis method for understanding VNSAs. The comparative analysis method has been validated multiple times in written opinions by U.S. courts.[13] Comparative analysis involves identifying relevant primary sources and scholarly literature, examining each source, and comparing these materials to one another to better establish baseline facts. Here I will explain the framework I employ for understanding VNSAs and the significance of the method I employ to evaluate relevant factual claims.

---

[13] See, e.g., _United States v. Farhane_, 634 F.3d 127, 159 (2d Cir. 2011) (upholding the permissibility of an expert's testimony where the expert employed the comparative analysis method and noting that this methodology was "similar to that employed by experts that have been permitted to testify in other cases involving terrorist organizations"); Order, _United States v. Hausa_, 12 Cr. 0134, E.D.N.Y., February 10, 2017, p. 4. In all cases where courts certified me as an expert, they affirmed the validity of the comparative analysis methodology that I employ.

PX5

The framework I use to understand VNSAs is designed to apply across a range of actors. Some of my writings and professional projects have classified various kinds of VNSAs and analyzed how they can be compared and contrasted with one another.[14] As I outline in my chapter "Violent Non-State Actors: Paradigmatic Lessons Learned" in the 2014 volume *National Security Management in Federal Structures*, several common factors should be analyzed across the full range of VNSAs. These factors include:

1) leadership,
2) ideology,
3) group goals,
4) strategy,
5) organizational structure,
6) recruiting,
7) and financial support.[15]

The comparative analysis method allows me to compare information and conclusions across sets of sources. Based on this method, I can make two determinations with a high degree of confidence: (1) an accurate probabilistic determination of whether a given fact about a VNSA is true, and (2) independent of whether that fact is true, I can make a probabilistic determination about whether members within a VNSA *believe* the fact at issue to be true.

My academic and professional work has further explored and defined the best practices for analyzing and understanding each of these aspects of VNSAs. One best practice I employ is relying mainly on primary-source information, including statements and social media postings by violent extremist groups and their supporters, and the intercepted internal documents of these organizations (e.g., intercepted by the U.S. or other governments). These are documents commonly relied upon by experts. I cross-check all primary sources I read against other primary-source information, against information about events on the ground in relevant theaters, and against relevant secondary-source literature that allows me to determine whether my conclusions are consistent with those of other scholars and practitioners.

Though I generally rely on primary sources, many secondary sources serve useful purposes. First, secondary sources can provide useful historical information, adding rich context. Second, some secondary sources do a strong job of synthesizing large amounts of information. Third, some secondary sources contain the intrepid work of journalists who doggedly pursue leads and uncover new, original information. All secondary sources deserve scrutiny, but for this report I was able to cross-check all the secondary sources I utilized for claims that are material to my conclusions against primary sources, other secondary sources, and on-the-ground events before deciding to rely on any single secondary source, in addition to assessing the reputation and reliability of the author.

Another best practice I have adopted to complement the comparative analysis method is employing a system of evaluating my own analytic conclusions adapted from *Superforecasting*, a book by Philip

---

[14] See Daveed Gartenstein-Ross & Jacob Zenn, "Terrorists, Insurgents, Something Else?: Clarifying and Classifying the 'Generational Challenge,'" *Lawfare*, January 15, 2017.

[15] Discussed in Daveed Gartenstein-Ross, "Violent Non-State Actors: Paradigmatic Lessons Learned," in *National Security Management in Federal Structures: Perspectives from India and the United States* (Kochi, India: Centre for Public Policy Research, 2014). My later scholarly work adds a critical eighth factor to consider as well: the method and efficacy of a group's organizational learning. Daveed Gartenstein-Ross & Thomas Joscelyn, *Enemies, Near and Far: How Jihadist Groups Strategize, Plot, and Learn* (New York: Columbia University Press, forthcoming 2022).

PX5

Tetlock, who is an Annenberg University Professor at the University of Pennsylvania.[16] Evaluating my own conclusions critically enables me to further ensure the accuracy of my work.

Based on my knowledge, experience, training, and education, and based on a comprehensive review of relevant primary and secondary source materials using the comparative analysis method, my expert opinion on the issues laid out above follows.

## III.    The Zarqawi Organization/al-Qaeda in Iraq

On March 20, 2003, the United States invaded Iraq. As U.S. and coalition forces' involvement in Iraq continued, the militant group al-Qaeda came to view the U.S. presence in the country as a chance to attack Americans and to bog the U.S. down. One of the major groups active during the Iraq war, which publicly allied itself with al-Qaeda in 2004, is "the Zarqawi organization," which has undergone several name changes since its emergence in the early 1990s. Since its founding in 1993, the Zarqawi organization has been known by the following names:

| Name employed | Years used |
|---|---|
| Bayat al-Imam | c. 1993-1999 |
| Jund al-Sham | c. 1999-2004 |
| Jamaat al-Tawhid wal-Jihad | 2004 |
| Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq or AQI) | 2004-2006 |
| Majlis Shura al-Mujahedin fi-l-Iraq (Mujahedin Shura Council) | 2006 |
| Islamic State of Iraq (ISI) | 2006 – April 2013 |
| Islamic State of Iraq and al-Sham (ISIS) | April 2013 – June 2014 |
| Islamic State | June 2014 – present |

This section describes Abu Musab al-Zarqawi, the Zarqawi organization's founding father, then details the group's evolution through its current incarnation. It demonstrates that there was organizational continuity through the time of the organization's rebranding as the Islamic State of Iraq. In other words, despite the group's name changes and organizational evolution, at no point should the name changes be understood as signaling that the Zarqawi organization had become a truly new organization with discontinuity from what came before.

### A Short Biography of Abu Musab al-Zarqawi
Ahmed Fadil al-Nazal al-Khalayleh, better known as Abu Musab al-Zarqawi, attained international notoriety for his brutality and success as a militant leader. Zarqawi and his network were responsible for some of the worst atrocities committed in Iraq during the height of the country's civil war. This made Zarqawi one of the world's most wanted men, with the U.S. government offering the same reward amount for Zarqawi as it did for Osama bin Laden.[17] He was directly responsible for a wave of assassinations, hostage takings, and beheadings.

Zarqawi was born in 1966 in the Jabal Alabiad area of Zarqa, Jordan, to a poor, conservative family

---

[16] Philip E. Tetlock & Dan Gardner, *Superforecasting: The Art and Science of Prediction* (New York: Random House, 2015).

[17] **PX100**, Federal Bureau of Investigation, press release, "FBI Updates Most Wanted Terrorists and Seeking Information—War on Terrorism Lists," February 24, 2006; "U.S. Raises Zarqawi Reward to $25m," CNN, July 1, 2004, http://www.cnn.com/2004/WORLD/meast/07/01/iraq.zarqawi.reward/.

PX5

belonging to the Bani Hassan tribe.[18] Known as a thug in his early life, he spent time in the streets rather than in school, and as a youth generally did not attend religious services. In a well-regarded biographical account of Zarqawi, Mary Anne Weaver describes the interviews she conducted in Jordan with people who knew him during this period: "Everyone I spoke with readily acknowledged that as a teenager al-Zarqawi had been a bully and a thug, a bootlegger and a heavy drinker, and even, allegedly, a pimp in Zarqa's underworld. He was disruptive, constantly involved in brawls. When he was fifteen (according to his police record, about which I had been briefed in



*Abu Musab al-Zarqawi*

Amman), he participated in a robbery of a relative's home, during which the relative was killed. Two years later, a year shy of graduation, he had dropped out of school. Then, in 1989, at the age of twenty-three, he traveled to Afghanistan."[19]

Prior to traveling to Afghanistan, Zarqawi underwent a religious awakening at the al-Falah mosque in Zarqa. Scholar Brian Fishman notes that Zarqawi's mother first enrolled him in religious classes, "no doubt hoping to keep him out of a life of crime."[20] Following his turn toward piety, Zarqawi went to Afghanistan hoping to fight the Soviet Union, which invaded in December 1979. Though Zarqawi arrived too late to fight the Soviets, he joined the transnational jihadist movement in Afghanistan.

Al-Qaeda leader Osama bin Laden was in Afghanistan while Zarqawi was there, and Zarqawi trained for combat in al-Qaeda's Sada camp, which bin Laden ran.[21] While there, Zarqawi also met fellow Jordanian Abu Muhammad al-Maqdisi (born Isam Muhammad Tahir al-Barqawi). Maqdisi was (and remains) a renowned Salafist cleric who became Zarqawi's ideological mentor. Zarqawi also built relationships with other jihadists in Afghanistan that allowed him to form the Zarqawi organization.

*Bayat al-Imam/Jund al-Sham*

While in Afghanistan, Zarqawi and Maqdisi established their own militant Islamist group. Composed of around a dozen men, it was known by police and reporters as Bayat al-Imam (Allegiance to the Imam). But members of the group reportedly rejected that name, referring to their organization as Tawhid wa-l-Jihad (Monotheism and Jihad, or TwJ).[22] The group's primary goal was to overthrow Jordan's monarchy and replace it with an Islamic government, a goal consistent with al-Qaeda's ambition to replace Middle Eastern governments with Islamist regimes.

Bayat al-Imam/TwJ naturally attracted Jordanian authorities' attention. Zarqawi and Maqdisi returned to Jordan in 1993 and authorities arrested them the following year. Prior to their arrest, their group "tried several ill-fated attacks" and was finally apprehended "after members attacked a Jordanian

---

[18] Fouad Hussein, *Al-Zarqawi: The Second Generation of al-Qaeda* (London, 2005, translated from Arabic), p. 7.

[19] Mary Anne Weaver, "The Short, Violent Life of Abu Musab Al-Zarqawi," *The Atlantic*, July/August 2006.

[20] Brian Fishman, *The Master Plan: ISIS, al-Qaeda, and the Jihadi Strategy for Final Victory* Kindle ed. (New Haven, CT: Yale University Press, 2016), loc. 207 of 8220.

[21] Weaver, "The Short, Violent Life of Abu Musab Al-Zarqawi."

[22] Didier Francois, "Top Billing," *Libération* (Paris; original in French), June 13, 2005.

PX5

border crossing with Israel, likely in an effort to torpedo the ongoing peace negotiations."[23] Both men were convicted on terrorism charges and sentenced to 15 years in prison.[24]

Zarqawi's years in Jordanian prison were pivotal to his career as a militant. One journalist who met Zarqawi in prison in September 1996 recalled that Zarqawi's organization was "amongst the strongest and most influential" associations in the prison.[25] Zarqawi had a strong leadership style, and "was able to control everyone and organize all the details of relations within the group."[26] Eventually Zarqawi eclipsed the more accommodation-minded Maqdisi and became the prison group's emir.[27]

Bayat al-Imam/TwJ maintained links to militants beyond the prison walls, in places like Zarqa, Irbid, and Salt.[28] Prisoners' family members routinely smuggled out religious tracts written by Maqdisi. Prominent London-based Salafi jihadist cleric Abu Qatada al-Filistini in turn published writings by Bayat al-Imam members in his magazine *Al-Minhaj*, thus allowing other jihadists across the globe, including Saif al-Adl—a senior al-Qaeda leader who will be discussed in more detail later in this report—to stay abreast of the activities of their "brothers" in Jordan's prisons. Adl recalled following *Al-Minhaj* closely during this period: "We read the brother Abu Muhammad al-Maqdisi's letters as well as Abu Musab's. We also read the transcripts of what they said in court. Our brother Abu Qatada al-Filistini would always tell us that we have good brothers operating in Jordan and that they have a promising future ahead of them."[29]

In 1999, King Abdullah II declared a general amnesty for Jordanian prisoners, and Zarqawi and Maqdisi were released. Zarqawi promptly returned to South Asia. He was briefly arrested in Hayatabad, Pakistan for overstaying a residence permit, after which he left Pakistan for Afghanistan.[30]

Two weeks after his arrival in Kandahar, Zarqawi met with Saif al-Adl, who was then al-Qaeda's security chief.[31] Adl played an important role in facilitating al-Qaeda's partnership with Zarqawi, though there is some dispute among jihadist leaders about how central he was.[32] According to Adl, bin Laden and Ayman al-Zawahiri were initially reluctant to associate with Zarqawi. Bin Laden found Zarqawi's boisterous and brazen nature off-putting, and there were stark strategic differences between Zarqawi and al-Qaeda's top leaders.[33] But Adl said that he counseled al-Qaeda's leadership to work

---

[23] Fishman, *The Master Plan*, loc. 257.

[24] George Michael, "The Legend and Legacy of Abu Musab Al-Zarqawi," *Defence Studies* 7:3 (2007), p. 340.

[25] *Al-Sharq al-Awsat*, March 8, 2004.

[26] Ibid.

[27] Joby Warrick, *Black Flags: The Rise of ISIS* (New York: Knopf Doubleday, 2015), p. 26; Hazim al-Amin, "Al-Zarqawi's Followers in Jordan Visit Their Shaykhs in Jail and Wait for the Chance to Join Abu Musab in Iraq," *Al-Hayah* (London; original in Arabic), December 14, 2004.

[28] Weaver, "The Short, Violent Life."

[29] Hussein, *Al-Zarqawi*; see also Weaver, "The Short, Violent Life" (noting that Maqdisi's tracts "were smuggled out" of prison by the wives and mothers of inmates).

[30] Jean-Charles Brisard and Damien Martinez, *Zarqawi: The New Face of Al-Qaeda* (New York: Other, 2005), p. 66; Hussein, *Al-Zarqawi*.

[31] Hussein, *Al-Zarqawi*.

[32] As this section notes, and as has been widely recounted, Adl has framed himself as central to overcoming the initially heavy skepticism that bin Laden and Zawahiri had toward Zarqawi. But bin Laden disputed this account and pointed to at least one factual error in Adl's telling. See discussion in Fishman, *The Master Plan*, locs. 459-63 of 8220. This intra-jihadist factual dispute is not material to my conclusions in this section.

[33] Hussein, *Al-Zarqawi*.

PX5

with Zarqawi, arguing that collaborating with the Zarqawi organization would enable al-Qaeda to gain a foothold in Palestine and Jordan.[34]

With bin Laden's consent, Adl met with Zarqawi and discussed plans to establish a military camp in the city of Herat, in western Afghanistan.[35] Bin Laden indirectly provided funding and equipment for the camp.[36] Al-Qaeda and Zarqawi also worked together to plot numerous terrorist attacks during the period before the 9/11 attacks and deepened their cooperation further thereafter. A U.S. Treasury fact sheet about Zarqawi issued in September 2003 details these voluminous connections:

> Abu Musa'ab al-ZARQAWI, a Jordanian citizen, has ties to al-Qaida, Asbat al-Ansar and Hizballah. In addition to providing the financial and material support for the assassination of a U.S. diplomat, he has participated in acts of terrorism, trained terrorists, led terrorist cells, facilitated transport of terrorists and is being cited in the international press as a suspect in the recent devastating bombing of the Jordanian embassy in Baghdad.

> ZARQAWI has arranged training for terrorists at al-Qaida camps. While he was in Pakistan, ZARQAWI made contact with al-Qaida to train Jordanians. His operatives (called "Jund al-Sham") began to arrive in Afghanistan in large numbers in 1999. Some of these operatives trained at al-Qaida's al-Faruq Camp, where they received full support from al-Qaida. ZARQAWI eventually established his own cell and camp in Herat, Afghanistan.

> Plans were made to send ZARQAWI's operatives to meet with Asbat al-Ansar (designated under E.O. 13224 as a Specially Designated Global Terrorist on September 24, 2001 and as a Foreign Terrorist Organization on March 27, 2002), Hizballah and any other group that would enable them to smuggle mujaheddin into Palestine. This plan was launched by ZARQAWI with other terrorist leaders in order to smuggle operatives into Israel to conduct operations. In addition to being tasked with finding a mechanism that would enable more suicide martyrs to enter Israel, these operatives were also sent to provide training on explosives, poisons, and remote controlled devices.

> In October 2000, ZARQAWI was indicted in absentia in Jordan for his role in the al-Qaida Millennium bombing plot targeting the Radisson SAS hotel in Amman as well as other American, Israeli, and Christian religious sites in Jordan.

> In mid 2001, ZARQAWI returned to Qandahar from Herat. At this time, he had received more than U.S. $35,000 for work in Palestine. ZARQAWI planned to use the money to bring more Jordanian and Palestinian mujaheddin to the camp in Herat, to purchase passports, and to facilitate travel to Lebanon. He received assurances that further financing would be provided for attacks against Israel. In early 2002, ZARQAWI was reported to have found a way into Palestine.

---

[34] Ibid.

[35] Ibid.; see also Hazim al-Amin, "Al-Zarqa Produces al-Khalayleh and al-Maqdisi, and the Returnees from Kuwait Rallied Around Them," *Al-Hayah* (London; original in Arabic), December 15, 2004.

[36] Hussein, *Al-Zarqawi*.

**PX5**

On October 28, 2002, U.S. diplomat Laurence Foley, an officer with the U.S. Agency for International Development, was assassinated in Amman, Jordan. ZARQAWI provided financial and material support for this assassination. Key individuals involved in both the planning and execution of the operation had strong ties to Afghan Jihad, the International Mujaheddin Movement, and al-Qaida. One of these individuals, Salim Sa'd Salim Bin-Suwayd, a member of al-Qaida, received more than U.S. $50,000 for his cooperation in planning assassinations in Jordan against U.S., Israeli, and Jordanian government officials. ZARQAWI instructed Suwayd to hide after he had completed his first operation and to plan to pursue additional operations against Israeli and Jordanian targets in Amman in the future. Jordanian authorities arrested Suwayd for the murder. The trial of Suwayd, a Libyan national, is currently underway in Jordan.[37]

Though al-Qaeda did not develop a public alliance with Zarqawi at the time, the above activities make their cooperation and alignment even prior to Zarqawi's involvement in the Iraq War clear. Brian Fishman details specific terms of the early agreement between Zarqawi and al-Qaeda that existed during this period:

> There is no dispute about the ultimate arrangement between al-Qaeda and Zarqwi. Al-Qaeda would arrange start-up money for Zarqawi to build a camp near Herat, along the Iranian border, and provide logistical support through a network of safe houses in the Iranian cities of Tehran and Mashaad. Zarqawi would not join al-Qaeda, but he would complete a special training program at al-Qaeda's facilities near Kandahar. Subsequently, he would provide al-Adl with monthly updates on his progress.[38]

From the very outset, Zarqawi attracted recruits who would later prove critical to his efforts in Iraq, including the Syrian Sulayman Khalid Darwish (aka Abu Ghadiyah), "who would manage the first generation of jihadi logistical networks that moved foreign fighters through Syria to Zarqawi's eventual insurgency in Iraq."[39] Moreover, Zarqawi was able to benefit from al-Qaeda's logistical assistance, which rested on its relationship with Iran. Fishman writes:

> Al-Qaeda's financial support to Zarqawi was useful, but its logistical assistance was invaluable. Herat sits very near the Iranian border, which immediately emerged as the most useful vector for new recruits to enter Afghanistan. But if Zarqawi looked at the Taliban askance, he despised the Shia government in Iran. Iran's intelligence service no doubt understood Zarqawi's sectarian disposition, but they also had a policy of tolerating jihadis transiting their territory, especially if those fighters were hostile to the Taliban. In 1998, the Taliban executed eight Iranian diplomats, which prompted Tehran to give Gulbuddin Hekmatyar, a legendary Afghan fighter and opponent of the Taliban, extensive latitude to set up shop on Iranian territory. Sayf al-Adl was quick to capitalize on those networks for use by al-Qaeda and he offered them to Zarqawi.[40]

---

[37] **PX35**, U.S. Department of the Treasury, "Fact Sheet: Abu Musa'ab al-Zarqawi," September 23, 2003.
[38] Fishman, *The Master Plan*, p. 19.
[39] Ibid.
[40] Ibid., p. 20.

PX5

The Zarqawi organization's network in Herat became known as Jund al-Sham (Soldiers of the Levant), though the banner above the entrance to the Herat camp continued to read *Tawhid wa-l-Jihad* (which, as previously mentioned, is the name that insiders called the group during this period).[41] Graduates of the Herat camp took part in notable terrorist plots, including the 2002 assassination of U.S. diplomat Laurence Foley in Amman.[42]

*Alliance with Ansar al-Islam*

Shortly after the establishment of the Herat camp, Zarqawi tasked Abu Abdel Rahman al-Shami, a fellow Jordanian militant, with expanding his network into northern Iraq.[43] On September 1, 2001, Shami helped form the group Jund al-Islam with Kurdish jihadist leader Abu Abdullah al-Shafi'i and Iraqi militant Abu Wa'il. Following the 9/11 attacks, Jund al-Islam merged with a Kurdish jihadist organization operating in northern Iraq known as Ansar al-Islam.[44]

The U.S. invasion of Afghanistan in late 2001 forced Zarqawi and around 300 Jund al-Sham members to relocate from Herat.[45] Zarqawi and a number of followers first moved to Iran, then in May 2002 moved from Iran to Iraq. There Zarqawi made his way to northern Iraq and found refuge with Ansar al-Islam.[46] Ansar al-Islam/Ansar al-Sunna will be discussed in greater detail in the next section of this report. Thereafter, though Zarqawi expanded his organization into other countries in the region, his main focus was on building his organization in Iraq.[47]

Eventually the Zarqawi network underwent another rechristening, emerging as Jamaat al-Tawhid wa-l-Jihad.

*Jamaat al-Tawhid wa-l-Jihad (JTJ)*

The origins of the JTJ moniker can be traced back to Zarqawi's days as the leader of Bayat al-Imam in Suwaqah prison. It was another of the names that the militants in Suwaqah prison used to refer to themselves.

There is no consensus among observers as to when the Zarqawi organization adopted the JTJ name publicly. According to journalist Fouad Hussein, whose interviews with Saif al-Adl and other Zarqawi associates gave him impressive access to the Zarqawi organization's inner workings, Zarqawi's group formally announced itself as JTJ at the beginning of 2004.[48]

JTJ benefited from a diverse pool of foreign fighters, including militants from Jordan, Syria, Afghanistan, Pakistan, and the Kurdish regions of Iraq. This enabled Zarqawi and JTJ to become

---

[41] Hussein, *Al-Zarqawi*; Michael Weiss & Hassan Hassan, *ISIS: Inside the Army of Terror* (New York: Regan Arts, 2015), p. 13.

[42] Weiss & Hassan, *ISIS*, p. 13.

[43] Ibid., p. 14.

[44] Hussein, *Al-Zarqawi*.

[45] Mary Anne Weaver, "The Short, Violent Life"; Hussein, *Al-Zarqawi*.

[46] Isma'il Zayir, "Dozens of Arab Afghans 'Slip' Into Northern Iraq," *Al-Hayah* (London; original in Arabic), February 1, 2002; Husni Mahalli, "Another 'al-Qaeda' and New Mullahs in Iraqi Kurdistan; Will Kurdistan Become Tora Bora?," *Al-Majallah* (original in Arabic), February 10, 2002.

[47] See, for example, Jean-Charles Brisard & Damien Martinez, *Zarqawi: The New Face of Al-Qaeda* (Cambridge: Polity, 2005), p. 142.

[48] Hussein, *Al-Zarqawi*. Indeed, the first communiqué issued in JTJ's name was posted online in April 2004.

PX5

"among the most prominent actors in the insurgency."[49] By October 2004, when the Zarqawi organization next took on a new moniker, the U.S. military "held Zarqawi responsible for the deaths of 675 Iraqis and 40 foreigners, in addition to over 2,000 wounded since the beginning of the coalition's offensive."[50]

As JTJ, the group retained the same structure, membership and goals that it possessed when it was publicly known as Jund al-Sham. This is illustrative of the tendency toward organizational continuity despite public changes in name.

*Al-Qaeda in Iraq (AQI)*

In October 2004, Zarqawi publicly pledged *bayah* (an oath of allegiance) to bin Laden, thus making the Zarqawi organization into al-Qaeda's first publicly announced affiliate group. Despite extensive cooperation between the Zarqawi organization and al-Qaeda prior to this public pledge, Zarqawi's pledge to bin Laden in 2004 was significant. It served as Zarqawi's public endorsement by al-Qaeda's leadership and challenged (at least temporarily) earlier perceptions that Zarqawi's organization intended to rival al-Qaeda. The declaration further served "as a recruiting statement for the Iraqi insurgency."[51]

With Zarqawi's public declaration of bayah, his organization adopted the moniker *Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn* (al-Qaeda of Jihad Organization in the Land of Two Rivers). The group was better known as al-Qaeda in Iraq (AQI). Even as it became a publicly-acknowledged al-Qaeda affiliate, the Zarqawi organization's leadership structure and membership ranks remained intact. Those who had worked with Zarqawi in the early days of JTJ either maintained their positions in the organization or grew in stature (e.g., through the natural process of promotion) once Zarqawi publicly aligned with al-Qaeda.

One such leader was Abu al-Ghadiyah (born Sulayman Khalid Darwish), who was a cofounder of Jund al-Sham.[52] He traveled with Zarqawi to Iran, and then to Iraq, where he played a key role in helping the Zarqawi organization establish itself.[53] Following Zarqawi's public pledge to bin Laden, Abu al-Ghadiyah continued his high-level role in the rechristened al-Qaeda in Iraq.[54] In 2005, the U.S. Treasury Department designated Abu al-Ghadiyah a terrorist, including for his fundraising and recruiting for AQI. The designation made the continuity in Abu al-Ghadiyah's high-level role clear, as it described him as a member of Zarqawi's *shura* council, as well as "one of the most prominent members of the Zarqawi organization in Syria."[55]

Another leader demonstrating the continuity in personnel from JTJ to AQI was Abu Azzam al-Iraqi. According to a Zarqawi organization eulogy produced after Abu Azzam's death in September 2005,

---

[49] Mapping Militant Organizations, Stanford University, "The Islamic State," last modified April 2021, https://cisac.fsi.stanford.edu/mappingmilitants/profiles/islamic-state.

[50] Brisard & Damien Martinez, *Zarqawi*, p. 141.

[51] **PX664**, Jeffrey Pool, "Zarqawi's Pledge of Allegiance to al-Qaeda: From Mu'asker Al-Battar, Issue 21," *Terrorism Monitor* 2:24 (Jamestown Foundation), December 16, 2004.

[52] Muhammad Abu Rumman, "Sulayman Khalid Darwish, also known as Abu al-Ghadiyah, One of the Most Prominent Leaders of the al-Qaeda Organization in Iraq Killed," *Al-Ghadd* (Amman; original in Arabic), June 25, 2005.

[53] Ibid.

[54] Ibid.

[55] **PX64**, U.S. Department of the Treasury, press release, "Syrian National Designated by U.S. as Terrorist Financier," January 25, 2005.

**PX5**

he had been a member of the Salafist underground in Iraq during Saddam Hussein's rule.[56] Following the Baathist regime's collapse, Abu Azzam acquired a small group of militant followers whom he quickly aligned with Zarqawi and JTJ. Abu Azzam traveled across Iraq as a JTJ recruiter and also featured in JTJ's military operations, participating in the First Battle of Fallujah and a number of early terrorist attacks in the Baghdad area. After JTJ became known as AQI, Abu Azzam continued to rise in the ranks. After the Second Battle of Fallujah and the death of AQI official Umar Hadid, Abu Azzam was appointed AQI's emir of Baghdad.[57] Abu Azzam was subsequently elevated to AQI's shura council, where he answered directly to Zarqawi.[58] Following Zarqawi's injuries during fighting in al-Qa'im in May 2005, Abu Azzam served as the overall supervisor of AQI's activities throughout the Anbar-Baghdad corridor.[59]

The career trajectories of Abu al-Ghadiyah and Abu Azzam al-Iraqi serve as just two examples among many of the continuity of leadership maintained throughout the evolution of Zarqawi's organization despite name changes and attempts to rebrand.

*The Mujahedin Shura Council (MSC)*
On January 15, 2006, AQI deputy emir Abu Maysarah al-Iraqi announced the establishment of the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC), an umbrella group composed of six Iraqi Sunni militant factions. These factions were AQI, the Victorious Sect Army, the Monotheism Supporters Brigades (Saraya Ansar al-Tawhid), the Islamic Jihad Brigades (Saraya al-Jihad al-Islami), the Al-Ghuraba (Foreigners) Brigades, and the Al-Ahwal (Fear) Brigades.[60] ISIS's eventual "caliph" Abu Bakr al-Baghdadi formally came into AQI's orbit weeks later, when the group Jaysh Ahl al-Sunnah wa-l-Jama'a, in which Abu Bakr served as the emir of the Sharia Committee, joined MSC on January 29.[61] These groups' cooperation before January 2006 culminated in MSC's establishment, which can be seen in part as the formalization of prior relationships.

Though MSC purported to function as a coalition, the group was AQI's brainchild. At the time, AQI faced growing criticism from Iraqis for representing a foreign agenda and conducting indiscriminate attacks against civilians. AQI envisioned MSC as a way to rebrand, highlighting its local connections in an effort to regain the support of other Iraqi factions and the population. The person chosen to lead this group was a previously unknown figure called Abdallah bin Rashid al-Baghdadi, who provided MSC's leadership with an Iraqi face.[62] Attacks in Iraq claimed by MSC during its brief existence did not invoke AQI's name, seemingly to downplay AQI's involvement in the insurgency and to draw attention instead to Iraqi militants.

Though the MSC was designed to provide cover to AQI and showcase the "Iraqi-led" insurgency, AQI quietly remained the dominant player. As one illustration, Muharib al-Juburi, who was an original

---

[56] Media Division of the Mujahedin Shura Council in Iraq, "Biographies of Eminent Martyrs, Part XLV: Abu Zahra al-Issawi," July 18, 2010.
[57] Al-Sharqiyah television, September 28, 2005.
[58] Al-Furqan Media Production Establishment, "From History's Secrets: Al-Zarqawi as I Knew Him, Part 1," September 7, 2007.
[59] Hazim al-Amin & Miyasar al-Shammari, "Reports on Smuggling of Leader of the al-Qaeda of Jihad Organization in the Land of the Two Rivers to a Neighboring Country for Medical Treatment," *Al-Hayah* (original in Arabic), May 26, 2005.
[60] See, e.g., Muhammad al-'Ubaydi et al., *The Group That Calls Itself a State: Understanding the Evolution and Challengers of the Islamic State* (West Point: Combating Terrorism Center, 2014).
[61] Fishman, *The Master Plan*, p. 151.
[62] Ibid., p. 79.

PX5

MSC member and the emir of al-Ghuraba Brigades, had formed an alliance with Zarqawi as early as 2004.[63] From 2004-2006, Muharib al-Juburi served as one of Zarqawi's trusted most trusted couriers, and as a representative of the Zarqawi organization's senior leadership—and later served in the same role for Abu Ayyub al-Masri, Zarqawi's successor in the organization.[64] The case of Muharib al-Juburi and the al-Ghuraba Brigades helps illustrate how the transition to MSC was a minor adaptation of AQI's existing strategy in response to the shifting political climate. The MSC was, like AQI and JTJ before it, a continuation of the Zarqawi organization.

The main thing MSC accomplished, in addition to providing a cover for AQI, was formalizing longstanding alliances between AQI and lesser-known insurgent groups. The establishment of the Islamic State of Iraq, described in the following section, can be understood as a continuation of this strategy of rebranding and expansion in an effort to gain greater support and legitimacy within the Iraqi insurgent landscape and the global Muslim community.

*Islamic State of Iraq (ISI)*
On October 15, 2006, the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC) announced its establishment of the Islamic State of Iraq (ISI).[65] Zarqawi died prior to ISI's creation, but its establishment advanced AQI's longstanding strategic objectives while in other ways moving beyond what AQI had been. According to Saif al-Adl, establishing an Islamic state was one of Zarqawi's core goals when he relocated to Iraq.[66] Indeed, in 2005 al-Qaeda's deputy emir Ayman al-Zawahiri had articulated the establishment of an Islamic emirate as one of the jihadists' earliest priorities for Iraq in a letter he wrote to Zarqawi.[67]

Following Zarqawi's death in June 2006, Zawahiri used his eulogy for the slain militant to re-emphasize the strategic priority of establishing an Islamic emirate, saying: "My mujahid brothers in Iraq, know that the Islamic Ummah has put its hope in you, and that you must establish an Islamic state in Iraq, then make your way towards captive Jerusalem and restore the Caliphate which was toppled through the cooperation of the Crusaders and the traitorous slaves of the English."[68] According to a 2008 interview with ISI's war minister Abu Hamzah al-Muhajir, Zarqawi organization members began consulting various insurgent leaders to lay the groundwork and build support for the establishment of the Islamic State of Iraq around the time that Zawahiri's eulogy was released.[69]

When the MSC rebranded to ISI, the coalition appeared to have added seven new member organizations since its founding: Ahl al-Sunnah wal-Jama'a Army, al-Murabitin Brigades, Jund al-Sahabah Group, Kataib Ansar al-Tawhid wal-Sunna, Kurdistan Brigades, Millat Ibrahim Brigades, and Fursan al-Tawhid Brigades. Close examination of the founding member groups reveals that four were

---

[63] Al-Arabiyah television, March 6, 2009.

[64] Al-Furqan Establishment for Media Production, "Biographies of Eminent Martyrs, Part XLVIII: Abd al-Aziz Atiq al-Atiq (Abu Suhayb al-Najdi)," September 15, 2011.

[65] Majlis Shura al-Mujahidin fi-l-Iraq, statement on the establishment of the Islamic State of Iraq, October 15, 2006.

[66] Quoted in Cole Bunzel, *From Paper State to Caliphate: The Ideology of the Islamic State* (Washington, D.C.: Center for Middle East Policy at the Brookings Institution, 2015), p. 15, https://www.brookings.edu/wp-content/uploads/2016/06/The-ideology-of-the-Islamic-State.pdf.

[67] **PX970,** Zawahiri's letter to Zarqawi can be found at https://ctc.usma.edu/app/uploads/2013/10/Zawahiris-Letter-to-Zarqawi-Translation.pdf.

[68] **PX803**, Ayman al-Zawahiri, eulogy of Abu Muhammad al-Zarqawi, posted on the Islamic Renewal Organization's website, June 24, 2006.

[69] Abu Hamzah al-Muhajir, audio interview, posted by Al-Furqan Media Production Establishment, October 24, 2008.

PX5

MSC holdovers, and one group had former affiliations with AQI. In other words, only two organizations lacked previous public affiliation with the MSC or AQI. This again underscores that ISI as a group that was dominated by the Zarqawi organization, and hence represented organizational continuity. Here is a brief look at ISI's founding members:

- *Jund al-Sahabah Group & Kataib Ansar al-Tawhid wal-Sunna*. Both the Jund al-Sahabah Group and Kataib Ansar al-Tawhid wal-Sunna were members of the Hilf al-Mutaiyabin Coalition, and thus affiliates of the MSC before they joined ISI.

- *Al-Murabitin Brigades*. Though it is not clear when al-Murabitin Brigades joined the MSC, it is clear that by May 2006 the brigade was one of the eight member organizations in the coalition. In a MSC video released that month, MSC highlights the organizations united under its banner—the two notable additions since its statement being Ahl al-Sunnah wal-Jama'a Army and al-Murabitin Brigades.[70]

- *Ahl al-Sunnah wal-Jama'a Army*. Established in 2003, Ahl al-Sunnah wal-Jama'a Army began exhibiting ideological affinity with the Zarqawi network as early as 2005, and began cooperating with AQI on the battlefield in early 2006.[71] In one statement attributed to the Central Office of the Ahl al-Sunnah wal-Jama'a Army and published to a jihadist forum in December 2005, the group "exalted" Zarqawi and bin Laden, and condemned Iraqi media for sowing discord and disunity among Iraqi jihadist groups.[72] About one month later, Ahl al-Sunnah wal-Jama'a Army issued its first video production. In it, the group again highlighted key al-Qaeda figures like bin Ladin, Zarqawi, and Zawahiri, and stressed the need to mitigate against "political divisions" among insurgent groups.[73] Less than a week later, a jihadist website published undated statements attributed to the Ahl al-Sunnah wal-Jama'a Army, claiming responsibility for an attack in Diyala in coordination with "a unit belonging to al-Qaeda organization."[74] On January 28, 2006, the emir of the Ahl al-Sunnah wal-Jama'a Army issued a statement expressing a desire to join the MSC, and the following day MSC welcomed the group into its ranks.[75]

- *Kurdistan Brigades*. Though the Kurdistan Brigades do not appear to have ever joined the MSC, the group had clear ties to al-Qaeda. In May 2007, AFP described the group as "an Ansar-allied group calling itself the 'Kurdistan Brigades of al-Qaeda.'"[76] Following the incorporation of the Kurdistan Brigades into ISI, the group continued to identify with al-Qaeda. In a statement featured on Al-Arabiyah's program "Death Industry" in November 2008, the group stressed its al-Qaeda affiliation.[77] And in an interview with an online Kurdish news source in

---

[70] Mujahedin Shura Council, "Call to Unite Ranks of Mujahedin in Land of the Two Rivers," part 3, posted to the al-Meer Forums, May 16, 2006.

[71] Charles Lister, "Islamic State Senior Leadership: Who's Who?" The Brookings Institution, December 2014, https://www.brookings.edu/wp-content/uploads/2014/12/en_whos_who.pdf.

[72] Ahl al-Sunnah wal-Jama'ah Army, statement posted to Bayt al-Maqdis Islamic Forums, December 11, 2005.

[73] Ahl al-Sunnah wal-Jama'a Army, video posted to Al-Meer Forums, January 18, 2006.

[74] Ahl al-Sunnah wal-Jama'a Army, statement posted to Shamila Net, January 23, 2006.

[75] Ahl al-Sunnah wal-Jama'a Army, statement posted on Al-Meer Forums, January 28, 2006; Mujahedin Shura Council, statement welcoming Ahl al-Sunnah wal-Jama'a Army into its group, January 29, 2006.

[76] AFP news agency, May 10, 2007.

[77] *Death Industry*, Al-Arabiyah television, November 8, 2014.

PX5

May 2011, the head of the Iraqi Kurdish Anti-Terror Agency drew direct connections between al-Qaeda leadership and officials within the Kurdistan Brigades.[78]

- *Millat Ibrahim Brigades & Fursan al-Tawhid Brigades.* The final groups highlighted as founding members of ISI, Millat Ibrahim Brigades and Fursan al-Tawhid Brigades, are the only two groups that seemingly had no prior ties to AQI or MSC. However, a BBC Monitoring report released shortly after the MSC announced the pledge of allegiance from Millat Ibrahim Brigades and Fursan al-Tawhid Brigades questioned the existence of these groups, describing them as "previously unknown battalions."[79] If these militant groups did in fact exist (and there have been other cases in the jihadist landscape where non-existent militant groups were claimed to have joined broader networks in order to influence public perceptions), it can be said that they were dwarfed by the other al-Qaeda-connected groups that comprised ISI.

In sum, the organizational makeup of the ISI demonstrates that the establishment of the "state" formalized existing alliances. This is not to say that ISI's establishment had no impact on the organization—it did, as I will detail—but rather it demonstrates continued dominance by the Zarqawi organization. I now profile several key members of ISI's leadership, which generally consisted of individuals with clear ties to AQI or else previously unknown Iraqi figures for which there is little to no information available even now. Here are the pedigrees of some of ISI's top leaders from the cabinet level to the regional emir level:

- *Emir: Abu Umar al-Baghdadi.* The chosen leader of ISI, Abu Umar al-Baghdadi, was an unknown figure prior to becoming the organization's emir.[80] Born Hamid Dawud Muhammad Khalil al-Zawi, Baghdadi originated from Anbar Province. Born into an affluent family, Baghdadi worked as a police officer for 11 years before he was fired for promoting extremist beliefs. After his termination from the police force, he became an imam.[81] Though he was relatively obscure when he became emir, a biography published on jihadist forums revealed that Baghdadi's ties to the Zarqawi organization dated back to as early as 2003, when he joined JTJ. He later became a member of the MSC and served as the organization's governor of Diyala province before assuming the position of ISI's emir after Zarqawi's death.[82]

- *Minister of War: Abu Ayyub al-Masri.* Though Baghdadi held the position of ISI's emir, most analysts believe he was in many ways a figurehead, and that the person really calling the shots was minister of war Abu Ayyub al-Masri (aka Abu Hamzah al-Muhajir).[83] Masri's ties to Zarqawi and the Zarqawi organization date back to 1999, when the two trained together at the al-Faruq camp in Afghanistan.[84] Originally from Egypt, al-Masri emerged in the jihadist scene

---

[78] *Kurdistani Nuwe Online* (Kurdish), May 10, 2011.

[79] BBC Monitoring, "Islamic State of Iraq Claims Two Battalions Pledged Allegiance," November 30, 2006.

[80] Fishman, *The Master Plan*, p. 89; *Al-Durar al-Shamiyah* (Arabic), April 5, 2014 (quoting an ISIS defector who described Abu Umar al-Baghdadi as "not known in the organization as a leader, small or big," and saying that instead he was just "a normal person").

[81] *Death Industry*, Al-Arabiyah television, May 7, 2010; Fishman, *The Master Plan*, p. 89.

[82] "Biographies of the Islamic State's Men," video posted to al-Minbar al-Ilami Jihadist Forum, November 20, 2014.

[83] See **PX935**, for example, a publicly available Defense Intelligence Agency document that outlines a source interview claiming that "Al Baghdadi is an Iraqi and was put in power to try and gain support for the ISI. He is more of a figurehead than a real leader. All of the orders and commands come from" al-Masri. The DIA document is available at http://www.dia.mil/FOIA/FOIA-Electronic-Reading-Room/FOIA-Reading-Room-Iraq/FileId/84074/.

[84] Shaun Waterman, "Confusion Swirls Over Zarqawi Successor," UPI, June 20, 2006 (quoting information provided by

PX5

in the 1980s as part of Ayman al-Zawahiri's group, Egyptian Islamic Jihad (EIJ). After spending time in Sudan and then Pakistan in the mid-1990s, al-Masri travelled to Afghanistan, where he became an expert in explosives.[85] In 2002, al-Masri travelled to Iraq. During his time fighting as an insurgent in the country, al-Masri joined AQI and began working closely with Zarqawi as a "master bomb maker and terror coordinator."[86] Following Zarqawi's death, Ayman al-Zawahiri reportedly "hand-picked" al-Masri to lead the al-Qaeda-affiliated jihadist group in Iraq.[87] Prior to the formation of ISI, the MSC's media commission announced Abu Ayyub al-Masri as AQI's new emir on June 12, 2006. The establishment of ISI just four months later, as well as the selection of Abu Umar al-Baghdadi as the state's emir, shows that the jihadist organization was continuing the "Iraqization program" that Zarqawi had started, giving the militant group an Iraqi face.[88] Though al-Masri may have been truly pulling the strings within ISI, he was a foreigner and thus likely understood that he could not publicly assume leadership of the nascent state. Shortly after the MSC announced ISI's establishment under Abu Umar al-Baghdadi's leadership, al-Masri issued a statement urging other Iraqi insurgent groups to pledge allegiance to Baghdadi and unite under the ISI banner. He publicly declared his own allegiance to al-Baghdadi.[89]

- *Public Relations Minister/Official Spokesman: Muharib Abd al-Latif al-Juburi (aka Abu Abdullah).* Juburi's ties to the Zarqawi network date back to at least 2004.[90] Following Zarqawi's death, Juburi continued to serve as a trusted courier for Abu Ayyub al-Masri, and, according to al-Masri, he was instrumental in establishing ISI and securing the support of tribal leaders in Anbar Province and Baghdad.[91] According to the late Iraqi analyst Hisham al-Hashimi, following ISI's establishment, Juburi was one of the masterminds behind the creation of the group's media arm, which would become known as al-Furqan Establishment for Media Production.[92] Juburi managed al-Furqan and served as ISI's official spokesman until he died in April 2007.[93]

- *General Security Minister: Abu Abd-al-Jabbar al-Jannabi.* Though not a member of AQI per se, another Zarqawi organization associate in the ISI cabinet was cleric Abu Abd-al-Jabbar al-Jannabi. Prior to becoming General Security Minister of ISI, Jannabi served as the emir of the Mujahideen Shura Council in Fallujah. As the *New York Times* reported, he was known to have

Gen. William Caldwell).

[85] "Biographies of the Islamic State's Men," video posted to al-Minbar al-Ilami jihadist forum, November 20, 2014.

[86] Bill Roggio, "Abu Ayyub al Masri, al Qaeda in Iraq's Leader, Reported Captured in Mosul," *Long War Journal*, May 8, 2008, https://www.longwarjournal.org/archives/2008/05/abu_ayyub_al_masri_a.php.

[87] Bill Roggio, "U.S. and Iraqi Forces Kill al Masri and Baghdadi, al Qaeda in Iraq's Top Two Leaders," *Long War Journal*, April 19, 2010, https://www.longwarjournal.org/archives/2010/04/al_qaeda_in_iraqs_to.php.

[88] This conclusion aligns with the analysis in Michael Weiss & Hassan Hassan, *ISIS: Inside the Army of Terror* (New York: Regan Arts, 2015), p. 63.

[89] Abu Hamzah al-Muhajir, audio message, posted to the Islamic Renewal Organization forum, November 10, 2006.

[90] As the emir of al-Ghuraba Brigades, Muharib al-Juburi had formed an alliance with Zarqawi as early as 2004. From 2004-06, Muharib al-Juburi served as one of Zarqawi's most trusted couriers and a representative of the Zarqawi organization's senior leadership. When the MSC announced its formation in 2006, al-Ghuraba Brigades became one of the founding members.

[91] Abu Hamzah al-Muhajir, audio interview, Al-Furqan Media Production Establishment, October 24, 2008.

[92] Mu'ayyad Basim, "Iraqi Researcher Reveals Organizational Structure of ISIL's Media Arm [trans. from Arabic]," *Al-Sabah al-Jadid*, June 4, 2014.

[93] Islamic State of Iraq, "The Islamic State of Iraq Brings the Good Tidings to the Muslim Nation of the Martyrdom of Its Official Spokesman," World News Network website, May 3, 2007.

PX5

"provided safe haven for foreigners like Mr. Zarqawi and anyone willing to take up arms against the Americans or the interim Iraqi government."[94]

Beyond the cabinet, many regional emirs were also AQI members. Here are some notable examples:

- *Jarrah al-Shami (aka Abu Hajar)*. Described by a jihadist biographer as "one of the pillars of the Islamic State of Iraq," ISI's emir of Anbar, Jarrah al-Shami, became involved in the Iraq jihadist scene as early as 2004, when he participated in the Second Battle of Fallujah.[95] After being imprisoned briefly in 2005, al-Shami joined up with Zarqawi. During his career in the Zarqawi organization, al-Shami was promoted to the military emir of Jazirat al-Ramadi, then the emir of Anbar Province. He continued to serve as the emir of Anbar Province after ISI was established and continued to hold this position until his death in 2007.

- *Abu Qaswarah al-Maghribi*. Described by AFP as having "ties" to Zarqawi, Abu Qaswarah al-Maghribi was considered "al-Qaeda's number two in Iraq" before his death in October 2008.[96] While little is known about his trajectory within AQI, according to a biography published by the jihadist al-Battar Media Foundation, in addition to being AQI's second in command, he was also ISI's "emir of Northern Iraq."[97] Following Maghribi's death, ISI's media arm al-Furqan Media Production Establishment published an 8-minute audio statement by Abu Umar al-Baghdadi eulogizing him.[98]

- *Manaf Abd al-Rahim al-Rawi*. Longtime Zarqawi associate Manaf Abd al-Rahim al-Rawi, a veteran AQI member, ultimately served as ISI's Baghdad emir. As Fishman explains, "al-Rawi was not part of the jihadi inner circle, but he was adjacent to it."[99] Al-Rawi began his jihadist career as the driver and assistant to Abu Muhammad al-Lubnani, one of Zarqawi's most trusted advisors.[100] In a 2010 television interview aired on *Al-Iraqiyah*, al-Rawi described his relationship with Lubnani as "very close" and recounted his experience working in proximity to the leaders of the nascent Zarqawi organization, such as Zarqawi and Abu Anas al-Shami.[101] In 2004, al-Rawi participated in the major battles in Fallujah, during which he met other notable jihadist figures. In June 2004, U.S. forces arrested al-Rawi and imprisoned him in Camp Bucca, a U.S. military prison later known for housing some of the most radical elements of the Iraqi jihadist movement, including Abu Bakr al-Bagdadi. After his release three and a half years later, al-Rawi leveraged the contacts he had made in prison, as well as his pre-incarceration jihadist connections, to rejoin AQI.[102] With the help of al-Masri, al-Rawi secured a position as deputy to Hajji Abd al-Wahid, the head of ISI in Baghdad. When al-Wahid was demoted a year later, al-Rawi took over.[103] From 2008 until he was arrested again in 2010, al-Rawi directed ISI's deadly operations and activities in Baghdad and Anbar province, including attacks and assassinations. Al-Rawi became one of Abu Ayyub al-Masri's most trusted

---

[94] Robert F. Worth, "Marines Find Vast Arms Cache in Falluja Leader's Mosque," *New York Times*, November 25, 2004.

[95] "Biographies of the Islamic State's Men," video posted to al-Minbar al-Ilami jihadist forum, November 20, 2014.

[96] "Swede Killed Was AQ Second in Command in Iraq," Agence France-Presse, October 15, 2008.

[97] "Biographies of the Islamic State's Men," video posted to al-Minbar al-Ilami jihadist forum, November 20, 2014.

[98] Abu Umar al-Baghdadi, video released by Al-Furqan Media Production Establishment, October 22, 2008.

[99] Fishman, *The Master Plan*, p. 141.

[100] Ibid., p. 140.

[101] Al-Iraqiyah Television, May 12, 2010.

[102] Ibid.

[103] Ibid.

PX5

associates and was put in charge of coordinating and distributing messages to and from the top echelons of ISI's leadership.[104] This trust ultimately led to al-Masri's demise. In March 2010, Iraqi forces arrested al-Rawi, and a few weeks later he gave up the names of two key ISI couriers. This information allowed U.S. forces to find, and kill or capture, the top leaders of ISI.[105]

While ISI remained dominated by the Zarqawi organization, it is worth detailing the major area in which it represented a significant evolution for the Zarqawi organization. As Brian Fishman notes, the group "immediately set out to build a scalable bureaucratic framework that would eventually define the Islamic State during the Syrian civil war."[106] Fishman outlines a number of steps that ISI took during this period that later defined ISIS's bureaucracy. Among other things, the group:

- Named a cabinet, including Ministries of Agriculture and Marine Wealth, Oil, and Health;

- Executed small-scale public works projects, like irrigation canals;

- Managed health and safety regulations, including setting speed limits on roads;

- Created an internal bureaucracy for political and military administration;

- Called on "Muslim brothers around the world, especially those neighboring our dear state" to emigrate, and promised to "provide them with benefits and expertise";

- Enforced strict financial accounting procedures;

- Completely rebranded all of its propaganda;

- Enforced rigorous pay scales and cared for the family of deceased fighters; and

- Recruited members with a range of administrative and scientific backgrounds, not just military experience.[107]

But ISI encountered a significant challenge that produced the group's defeat—albeit a temporary one, as it powerfully reemerged in the post-Arab Spring environment as ISIS. Though the Zarqawi organization had tried to mask its activities in Iraq under the pretense of an Iraqi-led insurgent coalition, many Sunni tribal leaders saw the jihadist organization as brutal, foreign in its conception, and forcibly imposing an oppressive form of the Islamic faith that was alien to Iraq. In September 2006, around 30 of these leaders held a meeting to voice their opposition to the Zarqawi organization, and formed a coalition called *Majlis Inqadh al-Anbar*, or the Anbar Salvation Council, to combat al-

---

[104] *Al-Durar al-Shamiyah*, April 5, 2014 (reporting the testimony of ISIS defector Abu Ahmad).
[105] Michael R. Gordon & Bernard E. Trainor, *The Endgame: The Inside Story of the Struggle for Iraq, from George W. Bush to Barack Obama* (New York: Vintage Books, 2013), p. 622.
[106] Fishman, *The Master Plan*, loc. 1794 of 8220.
[107] Ibid., locs. 1801-08 of 8220.

PX5

Qaeda elements in their midst.[108] This was the genesis of what would popularly become known as the "Awakening" movement, which was instrumental in the Zarqawi organization's defeat during this period.

The establishment of the Awakening prompted the Zarqawi organization's leadership to try to rally tribal support to counter this growing opposition. On October 12, 2006, MSC formed its own tribal coalition, the Hilf al-Mutaiyabin ("Alliance of the Perfumed Ones").[109] The MSC rebranded as ISI three days later.

In April 2010, U.S. and Iraqi forces raided a safe house north of Baghdad and killed ISI leaders Abu Ayyub al-Masri and Abu Umar al-Baghdadi. The blow was seen as the biggest hit inflicted upon the organization since Zarqawi's death in 2006. Around one month later, on May 16, 2010, ISI announced the selection of a new emir, Abu Bakr al-Baghdadi al-Husayni al-Qurashi, who would in a few years become ISIS's first caliph.[110] While the rise of ISIS is beyond the scope of this report, suffice it to say that the group is sufficiently notorious that much ink has been spilled discussing it.

## IV. Ansar al-Islam/Ansar al-Sunnah

Ansar al-Islam, a Salafist militant group, has gone through several name changes since its formation in December 2001. Originally established under the name Jund al-Islam, Ansar al-Islam emerged from a conglomeration of several smaller Kurdish Sunni extremist groups based in Iraq's Kurdistan region. Also known as Ansar al-Islam Army, Ansar al-Sunna, Army of Ansar al-Islam, Devotees of Islam, Followers of Islam in Kurdistan, Jaysh Ansar al-Sunna, Jaysh Ansar al-Islam, Jund al-Islam, Kurdish Taliban, Kurdistan Supporters of Islam, Partisans of Islam, Protectors of Islam, Protectors of the Sunna Faith, Soldiers of God, Soldiers of Islam, and Supporters of Islam in Kurdistan,[111] the group is listed as *Ansar al-Islam* in the U.S. government's designation.[112]

*Origins in the Kurdistan Islamic Movement*
The roots of Ansar al-Islam can be found in Iraq's Kurdistan Islamic Movement (IMK).[113] The IMK was founded in 1987 by Othman Abdul Aziz, who was a prominent Muslim Brotherhood member from 1960 until 1980.[114] In 1984, Aziz fled the persecution of Saddam Hussein's regime and sought

---

[108] *Al-Bayyinah al-Jadidah* (Arabic), September 20, 2006.

[109] Mujahedin Shura Council, announcement of new alliances, October 12, 2006.

[110] For the announcement of Baghdadi's ascension within ISI, see "God Is Great, A Statement of the Islamic State of Iraq's Shura Council [trans. from Arabic]," posted to Al-Fallujah Islamic Forums, May 16, 2010.

[111] **PX516,** Parliament of Australia, Parliamentary Joint Committee on Intelligence and Security, "Review of the Re-Listing of Ansar Al-Islam, Islamic Movement of Uzbekistan, Lahkar-e Jhangvi, and Jaish-e-Mohammad as Terrorist Organisations" (2015), https://www.aph.gov.au/DocumentStore.ashx?id=59c6be2a-62a6-46b0-a243-a3ea03a8cade&subId=305072.

[112] **PX39,** U.S. Department of the Treasury, "Treasury Department Statement Regarding the Designation of Ansar Al-Islam," February 20, 2003. It is also listed this way in the U.N. Security Council Consolidated List, and by the government of Canada. See **PX526**, United Nations Security Council, "United Nations Security Council Consolidated List," accessed May 23, 2019; **PX518**, Public Safety Canada, "Currently Listed Entities," December 21, 2018. Though Ansar al-Islam and Ansar al-Sunna are the same entity, they are listed separately by the British government. **PX513**, Government of the United Kingdom, "Proscribed Terrorist Groups or Organisations," April 12, 2019.

[113] Iraq's Kurdistan Islamic Movement is also sometimes referred to as the Islamic Movement in Iraqi Kurdistan.

[114] Saed Kakei, "The Islamic Movement of Kurdistan: From Conflict to Cooperation," *Ekurd Daily*, March 25, 2013, https://ekurd.net/mismas/articles/misc2013/3/state6950.htm; David Romano, "An Outline of Kurdish Islamist Groups in Iraq," The Jamestown Foundation, October 1, 2007; "Profile: Kurdish Islamist Movement," *BBC News*, January 13, 2003, http://news.bbc.co.uk/2/hi/not_in_website/syndication/monitoring/media_reports/2588623.stm.

PX5

sanctuary in Iran.[115] During the Iran-Iraq War that ravaged both countries in the 1980s, Tehran funded a variety of Iraqi Kurdish groups with the goal of stirring up domestic unrest and forcing Saddam to fight a two-front war.[116] With funding from Iran, and supported by IRGC trainers, Aziz returned to Iraqi Kurdistan in 1987 to head the newly formed IMK.[117]

Under Aziz's leadership, Kurdish Islamists—a relatively marginal group compared to the far better structured and organized leftist Kurdish Patriotic Union (PUK) and Democratic Party of Kurdistan (KDP)—promoted the idea of a jihad against Saddam Hussein.[118] They compared the Kurdish cause to that of the Afghans at a time when the Afghan-Soviet War had become a *cause célèbre* throughout the Arab world. The Kurdish Islamists declared Iraq's Baathist government to be an infidel regime occupying Islamic lands in Kurdistan, similar to Soviet forces in Afghanistan. Indeed, during the Afghan-Soviet War, Kurdish Islamists established ties to various factions fighting the Soviets in Afghanistan, including Afghan and Pakistani groups, as well as to "Afghan Arab" foreign fighter contingents.[119] These ties facilitated Iraqi Kurdish involvement on the front lines of the Afghan-Soviet War.[120] The ties forged between Kurdish Islamists and some Afghanistan-based fighters, including al-Qaeda, during the Afghan-Soviet War proved to be long lasting. Throughout the 1990s, contacts between al-Qaeda and Kurdish Islamists continued. Kurdish militants travelled to Afghanistan to undertake training and to support al-Qaeda's fight against the Northern Alliance.[121]

As Kurdish fighters returned from Afghanistan during the Iran-Iraq War, the IMK, supported by Iran's Ministry of Intelligence and Security (MOIS), joined secular Kurdish parties (KDP and PUK) in fighting alongside Iranian forces during the Val Fajr-10 offensive.[122] Kurdish participation in the Iran-Iraq War factored into Saddam Hussein's later decision to deploy chemical weapons against the Kurdish city of Halabja, in which he notoriously killed up to 5,000 Kurdish people. In 1988, the Iraqi government's al-Anfal campaign included the use of ground offensives, aerial bombing, systematic destruction of settlements, mass deportation, and chemical warfare designed to suppress the Kurdish populations in Northern Iraq.[123] Following this campaign, the IMK, like many other Kurdish groups, largely ceased its operations until the 1991 Gulf War.[124]

---

[115] Mohammed Shareef, *Kurdish Islamists in Iraq from the Muslim Brotherhood to the So-Called Islamic State: Continuity or Departure?* (King Faisal Center for Research and Islamic Studies, 2015), pp. 22–23; Kakei, "The Islamic Movement of Kurdistan: From Conflict to Cooperation."

[116] Romano, "An Outline of Kurdish Islamist Groups in Iraq."

[117] Mapping Militant Organizations, Stanford University, "Islamic Movement of Kurdistan," n.d., https://cisac.fsi.stanford.edu/mappingmilitants/profiles/islamic-movement-kurdistan.

[118] Adel Bakawan, "Three Generations of Jihadism in Iraqi Kurdistan," *Notes de l'Ifri*, July 2017, p. 8, https://www.ifri.org/sites/default/files/atoms/files/bakawan_jihadism_iraqi_kurdistan_2017.pdf.

[119] Ami M. Angell and Rohan Gunaratna, *Terrorist Rehabilitation: The U.S. Experience in Iraq* (Boca Raton, FL: CRC Press, 2012), pp. 9–10.

[120] Human Rights Watch, "Ansar al-Islam in Iraqi Kurdistan" (2003); **PX705**, Sunil Ram, "The Enemy of My Enemy: The Odd Link Between Ansar al-Islam, Iraq, and Iran," The Canadian Institute of Strategic Studies, April 2003.

[121] Angell and Gunaratna, *Terrorist Rehabilitation*, pp. 10–11.

[122] Miguel Ángel Ballesteros Martin, "Iraqi Kurdistan," in *Geopolitical Overview of Conflicts 2017* (Madrid: Spanish Institute of Strategic Studies, 2018), p. 117, https://publicaciones.defensa.gob.es/media/downloadable/files/links/g/e/geopolitical-overview-2017.pdf; International Crisis Group, "Radical Islam in Iraqi Kurdistan: The Mouse That Roared," *ICG Middle East Briefing*, 2003, p. 2, https://www.refworld.org/pdfid/3efde9634.pdf.

[123] **PX509**, European Parliament, "The Kurdish Genocide: Achieving Justice through EU Recognition" (2014), p. 2.

[124] Joost Jongerden, "Governing Kurdistan: Self-Administration in the Kurdistan Regional Government in Iraq and the Democratic Federation of Northern Syria," *Ethnopolitics* 18:1 (2019), p. 63, https://doi.org/10.1080/17449057.2018.1525166; Martin van Bruinessen, "Genocide in Kurdistan?: The Suppression of the Dersim Rebellion in Turkey (1937-1938) and the Chemical War Against the Iraqi Kurds (1988)," in George J.

PX5

Following the Gulf War, with the installment of a no-fly zone north of the 36th parallel, many Kurdish political organizations resumed their political and military activities.[125] Under the protection of the no-fly zone, the Iraqi Kurds began to prepare for their first free election and the establishment of a Kurdish parliament. The 1992 elections illustrated the sharp differences between the IMK and the general population of Iraqi Kurdistan. The IMK gathered only 5% of the vote, failing to meet the 7 percent threshold required to secure parliamentary seats.[126]

Disaffected from the political process as a result of their loss, IMK separated itself from ordinary Kurdish politics.[127] Focusing on consolidating its power in Halabja, IMK established a separate consultative *shura* (council), and organized education, health, and social services for its members in areas where the group possessed influence.[128] This proved to be a source of friction between the IMK and the PUK and KDP, with the latter two accusing the IMK of not recognizing or accepting the legitimacy of the Kurdish administration and its institutions.[129]

Tensions between IMK and secular Kurdish factions boiled over in 1993-94, as IMK attempted to expand its influence into Irbil and Sulamaniyah.[130] With support from Syria and Iran, which supported Kurdish Islamist groups in the hope of countering the Kurdish nationalist parties, IMK began carrying out terrorist attacks against the PUK/KDP Kurdish nationalist government.[131] Iran provided financial backing and military training to IMK, while the Syrian government recruited foreign fighters with experience against the Soviets in the Afghanistan theater to train IMK members on how to plan attacks, assassinations, and roadside bombings.[132] Consequently, IMK's militant activities increased during this period. In response, the PUK initiated a large-scale military campaign against the IMK stronghold of Halabjah in December 1993 and arrested Aziz, forcing the majority of IMK members to flee to Iran temporarily.[133]

In 1994, violence broke out between the PUK and the KDP, distracting both groups from their fight against the IMK. With the PUK weakened by its ongoing fight with the KDP, Iran pressured it to cede control of the Halabja-Howraman region to the IMK, which it did in 1996.[134]

Andreopoulos ed., *Genocide: Conceptual and Historical Dimensions* (Philadelphia: University of Pennsylvania Press, 1997), p. 161.

125 Matan Chorev, "Iraqi Kurdistan: The Internal Dynamics and Statecraft of a Semistate," *Al Naklah*, Fall 2007, p. 4; Jongerden, "Governing Kurdistan," p. 63.

126 Romano, "An Outline of Kurdish Islamist Groups in Iraq," p. 9.

127 Amnesty International, *Iraq: Human Rights Abuses in Iraqi Kurdistan Since 1991* (New York: Amnesty International USA, 1995), pp. 19–20, https://www.amnesty.org/download/Documents/180000/mde140011995en.pdf.

128 Romano, "An Outline of Kurdish Islamist Groups in Iraq," p. 9; Hugh Naylor, "Iraq's Islamist Kurds under Fire from Both Sides of the War," *The National* (U.A.E.), September 22, 2014; Amnesty International, *Iraq: Human Rights Abuses in Iraqi Kurdistan Since 1991*, p. 20.

129 Amnesty International, *Iraq: Human Rights Abuses in Iraqi Kurdistan Since 1991*, p. 20.

130 Michael M. Gunter, "The KDP-PUK Conflict in Northern Iraq," *Middle East Journal* 50:2 (1996), p. 232.

131 Joshua R. Itzkowitz Shifrinson, "The Kurds and Regional Security: An Evaluation of Developments Since the Iraq War," *Middle East Brief* 14 (2006), pp. 1–2; Kakei, "The Islamic Movement of Kurdistan: From Conflict to Cooperation."

132 Kakei, "The Islamic Movement of Kurdistan: From Conflict to Cooperation."

133 Amnesty International, *Iraq: Human Rights Abuses in Iraqi Kurdistan Since 1991*, p. 35; Gunter, "The KDP-PUK Conflict in Northern Iraq," p. 232; Shareef, *Kurdish Islamists in Iraq from the Muslim Brotherhood to the So-Called Islamic State*, p. 9; Mapping Militant Organizations, Stanford University, "Islamic Movement of Kurdistan," accessed May 30, 2019, https://web.stanford.edu/group/mappingmilitants/cgi-bin/groups/view/25#cite20; Human Rights Watch, "Ansar al-Islam in Iraqi Kurdistan."

134 Romano, "An Outline of Kurdish Islamist Groups in Iraq," p. 9; Michael Rubin, "The Islamist Threat in Iraqi

PX5

Following the end of the PUK-KDP fighting, the IMK and PUK agreed to a truce. IMK joined the Kurdish Regional Government in exchange for control over the Ministry of Endowment and Religious Affairs and the Ministry of Justice.[135] However, the truce between the IMK and PUK alienated many of the IMK's more extreme members, thus producing several splinter groups between 1997 and 2000.[136] These splinter groups, led by both Kurdish and non-Iraqi Arab veterans of the Afghan war against the Soviets, included Kurdish Hamas (unrelated to the Palestinian Hamas organization or to Hamas Iraq), the Second Soran Unit, the Reformist Group, the Islamic Group, and Tawhid.[137] These groups promoted a militant Salafist interpretation of Islam.[138]

*Ansar al-Islam's Formation*

In December 2001, after a series of reconciliations and reorganization under various names (including Jund al-Islam), many splinter groups of IMK—including al-Tawhid, Kurdish Hamas, the Reformist Group, and the Second Soran Unit—merged with other Arab and Kurdish Islamist groups to form Ansar al-Islam. This group was led by former IMK member Mullah Fatih Krekar (real name Najmaddin Faraj Ahmad).[139] Krekar had studied Islamic jurisprudence in Pakistan under Abdullah Azzam, Osama bin Laden's mentor.[140] Indeed, Krekar wrote about meeting bin Laden in his autobiography and referred to the al-Qaeda chief as "a jewel in the crown of Islam."[141] Mullah Krekar's open lauding of bin Laden and al-Qaeda continued even after the 9/11 attacks.[142]

Even prior to Ansar al-Islam's inception, Kurdish Islamist factions appeared to be seeking closer ties to al-Qaeda, though there are questions about how strong their relationship to al-Qaeda was prior to the creation of Ansar al-Islam. In August 2001, several Kurdish Islamist factions reportedly visited al-Qaeda's leadership in Afghanistan, which wanted to create a base for al-Qaeda in northern Iraq.[143] This relationship with al-Qaeda may have manifested not just through funding but also training. In October 2000, Kurdish Islamist leaders reportedly sent fighters to train with al-Qaeda, who returned with a message from bin Laden calling for Kurdish Islamist groups to unite.[144] Brian Fishman provides further details about Kurdish militants training in Afghanistan prior to the 9/11 attacks:

> The Kurdish jihadi community was fractured but well known to al-Qaeda's leadership
> in Afghanistan. The largest group was led by Mullah Fatih Krekar, a veteran of the

Kurdistan," *Middle East Intelligence Bulletin* 3, no. 2 (December 2001), https://www.meforum.org/meib/articles/0112_ir1.htm; David McDowall, *A Modern History of the Kurds* (I.B.Tauris, 2004), pp. 389–90.

[135] Shareef, *Kurdish Islamists in Iraq from the Muslim Brotherhood to the So-Called Islamic State*, p. 30; Angel Rabasa et al., *The Muslim World After 9/11* (Rand Corporation, 2004); International Crisis Group, *Radical Islam in Iraqi Kurdistan: The Mouse That Roared*, p. 3.

[136] Romano, "An Outline of Kurdish Islamist Groups in Iraq," p. 9.

[137] See discussion in ibid., pp. 9-10; Rubin, "The Islamist Threat in Iraqi Kurdistan"; Husni Mahalli, "Another 'al-Qa'ida' and New Mullahs in Iraqi Kurdistan; Will Kurdistan Become Tora Bora?," *Al-Majallah* (Arabic), February 10, 2002.

[138] "Ansar al-Islam in Iraqi Kurdistan"; Ram, "The Enemy of My Enemy: The Odd Link Between Ansar Al-Islam, Iraq, and Iran."

[139] "Ansar al-Islam in Iraqi Kurdistan"; Romano, "An Outline of Kurdish Islamist Groups in Iraq," p. 12.

[140] Romano, *An Outline of Kurdish Islamist Groups in Iraq*, p. 12.

[141] See discussion in J.M. Berger, "The Mullah Krekar Show," *Foreign Policy*, July 22, 2011.

[142] Jean-Charles Brisard & Damien Martinez, *Zarqawi: The New Face of Al-Qaeda* (Cambridge, UK: Polity Press, 2005), p. 114.

[143] Mahalli, "Another 'al-Qa'ida' and New Mullahs in Iraqi Kurdistan."

[144] Abbas al-Badri, "Al-Sharq al-Awsat Obtains Document That Reveals: Bin Ladin Blessed the Establishment of the Kurdish 'Jund Al-Islam' and Sent It a 'Gift' in Dollars," *Al-Sharq Al-Awsat* (Arabic), September 28, 2001.

PX5

anti-Soviet jihad, but the most internationally focused group was led by Abu Abdallah al-Shafi'i, himself a veteran of Chechnya and Afghanistan's training camps. It is not clear whether al-Shafi'i worked closely with al-Qaeda in Afghanistan, but a jihadi map of the al-Faruq training camp in Afghanistan shows a "Kurds Camp" in it.[145]

As noted, there is some countervailing evidence concerning the strength of the relationship between Kurdish Islamists and al-Qaeda at this point. Documents found in Afghanistan after the defeat of the Taliban do not appear to provide a strong link between al-Qaeda and Islamist groups in Iraqi Kurdistan prior to the defeat of the Taliban regime.[146]

In the immediate aftermath of 9/11, Jund al-Islam (as Ansar al-Islam was then known) established a small enclave, providing Kurdish Islamists the first actual territory that they managed to hold in more than a decade. In this enclave, the group sought to establish an Islamic state explicitly modeled after that of the Taliban.[147] The establishment of this enclave brought Jund al-Islam into direct conflict with the PUK.[148] In September 2001, the group ambushed and killed 42 PUK fighters.[149] Jund al-Islam, anticipating the Taliban regime's fall, also sought to provide safe haven to Arab militants fleeing Afghanistan.[150]

Though there is some lack of clarity regarding the relationship between al-Qaeda and Kurdish militant groups prior to Ansar al-Islam's (AAI) creation, Ansar al-Islam represented a deepening in the relationship between Kurdish militancy and al-Qaeda. As the U.S. Treasury has revealed, "AI came into being with the blessing of bin Laden after its leaders visited al-Qa'ida in Afghanistan in 2000 and 2001. Bin Laden provided AI with an estimated $300,000 to $600,000 in seed money."[151] Further, former high-ranking Ansar al-Islam members report that bin Laden regularly provided the group with installments of $10,000 from 2001 to 2003 through couriers.[152] Interviews with Ansar al-Islam prisoners also seemed to corroborate this claim.

By 2002, Ansar al-Islam was harboring more than 80 foreign jihadists, the majority of them members of Jamaat al-Tawhid wa-l-Jihad (JTJ), including Abu Musab al-Zarqawi.[153] With Ansar al-Islam's

---

[145] Brian Fishman, *The Master Plan*, locs. 572-580 of 8220.

[146] C.J. Chivers, "Kurds Face a Second Enemy: Islamic Fighters on Iraq Flank," *New York Times*, January 13, 2003.

[147] "Group Linked to Al-Qaeda Establishes Enclave in North," Radio Free Europe/Radio Liberty, July 17, 2002, https://www.rferl.org/a/1100292.html; Rubin, "The Islamist Threat in Iraqi Kurdistan"; Mahalli, "Another 'al-Qa'ida' and New Mullahs in Iraqi Kurdistan."

[148] Mahalli, "Another 'al-Qa'ida' and New Mullahs in Iraqi Kurdistan"; "Peshmerga Expel Jund al-Islam from Halabja," *Kurdistan Newsline*, October 9, 2001; "Peshmerga Continue Campaign Against Jund al-Islam," *Kurdistan Newsline*, September 28, 2001.

[149] "Group Linked to Al-Qaeda Establishes Enclave in North."

[150] "Ansar al-Islam in Iraqi Kurdistan." In this report, Human Rights Watch notes that the PUK alleged that 57 Arab fighters entered Iraqi Kurdistan from Iran after the 9/11 attacks, in September 2001. Human Rights Watch concluded: "While Human Rights Watch did not investigate these alleged links, the testimonies of villagers who had fled Biyara and Tawela and were interviewed in September 2002 appeared to support this contention."

[151] **PX39,** U.S. Department of the Treasury, "Treasury Department Statement Regarding the Designation of Ansar al-Islam," February 20, 2003.

[152] Cremonesi Lorenzo, "The Terrorist Leader, Funds for the Organization Come from bin Laden," *Corriere Della Sera* (Italian), February 2, 2004.

[153] George Michael, "The Legend and Legacy of Abu Musab Al-Zarqawi," *Defence Studies* 7, no. 3 (September 1, 2007), p. 340; Charles Lister, *Profiling the Islamic State* (Washington, D.C.: The Brookings Institution, 2014), p. 9; **PX923,** "Study of the Insurgency in Anbar Province, Iraq" (Marine Corps Intelligence Activity, June 13, 2007), https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0989.%20chapter3.pdf; Chivers, "Kurds Face a Second

PX5

blessing, JTJ quickly established two bases at Dar Ghayish Khan and Sarghat.[154] The benefits of this relationship for Ansar al-Islam were two-fold. First, AAI's ranks were bolstered by the arrival of several hundred trained fighters fleeing from Afghanistan, including several European nationals.[155] Second, the arrival of European foreign fighters allowed AAI to develop a support network across Europe that included a network of religious centers in Germany and Italy.[156] In Europe, JTJ and AAI's networks frequently overlapped. The two groups shared a common goal of facilitating new recruits and money to northern Iraq and sending trained fighters back to Europe.[157]

The arrival of Zarqawi and his cadre in Northern Iraq coincided with Ansar al-Islam's renewed actions against the PUK in early 2002 and the eventual departure of Mullah Krekar from Iraq in May 2002.[158] Krekar sought exile in Norway in the summer of 2002, where he continued to act as Ansar al-Islam's spiritual leader and funneled money to the group.[159] Abu Abdullah al-Shafi eventually succeeded Mullah Krekar as Ansar al-Islam's new leader.[160]

Ansar al-Islam's actions against leftist Kurdish groups increased in the summer of 2002. They included attacks against PUK fighters and the Kurdish Communist Party, the capture of villages inhabited by the Kaka'i (a syncretistic religious movement) and the displacement of their populations, and the destruction of the Naqshbandi Sufi sect's shrines.[161] Ansar al-Islam's campaign against the PUK and against Kaka'i villages is significant because it reflects the degree to which Ansar al-Islam had begun to adhere to the sectarian values that would later be associated with Zarqawi.

The fighting between Ansar al-Islam and the PUK intensified throughout the fall of 2002, with Ansar al-Islam regularly attacking checkpoints outside Halabjah and planning terrorist attacks inside the city. Ansar al-Islam's ability to sustain its operation against the PUK astonished Kurdish observers, to whom this suggested that the group was receiving significant external support, specifically from Iran.[162]

---

Enemy"; **PX241**, Joel D. Rayburn et al. eds., *The U.S. Army in the Iraq War*, vol. 1 (Washington, D.C: Office of the Chief of Staff of the U.S. Army, 2019), pp. 21, 48.

[154] Fu'ad Husayn, "Al-Zarqawi: The Second Generation of Al-Qa'ida," serialized in *Al-Quds Al-Arabi*, June 8, 2005, http://gtrp.haverford.edu/static/gtr_site/alzarqawi2ndgenpart1.pdf; Jean-Charles Brisard, *Zarqawi: The New Face of Al-Qaeda* (Polity, 2005), p. 108.

[155] Brisard, *Zarqawi*; Jeffrey Fleishman, "Militants' Crude Camp Casts Doubt on U.S. Claims," *Los Angeles Times*, April 27, 2003.

[156] Sebastian Rotella, "A Road to Ansar Began in Italy," *Los Angeles Times*, April 28, 2003; Sebastian Rotella, "3 Terror Network Suspects Arrested," *Los Angeles Times*, November 29, 2003; Petter Nesser, "Jihadism in Western Europe After the Invasion of Iraq: Tracing Motivational Influences from the Iraq War on Jihadist Terrorism in Western Europe," *Studies in Conflict & Terrorism* 29, no. 4 (2006), p. 324; Raymond Bonner & Don Van Natta Jr., "Regional Terrorist Groups Pose Growing Threat, Experts Warn," *New York Times*, February 8, 2004.

[157] Bonner & Van Natta Jr., "Regional Terrorist Groups Pose Growing Threat."

[158] Craig S. Smith, "Kurdish Islamic Leader Arrested in Norway on Murder Charges," *New York Times*, January 3, 2004.

[159] Bill Roggio, "Iraqi Troops Detain Deputy Leader of Ansar Al Islam," *Long War Journal*, August 4, 2009; Angel Rabasa et al., *Beyond Al-Qaeda: The Global Jihadist Movement* (Santa Monica, CA: Rand Corporation, 2006), p. 139.

[160] **PX668**, Kathryn Gregory "Ansar al-Islam (Iraq, Islamists/Kurdish Separatists), Ansar al-Sunnah," Council on Foreign Relations, backgrounder, nd., https://www.cfr.org/backgrounder/ansar-al-islam-iraq-islamistskurdish-separatists-ansar-al-sunnah.

[161] "U.S. vs. Iraq: Saddam May Have Fired the First Shot," *Christian Science Monitor*, April 9, 2002; C. J. Chivers, "Islamic Militants Clash with Kurdish Forces in Northern Iraq," *New York Times*, December 5, 2002; "Kurdish Group Formed to Fight Secular Rule," *The New York Times*, December 15, 2002.

[162] International Crisis Group, "Radical Islam in Iraqi Kurdistan: The Mouse That Roared," 8–9; **PX602**, "Al-Qaeda in Northern Iraq?," *Strategic Comments* 8, no. 7 (September 1, 2002), p. 2, https://doi.org/10.1080/1356788020873.

PX5

Their conclusions about Iranian support align with those of outside observers. David Romano, an academic who has focused on Kurdish issues, writes that:

> A significant degree of Iranian support was necessary for Ansar al-Islam to function, given that the group's military supplies came in from Iran (the mountainous region they controlled touches the Iranian border), veterans from Afghanistan joined them via Iran, and their cadres (including Mullah Krekar himself) entered and left the area via Iran. The Shiite regime in Iran likely provided support to this radical Sunni group as a means of exercising leverage on the Kurdish secular parties ruling the KRG. Support for Ansar al-Islam could provide Iran with a particularly effective means of warning Iraqi Kurds not to allow Iranian Kurdish dissidents based in the KRG (the Kurdistan Democratic Party of Iran and Komala) to make too much trouble for Iran.[163]

With the prospect of Coalition forces invading Iraq looming, the JTJ cadre in Ansar al-Islam's territory consolidated at Dar Ghayish Khan, choosing this location because it was remote.[164] Ansar al-Islam's leadership relocated to Hanay Din and Shakhi Shiram, relying on caves to keep them safe from anticipated Coalition attacks. This period also coincided with another reported influx of al-Qaeda members to Ansar al-Islam.[165] Designating Ansar al-Islam as a terrorist group in February 2003, the U.S. Treasury shed light on the tight cooperation between Ansar al-Islam and al-Qaeda at this time:

> AI [Ansar al-Islam] is a terrorist group operating in northeastern Iraq with close links to and support from al-Qa'ida. Al-Qa'ida and Bin Laden participated in the formation and funding of Ansar al-Islam and AI has provided safe haven to al-Qaeda in northeastern Iraq.… AI has acknowledged that it contracted 'Islamic figures' abroad before declaring jihad in northeastern Iraq.

> Ansar al-Islam has received training and logistical assistance from al-Qa'ida.  Groups of AI's Kurdish members have traveled to Afghanistan to train with al-Qa'ida, while AI's foreign members are believed to be al-Qaida-trained veterans of conflicts in Afghanistan and Chechnya.

> Ansar al-Islam has a close association with senior al-Qa'ida operative Abu Musab al-Zarqawi, … whose network has established a poison and explosives training camp in the area of northeastern Iraq that is controlled by Ansar al-Islam.[166]

*Operation Viking Hammer*

Coalition military actions against Ansar al-Islam commenced on March 21, 2003, with Tomahawk missile strikes against villages in the Ansar al-Islam enclave.[167] Many fighters who were part of, or

---

[163] Romano, *An Outline of Kurdish Islamist Groups in Iraq*, p. 12.

[164] "Ansar Al-Islam Confirms Death of Al-Qa'idah Member in Iraqi Kurdistan," *BBC Monitoring Middle East*, January 7, 2003.

[165] Rotella, "A Road to Ansar Began in Italy"; Craig Whitlock, "In Europe, New Force for Recruiting Radicals," *Washington Post*, February 18, 2005.

[166] **PX39,** U.S. Department of the Treasury, "Treasury Department Statement Regarding the Designation of Ansar al-Islam," February 20, 2003.

[167] **PX708,** Timothy Brown, *Unconventional Warfare as a Strategic Force Multiplier: Task Force Viking in Northern Iraq, 2003* (Joint Special Operations University Press, 2017), p. 14; Rayburn et al., *The U.S. Army in the Iraq* vol. 1, p. 95.

PX5

aligned with, Ansar al-Islam surrendered after these air strikes. On March 28, a ground attack commenced. It consisted of a six-prong advance, with each prong composed of several Special Forces teams, CIA paramilitary operations officers, and upwards to 1,000 Kurdish fighters.[168] During the course of the subsequent battle (March 28-30), between 120 and 250 Ansar al-Islam fighters died, and 150 were captured. Identification of the bodies of those killed during Viking Hammer reportedly revealed how Ansar al-Islam had a "melting pot of fighters from all over the Arab world, with troves of documents linking Al-Islam to Al-Qaida, Hezbollah, and Hamas."[169]

Ansar al-Islam lost more than half of its fighters. Nonetheless, scores of members managed to escape across the Iranian border.[170] Around 40 of these fighters were arrested by Iranian authorities and handed over to the PUK.[171] Tehran's actions in arresting and handing over these militants do not contradict the fact that Iran had supported, and continued to support, Ansar al-Islam. Iran's support for Sunni militants has always been based on "enemy of my enemy" logic rather than affinity or a sense of permanent partnership. As Sunni militants tend to be anti-Shia in outlook, Iran has always regarded them with suspicion even when these militants were useful to the Islamic Republic. Iran has always tried to hedge against the threat that these Sunni militants could pose to adherents to the Shia creed or to Iran itself. Further, Iran has been consistently willing to sell out or turn over these erstwhile allies when there was something to be gained by doing so, just as it turned over the Ansar al-Islam fighters in this case. Nonetheless, it is clear that far more Ansar al-Islam members fled to Iran than were arrested by the Islamic Republic. Estimates regarding the number of Ansar al-Islam fighters who escaped to Iran vary widely from source to source, with some estimates as high as 700.

In the aftermath of Operation Viking Hammer, Coalition forces discovered the remnants of Ansar al-Islam chemical weapons experiments, including traces of ricin and potassium chloride, hazardous materials suits, atropine nerve gas antidotes, and manuals on the manufacturing of chemical weapons.[172] Journalists also uncovered notes from a JTJ scientist that documented his successful production of ricin, chlorine, phosgene, and cyanide compounds, as well as his manufacture of the conventional explosives nitroglycerine, RDX, ammonium nitrate, and aluminum powder.[173]

Despite the heavy losses sustained during Operation Viking Hammer, the destruction of Ansar al-Islam's enclave did not mark the end of the group. The survival of Ansar al-Islam as a coherent organization is largely a function of the support it received from the IRGC. In the wake of Operation Viking Hammer, the IRGC facilitated AAI members' escape into Iran. IRGC also provided medical

---

[168] Brown, *Unconventional Warfare as a Strategic Force Multiplier*, p. 14; **PX241,** Rayburn et al., *The U.S. Army in the Iraq War*, vol. 1, p. 95; Janet Ritz, "Special Ops Deployed to Iraq: What Does It Mean?," *Huffington Post*, December 6, 2017.

[169] Mike Perry, "Operation Viking Hammer," *SOFREP*, May 20, 2012, https://sofrep.com/news/operation-viking-hammer/.

[170] Fleishman, "Militants' Crude Camp Casts Doubt on U.S. Claims"; Brown, *Unconventional Warfare as a Strategic Force Multiplier: Task Force Viking in Northern Iraq, 2003*, p. 14; Eli Lake, "U.S., Iran in Talks over Al-Qaida Suspects," UPI, May 8, 2003; Chris Kutschera, "L'ascension d'Ansar Al Islam," Radio France Internationale, December 30, 2003, http://www1.rfi.fr/actufr/articles/051/article_26927.asp; Bakawan, "Three Generations of Jihadism in Iraqi Kurdistan," p. 16; **PX241,** Rayburn et al., *The U.S. Army in the Iraq War* vol. 1, p. 115.

[171] Paul Gallagher, "Terrorist Camp Wiped Out by U.S.," *The Scotsman*, March 31, 2003; Scott Peterson, "The Rise and Fall of Ansar Al-Islam," *Christian Science Monitor*, October 16, 2003.

[172] Dana Priest & Bradley Graham, "Toxic Gas Tests Draw U.S. Study; Kurdish Group in N. Iraq Accused," *The Washington Post*, August 20, 2002; **PX624,** C.J. Chivers, "Instruction and Methods From Al Qaeda Took Root in North Iraq with Islamic Fighters," *The New York Times*, April 27, 2003, https://www.nytimes.com/2003/04/27/world/aftereffects-terror-network-instruction-methods-al-Qaeda-took-root-north-iraq.html.

[173] Fleishman, "Militants' Crude Camp Casts Doubt on U.S. Claims."

PX5

treatment to injured members, and provided those who wanted to travel to Afghanistan, or return to Iraq, with fake identification cards.[174] From Iran, Ansar al-Islam worked with local smugglers to facilitate the movement of fighters seeking to return to Iraq between June and August 2003.[175] Further supporting the conclusion that Iranian support was critical to Ansar al-Islam's rebound following its military losses, veteran journalist Scheherezade Faramarzi—whose long career has included coverage of the Iranian revolution, the Iran-Iraq war, and hostage crises—writes:

> When the United States bombed Ansar al-Islam's base in Iraq, some of the hundred or so survivors fled to Iran and some went on to fight in Afghanistan. Those who remained in Iran established the al-Qaeda Brigades in Kurdistan and pledged allegiance to al-Qaeda. Mullah Abdulhamid and Mullah Mohammad were the group's more prominent leaders, proselytizing in the open and giving sermons in the mosques of major Iranian cities such as Sanandaj, Marivan, Saqqez and Bokan.

> Prominent Ansar al-Islam leaders who pledged allegiance to Zarqawi and returned to Iraq reorganized the group in Mosul, Howeiza and Kirkuk. Their primary goal remained fighting the secular Kurdistan Regional Government (KRG).

> "It's been said that the Revolutionary Guards left the border points open and did not hinder their back-and-forth crossings," said Mokhtar Hooshmand, an Iranian Kurd and former political prisoner who now lives in Germany, where he researches the spread of jihadist ideologies among Kurds.

> Hooshmand told this author, "They also allowed what remained of Ansar's Iraqi fighters in Iran to proselytize and establish Salafi jihadi groups because they wanted to use them as a bargaining chip in their dealings with Kurdish parties in Iraq."[176]

As part of its rebound following its military losses, Ansar al-Islam began recruiting unemployed Iraqi military and security personnel to conduct low-level attacks in return for cash payments.[177] As Ansar al-Islam continued this gradual resurgence, its leaders put out public statements signaling its intent to resume its attacks against the U.S.-led forces.[178]

Initial attempts by Ansar al-Islam to reassert itself in Iraqi Kurdistan in the aftermath of Operation Viking Hammer were frustrated by a PUK crackdown against the IMK from August to September 2003, which resulted in the arrest of hundreds of IMK members suspected of having ties to Ansar al-Islam.[179] AAI was initially far more successful in establishing itself in central Iraq, particularly in the

---

[174] International Crisis Group, "Iran in Iraq: How Much Influence?," *ICG Middle East Briefing*, March 21, 2005, pp. 19–20; Jeffrey Fleishman, "Ansar Fighters Surrender to Kurds; Denied Refuge in Iran, Hundreds Have Agreed to Turn Themselves in, a Commander Says," *Los Angeles Times*, April 7, 2003; "While Many Islamic Fighters Surrender, Kurds Remain Wary of New Terrorist Attacks," *New York Times*, April 7, 2003.

[175] Neil MacFarquhar, "Iraq Draws a New Tide of Islamic Militants," *International Herald Tribune*, August 15, 2003; Thanassis Cambanis, "Along Border, Kurds Say, Iran Gives Boost to Uprising," *Boston Globe*, November 7, 2004.

[176] Scheherezade Faramarzi, "Iran's Salafi Jihadis," Atlantic Council, May 17, 2018.

[177] Hisham Mohammed, "Insurgency Provides Financial Lure," Institute for War and Peace Reporting, November 17, 2005, https://iwpr.net/global-voices/insurgency-provides-financial-lure; "Q&A: Who's Behind the Escalating Terror Attacks in Iraq?," *New York Times*, August 19, 2003; Human Rights Watch, "A Face and a Name: Civilian Victims of Insurgent Groups in Iraq" (2005), https://www.hrw.org/reports/2005/iraq1005/3.htm#_ftnref29.

[178] Brisard & Damien Martinez, *Zarqawi: The New Face of Al-Qaeda*, p. 126.

[179] Ramadan Shamal, "No 'Islamic Group' Member Arrested," *Al-Sharq Al-Awsat*, September 21, 2003; Kathleen Ridolfo,

PX5

greater Baghdad area.[180] Drawing on its support network in Europe, Ansar al-Islam also sought to internationalize the conflict and recruit suicide bombers. It drew on financial support and foreign fighter recruits from Britain, Germany, Italy, and France.[181]

*Ansar al-Sunna's Formation and Activities*

Ansar al-Islam's efforts occurred independently from JTJ and Zarqawi's efforts, the alliance between the groups having been severed, at least temporarily by Operation Viking Hammer.[182] On August 23, 2003, Kurdish jihadist leader Abu Abdullah al-Shafi'i made a formal declaration denouncing Krekar, Ansar al-Islam's former leader, as "secular" and an "apostate."[183] This declaration was followed on September 20, 2003 with a statement announcing the establishment of Ansar al-Sunna as the group's national organization.[184] Following the statement's release, attacks conducted by Ansar al-Islam members were claimed under the name Ansar al-Sunna (AAS). However, many operatives abroad, particularly in Kurdish immigrant communities in Europe, retained their identity as a part of Ansar al-Islam while continuing to work on behalf of Ansar al-Sunna.

In Iraq, propaganda released by Ansar al-Sunna in February 2004 suggests that the group's initial operations were concentrated on Mosul, Baghdad, Kirkuk, and Ramadi. AAI/AAS militants were connected to or claimed responsibility for several high-profile attacks.[185] Ansar al-Sunna also remained involved in northern Iraq through the first half of 2004.[186] The group's activities, in particular its

---

"Kurdish Peshmerga Continue to Arrest Militants," Radio Free Europe/Radio Liberty, September 25, 2003; "Al-Qa'ida Regrouping in Iraq, 'Arab Afghans' in Kurdish Jails," *Al-Hayah* (Arabic), April 25, 2004.

[180] "Ansar Al-Islam Seen as Main Threat to U.S. in Iraq – Some Linkage to Former Regime Loyalist," Reuters, October 23, 2003; **PX241**, Rayburn et al., *The U.S. Army in the Iraq War* vol. 1, p. 174.

[181] See, for example, "Police Pounce on 'Al-Qaeda Cell,'" BBC, November 28, 2003; "'Serious Threat' to Germany from Islamist Terror Network," *BBC Monitoring*, December 4, 2003; Daniel McGrory & Andrew Norfolk, "Briton Arrested in Iraq 'As He Tried to Join Terrorist Group,'" *The Times* (London), December 2, 2003; Celal Ozcan, "Terrorist With One-Way-Ticket," *Hurriyet*, October 12, 2003; Luca Fazzo, "Coi proventi della droga si finanziano i kamikaze," *La Repubblica* (Italian), November 30, 2003; Sebastian Rotella, "Italy Arrests 6 Suspects in Terror Probe," *Los Angeles Times*, April 2, 2003; **PX241**, Rayburn et al., *The U.S. Army in the Iraq War*, vol. 1, p. 174.

[182] Rabasa et al., *Beyond Al-Qaeda: The Global Jihadist Movement*, p. 140.

[183] *Al-Sharq Al-Awsat*, August 23, 2003 (Arabic); **PX241**, Rayburn et al., *The U.S. Army in the Iraq War*, vol. 1, p. 174.

[184] Kathleen Ridolfo, "A Survey of Armed Groups in Iraq," Radio Free Europe/Radio Liberty, June 4, 2004.

[185] These attacks include the August 7, 2003, attack against the Jordanian Embassy in central Baghdad; the August 19, 2003, Canal Hotel bombing in Baghdad which targeted the U.N.'s presence in Iraq; the August 29, 2003, car bombing in Najaf that killed 82 people; the October 9, 2003, bombing of the International Committee of the Red Cross headquarters in Baghdad; the October 14, 2003, car bomb attack against the Turkish Embassy in Baghdad; the November 12, 2003, bombing of the Italian paramilitary police command and control post in Nasiriyah; the November 20, 2003, attack against the PUK headquarters in Kirkuk; the November 29, 2004, ambush of vehicles carrying Spanish intelligence officers; the December 12, 2003, attack against a U.S. facility in Ramadi; the January 5, 2004, ambush and killing of Canadian and British citizens; the January 18, 2004, bombing of the coalition headquarters in Baghdad; the January 31, 2004, bombing of the al-Taqafah police center in Mosul; the February 23, 2004, bombing of the Rahimawa police station in Kirkuk; the March 3, 2004, simultaneous bombings of Shia shrines in Baghdad and Karbala that killed at least 143 worshippers; and the March 28, 2004, ambush of British and Canadian contractors near Mosul. See **PX527**, for example, United Nations, "Report of the Independent Panel on the Safety and Security of UN Personnel in Iraq," October 20, 2003, p. 13, https://www.un.org/News/dh/iraq/safety-security-un-personnel-iraq.pdf; Rabasa et al., *Beyond Al-Qaeda: The Global Jihadist Movement*, pp. 139–40; **PX523**, United Nations High Commissioner for Refugees, "Chronology of Events in Iraq, February 2004" (February 2004).

[186] See, for example, Rory McCarthy, "Attacks Increase Ethnic Tension Ahead of Handover," *The Guardian*, February 2, 2004; Jeffrey Gettleman & Edward Wong, "Twin Bombings in Northern Iraq Kill at Least 56," *The New York Times*, February 1, 2004; Joel Roberts, "Iraq Suicide Bomber Caught on Tape," *CBS News*, February 4, 2004; **PX523**, United Nations High Commissioner for Refugees, "Chronology of Events in Iraq, February 2004."

PX5

bombing of PUK and KDP headquarters, which represented the single greatest loss inflicted on Kurdish leadership in decades, drove home the fact that Ansar al-Sunna was making a comeback.

In February 2004, Ansar al-Sunna released a propaganda video that provided a specific but clearly inflated tally of its activities, claiming to have perpetrated 285 attacks, resulting in 1,155 deaths since October 2003. Such propaganda videos featuring the group's exploits were regularly distributed in Baghdad and Fallujah, extolling Ansar al-Sunna's exploits, and framing its fight in Iraq as part of the global jihad.[187]

As I have noted, the group's earlier rhetoric called for attacks against American forces in Iraq. With its escalation in militant operations, Ansar al-Sunna's propaganda continued to be anti-U.S., but now became explicitly pro-al-Qaeda.[188] Al-Qaeda's influence over AAI/AAS during this period could be found not only in its public statements but also in its operational profile. AAI/AAS increasingly became known for its well-timed, planned, and precise attacks.[189] The group's attacks also regularly employed disguises, and it developed sophisticated ambush techniques that used improvised explosive devices and RPGs.[190]

Abroad, wiretaps into Ansar al-Sunna's external networks highlighted that as early as June 2002, the group was intent on conducting transnational terrorist attacks.[191] This international focus would later be to Ansar al-Sunna's detriment, as the group faced severe crackdowns by European authorities in the wake of the March 11, 2004 terrorist attacks in Spain.[192] Following these crackdowns, Ansar al-Sunna's European networks struggled to reorganize.

Disputes between al-Shafi'i and Zarqawi over the use of sectarian violence impeded Ansar al-Sunna's integration into the broader insurgency in Iraq during the first half of 2004, though the group played a secondary role in the first battle of Fallujah.[193] Unlike JTJ, Ansar al-Sunna generally avoided sectarian rhetoric and violence in the early days of the insurgency. For example, al-Shafi'i publicly described Ansar al-Sunna's collaboration with the Shia militant group Jaysh al-Mahdi in an August 2004 interview with *Al-Muharrir*.[194] This implicit criticism of Zarqawi caused a breach between JTJ and Ansar al-Sunna. As a result of these disputes, it is unclear whether Ansar al-Sunna's more extreme actions, such as the kidnapping and execution of a dozen Nepalese contractors in August 2004, were carried out at the direction of Ansar al-Sunna leadership or by members of the group's cadre who were working at JTJ's behest.[195]

---

[187] See discussion in Rubin, "Ansar Al-Sunna: Iraq's New Terrorist Threat."

[188] Brisard & Damien Martinez, *Zarqawi: The New Face of Al-Qaeda*, p. 130.

[189] Rabasa et al., *Beyond Al-Qaeda: The Global Jihadist Movement*, p. 143.

[190] **PX241**, Rayburn et al., *The U.S. Army in the Iraq War* vol. 1, p. 353.

[191] Keith Johnson & David Crawford, "Spain Bomb Suspects Had Ties Linking to Al Qaeda," *Wall Street Journal Europe*, March 16, 2004; Chivers, "Instruction and Methods From Al Qaeda Took Root in North Iraq with Islamic Fighters."

[192] "Police Pounce on 'Al-Qaeda Cell,'" BBC, November 28, 2003; Daniel McGrory & Andrew Norfolk, "Briton Arrested in Iraq 'As He Tried to Join Terrorist Group,'" *The Times* (London), December 2, 2003; Ozcan, "Terrorist With One-Way-Ticket"; Fazzo, "Coi proventi della droga si finanziano i kamikaze"; Rotella, "Italy Arrests 6 Suspects in Terror Probe."

[193] **PX241**, Rayburn et al., *The U.S. Army in the Iraq War* vol. 1, p. 459.

[194] See Kathleen Ridolfo, "Iraq: Al-Sadr Reasserts Himself – This Time Against Coreligionists," Radio Free Europe/Radio Liberty, August 25, 2005, https://www.rferl.org/a/1060941.html; "Iraq Report: September 10, 2004," Radio Free Europe/Radio Liberty, September 10, 2004, https://www.rferl.org/a/1343087.html.

[195] See Sabrina Tavernise, "12 Hostages from Nepal Are Executed in Iraq, a Militant Group Claims," *New York Times*, September 1, 2004.

As this report noted previously, in October 2004 Zarqawi formally swore an oath of loyalty (bayah) to Osama bin Laden. Zarqawi then changed JTJ's name to *Tanẓīm Qāʿidat al-Jihād fī Bilād al-Rāfidayn*, commonly known as al-Qaeda in Iraq (AQI). Ansar al-Sunna was embittered by having been passed over as an overt al-Qaeda affiliate in favor of the Zarqawi organization. This animosity led to tense relations between AQI and Ansar al-Sunna. The U.S. Army's definitive history of its involvement in the Iraq War, which involved years of research, depicts this tense relationship that forced al-Qaeda's senior leadership to intervene. It explains that al-Qaeda's

> alarm had been magnified by exaggerated warnings from the insurgent group Ansar al Sunna, which had long resented Zarqawi and believed it—rather than AQI—should be in charge of al-Qaeda's franchise in Iraq. Ansar al Sunna held Zarqawi personally responsible for the destruction of its parent organization, Ansar al-Islam, in northern Iraq in 2003, and, like some other insurgent groups, opposed Zarqawi's targeting of Iraqi civilians and brutal beheadings. Moreover, Ansar al Sunna's leaders believed that AQI and Zarqawi frequently took credit for attacks that Ansar al Sunni launched, and poached members from among their ranks. Relations between the two insurgent groups were bad enough that al-Qaeda's senior leaders received reports that open fighting might break out. To resolve this dispute and get a better grasp of the situation in Iraq, Abdul Hadi, part of Osama Bin Laden's inner circle, twice requested Zarqawi's help to infiltrate Iraq, but Zarqawi claimed the security situation would not permit it. Abdul Hadi's visit to mediate between the two groups was delayed 7 months because of Zarqawi's intransigence, and the AQI–Ansar al Sunna feud festered in the meantime.[196]

Ansar al-Sunna's bitterness was eventually tempered by two factors: (1) the fact that bin Laden had only appointed Zarqawi as his representative, rather than as the emir of all militant groups in Iraq, and (2) the fact that Ansar al-Sunna was given direct access to Osama bin Laden.[197] Documents later recovered from Osama bin Laden's compound in Abbottabad illustrate the degree to which Ansar al-Sunna continued to be regularly consulted and valued by al-Qaeda's senior leadership.[198] Ansar al-Sunna's contact with al-Qaeda's leadership eventually led to a rapprochement between AQI and Ansar al-Sunna. Thereafter, Ansar al-Sunna served as an intermediary between AQI and al-Qaeda. Further cooperation between AQI and Ansar al-Sunna was facilitated in the aftermath of the Second Battle of Fallujah—a joint American, Iraqi, and British offensive in November and December 2004. During the battle, Ansar al-Sunna used the outskirts of Mosul as a refuge for combatants fleeing the city, including Zarqawi.[199]

This temporary reconciliation between Ansar al-Sunna and AQI is illustrated by a November 2004 joint statement, signed by a dozen organizations pledging to continue fighting Coalition forces. AAS's commitment to continuing the insurgency was also demonstrated by its suicide bombing against the al-Ghazlani Coalition military base in Mosul that killed 22, including 19 Americans, on December 21, 2004. Throughout the first half of 2005, AAS also appears to have significantly expanded its presence

---

[196] **PX241**, Rayburn et al., *The U.S. Army in the Iraq War* vol. 1, p 459.

[197] Weaver, "The Short, Violent Life of Abu Musab Al-Zarqawi"; Angell and Gunaratna, *Terrorist Rehabilitation*, p. 19.

[198] See **PX920**, for example, "SOCOM-2012-0000011-HT: Letter from Unknown to Hafiz Sultan," dated March 28, 2011, https://www.hsdl.org/?abstract&did=; "SOCOM-2012-0000019-HT"; **PX921**, Letter from Osama Bin Laden to Sheikh Mahmud," date estimated May 2010, https://www.hsdl.org/?abstract&did=.

[199] Truls Hallberg Tønnessen, "Training on a Battlefield: Iraq as a Training Ground for Global Jihadis," *Terrorism and Political Violence* 20, no. 4 (2008), p. 554; Weiss and Hassan, *ISIS*, p. 38; "Study of the Insurgency in Anbar Province, Iraq."

PX5

in central Iraq, likely taking advantage of its alliances with the Islamic Army of Iraq and Jaysh al-Mujahedin, based on the number of joint operational claims filed by the three groups.

Abroad, throughout 2005-06, Ansar al-Sunna tried to rebuild and reinvigorate its European networks, which were still reeling from the law enforcement crackdown in the aftermath of the 2004 Madrid train bombings. Ansar al-Sunna's efforts appear to have met with limited success, thus prompting Ansar al-Sunna to step up its recruitment of Saudi foreign fighters.[200] This recruitment effort allowed AAS to create its own foreign fighter network and thus bolster its standing relative to other insurgent groups.[201] Despite its growing standing, the decision by al-Shafi'i and his inner circle to keep a low profile to ensure their own security meant that the group's leaders had increasingly little control over their own fighters.[202] In the fall of 2005, Operation SAYAID II, which was aimed at stabilizing the western Euphrates River valley, swiftly degraded Ansar al-Sunna in the area. In the aftermath, Ansar al-Sunna's operations became further integrated with those of AQI, with the majority of the group's western Anbar cadres either falling under the operational leadership of AQI or defecting to AQI.[203] For example, the February 2006 bombing of the al-Askari Mosque, which ignited a wave of sectarian violence, was perpetrated by Ansar al-Sunna members from Anbar who joined AQI following Operation SAYAID II.[204] The close proximity with AQI, and the influx of foreign fighters within the ranks of Ansar al-Sunna, coincided with Ansar al-Sunna shifting toward AQI's sectarian targeting strategy.[205]

While the aftermath of Operation SAYAID II saw close collaboration between Ansar al-Islam and AQI, declassified correspondence between al-Shafi'i and Zarqawi's successor Abu Ayyub al-Masri highlights a multitude of issues between the two groups.[206] These disagreements provide insight into some of the factors that motivated Ansar al-Sunna to remain independent from the newly-created Mujahidin Shura Council that united AQI with five other Sunni insurgent groups, or its successor the Islamic State of Iraq (ISI). Another factor is that much of AAS's senior leadership was detained over the course of 2006.[207] Yet AAS and AQI retained connections. Illustrating this fact, in January 2006,

---

[200] Thomas Hegghammer, "Saudis in Iraq: Patterns of Radicalization and Recruitment," *Cultures & Conflicts*, June 12, 2008, http://journals.openedition.org/conflits/10042.

[201] Omer Mahdi & Rory Carroll, "Under U.S. Noses, Brutal Insurgents Rule Sunni Citadel," *The Guardian*, August 21, 2005; Mohammed M. Hafez, "Suicide Terrorism in Iraq: A Preliminary Assessment of the Quantitative Data and Documentary Evidence," *Studies in Conflict & Terrorism* 29, no. 6 (2006), pp. 592–93.

[202] Edward Wong, "Attacks by Militant Groups Rise in Mosul," *New York Times*, February 22, 2005.

[203] Oscar E. Gilbert, *The Marine Corps Tanks Collection* (Open Road Media, 2018), p. 221.

[204] Edward Wong, "Iraqi Led Bombing of Shiite Shrine, Official Says," *New York Times*, June 28, 2006; Kathleen Ridolfo, "Samarra Bombing Set Off Year of Violence," Radio Free Europe/Radio Liberty, February 12, 2007.

[205] Bakawan, "Three Generations of Jihadism in Iraqi Kurdistan," p. 15; Lionel Beehner, backgrounder, "Iraq's Post-Saddam Insurgency," Council on Foreign Relations, November 14, 2006; Hafez, "Suicide Terrorism in Iraq," p. 612.

[206] See **PX908**, "Letter from Abu Hamza Al-Mujahir to Abi `Abdullah Al-Shafi`i," NMEC-2007-636898; **PX909**, "Letter from Abu Hamza to Ansar Al-Sunnah Highlighting Divisions," NMEC-2007-636878; **PX914**, "Letters between Abu Hamza and a Member of Al-Ansar," NMEC-2007-636892, https://ctc.usma.edu/harmony-program/letters-between-abu-hamza-and-a-member-of-al-ansar-page-1-original-language-2/; **PX913**, "Letters between Abu Hamza and a Member of Al-Ansar," NMEC-2007-636888, https://ctc.usma.edu/harmony-program/letters-between-abu-hamza-and-a-member-of-al-ansar-page-2-original-language-2/.

[207] See, for example, Michael Howard, "Michael Howard in Kirkuk on Iraq's Hospital Murders," *The Guardian*, April 16, 2006, https://www.theguardian.com/world/2006/apr/17/iraq.topstories3; "Germans Give Iraqi 2½ Years for Aiding Terrorists," *The New York Times*, September 26, 2007; Bill Roggio, "Ansar Al-Sunnah Shura Member Captured," *Long War Journal*, September 24, 2006.

PX5

U.S. military intelligence officials described AQI, Ansar al-Islam, and Ansar al-Sunna as "three interconnected groups [that] are the most powerful actors in the Iraqi insurgency."[208]

Ansar al-Sunna's weakened state in 2006 led Iran to renew its support for the group in Kurdistan. Iran reportedly facilitated the recruitment of Iranian Kurds by offering them monthly salaries of $1,500 in return for submitting to ideological and military training.[209] The scale and scope of AAS activities prompted Iraqi Kurdistan to temporarily close its border with Iran in April 2007. While Iran ostensibly ended its open support for Ansar al-Sunna activities in late June 2007 under Iraqi Kurdish pressure, Iran did not suppress Ansar al-Sunna, and the group remained active in Iranian Kurdistan.[210]

However, an important divide occurred that eventually led to large-scale defections from AAS. After being released by Coalition forces, Abu Wa'il (real name Saadoun Mahoud al-Ani) attempted to persuade the group's leadership to reach an accord with Coalition forces.[211] Abu Wa'il was a former member of the Iraqi security services, a veteran of the Soviet-Afghan War, and the religious emir of Ansar al-Sunna. Al-Shafi'i opposed Abu Wa'il's proposal. This dispute led Abu Wa'il to leave AAS, bringing numerous AAS members to be part of his new organization: Ansar al-Sunna Diwan al-Sharia wa-l-Qada (Ansar al-Sunna Sharia and Judicial Bureau).[212] Abu Wa'il's new organization aligned itself with the Islamic Army of Iraq, 1920 Revolution Brigades, Jaysh Rijal al-Tariqa al-Naqshabandiya, and several other minor insurgent groups opposed to AQI that formed the Jihad and Reform Front (JRF).[213] From early May 2007, JRF sought to consolidate Sunni insurgent leadership under a single banner to facilitate negotiations with the Government of Iraq.[214] These highly publicized defections harmed Ansar al-Sunna.

Following the defection of Abu Wa'il, conflict between the remaining AAS senior leadership, attrition of the group's leadership cadre due to Coalition targeting, and the absorption of the majority of the group's cadres into those of AQI led to the group's continued decline. In the face of these setbacks, al-Shafi'i tried to rebrand his organization and rebuild, declaring on November 28, 2007 to have reverted back to the group's former name of Ansar al-Islam.[215] In all likelihood, this rebranding was intended to differentiate his organization from Wa'il's splinter group.  This rebranding as Ansar al-Islam coincided with a second attempt by the group throughout 2008 to reassert itself in Diyala, Mosul, and Kurdistan by establishing a presence in local villages.[216] In doing so, AAI/AAS illustrated that it

[208] **PX237**, Home Office Immigration and Nationality Directorate, "Operational Guidance Note: Iraq," January 12, 2006, https://www.ecoi.net/en/file/local/1234188/hl990_Iraq_v2.0_January_2006.pdf.

[209] **PX606**, "Iran Allegedly Using Ansar Al-Islam, Al-Qa'idah to Interfere in Iraqi Kurdistan," *BBC Monitoring Middle East*, April 28, 2007; "Report Views Relationship between Iran, Iraqi Kurds," *BBC Monitoring Middle East*, April 27, 2007; "Iraqi Kurdish Article: Border Attack Shows Iran Cannot Be Trusted," *BBC Monitoring Middle East*, July 18, 2007.

[210] **PX673**, Lydia Khalil, "The Hidden Hand of Iran in the Resurgence of Ansar Al-Islam," *Terrorism Monitor* 5:11, June 7, 2007, https://jamestown.org/program/the-hidden-hand-of-iran-in-the-resurgence-of-ansar-al-islam/; Ram, "The Enemy of My Enemy: The Odd Link Between Ansar Al-Islam, Iraq, and Iran"; "Iran's Envoy to Iraq Says Tehran Not Behind Infiltration in Kurdistan," *BBC Monitoring Middle East*, September 15, 2007;  Alexandra Zavis, "Iran Reopens Its Border with Iraq's Kurdish North," *Los Angeles Times*, October 9, 2007.

[211] Stanley McChrystal, *My Share of the Task: A Memoir* (New York: Penguin, 2013), pp. 247–48.

[212] Ibid., p. 261.

[213] See ibid., "Six Iraqi Sunni Insurgent Groups Form New Body," Reuters, October 11, 2007.

[214] McChrystal, *My Share of the Task*, p. 261; "Iraq Islamist Groups Form Rival Coalition to Qaeda," Reuters, May 3, 2007.

[215] Gus Martin, *The SAGE Encyclopedia of Terrorism, Second Edition* (SAGE Publications, 2011).

[216] "Iraqi Diyala Official Says Kurdish-Speaking Gunmen in League with Suicide Attackers," *BBC Monitoring Middle East*, May 9, 2008; "Mosul Operation Has Led Al Qaida Gunmen 'to Leave,'" *Gulf News*, May 27, 2008; "Iraq Ansar Al-Islam Claims Attack on U.S. Minesweeper in Mosul," *BBC Monitoring Middle East*, July 3, 2008; "Iraqi Kurdistan Forces Foil Ansar Al-Islam Infiltration Attempts," *BBC Monitoring Middle East*, July 21, 2008; "Iraqi Kurd Paper Reports on Rise of

PX5

remained active in Iraq, and that it continued to fight against Coalition forces and the Government of Iraq despite its decline.

While AAI/AAS remained a significant terrorist threat—particularly in the Ninewa and Diyala provinces—Ansar al-Islam was nonetheless a significantly diminished force. In Iranian Kurdistan, Ansar al-Sunna was forced to fight alongside members of the IRGC against the *Partiya Jiyana Azad a Kurdistanê* (Kurdistan Free Life Party, or PJAK) in return for a continued Iran-based safe haven. They did this despite having adopted a severe anti-Shia stance in 2006-07.[217]

On May 3, 2010, al-Shafi'i was captured by U.S. forces in Baghdad. Al-Shafi'i's capture marked the removal of one of the last remaining members of AAI/AAS's original leadership cadre and forced Ansar al-Islam into a period of near inactivity. It took nearly a year until a new emir was named. On December 15, 2011, Ansar al-Islam announced its decision to name Abu Hashim Muhammad bin Abd al-Rahman al-Ibrahim as its new emir.[218] Following the appointment of Abu Hashim, Ansar al-Islam's major focus seems to have been rebuilding the group's technical capabilities, as propaganda released by the group following his succession publicized its expertise in remote-controlled cars for use as VBIEDs, the independent development and manufacture of rockets, electronic circuit boards, and IEDs intended to defeat Coalition electronic counter-measures.[219]

### *Summary of Iranian Support for Ansar al-Sunna*

Overall, Iran provided several categories of material support to Ansar al-Islam/Ansar al-Sunna during the relevant period. Here are the support activities that Iran likely engaged in during the period at issue in this case:

- First, **Iran consistently bolstered AAI/AAS as a fighting and terrorist force**, including even before Operation Viking Hammer. As this section has explained, Ansar al-Islam's ability to sustain its operation against the PUK in the fall of 2002 led Kurdish observers to conclude that the group received significant external support from Iran, a conclusion that aligned with that of informed outside observers. This support reportedly came in the form of military supplies and serving as a transit point for militants, the latter of which will be elaborated upon separately in this conclusion.

- Second, **Iran provided safe haven to fleeing members and leaders following Operation Viking Hammer in 2003**. The IRGC helped facilitate the escape of these leaders and operatives, provided them with medical assistance, and eventually provided refuge for them inside Iran. Given the intensity of the Operation Viking Hammer military operation, it is reasonable to conclude, as I do, that the survival of Ansar al-Islam as a coherent organization is largely a function of the support it received from the IRGC.

---

Islamic Group Activity on Iran Border," *BBC Monitoring Middle East*, February 14, 2008.

[217] Scheherezade Faramarzi, "Iran's Salafi Jihadis," Atlantic Council, May 17, 2018; "Iran Reportedly Backed by Ansar Al-Islam against PJAK Rebels," *BBC Monitoring Middle East*, April 11, 2008.

[218] Thomas Joscelyn & Bill Roggio, "Ansar Al Islam Names New Leader," *Long War Journal*, January 5, 2012.

[219] See *Small Arms Survey 2013* (Cambridge University Press, 2013), p. 235; Marc Goodman, "How Terrorists Are Turning Robots Into Weapons," *Defense One*, April 16, 2015; "Home Made, Printed, and Remote Controlled Firearms," TRENDS Research and Advisory, June 21, 2015, http://trendsinstitution.org/home-made-printed-and-remote-controlled-firearms-terrorism-and-insurgency-implications/; Noah Shachtman, "Iraq Militants Brag: We've Got Robotic Weapons, Too," *Wired*, October 4, 2011.

PX5

- Third, **Iran's provision of safe haven to AAI/AAS continued for years thereafter**. As I detailed, Iran arranged a quid pro quo with AAI/AAS in 2008 in which AAI/AAS fought alongside members of the IRGC against the Kurdistan Free Life Party in exchange for continued safe haven in Iran. Safe haven is a significant boon for any militant organization, bolstering the full range of its capabilities, and it is evident that AAI/AAS highly valued its safe haven in Iran—enough that it could be persuaded to fight Iran's enemies to maintain this territorial access. This safe haven in Iran significantly enhanced AAI/AAS's ability to conduct operations in Iraq, which was the major focus of the group's militant activities.

- Fourth, **Iran provided travel facilitation to AAI/AAS** in multiple ways. These included not only allowing fighters to pass through the Iran-Iraq border, but also providing them with fake identification cards and coordinating the movement of AAI/AAS fighters with local smugglers. This travel facilitation helped AAI/AAS's militant efforts in Iraq by bolstering the safe haven that the group enjoyed in Iran and also providing it with greater access to resources, given that travel facilitation routes can also double as routes to smuggle goods, money, and personnel.

- Fifth, **Iran aided AAI/AAS's recruitment during a period of the group's weakness in 2006**. As I detailed, at this time Iran reportedly facilitated the recruitment of Iranian Kurds by offering them monthly salaries of $1,500, which bolstered AAI/AAS's operations in Iraq. Even after Iran ostensibly ended its open support for Ansar al-Sunna activities in late June 2007 under Iraqi Kurdish pressure, the Islamic Republic still did not suppress Ansar al-Sunna, and the group remained active in Iranian Kurdistan.

## V.    Iranian Support for al-Qaeda

Despite its Shia identity, Iran has at times provided significant material support to al-Qaeda, as well as to its al-Qaeda in Iraq (AQI) affiliate. This section begins by providing an overview of Tehran's historical arc of support to al-Qaeda starting in the 1990s, continuing through the 9/11 terrorist attacks. It then turns to the Islamic Republic's backing of one of al-Qaeda's most violent affiliates, AQI, between 2001 and 2011.

*Pre-9/11 Iranian Support for al-Qaeda*

Ties between Iran and key al-Qaeda leaders date back to the early 1990s, when Ayman al-Zawahiri, then the emir of Egyptian Islamic Jihad (EIJ), visited Iran to secure an agreement in which Tehran would reportedly provide $2 million, as well as training support, to assist EIJ in its fight against Egypt's Hosni Mubarak regime.[220] Indeed, Zawahiri and Iran found synergy in their goals. For his part, Zawahiri had studied the Iranian revolution and saw it as a potential model for the transformation of his own native country of Egypt.[221] Meanwhile, the Iranian government publicly supported the assassination of Anwar Sadat, even naming a street after the Egyptian president's killer, Khalid Islambouli. Khalid's brother, a Sunni jihadist named Mohammed Islambouli, received safe have in Iran after the overthrow of the Taliban's regime in late 2001.[222]

---

[220] Lawrence Wright, *The Looming Tower: Al-Qaeda and the Road to 9/11* (New York: Alfred A. Knopf, 2006), p. 174.
[221] Ibid.
[222] See Thomas Joscelyn, "CIA Releases Video of Hamza bin Laden's Wedding," *Long War Journal*, November 1, 2017.

PX5

Though Zawahiri brokered this deal while serving as EIJ's emir, his group and al-Qaeda were closely linked even then by virtue of Zawahiri's connections to Osama bin Laden. The two first met in the 1980s while supporting the mujahedin's efforts in Afghanistan, and Zawahiri exercised significant influence over bin Laden from this time onward.[223] Following EIJ's 2001 merger into al-Qaeda, Zawahiri rose through the ranks of the group, serving for over a decade as the group's deputy emir, then becoming its emir after bin Laden's 2011 death. This close relationship often made it difficult, even prior to the al-Qaeda/EIJ merger, to practically distinguish between the two militant organizations. Illustrating this, around 1992 the talks between EIJ and Iran began to include al-Qaeda as well. These discussions culminated in an informal understanding between Iran, al-Qaeda and EIJ that they would coordinate politically and militarily to confront the United States and Israel, and undermine Arab regimes that they viewed as supporting these two states.[224]

In executing this informal agreement, Iran made considerable use of Hizballah as a conduit for channeling covert support to al-Qaeda. Hizballah has long played a unique and central role in the Iranian regime's international apparatus of militancy, not least by providing Tehran with a critical conduit for carrying out plausibly deniable operations abroad.[225] Operations linked to Hizballah, rather than specifically to Iran, can be disavowed by Tehran if they prove costly or politically inconvenient.

EIJ operatives played a key role in brokering bin Laden and al-Qaeda's relationship with Iran and Hizballah. One EIJ member, Ali Mohamed, served as Zawahiri's subordinate and arranged security for a meeting between bin Laden and Hizballah's chief terrorist, Imad Mughniyeh. "I was aware of certain contacts between al-Qaeda and al-Jihad organization [EIJ], on one side, and Iran and Hizballah on the other side," Mohamed told the U.S. District Court for the Southern District of New York in 2000.[226] "I arranged security for a meeting in the Sudan between Mughniyah, Hezbollah's chief, and Bin Laden," Mohamed admitted.[227] Imad Mughniyeh was the head of Hizballah's terrorist operations and is suspected of orchestrating the 1983 Beirut bombings, as well as other terrorist operations targeting Western forces and interests in Lebanon. The 1983 bombings contributed to President Reagan's decision to withdraw American troops from Lebanese soil in February 1984. Bin Laden referred to Reagan's withdrawal in a May 1998 interview with ABC reporter John Miller. Bin Laden stated: "We have seen in the last decade the decline of the American government and the weakness of the American soldier who is ready to wage cold wars and unprepared to fight long wars. This was proven in Beirut when the Marines fled after two explosions." In making this statement, bin Laden likely had in mind the operation that his organization was then preparing: the near-simultaneous bombing of U.S. embassies in Kenya and Tanzania.

*The 1998 East African Embassy Bombings & Iranian Support*
In *Owens v. Republic of Sudan*, the District Court for the District of Columbia explained in brief the devastating impact of the 1998 East Africa embassy bombings:

---

[223] Peter L. Bergen, *The Osama bin Laden I Know* (New York: Free Press, 2006), p. 63.
[224] **PX218**, "Terrorism Establishment of a Tripartite Agreement Among Usama Bin Laden, Iran and the NIF," Central Intelligence Agency report, January 31, 1997, p. 3, available at https://www.documentcloud.org/documents/368918-1997-01-31-terrorism-establishment-of-a.html.
[225] See, for example, *Flanagan v. Islamic Republic of Iran*, No. 10-1643 (D.D.C., March 31, 2015), p. 18. In that case, the Court favorably quoted a plaintiff's exhibit that stated: "In many of its operations involving terrorist groups, Iran uses Hizballah as a facilitator.… Working through Hizballah offers Iran some degree of deniability if it chooses, as it places one more degree of separation between the group in question and Iran."
[226] *United States v. Mohamed*, S(7) 98 Cr. 1023, (S.D.N.Y., October 28, 2000), p. 28.
[227] Ibid.

PX5

On August 7, 1998 truck bombs exploded outside the United States embassies in Nairobi, Kenya and in Dar es Salaam, Tanzania. The explosions killed more than 200 people and injured more than a thousand. Many of the victims of the attacks were U.S. citizens, government employees, or contractors.

As would later be discovered, the bombings were the work of al Qaeda, and only the first of several successful attacks against U.S. interests culminating in the September 11, 2001 attack on the United States itself.[228]

Iran played a causal role in those attacks. Iranian-backed militants, including Imad Maghniyah, had met with bin Laden as the relationship between al-Qaeda and Iran deepened. According to Ali Mohamed, Hizballah subsequently "provided explosives training for al-Qaeda and al-Jihad [EIJ]," as well as providing them with explosives.[229] Testifying in the same court case, al-Qaeda defector Jamal al-Fadl described the same training. Fadl told the court that he spoke with another al-Qaeda operative, Abu Talha al-Sudani, who attended Hizballah's training in Lebanon. According to Fadl, Sudani described Hizballah's training as "very good," and showed Fadl a videotape from the training, which dealt with how to blow up "big buildings."[230]

The 9/11 Commission added context for the training described by Mohamed and al-Fadl, explaining that discussions between al-Qaeda and Iranian operatives in late 1991 or 1992 "led to an informal agreement to cooperate in providing support—even if only training—for actions carried out primarily against Israel and the United States."[231] Shortly after these discussions, "senior al Qaeda operatives and trainers traveled to Iran to receive training in explosives."[232] Then, during the "fall of 1993, another such delegation went to the Bekaa Valley in Lebanon for further training in explosives as well as in intelligence and security."[233] The trainees who received instruction from Iran and Hizballah included al-Qaeda's "top military committee members," as well as al-Qaeda terrorists who belonged to the cell responsible for attacking the U.S. Embassy in Kenya.[234] Indeed, the 9/11 Commission found that the training provided by Iran and Hizballah gave al-Qaeda the "tactical expertise" it required for the 1998 U.S. Embassy bombings.[235]

The U.S. District Court for the District of Columbia subsequently confirmed the 9/11 Commission's conclusion, finding that Iran played a causal role in the 1998 U.S. Embassy attacks. In *Owens v. Republic of Sudan*, in which Iran was also a defendant, the Court found that "prior to their meetings with Iranian officials and agents, bin Laden and al-Qaeda did not possess the technical expertise required to carry out the embassy bombings in Nairobi and Dar es Salaam. The Iranian defendants, through Hezbollah, provided explosives training to bin Laden and al-Qaeda and rendered direct assistance to al-Qaeda operatives."[236] In its *Havlish v. bin Laden* opinion, the District Court for the Southern District of New

---

[228] *Owen v. Republic of Sudan*, 864 F.3d 751, 762 (D.D.C., 2017).

[229] *United States v. Mohamed*, S(7) 98 Cr. 1023, (S.D.N.Y., October 28, 2000), p. 28.

[230] **PX410**, Transcript, Day 2, *United States v. Bin Laden,* No. S(7) 98 Cr. 1023 (S.D.N.Y, February 6, 2001).

[231] **PX282**, National Commission on Terrorist Attacks upon the United States, *The 9/11 Commission Report* (2004), p. 61.

[232] Ibid.

[233] Ibid.

[234] Ibid., p. 68.

[235] Ibid.

[236] *Owens v. Republic of Sudan*, 826 F.Supp.2d 128, 135 (D.D.C., 2011).

PX5

York affirmed Iran's support for al-Qaeda during this period, as well as the fact that Iranian leadership was aware of this material support.[237]

Iran also played a central role in facilitating al-Qaeda's activities in the Arabian Peninsula. Al-Qaeda had exercised some influence in Yemen as early as 1988, supporting anti-communist jihadists during the country's civil war.[238] Iran helped transform this limited influence into a more potent operation by serving as a transit route for al-Qaeda members traveling to and from the Gulf. The groundwork for this travel facilitation was laid in the mid-1990s, when senior al-Qaeda associate Mustafa Hamid "negotiated a secret relationship between Usama Bin Laden and Iran, allowing many al Qaida members safe transit through Iran to Afghanistan."[239] Iran held up its end of the bargain by allowing al-Qaeda to "establish a series of guest houses for its fighters making the long journey through [Iranian] territory."[240] According to Dr. Patrick Clawson, the director of research at the Washington Institute for Near East Policy, "during the late 1990s and through 2000," Iran was the "common route" for al-Qaeda members transiting between Afghanistan and Yemen.[241] Indeed, Saif al-Adl identified Iran in 1999 as a "safe passage for the fraternal brothers after the Pakistani authorities began to tighten the noose around our movement."[242]

Much of Iran's support for al-Qaeda was rendered through its Ministry of Intelligence and Security (MOIS) and the IRGC. In its 2000 report *Patterns of Global Terrorism*, the U.S. Department of State noted that these two Iranian organs had supplied "support—including funding, training and logistics assistance—to extremist groups in the Gulf" of Aden, as well as other areas.[243]

The U.S. District Court for the District of Columbia later found that Iran's support to al-Qaeda in the Gulf played a causal role in the October 2000 suicide bombing attack on the USS *Cole*, which killed 17 American sailors while the vessel was refueling in the Port of Aden. The Court concluded that Iran, "through the provision of material support and resources (the financial support, support for training, and facilitation of travel) to Bin Laden and Al-Qaeda, facilitated the planning and execution of the attack on the Cole."[244] In finding Iran culpable in the *Cole* bombing, the Court reasoned that "Iran took primary responsibility for transferring, via Lebanese Hizballah, extensive technical expertise to Al-Qaeda and other terrorist organizations." The court also determined that al-Qaeda "used Iran as a 'transit point' for moving money and fighters." Finally, the court held that "in the years leading up to the Cole bombing, Iran was directly involved in establishing Al-Qaeda's Yemen network and supported training and logistics for Al-Qaeda in the Gulf region."[245]

The travel facilitation that Iran provided to al-Qaeda also helped the terrorist group to execute the 9/11 attacks, even if Iran did not necessarily know that al-Qaeda was then preparing such a massive

---

[237] *Havlish v. Bin Laden*, No. 09848 (S.D.N.Y., December 22, 2011), p. 18.

[238] Peter L. Bergen, *The Osama bin Laden I Know* (New York: Free Press, 2006), pp. 108-09; Nasser al-Bahri, *Guarding Bin Laden: My Life in al-Qaeda*, trans. Susan de Muth (London: Thin Man Press, 2013), p. 22.

[239] **PX129**, U.S. Department of the Treasury, press release, "Treasury Targets al Qaeda Operatives in Iraq," January 16, 2009, https://www.treasury.gov/press-center/press-releases/Pages/hp1360.aspx.

[240] *Flanagan v. Islamic Republic of Iran*, No. 10-1643 (D.D.C., March 31, 2015), p. 20.

[241] Ibid., p. 21.

[242] Bergen, *The Osama bin Laden I Know*, p. 354.

[243] **PX267**, U.S. Department of State, *Patterns of Global Terrorism, 2000* (Washington, D.C., April 2001), https://2009-2017.state.gov/j/ct/rls/crt/2000/.

[244] *Flanagan v. Islamic Republic of Iran*, No. 10-1643 (D.D.C., March 31, 2015), p. 32, https://www.govinfo.gov/content/pkg/USCOURTS-dcd-1_10-cv-01643/pdf/USCOURTS-dcd-1_10-cv-01643-0.pdf.

[245] Ibid., p. 35.

PX5

operation on U.S. soil.  According to the 9/11 Commission, at least eight and possibly as many as ten of the 15 Saudi hijackers involved in the 9/11 attacks passed through Iran while *en route* to Afghanistan between October 2000 and February 2001.[246] This was a preferred route for moving al-Qaeda operatives during this period, as Tehran instructed its border guards not to stamp the passports of these operatives, effectively cloaking their movements. Among other things, neglecting to stamp the passports was an attempt by Iran to disguise its support for al-Qaeda.[247] Following a subsequent civil lawsuit brought against Iran, the District Court for the Southern District of New York ruled that this travel facilitation, along with other avenues of support, constituted direct material support to al-Qaeda.[248]

The period of the al-Qaeda-Hizballah relationship, stretching from 1992 through at least 2001, spanned multiple Iranian political administrations. The fact that this relationship continued even through the Mohammad Khatami administration, which observers frequently describe as moderate or reformist, suggests that changes in Iranian political administrations did not meaningfully alter its policy regarding al-Qaeda. It is worth noting that the elected Iranian president wields far less power than the country's Supreme Leader, Ayatollah Ali Khamenei. Notoriously hardline, Ayatollah Khamenei has been identified by the CIA as one of Hizballah's "foremost supporters."[249]

### Post-9/11 Iranian Support for al-Qaeda

Iranian support for al-Qaeda continued following the 9/11 attacks. Acting through a deal that Abu Hafs al-Mauritani (born Mahfouz Ibn El Waleed) brokered with the IRGC's elite Quds Force, Tehran gave safe passage and sanctuary to hundreds of jihadists fleeing Afghanistan in the wake of the U.S.-led invasion to overthrow the Taliban.[250] Fighters in the first wave fleeing Afghanistan were detained but then deported to countries of their choice after being documented, with Iran issuing some of them special traveling papers to facilitate their exit. While detained, these fighters were provided with

---

[246] **PX282**, *The 9/11 Commission Report: Final Report of the National Commission on Terrorist Attacks Upon the United States* (2004), p. 240; **PX380**, *Unclassified Version of Director of Central Intelligence George J. Tenet's Testimony Before the Joint Inquiry into Terrorist Attacks against the United States*, Central Intelligence Agency, June 18, 2002, https://www.cia.gov/news-information/speeches-testimony/2002/dci_testimony_06182002.html.

[247] *Havlish v. Bin Laden*, No. 09848 (S.D.N.Y., December 22, 2011), p. 23.

[248] Ibid., pp. 50-51.

[249] **PX929**, Central Intelligence Agency, "Hizballah Reactions to Khatami's Election," December 22, 1997, https://www.cia.gov/library/readingroom/docs/doc_0001280265.pdf. Iran's sustained support for al-Qaeda cannot be attributed entirely to Khamenei, however. In October 1997, two months after his election, Khatami reassured Hizballah's leadership that his administration would maintain its support for the group. Ibid.

[250] **PX922**, "Statement by Sulayman Abu Ghayth to the Federal Bureau of Investigation," document number 415-A-NY-307616, March 1, 2013, p. 7; Cathy Scott-Clark and Adrian Levy, *The Exile: The Stunning Inside Story of Osama Bin Laden and Al Qaeda in Flight* (New York: Bloomsbury, 2017) p. 146.

Mauritani is a leading Islamic scholar from Mauritania who became bin Laden's personal consigliere and al-Qaeda's foremost religious authority. As for the Quds Force, it is now responsible for Iran's extraterritorial covert and military operations. At the end of the Iran-Iraq War, the IRGC merged several Quds Force predecessors, giving the new elite division its current name and formalizing its structure. Nader Uskowi, *Temperature Rising: Iran's Revolutionary Guards and Wars in the Middle East* (Lanham, MD: Rowman & Littlefield, 2019), p. 42; **PX214**, "Al-Quds Forces Associated with the Guards of the Islamic Revolution," Iraqi intelligence study (ISGZ 2005-001122-19954), October 2000. However, as early as 1979, Quds Force predecessors began to support foreign militant groups and Shia dissidents. For example, they provided training to Iraqi refugees in Iran, deploying them to fight in border skirmishes against Iraqi forces even before the Iran-Iraq War began in 1980. Quds Force predecessors also trained Afghans in Iran to fight first against the Communist government in Kabul in 1979, and later against occupying Soviet forces. **PX931**, National Foreign Assessment Center, U.S. Central Intelligence Agency, "Iran: Exporting the Revolution," March 10, 1980.

PX5

comfortable accommodations rather than being held in military or prison facilities.[251] Indeed, General Qassem Suleimani, the head of the Quds Force, reportedly took "personal responsibility" for tending to Osama bin Laden's fleeing family, as well as senior al-Qaeda members, when they "sought sanctuary in Iran in 2002."[252]

Indeed, the Islamic Republic permitted entry to some of al-Qaeda's highest-ranking members, including, among others, Saif al-Adl, Abu Muhammad al-Masri (a leading al-Qaeda figure who was involved in the 1998 East African embassy attacks), Abu Musab al-Suri (one of al-Qaeda's most influential strategic voices), Sa'ad and Hamza Bin Laden (Osama's son) and Abu Musab al-Zarqawi (the future leader of AQI).[253] Other al-Qaeda figures who found refuge in Iran after fleeing Afghanistan included Abu Anas al-Libi (a prominent Libyan member who played an important role in the 1998 East Africa embassy bombings), Abu Malik al-Libi, Atiyah Abd al-Rahman (a key al-Qaeda manager, responsible for maintaining communications between al-Adl in Iran and bin Laden in Pakistan), Thirwat Saleh Shihata (a former deputy to Zawahiri), and Muhammad Islambouli (an Egyptian fighter who was a prominent al-Qaeda member).[254]

Iran monitored and surveilled al-Qaeda members in its territory, with the goal of maximizing the utility al-Qaeda could offer to Iranian objectives (consistent with Iran's pre-9/11 assistance to al-Qaeda) while staving off the dangers that the terrorist group might pose to Iran. Prominent analyst Seth Jones explained Iranian officials' concerns in an essay for *Foreign Affairs*: "According to U.S. government officials involved in discussions with Iran, over time, the growing cadre of AQ leaders on Iranian soil apparently triggered a debate among senior officials in Tehran. Some worried that the U.S. would eventually use the terrorist group's presence as a casus belli. Indeed, in late 2002 and early 2003, U.S. government officials held face-to-face discussions with Iranian officials demanding the regime deport AQ leaders to their countries of origin. Iran refused, but around the same time, the country's Ministry of Intelligence (MOIS) took control of AQ members and their families."[255] The concerns of Tehran's leadership resulted in further restriction on the movements and residences of al-Qaeda members, at least temporarily, and sporadic detention of these individuals.[256]

Even so, Iran provided al-Qaeda operatives with wide latitude in carrying out their roles for the militant organization. As Fishman notes in *The Master Plan*, Saif al-Adl was "living freely in Shiraz

[251] **PX906**, "Letter Dated 13 Oct 2010," released in Bin Laden's Bookshelf, Office of the Director of National Intelligence, https://www.dni.gov/files/documents/ubl/english/Letter%20dtd%2013%20Oct%202010.pdf; Scott-Clark and Levy, *The Exile,* p. 146.

[252] Scott-Clark & Levy, *The Exile*, p. 520.

[253] Levy & Scott-Clark, "Al Qaeda Has Rebuilt Itself – With Iran's Help," *The Atlantic,* November 11, 2017, https://www.theatlantic.com/international/archive/2017/11/al-Qaeda-iran-cia/545576/.

[254] See **PX906**, "Letter Dated  13 Oct 2010," released in Bin Laden's Bookshelf, Office of the Director of National Intelligence,     https://www.dni.gov/files/documents/ubl/english/Letter%20dtd%2013%20Oct%202010.pdf; **PX907**, "Letter Dated 5 April 2011," released in Bin Laden's Bookshelf, Office of the Director of National Intelligence, https://www.dni.gov/files/documents/ubl/english/Letter%20dtd%205%20April%202011.pdf; **PX224**, Assaf Moghadam, "Marriage of Convenience: The Evolution of Iran and al-Qa'ida's Tactical Cooperation," *CTC Sentinel* 10:4 (April 2017); **PX130**, U.S. Department of the Treasury, press release, "Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point," July 28, 2011, https://www.treasury.gov/press-center/press-releases/pages/tg1261.aspx; Adam Goldman, "Senior al-Qaeda Figure Leaves Iran Amid a Series of Departures by Terrorist Suspects," *The Washington Post*, February 14, 2014.

[255] **PX699**, Seth G. Jones, "Al Qaeda in Iran," *Foreign Affairs*, January 29, 2012.

[256] Nasser al-Bahri, *Guarding Bin Laden: My Life in al-Qaeda*, trans. Susan de Muth (London: Thin Man Press, 2013), p. 209; **PX906**, "Letter Dated 13 Oct 2010," released in Bin Laden's Bookshelf, Office of the Director of National Intelligence, https://www.dni.gov/files/documents/ubl/english/Letter%20dtd%2013%20Oct%202010.pdf.

PX5

when the United States invaded Iraq," and "he continued to play a key role in al-Qaeda's broader command structure." Al-Adl's "captors clearly gave him leeway to remain a productive member of al-Qaeda's leadership" during this period.[257] Illustrating the leeway provided to al-Adl, and thus providing a window into the leeway that Iran gave also to other al-Qaeda leaders, is Saif al-Adl's ability to produce and disseminate the "master plan," a highly consequential strategic document that would eventually pave the way for al-Qaeda's cooperation with Zarqawi and its expansion in Iraq.

_Saif al-Adl and the Master Plan_

Saif al-Adl's "house arrest" in Iran gave him the space he needed to write and distribute the consequential "master plan" text that helped frame a multi-step strategy for al-Qaeda and its affiliates' future activities and strategies in Iraq and beyond. Fishman elaborates on al-Adl's relatively lenient detainment conditions, describing how Iran housed al-Adl in an Iranian villa where he could still "repeatedly pass messages to al-Qaeda members in Saudi Arabia and Pakistan"[258] This environment was directly conducive to al-Adl producing his master plan. Fishman writes: "Al-Adl had plenty of opportunity to think big about al-Qaeda's strategy and the opportunity created by Zarqawi's growing network in Iraq. And in the early years of his captivity, at least, he maintained regular contact with the outside world. The result of these machinations was a master plan to finally integrate the Zarqawiists into al-Qaeda, build a near-term strategy to reestablish the caliphate, and, eventually, secure final victory."[259]

Beyond providing the space for al-Adl to develop and record his thinking on these issues, Iran allowed al-Adl to remain connected to members of his militant network who were located outside of Iran. This was accomplished in part through the use of couriers. To send out his master plan document, al-Adl used a Palestinian courier who "had been jailed with al-Adl decades earlier in Egypt and had been more recently living in Tehran."[260] Al-Adl provided this messenger with 42 yellow sheets of paper containing his master plan, as well as "al-Adl's history of Zarqawi's engagement with al-Qaeda." The recipient of these 42 yellow sheets was a Jordanian journalist well connected in militant circles, Fouad Hussein.[261] Hussein himself had extremist leanings, and had been imprisoned in Jordan for writing pieces critical of Jordan's government. Indeed, he had been "jailed in Jordan alongside Zarqawi and Maqdisi in the 1990s."[262]

After receiving the document from al-Adl, in 2005 Hussein published the contents of these 42 pages in a biographical book about Zarqawi entitled _Al-Zarqawi: The Second Generation of Al Qaeda_. In addition to the information he had received from al-Adl, Hussein compiled additional insights that he gathered from interviews with other jihadist leaders.[263] The book published by Hussein is significant, as it outlined not only al-Adl's "visionary effort to incorporate the Zarqawist movement into al-Qaeda's strategic vision," but also a broader seven-stage plan for al-Qaeda and its affiliates to reestablish the caliphate within a 20-year period.[264] Lawrence Wright provides a competent summary of this seven-stage plan:

---

[257] Fishman, _The Master Plan,_ locs. 679-86.
[258] Ibid., loc. 691.
[259] Ibid.
[260] Ibid., loc. 735.
[261] Ibid., loc. 730.
[262] Ibid., loc. 733.
[263] Lawrence Wright, "The Master Plan," _The New Yorker_, September 3, 2006.
[264] Fishman, _The Master Plan,_ loc. 739.

PX5

Al Qaeda's twenty-year plan began on September 11th, with a stage that Hussein calls "The Awakening." The ideologues within Al Qaeda believed that "the Islamic nation was in a state of hibernation," because of repeated catastrophes inflicted upon Muslims by the West. By striking America—"the head of the serpent"—Al Qaeda caused the United States to "lose consciousness and act chaotically against those who attacked it. This entitled the party that hit the serpent to lead the Islamic nation." This first stage, says Hussein, ended in 2003, when American troops entered Baghdad.

The second, "Eye-Opening" stage will last until the end of 2006, Hussein writes. Iraq will become the recruiting ground for young men eager to attack America. In this phase, he argues, perhaps wishfully, Al Qaeda will move from being an organization to "a mushrooming invincible and popular trend." The electronic jihad on the Internet will propagate Al Qaeda's ideas, and Muslims will be pressed to donate funds to make up for the seizure of terrorist assets by the West. The third stage, "Arising and Standing Up," will last from 2007 to 2010. Al Qaeda's focus will be on Syria and Turkey, but it will also begin to directly confront Israel, in order to gain more credibility among the Muslim population.

In the fourth stage, lasting until 2013, Al Qaeda will bring about the demise of Arab governments. "The creeping loss of the regimes' power will lead to a steady growth in strength within Al Qaeda," Hussein predicts. Meanwhile, attacks against the Middle East petroleum industry will continue, and America's power will deteriorate through the constant expansion of the circle of confrontation. "By then, Al Qaeda will have completed its electronic capabilities, and it will be time to use them to launch electronic attacks to undermine the U.S. economy." Islamists will promote the idea of using gold as the international medium of exchange, leading to the collapse of the dollar.

Then an Islamic caliphate can be declared, inaugurating the fifth stage of Al Qaeda's grand plan, which will last until 2016. "At this stage, the Western fist in the Arab region will loosen, and Israel will not be able to carry out preemptive or precautionary strikes," Hussein writes. "The international balance will change." Al Qaeda and the Islamist movement will attract powerful new economic allies, such as China, and Europe will fall into disunity.

The sixth phase will be a period of "total confrontation." The now established caliphate will form an Islamic Army and will instigate a worldwide fight between the "believers" and the "non-believers." Hussein proclaims, "The world will realize the meaning of real terrorism." By 2020, "definitive victory" will have been achieved. Victory, according to the Al Qaeda ideologues, means that "falsehood will come to an end… The Islamic state will lead the human race once again to the shore of safety and the oasis of happiness."[265]

Al-Adl's master plan proved highly consequential. Fishman writes that while "the seven-stage 'master plan' is not the only 'strategic plan' that al-Qaeda has offered over the years," and it "should not be understood as a formal blueprint for every jihadi behavior," the document's significance can be found

---

[265] Wright, "The Master Plan."

in the fact that it presented a "remarkably prescient vision of future events, especially the Islamic State's declaration of a caliphate."[266]

The main intellectual achievement of al-Adl's theoretical work during his time in Iran was the way in which he synthesized al-Qaeda and Zarqawi's goals. Fishman notes that "integrating al-Qaeda's long-term strategic framework with Zarqawi's action-oriented, near-term focus was no easy task."[267] Yet al-Adl achieved this—even if the relationship between the two would prove limited in duration. Fishman writes that al-Adl's suggested plan and timeline "was a revelation for al-Qaeda, which had long sought to resurrect the caliphate but on a much more protracted, and intentionally vague, timeline."[268]

Al-Adl's master plan is one of the most consequential jihadist strategic documents ever produced. The fact that al-Adl was able to conceive, write, and distribute it during his time in Iran is indicative of the latitude that the Islamic Republic provided to him, and to other al-Qaeda leaders.

### The "Management Council"

By June 2003, just three months after the U.S. invasion of Iraq, U.S. intelligence officials were already speaking publicly about Iran's support for al-Qaeda. One news report published that month noted, for example: "American intelligence officials said that Iran's Ministry of Intelligence and Security, and the Qods Division of the Islamic Revolutionary Guards Corps … are deeply involved in supporting terrorists, including al Qaeda."[269] The Iran-based al-Qaeda hub rapidly established a "management council" charged with providing strategic assistance to al-Qaeda's main leadership that had regrouped in Pakistan. This cadre helped to plan and direct the October 2003 truck bombing of a Western housing complex in Riyadh, Saudi Arabia, suicide strikes against multiple targets in Casablanca, Morocco that same month, and the bombing of the El-Ghriba synagogue in Djerba, Tunisia in 2002.[270]

Al-Qaeda's overarching leadership principle is known as "centralization of decision and decentralization of execution."[271] Peter Bergen notes that, under this framework, "strategic targeting decisions were made by bin Laden, but the planning and execution of attacks were undertaken by his field commanders."[272] Applying this principle to the organization more broadly, al-Qaeda's leadership structure enabled the organization to operate even when senior leaders were physically separated from field operatives.

Primarily due to pressure from the United States and other Arab states in the wake of these attacks, Iran did detain several leading al-Qaeda figures sheltering in the country. However, it never publicly specified who these operatives were. Further, subsequently uncovered evidence revealed that key

---

[266] Fishman, *The Master Plan,* loc. 756.

[267] Ibid., loc. 742.

[268] Ibid.

[269] "U.S. Says Iran Harbors al Qaeda Associate," *Washington Times,* June 10, 2003.

[270] Levy & Scott-Levy, "Al-Qaeda Has Rebuilt Itself – With Iran's Help"; **PX631**, Daniel Byman, "Unlikely Alliance: Iran's Secretive Relationship with Al-Qaeda," IHS Defense, Risk and Security Consulting (July 2012), p. 31; **PX224**, Moghadam, "Marriage of Convenience"; Toby Dershowitz, "Iran's Support for al-Qaeda is Incompatible with FATF Standards," Foundation for Defense of Democracies, February 6, 2019, https://www.fdd.org/analysis/2019/02/06/irans-support-for-al-Qaeda-is-incompatible-with-fatf-standards/; **PX699**, Seth Jones, "Al Qaeda in Iran; Why Teheran is Accommodating the Terrorist Group," *Foreign Affairs,* January 29, 2012.

[271] See Peter Bergen, *The Osama bin Laden I Know: An Oral History of al Qaeda's Leader* (New York: Free Press, 2006), p. 253 (quoting Nasser al-Bahri, whose kunya is Abu Jandal); Khalid al-Hammadi, "The Inside Story of al-Qaeda, Part 4," *Al-Quds al-Arabi,* March 22, 2005.

[272] Peter L. Bergen, *The Rise and Fall of Osama Bin Laden* (New York: Simon and Schuster, 2021), pp. 112-13.

PX5

management council members—including Atiyah and Muhammad Islambouli—were still allowed to operate with relative impunity, as I detailed was the case also for Saif al-Adl. It is now known that for the most part the detained al-Qaeda figures were held under a loose form of military house arrest that afforded a relatively high degree of movement. In a 2013 interview with the FBI, Sulayman Abu Ghayth, who had served as al-Qaeda's chief spokesman in the immediate aftermath of 9/11, described the accommodations at these sites:

> GHAYTH advised that while initially incarcerated, the Iranians were official and formal and treated them well. They never received any verbal or physical abuse and they were told that treating them well was a recommendation from their leadership. GHAYTH stated that they were never interrogated and were only asked simple questions during the first week of incarceration…. After one year and eight months, they were moved to a military camp for approximately six months (Iran Location #2). GHAYTH said that Iran Location #2 was like a rest area for soldiers.… While incarcerated at Iran Location #2, they heard military training and anthems being sung. They were in a 100m by 100m compound and free to go in and out of their individual apartments within the military compound. The compound also had a mosque and soccer field…. After six months in Iran Location #2, they were set up in apartment like housing in which they stayed for approximately four years (Iran Location #3). Iran Location #3 was within the same Tehran military compound in which Iran Location #2 was located, but just in a different section of the overall compound…. After approximately four years at Iran Location #3, GHAYTH and his family, and the others who were co-located with GHAYTH at Iran Location #3 … were relocated to new accommodations within the same military compound in Tehran (Iran Location #4). Iran Location #4 was a walled off area with multiple houses, each with a yard, surrounding a central courtyard/playground. Each family had its own house at Iran Location #4. GHAYTH believed that the Iranians spent about a year refurbishing Iran Location #4 to get it ready for them…. GHAYTH and his fellow detained remained at Iran Location #4 until GHAYTH's recent release from Iranian custody, a time-period of approximately three and a half years.[273]

The accommodations offered to al-Qaeda members were so lax that some, including Abu Muhammad al-Masri, chose to remain in Iranian detention rather than return home. In 2011, al-Masri and several other al-Qaeda leaders in Iranian custody were offered release under the condition that they returned to their home countries.[274] Al-Masri rejected Iran's offer, instead choosing to stay in Iranian custody.[275] Four years later, after a prisoner exchange with al-Qaeda in 2015, Iran formally released al-Masri from prison, yet al-Masri again chose to remain in Iran.[276] Former FBI agent and prominent terrorism analyst Ali Soufan concluded that al-Masri likely chose to stay in Iran because Iran offered him freedoms and security he would not receive had he returned to Egypt.[277] Indeed, despite nominally

---

[273] **PX922**, "Statement by Sulayman Abu Ghayth to the Federal Bureau of Investigation," document number 415-A-NY-307616, March 1, 2013, pp. 8-12.

[274] **PX222**, Ali Soufan, "Next in Line to Lead al-Qa`ida: A Profile of Abu Muhammad al-Masri," *CTC Sentinel* 12:10 (November 2019), https://ctc.usma.edu/next-line-lead-al-qaida-profile-abu-muhammad-al-masri/.

[275] **PX922**, "Statement by Sulayman Abu Ghayth to the Federal Bureau of Investigation," document number 415-A-NY-307616, March 1, 2013, p. 15.

[276] **PX222**, Ali Soufan, "Next in Line to Lead al-Qa`ida."

[277] Ibid.

PX5

being in Iranian custody, al-Masri was able to communicate with al-Qaeda operatives around the world, unimpeded by Iranian security forces and immune from Coalition drone strikes.[278]

Abu al-Qassam al-Urduni, a high ranking al-Qaeda member and the brother-in-law of Abu Musab al-Zarqawi, likewise described al-Qaeda leaders' extensive freedoms in Iran. In an essay published in 2017, Urduni suggested that al-Masri, along with Saif al-Adl, were detained only insofar as they could not leave Iran, "for the fact that [al-Masri and Saif al-Adl] are in Iran is true, but as for being detained, this was what had to be clarified and detailed…they got out of prison. So the two are not detained as is understood and implied from this word, but they are prohibited from travelling until God can grant them an exit, for they move about and live their ordinary life except for permission to travel. For the word 'detained' gives the false impression that the two are in prison or incommunicado or deprived of will or the like."[279]

Tehran also continued to allow recruits making the journey to South Asia to access guest houses in Iran, a fact referenced by Abu Muhammad al-Adnani, former ISIS spokesman, in his May 2014 denunciation of Zawahiri.[280] Repeated reference to these sanctuaries being used to facilitate the travel of al-Qaeda to and from Afghanistan is made in reports prepared at the Guantanamo Bay detention facility that have been either declassified or appeared in press reporting.[281] According to one document, dozens of Guantanamo prisoners were found to have traveled through the Islamic Republic en route to al-Qaeda's training camps in Afghanistan: "Travel through Iran is a known modus operandi for al Qaeda operatives to get into Afghanistan via a chain of safe-houses and operatives."[282] This route was operated by Yasin al-Suri since at least 2007, and possibly as early as 2005. Tehran maintained ties with Suri, allowing him to operate in the country.[283] Access to guest houses operated by Tehran also directly supported the operations of al-Qaeda leaders and facilitators such as Abu Zubaydah and Hussein Salem Mohammed.[284]

_Al-Qaeda Facilitators_

The Islamic Republic has been complicit in allowing key al-Qaeda facilitators to operate from its territory. In 2005, the U.S. Treasury Department designated Muhsin al-Fadhli, an Iran-based confidant of bin Laden, for providing financial and material support to underwrite attacks against American and coalition forces fighting in Iraq.[285] In 2009, the United States sanctioned several top al-Qaeda

---

[278] Ibid.

[279] Aymenn Jawad Al-Tamimi, "The Hay'at Tahrir al-Sham-al-Qaeda Dispute: Primary Texts (III)," Aymenn Jawad Al-Tamimi's Blog, December 10, 2017, http://www.aymennjawad.org/2017/12/the-hayat-tahrir-al-sham-al-Qaeda-dispute-primary-2.

[280] Abu Muhammad al-Adnani, "Pardon, Emir of al-Qaeda," audio recording of speech produced by ISIS's al-Furqan Media Foundation, posted to Twitter on May 11, 2014; see also Thomas Joscelyn, "ISIS Spokesman Blames Zawahiri for Infighting in Syria," _Long War Journal_, May 12, 2014.

[281] Discussed in Thomas Joscelyn, "Al Qaeda's Interim Emir and Iran," _Long War Journal_, May 18, 2011, https://www.longwarjournal.org/archives/2011/05/analysis_al_qaedas_i.php.

[282] Tim Lister, "Military Documents Reveal Details About Guantanamo Detainees, al Qaeda," CNN, April 25, 2011, http://www.cnn.com/2011/US/04/25/wikileaks.documents/index.html; Clemmie Douchez, "Ex-Guantanamo Detainee Allegedly Led Recruiting Cell for the Islamic State," _Long War Journal_, March 1, 2016.

[283] See **PX130**, U.S. Department of the Treasury, press release, "Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point," July 28, 2011, https://www.treasury.gov/press-center/press-releases/pages/tg1261.aspx.

[284] Thomas Joscelyn, "5 Transferred GITMO Detainees Served al Qaeda, Leaked Files Allege," _Long War Journal_, November 21, 2014, https://www.longwarjournal.org/archives/2014/11/five_guanta_deta.php.

[285] **PX128**, U. S. Department of the Treasury, press release, "Treasury Takes Action to Stem Funding to the Iraqi Insurgency," February 15, 2005.

PX5

operatives based in Iran, including bin Laden's son Sa'ad and also Mustafa Hamid, one of the main people responsible for channeling strategic and tactical communications to and from Afghanistan during the 1990s.[286]

In July 2011, the U.S. Treasury Department for the first time formally accused Tehran of forging an alliance with al-Qaeda to move money and recruits from the Persian Gulf to the group's leadership in Afghanistan, Pakistan, and Iraq, with these personnel and assets moving through Iran. Yasin al-Suri, who was born Ezedin Abdel Aziz Khalil, was identified as the chief architect behind this enterprise, which drew on a logistical and financial network that operated in tandem with donors and contributors based in Qatar and Kuwait.[287] According to the 2011 announcement from the Treasury Department, "Iranian authorities maintain a relationship with Khalil [Suri] and have permitted him to operate within Iran's borders since 2005."[288] Treasury also stated that Suri's activities included moving "money and recruits from across the Middle East into Iran, then on to Pakistan," where they served senior al-Qaeda leaders. Suri also arranged for al-Qaeda members detained in Iran to be freed and sent to Pakistan. The Iranians did not merely turn a blind eye to Suri's activities. Instead, Suri operated "under an agreement between al Qaeda and the Iranian government."[289]

Treasury also designated Umid Muhammadi, an AQI supporter based in Iran who was involved "in planning multiple attacks in Iraq and has trained extremists in the use of explosives."[290] Treasury added that Muhammadi had "also received training in Afghanistan on the use of rockets and chemicals."[291] The next year, the U.S. Treasury named Adel Radi Saqr al-Wahabi al-Harbi as Fadhli's chief deputy inside Iran, and the main person responsible for assisting with the transfer of jihadists to the Middle East and raising funds in support of al-Qaeda attacks.[292]

The importance of these Iran-based facilitators is reflected in internal al-Qaeda documents penned by the group's senior leaders. In the 2011 raid on bin Laden's compound in Abbottabad, Pakistan, U.S. forces seized a letter that al-Qaeda's emir wrote in 2007 to a jihadist referred to as "Karim," likely Abu Ayyub al-Masri. In it, bin Laden highlighted how critical Tehran was to his movement's operations, commenting: "Iran is our main artery for funds, personnel, and communication.… There is no need to fight with Iran unless you are forced."[293] Seth Jones observes that "securing Iranian help was straight forward" for al-Qaeda because the militant group "lacked the resources of a major state like Iran,"

---

[286] **PX129**, U.S. Department of the Treasury, press release, "Treasury Targets al Qaeda Operatives in Iraq," January 16, 2009, https://www.treasury.gov/press-center/press-releases/Pages/hp1360.aspx; **PX223**, Ari R. Weisfuse, "The Last Hope for the al-Qa'ida Old Guard?: A Profile of Saif al-'Adl," *CTC Sentinel* 9:3 (March 2016), https://ctc.usma.edu/app/uploads/2016/04/CTC-SENTINEL-Vol9Iss3_b7.pdf, p. 24.
[287] See **PX106**, Office of the Spokesperson, U.S. Department of State, "Rewards for Justice – Ezedin Abdel Aziz Khalil (a.k.a. Yasin al-Suri) Reward Offer," December 22, 2011.
[288] **PX130**, U.S. Department of the Treasury, press release, "Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point," July 28, 2011, https://www.treasury.gov/press-center/press-releases/Pages/tg1261.aspx.
[289] Ibid.
[290] Ibid.
[291] Ibid.
[292] **PX127**, U.S. Department of the Treasury, press release, "Treasury Further Exposes Iran-Based Al-Qa'ida Network," October 18, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1741.aspx.
[293] **PX911**, "Letter to Karim," released in Bin Laden's Bookshelf, Office of the Director of National Intelligence, https://www.dni.gov/files/documents/ubl2016/english/Letter%20to%20Karim.pdf.

PX5

and "having the ability to transit Iran was exceptionally useful for fights in Iraq, Afghanistan and Pakistan."[294]

Another letter, authored by Ayman al-Zawahiri and intercepted by Western intelligence agencies in November 2008, further underscored al-Qaeda's reliance on Iran. Zawahiri wrote the letter in the aftermath of al-Qaeda's September 2008 bombing of the U.S. embassy in Yemen, which killed 11 civilians, including one American.[295] Zawahiri cited Iranian "monetary and infrastructure assistance" as essential to the group's success in carrying out the attack. He "also thanked Iran for having the 'vision' to help the terror organisation establish new bases in Yemen after al-Qaeda was forced to abandon much of its terrorist infrastructure in Iraq and Saudi Arabia."[296]

In 2011, the aforementioned al-Suri network is believed to have negotiated a non-aggression pact with Tehran. According to a statement from the U.S. Treasury, under the terms of this agreement, al-Qaeda was required to desist from conducting any operations on Iranian soil—including recruiting operatives—while keeping authorities apprised of its activities. In return, the Islamic Republic would afford al-Qaeda operatives based in the country, and their families, freedom of movement and an uninhibited ability to travel.[297] The benefits of the arrangement appear to have been substantial for al-Qaeda, providing it a secure base of operations and insulation from U.S. drone attacks.[298] Indeed, David S. Cohen, then the Under Secretary for Terrorism and Financial Intelligence, underscored the benefits reaped by al-Qaeda in a statement released on July 28, 2011. Cohen stated that "by exposing Iran's secret deal with al-Qa'ida allowing it to funnel funds and operatives through its territory, we are illuminating yet another aspect of Iran's unmatched support for terrorism." He added that al-Qaeda's deal with Iran provided a "key network" and "much-needed support" to al-Qaeda's senior leadership.[299]

In the years that followed, the U.S. Treasury Department continued to report new details regarding al-Qaeda's Iran-based network. In February 2014, Treasury identified an Uzbek national, Olimzhon Adkhamovich Sadikov, as an operative who "provides logistical support and funding to al Qaeda's Iran-based network."[300] In August 2014, Treasury designated Abdul Mohsen Abdullah Ibrahim al-Sharikh, a senior al-Qaeda leader also known as Sanafi al-Nasr, who "served in early 2013 as chief of al Qaeda's Iran-based extremist and financial facilitation network."[301]

The value al-Qaeda's leadership placed on its Iran-based facilitation network became more apparent in 2014 as al-Qaeda's competition with its breakaway erstwhile affiliate ISIS deepened. ISIS spokesman Abu Muhammad al-Adnani released a statement in May 2014 in which he "made a startling admission: Al Qaeda has ordered its fighters and branches to refrain from attacking the Iranian state

---

[294] **PX699**, Seth G. Jones, "Al Qaeda in Iran," *Foreign Affairs*, January 29, 2012.
[295] "Yemen: 30 Are Arrested After Attack on U.S. Embassy," *The New York Times*, September 18, 2008.
[296] **PX628**, Con Coughlin, "Iran Receives al Qaeda Praise for Role in Terrorist Attacks," *The Telegraph*, December 2, 2019.
[297] **PX127**, U.S. Department of the Treasury, press release, "Treasury Further Exposes Iran-Based Al-Qa'ida Network," October 18, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1741.aspx.
[298] **PX224**, Moghadam, "Marriage of Convenience"; **PX631**, Byman, "Unlikely Alliance," p. 33.
[299] **PX130**, U.S. Department of the Treasury, press release, "Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point," July 28, 2011, https://www.treasury.gov/press-center/press-releases/Pages/tg1261.aspx.
[300] **PX131**, U.S. Department of the Treasury, press release, "Treasury Targets Networks Linked to Iran, February 6, 2014, https://www.treasury.gov/press-center/press-releases/Pages/jl2287.aspx.
[301] **PX65**, U.S. Department of the Treasury, press release, "Treasury Designates Additional Supporters of the Al-Nusrah Front and Al-Qaida," August 22, 2014, https://www.treasury.gov/press-center/press-releases/Pages/jl2613.aspx.

PX5

in order to preserve the terror group's network in the country."[302] Adnani's intention was to demonstrate that al-Qaeda had forged an agreement with the Shia state of Iran, and that in doing so, al-Qaeda constrained ISIS from attacking Iran. Adnani explained (with the grammatical peculiarities appearing in the original) that:

> ISIS has kept abiding by the advices and directives of the sheikhs and figures of jihad. This is why the ISIS has not attacked the Rawafid [rejectionists, a term used to describe Shia Muslims] in Iran since its establishment. It has left the Rawafid safe in Iran, held back the outrage of its soldiers, despite its ability, then, to turn Iran into bloodbaths. It has kept its anger all these years and endured accusations of collaboration with its worst enemy, Iran, for refraining from targeting it, leaving the Rawafid there to live in safety, acting upon the orders of al Qaeda to safeguard its interests and supply lines in Iran. Yes, it [ISIS] has held back the outrage of its soldiers and its own anger for years to maintain the unity of the mujahideen in opinion and action. Let history record that Iran owes al Qaeda invaluably.[303]

Prominent analyst Bill Roggio points out that Adnani emphasized how "ISIS 'complied' and didn't attack Iran."[304] According to Roggio, Adnani's admission demonstrates how al-Qaeda played a strong role in preventing its affiliates (as ISIS was an al-Qaeda affiliate during the period that Adnani describes) with overt commands to refrain from attacking Iran "in order to preserve the terror group's network in the country."[305]

In July 2016, the U.S. Treasury imposed sanctions on three senior members of al-Qaeda, all of whom were based in the Islamic Republic: Faisal Jassim Mohammed al-Amri al-Khalidi, Yisra Muhammad Ibrahim Bayumi, and Abu Bakar Muhammad Muhammad Ghumayn. The trio had carried out a range of activities for al-Qaeda, including gathering intelligence, raising and transferring funds, procuring weapons, and facilitating liaison with the Tehrik-e Taliban Pakistan (TTP) militant group.[306]

Also in July 2016, Abu Muhammad al-Masri made an important operational decision for al-Qaeda while still in Iran. At the time, al-Qaeda's Syrian affiliate Jabhat al-Nusra was considering rebranding in an effort to distance itself from al-Qaeda's senior leadership.[307] When the idea was presented to al-Masri (among other senior al-Qaeda members), he voiced his opposition to the rebranding. Al-Masri's ability to weigh in on the rebranding decision highlights the senior role he continued to play in al-Qaeda despite being in Iran. This incident showed that al-Masri was still in contact with al-Qaeda's leadership from his perch in Iran, that he communicated directly with al-Qaeda elements in Syria, and that he retained significant decision-making power and influence within the organization.[308]

In its 2017 *Country Reports on Terrorism*, the U.S. Department of State specifically singled out Iran's ongoing support for al-Qaeda as a serious issue: "Iran remained unwilling to bring to justice senior al-

---

[302] Bill Roggio, "'Iran Owes al Qaeda Invaluably,' ISIS Spokesman Says," *Long War Journal*, May 12, 2014.
[303] Quoted in ibid.
[304] Ibid.
[305] Ibid.
[306] **PX69**, U.S. Department of the Treasury, press release, "Treasury Designates Three Senior Al-Qaida Members," July 20, 2016.
[307] **PX222**, Ali Soufan, "Next in Line to Lead al-Qa`ida: A Profile of Abu Muhammad al-Masri," *CTC Sentinel* 12:10 (November 2019), https://ctc.usma.edu/next-line-lead-al-qaida-profile-abu-muhammad-al-masri/.
[308] See **PX222**, Soufan, "Next in Line to Lead al-Qa`ida."

PX5

Qa'ida (AQ) members residing in Iran and has refused to publicly identify the members in its custody. Iran has allowed AQ facilitators to operate a core facilitation pipeline through Iran since at least 2009, enabling AQ to move funds and fighters to South Asia and Syria."[309]

In July 2018, a report produced by the United Nations Security Council concluded that "Al-Qaida leaders in the Islamic Republic have grown more prominent, working with Aiman al-Zawahiri and projecting his authority more effectively than he could previously."[310] The same report concludes that senior al-Qaeda leaders based in Iran have been able to exert influence on the evolving situation in northwestern Syria.[311] The report's conclusions are consistent with the roles played in February 2019 by Abu Muhammad al-Masri and Saif al-Adl in mediating tensions between Hayat Tahrir al-Sham and Tanzim Hurras ad-Din, competing Syria-based factions that have been affiliated with al-Qaeda. At the time, al-Masri and al-Adl were both in Iran.[312]

Another recent development pointing to Iran's enduring permissiveness toward senior al-Qaeda leaders is the information gleaned in the aftermath of the assassination of Abu Muhammad al-Masri in August 2020. Al-Masri was assassinated in Tehran by Israeli operatives, after which it was discovered that he was living freely in the upscale neighborhood of Pasdaran.[313]

In January 2021, the State Department identified five additional al-Qaeda figures operating in Iran. The most significant was a Moroccan national named Muhammad Abbatay, better known by his *kunya* 'Abd al Rahman al-Maghrebi. Maghrebi is the son-in-law of Ayman al-Zawahiri and has served in a number of senior roles for al-Qaeda. The State Department described him as the "longtime director" of As Sahab, al-Qaeda's central media arm, as well as the head of the group's External Communications Office. In that latter capacity, al-Maghrebi "coordinates activities with" al-Qaeda's affiliates. Al-Maghrebi has also been al-Qaeda's "general manager in Afghanistan and Pakistan since 2012." From his perch in Iran, al-Maghrebi "has continued to oversee al-Qa'ida activities worldwide."[314]

*Categories of Iranian Material Support to al-Qaeda*
There are numerous categories of Tehran's material support to al-Qaeda:

---

[309] **PX210**, Bureau of Counterterrorism and Countering Violent Extremism, *Country Reports on Terrorism 2017* (Washington D.C.: U.S. Department of State, 2018), p. 218.

[310] **PX524**, United Nations Security Council, "Letter Dated 16 July 2018 from the Chair of the Security Council Committee Pursuant to Resolutions 1276 (1999), 1989 (2011), 2253 (2015) Concerning Islamic State in Iraq and the Levant (Da'esh), Al-Qaida and Associated Individuals, Groups, Undertakings and Entities Addressed to the President of the Security Council," July 27, 2018, p. 6, https://undocs.org/S/2018/705.

[311] Ibid., p. 8.

[312] See Thomas Joscelyn, "Analysis: Hay'at Tahrir al-Sham and Hurras al-Din Reach a New Accord," *Long War Journal*, February 15, 2019, https://www.longwarjournal.org/archives/2019/02/analysis-hayat-tahrir-al-sham-and-hurras-al-din-reach-a-new-accord.php; Thomas Joscelyn, "Analysis: Ayman al Zawahiri Calls for 'Unity' in Syria Amid Leadership Crisis," *Long War Journal*, December 2, 2017, https://www.longwarjournal.org/archives/2017/12/analysis-ayman-al-zawahiri-calls-for-unity-in-syria-amid-leadership-crisis.php; Thomas Joscelyn, "Senior al Qaeda Leaders Reportedly Released from Custody in Iran," *Long War Journal*, September 18, 2015.

[313] Adam Goldman, Eric Schmitt, Farnaz Fassihi, & Ronen Bergman, "Al Qaeda's No. 2, Accused in U.S. Embassy Attacks, Was Killed in Iran," *The New York Times,* November 13, 2020, https://www.nytimes.com/2020/11/13/world/middleeast/al-masri-abdullah-qaeda-dead.html.

[314] **PX115**, U.S. Department of State, Rewards for Justice, "Wanted: Information that Brings to Justice…Muhammad Abbatay ('Abd al-Rahman al-Maghrebi) Up to $7 Million Reward," n.d., https://rewardsforjustice.net/english/muhammad_abbatay.html.

PX5

- The first category of Iranian material support to al-Qaeda is **training of its operatives to conduct mass casualty bombings and other related skills to shape al-Qaeda's future capacity to carry out attacks.** In the 1990s Iran provided al-Qaeda members with explosives training at a Hizballah training camp in Lebanon's Bekaa Valley, and al-Qaeda directly applied this training in the 1998 bombings targeting U.S. embassies in Nairobi, Kenya, and Dar es Salaam, Tanzania.

- The second category of Iranian material support is Tehran **providing sanctuary and refuge to al-Qaeda operatives that provided the organization with time and space to regroup after 9/11.** After the U.S. invasion of Afghanistan, Iran gave sanctuary to al-Qaeda members and key leaders, such as Saif al-Adl. While Iran ostensibly put many of al-Qaeda's leaders and members under house arrest, those detained were still able to operate and conduct their duties for al-Qaeda, including engaging in communication with the broader al-Qaeda network. Saif al-Adl's production of his "master plan" illustrates this, as does the fact that al-Qaeda's leaders in Iran continued to coordinate, plan, and execute terrorist attacks with the central leadership based in Afghanistan-Pakistan (including coordinating on such operations as the attack on the El Ghriba synagogue in Djerba, Tunisia in 2002, the truck bombing at a Western housing complex in Saudi Arabia in October 2003, and the suicide operations in Casablanca in October 2003).

- A third category of Iranian material support to al-Qaeda is **serving as a critical transit point for moving funds, supplies, and personnel**. As the Treasury Department's designations illustrate, Tehran's leadership had a formal agreement with al-Qaeda from as early as 2005 to move "money and recruits from across the Middle East into Iran, then on to Pakistan."[315] This agreement helped al-Qaeda set up what the Treasury Department defined as the militant group's "core pipeline."[316] Treasury shared how the terms of this agreement were that "al-Qa'ida must refrain from conducting any operations within Iranian territory and recruiting operatives inside Iran while keeping Iranian authorities informed of their activities," while in exchange Iran "gave the Iran-based al-Qa'ida network freedom of operation and uninhibited ability to travel for extremists and their families."[317]

- A fourth category of Iranian material support for al-Qaeda is **travel facilitation assistance for al-Qaeda members that often made a difference in helping al-Qaeda expand its influence into new countries. This also helped it move operatives when preparing large-scale attacks around the world**. For instance, al-Qaeda's expansion into the Arabian Peninsula in the late 1990s was connected to Iranian travel facilitation assistance. As this report details, Iranian travel facilitation helped al-Qaeda execute operations such as the October 2000 suicide bombing of the USS *Cole*. The 9/11 Commission found that at least eight to ten of the 15 Saudi hijackers who executed the 9/11 attacks had passed through Iran while traveling to Afghanistan between October 2000 and February 2001—which would later result in a U.S. court finding Iran culpable for the 9/11 attacks. Such travel facilitation assistance continued long after the 9/11 attacks. This kind of travel facilitation could aid al-Qaeda in playing a role

---

[315] **PX130**, U.S. Department of the Treasury, press release, "Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point," July 28, 2011.

[316] Ibid.

[317] **PX127**, U.S. Department of the Treasury, press release, "Treasury Further Exposes Iran-Based Al-Qa'ida Network," October 18, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1741.aspx.

PX5

in Iraq during the Iraq War, as the militant organization could take advantage of travel facilitation to move into Iran's neighbor. In February 2012, the U.S. Treasury Department disclosed how Iran's Ministry of Intelligence and Security (MOIS) had "facilitated the movement of al Qa'ida operatives in Iran and provided them with documents, identification cards, and passports."[318]

- A fifth category of Iranian material support to al-Qaeda was **financial and infrastructure assistance to carry out attacks and establish new bases**. As I discuss, in November 2008, Western intelligence agencies intercepted a letter written by Ayman al-Zawahiri in which he attributed al-Qaeda's success in pulling off an attack on the U.S embassy in Yemen to the "monetary and infrastructure assistance" of the IRGC. In the same letter, he also credited Iran with helping al-Qaeda establish new bases in Yemen.

## VI.   Iranian Support for the Zarqawi Organization

In addition to its support for the al-Qaeda organization, Iran specifically supported the Zarqawi organization (also known as al-Qaeda in Iraq, or AQI). Available evidence suggests that Iran had contact with AQI and was willing to provide financial and logistical assistance specifically for its campaign of violence in Iraq between 2003 and 2011. Iran's degree of support for the Zarqawi organization unsurprisingly fluctuated, as AQI was virulently anti-Shia (as is its successor organization, ISIS), but its existence is nonetheless clear.

Prior to 9/11, Zarqawi's association with al-Qaeda allowed him to take advantage of Iran's permissive attitude toward Sunni jihadists during this period. Brian Fishman writes that al-Qaeda "would arrange start-up money for Zarqawi to build a camp near Herat, along the Iranian border, and provide logistical support through a network of safe houses in the Iranian cities of Tehran and Mashaad."[319] These safe houses may have been the same as those used by al-Qaeda operatives traveling between Afghanistan and the Gulf. Iran's permissiveness was an explicit and deliberate policy.[320]

_Muhammad Khalil al-Hakaymah in Iran_
In the immediate aftermath of the 9/11 attacks, Zarqawi and his supporters continued to enjoy a same permissive travel environment in Iran. For example, Muhammad Khalil al-Hakaymah, a Zarqawi loyalist who would later rise to a prominent position in al-Qaeda, leveraged his connections with Afghan warlord Gulbuddin Hekmatyar to transit Iran _en route_ to Afghanistan after 9/11. Fishman writes:

> Hakaymah was still in London on 9/11, but after seeing the carnage in the United States decided immediately to return to Afghanistan. To get there, like so many Zarqawi supporters before him, he would travel across Iran….

> After landing in Tehran, Hakaymah contacted Hekmatyar's network, members of which arranged for him to travel to the Iranian border near Afghanistan's Nimroz

---

[318] **PX68**, U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," February 16, 2012.
[319] Brian Fishman, _The Master Plan: ISIS, al-Qaeda, and the Jihadi Strategy for Final Victory_ Kindle ed. (New Haven: Yale University Press, 2016), loc. 472.
[320] Ibid., loc. 509.

PX5

province. The journey was smooth until his family was arrested by Iranian intelligence along the border. As Hakaymah put it: "[The Iranians] were most interested in Sheikh Hekmatyar's role in smuggling people across the border. At the time, the United States was putting pressure on Iran to close down [Hekmatyar's] operations because [he] had declared jihad and urged [his] followers in Afghanistan to resist the Americans." ….

He and his family were held for a week in a hotel near the border—and then, one morning, the guards simply disappeared. Hakaymah did not stop to reason why. Instead, he arranged for his family to stay in an Iranian Sunni town and contacted a smuggler. A few days later Hakaymah was trotting along amidst a crowd of gasoline-laden donkeys into Afghanistan.[321]

Hakaymah's refuge in Afghanistan would be short-lived, however. He and other jihadists who fled there shortly after 9/11 found that they had to reverse course following the U.S.-led invasion to oust the Taliban. Iran again lent its support, allowing Zarqawi and a cohort of Arab mujahedin he had commanded in Afghanistan, including Hakaymah, to reenter its territory.[322]

Beyond his affiliation with Zarqawi while in Iran, Hakaymah may have also played a key role in shaping al-Qaeda's future actions by authoring a consequential strategic text. "Several informed sources" believe Hakaymah was the author of the jihadist text known as *The Management of Savagery*.[323] This book was an "influential text among jihadis" that provided additional information to build upon the ideas put forth in the master plan that Saif Al-Adl shaped while he was under house arrest in Iran.[324] Fishman explains that, "unlike the master plan, *The Management of Savagery* discusses operational questions of leadership, training programs, target selection, and ultimately, the sort of governance an Islamic state should provide."[325] Fishman further elaborates on the implications of Hakaymah being the likely author of this text:

> *The Management of Savagery* has long been considered an influential text among jihadis, but if Hakaymah was the author then it takes on added importance. Just like al-Adl, Hakaymah lived in Iran when the book was published, and just like al-Adl he had ties with the Iranian government predating 9/11. Moreover, *The Management of Savagery* was first published by Mu'askar al-Battar, an al-Qaeda propaganda outlet based in Saudi Arabia that published many of al-Adl's articles during the same period. Hakaymah also knew Zarqawi personally, having escaped with them from Afghanistan and Pakistan after 9/11. Taken together, the master plan and *The Management of Savagery* offered strategic and operational plans for Zarqawi's war in Iraq and beyond. But these were not documents developed remotely from Zarqawi; they were produced by men that know him personally and were likely in direct communication with him when they were written.[326]

---

[321] Fishman, *The Master Plan,* locs. 525-39.
[322] Ibid., locs. 546-53.
[323] Ibid., loc. 829.
[324] Ibid., loc. 834.
[325] Ibid., loc. 822.
[326] Ibid., locs. 834-37.

PX5

Hakaymah's likely authorship of *The Management of Savagery* may serve as another example illustrating the impact of Iranian sanctuary for key al-Qaeda leaders. Men like Hakaymah and al-Adl had the opportunity to think deeply about jihadist strategy and develop critical texts that would guide both al-Qaeda and also al-Qaeda in Iraq's "strategic and operational plans" for the "war in Iraq and beyond."[327]

*The Zarqawi Organization's Establishment in Iraq & Reliance Upon Iran*
With the assistance of the IRGC's Quds Force, Zarqawi and his cohort proceeded to Iraqi Kurdistan, where they organized Tawhid wal-Jihad, AQI's forerunner, which this report discussed previously.[328] A 125-page report by the German Federal Criminal Investigation Bureau (BKA) describes how Iran allowed Zarqawi to establish new camps and safe houses for his operatives in Zahedan, Isfahan, and Tehran. These facilities were used to send forged passports, money and operational orders across the Middle East to Turkey and even into Europe, thus transforming Iran into a critical hub for his fast-growing militant network. Communications were channeled by satellite, cell and land phones, and handled through middlemen with the IRGC's support.[329]

Even as Zarqawi's targeting in the Iraq theater took on an explicitly sectarian bent, and he became notorious for attacks on the country's Shia population, Iran continued its support for AQI, seemingly because the Islamic Republic saw destabilizing American efforts in Iraq as its greatest priority. Fishman elaborates on the complicated relationship between Zarqawi and Iran:

> The relationships undergirding Zarqawi's strategy were riddled with paradoxes. Even as Zarqawi and his successors targeted Shia Muslims in Iraq, they relied on networks in Shia Iran—including al-Adl and Hakaymah—to communicate with al-Qaeda, and networks in Alawite-led Syria (a sect that includes many Shia beliefs) to import foreign fighters. And even as Iran and Syria tolerated the jihadi networks, they bolstered Shia militias fighting the Zarqawiists.[330]

Fishman highlights that one crucial aspect of Iranian support to Zarqawi was his "continued reliance on logistics networks traversing Iran."[331] Tehran funneled weapons and mines to Zarqawi strongholds in Fallujah and elsewhere in Sunni-dominated Anbar Province.[332] Iran also continued to permit Zarqawi recruits to transit Iranian territory and make use of safe houses in different parts of the country. Tehran also harbored facilitators with links to AQI. One such person was Muhsin al-Fadhli (discussed above), who served in both Chechnya and Afghanistan and was a protégé of Suleiman Abu Gheith and the Chechen militant leader Ibn al-Khattab. Prior to his involvement in the Iraqi insurgency, Fadhli acted as a senior leader of al-Qaeda cells in the Gulf, where he helped plan and finance the attack on the USS *Cole* in 2000 and the suicide bombing against the French oil tanker *MV Limburg* two years later. His name was also linked to the strike against U.S. Marines on Kuwait's Faylaka Island in 2002.[333] The U.S. Treasury designated al-Fadhli in 2005 for providing financial and

---

[327] Ibid.
[328] See **PX241**, Joel Rayburn & Frank Sobchak, *The U.S. Army in the Iraq War – Volume 1* (2019), p. 21.
[329] Urs Gehriger, "Abu Musab al-Zarqawi: From Green Man to Guru," *signandsight.com,* September 11, 2005, http://www.signandsight.com/features/449.html; Dan Darling, "The Cicero Articles," *Long War Journal,* October 30, 2005.
[330] Fishman, *The Master Plan,* loc. 949.
[331] Ibid., loc. 923.
[332] Bill Roggio, "Iran and al Qaeda in Iraq," *The Long War Journal,* January 6, 2007.
[333] **PX128**, U.S. Department of the Treasury, press release, "Treasury Takes Action to Stem Funding to the Iraqi Insurgency," February 15, 2005, https://www.treasury.gov/press-center/press-releases/Pages/js2252.aspx; Husayn al-

PX5

material support to Sunni militants fighting in Iraq. At the time, he was the principal link man for channeling money and material support to the Zarqawi network.[334]

In December 2006, further evidence of Iranian support for AQI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[335] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq and Ansar al-Sunna."[336]

In 2008, a leading Sunni militant named Mubarak Mushakhas Sanad al-Bathali directly tied Iran to AQI. In an interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was both providing the group with money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to "deter the United States, in order for it [the U.S.] not to give its entire attention to Iran."[337] The admission was compelling given al-Bathali's background and activities. A Kuwaiti national, he had acted as one of al-Qaeda's principal fundraisers for years. Between 2003 and 2004, he was also known to have sent money to the Zarqawi organization.[338] According to the United Nations Security Council, Bathali "has supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks, and inciting others to join campaigns of violence."[339] He was added to the U.S. Treasury Department's list of Specially Designated Global Terrorists in July 2006.[340]

Further evidence of Iranian support to AQI came in February 2012, when the United States designated Iran's Ministry of Intelligence and Security (MOIS) for its ongoing and systematic sponsorship of a variety of terrorist organizations. Among the entities listed was AQI (the name by which the U.S. government still identified the Zarqawi organization at the time), which according to the Treasury Department received not only money and weaponry but also "intermediary services" that helped secure the release of the group's imprisoned operatives.[341]

*Rationalizing Iranian Support to al-Qaeda and the Zarqawi Organization*

Iranian support to the al-Qaeda network and the Zarqawi organization is essentially a product of pragmatic expediency. While the Islamic Republic has never sought to consolidate an ideological

---

Awami, "Looking for Foreign Elements to Activate the Organization … a Tough Task for Al-Qa'ida in Saudi Arabia: Getting Over the Siege and Setbacks," *Al-Hayah* (Arabic), April 12, 2006.

[334] **PX127**, U.S. Department of the Treasury, press release, "Treasury Further Exposes Iran-Based Al-Qa'ida Network," October 18, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1741.aspx; Awami, "Looking for Foreign Elements."

[335] Sudarsan Raghavan & Robin Wright, "Iraq Expels 2 Iranians Detained by U.S.," *Washington Post*, December 30, 2006.

[336] **PX637**, Eli Lake, "Iran's Secret Plan for Mayhem," *The New York Sun*, January 3, 2007.

[337] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," *Al-Qabas*, May 7, 2008.

[338] **PX70**, U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," Dec. 7, 2006, https://www.treasury.gov/press-center/press-releases/Pages/hp191.aspx.

[339] **PX525**, United Nations Security Council, "Mubarak Mushakhas Sanad Mubarak Al-Bathali," April 6, 2009.

[340] **PX70**, U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," Dec. 7, 2006.

[341] **PX68**, U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," February 16, 2012.

PX5

alliance with the group on account of its Sunni extremist orientation, Iran has been willing to coordinate tactically when doing so furthers its own interests.

Adopting such a stance is in line with Tehran's general approach to foreign relations and is one that has borne dividends. The provision of logistical and operational support has buttressed the ability of al-Qaeda to target a common enemy, the United States. At the same time, allowing the group's cadres to shelter on its soil has afforded Iran with leverage in its dealings with Washington: restrictions on al-Qaeda's activities can be loosened to deter or retaliate against American actions, while tighter control can be exercised in exchange for concessions, or to improve bilateral relations.[342] Finally, working with al-Qaeda provided Iran with an insurance policy that often helped to shield it from the group's attacks. Indeed, during the 2003-2011 period this arrangement seemingly provided Iran with a great deal of insulation from the Zarqawi organization.[343] There are multiple illustrations of this insulation, including ISIS spokesman Adnani's thunderous 2014 accusation that al-Qaeda core had held the Zarqawi organization back from striking Iran. Another illustration of this dynamic is a 2005 letter from Zawahiri to Zarqawi, in which the former denounced the latter's use of indiscriminate violence against the Shia and called for a cessation in order to preserve relations with Tehran:

> Why kill ordinary Shia considering that they are forgiven because of their ignorance? And what loss will befall us if we did not attack the Shia? And do the brothers forget that we have more than 100 prisoners—many of whom are from the leadership who are wanted in their countries—in the custody of the Iranians? And even if we attack the Shia out of necessity, then why do you announce this matter and make it public, which compels the Iranians to take counter measures? And do the brothers forget that both we and the Iranians need to refrain from harming each other at this time in which the Americans are targeting us?[344]

Scholar Assaf Moghadam assesses that although AQI "continued to target Shi'a in Iraq, AQI and its successor organizations clearly heeded al-Zawahiri's injunction when it came to Shi'a in Iran."[345]

In summary, as former Director of National Intelligence James Clapper testified before the Senate Armed Forces Committee in 2012, Iran's relationship with al-Qaeda can be viewed as tantamount to a "longstanding … shotgun marriage or marriage of convenience."[346] Despite having a vastly divergent religious outlook, Tehran has identified at various times operational interests that can be advanced by working with al-Qaeda. It has accordingly put aside ideological reservations that could serve as a barrier to such cooperation.

Iran's assistance to the Zarqawi organization can be viewed in the same self-interested light as its support for al-Qaeda. For the most part, Tehran's backing for Zarqawi's group was part of a wider strategy aimed at accelerating the eviction of U.S. troops from Iraq, while simultaneously ensuring against the emergence of a strong Shia state that could threaten the legitimacy—and predominance—

---

[342] **PX630**, Daniel Byman, "The Odd Couple," *Foreign Policy*, February 21, 2012; **PX224**, Moghadam, "Marriage of Convenience."
[343] **PX631**, Byman, "Unlikely Alliance," p. 29.
[344] **PX910**, "Letter from al-Zawahiri to al-Zarqawi," 2005, available at https://fas.org/irp/news/2005/10/letter_in_english.pdf.
[345] **PX224**, Moghadam, "Marriage of Convenience."
[346] Cited in **PX707**, Thomas Joscelyn, "DNI Clapper: 'Shotgun Marriage' Between Iran and Al Qaeda," *Weekly Standard*, February 17, 2012.

PX5

of Iran's clerical regime.[347] This effort entailed a deliberate policy of creating instability in Iraq that would both impose political, economic and human costs on the United States and delegitimize the American-led coalition.[348]

*Categories of Iranian Material Support to the Zarqawi Organization*

Iranian material support was critical for the Zarqawi organization to function as an insurgent group in Iraq. In a briefing entitled "Multi-National Force – Iraq Commander's Counterinsurgency Guidance," Gen. David Petraeus, the former commander of Multi-National Force – Iraq, highlighted the Zarqawi organization's needs to establish itself. The accompanying graphic shows how Gen. Petraeus illustrated AQI's needs.[349]



According to Gen. Petraeus's illustration, the Zarqawi organization required weapons, money, safe haven, popular support, and senior leader guidance. Tehran ultimately either provided or otherwise empowered the Zarqawi organization to obtain all of these various needs. This is my summary, based on the preceding analysis in this section, of specific ways that Iran's leadership helped to fulfill the material needs for the Zarqawi organization:

- The first category of Iranian material support to the Zarqawi organization is **providing money and weapons to the Zarqawi organization.** In 2004, for example, Iran provided Zarqawi with mines and weapons at his strongholds in Fallujah and elsewhere in Anbar province.[350] Additionally, as this section details, in December 2006 the capture of two Quds Force operatives in Iraq provided evidence of Iran's work with AQI. These two individuals had documents providing weapons lists, shipment information regarding transactions with Iraq, organizational charts, phone records, and maps, as well as information about "importing modern, specially shaped explosive charges into Iraq."[351] In 2012, the U.S. Treasury

---

[347] **PX241**, Rayburn & Sobchak, *The U.S. Army in the Iraq War – Volume 1*, p. 187; **PX212**, Brian Fishman and Joseph Felter, *Iranian Strategy in Iraq: Politics and "Other Means"* (West Point, NY: Combating Terrorism Center at West Point, 2008), p. 56; Daniel Byman, "Iran's Support for Terrorist Groups," *Lawfare*, May 25, 2015, https://www.lawfareblog.com/irans-support-terrorist-groups.

[348] **PX241**, Rayburn & Sobchak, *The U.S. Army in the Iraq War – Volume 1*, p. 187.

[349] **PX917**, "Multi-National Force – Iraq Commander's Counterinsurgency Guidance," Multi-National Force – Iraq, July 15, 2008.

[350] Bill Roggio, "Iran and al Qaeda in Iraq," *The Long War Journal*, January 6, 2007.

[351] Sudarsan Raghavan & Robin Wright, "Iraq Expels 2 Iranians Detained by U.S.," *Washington Post*, December 30, 2006.

PX5

Department also revealed that Iran's MOIS was providing money and weapons directly to the Zarqawi organization.

- A second category of Iranian support is **giving sanctuary for critically important Zarqawi organization leaders and enabling these individuals to carry out tasks and duties for the Zarqawi organization from within Iranian borders.** One notable beneficiary of Iranian safe haven was Muhsin al-Fadhli. The Treasury Department sanctioned al-Fadhli for being a key al-Qaeda leader who was "believed to be providing support to fighters against U.S. and multinational forces and is considered a major facilitator connected to the brutal terrorist, Abu Musab al-Zarqawi."[352] In a later sanctions designation targeting Adel Radi Saqr al-Wahabi al-Harbi, an al-Qaeda operative in Iran, Treasury detailed al-Fadhli's significance to al-Qaeda's Iran financial and logistics network, including facilitating "the travel of extremists to Afghanistan or Iraq via Iran" and also seeking funds to carry out attacks.[353] Note that this sanctuary for senior Zarqawi organization leaders fulfilled two of the categories of organizational needs that Gen. Petraeus outlined (both safe haven and also facilitating senior leader guidance).

- A third category of Iranian support is **providing safe houses and travel facilitation for Zarqawi organization leaders and fighters to help expand the organization's reach**. Among other things, the Quds Force let Zarqawi establish safe houses and camps in Zahedan, Isfahan, and Tehran.

- A fourth category of Iranian support to the Zarqawi organization was **MOIS providing intermediary services to help** negotiate the release of Zarqawi organization prisoners.

Overall, Iranian support was essential for the Zarqawi organization to fulfill the material needs highlighted by Gen. Petraeus. Iran's support helped the Zarqawi organization to become a lethal and formidable insurgent force.

## XVIII. Conclusion

Thus, relying on my background, education, training and experience, as well as substantial evidence commonly used by experts in relevant fields, it is my expert opinion that:

A. The Islamic Republic of Iran has an extensive history of using VNSAs as proxy groups to advance its foreign policy goals. Among other things, Iran has used these groups to launch attacks against U.S. forces in Iraq while retaining a degree of plausible deniability. While Iran has provided substantial support to Shia proxy groups throughout the Middle East, the Islamic Republic has also backed Sunni militant groups, including al-Qaeda, the Zarqawi organization (aka al-Qaeda in Iraq), and Ansar al-Islam/Ansar al-Sunnah, when such support aligned with Iran's state interests.

---

[352] **PX128**, U.S. Department of the Treasury, press release, "Treasury Takes Action to Stem Funding to the Iraqi Insurgency," February 15, 2005.
[353] **PX127**, U.S. Department of the Treasury, press release, "Treasury Further Exposes Iran-Based Al-Qa'ida Network," October 18, 2012.

PX5

B. Iran provided substantial support to al-Qaeda, the Zarqawi organization, and Ansar al-Islam/Ansar al-Sunnah, in the form of training, financial support, weapons, safe haven, lodging, travel and transportation, and expert knowledge and assistance in tactics, techniques, procedures, and attack planning.

C. The best available evidence indicates that Sunni militants needed Iranian support to establish safe havens, routes of communication, and travel and supply routes. Iranian support was also causally connected to these groups' ability to obtain, assemble, and/or utilize the weapons and munitions that they employed in Iraq, including rockets, mortars, improvised explosive devices, small arms, and other equipment and materiel vital to their operations.

D. Given the nature and extent of Iranian material support to al-Qaeda, the Zarqawi organization, and Ansar al-Islam/Ansar al-Sunnah, Iran's assistance was critical to the survival and growth of these militant organizations, and significantly increased their capabilities. As such, certain attacks in Iraq committed by these groups from at least 2003 to 2011 bear a reasonable connection to Iran's sponsorship and support.

I hold the conclusions and opinions detailed in this declaration to a reasonable degree of professional certainty, and declare the foregoing under the penalty of perjury:

Daveed Gartenstein-Ross, Ph.D.

PX5

**DAVEED GARTENSTEIN-ROSS**
daveed@valensglobal.com   •   646-246-4179

**Dr. Daveed Gartenstein-Ross** is a scholar, practitioner, author, and entrepreneur who is the co-founder and chief executive officer of Valens Global, a private firm that empowers clients as they navigate and address emergent challenges rooted in security, technology, and a changing global society. In addition, he is a Senior Advisor on Asymmetric Warfare at the Foundation for Defense of Democracies, a nonpartisan policy institute in Washington, D.C., and an Associate Fellow at the International Centre for Counter-Terrorism – The Hague (ICCT). Past positions he has held include Senior Advisor to the Director of the U.S. Department of Homeland Security's Office for Community Partnerships (2016-17) and Fellow at Jigsaw, a tech incubator within Google with the mission of exploring threats to open societies and building technology that inspires scalable solutions. He has been described as "a rising star in the counterterrorism community" by *The International Herald Tribune*.

In a career focused on understanding violent non-state actors' (VNSAs) role in the world and to helping policymakers, government agencies, private companies, and others fashion innovative solutions to the challenges that VNSAs pose, Dr. Gartenstein-Ross has undertaken significant work specifically focused on Iraq-based Sunni and Shia militant groups. In addition to spending time in Iraq during the height of the country's civil war, he has written extensively about both Sunni and Shia militant groups active in the Iraq-Syria theater; testified multiple times before federal courts as an expert witness on these groups; advised private clients on security issues related to moving personnel through Iraq during the apex of ISIS's power; led training for U.S. military units preparing to deploy to the Iraq-Syria theater; and worked on successful hostage negotiations with an Iraq-based Shia militant group (Asaib Ahl al-Haq).

As a scholar, Dr. Gartenstein-Ross is the author or volume editor of over 30 books and monographs, with a book on jihadist groups' organizational learning processes forthcoming from Columbia University Press. Dr. Gartenstein-Ross has testified on his areas of core competency before the U.S. House and Senate over a dozen times, as well as before the Canadian House of Commons and the European Parliament. He holds a Ph.D. in world politics from the Catholic University of America and a J.D. from the New York University School of Law.

### EDUCATION

*10,000 Small Businesses* Certificate of Entrepreneurship, sponsored by the Goldman Sachs Foundation, classes held at Babson College, Wellesley, Mass., 2018.
Ph.D., World Politics, The Catholic University of America, Washington, D.C., 2014.
M.A., World Politics, The Catholic University of America, Washington, D.C., 2010.
J.D., *magna cum laude*, New York University School of Law, New York, N.Y., 2002.
B.A. with Honors, Communication, *magna cum laude*, Wake Forest University, Winston-Salem, N.C., 1998.

### SELECTED PROFESSIONAL EXPERIENCE

Valens Global, Washington, D.C. Chief Executive Officer, 2014-present.
- Valens is a private firm dedicated to understanding, predicting, and acting to empower clients to navigate and address emergent challenges rooted in security, technology, and a changing global society. Its applications of this core expertise include delivering training, threat assessments, and reports; designing campaigns in the counter-disinformation and counter-extremism space; leading war games and strategic simulations; and helping clients upgrade their physical security through a technique called *crisis architecture*.
- Valens was named to *Entrepreneur Magazine*'s E360 list of the top small businesses in the United States in 2018-19 (no list was released in 2020 due to the COVID-19 pandemic).

International Centre for Counter-Terrorism (ICCT) – The Hague, Netherlands. Associate Fellow, 2013-present.
- I served as a visiting fellow in March-April 2013, during which I lived in The Hague and undertook a major research project on post-Arab Spring salafi jihadism in Tunisia. The project included field research in Tunisia and culminated in the study *Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad* (2013).

PX5

Senior Advisor to the Director, Office for Community Partnerships, U.S. Department of Homeland Security, Washington, D.C., 2016-2017.

Jigsaw/Google, New York, N.Y. Fellow, 2016-2017.

- Jigsaw is a tech incubator in Google that forecasts and confronts emerging threats. Per its website, Jigsaw "builds technology to tackle some of the toughest global security challenges facing the world today." My fellowship was designed to help Jigsaw address the organization's concern about violent extremist groups' use of the online space. Most of my work for Jigsaw remains confidential, though one project that has been made public is the Redirect Method for individuals who were searching for ISIS propaganda on YouTube.[1]

Georgetown University, Washington, D.C. Security Studies Program, Adjunct Assistant Professor, 2013-2017.

The Catholic University of America (M.A. program), Washington, D.C. Lecturer, 2012, 2015.

Foundation for Defense of Democracies (FDD), Washington, D.C. Senior Advisor on Asymmetric Warfare, 2019-present; Non-Resident Fellow, 2018-19; Senior Fellow, 2010-18; Vice President of Research, 2007-10.

## LEGISLATIVE TESTIMONY

"Dollars Against Democracy: Domestic Terrorist Financing in the Aftermath of Insurrection," U.S. House Committee on Financial Services, Subcommittee on National Security, International Development, and Monetary Policy, February 25, 2021.

"Exchange of Views on the Continuing Global Threat from Daesh and its Affiliates," testimony before the European Parliament, Subcommittee on Security and Defense, October 28, 2020.

"ISIS Post Caliphate: Threat Implications for America and the West," testimony before the House Committee on Homeland Security, May 23, 2018.

"Radicalization in the U.S. and the Rise of Terrorism," U.S. House Subcommittee on National Security and the Subcommittee on Government Operations of the Committee on Oversight and Government Reform, September 14, 2016.

"Terror in Europe: Safeguarding U.S. Citizens at Home and Abroad," U.S. Senate Committee on Homeland Security and Governmental Affairs, April 5, 2016.

"Boko Haram: The Islamic Insurgency in West Africa," U.S. House Committee on Foreign Affairs, Subcommittee on Terrorism, Nonproliferation, and Trade, February 24, 2016.

"The Paris Attacks: A Strategic Shift by ISIS?," U.S. House Committee on Foreign Affairs Subcommittee on Terrorism, Nonproliferation, and Trade, December 2, 2015.

"The Impact of ISIS on the Homeland and Refugee Resettlement," U.S. Senate Committee on Homeland Security and Governmental Affairs, November 19, 2015.

"Radicalization: Social Media and the Rise of Terrorism," U.S. House Committee on Oversight and Government Reform, Subcommittee on National Security, October 28, 2015.

"Admitting Syrian Refugees: The Intelligence Void and the Escalating Homeland Security Threat," U.S. House Committee on Homeland Security, Subcommittee on Counterterrorism and Intelligence, June 24, 2015.

"Jihad 2.0: Social Media in the Next Evolution of Terrorist Recruitment," U.S. Senate Foreign Relations Committee, May 7, 2015.

"The Islamic State's Strengths and Vulnerabilities," House of Commons Standing Committee on Foreign Affairs and International Development (Canada), February 5, 2015.

"Successes and Failures of the U.S. and NATO Intervention in Libya," House Committee on Oversight and Government Reform, May 1, 2014.

"Syria Spillover: The Growing Threat of Terrorism and Sectarianism in the Middle East," U.S. Senate Foreign Relations Committee, March 6, 2014.

"State of al-Qaeda, Its Affiliates, and Associated Groups," U.S. House Armed Services Committee, February 4, 2014.

"The Terrorist Threat in North Africa: Before and After Benghazi," Joint U.S. House Subcommittee Hearing of Subcommittee on Terrorism, Nonproliferation and Trade, and Subcommittee on the Middle East and North Africa, July 10, 2013.

"Islamic Extremism in American Prisons," Georgia State Legislature (U.S.), September 11, 2007.

---

[1] See coverage of this project in Andy Greenberg, "Google's Clever Plan to Stop Aspiring ISIS Recruits," *Wired*, September 7, 2016, https://www.wired.com/2016/09/googles-clever-plan-stop-aspiring-isis-recruits/. I led Valens Global's efforts to map the counter-extremist narrative space on YouTube for this project.

PX5

"Prison Radicalization: Are Terrorist Cells Forming in U.S. Cell Blocks?," U.S. Senate Homeland Security and Governmental Affairs Committee, September 19, 2006.

## EXPERT GROUPS

United Nations Counter-Terrorism Centre (UNCCT), Expert Group Meeting, "The Malicious Use of Artificial Intelligence for Terrorist Purposes," webinar, February 9, 2021.

Global Counterterrorism Forum (GCTF), virtual consultation, "GCTF Strategic Vision for the Next Decade," December 4, 2020.

## EXPERT WITNESS

*Selig v. Islamic Republic of Iran* (District of D.C., 2021). Expert witness for plaintiffs in case centered on Iranian support for the Taliban and Haqqani Network.

*Fields v. Syria Arab Republic* (District of D.C., 2021). Expert witness for plaintiffs in case centered on Syrian support for the militant group ISIS.

*Sotloff v. Syrian Arab Republic* (District of D.C., 2021). Expert witness for plaintiffs in case centered on Syrian support for the militant group ISIS.

*Doe v. Syrian Arab Republic*, CA 1:18-cv-00066-KBJ-GMH (District of D.C., 2020). Expert witness for plaintiffs in case centered on Syrian support for the militant group ISIS.

*Fritz v. Islamic Republic of Iran*, CA 15-456 (District of D.C., 2018). Expert witness for plaintiffs in case centered on Iranian support for the militant group Asaib Ahl al-Haq (AAH). Defendant found liable.

*United States v. Young*, Case No. 1:16-cr-00265-LMB (E.D. Va., 2017). Expert witness for prosecution in the first criminal trial of an American law enforcement officer for material support for terrorism. Defendant convicted.

*Foley v. Syrian Arab Republic*, CA 11-699 (District of D.C., 2016). Expert witness for plaintiffs, testifying about the Zarqawi network's culpability in the deaths of three Americans. Defendant found liable.

*United States v. Abdul Kareem* (District of Arizona, 2016). Litigation consultant for the defense.

*In the Matter of Abdul Qadir* (Arlington, Va. Immigration Court, 2015). Expert witness on the Taliban in Afghanistan.

*In the Matter of A.D.* (Memphis, Tenn. Immigration Court, 2012). Expert witness on al-Shabaab and country conditions in Somalia.

*In the Matter of B.O. in Removal Proceedings* (Boston Immigration Court, 2012). Expert witness on al-Qaeda's activities and capabilities in Kenya.

*In the Matter of A.A.W.* (Bloomington, Minnesota Immigration Court, 2012). Expert witness on al-Shabaab and country conditions in Somalia.

*In the Matter of A.A.I.* (Colorado Immigration Court, 2011). Expert witness on al-Shabaab and country conditions in Somalia.

*In the Matter of the Application for Withholding of A.A.M.* (Boston Immigration Court, 2011). Expert witness on al-Shabaab and country conditions in Somalia.

*In the Matter of the Application for Asylum of M.A.A.* (N.J. Immigration Court, 2009). Expert witness on al-Shabaab and country conditions in Somalia.

## SELECTED TRAINING PROGRAMS (Instructor)

"Jihadist Propaganda and the Rise of ISIS," Foreign Service Institute, U.S. Department of State, January 28, 2022.

"ISIS Case Study," Foreign Service Institute, U.S. Department of State, November 17, 2021. *Designed and delivered interactive module on ISIS's use of disinformation about Derna during its Libya campaign.*

"The Transnational White Supremacist Extremist Threat," PayPal, November 8, 2021.

"The Transnational White Supremacist Extremist Threat," Wells Fargo, September 23, 2021.

"Jihadist Propaganda and the Rise of ISIS," Foreign Service Institute, U.S. Department of State, June 11, 2021.

"Jihadist Propaganda and the Rise of ISIS," Foreign Service Institute, U.S. Department of State, March 19, 2021.

"Jihadist Propaganda and the Rise of ISIS," Foreign Service Institute, U.S. Department of State, October 2, 2020.

"Jihadist Propaganda and the Rise of ISIS," Foreign Service Institute, U.S. Department of State, June 12, 2020.

"The Transnational White Supremacist Extremist Threat," U.S. Customs & Border Protection, Buffalo and Boston Field Offices (delivered via Microsoft TEAMS), May 5, 2020.

"Armed Rebel Groups and Violent Extremist Groups in the Levant," 158th Military Engagement Team, Phoenix, Ariz., March 2-3, 2019.

PX5

"Security Situation and Armed Rebel Groups & Violent Extremist Groups in the Levant," 184th Expeditionary Sustainment Command, Camp Shelby, Mississippi, October 29, 2018.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Montross, Va., September 9, 2018.

"The Spread of ISIS to the Greater Levant," 158th Military Engagement Team, Phoenix, Ariz., August 21, 2018.

"The World and I: How Global Events Can Shape the Threats You Confront Locally," Anti-Defamation League, Advanced Training School, Washington, D.C., June 19, 2018.

"The World and I: How Global Events Can Shape the Threats You Confront Locally," Anti-Defamation League, Advanced Training School, Washington, D.C., December 5, 2017.

"Online Radicalization: Analysis of Social Media & Networks," Bulgarian Ministry of Interior & Ministry of Defense, Sofia, Bulgaria, September 5-8, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., August 21, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., July 10, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., June 26, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., June 12, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., May 15, 2017.

"Illegal Weapons Traffic & Usage," U.S. Customs & Border Protection, Washington, DC, May 2, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., April 24, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., March 6, 2017.

"The Islamic State's European Networks," U.S. Customs & Border Protection, Washington, DC, February 15, 2017.

"Implications of Refugee Resettlement in Canada," U.S. Customs & Border Protection, Washington, DC, January 11, 2017.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., November 14, 2016.

"The Global Migration Crisis," U.S. Customs & Border Protection, Washington, DC, November 8, 2016.

U.S. Army Central Command, Shaw Air Force Base, Sumter, South Carolina, August 31, 2016.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., August 22, 2016.

Maryland Army National Guard, 29th Infantry Division, El Paso, Tex., August 9, 2016.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., July 11, 2016.

Individual Terrorism Awareness Course (INTAC), Army Corps of Engineers, Winchester, Va., June 20, 2016.

3-197th Field Artillery Regiment, Fort Bliss, Tex., March 20, 2016.

3-197th Field Artillery Regiment, Fort Bliss, Tex., February 19, 2015.

4th Brigade Combat Team, 1st Armored Division, Fort Bliss, Tex., October 30, 2014.

4th Squadron, 3rd Cavalry Regiment, Fort Hood, Tex., March 25, 2014.

3rd Sustainment Command (Expeditionary), Fort Knox, Ky., March 12, 2014.

32nd Infantry Brigade Combat Team, Fort McCoy, Wis., February 11, 2014.

3rd Medical Command, Fort Hood, Tex., January 18, 2014.

3-238 General Support Aviation Battalion, Fort Hood, Tex., January 8, 2014.

42nd Combat Aviation Brigade, Fort Hood, Tex., October 29, 2013.

19th Engineering Battalion, Fort Knox, Ky., October 1-2, 2013.

2nd Brigade Combat Team, 4th Infantry Division, Fort Carson, Colo., August 6, 2013.

Afghanistan/Pakistan Hands, Washington, D.C., August 4, 2013.

6th Squadron, 9th Cavalry, Fort Hood, Tex., July 24, 2013.

Afghanistan/Pakistan Hands, Washington, D.C., June 22, 2013.

55th Sustainment Brigade, Fort Hood, Tex., June 17, 2013.

2nd Brigade, 1st Cavalry Division, Fort Hood, Tex., February 20-21, 2013.

1st Stryker Brigade Combat Team, 25th Infantry Division, Fort Wainwright, Alaska, February 5-6, 2013.

Afghanistan/Pakistan Hands, Washington, D.C., December 2, 2012.

Polish Army Special Forces, Krakow, Poland, Nov. 13-15, 2012.

Counter Threat Training (mirror image course for U.S. military), Salt Lake City, Utah, Nov. 4-9, 2012.

Afghanistan/Pakistan Hands, Washington, D.C., Oct. 20, 2012.

4th Brigade Combat Team, 10th Mountain Division, Fort Polk, La., Oct. 9-10, 2012.

Afghanistan/Pakistan Hands, Washington, D.C., Sept. 16, 2012.

38th Sustainment Brigade, North Fort Hood, Tex., Sept. 12-13, 2012.

1st Brigade Combat Team, 3rd Infantry Division, Fort Stewart, Ga., Aug. 22-24, 2012.

136th Maneuver Enhancement Brigade, Fort Hood, Tex., Aug. 17-19, 2012.

PX5

311th Sustainment Command (Expeditionary), Los Angeles, Calif., Aug. 3-5, 2012.
53rd Civil Support Team, Indiana National Guard, Indianapolis, Ind., July 24, 2012.
Croatian Military Academy, Zagreb, Croatia, June 19, 2012.
63rd Signal Battalion, Fort Gordon, Ga., June 5, 2012.
Oregon National Guard, Salem, Ore., May 22, 2012.
Afghanistan/Pakistan Hands, Washington, D.C., Apr. 21, 2012.
Afghanistan/Pakistan Hands, Washington, D.C., Feb. 25, 2012.
5-19th Agribusiness Development Team, Edinburgh, Ind., Feb. 9, 2012.
Afghanistan/Pakistan Hands, Washington, D.C., Jan. 21, 2012.
Provincial Reconstruction Teams, Camp Atterbury, Ind., Jan. 5, 2012.
BAE Systems, McLean, Va., Dec. 1, 2011.
25th Combat Aviation Brigade, Schofield Barracks, Hawaii, Nov. 15, 2011.
Afghanistan/Pakistan Hands, Washington, D.C., Oct. 15, 2011.
4th Infantry Brigade Combat Team, 1st Infantry Division, Fort Riley, Kans., Oct. 12-13, 2011.
411th Engineer Brigade, New Windsor, N.Y., Sept. 23, 2011.
76th Brigade Combat Team, Monterey, Calif., Sept. 21-22, 2011.
Afghanistan/Pakistan Hands, Washington, D.C., Sept. 10, 2011.
3rd Brigade Combat Team, 1st Armored Division, Fort Bliss, Tex., Aug. 18, 2011.
364th Expeditionary Sustainment Command, Fort Bliss, Tex., Aug. 15, 2011.
Afghanistan/Pakistan Hands, Washington, D.C., Aug. 13, 2011.
Agricultural Development Teams of Kansas, Minnesota and Mississippi (combined), Salina, Kan., July 22, 2011.
116th Infantry Brigade Combat Team, Camp Shelby, Miss., July 5, 2011.
3rd Squadron, 124th Cavalry, Texas Army National Guard, Dallas, Tex., June 22, 2011.
Afghanistan/Pakistan Hands, Washington, D.C., May 21-22, 2011.
37th Infantry Brigade Combat Team, Columbus, Ohio, May 20, 2011.
Texas Agricultural Development Team, Austin, Tex., May 17, 2011.
29th Combat Aviation Brigade, Monterey, Calif., May 11, 2011.
I Corps, Fort Lewis, Wash., May 3, 2011.
4th Expeditionary Sustainment Command, San Antonio, Tex., Apr. 26, 2011.
Afghanistan/Pakistan Hands, Washington, D.C., Apr. 2-3, 2011.
I Corps, Fort Lewis, Wash., Mar. 21-22, 2011.
26th Maneuver Enhancement Brigade, Fort Hood, Tex., Mar. 12-13, 2011.
648th Maneuver Enhancement Brigade, Fort Stewart, Ga., Mar. 10, 2011.
Afghanistan/Pakistan Hands, Washington, D.C., Feb. 5, 2011.
36th Infantry Division, 1st Cavalry, Fort Hood, Tex., Jan. 20, 2011.
1st Cavalry Division, Fort Hood, Tex., Jan. 11, 2011.
172nd Brigade Combat Team, Grafenwoehr (Germany), Dec. 16, 2010.
Afghanistan/Pakistan Hands, Washington, D.C., Nov. 13, 2010.
45th Infantry Brigade Combat Team, Monterey, Calif., Nov. 10, 2010.
Afghanistan/Pakistan Hands, Washington, D.C., Oct. 16, 2010.
2nd Brigade Combat Team, 4th Infantry Division, Oct. 12-13, 2010.
197th Fires Brigade, Fort McCoy, Wis., Oct. 7, 2010.
650th Regional Support Group, North Fort Hood, Tex., July 22, 2010.
Afghanistan/Pakistan Hands, Washington, D.C., July 17, 2010.
184th Sustainment Command (Expeditionary), Camp Shelby, Miss., July 6, 2010.
177th Armored Brigade, Camp Shelby, Miss., June 24, 2010.
Anti-Money Laundering Association, Rockville, Md., May 14, 2010.
Oregon National Guard, Warrenton, Ore., Apr. 11-12, 2010.
Anti-Money Laundering Association, Winter Park, Fla., Sept. 23, 2009.
U.S. Army Central Command, Atlanta, Ga., July 15, 2009.
Southern District of Indiana Anti-Terrorism Advisory Council, Indianapolis, Ind., Apr. 13, 2009.
Northern District of Ohio Anti-Terrorism Advisory Council, Cleveland, Ohio, Mar. 23, 2009.
Northern District of Alabama Anti-Terrorism Advisory Council, Huntsville and Birmingham, Ala., Mar. 16-17, 2009.

PX5

U.S. Department of State Office of Anti-Terrorism Assistance, lecture for senior Qatari officials, Dunn Loring, Va., Feb. 10, 2009.

LECC Anti-Terrorism Training for South Carolina Law Enforcement, Columbia, S.C., June 5, 2008.

Suffolk County Sheriff's Office, Suffolk County, N.Y., May 2007.

Suffolk County Sheriff's Office, Suffolk County, N.Y., June 2006.

### TEACHING EXPERIENCE

Adjunct Instructor, Duke University, 2021-23. *Course taught: National Security Simulation – Great Power Competition, Non-State Actors & Human Rights.*

Instructor, Carnegie Mellon University, 2021-22. Led two separate simulation-based courses (spring 2021 and spring 2022).

Adjunct Assistant Professor, Security Studies Program (M.A. program), Georgetown University, Washington, D.C., 2013-17. *Course taught: Violent Non-State Actors.*

University of Southern California, Executive Program in Counter-Terrorism, Los Angeles, Calif., 2013-17. *Course taught: Al-Qaeda and Its Affiliates.*

Adjunct Faculty Member, The Takshashila Institution, Bangalore, India, 2014. *Course taught: Violent Non-State Actors.*

Lecturer, The Catholic University of America (graduate), Washington, D.C., 2015. *Course taught: Violent Non-State Actors.*

Lecturer, The Catholic University of America (upper-level undergraduate), Washington, D.C., 2012. *Course taught: Al-Qaeda and Its Affiliates.*

Instructor, Leader Development and Education for Sustained Peace (LDESP) program, Naval Postgraduate School, 2009-present (seminars). Courses taught, by region:

- *Middle East and North Africa.* Regional Security Re-Alignment and Drivers of Instability in the Levant; Geography of Kuwait; Gulf States: Political, Economic, and Social Trends; The Arab Awakening and Its Implications for Stability; Non-State Actors in the Levant.
- *Horn of Africa.* History of the Horn of Africa; Drivers of Instability and Radicalization in Northeast and East Africa.
- *Afghanistan-Pakistan.* History of Afghanistan; Competing Interests of Afghanistan and Its Neighbors; Afghanistan-Pakistan Relations.

### WAR GAMES & SIMULATIONS

University of Calgary, August 2022. Contracted to lead a war game focusing on disinformation for the university's summer institute.

Carleton University (Ottawa, Canada), August 2022. Contracted to lead a war game, **"Acceleration,"** for the university's summer institute.

Regent University, Summer 2022. Contracted to lead a war game, **"Sleeping Giants,"** as a five-week exercise undertaken by a for-credit class.

Wake Forest University, Spring 2022. Led a war game, **"Sleeping Giants,"** as a five-week exercise undertaken by a for-credit class in the Communication department.

Johns Hopkins University, Spring 2022. Led an extracurricular war game, **"This Side of Paradise,"** simulating great power competition in Africa.

Johns Hopkins University, Fall 2021. Led a war game, **"Exodus,"** simulating competition between and among state and non-state actors in Afghanistan following the U.S. withdrawal.

Duke University, Fall 2021. Led a course centered around a single, multi-week war game: *National Security Simulation – Great Power Competition, Non-State Actors & Human Rights.*

Canadian Department of Defence, 2021. Principal Investigator for *Deepfakes, Climate Change, Flying Cars & Quantum Drones: Conditional Forecasting for Canadian Defense,* using scenario planning to conceptualize Canadian defence needs with respect to numerous evolving challenges.

Johns Hopkins University and Canadian Department of National Defence (co-sponsored), Spring 2021. Led a war game, **"Utopia or Oblivion,"** demonstrating how war games can contribute to the practice of futurism.

Carnegie Mellon University, Spring 2021. Led a multi-day war game, **"Acceleration,"** as a standalone micro-course.

American University, Spring 2021. Led a multi-week war game, **"Acceleration,"** as part of the curriculum for two classes (Dr. Bacon's Counterterrorism and Intelligence Analysis courses).

PX5

Global Counterterrorism Forum, Spring 2021. Led a tabletop exercise simulating the creation and iteration of a terrorist watchlist in a fictional country known as Atlantis.

Johns Hopkins University, Fall 2020. Led a war game, **"Acceleration,"** focusing on how the COVID pandemic exacerbates fault lines within and among civilizations.

Duke University, Fall 2020. Led a war game, **"Acceleration,"** focusing on how the COVID pandemic exacerbates fault lines within and among civilizations.

Canadian Department of National Defence, 2020-21. Led a project involving the use of war games to anticipate the strategic consequences of the COVID-19 pandemic.

Security Studies Program (M.A. program), Georgetown University, Spring 2020. Led a war game, **"Sleeping Giants,"** focusing on the use of sub-state proxies in the U.S.-China competition.

Foundation for Defense of Democracies, January 2020. Led a tabletop exercise focusing on the strategic implications of the investment relationship between the People's Republic of China and Israel.

Johns Hopkins University, Fall 2019. Led a war game, **"Sleeping Giants,"** focusing on the use of sub-state proxies in the U.S.-China competition.

Johns Hopkins University, Fall 2018. Led a war game simulating the regional and global response to the climate-induced collapse of the Pakistani state.

Johns Hopkins University, Fall 2017. Led a war game simulating the regional and global response to a major terrorist plot targeting Central Europe.

Security Studies Program (M.A. program), Georgetown University, Washington, D.C., 2013-17. Taught a course (*Violent Non-State Actors*) that regularly incorporated war games as part of the curriculum.

Canadian Department of National Defence, 2016. Principal Investigator for grant using scenario planning to conceptualize ISIS's possible futures in North and West Africa.

Johns Hopkins University, Fall 2016. Led a post-9/11 war game, in which teams positioned themselves to respond to al-Qaeda's attacks against America.

Johns Hopkins University, Fall 2015. Led a post-9/11 war game, in which teams positioned themselves to respond to al-Qaeda's attacks against America.

### SELECTED CLIENT WORK

Naval Postgraduate School (NPS). 2009-present. Work as a Subject Matter Expert lecturing for military units deploying to critical regions for NPS's LDESP program.

Foundation for Defense of Democracies (FDD). 2015-present. I lead Valens's efforts to enhance FDD's security posture. Projects I have led include background checks into new employees, a review of the office's security architecture and procedures, and a personal security review of one of the think tank's executives.

Global Counterterrorism Forum (GCTF). 2018-present. Lead Subject Matter Expert on the *Counterterrorism Watchlisting Toolkit* (October 2021), the *Addendum to the GCTF New York Memorandum on Good Practices for Interdicting Terrorist Travel* (September 2021), and the *Berlin Memorandum on Good Practices for Countering Terrorist Use of Unmanned Aerial Systems*. I also served as the lead SME for a project on racially and ethnically-motivated violent extremism.

Jigsaw/Google. 2015-17. Lead regular research projects for Jigsaw/Google helping the organization understand trends in violent extremism and harassment in the online space, and how they can be countered.

NATO. 2016-17. Led study for NATO proposing a new methodology for monitoring and evaluation (M&E) of counterterrorism efforts; and designed a software platform to house monitoring and evaluation of future counterterrorism security assistance missions.

Global Engagement Center, 2017. I led a project analyzing the audience impact of counter-narratives to extremist content on YouTube. My team automatically extracted 53 variables about relevant videos and accompanying comments. The extracted data was augmented with additional information, including algorithmic language detection, translation, and sentiment scoring to provide a granular look at various metrics and trends.

European Union Technical Assistance to Nigeria's evolving Security challenges (EUTANS). 2016. Served as a Subject Matter Expert in Strategic Communication. Organized, presented at and facilitated a conference in Abuja where civil society activists were introduced to Boko Haram's use of social media, grappled with their role in responding to online extremism, and produced a Strategic Action Plan.

Check-6. 2014-2016. Led threat analysis for this oil and gas firm, helping them make vital decisions about whether to let their employees travel through certain dangerous or unstable countries.

PX5

Tullow Oil. 2015. Led team conducting an assessment of the likely impact of al-Shabaab's insurgency in Somalia on a possible pipeline investment in the Horn of Africa.

Joint Improvised-Threat Defeat Organization (JIDO). 2014-2015. Worked on four projects: projecting the future (to 2024) of a variety of violent non-state actors; building scenarios in which the Syria conflict could spill into Jordan; analyzing the offensive that the Islamic State (ISIS) undertook in Iraq; and analyzing the Libyan civil war.

Ministry of Foreign Affairs, The Netherlands. 2014-2015. Headed major project advising EU policymakers on options for addressing the crisis in North Africa.

U.S. Department of State, Office of Anti-Terrorism Assistance. 2007-2010. Subject Matter Expert designing and leading training for three separate projects (Mitigating Prison Inmate Radicalization course; and modules on Trends in Terrorism, and Terrorism: Overview, Motives, and Methodologies).

Corporate Risk International. 2008-09. Subject matter consultant on Iraqi insurgent group Asa'ib Ahl al-Haq for live hostage negotiation.

### BOOKS AND MONOGRAPHS

*Enemies, Near and Far*, forthcoming 2022 from Columbia University Press.

*Crypto-Fascists: Cryptocurrency Usage by Domestic Extremists* (with V. Koduvayur and S. Hodgson), FDD Press, 2022.

*DHS @ 20: Navigating a Changing Security Environment*, New America Foundation, August 2021.

*Skinheads, Saints, and (National) Socialists: An Overview of the Transnational White Supremacist Movement*, FDD Press, 2021.

*Behind the Black Bloc: An Overview of Militant Anarchism and Anti-Fascism*, FDD Press, 2021.

*"Like a Drop of Cyanide": A Strategic Framework for Addressing Hateful Conduct and Radicalization in the Canadian Armed Forces*, report for Canada's Department of National Defence, September 2020.

*Through the Adversary's Eyes: A Review of the Pro-Kremlin, Anti-CAF, Anti-NATO Digital Information Ecosystem*, report for Canada's Department of National Defence, August 2020.

*How to Master the Strategic Environment of Sub-State Threats Through Applied Artificial Intelligence* (with E. Chace-Donahue and S. Carvin), report for Canada's Department of National Defence, January 2020.

*Virtual Plotters. Drones. Weaponized AI?: Violent Non-State Actors as Deadly Early Adopters*, report for Canada's Department of National Defence, July 2019.

*Evolving Terror: The Development of Jihadist Operations Targeting Western Interests in Africa* (with J. Zenn, S. Sheafer & S. Bejdic), Foundation for Defense of Democracies, 2018.

*Islamic State 2021: Possible Futures in North and West Africa*, Foundation for Defense of Democracies, 2017.

*The Islamic State's Global Propaganda Strategy* (with N. Barr and B. Moreng), ICCT—The Hague, 2016.

*Islamic State vs. al-Qaeda: Strategic Dimensions of a Patricidal Conflict* (with J. Fritz, B. Moreng and N. Barr), New America Foundation, 2015.

*The Winner's Messaging Strategy of the Islamic State: Technically Excellent, Vulnerable to Disruption* (with N. Barr), Wikistrat, 2015.

*The Crisis in North Africa: Implications for Europe and Options for EU Policymakers* (with N. Barr, G. Willcoxon, and N. Basuni), Netherlands Institute of International Relations Clingendael, 2015.

*Dignity and Dawn: Libya's Escalating Civil War* (with N. Barr), ICCT—The Hague, 2015.

*Ansar Bayt al-Maqdis's Oath of Allegiance to the Islamic State*, Wikistrat, 2015.

*China's Post-2014 Role in Afghanistan*, Washington, DC: FDD Press, 2014.

Ed. (with J. Schanzer), *Allies, Adversaries and Enemies: America's Increasingly Complex Alliances*, Washington, DC: FDD Press, 2014.

*Raising the Stakes: Ansar al-Sharia in Tunisia's Shift to Jihad* (with B. Moreng and K. Soucy), ICCT–The Hague, 2014.

*Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad*, ICCT—The Hague, 2013.

*The Tactical and Strategic Use of Small Arms by Terrorists and Terrorist Groups* (Washington, DC: FDD Press, 2012).

Ed. (with L. Frum), *Terror in the Peaceable Kingdom: Understanding and Addressing Violent Extremism in Canada* (Washington, DC: FDD Press, 2012).

*Bin Laden's Legacy* (New York: John Wiley & Sons, 2011).

Ed. (with C. May), *The Afghanistan-Pakistan Theater: Militant Islam, Security and Stability* (Washington: FDD Press, 2010).

*Terrorism in the West 2008: A Guide to Terrorism Events and Landmark Cases* (Washington, DC: FDD Press, 2009).

*Homegrown Terrorists in the U.S. and U.K.: An Empirical Examination of the Radicalization Process* (Washington, DC: FDD Press, 2009).

PX5

*Abu Yahya al-Libi: Profile of an Ideologue* (Washington, DC: FDD Press, 2008).
Ed. (with C. May), *From Energy Crisis to Energy Security: A Reader* (Washington, DC: FDD Press, 2008).
*Firefighters' Developing Role in Counterterrorism* (New York: Manhattan Institute, 2008).
*The Convergence of Crime and Terror*, New York: Manhattan Institute, 2007.
*My Year Inside Radical Islam*, New York: Tarcher/Penguin, 2007.

## SELECTED BOOK CHAPTERS

"Jihadism in the Post-Arab Spring Maghreb," in S. King & A. Magraoui eds., *The Lure of Authoritarianism: The Maghreb After the Arab Spring*, Indiana University Press, 2019.

"Midterm Assessment: Sunni Jihadism," in J. Hannah ed., *Midterm Assessment: The Trump Administration's Foreign and National Security Policies*, FDD Press 2019.

"The United States' Post-9/11 Fight Against al-Qa'ida and the Islamic State: A Losing Effort in Search of a Change," in David W. Lesch & Mark L. Haas eds., *The Middle East and the United States: History, Politics and Ideologies* 6th ed., Routledge 2018.

"Violent Non-State Actor Proxies in the Pakistan-Afghanistan Relationship," in A. Pande ed., *Handbook on Contemporary Pakistan*, Routledge 2017.

"MENA Countries' Responses to the Foreign Fighter Phenomenon," in A. de Guttry et al. eds., *Foreign Fighters Under International Law and Beyond* (The Hague: T.M.C. Asser Press, 2016).

"The Evolution of Post-Ben Ali Tunisian Jihadism," in A. Celso & R. Nalbandov eds., *The Crisis of the African State* (Quantico, Va.: Marine Corps University Press, 2016).

"The Genesis, Rise, and Uncertain Future of al-Qaeda," in R. Law ed., *The Routledge History of Terrorism*, forthcoming Routledge, 2015.

"Violent Non-State Actors in the Afghanistan-Pakistan Relationship," in C. Fair & S. Watson eds., *Pakistan's Challenges*, University of Pennsylvania Press, 2015.

"Violent Non-State Actors: Paradigmatic Lessons Learned," in *National Security Management in Federal Structures: Perspectives from India and the United States* (Kochi, India: Centre for Public Policy Research, 2014).

"The Future of Preventive Detention Under International Law," in Sam Muller ed., *The Law of the Future and the Future of Law* (Hague Institute for the Internationalisation of Law, 2012).

"The Legacy of Osama bin Laden's Strategy," in David Kamien ed., *The McGraw-Hill Homeland Security Handbook* (New York: McGraw-Hill, 2012).

"Abducting Islam" (with K. Dabruzzi), in R. Rogan & F. Lanceley, eds., *Contemporary Theory, Research and Practice of Crisis/Hostage Negotiation* (Hampton Press, 2010).

## ACADEMIC AND TECHNICAL PUBLICATIONS

"Understanding Shifting Triadic Relationships in the Al-Qaeda/ISIS Faction Ecosystem" (with V.S. Subrahmanian et al.), *IEEE Transactions on Computational Social Systems*, September 23, 2020.

"When Jihadist Factions Split: A Data-Driven Network Analysis" (with S. Hodgson, D. Bellutta, C. Pulice & V.S. Subrahmanian), *Studies in Conflict & Terrorism* (2019).

"Fluidity of the Fringes: Prior Extremist Involvement as a Radicalization Pathway" (with M. Blackman), *Studies in Conflict & Terrorism* (2019).

"How al-Qaeda Works: The Jihadist Group's Evolving Organizational Design" (with N. Barr), *Current Trends in Islamist Ideology*, May 30, 2018.

"We Squeezed the Balloon: As ISIL Collapses, Jihadism Remains in a Growth Phase," symposium contribution, *Texas National Security Review*, March 20, 2018.

"Violent Non-State Actors in the Age of Social Media: A Twenty-First Century Problem Requires a Twenty-First Century Toolkit," *Georgetown Security Studies Review*, special issue, February 2017.

"How al-Qaeda Survived the Islamic State Challenge," *Current Trends in Islamist Ideology* (Hudson Institute), August 30, 2016.

"The Lean Terrorist Cell: How Startup Companies and Violent Non-State Actors Are Changing the Old World Order" (with N. Barr), *Georgetown Journal of International Affairs* 17:2, Summer/Fall 2016.

"An Opening for al-Qaeda" (with N. Barr), *Journal of International Security Affairs*, Winter 2016.

"Recent Attacks Illuminate the Islamic State's Europe Attack Network" (with N. Barr), Jamestown Foundation, April 27, 2016.

"Tunisian Jihadism After the Sousse Massacre" (with B. Moreng), *CTC Sentinel*, October 2015.

PX5

"The Role of Iraqi Tribes after the Islamic State's Ascendance" (with S. Jensen), *Military Review*, July-August, 2015.

"A Critical Link between Jabhat al-Nusra and al-Qaeda: Abu Humam al-Suri," *Militant Leadership Monitor* 6:5 (May 2015).

"AQAP's Virtual Jihadist—Bakhsuruf al-Danquluh," *Militant Leadership Monitor* 6:1 (January 2015).

"Doha's Dangerous Dalliance," *Journal of International Security Affairs*, Fall/Winter 2014.

"A Temporary Marriage of Convenience: Transnational Jihadists in Proxy Warfare," *Fletcher Security Review* 1:2 (May 2014).

"Lone Wolf Islamic Terrorism: Abdulhakim Mujahid Muhammad (Carlos Bledsoe) Case Study," *Terrorism and Political Violence* 26:110-28 (2014).

"Timeline: Al-Shabaab's Attacks Since Kismayo," *Militant Leadership Monitor Quarterly Strategic Report*, Oct. 2013.

"Al-Qaeda's Influential Online Strategist: Abu Sa'd al-Amili," *Militant Leadership Monitor*, Oct. 2013.

"Al-Qa`ida in the Islamic Maghreb's Tunisia Strategy" (with A. Zelin and A. Lebovich," *CTC Sentinel*, July 23, 2013.

"Perceptions of the 'Arab Spring' Within the Salafi Jihadi Movement" (with T. Vassefi), *Studies in Conflict & Terrorism* 35:12, Nov. 2012.

"The Forgotten History of Afghanistan-Pakistan Relations" (with T. Vassefi), *Yale Journal of International Affairs*, Mar. 2012.

"Islamistischer Terrorismus in den USA: 'Homegrown Terrorism' in den Vereinigten Staaten: Bedrohung, Ursachen und Prävention," *Der Bürger im Staat* (Germany), Winter 2011.

"Al Qaeda's Rope-a-Dope," *Journal of International Security Affairs*, Fall/Winter 2011.

"Leadership vs. Leaderless Resistance: The Militant White Separatist Movement's Operating Model" (with M. Gruen), Foundation for Defense of Democracies, February 18, 2010.

"Assessing the Militant White Separatist Movement" (with M. Gruen), Foundation for Defense of Democracies, January 28, 2010.

"The Strategic Challenge of Somalia's al Shabaab," *Middle East Quarterly*, Fall 2009.

"Fixing Our Pakistan Problem," *Journal of International Security Affairs*, Spring 2009.

"The Role of Consensus in the Contemporary Struggle for Islam," *Review of Faith & International Affairs*, Winter 2008.

"Is al-Qaeda's Central Leadership Still Relevant?" (with K. Dabruzzi), *Middle East Quarterly*, Spring 2008.

"Jihad's New Leaders" (with K. Dabruzzi), *Middle East Quarterly*, Summer 2007.

## SELECTED COMMENTARY, OP-EDS & POLICY ANALYSIS

"America Drops the Ball on White Supremacist Terror Groups" (with V. Koduvayur), *Foreign Policy*, December 21, 2021.

"Bordering on Hate: The Strategic Implications of White Supremacist Extremist Travel between the United States and Canada" (with C. Clarke and S. Hodgson), International Centre for Counter-Terrorism – The Hague, April 13, 2021.

"The Evolution and Escalation of the Islamic State Threat to Mozambique" (with E. Chace-Donahue and C. Clarke), Foreign Policy Research Institute, April 13, 2021.

"8 Principles of Crisis Architecture Can Help Mitigate Active Shooters" (with T. Lahnert), *FacilitiesNet*, August 2020.

"Sudanese Human Smuggling Networks: Fueling Instability from North Africa to Europe" (with P. Chalk & C. Clarke), International Centre for Counter-Terrorism – The Hague, June 29, 2020.

"The Threat of Jihadist Terrorism in Germany" (with E. Chace-Donahue & C. Clarke), International Centre for Counter-Terrorism – The Hague, May 22, 2020.

"The Russian Imperial Movement (RIM) and Its Links to the Transnational White Supremacist Extremist Movement" (with S. Hodgson & C. Clarke), International Centre for Counter-Terrorism – The Hague, April 24, 2020.

"The Growing Threat Posed by Accelerationism and Accelerationist Groups Worldwide" (with C. Clarke and S. Hodgson), Foreign Policy Research Institute, April 20, 2020.

"Foreign Terrorist Fighters from Southeast Asia: What Happens Next?" (with C. Clarke and S. Hodgson), International Centre for Counter-Terrorism – The Hague, February 17, 2020.

"The Enduring Legacy of French and Belgian Islamic State Foreign Fighters" (with C. Clarke & E. Chace-Donahue), Foreign Policy Research Institute, February 5, 2020.

"Terrorists and Technological Innovation" (with C. Clarke and M. Shear), *Lawfare*, February 2, 2020.

"What Do Asia's Returning Isis Fighters Do Next? You're About to Find Out" (with C. Clarke), *South China Morning Post*, February 2, 2020.

PX5

"Greece is the Weak Spot in Post-Caliphate European Counterterrorism (with C. Clarke), *The National Interest*, January 31, 2020.

"How to Win Friends and Wage Jihad: Understanding al Qaeda's Pragmatism" (with V. Koduvayur), *Foreign Affairs*, July 1, 2019.

"The Growing Challenge of Aviation Insider Threats" (with S. Sheafer), *Aviation Security International*, December 19, 2018.

"The Demographics of Southeast Asian Jihadism" (with V. Hagerty & M. Dement), *War on the Rocks*, September 5, 2018.

"Terrorists Are Going to Use Artificial Intelligence," *Defense One*, May 3, 2018.

"The Emigrant Sisters Return: The Growing Role of the Islamic State's Women" (with V. Hagerty and L. Macnair), *War on the Rocks*, April 2, 2018.

"Spike in African Terrorism Highlights the Importance of Jihadist Innovation," *War on the Rocks*, February 26, 2018.

"Terrorists Are Using Drones Now. And That's Not the Worst of It," *Fortune*, September 9, 2017.

"Save the Terrorism Prevention Toolkit" (with G. Selim), *War on the Rocks*, August 28, 2017.

"The Manchester Attack Shows How Terrorists Learn," *The Atlantic*, May 23, 2017.

"Lone Wolves No More," *Foreign Affairs*, March 27, 2017.

"The Coming Islamic Culture War" (with N. Barr), *Foreign Affairs*, March 4, 2017.

"U.S. Policy in Afghanistan: What to Expect from Trump," Centre on Religion & Geopolitics, Tony Blair Faith Foundation, February 6, 2017.

"Terrorists, Insurgents, Something Else? Clarifying and Classifying the 'Generational Challenge'" (with J. Zenn), *Lawfare*, January 15, 2017.

"ISIL's Virtual Planners: A Critical Terrorist Innovation," *War on the Rocks*, January 4, 2017.

"Trump Wants to Shake Up the World Order? Here's Where He Should Start," *Politico*, December 11, 2016.

"A Grim Anniversary: 15 Years after 9/11, the War against Radical Islamist Terrorism is not Looking Good," *New York Daily News*, September 11, 2016.

"Rebranding Terror" (with T. Joscelyn), *Foreign Affairs*, August 28, 2016.

"Boko Haram's Doomed Marriage to the Islamic State" (with J. Zenn), *War on the Rocks*, August 26, 2016.

"The Myth of Lone-Wolf Terrorism" (with N. Barr), *Foreign Affairs*, July 27, 2016.

"Bloody Ramadan: How the Islamic State Coordinated a Global Terrorist Campaign," *War on the Rocks*, July 20, 2016.

"ISIS May be on the Decline—But Beware al-Qaeda," *New York Post*, June 29, 2016.

"Boko Haram's Buyer's Remorse" (with J. Zenn), *Foreign Policy*, June 20, 2016.

"Uncovering if Pulse Club Massacre in Orlando Was an 'ISIS Attack,'" *New York Daily News*, June 12, 2016.

"Operation Hemorrhage: The Terror Plans to Wreck the West's Economy," *Daily Beast*, March 24, 2016.

"Osama bin Laden's 'Bookshelf' Reveals al-Qaeda's Long Game," *Daily Beast*, March 17, 2016.

"Neither Remaining Nor Expanding: The Islamic State's Global Expansion Struggles," *War on the Rocks*, February 22, 2016.

"The CIA's Syria Program and the Perils of Proxies," *Daily Beast*, January 19, 2016.

"How ISIS Makes Money: Oil Sales," *The Cipher Brief*, January 14, 2016.

"Islamic State vs. al-Qaeda: The War within the Jihadist Movement," *War on the Rocks*, January 13, 2016.

"Druze Clues: Al Nusra's Rebranding and What It Means for Syria," *Foreign Affairs*, October 6, 2015.

"Sunni Tribes Need Arms and Support to Fight ISIS," *New York Times*, June 1, 2015.

"Europe's Volatile Southern Neighbourhood," Netherlands Institute of International Relations (Clingendael), April 2015.

"The Losing War Against Ungoverned Spaces," *Pragati*, April 28, 2015.

"Al Qaeda is Beating the Islamic State," *Politico*, April 14, 2015.

"From Westgate to Garissa, Shabab's Murderous Wave," *Foreign Policy*, April 10, 2015.

"The Islamic State's African Long Con," *Foreign Policy*, March 16, 2015.

"Is Libya the Next Stronghold for the Islamic State?" (with N. Barr), *Foreign Policy*, March 2, 2015.

"The Truth About ISIS… They're Better at Twitter than War," *Spectator* (U.K.), January 10, 2015.

"Reaction to the Charlie Hebdo Massacre Shows How We've Lost Our Free-Speech Spine," *New York Daily News*, January 7, 2015.

"ISIS is Losing Its Greatest Weapon: Momentum," *The Atlantic*, January 6, 2015.

"China No Substitute for U.S. Involvement Over Afghanistan," *CNN*, October 29, 2014.

PX5

"Thank You for Bombing," *Foreign Policy*, September 24, 2014.

"The Islamic State's Vulnerability," *War on the Rocks*, September 17, 2014.

"Libya's Islamist Counteroffensive," *War on the Rocks*, August 13, 2014.

"Zawahiri's Revenge," *Foreign Policy*, July 31, 2014.

"The Jihadist Governance Dilemma" (with A. Magen), *Washington Post* (Monkey Cage blog), July 18, 2014.

"Is the Threat Posed by Former Guantánamo Detainees Exaggerated?," *Congressional Quarterly*, June 27, 2014.

"China's Post-2014 Afghanistan Strategy," *Pragati*, June 22, 2014.

"Massacre in Mpeketoni: Shabaab's Strategic Calculus" (with H. Appel), *Georgetown Journal of International Affairs*, June 21, 2014.

"Terror's Comeback Kids," *The Spectator* (U.K.), June 21, 2014.

"When America's Enemies Are Also Its Friends" (with J. Schanzer), *The National Interest*, June 16, 2014.

"Our Libya Intervention—Failure Disguised as Success," *National Post* (Canada), May 16, 2014.

"Safer Now?: Balancing Privacy and Security after the Boston Bombings," *America*, April 14, 2014.

"Al-Shabaab's Insurgency in Somalia: A Data-Based Snapshot" (with H. Appel), *Georgetown Journal of International Affairs*, April 3, 2014.

"The Lies American Jihadists Tell Themselves," *Foreign Policy*, Mar. 21, 2014.

"Russia's 'Ring of Steel' Around Sochi Can't Stop Terror Attacks Outside," *New York Daily News*, Jan. 26, 2014.

"Obama's Kobe Bryant-Al-Qaeda Flap," *Daily Beast*, Jan. 22, 2014.

"Interpreting Al-Qaeda," *Foreign Policy*, Jan. 6, 2014.

"Al-Qaeda's Big Year," *Politico*, Dec. 29, 2013.

"Afghanistan After the U.S. Drawdown," *Pragati*, December 6, 2013.

"Two Cheers for New TSA Screening," *New York Daily News*, November 19, 2013.

"The Arab World's Dimmed Revolutionary Fervour," *Pragati*, Oct. 4, 2013.

"The Westgate Mall Attack and the Future of Terrorism," *Georgetown Journal of International Affairs*, Sept. 23, 2013.

"Why Qatar is Quietly Supporting a U.S. Strike in Syria" (with J. Schanzer), *Atlantic*, Sept. 3, 2013.

"The Costs of Counterterrorism," *Townhall Magazine*, Sept. 2013.

"Turkey's Mixed Messages on Syria" (with J. Schanzer), *Atlantic*, Aug. 30, 2013.

"How We Killed Privacy—in 4 Easy Steps" (with K. Atherton), *Foreign Policy*, August 23, 2013.

"How Syria's Jihadists Win Friends and Influence People" (with P. Smyth), *Atlantic*, August 22, 2013.

"Gitmo's Czar Speaks Out," *Politico*, Aug. 13, 2013.

"The Cuban in the Desert," *Foreign Policy*, Aug. 13, 2013.

"Put a Sock In It!," *Politico*, Aug, 6, 2013.

"Al-Qaeda in Iraq and the Abu Ghraib Prison Break," *Project Syndicate*, July 23, 2013.

"Terrorism in North Africa After Benghazi," *ICCT Commentary*, July 18, 2013.

"Tunisia's Jihadi Showdown Shows Paradox of Arab Spring Freedoms," *Globe & Mail* (Canada), May 27, 2013.

"In Boston Terrorism Case, Too Easy to Jump to Conclusions," *Globe & Mail* (Canada), Apr. 22, 2013.

"Why Boston Isn't the New Normal," *New York Daily News*, Apr. 17, 2013.

"Springtime for Salafists," *Foreign Policy*, March 26, 2013.

"Ansar al-Sharia Tunisia's International Connections," *ICCT Commentary*, Mar. 21, 2013.

"The Impact of Systemic Factors," *Pragati*, March 8, 2013.

"Uncharitable Organizations" (with A. Zelin), *Foreign Policy*, February 26, 2013.

"Homegrown Terror is Real, But You Won't Find It Online," *Globe & Mail* (Canada), February 5, 2013.

"Where Should Mali's Militants be Detained?" *The Atlantic*, January 25, 2013.

"Is Algeria's Kidnapper a 'Common Criminal'? Look Again," *Globe & Mail* (Canada), January 22, 2013.

"The War's in Mali, But the Danger is International," *Globe & Mail* (Canada), Jan. 16, 2013.

"Learning from the Soviets: How to Withdraw from Afghanistan," *The Atlantic*, Jan. 9, 2013.

"The Political Prospects of an Open Fuel Standard in Obama's Second Term," *The Doctrine* (Truman Project), Jan. 7, 2013.

"Should We Invade Mali to Stop al Qaeda?," *Globe and Mail* (Canada), January 4, 2013.

"Osama bin Laden: Strategic Genius," *National Post* (Canada), Jan. 4, 2013.

"Will the U.S. Enjoy 'A Brighter Energy Outlook'?" *The Doctrine* (Truman Project), Dec. 17, 2012.

"Gitmo's Troubling Afterlife," *The Atlantic*, Dec. 4, 2012.

"How the Arab Spring's Prisoner Releases Have Helped the Jihadi Cause" (with A. Zelin), *The Atlantic*, Oct. 11, 2012.

PX5

"Reports of Al Qaeda's Death Have Been Greatly Exaggerated," *Foreign Policy*, Oct. 3, 2012.
"The Anti-Social Network" (with A. Elkus), *Foreign Policy*, Aug. 9, 2012.
"It's Far from Safe to Say that al Qaeda is Dead," *National Post* (Canada), August 3, 2012.
"Nekrolog za Al-Kajda?" *Pravda* (Slovakia), July 31, 2012.
"Is Nigeria the Next Front in the War on Terror?" *Foreign Policy*, July 3, 2012.
"Are More Underwear Bomb Plots in Progress?" *National Review Online*, May 8, 2012.
"Al Qaeda Spins Failed Plots as Successes Because They Ramp Up Security and Drain U.S. Treasury," *New York Daily News*, May 8, 2012.
"The Bin Laden Files," *Foreign Policy*, May 3, 2012.
"Al Qaeda Graphic Hinting at More New York Attacks Likely Bluster," *New York Daily News*, April 3, 2012.
"America's 4-Prong Strategy for Somalia" (with D. Trombly), *The Atlantic*, Oct. 31, 2011.
"Terrorism and the Coming Decade," *Global Brief*, Oct. 2011.
"What Will Anwar al Awlaki's Death Really Mean for al Qaeda?," *The Atlantic*, Sept. 30, 2011.
"Our Politicized Fight Against Terrorism," *The Atlantic*, Sept. 30, 2011.
"A Report Card for Homeland Security," *The Atlantic*, Sept. 14, 2011.
"Osama's Legacy Remains a Threat," *Hindustan Times* (India), Sept. 10, 2011.
"Al Qaeda is Winning," *The Atlantic*, Sept. 8, 2011.
"Does al Qaeda Still Pose a Serious Threat to the U.S.?" *CQ Researcher*, Sept. 2, 2011.
"Politicizing the War on Terror," *National Post* (Canada), Aug. 10, 2011.
"Declaring War on the 'Far Enemy,'" *National Post* (Canada), Aug. 9, 2011.
"Al Qaeda on the Brink?," *National Review Online*, July 28, 2011.
"Somalia's Drought, America's Dilemma" (with T. Vassefi), *The Atlantic*, July 15, 2011.
"Zawahiri's Ascension Won't Change al Qaeda's Strategy," *Foreign Policy*, June 16, 2011.
"Osama's Oil Obsession," *Foreign Policy*, May 23, 2011.
"The Iraq War Helped bin Laden," *New York Times*, May 3, 2011.
"Bin Laden's 'War of a Thousand Cuts' Will Live On," *The Atlantic*, May 3, 2011.
"Don't Get Cocky, America," *Foreign Policy*, May 2, 2011.
"The Lost Years for Alternative Energy?," *The Atlantic*, January 12, 2011.
"Death by a Thousand Cuts," *Foreign Policy*, Nov. 23, 2010.
"Prominent European Islamic Terrorist Renounces Extremism," *The Atlantic*, Oct. 19, 2010.
"Should the U.S. Help Break Up Somalia?," *The Atlantic*, Oct. 7, 2010.
"The African Union's Beleaguered Somalia Mission" (with S. Chung), *Long War Journal*, July 20, 2010.
"Counting al-Qaeda" (with B. Roggio), *Weekly Standard*, July 19, 2010.
"Al-Shabaab's Grim Milestone in Uganda," *FoxNews.com*, July 14, 2010.
"The Homegrown Terror Threat," *inFocus*, Summer 2010.
"Pakistan Intelligence Pulls Taliban Strings," *Washington Times*, June 17, 2010.
"The Shooting of Luqman Abdullah" (with M. Gruen), *National Post* (Canada), Nov. 26, 2009.
"Western Recruits in Somalia," *National Post* (Canada), Nov. 25, 2009.
"The Danger Signs of Terror," *National Post* (Canada), Nov. 24, 2009.
"Tarheel Jihadist," *Weekly Standard*, August 31, 2009.
"The Global Economic Crisis and Iraq's Future" (with J. Goodman), *inFocus*, Summer 2009.
"How Do They Radicalize Others?," *Washington Times*, June 20, 2009.
"American Interests in Pakistan," *Weekly Standard*, Apr. 13, 2009.
"The Attack on Syria's al Kibar Nuclear Facility" (with J. Goodman), *inFocus*, Spring 2009.
"What Does Ethiopia's Withdrawal Mean for Somalia's Future?," *Middle East Times*, Feb. 5, 2009.
"Why Energy Security Matters Despite Falling Oil Prices," *FDD Policy Briefing*, Jan. 13, 2009.
"Jihad Recruiting Effort May Explain Missing Somalis in Minneapolis Area," *FoxNews.com*, Dec. 4, 2008.
"Urban Jihad Comes to Town," *Hindustan Times* (India), Nov. 29, 2008.
"A Dangerous Neighbor: How Pakistan's Deterioration Harms Afghanistan" (with B. Roggio), *Weekly Standard*, August 6, 2008.
"The Strategic Vulnerabilities of Oil Dependence," Foundation for Defense of Democracies, July 21, 2008.
"Can Hydrogen Cars Reduce America's Oil Dependence?," Foundation for Defense of Democracies, July 8, 2008.
"Sadr's Special Groups" (with B. Roggio), *Weekly Standard*, June 9, 2008.
"Approaches to America's Energy Crisis," *FDD Policy Briefing*, June 2, 2008.

13

PX5

"Assessing Risks of Turkish Raids in N. Iraq" (with S. Rollinger), *Middle East Times*, May 13, 2008.

"The High Cost of Oil Dependence," *FDD Policy Briefing*, May 2, 2008.

"Will Yousaf Raza Gilani Change Pakistan?," *Middle East Times*, Apr. 15, 2008.

"The Press Botches Basra" (with B. Roggio), *Weekly Standard Online*, Apr. 4, 2008.

"Taliban Defeat in North-West Frontier?," *Middle East Times*, Mar. 6, 2008.

"Will Divisions Undermine the Somali Rebellion?," *Middle East Times*, Feb. 28, 2008.

"While Pakistan Burns," *Weekly Standard*, Oct. 29, 2007.

"Echoes of the Future" (with K. Datruzzi), *Weekly Standard Online*, June 7, 2007, reprinted in Thomas J. Bradley ed., *Violence and Terrorism* 11th ed. (McGraw Hill, 2009).

"Spinning the Fighting in South Waziristan" (with B. Roggio), *Weekly Standard Online*, Apr. 24, 2007.

"Finding the Moderates," *Washington Times*, Apr. 17, 2007.

"Changing Minds," *Washington Times*, Feb. 22, 2007.

"When Faith Goes Too Far," *Reader's Digest*, Feb. 2007.

"Blackhawk Up," *Weekly Standard*, Jan. 29, 2007.

"Will the U.S. Win in Somalia?," *Weekly Standard Online*, Jan. 10, 2007.

"The Death of Shamil Basayev," *American Spectator*, July 14, 2006.

"Zarqawi and His Role Model" (with R. Miniter), *Weekly Standard Online*, June 9, 2006.

"Assad Under Siege" (with N. Boms), *Washington Times*, May 15, 2006.

"Elections Are Not Enough" (with N. Boms), *Washington Times*, May 1, 2006; reprinted in D. Miller ed., *Developing Nations* (Thomson Gale, 2007).

"A Solid Start" (with N. Boms), *Wall Street Journal Europe*, Feb. 17, 2006.

"Al Qaeda's Oil Weapon," *Weekly Standard*, October 2, 2005.

"The Peculiar Alliance: Islamists and Neo-Nazis Find Common Ground by Hating the Jews," *Weekly Standard*, August 31, 2005.

## Selected Book Reviews Authored

Sean McFate, *The Modern Mercenary*, in *Terrorism and Political Violence* (February 2017).

Jacob Shapiro, *The Terrorist's Dilemma*, in *Terrorism and Political Violence* 27:3 (2015).

Ramón Spaaij, *Understanding Lone Wolf Terrorism*, in *War on the Rocks*, October 27, 2014.

Alison Pargeter, *Libya: The Rise and Fall of Qaddafi*, in *Association for the Study of the Middle East and Africa Book Notes*, Nov. 25, 2013.

"Detention Policy Under Obama and Beyond," review essay, *Orbis*, Spring 2013.

Clark McCauley & Sophia Moskelenko, *Friction*, in *Pragati*, Nov. 2, 2012.

William Dobson, *The Dictator's Learning Curve*, in *Association for the Study of the Middle East and Africa Book Notes*, Oct. 26, 2012.

Peter Bergen, *The Longest War*, in *Middle East Quarterly*, Fall 2012.

Mitchell Silber, *The Al-Qaeda Factor*, in *Pragati*, Aug. 17, 2012.

Klejda Mulaj ed., *Violent Non-State Actors in World Politics*, in *Association for the Study of the Middle East and Africa Book Notes*, Aug. 1, 2012.

Owen Greene & Nicholas Marsh eds., *Small Arms, Crime and Conflict*, in *Association for the Study of the Middle East and Africa Book Notes*, May 29, 2012.

Markus V. Hoehne & Virginia Luling eds., *Milk and Peace, Drought and War*, in *Association for the Study of the Middle East and Africa Book Notes*, Jan. 18, 2012.

J.M. Berger, *Jihad Joe*, in *Pragati*, Sept. 2011.

Robert A. Pape & James K. Feldman, *Cutting the Fuse*, in *Association for the Study of the Middle East and Africa Book Notes*, May 26, 2011.

Assaf Moghadam, *The Globalization of Martyrdom*, in *Association for the Study of the Middle East and Africa Book Notes*, Oct. 15, 2010.

Stephen Grey, *Operation Snake Bite*, in *Middle East Quarterly*, Summer 2010.

Sadanand Dhume, *My Friend the Fanatic*, in *Middle East Quarterly*, Summer 2010.

Brynjar Lia, *Architect of Global Jihad*, in *Middle East Quarterly*, Summer 2010.

D.R. Burgess, *The World for Ransom*, in *Pragati*, July 2010.

Tore Bjørgo & John Horgan, eds., *Leaving Terrorism Behind*, in *Association for the Study of the Middle East and Africa Book Notes*, Apr. 14, 2010.

PX5

Alan B. Krueger, *What Makes a Terrorist: Economics and the Roots of Terrorism*, in *Association for the Study of the Middle East and Africa Book Notes*, 2009.

Marc Sageman, *Leaderless Jihad*, in *Middle East Quarterly*, Summer 2009.

Quintan Wiktorowicz, *Radical Islam Rising*, in *Middle East Quarterly*, Winter 2009.

Lawrence Wright, *The Looming Tower*, in *Middle East Quarterly*, Winter 2009.

Philip Jenkins, *God's Continent*, in *Middle East Quarterly*, Fall 2008.

Brian Michael Jenkins, *Unconquerable Nation*, in *Middle East Quarterly*, Summer 2008.

William Simpson, *The Prince*, in *Middle East Quarterly*, Winter 2008.

George Michael, *The Enemy of My Enemy*, in *Weekly Standard Online*, August 9, 2006.

Mary Habeck, *Knowing the Enemy*, in *Weekly Standard Online*, August 3, 2006.

## SELECTED PRESENTATIONS AND CONFERENCE PAPERS

"Closing Remarks," Global Counterterrorism Forum (GCTF), launch event for Racially or Ethnically Motivated Violent Extremism (REMVE) Toolkit Initiative, webinar, February 3, 2022.

Featured Guest, Virtual Happy Hour, Defense and Intelligence Innovation Ecosystem, January 3, 2022.

Panelist, "Malevolent Platforms: How to Eradicate Them While Preserving Freedom of Speech and Other Legal Protections That Foster the Global Exchange of Information," Eradicate Hate Global Summit 2021, Pittsburgh, Pa., October 20, 2021.

Panelist, "The Virus of Hate: COVID-19 as a Breeding Ground for Extremism," Eradicate Hate Global Summit 2021, Pittsburgh, Pa., October 18, 2021.

Panelist, "9/11 Lessons Learned," 4th Great Power Competition Conference: Two Decades After 9/11, co-sponsored by the University of South Florida and National Defense University, webinar, September 23, 2021.

"Worldbuilding in the Practice of Wargaming: What Wargamers Can Learn from the Techniques of Hollywood Blockbusters & Bestselling Novelists," National Defense University, June 30, 2021.

"Preventing Misuse of Cyberspace and New Technologies: Developing Ideas, Skills, and Toolkits for Practitioners," Second United Nations High-Level Conference on Counter-Terrorism, June 28, 2021.

"Crisis Architecture," Proto-Talks, Protogetic (webinar), June 24, 2021.

"Applying Existing GCTF Resources to REMVE," Global Counterterrorism Forum, Second Exploratory Dialogue on Racially or Ethnically Motivated Violent Extremism, Global (webinar), April 29, 2021.

"After January 6: Social Media, Mobilizations & Militant Groups," Proto-Talks, Protogetic (webinar), April 22, 2021.

"A Conversation on Wargaming," Institute for Politics and Strategy, Carnegie Mellon University (webinar), April 9, 2021.

"Countering the Rising Tide of Domestic Extremism: How We Got Our Current Toolkit, and How to Expand It," Council on Foreign Relations, March 10, 2021.

"'Like a Drop of Cyanide' – A Strategic Framework for Addressing Hateful Conduct and Radicalization in the Canadian Armed Forces," Royal Canadian Air Force, March 3, 2021.

Moderator, "Artificial Intelligence and Challenges in National Security," National Security Alumni Network, Foundation for Defense of Democracies, February 18, 2021.

"'Like a Drop of Cyanide' – A Strategic Framework for Addressing Hateful Conduct and Radicalization in the Canadian Armed Forces," webinar for Chief of Military Personnel (Canada's Department of National Defence) and senior staff, January 20, 2021.

"'Like a Drop of Cyanide' – A Strategic Framework for Addressing Hateful Conduct and Radicalization in the Canadian Armed Forces," Director General Military Personnel Research and Analysis, Ottawa (via webinar), January 8, 2021.

"Terrorists, Technology, Tactics: Understanding How Violent Non-State Actors Engage in Organizational Learning," Global Terrorism Trends and Analysis Center Speaker Series, December 17, 2020.

"Addressing Mass Shootings Through the Built Environment," TEDxTemecula, Temecula, Calif., posted online December 7, 2020.

"'Like a Drop of Cyanide' – A Strategic Framework for Addressing Hateful Conduct and Radicalization in the Canadian Armed Forces," MINDS Virtual Expert Briefing, Canadian Department of National Defence, December 2, 2020.

"Preventing White Supremacist Violent Extremism," Duke University (webinar), September 11, 2020.

"Maritime Security and Terrorist Travel: A Global Overview," keynote presentation, Virtual Consultation on the Implications of Terrorist Travel in the Maritime Domain, Global Counterterrorism Forum, July 21, 2020.

PX5

"How Terrorist Organizations and Violent Extremists are Operating in the Fog of COVID-19," Foundation for Defense of Democracies webinar, June 23, 2020.

"Update on Terrorism—Expectations for 2020 and Beyond," Infonex Canadian BCP and Emergency Management 2020 Conference, Ottawa, January 28, 2020.

"Violent Non-State Actors as Deadly Early Adopters," Canadian Department of National Defence, Ottawa, September 18, 2019.

"Future Global Trends and Asymmetric Warfare," keynote speech, Changing Nature of Conflicts Workshop, Near East South Asia Center for Strategic Studies, National Defense University, Casablanca, Morocco, June 18, 2019.

"CT Challenges: What's Going Well, What's Not Going Well," Beyond Christchurch and the Caliphate: Terrorism's Futures, conference hosted by the Australian Government & Australian National University, Canberra, Australia, June 5, 2019.

"Current and Emerging Technologies," keynote speech, 2019 Sovereign Challenge Program Annual Conference, U.S. Special Operations Command, Pittsburgh, Pa., May 1, 2019.

"The Violent Non-State Actor Technology Adoption Curve," T2 Conference on Technology and the Future of Terror, sponsored by Georgia State University and Sam Nunn School at Georgia Tech, Atlanta, Ga., April 11, 2019.

"Artificial Intelligence and Asymmetric Warfare," Near East South Asia Center for Strategic Studies, National Defense University, Washington, D.C., February 7, 2019.

"The Current Threat to Civil Aviation," keynote address, Airport IT & Security 2018 conference, Amsterdam, Dec. 4, 2018.

"#Extremism: Social Media, Recruitment, Radicalization and Counternarratives," Partnering in Practice: Preventing Social Polarizations conference, Edmonton, Alberta, December 1, 2018.

"The Past, Present and Future of al-Qaeda," Campbell University, Buies Creek, N.C., September 20, 2018.

"Islamic State's Virtual Planners Model," The Jamestown Foundation, Washington, D.C., June 6, 2018.

Panelist on Academic Panel, Defense Combating Terrorism Intelligence Conference, Reston, Va., May 15, 2018.

"Artificial Intelligence and Asymmetric Warfare," presentation at NESA-AFRICOM Senior Leaders Dialogue, Tunis, Tunisia, May 2, 2018.

"Technology Tsunami," U.S. Army Special Operations Command (USASOC) Young Lions Program, Fort Bragg, N.C., February 7, 2018.

"Evolving Terror: The Development of Jihadist Operations Targeting Western Interests in Africa," Defence Engagement Program, Canadian Department of National Defence, Ottawa, Jan. 29, 2018.

"The World and I: How Global Events Can Shape the Threats You Confront Locally," keynote speech, Counter Terrorism Symposium, Miami International Airport Auditorium, Miami, Fla., Jan. 23, 2018.

"The World and I: How Global Events Can Shape the Threats You Confront Locally," Anti-Defamation League Advanced Training School, Washington, D.C., December 5, 2017.

"Islamic Extremist Propaganda," Institute of World Politics, Washington, D.C., November 28, 2017.

"Countering Radicalization: What Can Be Done?," Enriching the Middle East's Economic Future conference, sponsored by UCLA Center for Middle East Development, Doha, November 13, 2017.

"Combating Online Radicalization" (panelist), Foundation for Defense of Democracies, Washington, D.C., November 9, 2017.

"Technology Tsunami," U.S. Army Special Operations Command (USASOC) Young Lions Program, Fort Bragg, N.C., October 26, 2017.

"The Evolving Jihadist Ideology and Its Implications for the Intentions of al-Qaeda Core and al-Qaeda in Syria," workshop presentation, Canadian Security Intelligence Service, Ottawa, October 3, 2017.

"Assessing the Next Steps of Foreign Fighters in Iraq/Syria," workshop presentation, hosted by CENTRA Technologies, Arlington, Va., September 28, 2017.

"Information Tools to Support Counterterrorism Capacity-Building Collaboration," workshop presentation, NATO Center of Excellence – Defense Against Terrorism, Ankara, Turkey, September 21, 2017.

"Sixteen Years After 9/11: Assessing the Terrorist Threat" (panel), New America Foundation, Washington, D.C., September 11, 2017.

"The Jihadist Landscape in South Asia," Near East South Asia Center, National Defense University, Washington, D.C., August 14, 2017.

"Change or Continuity Since 2014: ISIS in Global Context," The Evolving Terrorist Threat conference, The RAND Corporation, Arlington, Va., June 27, 2017.

PX5

"Future of the Salafi Jihadist Movement" (presenter), The Ideology of Salafi Jihadism, CENTRA Technologies, conference hosted for the U.S. intelligence community, McLean, Va., June 6, 2017.

"Organizational Adaptation" (panelist), Anticipating Adaptation and Innovation in Terrorist External Attack Planning, CENTRA Technologies, conference hosted for the U.S. intelligence community, Arlington, Va., May 22, 2017.

"Terrorism in 2020" (panel), Department of Defense Combating Terrorism Intelligence Conference, Reston, Va., May 9, 2017.

"Countering Violent Extremism," presenter and panelist, Homeland Security Training Institute, College of DuPage, Glen Ellyn, Ill., March 29, 2017.

"After the Islamic State: Consequences and Beneficiaries," panelist, Foundation for Defense of Democracies, Washington, D.C., March 7, 2017.

"Counterterrorism/Extremism and the Internet Challenge," respondent, Quad-Plus Dialogue, hosted at the Heritage Foundation, Washington, DC, March 1, 2017.

"A Deep Dive on al-Qaeda's Syrian Branch," Al-Qaeda in 2017 Workshop, Washington Institute for Near East Policy, Washington, DC, March 1, 2017.

"Terrorism in Conflict Zones: Syria in Comparison," CENTRA Technologies, conference for U.S. intelligence community, Arlington, Va., February 23, 2017.

"The Jihadist Landscape in South Asia," Near East South Asia Center, National Defense University, Washington, D.C., February 6, 2017.

"What Next? Regional Trends and Threats," Conference on What the New Administration Needs to Know About Terrorism & Counterterrorism, Georgetown University Center for Security Studies and St Andrews University Handa Centre for the Study of Terrorism and Political Violence, Washington, D.C., January 26, 2017.

"How Does it All End?" workshop, panelist, National Counterterrorism Center (NCTC), McLean, Va., January 12-13, 2017.

"The Jihadi Threat: ISIS, al-Qaeda and Beyond," panel, U.S. Institute of Peace, Washington, D.C., December 12, 2016.

"The Islamic State's Virtual Planners: A New Method of Terrorist Attack for the Social Media Age," Anti-Defamation League Advanced Training School, Washington, D.C., Dec. 6, 2016.

Keynote speech, After ISIL: Stability and Spillover, sponsored by U.S. Army Special Operations Command and the Laboratory for Unconventional Conflict & Simulation (LUCAS), Duke University, Durham, N.C., Dec. 2, 2016.

"The Growing Challenge," keynote address, Social Media Narratives and Extremism Workshop, sponsored by the Near East South Asia Center, National Defense University, Casablanca, Morocco, August 16-17, 2016.

"The Future of Violent Extremism," Executive Program in Counter-Terrorism, CREATE center, University of Southern California, Los Angeles, August 3, 2016.

"The Jihadist Landscape in South Asia," Near East South Asia Center, National Defense University, Washington, DC, July 14, 2016.

"As the Rest of the World Gets Online: Implications for Militant Groups, Stability, and Social Change," keynote speech, Transportation Security Administration (TSA) Intel Talk series, Arlington, Va., July 13, 2016.

"Degree of Local and Popular Support for the Islamic State Provinces," Beyond Syria and Iraq conference, Washington Institute for Near East Policy, Washington, D.C., June 9, 2016.

"Transnational Terrorism, Foreign Fighters and Youth Radicalization," Developing Strategies to Address Contemporary Security Challenges on Europe's Southern Flank, George C. Marshall European Center for Security Studies, Garmisch, Germany, May 10, 2016.

"Cyber Technology Roles and Trends in Radicalization," keynote presentation, U.S. Army Special Operations Command Commander's Conference, West Point, N.Y., May 4, 2016.

"Jihadism: Can It Be Defeated?," Foundation for Defense of Democracies, Washington Forum, Washington, DC, April 13, 2016.

"Global Cyber-Vulnerabilities: Threats, Challenges, and Opportunities," Foundation for Defense of Democracies, Washington, DC, March 9, 2016.

"The Competition between the Islamic State and al-Qaeda," The New Global Reality: Challenges and Risks to Regional Stability international conference, Kazakhstan Institute for Strategic Studies, Astana, Kazakhstan, March 2, 2016.

"The Three I's: Iran, Iraq, ISIS," Near East South Asia Center, National Defense University, Arlington, Va., February 22, 2016.

17

PX5

"Intellectual Frameworks for Counter-Messaging," U.S. Special Operations Command Central (SOCCENT), January 26, 2016.

Col. Richard R. Hallock Lecture Series, Columbus State University, Columbus, Ga., October 12, 2015.

"The Competition between the Islamic State and al-Qaeda: Implications for Regional States and the Future of the Jihadist Movement," NATO Advanced Research Workshop, Brussels, October 6, 2015.

"The Nexus Between Crime and Terror," Counter-Threat Finance Working Group, U.S. Special Operations Command (SOCOM), Tampa, Fla., September 22, 2015.

"ISIS: The New Caliphate?" Near East South Asia Center, National Defense University, Washington, DC, September 21, 2015.

"Lone Wolves and Loose Networks," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, September 9, 2015.

"The 'Islamic State': The Future of Global Jihad?," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, September 8, 2015.

"Al-Qaeda and Its Affiliates," National Center for Risk and Economic Analysis of Terrorism Events (CREATE), Executive Program in Counterterrorism, University of Southern California, Los Angeles, August 19, 2015.

"The Middle East: Now and Next," The Chautauqua Institution, Chautauqua, N.Y., August 17, 2015.

"The Chaotic Future of the Middle East," Near Futures for the Near East: A Government-Academic Dialogue, Minerva Research Initiative/Defense Intelligence Agency, Alexandria, Va., August 5, 2015.

"The Competition between the Islamic State and al-Qaeda," Center for American Progress, Washington, DC, May 6, 2015.

"Mapping the Global Islamist Insurgency," Heritage Foundation, Washington, DC, May 5, 2015.

"ISIS: Burning, Beheading and Mass Executions," Sun Valley Global Affairs Forum, Sun Valley, ID, April 23, 2015.

"Are We Still Fighting a War on Terrorism?", Washington Forum, Foundation for Defense of Democracies, Washington, DC, April 15, 2015.

"Libya's Escalating Civil War," Royal United Services Institute, London, 13 March 2015.

"Libya's Escalating Civil War," International Centre for Counter-Terrorism—The Hague, March 12, 2015.

"On Tribalism, Jihadists, and Lone Wolf Political Violence," panel, Understanding the Extremist Threat workshop, Institute for National Strategic Studies, Washington, DC, March 11, 2015.

"Terrorism in Canada," Infonex Canadian Emergency Management Conference, Ottawa, January 20, 2015.

"The Islamic State: A New Genre of Foe for a New Media Age," Brandeis University, Waltham, Mass., Nov. 13, 2014.

"Successes and Failures of the U.S. and NATO Intervention in Libya," Association for the Study of the Middle East and Africa Annual Conference, Arlington, Va., Nov. 1, 2014.

"The ISIL Campaign in Anbar," National Defense University, Washington, D.C., October 20, 2014.

"Pakistan: Protests and Policy," Foundation for Defense of Democracies, Washington, D.C., September 19, 2014.

"Terrorism and the United Arab Emirates," National Defense College, Abu Dhabi, September 14, 2014.

"Competition vs. Cooperation in Global Jihad," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, Sept. 11, 2014.

"Using a Political Science Ph.D. in DC: Skills and Training for Non-Traditional Opportunities" (panel), American Political Science Association Annual Meeting, Toronto, August 28, 2014.

"Keeping Our Friends Close and Our Frenemies Closer?" Foundation for Defense of Democracies, Washington, D.C., July 11, 2014.

"Tunisia and Ansar al-Sharia: Foreign Fighters and the Evolution of a Jihadist Group," Combating Terrorism Working Group, Brussels, April 24, 2014.

"Loss of Distance and the Public Intellectual: Twitter's Impact on How We Interact and Think," Wake Forest University Argumentation Conference, Winston-Salem, N.C., April 12, 2014.

"The Prospects of Governance in Somalia," Georgetown University, Washington, D.C., Mar. 5, 2014.

"Ansar al-Sharia's War with Tunisia," International Centre for Counter-Terrorism—The Hague, The Hague, Netherlands, Feb. 20, 2014.

"Understanding Al-Qaeda and its Affiliates: A Global Threat or JV Squad?" Foundation for Defense of Democracies, Washington, D.C., Feb. 5, 2014.

"Social Media: Game Changer or Tool for Regime Exploitation?" Foundation for Defense of Democracies, Washington, D.C., Dec. 11, 2013.

PX5

"Violent Non-State Actors: Strategies and Tactics in Addressing the Problem," Centre for Public Policy Research, Kochi, India, Dec. 6, 2013.

"Afghanistan After the United States Drawdown," Takshashila Institution, Bangalore, India, Dec. 5, 2013.

"Afghanistan After the United States Drawdown," O.P. Jindal Global University, Sonipat, India, Dec. 4, 2013.

"Who Calls the Shots? Syria, Russia, Hezbollah" (discussant), Association for the Study of the Middle East and Africa Annual Conference, Arlington, Va., Nov. 23, 2013.

"Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad," Association for the Study of the Middle East and Africa Annual Conference, Arlington, Va., Nov. 22, 2013.

"Afghanistan After the U.S. Withdrawal," Takshashila Institution, Graduate Certificate in Public Policy program (webinar), Nov. 16, 2013.

Panel: "The Challenge of Violent Non-State Actors and the Academy," Wake Forest University, Winston-Salem, N.C., Oct. 10, 2013.

Panel: "Africa's Youth in the Age of Extremism," National Committee on American Foreign Policy, New York City, Sept. 26, 2013.

Panel: "Homegrown Terrorism, Local Initiative, and 'Lone Wolves,'" International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, Sept. 11, 2013.

Panel: "From A to Z: Al-Qaeda Central and Its Affiliates," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, Sept. 10, 2013.

"Ansar al-Sharia Tunisia: *Dawa*, *Hisba*, and *Jihad*," International Centre for Counter-Terrorism—The Hague, Brussels, Belgium, Apr. 19, 2013.

"Policy Under Fire: How Should the U.S. Handle the Non-Criminal Detention of Violent Non-State Actors?" Foundation for Defense of Democracies, Washington, D.C., Feb. 22, 2013.

"Dispatches from Mali," discussion sponsored by *Foreign Policy* and the Pulitzer Center on Crisis Reporting, Washington, D.C., Jan. 30, 2013.

"Why Are Consensus Views So Often Wrong in Regional Security Studies?," Cultural Knowledge Consortium Speaker Series, online conference, Nov. 30, 2012.

"Why Are Consensus Views So Often Wrong in Regional Security Studies?," United States Naval Academy Africa Forum, Annapolis, Md., Oct. 17, 2012.

"Why Are Consensus Views So Often Wrong in Regional Security Studies?," Association for the Study of the Middle East and Africa Annual Conference, Arlington, Va., Oct. 12, 2012.

"Lone Wolf Islamic Terrorism: Abdulhakim Mujahid Muhammad (Carlos Bledsoe) Case Study," Lone Wolf and Autonomous Cell Terrorism, conference at Uppsala University, Uppsala, Sweden, Sept. 25, 2012.

"Tactics to Undermine Terrorist Organizations," University of Maryland at College Park, Washington, D.C., Sept. 10, 2012.

"The Arab Spring, Organizational Resiliency, and a New Operating Environment: Al Qaeda's Outlook 2012," Defense Intelligence Agency Speaker Series, Washington, D.C., July 31, 2012.

"Combating Olympic Terrorism: National and International Lessons," Potomac Institute for Policy Studies, Arlington, Va., July 25, 2012.

"Bin Laden's Legacy: Strategy and the Global Fight Against al Qaeda," Association for Intelligence Officers, Kennebunk, Maine, May 19, 2012.

"The Arab Awakening and the Future of al Qaeda," Woodrow Wilson International Center for Scholars, Washington, D.C., May 10, 2012.

"Homegrown Threats and Radicalization," 7th Annual Homeland Security Law Institute, American Bar Association, Washington, D.C., Mar. 22, 2012.

"Somalia: America's Forgotten Battleground," World Affairs Council of Greater Richmond, Richmond, Va., Feb. 28, 2012.

"Islamist Radicalization," U.S. Marine Corps Command and Staff College, Quantico, Va., Feb. 22, 2012.

"Al-Qaeda After bin Laden," School of Advanced International Studies, Johns Hopkins University, Washington, D.C., Feb. 21, 2012.

"Bin Laden's Legacy," Pakistan Afghanistan Federation Forum, The Pentagon, Arlington, Va., Jan. 20, 2012.

"Foreign Fighter and Radicalization Threats," Foreign Policy Research Institute, Washington, D.C., Dec. 6, 2011.

"Ungoverned Spaces: The Struggle for Somalia," Foundation for Defense of Democracies, Washington, D.C., Dec. 2, 2011.

PX5

"Bin Laden's Legacy: U.S. Mistakes in the War on Terror," Cleveland Council on World Affairs, Cleveland, Ohio, Nov. 22, 2011.

"Homegrown Terrorism: The Domestic Threat," Jewish Institute for National Security Affairs, Washington, D.C., Nov. 8, 2011.

"Why al Qaeda is Winning," Association for the Study of the Middle East and Africa Annual Conference, Arlington, Va., Nov. 5, 2011.

"The Bin Laden Aftermath," World Affairs Council of Greater Richmond, Richmond, Va., Oct. 27, 2011.

"Bin Laden's Troubled Legacy," New America Foundation, Washington, D.C., Oct. 18, 2011.

"Bin Laden's Legacy: U.S. Strategy and the 'War on Terrorism,'" High Point University, High Point, N.C., Oct. 7, 2011.

"9/11/01—Ten Years Later," Campbellsville University, Campbellsville, Ky., Sept. 12, 2011.

"The Future of Terrorism: Combating the Next Wave," Heritage Foundation, Washington, D.C., Sept. 8, 2011.

"Are We Safer?" (debate with Peter Bergen), National Consortium for the Study of Terrorism and Responses to Terrorism, University of Maryland, Washington, D.C., Sept. 1, 2011.

"Bin Laden's Legacy" (Distinguished Speaker Series), National Center for Risk and Economic Analysis of Terrorism Events (CREATE), University of Southern California, Los Angeles, Aug. 4, 2011.

"Terrorist Use of the Internet," National Counterterrorism Center, Conference on al Qaeda and the Global Threat, Warrenton, Va., July 28, 2011.

"Terrorism in Canada," Foundation for Defense of Democracies, Ottawa, June 12-13, 2011.

"Ideas, Identity, and Terror" (keynote speech), The Impact of Identity Politics on Violent Extremism: Regional Perspectives, Global Futures Forum, Monterey, Calif., Apr. 7, 2011.

"Homegrown Terrorists and Lone Wolves," Government Security Conference and Expo, Washington, D.C., Mar. 29, 2011.

"Countering Terrorist Narratives," Council on Foreign Relations, Washington, D.C., Feb. 11, 2011.

"Domestic Intelligence: New Powers, New Risks," Brennan Center for Justice (New York University School of Law), Washington, D.C., Jan. 18, 2011.

"Countering Youth Radicalization," Preventing Youth Radicalization Conference, Ottawa Police Service, Ottawa, Dec. 7, 2010.

"Islamic Radicalization to 2025," Special Operations Command Europe (SOCEUR), Component Commander's Conference, Garmisch, Germany, Nov. 16, 2010.

"The Economic Strategy of Jihad," Association for the Study of the Middle East and Africa Annual Conference, Arlington, Va., Nov. 6, 2010.

"The al Qaeda Plot in Europe: Testing Transatlantic Security Cooperation," Foundation for Defense of Democracies, Washington, D.C., Oct. 15, 2010.

"Somalia Case Study," The Foreign Fighter Problem Conference, Foreign Policy Research Institute, Washington, D.C., Sept. 27, 2010.

"Americans in al Qaeda," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, Sept. 15, 2010.

"The Danger of 'Homegrown' Terrorism in the U.S.A.," Universität Tübingen, Tübingen, Germany, Sept. 9, 2010.

"Academic Perspectives on al-Shabaab," Inter-Agency Task Force's Counter-Radicalization Branch, U.S. Special Operations Command (SOCOM), Washington, D.C., June 2010.

"The Future of Anti-Money Laundering Efforts," John Jay College of Criminal Justice, New York City, June 9, 2010.

"Al Qaeda and the Dynamics of Local: Somalia Case Study," National Defense University, Washington, D.C., April 21, 2010.

"The War Against al Qaeda in Somalia," American Enterprise Institute, Washington, D.C., Apr. 19, 2010.

"Terrorist De-Radicalization Programs," Heritage Foundation, Washington, D.C., Mar. 26, 2010.

"Islam and the West," American Political Science Association Annual Meeting, Toronto, September 2009.

"Pakistan's Military and Religious Extremism," Foundation for Defense of Democracies, Freeport (The Bahamas), June 11, 2009.

"PKK Challenges Ahead," Assembly of Turkish American Associations Convention, Arlington, Va., May 16, 2008.

"Radicalization in the West," Manhattan Institute, New York City, Apr. 8, 2008.

"Assessing the Surge," Cato Institute, Washington, D.C., Sept. 20, 2007.

PX5

"Homegrown Terrorists and Converts," L.A.P.D. Joint Regional Intelligence Conference, Los Angeles, April 12, 2007.

## GRANTS

Principal Investigator for *Getting Past No: Employing Simulations as a Tool to Foster Multi-Stakeholder Negotiations and Planning for Climate Change*, awarded by the Canadian Department of National Defence's MINDS program (awarded 2022; $49,649.32).

Principal Investigator for *Sleeping Giants: A Simulated Study of Modern Great Power Competition*, awarded by the Canadian Department of National Defence's MINDS program (awarded 2021; $49,951.75).

Principal Investigator for *Blind Sided: Reframing Use of Emerging Technologies in the Grey Zone Environment Through Application of Evolutionary Theory*, awarded by the Canadian Department of National Defence's MINDS program (awarded 2021; $49,564.64).

Principal Investigator for *Deepfakes, Climate Change, Flying Cars & Quantum Drones: Conditional Forecasting for Canadian Defense*, awarded by the Canadian Department of National Defence's MINDS program (awarded 2021; $49,040).

Principal Investigator for grant awarded by the Canadian Department of National Defence to create a strategic framework for countering hateful conduct and radicalization in the Canadian Armed Forces (awarded 2020; $49,676.22 Canadian).

Principal Investigator for grant awarded by the Canadian Department of National Defence to anticipate the strategic consequences of the COVID-19 pandemic (awarded 2020; $9,847.50 Canadian).

Principal Investigator for grant awarded by the Canadian Department of National Defence to create a strategic framework for countering disinformation designed to thwart or discredit Canadian forces deployed abroad (awarded 2019; $49,916.62 Canadian).

Principal Investigator for grant awarded by the Canadian Department of National Defence to study how artificial intelligence can predict future patterns of violent non-state actor activity (awarded 2019; $49,860.20 Canadian).

Principal Investigator for grant awarded by the Canadian Department of National Defence to study violent non-state adoption of new technologies (awarded 2019; $49,916.40 Canadian).

Co-Principal Investigator for grant awarded by the Canadian Department of National Defence to study jihadist operations in Africa targeting Western interests (awarded 2017; $24,983.48 Canadian).

Principal Investigator for grant awarded by the Canadian Department of National Defence to study ISIS's possible futures in North and West Africa (awarded 2016; $24,269.79 Canadian).

Principal Investigator for Smith Richardson Foundation to fund the book *Fighting the Far Enemy* (awarded 2016; $108,350).

Co-Principal Investigator for Office of Naval Research Grant N00014-16-1-2918, using a big-data approach to anticipate where fractures may occur in jihadist militant organizations (awarded 2016; three years, $1.5 million).

The Achelis & Bodman Foundation ($50,000), Lynde and Harry Bradley Foundation ($40,000) and Kathryn W. Davis Foundation ($5,000) provided grants to fund my study on terrorist radicalization, which was published as *Homegrown Terrorists in the U.S. and U.K.* (2008).

## HONORS AND AWARDS

Civil Society Fellowship, partnership of the Aspen Institute the Anti-Defamation League, Class of 2020.

Safe Communities Institute Fellow, University of Southern California, 2016-present.

Distinguished Alumni Award, American Debate Association, 2015.

Senior Fellow. Homeland Security Policy Institute, George Washington University. 2010-2015.

Leader Development for Education and Sustained Peace Support Excellence Award (Naval Postgraduate School). 2009.

## LANGUAGES

*English*: native fluency.
*Italian*: advanced reading; intermediate speaking and writing.
*Spanish*: advanced reading; intermediate speaking and writing.
*French*: intermediate reading, basic speaking and writing.
*Arabic*: basic reading and speaking.

PX5

PX6

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK,** *et al.*, | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| **THE ISLAMIC REPUBLIC OF IRAN,** *et al.*, | ) ) |
| **Defendants.** | ) ) ) ) ) ) |
| _____ | ) |

**Civil Action No. 1:18-cv-02248-CRC**

**DECLARATION & EXPERT REPORT**

**DR. MICHAEL A. RUBIN, PH.D.**

April 19, 2022

_____        _____
**Dr. Michael A. Rubin, Ph.D.**                          **Date**

1

PX6

2

PX6

**Table of Contents**

A.  Scope of this Declaration & Expert Report. ........................................................ 4

B.  Professional Background & Experience. ............................................................. 4

C.  Summary of Opinions. ....................................................................................... 8

D.  Methodology. .................................................................................................... 11

E.  Prior Court-Appointed Expert Experience & Testimony. .................................. 13

F.  Historical Roadmap Leading to Iran's Strategy in Iraq – Exporting the Revolution through Violence Against the "Great Satan." ........................................................................ 14

    a.  Iran v. Iraq - Neighbors and Enemies. ........................................................ 18

    b.  The End of Saddam Hussein – A threat and an opportunity. ......................... 20

G.  Iran's Interlaced Political, Economic and Military Structures – A well-oiled state-sponsored terrorism engine. ............................................................................................ 21

H.  Iran's Willingness to Cross Cultural and Sectarian Divides in Order to Export the Revolution and Wage Jihad on the West. .................................................................... 36

I.  Iran's History of Supporting the Foreign Terrorist Organization - Al Qaeda. ................. 45

J.  The Diversity of Islamic Revolutionary Guard Corps Operations. .................................. 62

K.  The Evolution of Iranian Militia Strategy in Iraq. ......................................................... 70

L.  Iran's Material Support for Sunni Terrorist Groups in Iraq. ............................................ 75

    a. Ansar al Islam/Ansar al Sunna .................................................................. 78

    b. Al Qaeda in Iraq ....................................................................................... 85

    c. Islamic Army in Iraq ................................................................................ 93

    d. The Mujahideen Army .............................................................................. 95

    e. Army of Muhammad ................................................................................. 96

M. Conclusion. .................................................................................................... 97

PX6

I, Michael A. Rubin, declare under penalty of perjury that the following is true and correct:

## A. Scope of this Declaration & Expert Report.

1. I have been asked by counsel for plaintiffs in the case of *Estate of Christopher Brook Fishbeck, et al. v. Islamic Republic of Iran, et al.* to provide my professional opinions concerning the matters set forth herein.

2. In this report, I specifically aim to provide a historical explanation of Iranian strategic rationale, and the Islamic Republic of Iran's willingness not only to work with Shi'ite militias inside Iraq, but also to work with, support, and supply Sunni terrorist groups responsible for targeting and killing American servicemen inside Iraq.

3. My opinions, as set forth below, are based upon my academic studies, research, travel in the Middle East including to both Iran and Iraq, interviews with insurgents or insurgent sympathizers, interviews with leaders of pro-Iranian militias, and my education, training and professional experience over the course of more than two decades focusing on Iranian strategy, Iranian decision-making, Iraq, and regional politics and security.

4. Moreover, in preparing this expert report, I reviewed the operative Complaint in this case, documents declassified by the United States government, as well as the materials cited in this Declaration.

5. I am being compensated $400 per hour regardless of my ultimate opinions and the outcome of the litigation. I have no prior or current professional or personal connection with any of the parties in these cases precluding my ability to provide my professional opinions contained herein.

## B. Professional Background & Experience.

PX6

6. I am a United States citizen by birth, residing in Bethesda, Maryland. I hold both a Masters of Arts and a Ph.D. in History from Yale University, where I concentrated my studies in Middle Eastern and Iranian history. I studied Arabic and Persian (Farsi) at both Yale University and Harvard University. In addition, I studied Persian at the Dehkhoda Institute in Tehran and I studied Arabic at the Yemen Language Center in Sana'a, Yemen.

7. I also conducted seven months of dissertation research in the Islamic Republic of Iran, visiting a variety of both governmental and non-governmental, as well as revolutionary foundation repositories. My dissertation on Iranian communications, religion, and political movements was awarded Yale University's top John Addison Prize "for a work of scholarship in any field in which it is possible, through original effort, to gather and relate facts and/or principles and to make the product of general human interest." While at Yale, I also served as the assistant editor of *Iranian Studies*, the main international scholarly journal for the study of Iran and the Persian world.

8. I have been for more than seventeen years, and remain, a resident scholar at the American Enterprise Institute (AEI), a private, non-profit, non-partisan academic and public policy think tank in Washington, D.C., where I focus on Iran, Iraq, and terrorism.

9. For the past fourteen years, until June 2021, I have been a senior lecturer first at the Center for Civil-Military Relations and subsequently, in the Department of National Security Affairs at the Naval Postgraduate School in Monterey, California.

10. For the past thirteen years, I have been a senior editor of the *Middle East Quarterly*, a refereed academic and policy journal, before which I was its editor-in-chief for five years.

11. For the past nine years, I have also simultaneously worked remotely as a contract Iran analyst for the U.S. Army's Foreign Military Studies Office at Fort Leavenworth, Kansas, and provide

PX6

translation and analysis of Persian-language articles from Iranian government and military websites for Foreign Military Studies Office's monthly *Operational Environment Watch*. In this capacity, I have been called on by various U.S. Army academy groups to review their products involving Iran.

12. Previously, between September 2002 and April 2004, I was a country director for Iraq and Iran in the Office of the Secretary of Defense at the Department of Defense and was seconded to be a political advisor to the Coalition Provisional Authority in Baghdad, Iraq. At the Coalition Provisional Authority , my job was to travel the country—outside the confines and security of the Green Zone—in order to assess and compare developments in different regions—Sunni, Shi'ite, and Kurdish—and to document growing influence of Iran and Iranian-sponsored and supported proxy groups.

13. In addition to my current employment and previous experience with the Department of Defense, I have taught courses relating to the Middle East and Central Asia at Yale University (1999-2000), Iranian history at the University of Sulaimani in Iraqi Kurdistan (2000-2001), Iranian state and society at Hebrew University of Jerusalem (2001-2002), and Iranian politics at Johns Hopkins University (2008-2009).

14. I have also guest lectured for the Federal Bureau of Investigation's Counterterrorism Investigation and Operations courses on issues relating to Sunnis, Shi'ism, and terrorism, in Washington, D.C. and at FBI field offices across the country. In addition, between 2005 and 2013, I lectured on Iran and its strategy in the Middle East for more than 200 U.S. Army units ranging from brigade combat teams to divisions and full corps leadership deploying to Iraq, Afghanistan, and Kuwait.

15. On twenty-three occasions between 2010 and 2020—most recently in January 2020—I have

PX6

taught two-to-three-week-long lectures series about Iraqi politics, security, and society; terrorism; Shi'ite militias; Sunni terrorism; and the Islamic Revolutionary Guard Corps onboard deployed U.S. carrier strike groups, amphibious ready groups, and Marine Expeditionary Units as they cross the Atlantic or Pacific Oceans or Mediterranean Sea and head into their areas of operation. In November 2018, I also taught a multi-day course for Navy SEAL Team 7 on Iranian strategy, terrorism, and security issues in specific towns, along specific roads, and in specific districts of Sunni-dominated regions of Iraq, prior to their deployment to the region. In February 2020, I taught a three-day seminar for SEAL Team 1 on Iraq and Syria. In July 2020, I taught several seminars to SEAL Team 5 on issues relating to Iran and its proxies in the Persian Gulf and Gulf of Aden. In August 2021, I taught a seminar on Iranian political developments and military strategy to a mix of Norfolk-based SEAL Teams.

16. I have also lectured about Iran, Iraq, and terrorism for government or military audiences in Australia, Azerbaijan, Bahrain, Bosnia, Croatia, the Czech Republic, Denmark, Iraq, Israel, Italy, Oman, Poland, Romania, Somalia, Sweden, and Turkey. On the 90th anniversary of Iran's constitutional revolution, I delivered an original paper at Tehran's Institute of Political and International Studies, the academic wing of Iran's foreign ministry.

17. I am regularly called to guest lecture at universities across the United States and globally. In the year before the COVID-19 lockdown, for example, I lectured to students at American University, Brown University, Carnegie-Mellon University, the University of Chicago, College of the Holy Cross, Copenhagen University in Denmark, Cornell University, Furman University, George Washington University, Gothenburg University in Sweden, Hargeisa University in Somaliland, Harvard University, Kufa University in Iraq, Liberty University,

PX6

Marist College, Swarthmore College, the University of Texas-Austin, the United States International University-Africa in Nairobi, Kenya, the University of Virginia, and the University of Wisconsin-Madison. In the past year, I have lectured virtually to students at Columbia University, Notre Dame University, University of Texas-Arlington and Yale University, and I have lectured in person at the University of Michigan, Georgetown University, and Indiana University.

18. My research is widely recognized and cited in major newspapers and before Congress. My books and monographs have been favorably reviewed in publications spanning the political spectrum such as the *Wall Street Journal*, *New York Review of Books*, *Washington Times*, and *Middle East Journal*. My writing has been cited in the *Washington Post*, *Wall Street Journal*, *New York Times*, and in Arabic, Persian, Kurdish, and Turkish language newspapers across the Middle East. I am regularly called upon to conduct peer review by academic foundations, journals, and publishers such at the University Press of Kansas, Rowman & Littlefield, the *Journal of Cold War Studies*, and the *Middle East Quarterly*.

19. Along with numerous journal articles and edited volumes, I am also the author or co-author of *Into the Shadows: Radical Vigilantes in Khatami's Iran* (Washington Institute, 2001), *Eternal Iran: Continuity and Chaos* (Palgrave, 2005), *Shi'ites of the Middle East* (AEI Press, 2014), *Dancing with the Devil* (Encounter, 2014; second edition, 2015), *Kurdistan Rising* (AEI Press, 2016), and *Seven Pillars: What Really Causes Instability in the Middle East?* (AEI Press, 2019). A full list of my publications is reflected in my professional CV, which is attached hereto as Exhibit A.

## C. Summary of Opinions.

PX6

20. In this report I provide the general background as to the development of Iranian strategic thought, its application to Iranian actions in Iraq, and also demonstrate how Iranian military and security structures often cross the sectarian divide to sponsor and support Sunni terrorist groups who attack those whom the Supreme Leader and the Islamic Revolutionary Guard Corps deem enemies of Islam.

21. Specifically, my report demonstrates:

- The Islamic Republic of Iran is a designated state sponsor of terrorism that supported multiple foreign terrorist organizations who operated in Iraq and attacked American and Iraqi nationals during the 2003 to 2011 timeframe.

- The Islamic Republic of Iran justified its intervention in Iraq on religious and historical grounds, as well as in the Islamic Republic's call for the "export of revolution."

- The Islamic Republic of Iran sees itself more as an Islamic power than simply a Shi'ite one. It has reached across the Sunni-Shi'ite sectarian divide for the entirety of its more than four decade existence including to Sunni militant groups like Al Qaeda, Al Qaeda in Iraq, and Ansar al-Islam.

- The primary mechanisms by which the Islamic Republic of Iran sponsors and supports terrorist groups and pursues asymmetric violence abroad are through the Islamic Revolutionary Guards Corps (IRGC), the IRGC Qods Force, the Ministry of Intelligence and Security (MOIS), and Lebanese Hezbollah.

- The IRGC uses Iran's state-controlled banking infrastructure, including Bank Melli Iran and its Central Bank, Bank Markazi, in order to facilitate and fund terrorism such as attacks on U.S. nationals in Iraq.

- The IRGC, in turn, relies upon state-owned commercial businesses such as the National

PX6

Iranian Oil Company (NIOC) and the Khatam-al Anbiya Construction Company to both fund and provide cover for its terrorist operations, including those in Iraq.

- The Islamic Republic of Iran used the IRGC, Qods Force, MOIS and Hezbollah to provide material support to Al Qaeda, Al Qaeda in Iraq, Ansar al-Islam and others who used this support to commit terrorism against American and Iraqi nationals in Iraq.

- The leadership of Iran, including its Presidents and Supreme Leader, as well as those responsible for overseeing its military and intelligence services, were aware of the Islamic Republic's support for Shia and Sunni terror groups in Iraq, and directed and sanctioned this support.

22. I draw these conclusions based on a combination of my education, personal experiences, professional research, and consideration of various historical sources and perspectives. My Ph.D. focused on Iranian history, and I spent seven months in the Islamic Republic of Iran conducting language study, interviews, and archival research, including at the Iranian Ministry of Foreign Affairs archives. Having worked on the Iran and Iraq desks in the Office of the Secretary of Defense before and during Operation Iraqi Freedom, I look at the region not only academically, but also through a policy and security lens. I have continued to travel to Iraq and throughout the broader Middle East, and have met with and discussed regional affairs with both Sunni and Shi'ite extremists, from Taliban officials in Afghanistan to leaders of Iranian-backed militias in Iraq. During my travel to Iraq over the past two decades, I have never limited myself to U.S. bases, embassies, or security parameters defined by the U.S. government; as such, my research reflects on-the-ground direct observation rather than a recitation and reflection of sources garnered only online or from interacting only with American policymakers.

PX6

23. I hold the opinions and conclusions provided in this report to a reasonable degree of historical certainty, and if asked to testify, would offer testimony consistent with the contents of this report.

### D. Methodology.

24. I trained as a historian at Yale University, and embrace a traditional historical methodology in my work. While a political science approach may look for commonalities across societies and rely on theory to develop evidence, I focus on a bottom up approach that combines on-the-ground field-work and interviews supplemented by evaluation and consideration of documentary evidence.

25. When studying contemporary issues in Iraq, this means frequent travel to Iraq to meet with and interview individuals from across the country's ethnic and sectarian spectrum. While journalists might seek out colorful quotes under short-deadlines, I will both trace trends and developments over the course of years and now decades, and repeatedly confirm what I am told by speaking to enough Iraqis from different social and political perspectives to account for intrinsic bias, weaknesses, or problems arising from single sources. Since 2000, I have spent at least three years cumulatively in Iraq. I have also spent seven months in the Islamic Republic of Iran, both studying language and conducting archival research. As I visit Iraqi figures repeatedly, including those who are anti-American and/or pro-Iranian, I develop personal rapport which enables deeper discussions and remote follow-up by telephone or video conferencing technology.  For example, I have met Hadi al-Amiri, the head of the Badr Corps in Iraq, four times.  I now spend up to two hours with him debating politics verbally sparring with him in each meeting, probing his responses to my questions, challenging his assumptions, testing the credibility of his sources and statements, and confronting him with differing

PX6

perspectives and information I seek out.  I interview, engage, and analyze not only those who share similar world views, but also with those who do not, including those who support the Islamic Republic of Iran.

26. The historical approach that I apply also requires consideration of source material. I accept that some journalistic accounts, especially against the backdrop of conflict and strife, can be narrow or inaccurate, and bias, ego, or agenda often skews the accuracy of first-person accounts. I grant speeches, political pronouncements, interrogation records, and declassified intercepts and other primary sources with more weight than the autobiographies that American officials often pen upon the end of their public service. I dismiss accounts where the author tries to fit square pegs into round holes or draws conclusions unsupported by the totality of the evidence in either substance or scope. Diaspora Iraqis or Iraqis visiting the United States to lobby for specific causes or ideas also often have skewed perspectives that should not be accepted at face value or until comparatively analyzed.

27. Likewise, I discount accusations of Iranian malfeasance based on anonymous sourcing or via individuals that would not be in a position to access adequate firsthand information to support the assertions they make. I will, for example, value the word of a U.S. Marine who served six months in the Ramadi-Fallujah area more than I would a congressional aide who perhaps visited Iraq for a day and spent his or her time listening to PowerPoint presentations at a headquarters. I seek to understand and appropriately consider the validity, reliability, and relevance of both sources.

28. I emphasize the importance of on the ground research and direct contact with the subjects and events being considered. Simply going to Iraq and staying in the "Green Zone" or a luxury hotel; however, is not much more valuable than trying to gauge events from an office in

PX6

Washington. When in Iraq, I study the territory about which I opine. I will personally visit border areas to watch traffic crossing the Iran-Iraq border, visit markets selling not only legal wears but also illicit goods such as passports, fake manifests, and other documents.

29. The historical methodology and my focus on Iran, Iraq, and terrorism requires my travel into areas deemed unsafe or insecure. Many historians employed by universities do not have the flexibility of travel because of frequent teaching commitments. Where I differ from other historians, journalists, and former diplomats is in the consistency and length of my involvement in Iraqi affairs. Diplomats rotate into Iraq for a year or two and seldom return; many Iraqis have known me for two decades and realize my interest in their country is not fleeting. Foreign correspondents may live in Baghdad for two or three years, but likewise move on. While these journalists develop great, in-depth knowledge of Iraq, too often it comes at the expense of a broader perspective gained by access to other sources outside of the Iraqi bubble. Being a historian at the American Enterprise Institute enables me also to eschew the security restrictions which constrain diplomats, politicians, and journalists. I can travel without security in order to avoid building a wall between myself and those with whom I need to engage.

### E. Prior Court-Appointed Expert Experience & Testimony.

30. Using this historical methodology, I have been admitted repeatedly as an expert witness into Immigration Court in Detroit, Michigan, an epicenter for Iraq-related immigration proceedings. In these matters, I have been qualified as an expert witness on country conditions in Iraq, security risks, terrorism, Shi'ite militias, religious minorities, and Iranian influence. The cases in which I was called to provide expert testimony involved Iraqis who were long-term residents of the United States and for whom Immigration and Customs Enforcement had initiated removal proceedings after conviction for non-immigration-related crimes. Many of

PX6

these Iraqis cited fear of persecution or torture should they return to Iraq. The government called upon me to speak toward the validity of their concerns. In every instance that I underwent *voir dire* proceedings by respondents' counsel I was recognized by the court as an expert on issues relating to Iraq and Iranian activity in Iraq. For example, in 2017, Immigration and Customs Enforcement (ICE) detained numerous Iraqi citizens previously convicted of committing crimes in the United States and initiated deportation proceedings against them. The American Civil Liberties Union sued ICE, arguing that any Iraqis who returned would suffer a high likelihood of torture or death at the hands of the Iraqi government, its security forces, or militias operating in the country. Between 2017 and 2019, ICE asked me to provide an affidavit regarding country conditions in Iraq, and asked me to testify as an expert witness on several occasions both in person at Immigration Court in Detroit or via satellite link. The courts have accepted me as an expert on Iraq regardless of whether the case in question involved majority Sunni or Shi'ite areas and individuals, or the northern Kurdish region.

31. I have also testified before the United States Congress a number of times, including before the House Foreign Affairs Committee and the House Financial Services Committee and House Oversight Committee on issues relating to Iran and Iraq. This includes testimony specific to how the Islamic Revolutionary Guard Corps hijacks ordinary businesses to fund its terrorism and on Iranian influences abroad. In addition, I have often briefed foreign and military officials—from Bahrain, France, Indonesia, Turkey, Australia, and Japan—on issues relating to the opacity of Iranian and Iran proxy financial dealings.

## F.  Historical Roadmap Leading to Iran's Strategy in Iraq – Exporting the Revolution through Violence Against the "Great Satan."

32. Iranian strategy is complex. In order to understand Iranian strategic thinking today, it is important to understand not only the current structure of the Islamic Republic of Iran, but also

PX6

the broader historical continuity of Iranian strategic thinking in the region and beyond. The 1979 Islamic Revolution represented a colossal political break as a two-and-a-half-millennia-old tradition of monarchy rapidly ended and Shi'ism assumed [ ] politics. Many elements of Iranian strategy and Persian culture; however, continue across the revolutionary divide.



Mohammad Reza Pahlavi
Source: Pahlavi.org

Ayatollah Ruhollah Khomeini
Source: Imam-Khomeini.org

33.  In order to illustrate and explain Iranian strategic decision-making in relation to post-liberation 2003 Iraq, it is necessary to provide broader historical context.  Iran was an important ally of the United States before 1979. Iran and Saudi Arabia constituted one of the "twin pillars" upon which the United States sought to build its regional security against the backdrop of the Cold War. Mohammed Reza Pahlavi, the Shah of Iran, was secular, unabashedly pro-Western, and business friendly. His collapse against the backdrop of an escalating protest movement shocked the West, but American officials hoped that they could continue their relationship with Iran under its new leaders. While revolutionary leader Ayatollah Ruhollah Khomeini was a devout Shi'ite Muslim, he repeatedly denied interest in personal power and instead served as a figurehead for a broad revolutionary coalition that included not only Islamists, but also republicans and nationalists. For nine months after Khomeini's return to Iran, the American embassy continued to operate in downtown Tehran. On November 4, 1979; however, revolutionary students loyal to Khomeini seized the embassy and took 52 diplomats hostage. Anti-Americanism alone did not motivate this episode: the hostage-takers selectively leaked

15

PX6

diplomatic documents to support accusations by religious militants that more liberal and moderate factions were seeking to betray the revolution. Over the span of the next year, Khomeini and the hostage-takers orchestrated a purge, leaving in place only more theocratic elements who recognized Khomeini as "the Supreme Leader," both politically and religiously.

34. Khomeini's Islamic Republic, however, was not only a religious state, it was an Iranian one as well. Iran—or Persia as it was called before 1935—has a culture that evolved over millennia that was not easy to erase. Khomeini sought to meld the two. Post-revolutionary Iranian organization interweaves political, military, and economic structures within the Iranian state. While many American officials see Iran today only in the context of the Islamic Republic and as a Shi'ite sectarian power, Iranians traditionally see their place in the world and the Middle



East region more expansively. While many analysts see Iran as predominantly a Shi'ite power, its imperial legacy leaves it with a regional perspective that treats much of Iraq—whether

16

PX6

Sunni or Shi'ite, Arab or Kurd—as a space in which Iranian decision-makers seek to dominate. Indeed, both pre- and post-revolutionary Iran have a long history of working across religions and ethnicities in order to advance Iranian interests. The Islamic Revolution; however, added specific impetus to Iranian actions, especially the notion that "export of the Revolution" was a core purpose of the Islamic Republic.[1]

35. "Export of Revolution" is enshrined in the Islamic Republic's constitution, Article 3 of which declares the goals of the regime to be both "the expansion and strengthening of Islamic brotherhood and public cooperation among all the people" and "unsparing support to the oppressed of the world." In addition, Article 154 calls for "support of the just struggles of the oppressed against the arrogant in every corner of the globe." In practice, Ayatollah Ruhollah Khomeini, who led Iran's Islamic Revolution, defined the repressed as anyone living under a system other than Iran's or similar Islamic orders. "The United States can't do a damned thing; we will export our revolution to the world," became Khomeini's mantra and, subsequently, an IRGC slogan.[2] On July 25, 1981, *Payam-e Enghelab* defined "the principle of jihad" as one of the two main tasks of the Islamic Revolutionary Guard Corps; the other being the defense of the Supreme Leader's government.[3]

36. Scholars today often differentiate between greater and lesser jihad. The greater jihad is an internal struggle to make oneself a better Muslim, while the lesser jihad is a defensive holy war. In the classical period of Islam (1258-1798) to which many more militant Islamists—both Sunni and Shi'ite—seek inspiration, jihad was understood to be military in nature. Theologians

---

[1] **PX278**, Helen Chapin Metz, *Concept of Export of Revolution in Iran: A Country Study*. Washington: GPO for the Library of Congress, (1987), http://countrystudies.us/iran/100.htm.

[2] *Tars-e Amrika az Ahiya-e Islami [The U.S. Fear of the Islamic Revival]*, Khorasan (Mashhad) (January 25, 1996). Translation provided by the Open Source Center; *Tandar bidun Baran, [Thunder without Rain]*, Javan (Tehran) (August 18, 2005).

[3] Ali Alfoneh, quoted in *The Revolutionary Guards Role in Iranian Politics*, Middle East Quarterly, (Fall 2008).

PX6

square this circle in two ways: First, they emphasize classical scholarship which strips away more moderate interpretations of theology from more recent centuries and, second, they define defense not only in terms of repelling military attacks but also in the need to counter Western culture. Hence, when Khomeini or his followers in the Islamic Republic and Islamic Revolutionary Guard Corps cite jihad, they most often mean a more violent struggle against the West.

37. To assist in the creation of the mythology of the "just struggle" and to further compel collective desire for jihad against those standing in contrast to the revolution, Ayatollah Ruhollah Khomeini deemed the United States "the Great Satan" and this name, as well as calls for "death to America," remain commonplace in text books, Iranian academic journals, and official public statements and pronouncements.

38. Such theological and diplomatic demonization of the United States quickly morphed inside Iranian leadership and security circles into a justification of terrorism. Iran's ensuing "exportation of the revolution" through "jihad" against western, and particularly American targets, resulted in U.S. Secretary of State George Shultz designating the post-revolutionary government of Iran as a sponsor of acts of international terrorism on January 19, 1984, pursuant to § 6(j) of the Export Administration Act, § 40 of the Arms Export Control Act, and § 620A of the Foreign Assistance Act, and the United States has renewed this designation annually.[4]

### a.  Iran v. Iraq - Neighbors and Enemies.

39. In September 1980, Iraqi President Saddam Hussein invaded Iran. The alleged impetus for the surprise attack was a long-standing border dispute but, in reality, Saddam's Sunni-led

---

[4] **PX268,** U.S. Department of State. Secretarial Determination No. 84-3. "Determination Pursuant to Section 6(i) of the Export Administration Act of 1979—Iran." 49 F.R. 2836; January 23, 1984.

PX6

government feared Khomeini's government could incite rebellion among Iraq's majority Shi'ite population, and so sought to end Khomeini's regime. What Saddam expected to be a quick operation, turned into an eight-year war of attrition reminiscent at times of World War I-era trench warfare. The existential crisis the Islamic Republic faced at the time both enabled Iranian leaders to rally Iranians around the flag and fast-tracked the consolidation of Khomeini's revolutionary gangs into a cohesive Islamic Revolutionary Guard Corps (IRGC).

40. To understand the evolution of the IRGC and to better gauge Iranian decision-making today, it is necessary to understand the Iran-Iraq War's lasting trauma. In addition, it is useful to see how the Qods Force and its revolutionary predecessors often prioritized warfare against the United States over all other factors in their decision-making, and regularly sought to shame those within the Iranian political spectrum who would step back or pause the struggle against perceived American influence. Iran's own internal struggles against Kurdish and other dissidents have also shaped Iranian strategic thinking, as they worry about precedents established in Iraq that could impact Iran domestically.

41. A free and independent Iraq poses both religious and political challenges to Iran's Islamic Republic. The threat Iran's religious leaders fear from a free and independent Iraq is perhaps most acute. This fear is in large part derived from the element of religious choice in Twelver Shi'ism—the type of Shi'ism practiced in both Iran and Iraq. Twelver Shi'ism has a religious hierarchy somewhat analogous to Roman Catholicism. The biggest difference, however, is that while the Roman Catholic Church elects a single pope, ordinary Shi'ites select their personal equivalent—called a *marja' at-taqlid* (source of emulation)—from amongst the top ayatollahs. Traditionally, Shi'ites follow a single living ayatollah's guidance instead of engaging in à la carte theology. In exchange for their *marja*'s religious guidance, they make an annual religious

PX6

donation called *khums* to that ayatollah's office. Those ayatollahs who receive more *khums* can sponsor more charities, take more seminary students, and support more mosques. These in turn amplify their influence. Today, Grand Ayatollah Ali Sistani, an Iranian national who resides in the Iraqi shrine city Najaf and opposes the Iranian concept of clerical government, receives more *khums* than any other ayatollah including current Iranian Supreme Leader Ali Khamenei. This in turn presents a challenge to Khamenei's claims to be the ultimate political and religious leader for all Shi'ites, especially when Iranians pay *khums* to Sistani rather than Khamenei. When Saddam controlled Iraq, intra-clerical politics did not pose as great a threat, first because Saddam's regime vigorously repressed clerical expression in Najaf and, second, because the border between Iraq and Iran remained firmly shut. This changed when Saddam fell from power.

### b.  The End of Saddam Hussein – A threat and an opportunity.

42. Leading up to the United States' 2003 invasion and liberation of Iraq from the Baathist regime of Saddam Hussein, Iran grew increasingly concerned about what it perceived as an existential threat posed by a free and democratic Iraq stationed on its largest western border. And yet, Iran also recognized that the removal of Saddam and the dismantling of the political and military structures of the



Supreme Leader Ali Khamenei
Source: timesofisrael.com

old regime created a power vacuum within Iraq that it had been preparing for years to exploit. Furthermore, with the presence of coalition troops, predominantly American, post-Saddam Iraq provided a target-rich environment in which Iran could wage jihad against the "Great Satan."

PX6

43. The Iranian government also feared (and still does) an ethnic precedent emerging from Iraq: Upon Saddam's fall, the Kurds confirmed first in the Transitional Administrative Law and then in the 2005 Constitution, expressed federal rights within the Iraqi state. Iranian leaders fear that Iran's ethnic minorities, today close to half the population and many concentrated regionally, may demand similar rights which collectively would undermine the power of Iran's central government and its control of its citizens within Iran.

44. In order to address the threats it perceived, exploit the nascent formation of the newly emerging political structures in Iraq, and to exact a heavy toll upon the United States, Iran returned to its historical willingness to work across Islamic sectarian lines. While Iranian diplomats had publicly negotiated an agreement to remain out of the Iraqi theater of operations and to keep Islamic Revolutionary Guard Corps-trained Shi'ite militias from infiltrating Iraq, they quickly violated their agreement. Beyond Iran's support for Shi'ite militias, however, Iran also tapped its equally dangerous and lethal relationship between Iran's leadership and Sunni terrorist groups.

45. Iran had long-established relationships with Al Qaeda's most senior leadership which extended from the early formation of the group prior to 9-11 to its protection within and free passage through Iran's borders to the present day. Iranian willingness to allow Al Qaeda to exist and operate within its territory permitted Al Qaeda to plan operations against Americans and their allies from within Iranian borders. Within Iraq, this pattern of Iranian cross-sectarian facilitation and material support extended to a number of Sunni insurgent and terrorist groups which enabled these groups to be much more lethal, effective, and sophisticated.

## G. Iran's Interlaced Political, Economic, and Military Structures – A well-oiled state-sponsored terrorism engine.

46. Since the 1979 Islamic Revolution, the Iranian state structure is both convoluted and malleable,

PX6

but there are key consistencies. The Supreme Leader is Iran's undisputed leader and is imbued constitutionally not only with supremacy in the political sphere, but also in the military sphere. Article 110 of the Iranian constitution makes the Supreme Leader the "Supreme Commander of the Armed Forces" with power to appoint and dismiss the Chief of the General Staff, IRGC Commanders, and Supreme Commanders of the Army, Navy, and Air Force. In this capacity, the Supreme Leader would have direct knowledge of and be the dominant figure shaping policy for the Islamic Revolutionary Guard Corps, its Qods Force, the Ministry of Intelligence and Security (MOIS, discussed below), and their collective support for both Iranian proxies operating in Iraq and across the Middle East as well as Sunni groups targeting those whom the Supreme Leader deemed enemies.

47. The Islamic Revolutionary Guard Corps is one of the Islamic Republic's two main militaries. The *Artesh* (literally, 'army') is charged with territorial defense, while the Islamic Revolutionary Guard Corps is charged with defense of the revolution, meaning enemies can be both external and internal. Generally speaking, the Islamic Revolutionary Guard Corps is the more elite of the two forces.

48. Part of Khomeini's impetus for creating the Islamic Revolutionary Guard Corps was his distrust of the *Artesh*. Under the shah, many of the army's senior officers were royalists, and the conscript rank-and-file only defected to Khomeini when they believed his victory was inevitable. Accordingly, Khomeini saw the *Artesh* as unreliable and opportunistic, and so invested in the Islamic Revolutionary Guard Corps as a body which was ideologically reliable, militarily superior, and within his direct control.

49. The Islamic Revolutionary Guard Corps grew more important as the Islamic Republic came to rely on it against the backdrop of the 1980-88 Iran-Iraq War. Upon the war's conclusion, the

PX6

Islamic Revolutionary Guard Corps leadership did not want to go back into the barracks and to lose their privileged positions, and so invested increasingly into Iranian commercial enterprises. For the Islamic Revolutionary Guard Corps, this was a successful strategy, especially as it was able to bring its military assets to bear in order to push aside competitors and ensure dominance of lucrative industries. For the Islamic Revolutionary Guard Corps, this also enables it to have an alternate source of funding outside the normal budgetary practice. The head of the Islamic Revolutionary Guard Corps also chairs *Gharargah Sazandegi-ye Khatam al-Anbiya* (Construction Base of the Seal of the Prophets) which supervises and operates the Islamic Revolutionary Guard Corps' extensive holdings. Today, by some estimates, *Khatam al-Anbiya* and Iran's revolutionary foundations control perhaps 20-40 percent of Iran's economy.[5]

50. Because Iran derives the bulk of its income from petrochemicals, the Islamic Revolutionary Guard Corps also took a paramount and symbiotic role with regard to the National Iranian Oil Company (NIOC). The Islamic Revolutionary Guard Corps guards most NIOC operations, contracts to lay the pipelines, operates the tankers, runs refineries, conducts exploration and exploitation in Iran's onshore and offshore oil and gas fields, and inserts its men into key company positions within NIOC.

51. The Islamic Revolutionary Guard Corps can use its corporate holdings and affiliates including NIOC to provide cover for covert operations and terror. During the Obama administration, the U.S. Treasury Department initially reported that NIOC and the National Iranian Tanker Company (NITC) provided financial support for the Qods Force. Under the Iran Threat

---

[5] Ali Alfoneh, *Iran Unveiled: How the Revolutionary Guards is Turning Theocracy into Military Dictatorship*. (Washington: AEI Press, 2013), pp. 165-203.

PX6

Reduction and Syria Human Rights Act (ITRSHRA) of 2012, the U.S. government likewise determined NIOC to be an agent or affiliate of the IRGC under the terms of the Comprehensive Iran Sanctions, Accountability, and Divestment Act of 2010 and ITRSHRA. This 2012 certification found NIOC to be wholly owned and controlled by Iran and that it provided significant support to the IRGC and its affiliates.

52. While against the backdrop of diplomacy surrounding implementation of the 2015 Joint Comprehensive Plan of Action (JCPOA), the Treasury Department "determined that NIOC is no longer an agent or affiliate of the IRGC," and the Treasury Department subsequently re-designated NIOC and NITC for its involvement with the Revolutionary Guards.[6]

53. Beyond NIOC, a primary example of the Islamic Revolutionary Guard Corps using business and construction as a cover for logistics and terror operations came in February 2013, when the Israeli Air Force killed Hassan Shateri (AKA Hesam Khoshnevis) in an airstrike along the Beirut-Damascus highway.   At the time of his death, Shateri was returning from Aleppo where he was "researching construction projects."[7] As Critical Threats Project analyst Will



Maj. Gen. Hassan Shateri
Source: *MashreghNews.ir*

Fulton notes, "The idea that a very senior Quds Force general had gone to a city that is likely soon to come under the control of Syria's [anti-Iran] opposition in order to look into construction projects is nonsensical. It likely reflects a reflexive boilerplate cover-story based

---

[6] **PX125**, "Treasury Submits Report to Congress On NIOC And NITC," U.S. Department of Treasury, September 24, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1718.aspx; **PX50**, "Treasury Sanctions Key Actors in Iran's Oil Sector for Supporting Islamic Revolutionary Guard Corps-Qods Force," U.S. Department of Treasury, October 26, 2020, https://home.treasury.gov/news/press-releases/sm1165

[7] "Sefarat-e Iran az Shahadat Rais-e Hayat-e Irani Bazsazi Jonub-e Lubnan Khabar Dad" ["The Iranian embassy in Lebanon informs of the martyrdom of the head of the Iranian Committee for the Reconstruction of Southern Lebanon"], *Islamic Republic News Agency*, February 14, 2013, https://www.irna.ir/news/80544041/سفارت-ایران-از-شهادت-رییس-هیات-ایرانی-بازسازی-جنوب-لبنان-خبر-داد

PX6

on Shateri's best-known public role overseeing the 'reconstruction' of southern Lebanon after the 2006 war."[8] Whereas Shateri had long lived in Lebanon as a developer and businessman involved in projects in southern Lebanon, the Islamic Revolutionary Guard Corps acknowledged after his death that he was actually a Senior General in the Islamic Revolutionary Guard Corps who helped transport weaponry to Hezbollah and who also acted as a liaison between the Qods Force and Bashar al-Assad's regime in Syria. Lebanese Hezbollah published a book in his honor.[9] The London-based pan-Arabic newspaper *Asharq al-Awsat* reported at the time that "Shateri is the highest ranking Iranian Revolutionary Guard Corps (IRGC) officer to be killed outside Iran," a fact that would remain true until a U.S. drone strike killed Qods Force Chief Qasem Soleimani in Baghdad on January 3, 2020.[10] Shateri's prior service sent him to Iraq at a time when the IRGC Qods Force targeted and killed American soldiers. His role and stature in the IRGC is evidenced by the fact that General Qasem Soleimani, then-head of the Islamic Revolutionary Guard Corps' Qods Force, attended his funeral in earlier 2013.[11]



Gen. Qasem Soleimani
Source: *CNBC.com*

54. As the Islamic Revolutionary Guard Corps grew richer, it gained power within the domestic Iranian political context. This led many analysts, as well as Iranian officials themselves, to

---

[8] Will Fulton, "The Assassination of Iranian Quds Force General Hassan Shateri in Syria," *Critical Threats* February 28, 2013, https://www.criticalthreats.org/analysis/the-assassination-of-iranian-quds-force-general-hassan-shateri-in-syria#_edn98d1fdfab18e3d52e81e8197572fe13012

[9] 'Abd-al Qadus Amin, *Muhandis al-Mahabati [Engineer of Love]*. Mashhad: The Organization of Libraries, Museums, and Archives of Astan Quds Razavi, 2017, https://www.khoshnwis.net/materials/book.pdf

[10] "Shateri: Iran's Regional Point Man," *Asharq al-Awsat*, February 14, 2013

[11] **PX634,** Dexter Filkins, "The Shadow Commander," *The New Yorker*, September 30, 2013, https://www.newyorker.com/magazine/2013/09/30/the-shadow-commander

PX6

consider Gen. Soleimani to be the second most powerful man in Iran outside the Supreme Leader prior to Soleimani's death in a January 3, 2020 American drone strike.

55. Iranian support for terrorism cannot be blamed only on Soleimani or rogue elements inside the IRGC or Qods Force. There is ample history which demonstrates that Soleimani and the Qods Force had the support of the most senior levels of the Islamic Republic and that their actions in Iraq were not rogue actions. In 1986, Ayatollah Ruhollah Khomeini ordered the arrest of Mehdi Hashemi, head of the Office of Liberation Movements (the predecessor to the Qods Force) after Hashemi pursued policies which undercut Iran's strategic goals, which at the time served as Iran's chief engine to support terrorist groups and proxies, including the formation of Hezbollah.[12] There were few authorities with as great a revolutionary pedigree as Hashemi. Prior to the Islamic Revolution, he gained prominence when the Shah's government arrested him for the 1976 kidnapping and strangling of Ayatollah Abdul Hasan Shamsabadi. Hashemi's televised confession and subsequent capital sentence—never carried out because of the Islamic Revolution--transformed him into a cause célèbre.[13] His brother Hadi's marriage to the daughter of Grand Ayatollah Hossein Ali Montazeri, Khomeini's deputy, cemented the trust and esteem in which the new revolutionary regime held him. The precedent of Hashemi's September 27, 1987 execution juxtaposed with Soleimani's lionization in Iranian society affirms the Supreme Leader's endorsement of Islamic Revolutionary Guard Corps and Qods Force actions in Iraq. If Soleimani's actions were not supported by the Supreme Leader, he would not have remained in his position for so long or enjoyed the lionization of Iranian state-controlled media. Indeed, both Khamenei and the Iranian press increased public praise of

---

[12] Bahman Baktiari, *Parliamentary Politics in Revolutionary Iran*. (Gainesville: University Press of Florida, 1996), p. 133.

[13] "Iran Executes Former Head of Global Islamic Movement," Associated Press, September 28, 1987.

PX6

Soleimani as his campaign of targeting American forces in Iraq escalated and became more widely-known, and especially after the U.S. troop drawn down in December 2011.

56. Even as the Iranian government sponsors terrorism and targets Americans, it seeks to maintain an air of plausible deniability. Its strategy to accomplish this is rooted in its command-and-control structure.

57. In order to keep control, the Supreme Leader often acts like a master marionette, playing Iran's various power centers off each other, privileging some in order to diminish the importance of others at any given time. This has led to duplication within the Iranian system so that the Ministry of Intelligence (*Vezarat-e Ettela'at va Amniyat-e Keshvar*, literally the Ministry of Information and Security of the Country, or "MOIS") also conducts external operations and supports Iranian proxy groups regardless of sect. Following his 2013 election as Iranian president, for example, Hassan Rouhani removed many Islamic Revolutionary Guard Corps' veterans from their positions, but replaced them not with political reformers, but rather with veterans of MOIS, who shared the same vision of the Islamic Revolutionary Guard Corps, but answered to different bureaucratic structures.

58. In order to maintain direct control over various security services, the Supreme Leader maintains a series of clerical commissars who observe military policy and report issues and information back to him. The Supreme Leader tends not to issue direct orders but rather sets parameters that authorize or approve acceptable behavior. These are often declared publicly, if at times enigmatically, through weekly Friday sermons delivered by the Supreme Leader or his clerical representatives. This creates a unique system: rather than deliver orders and expect obedience, the Supreme Leader often acts as a dictator by veto power, directing military policy by instructing officers what lines they cannot cross, but allowing significant autonomy within

PX6

them. Iranian operatives are therefore authorized to act militarily and aggressively without receiving formal, written, or spoken orders. This also purposely creates a system of plausible deniability in which the Supreme Leader can signal support for action without providing foreign intelligence agencies with concrete signals intelligence.

59. In addition, Khamenei appointed Ali Akbar Velayati, Foreign Minister between 1981 and 1997, including during the entirety of Khamenei's 1981-1989 presidency of Iran, to be his senior advisor for foreign affairs. This appointment underscores Khamenei's supervision and knowledge of Iranian terrorism. Velayati has a long history of supervising Iran's terror campaign. On September 17, 1992, for example, Iranian and Hezbollah assassins murdered four Kurdish dissidents in a Berlin café. On April 10, 1997, after hearing from 176 witnesses and reading intelligence files, a German court found Kazem Darabi, a captured Iranian intelligence agent as well as a Hezbollah accomplice guilty of murder, and two colleagues guilty as accessories. More importantly, the court also concluded that a Special Affairs Committee, headed by the Supreme Leader and including then-President Ali Akbar Hashemi Rafsanjani, Intelligence Minister Ali Fallahian, and Ali Akbar Velayati, had overseen the operation.[14] Velayati also attended the 2008 funeral of Imad Mughniyah, mastermind of the 1983 Marine Barracks bombing which killed 241 U.S. military personnel, as Khamenei's personal representative.



Ali Akbar Velayati
Source: *Tehran Times*

---

[14] *Murder at Mykonos: Anatomy of a Political Assassination*, at 2-20, (New Haven: Iran Human Rights Documentation Center, March 2007).

PX6

60. Iran's financial infrastructure is crucial to its ability to sponsor terrorism outside its borders.
Iranian banks--including Bank Markazi (Iran's Central Bank) and Bank Melli Iran (National
Bank)—remain interwoven into the Iranian security structures. The U.S. Treasury Department
has designated both banks due to their links with the Islamic Revolutionary Guard Corps and
Hezbollah. On October 25, 2007, pursuant to its Executive Order 13382 authority to designate
Iran's largest bank, Bank Melli, the U.S. Treasury Department explained, "Bank Melli also
provides banking services to the IRGC and the Qods Force. Entities owned or controlled by
the IRGC or the Qods Force uses Bank Melli for a variety of financial services. From 2002 to
2006, Bank Melli was used to send at least $100 million to the Qods Force."[15] A 2008 U.S.
State Department non-paper reported, "Bank Melli and Bank Mellat are the principal banks
used by Khatam al-Anbiya, an IRGC-controlled construction and engineering company headed
by UNSCR 1737 designee and former IRGC commander [Yahya] Rahim Safavi, as of July 11,
2007. Khatam al-Anbiya serves as an important source of funding for the IRGC, as the
organization has been awarded Iranian government contracts in recent years estimated to total
over USD $7 billion."[16]

61. On November 5, 2018, the U.S. Treasury Department augmented its sanctions, stating, "Bank
Melli is being designated pursuant to E.O. 13224 for assisting in, sponsoring, or providing
financial, material, or technological support for, or financial or other services to or in support
of, the IRGC-QF…. As of 2018, the equivalent of billions of dollars in funds have flowed
through IRGC-QF controlled accounts at Bank Melli.  Bank Melli has acted as a conduit for

---

[15] **PX36,** "Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for
Terrorism." U.S. Department of the Treasury, October 25, 2007, https://www.treasury.gov/press-center/press-
releases/pages/hp644.aspx
[16] **PX217,** "Subject: Information on Bank Melli for Italy, S Consideration in EU Discussions on Autonomous
Sanctions," U.S. Department of State, March 8, 2007,
https://archive.org/stream/08STATE24292/08STATE24292_djvu.txt

PX6

payments to the IRGC-QF.  The IRGC-QF has used Bank Melli to dispense funds to Iraqi Shia militant groups, and Bank Melli's presence in Iraq was part of this scheme."[17]

62. Bank Markazi has for years provided high ranking members of the Iranian government a secret channel for illicit funds to be used by terrorist organizations abroad as well as to sustain state-owned companies and financial institutions. Because of its terror-related activities, the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) has routinely sanctioned Bank Markazi pursuant to Executive Order (E.O.) 13224. Official announcements of these sanctions actions detail how state-owned banks are used by Iran to support terrorism. A 2007 U.S. Treasury press release regarding the designation of the Iranian-owned Bank Saderat as an SDGT, noted that:

> Bank Saderat, which has approximately 3,200 branch offices, has been used by the Government of Iran to channel funds to terrorist organizations, including Hezbollah and EU-designated terrorist groups Hamas, PFLP-GC, and Palestinian Islamic Jihad. For example, from 2001 to 2006, Saderat transferred $50 million from the **Central Bank of Iran** through its subsidiary in London to its branch in Beirut for the benefit of Hezbollah fronts in Lebanon that support acts of violence.[18]

63. Similarly, according to the United States' Financial Crimes Enforcement Network ("FinCEN"):

> **The Central Bank of Iran**, which regulates Iranian banks, has assisted designated Iranian banks by transferring billions of dollars to these banks in 2011. In mid-2011, the CBI transferred several billion dollars to designated banks, including Saderat, Mellat, EDBI and Melli, through a variety of payment schemes. In making these transfers, the CBI attempted to evade

---

[17] **PX51**, "*U.S. Government Fully Re-Imposes Sanctions on the Iranian Regime as Part of Unprecedented U.S. Economic Pressure Campaign,*" U.S. Department of the Treasury, November 5, 2018.

[18] Fact Sheet, U.S. Dep't of the Treasury, Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism (Oct. 25, 2007), also available at: https://www.treasury.gov/press-center/press-releases/pages/hp644.aspx

PX6

sanctions by minimizing the direct involvement of large international banks with both CBI and designated Iranian banks.[19]

64. In 2018, FinCEN issued another advisory related to Bank Markazi, and its officers/directors, stating:

> The Iranian regime uses deceptive practices, including front companies, fraudulent documents, exchange houses, seemingly legitimate businesses and government officials, to generate illicit revenues and finance their malign activities. Iran's deceptive practices have been orchestrated not only by elements of their government such as the IRGC-Qods Force, but also by **Central Bank of Iran** officials who were at the highest levels. Any country that allows its Central Bank to be involved in deception in support of terrorism requires the highest levels of scrutiny, particularly when the country itself is the world's largest state sponsor of terrorism.[20]

65. Specifically related to its activities in Iraq, Bank Markazi and its officers were sanctioned for masking its commercial activities to fund terrorism there and for providing financial support to Iraq-based terrorist groups. On May 15, 2018, OFAC sanctioned Bank Markazi's governor, Mr. Valiollah Seif, and Ali Tarzali, the assistant director of the International Department at Bank Markazi, stating:



Valiollah Seif, Former Governor of Bank Markazi Source: Payvand Iran

> Seif has conspired with the IRGC-QF to move millions of dollars through the international financial system in a variety of foreign currencies to allow the IRGC-QF to fund its activities abroad. Seif has also supported the transfer of IRGC-QF-associated funds to al-Bilad Islamic Bank, an Iraq-based bank… [Ali] Tarzali has worked with Hizballah and proposed that the terrorist group send funds through Iraq-based al-Bilad Islamic Bank…. [which] enabled the IRGC-QF's exploitation of Iraq's banking sector to move funds from Tehran to Hizballah, jeopardizing the integrity of the Iraqi financial system…. serving as a conduit for financial disbursements from

---

[19] **PX405**, Finding That the Islamic Republic of Iran Is a Jurisdiction of Primary Money Laundering Concern, 76 Fed. Reg. 72756 (Nov. 25, 2011), also available at: https://www.govinfo.gov/content/pkg/FR-2011-11-25/pdf/2011-30332.pdf (last visited March 18, 2021).

[20] **PX101**, FinCEN Advisory on the Iranian Regime's Illicit and Malign Activities and Attempts to Exploit the Financial System (Oct. 11, 2018), also available at: https://www.fincen.gov/news/news-releases/fincen-issues-advisory-iranian-regimes-illicit-and-malign-activities-and

PX6

the IRGC-QF to Iranian-backed Iraqi groups, [and] has also helped provide IRGC-QF financial support to Lebanese Hizballah.[21]

66. Bank Markazi and more of its senior officials were sanctioned again on November 20, 2018, for playing a critical role in Iran's illicit oil network designed to generate funds for Iranian terror proxies, by facilitating payments for Iran's sale of oil through front companies



Ali Tarzali
Source: ifmat.org

and entities, and syphoning funds for the IRGC-QF, Hezbollah, and other foreign terrorist organizations. Specifically, OFAC found that:

> To conceal its involvement in these transactions, the CBI makes these payments to Mir Business Bank using Iran-based Tadbir Kish Medical and Pharmaceutical Company (Tadbir Kish). Despite the reference to humanitarian goods in Tadbir Kish's name, the company has repeatedly been used to facilitate illicit transfers in support of this oil scheme. Following the CBI's transfer of funds from Tadbir Kish to Global Vision Group in Russia, Global Vision Group transfers payment to Russia state-owned Promsyrioimport to pay for the oil. Mir Business Bank was designated on November 5, 2018, pursuant to Executive Order (E.O.) 13224, and is a wholly-owned subsidiary of Iran's Bank Melli, which was designated for acting as conduit for payments to IRGC-QF.
>
> \*\*\*
>
> CBI senior officials play a critical role in this arrangement. Rasul Sajjad, CBI's International Department Director, and Hossein Yaghoobi, CBI's Vice Governor for International Affairs, have both assisted in facilitating Alchwiki's transfers.
>
> \*\*\*
>
> This scheme has also funneled millions of dollars between the CBI and Alchwiki's Mir Business Bank account in Russia.
>
> \*\*\*
>
> Senior CBI officials played a key role in this scheme, working with their counterparts in Syria and Alchwiki to facilitate transfer of foreign currency

---

[21] **PX118,** Press Release, U.S. Dep't of the Treasury, Treasury Targets Iran's Central Bank Governor and an Iraqi Bank Moving Millions of Dollars for IRGC-Qods Force (May 15, 2018), also available at: https://home.treasury.gov/news/press-releases/sm0385

PX6

to Hizballah, and together have coordinated the transfer of millions of dollars through this network. Specifically, CBI Official, Hossein Yaghoobi, who also has a history of working with Hizballah in Lebanon, has coordinated financial transfers intended for Hizballah with the IRGC-QF and Hizballah personnel.[22]

67. To illustrate Bank Markazi's role in the illicit commercial transactions outlined above, OFAC accompanied its sanction action with the following diagram:



68. On September 20, 2019, Bank Markazi's involvement in illicit commercial transactions resulted in another round of sanctions—this time involving Iran's National Development Fund

---

[22] **PX74,** Press Release, U.S. Dep't of the Treasury, Treasury Designates Illicit Russia-Iran Oil Network Supporting the Assad Regime, Hizballah, and HAMAS (Nov. 20, 2018), also available at: https://home.treasury.gov/news/press-releases/sm553

PX6

and the movement of Iran's foreign currency reserves to its terrorist proxies.[23]   Specifically,

OFAC stated:

> Since at least 2016, the IRGC-QF has received the vast majority of its foreign currency from the CBI and senior CBI officials have worked directly with the IRGC-QF to facilitate CBI's financial support to the IRGC-QF. In 2017, the IRGC-QF oversaw the transfer of tens of millions of euros to Iraq from the CBI. Then-Governor of the CBI Valiollah Seif directed the transfer.
>
> During 2018 and early 2019, the CBI facilitated the transfer of several billion U.S. dollars and euros to the IRGC-QF and hundreds of millions to MODAFL from the NDF.  Additionally, millions were to be transferred to the Houthis. CBI has also coordinated with the IRGC-QF to transfer funds to Hizballah.
>
> OFAC is designating the CBI today for having materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to, the IRGC-QF and Hizballah.

69. OFAC has also previously detailed Bank Markazi's involvement in currency exchange schemes used to fund terrorism when announcing terrorist designations against multiple Iranian individuals and entities, specifically on May 10, 2018, stating:

> [A]n extensive currency exchange network in Iran and the UAE… has procured and transferred millions in U.S. dollar-denominated bulk cash to Iran's Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) to fund its malign activities and regional proxy groups… Iran's Central Bank was complicit in the IRGC-QF's scheme and actively supported this network's currency conversion and enabled its access to funds that it held in its foreign bank accounts. This network of exchangers and couriers has converted hundreds of millions of dollars.
> ***
> The Iranian regime and its **Central Bank** have abused access to entities in the UAE to acquire U.S. dollars to fund the IRGC-QF's malign activities, including to fund and arm its regional proxy groups, by concealing the purpose for which the U.S. dollars were acquired.[24]

---

[23] **PX48**, Press Release, U.S. Dep't of the Treasury, Treasury Sanctions Iran's Central Bank and National Development Fund (Sept. 20, 2019), also available at: https://home.treasury.gov/news/press-releases/sm780

[24] **PX135**, Press Release, U.S. Dep't of the Treasury, United States and United Arab Emirates Disrupt Large Scale Currency Exchange Network Transferring Millions of Dollars to the IRGC-QF (May 10, 2018), also available at: https://home.treasury.gov/news/press-releases/sm0383

PX6

70. OFAC also provided the following diagram demonstrating Bank Markazi's role in this particular currency exchange scheme:[25]



71. On April 2, 2019, Robert Palladino, deputy spokesman for the U.S. Department of State, and Brian Hook, Special Representative for Iran and Senior Advisor to the Secretary of State, conducted a Press Briefing to inform the public about the efforts of the United States to re-institute economic sanctions against Iran that were intended to cripple its ability to use its terrorist network to commit or support acts of international terrorism. Brain Hook stated that the U.S. sanctions, particularly against Iran's oil and financial network, were "constraining [Iran's] ability to operate freely in the region… are draining Iran's support to its proxies, and

---

[25] **PX58**, High-resolution version of diagram available at https://www.treasury.gov/resource-center/sanctions/Programs/Documents/irgc_currency_exchange_en.pdf

PX6

for the first time in a very long time, they have less access to revenue to spread terror and militancy."[26]

72. As detailed in continuous U.S. sanction actions for over a decade, Bank Markazi and Bank Melli (and other state-owned Iranian banks) were used by Iran to funnel oil proceeds through its military and political entities including the IRGC, MOIS, and NIOC, to finance acts of terrorism in Iraq against Coalition Forces. If not for the role of banks like Markazi and Melli, and companies like NIOC, Iran's financial support could not have been so effectively, covertly, or substantially provided to the groups responsible for such acts, including Shia militia, Al Qaeda/Al Qaeda in Iraq, and Ansar al Islam.

## H. Iran's Willingness to Cross Cultural and Sectarian Divides in Order to Export the Revolution and Wage Jihad on the West.

73. Iran's imperial legacy leads it to reach across religious and sectarian divides.  At its greatest extent, the Iranian Empire stretched from the Mediterranean to India. Over just the last five hundred years, however, it has lost half its territory: The Portuguese seized Bahrain in 1521; the Ottoman Empire took Baghdad in 1638; and, in the nineteenth century, the Russian Empire wrested from Tehran's control of what today is Armenia, Azerbaijan, and part of Georgia. Iranian elementary school texts teach about the Iranian roots not only of cities like Baku, but also cities farther north like Derbent, in southern Russia.  The Shah lost much of his claim to western Afghanistan after the Anglo-Persian War of 1856-1857. Between 1871 and 1872, Iran lost much of Baluchistan when it was powerless not to the British army, but rather to the Indo-European Telegraph Department officials charged with demarcating the border. While Iran today may be, geographically, a shadow of past Persian Empires, a strong sense of history and

---

[26] **PX378**, U.S. Dept. of State, Press Briefing (April 2, 2019), video of this statement is available at: https://www.state.gov/briefings/department-press-briefing-april-2-2019/

PX6

pride pervades the country.  Many Iranians consider their former imperial boundaries to be a



natural sphere of influence, *Iranzamin*, just as Russian nationalists believe that Russia should

have paramount influence within their "near abroad." Iranian leaders utilize this sense of near

abroad over former imperial domains to justify their actions throughout Iraq, and not just those

areas controlled or populated by Shi'ites.

74. That Iran's identity—even under the Islamic Republic—extends past Shi'ism is also apparent

with regards to Nowruz, the pre-Islamic Persian New Year which begins on the first day of the

Spring Equinox and continues for 13 days. The Islamic Republic continues to use Nowruz to

mark the New Year, and never adapted the *hijri* calendar used by other Islamic states and many

Arab countries. Culturally, Iran's ayatollahs embraced Nowruz as a mechanism to reach out to

other Persian societies. In 2014, for example, Iranian President Hassan Rouhani spent his first

PX6

Nowruz as president attending a Nowruz festival in Afghanistan rather than Iran.[27] The annual festival, begun in Iran, is now hosted on a rotating basis in other regional countries. The Iranian government also uses Nowruz to mark the beginning of its fiscal year.

75. There are many examples of Iranian support to groups across the sectarian divide. Within the Caucasus, Iran often supports Armenia, an overwhelmingly Christian country, against Azerbaijan, even though Azerbaijan is one of only three countries beyond Iran which are majority Shi'ite. The Islamic Republic's reasoning appears pragmatic: If successful, an independent and majority Shi'ite but secular and Western-leaning Azerbaijan could challenge the model and legitimacy of the religious rule in Tehran. The fact that Azerbaijanis enjoy a greater life expectancy, literacy, and purchasing power than Iranians, embarrasses the Iranian clergy. It is hard for the Supreme Leader to claim that he presides over a near perfect Islamic system as the deputy of the messiah on earth when secular governments perform better.

76. A pragmatic calculation about Iran's national interest also plays into the silence of Iranian leaders when it comes to the plight of Muslims abroad. While Supreme Leader Ali Khamenei might lambast alleged mistreatment of Muslims in the West, he remained largely silent when the Russian army leveled whole cities in Muslim Chechnya and also has been muted in any discussion of the mass-imprisonment of Uighurs in China.

77. In 1979, the Islamic Revolution inaugurated the modern world's first Shi'ite theocracy, but Iranian authorities do not see themselves solely as a Shi'ite power. While Sunnis often say Shi'ites broke away from them, from a Shi'ite perspective that narrative is opposite: Shi'ism represents true Islam and it was the Sunnis who went astray. In practice, this means that Iranian

---

[27] "*Iran's President Due in Afghanistan to Attend Nowruz Festival*," Tasnim News Agency (Tehran), March 20, 2014, http://www.tasnimnews.com/English/Home/Single/319027

PX6

leaders see themselves as representing all Muslims, regardless of sect. Iranian leaders accordingly see no impediment to transcendence of sectarian lines to support Sunni groups in order to advance the Islamic Republic's broader ideological goals and aims, foremost among which are animosity toward the United States, Israel, and the West more broadly. Hossein Allahkaram, a former Qods Force officer who deployed to Bosnia in the early 1990s and today heads the coordination council of the hardline Iranian organization Ansar-e Hezbollah, the group responsible for violently cracking down on Iranian students who protest against the Islamic Republic's social restrictions and prohibitions, explained in August 2021, "We don't distinguish between Shiites or Sunnis. I was with Al-Mujahid, the leader of Al Qaeda in the [Bosnian] war, and together we liberated Sarajevo."[28]

78. Iranian strategic objectives are shaped by a combination of Revolutionary leader Khomeini's vision, Iranian nationalism, and pragmatism. Khomeini placed antipathy toward the United States and Israel as a cornerstone in his philosophy. Grievances toward America pepper his speeches from his days in exile in Najaf, Iraq, where he taught until the severity of Saddam's crackdown led him once again to flee, through his final sermons in Tehran.[29]  As the founding father of the Islamic Republic, Khomeini is untouchable in the Islamic Republic's political debate.

79. He was never as manichaean toward Sunnis or Sunni countries, however, and was often willing to make pragmatic concessions to Sunni interests. He handed over Israel's pre-revolutionary office in Tehran to the Palestine Liberation Organization (PLO), even though PLO chief Yasser Arafat was a secular, Sunni Marxist, and named a Tehran street after Khalid Islambouli, a

---

[28] Video tweeted by AJ News Club, August 31, 2021:
https://twitter.com/ajnewsclub/status/1432679948221829121?s=11
[29] See, for example, Imam Khomeini (Hamid Algar, trans.) *Islam and Revolution*. London: KPI, 1981.

PX6

Sunni extremist responsible for the murder of Egyptian President Anwar Sadat. Against the backdrop of the Iran-Iraq War, the Islamic Republic also demonstrated its willingness in other ways to work across the ethnic sectarian divide. For example, during the Iran-Iraq War, Iraj Masjedi, a 35-year veteran of the Islamic Revolutionary Guards Corps, worked as a liaison to both Kurdistan Democratic Party (KDP) officials Fadhil Mirani, today the KDP secretary, and also to the late Jalal Talabani, Patriotic Union of Kurdistan (PUK) leader who was between 2006 and 2014 the President of Iraq.[30]

80. Despite the tense history between Iran and Kurdish separatism, the Islamic Republic has continued to maintain close and cooperative relations with both Masoud Barzani and his nephew and current Iraqi Kurdish President Nechirvan Barzani and the late Iraqi President Jalal Talabani's PUK, a group which both controls territory alongside Iran's border and hosts dissident Iranian Kurdish insurgents. Qods Force Chief Qasem Soleimani frequently coordinated with Jalal Talabani's nephew Lahur, the head of the party's elite counterterrorism force in pursuit of specific interests of the moment, even if major disputes between the Islamic Republic and secular Kurdish groups remain.

81. Khomeini's willingness to execute Office of Liberation Movements head Mehdi Hashemi was offered as an olive branch to Saudi Arabia against the backdrop of a diplomatic initiative to end that country's bankrolling of Saddam Hussein and also underscored Iran's sectarian pragmatism.

---

[30] "*Modiriat-e Pazhouheshha-ye Amaliati-ye Nirou-ye Zmini-ye Sepah, Sanad-e Shomareh-ye* 37514" "[Directorate for Research into the Operations of the IRGC Ground Forces, Document Number 37514"], quoted in Said Mohammadpour, "*Tasir-e Amaliat-haye Namonazam-e Qarargahe Rmezan dar Jang-e Tahmili*" ["Impacts of the Irregular Operations of Base Ramezan during the Imposed War"], Faslnameh-ye Siasat-e Defaei (Tehran), 12, No. 17(2004):85, cited in "*Generational Change in the Iranian Revolutionary Guard Corps Quds Force: Brigadier General Iraj Masjedi,*" *Middle East Outlook*, American Enterprise Institute (March 2012).

PX6

82. In 1986, as the Iran-Iraq War dragged on and casualties mounted, Khomeini sought to ameliorate Iranian relations with Arab countries. All Arab countries except Syria backed Iraq in the war. Syria's willingness to side with Iran and against a fellow Arab state, Iraq, was based on three considerations. First, the Assad family dominating Syria since 1970 was religiously Alawite, a Shi'ite offshoot sect, and so Damascus saw religious solidarity with Tehran. Second, Syria and Iraq were Baath Party rivals. By siding with Tehran, Damascus sought to weaken his Arab rival and neighbor. Third, Syria long sought to amplify its regional influence by rejecting broader Arab solidarity. This enabled Syria to be the head of its own bloc, rather than subordinate itself to any political bloc led by more the populous Egypt or wealthier Saudi Arabia.

83. The Iranian leadership wanted to disrupt the Gulf Cooperation Council financing of Iraq's war efforts. Hashemi, however, refused to compromise his ideological and sectarian principles and so refused to support any outreach to Saudi Arabia. Instead, in August 1986, in an operation which served as a precedent for Iran's post-2003 Iranian operations in Iraq, he sent operatives disguised as pilgrims to disrupt the Hajj and embarrass the Kingdom. Saudi authorities arrested more than 100 Iranians carrying arms and explosives, humiliating Iranian officials and undermining the credibility of the Iranian diplomatic outreach to Saudi Arabia.[31] Because Hashemi—in contrast to Khomeini and the Islamic Republic's decision-making elite—was unwilling to compromise his sectarian ideological principles at a time when Iran felt great pressure, Khomeini had him arrested and executed.[32]

---

[31] Michael Dunn, "*Until the Imam Comes: Iran Exports Its Revolution*," *Defense and Foreign Affairs*, July/August 1987, 43.

[32] Ed Blanche, "*Firing Squad Executes Former Aide to Khomeini's Successor*," Associated Press, September 28, 1987.

PX6

84. Among Iran's array of perceived enemies, the United States (and Israel) take top billing. This was a lesson which former president Ali Akbar Hashemi Rafsanjani learned in April 2012, after he suggested that there really was no difference between Iranian relations with China and Russia, and normalization of ties with the United States.[33] In response, Ayatollah Ahmad Alamolhoda at Friday prayers in Mashhad, Iran's second-largest city and the site of the holiest shrines in the country, declared, "Our foreign policy is based on the principle of fighting with the Arrogance [a term commonly used to describe the United States]," adding, "Undoubtedly, negotiations with America have never been and will never be in our interests."[34] Ahmad Khatami, in his capacity as temporary Friday Prayer leader, likewise castigated Rafsanjani as "naïve" and "timid."[35] This cemented anti-Western sentiment permits the Iranian leadership to justify supporting terrorism, even through the use of Sunni proxies like al-Qaeda, so long as such support furthers its broader strategic goals of undermining or undercutting the United States and its policy goals.

85. Beyond simply countering the United States, Iranian support for Sunni terrorist groups in Iraq had the further purpose of tarnishing the notion of democracy to try to delegitimize the goal among the broader Iranian populace. Sheikh Jassim Muhammad Salih al-Suwaydawi, the sheikh of the Albu-Souda tribe in Sofia outside of Ramadi, for example, remarked, "The terrorists claimed they were a legitimate resistant, but they were not. They were terrorists that had been backed and paid by Iranian and Syrian intelligence for a special purpose: to prevent

---

[33] *"Hashemi va tasmimesh bara-ye mazakereh ba Amrika,"* ("Hashemi and his decision to talk with America,") Fararu.com (Tehran), April 2, 2012.

[34] *"Highlights: Iran Provincial Friday Sermons 6 Apr 12 -- Part 1,"* Open Source Center, April 6, 2012.

[35] Hojjat al-Islam Sayiid Ahmad Khatami, "Khutbah-ye Nimaz Jameah," (Friday Prayer Sermons), Nasim Online (Tehran), April 6, 2012.

PX6

democracy from spreading in Iraq, which, they were afraid would trickle down to other countries."[36]

86. Often, after an Iranian military operation or Iranian-sponsored terror attack, Iranian diplomats and other officials will deny responsibility. Such denials are empty and often meant to distract. Seldom do officials offering denials have any role in or knowledge of Iran's military operations. For example, Iranian Foreign Minister Mohammad Javad Zarif repeatedly denied Iranian forces were fighting in Syria. "At the current moment, only Iranian advisors are present in Syria, not military personnel," he told the Iranian news portal Tabnak.ir. That same day, international media reported that Gen. Hossein Hamedani, one of Iran's top military officials in Syria, had been killed in



Mohammad Javad Zarif
Source: Iran Ministry of Foreign Affairs

Aleppo. That Zarif was caught in such a lie shows the irrelevance of diplomatic and other Iranian public denials of its military and terrorist activities outside its borders. Similarly, with direct evidence in hand, Ryan Crocker, the U.S. ambassador to Iraq, outlined U.S. concerns about Iranian support for militias and terrorism in Iraq during a May 28, 2007 meeting, to which Iranian Ambassador Hassan Kazemi Qomi, a Qods Force alum with complicity in such operations, simply ignored the substance of the charges.[37]

---

[36] **PX635**, Dr. William Knarr, et al., *Al-Sahawa-The Awakening Vol. IV-A: Area of Operations Topeka, East Ramadi and the Shark* Fins, Institute for Defense Analysis, at p. B-4 (August 2019).
[37] *"U.S., Iranian Ambassadors Meet in Baghdad,"* Radio Free Europe, (May 28, 2007)
https://www.rferl.org/a/1076745.html

PX6

87. Iran's choice of personnel for its embassy in Iraq, however, clarified its intent.[38] Between 2003 and 2010, its chargé d'affaires and later ambassador was Hassan Kazemi-Qomi. Qomi, a senior commander in the IRGC's Qods Force, the main coordinating body for Iranian terrorism abroad, and a former IRGC liaison to Hezbollah in Lebanon.[39] Today, Qomi remains a senior advisor to Supreme Leader Ali Khamenei. Qomi's replacement Hassan Danaeifar also hailed from the IRGC. On October 16, 2020, Danaeifar granted an interview to Islamic Republic of Iran Broadcasting television in which he spoke of his close connections to Soleimani, whom he saw



Hassan Kazemi Qomi
Source: Islamic Rep. News Agency

Iraj Masjedi
Source: iranintl.com

as his superior, who often provided him with intelligence about ongoing operations.[40] Iraj Masjedi, who assumed the ambassadorship of Iran to Iraq in April 2017, was a senior Qods Force commander and a former advisor to Qods Force Chief Qasem Soleimani. On October 22, 2020, the U.S. Treasury Department sanctioned Masjedi for having "overseen a program of training and support to Iraqi militia groups, and he has directed or supported groups that are responsible for attacks that have killed and wounded U.S. and Coalition Forces in Iraq. In his current capacity, Masjedi has exploited his position as the Iranian regime's ambassador in Iraq

---

[38] **PX275**, "*Iran's Ministry of Intelligence and Security: A Profile*," Federal Research Division, Library of Congress, (December 2012).

[39] "*Entekhab-e Safir-e Jadid-e Iran Dar Eragh Va Janjal-e Resaneh-ha-ye* Arabi" [Appointment of New Iranian Ambassador to Iraq and Mayhem of the Arab Media], Diplomasi-ye Irani (Tehran) (January 24, 2010).

[40] https://www.telewebion.com/episode/2396175

PX6

to obfuscate financial transfers conducted for the benefit of the IRGC-QF [Qods Force]."[41] The logic of Iran's ambassadorial appointments appears geared toward its aims and policies in Iraq: the support of militias—an IRGC responsibility—trumped traditional diplomatic dialogue.

88. It would be consistent with Iranian practice for Qomi to control operations involving not only Shi'ite militias but also Sunni armed groups as well. In Lebanon, for example, the Iranian embassy interacts not only with Hezbollah, but also its allies among Sunnis and Christians as well. In Afghanistan, the Iranian ambassador likely helps coordinate Iranian weapons supply to the Taliban. In Baghdad, the Iranian embassy has long sought to co-opt and work with Sunni tribal leaders and politicians such as Muhammad al-Halbousi, the current speaker of the parliament who won his position largely due to Iranian-provided largesse. Generally speaking, the Iranian embassy in Baghdad and Iranian diplomats and officials more broadly in Iraq have a long history of working across the sectarian divide, and would have had specific knowledge of Iran's support for Shia militia and Sunni terror groups operating in Iraq against American interests.

## I. Iran's History of Supporting the Foreign Terrorist Organization - Al Qaeda.

89. The National Commission on Terrorist Attacks upon the United States, often called the "9/11 Commission," interviewed more than 1,000 people in ten countries and conducted an unprecedented review of U.S. intelligence before finalizing its report, an unclassified version of which was released to the public on July 22, 2004.[42] The Commission found evidence of a significant and continuing relationship between al-Qaeda and the Islamic Republic of Iran.

---

[41] **PX49**, "Treasury Sanctions Iranian Ambassador to Iraq," U.S. Department of the Treasury, October 22, 2020, https://home.treasury.gov/news/press-releases/sm1159

[42] **PX282**, *9-11 Commission Report*. Washington, D.C., The National Commission on Terrorist Attacks upon the United States (July 22, 2004).

PX6

90. The 9-11 Commission concluded that, "the relationship between Al Qaeda and Iran demonstrated that Sunni-Shia divisions did not necessarily pose an insurmountable barrier to cooperation in terrorist operations," and that, in the early 1990s, discussions in Sudan between Al Qaeda and Iranian operatives led to an informal agreement to cooperate in providing support for actions carried out primarily against Israel and the United States.

91. The 9-11 Commission also found that Sudanese officials facilitated meetings between Al Qaeda operatives and Iranian officials at the time when, between 1991 and 1996, Usama bin Laden lived in Sudan. As a result, some senior Al Qaeda operatives traveled to Iran to receive training in explosives and some visited the Bekaa Valley in Lebanon for training in explosives as well as in intelligence and security.[43] While Bin Laden provided Al Qaeda's initial seed money from his personal fortune, early training by Iranian proxies, such as Hezbollah, and Iran's logistical support were critical to the group's early development and evolution.

92. On June 26, 1996, a truck bomb ripped through an apartment complex in al-Khobar, Saudi Arabia, killing nineteen U.S. servicemen. The Saudi Hezbollah operatives who carried out the attack were associated with Brigadier General Ahmad Sharifi, an Islamic Revolutionary Guard Corps commander.[44] In its report the 9-11 Commission reiterated the likelihood that Iranian officials played a role in attacking U.S. forces.[45]

93. The U.S. District Court for the District of Columbia held that Iran was responsible for the Khobar Towers bombing in *Heiser v. Islamic Republic of Iran*, 466 F.Supp.2d 229 (D.D.C. 2006), finding that the operation was undertaken on direct orders from senior Iranian

---

[43] **PX282**, "The Foundation of the New Terrorism," *9-11 Commission Report*, p. 61.

[44] Pierre Thomas; David B. Ottaway**.** "Suspect Links Iranian to Anti-American Plot; Claim Reinforces U.S. Suspicion in Saudi Blast," *The Washington Post.* June 28, 1997.

[45] **PX282**, "The Foundation of the New Terrorism," *9-11 Commission Report*, p. 60.

PX6

government leaders, the bombers had been trained and funded by the IRGC in Lebanon's Bekaa Valley, and senior members of the Iranian government, including Ministry of Defense, Ministry of Intelligence and Security (MOIS) and the Supreme Leader's office had selected Khobar as the target and commissioned the Saudi Hizballah to carry out the operation.

94. Further, the 9/11 Commission Report found that Al Qaeda was also involved in the planning and preparations for the Khobar Towers bombing according to a classified CIA analytic report that showed the IRGC-Qods Force commander Ahmad Vahidi planned the Khobar Towers attack with Ahmad al Mughassil, a Saudi-born Al Qaeda operative.[46] On the day of the operation, bin Laden was, according to NSA intercepts, congratulated by members of other Sunni militant organizations.[47]



Ahmad Vahidi
Source:alchetron.com

95. On August 7, 1998, two nearly-simultaneous truck bombings destroyed the U.S. embassies in Nairobi, Kenya, and Dar-es-Salaam, Tanzania, killing more than 300 people and wounding more than 5,000.  The U.S. District Court in *Owens, et al. v. Republic of Sudan*, 2011 U.S. Dist. LEXIS 135961, held that Iran, the IRGC, and MOIS, as well as the Republic of Sudan and its Ministry of the Interior, were liable for supporting the U.S. Embassy bombings and that "support from Iran and Hezbollah was critical to Al Qaeda's execution of the 1998 embassy bombings." The Court also found that the material support of Iran, the IRGC, and MOIS was supplied to Al Qaeda through Iran's sponsorship of Hezbollah.

---

[46] **PX282**, *9-11 Commission Report* at p. 60, n. 48.

[47] " Panel Links al Qaeda to Khobar Towers Blast, Other Attacks*" Air Force Magazine*, September 2004. https://www.airforcemag.com/PDF/SiteCollectionDocuments/Reports/2006/March/Day20/AW_04_1.pdf

96. Iran again used Hezbollah as its conduit through which the IRGC and MOIS facilitated Al Qaeda's deadly attack against the U.S.S Cole on October 12, 2000 while the ship was being refueled in Yemen's Aden harbor. The U.S. District Court of the District of Columbia found Iran liable for supporting Al Qaeda in the attack based on the fact Iran provided material and direct support to Al Qaeda via the Ministry of Intelligence and Security ("MOIS") and the IRGC as well as via Hezbollah. The court stated that, although they have a long history of cooperating in a common anti-American agenda, Iran and Al Qaeda have always had serious ideological differences. In providing support to Al Qaeda and Hezbollah, the IRGC, including the IRGC Qods division, is acting as an official agency whose activities are tightly and carefully controlled by the Iranian government through the Supreme Leader and his representatives. Iran's relationship with Al Qaeda continues even in situations where Iran is also supporting those fighting Al Qaeda.[48]

97. Iran was also found liable for materially supporting Al Qaeda in the attacks on September 11, 2001. The U.S. District Court for the Southern District of New York, in *In Re Terrorist Attacks on September 11, 2001*, 349 F.Supp.2d 765 (S.D.N.Y. 2005) concluded that the Islamic Republic of Iran provided direct and material support and resources to Al Qaeda for acts of terrorism, including the extrajudicial killing of the victims of the September 11, 2001 attacks.

98. In a related case, the U.S. District Court for the Southern District of New York also held that the Islamic Republic of Iran provided material support or resources, to Al Qaeda generally

---

[48] *Flanagan v Islamic Republic of Iran*, United States District Court for the District of Columbia, Case 1:10-cv-01643-RC, 03/31/2015, at p. 35.

PX6

including planning, funding, money, lodging, training, expert advice or assistance, safe houses, false documentation or identification, transportation, and safe haven within Iran.[49]

99. After the Taliban seized Kabul in 1996, Usama Bin Laden relocated to Afghanistan, flying on a leased aircraft from Khartoum to Jalalabad. In Afghanistan, he resumed his terror campaign, planning the 1998 East Africa embassy bombings. In aftermath of those twin attacks in Nairobi and Dar-es-Salaam, investigators obtained Bin Laden's phone records and determined that ten percent of his calls were made to phones inside Iran.[50] Federal prosecutors investigating the 1998 East Africa bombings noted the Iran-Bin Laden nexus developed while Bin Laden still lived in Sudan. "Al Qaeda also forged alliances with the National Islamic Front in the Sudan and with the government of Iran and its associated terrorist group Hezbollah for the purpose of working together against their perceived common enemies in the West, particularly the United States," the November 1998 indictment against Bin Laden read.[51]

100.    In Afghanistan, Bin Laden established a number of terrorist training camps which attracted a steady stream of young Islamists, many of whom transited Iran.  Iranian border officials normally stamp passports, but they made an exception for Al Qaeda terrorists hindering the ability of both American intelligence analysts and counterterrorism officials in the hijackers' home countries to trace their movements.[52] Between eight and ten of the 9-11 Saudi hijackers traversed Iran to travel to or return from Al Qaeda training camps.[53] While the 9-11

---

[49] *In re Terrorist Attacks on Sept. 11, 2001*, No. 03 MDL 1570(GBD)(FM), 2012 WL 4711407 (S.D.N.Y. 2012), regarding *Havlish v. bin Laden*, 03 Civ. 9848 (GBD) (FM) 2012.

[50] **PX275**, "Iran's Ministry of Intelligence and Security: A Profile," Federal Research Division, Library of Congress, December 2012.

[51] *United States vs. Usama Bin Laden*, "Indictment," United States District Court, Southern District of New York, November 4, 1998.

[52] **PX282**, "The Foundation of the New Terrorism," *9-11 Commission Report*, p. 61.

[53] **PX282**, "The Attack Looms," *9-11 Commission Report*, pp. 240-241.

PX6

Commission report did not say that Iranian authorities knew the advance details of Bin Laden's 9-11 plan, had Iranian authorities not allowed the hijackers to freely transit Iranian territory, it is unlikely the attacks could have been successful. The 9-11 Commission report further noted, "For terrorists, success is often dependent on travel…. For terrorists, travel documents are as important as weapons."[54]

101.    Iran subsequently provided similar logistical support and safe-haven to members of other Sunni militant groups such as Ansar al-Islam. In a 2003 report, for example, the International Crisis Group found that, absent any other explanation, it "is indisputable…that the group could not survive without the support of powerful factions in neighboring Iran, its sole lifeline to the outside world."[55] Indeed, many Ansar al-Islam members escaped the initial American assault on Iraq by seeking refuge across the Iranian border, and were able to re-group and re-emerge in Iraq to effectively attack Coalition forces and Iraqi citizens for years afterwards.

102.    It is not possible to transit Iran casually.  When, in 1996 and 1999, I took both public buses and also private cars within Iran, it was normal for police to check documents and passports at internal provincial boundaries and for security to ensure visas and stamps at hotels. It is not realistic for any traveler to bypass passport controls or visa checks without a deliberate Iranian government knowledge and cooperation to allow them to do so.

103.    Anti-Americanism is the tie that binds Iran with Sunni terror groups like Al Qaeda and Ansar al Islam. While sectarian differences may, to the outsider, seem to obviate any

---

[54] **PX282**, *9-11 Commission Report*, p. 384.

[55] "Radical Islam in Iraqi Kurdistan: The Mouse that Roared?" *International Crisis Group*, February 7, 2003.

PX6

ideological alliance between Shia Iran and Sunni extremist groups like Al Qaeda, pragmatism

allows the Iranian government to overcome any antipathy.[56]

104.    This pragmatic alliance among sectarian rivals to target the United States has often been

on display with regard to Iranian relations with the Taliban.  ″It is better for Iran if America is

entangled in Afghanistan with the Taliban, because as soon as the United States has no problem

in Afghanistan, it can turn to the next area in the Middle East," explained Abulfazl Amooei, a

political analyst for the mass-circulation daily Hamshahri, a paper founded by reformist faction

member and former Tehran mayor Gholamhossein Karbaschi.[57] Such support is not simply

theoretical. International Security Assistance Force (ISAF) forces have intercepted Iranian

weapons shipments to the Taliban, and the Afghan National Army has captured Taliban

commanders in possession of Iranian bank books.[58] Afghan authorities have also accused Iran

of training both Taliban fighters and suicide bombers.[59]

---

[56] In his profile of Qods Force leader Qasem Soleimani, *New Yorker* writer Dexter Filkins provides several examples. See, **PX634**, Dexter Filkins, "*The Shadow Commander*," *New Yorker* (September 23, 2013), https://www.newyorker.com/magazine/2013/09/30/the-shadow-commander

[57] Kim Murphy, "*Iran is Keeping its Options Open in Afghanistan*," *Los Angeles Times* (August 15, 2008), http://archive.boston.com/news/world/middleeast/articles/2007/08/15/iran_is_keeping_its_options_open_in_afghanistan/

[58] **PX313**, Denis Blair, director of National Intelligence, Senate Select Committee on Intelligence, February 12, 2009, https://www.dni.gov/files/documents/Newsroom/Testimonies/20090212_testimony.pdf; "*Farmandehan Taliban dar Iran Hesab-e Banki Darand*," [Taliban commander has bank account in Iran], *Hasht-e Sobh* (Kabul), January 08, 2011, https://8am.af/j8am/index.php?option=com_content&view=article&id=16742:1389-10-18-05-11-56&catid=236&Itemid=281

[59] "*Gulab Mangal, Vali Helmand: Iran va Pakistan Mukhalafan-e Maslah ra Himayat Mikonad*," [Helmand Governor Gulab Mangal: Iran and Pakistan Support Armed Opposition"], *Hasht-e Sobh*, February 13, 2011, https://8am.af/j8am/index.php?option=com_content&view=article&id=17513:1389-11-24-04-50-28&catid=236&Itemid=281

PX6

105.    The anti-American alliance between Iran and Al Qaeda is well-developed. After the September 11, 2001 terror attacks, U.S. officials identified senior Al Qaeda operatives who sought refuge and protection in Iran.  The Islamic Revolutionary Guard Corps' Qods Force facilitated their movement.[60] The IRGC reportedly accommodated and protected Al Qaeda leaders in its own facilities, for example, outside of Chalus, near the Caspian Sea.[61] Chalus was convenient for the IRGC to control Al Qaeda given the sandwiching of the town between the Caspian Sea and Alburz mountains, with only one road traversing the mountain pass into town.

106.    These Al Qaeda leaders included Al Qaeda spokesman (and Usama bin Laden's son-in-law) Sulayman Abu Ghaith, top operative Sayf al-Adl, and Usama bin Laden's son and heir-apparent, Saad bin Laden.[62] Al Qaeda, in effect, trusted Iran with its brain trust.



Sulayman Abu Ghaith
Source:foreignpolicy.com

107.    Abu Ghaith was a Kuwaiti cleric who had joined Bin Laden in an Afghan cave in the hours after the 9-11 and helped Bin Laden recruit suicide bombers. In March 2014, a U.S. federal

---

[60] **PX699**, Seth G. Jones, "*Al Qaeda in Iran: Why Tehran is Accommodating the Terrorist Group,*" Foreign Affairs (January 29, 2012).

[61] Sharon Chadha, "*What is Al-Qaeda Management doing in Iran?*" Radio Free Europe/Radio Liberty Newsline (Prague) (December 2, 2004); "Nearly 400 al-Qaeda members and other terror suspects in Iran," Agence France Presse (July 15, 2004).

[62] Peter Bergen, "*Strange bedfellows -- Iran and al Qaeda,*" CNN.com, March 10, 2013, https://www.cnn.com/2013/03/10/opinion/bergen-iran-al-qaeda/index.html; **PX223**, Ari R. Weisfuse, "*The Last Hope for the al-Qa`ida Old Guard? A Profile of Saif al-`Adl,*" CTC Sentinel, Combatting Terrorism Center at West Point, March 2016, https://ctc.usma.edu/the-last-hope-for-the-al-qaida-old-guard-a-profile-of-saif-al-adl/; **PX621**, Bobby Ghosh, "*U.S. Spurned Iran Offers to Turn Over bin Laden's Son,*" Time (July 30, 2009), http://content.time.com/time/world/article/0,8599,1913323,00.html

PX6

district court convicted him of conspiracy to kill Americans and providing material support to terrorists and sentenced him to life in prison.[63]

108.   According to West Point's Combating Terror Center, Sayf al-Adel an Egyptian special forces operator who grew up secular but radicalized into Egyptian Islamic Jihad, was one of Al Qaeda's top operatives and was largely responsible for building the terrorist organization's operational capability. He remained in Sudan with Bin Laden between 1992 and 1996.[64] Al-Adl also taught courses to Al Qaeda recruits and operatives on how to conduct assassinations and abductions, and assisted with intelligence collection. Al-Adl also acted as the chief liaison between Bin Laden and his eventual successor Ayman al-Zawahiri.[65]

109.   According to testimony provided by Khalid Sheikh Muhammad, the chief planner of the 9-11 operation, al-Adl was informed of the operations in New York and Washington in April 2001. Al-Adl later wrote of the decision by senior Al Qaeda operatives to seek shelter in Iran: "We began to flock to Iran one after the other. The brothers in the Arab Peninsula, Kuwait, and the United Arab Emirates who were outside Afghanistan had already arrived. They possessed abundant funds. We set up a central leadership circle and subordinate circles. We began to rent apartments for the brothers and some of their families," he wrote in



Sayf al-Adl
Source: rewardsforjustice.net

---

[63] Benjamin Weiser, "*Abu Ghaith, a Bin Laden Adviser, Is Sentenced to Life in Prison,*" *New York Times* (September 23, 2014).

[64] **PX687**, Michael S. Smith II, "*The Al-Qa'ida-Qods Force Nexus: Scratching the Surface of a 'Known Unknown,*'" Kronos (April 29, 2011).

[65] **PX223**, Ari R. Weisfuse, "*The Last Hope for the al-Qa'ida Old Guard? A Profile of Saif al-'Adl,*" CTC Sentinel (March 2016).

PX6

a biography of Al Qaeda in Iraq leader Abu Musab al-Zarqawi.[66] Al-Adl also coordinated meetings between Al Qaeda and both the Islamic Revolutionary Guard Corps and Iran's Ministry of Information and Security (MOIS).[67]

110.    Iranian authorities were certainly aware of these activities given both Iranian border control, the presence of local Iranian security officials who monitor foreigners, and Iranian surveillance conducted on senior Al Qaeda officials, many of whom lived in Islamic Revolutionary Guard Corps bases or other facilities. In November 2001, a 50-vehicle convoy departed Herat with 250 Taliban and Al Qaeda operatives destined for Iran. A Western diplomat stationed in the area did not find it credible that such a crossing could happen without prior coordination with Iranian authorities. "The Iranian Revolutionary Guard has an eye on everything that happens along the border," the diplomat said. "Of course they know that Taliban and Al Qaeda fighters are getting across."[68]

111.    Saad bin Laden, one of Usama bin Laden's elder sons, used his Iranian sojourn to manage Al Qaeda operations from within the Islamic Republic although he eventually migrated back to Pakistan where he was killed in a 2009 drone strike. While in Iran, he was involved in orchestrating high-profile suicide bombings in both Saudi Arabia and Morocco which are detailed below.



Saad bin Laden
Source:Aljazeera.com

---

[66] **PX223**, Ari R. Weisfuse, "*The Last Hope for the al-Qa`ida Old Guard? A Profile of Saif al-`Adl*," CTC Sentinel (March 2016).

[67] **PX275**, "*Iran's Ministry of Intelligence and Security: A Profile*" Federal Research Division, Library of Congress, (December 2012), p. 41.

[68] Tim McGirk, "Did Iran Help al Qaeda Escape?," Time, Feb. 02, 2002,http://content.time.com/time/world/article/0,8599,198857,00.html

PX6

112.    Ezedin Abdel Aziz Khalil (more commonly known as Yasin al-Suri), an Al Qaeda

facilitator, helped move both men and money from throughout the Middle East to Bin Laden's

subsequent Pakistan headquarters via Iran.[69] Iran also reportedly sheltered Abu Muhammad

al-Masri, a mastermind of the 1998 East Africa embassy bombings.[70] Documents seized in the

Abbottabad compound where Bin Laden was killed also showed that Hamza bin Laden and his

mother escaped U.S.-led forces in Afghanistan by seeking refuge in a series of safe houses in

Iran.[71] Prior to the September 14, 2019 announcement of his death, the State Department

believed Al Qaeda was grooming Hamza for a senior leadership role and, in February 2019,

offered a $1 million reward for information about his current location.

113.    In subsequent years, senior Al Qaeda leaders remained under Iranian protection. Iran has

provided refuge to "hundreds" Al Qaeda members and the family members of core leaders like

Bin Laden.[72] That the Islamic Republic of Iran provided shelter to Al Qaeda after the 9-11

terror attacks likely saved senior Al Qaeda operatives and, in the short-term, the group's

functionality. Al Qaeda was actively on-the-run in the immediate aftermath of the U.S.-led

invasion of Afghanistan and the ouster of the Taliban regime. While Pakistan also provided

some aid and assistance to some Al Qaeda leaders including in subsequent years Usama Bin

Laden, al-Qaeda did not consider Pakistan to be as secure as Iran. The United States had a

---

[69] **PX699**, Seth G. Jones, "*Al Qaeda in Iran: Why Tehran is Accommodating the Terrorist Group*," *Foreign Affairs*, January 29, 2012; **PX130**, "*Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point*," U.S. Department of Treasury, July 28, 2011, https://www.treasury.gov/press-center/press-releases/pages/tg1261.aspx

[70] **PX699**, Seth G. Jones, "*Al Qaeda in Iran: Why Tehran is Accommodating the Terrorist Group*," *Foreign Affairs*, January 29, 2012.

[71] Jon Gambrell, "*Born into al-Qaida: Hamza bin Laden's rise to prominence*," Associated Press, March 17, 2019, https://www.apnews.com/814939215e824f82bc809199ac1a0d0f

[72] **PX687**, Michael S. Smith II, "*The Al-Qa'ida-Qods Force Nexus: Scratching the Surface of a 'Known Unknown,'*" Kronos, (April 29, 2011).

PX6

military and intelligence presence inside Pakistan and was willing to utilize drones and special operators in order to target wanted terrorists even when the Pakistan government or elements within it were seeking to protect them. The decades-long diplomatic break between Washington and Tehran meant that there was little U.S. intelligence presence or military liaisons inside Iran. In a conversation recorded by Italian police, Libyan Lased ben Heni, a member of an al-Qaeda cell in Milan, explained to colleagues that, while Pakistan was more "comfortable," the ability of other intelligence services to operate there made Iran a better route.[73] That FBI cash rewards of up to $25 million for senior Al Qaeda officials remained unclaimed indicates the degree of safety the Iranian haven provided Al Qaeda planners and operatives.

114.    Iranian cooperation was also a strategic boon to Al Qaeda as Iran was geographically closer to Iraq and the rest of the Middle East and was necessary territory in which to operate with the goal to infiltrate men and equipment into Iraq. With the exception of Syria—an Iranian ally--Iraq's other neighbors Turkey, Kuwait, and Saudi Arabia took a zero-tolerance approach to Al Qaeda cells on their territories. (President Recep Tayyip Erdoğan subsequently made common cause with some Al Qaeda-affiliated groups in Syria, although this occurred in the wake of the Syrian civil war in 2011).

115.    The willingness of Iran to cooperate with and protect Al Qaeda operatives surprised lower level operatives assigned to transit through the country. Italian police recorded a March 10, 2001 conversation among members of a Milan terror cell. "Isn't there a danger in Iran?" a Tunisian named Tarek Charaabi asked. "No, because there's an organization that takes care of

---

[73] Sebastian Rotella, "*Terrorism Suspects Traced to Iran,*" Los Angeles Times, Aug. 1, 2004,https://www.latimes.com/archives/la-xpm-2004-aug-01-fg-iran1-story.html

PX6

helping the mujahedin brothers cross the border. There's total collaboration with the Iranians," a Libyan named Lased ben Heni responded.[74] More likely than not, this "organization" assisting Al Qaeda was the IRGC.

116.    While Iranian officials passed messages saying Al Qaeda leaders were under "house arrest," Al Qaeda operatives' own statements and actions belie this purported incarceration. Rather, it appears Iran wanted plausible deniability while at the same time empowering a militant group which it understood would use the safe haven it provided to authorize, plan, commit, and inspire attacks against American interests in Iraq and beyond.

117.    For Al Qaeda, other than safe haven and travel facilitation, perhaps the greatest benefit of its alliance with Iran was financial. Usama Bin Laden was the scion of a Saudi construction empire worth billions. His break with Saudi Arabia made access to his family's fortune and his own personal holdings difficult. In the aftermath of the 1998 East Africa attacks, the U.S. Treasury Department and international community began cracking down on informal financial networks such as the *hawala* system which enabled terrorists to transfer large sums of money outside of banks and more formal operators legally bound to report if not do due diligence. Restrictions on informal transfers increased still more after the 9-11 attacks, a time when for obvious reasons Al Qaeda was under a microscope and many of its traditional donors reticent for fear of designation as Al Qaeda financiers. It was against this backdrop that Iran embraced Al Qaeda at a time when Al Qaeda cash reserves were dwindling. In many ways, through access to cash and banking services, Iran became an angel investor for the group at a time both when it faced dire need and when it began attacking American targets in Iraq.

---

[74] Sebastian Rotella, "*Terrorism Suspects Traced to Iran,*" Los Angeles Times, Aug. 1, 2004, https://www.latimes.com/archives/la-xpm-2004-aug-01-fg-iran1-story.html

PX6

118.    The U.S. Treasury Department has repeatedly designated Al Qaeda operatives residing in or utilizing Iran as a financial transit point. On July 28, 2011, for example, the Treasury Department designated six members of an Al Qaeda network headed by Ezedin Abdel Aziz Khalil (AKA Yasin



Ezedin Abdel Aziz Khalil
Source: rewardsforjustice.net

al-Suri), an Iran-based Al Qaeda facilitator who helped facilitate transfer of funding. "The network serves as the core pipeline through which Al Qa'ida moves money, facilitators and operatives from across the Middle East to South Asia."[75] The designation identifies Khalil as the Iran-based Al Qaeda liaison who would arrange the releases of Al Qaeda operatives imprisoned in Iran and would facilitate travel across the country. It also identifies Umid Muhammadi as an Al Qaeda facilitator "and key supporter of Al-Qa'ida in Iraq" who petitions Iranian officials to release Al Qaeda operatives detained in the country. Muhammadi, who is Iran-based, has also planned multiple attacks in Iraq.[76]

---

[75] **PX130**, "Treasury Targets Key Al-Qaida Funding and Support Network Using Iran as a Critical Transit Point," U.S. Department of Treasury, July 28, 2011, https://www.treasury.gov/press-center/press-releases/pages/tg1261.aspx

[76] **PX130**, "Treasury Targets Key Al-Qaida Funding and Support Network Using Iran as a Critical Transit Point," U.S. Department of Treasury, July 28, 2011, https://www.treasury.gov/press-center/press-releases/pages/tg1261.aspx

PX6

119.    In 2012, the U.S. Treasury Department designated Adel Radi Saqr al-Wahabi al-Harbi, an

additional Al Qaeda terrorist operating from Iran.

According to the designation, "Al-Harbi is an Iran-based

al-Qa'ida facilitator who serves as the deputy to [al-Qaeda

facilitator Muhsin] al-Fadhli.  Al-Fadhli took over the Iran-

based facilitation network from Ezedin Abdel Aziz Khalil

in late 2011.  In his capacity as the deputy to al-Fadhli in

Iran, al-Harbi facilitates the travel of extremists to

Afghanistan or Iraq via Iran on behalf of al-Qa'ida, and is

believed to have sought funds to support al-Qa'ida attacks."[77]



Adel Radi Saqr al-Wahabi al-Harbi
Source:atfp.org

120.    On July 30, 2012, U.S. District Court Judge Frank Maas assigned civil liability to the

Islamic Republic for its cooperation with Al Qaeda prior to 9/11 and ordered it pay damages.[78]

In 2015, Iranian authorities released Abu Muhammad al-Masri, Abu Khayr al-Masri, and al-

Adl, along with a handful of other operatives. Abu Khayr al-Masri died two years later in a

U.S. drone strike in Syria.[79] According to a document seized from Bin Laden's Abbottabad

compound, Bin Laden's wife went to a dentist in Iran to have a cavity filled.[80] While such a

dental appointment may seem innocuous, Bin Laden's casual attitude toward his wife—

someone who knew his exact whereabouts—going back and forth to Iran suggests that the Al

---

[77] **PX127**, "*Treasury Further Exposes Iran-Based Al-Qa'ida Network*," U.S. Department of Treasury, October 18, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1741.aspx

[78] United States District Court, Southern District of New York, *In Re: Terrorist Attacks on September 11, 2001*, Regarding *Havlish v. bin Laden*, 03 Civ. 9848 (GBD) (FM), July 30, 2012.

[79] **PX224**, Assaf Moghadam, "*Marriage of Convenience: The Evolution of Iran and al-Qa`ida's Tactical Cooperation*," *CTC Sentinel*, April 2017, pp. 12-13.

[80] **PX912**, "*Letter to Wife*," Director of National Intelligence archive of Bin Laden documents, https://www.dni.gov/files/documents/ubl2016/english/Letter%20to%20wife.pdf

PX6

Qaeda leader did not fear Iranian attack or betrayal and, quite the contrary, to a certain degree trusted senior Iranian officials with the fate of his closest relatives even if, to some degree, he remained suspicious that Iran might seek intelligence advantage from her presence.

121.    On July 20, 2016, the Treasury Department announced the designation of three senior Al Qaeda operatives living in Iran: Faisal Jassim Mohammed al-Amri al-Khalidi, Yisra Muhammad Ibrahim Bayumi, and Abu Bakr Muhammad Ghumayn. Khalidi was a liaison between Iran and the Pakistani Taliban, Bayumi a mediator with Iranian authorities and a facilitator for Al Qaeda members liaising with Iranian authorities, and Ghumayn served at the time in an Al Qaeda intelligence role.[81] Al Qaeda's extensive administrative network in Iran and its multiple liaisons with Iranian authorities belie the notion that Iranian authorities are unaware of the group's actions.

122.    Al Qaeda members resident in Iran or under Iranian protection were responsible for several high-profile plots and attacks. For example, U.S. officials blamed the May 12, 2003 bombings in Riyadh, Saudi Arabia, against four expatriate housing complexes on Abu Ghaith, al-Adl, and Saad Bin Laden, saying they were able to contact associates outside Iran in order to coordinate attacks.[82] Saad Bin Laden was also an organizer for the May 16, 2003 Casablanca suicide attacks which 33 people in addition to the 12 suicide bombers. Yasin al-Suri, Iran's chief facilitator in Iran, reportedly plotted commando-style attacks in Germany, France, and the United Kingdom. The suspects in Al Qaeda's "Europlot" traveled from Europe to Pakistan

---

[81] **PX69**, "*Treasury Designates Three Senior Al-Qaida Members,*" U.S. Department of Treasury, July 20, 2016, https://www.treasury.gov/press-center/press-releases/Pages/jl0523.aspx

[82] **PX695**, Robert Windrem, "Al-Qaida finds safe haven in Iran," NBC, June 24, 2005, http://www.nbcnews.com/id/8330976/ns/dateline_nbc/t/al-qaida-finds-safe-haven-iran/#.XPUp_SApDIU ; Douglas Jehl and Eric Schmitt, "U.S. Suggests a Qaeda Cell in Iran Directed Saudi Bombings," *New York Times*, May 21, 2003.

PX6

via Iran before U.S. intelligence disrupted the attempt.[83] In April 2013, Canadian authorities disrupted another plot formulated by "Al Qaeda elements living in Iran" which sought the derailment of a New York – Toronto passenger train.[84] Al-Suri reportedly brokered a deal with Iranian officials by which Al Qaeda could operate from within Iran, but would refrain from targeting any Iranian interests and would also inform Iranian intelligence of its actions.[85] In one letter seized from Bin Laden's Abbottabad compound, Bin Laden declared, "***Iran is our main artery for funds, personnel, and communication***."[86]

123.    The tight relationship between the Iranian government and Al Qaeda has continued. On August 7, 2020, for example, assassins gunned down Abdullah Ahmed Abdullah, also known as Abu Muhammad al-Masri on a Tehran street. Secretary of State Mike Pompeo subsequently confirmed al-Masri's death. At the time of his assassination, al-Masri was Al Qaeda's deputy leader. That such a senior level official would be in Tehran at all suggests a relationship of trust and cooperation between Al Qaeda and top Iranian security and political officials.



Abu Muhammad al-Masri
Source:nytimes.com

---

[83] **PX224**, Assaf Moghadam, "Marriage of Convenience: The Evolution of Iran and al-Qa`ida's Tactical Cooperation," *CTC Sentinel*, April 2017, p. 15.

[84] **PX224**, Assaf Moghadam, "Marriage of Convenience: The Evolution of Iran and al-Qa`ida's Tactical Cooperation," *CTC Sentinel*, April 2017, p. 15.

[85] **PX224**, Assaf Moghadam, "Marriage of Convenience: The Evolution of Iran and al-Qa`ida's Tactical Cooperation," *CTC Sentinel*, April 2017, p. 15.

[86] **PX911**, Usama Bin Laden, "Letter to Karim," October 18, 2007, Director of National Intelligence archive of Bin Laden documents, https://www.dni.gov/files/documents/ubl2016/english/Letter%20to%20Karim.pdf

PX6

124.    In short, behind Bin Laden, Iran was Al Qaeda's longest and most generous supporter. Senior Al Qaeda leaders both before and after Bin Laden's death, considered Iran to be a crucial supporter of its efforts to target American personnel in Iraq.

### J. The Diversity of Islamic Revolutionary Guard Corps Operations.

125.    The Islamic Revolutionary Guard Corps (IRGC) rose to prominence against the backdrop first of the Islamic Revolution and then of the Iran-Iraq War. During the period, they became the military elite, in terms of resources, equipment, and prestige. Indeed, as far back as 1982, they had grown so powerful as to sway Khomeini himself against accepting a ceasefire and convincing the Iranian supreme leader to continue the costly war for an additional six years, largely for ideological reasons.[87] Upon the end of the Iran-Iraq War in 1988, the IRGC was loath simply to return to the barracks, disband, or subordinate themselves fully to the political leadership in Tehran.



Mahmoud Ahmadinejad
Source: timesofisrael.com

126.    Fundamental to the IRGC's strategy to preserve its own power was the creation of *Khatam al-Anbiya*. Under the banner of *Khatam al-Anbiya*, the IRGC's engineering and contracting wing moved into civilian enterprises and, over subsequent decades, came to dominate Iran's construction, oil, automobile manufacturing, and electronics sectors. Ali Akbar Hashemi Rafsanjani encouraged the practice during his presidency in the early 1990s in order to generate independent income. President Mahmoud Ahmadinejad—the first Iranian president to come from a Revolutionary Guards background, although whether his was formal membership or in a volunteer capacity remains

---

[87] Ali Alfoneh, *Iran Unveiled*. (Washington, DC: AEI Press, 2013), p. 108.

PX6

debated—expanded the IRGC's role in the economy even more. Yahya Safavi, the former head of the IRGC, justified such IRGC involvement in the civilian economy in Article 147 of the Iranian constitution which states, "In time of peace, the government must utilize the personnel and technical equipment of the Army in relief operations, and for educational and productive ends, and the Construction Jihad…."[88]



Mohammad Khatami
Source: historica.fandom.com

127.    In 2005, President Mohammad Khatami ordered the privatization of most state-owned industries. Rather than encourage free-market capitalism; however, the process turned into a shell game. IRGC-dominated banks or companies affiliated with *Khatam al-Anbiya* rather than private investors, bought controlling interests in the companies as the Tehran Stock Exchange opened their initial public offerings. As a result, the portfolio of IRGC-affiliated companies expanded rapidly. *The Rise of the Pasdaran*, a 2009 RAND Corporation monograph authored by seven Iran scholars, noted that "from laser eye surgery to automobile manufacturing and real estate, the IRGC has extended its influence into virtually every sector of the Iranian market." While some Iranians may only see the public face of *Khatam al-Anbiya*'s economic populism, especially with regard to its projects in rural Iran, RAND noted "the subtext of this apparent economic populism is, of course, the IRGCs control of Iran's shadow economy—the illicit smuggling networks, kickbacks, no-bid contracts, and the

---

[88] Nasser Lorestani, "Piyamad-ha-ye Salteh Eqtesadi va Siyasi Sepah" ["The Consequences of the IRGC's Economic and Political Dominance"], *Rah-e Sabz*, January 11, 2010.

PX6

accumulation of wealth by its senior officials…."   As of 2016, *Khatam al-Anbiya* had more

than 800 subsidiaries and 5,000 subcontracting firms.[89]

128.    According to the non-partisan Congressional Research Service, "Iran's defense budget

generally runs about 4% of GDP. Of the defense budget, about two-thirds funds the IRGC and

its subordinate units, and about one-third funds the regular military (*Artesh*) and its units."[90]

The Iranian defense budget–perhaps $20-$25 billion to include both IRGC and *Artesh* is

relatively small in terms of Iran's total gross domestic product, especially relative to Gulf

Cooperation Council states or Israel.[91]

129.    Because of *Khatam al-Anbiya,* much of the IRGC's budget is off-the-books. President

Mahmoud Ahmadinejad preferentially awarded government contracts to IRGC-affiliated

companies.[92] "Ahmadinejad was the IRGC's candidate," Iranian political analyst Nasser

Lorestani wrote for the Green Movement's main publication.[93] During Ahmadinejad tenure,

for example, IRGC-affiliated companies won government contracts to build portions of the

multibillion dollar Tehran Metro system, part of the 400-mile Tehran-Tabriz railway, the

Karkheh dam, and multiple oil and gas projects including a 600-mile pipeline between the

---

[89] Parisa Hafezi and Louis Charbonneau, "Iranian nuclear deal set to make hardline Revolutionary Guards richer," Reuters, July 6, 2015, https://www.reuters.com/article/us-iran-nuclear-economy-insight/iranian-nuclear-deal-set-to-make-hardline-revolutionary-guards-richer-idUSKCN0PG1XV20150706; and Emanuele Ottolenghi and Saeed Ghasseminejad, "The Nuclear Deal's Impact on Iran's Revolutionary Guards," *Foundation for Defense of Democracies*, July 17, 2015.

[90] **PX280**, Kenneth Katzman, "Iran's Foreign and Defense Policies," Congressional Research Service, October 9, 2018, R44017, p. 19

[91] *Ibid*.

[92] Nader Habibi, "The Economic Legacy of Mahmoud Ahmadinejad," *Crown Center for Middle East Studies*, Brandeis University, June 2013.

[93] Nasser Lorestani, "Piyamad-ha-ye Salteh Eqtesadi va Siyasi Sepah" ["The Consequences of the IRGC's Economic and Political Dominance"], *Rah-e Sabz*, January 11, 2010.

PX6

Persian Gulf industrial town of Asaluyeh to Iranshahr, just south of Tehran.[94] In June 2007 alone, for example, the Iranian government awarded *Khatam al-Anbiya* three contracts worth $7 billion, greater than the entire budget of the IRGC at the time.[95] In 2012, the Tabriz municipal council awarded *Khatam al-Anbiya* a $12 billion contract to construct a metro system in the northwestern city.[96] In 2018, director of *Khatam al-Anbiya* reported that the IRGC's economic wing would undertake 40 large projects worth $28 billion in that year alone, again a figure far greater than the IRGC's official budget.[97] In addition, the Islamic Revolutionary Guard Corps reaps, according to one Iranian parliamentarian, an estimated $12 billion annually—again, a figure greater than its official budget—by smuggling and by taking advantage both of differentials between government subsidies it receives and the black market, as well as its control over ports and airports.[98]

130.    Former *Khatam al-Anbiya* Deputy Director Abdolreza Abedzadeh has said that 70 percent of the organization's business is military-related.[99]   The relationship between the IRGC's

---

[94] **PX642**, Frederic Wehrey, Jerrold D. Green, Brian Nichiporuk et al. *The Rise of the Pasdaran: Assessing the Domestic Roles of Iran's Islamic Revolutionary Guards Corps*. (Santa Monica: RAND Corporation, 2009), pp. 61-62.

[95] Arash Hasan-Nia "Yek mah, se gharardad, 7 milliard dollar" [One Month, Three Contracts, $7 Billion], *E'temad Melli* (Tehran), July 1, 2006, available at:
https://web.archive.org/web/20080209214114/www.magiran.com/npview.asp?ID=1121630

[96] "Guards Corp company wins subway contract," Radio Zamaneh, March 16, 2012,
https://en.radiozamaneh.com/7087/

[97] "Behrebardari Abr-e Piruzhi Abi Gharb-e Kehavarz bar Hamat Sepah ta Payan-e Sal" ("Executing Large Water Projects in the West of the Country with the effort of the IRGC by the end of the year"), Tasnim News Agency, 12 June 2018. www.tasnimnews.com/fa/news/1397/03/22/1747682

[98] "Ghachagh-e Milliardi az Gomrok-e Foroudgah" [Billions-Worth Are Smuggled through Airport Customs], Iran Newspaper, September 29, 2007, https://web.archive.org/web/20110522043028/http://www.iran-newspaper.com/1386/860707/html/special4.htm; "Tejarat-e Sepah dar eskeleh-ha-ye namar'i" ["Black Market in the Invisible Docks" *Quds Online*, July 6, 2011, http://qudsonline.ir/news/1751; Ali Alfoneh, "How Intertwined Are the Revolutionary Guards in Iran's Economy?" *AEI Middle East Online*, October 22, 2007,
http://www.aei.org/publication/how-intertwined-are-the-revolutionary-guards-in-irans-economy/ ; **PX642,** Wehrey, Green, and Nichiporuk, p. 65.

[99] **PX642**, Wehrey, Green, and Nichiporuk, p. 62.

PX6

military and economic components is symbiotic. On one hand, *Khatam al-Anbiya* creates a source of revenue upon which the IRGC's military wing can draw. On the other, the IRGC can leverage its military wing to privilege *Khatam al-Anbiya*. On May 9, 2004, for example, the IRGC drove tanks onto the runways during the inauguration of the Imam Khomeini International Airport to force the voiding of an airport services contract awarded to Tepe Akfen Vie (TAV), a joint Turkish-Austrian company, which had earlier beaten an IRGC-linked company for the contract.[100] This ultimately delayed the opening of Iran's primary international airport for a year and led to the Iranian government having to pay a multimillion dollar settlement for the contract *Khatam al-Anbiya* forcibly voided.

131. A subsequent case was more violent. In August 2006, when Revolutionary Guards small boats attacked an oil rig working in the South Pars Oil Field, the Romanian workers were there under contract with the Oriental Kish Company (also known as Oriental Oil). When, on July 1, 2006, *Khatam al-Anbiya* acquired the Oriental Kish Company, it took possession of its $90 million inventory of equipment and assumed control over its activities. The Romanian firm Grup Servicii Petroliere which had earlier provided services wanted out so as not to face U.S. sanctions. That is when the IRGC fired on the Romanian workers, ultimately seizing the Romanian rigs and taking the Romanian workers hostage. In essence, the *Khatam al-Anbiya* brought in the military wing of the Revolutionary Guards to impose its will against the backdrop of a commercial dispute in order to seize drilling platforms which lawfully belonged

---

[100] "Iran to reopen its largest airport Saturday," Islamic Republic News Agency, April 27, 2005; Jerrold D. Green, Frederic Wehrey, Charles Wolf, Jr., *Understanding Iran*. (Santa Monica: RAND Corporation, 2009), p. 14.

PX6

to the Romanians rather than Oriental Kish.[101] In 2007, the U.S. Treasury Department designated Oriental Kish alongside other IRGC-affiliated companies.[102]

132. The U.S. Treasury Department has found that, "The Government of Iran also uses the Islamic Revolutionary Guard Corps (IRGC) and IRGC-QF to implement its foreign policy goals, including, but not limited to, seemingly legitimate activities that provide cover for intelligence operations and support to terrorist and insurgent groups. These activities include economic investment, reconstruction, and other types of aid to Iraq, Afghanistan, and Lebanon, implemented by companies and institutions that act for, on behalf of, or are owned or controlled by the IRGC and the Iranian government."[103] *Khatam al-Anbiya* has also pursued a leading role in Syria's reconstruction, in effect, seeking to profit from the destruction the IRGC, associated militias, and the Iranian-backed regime of Bashar al-Assad wrought.[104] *Khatam al-Anbiya* is an "agency or instrumentality" of the government of Iran as defined by 29 U.S.C. § 1603(b).

133. The United States was not alone in its concerns about *Khatam al-Anbiya*. In June 2010, the United Nations Security Council added the IRGC-run conglomerate to its list of entities whose assets should be frozen.[105] While both Turkey and Brazil voted against the move, each

---

[101] Andrew Higgins, "A Feared Force Roils Business in Iran," Wall Street Journal, October 14, 2006, https://www.wsj.com/articles/SB116079428301492832

[102] **PX36**, "Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism." U.S. Department of the Treasury, October 25, 2007, https://www.treasury.gov/press-center/press-releases/pages/hp644.aspx

[103] **PX30**, "Fact Sheet: U.S. Treasury Department Targets Iran's Support for Terrorism. Treasury Announces New Sanctions Against Iran's Islamic Revolutionary Guard Corps-Qods Force Leadership," U.S. Department of the Treasury, August 3, 2010.

[104] Ahmad Majidyar, "I.R.G.C.'s Khatam al-Anbia Eyes Leading Role in Syria's Reconstruction," *Middle East Institute*, December 13, 2017, https://www.mei.edu/publications/irgcs-khatam-al-anbia-eyes-leading-role-syrias-reconstruction

[105] **PX521**, UN Security Council Resolution 1929 (2010).

67

PX6

permanent member of the Security Council—including both Russia and China—agreed. The following year, both the British and Japanese governments listed *Khatam al-Anbiya* as an entity of concern due to its involvement in the proliferation of ballistic missiles and biological, chemical, and nuclear weapons technology.

134.   *Khatam al-Anbiya* was active in Iraq at the time when Iranian-backed militias, insurgents, and terrorist groups targeted U.S. and Coalition forces. In 2003, the same year that U.S.-led forces overthrew Iraqi President Saddam Hussein's regime, the IRGC founded the Headquarters for the Restoration of the Holy Shrines (HRHS) ostensibly to renovate Shi'ite shrines in Iraq and also to coordinate between Iranian government entities and the Iraqi government and non-governmental organizations operating in Iraq.

135.   The IRGC and Qods Force involvement in HRHS was undeniable: Qasem Soleimani, the commander of the Qods Force, sat on the HRHS's Board of Trustees, alongside the Supreme Leader's representative to the Qods Force. The Supreme Leader appointed three senior clerics from his office to fill out the other seats. IRGC-affiliated groups subsequently took the lead on a $500 million refurbishment of a courtyard in the Shrine of Imam Ali, perhaps the holiest shrine for Shi'i Muslims, located in Najaf, Iraq.[106] The group's companies also won Iranian contracts to build a 160-mile water pipeline from the Iraqi border into Syria, and a rail link between Basra, Iraq's second-largest city, to the Iranian port of Khorramshahr.

136.   The group made little effort to hide its military goals. HRHS embraces and supports the Special Groups. Every major shrine in Najaf and Karbala maintains donation boxes to solicit money specifically for the special groups. The HRHS is open about its links to the Special

---

[106] "Perozheh-e Hazar Milliard Tomani Iran dar Javar Harem Imam Ali dar Najaf" ["One Thousand Billion Toman Project near the Imam Ali Shrine in Najaf"], *Deutsche Welle*, September 21, 2016, https://www.dw.com/fa-ir/پروژه-هزار-میلیارد-تومانی-ایران-در-جوار-حرم-امام-علی-در-نجف/a-19565605

PX6

Groups. HRHS considers the Special Groups to be "Defenders of the Shiite Holy Shrines operating in Iraq."[107] Supreme Leader Ali Khamenei also spoke of the role of Special Groups in defending the shrines.[108]

137.    The same holds true in Lebanon and Syria. In February 2015, Akram al-KShaabi, the founder of and secretary general of Harakat Hezbollah al-Nujaba appeared alongside Hezbollah Secretary-General Hassan Nasrallah in a photo in a website close to the Qods Force which labelled him as a commander of the Defenders of the Shrine.[109] In December 2016, Brigadier General Salar Abnoush, the Deputy Coordinator for the *Khatam al-Anbiya* Construction Headquarters, praised those fighting in Syria and said, "If war breaks out, the enemy will not be the one to end it."[110] His statement reflected the close ties and interwoven nature of *Khatam al-Anbiya*, HRHS, Special Groups, and Lebanese Hezbollah. This was most clearly seen in the interplay and activities of Hassan Shateri, discussed in paragraph [53].

138.    The interplay between the IRGC military and its economic wing became crucial to the IRGC's support of both Sunni and Shi'ite militias in Iraq, as discussed below.

---

[107] See website of "Setad Ejraiye Farmane Hazrate Emam- Samarra" ["Headquarters for Executing the Order of the Imam- Samara," https://web.archive.org/web/20170928034014/http://setadsamarra.ir/ (Accessed August 31, 2021);

[108] "Shahada-ye Modafa'a Haram" ["Martyrs Defending the Shrine"], Khamenei.ir, March 13, 2019, https://farsi.khamenei.ir/newspart-index-old?tid=11206&_x_tr_sl=fa&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=ajax,sc,elem#74143

[109] "Farmandeh-Modafa'an-e Haram dar Konar Sayyid Hassan Nasrallah + Aks"["The Commander of the Defenders of the Shrine next to Sayyid Hassan Nasrallah + Photo"], Oweis.ir, February 5, 2015, https://web.archive.org/web/20150206042628/http://oweis.ir/?p=6640

[110] "Agar Jangi Dahad, Doshman Tamam Konandeh an Nakhahad Bud" ["If War Breaks Out, the Enemy Will not be the One to End it," *Fars News Agency*, December 15, 2016, https://www.farsnews.com/news/13950926000027/اگر-جنگی-رخ-دهد-دشمن-تمام-کننده-آن-نخواهد-بود-تمام-معادلات-دنیا-در

PX6

## K. The Evolution of Iranian Militia Strategy in Iraq.

139.    Within Iraq, Iran supported both Shi'ite and Sunni groups and militias. Among the most

prominent Shi'ite groups the IRGC supported were the Badr Corps, Kata'ib Hezbollah, Asa'ib

Ahl al-Haq, Kata'ib al-Imam Ali, Harakat Hezbollah al-Nujaba, the Jaysh al-Mahdi and its

splinter group, the Liwaʾ al-Yawm al-Mawʿud  (also known as the Muqawimun or the

Promised Day Brigade), among others. While the *Hashd al-Shaabi*—often translated as

Popular Mobilization Units or Popular Mobilization Forces—are often lumped together as

Shi'ite militias or Iran-backed militias, there are distinct differences among the broader array

of Shi'ite militias.

140.    The IRGC began cultivating and training militias such as the Badr Corps first against the

backdrop of the Iran-Iraq War and subsequently against the backdrop of Iraqi President

Saddam Hussein's repression of Iraqi Shi'ites in the 1990s. In March 2003, shortly before

Operation Iraqi Freedom—the U.S.-led liberation of Iraq—U.S. National Security Council

official Zalmay Khalilzad and U.S. diplomat Ryan Crocker met with Iran's then-U.N.

ambassador, Mohammad Javad Zarif in Geneva, and British Foreign Secretary Jack Straw met

with his Iranian counterpart Kamal Kharazi in order to reduce the possibility of accidental

conflict between Iran and the United States if war between Iraq and the United States occurred.

As part of such agreement, Iran would not interfere with any accidental U.S. violations of its

air space and Iran would safeguard any U.S. pilots or aircraft forced to make emergency

landings in Iran. In addition, the Iranian diplomats promised to restrain infiltration of Iraq by

the IRGC or IRGC-backed militias.

141.    As U.S.-led forces entered Iraq and fought Saddam Hussein's *Fedayeen,* or militants

willing to engage in self-immolation, in Basra and advanced on Najaf in March 2003, Iran

PX6

broke its promise as Badr Corps units poured into northern Iraq from Iran, provoking a strong warning to Tehran by Secretary of Defense Donald Rumsfeld.[111] According to an April 25, 2003, report by well-connected Iranian journalist Ali Reza Nurizadeh in the London-based Arabic daily *Ash-Sharq Al-Awsat*, elite Iranian Revolutionary Guards "brought in radio transmission equipment, posters, pamphlets printed in [the Iranian holy city of] Qom, and huge amounts of money, some of which was used to buy weapons for the Badr Corps."[112]

142.    In the wake of Operation Iraqi Freedom, the IRGC helped form, train, and supply several other Shi'ite militias. Senior IRGC leaders involved in Iran's training program would facilitate Iran-Iraq border formalities for those seeking entrance into Iran to train with the Islamic Republic.[113] Kata'ib Hezbollah, for example, has been active since October 2003, Asa'ib Ahl al-Haq was founded in July 2006, and Harakat Hezbollah al-Nujaba was formed in 2013. Often, these groups freely acknowledged both loyalty to Iran's Supreme Leader Ali Khamenei and receipt of Iranian assistance. Interrogation records from the capture of Qais Khazali, a prominent Shi'ite militia leader, suggest the IRGC also trained the Jaysh al-Mahdi ("JAM") at three bases inside Iran, near its capital Tehran.[114]

143.    In December 2006, U.S. forces detained two Iranian Qods Force operatives who had in their possession, according to the *Washington Post*: "…Detailed weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and

---

[111] **PX364,** Secretary of Defense Donald Rumsfeld and General Richard Myers, USAF, chairman of the Joint Chiefs of Staff,  Pentagon Briefing Room, Arlington, Virginia 1: 15 P.M. EST, March 28, 2003.

[112] **PX615,** Ali Reza Nourizadeh, "Revolutionary Guards Accompanied Supreme Council for Islamic Revolution and Al-Da'wah Party Fighters Across the Border into Iraq; Iranian Sources Confirmed Tehran Equipped Its Elements With Light Weapons, Money, and Radio Equipment To Help Impose 'Fait Accompli' in 11 Iraqi Cities," *Ash-Sharq al-Awsat*, April 25, 2003.

[113] **PX927,** The Sixteenth Interrogation of N1228A," U.S. Central Command, March 29, 2007.

[114] **PX919,** "Shi'a SDE Tactical Interrogation Report," June 18, 2007, 17:30. Report No. 200243-008.

PX6

maps, among other sensitive intelligence information." In addition, the Iranian detainees had "information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[115] The Iranian provision of explosively-formed projectiles to its favored militias had a devastating effect on Iraqi security, stability, and claimed the lives of hundreds of U.S. soldiers.[116]

144. Qais Khazali was head of the Iranian-backed "Special Groups" in Iraq from June 2006 until his capture by British forces in March 2007, after which he was transferred to U.S. custody and interrogated. He was released in January 2010 as part of a prisoner exchange. Today, he is secretary-general of Asa'ib Ahl al-Haq "League of the Righteous," a Shi'ite paramilitary group, which has competed in the political arena since 2014 and, since the 2018 elections, held 15 seats in the Iraqi parliament. On April 6, 2018, the U.S. Central Command declassified Khazali's interrogation records. He



Qais Khazali
Source: washingtonexaminer.com

stated, according to the interrogation summary, "Iran supports many groups in Iraq and not just Shi'a groups."[117] He differentiated between groups loyal to Iranian Supreme Leader Ali Khamenei and those who do not hold Khamenei paramount. The Islamic Revolutionary Guard Corps interpreted recognition of Khamenei as supreme leader to be proof of loyalty, a necessary qualification for provision of certain weaponry—such as surface-to-air missiles. In

---

[115] Sudarsan Raghavan and Robin Wright, "Iraq Expels 2 Iranians Detained by U.S. American Defense Official Calls Release 'Obviously Troubling,'" Washington Post, December 30, 2006, https://www.washingtonpost.com/archive/politics/2006/12/30/iraq-expels-2-iranians-detained-by-us-span-classbankheadamerican-defense-official-calls-release-obviously-troublingspan/f9f56a51-bd96-418f-9267-e8d63d7d80b8/?utm_term=.b79359ab3426

[116] Michael Weiss and Hassan, *ISIS: Inside the Army of Terror* (New York: Regan Arts, 2016), p. 53.

[117] **PX925**, "The Seventh Interrogation of N1228A," U.S. Central Command, March 24, 2007.

PX6

practice, therefore, the Badr Corps received surface-to-air missiles (SAMs) while the IRGC would not provide SAMs to Muqtada al-Sadr's militia, JAM, or to Sunni groups.[118] Sunni groups, however, did possess some anti-aircraft weaponry such as Strela shoulder-fired missiles seized from Saddam-era Iraqi Army stockpiles.[119]

145.    Khazali stated that pro-Khamenei groups operated throughout Iraq.[120] In another session, he relayed traveling to Iran with Muqtada al-Sadr, meeting personally with then-Qods Force commander Qasem Soleimani and Gen. Hajji Yousef, and being offered and eventually receiving between $750,000 and $1,000,000 monthly for the Jaysh al-Mahdi.[121]

146.    Khazali, however, said that the Islamic Revolutionary Guard Corps was willing to provide training for the manufacture and use of explosively-formed projectiles (EFPs) to Sunni groups as well as pro-Khomeini groups. "Detainee said that anyone can receive EFP training and Iran does not care who gets it," the record of one interrogation session relates. At the time, EFPs came solely from Iran and were not manufactured in Iraq.[122]

147.    Muqtada al-Al-Sadr is personally volatile and his followers fissiparous. In 2007, he spun off part of the Jaysh al-Mahdi to form the Promised Day Brigade, also headquartered in Sadr City, to carry out terrorist attacks against Coalition Forces and U.S. nationals, including certain Plaintiffs, in order to



Muqtada al-Sadr
Source: content.time.com

---

[118] **PX926**, "The Tenth Interrogation of N1228A," U.S. Central Command, March 26, 2007.
[119] **PX918**, "Shi'a SDE Tactical Interrogation Report," August 9, 2007, 15:30. Report No. 200243-025.
[120] **PX926**, "The Tenth Interrogation of N1228A," U.S. Central Command, March 26, 2007.
[121] **PX971**, "The Ninth Interrogation of N1228A," U.S. Central Command, March 25, 2007.
[122] **PX926**, The Tenth Interrogation of N1228A," U.S. Central Command, March 26, 2007.

PX6

disrupt security operations and destabilize Iraq. Most Promised Day Brigade operations focused on Baghdad and southern Iraq. The Promised Day Brigade received funding from the Islamic Revolutionary Guard Corps and, in June 2011, numbered approximately 5,000 men. That same month, the Promised Day Brigade claimed responsibility for 52 attacks on U.S. Forces.   On June 28, 2011, the Promised Day Brigade issued a statement claiming responsibility for ten mortar and Katyusha rocket attacks against U.S. military convoys which led to the death of three U.S. troops.[123]

148.    On November 18, 2019, the *New York Times* and *The Intercept* published approximately 700 pages of leaked Iranian intelligence documents written primarily in 2014 and 2015 detailing continued Iranian operations inside Iraq and Iranian efforts to expand their reach and run operations not only with and against Iraqi Shi'ite politicians, but also among Kurds and others. As such, they show Iranian ambitions to operate across all areas of Iraq in order to undercut and undermine U.S. influence.[124]

149.    There remains a qualitative difference between militias under Iranian command-and-control and ordinary Iraqi Shi'ite militias: The former are much more disciplined and professional, or in other words, effectively lethal. When, in October 2017, the Iraqi government moved to reclaim disputed territories from the Kurdistan Regional Government, for example, the Iraqi government purposely and specifically cooperated with Iranian-backed militias rather than less-disciplined *hashd al-Shaabi* units in order to minimize the chance of sectarian

---

[123] "Promised Day Brigades" *Mapping Militant Organizations*, Stanford University, August 27, 2012, https://web.stanford.edu/group/mappingmilitants/cgi-bin/groups/view/249

[124] *"All Of The Iraqi Army's Intelligence—Consider It Yours"*, The New York Times, (January 26, 2014)https://www.nytimes.com/interactive/2019/11/18/world/middleeast/iran-iraq-spy-cables.html; Jeremy Scahill and Murtaza Hussain, *"From the Rubble of the U.S. War in Iraq, Iran Built a New Order,"* The Intercept, (November 17, 2019), https://theintercept.com/2019/11/18/us-iraq-invasion-iran/

PX6

reprisal. Such discipline does not necessarily equal restraint; rather, it means that the Iranian-backed militias restrain themselves when ordered, but also pursue targets when Tehran demands.

## L. Iran's Material Support for Sunni Terrorist Groups in Iraq.

150.   Iranian support for Sunni groups in Iraq was an important component of Iran's strategy from the very beginning of Operation Iraqi Freedom. Beyond material assistance, Iran provided two main services for Sunni (and Shi'ite) terror groups. Iranian officials allowed Sunni terror leaders and their rank-and-file to use Iranian territory as a transit route back-and-forth between Al Qaeda camps in Afghanistan and Pakistan and the areas in which they operated in Iraq. This mitigated their ability to remain effective and cut losses. In addition, the ability of Sunni terrorist groups to use Iranian territory for their logistics enabled terrorist groups to stage, organize, and collect prior to their departure via Syria for entry into Iraq through Al Qa'im into the Anbar governorate or across the Syrian frontier into the Ninewa (Mosul) governorate. Syrian Arab Airlines, Iran Air, and the IRGC-owned Mahan Airlines flew regularly between Tehran and other Iranian cities, and Damascus both prior to and during the Syrian civil war which erupted in 2011.

151.   In 1989, the G7 helped found the intergovernmental Financial Action Task Force to combat money laundering. In 2001, the Financial Action Task Force expanded its mandate to counter terror finance. In a 2008 report, it identified three mechanisms by which terrorists acquire outside financing: direct transfers through an established financial system, physical movement of money by cash couriers or other means, and alternative remittance systems.[125]   Shipping

---

[125] **PX219**, "Terrorist Financing," Financial Action Task Force, February 29, 2008, http://www.fatf-gafi.org/media/fatf/documents/reports/FATF%20Terrorist%20Financing%20Typologies%20Report.pdf

PX6

goods to legitimate businesses is consistent with the latter.[126] Many Iraqis from al-Anbar and other Sunni areas confirmed such schemes as common and pervasive. Such Iranian funding would have provided the bulk of funding for several Sunni groups, as governments like Jordan's largely cooperated with U.S. counterterror efforts. Political tension with Turkey did not manifest itself in anti-American terrorism. The Saudi government both largely cooperated with U.S. security interests in the Middle East and lacked the interconnectivity to Iraq to regularly support and supply insurgent groups there.

152.    In order to avoid ideological blowback from ordinary rank-and-file Sunni fighters, Iran used laundering and layering schemes to mask the source of their financial supports. In July 2014, I met in Sweileh, Jordan, with General Raad Hamdani, the former commander of the 2nd Republican Guards Corps under Saddam Hussein, and Walid al-Obeidi, a Saddam-era Iraqi intelligence agent who had joined the insurgency. They described a mechanism of Iranian support for Sunni insurgent groups in the initial four or five years after the initial U.S. intervention of Iraq by which shell companies in Al-Anbar would import electronics and other consumer goods which IRGC-linked firms would supply. These would be shipped to warehouses in predominantly Sunni areas of Iraq along with invoices which would never be paid. Instead, the proceeds from the sales of such goods would be used by the Sunni Iraqi warehouse owners to fund various Sunni groups attacking Americans in Al-Anbar while cannibalized products could provide electronic components for improvised explosive devices.

153.    On April 7, 2021, I traveled to Fallujah and Ramadi with Gen. Hatem Abu Risha, advisor to the president of Iraq, and a key Iraqi figure in fighting the Sunni insurgency which erupted

---

[126] **PX249**, MAJ Nathan J. Prussian, U.S. Army, "Countering Iranian Sponsored Terrorism," Master's Thesis, Joint Forces Staff College, Joint Advanced Warfighting School, Norfolk, Virginia, June 16, 2010.

PX6

in Al Anbar in 2004. He affirmed that his forces faced not simply an indigenous Sunni insurgency, but rather one supported financially and supplied by Iran. He based his conclusion both on intercepts of supplies and interrogations of captured insurgents.

154.    Later that day in Ramadi, I met with major tribal leaders (including Sheikh Ahmed Abu Risha, leader of the Anbar Salvation Council), university academics, and prominent businessmen from al-Anbar in a lengthy conversation.  While several were critical of the United States and its policies during the 2003 Iraq war, many acknowledged that Iranian-backed groups helped spark and exacerbate the insurgency in predominantly Sunni provinces both to target Americans and undercut efforts at reconciliation.

155.    Iran also utilized its influence to undermine economic projects meant to bolster al-Anbar's economic development. Both the United States and the Iraqi government supported the transformation of the Amman-Baghdad road into a highway and toll road on the theory that it could spark both trade and development in a Sunni region desperately in need of it.[127] Iraqi officials working on the economic and development portfolio; however, often pointed the finger at Iran rather than al-Anbar residents for undercutting the project.

156.    Iran's relationship across sectarian lines manifests in other ways. After the 2018 parliamentary elections, the Iranian government supported Mohamed al-Halbousi, a Sunni Arab politician and the governor of Iraq's Sunni-dominated al-Anbar governorate to be speaker of the parliament, over Khaled al-Obaidi, a former defense minister supported by the United States. Iranian authorities were willing to cross sectarian lines to leverage their relationship with Halbousi who, as speaker, can control Iraq's legislative agenda.

---

[127] Tim Arango, "U.S. Sees a Vital Iraqi Toll Road, but Iran Sees a Threat," *New York Times*, May 27, 2017, https://www.nytimes.com/2017/05/27/world/middleeast/iraqi-toll-road-national-highway-iran.html

PX6

### i.   Ansar al-Islam / Ansar al Sunna.

157.    Iran has had multiple dealings with Sunni insurgent, extremist, and terrorist groups in Iraq, many of which appeared to find common cause in their animosity to the United States and its international partners.

158.    Ansar al-Islam demonstrates the interplay between Al Qaeda and Iran. The group was formed in December 2001 from the merger of Kurdish Hamas, Tawhid, the Al-Tawhid Islamic Front, the Second Soran Unit, the Reformist group, and Jund al-Islam, the latter of which Al Qaeda had trained.[128] Usama Bin Laden provided the group with its initial seed money.[129]

159.    The 9/11 Commission cited a Central Intelligence Agency report in its final report which described Ansar al-Islam (which also operated as Ansar al-Sunna) as "Al Qa'ida's ally in northeastern Iraq."[130] Zarqawi appears to have acted as the chief Al Qaeda liaison to Ansar al-Islam, and he reportedly helped establish an Ansar al-Islam training camp in Khurmal which Zarqawi's lieutenants operated.

160.    The camp's location was in a particularly rugged area about three miles from the Iranian border.[131] This appeared deliberate so that the group could take advantage of the border's permeability and the safe-haven and supply which Iran could provide. Cross-border porousness has been a decades-long problem along the northern section of the Iran-Iraq border. Saddam

---

[128] "Mapping Militants Organizations "Ansar al-Islam," Stanford University, Last modified December 2018, https://cisac.fsi.stanford.edu/mappingmilitants/profiles/ansar-al-islam

[129] **PX39**, "Treasury Department Statement Regarding the Designation of Ansar al-Islam," U.S. Department of Treasury, February 20, 2003,https://www.treasury.gov/press-center/press-releases/Pages/js48.aspx

[130] **PX282**, CIA analytic report, "Ansar al-Islam: Al Qa'ida's Ally in Northeastern Iraq," CTC-2003-40011CX, February 1, 2003, as cited in *9-11 Commission Report*, p. p. 468.

[131] **PX503**, "Review of the re-listing of Ansar al-Sunna, JeM, LeJ, EIJ, IAA, AAA and IMU as terrorist organisations," Parliamentary Joint Committee on Intelligence and Security, June 2007, Canberra. Also: **PX501**, "Ansar al-Sunna," Attachment A, Australian Security Intelligence Organisation, https://aph.gov.au/parliamentary_business/committees/house_of_representatives_committees?url=pjcis/grouped/ansar%20al-sunna.pdf

PX6

Hussein used chemical weapons against Iraqi Kurds against the backdrop of the Iran-Iraq War in part because of ethnic animus, but also because he accused them of involvement in cross-border smuggling operations. When I taught in Iraqi Kurdistan during academic year 2000-2001, I traveled along much of Iraqi Kurdistan's border with Iran, including those areas reachable only seasonally due to snow and rugged terrain.  In the border region surrounding Ahmedawa, a village adjacent to Khurmal and between it and the Iranian border, I watched smuggling operations with goods such as fruit and alcohol loaded onto donkeys which were then sent a couple hundred yards up a mountain path to the Iranian side of the border. The Islamic Revolutionary Guard Corps appeared to tolerate if not participate in this activity on the other side of the border. On July 31, 2009, the Islamic Revolutionary Guard Corps seized three American hikers whom they alleged crossed the border in this area. This action suggests that Iranian border guards controlled the border when they chose to do so.

161.    That Khurmal camp's location enabled Ansar al-Islam members to also maintain close relations with Iran. In one example, a Saddam-era Iraqi Intelligence Services document, for example, reported Ansar al-Islam head Mullah Krekar traveled to Iran to meet with various Iranian officials to discuss increasing tension with Jalal



Mullah Krekar
Source: norwaytoday.info

Talabani's Patriotic Union of Kurdistan which had allied itself with the United States in the run-up to Operation Iraqi Freedom.[132] In September 2002, the *Washington Post* reported, "The

---

[132] **PX662**, Iraqi Intelligence Services to M40, M4/2/2/1, Ref. No. 397, June 13, 2002, as reproduced in Kevin M. Woods, "Primary Source Materials for Saddam and Terrorism: Emerging Insights from Captured Iraqi Documents: Volume 5," Institute for Defense Analysis, November 2007.

PX6

consensus in London, including among PUK [Patriotic Union of Kurdistan] representatives, is that Iran provides key logistical support [to Ansar al-Islam] and a safe area beyond the northern Iraqi border."[133] Several Zarqawi associates including Khaled al-Aruri and Abdel Hadi Ahmad Mahmoud Daghlas established residences near the Iraqi Kurdish border inside Iran in order to help coordinate the flow of militants across the Iranian border.[134] In March 2004, a Kurdish security official told me that, the previous month, Kurdish forces had seized a cache of Syrian, Yemeni, and Saudi passports in an Ansar al-Islam safe house. The passports all had Iranian passport stamps indicating that the militants did not enter Iran secretly.

162.    Iranians, Iranian and Iraqi Kurds, and journalists all say that security forces strictly control and limit the access by foreigners to the Iranian border regions with Iraqi Kurdistan due to the sensitivity of the area for Iranian security. It is not credible to believe that non-Iranian militants could establish residence in the region without the prior permission of the Islamic Revolutionary Guard Corps.

163.    On March 29, 2003, U.S. Special Forces, coupled with Patriotic Union of Kurdistan *peshmerga* [literally, 'those who face death,' the name of the Kurdish militia], attacked Khurmal, killing scores of fighters.[135] Over the next several months, many re-entered Iraq, often bribing corrupt border guards for safe passage.[136] Broadly speaking, during this period and after the U.S.-led occupation, Ansar al-Islam concentrated in Mosul, as well as the so-called Sunni Triangle whose points coincided roughly with Ramadi, Baghdad, and Tikrit,

---

[133] **PX632**, Daniel Williams, "Islamic Militants Harassing Iraqi Kurds; Group in North Backed by Iran and Bolstered by Al Qaeda, Opposition Leaders Say," *The Washington Post*, September 5, 2002.

[134] **PX937**, "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," Working Paper, MC Study A, May 2, 2007, Secret/Noforn

[135] Jason Burke. "US Special Forces take fight to fundamentalist terror group." *The Observer*. March 29, 2003, https://www.theguardian.com/world/2003/mar/30/iraq10

[136] Interviews by author with several senior Kurdish officials, August 2003 and March 2004.

PX6

although it also staged spectacular attacks outside this zone.

164.    Ansar al-Islam released a video in February 2004, claiming responsibility for 285 attacks

in which 1,155 people were killed. In addition, the group claimed to have destroyed 26 tanks,

22 armored vehicles, 15 fuel tankers, 30 Humvees, and 71 personnel carriers.[137] The claims of

some of these attacks were exaggerated. Still, in a report published by the Iraqi insurgent

website albasrah.net, Ansar al-Islam claimed responsibility for a December 12, 2003 car bomb

attack on a U.S. facility in Ramadan which killed one soldier, and attacks on coalition partner

contractors which Ansar al-Islam confirmed by showing identification cards and passports in

subsequent videos or press releases.[138] On December 21, 2004, a suicide bomber wearing an

Iraqi security service uniform detonated himself inside the dining facility at Forward Operating

Base Marez, adjacent to the U.S. military airfield in Mosul. The attack killed 14 U.S. soldiers,

four U.S. civilian contractors, and four Iraqi soldiers. At least 50 others were seriously injured

in the attack. Ansar al-Islam took credit for the attack in an internet statement.

165.    Other attacks claimed by or attributed to Ansar al-Islam include a suicide bombing at a

Kurdistan Democratic Party (KDP) office in Erbil that killed 60 and wounded 150; the May 8,

2005 ambush of security contractors, killing 16; an August 1, 2005 ambush in Haditha which

killed six Marines; the July 23, 2006 sniper attacks on two U.S. soldiers in Hit; an improvised

explosive device attack on a U.S. armored vehicle in al-Miqdadiya on the same date; and a

rocket and automatic weapons attack that killed several U.S. servicemen in the al-Haqlaniyah

---

[137] "Exclusive Translation of Ansar al-Sunnah Army's 'Banners of Truth' Video," TIDES World Press Reports, https://web.archive.org/web/20040622050051/http://tides.carebridge.org/Translations/RAYAT-verbatim.htm
[138] Hani al-Siba'i, "Ansar al-Islam, Ansar al-Sunna Army, Abu-Mus'ab Al-Zarqawi, and Abu-Hafs Brigades," www.albasrah.net, March 14, 2004. No longer available online.

PX6

market west of Baghdad.[139]

166.    In October 2008, "Ansar al-Sunna"—as some in Ansar al-Islam began rebranding themselves—released an Arabic video with English subtitles entitled "Ansar al-Sunnah Top 20 IED [Improvised Explosive Device] Attacks on U.S. Forces" via "Ansar al-Sunnah's Media Podium." While this is no longer online, I have personally viewed a saved copy. The 20 attacks listed were geographically varied, and included U.S. military vehicles in Abu Ghraib, Baquba, Fallujah, al-Karkh, al-Tarmiya, Tikrit, Samarra, Baiji, Yusifiya, Balad, Kirkuk, Baghdad, Haditha, Hit, Miqdadiyah, Latifiya, Rasafa, Hawija, and Ramadi. This suggests that Ansar al-Sunnah moved throughout Iraq with ease and was able to conduct successful and lethal attacks against Coalition targets throughout Iraq.

167.    Throughout this time period, Ansar al-Sunna continued to cooperate with Al Qaeda in Iraq. On May 27, 2009, for example, police patrols in Bahraz, a district in Iraq's Diyala governorate, detained Basim Ali Kamel while he was taking photographs of local police and Iraqi army to provide to Al Qaeda in Iraq.[140] Likewise, an Ansar al-Sunna cell and an Al Qaeda in Iraq cell were jointly responsible for a June 23, 2008 improvised explosive device explosion on Route Cecil, wounding two Iraqi Army troops.[141] The Sons of Iraq, former insurgents and jihadists who, after becoming disenfranchised with insurgency, cooperated with the U.S. military to ensure stability and security in their local areas, included members who had previously served

---

[139] **PX501**, "Ansar al-Sunna," Attachment A, Australian Security Intelligence Organisation,
https://aph.gov.au/parliamentary_business/committees/house_of_representatives_committees?url=pjcis/grouped/ans
ar%20al-sunna.pdf; Ellen Knickmeyer, "14 Marines Die in Huge Explosion in Western Iraq," *Washington Post*,
August 4, 2005.
[140] **PX256**, Report by National Joint Operations Center (NJOC), Operations (OPS), Liaison Officer, May 27, 2009,
23:11.
[141] **PX948**, Multinational Division (MND)-Baghdad Significant Activity (SIGACT) Manager, June 23, 2008. 20:08.

PX6

as operatives for both Ansar al-Sunna and Al Qaeda in Iraq.[142]

168.    Iranian ties with Ansar al-Islam/Sunna were not simply a matter of passive support through availability of cross-border safe-haven. Following the U.S.-led intervention in Iraq, Iranian officials facilitated and supported the Al Qaeda-affiliated group's attacks on U.S. personnel.

169.    In 2004, Abu Abdullah (AKA Wirya Salih) who assumed control over Ansar al-Islam following Krekar's 2004 arrest, told the Beirut weekly *al-Muharrir* in a report published in its 21-27 August 2004 edition that his group works with another Iranian-support group, Muqtada al-Sadr's Jaysh al-Mahdi, and that the two groups sometimes exchanged personnel. "This relationship can be described as intimate," Abu Abduallah said.[143] It appears to be a continuing relationship. The Jaysh al-Mahdi sent envoys to Arab countries, for example, to further Sunni-Shi'ite cooperation.[144]

170.    In December 2006, U.S. forces arrested two Iranian intelligence agents in Baghdad at the Supreme Council of Islamic Revolution in Iraq's Baghdad compound. The Iraqi government protested the arrests on the grounds that the Iranians were part of a diplomatic delegation. Prior to their release, the United States seized documents in their possession showing Qods Force relations not only with Shi'ite militias but also with Al Qaeda in Iraq and Ansar al-Sunna. "We found plans for attacks, phone numbers affiliated with Sunni bad guys, a lot of things that filled in the blanks on what these guys are up to," one U.S. intelligence official said. [145]

171.    Cell phones seized from Qods Force officers arrested by U.S. forces in Erbil on January

---

[142] Multi-National Division (MND)-Baghdad Event, August 28, 2009, 08:45.

[143] Kathleen Ridolfo, *"Iraq: A nation finds itself at a crossroads,"* (Sep. 16, 2005),https://reliefweb.int/report/iraq/iraq-nation-finds-itself-crossroads

[144] **PX966**, "MNC-I BUA Intel Daily Slides," May 2007.

[145] **PX637**, Eli Lake, *"Iran's Secret Plan for Mayhem,"* The New York Sun, (January 3, 2007),https://www.nysun.com/foreign/irans-secret-plan-for-mayhem/46032/

PX6

11, 2007 affirmed the relationship. Data acquired from the phones showed connections between the officers and Ansar al-Islam.[146]

172.    On September 23, 2007, U.S. forces raided a Sulaymaniyah hotel and arrested Mahmoudi Farhadi, an Iranian official suspected of supplying explosively-formed projectiles and other arms to Iraqi insurgents and explosives to Ansar al-Islam. The Iranian government responded to Farhadi's arrest by cutting off shipments of food, fuel, and consumer goods to Iraqi Kurdistan and closing its border.[147] While Farhadi may not have been a Qods Force leader, Iranian officials reacted strongly in order to ensure that Iraqi Kurdish authorities would not continue to allow U.S. operations directed at the Qods Force.

### ii.    Al Qaeda in Iraq (FKA Jama'at al-Tawhid wal-Jihad).

173.    The genesis of Al Qaeda in Iraq predates the 2003 Iraq War. In the late 1990s, Abu Musab al-Zarqawi used Al Qaeda seed money to set up an Al Qaeda training camp in Herat, less than two hours by car from the Iranian border.[148] The camp trained recruits from 18 different countries, including a number of Jordanians and Palestinians.



Abu Musab al-Zarqawi
Source: Britannica.com

174.    The camp's proximity to Iran facilitated movement of militants by road from the camp through Iran to Iraqi Kurdistan, where Ansar al-Islam had established its base. At the time, Esmail Qaani, a Qods Force operative who assumed control over the organization after the death of Qods Force commander Qasem Soleimani in an

---

[146] Matthew Levitt, *Hezbollah: The Global Footprint of Lebanon's Party of God*, p. 294.

[147] Jim Landers, "Terror Group Raises Stakes for U.S., Iran," *Dallas Morning News*, October 4, 2007.

[148] **PX937**, "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," Working Paper, MC Study A, May 2, 2007, Secret/Noforn

PX6

American drone strike, was commander of the Fourth Ansar Corps, the Qods Force unit in charge of Afghanistan operations.[149]

175.    According to the German government, prior to Operation Iraqi Freedom, Zarqawi, at the time leader of Al-Tawhid, but who would soon declare himself leader of Al Qaeda in Iraq, met with an Iraqi extremist named Mohamed Abu Dhess inside Iran in order to plot attacks on Israeli or Jewish targets in Germany with "his people."[150] Iranian security services keep Sunni visitors in Iran under strict surveillance, all the more so if they are affiliated with known extremist groups. The September 2001 Zarqawi-Abu Dhess meeting shows that so long as Iranian leaders are likely to approve of the target, they welcome Al Qaeda and other Sunni extremists to utilize their territory to plan or coordinate terrorism. Zawahiri's relationship with Iran was long-standing. In April 1991, Zawahiri travelled secretly to Iran to ask for



Ayman al-Zawahiri
Source:english.alaraby.co.uk

Iranian assistance in his campaign to overthrow Egypt's government.[151] In his Pulitzer Prize-winning history of Al Qaeda, Lawrence Wright reported that "Most of Al Qaeda's relationship with Iran came through Zawahiri."[152]

---

[149] Ali Alfoneh, *"Esmail Qaani: the next Revolutionary Guards Quds Force commander?" AEI*, (January 11, 2012),https://www.aei.org/research-products/report/esmail-qaani-the-next-revolutionary-guards-quds-force-commander/

[150] **PX45**, Treasury Designates Six Al-Qaida Terrorists," U.S. Treasury Department, September 24, 2003 JS-757, https://web.archive.org/web/20040229114439/https://www.treasury.gov/press/releases/js757.htm

[151] **PX672**, Lucie Švejdová, "The Iran-Al Qaeda Nexus: Two Islamisms, One Goal," *The Euro-Gulf Information Centre*, September 3, 2018.

[152] Lawrence Wright, *The Looming Tower*: Al Qaeda and the Road to 9/11. (New York: Vintage, 2006), p. 197.

PX6

176.   After the start of U.S. and NATO military operations in Afghanistan, Zarqawi and other

senior Al Qaeda leaders fled to Iran. Zarqawi continued onward through Iraq and into Syria,

whose government was and remains Iran's top regional ally.[153] From there, as the U.S. invasion

of Iraq loomed, he coordinated efforts to begin operations in Iraq with a center of operations

in Fallujah where his network had stockpiled several tons of arms and munitions.  Zarqawi's

continued relationship with Bin Laden infused his group with money, recruits, logistical

support, and religious backing.[154]

177.   At around the same time, Qods Force leader Qasem Soleimani established a base in Syria

to supply the Iraqi resistance with arms and equipment.[155] In October 2007, U.S. forces

captured an insurgent laptop in a raid near Sinjar, northern Iraqi, which documented the transit

of 700 foreign fighters entering Iraq via Syria between August 2006 and August 2007.[156] While

these documents do not on their face show active Iranian assistance to Al Qaeda, they do

suggest that Bashar al-Assad's regime in Syria was likely aware of the flow of Al Qaeda-

aligned Sunni fighters across its territory. The Assad regime in Syria was and remains Iran's

top regional ally.

178.   In Fallujah, Zarqawi helped set up the Fallujah Mujadhideen Shura Council. While in

theory the group was a loose consultative body, in reality the lack of formal leadership allowed

Zarqawi's group to dominate. Thirty-nine groups joined the Shura, including two Shi'ite

---

[153] **PX937**, "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," Working Paper, MC Study A, May 2, 2007, Secret/Noforn
[154] **PX937**, "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," Working Paper, MC Study A, May 2, 2007, Secret/Noforn
[155] Elie Hanna and Hussein al-Amin, "*Al-Jeneral: Sanuhzim Amrika fi Suriya*" ("The General: We Will Defeat America in Syria"), *Al-Akhbar* (Beirut), January 4, 2020. https://al-akhbar.com/World/281972
[156] Brian Fishman and Joseph Felter, "*Al-Qa'ida's Foreign Fighters in Iraq: A First Look at the Sinjar Records,*" CTC at West Point, (January 02, 2007)https://ctc.usma.edu/al-qaidas-foreign-fighters-in-iraq-a-first-look-at-the-sinjar-records/

PX6

groups which appear to have been associated with Muqtada al-Sadr's Jaysh al-Mahdi.[157] Abdullah al-Janabi, a local Sunni cleric who served as the imam of Fallujah's Sa'ad bin Abi Waqas Mosque and who had long established relations with Saddam's security services, became an active member of the Shura and a key Al Qaeda in Iraq ally. He facilitated contacts among insurgent groups across tribal and sectarian lines.[158]

179.    Iran's cooperation with Al Qaeda also continued after the Iraq war began. In an October 2003 press conference, State Department spokesman Richard Boucher reported that authorities in Tehran continued to reject intelligence sharing and coordination with the United States with regard to Al Qaeda members in Iran, some of whom were suspected to be involved in cross-border operations.[159]

180.    In the first months of Operation Iraqi Freedom, Al Qaeda in Iraq sought to avoid direct confrontation with coalition forces, instead using the time to lay the groundwork for a far more lethal insurgency. Sami Mohammed Ali Said al-Ja'af (AKA Abu Umar al-Kurdi), an Al Qaeda in Iraq operative captured in Iraq in 2005, said that the group designed its operations at the time to be blamed on Saddam loyalists rather than Al Qaeda in order to avoid retaliatory strikes. In a letter from Zarqawi to Bin Laden, Zarqawi said his group had orchestrated 25 suicide attacks including the bombings of the Jordanian embassy and UN Headquarters.[160] It would be almost eight months before Zarqawi would publicly claim responsibility for the latter blast.

---

[157] **PX937**, "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," Working Paper, MC Study A, May 2, 2007, Secret/Noforn

[158] **PX937**, "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," Working Paper, MC Study A, May 2, 2007, Secret/Noforn

[159] **PX362**, Richard Boucher, "Daily Press Briefing," U.S. Department of State, Washington, DC, October 29, 2003, https://2001-2009.state.gov/r/pa/prs/dpb/2003/25731.htm

[160] **PX937**, "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," Working Paper, MC Study A, May 2, 2007, Secret/Noforn

PX6

181.    Al Qaeda in Iraq claimed responsibility for numerous attacks on U.S. forces in Iraq.[161] It was the most ruthless insurgent group in Iraq, responsible for thousands of deaths.[162] It broadly operated along major roads in major population centers in western and northern Iraq, as well as in Baghdad. However, its ability to kidnap foreigners in both Sunni and Shi'ite-dominated regions suggested an ability to coordinate and de-conflict if not cooperate with Shi'ite militias. The highest Al Qaeda in Iraq presence stretched from Al-Qa'im to Ramadi in al-Anbar governorate, and then north toward Mosul, as well as around Samarra, Baqubah, and Kirkuk. U.S. military and intelligence assessments placed blame on Al Qaeda in Iraq for many attacks. On July 14, 2003, for example, Al-Tawhid, the group that would rebrand itself Al Qaeda in Iraq after its founder Abu Musab al-Zarqawi moved from Jordan to Iraq, released an audiotape which declared in reference to attacks on U.S. forces, "I swear by God no one from his [Saddam Hussein's] followers carried out any jihad operations like he claims.... They are a result of our brothers in jihad."[163] On May 11, 2004, Zarqawi himself beheaded American businessman Nicholas Berg on videotape. Zarqawi's followers claimed responsibility for a car bomb in Baghdad which killed three General Electric employees. On September 30, 2004, bombs killed 35 children as U.S. troops handed out candies at the opening of a sewage treatment plant; Zarqawi's group claimed responsibility. On May 7, 2005, two car bombs rammed a U.S.

---

[161] On December 1, 2004, the U.S. Treasury Department published a Specially Designated National (SDN) List update for the al-Zarqawi Network/Al Qaeda in Iraq listing numerous aliases for the group These can be found here: https://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/20041201.aspx. **PX71**.

[162] "Al Qaida Grains Strength in Sunni Heartland," Associated Press, August 16, 2006, http://www.nbcnews.com/id/14368862/ns/world_news-mideast_n_africa/t/al-qaida-gains-strength-iraq-sunni-heartland/#.XQfQYHdFzIU; **PX638**, Eric Hamilton, "Backgrounder #21: Developments Fighting Al Qaeda in Iraq," Institute for the Study of War, January 20, 2008· http://www.understandingwar.org/sites/default/files/reports/Devolpments%20Fighting%20Al%20Qaeda%20in%20Iraq.pdf; Hayder al-Khoei, "Al-Qaida's surge spells further turmoil for Iraq," *The Guardian*, August 21, 2012, https://www.theguardian.com/commentisfree/2012/aug/21/al-qaida-surge-iraq-jihadist

[163] John Hendren, "Tape Claims Al Qaeda is at Work in Iraq," *Los Angeles Times*, July 14, 2003.

PX6

security company convoy in Baghdad, killing two Americans and at least 20 others.[164] On August 1, 2005, Al Qaeda in Iraq claimed responsibility for a suicide bombing in Hit which killed a U.S. Marine.[165] The August 19, 2003 truck bombing of the U.N. headquarters in Baghdad which killed 23, including U.N. envoy Sergio Vieira de Mello, remains among the group's most spectacular attacks on foreigners.[166] After his January 15, 2005 capture, explosives expert Sami Mohammed Ali Said al-Ja'af said he had built 75 percent of the car bombs used across Iraq since the beginning of Operation Iraqi Freedom.[167]

182.    Al Qaeda's central leadership sought to ensure that Zarqawi focused his violence on Americans and other foreigners rather than Iraqi Shi'ites. On October 11, 2005, for example, Al Qaeda's second-in-command Ayman al-Zawahiri wrote to Zarqawi to urge him to avoid attacking Shi'ites and their mosques in order to avoid any complications in the primary imperative to attack Americans and drive them from Iraq. "Don't let your eyes lose sight of the target, and that it should stand before you always," Zawahiri wrote.[168]  After Zarqawi orchestrated a February 22, 2006 attack on the al-Askari Shrine in Samarra, Zawahiri wrote to chastise him for attacking Shi'ites. Zawahiri and other senior Al Qaeda leaders worried that sectarian attacks in Iraq would jeopardize their ability to work across the sectarian aisle in the country.[169]

---

[164] "Timeline: Major Attacks Claimed by Zarqawi and His Followers," Associated Press, June 8, 2006.

[165] Ellen Knickmeyer, "14 Marines Die in Huge Explosion in Western Iraq," *Washington Post*, August 4, 2005.

[166] "Timeline: Major Attacks Claimed by Zarqawi and His Followers," Associated Press, June 8, 2006.

[167] **PX937**, "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," Working Paper, MC Study A, May 2, 2007, Secret/Noform

[168] **PX910**, "Letter from Al-Zawahiri to Al-Zarqawi" dated July 9, 2005, Office of the Director of National Intelligence, October 11, 2005.

[169] **PX937**, Insurgent Group Profile: Al Qaeda in Iraq (AQI)," Working Paper, MC Study A, May 2, 2007, Secret/Noform

PX6

183.    On June 7, 2006, a targeted airstrike killed Zarqawi. Abu Ayyub al-Masri, an Egyptian

who came to Iraq by way of Afghanistan, succeeded him. He continued to be an effective

liaison between Al Qaeda's senior leadership in Pakistan and Al Qaeda in Iraq until his death

in a 2010 U.S.-Iraq joint operation.[170] By 2007, Diyala—an Iraqi governorate bordering Iran—

became "the main hub" of operations in Iraq. The provincial capital Baquba was, in effect, the

capital of Al Qaeda in Iraq's Islamic emirate.[171] That same year, the U.S. military estimated

that foreign-born Al Qaeda terrorists were responsible for between 80 and 90 percent of suicide

attacks in Iraq.[172] In 2012, the U.S. Treasury Department designated Iran's Ministry of

Information and Security—the Islamic Republic's intelligence agency—"for its support to

terrorist groups, including al Qa'ida [and] al Qa'ida in Iraq…."[173]

184.    During the height of the insurgency and terror campaign, from 2003 through 2011, Al

Qaeda in Iraq operated broadly across the country and with broad lethality. In 2006, it made

Baqubah, a small city approximately 50 miles northeast of Baghdad and the capital of the

Diyala governorate, the capital of its rump Islamic state.[174] Baqubah also sits aside major routes

into Iran as the roads to the Khanaqin crossing 87 miles further northeast and Mandali, just 59

miles further east, converge in the city. Simply put, Iranian goods crossing the two highest

traffic and nearest border posts to Baghdad would pass through Al Qaeda in Iraq's zone of

operation. That the transit of Iranian goods in such circumstances continued unimpeded

---

[170] **PX966**, "MNC-I BUA Intel Daily Slides," May 2007.

[171] Bill Roggio, "Battle of Baqubah," *Long War Journal*, June 19, 2007.

[172] **PX304**, U.S. military spokesman Brigadier General Kevin Bergner, July 11, 2007 press conference, as quoted by Anthony H. Cordesman, "Iraq's Sunni Insurgents: Looking Beyond al Qa'ida," Center for Strategic and International Studies, July 16, 2007.

[173] **PX68**, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism" U.S. Department of Treasury, February 16, 2012.

[174] Bill Roggio, "The Battle of Baqubah I", FDD's Long Journal War, June 19 2007, http://www.longwarjournal.org/archives/2007/06/the_battle_of_baquba.php

**PX6**

suggests a *modus operandi*. In 2007, Diyala became the main hub of Al Qaeda operations. According to Bill Roggio, an Al Qaeda expert at the Foundation for Defense of Democracies, more than 2,000 Al Qaeda in Iraq operatives who had fled Baghdad were operating in Diyala at the time.[175] US-led coalition forces launched major operations in 2007 and 2008 to clear Al Qaeda in Iraq from the area.[176]

185.    Al Qaeda in Iraq also effectively controlled Ramadi, the capital of overwhelmingly Sunni al-Anbar governorate, by mid-2004.[177] Center for Strategic and International Studies scholar Anthony Cordesman, a former Director of Intelligence Assessment in the Office of the Secretary of Defense, affirmed Al Qaeda in Iraq infrastructure in and around Ramadi.[178] Al Qaeda in Iraq also employed car bombs, mortars, rockets, improvised explosive devices, and ambushes in Fallujah, a town in al-Anbar roughly 30 miles east of Ramadi and the halfway point between the provincial capital and Baghdad.[179] By June 2004, Al Qaeda in Iraq sponsored ceremonies in which tribal sheiks pledged their loyalty to Zarqawi.[180] Roggio found in 2007

---

[175] Bill Roggio, The Diyala Salvation Front, FDD's Long Journal War, May 10 2007, http://www.longwarjournal.org/archives/2007/05/the_diyala_salvation.php

[176] "New Push Starts Against Al Qaeda In Iraq", CNSNEWS, July 29 2008 https://www.cbsnews.com/news/new-push-starts-against-al-qaeda-in-iraq/ ; Bill Roggio, The Diyala Salvation Front, FDD's Long Journal War, May 10 2007, http://www.longwarjournal.org/archives/2007/05/the_diyala_salvation.php

[177] Bill Roggio, "The Anbar Tribes vs. al Qaeda, Continued", FDD's Long Journal War, November 22 2006 http://www.longwarjournal.org/archives/2006/11/the_anbar_tribes_vs.php

[178] **PX618**, Anthony Cordesman, *Iraq's Sunni Insurgents: Looking Beyond Al Qa'ida*, Center for Strategic and International Studies, 16 July *2007, p. 2*

[179] **PX215**, "Exploiting al-Qa'ida's Organizational Vulnerabilities", Combating Terrorism Center: United States Military Academy, February 14, 2006, p. 37, https://ctc.usma.edu/v2/wp-content/uploads/2010/06/Harmony-and-Disharmony.pdf

[180] **PX675**, M. J. Kirdar, "Al-Qaeda in Iraq", Center for Strategic and International Studies, June 2011, p. 3. https://csis-prod.s3.amazonaws.com/s3fs-public/legacy_files/files/publication/110614_Kirdar_AlQaedaIraq_Web.pdf

**PX6**

that "Iranian mines and weapons were funneled to Zarqawi's terrorists in Fallujah and elsewhere throughout Sunni dominated Anbar province."[181]

186.     Al Qaeda's entrenchment and dominance in Anbar, particularly Ramadi, was confirmed by Sheikh Jassim al-Suwaydawi of the Albu-Souda tribe in Sofia primarily located to the east of Ramadi along the Euphrates. Although reportedly anti-coalition after the fall of Saddam, the tribe abandoned any allegiance to al Qaeda and insurgency after the battle of Sofia in November 2006. When interviewed on April 9, 2010 and asked what caused the insurgency and the Awakening, Jassim stated, "They were terrorists that had been backed and paid by Iranian and Syrian intelligence for a special purpose: to prevent democracy from spreading in Iraq, which, they were afraid would trickle down to other countries." After leading his tribe in several battles against AQI, resulting in his brother and three cousins being killed by the group, Jassim was offered a diya (blood money) of $1 Billion Iraqi dinars by AQI, which he understood would be supplied to AQI by Iran.[182]

187.     Zarqawi traveled frequently not only between Baghdad and Ramadi, but also northward to Tikrit, the capital of the Salah al-Din governorate. These cities defined the three points of the so-called "Sunni Triangle" which became an epicenter of Sunni attacks on American forces.[183]

188.     Al Qaeda in Iraq attacks; however, transcended Diyali, al-Anbar, and the Sunni Triangle. The groups also remained active in the Kirkuk and Ninewah governorates in northern Iraq, as

---

[181] Bill Roggio, The Diyala Salvation Front, FDD's Long Journal War, May 10 2007, http://www.longwarjournal.org/archives/2007/05/the_diyala_salvation.php

[182] **PX635**, Dr. William Knarr, et al., *Al-Sahawa-The Awakening Vol. IV-A: Area of Operations Topeka, East Ramadi and the Shark* Fins, Institute for Defense Analysis, at p. B-4 – B-7 (August 2019).

[183] **PX675**, M. J. Kirdar, "Al-Qaeda in Iraq", Center for Strategic and International Studies, June 2011, p. 3. https://csis-prod.s3.amazonaws.com/s3fs-public/legacy_files/files/publication/110614_Kirdar_AlQaedaIraq_Web.pdf

PX6

well as areas of Babil and Wasit to the south of Baghdad.[184] Eric Hamilton, today a lecturer at New York University in Abu Dhabi, found in a 2008 Institute for the Study of War study on the battle for Mosul, Iraq's second largest city, that "Mosul has always been a center for the Sunni insurgency. It is a critical hub for AQI funding and foreign terrorist facilitation."[185] In November 2004, Al Qaeda in Iraq and Ansar al Sunna launched an offensive against U.S. and coalition forces in the city.[186]



Source: Eric Hamilton, Developments Fighting Al Qaeda in Iraq, Institute for the Study of War, January 2008. **PX638.**

---

[184] **PX618**, Anthony Cordesman, *Iraq's Sunni Insurgents: Looking Beyond Al Qa'ida*, Center for Strategic and International Studies, 16 July *2007, p. 3-4.*

[185] **PX639**, Eric Hamilton, "The Fight For Mosul", March 2003 - March 2008, Institute for the Study of War, p 3 http://www.understandingwar.org/sites/default/files/reports/Iraq%20Report%208.pdf

[186] **PX639**, Eric Hamilton, "The Fight For Mosul", March 2003 - March 2008, Institute for the Study of War, p. 9 http://www.understandingwar.org/sites/default/files/reports/Iraq%20Report%208.pdf

PX6

189.    In summary, in the run-up to the 2003 war in Iraq and continuing through 2011, the

Iranian regime worked directly and indirectly with the founding members and leaders of

Al Qaeda in Iraq, and facilitated the group's operations which targeted, wounded, and

killed U.S. forces in Iraq.  Al Qaeda in Iraq simply would not have been able to maintain

its existence, pace or the lethality of its attacks absent this Iranian assistance.

### iii.    Islamic Army in Iraq.

190.    Other Sunni terrorist groups operated in Iraq, targeted Americans, and likely benefited

from indirect Iranian support. Prominent Baghdad Sheikh Ahmed al-Dabash founded the

Islamic Army in Iraq (IAI) in 2003, for example, and the group remained active in Iraq's

Sunni Triangle until 2011 and then, after a brief hiatus, resumed attacks in 2013. Al-Dabash

reportedly described himself to be like a "brother to Abu Musab al-Zarqawi."[187] Motivated

both by hostility to the presence of foreign forces in Iraq as well as anti-Shi'ite sectarian

animus, links to Iran can seem counterintuitive. While not formally designated as a terrorist

group by the U.S. Treasury Department, U.S. forces in Iraq put al-Dabash on its most wanted

---

[187] Ruth Sherlock and Carol Malouf, "Islamic Army of Iraq founder: Isis and Sunni Islamists will march on Baghdad," *Daily Telegraph*, June 20, 2014, https://www.telegraph.co.uk/news/worldnews/middleeast/iraq/10914567/Islamic-Army-of-Iraq-founder-Isis-and-Sunni-Islamists-will-march-on-Baghdad.html

PX6

list for several years in the late 2000s.[188] In addition, in 2008, the Treasury Department

designated Mish'an al-Jiburi and Syria-based al-Zawra television for broadcasting coded

messages to Islamic Army in Iraq directing terrorism against U.S. forces.[189] At the time, Syria

was fully under the control of Bashar al-Assad, the Islamic Republic of Iran's chief regional

ally. The Islamic Army in Iraq benefited from Iranian support for Sunni terrorism in Iraq

through groups such as the Shura Council. That body, discussed in paragraph 177, enabled Iran

to maintain indirect influence over a broader array of Sunni terrorist groups.

191.    Among those attacks for which the Islamic Army of Iraq claimed responsibility were a

March 24, 2005 vehicle-borne improvised explosive device (VBIED) attack in Ramadi which

killed 11 policemen and wounded two U.S. marines and the November 2005 kidnapping and

videotaped execution of U.S. security contractor Ronald Alan Schulz.

192.    The Islamic Army of Iraq was a lethal and disruptive force during the height of the Iraq

insurgency and terror campaign between 2003 and 2011, and proved its ability to operate and

conduct operations from Mosul in the north to the environs of Najaf in southern Iraq. As with

Al Qaeda in Iraq, the Iranian government's provision of aid and equipment through

intermediaries such as Al Qaeda in Iraq enabled the Islamic Army of Iraq to transform itself

from a small local criminal group into a broader reaching and highly lethal terror threat.

### iv.    The Mujahideen Army.

193.    The Mujahideen Army also coordinated and operated closely with the IAI beginning in

2004. In November 2004, it took five hostages but released all but the American, whom it kept

---

[188] "Islamic Army in Iraq," Mapping Militant Organizations, Stanford University, November 10, 2015, http://web.stanford.edu/group/mappingmilitants/cgi-bin/groups/view/5

[189] **PX67**, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," U.S. Department of Treasury, January 9, 2008, https://www.treasury.gov/press-center/press-releases/Pages/hp759.aspx

PX6

prisoner for ten months until his rescue by U.S. forces.  In December 2004, it seized ten Iraqis working for a United States contracting firm and executed eight. The Mujahideen Army also claims credit for shooting down American helicopters in January 2006 and January 2007. In May 2007, the Mujahideen Army joined with the IAI and Ansar al-Islam and some smaller groups to form the Jihad and Reform Front which sought to channel its constituent groups' efforts into targeting Americans rather than rival factions.[190] Therefore, the Mujahideen Army cooperated and coordinated groups which had maintained relations with the Islamic Revolutionary Guard Corps, a relationship which multiplied its operational and logistical capabilities.

194.    As with the Islamic Army of Iraq, Iranian provision of aid, equipment, and expert advice and knowledge to Sunni Iraqi intermediaries through groups like Al Qaeda in Iraq augmented the Mujahideen Army's capabilities and lethality in central and western Iraq at the height of Iraq's post-liberation insurgency.

### v.    Army of Muhammad.

195.    Some Saddam loyalists also received Iranian support after U.S.-led forces ousted the Baathist regime. On January 14, 2005, Muayed Al-Nasseri, who had commanded the Sunni "Army of Muhammad" (*Jaysh* Muhammad) in Iraq following the U.S.-led liberation, confessed on a Dubai-based Iraqi television channel that Iran had provided his group with money and arms. He claimed "We carried out many armed operations against the coalition forces in all the districts. The operations included bombarding their military posts, their camps, and their bases, fighting these forces, and planting explosive devices against their patrols and

---

[190] "Mujahideen Army," Mapping Militant Organizations, Stanford University, August 14, 2015.

PX6

convoys...."[191] The Army of Muhammad subsequently sought Al Qaeda in Iraq assistance in a plan to kidnap coalition soldiers.[192] While the Army of Muhammad did not gain the prominence of Al Qaeda in Iraq or other insurgent groups, it too appears to have received Iranian assistance in order to augment its operations in Baghdad and western Iraq and its general threat to American forces in the region.

## M. Conclusion.

196.   Prior to Operation Iraqi Freedom, Iranian diplomats met with their American and British counterparts and pledged non-interference. Iranian Foreign Minister Kamal Kharazi and Mohammad Javad-Zarif, then-UN ambassador and Kharazi's eventual successor, further promised that they would protect any American personnel and property that might make an emergency landing in Iranian territory. They lied. Even prior to the 2003 launch of Operation Iraqi Freedom, the IRGC and MOIS were co-opting and cooperating with Sunni terrorist groups, including core Al Qaeda and Ansar al-Islam personnel, and laying the groundwork with them and with IRGC-trained militia leaders for a broad-based terror campaign of jihad against the United States.

197.   The nexus between Al Qaeda and top levels of the Iranian government and IRGC is deep-seeded and predates the September 11, 2001 terrorist attacks in New York City, Pennsylvania and Washington, D.C. Both the Iranian leadership's and Al Qaeda's hatred toward the United States trumps the sectarian divisions which exist between Tehran and Al Qaeda-affiliated groups.

---

[191] https://web.archive.org/web/20050206025152/http://www.memritv.org/Transcript.asp?P1=492
[192] **PX916**, "MNC-I BUA Intel Daily Slides," October 2007.

PX6

198.    While diplomats often focus on the Shi'ite character of the Islamic Republic, Iran's coordination and cooperation with Sunni terror groups is more the rule than the exception to Iranian strategy and the Islamic Republic's past actions.

199.    Specifically, Iranian officials at the most senior levels were both aware of and approved the IRGC and MOIS' coordination not only with Shi'ite militias but also with Sunni terrorist groups in Iraq. Such support included provision of safe-haven, travel facilitation, logistics, funding, weapons, specialized training, expert assistance and intelligence, not only in Baghdad, but also in predominantly Sunni governorates like al-Anbar, Samarra, Ninewa [Mosul], and Kirkuk. This support was significant and continuous, and afforded these groups the means to sustain and grow their operations, expand their influence and operational capacities, and increased their lethal effectiveness and sophistication as violent extremist organizations.

200.    Iran's provision of safe haven within, and safe passage into and through, its borders to Al Qaeda senior leadership and operatives permitted Al Qaeda to conduct strategic planning, coordinate with its factions and franchises, fundraise, train, and travel freely and in relative safety. This operational support was crucial to the survival of Al Qaeda as an organization, increased its apparent legitimacy as a jihadist movement, and allowed it to continue to commit violence against Americans, particularly in Iraq. Without this support Al Qaeda and its affiliates in Iraq would have been much weaker, more isolated, and unable to sustain operations or even grow or expand its operations into and throughout Iraq.

201.    Iran's support to Ansar al-Islam and Abu Musab al-Zarqawi was equally vital to their ability to sustain operations and flourish after the U.S.-led liberation of Iraq in 2003 and up through the subsequent evolution of Zarqawi from an Ansar al Islam/Al Tawhid chief to the founding Emir of Al Qaeda in Iraq and its eventual progression to the Islamic State of Iraq.

PX6

202.   The IRGC and its affiliated companies NIOC, Bank Melli Iran, Bank Markazi and Khatam al-Anbiya were crucial elements in Iranian support for terrorists in Iraq. NIOC and KAA were used by Iran to generate and source funds used to finance the Islamic Republic's terror networks. Financial institutions such as Bank Markazi and Bank Melli Iran permitted the Islamic Republic to access, transfer and move the funds to terror groups. Banks Melli and Markazi used a variety of deceptive practices, including front companies, fraudulent documents, exchange houses, seemingly legitimate businesses and government officials to structure financial transactions to avoid international counterterrorism financing sanctions, and to channel funds and materials directly and indirectly to Shia and Sunni terrorist groups in Iraq for the purpose of attacking and killing Americans.

203.   Just as they did with Shi'ite militias, Iranian leaders and top IRGC generals sought to support multiple Sunni terrorist groups in Iraq, specifically Ansar al Islam, al Qaeda, and al Qaeda in Iraq. Supporting various groups and sects not only allowed Tehran to effectively deflect responsibility, but also to further encourage attacks on Americans by forcing the groups to compete with one another to earn or maintain Iran's support.

204.   Simply put, Iranian support for and cooperation with not only Shi'ite militias but also with al Qaeda, al Qaeda in Iraq and Ansar al-Islam, was essential to these groups' cooperation, leadership structures, organizational infrastructure, financial solvency, recruitment and growth, and for their ability to plan, commit, and authorize sophisticated terror attacks against American servicemen, contractors, and civilians.

205.   Without Iran's significant support, Al Qaeda, Al Qaeda in Iraq, and Ansar al Islam would not have been the potent lethal threats that they posed in Iraq from 2003 through 2011.

PX6

206.   I hold these opinions to a professional degree of historical certainty based on more than

two decades of professional experience analyzing Iran and Iraq, traveling to the Middle East,

hundreds of interviews, and extensive research not limited in scope to this report about both

Iranian strategic behavior and terrorism in Iraq.


**I declare under penalty of perjury that the foregoing is true and correct.**

April 19, 2022

_____                    _____
**Michael Rubin, Ph.D.**                          **Date**

PX6

# Exhibit A

PX6



*American Enterprise Institute for Public Policy Research*

**Michael Rubin**
Senior Fellow
American Enterprise Institute for Public Policy Research
1789 Massachusetts Avenue, NW
Washington, DC 20036
*Phone*   202.862.5851
*E-mail*   mrubin@aei.org

### POSITIONS

Senior Fellow, American Enterprise Institute, 2004 – present.

Senior Lecturer, Naval Postgraduate School, 2007– 2021.

Contract Iran Analyst, Foreign Military Studies Office, Fort Leavenworth, 2012– present

Contributing Editor, *1945*, 2020- present.

Contributor, *Washington Examiner*, 2017 - present

Contributor, *Commentary Magazine*, 2011 - 2017.

Lecturer, Johns Hopkins University, 2010.

International Election Observer, Bangladesh, 2008.

Senior Editor, *Middle East Quarterly*, 2009 – present.

Editor, *Middle East Quarterly*, 2004 – 2009.

Political Adviser.  Coalition Provisional Authority, Baghdad, Iraq, 2003-2004.

Staff Adviser, Iran and Iraq.  Office of the Secretary of Defense (International Security Affairs), 2002-2004.

International Affairs Fellow, Council on Foreign Relations, 2002-2003.

Fellow. The Leonard Davis Institute for International Relations, Hebrew University.  Jerusalem. 2001-2002.

Editorial Board, *Middle East Intelligence Bulletin*, 2001-2002, 2004.

Fellow. Carnegie Council on Ethics and International Affairs, 2000-2001.

Assistant Editor, *Iranian Studies*, 1994 – 1997.

### EDUCATION

Ph.D., History, Yale University, 1999.

Dissertation: "The Making of Modern Iran, 1858-1909: Communications, Telegraph and Society"

- Recipient, John Addison Porter Prize "for a work of scholarship in any field in which it is possible, through original effort, to gather and relate facts and/or principles and to make the product of general human interest."

M.A., History, Yale University, 1996.

B.S., Biology and History (dual major), Yale University, 1994.

**PX6**

## BOOKS AND REPORTS

*Seven Pillars: What Really Causes Instability in the Middle East?* (M. Rubin and Brian Katulis, eds.) AEI Press, 2019.

*Kurdistan Rising.* AEI Press, 2016.

*Dancing with the Devil: The Promise and Perils of Engagement.* Encounter, 2014 (Second Ed., 2015).

*Shi'ites of the Middle East: An Iranian Fifth Column?* (AEI Press, 2014).

*Dissent and Reform in the Arab World: Empowering Democrats* (M. Rubin, Danielle Pletka, and Jeffrey Azarva, ed.). AEI Press, 2008.

*Eternal Iran: Continuity and Chaos* (with Patrick Clawson). Palgrave, 2005.

*Into the Shadows: Radical Vigilantes in Khatami's Iran.* Washington Institute for Near East Policy. 2001.


## BOOK CHAPTERS

M. Rubin, "Iran's UAV Program." Book chapter in *Drones: International Development and Deployment of UAVs.* London: CRC Press, 2020.

M. Rubin, "Iranian and Turkish Power Projection and Influence in Africa," in M. Ibrahimov, *Cultural Perspectives, Geopolitics & Energy Security: Competition for Influence in Eurasia, the Americas and Africa* (West Point: Army University Press, 2020).

M. Rubin, "Evolution of Iranian surveillance strategies toward the internet and social media" for *Security Challenges in the Digital Age, Cyber Space, and Social Media,* Institute for Policy, Advocacy, and Governance, 2019.

M. Rubin, *"Will the United States ever support Kurdish independence?" in* Michael Gunter and Vera Eccarius-Kelly, eds. *Kurdish Autonomy and U.S. Foreign Policy: Change within Continuity.* New York: Peter Lang, 2019.

M. Rubin, "The Continuing Problem of KRG Corruption," in M. Gunter, ed. *Routledge Handbook on the Kurds.* London: Routledge, 2018.

M. Rubin, "Will the Kurds Save Turkey?" in Michael Gunter, ed. *Kurdish Issues.* Costa Mesa: Mazda Books, 2016.

M. Rubin, "More Creative Military Strategies are Needed to Combat Terrorism," in Stuart Gottlieb, ed. *Debating Terrorism and Counterterrorism,* 2nd edition. (Washington: CQ Press, 2013).

M. Rubin, "Rogue Policy: Bush and Iran," in David MacDonald, ed. *The Bush leadership, the Power of Ideas, and the War on Terror.* (New York: Ashgate Press, 2012).

M. Rubin, "When Realities Collide: Why U.S. and Pakistani Threat Perceptions Clash," in Usama Butt and Julian Schofield, eds. *The Dynamics of the U.S.-Pakistan Future Relationship.* (New York: Pluto Press, 2011).

M. Rubin, "Why Neoconservatism was and is right," in Thomas Von Osten-Sacken, ed. *The Betrayal of Freedom.* (Berlin: Verbrecher Verlag, 2010).

PX6

M. Rubin, "Military Tactics are Essential for Fighting Terrorism," in Stuart Gottlieb, ed. *Debating Terrorism and Counterterrorism*. (Washington: CQ Press, 2009).

M. Rubin, "How the Media Missed Religion in Iraq." In Paul Marshall, ed. *Blind Spot: When Journalists don't get Religion*. New York: Oxford University Press, 2008.

M. Rubin, "Asymmetrical Threat Concept and its Reflections on International Security." In K. Padmaja. *Humanitarian Laws*. Hyderabad: Icfai University Press, 2008.

M. Rubin, "Understanding Iranian Strategy in Afghanistan," in Cheryl Benard et al., *Afghanistan: State and Society; Great Power Politics; and the Way Ahead* (Santa Monica: RAND, 2008), pp. 11-16.

M. Rubin, "Who is Responsible for the Taliban?" In Barry Rubin, ed. *Political Islam: Critical Concepts in Islamic Studies, Vol. III*, (New York: Routledge, 2007), pp. 121-140.

M. Rubin and S. Gershowitz, "Political Strategies to Counter Terrorism." In Alison Pargeter, ed. *The Evolving Threat: International Terrorism in the post-9/11 Era*, (Rome: Globe, 2006), pp. 153-168.

M. Rubin, "Forward," in Timothy Furnish. *Holiest Wars: Islamic Mahdis, Their Jihads, and Osama bin Laden*. (Westport: Praeger, 2005), pp. vii-viii.

M. Rubin and S. Stern, "Recruit Academia," in Frank J. Gaffney, ed., *War Footing: 10 Steps America Must Take to Prevail in the War for the Free World*. (Annapolis: Naval Institute Press, 2005), pp. 255-262.

M. Rubin, "Iraq and the Democratization of the Middle East." In Fiamma Nirenstein, ed., *La Rivoluzione Democratica Contro Il Terrorismo*. (Rome: Panorama 2005), pp. 47-68.

M. Rubin, "Tactical Terrorism: Iran's Continued Challenge to the Secular Middle East" In Oded Eran and Amnon Cohen, eds. *Israel, the Middle East, and Islam: Weighing the Risks and Prospects*. (Jerusalem: Truman Institute, 2003), pp. 37-50.

M. Rubin, "Federalism and the Future of Iraq," in P. Clawson, ed. *How to Build a New Iraq*. (Washington: The Washington Institute, 2002), pp. 44-55.

M. Rubin, "The Culture of Telegraph Workers in Iran." In Maria Szuppe, ed. *Iran: Questions et Connaissances*. (Paris: Association Pour l'Avancement des Études Iraniennes, 2002), pp. 349-369.

### ACADEMIC PUBLICATIONS

M. Rubin, "Why the U.S. obsession with Iran leads it to misconstrue and misjudge Shi'ite politics," *Journal of South Asian and Middle Eastern Studies*, Fall 2021.

M. Rubin, "The Enemy of an Enemy: Will the Kurds Benefit from Shifting American Alliances?" *Europa Ethnica*, Volumes 1-2 (2018): 31-39.

M. Rubin, "How the Ayatollahs Battle America," Review essay of Jay Solomon's *The Iran Wars* for the *International Journal of Intelligence and Counterintelligence*, Fall 2018.

PX6

M. Rubin, "Creating the New Czar," review essay of Mikhail Zygar's *All the Kremlin's Men* for the *International Journal of Intelligence and Counterintelligence*, Summer 2018.

M. Rubin, "The Temptation of Intelligence Politicization to support Diplomacy," *International Journal of Intelligence and Counterintelligence*, January 2016

M. Rubin, "Baluchistan." *Oxford Encyclopedia of the Modern World*. New York: Oxford University Press, 2008.

M. Rubin, "Ayatollah Ruhollah Khomeini." *International Encyclopedia of Social Sciences*. New York: MacMillan Library Reference, 2007.

M. Rubin, "The Indo-European Telegraph Company." *Encyclopaedia Iranica*. Vol. 13, Fasc. 1. New York: Center for Iranian Studies, 2004.

M. Rubin, "The Indo-European Telegraph Department." *Encyclopaedia Iranica*. Vol. 13, Fasc. 1. New York: Center for Iranian Studies, 2004.

M. Rubin, "Are Kurds a Pariah Minority?" *Social Research*. Spring 2003. pp. 295-330.

M. Rubin, "Iraq," in Avraham Sela, ed. *Political Encyclopedia of the Middle East*. (New York: Continuum, 2002),

M. Rubin, "Ansar-e Hezbollah," in Avraham Sela, ed. *Political Encyclopedia of the Middle East*. (New York: Continuum, 2002),

M. Rubin, "Ayatollah Sayyed Ali Hossein-e Khamenei," in Avraham Sela, ed. *Political Encyclopedia of the Middle East*. (New York: Continuum, 2002),

M. Rubin, "Sayyed Mohammad Khatami," in Avraham Sela, ed. *Political Encyclopedia of the Middle East*. (New York: Continuum, 2002),

M. Rubin, "Reza Pahlavi," in Avraham Sela, ed. *Political Encyclopedia of the Middle East*. (New York: Continuum, 2002),

M. Rubin, "The Telegraph, Espionage, and Cryptology in 19th Century Iran." *Cryptologia*. January 2001. pp. 18-36.

M. Rubin, "A Report on the Library of the Ministry of Culture, as-Sulaymaniyyah, Iraq." *Iranian Studies*. Fall 1999. pp. 627-630

M. Rubin, "A Report on the National Archive of Afghanistan." *Iranian Studies*. Fall 1999. pp. 631-632

M. Rubin, "The Telegraph and Frontier Politics: Modernization and the Demarcation of Iran's Borders." *Comparative Studies of South Asia, the Middle East, and Africa*. Fall 1998. pp. 59-72.

M. Rubin, "'Stumbling through the Open Door': American Policy Toward Iran, 1920-1925." *Iranian Studies*. Summer 1995, pp. 203-229.

## POLICY JOURNAL ARTICLES

M. Rubin, "Iran's Media Producers and the Open Lie," *Texas National Security Review*, September 8, 2020.

PX6

M. Rubin, "Trump's Bad Taliban Deal," *Washington Examiner Magazine*, February 28, 2020.

M. Rubin, "History Didn't Start Yesterday," *Washington Examiner Magazine*, January 23, 2020.

M. Rubin, "It's Not Us, It's Him [Erdoğan]," *American Interest*, December 3, 2019.

M. Rubin, "The Future of the Islamic State," *Washington Examiner Magazine*, November 12, 2019.

M. Rubin, "Turkey's Coming Chaos," *National Review*, June 12, 2017.

M. Rubin, "Is Israel's Reconciliation with Turkey a Mistake?" *Moment Magazine*, November/December 2016

M. Rubin, "Turkey's Reichstag Fire," *Commentary*, September 2016

M. Rubin, "Erdogan Has Nobody to Blame for the Coup But Himself," *Foreign Policy*, July 15, 2016.

M. Rubin, "The Battle for the Soul of Kurdistan," *Foreign Policy*, July 14, 2016

M. Rubin, "Deploy Satire," *The American Interest*, July/August 2015.

M. Rubin, "Why the Western Sahara Matters," *The Journal of International Security Affairs*, Spring/Summer 2015

M. Rubin, "Why Reset Failed: Diplomacy With Rogues Rarely Works," *World Affairs Journal*, July/August 2014.

M. Rubin, "Iraq's Elections: A Nation Building Step?" *Diplomatist* (New Delhi), June 2014.

M. Rubin, "Is Talking the Shortest Path to War?" *The American*, February 19, 2014.

M. Rubin, "Roll Back the Brotherhood," *National Review*, September 30, 2013.

M. Rubin, "Rehabilitating the Muslim Brotherhood," *Commentary*, October 2012.

M. Rubin, "Iranian End Game," *National Review*, September 10, 2012.

M. Rubin, "Dire Straits," *The Weekly Standard*, January 16, 2012.

M. Rubin, "Iranian End Game," *National Review*, December 19, 2011.

M. Rubin, "The Trouble with Turkey," *National Review*, October 17, 2011.

M. Rubin, "Is the War on Terrorism Still Necessary?" *The Sydney Papers*, August 2011.

M. Rubin, "After Bin Laden," *Commentary*, June 2011.

M. Rubin, "The Road to Tahrir Square," *Commentary*, March 2011.

M. Rubin, "The Direction of Turkey's Foreign Policy," *Euro-Atlantic Quarterly*, January 2011.

M. Rubin, "Turkey on the Brink," *National Security Policy Proceedings,* Autumn 2010.

M. Rubin, "Turkey, from Ally to Enemy," *Commentary*, July/August 2010.

M. Rubin, "Iran: The Case for Regime Change," *Commentary*, April 2010.

M. Rubin, "Drinking Tea with the Taliban," *Commentary*, February 2010.

M. Rubin, "Syria's Path to Islamist Terror" *Middle East Quarterly*, Winter 2010.

M. Rubin, "Leaders' Mortality May Sway Iraq's Health," *Janes' Islamic Affairs Analyst*, April 17, 2009.

M. Rubin, "Out of the Box," *Janes' Intelligence Review*, October 2008.

M. Rubin, "Who are Iran's rogues?" *Middle East Quarterly*, Autumn 2008.  pp. 37-48.

M. Rubin, M. Habeck, V. Serchuk, R. Martinez, and F. Kagan.  "The War on Terror: Past, Present, and Future."  *Yale Journal of International Affairs.*  Summer 2007.  pp. 85-99.

M. Rubin, "U.S. Policy: Back to the Future." *Aspenia* (Rome). June 2007, pp. 172-180.

M. Rubin, "Secularism or Sovereignty? The Turkish Dilemma." *Liberal Risk* (Rome). June 2007. pp. 2-12.

M. Rubin, "Iraq in Books." *Middle East Quarterly.* Spring 2007. pp. 17-40.

M. Rubin, D. Pipes, J. Muravchik, and R. Satloff. "Debate: Democracy is About More Than Elections." *Middle East Quarterly.* Summer 2006. pp. 29-38.

M. Rubin and P. Clawson. Patterns of Discontent: Will History Repeat in Iran?" *Middle East Review of International Affairs.* March 2006. pp. 105-121.

M. Rubin and S. Gershowitz, "How to Deal with Kidnappings in Iraq." *Rivista di Intelligence* (Rome), December 2005. pp. 46-55.

M. Rubin, "A Comedy of Errors: American-Turkish Diplomacy and the Iraq War." *Turkish Policy Quarterly*, Spring 2005, pp. 69-80.

M. Rubin, "Green Money, Islamist Politics in Turkey." *Middle East Quarterly.* Winter 2005. pp. 13-24.

M. Rubin, "Lebanon's Tenuous Transformation." *Aspenia* (Rome). October 2005. pp. 129-137.

M. Rubin, "The Future of Iraq: Democracy, Civil War, or Chaos?" *Middle East Review of International Affairs.* September 2005. pp. 125-138.

M. Rubin, "Ansar al-Sunna: Iraq's New Terrorist Threat." *Middle East Intelligence Bulletin.* May 2004.

M. Rubin, "U.S. Foreign Policy and the 2004 Presidential Election." *Sydney Papers.* Winter 2004. pp. 14-22.

M. Rubin, "What are Iran's Priorities?" *Middle East Review of International Affairs.* June 2002. pp. 25-39.

M. Rubin, "The Afghan Aftermath in the Middle East." *Perceptions* (Ankara). March 2002. pp. 1-8.

M. Rubin, "Iran's burgeoning WMD program." *Middle East Intelligence Bulletin.* April 2002.

M. Rubin, "Who is Responsible for the Taliban?" *Middle East Review of International Affairs.* March 2002. pp. 1-16.

M. Rubin, "How to End Saddam." *Middle East Quarterly.* Winter 2002. pp. 3-8.

M. Rubin, "Sanctions and Iraq: A Valid Anti-American Grievance?" *Middle East Review of International Affairs.* December 2001 pp. 100-115.

M. Rubin, "The Islamist Threat in Iraqi Kurdistan." *Middle East Intelligence Bulletin.* December 2001.

M. Rubin, "The U.S. Can Collapse the Taliban." *Middle East Intelligence Bulletin.* September 2001.

M. Rubin, "Afghanistan: How bad is it?" *Middle East Quarterly.* September 2000. pp. 55-66.

M. Rubin, "Iran's 'Dialogue of Civilizations'— A First-Hand Account." *Middle East Quarterly.* March 2000. pp. 31-38.

M. Rubin, "The 'Blasphemous' Play." (Introduction and Annotation) *Middle East Quarterly.* December 1999. pp. 83-86.

M. Rubin, *Middle East Quarterly.* June 1997. "On the Road: Coping in Islamic Iran." pp. 53-59.

PX6

### TESTIMONY

M. Rubin, "Safeguarding Religious Freedom in Northeast Syria," U.S. Committee on International Religious Freedom, June 10, 2020.

M. Rubin, "Turkey, Syria, and the Future of the Islamic State," Republican Policy Committee, November 7, 2019.

M. Rubin, "The Trouble with Turkey," Republican Policy Committee, August 15, 2018.

M. Rubin, "Protecting America from a Bad Deal: Ending US Participation in Nuclear Agreement with Iran," House Oversight Committee, National Security subcommittee, June 6, 2018.

M. Rubin, "Why Payments to Iran Always Backfire," House Finance Services Committee, September 8, 2016.

M. Rubin, "White House Narrative on Iran Nuclear Deal," House Oversight and Government Reform Committee, May 17, 2016.

M. Rubin, "Terrorism Threats facing Israel," Subcommittee on Terrorism, Non-Proliferation, and Trade, House Committee on Foreign Affairs, April 19, 2016.

M. Rubin, "U.S. Policy towards the Islamic State after its Seizure of Ramadi and Palmyra," House Foreign Affairs Committee, Subcommittee on Middle East and North Africa, June 3, 2015.

M. Rubin, "Iran's Noncompliance with its International Atomic Energy Agency Obligations," House Foreign Affairs Committee, Subcommittee on Middle East and North Africa, March 24, 2015.

M. Rubin, "The Fatah-Hamas Reconciliation: Threatening Peace Prospects," Middle East Subcommittee of the House Foreign Affairs Committee, February 5, 2013.

M. Rubin, "Iranian Influence in the South Caucasus and Surrounding Region," Europe and Eurasia Subcommittee of the House Foreign Affairs Committee, December 5, 2012.

M. Rubin, "Challenges from Iran and Turkey," Testimony before joint meeting of Senate Defense and Foreign Affairs Committee, Canberra, Australia, June 21, 2011.

M. Rubin, "Turkey's New Foreign Policy Direction: Implications for U.S.-Turkish Relations," House Foreign Affairs Committee, July 28, 2010.

M. Rubin, "Iran: Recent Developments and Their Implications for U.S. Policy," House Foreign Affairs Committee, July 22, 2009.

M. Rubin, "Iranian Policy Options," Testimony before the Joint Standing Committee on Foreign Affairs, Canberra, Australia.  September 2008.

M. Rubin, "The Extension of the United Nations Mandate for Iraq: What is the Role of the Iraqi Parliament?" House Foreign Affairs Committee, Subcommittee on International Organizations, Human Rights, and Oversight, January 23, 2008.

M. Rubin, "Replacing the UN Mandate: The Proposed U.S.-Iraq Security Treaty," House Foreign Affairs Committee, Subcommittee on International Organizations, Human Rights, and Oversight, December 19, 2007.

M. Rubin, "U.S. Policy Options in Iraq," House Foreign Affairs Committee, July 17, 2007.

**PX6**

COMMENTARY AND OP-EDS

M. Rubin, "Biden's botched Afghanistan withdrawal condemns India to a terrorism disaster," *1945,* August 31, 2021.

M. Rubin, "Comparing Biden to Carter is an insult to Carter," *Washington Examiner,* August 31, 2021.

M. Rubin, "Biden thinks he has leverage over the Taliban. Be very worried," *Washington Examiner,* August 30, 2021.

M. Rubin, "Biden praised Wallenberg but now betrays his legacy," *Washington Examiner,* August 27, 2021.

M. Rubin, "Don't Call Biden's Kabul Evacuation A 'Berlin Airlift' Or 'Dunkirk'" *1945,* August 26, 2021.

M. Rubin, "Congressmen at Kabul's International Airport? Yes, And We Should Applaud It.," *1945,* August 26, 2021.

M. Rubin, "Don't believe Europe's promises to pressure the Taliban," *Washington Examiner,* August 23, 2021.

M. Rubin, "Turkish drones expose State Department impotence," *Washington Examiner,* August 23, 2021.

M. Rubin, "Biden's Afghanistan Disaster Will Become a Hostage Crisis," *1945,* August 18, 2021.

M. Rubin, "Withdrawal from Afghanistan Cedes Asian Influence to China," *National Interest,* August 18, 2021.

M. Rubin, "The US Embassy in Kabul's incompetence on visas began months ago (no shocker)" *1945,* August 17, 2021.

M. Rubin, "After Afghanistan Disaster, Taiwan Must Go Nuclear," *Washington Examiner,* August 17, 2021.

M. Rubin, "Why Joe Biden's Afghanistan Speech Was a Disaster," *1945,* August 16, 2021.

M. Rubin, "Afghanistan's Story Doesn't End With the Taliban Conquest," *National Interest,* August 16, 2021.

M. Rubin, "At least Trump's appointees had shame. On Afghanistan, Biden's have none," *Washington Examiner,* August 16, 2021.

M. Rubin, "NATO is a dead man walking after Afghanistan debacle," *1945,* August 15, 2021.

M. Rubin, "Don't ignore the CIA's intelligence failure on Afghanistan," *1945,* August 15, 2021.

M. Rubin, "Afghanistan is in freefall. America must punish Pakistan for its role," *National Interest,* August 13, 2021.

M. Rubin, "Biden is right to sanction Belarus. Now it's Turkey's turn," *Washington Examiner,* August 13, 2021.

M. Rubin, "In defense of forever wars," *Washington Examiner,* August 13, 2021.

PX6

M. Rubin, "Partitioning Afghanistan Would Be A Historic Mistake," *1945,* August 12, 2021.

M. Rubin, "SpaceX Shouldn't Ignore the Bloodshed Its Turkish Payloads Enable," *National Interest,* August 9, 2021.

M. Rubin, "Afghanistan and Mozambique: A Tale of Two Insurgencies," *1945,* August 8, 2021.

M. Rubin, "Time to Recall Afghan Envoy Zalmay Khalilzad," *Washington Examiner,* August 6, 2021.

M. Rubin, "China must pay a historic price if COVID-19 lab leak is reality" *1945,* August 5, 2021.

M. Rubin, "How Iran is outplaying the CIA in Iraqi Kurdistan" *1945,* August 5, 2021.

M. Rubin, "If Biden doesn't define a red line on Iran, Americans will die" *Washington Examiner,* August 5, 2021.

M. Rubin, "The State Department must stop treating African democracy with disdain," *1945,* August 3, 2021.

M. Rubin, "India Proves Critics Wrong on Kashmir," *National Interest,* August 3, 2021.

M. Rubin, "A Taliban Victory in Afghanistan Means Insurgency in Pakistan," *1945,* August 2, 2021.

M. Rubin, "The Problem with the Mujahedin al-Khalq," *National Interest,* July 30, 2021.

M. Rubin, "Turkey is an Imperialist State. Don't Let Erdogan Pretend Otherwise," *Newsweek,* July 29, 2021.

M. Rubin, "Don't whitewash details of photojournalist Danish Siddiqui's murder," *Washington Examiner,* July 29, 2021.

M. Rubin, "Iraq Needs Wise Investments, Not Empty Economic Promises," *1945,* July 28, 2021.

M. Rubin, "Send the Olmsteds to Africa," *Washington Examiner,* July 20, 2021.

M. Rubin, "What Will China do if its Interests in Africa are Threatened?" *1945,* July 20, 2021.

M. Rubin, "Why do journalists and intellectuals whitewash dictators?" *Washington Examiner,* July 20, 2021.

M. Rubin, "Is a Coup in Ethiopia Imminent?" *1945,* July 19, 2021.

M. Rubin, "Could the Tigray Defense Force Invade Eritrea?" *The National Interest,* July 17, 2021.

M. Rubin, "Antony Blinken is the most naive secretary of state since Frank Kellogg," *Washington Examiner,* July 15, 2021.

M. Rubin, "The Mujahedin-e-Khalq has become a barometer of Washington corruption," *Washington Examiner,* July 15, 2021.

M. Rubin, "Iraqi Kurdistan Is In a Moment of Crisis: Where Is the Biden Administration?" *1945,* July 14, 2021.

M. Rubin, "A Turkish and Iranian Coup is Underway in Iraqi Kurdistan, and America is AWOL," *1945,* July 12, 2021.

M. Rubin, "To Use Turkey as a Bulwark Against Russia and Iran Is Wishful Thinking," *National Interest,* July 12, 2021.

M. Rubin, "Rwanda Has Become Africa's Counter-Terrorism Powerhouse," *1945,* July 9, 2021.

PX6

M. Rubin, "Expect global bloodletting after Afghan withdrawal fiasco," *Washington Examiner*, July 9, 2021.

M. Rubin, "Joe Biden Sees Afghanistan as a PowerPoint Slide. That's Why the Taliban Will Prevail," *1945*, July 9, 2021.

M. Rubin, "Tehran appears powerless as power cuts boil Iran," *Washington Examiner*, July 8, 2021.

M. Rubin, "Ethiopia's Abiy lost his war, and now he's out for revenge," *1945*, July 5, 2021.

M. Rubin, "The Delusion of Proportionality," *Washington Examiner*, July 1, 2021.

M. Rubin, "What Will Post-Revolutionary Iran Look Like?" *National Interest*, July 1, 2021.

M. Rubin, "Biden Can Checkmate Iranian Influence in Iraq," *Washington Examiner,* July 1, 2021.

M. Rubin, "Joe Biden's limited Iraq and Syria strikes won't stop Iran," *1945* June 28, 2021.

M. Rubin, "Five elections show how Joe Biden fumbles democracy promotion," *National Interest* June 22, 2021.

M. Rubin, "Joe Biden has abandoned Afghanistan. No summit can change that," *1945*, June 22, 2021.

M. Rubin, "Lantos Foundation Betrays its Principles," *Washington Examiner*, June 22, 2021.

M. Rubin, "Iran's Elections Have Always Been Fraudulent. Stop Pretending Otherwise," *1945*, June 21, 2021.

M. Rubin, "Will Biden Grant Iran's Raisi a Visa to Attend UN General Assembly?" *Washington Examiner*, June 21, 2021.

M. Rubin, "Could Lebanon be Heading toward Famine?" *National Interest*, June 18, 2021.

M. Rubin, "Did Biden Get Played by Erdogan in Afghanistan?" *1945*, June 18, 2021.

M. Rubin, "Iran Reformists Have Never Been Sincere," *Washington Examiner*, June 17, 2021.

M. Rubin, "What to Watch for in Iran's Elections," *National Interest*, June 16, 2021.

M. Rubin, "Could Cryptocurrency Mining Spark the Next Iranian Uprising?" *Washington Examiner*, June 15, 2021.

M. Rubin, "Eritrea and Somalia's Behavior in the Tigray Conflict is worse than First Reported," *1945*, June 14, 2021.

M. Rubin, "Sending Iran's Navy to the Atlantic Ocean Could be a Suicide Mission," *1945*, June 11, 2021.

M. Rubin, "Is a Hospital Ship the Missing Piece in America's Iran Strategy," *Washington Examiner*, June 11, 2021.

M. Rubin, "Germany is a Bad Ally," *National Interest*, June 10, 2021.

M. Rubin, "A Small Security Investment in Africa Could Pay Enormous Dividends," *National Interest*, June 8, 2021.

M. Rubin, "Liberals silent as Turkey targets its own Khashoggi," *Washington Examiner*, June 8, 2021.

M. Rubin, "Time to end the Cyprus arms embargo," Ekathimerini, June 7, 2021.

M. Rubin, "Έφτασε η ώρα για πλήρη άρση του κυπριακού εμπάργκο όπλων," *Kathimerini* (Athens), June 6, 2021.

M. Rubin, "Biden reinforces Trump's foreign policy betrayals," *Washington Examiner*, June 2, 2021.

M. Rubin, "Are the European Parliament and Human Rights Watch Hypocritical or Just Racist?" *National Interest*, June 1, 2021.

M. Rubin, "Will Samantha Power be the first US official to preside over four genocides?" *Washington Examiner*, June 1, 2021.

M. Rubin, "The State Department is AWOL in Somaliland Elections," *1945*, June 1, 2021.

M. Rubin, "The Five Myths that Doom a New Iran Deal," *National Interest*, May 30, 2021.

M. Rubin, "Turkey's New Drone Base is a Problem," *National Interest*, May 30, 2021.

M. Rubin, "Is the Biden Administration Fueling A New Caucasus Crisis?" *1945*, May 27, 2021.

M. Rubin, "Blinken's terror finance naiveté will kill innocents," *Washington Examiner*, May 26, 2021.

M. Rubin, "To Defeat Corruption, Iraq Needs e-Government," *1001 Iraqi Thoughts*, May 25, 2021.

M. Rubin, "Montgomery County public schools have become the New Haven prison experiment redux," *Washington Examiner*, May 24, 2021.

M. Rubin, "Zipline Medical Drones Show How U.S. Aid Should Work," *National Interest*, May 23, 2021.

M. Rubin, "The Pentagon Should Partner with Congo's Military," *National Interest*, May 23, 2021.

M. Rubin, "UNESCO Must Deal with its Azerbaijan Problem," *1945*, May 21, 2021.

M. Rubin, "Could Burundi Be Designated a State-Sponsor of Terrorism?" *1945*, May 20, 2021.

M. Rubin, "France enabled genocide. It continues to blame the victims." *National Interest*, May 19, 2021.

M. Rubin, "Is Gaza really like a concentration camp?" *Washington Examiner*, May 19, 2021.

M. Rubin, "Eritrea targeting its own refugees in Tigray," *1945*, May 19, 2021.

M. Rubin, "Congress Should Stop Taxpayer Funding of Foreign Troll Farms," *Washington Examiner*, May 18, 2021.

M. Rubin, "A Small U.S. Investment in Rwanda Could Pay Huge Security Dividends" *National Interest*, May 17, 2021.

M. Rubin, "Abiy Ahmed Has Condemned Ethiopia to Dissolution," *National Interest*, May 16, 2021.

M. Rubin, "Why Hezbollah Remains on Sidelines of Israel Violence," *1945*, May 13, 2021.

M. Rubin, "What Happens When America Leaves Afghanistan? A Proxy War Could Be Next" *1945*, May 12, 2021.

M. Rubin, "Hamas Rockets and Iranian Drones: A War of Economic Attrition against Israel?" *1945*, May 11, 2021.

M. Rubin, "State Department Lets Ball Drop on the South Caucasus," *National Interest*, May 10, 2021.

M. Rubin,"Pivotal State: Kenya has a New Role to Play," *National Interest*, May 8, 2021.

M. Rubin, "Blinken's cynicism post-genocide recognition emboldens further aggression" *National Interest*, May 3, 2021.

M. Rubin, "The Pentagon is fueling Somalia's renewed civil war," *1945*, May 3, 2021.

M. Rubin, "America's Afghanistan withdrawal opens door to Pakistan terror designation," *National Interest*, May 1, 2021.

M. Rubin, "The Real Iran Nuclear Talks: Why Did Bill Burns Go to Baghdad?" *1945*, April 26, 2021.

M. Rubin, "Biden's New Horn of Africa Envoy Should Replicate Success, Not Focus on Failure," *1945*, April 25, 2021.

M. Rubin, "How Might Turkey React to Biden's Armenian Genocide Recognition?" *1945*, April 22, 2021.

M. Rubin, "Could Exxon's Iraq oil stake go to China?" *1945*, April 21, 2021.

M. Rubin, "Can New Tech Save Iraq's Old Economy?" *National Interest*, April 20, 2021.

M. Rubin, "New Report Puts France at the Center of the Rwanda Genocide," *National Interest*, April 19, 2021.

M. Rubin, "Is Azerbaijan's Ilham Aliyev the new Saddam Hussein?" *National Interest*, April 16, 2021.

M. Rubin, "Pakistan's Celebration of America's Afghanistan Defeat Will be Short-Lived," *1945*, April 15, 2021.

M. Rubin, "Somalia Goes Rogue While State Department Ignores Neighbor's Success," *1945*, April 14, 2021.

M. Rubin, "Rwanda Should be the Model to Defeat Corruption," *National Interest*, April 13, 2021.

M. Rubin, "Natanz Attack: Creating Time for a Nuclear Deal with Iran?" *1945*, April 13, 2021.

M. Rubin, "The meaning of Iran's forthcoming elections," *National Interest*, April 12, 2021.

M. Rubin, "Joe Biden Must Recognize the Armenian Genocide," *National Interest*, April 12, 2021.

M. Rubin, "Iraqi Stability Depends on U.S. Business," *National Interest*, April 9, 2021.

M. Rubin, "If Kurdish Leaders are Serious about Transparency, Publish Tax Returns," *Kurdistan Times*, April 9, 2021.

M. Rubin, "Erdogan's chair scandal reflects poorly on Turkey and Europe," *Washington Examiner*, April 8, 2021.

M. Rubin, "Joe Biden Needs a History Lesson Before Any Iran Talks," *1945*, April 2, 2021.

M. Rubin, "Africa Neglect Could Define Joe Biden's Foreign Policy Legacy," *National Interest*, April 1, 2021.

PX6

M. Rubin, "Το Κυπριακό και η διχοτόμηση της... Τουρκίας" ["The Cyprus Issue and the Division of... Turkey"], *To Vima*, Athens, April 1, 2021.

M. Rubin, "China to invest $400 billion in Iran. Iran will regret it," *1945*, March 28, 2021.

M. Rubin, "Pakistan's Taliban strategy: A half-century of terror?" *National Interest*, March 26, 2021.

M. Rubin, "Biden's Great North Korea Mistake: Pushing China to 'Solve the Problem'" *National Interest*, March 25, 2021.

M. Rubin, "Why Turkey's War on Women Will Backfire," *1945*, March 23, 2021.

M. Rubin, "Hezbollah Has Hit a Road Block. What Will Biden Do About it?" *1945*, March 22, 2021.

M. Rubin, "Why American embassy's botched Somalia policy is making things worse," *National Interest*, March 22, 2021.

M. Rubin, "Is Turkey Becoming an Apartheid State?" *National Interest*, March 19, 2021.

M. Rubin, "Pakistan's Hypocrisy on Sri Lanka's Burqa Ban," *1945*, March 17, 2021.

M. Rubin, "The Kurds' Nelson Mandela: The legacy of Abdullah Ocalan," *1945*, March 17, 2021.

M. Rubin, "Cyprus Solution," *Simerini*, Nicosia (Cyprus), March 16, 2021.

M. Rubin, "The 1994 Genocide in Rwanda was Anti-Tutsi. The State Department Should Say So," *National Interest*, March 15, 2021.

M. Rubin, "Who Will Succeed Erdogan in Turkey?" *National Interest*, March 14, 2021.

M. Rubin, "Do Hotel Rwanda's Rusesabagina Cheerleaders Risk American Prison?" *National Interest*, March 11, 2021.

M. Rubin, "Why is Cyprus Still Divided?" *National Interest*, March 10, 2021.

M. Rubin, "Iran Is a Middle East Menace. Just Look at Lebanon," *1945*, March 10, 2021.

M. Rubin, "Time for Turkey to pay up for Sheridan Circle attack," *Washington Examiner*, March 10, 2021.

M. Rubin, "Biden's Afghanistan plan puts al Qaeda in heart of Washington," *Washington Examiner*, March 9, 2021.

M. Rubin, "Joe Biden's Afghanistan Policy Is Headed for Disaster," *1945*, March 9, 2021.

M. Rubin, "Could Virtual Education be the Death Knell for Teachers Unions?" *National Interest*, March 8, 2021.

M. Rubin, "Somalia: Mohamed Farmaajo's Treasury Has Become a Black Hole," *National Interest*, March 8, 2021.

M. Rubin, "As the pope landed in Iraq, Biden team bashed Shiites," *Washington Examiner*, March 8, 2021.

M. Rubin, "Joe Biden's Afghanistan Policy Is Full of Bad Ideas," *1945*, March 7, 2021.

M. Rubin, "Why Republicans should help end partisan gerrymandering," *Washington Examiner*, March 5, 2021.

M. Rubin, "The true importance of the Pope's visit to Iraq," *1945*, March 4, 2021.

PX6

M. Rubin, "Why Does Big Tech Censor Conservatives and Not Terrorists?" *1945*, March 3, 2021.

M. Rubin, "Tony Blinken Has Fumbled 'Khashoggi Ban' Sanctions," *National Interest*, March 2, 2021.

M. Rubin, "The Real Roots of Iranian Anti-Americanism," *National Interest*, February 27, 2021.

M. Rubin, "The Gateway to the China-Pakistan Economic Corridor Is Closing," *National Interest*, February 27, 2021.

M. Rubin, "Joe Biden's Syria Airstrike Hit the Wrong Target," *1945*, February 26, 2021.

M. Rubin, "How Biden's Jamal Khashoggi Report Could Backfire," *1945*, February 26, 2021.

M. Rubin, "How Somalia Can Avoid Another Epic Tragedy," *1945*, February 24, 2021.

M. Rubin, "Why Civil War is about to Erupt in Somalia," *National Interest*, February 23, 2021.

M. Rubin, "What's at Stake in Rwanda's Terror Trial?" *1945*, February 23, 2021.

M. Rubin, "Where Will Erdoğan be Buried?" *National Interest*, February 22, 2021.

M. Rubin, "Iraqi Kurdistan has a Leadership Problem," *1945*, February 22, 2021.

M. Rubin, "Somalia's Embrace of Counterfeiting puts it in Bad Company," *Somaliland Chronicle*, February 21, 2021.

M. Rubin, "Easy narratives and lazy journalism betray Rwanda," *Washington Examiner*, February 19, 2021.

M. Rubin, "Abiy Ahmed: The First Nobel Laureate On Trial at the International Criminal Court?" *National Interest*, February 19, 2021.

M. Rubin, "Somalia Is Headed Towards Another Tragic Collapse," *1945*, February 19, 2021.

M. Rubin, "Expand Demining to Facilitate Afghan Peace," *National Interest*, February 18, 2021.

M. Rubin, "There is No Better Soft Power than Demining," *National Interest*, February 17, 2021.

M. Rubin, "Joe Biden's Saudi Arabia 'Recalibration' Will Backfire," *1945*, February 17, 2021.

M. Rubin, "Why won't Joe Biden call Benjamin Netanyahu?" *1945*, February 16, 2021.

M. Rubin, "Hotel Rwanda's Rusesabagina Deserves Prison," *National Interest*, February 15, 2021.

M. Rubin, "Kurds are More Deserving of Terror Delisting than Houthis," *1945*, February 12, 2021.

M. Rubin, "A Tribute to George Shultz," *AEI*, February 9, 2021.

M. Rubin, "The UAE Should be the Model for Somalia," *1945*, February 8, 2021.

M. Rubin "Biden kills pipelines at home but promotes them for the Taliban," *Washington Examiner*, February 8, 2021.

M. Rubin, "Iran's satellite program is all about missiles," *1945*, February 8, 2021.

M. Rubin, "Congress Should Appoint a Special Inspector General for Somalia," *National Interest*, February 7, 2021.

M. Rubin, "America Rejoining the JCPOA Won't Help Iran's Moderates," *1945*, February 5, 2021.

D. Pletka and M. Rubin, "The Killing of an Activists Reminds Lebanese What Their Country Might have Been," *Washington Post*, February 5, 2021.

M. Rubin, "Diplomatic Exclusion and Terror Designations Won't Stop the PKK," *National Interest*, February 4, 2021.

M. Rubin, "Democrats should fight foreign conspiracies with the same seriousness they do QAnon," *Washington Examiner*, February 2, 2021.

M. Rubin, "Bring Back Two-Track Somalia Policy," *National Interest*, February 2, 2021.

M. Rubin, "The U.S. Should Sanction Somalia's President for Human Trafficking," *National Interest*, February 1, 2021.

M. Rubin, "Biden should embrace residence-based taxation," *Washington Examiner*, January 31, 2021.

M. Rubin, "The Iranian Revolutionary Guard Corps reality that Biden must recognize," *Washington Examiner*, January 29, 2021.

M. Rubin, "Iran's Demographics and the Quest for Nuclear Weapons," *1945*, January 28, 2021.

M. Rubin, "The real problem with Robert Malley's potential Iran envoy appointment," *Washington Examiner*, January 26, 2021.

M. Rubin, "Will Joe Biden Fail the 'Pakistan Test?" *National Interest*, January 26, 2021.

M. Rubin, "US and Turkey on course for diplomatic, economic collision," *Kathimerini*, January 25, 2021.

M. Rubin, "Biden Can Bolster Horn of Africa Security without Huge Deployments," *National Interest*, January 24, 2021.

M. Rubin, "Congress Should Stop Giving Azerbaijan a Free Pass on Iran and Russia," *National Interest*, January 21, 2021.

M. Rubin, "Biden's climate team must avoid Obama-era climate hypocrisy," *Washington Examiner*, January 20, 2021.

M. Rubin, "Is Democracy China's Achilles' Heel in Africa?" *National Interest*, January 19, 2021.

M. Rubin, "Somalia May Not Survive State Department's Support for Rigged Elections," *National Interest*, January 19, 2021.

M. Rubin, "How Iran Could Get Nuclear Weapons on Biden's Watch," *1945*, January 16, 2021.

M. Rubin, "Can President Biden increase the US influence in Syria again to help protect the Kurds against Turkey?" *Expert Kurdistan*, January 16, 2021.

M. Rubin, "Maryland's Montgomery County has a Principal Problem," *Washington Examiner*, January 14, 2021.

M. Rubin, "Joe Biden Must Protect Trump's Iran Team from Tehran's Retaliation," *National Interest*, January 13, 2021.

M. Rubin, "Xi Jinping is Wrong: Time is on America's Side, Not China," *National Interest*, January 12, 2021.

PX6

M. Rubin, "Why Defending America's National Security Requires Calculus and Critical Thinking," *National Interest*, January 11, 2021.

M. Rubin, "Iran's Revolutionary Guards Keep Hinting at Nuclear Weapons Ambitions," *National Interest*, January 9, 2021.

M. Rubin, "Biden Must Stop Supporting Lebanon's Elites," *National Interest*, January 7, 2021.

M. Rubin, "Abiy Ahmed and the Consolidation of Ethiopia's Dictatorship," *National Interest*, January 7, 2021.

M. Rubin, "To Keep Pressure on Iran, Biden Could Take a Cue from Trump," *Inside Sources*, January 6, 2021.

M. Rubin, "Americans abroad are suffering from double taxation, but Biden can fix it," *Washington Examiner*, January 4, 2021.

M. Rubin, "Donald Trump Isn't Planning to Attack Iran," *1945*, January 3, 2021.

M. Rubin, "Joe Biden's biggest foreign policy challenge: Irredentism," *National Interest*, December 28, 2020.

M. Rubin, "Pakistan's religious intolerance only undermines its future," *National Interest*, December 28, 2020.

M. Rubin, "Dennis Ross cannot be an effective ambassador to Israel," *Washington Examiner*, December 24, 2020.

M. Rubin, "James Baker's opposition to Israel-Morocco accord further undermines his diplomatic legacy," *Washington Examiner*, December 21, 2020.

M. Rubin, "Ethiopia's hydro-hegemony has arrived," *National Interest*, December 21, 2020.

M. Rubin, "Biden shouldn't rejoin UNESCO without serious reforms after Azerbaijan antics," *Washington Examiner*, December 17, 2020.

M. Rubin, "Azerbaijan's cynical approach to Jews is demeaning to all," *Washington Examiner*, December 16, 2020.

M. Rubin, "In Caucasus War, Russia Succeeded to Demonize Democracy," *National Interest*, December 15, 2020.

M. Rubin, "The Unexpected Wrath of Imran Khan," *National Interest*, December 14, 2020.

M. Rubin, "Why Masrour Barzani Should Resign From Leading Iraqi Kurdistan," *National Interest*, December 11, 2020.

M. Rubin, "Split apart Maryland's Montgomery County Public Schools," *Washington Examiner*, December 7, 2020.

M. Rubin, "At confirmation hearing, Anthony Blinken should explain Iran hostage left behind," *Washington Examiner*, December 7, 2020.

M. Rubin, "Iran: Why Now Is Not the Time to Abandon Maximum Pressure," *National Interest*, December 7, 2020.

PX6

M. Rubin, "Nagorno-Karabakh: This Could Be How the Next Caucasus War Begins," *National Interest*, December 3, 2020.

M. Rubin, "Hezbollah has become the Middle East's Weak Horse," *National Interest*, December 2, 2020.

M. Rubin, "Sanctions on Azerbaijan should go beyond military and aid embargo," *National Interest*, November 30, 2020.

M. Rubin, "Is this the end of Azerbaijan?" *National Interest*, November 30, 2020.

M. Rubin, "Israel's Azerbaijan Mistake," *National Interest*, November 29, 2020.

M. Rubin, "Turkey's Demographic Games Come to the Caucasus," *National Interest*, November 29, 2020.

M. Rubin, "Azerbaijan Should Guarantee Armenian Access to Nagorno-Karabakh's Churches," *Washington Examiner*, November 23, 2020.

M. Rubin, "How to Revive Real Diplomacy Between Armenia and Azerbaijan," *National Interest*, November 23, 2020.

M. Rubin, "On Mumbai Anniversary, the US Should Not Forget the American Victims of Pakistani Terror," *Washington Examiner*, November 23, 2020.

M. Rubin, "Afghan negotiations need a new face," *Washington Examiner*, November 20, 2020.

M. Rubin, "Will Biden Avoid the Barzani Trap in Iraq?" *1001 Iraqi Thoughts*, November 17, 2020.

M. Rubin, "Somalia's intelligence chief worked with an al Qaeda affiliate, so why do we fund him?" *Washington Examiner*, November 16, 2020.

M. Rubin, "What Will Joe Biden's Middle East Strategy Look Like?" *1945*, November 16, 2020.

M. Rubin, "Η Τουρκία πλησιάζει στα όρια της έκρηξης," *Kathimerini*, November 16, 2020.

M. Rubin, "Three Intelligence Failures from Nagorno-Karabakh Conflict Need Investigating," *National Interest*, November 14, 2020.

M. Rubin, "Judge Countries by their Intelligence Chiefs, not Diplomats," *National Interest*, November 12, 2020.

M. Rubin, "Failure in Armenian conflict should cause American soul-searching," *Washington Examiner*, November 12, 2020.

M. Rubin, "Seven Consulates A Biden State Department Could Open to Jumpstart Diplomacy," *National Interest*, November 11, 2020.

M. Rubin, "Biden's best move on Afghanistan would be to stop pampering the Taliban," *Washington Examiner*, November 10, 2020.

M. Rubin, "The Problem with the Nagorno-Karabakh Ceasefire Agreement," *National Interest*, November 10, 2020.

M. Rubin, "It's time for pro-Israel groups to divorce Azerbaijan," *National Interest*, November 9, 2020.

M. Rubin, "Biden wants to throw out Trump's 'Muslim ban' for all the wrong reasons," *Washington Examiner*, November 9, 2020.

M. Rubin, "The Problem with Turkey's Proxy Militias Isn't Just Military," *National Interest*, November 9, 2020.

M. Rubin, "Nagorno-Karabakh Crisis: It's Time to Open a U.S. Consulate in Stepanakert," *National Interest*, November 7, 2020.

M. Rubin, "Joe Biden May Provide Windfall for Iran and China's Newest Port Project," *National Interest*, November 4, 2020.

M. Rubin, "President Biden Must Shut Down Azerbaijan's Sanctions Waiver on Day One," *National Interest*, November 3, 2020.

M. Rubin, "The State Department can and should stop Eritrea's illegal 'Diaspora Tax' in the US," *Washington Examiner* November 2, 2020.

M. Rubin, "The unbearable hypocrisy of Erdoğan's assault on France's Macron," *Washington Examiner*, November 2, 2020.

M. Rubin, "Why Kadhimi Should Decline Erdoğan's Invitation," *1001 Iraqi Thoughts*, November 2, 2020.

M. Rubin, "On Islamophobia, Pakistan's Imran Khan is the problem, not the solution," *National Interest*, October 29, 2020.

M. Rubin, "The worst danger of China's Uighur Muslim genocide is its terrible precedent," *Washington Examiner*, October 29, 2020.

M. Rubin, "Sinjar Agreement is Doomed to Failure," *National Interest*, October 28, 2020.

M. Rubin, "Iraqi Kurdistan Will Fail as its Dictatorship Tightens," *National Interest*, October 27, 2020.

M. Rubin, "Μάικλ Ρούμπιν στο «Βήμα»: Ερντογάν όπως Σαντάμ – Οι σχέσεις ΗΠΑ – Τουρκίας δεν έχουν καταρρεύσει λόγω Τραμπ," *To Vima*, October 26, 2020.

M. Rubin, "Οι Βρυξέλλες μπορούν να σταματήσουν την επιθετικότητα της Τουρκίας," *Kathimerini*, October 25, 2020.

M. Rubin, "The Reverberations of Pompeo's Iraq Threat are Growing," *National Interest*, October 22, 2020.

M. Rubin, "Pakistan's case before international financial watchdog reveals more Chinese corruption," *Washington Examiner*, October 22, 2020.

M. Rubin, "The Dangerous Decline of American Diplomacy," *National Interest*, October 19, 2020.

M. Rubin, "America Can No Longer Ignore Israel's Support For U.S. Competitors," *National Interest*, October 15, 2020.

M. Rubin, "Critical junction: Why America should explore a relationship with Artsakh," *National Interest*, October 13, 2020.

PX6

M. Rubin, "Iranian government admission shows Trump right and Biden wrong on student visas," *Washington Examiner*, October 8, 2020.

M. Rubin, "History Proves U.S. Unilateral Withdrawals Always Backfire," *National Interest*, October 6, 2020.

M. Rubin, "Biden's virtue-signaling against Saudi Arabia will backfire," *Washington Examiner*

M. Rubin, "A Clash with Turkey Is Becoming Inevitable," *National Interest*

M. Rubin, "Mike Pompeo Should Visit Taiwan," *National Interest*

M. Rubin, "Morocco shouldn't wait for US election to make Israel peace," *Washington Examiner*, September 29, 2020.

M. Rubin, "Pompeo's Threat to Pull US Embassy out of Baghdad Threatens Iraqi Elections and Stability," *Washington Examiner*, September 28, 2020.

M. Rubin, "Pompeo Must Understand: Iraq is not Lebanon," *National Interest*, September 28, 2020.

M. Rubin, "Judge Ankara by its actions not its words," *Kathimerini*, September 28, 2020.

M. Rubin, "Donald Trump's Afghanistan Withdrawal Is A Major Windfall for China," *National Interest*, September 27, 2020.

M. Rubin, "Iraqi politicians complicit in anti-American attacks should remember Manuel Noriega," *Washington Examiner*, September 24, 2020.

M. Rubin, "The State Department shouldn't be complicit in Yezidi genocide 2.0," *Washington Examiner*, September 24, 2020.

M. Rubin, "How KRG Officials Scammed a Canadian Oil Company and British Charity for Profit," *1001 Iraqi Thoughts*, September 23, 2020.

M. Rubin, "A lame-duck Pompeo could jump-start America's strategic revival and his 2024 prospects," *Washington Examiner*, September 18, 2020.

M. Rubin, "Rapprochement with Turkey Requires Ankara's Respect for Religious Freedom," *National Interest* (with Toufic Baaklini), September 17, 2020.

M. Rubin, "Incirlik: Time for the U.S. to Leave," *National Interest*, September 17, 2020.

M. Rubin, "How Turkey May Sink Azerbaijan in Washington," *National Interest*, September 16, 2020.

M. Rubin, "The Middle East Strategic Realignment Reverberates Through South Asia, *National Interest*, September 15, 2020.

M. Rubin, "European Court of Human Rights' president degrades court with Turkish award," *Washington Examiner*, September 15, 2020.

M. Rubin, "Why the Iranian Regime May Have Just Signed Its Own Death Warrant," *National Interest*, September 14, 2020.

M. Rubin, "One Way the Kurdish Insurgency Could Lead to the Collapse of Turkey," *National Interest*, September 9, 2020.

PX6

M. Rubin, "To Keep Its Military Edge on China, The Pentagon Must Embrace Change," *National Interest*, September 8, 2020.

M. Rubin, "The Taliban is Like the Khmer Rouge. Diplomacy Simply Won't Cut It," *National Interest*, September 2, 2020.

M. Rubin, "Somalia's Intelligence Chief May Be Green Lighting Terrorism Against Americans," *National Interest*, August 31, 2020.

M. Rubin, "Iraq's Turn toward the Mediterranean is a Brilliant Strategic Move," *National Interest*, August 30, 2020.

M. Rubin, "Not just Russia: Don't let Turkish money influence US elections," *Washington Examiner*, August 26, 2020.

M. Rubin, "Pompeo's Sudan visit shows the way to handle rogue regimes," *Washington Examiner*, August 25, 2020.

M. Rubin, "There's no doubt Turkey sponsors terrorism; why won't the State Department say so?" *Washington Examiner*, August 25, 2020.

M. Rubin, "Turkey's New Gas Find in the Black Sea Won't Save the Economy," *National Interest*, August 21, 2020.

M. Rubin, "Blaming the victim in Afghanistan will not bring peace," *Washington Examiner*, August 19, 2020.

M. Rubin, "Taliban prisoner swaps leave the US needlessly betraying our closest allies," *Washington Examiner*, August 18, 2020.

M. Rubin, "Who Will Israel Open Diplomatic Relations with Next? Saudi Arabia? Oman?" *National Interest*, August 17, 2020.

M. Rubin, "U.S. Policy and Erdogan," *Katheramini* (Athens), August 16, 2020.

M. Rubin, "Erdogan's embrace of Afghanistan sociopath provides a window into his soul," *Washington Examiner*, August 11, 2020.

M. Rubin, "Peace in Afghanistan is possible, but only when the US is willing to walk away from its Taliban deal," *Washington Examiner*, August 10, 2020.

M. Rubin, "If Australia Wants Hostage Kylie Moore-Gilbert Released, it Should Learn from America's Errors," *Washington Examiner*, August 10, 2020.

M. Rubin, "The State Department has a Turkey Problem," *Washington Examiner*, August 9, 2020.

M. Rubin, "Brent Scowcroft's foreign policy theories never passed the reality test," *Washington Examiner*, August 8, 2020.

M. Rubin, "A War on Terror: Why India Made Its Big Kashmir Move One-Year Ago Today," *National Interest*, August 5, 2020.

M. Rubin, "Why the Trump Administration Gets Wrong on Libya," *National Interest*, August 5, 2020.

PX6

M. Rubin, "Don't Let Lebanon's Political Order Shirk Accountability," *Washington Examiner*, August 5, 2020.

M. Rubin, "It's Time for a U.S. Navy Port Call in Somaliland," *Real Clear Defense*, July 31, 2020.

M. Rubin, "Yale's Embrace of Opacity in Time of Crisis is Exactly the Wrong Approach," *Washington Examiner*, July 30, 2020.

M. Rubin, "No, U.S. Riots Don't Look Like Baghdad," *Washington Examiner*, July 29, 2020.

M. Rubin, "Vice President Susan Rice would uphold the worst parts of Trump's foreign policy," *Washington Examiner*, July 28, 2020.

M. Rubin, "Donald Trump should lift the arms embargo on Cyprus now," *National Interest*, July 28, 2020.

M. Rubin, "The State Department spent $1.5 billion on Somali democracy and built a dictatorship," *Washington Examiner*, July 27, 2020.

M. Rubin, "War between Turkey and Greece is Now a Real Possibility," *National Interest*, July 24, 2020.

M. Rubin, "Poor judgment will undermine United Against Nuclear Iran's effectiveness," *Washington Examiner*, July 23, 2020.

M. Rubin, "Egypt's Military Is Likely Headed Into Libya (And Turkey Is to Blame)," *National Interest*, July 22, 2020.

M. Rubin, "Turkey's influence operation on the Biden campaign is just getting started," *Washington Examiner*, July 21, 2020.

M. Rubin, "Being anti-Iran shouldn't mean excusing Saddam Hussein's crimes," *Washington Examiner*, July 20, 2020.

M. Rubin, "The State Department's Africa bureau is undermining its China strategy," *Washington Examiner*, July 20, 2020.

M. Rubin, "Iran in Iraq," Operational Environment and Threat Analysis [U.S. Army TRADOC], July 16, 2020.

M. Rubin, "Pentagon spin on Afghanistan insults American allies," *Washington Examiner*, July 16, 2020.

M. Rubin, "Turkey will see a green light for attacking American dissidents if DC court grants appeal," *Washington Examiner* July 13, 2020.

M. Rubin, "A China-Iran Alliance Against Donald Trump?" *National Interest*, July 12, 2020.

M. Rubin, "Student Visas are the Battle, but Defining the Overseas American University Brand is the War," *Washington Examiner*, July 9, 2020.

M. Rubin, "Pakistan is either incompetent, complicit in terror, or both," *Washington Examiner*, July 8, 2020.

M. Rubin, "China's Next Military Move: A Base in the Persian Gulf?," *National Interest*, July 6, 2020.

PX6

M. Rubin, "The World Needs Governments Standing Up for Freedom and Democracy," *The Voice St. Lucia*, July 4, 2020.

M. Rubin, "Why Donald Trump Should Think Twice About Moving U.S. Troops from Germany to Poland," *National Interest*, July 3, 2020.

M. Rubin, "How Safe Are Women in Turkey's Syrian 'Safe Havens'?" *Washington Examiner*, July 2, 2020.

M. Rubin, "Erdogan is Lying About Reasons for Social Media Crackdown," *Washington Examiner*, July 2, 2020.

M. Rubin, "Pompeo Must Act Now or China Will Win in Africa," *Washington Examiner*, July 1, 2020.

M. Rubin, "The U.S. Should Plan Now for Eritrea's Transition," *National Interest*, July 1, 2020.

M. Rubin, "This is How Pakistan Should Fulfill its Promises to Afghanistan," *National Interest*, June 29, 2020.

M. Rubin, "Ilhan Omar Betrays Her Own Constituents," *Washington Examiner*, June 25, 2020.

M. Rubin, "Horn of Africa Politics Come to Minneapolis," *The Hill*, June 22, 2020.

M. Rubin, "Horn of Africa Diplomacy with Fail without U.S. Investment," *Washington Examiner*, June 19, 2020.

M. Rubin, "A Modest Proposal for Renaming Washington, DC," *Washington Examiner*, June 19, 2020.

M. Rubin, "Amnesty International's Violations of Human Rights Extend Beyond Gaza," *Washington Examiner*, June 18, 2020.

M. Rubin, "No, Turkey: Minneapolis isn't Istanbul," *Washington Examiner*, June 17, 2020.

M. Rubin, "When Journalists Get Dictators Wrong," *Washington Examiner*, June 16, 2020.

M. Rubin, "Pakistan's Insincere War on Terror," *Washington Examiner*, June 16, 2020.

M. Rubin, "Can Data Help Contain COVID-19?" *India Global Business*, June 13, 2020.

M. Rubin, "Democracy Imperiled in Africa by 'Reformers' Turned Dictators," *Washington Examiner*, June 11, 2020.

M. Rubin, "Wishful Thinking in Afghanistan Will Kill Americans," *Washington Examiner*, June 11, 2020.

M. Rubin, "Egypt could face blowback from Somalia weapons deal," *Washington Examiner*, June 1, 2020.

M. Rubin, "Why Taiwan Needs Nuclear Weapons," *National Interest*, May 31, 2020.

M. Rubin, "In Iraq and Afghanistan, U.S. Negotiators Must Push-Back on Foreign Forces Canard," *Washington Examiner*, May 29, 2020.

M. Rubin, "The State Department and Pentagon Keep Falling Prey to Pakistan and Egypt's Extortion Trap," *Washington Examiner*, May 29, 2020.

M. Rubin, "A China-India Clash Would Be Xi Jinping's Grand Mistake," *National Interest*, May 26, 2020.

M. Rubin, "Coronavirus Will Undercut Navy Recruitment," *Real Clear Defense*, May 26, 2020.

M. Rubin, "The Jockeying Has Begun for Iran's Post-Khamenei Leadership," *National Interest*, May 23, 2020.

M. Rubin, "Using the Taliban to Fight the Islamic State is Khalilzad's Worst Idea Yet," *Washington Examiner*, May 22, 2020.

M. Rubin, "Khamenei is right: Time for a referendum (in Iran)," *Washington Examiner*, May 22, 2020.

M. Rubin, "China's Path to Self-Destruction Starts in Hong Kong," *National Interest*, May 21, 2020.

M. Rubin, "Pompeo Runs a Tight Ship; Kerry Took his on a Tourist Junket," *Washington Examiner*, May 21, 2020.

M. Rubin, "Force Pakistan to Close Taliban Safe-Havens with a Deadline," *Washington Examiner*, May 20, 2020.

M. Rubin, "The State Department is Repeating pre-9/11 Mistakes," *Washington Examiner*, May 18, 2020.

M. Rubin, "Iran's Navy is Dying a Slow Death," *National Interest*, May 18, 2020.

M. Rubin, "Desperation for Afghanistan Creates Dangerous Precedent," *Washington Examiner*, May 16, 2020.

M. Rubin, "US Credibility in Afghanistan in Danger," *Washington Examiner*, May 15, 2020.

M. Rubin, "The U.S. Must Beat China at its Own Game in South China Sea," *National Interest*, May 13, 2020.

M. Rubin, "Over-Promising Diplomats Condemn U.S. Middle East Peacemaking to Failure," *National Interest*, May 12, 2020.

M. Rubin, "Don't Let 'Strategic Dialogue' Sink Iraq," *Real Clear Defense*, May 11, 2020.

M. Rubin, "An Ambassador's Careless Freelancing Risks East Africa Security," *National Interest*, May 10, 2020.

M. Rubin, "Michael Flynn's vindication doesn't fix his bad judgment," *Washington Examiner*, May 10, 2020.

M. Rubin, "Erdogan shows democratic transition in Turkey is impossible," *Washington Examiner*, May 9, 2020.

M. Rubin, "Is Pakistan Nothing More than a Colony of China?" *National Interest*, May 5, 2020.

M. Rubin, "Erdogan's Repression Reaches New Heights," *Washington Examiner*, April 27, 2020.

M. Rubin, "Lifting Iran Sanctions would Enrich Tyrants," *The Australian*, April 27, 2020.

M. Rubin, "Capitalism is the Solution, not the Problem for the Pandemic World," *Washington Examiner*, April 22, 2020.

PX6

M. Rubin, "There can be no good governance without press freedom," *Kurdistan Times*, April 20, 2020.

M. Rubin, "How Taiwan and Somaliland are Crushing Coronavirus," *National Interest*, April 14, 2020.

M. Rubin, "Iran's Military Likely Can't Fight Thanks to Coronavirus," *National Interest*, April 10, 2020.

M. Rubin, "Pakistan Is Showing U.S. Enemies How to Defeat America," *National Interest*, April 3, 2020.

M. Rubin, "Human Rights Watch Reports are no Longer Credible," *Washington Examiner*, April 1, 2020.

M. Rubin, "To defeat Iraq's militias, prove they aren't Iraq nationalists," *National Interest*, April 1, 2020.

M. Rubin, "Washington Post's broadside against Mike Pompeo is wildly unfair," *Washington Examiner*, March 30, 2020.

M. Rubin, "Liberal anti-Semitism enabled Erdogan's Turkish autocracy," *Washington Examiner*, March 28, 2020.

M. Rubin, "Never Trust Data from Dictators," *Washington Examiner*, March 27, 2020.

M. Rubin, "On Bob Levinson, Obama and Kerry must explain why they left a man behind," *Washington Examiner*, March 26, 2020.

M. Rubin, "This is how One Nation is Fighting Coronavirus," *The National Interest*, March 26, 2020.

M. Rubin, "State Department Sycophancy Undercuts Diplomacy," *Washington Examiner*, March 26, 2020.

M. Rubin, "UN Should Cut Costs Before Pursuing Emergency Coronavirus Appeal," *The Hill*, March 26, 2020.

M. Rubin, "Sorry, AOC: Donald Trump can't give Iran a sanctions pass for coronavirus," *National Interest*, March 25, 2020.

M. Rubin, "Mike Pompeo's Pro-Taliban Strategy Makes No Sense," *Washington Examiner*, March 25, 2020.

M. Rubin, "Don't lift Iran sanctions, not even for the coronavirus," *Washington Examiner*, March 24, 2020.

M. Rubin, "If the fight against the coronavirus is war, let's talk about reparations," *Washington Examiner*, March 23, 2020.

M. Rubin, "Why Tom Cotton and Others Are Right To Question Where Coronavirus Started," *National Interest*, March 20, 2020.

M. Rubin, "They Defeated ISIS. Now Syrian Kurds Gear Up to Fight Coronavirus," *National Interest*, March 19, 2020.

PX6

M. Rubin, "Give Him a Chance: Iraq's New Prime Minister-Designate Needs One to Succeed," *National Interest*, March 18, 2020.

M. Rubin, "The U.S. Navy Could Change Dramatically Thanks to the Coronavirus," *National Interest*, March 18, 2020.

M. Rubin, "Gambling with 80 Millions Lives: Why Erdoğan Lied about Coronavirus," *National Interest*, March 16, 2020.

M. Rubin, "Conservatives Must Support Key UN Agencies During the Coronavirus Crisis and Beyond," *National Interest*, March 16, 2020.

M. Rubin, "Erdogan's End Game Is Rife With Nepotism and Power Grabs" *National Interest*, March 14, 2020.

M. Rubin, "Turks Still in Denial about Coronavirus," *National Interest*, March 9, 2020.

M. Rubin, "The Great 2020 Oil Plunge Completes Iraq's Perfect Storm," *National Interest*, March 9, 2020.

M. Rubin, "Would Bernie Sanders subject American service members to war crimes tribunals?" *Washington Examiner*, March 6, 2020.

M. Rubin, "Don't Blame Donald Trump for Iran's Nuclear Moves," *National Interest*, March 4, 2020.

M. Rubin, "The State Department Keeps Supporting Islamist Extremists," *National Interest*, March 3, 2020.

M. Rubin, "Europe should return Turks as Erdogan opens the refugee floodgates," *Washington Examiner*, March 2, 2020.

M. Rubin, "Taliban Deal Confirms Trump Doctrine is Betrayal," *Washington Examiner*, March 1, 2020.

M. Rubin, "Iran's Coronavirus Will Spread," *National Interest*, February 26, 2020.

M. Rubin, "China Humiliates Pakistan," *National Interest*, February 22, 2020.

M. Rubin, "Iraqi Kurdistan's Universities are Fueling an Education Crisis," *Kurdistan Times*, February 22, 2020.

M. Rubin, "The Worst Day for Counterterrorism since 9/11," *Washington Examiner*, February 21, 2020.

M. Rubin, "The Five Worst Things Trump has said about the Middle East," *National Interest*, February 19, 2020.

M. Rubin, "Reconciliation with Turkey should only come with a Price," *Washington Examiner*, February 19, 2020.

M. Rubin, "Was coronavirus a bioweapon? We don't know, but history shows we can't trust China," *Washington Examiner*, February 18, 2020.

M. Rubin, "Ethiopia's Naïve Peacemaking Could Lead to War," *Washington Examiner*, February 17, 2020.

PX6

M. Rubin, "How to Make the U.S. State Department Great Again," *National Interest*, February 17, 2020.

M. Rubin, "Pakistan Will Threaten Any Peace Deal," *Washington Examiner*, February 14, 2020.

M. Rubin, "There is No Shortcut to Kurdish Independence," *Kurdistan Times*, February 14, 2020.

M. Rubin, "Taliban Peace Deal Defined by Fatigue and Fantasy Won't Bring Security," *Washington Examiner*, February 13, 2020.

M. Rubin, "How Donald Trump Can Max-Out 'Maximum Pressure' on Iran," *National Interest*, February 12, 2020.

M. Rubin, "The Kurdish Leadership Capitalizes on Tragedy while it Ignores its Victims," *1001 Iraqi Thoughts*, February 10, 2020.

M. Rubin, "US ambassador wasted $1B in Somalia and is now funding a coup," *Washington Examiner*, February 7, 2020.

M. Rubin, "US Should Follow Belgium's Lead and End PKK Terror Designation," *Washington Examiner*, February 7, 2020.

M. Rubin, "Pressure Iran with Expanded Sanctions on Iraqi Militias," *Washington Examiner*, February 7, 2020.

M. Rubin, "Inspect Uighur Internment Camps Amidst Coronavirus Outbreak," *National Interest*, February 5, 2020.

M. Rubin, "Forgiving Corrupt Somalia's Debt is an Abuse of U.S. Taxpayers," *Washington Examiner*, January 23, 2020.

M. Rubin, "Why a U.S. Base in Iraqi Kurdistan is a Bad Idea," *National Interest*, January 22, 2020.

M. Rubin, "Iran doesn't get a free pass if it leaves the Nuclear Non-Proliferation Treaty," *Washington Examiner*, January 21, 2020.

M. Rubin, "Farmajo Fights Separatism the Wrong Way," *Wardheer News*, January 21, 2020/

M. Rubin, "No, the 1953 coup in Iran didn't start US-Iran dilemma," *National Interest*, January 16, 2020.

M. Rubin, "The Simple Reason Why America Could Lose the Next Cold War to Russia or China," *National Interest*, January 14, 2020.

M. Rubin and B. Katulis, "U.S. policy in Middle East pushes action without strategy," *Philadelphia* Inquirer, January 13, 2020.

M. Rubin, "The Iran Protests of 2020 are a Big Deal," *National Interest*, January 12, 2020.

M. Rubin and B. Katulis, "What We Need to Learn about the Mideast," *New York Daily News*, January 10, 2020.

M. Rubin, "US Failures on Informational Strategies Complicate Iraq Situation," *Real Clear Defense*, January 9, 2020.

M. Rubin, "Qassem Soleimani is Dead: What You Need to Know and What Happens Next" *National Interest*, January 4, 2020.

PX6

M. Rubin, "New Year will take U.S.-Greece Relations to New High," Epikaira (Athens), December 23, 2019.

M. Rubin, "Turkey is Keeping rather than Freeing Enslaved Yezidis," *Washington Examiner*, December 16, 2019.

M. Rubin, "Debt Forgiveness for Somalia would Reward Corruption, Empower al-Shabaab," *The Hill*, December 9, 2019.

M. Rubin, "State Department Policy is Fueling Al-Shabaab Resurgence," *National Interest*, December 7, 2019.

M. Rubin, "By Cracking Down on Protests, Iran's Regime Is Creating Its Own Worst Enemy," *National Interest*, November 23, 2019.

M. Rubin, "Iranian American group follows Khamenei's lead, misleading and distorting history," *Washington Examiner*, November 20, 2019.

M. Rubin, "Iraq Protests Should be Moment of Truth for State Department," *Washington Examiner*, November 6, 2019.

M. Rubin, "The real reason for the Iran hostage crisis, 40 years later," *Washington Examiner*, November 4, 2019.

M. Rubin, "The Afghanistan Withdrawal Will Make Syria's Seem Orderly," *National Interest*, November 1, 2019.

M. Rubin, "The US Should Sanction Germans Involved in Iran Trade," *Washington Examiner*, November 1, 2019.

M. Rubin, "The US betrayed Morocco long before Trump betrayed the Kurds," *Washington Examiner*, October 31, 2019.

M. Rubin, "Iraq Violence Shows Folly of Placing Hope in Iran Reform," *Washington Examiner*, October 30, 2019

M. Rubin, "Iraqi Protests Bring Baghdad t the Tipping Point," *Washington Examiner*, October 28, 2019

M. Rubin and A. Vatanka, "US Can Maximize Pressure against Iran's Leaders while Helping its People," *Fox News*, October 27, 2019

M. Rubin, "Abu Bakr al-Baghdadi is Dead (but his Legacy Lives On)" *National Interest*, October 27, 2019

M. Rubin, "Somaliland Can't Wait for Recognition to Address Monopolies," *Wardheer News*, October 26, 2019

M. Rubin, "Intra-Afghan dialogue belongs in Afghanistan, not Qatar, Russia, or China," *Washington Examiner*, October 25, 2019

M. Rubin, "Turkey is no Ally of the United States," *National Interest*, October 23, 2019

M. Rubin, "Somalia Must Explain Missing Cash before receiving more Foreign Aid," *Washington Examiner*, October 21, 2019

PX6

M. Rubin, "Trump's Syria Withdrawal could Spark Israel-Iran War," *Washington Examiner*, October 21, 2019.

M. Rubin, "Turkey's Syria Policy Could Lead to Its Own Destruction," *National Interest*, October 21, 2019.

M. Rubin, "10 Reasons Why Trump is Wrong to Support Turkey," *National Interest*, October 15, 2019.

M. Rubin, "Netanyahu's empty support of the Kurds helps no one," *Washington Examiner*, October 11, 2019.

M. Rubin, "Trump's flawed Turkey-first strategy betrays Christians and Yazidis"," *Washington Examiner*, October 10, 2019.

M. Rubin, "Trump's Syria Error isn't Excused by Obama's Iran Naivete," *Washington Examiner*, October 9, 2019.

M. Rubin, "Math, the Last Refuge of Dissidents Worldwide, is now Vilified by Leftists," *Washington Examiner*, October 8, 2019.

M. Rubin, "Trump's Syria Decision will be Responsible for ISIS v. 2.0," *Washington Examiner*, October 7, 2019.

M. Rubin, "Syria Could be Turkey's Vietnam," *National Interest*, October 7, 2019.

M. Rubin, "After Embrace of War Criminals, Time to Cut Off Somalia," *Washington Examiner*, October 1, 2019.

M. Rubin, "Yale's crusade against transparency and free inquiry," *Washington Examiner*, September 30, 2019.

M. Rubin, "In Israel, little will change; in US-Israeli relations, stay tuned," InsideSources.com, September 26, 2019.

M. Rubin, "Jacques Chirac represented cynical corruption on the Iraq war, not restraint," *Washington Examiner*, September 26, 2019.

M. Rubin, "The New York Times Accidentally Exposes a High-Level Intelligence Leak," *Washington Examiner*, September 24, 2019.

M. Rubin, "China's Uighur Muslim Crackdown is Worse than you think," *Washington Examiner*, September 24, 2019.

M. Rubin, "How the United States Could Lose Iraq," *National Interest*, September 21, 2019.

M. Rubin, "Military Strikes on Iran? Here are Five Possible Targets," *Washington Examiner*, September 19, 2019.

M. Rubin, "10 Topics the Somali President Should Address when he Visits the U.S.," *Washington Examiner*, September 18, 2019.

M. Rubin, "Iran's strike on Saudi Arabia brings Persian Gulf war closer," *Washington Examiner*, September 16, 2019.

PX6

M. Rubin, "A Defense Treaty with Israel Would Be a Huge Mistake," *National Interest*, September 16, 2019.

M. Rubin, "Federal subsidies of #Yale undercut national security and education," *Washington Examiner*, September 12, 2019.

M. Rubin, "Greenblatt's Legacy on Middle East Peace will be Positive," *Washington Examiner*, September 6, 2019.

M. Rubin, "The Afghan Agreement was even Worse than First Reported," *Washington Examiner*, September 5, 2019.

M. Rubin, "The Afghanistan War is Over and Pakistan Won," *National Interest*, September 4, 2019.

M. Rubin, "The Emptiness of Turkey's Complaints Against Syrian Kurds," *Washington Examiner*, September 3, 2019.

M. Rubin, "New Database Shows Emptiness of Turkey's Complaints against Syrian Kurds," *Washington Examiner*, August 30, 2019.

M. Rubin, "Militias and pro-Iran populists in Baghdad risk Iraq's future," *Washington Examiner*, August 28, 2019.

M. Rubin, "Journalists Trust, but Don't Verify," Iran and its Front Groups," *Washington Examiner*, August 27, 2019.

M. Rubin, "Should we trust Turkey on a Syria safe zone? History suggests no," *Washington Examiner*, August 26, 2019.

M. Rubin, "It's Time the Pentagon Finds an Alternative to Djibouti," *National Interest*, August 25, 2019.

M. Rubin, "Barring Boris Johnson's girlfriend from the US for a Somaliland visit is pure idiocy," *Washington Examiner*, August 22, 2019.

M. Rubin, "Pakistan's Kashmir Hypocrisy," *Washington Examiner*, August 22, 2019.

M. Rubin, "Israel was wrong to ban Tlaib and Omar," *Washington Examiner*, August 15, 2019.

M. Rubin, "Trump is Obama 2.0 on Hong Kong, Turkey, and Afghanistan," *Washington Examiner*, August 14, 2019.

M. Rubin, "State Department's overly broad travel warnings undermine US mission," *The Hill*, August 13, 2019.

M. Rubin, "The Dark Side of Turkey's Intelligence Community," *National Interest*, August 12, 2019.

M. Rubin, "Iran's Military is Making Strides into 21st Century Technology," *National Interest*, August 8, 2019.

M. Rubin, "The State Department puts China first on rare earth metals," *Washington Examiner*, August 7, 2019.

PX6

M. Rubin, "Turkey's Demand for a Syria Buffer Zone is about Oil, not Terror," *Washington Examiner*, July 31, 2019.

M. Rubin, "What is the Future of the Israel-Greece-Cyprus Partnership?" *BESA Online Debates*, July 29, 2019.

M. Rubin, "How Will Demographic Divergence Impact Baghdad-Erbil Relations?," *1001 Iraqi Thoughts*, July 26, 2019.

M. Rubin, "Somalia's President is No Ally Against Terrorism," *Washington Examiner*, July 26, 2019.

M. Rubin, "Pro-Pakistan congressional resolution insults American servicemen," *Washington Examiner*, July 25, 2019.

M. Rubin, "Reining in Iraq's militias will take more than an executive order," *Washington Examiner*, July 24, 2019.

M. Rubin, "China's chump: Why America can't trust Pakistan," *National Interest*, July 22, 2019.

M. Rubin, "Treasury Department bureaucrats risk jumpstarting Islamic State resurgence," *The Hill*, July 18, 2019.

M. Rubin, "State Department bureaucratic bloat undercuts Syria and Islamic State strategies," *Washington Examiner*, July 18, 2019.

M. Rubin, "The US may be funding Iran-backed extremism in Africa," *Washington Examiner*, July 17, 2019.

M. Rubin, "Jim Jeffrey's Terrible Syria Solution Could Create More Chaos," *National Interest*, July 15, 2019.

M. Rubin, "Beware China's Inroads into the Atlantic," *National Interest*, June 26, 2019.

M. Rubin, "Turkey's Africa Strategy Threats to Breed Islamist Extremism," *National Review Online*, June 26, 2019.

M. Rubin, "Was Iran's Downing of a U.S. Drone Really a 'Mistake'?" *National Review Online*, June 20, 2019.

M. Rubin, "Is Iran Close to Collapse? Three Things You Need to Know about the U.S.-Iran Showdown," *National Interest*, June 20, 2019.

M. Rubin, "Winning in Afghanistan Requires Taking the Fight to Pakistan," *National Interest*, June 2, 2019.

M. Rubin, "The Missing Piece in Trump's 'Maximum Pressure' Iran Campaign," *National Interest*, May 22, 2019.

M. Rubin, "Iran Bluster is About Red Lines, Not War," *National Interest*, May 21, 2019.

M. Rubin, "Israel's Support for the Chinese Military Could Harm the United States," *National Interest*, April 23, 2019.

M. Rubin, "A Syria-Turkey buffer zone is a good idea — on Turkey's side of the border," *Washington Examiner* April 11, 2019.

PX6

M. Rubin, "Why the West should support Iran's labor movement," *Washington Post*, April 10, 2019.

M. Rubin, "10 questions Somalia's prime minister should answer in Washington," *Washington Examiner*, April 8, 2019.

M. Rubin, "Trump's IRGC terror designation is great, but it misses something important," *Washington Examiner*, April 8, 2019.

M. Rubin, "Why Iran is Afraid of a Free Iraq," *National Interest*, March 31, 2019.

M. Rubin, "The Mujahedin al-Khalq Aren't America's Friends," *National Interest*, March 28, 2019.

M. Rubin, "Zalmay Khalilzad's Afghan Dealings Strengthen Pakistan and Weaken Trump," *Washington Examiner*, March 27 2019.

M. Rubin, "Actions Abroad Show Why Israel Must Act Unilaterally," *Washington Examiner*, March 26, 2019.

M. Rubin, "Time is running out for Somalia to succeed," *Wardheer News*, March 26, 2019.

M. Rubin, "U.S. Missteps in Somalia benefit out enemies," *National Review Online*, March 25, 2019.

M. Rubin, "Zalmay Khalilzad's behavior is worse than simply acting as Afghanistan's viceroy," *Washington Examiner*, March 22, 2019.

M. Rubin, "The world can learn from how Somaliland overcame militias"," *Washington Examiner*, March 21, 2019.

M. Rubin, "The State Department is putting ego above security in Afghanistan," *Washington Examiner*, March 20, 2019.

M. Rubin, "Turkey's Terror Sponsorship is Worse than Imagined," *Washington Examiner*, March 19, 2019.

M. Rubin, "Will Ethiopia-Eritrea Peace Last?," *National Interest*, March 19, 2019.

M. Rubin, "Don't blame Afghanistan for blowing whistle on Zalmay Khalilzad," *Washington Examiner*, March 15, 2019.

M. Rubin, "Jews are Unsafe in Turkey and should Leave," *Washington Examiner*, March 15, 2019.

M. Rubin, "The UN Secretary-General is begging for cash. He should answer questions first," *Washington Examiner*, March 14, 2019.

M. Rubin, "In the college admissions scandal, Yale is no victim: It's incompetent," *Washington Examiner*, March 14, 2019.

M. Rubin, "Why the Turkish President Revels in Conspiracy Theories," *National Interest*, March 7, 2019.

M. Rubin, "Somaliland – Key to Winning Americas Longest War," *Real Clear Defense*, March 7, 2019.

M. Rubin, "Farmajo is damaging Somalia's already tattered reputation," *Somali Affairs*, March 7, 2019.

PX6

M. Rubin, "As democracy disappears, Iraqi Kurdish leader Masoud Barzani's legacy is in tatters," *Washington Examiner*, March 6, 2019.

M. Rubin, "Germany's Celebration of Iran's Murderous Regime is Nothing New," *Washington Examiner*, March 4, 2019.

M. Rubin, "Yale Pays the Price for Subordinating Scholarship to Social Justice," *Washington Examiner*, March 4, 2019.

M. Rubin, "Out of Africa: Why has Somaliland succeeded where Iraqi Kurdistan Failed?," *1001 Iraqi Thoughts*, February 27, 2019.

M. Rubin, "U.S. Africa Policy Cannot Afford to Ignore Somaliland," *National Interest*, February 26, 2019.

M. Rubin, "Save ISIS Babies, not ISIS Terrorists," *Washington Examiner*, February 22, 2019.

M. Rubin, "Trump's Taliban dealing is already destabilizing Africa," *Washington Examiner*, February 21, 2019.

M. Rubin, "Has Pakistan supplanted Iran as the leading terror sponsor?," *Washington Examiner*, February 20, 2019.

M. Rubin, "The US and UN are repeating Iraq-style mistakes in Somalia," *The Hill*, February 19, 2019.

M. Rubin, "Afghanistan Backlash: What to Expect in the Aftermath of the West's Departure," *National Interest*, February 11, 2019.

M. Rubin, "Will Turkey Follow Venezuela's Lead?" *Washington Examiner*, February 1, 2019.

M. Rubin, "Erdogan's future in Turkey does not look bright," *Washington Examiner*, January 30, 2019.

M. Rubin, "The Taliban Plays Trump for a Fool," *Washington Examiner*, January 29, 2019.

M. Rubin, "Climate doesn't cause pandemics; poor governance does," *Washington Examiner*, January 28, 2019.

M. Rubin, "It's Time to Acknowledge the PKK's Evolution," *National Interest*, January 25, 2019.

M. Rubin, "Washington's Encouragement of Warlordism in Iraq" *1001 Iraqi Thoughts*, January 21, 2019.

M. Rubin, "The UAE will triumph over Iran in the next Middle East war," *National Interest*, January 19, 2019.

M. Rubin, "It's time to designate Turkey as a sponsor of terrorism," *Washington Examiner*, January 18, 2019.

M. Rubin, 01/17     "Why Russia's Economy Is Headed for Trouble," *National Interest*, January 17, 2019.

M. Rubin, 01/16     "Planning for military strikes on Iran is actually the responsible thing to do," *Washington Examiner*, January 16, 2019.

M. Rubin, "Turkey's Libya Gambit" *National Interest*, January 11, 2019.

PX6

M. Rubin, "Conservatives can Fix the UN," *National Interest*, January 10, 2019.

M. Rubin, "Erdogan is no American ally," *National Interest*, January 9, 2019.

M. Rubin,        "There is nothing progressive about a multipolar world," *National Interest*, January 6, 2019.

M. Rubin, "What Will Iran's Looming Civil War Look Like?" *National Interest*, December 15, 2018.

M. Rubin, "Confront Turkey's ethnic cleansing and stop indulging it," *Washington Examiner*, December 13, 2018.

M. Rubin, "A diplomat just made a crucial 'April Glaspie' mistake on Turkey and Syria," *Washington Examiner*, December 12, 2018.

M. Rubin, "The U.S. Should Use China's Social Credit System to its Advantage," *National Interest*, December 12, 2018.

M. Rubin, "Like it or Not, Regime Change is Coming to Iran," *National Interest*, November 16, 2018.

M. Rubin, "It's time to move the US Embassy to Yemen out of Saudi Arabia," *The Hill*, November 14, 2018.

M. Rubin, "The State Department shouldn't target Kurds to appease Turkey," *Washington Examiner*, November 10, 2018.

M. Rubin, "To respond to China's artificial islands, it's time to recognize a real one," *Washington Examiner*, November 10, 2018.

M. Rubin, "The untold race in the Middle East to be the diplomatic peacemaker," *Washington Examiner*, November 9, 2018.

M. Rubin, "Whatever the Outcome of Midterms, US-Russian Relations Will Remain Strained for Years to Come," Valdai Discussion Club, November 6, 2018.

M. Rubin, "Companies who Support Dictatorships While Bashing America should Lose Federal Funding," *Washington Examiner*, November 5, 2018.

M. Rubin, "More Trade Only Finances Iran's Regime- Pressure Works," *Washington Examiner*, November 5, 2018

M. Rubin, "Will Fuad Hussein's appointment as finance minister sink Abdul-Mahdi's reform efforts?" *1001 Iraqi Thoughts*, October 28, 2018.

M. Rubin, "The caravan's advocates are destroying immigration and humanitarian law," *Washington Examiner*, October 25, 2018.

M. Rubin, "The Ramifications of the Latest KRG Voter Fraud go Far Beyond the Elections," *Kurdistan Tribune*, October 22, 2018.

M. Rubin, "Don't Punish the UAE and Bahrain for Saudi Misdeeds," *Washington Examiner*, October 15, 2018.

M. Rubin, "Iraq has moved on. Will our foreign policy debate?" *Washington Examiner*, October 15, 2018.

PX6

M. Rubin, "Brunson release spotlights the rot in Turkish politics and judiciary," *The Hill*, October 13, 2018.

M. Rubin, "On Iran and Saudi Arabia, it shouldn't be either/or," *Washington Examiner*, October 12, 2018.

M. Rubin, "Iraq proves the US should stop demonizing Shi'ism and understand it," *Washington Examiner*, October 9, 2018.

M. Rubin, "Sanctioning Iraq over Gas Imports from Iran is a mistake," *Washington Examiner*, October 9, 2018.

M. Rubin, "If Saudi journalist Jamal Khashoggi is dead, is Mohammed bin Salman 'the world's most dangerous man?'" *Washington Examiner*, October 7, 2018.

M. Rubin, "Iran-backed terrorism more likely if Mike Pompeo closes Basra consulate," *Washington Examiner*, October 1, 2018.

M. Rubin, "South Korea wants to brainwash students to whitewash North Korea's bloody history," *Washington Examiner*, September 28, 2018.

M. Rubin, "Despite Trump's tough rhetoric, his administration is appeasing Turkey," *Washington Examiner*, September 25, 2018.

M. Rubin, "Get Ready: The Kurds might soon use Drones against Turkey," *Washington Examiner*, September 20, 2018.

M. Rubin, "It's time for the Congressional Turkey Caucus to get Wise and Stop Being Used," *The Hill*, September 19, 2018.

M. Rubin, "The Eastern Mediterranean is getting more dangerous, and it's not because of Russia, Syria, or Iran," *Washington Examiner*, September 18, 2018.

M. Rubin, "40 years after the Camp David Accords, diplomats misunderstand why it happened," *Washington Examiner*, September 17, 2018.

M. Rubin, "John Kerry's freelance diplomacy is an invitation to disaster," *New York Post*, September 15, 2018.

M. Rubin, "Washington's misplaced human rights advocacy on Egypt will backfire," *Washington Examiner*, September 13, 2018.

M. Rubin, "John Kerry deserves jail for secret Iran diplomacy," *Washington Examiner*, September 13, 2018.

M. Rubin, "Chaos in Basra, Iraq, may be Sign of Things to Come," *Washington Examiner*, September 12, 2018.

M. Rubin, "The British Labour Party has become a Hate Group," *Washington Examiner*, August 27, 2018.

M. Rubin, "The US Missed its Chance in Afghanistan," *Washington Examiner*, August 24, 2018.

M. Rubin, "The US Needs to Recognize Somaliland before Russia Does," *Washington Examiner*, August 22, 2018.

M. Rubin, "John Brennan and his defenders do more damage to the intelligence community than Trump," *Washington Examiner*, August 22, 2018.

M. Rubin, "Swastikas, Recep Tayyip Erdogan, and the slippery slope of Twitter's speech policing," *Washington Examiner*, August 20, 2018.

M. Rubin, "Kofi Annan represented all that is wrong about the United Nations," *Washington Examiner*, August 20, 2018.

M. Rubin, "It's time for Turkey and NATO to go their separate ways," *Washington Post*, August 17, 2018.

M. Rubin, "Jim Mattis may be a military hero, but his diplomatic judgment is like Jimmy Carter's," *Washington Examiner*, July 31, 2018.

M. Rubin, "Turkey's Recep Tayyip Erdogan doubles down on genocide," *Washington Examiner*, July 30, 2018.

M. Rubin, "Trump may have been played by North Korea on MIA soldier remains," *Washington Examiner*, July 27, 2018.

M. Rubin, "Trump's softness on Putin is forcing both parties to wake up," *New York Post*, July 24, 2018.

M. Rubin, "Turkey will spread Islamic terrorism like Saudi Arabia once did," *Washington Examiner*, June 25, 2018.

M. Rubin, "In Iran, revolution is starting in the bazaar," *Washington Examiner*, June 25, 2018.

M. Rubin, "Trump doesn't realize how hard it'll be to 'normalize' North Korea," *New York Post*, June 14, 2018.

M. Rubin, "Islamic Centre Mocks ANU Claim," *The Australian*, June 14, 2018.

M. Rubin, "The Iranian regime may be entering a death spiral," *Washington Examiner*, May 31, 2018.

M. Rubin, "The US Withdrawal from the JCPOA: Where Do We Go from Here?" *BESA Center Debates*, May 25, 2018.

M. Rubin, "Has the Iraqi Presidency become a PUK slush fund?" *Kurdistan Tribune*, May 25, 2018.

M. Rubin, "Iraq's election may have had widespread voter fraud," *Washington Examiner*, May 23, 2018.

M. Rubin, "The remarkable laundering of Muqtada al-Sadr, the Iraqi Donald Trump," *Washington Examiner*, May 22, 2018.

M. Rubin, "The UN Human Rights Council makes a fool of itself again," *Washington Examiner*, May 21, 2018.

M. Rubin, "Confusion reigns as Iraqis form new government, and the US isn't helping," *Washington Examiner*, May 21, 2018.

M. Rubin, "The F-35 Sale to Turkey could be Trump's Biggest Strategic Mistake," *Washington Examiner*, May 16, 2018.

PX6

M. Rubin, "Erdogan's Gaza Posturing May Lead to Turkey's Division," *Washington Examiner*, May 16, 2018.

M. Rubin, "No, Iran didn't win Iraq's election," *Washington Examiner*, May 15, 2018.

M. Rubin, "The Gaza Violence isn't about Israel and it's not about Jerusalem," *Washington Examiner*, May 15, 2018.

M. Rubin, "Living in the Gaza Strip isn't so bad, despite what Gazan protestors say," *Washington Examiner*, May 14, 2018.

M. Rubin, "Iran's nuclear deal was doomed from the start," *National Interest*, May 9, 2018.

M. Rubin, "Moving the embassy isn't enough — tear down the old one," *Washington Examiner*, May 9, 2018.

M. Rubin, "Ending the Iran nuclear deal isn't enough: Trump must wage economic warfare," *Washington Examiner*, May 8, 2018.

M. Rubin, "Why is Iran Trying to Sabotage Morocco?" *Washington Examiner*, May 2, 2018.

M. Rubin, "How did the US get it so wrong on Iran's nuclear program?" *Washington Examiner*, May 1, 2018.

M. Rubin, "Iran is a nuclear cheat and the IAEA is a complete failure," *Washington Examiner*, May 1, 2018.

M. Rubin, "It's Time to Assassinate Assad," *Washington Examiner*, April 10, 2018.

M. Rubin, "John Bolton's job isn't policymaking, but restoring the National Security Council's roots," *Washington Examiner*, April 9, 2018.

M. Rubin, "Could the U.S. Go to War with Turkey?" *Washington Examiner*, April 9, 2018.

M. Rubin, "Here's how we can make Turkey's president pay a price for his crackdown on journalists," *Washington Post*, April 5, 2018.

M. Rubin, "Enough with the John Bolton Smears," *Washington Examiner*, March 23, 2018.

M. Rubin, "Remember that time Hillary Clinton's surrogate worked on a Kremlin initiative?" *Washington Examiner*, March 22, 2018.

M. Rubin, "South Africa may become the next big promoter of terrorism and piracy," *Washington Examiner*, March 21, 2018.

M. Rubin, "Twelve Iraq War Myths that Need to Die," *Washington Examiner*, March 20, 2018.

M. Rubin, "Whose Fault is it that the last North Korean Nuclear Agreement Didn't Work?" *Washington Examiner*, March 19, 2018.

M. Rubin, "Who is Iran's next target? Bahrain. Time for the US to draw a line in the sand," *Washington Examiner*, March 16, 2018.

M. Rubin, "Have Iran join NATO? Preposterous. Keep Turkey in? Equally insane," *Washington Examiner*, March 15, 2018.

M. Rubin, "Time for Trump to send the Russian ambassador packing," *Washington Examiner*, March 13, 2018.

PX6

M. Rubin, "Trump must not fall for the North Korea peace treaty trap," *Washington Examiner*, March 12, 2018.

M. Rubin, "Beware, Mr. President: North Korea wants its own version of the Iran nuke deal," *New York Post*, March 10, 2018.

M. Rubin, "Be Wary of North Korea's Sudden Turn toward Diplomacy," *New York Post*, March 7, 2018.

M. Rubin, "Australian handout an aid to extremism," *Daily Telegraph* (Australia), February 8, 2018.

M. Rubin, "Americans in Turkey face possible assassination," *Washington Examiner*, January 30, 2018.

M. Rubin, "In Afrin, Turkey seeks ethnic cleansing, not terror eradication," *Washington Examiner*, January 26, 2018.

M. Rubin, "How Iranian Repression Works," *Washington Examiner*, January 25, 2018.

M. Rubin, "Dreamers already have one path to citizenship, though the military," *Washington Examiner*, January 24, 2018.

M. Rubin, "Trump's Border Wall is Standard Practice in other Parts of the World," *Washington Examiner*, January 23, 2018.

M. Rubin, "Could the Kurds beat Turkey in Syria?" *Washington Examiner*, January 22, 2018.

M. Rubin, "US Support for UNRWA has gone on long enough," *Washington Examiner*, January 17, 2018.

M. Rubin, "Trump Offers Hope to Iranians Seeking Freedom," McClatchy-Tribune syndicate, January 17, 2018.

M. Rubin, "What Could the Uprising in Iran bring?" *BESA Online Debates*, January 9, 2018.

M. Rubin, "Six Things to Know about Iran Protests," *Washington Examiner*, January 8, 2018.

M. Rubin, "Why Europe Can't be Trusted to do What's Right," *Washington Examiner*, December 11, 2017.

M. Rubin, "Why Is Erdogan Tricking NATO Into an Apology?" *Newsweek*, December 7, 2017.

M. Rubin, "'Spontaneous' Violence in the Middle East? Don't be Fooled," *Washington Examiner*, December 6, 2017.

M. Rubin, "Peace in the Middle East is One Step Closer to Reality if Trump Recognizes Jerusalem as Israel's Capital," *Washington Examiner*, December 5, 2017.

M. Rubin, "Why the Reza Zarrab guilty plea matters to Turkey and the world," *Washington Examiner*, November 28, 2017.

M. Rubin, "Decertification of the Iran Deal – What Happens Next?" *BESA Online Debates*, November 24, 2017.

M. Rubin, "The Trump administration is welcoming the Turkish prime minister when he deserves a cold shoulder," *Washington Examiner*, November 8, 2017.

PX6

M. Rubin, "Turkey's Recep Tayyip Erdogan is a criminal. Our foreign policy should treat him as such," *Washington Examiner*, November 3, 2017.

M. Rubin, "Is the Pentagon really going to excuse strategic and financial incompetence, all while bolstering China?" *Washington Examiner*, November 2, 2017.

M. Rubin, "The Real Scandal of the Declassified Osama Bin Laden Trove," *Washington Examiner*, November 2, 2017.

M. Rubin, "Why is YouTube Undercutting Anti-ISIS Efforts?" *Washington Examiner*, October 25, 2017.

M. Rubin, "Iraq may have just turned the corner from chaos to stability," *Washington Examiner*, October 24, 2017.

M. Rubin, "After ISIS: Hope in Iraq and new storm clouds in Syria," *New York Post*, October 24, 2017.

M. Rubin, "Spain gets what it deserves on Catalonia's separatism," *Washington Examiner*, October 22, 2017.

M. Rubin, "Why is Iranian master terrorist Qassem Soleimani distributing photos of himself in Iraq?" *Washington Examiner*, October 20, 2017.

M. Rubin, "What Is Trump's Policy Toward the Kurds? Does He Have One?" *Newsweek*, October 20, 2017.

M. Rubin, "Take it from me: Kirkuk was not an Iranian defeat of America," *Washington Examiner*, October 18, 2017.

M. Rubin, "If the Kurds are to Prosper They Must Become Democratic," *Newsweek*, October 18, 2017.

M. Rubin, "Kurds must know that rhetoric cannot substitute for reality," *Washington Examiner*, October 17, 2017.

M. Rubin, "Iran's real foreign minister isn't who you think it is," *Washington Examiner*, October 16, 2017.

M. Rubin, "Harvard demonstrates what's wrong with universities in one single-minded panel," *Washington Examiner*, October 16, 2017.

M. Rubin, "As chaos develops, what went wrong in Kirkuk, Iraq?," *Washington Examiner*, October 15, 2017.

M. Rubin, "Should Japan Go Nuclear?" *Global Risk Insights*, October 11, 2017.

M. Rubin, "Should Trump Re-Certify the Iran Deal?" *Washington Examiner*, October 4, 2017.

M. Rubin, "Lifting Sanctions on Iran Will Put Israel in Mortal Danger," *Newsweek*, October 2, 2017.

M. Rubin, "What Should Trump do about the Kurds?" *Newsweek*, October 1, 2017.

M. Rubin, "Top 10 Nobel Peace Prize embarrassments," *Washington Examiner*, September 28, 2017.

M. Rubin, "Are We Prepared to Defend an Independent Kurdistan?" *Newsweek*, September 28, 2017.

PX6

M. Rubin, "Pakistan, Qatar, Turkey: Time for Trump's State Department to call them sponsors of terrorism," *Washington Examiner*, September 27, 2017.

M. Rubin, "Iran nuclear deal defenders claim it's the most rigorous nuclear deal out there, but the facts say otherwise," *Washington Examiner*, September 26, 2017.

M. Rubin, "Israel's Benjamin Netanyahu is playing a cynical game on the Kurdish referendum," *Washington Examiner*, September 25, 2017.

M. Rubin, "Iranian leaders are quietly panicking over the Kurdish referendum," *Washington Examiner*, September 25, 2017.

M. Rubin, "Why you can't trust 'heroes' to forward human rights," *New York Post*, September 25, 2017.

M. Rubin, "Will the Kurdish referendum be followed by Christian and Yezidi referenda?" *Washington Examiner*, September 24, 2017.

M. Rubin, "Stop giving to your alma mater until they commit to these common-sense reforms," *Washington Examiner*, September 24, 2017.

M. Rubin, "World Watches as U.S. and Iran Spar over Nuclear Deal at UN," *The Cipher Brief*, September 19, 2017

M. Rubin, "The Political Lynching of Seb Gorka," *Washington Examiner*, August 27, 2017

M. Rubin, "There's too much at stake in Afghanistan for Trump to fail," *Washington Examiner*, August 21, 2017

M. Rubin, "Steve Bannon hasn't Violated his Security Clearance Yet, but John Kerry has," *Washington Examiner*, August 21, 2017

M. Rubin, "Are Universities Driving Racism?" *Washington Examiner*, August 18, 2017

M. Rubin, "Why aren't Communists stigmatized just as much as Confederates and Neo-Nazis Are?" *Washington Examiner*, August 14, 2017

M. Rubin, "The Endless Errors in U.S. Korea Policy That Has Brought Us to the Brink of Nuclear War," *Newsweek*, August 10, 2017

M. Rubin, "On censorship of 'Confederate,' it's 'Satanic Verses' deja vu" *Washington Examiner*, August 3, 2017.

M. Rubin, "Is the CIA About to Dump A Key Kurdish Ally? The Spooks Are Spooked," *Newsweek*, July 28, 2017.

M. Rubin, "Which Country Today Is Most Like Orwell's 1984 Authoritarian Nightmare?" *Newsweek*, July 15, 2017.

M. Rubin, "An Independent Kurdistan Would be a Failed State," *Newsweek*, July 4, 2017.

M. Rubin, "Why Has Erdogan Filed a Criminal Complaint Against Me?" *Newsweek*, June 6, 2017

M. Rubin, "Did ISIS Recruit Saudis in America?" *Fox News*, June 5, 2017.

M. Rubin, "Disband the Congressional Turkey Caucus," *Washington Examiner*, May 23, 2017.

M. Rubin, "Why are Erdogan's Thugs Running Free in DC?" *Newsweek*, May 23, 2017.

PX6

M. Rubin, "Manchester Bombing Highlights UN Hypocrisy on Terror," *Washington Examiner*, May 23, 2017.

M. Rubin, "Trump is winning over US allies in the Middle East simply by not being Obama," *Washington Examiner*, May 22, 2017.

M. Rubin and B. Katulis, "What Trump Needs to Tell the Middle East," *Politico*, May 19, 2017

M. Rubin, "Why Turkey's Erdogan and Trump probably won't get along," *Washington Examiner*, May 16, 2017.

M. Rubin, "Erdogan's Perilous Game against the Kurds," *Newsweek*, May 9, 2017.

M. Rubin, "Turkey's Turn Toward Russia," National Review Online, April 25, 2017.

M. Rubin, "Is removing Syrian President Bashar Assad from power key to defeating the Islamic State?" McClatchy-Tribune, April 20, 2017.

M. Rubin, "More Evidence of Erdogan's Referendum Rigging," *Newsweek*, April 20, 2017.

M. Rubin, "How Erdogan Rigged the Election That Makes Him a Dictator," *Newsweek*, April 19, 2017.

M. Rubin, "Will Erdogan Send Assassins to Kill Europe's Leaders," *Newsweek*, April 17, 2017.

M. Rubin, "Fraud in Turkey's referendum means renewed violence is on its way," *Washington Examiner*, April 17, 2017.

M. Rubin, "Why Have the Kurds Got Into Bed With Putin?" *Newsweek*, April 12, 2017.

M. Rubin, "Is North Korea about to get hit with Operation Paul Bunyan redux?" *Washington Examiner*, April 11, 2017.

M. Rubin, "Trump's strike on Syria a direct hit on Putin's MidEast power," *New York Post*, April 8, 2017.

M. Rubin, "Trump's Missile Strikes Could Help End Syria's Civil War," *Fortune*, April 7, 2017.

M. Rubin, "What Trump Could do to Punish Assad," *New York Daily News*, April 6, 2017.

M. Rubin, "Spain's Land Grab in Gibraltar is Pure Hypocrisy," *Newsweek*, April 5, 2017.

M. Rubin, "NATO Members Defeat, Don't Launder, Terrorism," *Washington Times*, April 5, 2017.

M. Rubin, "Iran and Turkey Pose Problems for Trump in Syria," *Lawfare*, March 29, 2017.

M. Rubin, "Erdogan Uses Dutch as a Distraction," *Newsweek*, March 15, 2017.

M. Rubin, "What Will Trump Do About Obama's Iran Ransom Deal?" *Newsweek*, February 27, 2017.

M. Rubin, "The Bizarre Campaign against Seb Gorka," *Washington Examiner*, February 27, 2017.

M. Rubin, "Donald Trump Should Clean Up Greenland," *National Interest*, February 24, 2017.

M. Rubin, "Yes, Israel Must Be Able to Defend Itself," *Tribune syndicate*, February 23, 2017.

M. Rubin, "Are Our Top Spies Hiding Intelligence Info From Trump?" *Newsweek*, February 22, 2017.

M. Rubin, "Flynn's fall should have the intel community in the hot seat," *New York Post*, February 15, 2017.

PX6

M. Rubin, "Border walls have a history of doing their jobs," *Washington Examiner*, February 6, 2017.

M. Rubin, "With Iran, Trump must use tough actions to speak louder than his words," *Washington Examiner*, February 3, 2017.

M. Rubin, "Manning move is Obama's latest betrayal of US ideals," *New York Post*, January 18, 2017.

M. Rubin, "Iran's Rafsanjani was no Moderate," *Newsweek*, January 9, 2017.

M. Rubin, "Deceased Iranian President Rafsanjani was No Moderate," *Washington Examiner*, January 8, 2017.

M. Rubin, "Turkey and the End of Ataturk" *inFocus*, January 2017.

M. Rubin, "Dump UNRWA, Vote on 2008 Peace Agreement," *National Interest*, December 30, 2016.

M. Rubin, "What Kerry Got Wrong About Israel," *Washington Examiner*, December 28, 2016.

M. Rubin, "Eight Possible Trump Responses to UN Israel Vote," *Washington Examiner*, December 24, 2016.

M. Rubin, "Russia and Iran are closer than ever before — and their military alliance keeps expanding," *Business Insider*, December 23, 2016.

M. Rubin, "What Should Trump do about Syria?" PBS Newshour, December 22, 2016

M. Rubin, "The Turkish assassin is a product of Tayyip Erdogan's incitement," *New York Daily News*, December 20, 2016.

M. Rubin. "Turkey on a Precipice," *Washington Examiner*, December 19, 2016.

M. Rubin, "Could Erdogan be Prosecuted for War Crimes?" *Newsweek*, December 19, 2016.

M. Rubin, "Aleppo sold out by the 'human rights' community's moral hypocrisy," *The Hill*, December 16, 2016.

M. Rubin, "Will Trump Turn a Blind Eye to Tyranny?" *Newsweek*, December 14, 2016.

M. Rubin, "Why Should We Trust Turkey's Spies?" *Newsweek*, December 9, 2016.

M. Rubin, "Why has ISIS been so Successful?" *Newsweek*, December 7, 2016.

M. Rubin, "Bolton is No Loose Cannon," Breitbart, December 4, 2016.

M. Rubin, "Erdogan Makes a Bid for the Military," *Newsweek*, November 30, 2016.

M. Rubin, "Will Erdogan Bring Assassinations Here?" *Newsweek*, November 29, 2016.

M. Rubin, "Erdogan Ponders a Prison Massacre," *Newsweek*, November 22, 2016.

M. Rubin, "General Flynn Must Explain Himself," *Newsweek*, November 22, 2016.

M. Rubin, "The Pentagon Just Plagiarized Wikipedia," Foundation for Economic Education, November 21, 2016.

M. Rubin, "Trump's troubling security adviser, Gen. Michael Flynn," *New York Daily News*, November 20, 2016.

M. Rubin, "Why is Turkey Spying on the US?" *Newsweek*, November 19, 2016.

M. Rubin, "Why is General Flynn taking Erdogan's side?" *Newsweek*, November 17, 2016.

M. Rubin, "Team Trump's First Ethics Scandal," *Newsweek*, November 16, 2016.

PX6

M. Rubin, "Is Donald Trump Israel's New BFF?" Ozy.com, November 15, 2016.

M. Rubin, "Can Trump Walk Away from the Iran Deals?" FoxNews.com, November 11, 2016.

M. Rubin, "Three Tests in the Middle East for the New President," *Newsweek*, November 9, 2016.

M. Rubin, "Are Western Journalists Too Afraid to Report the Truth in Turkey?" *Newsweek*, November 6, 2016.

M. Rubin, "12 Questions Turkish Journalists Dare Not Ask," *Newsweek*, November 5, 2016.

M. Rubin, "Erdogan's Troop Incursion into Iraq Threatens NATO," *Newsweek*, November 4 2016.

M. Rubin, "Turkey is Headed for a Bloodbath," *Newsweek*, November 3, 2016.

M. Rubin, "Why are we ceding the Atlantic Ocean to the Chinese?" *Newsweek*, October 28, 2016.

M. Rubin, "Iran-Backed Rebels Are Attacking US Ships," *Newsweek*, October 25, 2016.

M. Rubin, "The World's Ten Most Unstable Countries," *Newsweek*, October 20, 2016.

M. Rubin, "Turkey Should Play No Part in Liberating Mosul," *Newsweek*, October 19, 2016.

M. Rubin, "UNESCO's So Anti-Semitic, It Should Be Wound Up," *Newsweek*, October 18, 2016

M. Rubin, "Is Another Coup in Turkey In the Cards?" *Newsweek*, October 14, 2016.

M. Rubin, "Don't Kill Abu Bakr al-Baghdadi," *National Interest*, October 11, 2016.

M. Rubin, "Don't Kill ISIS Leader Baghdadi. Capture Him," *Newsweek*, October 9, 2016.

M. Rubin, "Would a Bankrupt Saudi Arabia be Good for America?" *Newsweek*, October 7, 2016.

M. Rubin, "Is the Imminent Defeat of ISIS the End of Islamism?" *Newsweek*, October 4, 2016.

M. Rubin, "Next President needs to take meaningful action in Syria crisis," *New York Daily News*, October 1, 2016.

M. Rubin, "Did the Defense Department Lie About Closing Lajes?" *Newsweek*, September 22, 2016.

M. Rubin, "Michael Rubin's Top Six Middle East Movies," *Newsweek*, August 20, 2016.

M. Rubin, "Will Erdogan Airbrush Atatürk From Turkish Life?" *Newsweek*, August 19, 2016.

M. Rubin, "Another War Between Israel and Hezbollah Is Inevitable," *Newsweek*, August 12, 2016.

M. Rubin, "U.S. ransom deal to free hostages will lead to terror," *New York Daily News*, August 4, 2016

M. Rubin, "Will There be a Coup in Iraq?" *Newsweek*, July 30, 2016.

M. Rubin, "Turkey Coup: Erdogan Rounds up the Usual Suspects," *Newsweek*, July 19, 2016.

M. Rubin, "5 Ways of Understanding the Failed Coup in Turkey," *Newsweek*, July 18, 2016

M. Rubin, "5 questions as Turkey teeters on the precipice after the failed coup," *MarketWatch*, July 18, 2016.

M. Rubin, "Why the Coup in Turkey could Bring Hope," *New York Post*, July 15, 2016.

M. Rubin, "Netanyahu's Flawed Kiss and Make Up Pact with Erdogan," *Newsweek*, June 29, 2016.

M. Rubin, "Who is Stopping Kurdish Leaders from Visiting the US?" *Newsweek*, May 24, 2016.

M. Rubin, "Flight MS804: Should We Halt Visa Waivers From France?" *Newsweek*, May 20, 2016.

M. Rubin, "No, Iraq Doesn't Need Another Saddam Hussein," *Newsweek*, May 4, 2016.

M. Rubin, "Rather than Defeat ISIS, Kurds are Turning on Shiites," *Newsweek*, April 28, 2016.

M. Rubin, "Is Turkey Poised to Become an Islamic Republic?" *Newsweek*, April 27, 2016

M. Rubin, "Turkey in NATO? No," *InsideSources*, April 27, 2016.

M. Rubin, "Why Have the Kurds Supplied ISIS with Weapons?" *Newsweek*, April 26, 2016.

M. Rubin, "Learning to Love the Unlovable Saudis," *Newsweek*, April 15, 2016.

M. Rubin, "It's Impossible to Beat ISIS with Erdogan in Power," *Newsweek*, March 31, 2016.

M. Rubin, "Pakistan on the Mediterranean," *Washington Free Beacon*, March 28, 2016.

M. Rubin, "Will there be a Coup against Erdogan in Turkey?" *Newsweek*, March 24, 2016.

M. Rubin, "Colin Powell Should Disavow His Hateful Aide," *Newsweek*, March 18, 2016.

M. Rubin, "The New 'Scramble for Africa,'" *Newsweek*, March 8, 2016.

M. Rubin, "How to Counter Erdogan's Assault on Free Press," *Newsweek*, March 7, 2016.

M. Rubin, "Social Welfare is Killing Refugees," National Review Online, March 7, 2016.

M. Rubin, "We Should Not Sell Warplanes to Pakistan," *Newsweek*, March 4, 2016.

M. Rubin, "Child Abuse by UN Forces. Where's the Outrage?" *Newsweek*, February 26, 2016.

M. Rubin, "Would Trump Deliberately Default on American Debt?" *Newsweek*, February 25, 2016.

M. Rubin, "Turning the Page on the Ruling Ayatollahs," *Newsweek*, February 11, 2016.

M. Rubin, "Erdoğan Is Locking Up Journalists, but Does Anyone Care?" *Newsweek*, February 5, 2016.

M. Rubin, "No Bare Breasts Please, We're Iranian," *Newsweek*, January 31, 2016.

M. Rubin, "There are No Iranian Moderates," *Newsweek*, January 25, 2016

M. Rubin, "The Nuke Deal Won't Help Iran's Moderates," *Newsweek*, January 24, 2016.

M. Rubin, "Is Trump the American Sadr?" National Review Online, January 22, 2016.

M. Rubin, "Should Iran's Released Spies Remain in the US?" *Newsweek*, January 22, 2016.

M. Rubin, "Obama Does Arms for Hostages Deal Just like Reagan," *Newsweek*, January 19, 2016.

M. Rubin, "Are Moderates Really in Charge in Iran?" *Newsweek*, January 18, 2016.

M. Rubin, "Iran Seizure Portends Worse to Come," *USA Today*, January 15, 2016.

M. Rubin, "Our Snatched Soldiers: Who Really to Blame," *Newsweek*, January 13, 2016.

M. Rubin, "The Saudi-Iran Hostilities: What Should the US do?" *Newsweek*, January 5, 2016.

M. Rubin, "There Should Be No Reprieve for Assad," *Newsweek*, December 16, 2015.

M. Rubin, "Turkey Playing Dangerous Iraq Game," *Business Insider*, December 16, 2015.

M. Rubin, "Do Kurds Have Legal Recourse Against the Barzanis?" *The Pasewan*, November 12, 2015.

M. Rubin, "Election Results Have Dire Consequences for Turkey," *Newsweek*, November 3, 2015.

M. Rubin, "The Iran Deal: Persisting Problems," *National Review Online*, October 27, 2015.

M. Rubin, "9/11 and the Road to the Iran Nuclear Deal," *Washington Examiner*, September 11, 2015.

M. Rubin, "Is it Time for the West to put Ground Troops in Syria?" *City A.M.* (London), September 11, 2015.

M. Rubin, "Should Congress Approve the Iran Deal?" *Foreign Affairs*.com, September 8, 2015.

PX6

M. Rubin, "Iran Chooses Guns over Butter Every Time," *Newsweek*, August 31, 2015.

M. Rubin, "Kurds Failing Representation Jeopardizes US Support," *The Pasewan*, August 19, 2015.

M. Rubin, "What About the Revolutionary Guards?" *The Hill*, July 16, 2015.

M. Rubin, "Obama and Kerry Crossed Every One of their Own Red Lines," *New York Post*, July 15, 2015.

M. Rubin, "The Middle East Studies Mess," *Australia Israel Review*, July 3, 2015.

M. Rubin, "America's 'Insane' Iran Strategy," *The National Interest*, June 24, 2015.

M. Rubin, "Why the Trial of a Washington Post Reporter Should Raise Red Flags on Iran Deal," Fox News.com, May 26, 2015.

M. Rubin, "Why ISIS's Grip on an Ancient Syrian City Spells Doom for the Middle East," *New York Post*, May 23, 2015.

M. Rubin, "Why Rogue Regimes Take Hostages," CNN.com, April 24, 2015.

M. Rubin, "The Danger of Negotiating with Iran," *Washington Free Beacon*, March 9, 2015

M. Rubin, "Countering Violent Extremism? 'It's the Theology, Stupid,'" *The American*, February 13, 2015.

M. Rubin, "Radicalism in Egypt may become the main risk to the US's interests in the Middle East," Business Insider, February 9, 2015.

M. Rubin, "Saudi Arabia is Trends Hard Line," *Newsweek*, January 26, 2015

M. Rubin, "Laughing at Islam is Best Deterrent," *Newsweek*, January 9, 2015

M. Rubin, "Reacting to the Massacre in Paris," National Review Online, January 8, 2015

M. Rubin, "This Region is Set to be the U.S.' Next Challenge," Business Insider, January 2, 2015

M. Rubin, "Iran's Hypocrisy in Condemning U.S. Racism," CNN.com, December 31, 2014.

M. Rubin, "The U.S. is Forfeiting Africa to China," Business Insider, December 31, 2014.

M. Rubin, "Iran's Not So-Hidden, Hidden Agenda," *Dallas Morning News*, November 27, 2014.

M. Rubin, "The Diplomatic Insanity of Iran Talks," CNN.com, November 24, 2014.

M. Rubin, "Erdogan's Comments about Muslims Discovering America say a lot about his State of Mind," *Business Insider*, November 24, 2014

M. Rubin, "Here's Why Training Syria Rebels in Turkey is a bad Idea," *Business Insider*, November 17, 2014

M. Rubin, "The Next Middle East Crisis Will Start if this Man Dies," *Business Insider*, November 14, 2014.

M. Rubin, « La caída del Muro de Berlín: lecciones sobre Irán, » *Libertad Digital*, November 11, 2014.

M. Rubin, "Erdogan quiere ser sultán, no un Putin," Libertad Digital, November 9, 2014.

M. Rubin, "Arabia Saudí: ¿de verdad se ha vuelto moderada?" Libertad Digital, October 23, 2014.

M. Rubin, "Failed Nuclear Negotiations with North Korea Should be A Lesson for US on Iran," Business Insider, October 21, 2014.

M. Rubin, "Did Obama Sell His ISIS Strategy?" CNN.com, September 11, 2014.

M. Rubin, "Las negociaciones con Irán dan fruto... para Irán," Libertad Digital, September 8, 2014

**PX6**

M. Rubin, "Arming Syrian Rebels Wasn't the Only Option," US News and World Report, August 14, 2014.

M. Rubin, "Beyond Bombing Iraq: Obama Needs an ISIS Strategy," The National Interest, August 11, 2014.

M. Rubin, "Time for an Anwar Sadat Moment in the Middle East," The National Interest, July 19, 2014.

M. Rubin, "Should the West Cooperate with Iran in Iraq?" City AM (London), June 16, 2014.

M. Rubin, "Time to Challenge U.S. Assumptions about Terrorism, Security, and Iraq," National Interest, June 13, 2014

M. Rubin, "Is Western Intervention in Iraq Now Necessary?" City AM (London), June 13, 2014

M. Rubin, "Iraq is on the Precipice," CNN.com, June 12, 2014

M. Rubin, "Barzani Should Embrace, Not Isolate, Rojava," KurdishQuestion.com, May 3, 2014.

M. Rubin, "The High Price of Negotiating With Bad Guys," Washington Post, February 16, 2014.

M. Rubin, "The U.S. Gets the Kurds Wrong—Again," Wall Street Journal, February 14, 2014

M. Rubin, "It's Time to Come Clean on POWs," Kurdistan Tribune, February 8, 2014.

M. Rubin, "Rings of Fire," Foreign Policy, February 6, 2014 (republished in NY Newsday and Chicago Tribune)

M. Rubin, "Lift the Blockade on Rojava," Kurdistan Tribune, January 27, 2014.

M. Rubin, "Time for U.S. to Focus on Western Sahara," CNN.com, January 6, 2014.

M. Rubin, "Iraq in Washington," al-Bayan (Baghdad), January 5, 2014.

M. Rubin, "Kurdish Officials Need a Code of Conduct," Kurdish Tribune, December 28, 2013.

M. Rubin, "Iran in 2014: Don't Expect Rouhani to Transform Iran," CNN.com, December 23, 2013

M. Rubin, "Iran Deal Risks Creating Another North Korea," CNN.com, November 24, 2013.

M. Rubin, "The US Should Reconsider PKK Terror Designation," Kurdistan Tribune, November 11, 2013.

M. Rubin, "No Deal is Better than a Bad Deal," CNN.com, November 9, 2013.

M. Rubin, "Roll Back the Brotherhood," National Review, September 30, 2013.

M. Rubin, "Gorran Can Determine Region's Future, not PUK or KDP," Hawlati (Sulaymani), September 26, 2013.

M. Rubin, "President Obama has Big Choices on Syria," New York Daily News, August 29, 2013.

M. Rubin, "World Gave Green Light to Syrian WMD Horror," New York Daily News, August 23, 2013.

M. Rubin, "In Turkey, a Transformation to Sectarian Autocracy," Chautauquan Daily, August 12, 2013.

M. Rubin, "Will Obama Bomb Iran?" Real Clear World, August 8, 2013.

M. Rubin, "When Coups Advance Democracy," New York Daily News, July 7, 2013.

M. Rubin, "¿Qué repercusiones pueden tener las eschuchas en las relaciones Estados Unidos-Europa?" *La Razón*, July 2, 2013.

M. Rubin, "The U.S. Should Stand with the Turkish People," *New York Times.com*, June 6, 2013.

M. Rubin, "The Roots of the Turkish Uprising," *Wall Street Journal*, June 4, 2013.

M. Rubin, "The Futile Quest for Iranian Moderates," *Australia/Israel Review*, June 2013.

M. Rubin, "Erdoğan's Agenda," *National Review Online*, May 16, 2013.

M. Rubin, "Why Won't Washington Support Kurdish Independence?" *Kurdistan Tribune*, May 9, 2013.

M. Rubin, "Twisting Intelligence," *National Review Online*, May 9, 2013.

M. Rubin, "Forgotten Africa Turns to Iran as Result of Western Neglect," *Public Service Europe*, May 7, 2013.

M. Rubin, "The Coming Collapse of U.S.-Turkey Relations," *Diplomatic Observer*, April 2013.

M. Rubin, "Remembering Iraq Without Rewriting History," *The Blaze*, March 19, 2013.

M. Rubin, "America's Sectarian Problem," Al-'Alim (Baghdad), March 6, 2013

M. Rubin, "Five Things the U.S. Should do in the Middle East," CNN.com, January 12, 2013

M. Rubin, "In Syria, the Same Mistakes," *New York Daily News*, December 23, 2012.

M. Rubin, "Who Would Succeed Talabani?" CNN.com, December 18, 2012.

M. Rubin, "Where is the Kurdistan Statistics Agency?" *Kurdistan Tribune*, December 17, 2012.

M. Rubin, "Why US Should Rethink Policy Over Syria's Kurds," CNN.com, November 27, 2012.

M. Rubin, "Will Syria Burst the Turkish Bubble?" Yahoo! Finance, November 26, 2012

M. Rubin, "La gran traición del general," La Razón, November 17, 2012.

M. Rubin, "Why Land for Peace is Dead," CNN.com, November 15, 2012.

M. Rubin, "Turkey's Sectarian Agenda," *Al-Aalem* (Baghdad), November 11, 2012.

M. Rubin, "AEI Openers: Michael Rubin's Reading List," AEI.org, November 9, 2012.

M. Rubin, "10 Foreign Policy Priorities for Obama," CNN.com, November 7, 2012.

M. Rubin, "De nuevo, EE UU para el mundo," La Razon (Madrid), November 7, 2012.

M. Rubin, "Ten years later, Turkey's Islamist political revolution bearing bitter fruit," *Daily Caller*, November 2, 2012

M. Rubin, "Iraqi Diplomacy Has No Voice in Washington," *Al-Aalem* (Baghdad), November 1, 2012

M. Rubin, "Don't Forget About Iraq," CNN.com, October 31, 2012

M. Rubin, "Kurdistan Needs Summer Camps," October 31, 2012

M. Rubin, "Why Both Candidates Got in Wrong on Iran," CNN.com, October 23, 2012.

M. Rubin, "Is Masud Barzani Really a Nationalist?" *Kurdistan Tribune*, October 22, 2012.

M. Rubin, "Why Does Barzani Oppose Modern Banking in Kurdistan?" *Kurdistan Tribune*, October 12, 2012.

M. Rubin, "Can Iran be Contained?" *The Morningside Post*, October 8, 2012.

PX6

M. Rubin, "Obama Speaks Often but Does Little on Middle East Policy," US News and World Report.com, September 27, 2012.

M. Rubin, "Is There Really Democracy in the Middle Easy?" Fox News.com, September 20, 2012.

M. Rubin, "What Really Motivated the Embassy Attacks?" *Daily Caller*, September 13, 2012.

M. Rubin, "Un punto de Inflexión," *La Razon* (Madrid), September 13, 2012.

M. Rubin, "Why Kurds Should Back Tokyo 2020," *Kurdistan Tribune*, September 5, 2012.

M. Rubin, "2020: Too Soon for Turkey," *National Review Online*, August 16, 2012.

M. Rubin, "Is Turkey Losing to the PKK?" *Kurdistan Tribune*, August 6, 2012.

M. Rubin, "America's Seven Mistakes in Afghanistan," CNN.com, August 2, 2012.

M. Rubin, "Should the United States Re-Think Sanctions Against Iran?" Federation of American Scientists, August 1, 2012.

M. Rubin, "Kurdistan's '$265 million' National Security Council: Nepotism, Not Good Governance," *Kurdistan Tribune*, July 12, 2012.

M. Rubin, "How to Make Iran Blink," FoxNews.com, July 9, 2012.

M. Rubin, "In Egypt, a Rare Second Chance for U.S. to Support Democracy," FoxNews.com, June 19, 2012

M. Rubin, Kurdish History: Leader's Greed Trumps Nationalism," *Kurdistan Tribune*, June 9, 2012.

M. Rubin, "Deadly Dialogue," *New York Post*, April 4, 2012.

M. Rubin, "WTC Bomber's Obscene Break," *New York Post*, March 7, 2012.

M. Rubin, "The U.S. and Israel," *National Review Online*, March 6, 2012.

M. Rubin, "Summit has to be a great success for Obama and Netanyahu," *New York Daily News*, March 4, 2012.

M. Rubin, "How Iran sees America and What America Does Not Want to See," FoxNews.com. February 17, 2012.

M. Rubin, "Who Will Write the Kurdish Epic?" *Kurdistan Tribune*, January 21, 2012.

M. Rubin, "Iran Puts A Weak America In Its Sights, With Big Plans For The Future," FoxNews.com. January 10, 2012.

M. Rubin, "Parliament should question KRG silence in the face of Turkey's weapons purchases," *Kurdistan Tribune*, January 8, 2012.

M. Rubin, "The West Should Hand Iran's Leadership a Chalice of Poison," January 4, 2012.

M. Rubin, "Can Kurdistan be the new Dubai?" *Kurdistan Tribune*, December 30, 2011.

M. Rubin, "Tehran's Hollow Hormuz Threat," *New York Daily News*, December 30, 2011.

M. Rubin, "Is Kurdistan Ready for a U.S.-Iran War?" *Kurdistan Tribune*, December 23, 2011.

M. Rubin, "Iraq's Iran Problem, Iran's Iraq Problem," CNN.com, November 14, 2011.

M. Rubin, "This Was No War of Choice," *U.S. News and World Report Online*, November 11, 2011.

M. Rubin, "Iran's Nuclear Project," *National Review Online*, November 8, 2011.

PX6

M. Rubin, "Why Won't Barzani or Barham block the arms sale to Turkey?" *Kurdistan Tribune*, November 3, 2011.

M. Rubin, "Will Israel Pull the Trigger and Send Iran the Ultimate Message?" *Fox News.com*, November 3, 2011.

M. Rubin, "Is it Time for an anti-Turkey Coalition?" *Kurdistan Tribune*, October 27, 2011.

M. Rubin, "The Trouble with Turkey," *National Review* (magazine), October 17, 2011.

M. Rubin, "What's in a Name?" *Kurdistan Tribune*, October 15, 2011.

M. Rubin, "Iran and Saudi Arabia's 'Hate-Hate' Relationship," *CNN.com*, October 12, 2011.

M. Rubin, "Iranian Plot to Assassinate Saudi Arabian Ambassador on US Soil must Force Obama to Change Policy," *New York Daily News*, October 12, 2011.

M. Rubin, "To Keep America Safe, We Must Address Our Intelligence Failures in Iran," *Fox News.com*, October 12, 2011.

M. Rubin, "Will America Leave Kurdistan?" *Kurdistan Tribune*, September 27, 2011.

M. Rubin, "Safe Havens Must Become Risky Haunts," *The Australian*, September 12, 2011.

M. Rubin, "To Combat Corruption, Barzani Must Clean House," September 10, 2011.

M. Rubin, "Were the Wars Worth It?" *National Review Online*, September 9, 2011.

M. Rubin, "Erdogan's Temper Tantrum should Benefit Kurds," *Kurdistan Tribune*, September 7, 2011.

M. Rubin, "Talking with the Taliban is not diplomacy, it's deadly," FoxNews.com, September 6, 2011.

M. Rubin, "Tehran's Nuclear Endgame," *National Review Online*, August 24, 2011.

M. Rubin, "Talking to the World's Gadhafi's is a Fool's Errand," *USA Today*, August 23, 2011.

M. Rubin, "Will the State Department Betray Syria's Kurds?" *Kurdistan Tribune*, August 22, 2011.

M. Rubin, "Have Obama and Clinton Forgotten about Egypt?" FoxNews.com, August 18, 2011.

M. Rubin, "Thank you, Dr. Tissot," *Kurdistan Tribune*, July 31, 2011.

M. Rubin, "Remembering Bill Eagleton," *Kurdistan Tribune*, July 25, 2011.

M. Rubin, "Where is Iraqi Kurdistan's Sovereign Wealth Fund?" *Kurdistan Tribune*, June 26, 2011.

M. Rubin, "Kurdish Leaders Must Overcome Their Isolation," *Kurdistan Tribune*, June 20, 2011.

M. Rubin, "It's Time for University Reform in Iraqi Kurdistan," *Kurdistan Tribune*, June 8, 2011.

M. Rubin, "Life after Talabani," *Kurdistan Tribune*, June 5, 2011.

M. Rubin, "It's Time for Turkey to End its Occupation of Iraqi Kurdistan," *Kurdistan Tribune*, May 28, 2011.

M. Rubin, "Too Much Faith in Diplomacy," *New York Times.com*, May 3, 2011.

M. Rubin, "The Squeaky Wheel Syndrome," *Sbeiy* (Sulaymani, Iraq), April 15, 2011.

M. Rubin, "Bin Laden No More," *National Review Online*, May 2, 2011.

M. Rubin, "What should we do about Libya?" *National Review Online*, March 10, 2011

M. Rubin, "Enforce a No-Fly Zone," *USA Today*, February 24, 2011.

PX6

M. Rubin, "Hearing Obama in Tehran," *New York Daily News*, February 15, 2011.

M. Rubin, "Mubarak Refuses to Step Down, But His Imminent Fall Will Deeply Affect the Middle East," Forbes.com, February 10, 2011.

M. Rubin, "Egypt is Not Iran," *New York Times*.com, February 7, 2011.

M. Rubin, "How to Avoid an Iran-Like Tragedy in Egypt," *AOL News*, February 1, 2011.

M. Rubin, "The U.S. Should Not Fear Egypt Regime Change," *Forbes*, January 29, 2011.

M. Rubin, "Sanctioning Iran," *The Weekly Standard*, November 8, 2010.

M. Rubin, "Talking to the Taliban," *National Review Online*, October 21, 2010.

M. Rubin, "Why Najaf Matters in Post-War Iraq," *The Washington Post*, August 27, 2010.

M. Rubin, "How Nukes Will Transform Iran," *New York Daily News*, August 15, 2010.

M. Rubin, "Containment Won't Work," *USA Today*, June 11, 2010.

M. Rubin, "Erdogan's Turkey is No Friend," *The Forward*, June 11, 2010.

M, Rubin, ""Sardasht's Murder was a Public Relations Disaster for Kurdistan," KurdishMedia.com, May 30, 2010.

M. Rubin, "Dictatorship or Democracy for Iraqi Kurdistan?" *Rozhnama* (Sulaymani, Iraq), May 30, 2010.

M. Rubin, "Sardasht's Pen was his Weapon," KurdishMedia.com, May 14, 2010.

M. Rubin and A. Borshchevskaya, "Is Making Nice with Russia a Mistake?" FoxNews.com, April 16, 2010.

M. Rubin, "Iran: Obama Pours Fuel on the Fire," Hudson New York Briefing, April 8, 2010.

M. Rubin, "Foggy Bottom's Man in Baghdad," *Wall Street Journal*, March 13, 2010.

M. Rubin, "Afghanistan Deadline is not Smart Policy: A Reply to Stephen Schlesinger," Public Square.net, March 8, 2010.

M. Rubin, "The Afghanistan Withdrawal: Why Iran was Wrong to Set a Deadline," Public Square.net, March 8, 2010.

M. Rubin, "A Very Special Anniversary," *National Review Online*, February 11, 2010.

M. Rubin, "Can anything Stop Iran From Getting A Bomb?" *AOL News*, February 10, 2010.

M. Rubin, "A Watershed Elections," *National Review Online*, Feb. 1, 2009.

M. Rubin, "Not Nearly Enough on Afghanistan," Forbes.com, Dec. 1, 2009.

M. Rubin, "Forgetting the Fall," *National Review Online*, Nov. 6, 2009.

M. Rubin, "Don't Sacrifice Human Rights for Iran Diplomacy," Radio Free Europe Commentary, Oct. 7, 2009.

M. Rubin, "Bad Options on Iran," *National Review Online*, Oct. 5, 2009.

M. Rubin, "It takes much more than talk to stop Iran's stonewalling," *New York Daily News*, September 30, 2009.

M. Rubin, "British Government's deal involving Lockerbie bomber shatters 'Special Relationship' with U.S." *New York Daily News*, September 2, 2009.

PX6

M. Rubin, "To Prosecute or not to Prosecute?" *WashingtonPost.com*, August 24, 2009.

M. Rubin, "U.S. Can't Take Central and Eastern Europe for Granted," Radio Free Europe/Radio Liberty, July 23, 2009.

M. Rubin, "Our Common Foe," *National Review* (magazine), July 20, 2009.

M. Rubin, "Kurdish Leaders are Drunk with Power," *Daily Star* (Beirut), July 1, 2009.

M. Rubin, "The Troops Drawdown could be Costly for Iraq," *The Wall Street Journal*, June 30, 2009.

M. Rubin, "Iran, Technology, and Revolution," *Middle East Strategy at Harvard*, June 25, 2009.

M. Rubin, "Silence is Not Neutrality," *National Review Online*, June 23, 2009.

M. Rubin, "Protests aren't enough to topple the Iranian regime," *Los Angeles Times*, June 19, 2009.

M. Rubin, "Should Obama Emulate Bush on Iran?" *Los Angeles Times*, June 18, 2009.

M. Rubin, "Sham Election in Iran," *Los Angeles Times*, June 17, 2009.

M. Rubin, "Iran's election result proves President Obama's formula in the Middle East is not working," *New York Daily News*, June 14 2009.

M. Rubin, "Is Obama Striking the Right Balance?" *The Washington Post*, May 23, 2009.

M. Rubin, "60 Miles from the Capital," *The Weekly Standard*, May 11, 2009.

M. Rubin, "Just the Beginning," *Bitterlemons-International*, April 30, 2009.

M. Rubin, "A Target of Convenience," *National Review Online*, April 21, 2009.

M. Rubin and S. Carpenter, "Kurdistan's Troubled Democracy," *The Washington Post*, April 18, 2009.

M. Rubin, "What Iran Really Thinks about Talks," *The Wall Street Journal*, April 13, 2009.

M. Rubin, "Khatami is Just Ahmadinejad with a Silver Tongue," *The Australian*, March 25, 2009.

M. Rubin, "Obama Shouldn't Sacrifice Allies to Please Russia," *Radio Free Europe/Radio Liberty Commentary*, March 4, 2009.

M. Rubin, "Diplomacy By Itself  Won't Work With Iran," *Investor's Business Daily*, February 17, 2009.

M. Rubin, "An Opening to Iran?" *The Weekly Standard*, February 16, 2009.

M. Rubin, "Diplomacy cannot quell Gaza violence," *Radio Free Europe/Radio Liberty Commentary*, January 5, 2009.

M. Rubin, "Tehran is the Obstacle to U.S.-Iran Talks," *Radio Free Europe/Radio Liberty Commentary*, November 25, 2008.

M. Rubin, "Syria Can't be Flipped," *Forbes.com*, November 12, 2008.

M. Rubin, "The United States should not open an Interests Section in Tehran," CFR Forum, November 4, 2008.

M. Rubin, "Iran's Economy Runs out of Steam," *Forbes.com*, October 17, 2008.

M. Rubin, "Obama or McCain, Iran stance won't change," *The Australian*, October 3, 2008.

M. Rubin, "What They Really Said," *Washington Post*, September 28, 2008.

M. Rubin, "The Debate We Want to Hear," *WashingtonPost.com*, September 26, 2008.

PX6

M. Rubin, "Biden's Blink on Iran," *Washington Post*, August 26, 2008.

M. Rubin, "...And Foreign Policy Moves Front and Center," *Times-Dispatch*, August 12, 2008.

M. Rubin, "The US will regret its reversal on Iran," *The Daily Star* (Beirut), August 12, 2008.

M. Rubin, "Bush's Disastrous Flip-Flop," *Bitterlemons-International.org*, August 7, 2008.

M. Rubin, "Erdogan, Ergenekon, and the Struggle in Turkey," *Mideast Monitor*, August 2008.

M. Rubin, "Obama in Berlin," *Washington Post*, July 25, 2008.

M. Rubin, "Now President Bush is Appeasing Iran," *Wall Street Journal*, July 21, 2008.

M. Rubin, "The Case Against Turkey's Ruling Party," *The American*, June 20, 2008.

M. Rubin and S. Carpenter, "Return of the Purple Finger," *Washington Post*, June 9, 2008.

M. Rubin, "Turkey's Putin Deserves to Go," *Wall Street Journal*, June 6, 2008.

M. Rubin, "Hillary Clinton's Right to Say 'Obliterate,'" *New York Daily News*, May 7, 2008.

M. Rubin, "Rose-Colored Foreign Policy," *Wall Street Journal*, April 14, 2008.

M. Rubin, "Turkey's Turning Point: Could there be an Islamic Revolution in Turkey?" *National Review Online*, April 14, 2008.

M. Rubin, "Elections in Iran," *Euro-Atlantic Quarterly* (Bratislava), March 2008.

M. Rubin, "Turkey and Democracy," *Euro-Atlantic Quarterly* (Bratislava), March 2008.

M. Rubin, "Gadhafi is the same; West forgives him anyway," *Daily Star* (Beirut), March 7, 2008.

M. Rubin, "Unintelligence on Iranian Nukes," *The Weekly Standard*, February 25, 2008.

M. Rubin, "Living in a Dream World," *The Weekly Standard*, January 21, 2008.

M. Rubin, "Turkey's Terror Problem is Ours," *Wall Street Journal*, December 18, 2007.

M. Rubin, "Dissident Watch: Mahmoud Salehi," *Middle East Quarterly*, Winter 2008.

M. Rubin, "Iran Nuke News Shows Danger of Trusting this Regime," *New York Daily News*, December 5, 2007.

M. Rubin, "Are President Bush's Recent Statements on Iran Dangerously Provocative? *Congressional Quarterly Researcher*, November 16, 2007.

M. Rubin, "Engagement and Multilateralism," *Icelandic Way* (Reykjavik), November 1, 2007.

M. Rubin, "The Guldimann Memorandum." *The Weekly Standard*, October 22, 2007.

M. Rubin, "A Lever of Change in Iran." *Washington Post*, October 19, 2007.

M. Rubin, "Grandstanding has Consequences." *National Review Online*, October 15, 2007.

M. Rubin, "Russian Roulette on Iran." *Wall Street Journal*, October 3, 2007.

M. Rubin, "President Bush's Broken Promises." *Wall Street Journal.* July 31, 2007.

M. Rubin, "Don't Blink, Don't Back Down." *USA Today.* July 2, 2007.

M. Rubin, "Will Turkey Have an Islamist President?" *Liberal Risk* (Rome), July 1, 2007.

M. Rubin, "Solutions, or Problems?" *Foreign Policy.* July/August 2007.

M. Rubin, "Should the U.S. Pursue Regime Change in Iran? Part III" *CFR.org.* May 3, 2007.

M. Rubin, "Should the U.S. Pursue Regime Change in Iran? Part II" *CFR.org.* May 2, 2007.

PX6

M. Rubin, "Should the U.S. Pursue Regime Change in Iran?" *CFR.org.* April 30, 2007.

M. Rubin, "Tehran Seizure." *National Review Online.* March 27, 2007.

M. Rubin, "Enabling Kurdish Illusions." *The Weekly Standard.* March 19, 2007.

M. Rubin, "Langley's Limits." *The Weekly Standard.* March 12, 2007.

M. Rubin and D. Pletka, "Table Talk." *Wall Street Journal.* February 21, 2007.

M. Rubin, "Hamas' International Strategy Works." *BitterLemons-International.* February 8, 2007.

M. Rubin, "Privatize the CIA." *The Weekly Standard.* February 5, 2007.

M. Rubin, "How to Make '07 Ahmadinejad's Last Year in Power." *New York Daily News.* January 3, 2007.

M. Rubin, "Specter, Colleagues Travel Abroad, but Bid for Dialogue Yields Little." *Philadelphia Inquirer.* December 28, 2006.

M. Rubin, "We Must Not Leave Iraq." *Dziennik* (Bratislava), December 8, 2006.

M. Rubin, "What Went Wrong?" *National Review Online.* December 4, 2006.

M. Rubin, "Arabs May One Day Miss George W. Bush." *The Daily Star* (Beirut). December 1, 2006.

M. Rubin, "Dissident Watch: Mansour Osanlou." *Middle East Quarterly.* Winter 2006.

M. Rubin, "Right War, Botched Occupation." *USA Today.* November 27, 2006.

M. Rubin, "Democracy Can Still Work in Iraq." *Windsor Star.* November 24, 2006.

M. Rubin, "Fund the Iraqi Grassroots." *Los Angeles Times.* November 16, 2006.

M. Rubin, "Rumsfeld and the Realists." *Wall Street Journal.* November 13, 2006.

M. Rubin, "Justice Served." *National Review Online.* November 6, 2006.

M. Rubin, "Conclusion First, Debate Afterwards." *The Weekly Standard.* October 30, 2006.

M. Rubin, "Why Withdrawal from Iraq is the Worst Option." *Financial Times.* October 25, 2006.

M. Rubin, "Mr. Erdogan's Turkey." *Wall Street Journal.* October 19, 2006.

M. Rubin, "Misguided Reconciliation with Baathists." *Philadelphia Inquirer.* October 19, 2006.

M. Rubin, "In Turkey, the U.S. Ambassador Shouldn't Dismiss Growing Islamism." *Radikal* (Istanbul). October 16, 2006.

M. Rubin, "Getting Testy." *National Review Online.* October 10, 2006.

M. Rubin, "To End Iran Standoff, Plan for War." *New York Daily News.* October 3, 2006.

M. Rubin, "The U.S. vs. Iran." *Wall Street Journal.* September 20, 2006.

M. Rubin, "Last Chance for Iraq?" *National Review Online.* September 11, 2006.

M. Rubin, "The U.S. Should Hold Arabs and Muslims to a Universal Standard." *BitterLemons-International.* August 31, 2006.

M. Rubin, "Visa Not Denied." *National Review Online.* August 30, 2006.

M. Rubin, "An Arrow in Our Quiver." *National Review.* August 28, 2006.

M. Rubin, "The Translator." *National Review Online.* August 2, 2006.

M. Rubin, "All Talk and No Strategy." *The Weekly Standard.* July 24, 2006.

M. Rubin, "Sending in the Peacekeepers is a Fool's Game." *New York Daily News.* July 20, 2006.

M. Rubin, "Iran Against the Arabs." *Wall Street Journal.* July 19, 2006.

M. Rubin, "Multilateralism: A Diplomatic Mantra." *Die Presse* (Vienna). July 19, 2006.

M. Rubin, "Eradication First." *National Review Online.* July 17, 2006.

M. Rubin, "Fight for Mideast Democracy Failing." *Philadelphia Inquirer.* July 14, 2006.

M. Rubin, "The U.S. Defends Its Allies." *BitterLemons-International.* July 7, 2006.

M. Rubin, "Dangerous Cycle." *National Review Online.* July 6, 2006.

M. Rubin, "Amnesty in Iraq." *National Review Online.* June 27, 2006.

M. Rubin, "Bubba Dubya?" *The Weekly Standard.* June 19, 2006.

M. Rubin, "What's Going On?" *National Review Online.* June 8, 2006.

M. Rubin, "Dissident Watch: Yücel Aşkın." *Middle East Quarterly.* Summer 2006.

M. Rubin, "Forget the Facts." *National Review Online.* June 6, 2006.

M. Rubin, "Bush Killed His Own Doctrine." *Los Angeles Times.* May 26, 2006.

M. Rubin, "I was an Icelandic 'War Criminal.'" *National Review Online.* May 11, 2006.

M. Rubin and S. Gershowitz, "Putting Politics before Pacifism." *Philadelphia Inquirer.* May 9, 2006.

M. Rubin, "Cole is Poor Choice for Mideast Position." *Yale Daily News.* April 18, 2006.

M. Rubin, "Nuclear Hostage Crisis." *Wall Street Journal.* April 14, 2006.

M. Rubin, "How's It's Looking." *National Review Online.* Symposium. March 21, 2006.

M. Rubin, "Dissident Watch: Kamal Sayid Qadir." *Middle East Quarterly.* Spring 2006.

M. Rubin, "Hitting the Mark on Iran." *FrontPage Magazine.* January 27, 2006.

M. Rubin, "The Radioactive Republic of Iran." *Wall Street Journal.* January 16, 2006.

M. Rubin, "Mujahedin al-Khalq: Monsters of the Left." *FrontPage Magazine.* January 13, 2006.

M. Rubin, "For the Record." *National Review Online.* January 5, 2006.

M. Rubin, "Iraqi Beacon." *Wall Street Journal.* December 14, 2005.

M. Rubin, "Turkey's No Casual Dining." *National Review Online.* December 12, 2005.

M. Rubin, "Iraq's Comeback Kid." *National Review.* December 5, 2005.

M. Rubin, "The Middle East's Real Bane: Corruption." *The Daily Star* (Beirut). November 18, 2005.

M. Rubin, "The Same War." *New York Sun.* November 2, 2005.

M. Rubin, "Iraq, Unplugged." *National Review Online.* November 1, 2005.

M. Rubin, "From Baghdad to Beirut, Arab Leaders Being Held to Account." *The Forward.* October 27, 2005.

M. Rubin, "Turkish Turn Back?" *National Review Online.* October 19, 2005.

M. Rubin, "With Freedom Comes Politics." *Wall Street Journal.* October 18, 2005.

M. Rubin, "Only Threat of Force Will Tame Tehran." *Guardian* (London). October 9, 2005.

M. Rubin, "Will They or Won't They?" *National Review Online.* October 3, 2005.

M. Rubin, "Who Killed the Bush Doctrine?" *Ha'aretz.* September 30, 2005.

PX6

M. Rubin, "The Arafat Model." *National Review.* September 12, 2005.

M. Rubin, "The Enemy of the Good."  *The New Republic.* September 5, 2005.

M. Rubin, "Less is More in Iraq." *Washington Post.* August 9, 2005.

M. Rubin, "The Price of Compromise." *New York Sun.* August 8, 2005.

M. Rubin, "Fried in Turkey." *National Review Online.* August 2, 2005.

M. Rubin, "Rewarding Terror Just Causes More Terror." *Financial Times.* July 25, 2005.

M. Rubin, "Washington Must Plan Today for Democratic Iran of Tomorrow." *The Forward.* July 8, 2005.

M. Rubin, "Academic Standards, R.I.P." *FrontPage Magazine.* June 14, 2005.

M. Rubin, "Our Ally Down Under." *National Review Online.* June 7, 2005.

M. Rubin, "Islamists Are Intrinsically Anti-Democratic." *BitterLemons-International.* June 2, 2005.

M. Rubin, "Let Iraq Handle Sunnis."  *Baltimore Sun.* May 10, 2005.

M. Rubin, "Soothing Rhetoric—Scary Reality."  *Ha'aretz.* May 6, 2005.

M. Rubin, "That Occupation Feeling."  *National Review Online.* April 18, 2005.

M. Rubin, "Iraq has Voted." *Wall Street Journal.*  January 31, 2005.

M. Rubin, "A Fresh Start in Iraq." *National Review Online.*  January 28, 2005.

M. Rubin, "Unilateral Withdrawal is Irresponsible." *Ha'aretz.*  January 28, 2005.

M. Rubin, "Bush Marches into a Second Term, His Agenda Set by Mideast Foes." *Forward.*  January 28, 2005.

M. Rubin, "Democracy on the Wing."  *The Washington Post.*  January 26, 2005.

M. Rubin, "Listen to the Iraqis." *National Review Online.*  January 7, 2005.

M. Rubin, "Vacancy." *National Review Online.*  December 10, 2004.

M. Rubin, "Tapping the Hornet's Nest." *Ha'aretz.*  December 10, 2004.

M. Rubin, "What's Going Right in Iraq?" *Los Angeles Times.*  October 24, 2004.

M. Rubin, "Iraq's Electoral System." *Arab Reform Bulletin.*  September 1, 2004.

M. Rubin, "Iran's WMD Build-up." *Ripon Forum.* Summer 2004.

M. Rubin, "Losing the Shia." *National Review Online.*  August 19, 2004.

M. Rubin, "Shifting Sides?  The Problems of Neo-Ottomanism." *National Review Online.*  August 10, 2004.

M. Rubin, "Arresting Iraqi Democracy." *National Review Online.*  August 9, 2004.

M. Rubin, "Talking Turkey: She's a Democracy—No Qualifiers." *National Review Online.*  August 6, 2004

M. Rubin, "The PKK Factor." *National Review Online.*  August 5, 2004.

M. Rubin, "Academia Gone Awry." *Jerusalem Post.*  July 16, 2004.

M. Rubin, "The Battle for a Representative Iraqi Government has Started." *The Daily Star* (Beirut). July 13, 2004.

M. Rubin, "Same Qaddafi." *National Review Online.*  June 29, 2004.

PX6

M. Rubin, "Bremer's Legacy a Recipe for Instability." *Australian Financial Review*. June 29, 2004.

M. Rubin, "CPA, R.I.P." *National Review Online*. June 28, 2004.

M. Rubin, "The Fallujah Problem: A Job that Needs Doing." *National Review Online*. June 25, 2004.

M. Rubin, "Where are the Refugees?" *National Review Online*. June 21, 2004.

M. Rubin, "The Wrong Elections for Iraq." *The Washington Post*. June 19, 2004.

M. Rubin, "Silent Majority." *The New Republic*. June 7, 2004.

M. Rubin, "Marching off the Cliff." *Salon.com.* May 25, 2004.

M. Rubin, "The Growing Gap." *National Review Online*. May 21, 2004.

M. Rubin, "You Must be Likud!" *National Review Online*. May 19, 2004.

M. Rubin, "Web of Conspiracies." *National Review Online*. May 18, 2004.

M. Rubin, "To Win in Fallujah," *FrontpageMagazine.com*. May 18, 2004.

M. Rubin, "Prevailing Principles." *National Review Online*. May 17, 2004.

M. Rubin, "Mistakes Musn't Halt March." *The Baltimore Sun*. May 7, 2004.

M. Rubin, "Baghdad Dispatch: Exit Poll." *The New Republic*. May 3, 2004.

M. Rubin, "The Cost of Weakness." *National Review*. May 3, 2004.

M. Rubin, "Self-Fulfilling Prophecy." *National Review Online*. May 3, 2004.

M. Rubin, "Traveler's Check." *The New Republic Online*. April 29, 2004.

M. Rubin, "Al-Amarah Dispatch: Bad Neighbor." *The New Republic.* April 26, 2004.

M. Rubin, "Catastrophic Concessions: The Coalition Dances with the Devil." *National Review Online*. April 23, 2004.

M. Rubin, "Dangerous Liaisons: Are we compromising with the Enemy in Iraq?" *National Review Online*. April 15, 2004.

M. Rubin, "Unwelcome U.N." *National Review Online*. April 14, 2004.

M. Rubin, "The Puppet Masters." *New York Sun*. April 12, 2004.

M. Rubin, "Learning from Sadr." *National Review Online*. April 8, 2004.

M. Rubin, "Sadr Signs." *National Review Online*. April 6, 2004

M. Rubin, "Iraqi Democrats Feeling Sidelined." *Los Angeles Times*. April 4, 2004

M. Rubin, "Tyranny at 25." *National Review Online*. April 1, 2004.

M. Rubin, "Will Saddam's Troops Fight?" *The New Republic*. September 9, 2002.

M. Rubin, "When Politics Trumps Principles." *The Jerusalem Post*. August 30, 2002.

M. Rubin, "Disengaging in Defense of Liberty." *National Review Online*. August 29, 2002.

M. Rubin, "What Do Iraqis Thinks About Life After Hussein?" *New York Times*. August 9, 2002.

M. Rubin, "Watershed: The Will of the Iranian People Should Not Be Ignored." *National Review Online*. July 26, 2002.

M. Rubin, "One of the Most Destructive Myths of American Foreign Policy." *New York Sun*. July 25, 2002.

PX6

M. Rubin, "Iran's Dialogue of Deceit." *The Jerusalem Post*.  July 22, 2002.

M. Rubin, "If Iraqis Want a King, Hassan of Jordan Could Be Their Man." *The Daily Telegraph*.  July 19, 2002.

M. Rubin, "Lessons from Lebanon." *The Weekly Standard*.  July 1, 2002.

M. Rubin, "No Change: Iran Remains Committed to Israel's Destruction." *National Review Online*.  July 1, 2002.

M. Rubin, "Kurdistan Dispatch: Bomb Shelter." *The New Republic*.  June 17, 2002.

M. Rubin, "Engaged to Terror." *The Jerusalem Post*.  June 11, 2002.

M. Rubin, "Pistacchi per il Potere." *Panorama* (Rome).  June 7, 2002.

M. Rubin, "Don't Engage the Mullahs." *The Wall Street Journal (Europe)*.  May 28, 2002

M. Rubin, "Mary Robinson, War Criminal?" *National Review Online*.  May 20, 2002.

M. Rubin, "In Bad Company: Yasser Arafat and Saddam Hussein." *National Review Online*.  May 2, 2002.

M. Rubin, "The U.N.'s Refugees." *The Wall Street Journal*.  April 18, 2002.

M. Rubin, "Khatami and the Myth of Reform in Iran." *Politic*.  Spring 2002.

M. Rubin, "From Inside Iraq, a Plea for U.S. Action." *Los Angeles Times*.  April 14, 2002.

M. Rubin, "More Floggings and Inflation—the Fruits of Reform in Iran." *The Daily Telegraph*.  April 9, 2002.

M. Rubin, "Anger and Action." *The New Republic Online*.  March 30, 2002.

M. Rubin, "Helping Iraqis—without Iran." *National Review Online*.  March 26, 2002.

M. Rubin, "Iran's Myth of Moderation." *National Review Online*.  March 18, 2002.

M. Rubin, "Immoral Equivalency." *The Jerusalem Post*.  March 17, 2002.

M. Rubin, "No Love Lost: Solutions from a Past Middle East." *National Review Online*.  February 26, 2002.

M. Rubin, "The Iranian Ticking Bomb." *The Jerusalem Post*.  February 17, 2002.

M. Rubin, "Yearning for Freedom: Iranians agree with Bush." *New York Post*.  February 11, 2002.

M. Rubin, "Timbuktu Dispatch: Deserted." *The New Republic*.  February 11, 2002.

M. Rubin, "Iran's Acts of Hostility earned it 'Evil' Label." *The Baltimore Sun*.  February 8, 2002.

M. Rubin, "The Tehran Temptation." *Commentary*.  January 2002.

M. Rubin, "The Other Iraq." *The Jerusalem Report*.  December 31, 2001.

M. Rubin, "Don't 'Engage' Rogue Regimes." *Wall Street Journal*.  December 12, 2001.

M. Rubin, "Broken Record" *The New Republic Online*.  December 5, 2001.

M. Rubin, "US and Regime Change in Iran." *The Jerusalem Post*.  November 20, 2001.

M. Rubin, "Don't Throw a Lifeline to a Failing Iran," *Los Angeles Times*.  November 11, 2001.

M. Rubin, "Let's Not Befriend This Enemy of our Enemy." *The Baltimore Sun*.  November 11, 2001.

M. Rubin, "Malual Kon Dispatch: Uncivil." *The New Republic*.  October 22, 2001.

PX6

M. Rubin, "Sudan Hides its Regime of Terror Behind a Mask of Diplomacy," *The Daily Telegraph*. October 19, 2001.

M. Rubin, "The Return of the Kings," *The Daily Telegraph*.  October 11, 2001.

M. Rubin, "Weakest Link: Why the Taliban isn't so tough," *The New Republic*.  October 1, 2001.

M. Rubin, "The Taliban's Fragile House of Cards," *The Daily Telegraph*.  September 18, 2001.

M. Rubin, "Monitory Policy," *The New Republic Online*.  August 23, 2001.

M. Rubin, "The Iraqi People Want to Know When Mr. Bush Will Get Tough." *The Daily Telegraph*. August 13, 2001.

M. Rubin, "How Some Iraqis Would Slam Saddam." *Los Angeles Times*.  August 12, 2001.

M. Rubin, "Indict Saddam." *The Wall Street Journal*.  August 9, 2001.

M. Rubin, "U.S. Should Intensify Pressure on Hussein." *The Baltimore Sun*.  August 9, 2001.

M. Rubin, "Put Saddam on Trial for War Crimes." *Wall Street Journal (Europe)*.  August 6, 2001.

M. Rubin, "Change Rhetoric, Not Substance." *The Jerusalem Post*.  August 5, 2001.

M. Rubin, "Banasiaw Dispatch: Arabian Rights." *The New Republic*. July 23, 2001.

M. Rubin, "Sanctions and Iraq." *The Jerusalem Post*.  July 17, 2001.

M. Rubin, "Sulaymaniyah Dispatch: Food Fight, the Truth about Sanctions." *The New Republic.* June 18, 2001.

M. Rubin, "Tea (and Prejudice) with the Taliban." *The Jerusalem Report*.  June 19, 2000.

M. Rubin, "Letter from Tehran: Shadow of the 13." *Forward*.  September 10, 1999.

M. Rubin, "Letter from Tajikistan: You Still Here?" *Forward*.  November 24, 1997.

M. Rubin, "Letter from Iran: Freedom within Limits," *Forward*.  March 14, 1997.

## OTHER POLICY ANALYSIS

M. Rubin, "Blackouts in Bushehr Province risk unrest," *Operational Environment Watch*, August 2021.

M. Rubin, "Iran faces wildcat strikes in oil industry," *Operational Environment Watch*, August 2021.

M. Rubin, "Iran's Supreme Leader explains spoilt ballots," *Operational Environment Watch*, August 2021.

M. Rubin, "Iran Protests Existing Space Conventions," *Operational Environment Watch*, July 2021.

M. Rubin, "Iran Inaugurates New Dam," *Operational Environment Watch*, July 2021.

M. Rubin, "Iran Crypto-Mining Destabilizing Electrical Grid," *Operational Environment Watch*, July 2021.

M. Rubin, "Iran Becoming a Nanotech Leader," *Operational Environment Watch*, June 2021.

M. Rubin, "Iran Ready to Provide Electricity to Iraq," *Operational Environment Watch*, June 2021.

M. Rubin, "Iran Unveils New Drone Defense Technology," *Operational Environment Watch*, June 2021.

PX6

M. Rubin, "Iran: Supreme Leader Speaks on What Makes a Good President," *Operational Environment Watch*, May 2021.

M. Rubin, "Iran: The Revolutionary Guards' Role in Elections," *Operational Environment Watch*, May 2021.

M. Rubin, "Iran Becoming a Titanium Producer," *Operational Environment Watch*, May 2021.

M. Rubin, "Iran Unveils New Bahman Radar System," *Operational Environment Watch*, April 2021.

M. Rubin, "Iran: New Indigenous Rifles Unveiled," *Operational Environment Watch*, April 2021.

M. Rubin, "Iran: Supreme Leader Affirms Ability to Build Nuclear Bomb," *Operational Environment Watch*, April 2021.

M. Rubin, "Iran: Reconstruction and Overhaul of Helicopters," *Operational Environment Watch*, March 2021

M. Rubin, "Iran: Enemies Will Be Destroyed with Missile Power," *Operational Environment Watch*, March 2021

M. Rubin, "Zuljanah: Iran's New Solid-Fuel Rocket," *Operational Environment Watch*, March 2021

M. Rubin, "Iran-Azerbaijan to Cooperate on Hydroelectric Power," *Operational Environment Watch*, February 2021.

M. Rubin, "Iran's Ballistic Missile Redline," *Operational Environment Watch*, February 2021.

M. Rubin, "Iran and Turkey to Collaborate in Technology Sharing," *Operational Environment Watch*, February 2021.

M. Rubin, "Iran: Advancement in Radar is the Basis for Deterring against Threats," *Operational Environment Watch*, January 2021.

M. Rubin, "Iran: Submarine-to-Surface Missile Launch System Entered Mass Production," *Operational Environment Watch*, January 2021.

M. Rubin, "Iran: Gilan Exports Up to Azerbaijan, Russia," *Operational Environment Watch*, January 2021.

M. Rubin, "Trip Report on Nagorno-Karabakh" *Foreign Military Studies Office*, 22 December 2020

M. Rubin, "Iran: Construction Begins on the Chahbahar-Zahedan Railway," *Operational Environment Watch*, December 2020.

M. Rubin, "Iran: Conflicting Assessment of China Talks," *Operational Environment Watch*, December 2020.

M. Rubin, "Iran: We Have Five Years to Grow the Population," *Operational Environment Watch*, December 2020.

M. Rubin, "Iran: Abu Mahdi Cruise Missile Will Soon be Delivered to the Navy," *Operational Environment Watch*, November 2020.

M. Rubin, "Iran Unveils Intelligence Combat Robot," *Operational Environment Watch*, November 2020.

**PX6**

M. Rubin, "The University Jihad Stands together with the Defense Jihad," *Operational Environment Watch*, November 2020.

M. Rubin, "Iran Stockpiling Supplies through Chahbahar," *Operational Environment Watch*, October 2020.

M. Rubin, "Iran: Khamenei Speaks on Sanctions, Enmity toward America, and Nuclear Power," *Operational Environment Watch*, September 2020.

M. Rubin, "Iran: Passive Defense Organization and Basij Sign Memorandum of Understanding," *Operational Environment Watch*, September 2020.

M. Rubin, "Iran Increases Range of Smart Bombs," *Operational Environment Watch*, September 2020.

M. Rubin, "Iran: Khamenei Speaks on Corruption," *Operational Environment Watch*, August 2020.

M. Rubin, "What's Behind the Government's Secrecy on Handing Over Kish Island to Chinese?" *Operational Environment Watch*, August 2020.

M. Rubin, "Iranian Armed Forces Change Health Insurance Procedures," *Operational Environment Watch*, August 2020.

M. Rubin, "A New Phase in Afghanistan-Iran Relations," *Operational Environment Watch*, July 2020.

M. Rubin, "The Three Main Missions of the Army of the Islamic Republic of Iran," *Operational Environment Watch*, July 2020.

M. Rubin, "IRGC Navy Unveils New Speedboats," *Operational Environment Watch*, July 2020.

M. Rubin, "Iran Talking to the Taliban," *Operational Environment Watch*, June 2020.

M. Rubin, "Iran: Prosecute Cybercriminals," *Operational Environment Watch*, June 2020.

M. Rubin, "Iran: Khamenei Orders Investigation into Navy Accident," *Operational Environment Watch*, June 2020.

M. Rubin, "Iran Unveils Ghadir Submarine Upgrades," *Operational Environment Watch*, May 2020.

M. Rubin, "India Evacuates Citizens from Iran," *Operational Environment Watch*, May 2020.

M. Rubin, "Iran: Khamenei on Power and Patience," *Operational Environment Watch*, May 2020.

M. Rubin, "Iran: IRGC establishes Biological Defense Headquarters," *Operational Environment Watch*, April 2020.

M. Rubin, "Iran: Sanctions Don't Impact Military Spending," *Operational Environment Watch*, April 2020.

M. Rubin, "Iran: Increasing Internet Access Capacity," *Operational Environment Watch*, April 2020.

M. Rubin, "Iran: Increasing Domestic Production of Rare Earth Elements," *Operational Environment Watch*, March 2020.

M. Rubin, "Counterfeit Checks Seized in Iran," *Operational Environment Watch*, March 2020.

M. Rubin, "Solar Power Plants Open in Tehran Province," *Operational Environment Watch*, March 2020.

PX6

M. Rubin, "Khamenei Warns Veterans of Declining Revolutionary Fervor," *Operational Environment Watch*, February 2020.

M. Rubin, "The Role of Nanotech in Iran's Future Economy," *Operational Environment Watch*, February 2020.

M. Rubin, "Iran to Send Astronaut into Space?" *Operational Environment Watch*, February 2020.

M. Rubin, "Iran and Russia to Establish Visa Waivers," *Operational Environment Watch*, Foreign Military Studies Office, January 2020.

M. Rubin, "Iran: Use Suicide Drones as Air Defense," *Operational Environment Watch*, Foreign Military Studies Office, January 2020.

M. Rubin, "Iranian Identity Theft and Extortion," *Operational Environment Watch*, Foreign Military Studies Office, January 2020.

M. Rubin, "Iran Establishes Official VPN Operators," *Operational Environment Watch*, Foreign Military Studies Office, December 2019.

M. Rubin, "Iran: Chahbahar Port Developments," *Operational Environment Watch*, Foreign Military Studies Office, December 2019.

M. Rubin, "Iran: Khamenei Speaks on America," *Operational Environment Watch*, Foreign Military Studies Office, December 2019.

M. Rubin, "Iran Announces Dome Defense," *Operational Environment Watch*, Foreign Military Studies Office, November 2019.

M. Rubin, "Iran: Mobile Rocket Systems and Underground Tunnels," *Operational Environment Watch*, Foreign Military Studies Office, November 2019.

M. Rubin, "Iran Opens 'Persian Gulf Air Defense Command Center'" *Operational Environment Watch*, Foreign Military Studies Office, November 2019.

M. Rubin, "Iran: Armed Forces Ready to Take Over Internet," *Operational Environment Watch*, Foreign Military Studies Office, October 2019.

M. Rubin, "Iran: Khamenei Speaks on Kashmir," *Operational Environment Watch*, Foreign Military Studies Office, October 2019.

M. Rubin, "Iran: Interior Ministry says Protest Frequency Declining," *Operational Environment Watch*, Foreign Military Studies Office, October 2019.

M. Rubin, "Iranian Navy Chief Visits Russian Naval Forces," *Operational Environment Watch*, Foreign Military Studies Office, September 2019.

M. Rubin, "Iran Warns of Phone Scams," *Operational Environment Watch*, Foreign Military Studies Office, September 2019.

M. Rubin, "Iran: Mohajer-6 UAV Strikes Targets in Iraq," *Operational Environment Watch*, Foreign Military Studies Office, September 2019.

M. Rubin, "Iran's C-802 Joint Venture with China," *Operational Environment Watch*, Foreign Military Studies Office, August 2019.

PX6

M. Rubin, "Iran: Optoelectronic Military Developments," *Operational Environment Watch*, Foreign Military Studies Office, August 2019.

M. Rubin, "Radiation Defense Exercises Scheduled for Tehran," *Operational Environment Watch*, Foreign Military Studies Office, August 2019.

M. Rubin, "Iran: Admiral Fadavi Selected as Revolutionary Guards deputy," *Operational Environment Watch*, Foreign Military Studies Office, July 2019.

M. Rubin, "Iran: Nationwide Curriculum for Computer Programming," *Operational Environment Watch*, Foreign Military Studies Office, July 2019.

M. Rubin, "Iran: Progress on National Intranet," *Operational Environment Watch*, Foreign Military Studies Office, July 2019.

M. Rubin, "IRGC: Social Media to be Shut in Case of War," *Operational Environment Watch*, Foreign Military Studies Office, July 2019.

M. Rubin, "Iran: Preparing for Zafar III Satellite Launch," *Operational Environment Watch*, Foreign Military Studies Office, July 2019.

M. Rubin, "Supreme Leader: Deal Seriously with Cyber Agents of Insecurity," *Operational Environment Watch*, Foreign Military Studies Office, July 2019.

M. Rubin, "Iran Conducts its Largest UAV Exercise," *Operational Environment Watch*, Foreign Military Studies Office, May 2019.

M. Rubin, "Supreme Leader: Do Not Let the Enemy Dominate Cyberspace," *Operational Environment Watch*, Foreign Military Studies Office, May 2019.

M. Rubin, "Iran: Khamenei threatens to use precision missiles," *Operational Environment Watch*, Foreign Military Studies Office, May 2019.

M. Rubin, "Iran: Hovercraft successfully fires cruise missiles," *Operational Environment Watch*, Foreign Military Studies Office, April 2019.

M. Rubin, "Forcing Iranian Military Businesses to Pay Tax," *Operational Environment Watch*, Foreign Military Studies Office, April 2019.

M. Rubin, "Iran Diverting Money from Development to Military," *Operational Environment Watch*, Foreign Military Studies Office, April 2019.

M. Rubin, "Iranian Forces Test Night Vision Cameras," *Operational Environment Watch*, Foreign Military Studies Office, March 2019.

M. Rubin, "Iran's Strategic Shift to China and Russia," *Operational Environment Watch*, Foreign Military Studies Office, March 2019.

M. Rubin, "Iranian Army Shifts from Defensive to Offensive Posture," *Operational Environment Watch*, Foreign Military Studies Office, March 2019.

M. Rubin, "Cleric Speaks on Iran's' Foreign Militias," *Operational Environment Watch*, Foreign Military Studies Office, February 2019.

PX6

M. Rubin, "IRGC: Iran can extend Missile Range," *Operational Environment Watch*, Foreign Military Studies Office, February 2019.

M. Rubin, "Iran's Army Aviation Gets Drones," *Operational Environment Watch*, Foreign Military Studies Office, February 2019.

M. Rubin, "Supreme Leader addresses America's Muslim Allies," *Operational Environment Watch*, Foreign Military Studies Office, January 2019.

M. Rubin, "Iranian Border Guard Post Overrun, Guards Abducted," *Operational Environment Watch*, Foreign Military Studies Office, January 2019.

M. Rubin, "Equipping the IRGC with new precision missiles," *Operational Environment Watch*, Foreign Military Studies Office, January 2019.

M. Rubin, "Iran Unveils JDAM," *Operational Environment Watch*, Foreign Military Studies Office, January 2019.

M. Rubin, "Iran: Law Enforcement Forces Receive 12 Drones," *Operational Environment Watch*, Foreign Military Studies Office, December 2018.

M. Rubin, "Iranian Border Guard Post Overrun, Guards Abducted," *Operational Environment Watch*, Foreign Military Studies Office, December 2018.

M. Rubin, "Equipping the IRGC with new precision missiles," *Operational Environment Watch*, Foreign Military Studies Office, December 2018.

M. Rubin, "Iran: Employment of Robotic and Autonomous Systems over the Next Decade," U.S. Training and Doctrine Command, November 2018.

M. Rubin, "Iran to Build New Missile System," *Operational Environment Watch*, Foreign Military Studies Office, November 2018.

M. Rubin, "Iran: Newest Details on Ahvaz Terrorist Incident," *Operational Environment Watch*, Foreign Military Studies Office, November 2018.

M. Rubin, "Supreme Leader's Advisor: United States Common Enemy of Iran and China," *Operational Environment Watch*, Foreign Military Studies Office, November 2018.

M. Rubin, "Iran: American Forces within Range of Iranian Missiles," *Operational Environment Watch*, Foreign Military Studies Office, October 2018.

M. Rubin, "Commander of Iranian Armed Forces: Khamenei is ultimate authority," *Operational Environment Watch*, Foreign Military Studies Office, October 2018.

M. Rubin, "Iran: Iranian Private Sector to Rebuild Syria," *Operational Environment Watch*, Foreign Military Studies Office, October 2018.

M. Rubin, "Iran: IAEA Shouldn't Inspect Universities," *Operational Environment Watch*, Foreign Military Studies Office, September 2018

M. Rubin, "Will Iran Pivot to the East?" *Operational Environment Watch*, Foreign Military Studies Office, September 2018

M. Rubin, "Iranian Influence Extends to Mediterranean," *Operational Environment Watch*, Foreign Military Studies Office, September 2018

PX6

M. Rubin, "Iran Preparing to Host Nanotechnology Festival," *Operational Environment Watch*, Foreign Military Studies Office, August 2018

M. Rubin, "Iran: Khamenei on Strategic Patience," *Operational Environment Watch*, Foreign Military Studies Office, August 2018

M. Rubin, "Iran: Simorgh Satellite Ready for Launch," *Operational Environment Watch*, Foreign Military Studies Office, August 2018

M. Rubin, "Iran: Visit of Chinese Military Delegation," *Operational Environment Watch*, Foreign Military Studies Office, August 2018

M. Rubin, "Iran: Accepting FATF is Absolutely Forbidden," *Operational Environment Watch*, Foreign Military Studies Office, August 2018

M. Rubin, "Iran: Achieving Gasoline Self-Sufficiency," *Operational Environment Watch*, Foreign Military Studies Office, August 2018

M. Rubin, "Why are there Shortfalls in Electricity Generation?" *Operational Environment Watch*, Foreign Military Studies Office, August 2018

M. Rubin, "Iran to Launch New Satellite by Year's End," *Operational Environment Watch*, Foreign Military Studies Office, August 2018

M. Rubin, "Iran to Re-Launch Helicopter Carrier," *Operational Environment Watch*, Foreign Military Studies Office, August 2018

M. Rubin, "IRGC Wins Multibillion Dollar Economic Contracts," *Operational Environment Watch*, Foreign Military Studies Office, August 2018

M. Rubin, "Khamenei: Muslim Unity only after Israel's Destruction," *Operational Environment Watch*, Foreign Military Studies Office, July 2018.

M. Rubin, "Iran: Trade with Iraq hits $10 billion," *Operational Environment Watch*, Foreign Military Studies Office, July 2018.

M. Rubin, "Iran: Cyberspace Should Promote Religious Teaching," *Operational Environment Watch*, Foreign Military Studies Office, July 2018.

M. Rubin, "Iran: Supreme Leader Speaks on Missiles," *Operational Environment Watch*, Foreign Military Studies Office, July 2018.

M. Rubin, "Iran: Who Took $30 Billion out of Country?" *Operational Environment Watch*, Foreign Military Studies Office, July 2018.

M. Rubin, "Iran Cracks Down on Internet Café VPNs," *Operational Environment Watch*, Foreign Military Studies Office, July 2018.

M. Rubin, "Iran Ready to Attend Russian Military Festival," *Operational Environment Watch*, Foreign Military Studies Office, July 2018.

M. Rubin, "Iran: Passive Defense Establishes Space Policy," *Operational Environment Watch*, Foreign Military Studies Office, July 2018.

PX6

M. Rubin, "Iran: Biomass Remote-Sensing Satellite Developed," *Operational Environment Watch*, Foreign Military Studies Office, July 2018.

M. Rubin, "Iran: Group Planning to Hack Bank Arrested," *Operational Environment Watch*, Foreign Military Studies Office, July 2018.

M. Rubin, "Iran Unveils Unmanned Helicopter," *Operational Environment Watch*, Foreign Military Studies Office, June 2018.

M. Rubin, "Iran Ready to Send Navy to Japan?" *Operational Environment Watch*, Foreign Military Studies Office, June 2018.

M. Rubin, "Iran, Russia to Jointly Manufacture Helicopter," *Operational Environment Watch*, Foreign Military Studies Office, June 2018.

M. Rubin, "Iran: Rouhani speaks about the Internet," *Operational Environment Watch*, Foreign Military Studies Office, May 2018.

M. Rubin, "Iran: Why Did the Mayor of Tehran Resign?" *Operational Environment Watch*, Foreign Military Studies Office, May 2018.

M. Rubin, "Will Iran Interfere in Kashmir," *Operational Environment Watch*, Foreign Military Studies Office, May 2018.

M. Rubin, "Iran: Arresting Cyber Criminals," *Operational Environment Watch*, Foreign Military Studies Office, April 2018.

M. Rubin, "Iran: War in Syria Turned Hezbollah into a Powerful Army," *Operational Environment Watch*, Foreign Military Studies Office, April 2018.

M. Rubin, "Iran: Israel's Missile Defense can be Overwhelmed," *Operational Environment Watch*, Foreign Military Studies Office, April 2018.

M. Rubin, "Iran: Environmentalists Arrested as Spies," *Operational Environment Watch*, Foreign Military Studies Office, April 2018.

M. Rubin, "Iran: 13 Million Users of Domestic Messaging Apps," *Operational Environment Watch*, Foreign Military Studies Office, April 2018.

M. Rubin, "Iran: Police Chief Demands Death for Sufi Protestors," *Operational Environment Watch*, Foreign Military Studies Office, April 2018.

M. Rubin, "Iran Unveils New Anti-Armor Missile," *Operational Environment Watch*, Foreign Military Studies Office, April 2018.

M. Rubin, "Iran: Supreme Leader Advisor Lauds Russia Strategic Ties," *Operational Environment Watch*, Foreign Military Studies Office, April 2018.

M. Rubin, "Iran: Muslims Supported by US, UK are Illegitimate," *Operational Environment Watch*, Foreign Military Studies Office, April 2018.

M. Rubin, "Iran on Saudi Nuclear Ambitions," *Operational Environment Watch*,  Foreign Military Studies Office, April 2018.

PX6

M. Rubin, "Iran: Warship Sinks after Mishap," *Operational Environment Watch*, Foreign Military Studies Office, March 2018.

M. Rubin, "Iran: Telegram Giving Data to US and Israel," *Operational Environment Watch*, Foreign Military Studies Office, March 2018.

M. Rubin, "Iran: US Sponsoring Islamic State in Afghanistan," *Operational Environment Watch*, Foreign Military Studies Office, March 2018.

M. Rubin, "Iran: Lifting the Ban on Instagram was Illegal," *Operational Environment Watch*, Foreign Military Studies Office, February 2018

M. Rubin, "Iran: Was America behind Uprising?" *Operational Environment Watch*, Foreign Military Studies Office, February 2018

M. Rubin, "Iran: Revolutionary Guard Crowdsourcing Protestor Identification," *Operational Environment Watch*, Foreign Military Studies Office, February 2018

M. Rubin, "Iran: New Amphibious Aircraft," *Operational Environment Watch*, Foreign Military Studies Office, January 2018

M. Rubin, "Iran: New Military Budget Proposed," *Operational Environment Watch*, Foreign Military Studies Office, January 2018

M. Rubin, "Iran: Khamenei Speaks on Views toward America," *Operational Environment Watch*, Foreign Military Studies Office, January 2018

M. Rubin, "Iran: UAVs Successfully Armed with Smart Bombs," *Operational Environment Watch*, Foreign Military Studies Office, December 2017

M. Rubin, "Iran: Possible to Augment Missile Range," *Operational Environment Watch*, Foreign Military Studies Office, December 2017

M. Rubin, "Iran: We Will Investigate Cyber Accusations if 'Serious'," *Operational Environment Watch*, Foreign Military Studies Office, December 2017

M. Rubin, "Iranian General: US Seeks Disintegration of West Asian Countries," *Operational Environment Watch*, Foreign Military Studies Office, November 2017.

M. Rubin, "Iran Sends University Instructors to the 'Resistance Front'," *Operational Environment Watch*, Foreign Military Studies Office, November 2017.

M. Rubin, "Iran Should Follow North Korea's Nuclear Path," *Operational Environment Watch*, Foreign Military Studies Office, November 2017.

M. Rubin, "Iran: How the Legal System Should Approach Cyberspace," *Operational Environment Watch*, Foreign Military Studies Office, October 2017.

M. Rubin, "Iran: Ex-IRGC Leader Targets UAE," *Operational Environment Watch*, Foreign Military Studies Office, October 2017.

M. Rubin, "Iran says it's among World's Top Radar Producers," *Operational Environment Watch*, Foreign Military Studies Office, October 2017.

PX6

M. Rubin, "Iran: Launch Officially Opens Space Facility," *Operational Environment Watch*, Foreign Military Studies Office, *Operational Environment Watch*, September 2017.

M. Rubin, "Iran: Cyber Crime Increases 45 percent," *Operational Environment Watch*, Foreign Military Studies Office, *Operational Environment Watch*, September 2017.

M. Rubin, "Iran and Iraq sign Defense Memorandum of Understanding," *Operational Environment Watch*, Foreign Military Studies Office, *Operational Environment Watch*, September 2017.

M. Rubin, "Western Sahara: The Cherry Blossom Affair," *Operational Environment Watch*, Foreign Military Studies Office, *Operational Environment Watch*, September 2017.

M. Rubin, "Iran: Production Line Opens for New Sayyad-3 Missile," *Operational Environment Watch*, Foreign Military Studies Office, *Operational Environment Watch*, September 2017.

M. Rubin, "Iran: IRGC Training in China," Foreign Military Studies Office, *Operational Environment Watch*, September 2017.

M. Rubin, "Iran: Qods Force Commander Brags about American Casualties," Foreign Military Studies Office, *Operational Environment Watch*, September 2017.

M. Rubin, "Iran Officially Opposes Kurdish Independence Referendum," Foreign Military Studies Office, *Operational Environment Watch*, September 2017.

M. Rubin, "Is Iran Facing Insurgency Upswing?" Foreign Military Studies Office, *Operational Environment Watch*, September 2017.

M. Rubin, "Iran: Army Unveiled Video Game," Foreign Military Studies Office, *Operational Environment Watch*, September 2017.

M. Rubin, "Iran: Budget Increases for Missiles, Qods Force," Foreign Military Studies Office, *Operational Environment Watch*, August 2017.

M. Rubin, "Iran: Rouhani Commends Iranian Missile Developers," Foreign Military Studies Office, *Operational Environment Watch*, August 2017.

M. Rubin, "Iran Suspends Flights to Najaf, Iraq," Foreign Military Studies Office, *Operational Environment Watch*, August 2017.

M. Rubin, "Iranian Reformist: Terrorism is an American Plot," Foreign Military Studies Office, *Operational Environment Watch*, July 2017.

M. Rubin, "Iran: Why Has Qatar Approached Us?" Foreign Military Studies Office, *Operational Environment Watch*, July 2017.

M. Rubin, "Iran: Khamenei Speaks on Voter Participation," Foreign Military Studies Office, *Operational Environment Watch*, July 2017.

M. Rubin, "Iran: Military Budget Increased 145%," Foreign Military Studies Office, *Operational Environment Watch*, June 2017.

M. Rubin, "Iran: Qods Force General is new Ambassador to Iraq," Foreign Military Studies Office, *Operational Environment Watch*, June 2017.

PX6

M. Rubin, "Iran Unveils New Sniper Rifle," Foreign Military Studies Office, *Operational Environment Watch*, June 2017.

M. Rubin, "Iran and Russia Upgrade Cooperation," Foreign Military Studies Office, *Operational Environment Watch*, May 2017.

M. Rubin, "Development of Iranian Nanotechnology Companies in China," Foreign Military Studies Office, *Operational Environment Watch*, May 2017.

M. Rubin, "Iran Claims Enhanced Missile Precision," Foreign Military Studies Office, *Operational Environment Watch*, May 2017.

M. Rubin, "Iran: IRGC conducting Training by Fire in Syria," Foreign Military Studies Office, *Operational Environment Watch*, April 2017.

M. Rubin, "New Valfajr Torpedo Launched form Ghadir Submarine," Foreign Military Studies Office, *Operational Environment Watch*, April 2017.

M. Rubin, "Iran Demonstrates New Minesweeping," Foreign Military Studies Office, *Operational Environment Watch*, April 2017.

M. Rubin, "Iranian Competitive Soft Power Curriculum," Foreign Military Studies Office, *Operational Environment Watch*. March 2017.

M. Rubin, "Iran: Domestic Weapons Production up 69 percent," Foreign Military Studies Office, *Operational Environment Watch*, March 2017.

M. Rubin, "Iran: Who are our Enemies?" Foreign Military Studies Office, *Operational Environment Watch*, March 2017.

M. Rubin, "Iran: U.S. Presence in Bahrain in the Crosshairs?" Foreign Military Studies Office, *Operational Environment Watch*, March 2017.

M. Rubin, "Iran Internet Use Expands Exponentially," Foreign Military Studies Office, *Operational Environment Watch*, February 2017.

M. Rubin, "Iran Navy Now Hiring," Foreign Military Studies Office, *Operational Environment Watch*, February 2017.

M. Rubin, "Iran: Was Rafsanjani Murdered?" Foreign Military Studies Office, *Operational Environment Watch*, February 2017.

M. Rubin, "Iran: New Karrar Tank to be Unveiled Soon," Foreign Military Studies Office, *Operational Environment Watch*, January 2017.

M. Rubin, "Iran Ultralight Gyrocopter Crashes," Foreign Military Studies Office, *Operational Environment Watch*, January 2017.

M. Rubin, "Iran Building High-Speed Catamaran," Foreign Military Studies Office, *Operational Environment Watch*, January 2017.

M. Rubin, "Iran: Use of Drones to Secure Mehran Border," Foreign Military Studies Office, *Operational Environment Watch*, December 2016.

PX6

M. Rubin, "Will Iraqi Kurds Fall Victim to Iran-Saudi Proxy War?" Foreign Military Studies Office, *Operational Environment Watch*, December 2016.

M. Rubin, "Iran to Take Police Training on the Road?" Foreign Military Studies Office, *Operational Environment Watch*, December 2016.

M. Rubin, "Iran: Launch of New Zulfiqar Ballistic Missile," Foreign Military Studies Office, *Operational Environment Watch*, November 2016.

M. Rubin, "Iran: Russia Desperate for Our UAV Technology," Foreign Military Studies Office, *Operational Environment Watch*, November 2016.

M. Rubin, "Iran: New Heavy Engines on the Drawing Board," Foreign Military Studies Office, *Operational Environment Watch*, November 2016.

M. Rubin, "Iran Purchases AK-103s from Russia," Foreign Military Studies Office, *Operational Environment Watch*, October 2016

M. Rubin, "Iran: Khamenei Calls for Developing New Offensive Weaponry," Foreign Military Studies Office, *Operational Environment Watch*, October 2016

M. Rubin, "New Radar System Defends Iranian Airspace," Foreign Military Studies Office, *Operational Environment Watch*, October 2016

M. Rubin, "The Iranian Way of War," National Ground Intelligence Center/U.S. Training and Doctrine Command, September 1, 2016.

M. Rubin, "Sri Lanka's: Iran's New Strategic Partner?" Foreign Military Studies Office, *Operational Environment Watch*, September 2016

M. Rubin, "Iran: New UAV to Disrupt Enemy Communications," Foreign Military Studies Office, *Operational Environment Watch*, September 2016

M. Rubin, "Iran: Revolutionary Guards Take Part in Russian Military Games," Foreign Military Studies Office, *Operational Environment Watch*, September 2016

M. Rubin, "Iran Demands Release of Nigerian Shi'ite Cleric," Foreign Military Studies Office, *Operational Environment Watch*, September 2016

M. Rubin, "Iran: Khamenei Threatens Bahrain," Foreign Military Studies Office, *Operational Environment Watch*, August 2016.

M. Rubin, "Iran: Developing Carbon Fibers for More Advanced Centrifuges, UAVs," Foreign Military Studies Office, *Operational Environment Watch*, August 2016.

M. Rubin, "Iran: No Factional Differences in Syria," Foreign Military Studies Office, *Operational Environment Watch*, August 2016.

M. Rubin, "How do Iranians Really View Russia?" Foreign Military Studies Office Special Essay, *Operational Environment Watch*, July 2016.

M. Rubin, "Iran: New Plant for Bomb Fuses," Foreign Military Studies Office, *Operational Environment Watch*, July 2016.

PX6

M. Rubin, "Iran: Aiming to Integrate Drones into Military Doctrine," Foreign Military Studies Office, *Operational Environment Watch*, July 2016.

M. Rubin, "Iran Unveils New Tank and Drone," Foreign Military Studies Office, *Operational Environment Watch*, July 2016.

M. Rubin, "Supreme Leader Speaks on Police and Security," Foreign Military Studies Office, *Operational Environment Watch*, June 2015.

M. Rubin, "Khamenei Speaks to Army," Foreign Military Studies Office, *Operational Environment Watch*, June 2015.

M. Rubin, "Imprisoned Cleric's Wife Writes Intelligence Minster," Foreign Military Studies Office, *Operational Environment Watch*, June 2015.

M. Rubin, "Commemorating Afghan Shi'ites Killed in Syria," Foreign Military Studies Office, *Operational Environment Watch*, May 2015.

M. Rubin, "Qassem Soleimani Voted Man of the Year," Foreign Military Studies Office, *Operational Environment Watch*, May 2015.

M. Rubin, "Iran Releases Qassem Soleimani Documentary," Foreign Military Studies Office, *Operational Environment Watch*, May 2015.

M. Rubin, "Testing UAV Surveillance over Tehran," Foreign Military Studies Office, *Operational Environment Watch*, April 2015.

M. Rubin, "Radar Upgrades for Iran F-14s," Foreign Military Studies Office, *Operational Environment Watch*, April 2015.

M. Rubin, "Iran Army to Use Suicide Drones," Foreign Military Studies Office, *Operational Environment Watch*, April 2015.

M. Rubin, "Iran Unveils Two Hovercraft," Foreign Military Studies Office, *Operational Environment Watch*, March 2015.

M. Rubin, "European Commission Accuses Algeria of Embezzling Aid," Foreign Military Studies Office, *Operational Environment Watch*, March 2015.

M. Rubin, "Iran Exporting UAVs to 'Friendly' Countries," Foreign Military Studies Office, *Operational Environment Watch*, March 2015.

M. Rubin, "Iran Launches 4th Satellite," Foreign Military Studies Office *Operational Environment Watch*, March 2015.

M. Rubin, "Could Iran Utilize Google for Surveillance?" Foreign Military Studies Office, *Operational Environment Watch*, March 2015.

M. Rubin, "Khamenei Speaks on Nanotechnology," Foreign Military Studies Office, *Operational Environment Watch*, March 2015.

M. Rubin, "Two-Thirds of Iran's Budget are Salaries," Foreign Military Studies Office, *Operational Environment Watch*, February 2015.

PX6

M. Rubin, "The Price of Oil in the 2015-2016 Budgets is Unrealistic," Foreign Military Studies Office, *Operational Environment Watch,* February 2015.

M. Rubin, "Budget Cutbacks Force Iran Broadcasting Closures," Foreign Military Studies Office, *Operational Environment Watch,* February 2015.

M. Rubin, "Supreme Leader Says America Behind Islamic Sectarianism, Radicalism," Foreign Military Studies Office, *Operational Environment Watch,* January 2015.

M. Rubin, "Iran Expands its Strategic Borders," Foreign Military Studies Office, *Operational Environment Watch,* January 2015.

M. Rubin, "Supreme Leader Speaks to Graduating Army Cadets," Foreign Military Studies Office, *Operational Environment Watch,* January 2015.

M. Rubin, "A Naïve Approach to Cyber Defense is Worse than a Missile Strike," Foreign Military Studies Office, *Operational Environment Watch,* December 2014.

M. Rubin, "Iran Assessing and Expanding Cyber Operations," Foreign Military Studies Office, *Operational Environment Watch,* December 2014.

M. Rubin, "Basij Organization Enters Cyber Operations," Foreign Military Studies Office, *Operational Environment Watch,* December 2014.

M. Rubin, "Crackdown Demonstrates Iran's Cyber Capabilities," Foreign Military Studies Office, *Operational Environment Watch,* November 2014.

M. Rubin, "Revolutionary Guards Ground Forces Test New Weaponry," Foreign Military Studies Office, *Operational Environment Watch,* November 2014.

M. Rubin, "Iranian Commanders Are in Iraq, Lebanon, Palestine," Foreign Military Studies Office, *Operational Environment Watch,* November 2014.

M. Rubin, "Iran Deploys Indigenous Version of S-300," Foreign Military Studies Office, *Operational Environment Watch,* October 2014.

M. Rubin, "Jafari: Resistance Will Continue Until Complete Liberation of Palestine," Foreign Military Studies Office *Operational Environment Watch,* October 2014.

M. Rubin, "Rouhani: Iran "Will Never Negotiate" on Defense, Missiles," Foreign Military Studies Office, *Operational Environment Watch,* October 2014.

M. Rubin, "Special Essay: Water Wars in the Heart of Mesopotamia," Foreign Military Studies Office *Operational Environment Watch,* September 2014.

M. Rubin, "Khamenei Speaks on Gaza," Foreign Military Studies Office, *Operational Environment Watch,* September 2014.

M. Rubin, "Iran to Launch New Missile Defense System," Foreign Military Studies Office, *Operational Environment Watch,* September 2014.

M. Rubin, "Iran to Help Lebanon Counter Terrorism," Foreign Military Studies Office, *Operational Environment Watch,* September 2014.

PX6

M. Rubin, "U.S. Responses to Iran's Unconventional Warfare," U.S. Army Special Operations Command, Fort Bragg, August 28, 2014.

M. Rubin, "Iran Opposes Iraqi Kurdistan Independence," Foreign Military Studies Office, *Operational Environment Watch,* August 2014.

M. Rubin, "Iran: The Basij Abroad is the Revolution's Third Child," Foreign Military Studies Office, *Operational Environment Watch,* August 2014.

M. Rubin, "Iran Unveils the Night Vision Drone," Foreign Military Studies Office, *Operational Environment Watch,* August 2014.

M. Rubin, "Iran: We can Strike at America's Military Bases," Foreign Military Studies Office, *Operational Environment Watch,* July 2014.

M. Rubin, "Will ISIS Infiltrate Iran's Sunni Areas?" Foreign Military Studies Office, *Operational Environment Watch,* July 2014.

M. Rubin, "Iranian Soft Power is Superior in the Region," Foreign Military Studies Office, *Operational Environment Watch,* July 2014.

M. Rubin, "Prosecuting Ahmadinejad-era Corruption," Foreign Military Studies Office, *Operational Environment Watch,* June 2014.

M. Rubin, "The Way to Counter the Population Decrease," Foreign Military Studies Office, *Operational Environment Watch,* June 2014.

M. Rubin, "Footloose in Iran: The Return of the Vigilantes," Foreign Military Studies Office, *Operational Environment Watch,* June 2014.

M. Rubin, "Has Iran Overplayed its Hand in Iraq?" *Operational Environment Watch*, Foreign Military Studies Office, May 2014.

M. Rubin, "Iran Flotilla Docks in Djibouti," *Operational Environment Watch*, Foreign Military Studies Office, May 2014.

M. Rubin, "Iran: Israel Bluffs on Missile Defense," *Operational Environment Watch*, Foreign Military Studies Office, May 2014.

M. Rubin, "Jihadi Management," *Operational Environment Watch*, Foreign Military Studies Office, May 2014.

M. Rubin, "Ground Forces Commander: Iranian Deterrence Successful," *Operational Environment Watch*, Foreign Military Studies Office, April 2014.

M. Rubin, "Iran Unveils New Bulletproof Vests," *Operational Environment Watch*, Foreign Military Studies Office, April 2014.

M. Rubin, "Iran Third Biggest Helicopter Power in World," *Operational Environment Watch*, Foreign Military Studies Office, April 2014.

M. Rubin, "Iranian Military Exposes U.S. Weakness," *Operational Environment Watch*, Foreign Military Studies Office, March 2014.

PX6

M. Rubin, "Snows Highlight Poor Crisis Management in Iran," *Operational Environment Watch*, Foreign Military Studies Office, March 2014.

M. Rubin, "Iran's Place in the World," *Operational Environment Watch*, Foreign Military Studies Office, March 2014.

M. Rubin, "Polisario Front Smuggling International Aid," *Operational Environment Watch*, Foreign Military Studies Office, February 2014.

M. Rubin, "Bahrain: Iran Sparking Unrest," *Operational Environment Watch*, Foreign Military Studies Office, February 2014.

M. Rubin, "Behind the Doors of Iranian Prisons," *Operational Environment Watch*, Foreign Military Studies Office, February 2014.

M. Rubin, "Iran's Culture Wars," *Operational Environment Watch*, Foreign Military Studies Office, February 2014.

M. Rubin, "Azerbaijan's Iran Problem," Special Essay for *Operational Environment Watch*, Foreign Military Studies Office, January 2014.

M. Rubin, "Oil Revenues Higher than Approved Budget," *Operational Environment Watch*, Foreign Military Studies Office, January 2014.

M. Rubin, "Khatami Blocked from Attending Mandela Funeral," *Operational Environment Watch*, Foreign Military Studies Office, January 2014.

M. Rubin, "Charting the Future of Iran-Iraq Relations," *Operational Environment Watch*, Foreign Military Studies Office, January 2014.

M. Rubin, "Khamenei Speaks on Demography," *Operational Environment Watch*, Foreign Military Studies Office, December 2013.

M. Rubin, "Assassination in Baluchistan," *Operational Environment Watch*, Foreign Military Studies Office, December 2013.

M. Rubin, "Art and Sanctions," *Operational Environment Watch*, Foreign Military Studies Office, December 2013.

M. Rubin, "Iranian Naval Assistance in Africa," *Operational Environment Watch*, Foreign Military Studies Office, November 2013.

M. Rubin, "University vs. Intelligence Ministry," *Operational Environment Watch*, Foreign Military Studies Office, November 2013.

M. Rubin, "Iran's Critique of Confidence Building," *Operational Environment Watch*, Foreign Military Studies Office, November 2013.

M. Rubin, "Where Goes the IRGC's Economic Wing under Rouhani?" *Operational Environment Watch*, Foreign Military Studies Office, October 2013.

M. Rubin, "Updating Iran's Naval Doctrine," *Operational Environment Watch*, Foreign Military Studies Office, October 2013.

PX6

M. Rubin, "Dueling Unemployment Reports in Iran," *Operational Environment Watch*, Foreign Military Studies Office, September 2013.

M. Rubin, "IRGC Navy Charged with Persian Gulf Security," *Operational Environment Watch*, Foreign Military Studies Office, September 2013.

M. Rubin, "Recommendations of the Ministry of Intelligence to Citizens," *Operational Environment Watch*, Foreign Military Studies Office, August 2013.

M. Rubin, "Revolutionary Guards Unveil Propaganda Bookmobiles," *Operational Environment Watch*, Foreign Military Studies Office, August 2013.

M. Rubin, "Iran Offers to Build Refineries in Iraq and Pakistan," *Operational Environment Watch*, Foreign Military Studies Office, August 2013.

M. Rubin, "Iran Can 'Crush American Warships Like Cans,'" *Operational Environment Watch*, Foreign Military Studies Office, July 2013.

M. Rubin, "Inflation Increasing in Iran," *Operational Environment Watch*, Foreign Military Studies Office, July 2013.

M. Rubin, "Iran-Sudan Naval Cooperation Expands," *Operational Environment Watch*, Foreign Military Studies Office, June 2013.

M. Rubin, "Will Ansar-e Hezbollah Rise Again?" *Operational Environment Watch*, Foreign Military Studies Office, June 2013.

M. Rubin, "Iran's Dam Diplomacy," *Operational Environment Watch*, Foreign Military Studies Office, May 2013.

M. Rubin, "Defining Terrorism to Exculpate Terrorists," *Operational Environment Watch*, Foreign Military Studies Office, May 2013.

M. Rubin, "Africa: Iran's Final Frontier," Foreign Military Studies Office special essay, April 2013.

M. Rubin, "Iranian Navy Enters Pacific," *Operational Environment Watch*, Foreign Military Studies Office, April 2013.

M. Rubin, "Iran Unveils Kamikaze Drones," *Operational Environment Watch*, Foreign Military Studies Office, April 2013.

M. Rubin, "Iran Launches Indigenous Ocean-Going Tanker," *Operational Environment Watch*, Foreign Military Studies Office, April 2013.

M. Rubin, "Is Iran's Automobile Industry Collapsing?" *Operational Environment Watch*, Foreign Military Studies Office, March 2013.

M. Rubin, "Iran-Turkey Trade Jumps Again," *Operational Environment Watch*, Foreign Military Studies Office, March 2013.

M. Rubin, "Clerics Should Prepare Public for Tough Times Ahead," *Operational Environment Watch*, Foreign Military Studies Office, March 2013.

M. Rubin, "Iran to Assist Burmese Muslims," *Operational Environment Watch*, Foreign Military Studies Office, February 2013.

PX6

M. Rubin, "Internationalizing the Basij," *Operational Environment Watch*, Foreign Military Studies Office, February 2013.

M. Rubin, "Iran Seeks to Advance Indigenous Anti-Aircraft Missile Development," *Operational Environment Watch*, Foreign Military Studies Office, February 2013.

M. Rubin, "Deciphering Iranian Decision-Making and Strategy Today," *AEI Middle Eastern Outlook.* January 2013.

M. Rubin, "Iran's Navy Expands Operational Range," *Operational Environment Watch*, Foreign Military Studies Office, January 2013.

M. Rubin, "Is the Tehran Stock Exchange a Tool of the Revolutionary Guards?" *Operational Environment Watch*, Foreign Military Studies Office, January 2013.

M. Rubin, "Iran's Soft Warfare Obsession," *Operational Environment Watch*, Foreign Military Studies Office, January 2013.

M. Rubin, "Understanding Iranian Strategy, Irregular Warfare, and Vulnerabilities" (Paper Commission by the Threat Knowledge Group for the Irregular Warfare Support Program at the Defense Department), January 2013.

M. Rubin, "Iran's Push into Egyptian Film?" *Operational Environment Watch*, Foreign Military Studies Office, December 2012.

M. Rubin, "Airline Tickets Going Sky High?" *Operational Environment Watch*, Foreign Military Studies Office, December 2012.

M. Rubin, "Is Belarus the Weak Link in Iran Sanctions?" *Operational Environment Watch*, Foreign Military Studies Office, December 2012.

M. Rubin, "Iran's Push into Egyptian Film?," *Operational Environment Watch*, Foreign Military Studies Office, November 2012.

M. Rubin, "Airline Tickets Going Sky High?" *Operational Environment Watch*, Foreign Military Studies Office, November 2012.

M. Rubin, "Is Belarus the Weak Link in Iran Sanctions?" *Operational Environment Watch*, Foreign Military Studies Office, November 2012.

M. Rubin, "Discrimination against Foreign Students in Qom," *Operational Environment Watch*, Foreign Military Studies Office, October 2012.

M. Rubin, "Cleric Encourages 'Temporary Marriages' for Students," *Operational Environment Watch*, Foreign Military Studies Office, October 2012.

M. Rubin, "Iran Raises Bounty on Salman Rushdie," *Operational Environment Watch*, Foreign Military Studies Office, September 2012.

M. Rubin, "Corruption Scandal in Iran's Central Bank," *Operational Environment Watch*, Foreign Military Studies Office, September 2012.

M. Rubin, "Iran's Combat Drones Fitted with Drones," *Operational Environment Watch*, Foreign Military Studies Office, September 2012.

PX6

M. Rubin, "Union Sympathizer is a Foreign Spy," *Operational Environment Watch*, Foreign Military Studies Office, August 2012.

M. Rubin, "Pillorying the Pushers in Tehran," *Operational Environment Watch*, Foreign Military Studies Office, August 2012.

M. Rubin, "The Enemy's Strategy is to Promote American Islam," *Operational Environment Watch*, Foreign Military Studies Office, August 2012.

M. Rubin, "Regressing on Iran," *Town Hall*, August 2012.

M. Rubin, "Expanding Gender Segregation in Iran's Universities," *Operational Environment Watch*, Foreign Military Studies Office, July 2012.

M. Rubin, "Inside Iran's Foreign Service," *Operational Environment Watch*, Foreign Military Studies Office, July 2012.

M. Rubin, "Food Princes Skyrocket in Iran," *Operational Environment Watch*, Foreign Military Studies Office, June 2012.

M. Rubin, "Revolutionary Guard Chief Exacerbates UAE-Iran Island Dispute," *Operational Environment Watch*, Foreign Military Studies Office, June 2012.

M. Rubin, "Tehran's Losing Battle with Air Pollution," *Operational Environment Watch*, Foreign Military Studies Office, June 2012.

M. Rubin, "Khamenei's Facebook Fatwa," *Operational Environment Watch*, Foreign Military Studies Office, May 2012.

M. Rubin, "Protests Highlight Labor Discord in Iran," *Operational Environment Watch*, Foreign Military Studies Office, May 2012.

M. Rubin, "The Genesis of Iran's Space Program," *Operational Environment Watch*, Foreign Military Studies Office, May 2012.

M. Rubin, "Iran Debates, Rejects Talks with United States," *Operational Environment Watch*, Foreign Military Studies Office, April 2012.

M. Rubin, "Afghans Highlight Iranian Interference," *Operational Environment Watch*, Foreign Military Studies Office, April 2012.

M. Rubin, "Ahmadinejad's Failed Promises," *Operational Environment Watch*, Foreign Military Studies Office, April 2012.

M. Rubin, "Iran's Statistical Manipulation Suggests Regime Vulnerability," *Operational Environment Watch*, Foreign Military Studies Office, March 2012.

M. Rubin, "Election Boycott Drives a Wedge Between Iran Reformists," *Operational Environment Watch*, Foreign Military Studies Office, March 2012.

M. Rubin, "The Nature of the Bahraini Opposition," *Operational Environment Watch*, Foreign Military Studies Office, March 2012.

M. Rubin, "Turkey," *Foreign Policy and National Security Resource Kit*, Center for Security Policy, November 2011.

PX6

M. Rubin, "Iran," *Foreign Policy and National Security Resource Kit*, Center for Security Policy, November 2011.

M. Rubin, "The Enduring Iran-Syria-Hezbollah Axis," *AEI Middle Eastern Outlook*, December 2009.

M. Rubin, "Iran's Global Ambition," *AEI Middle Eastern Outlook*, March 2008.

M. Rubin, "Is Iraqi Kurdistan a Good Ally?" *AEI Middle Eastern Outlook*, January 2008.

M. Rubin, "Will Turkey Have an Islamist President?" *AEI Middle Eastern Outlook.* February 2007.

M. Rubin, "Is American Support for Middle Eastern Dissidents the Kiss of Death?" *AEI Middle Eastern Outlook.* December 2006

M. Rubin, "Can Iran be Trusted?" *AEI Middle Eastern Outlook.* September 2006.

M. Rubin, "Are We Playing for Keeps?" *AEI On the Issues.* March 2, 2006.

M. Rubin, "Iran Means What it Says." *AEI On the Issues.* January 25, 2006.

M. Rubin, "Domestic Threats to Iranian Stability: Khuzistan and Baluchistan." *Jerusalem Issue Brief.* November 13, 2005.

M. Rubin, "Beware the Arafat Model in Iraq." *AEI On the Issues.* September 16, 2005.

M. Rubin, "A Comedy of Errors." *AEI On the Issues.* May 2, 2005.

M. Rubin, "Will Washington Support Democracy in Iran?" *Jerusalem Issue Brief.* February 13, 2005.

M. Rubin, "Mounting Humanitarian Catastrophe in Sudan: Implications for U.S. Policy." *Washington Institute PolicyWatch #878.* June 28, 2004.

M. Rubin, "Iran's Burgeoning Discontent." *Washington Institute PolicyWatch #628.* May 30, 2002

M. Rubin, "Iran and the Palestinian War Against Israel: Implications of the Karine-A Affair." *Middle East Backgrounder.* (American Jewish Committee). February 26, 2002.

M. Rubin, "In the War against Terrorism, Where goes Sudan?" *Washington Institute PolicyWatch #570,* October 10, 2001.

M. Rubin, D. Isbey, and M. Eisenstadt. "Inside Afghanistan and Pakistan." *Washington Institute PolicyWatch #564,* October 4, 2001.

M. Rubin, "Osama bin Laden, the Taliban, and the Challenge of State Sponsors." *Washington Institute PolicyWatch #555.* September 14, 2001.

M. Rubin, "The Internet in Iraqi Kurdistan." *Perspectives* (Carnegie Council for Ethics in International Affairs). Summer 2001.

M. Rubin, "Northern Iraq, Sanctions, and U.S. Iraq Policy," *Washington Institute PolicyWatch #543,* July 5, 2001.

M. Rubin, "Iran's Hardline Vigilantes and the Prospects for Reform." *Washington Institute PolicyWatch #540,* June 12, 2001.

M. Rubin, "The West's Next Test: The Verdict of the Thirteen Jews." *Washington Institute PolicyWatch #474.* June 30, 2000.

M. Rubin, "Defection of a Terror Suspect: Window into Iranian State Terrorism?" *Washington Institute PolicyWatch #468.* June 5, 2000.

**PX6**

M. Rubin, "The Ebb and Flow of Reform in Iran." *Washington Institute PolicyWatch #459*. May 1, 2000.

M. Rubin, "Iran's Hardliners Fight Back." *Washington Institute PolicyWatch #456*. April 24, 2000.

M. Rubin, "Khatami's Next Test: The Trial of Thirteen Jews." *Washington Institute PolicyWatch #452*. April 11, 2000.

M. Rubin and D. Benjamin, "The Taliban and Terrorism: Report from Afghanistan." *Washington Institute PolicyWatch #450*. April 6, 2000.

M. Rubin, "Exceeding Expectations: Bahrain One Year after Succession." *Washington Institute PolicyWatch #443*. March 2, 2000.

M. Rubin and D. Menashri, "Iran's Majlis Elections: Prospects and Implications." *Washington Institute PolicyWatch #441*. February 17, 2000.

M. Rubin, "South Asia: New Refuge for Middle East-Style Radical Terrorists." *Washington Institute PolicyWatch #440*. February 11, 2000.

M. Rubin, "Europe's Critical Dialogue with Iran: An Assessment." *Washington Institute PolicyWatch #433*. January 10, 2000.

M. Rubin, "Iran and the Prospects for Syria-Israel Peace." *Washington Institute PeaceWatch #237*. December 22, 1999.


### BOOK REVIEWS AUTHORED

Mateo Mohammad Farazaneh's *Iranian Women and Gender in the Iran-Iraq War* for *Middle East Quarterly*, Fall 2021.

Arbella Bet-Shlimon's *City of Black Gold* for *Middle East Quarterly*, Spring 2020.

Michael Axworthy, *Crisis, Collapse, Militarism and Civil War: The History & Historiography of 18ᵗʰ Century Iran*, for *Middle East Quarterly*, Winter 2019

Neguin Yavari, *The Future of Iran's Past* for *Middle East Quarterly*, Winter 2019.

Abbas Amanat's *Iran: A Modern History* for *Middle East Quarterly*, Fall 2018

Mahmood Monshipouri, Inside the Islamic Republic: Social Change in Post-Khomeini, in *Middle East Quarterly*, Fall 2017.

Mehran Riazaty, *Khomeini's Warriors* in *Middle East Quarterly*, Spring 2017.

Afshon Ostovar, *Vanguard of the Imam* in *Middle East Quarterly*, Spring 2017

Martha Cottam and Joe Huseby, *Confronting Al Qaeda* in *Middle East Quarterly*, Winter 2017

Umut Uzer, *Intellectual History of Turkish Nationalism* in *Middle East Quarterly*, Winter 2017

"Keeping the Tsar at Bay," Review Essay of Garry Kasparov's *Winter is Coming* in *International Journal of Intelligence and Counterintelligence*, Summer 2016.

Clarissa De Waal, *Everyday Iran*, in *Middle East Quarterly*, Spring 2016.

Mateo Mohammed Farzaneh, *The Iranian Constitutional Revolution and the Clerical Leadership of Khurasani*, in *Middle East Quarterly*, Spring 2016.

PX6

Nicholas Krohley, *The Death of the Mehdi Army*, in *Middle East Quarterly*, Winter 2016.

Mahnaz Shirali and Bernice Dubois, *The Mystery of Contemporary Iran*, in *Middle East Quarterly*, Autumn 2015.

Seyed Hossein Mousavian, *Iran and the United States* in *Middle East Quarterly*, Winter 2015.

Hugh Wilford, *America's Great Game*, for *Commentary*, June 2014.

Ali Alfoneh, *Iran Unveiled*, in *e-International Relations*, July 1, 2013.

Stephen O'Hern, *Iran's Revolutionary Guards"* in *Middle East Quarterly*, Summer 2013

Abbas Vali, *Kurds and State in Iran*, in *Middle East Quarterly*, Summer 2013

Norman Cigar, *Al-Qaida, the Tribes, and the Government*, in *Middle East Quarterly*, Winter 2013

Frederic Wehrey et al. *The Rise of the Pasdaran*, in *Middle East Quarterly*, Fall 2012

David Crist's "The Thirty Years' War," in *National Review*, July 30, 2012.

Hamid Dabashi, *The Green Movement*, in *Middle East Quarterly*, Summer 2012

Frederic Wehrey et al. *The Iraq Effect: The Middle East after the Iraq War* in *Middle East Quarterly*, Fall 2011.

Mark Perry, *Talking to Terrorists* in *Middle East Quarterly*, Fall 2011.

Dana Allin and Steven Simon, *The Sixth Crisis*, in *Commentary*, February 2011.

Rupert Hay, *Two Years in Kurdistan* in *Middle East Quarterly*, January 2011.

Ofira Seliktar, *The Politics of Intelligence and American Wars with Iraq*, in *Middle East Quarterly*, Summer 2010.

James Dobbins et al., *Occupying Iraq*, in *Middle East Quarterly*, Summer 2010.

Michael Young, *The Ghosts of Martyrs Square*, in *Commentary*, May 2010.

James Dobbins et al., *Occupying Iraq*, in *Middle East Quarterly*, Spring 2010.

Peter J. Munson, *Iraq in Transition*, in *Middle East Quarterly*, Spring 2010.

Reidar Visser and Gareth Stansfield, *An Iraq of its Regions*, in *Middle East Quarterly*, Winter 2010.

Phil Williams, *Criminals, Militias, and Insurgents*, in *Middle East Quarterly*, Winter 2010.

Marwan Muasher, *The Arab Center*, in *Middle East Quarterly*, Winter 2010.

Joshua Muravchik, *The Next Founders*, in *Commentary*, September 2009.

Simon Serfaty, *Architects of Delusion*, in *Middle East Quarterly*, Fall 2009.

A.J. Rossmiller, *Still Broken*, in *Middle East Quarterly*, Fall 2009.

Ofira Seliktar, *Politics of Intelligence*, in *Middle East Quarterly*, Fall 2009.

Reidar Visser and Gareth Stansfield, eds., *An Iraq of its Regions*, in *Middle East Quarterly*, Autumn 2009.

Lior Halevi, *Muhammad's Grave*, in *Middle East Quarterly*, Summer 2009.

Robert Earle, *Nights in the Pink Motel*, in *Middle East Quarterly*, Spring 2009.

Peter R. Mansoor, *Baghdad at Sunrise*, in *Middle East Quarterly*, Spring 2009.

Christian Alfonsi.  *Circle in the Sand: The Bush Dynasty in Iraq*, in *Middle East Quarterly*, Spring 2009.

Stuart A. Cohen, *British Policy in Mesopotamia, 1903-1914*, in *Middle East Quarterly*, Spring 2009.

**PX6**

Douglas Feith.  *War and Decision*, in *Middle East Quarterly*, Winter 2009.

Barbara Nimri Aziz.  *Swimming up the Tigris*, in *Middle East Quarterly*, Winter 2009.

James Stephenson.  *Losing the Golden Hour*, in *Middle East Quarterly*, Winter 2009.

Moshe Shemesh.  *Arab Politics, Palestinian Nationalism, and the Six Day War*, *Middle East Quarterly*, Fall 2008.

Olivier Roy.  *The Politics of Chaos in the Middle East*, in *Middle East Quarterly*, Fall 2008.

Beverly Milton-Edwards.  *Contemporary Politics in the Middle East*, *Middle East Quarterly*, Fall 2008.

Maurice Roumani.  *The Jews of Libya*, in *Middle East Quarterly*, Fall 2008.

Kenneth Pollack.  *The Way out of the Desert*, in *New York Sun*, July 22, 2008.

Daniel Tsadik.  *Between Foreigners and Shi'is*, in *Middle East Quarterly*, Summer 2008.

Maan Abu Nowar.  *The Development of Trans-Jordan, 1929-1939*, in *Middle East Quarterly*, Summer 2008.

Kamal A. Mahdi, Anna Würth and Helen Lackner.  *Yemen Into the Twenty-First Century*, in *Middle East Quarterly*, Summer 2008.

Charles MacDonald and Carole O'Leary, eds.  *Kurdish Identity*, in *Middle East Quarterly*, Summer 2008.

Daniel Byman and Kenneth Pollock.  *Things Fall Apart*, in *Middle East Quarterly*, Summer 2008.

Naval Intelligence Division.  *Palestine and Transjordan*, in *Middle East Quarterly*, Summer 2008.

John W. Garver.  *China & Iran*, in *Middle East Quarterly*, Summer 2008.

Aliza Marcus.  *Blood and Belief*, in *Middle East Quarterly*, Summer 2008.

Norman Podhoretz, *World War IV: The Long Struggle against Islamofasicism*, in *Middle East Quarterly*, Spring 2008.

Trita Parsi, *Treacherous Alliance: The Secret Dealings of Israel, Iran, and the U.S.*, in *Middle East Quarterly*, Spring 2008.

Liora Lukitz, *A Quest in the Middle East: Gertrude Bell and the Making of Modern Iraq*, in *Middle East Quarterly*, Spring 2008.

Joost Hiltermann, *A Poisonous Affair: America, Iraq, and the Gassing of Halabja*, in *Middle East Quarterly*, Spring 2008.

Shaul Shay, *Islamic Terror Abductions in the Middle East*, in *Middle East Quarterly* in Spring 2008.

Marcus Bouillon, David Malone, and Ben Rowswell, eds., in *Middle East Quarterly*, Spring 2008.

Eric Herring and Glen Rangwala, *Iraq in Fragments*, in *Middle East Quarterly*, Spring 2008.

Gareth Stansfield, *Iraq: People, History, Politics*, in *Middle East Quarterly*, Spring 2008.

Ali Ansari, ed. *Iran, Islam, and Democracy: The Politics of Managing Change*, in *Middle East Quarterly*, Spring 2008.

Michael Knights.  *Cradle of Conflict: Iraq and the Birth of the Modern U.S. Military*, in *Middle East Quarterly*, Spring 2008.

Barbara Slavin.  *Bitter Friends, Bosom Enemies*, in *Middle East Quarterly*, Spring 2008.

**PX6**

Anthony Cordesman. *Iraqi Security Forces*, in *Middle East Quarterly*, Winter 2008.

John Laughland and Michel Korinman, eds. "Shia Power: Next Target Iran?" in *Middle East Quarterly*, Fall 2007.

David Romano, "The Kurdish Nationalist Movement," in *Middle East Quarterly*, Summer 2007.

Ali Allawi, "The Occupation of Iraq: Winning the War, Losing the Peace," in *Middle East Quarterly*, Summer 2007

Ali Sadeghi, "Persia: Cradle of Infidels." in *Middle East Quarterly*, Summer 2007.

Kevin McKiernan, "The Kurds: A People in Search of Their Homeland," in *Middle East Quarterly*, Summer 2007.

Eric Davis, "Memories of State: Politics, History, and Collective Identity," in *Middle East Quarterly*, Summer 2007.

Umar Abd-Allah, "A Muslim in Victorian America: The Life of Alexander Russell Webb," in *Middle East Quarterly*, Summer 2007.

Ernest S. Tucker, "Nadir Shah's Quest for Legitimacy in Post-Safavid Iran," in *Middle East Quarterly*, Summer 2007.

Ahmed S. Hashim, "Insurgency and Counter-insurgency in Iraq," in *Middle East Quarterly*, Summer 2007.

Uzi Rabi, "The Emergence of States in a Tribal Society," in *Middle East Quarterly*, Summer 2007.

Henner Fürtig, "Iran's Rivalry with Saudi Arabia between the Gulf Wars," in *Middle East Quarterly*, Summer 2007.

Kim Olson, "Iraq and Back: Inside the War to Win Peace," in *Middle East Quarterly*, Summer 2007.

Michael L. Gross, "Bioethics and Armed Conflict," in *Middle East Quarterly*, Summer 2007.

James Fallows, "Blind into Baghdad," in *Middle East Quarterly*, Summer 2007.

Vanessa Martin, "Anglo-Iranian Relations since 1800," in *Middle East Quarterly*, Summer 2007.

Denise Natali, "The Kurds and the State," in *Middle East Quarterly*, Winter 2007.

Bill Park, "Turkey's Policy towards Northern Iraq: Problems and Perspectives," in *Middle East Quarterly*. Winter 2007.

Ben Macintyre, "The Man Who Would be King: The First American in Afghanistan," in *Middle East Quarterly*. Fall 2006.

Gregory Fontenot et al., "On Point: The United States Army in Operation Iraqi Freedom," in *Middle East Quarterly*, Fall 2006.

Tamara Chalabi, "The Shi'is of Jabal 'Amil and the New Lebanon," in *Middle East Quarterly*, Fall 2006.

Peter W. Galbraith, "The End of Iraq: How American Incompetence Created a War Without End," in *New York Sun*. July 17, 2006.

**PX6**

Matthew Levitt, "Hamas: Politics, Charity, and Terrorism in the name of Jihad"; J. Millard Burr and Robert Collins, "Alms for Jihad: Charity and Terrorism in the Islamic World"; and Fawaz Gerges, "Journey of the Jihadist: Inside Muslim Militancy," in *New York Sun*, May 23, 2006.

Michael Gordon and Bernard Trainor, "Cobra II: The Inside Story of the Invasion of Iraq" and Anthony Zinni, "The Battle for Peace: A Frontline Vision of America's Power and Purpose," in *New York Sun*, April 12, 2006.

Mike Tucker, "Among Warriors in Iraq," in *Middle East Quarterly*, Spring 2006.

Brendan O'Leary and John McGarry, "The Future of Kurdistan in Iraq," in *Middle East Quarterly*, Spring 2006.

William O. Beeman, "The 'Great Satan' and the 'Mad Mullahs': How the United States and Iran Demonize Each Other," in *Middle East Quarterly*, Spring 2006.

Courtney Hunt, "The History of Iraq," in *Middle East Quarterly*, Spring 2006.

Touraj Atabaki and Erik J. Zürcher, "Men of Order: Authoritarian Modernization under Ataturk and Reza Shah," in *Middle East Quarterly*, Spring 2006.

Mark Etherington, "Revolt on the Tigris: The al-Sadr Uprising and the Governing of Iraq." *Middle East Quarterly*. Spring 2006.

Presidential Study Group, "Security, Reform, and Peace: The Three Pillars of U.S. Strategy in Iraq," in *Middle East Quarterly*, Spring 2006.

Hadani Ditmars, "Dancing in the No-Fly Zone: A Woman's Journey through Iraq," in *Middle East Quarterly*, Spring 2006.

L. Paul Bremer, "My Year in Iraq: The Struggle to Build a Future of Hope," in *Armed Forces Journal*, March 6, 2006.

George Packer. "Assassin's Gate: America in Iraq," in *The Daily Star*, December 20, 2005.

Kerim Yildiz, "The Kurds in Iraq," in *Middle East Quarterly*, Winter 2005.

David L. Phillips, "Losing Iraq: Inside the Post-war Reconstruction Fiasco," in *Middle East Quarterly*, Winter 2005.

Michael Knights, "Operation Iraqi Freedom and the New Iraq: Insights and Forecasts," in *Middle East Quarterly*, Summer 2005.

Jeffrey Record, "Dark Victory: America's Second War against Iraq," in *Middle East Quarterly*, Summer 2005.

Mai Yamani, "Cradle of Islam: The Hijaz and the Quest for an Arabian Identity," in *Middle East Quarterly*. Summer 2005.

Mike Tucker, "Hell is Over: Voices of the Kurds after Saddam," in *Middle East Quarterly*, Summer 2005.

Steven Vincent. "In the Red Zone: A Journey into the Soul of Iraq," in *Middle East Quarterly*, Summer 2005

**PX6**

Natan Sharansky, "The Case for Democracy: The Power of Freedom to Overcome Tyranny and Terror." *Middle East Quarterly*. Summer 2005.

Scott Taylor, "Among the 'Others': Encounters with the Forgotten Turkmen of Iraq." *Middle East Quarterly*. Summer 2005.

Kanan Makiya, "The Monument: Art and Vulgarity in Saddam Hussein's Iraq," *Middle East Quarterly*, Fall 2004.

Christopher Preble, ed. "Exiting Iraq," *Middle East Quarterly*, Fall 2004.

Liam Anderson and Gareth Stansfield, "The Future of Iraq: Dictatorship, Democracy, or Division?" *Middle East Quarterly*, Summer 2004.

Gina Lennox, ed. "Fire, Snow & Honey: Voices from Kurdistan," *Middle East Quarterly*, Spring 2004.

Gareth Stansfield. "Iraqi Kurdistan: Political Development and Emergent Democracy," *Middle East Quarterly*, Winter 2004.

Laurence Kelly.  "Diplomacy and Murder in Tehran," *Middle East Quarterly*, Summer 2003.

Michael V. Deaver, "Disarming Iraq: Monitoring Power and Resistance," *Middle East Quarterly*, Winter 2003.

Eric Hooglund, ed. "Twenty Years of Islamic Revolution," *Middle East Quarterly*, Winter 2003.

Ralph H. Magnus and Eden Naby. "Afghanistan: Mullah, Marx, and Mujahid." *Middle East Quarterly*, Winter 2003.

Maziar Behrooz, "Rebels with a Cause: The Failure of the Left in Iran."  *Middle East Quarterly*, Fall 2000.

Bobby Sayyid.  "A Fundamentalist Fear: Eurocentrism and the Emergence of Islamism." *Millennium*. 1997.

## PRESENTATIONS

"Deal or No Deal: US-Iran Talks and Implications for the Middle East," Middle East Institute, May 26, 2021.

"National Security Symposium," Musanze, Rwanda, May 13, 2021.

"100 Days: Assessing Biden's Middle East and South Asia Policy," Usanas Foundation, May 6, 2021.

"Should the U.S. Re-enter the JCPOA?" Northwestern University Political Union, May 6, 2021.

"U.S.-Iran Relations (or Lack Thereof)" Miami University of Ohio Alexander Hamilton Society, April 28, 2021.

"Reframing U.S. Relations with the Kurdistan Region of Iraq in Light of Human Rights and Freedom of Speech Violations," *Kurdistan Times* Talk, March 9, 2021.

"After the Abraham Accords: What's Next for Israel?" Alexander Hamilton Society, Yale University, March 8, 2021.

PX6

"The Biden Administration and U.S. Foreign Policy Concepts in the Eastern Mediterranean," American Hellenic Institute, January 27, 2021.

"The Changing American Political Landscape and its Impact on the Horn of Africa and the Red Sea," Institute for Peace and Conflict Studies, University of Hargeisa, Somaliland, January 10, 2021.

"Iran in a Post-Pandemic World," Temple Emanu-El, Palm Beach Island, December 16, 2020.

"Turkey's Aggression in Syria and Iraq," In Defense of Christians, December 16, 2020.

"Trump's Iran Policy and Expectations," Alexander Hamilton Society, Columbia University, December 11, 2020.

"Feasibility of an International Envoy and New Mandate for Ambassador Khalilzad," Afghanistan Institute of Strategic Studies, December 10, 2020.

"Perils and Possibilities: US-Iran Relations," George Washington University, Alexander Hamilton Society, November 18, 2020.

"Lebanon: A Nation in Turmoil," B'nai Brith, November 5, 2020.

"Healing the Wounds of Kandahar and Kabul: Searching for Peace in Afghanistan," Usanas Foundation, October 30, 2020.

"Iraq Trip Report," State Department Bureau of Near Eastern Affairs, October 29, 2020.

"Turkey is Committing Another Christian Genocide. Why is the Trump Administration Silent?" October 16, 2020.

"Should the US Cut Off Support to Saudi Arabia Over Yemen?" Hamilton Society Debate, Notre Dame University, September 24, 2020.

"Sinjar," State Department Bureau of Near Eastern Affairs, September 10, 2020.

"Eastern Mediterranean," Foreign Service Institute, September 4, 2020.

"The Strategic US-Africa Partnership," New York Center for Foreign Policy Affairs, August 21, 2020.

"What Really Causes Instability in the Middle East?" World Affairs Council of Philadelphia, Philadelphia, Pennsylvania, January 15, 2020.

"The Situation in Baghdad," Niskanen Center, Washington, DC, January 7 2020.

"Seven Pillars of Instability in the Middle East," University of Chicago, Chicago, Illinois, December 5, 2019.

"Chaos in the Middle East: The Seven Pillars" University of Wisconsin- Madison, Madison, Wisconsin, December 4, 2019.

"Seven Pillars of Instability in the Middle East," Brown University, Providence, Rhode Island, December 3, 2019.

"Somaliland's Regional Integration," Economy and Infrastructure in Somaliland Conference, Nairobi, Kenya, November 21, 2019.

"Integration in East Africa," United States International University- Africa, Nairobi, Kenya, November 18, 2019.

PX6

"Turkey's Challenge to Libyan Stability," National Council on U.S.-Libya Relations, Washington, DC, November 15, 2019.

"Withdrawing from Syria: What Happens Next?" Vanderbilt University Executive Council, Nashville, Tennessee, November 12, 2019.

"Turkey's Illegal Intelligence Gathering on Dissidents in the United States and Europe," The Investigative Journal Conference on Turkey/ISIS, November 11, 2019.

"U.S. and Irn: How Has History Shaped Policy Decisions Today?" American University Hamilton Society, November 5, 2019.

"Iranian Foreign Policy and the Persian Gulf," Foreign Service Institute, Arlington, Virginia, October 31, 2019.

"Strengthening U.S.-Morocco Relations," Royal Institute for Strategic Studies, Rabat, Morocco, October 29, 2019.

"U.S. Perspectives on South Asia," Pakistan National Defense University roundtable, Islamabad, Pakistan October 22, 2019.

"Turkey: New Realities and Challenges," George Washington University Hamilton Society, Washington, DC, September 25, 2019.

"Is the Eastern Mediterranean the New Persian Gulf?" Foreign Service Institute, Arlington, Virginia, August 20, 2019.

"The Turkey-ISIS Nexus," Rojava Center for Strategic Studies, Amudeh, Syria, July 6, 2019.

"Leadership in Somali Education and Development," Marist College, Poughkeepsie, NY, June 9, 2019.

"The Future of U.S. Involvement in the Middle East," Chicago Institute of Politics, University of Chicago, May 31, 2019.

"The Fallacy of Talking to the Taliban," the Afghan Institute for Strategic Studies, Kabul, Afghanistan, May 23, 2019.

"What next in Syria?" Carnegie-Mellon University Hamilton Society, Pittsburgh, Pennsylvania, April 24, 2019.

"Is US Reconciliation with Iran Possible?" Copenhagen University, April 5, 2019.

"What changes in the Middle East will define the Trump presidency?" Danish Institute for International Studies, April 4, 2019.

"U.S. Strategy and Foreign Policy in the Middle East," Royal Danish Defense College, Copenhagen, April 4, 2019.

"Is the US posture to the Middle East wrong?" University of Gothenburg, Sweden, April 3, 2019.

"Is U.S.-Iran Reconciliation Possible?" Brännpunkt Europa, Gothenburg, Sweden, April 3, 2019.

"Succession in the Middle East along with the U.S. Grand Strategy," Swedish Defense University, April 2, 2019.

"What may influence US policy toward Iran," International Council of Swedish Industry, Stockholm, April 2, 2019.

PX6

"The Trouble with Turkey," The Confederation of Swedish Conservative and Liberal Students, Stockholm, Sweden, April 1, 2019.

Roundtable on Current Events, Swedish Defense Research Agency, Stockholm, April 1, 2019.

"The Future of the U.S.-Saudi Strategic Alliance," Cornell Political Union, Ithaca, New York, March 26, 2019.

"Should the U.S. Withdraw from Syria?" University of Virginia Hamilton Society, March 4, 2019.

"Trump's Proposed Troop Withdrawal from Syria," Furman University Executive Council, Greenville, South Carolina, February 27, 2019.

"Changing U.S. Perspectives toward the Horn of Africa," University of Hargeisa, Hargeisa, Somaliland, February 12, 2019.

"Iran's Imperial Foreign Policy," Council on Foreign Relations' Symposium on the 40th Anniversary of Iran's Islamic Revolution, February 6, 2019.

"Iranian Soft Power Strategies in Syria," Culture, Regional Expertise and Language Management Office, Fort Leavenworth, January 14, 2019.

"Turkey as a Regional Hotspot," Near East/South Asia (NESA) Center, National Defense University, Washington, DC, December 6, 2018.

"The Future of U.S.-Saudi Relations" University of Wisconsin Hamilton Society, Madison, Wisconsin, November 28, 2018.

"Should the U.S. Stop Military Aid to Saudi Arabia?" Brown University Hamilton Society, November 15, 2018.

"Temptation of Power: U.S. Policy in the Middle East," 5th Annual Abu Dhabi Strategic Debate, Abu Dhabi, United Arab Emirates, November 10, 2018.

"How Best Can the U.S. Combat Islamist Extremism?" Ohio State University Hamilton Society, Columbus, Ohio, November 1, 2018.

"U.S. Withdrawal from the JCPOA," Harvard University Hamilton Society, Cambridge, Massachusetts, October 29, 2018.

"The Future of U.S. Policy Toward the Strait of Hormuz," Omani Diplomatic Academy, Muscat, Oman, October 22, 2018.

"Where Politics and Religion Diverge," Imam Sajjad Festival, Shrine of Imam Hussein, Karbala, Iraq, October 5, 2018.

"Religious Freedom must be Front and Center in U.S. Policy," Liberty University Convocation, Lynchburg, Virginia, September 29, 2018.

"Could the Islamic Republic of Iran ever Collapse?" Foreign Military Studies Office, Fort Leavenworth, Kansas, August 2, 2018.

"U.S. Power in the Middle East," Notre Dame International Security Center, Notre Dame, Indiana, April 26, 2018.

"Is Turkey Still an Ally?" Hillsdale College Hamilton Society, Hillsdale, Michigan, April 3, 2018.

PX6

"The Wisdom of Projecting Military Power," University of Pennsylvania Federalist Society, Philadelphia, Pennsylvania, March 22, 2018.

"New Threats and Future Opportunities of the New World Economy," Dakhla, Western Sahara, Morocco, December 7, 2017.

"The Future of Iran's Military," Foreign Military Studies Office, Fort Leavenworth, Kansas, June 12, 2017.

"The U.S. – Kurdish Collaboration in the Course of Reshaping the Middle East," Kurdish Policy Research Center conference, Washington, DC, May 25, 2017.

"Talk Ain't Cheap: The High Cost of Diplomacy with Enemies," Towson University Global Lecture Series, April 27, 2017.

"What should Trump be doing about ISIS?" Hamilton Society, Boston College, April 25, 2017.

"Restore or Revise: The Future of US-Israel Relations," Hamilton Society, University of Texas-Austin, April 4, 2017.

"New Developments in Hezbollah and Iran Arsenals," Temple Emanu-El, Palm Beach, Florida, March 29, 2017.

"Lessons from Failed Middle East Diplomacy," EMET Capitol Hill Conference, March 23, 2017.

"The Age of Hyper-Terrorism and 'Low cost' Terrorism" Marrakech Security Forum, Marrakech, Morocco, February 12, 2017.

"Terrorism and Militancy," Counterterrorism Investigations and Operations, FBI, Manassas, Virginia, January 11, 2017

"Terrorism on our Doorstep," Awakening Conference, Sea Island, Georgia, January 7, 2017.

"What role for Western powers in Kurdish democratic agenda?," 13th International Conference on the European Union, Turkey, Middle East, and the Kurds, European Union Parliament, Brussels, Belgium, December 7, 2016.

"Problems in Kurdish Studies," Middle East Studies Association, Boston, Massachusetts, November 19, 2016.

"How to Augment America's Fight against ISIS." Ashland University Hamilton Society, Ashland, Ohio, November 17, 2016.

"Terrorism and Militancy," Counterterrorism Investigations and Operations, FBI, Manassas, Virginia, November 16, 2016.

"Is Change in Iran Rhetorical or Real," Association for the Study of Middle East and Africa (ASMEA), Washington, DC, October 28, 2016.

"Terrorism and Militancy," Counterterrorism Investigations and Operations, FBI, Manassas, Virginia, October 26, 2016.

"Why Diplomacy with Rogue Regimes Doesn't Work," Special Warfare Operational Design Course, Fort Bragg, North Carolina, October 19, 2016.

"The Syrian Refugee Crisis," George Washington University Hamilton Society, Washington, DC, September 22, 2016.

PX6

"Future of ISIS," Joint Terrorism Task Force conference, Leesburg, Virginia, September 20, 2016.

"The Evolution of Terrorism," FBI Field Office, Jacksonville, Florida, September 14, 2016.

"Iran, Terrorism, and Islamic Radicalism," FBI Washington Field Office, Washington, DC., April 22, 2016.

"The Role of Secular Governance in World Peace: Reaffirming Ataturk's Vision." Atatürk Society of America, Washington, DC, April 21, 2016.

"Future of U.S. Foreign Policy with Israel," Hillsdale College (Michigan) Hamilton Society, Hillsdale, Michigan, April 20, 2016.

"Turkey's Foreign Policy and Involvement in Syria," Columbia University Hamilton Society, New York, New York, April 18, 2016.

"Islam, Terrorism, and Extremism," FBI Counter Terrorism and Intelligence Operations, Manassas, Virginia, April 14, 2016.

"U.S. Policy toward Rogue Regimes," Arizona State University Hamilton Society, Tempe, Arizona, April 12, 2016.

"Iran, Terrorism, and Islamic Radicalism," FBI Washington Field Office, Washington, DC, April 4, 2016.

"The Saudi-Iran Challenge," Duke University Hamilton Society, Durham, NC, March 28, 2016.

"Australia-Israel Relations," AIPAC Policy Conference, Washington, DC, March 20, 2016.

"Terrorism in South Asia," Raisina Dialogue, India Ministry of External Affairs, New Delhi, March 3, 2016.

"Unilateralism and Diplomacy," Ohio State University Hamilton Society, February 2, 2016.

"The Middle East Challenge," Pepperdine University, Malibu, California, January 13, 2016.

"Immigration and National Security," Princeton University Hamilton Society, December 15, 2015.

"Islam, Terrorism, Iran, and Hezbollah," FBI Field Office, Miramar, Florida, November 20, 2015.

"What Should the U.S. Do in the Middle East?" University of Miami, Miami, Florida, November 19, 2015

"Foreign Policy Over Coffee," Ave Marie University, Ave Marie, Florida, November 18, 2015.

"The Future of Iraq," University of Karbala, Karbala, Iraq, November 10, 2015

"Don't Conflate Iran and Shi'ism," 2nd Annual Conference on Imam Sajjad, Karbala, Iraq, November 8, 2015.

"The Ideology & Cash Behind Terrorism," Dynasty Financial Partners, St. Helena, California, October 23, 2015.

"Islam, Terrorism, Iran, and Hezbollah," FBI Field Office, Houston, Texas, October 21, 2015.

Islam, Terrorism, Iran, and Hezbollah," FBI Field Office, New York City, July 30, 2015

"Shi'ite Islam, Iranian Revolutionary Guards, and Hezbollah," FBI Washington Field Office, June 11, 2015.

"The Challenge of ISIS," Grove City College, Grove City, Pennsylvania, April 20, 2015

"Iran Nuclear Program," Arizona State University, Tempe, Arizona, April 16, 2015

PX6

"The Nature of Tyranny," Ohio State University, February 24, 2015.

"The Challenge of ISIS," Miami University of Ohio, February 23, 2015.

"Middle East Turmoil: Lessons from and Implications for Asia," Institute of Strategic and International Studies, Bangkok, Thailand, February 5, 2015.

"The Expectations and Plights of the West," 11th International Conference on the European Union, Turkey, the Middle East and the Kurds.  European Parliament, Brussels, December 11, 2014.

"The Roots of Terrorism," Los Angeles Field Office, Federal Bureau of Investigation (on terrorism), December 3, 2014

"Imam Sajjad and Human Rights," First International Conference of the *Hauzeh* on the Treatise of Imam Sajjad, Karbala, Iraq, November 18, 2014.

"Dancing with the Devil: Diplomacy with Rogue Regimes," Savannah Council on Foreign Relations, Savannah, Georgiaa, November 13, 2014.

"Dealing or Dueling with Iran?" U.S. Marine Corps University, Quantico, Virginia, November 4, 2014.

"The Iran Challenge: The Political and Economic Dynamics of the Islamic Republic," White House Seminar for USAF Senior Leaders, Andrews Air Force Base, October 30, 2014.

"The Dangerous Neighborhood of the Middle East," University of Connecticut, Stamford, October 28, 2014.

"The New Map of the Middle East," Northwestern University Hamilton Society, Evanston, Illinois, October 14, 2014.

Hamilton Society Debate, College of the Holy Cross, Worcester, Massachusetts, October 8, 2014.

Hamilton Society Debate w/ Brian Katulis at Washington College, Maryland, October 2, 2014.

Panelist, "Third Annual Herat Security Dialogue," Herat, Afghanistan, September 27, 2014.

Hamilton Society Debate, Stetson University, Florida, September 10, 2014.

Speaker, Washington, DC, Field Office, Federal Bureau of Investigation (on terrorism), August 7, 2014.

"Terrorism and the Islamic Revolutionary Guard Corps," Washington, DC, Field Office, Federal Bureau of Investigation (on terrorism), July 14, 2014.

"Terrorism and the Islamic Revolutionary Guard Corps" Oklahoma City Field Office, Federal Bureau of Investigation, June 27, 2014.

"What's Next in the Middle East?" Foreign Military Studies Office, Fort Leavenworth, Kansas, May 19, 2014.

"Dancing with the Devil: U.S. Diplomacy with Rogue Regimes," Metropolitan Club, New York, New York, May 8, 2014.

Moderator, "Developing the Nation's Human Capital," U.S.-Azerbaijan Convention, Washington, DC, April 30, 2014.

"Dancing with the Devil," Henry Jackson Society, London, United Kingdom, April 29, 2014.

PX6

"Terrorism and the Syrian Connection," Counterterrorism Expo, London, United Kingdom, April 29, 2014.

"U.S.-Iran Relations," debate with Ambassador Thomas Pickering, World Affairs Council of Philadelphia, Philadelphia, Pennsylvania, April 16, 2014.

"U.S. Diplomacy with Rogue Regimes, San Francisco Hamilton Society Professional Chapter, San Francisco, California, April 3, 2014.

"U.S. Diplomacy with Rogue Regimes," Stanford University Hamilton Society, Stanford, California, April 2, 2014.

"U.S. Diplomacy with Rogue Regimes," Claremont-McKenna College, Hamilton Society, Claremont, California, April 1, 2014.

"Book Talk: Dancing with the Devil," David Horowitz Freedom Center luncheon, Los Angeles, California, April 1, 2014.

"Diplomacy with Rogue Regimes," Westmont College, Santa Barbara, California, March 31, 2014.

"Is Current US Policy Toward Iran Working?" Ashland University Hamilton Society, Ashland, Ohio, March 20, 2014.

"U.S. Diplomacy with Adversaries," Center for American Progress, Washington, DC, February 25, 2014.

"Should the United States Act Alone in the Middle East?" Alexander Hamilton Society, Williams College, Williamstown, Massachusetts, November 2013.

"Iran, Russia, and Diplomacy in Syria," Alexander Hamilton Society, University of Pennsylvania, Philadelphia, Pennsylvania, November 2013.

"America's Role in the Middle East," Alexander Hamilton Society, Brown University, Providence, Rhode Island, October 2013.

"What's Motivating Iran's Outreach," Center for Security Policy National Security Lunch, Washington, DC, October 2013

"Rise of Radical Islam in South Caucasus," conference, Hudson Institute, Washington, DC, October 2013

"Political Developments in Iran" Video Conference with Canadian Ministry of Foreign Affairs, September 2013.

"Iranian Strategy in Syria," Joint IED Defeat Organization, Herndon, Virginia, August 2013.

"Is Turkey a Model for the Middle East?" Chautauqua Institution, Chautauqua, New York, August 2013

"What Next in Egypt?" Conservative Opportunity Society, U.S. Congress, on Egypt, July 2013.

"The American View toward Iran," University of Basra, Iraq, June 2013.

"Iranian Strategy," Lecture to Defense Department personnel on Iran and Hezbollah, Georgetown University, June 2013.

"Iran's Presidential Elections," Strategic Research Institute, Baku, Azerbaijan, June 2013

PX6

"Iran's Recent Past and Today:  Main Development Tendencies and Prospects for the Near Future," Khazar University, Baku, Azerbaijan, May 2013.

"Azerbaijan Between East and West," U.S-Azerbaijan Convention, Baku, Azerbaijan, May 2013

"Has Turkey Missed Its Moment?" World Affairs Council of Houston, March 2013.

"How Does Iran Think?" Westminister Institute, Washington, DC, February 2013.

"How Middle East Issues Impact Public Health," George Washington University Medical School, February 2013.

"Addressing the Iranian Challenge," Tufts University, February 2013.

"Addressing the Iranian Nuclear Challenge," St. Lawrence College, New York, November 2012.

"Should the United States Intervene in Syria?" Duke University, November 2012.

"The 2012 Elections and U.S. Foreign Policy," College of Political Science, University of Baghdad, Iraq, October 2012.

"Developments in Turkey," Center for Security Policy National Security Lunch, June 2012.

"The Iran Crisis," Berlin Middle East Talks and Middle East Freedom Forum, on Iran, May 2012.

"Supporting the Global Campaign Against Terror," Counter-Terror Expo 2012, London, April 2012.

"The Changing Middle East: Responses and Reactions," Stetson University, Florida, April 2012.

"In Need of a New Approach to Pakistan," Johns Hopkins University, April 2012.

"U.S. Policy Toward Iran," World Affairs Council of Philadelphia- Washington Forum, April 2012.

"Iranian Decision-Making and Plausible Deniability," Defense Intelligence Agency/CENTCOM, Tampa, Florida, March 2012.

"Preventing a Nuclear Iran," Middle East Forum, Philadelphia, Pennsylvania, March 2012

"Arab Democracy: Institution Building in the Middle East," AIPAC Policy Conference, March 2012.

"Sanctioning Iran, "Debate with Brookings' Suzanne Maloney at CSIS, February 2012.

"U.S. and Iran after the DC Plot," Center for Security Policy National Security Lunch, January 2012.

"What Comes Next in the Arab Spring?" Phoenix Council on Foreign Relations, Scottsdale, Arizona, December 2011.

"Negotiating with the Taliban," Florida Atlantic University, Boca Raton, Florida, November 2011.

"Egypt: What Next?" Conservative Opportunity Society, Washington, DC, February 2011.

"The New Middle East: Quo Vadis?" Potomac Institute, Washington, DC, February 2011.

"Strike Iran?" George Mason University, Fairfax, Virginia, February 2011.

"Problems in Kurdish-American Relations," *Lvin* Seminar, Sulaymani, Iraq, December 2010.

"Can the United States Negotiate with the Taliban?" Williams College, Massachusetts, October 2010.

"Determining Rogue vs. State-Sanctioned Behavior in Iran," National Counter Terrorism Center, Washington, DC, August 2010.

PX6

"Iran 2025," International Future Operation Environment Seminar, Newport News, Virginia, June 2010.

"How Obama's Vision of a Nuclear-Free World Weakens American Security," Heritage, Washington, DC, June 2009.

"Iran, The Islamist Threat, and American Policy," Ayn Rand Institute, Washington, DC, November 2009.

"The Iran Dilemma: Avoiding a Cascade of Instability in the Region," University of Connecticut, Stamford, Connecticut, October 2009.

"Preventing Disaster: Containing Iran and Protecting Israel," Forum with Rep. Ileana Ros-Lehtinen, Miami, Florda.  August 2009.

"The Challenge of Diplomacy with Iran," World Affairs Council of Houston, May 2009.

"Can Diplomacy Tame Iran?" Kennedy Center Lecture, Brigham Young University, Utah, April 2009.

"Foreign Policy under McCain and Obama," Institute of Public Affairs, Melbourne, Australia. September 2008.

Panelist, "Are the Revolutionary Guards rogue actors?" Center for Naval Analysis, Alexandria, Virginia, October 2008.

Panel chair, "The Middle East: Its Future Among Uncertainties," Organized by Strategic Research and Study Center (SAREM) under the Turkish General Staff. Istanbul, Turkey.  June 2008.

"The Future of U.S.-Turkish Relations," Global Leadership Forum, Istanbul, Turkey, May 2008.

"The Future of the Middle East," Global Leadership Forum, Istanbul, Turkey, May 2008.

"Countering Iran's Geopolitical Designs," Yale University, April 2008.

"U.S. Policy in the Middle East," Royal Danish Defence College, Copenhagen, Denmark, April 2008.

"Are Muslim Values Compatable with those of the West?"  Radio Free Europe/Radio Liberty and Prague Civic Forum, Prague, Czech Republic, October 2007.

"Understanding Iranian Strategy in Afghanistan." Presented to the Royal Danish Defense College and RAND. Copenhagen, Denmark. June 2007.

"Asymmetrical Threat Concept and its Reflections on International Security." Conference on New Dimensions of Security and International Organizations. Organized by Strategic Research and Study Center (SAREM) under the Turkish General Staff. Istanbul.  May 2007.

"Iranian Strategy in Iraq." Conference on "Iraq: Past and Present." University of Haifa. Israel. March 2007.

"Current Threats from the Middle East," NATO Parliamentary Assembly, Quebec City, Canada, November 2006.

"Saudi-Iranian Relations," Royal Danish Defense College, Copenhagen, October 2006.

"Confronting the Threat: Implications of a Nuclear Iran," Anti-Defamation League and AIPAC, Atlanta, Georgia, May 2008.

PX6

"U.S. Policy Options in Iran," U.S. Commission on International Religious Freedom," Washington, DC, April 2006.

Commentator, Aspen Institute-Berlin Conference on Arab Democracy, Doha, Qatar, March 2006.

"Current Middle East Situation," Tampere Peace Research Institute, Tampere, Finland, March 2006.

"Explaining US Middle East Policy," Tampere University, Tampere, Finland, March 2006.

"Transformational Diplomacy," Ministry of Foreign Affairs, Training Department, Helsinki, Finland, March 2006.

"Iran's Nuclear Program: A U.S. Perspective," Finnish Institute of International Affairs, Helsinki, Finland, March 2006.

"The Iranian Crisis," Aleksanteri Institute, Helsinki, Finland, March 2006.

"Eternal Iran," Timbro, Stockholm, Sweden, March 2006.

"Iran: New Challenges Ahead," Uppsala Association of International Affairs, Uppsala University, Uppsala, Sweden, March 2006.

"New Developments in the Middle East," Swedish Institute of International Affairs, Stockholm, Sweden.

"Explaining U.S.-Iran Policy," University of Reykjavik, Iceland, March 2006.

"U.S. Middle East Policy," University of Iceland, Reykjavik, March 2006.

"How Goes Iraq?" University of Iceland, Reykjavik, March 2006.

"U.S. Foreign Policy," Yeditepe University, Istanbul, Turkey, February 2006.

"Political Responses to Terrorism," Globe Research Institute, Rome, Italy, February 2006.

"U.S. Policy and the Iraqi Shi'ites." Washington Institute for Near East Policy Weinberg Founders Conference. Landsdowne, Virginia. October 2004.

"The Future of Iraq," Roundtable at the Office of National Assessment, Canberra, Australia.  June 2004.

"The U.S. Presidential Elections and the Future of Middle East Policy," The Sydney Institute, Sydney, Australia, June 2004.

"Iraq: Now is not the time for the United States to Withdraw," New Zealand Trade Association, Auckland, New Zealand, June 2004.

 "Ethnic Cleansing in Iraq?  Arabization and the Kurds."  The Gustav Heinemann Institute of Middle Eastern Studies.  Conference on Forced Migration in a Comparative Perspective. University of Haifa. June 2002.

"Current Developments in Northern Iraq," Diplomatic Academy, Vienna, May 2002.

"Tactical Terrorism:  Iran's Continued Challenge to the Secular Middle East." The Truman Institute.  Hebrew University.  Jerusalem. March 2002.

"The Iranian Paradox: Why Reform Won't Work in Iran."  The Leonard Davis Institute for International Relations, Jerusalem. December 2001.

**PX6**

"Targeting the Taliban," Yale University, Democracy, Security and Justice lecture series, October 2001.

"Countering Threats from the Middle East," George Marshall Center for Strategic Studies, Garmisch, Germany, September 2001.

"The Impact of Hard-line Pressure Groups on Iranian Politics and Society."  Middle East Studies Association, Orlando, Florida. November 2000.

"Armenians in the Iranian Telegraph Service."  Third Biennial Society of Iranian Studies, Bethesda, Maryland. May 2000.

"The Culture of Telegraph Workers in Iran." Societas Iranologica Europaea,4ème Conférence Européenne d'études Iraniennes, Paris, France. September 1999.

"Communications during the Constitutional Revolution." Constitutional Revolution Conference. Iranian Institute of Contemporary Historical Studies, Tehran, Iran. August 1999.

"The Modern Middle East." (Guest Lecturer).  University of Iceland, Reykjavik. April 1999.

"The Telegraph and Iranian Frontier Politics." Modernity in the Middle East Conference.  St. Antony's College, University of Oxford. June 1998.

"U.S.-Iranian Relations in the 1920s."  Institute of Political and International Studies. Tehran. August 1996.

MILITARY LECTURES

SEAL Team 6, Norfolk, Virginia, June 4, 2021.

Commander General Staff College, Fort Leavenworth (via video), April 26, 2021.

Foreign Military Studies Office, Fort Leavenworth (via video), February 10, 2021.

Marine Special Operations Command, Camp Lejeune (via video), August 13-14, 2020.

SEAL Team 5, Coronado, California, August 11, 2020 (via video)

SEAL Team 5, Coronado, California, July 29, 2020 (via video)

SEAL Team 10, Little Creek, Virginia, July 16, 2020.

SEAL Team 1, Coronado, California, February 3 – 4, 2020.

USS Bataan/26th Marine Expeditionary Unit, December 17, 2019 – January 4, 2020, Atlantic Ocean

SEAL Team 3, September 10 – 12, 2019, Coronado, California.

USS Boxer Amphibious Ready Group/11th Marine Expeditionary Unit, May 1 – 14, 2019, Pacific Ocean

USS Kearsarge (LHD 3) and 22nd Marine Expeditionary Unit, December 17 – 31, 2018, Atlantic Ocean

US Navy SEAL Team 7, Coronado, California, November 26 – 27, 2018.

USS Essex, July 9 – July 21, Pacific Ocean

USS Harry S. Truman Carrier Strike Group 8, Atlantic Ocean, April 10 – April 25, 2018.

USS Iwo Jima Amphibious Ready Group, Atlantic Ocean, February 9 – February 24, 2018.

PX6

USS Bataan Expeditionary Strike Group, 24th Marine Expeditionary Unit, Atlantic Ocean, February 28 – March 12, 2017.

USS Eisenhower (CVN-69) and Carrier Strike Group-10, Atlantic Ocean, June 1 – June 13, 2016.

USS Boxer (LHD-4)/13[th] Marine Expeditionary Unit, Pacific Ocean, February 12 – February 21, 2016.

USS Harry S. Truman, Carrier Strike Group-8, Mediterranean Sea, November 28 – December 5, 2015.

USS Arlington, 26th Marine Expeditionary Unit, Atlantic Ocean, October 14 – October 18, 2015.

USS Kearsarge, 26th Marine Expeditionary Unit, Atlantic Ocean, October 6 – October 13, 2015.

USS Theodore Roosevelt and Carrier Strike Group-12, Atlantic Ocean, March 9 – March 22, 2015.

USS Iwo Jima and the 24th Marine Expeditionary Unit, Pacific Ocean, December 14-28, 2014.

3rd Brigade Combat Team, 101st Airborne, Fort Campbell, Kentucky, August 14, 2014

USS Makin Island and 11th Marine Expeditionary Unit, Pacific Ocean, July 24-August 5, 2014.

34th Combat Aviation Brigade, Fort Hood, Texas, July 15, 2014.

Headquarters, U.S. Special Forces, Fort Bragg, North Carolina, June 6, 2014.

Polish Special Forces Command, Warsaw, Poland, June 3, 2014.

1st Brigade Combat Team, 1st Infantry Division, Fort Riley, Kansas, May 20, 2014.

3rd Special Forces Group, Fort Bragg, North Carolina, March 5, 2014.

3rd Cavalry Regiment, Fort Hood, Texas, January 14, 2014.

1st Cavalry, Fort Hood, Texas, December 3, 2013

Croatian Army, Zagreb, Croatia, November 22, 2013

19th Engineering Brigade, Fort Knox, Kentucky, October 1, 2013

Af/Pak Hands, Washington, DC, September 28, 2013

159th Combat Aviation Brigade, Fort Campbell, Kentucky, September 25, 2013

18th Airborne, Fort Bragg, North Carolina, September 11, 2013

Romanian Land Forces, Buzau, Romania, September 10, 2013

10th Polish Brigade, Swietoszow, Poland, September 4, 2013

Af/Pak Hands, Washington, DC, August 25, 2013

USS Harry S Truman, Atlantic Ocean, July 22 – August 6, 2013

Af/Pak Hands, Washington, DC, May 12, 2013

226th Maneuver Enhancement Brigade, North Fort Hood, Texas, April 12, 2013.

Afghanistan Provincial Reconstruction Teams, Camp Atterbury, Indiana, April 8, 2013.

143rd Expeditionary Support Command, Orlando, Florida, April 2, 2013.

26th Marine Expeditionary Unit/Kearsarge Amphibious Ready Group, Atlantic Ocean, March 7-25, 2013.

175th Expeditionary Support Command, Fort Hood, Texas, January 30, 2013.

III Corps, Fort Hood, Texas, January 23, 2013.

Af/Pak Hands, Washington, DC, January 19, 2013.

PX6

Af/Pak Hands, Washington, DC, January 12, 2013.

79th Brigade Combat Team, San Luis Obispo, California, January 10, 2013.

101st Airborne, Fort Campbell, Kentucky, November 28, 2012.

Army Central Command, Shaw Air Force Base, South Carolina, October 3, 2012.

2nd Romanian Brigade, Craiova, Romania, September 27, 2012.

16th Sustainment Brigade, Bamberg, Germany, September 20, 2012.

55th Armored Brigade Combat Teams, Fort Indiantown Gap, Pennsylvania, September 10-11, 2012.

Provincial Reconstruction Teams, Camp Atterbury, Indiana, August 24, 2012.

1st Brigade Combat Team, 3rd Infantry Division, Fort Stewart, Georgia, August 23, 2012.

Af/Pak Hands, Washington, DC, August 19, 2012

Provincial Reconstruction Teams, Camp Atterbury, Indiana, July 26, 2012

1st Infantry Division, Fort Bliss, Texas, July 16, 2012.

Af/Pak Hands, Washington, DC, July 14, 2012

USS Dwight D. Eisenhower, Carrier Strike Group-8, Atlantic Ocean, June 20-July 3, 2012

4th Brigade Combat Team, 1st Infantry Division, Fort Bliss, Texas, June 4, 2012

12th Polish Brigade, Szczecin, Poland, May 23, 2012

173rd Armored Brigade Combat Team, Bamberg, Germany, May 21-22, 2012

173rd Armored Brigade Combat Team, Vincenza, Italy, May 14-15, 2012

201st Battlefield Surveillance Brigade, Fort Lewis, Washington, May 9, 2012

Af/Pak Hands, Washington, DC, April 22, 2012

15th Romanian Brigade, Iasi, Romania, March 12, 2012

Af/Pak Hands, Washington, DC, February 26, 2012

316th Expeditionary Sustainment Command, Pittsburgh, Pennsylvania, February 11-12, 2012.

V Corps, Wiesbaden, Germany, February 7, 2012.

5th Fleet Headquarters, Manama, Bahrain, January 26, 2012

Af/Pak Hands, Washington, DC, January 22, 2012

557th Medical Company, Washington, DC, January 18, 2012

U.S.S. Abraham Lincoln, Pacific Ocean, December 7-15, 2011.

113th Battlefield Sustainment Brigade, Fort Hood, Texas, November 15-16, 2011

Af/Pak Hands, Washington, DC, November 12-13, 2011.

V Corps, Wiesbaden, Germany, October 18, 2011.

Af/Pak Hands, Washington, DC, October 16, 2011.

4th Brigade Combat Team, 25th Infantry Division, Fort Richardson, Alaska, October 5, 2011.

411th Engineering Brigade, Stewart, New York, September 24, 2011.

76th Brigade Combat Team, Monterey, California, September 22, 2011.

Army Central Command, Shaw Air Force Base, South Carolina, September 13, 2011.

Afghanistan/Pakistan Hands, Washington, DC, September 11, 2011.

PX6

4th Cavalry Brigade, Fort Knox, Kentucky, September 7, 2011.

Afghanistan/Pakistan Hands, Washington, DC, August 15, 2011.

Pacific Submarine Command, Pearl Harbor, Hawaii, August 11, 2011.

U.S. Pacific Fleet, Pearl Harbor, Hawaii, August 10, 2011.

U.S.S. John C. Stennis, Pacific Ocean, July 31-August 9, 2011.

Third Fleet Command, San Diego, California, July 28, 2011.

Romanian Land Forces, Brasov, Romania, June 8, 2011.

37th Brigade Combat Team, Battle Creek, Michigan, June 3, 2011.

513th Military Intelligence Brigade, Fort Gordon, Georgia, June 2, 2011.

U.S.S. George H.W. Bush, Atlantic Ocean, May 10-22, 2011

I Corps, Fort Lewis, Washington, May 5, 2011.

Army National Agri-Business Development Team, Camp Atterbury, Indiana, April 30, 2011.

77th Theater Aviation Brigade, Fort Hood, Texas, April 21, 2011.

2nd Brigade Combat Team, 1st Cavalry Division, Fort Hood, Texas, April 7, 2011.

U.S.S. Ronald Reagan, Pacific Ocean, February 28 - March 6, 2011.

5th Armored Division, Fort Bliss, Texas, February 27, 2011.

Afghanistan/Pakistan Hands, Washington, DC, February 6, 2011.

U.S.S. Enterprise Battle Group, Atlantic Ocean, January 12-22, 2011.

1st Cavalry Division, Fort Hood, Texas, January 11, 2011.

7th Sustainment Brigade, Fort Eustis, Virginia, December 7, 2010.

804th Medical Brigade, Fort Devens, Massachusetts, December 2, 2010.

Bosnian General Officers, Sarajevo, Bosnia, November 12, 2010.

14th Military Intelligence Battalion, Fort Sam Houston, San Antonia, Texas, October 26, 2010.

Afghanistan/Pakistan Hands, Washington, DC, October 17, 2010.

Afghanistan/Pakistan Hands, Washington, DC, September 18, 2010.

310th Expeditionary Sustainment Command, Indianapolis, Indiana, September 10, 2010.

10th Mountain Division, Ft. Drum, New York, September 9, 2010.

7th Army Joint Multinational Training Command, Grafenwøhr, September 2, 2010.

170th Heavy Brigade Combat Team, Baumberg, Germany, August 31, 2010.

4th Infantry Division, Fort Carson, Colorado, August 19, 2010.

Texas Agricultural Development Teams, Austin, Texas, August 11, 2010.

25th Infantry Division, Schofield Barracks, Hawaii, August 5, 2010.

Provincial Reconstruction Teams, Camp Atterbury, Indiana, July 29, 2010.

Provincial Reconstruction Teams, Camp Atterbury, Indiana, July 27, 2010.

Afghanistan/Pakistan Hands, Washington, DC, July 17-18, 2010.

184th Expeditionary Sustainment Command, Camp Shelby, Mississippi, July 8, 2010.

4th Brigade Combat Team, 10th Mountain Division, Ft. Polk, Louisiana, June 29, 2010.

PX6

U.S. Training and Doctrine Command's International Future Operation Environment Seminar, Newport News, Virginia, June 22, 2010.

103rd Expeditionary Sustainment Command, Ft. Hood, Texas, May 27, 2010.

36th Infantry Division, Corpus Christi, Texas, May 22, 2010.

118th Infantry Brigade, Ft. Stewart, Georgia, May 12, 2010.

159th Combat Aviation Brigade, Ft. Campbell, Kentucky, May 5, 2010.

5th Special Forces Group, Ft. Campbell, Kentucky, May 4, 2010.

3rd Armored Cavalry Regiment, Ft. Hood, Texas, April 28, 2010.

2nd Brigade Combat Team. 34th Infantry Division, Camp Dodge, Iowa, April 15, 2010.

Afghanistan/Pakistan Hands, Rosslyn, Virginia, April 12, 2010.

Afghanistan/Pakistan Hands, Rosslyn, Virginia, April 10, 2010.

116th Heavy Brigade Combat Team, Monterey, California, March 17, 2010.

101st Airborne Division, Ft. Campbell, Kentucky, March 3, 2010.

3rd Brigade Combat Team, 1st Armored Division, Ft. Bliss, Texas, February 17, 2010.

Afghanistan/Pakistan Hands, Rosslyn, Virginia, February 15, 2010.

Afghanistan/Pakistan Hands, Rosslyn, Virginia, February 13, 2010.

2nd Stryker Cavalry Regiment, Vilseck, Germany, February 4, 2010.

U.S. Army Europe, Hohenfels, Germany, February 2-3, 2010.

1-4th Infantry, Hohenfels, Germany, February 2, 2010.

Joint Military Training Center, Hohenfels, Germany, February 1, 2010.

4th Infantry Division, Ft. Carson, Colorado, January 29, 2010.

1st Brigade Combat Team, 10th Mountain Division, January 25, 2010.

1st Brigade Combat Team, 4th Infantry Division, Ft. Carson, Colorado, January 20, 2010.

20th Engineering Brigade, Ft. Bragg, North Carolina, January 12, 2010.

525th Battlefield Surveillance Brigade, Ft. Bragg, North Carolina, January 11, 2010.

46th Military Police Command, Battle Creek, Michigan, January 9, 2010.

U.S. Army Central Command, Atlanta, Georgia, January 6-8, 2010.

Afghanistan-Pakistan Hands, Washington, DC, December 20, 2009.

3rd Brigade Combat Team, 4th Infantry Division, Colorado Springs, Colorado, December 10, 2009.

1st Infantry Division, Ft. Riley, Kansas, December 2, 2009.

101st Airborne Division, Ft. Campbell, Kentucky, October 1, 2009.

3rd Brigade Combat Team, 3rd Infantry Division, Ft. Benning, Georgia, September 10, 2009.

173rd Armored Brigade Combat Team, Grafenwøhr, Germany, August 25, 2009.

25th Combat Aviation Brigade, Schofield Barracks, Hawaii, August 18, 2009.

157rd Brigade, Ft. Jackson, South Carolina, August 13, 2009.

5th Armored Brigade, McGregor Range, New Mexico, August 11, 2009.

120th Infantry Brigade, Ft. Hood, Texas, July 21, 2009.

PX6

Task Force Phoenix X, Northfield, Vermont, July 18, 2009.

U.S. Army Central Command, Atlanta, Georgia, July 15, 2009.

194th Engineering Brigade, Ft. McCoy, Wisconsin, June 30, 2009.

4th Brigade Combat Team, 82nd Division, Ft. Bragg, North Carolina, June 9-10, 2009.

16th Military Police Brigade, Ft. Bragg, North Carolina, May 26, 2009.

72nd Brigade Combat Team, San Antonio, Texas, May 15, 2009

130th Engineering Brigade, Schofield Barracks, Hawaii, May 6, 2009

115th Brigade Combat Team, Ft. Hood, Texas, April 30, 2009

Afghanistan Provisional Reconstruction Teams, Camp Atterbury, Indiana, April 15, 2009

4th Brigade Combat Team, 1st Armored Division, Ft. Bliss, Texas, April 7, 2009

32nd Brigade Combat Team, Ft. Bliss, Texas, April 5, 2009.

13th Expeditionary Strike Group, Ft. Hood, Texas, March 27, 2009

14th Military Intelligence Battalion, San Antonio, Texas, March 25, 2009

115th Heavy Brigade Combat Team, Camp Shelby, Mississippi, March 9, 2009

Navy IA Combat Training Center, Ft. Jackson, South Carolina, February 25, 2009.

82nd Combat Aviation Brigade, Ft. Bragg, North Carolina, February 23, 2009

16th Military Police Brigade, Ft. Bragg, North Carolina, February 18, 2009

89th Military Police Brigade, Ft. Hood, Texas, February 12, 2009

30th Heavy Brigade Combat Team, Camp Shelby, Mississippi, February 8, 2009.

41st Brigade Combat Team, Tigard, Oregon, February 5, 2009.

4th Brigade Combat Team, 25th Infantry, Ft. Richardson, Alaska, January 21, 2009.

225th Engineering, Ft. Hood, Texas, December 18, 2008.

Agricultural Development Teams (Afghanistan), Camp Atterbury, Indiana, December 16, 2008.

National Training Center, Ft. Irwin, California, December 12, 2008.

82nd Airborne Division, Ft. Bragg, North Carolina, December 2-4, 2008.

1st Calvary Division headquarters, Ft. Hood, Texas, November 21, 2008.

1st Brigade Combat Team, 1st Cavalry Division, Ft. Hood, Texas, November 20, 2008.

1st Cavalry Combat Aviation Brigade, Ft. Hood, Texas, November 18, 2008.

U.S. Army Central Command, Monterey, California, November 3-5, 2008.

33rd Brigade Combat Team, Ft. Bragg, North Carolina, October 15-18, 2008.

34th Infantry Division, Rosemont, Minnesota, October 5, 2008.

Provincial Reconstruction Teams, Ft. Bragg, North Carolina, October 2, 2008.

2-34[th] Armor, Ft Riley, Kansas, September 5, 2008.

45th Field Artillery Brigade, Oklahoma City, Oklahoma, August 6, 2008.

81st Brigade Combat Team, Yakima, Washington, July 31, 2008.

1-185 Armor, Camp Roberts, California, July 25, 2008.

2nd Brigade Combat Team, 1st Infantry Division, Hohenfels, Germany, July 16, 2008.

PX6

8th Military Police Brigade, Honolulu, Hawaii, July 10, 2008.

120th Infantry, Fort Hood, Texas, July 2, 2008.

29th Brigade Combat Team, Waimanalo, Hawaii, June 26, 2008.

3rd Brigade Combat Team, 10th Mountain Division, Ft. Drum, New York, June 18, 2008.

10th Combat Aviation Brigade, Ft. Drum, New York, May 29, 2008.

420 Engineering Brigade, Ft. McCoy, Wisconsin, May 9, 2008.

I Corps, Ft. Lewis, Seattle, April 28, 2008.

56th Brigade Combat Team, Austin, Texas, April 16, 2008.

50th Brigade Combat Team, Fort Indiantown Gap, Pennsylvania, April 9, 2008.

1 Maneuver Enhancement Brigade, Ft. Polk, Louisiana, April 4, 2008.

311 Expeditionary Support Command, Ft. Bragg, North Carolina, March 28, 2008.

926th Engineering Brigade, Camp Shelby, Mississippi, March 19, 2008.

37th Brigade Combat Team, Ft. Hood, Texas, March 3, 2008.

3rd Brigade Combat Team, Ft. Hood, Texas, February 29, 2008.

Iraqi Police Mobile Training Team, Ft. Riley, Kansas, February 23, 2008.

18th Engineering Brigade, Hohenfels, Germany, February 20, 2008.

10th Mountain Brigade, Ft. Drum, New York, January 17, 2008.

39th Brigade Combat Team, Camp Shelby, Mississippi, January 9, 2008.

42nd Military Police Battalion, Ft. Lewis, Washington, January 4, 2008.

45th Brigade Combat Team, Ft. Bliss, Texas, December 12, 2007.

XVIII Airborne Corps, Ft. Bragg, North Carolina, December 6, 2007.

Regimental Combat Team-1 11th Marines, Camp Pendleton, California, November 28, 2007.

2nd Brigade Combat Team, 1st Armored Brigade, Hohenfels, Germany, October 29, 2007.

4th Infantry Division, Ft. Hood, Texas, September 11, 2007.

325 Combat Aviation Support Hospital, Ft. McCoy, Wisconsin, August 2, 2007.

1st Battalion/4th Infantry Division; 4th Battalion/4th Infantry Division; 3rd Battalion/1st Infantry Division, Fort Hood, July 26, 2007.

11th Marine Regiment, Camp Pendleton, California, July 17, 2007.

316 Electronic Support Command, Ft. Bragg, North Carolina, June 25, 2007.

2 Brigade Combat Team 25th ID, Schofield Barracks, Hawaii, May 23, 2007.

2 Brigade Combat Team 25th ID, Schofield Barracks, Hawaii, May 17, 2007.

1 Brigade Combat Team 82nd Airborne, Ft. Bragg, North Carolina, May 10, 2007.

2 Brigade Combat Team 101st Airborne, Ft. Campbell, Kentucky, April 12, 2007.

12th Combat Aviation Brigade, Grafenwöhr, Germany, February 16, 2007.

12th Combat Aviation Brigade, Hohenfels, Germany, February 15, 2007.

5 AR BDE, Ft. Carson, Colorado, February 9, 2007.

PX6

National Air and Space Intelligence Command, Wright-Patterson Air Force Base, Ohio, December
      15, 2006.

III Corps, Ft. Hood, Texas, September 7, 2006.

1st Cavalry, Ft. Hood, Texas, August 16, 2006.

10th Mountain Division, Ft. Drum, New York, July 28, 2006.

3rd MEDCOM and 411 ENG, Ft. McCoy, Wisconsin, July 21, 2006.

Iceland Defense Force, Keflavik, Iceland, March 14, 2006.

1st Cavalry, Ft. Hood, Texas, February 2, 2006.

V Corps, Heidelberg, Germany, October 14, 2005.

Bosnia Ministry of Defense, Sarajevo, Bosnia, May 9, 2005.

Land Warfare Studies Centre, Canberra, Australia, June 3, 2004.

PX6

PX7

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:18-cv-02248-CRC |

**DECLARATION OF RIPLEY QUINBY IV**

I, Ripley Quinby IV, declare as follows:

1.　I am currently employed as the Deputy Associate Director in the Office of Global Targeting ("OGT") at the U.S. Department of the Treasury ("Treasury"), Office of Foreign Assets Control ("OFAC"). I have worked with OGT as either a contractor or an OGT government employee since 2015, first as a Sanctions Investigator; then as a Section Chief for OGT's Strategic Targeting Section; as an Assistant Director for OGT's Human Rights, Corruption & Counterterrorism Division; and in my current capacity. As Deputy Associate Director, my responsibilities include oversight of all the activities of OGT.

2.　This Declaration is based on information and documents received in my official capacity. I make this Declaration based on my personal knowledge of such information and documents maintained by OFAC.

3.　I am authorized in my official capacity to certify and attest to the facts and information in this Declaration.

4.　OFAC is the office within Treasury that is principally responsible for administering U.S. economic sanctions programs. These programs are primarily directed against foreign states

PX7

and nationals to implement U.S. foreign policy and national security goals. Pursuant to authority delegated by the President to the Secretary of the Treasury, OFAC acts under Presidential national emergency powers, including pursuant to the International Emergency Economic Powers Act, 50 U.S.C. §§ 1701-1706.

5.  OFAC currently administers economic sanctions programs against foreign governments, entities, and individuals whose activities conflict with U.S. national security and foreign policy interests. For instance, OFAC administers sanctions programs relating to Iran, Cuba, Syria, and North Korea. OFAC also implements sanctions programs related to drug trafficking, terrorism, and proliferation of weapons of mass destruction, among others.

6.  Several of OFAC's sanctions programs, including those relating to Iran, include elements that block the property of entire governments as well as individuals and groups whose activities threaten or conflict with U.S. national security and foreign policy interests. OFAC also implements list-based sanctions programs that, inter alia, block property of designated narcotics traffickers and kingpins; terrorists and their supporters; and proliferators of weapons of mass destruction and their supporters.

7.  Executive Orders governing sanctioning authority, including but not limited to Executive Order 13224, are authorities aimed at freezing the assets of terrorists and their supporters, and at isolating them from U.S. financial and commercial systems. Designations under specific Executive Orders prohibit all transactions between designees and any U.S person, and freeze any assets the designees may have under U.S. jurisdiction.

8.  Treasury's process of designating individuals or entities appropriate for sanctions begins with an extensive investigation. Treasury investigations within the Office of Global Targeting ("OGT") draw on a broad range of information, which historically has included both publicly available and non-publicly available information, as well as classified

PX7

information.   Non-publicly available information is often protected by applicable privileges, such as the law enforcement or deliberative process privileges.

9.  Once evidence is gathered, Treasury staff within OGT draft an evidentiary memorandum summarizing the various exhibits acquired through their investigation.  These evidentiary memoranda often contain classified and privileged information.  After an evidentiary package has been reviewed within OFAC, it is then reviewed for legal sufficiency by Treasury's attorneys. Based on that legal review, the analyst or investigator may engage in further investigation and revise the package to address any legal concerns.

10. An evidentiary package that has been approved by OFAC creates the basis under which sanctions designations are made pursuant to specific relevant Executive Orders. That is, the evidentiary package contains the factual findings of a legally authorized investigation and shows the regular activities of the Treasury and its sub-agencies taken in furtherance of that investigation.

11. OFAC publishes lists of individuals and companies owned or controlled by, or acting for or on behalf of, targeted countries. It also lists individuals, groups, and entities, such as terrorists and narcotics traffickers designated under programs that are not country-specific (collectively, "Sanctions Lists").   OFAC updates these Sanctions Lists as sanctions activities occur.

12. OFAC's Sanctions Lists are available online at: https://home.treasury.gov/policy-issues/office-of-foreign-assets-control-sanctions-programs-and-informationhttps://home.treasury.gov/policy-issues/office-of-foreign-assets-control-sanctions-programs-and-information.

13. Treasury   officially   publishes   press   releases   regarding   sanctions   designation decisions.   These  press  releases  include  factual  findings  from  legally  authorized

PX7

investigations, as described above. They also summarize U.S. government actions, including the legal authority and basis for the designation of the sanctioned person or entity.

14. Treasury press releases, including press releases announcing sanctions designations issued pursuant to Executive Orders (as described in paragraphs six and ten of this Declaration) are available online at: https://home.treasury.gov/news/press-releases.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of March, 2022.

Ripley
Quinby IV

Digitally signed by
Ripley Quinby IV
Date: 2022.03.30
09:58:32 -04'00'

PX7

PX20

**DEPARTMENT OF THE TREASURY**

**Office of Foreign Assets Control**

**List of Specially Designated Terrorists Who Threaten To Disrupt the Middle East Peace Process**

**AGENCY:** Office of Foreign Assets Control, Treasury.

**ACTION:** Notice of blocking.

**SUMMARY:** The Treasury Department is issuing a list of blocked persons who have been designated by the President as terrorist organizations threatening the Middle East peace process or have been found to be owned or controlled by, or to be acting for or on behalf of, these terrorist organzations.

**EFFECTIVE DATE:** January 24, 1995.

**FOR FURTHER INFORMATION:** J. Robert McBrien, Chief, International Programs, Tel.: (202) 622–2420; Office of Foreign Assets Control, Department of the Treasury, 1500 Pennsylvania Avenue NW., Washington, DC 20220.

**SUPPLEMENTARY INFORMATION:**

**Electronic Availability**

This document is available as an electronic file on The Federal Bulletin Board the day of publication in the **Federal Register**. By modem dial 202/512–1387 or call 202/512–1530 for disks or paper copies. This file is available in Postscript, WordPerfect 5.1 and ASCII.

**Background**

On January 23, 1995, President Clinton signed Executive Order 12947, ''Prohibiting Transactions with Terrorists Who Threaten to Disrupt the Middle East Peace Process'' (the ''Order''). The Order blocks all property subject to U.S. jurisdiction in which there is any interest of 12 terrorist organizations that threaten the Middle East peace process as identified in an Annex to the Order. The Order also blocks the property and interests in property subject to U.S. jurisdiction of persons designated by the Secretary of State, in coordination with the Secretary of Treasury and the Attorney General, who are found (1) to have committed, or to pose a significant risk of committing, acts of violence that have the purpose or effect of disrupting the Middle East peace process, or (2) to assist in, sponsor or provide financial, material, or technological support for, or services in support of, such acts of violence. In addition, the Order blocks all property and interests in property subject to U.S. jurisdiction in which there is any interest of persons determined by the Secretary of the Treasury, in coordination with the Secretary of State

and the Attorney General, to be owned or controlled by, or to act for or on behalf of, any other person designated pursuant to the Order (collectively ''Specially Designated Terrorists'' or ''SDTs'').

The Order further prohibits any transaction or dealing by a United States person or within the United States in property or interests in property of SDTs, including the making or receiving of any contribution of funds, goods, or services to or for the benefit of such persons. This prohibition includes donations that are intended to relieve human suffering.

Designations of persons blocked pursuant to the Order are effective upon the date of determination by the Secretary of State or his delegate, or the Director of the Office of Foreign Assets Control acting under authority delegated by the Secretary of the Treasury. Public notice of blocking is effective upon the date of filing with the **Federal Register**, or upon prior actual notice.

**List of Specially Designated Terrorists Who Threaten the Middle East Peace Process**

**Note:** The abbreviations used in this list are as follows: ''DOB'' means ''date of birth,'' ''a.k.a.'' means ''also known as,'' and ''POB'' means ''place of birth.''

*Entities*

ABU NIDAL ORGANIZATION (a.k.a. ANO, a.k.a. BLACK SEPTEMBER, a.k.a. FATAH REVOLUTIONARY COUNCIL, a.k.a. ARAB REVOLUTIONARY COUNCIL, a.k.a. ARAB REVOLUTIONARY BRIGADES, a.k.a. REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS); Libya; Lebanon; Algeria; Sudan; Iraq.

AL-GAMA'A AL-ISLAMIYYA (a.k.a. ISLAMIC GAMA'AT, a.k.a. GAMA'AT, a.k.a. GAMA'AT AL-ISLAMIYYA, a.k.a. THE ISLAMIC GROUP); Egypt.

AL-JIHAD (a.k.a. JIHAD GROUP, a.k.a. VANGUARDS OF CONQUEST, a.k.a. TALAA'AL AL-FATEH); Egypt.

ANO (a.k.a. ABU NIDAL ORGANIZATION, a.k.a. BLACK SEPTEMBER, a.k.a. FATAH REVOLUTIONARY COUNCIL, a.k.a. ARAB REVOLUTIONARY COUNCIL, a.k.a. ARAB REVOLUTIONARY BRIGADES, a.k.a. REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS); Libya; Lebanon; Algeria; Sudan; Iraq.

ANSAR ALLAH (a.k.a. PARTY OF GOD, a.k.a. HIZBALLAH, a.k.a. ISLAMIC JIHAD, a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION, a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH, a.k.a. ISLAMIC JIHAD FOR

THE LIBERATION OF PALESTINE, a.k.a. FOLLOWERS OF THE PROPHET MUHAMMAD); Lebanon.

ARAB REVOLUTIONARY BRIGADES (a.k.a. ANO, a.k.a. ABU NIDAL ORGANIZATION, a.k.a. BLACK SEPTEMBER, a.k.a. FATAH REVOLUTIONARY COUNCIL, a.k.a. ARAB REVOLUTIONARY COUNCIL, a.k.a. REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS); Libya; Lebanon; Algeria; Sudan; Iraq.

ARAB REVOLUTIONARY COUNCIL (a.k.a. ANO, a.k.a. ABU NIDAL ORGANIZATION, a.k.a. BLACK SEPTEMBER, a.k.a. FATAH REVOLUTIONARY COUNCIL, a.k.a. ARAB REVOLUTIONARY BRIGADES, a.k.a. REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS); Libya; Lebanon; Algeria; Sudan; Iraq.

BLACK SEPTEMBER (a.k.a. ANO, a.k.a. ABU NIDAL ORGANIZATION, a.k.a. FATAH REVOLUTIONARY COUNCIL, a.k.a. ARAB REVOLUTIONARY COUNCIL, a.k.a. ARAB REVOLUTIONARY BRIGADES, a.k.a. REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS); Libya; Lebanon; Algeria; Sudan; Iraq.

DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE— HAWATMEH FACTION, a.k.a. DFLP); Lebanon; Syria; Israel.

DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE— HAWATMEH FACTION (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE, a.k.a. DFLP); Lebanon; Syria; Israel.

DFLP (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE—HAWATMEH FACTION, a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE); Lebanon; Syria; Israel.

FATAH REVOLUTIONARY COUNCIL (a.k.a. ANO, a.k.a. ABU NIDAL ORGANIZATION, a.k.a. BLACK SEPTEMBER, a.k.a. ARAB REVOLUTIONARY COUNCIL, a.k.a. ARAB REVOLUTIONARY BRIGADES, a.k.a. REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS); Libya; Lebanon; Algeria; Sudan; Iraq.

FOLLOWERS OF THE PROPHET MUHAMMAD (a.k.a. PARTY OF GOD, a.k.a. HIZBALLAH, a.k.a. ISLAMIC JIHAD, a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION, a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH, a.k.a. ISLAMIC JIHAD FOR

**PX20**

THE LIBERATION OF PALESTINE, a.k.a. ANSAR ALLAH); Lebanon.

GAMA'AT (a.k.a. ISLAMIC GAMA'AT, a.k.a. GAMA'AT AL-ISLAMIYYA, a.k.a. THE ISLAMIC GROUP, a.k.a. AL-GAMA'A AL-ISLAMIYYA); Egypt.

GAMA'AT AL-ISLAMIYYA (a.k.a. ISLAMIC GAMA'AT, a.k.a. GAMA'AT, a.k.a. THE ISLAMIC GROUP, a.k.a. AL-GAMA'A AL-ISLAMIYYA); Egypt.

HAMAS (a.k.a. ISLAMIC RESISTANCE MOVEMENT); Gaza; West Bank Territories; Jordan.

HIZBALLAH (a.k.a. PARTY OF GOD, a.k.a. ISLAMIC JIHAD, a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION, a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH, a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE, a.k.a. ANSAR ALLAH, a.k.a. FOLLOWERS OF THE PROPHET MUHAMMAD); Lebanon.

ISLAMIC GAMA'AT (a.k.a. GAMA'AT, a.k.a. GAMA'AT AL-ISLAMIYYA, a.k.a. THE ISLAMIC GROUP, a.k.a. AL-GAMA'A AL-ISLAMIYYA); Egypt.

ISLAMIC JIHAD (a.k.a. PARTY OF GOD, a.k.a. HIZBALLAH, a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION, a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH, a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE, a.k.a. ANSAR ALLAH, a.k.a. FOLLOWERS OF THE PROPHET MUHAMMAD); Lebanon.

ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE (a.k.a. PARTY OF GOD, a.k.a. HIZBALLAH, a.k.a. ISLAMIC JIHAD, a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION, a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH, a.k.a. ANSAR ALLAH, a.k.a. FOLLOWERS OF THE PROPHET MUHAMMAD); Lebanon.

ISLAMIC JIHAD OF PALESTINE (a.k.a. PIJ, a.k.a. PALESTINIAN ISLAMIC JIHAD—SHIQAQI, a.k.a. PIJ SHIQAQI/AWDA FACTION, a.k.a. PALESTINIAN ISLAMIC JIHAD); Israel; Jordan; Lebanon.

ISLAMIC RESISTANCE MOVEMENT (a.k.a. HAMAS); Gaza; West Bank Territories; Jordan.

JIHAD GROUP (a.k.a. AL-JIHAD, a.k.a. VANGUARDS OF CONQUEST, a.k.a. TALAA'AL AL-FATEH); Egypt.

KACH; Israel.

KAHANE CHAI; Israel.

ORGANIZATION OF THE OPPRESSED ON EARTH (a.k.a. PARTY OF GOD, a.k.a. HIZBALLAH, a.k.a. ISLAMIC JIHAD, a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION, a.k.a. ISLAMIC

JIHAD FOR THE LIBERATION OF PALESTINE, a.k.a. ANSAR ALLAH, a.k.a. FOLLOWERS OF THE PROPHET MUHAMMAD); Lebanon.

PALESTINE LIBERATION FRONT (a.k.a. PALESTINE LIBERATION FRONT—ABU ABBAS FACTION, a.k.a. PLF-ABU ABBAS, a.k.a. PLF); Iraq.

PALESTINE LIBERATION FRONT—ABU ABBAS FACTION (a.k.a. PLF-ABU ABBAS, a.k.a. PLF, a.k.a. PALESTINE LIBERATION FRONT); Iraq.

PALESTINIAN ISLAMIC JIHAD—SHIQAQI (a.k.a. PIJ, a.k.a. ISLAMIC JIHAD OF PALESTINE, a.k.a. PIJ SHIQAQI/AWDA FACTION, a.k.a. PALESTINIAN ISLAMIC JIHAD); Israel; Jordan; Lebanon.

PARTY OF GOD (a.k.a. HIZBALLAH, a.k.a. ISLAMIC JIHAD, a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION, a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH, a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE, a.k.a. ANSAR ALLAH, a.k.a. FOLLOWERS OF THE PROPHET MUHAMMAD); Lebanon.

PFLP (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE); Lebanon; Syria; Israel.

PFLP-GC (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE—GENERAL COMMAND); Lebanon; Syria; Jordan.

PIJ (a.k.a. PALESTINIAN ISLAMIC JIHAD—SHIQAQI, a.k.a. ISLAMIC JIHAD OF PALESTINE, a.k.a. PIJ SHIQAQI/AWDA FACTION, a.k.a. PALESTINIAN ISLAMIC JIHAD); Israel; Jordan; Lebanon.

PIJ SHIQAQI/AWDA FACTION (a.k.a. PIJ, a.k.a. PALESTINIAN ISLAMIC JIHAD—SHIQAQI, a.k.a. ISLAMIC JIHAD OF PALESTINE, a.k.a. PALESTINIAN ISLAMIC JIHAD); Israel; Jordan; Lebanon.

PLF (a.k.a. PLF-ABU ABBAS, a.k.a. PALESTINE LIBERATION FRONT—ABU ABBAS FACTION, a.k.a. PALESTINE LIBERATION FRONT); Iraq.

PLF–ABU ABBAS (a.k.a. PALESTINE LIBERATION FRONT—ABU ABBAS FACTION, a.k.a. PLF, a.k.a. PALESTINE LIBERATION FRONT); Iraq.

POPULAR FRONT FOR THE LIBERATION OF PALESTINE (a.k.a. PFLP); Lebanon; Syria; Israel.

POPULAR FRONT FOR THE LIBERATION OF PALESTINE—GENERAL COMMAND (a.k.a. PFLP-GC); Lebanon; Syria; Jordan.

REVOLUTIONARY JUSTICE ORGANIZATION (a.k.a. PARTY OF GOD, a.k.a. HIZBALLAH, a.k.a. ISLAMIC JIHAD, a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH, a.k.a. ISLAMIC JIHAD FOR

THE LIBERATION OF PALESTINE, a.k.a. ANSAR ALLAH, a.k.a. FOLLOWERS OF THE PROPHET MUHAMMAD); Lebanon.

REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS (a.k.a. ANO, a.k.a. ABU NIDAL ORGANIZATION, a.k.a. BLACK SEPTEMBER, a.k.a. FATAH REVOLUTIONARY COUNCIL, a.k.a. ARAB REVOLUTIONARY COUNCIL, a.k.a. ARAB REVOLUTIONARY BRIGADES); Libya; Lebanon; Algeria; Sudan; Iraq.

TALAA'AL AL-FATEH (a.k.a. JIHAD GROUP, a.k.a. AL-JIHAD, a.k.a. VANGUARDS OF CONQUEST); Egypt.

THE ISLAMIC GROUP (a.k.a. ISLAMIC GAMA'AT, a.k.a. GAMA'AT, a.k.a. GAMA'AT AL-ISLAMIYYA, a.k.a. AL-GAMA'A AL-ISLAMIYYA); Egypt.

VANGUARDS OF CONQUEST (a.k.a. JIHAD GROUP, a.k.a. AL-JIHAD, a.k.a. TALAA'AL AL-FATEH); Egypt.

**Individuals**

ABBAS, Abu (a.k.a. ZAYDAN, Muhammad); Director of PALESTINE LIBERATION FRONT—ABU ABBAS FACTION; DOB 10 December 1948.

AL BANNA, Sabri Khalil Abd Al Qadir (a.k.a. NIDAL, Abu); Founder and Secretary General of ABU NIDAL ORGANIZATION; DOB May 1937 or 1940; POB Jaffa, Israel.

AL RAHMAN, Shaykh Umar Abd; Chief Ideological Figure of ISLAMIC GAMA'AT; DOB 3 May 1938; POB Egypt.

AL ZAWAHIRI, Dr. Ayman; Operational and Military Leader of JIHAD GROUP; DOB 19 June 1951; POB Giza, Egypt; Passport No. 1084010 (Egypt).

AL-ZUMAR, Abbud (a.k.a. ZUMAR, Colonel Abbud); Factional Leader of JIHAD GROUP; Egypt; POB Egypt.

AWDA, Abd Al Aziz; Chief Ideological Figure of PALESTINIAN ISLAMIC JIHAD—SHIQAQI; DOB 1946.

FADLALLAH, Shaykh Muhammad Husayn; Leading Ideological Figure of HIZBALLAH; DOB 1938 or 1936; POB Najf Al Ashraf (Najaf), Iraq.

HABASH, George (a.k.a. HABBASH, George); Secretary General of POPULAR FRONT FOR THE LIBERATION OF PALESTINE.

HABBASH, George (a.k.a. HABASH, George); Secretary General of POPULAR FRONT FOR THE LIBERATION OF PALESTINE.

HAWATMA, Nayif (a.k.a. HAWATMEH, Nayif, a.k.a. HAWATMAH, Nayif, a.k.a KHALID, Abu); Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE—HAWATMEH FACTION; DOB 1933.

HAWATMAH, Nayif (a.k.a. HAWATMA, Nayif; a.k.a. HAWATMEH,

PX20

**5086**   **Federal Register** / Vol. 60, No. 16 / Wednesday, January 25, 1995 / Notices

Nayif, a.k.a. KHALID, Abu); Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE—HAWATMEH FACTION; DOB 1933.

HAWATMEH, Nayif (a.k.a. HAWATMA, Nayif; a.k.a. HAWATMAH, Nayif, a.k.a. KHALID, Abu); Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE—HAWATMEH FACTION; DOB 1933.

ISLAMBOULI, Mohammad Shawqi; Military Leader of ISLAMIC GAMA'AT; DOB 15 January 1955; POB Egypt; Passport No. 304555 (Egypt).

JABRIL, Ahmad (a.k.a. JIBRIL, Ahmad); Secretary General of POPULAR FRONT FOR THE LIBERATION OF PALESTINE—GENERAL COMMAND; DOB 1938; POB Ramleh, Israel.

JIBRIL, Ahmad (a.k.a. JABRIL, Ahmad); Secretary General of POPULAR FRONT FOR THE LIBERATION OF PALESTINE—GENERAL COMMAND; DOB 1938; POB Ramleh, Israel.

KHALID, Abu (a.k.a. HAWATMEH, Nayif, a.k.a. HAWATMA, Nayif, a.k.a. HAWATMAH, Nayif); Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE—HAWATMEH FACTION; DOB 1933.

MUGHNIYAH, Imad Fa'iz (a.k.a. MUGHNIYAH, Imad Fayiz); Senior Intelligence Officer of HIZBALLAH; DOB 7 December 1962; POB Tayr Dibba, Lebanon; Passport No. 432298 (Lebanon).

MUGHNIYAH, Imad Fayiz (a.k.a. MUGHNIYAH, Imad Fa'iz); Senior Intelligence Officer of HIZBALLAH; DOB 7 December 1962; POB Tayr Dibba, Lebanon; Passport No. 432298 (Lebanon).

NAJI, Talal Muhammad Rashid; Principal Deputy of POPULAR FRONT FOR THE LIBERATION OF PALESTINE—GENERAL COMMAND; DOB 1930; POB Al Nasiria, Palestine.

NASRALLAH, Hasan; Secretary General of HIZBALLAH; DOB 31 August 1960 or 1953 or 1955 or 1958; POB Al Basuriyah, Lebanon; Passport No. 042833 (Lebanon).

NIDAL, Abu (a.k.a. AL BANNA, Sabri Khalil Abd Al Qadir); Founder and Secretary General of ABU NIDAL ORGANIZATION; DOB May 1937 or 1940; POB Jaffa, Israel.

QASEM, Talat Fouad; Propaganda Leader of ISLAMIC GAMA'AT; DOB 2 June 1957 or 3 June 1957; POB Al Mina, Egypt.

SHAQAQI, Fathi; Secretary General of PALESTINIAN ISLAMIC JIHAD—SHIQAQI.

TUFAYLI, Subhi; Former Secretary General and Current Senior Figure of HIZBALLAH; DOB 1947; POB Biqa Valley, Lebanon.

YASIN, Shaykh Ahmad; Founder and Chief Ideological Figure of HAMAS; DOB 1931.

ZAYDAN, Muhammad (a.k.a. ABBAS, Abu); Director of PALESTINE LIBERATION FRONT—ABU ABBAS FACTION; DOB 10 December 1948.

ZUMAR, Colonel Abbud (a.k.a. AL-ZUMAR, Abbud); Factional Leader of JIHAD GROUP; Egypt; POB Egypt.

Dated: January 23, 1995.

**R. Richard Newcomb,**

*Director, Office of Foreign Assets Control.*

Approved: January 23, 1995.

**John Berry,**

*Deputy Assistant Secretary (Enforcement).*

[FR Doc. 95–2035 Filed 1–24–95: 10:10 am]

**BILLING CODE 4810–25–P**

PX20

PX21

# Designation of the Islamic Revolutionary Guard Corps

2017-2021.state.gov/designation-of-the-islamic-revolutionary-guard-corps/index.html

**The State Department intends to designate as a Foreign Terrorist Organization (FTO) the Islamic Revolutionary Guard Corps (IRGC) in its entirety, including the Qods Force. This is a historic step to counter Iran-backed terrorism around the world.**

- On April 15, the IRGC will be added to the State Department's FTO list, which includes 67 other terrorist organizations including Hizballah, Hamas, Palestinian Islamic Jihad, Kata'ib Hizballah, and al-Ashtar Brigades.
- The IRGC FTO designation highlights that Iran is an outlaw regime that uses terrorism as a key tool of statecraft and that the IRGC, part of Iran's official military, has engaged in terrorist activity or terrorism since its inception 40 years ago.
- The IRGC has been directly involved in terrorist plotting; its support for terrorism is foundational and institutional, and it has killed U.S. citizens. It is also responsible for taking hostages and wrongfully detaining numerous U.S. persons, several of whom remain in captivity in Iran today.
- The Iranian regime has made a clear choice not only to fund and equip, but also to fuel terrorism, violence, and unrest across the Middle East and around the world at the expense of its own people.
- The Iranian regime is responsible for the deaths of at least 603 American service members in Iraq since 2003. This accounts for 17% of all deaths of U.S. personnel in Iraq from 2003 to 2011, and is in addition to the many thousands of Iraqis killed by the IRGC's proxies.
- This action is a significant step forward in our maximum pressure campaign against the Iranian regime. We will continue to increase financial pressure and raise the costs on the Iranian regime for its support of terrorist activities until Tehran abandons this unacceptable behavior.

**The IRGC, with the support of the Iranian government, has engaged in terrorist activity since its inception 40 years ago.**

- The IRGC—most prominently through its Qods Force—has the greatest role among Iran's actors in directing and carrying out a global terrorist campaign.
  - In recent years, IRGC Qods Force terrorist planning has been uncovered and disrupted in many countries, including Germany, Bosnia, Bulgaria, Kenya, Bahrain, and Turkey.
  - The IRGC Qods Force in 2011 plotted a brazen terrorist attack against the Saudi Ambassador to the U.S. on American soil. Fortunately, this plot was foiled.
  - In September 2018, a U.S. federal court found Iran and the IRGC liable for the 1996 Khobar Towers bombing which killed 19 Americans.
  - In 2012, IRGC Qods Force operatives were arrested in Turkey for plotting an attack and in Kenya for planning a bombing.
  - In January 2018, Germany uncovered ten IRGC operatives involved in a terrorist plot in Germany, and convicted another IRGC operative for surveilling a German-Israeli group.

PX21

- The IRGC continues to provide financial and other material support, training, technology transfer, advanced conventional weapons, guidance, or direction to a broad range of terrorist organizations, including Hizballah, Palestinian terrorist groups like Hamas and Palestinian Islamic Jihad, Kata'ib Hizballah in Iraq, al-Ashtar Brigades in Bahrain, and other terrorist groups in Syria and around the Gulf.
- In addition to its support of proxies and terrorist groups abroad, Iran also harbors terrorists within its own borders, thereby facilitating their activities. Iran continues to allow Al Qaeda (AQ) operatives to reside in Iran, where they have been able to move money and fighters to South Asia and Syria. In 2016, the U.S. Treasury Department identified and sanctioned three senior AQ operatives residing in Iran and noted that Iran had knowingly permitted these AQ members, including several of the 9/11 hijackers, to transit its territory on their way to Afghanistan for training and operational planning.

**The IRGC FTO designation is a significant step forward in our maximum pressure campaign against the Iranian regime.**

This new FTO designation builds upon previous sanctions, sends a clear message to the world that the Administration is committed to exerting maximum pressure on the Iranian regime, and shines a spotlight on those in the IRGC who engage in terrorist activities.

- It builds upon previous sanctioning of more than 900 Iran-related individuals, entities, aircraft, and vessels by this Administration for human right abuses, censorship, ballistic missile program, malign cyber activities, support to terrorism, or associations with the Government of Iran.
- Since January 19, 1984, Iran has been designated a State Sponsor of Terrorism (SST) for providing support for acts of international terrorism. As a result of this designation, Iran is subject to a number of sanctions and restrictions, including restrictions on U.S. foreign assistance; a ban on defense exports and sales; exports controls of dual use items; and miscellaneous financial and other restrictions.

    In 2017, the Department of the Treasury designated the IRGC as a Specially Designated Global Terrorist pursuant to its counterterrorism sanctions authority (Executive Order 13224) for its activities in support of the IRGC-Qods Force, which was previously designated in 2007 under this same authority for providing support to a number of terrorist groups, including Hizballah and Hamas.

- The IRGC is also currently designated pursuant to various Executive Orders, including sanctions designations in 2007 for its support to Iran's ballistic missile and nuclear programs, and in 2011 and 2012 in connection with Iran's human rights abuses.

For further information, please contact the CT Public Affairs Office at CTPublicAffairs@state.gov.

PX21

# PX22

# Foreign Terrorist Organizations

state.gov/foreign-terrorist-organizations

Foreign Terrorist Organizations (FTOs) are foreign organizations that are designated by the Secretary of State in accordance with section 219 of the Immigration and Nationality Act (INA), as amended. FTO designations play a critical role in our fight against terrorism and are an effective means of curtailing support for terrorist activities and pressuring groups to get out of the terrorism business.

## Designated Foreign Terrorist Organizations

| Date Designated | Name |
| --- | --- |
| 10/8/1997 | Abu Sayyaf Group (ASG) |
| 10/8/1997 | Aum Shinrikyo (AUM) |
| 10/8/1997 | Basque Fatherland and Liberty (ETA) |
| 10/8/1997 | Gama'a al-Islamiyya (Islamic Group – IG) |
| 10/8/1997 | HAMAS |
| 10/8/1997 | Harakat ul-Mujahidin (HUM) |
| 10/8/1997 | Hizballah |
| 10/8/1997 | Kahane Chai (Kach) |
| 10/8/1997 | Kurdistan Workers Party (PKK, aka Kongra-Gel) |
| 10/8/1997 | Liberation Tigers of Tamil Eelam (LTTE) |
| 10/8/1997 | National Liberation Army (ELN) |

PX22

| | |
|---|---|
| 10/8/1997 | Palestine Liberation Front (PLF) |
| 10/8/1997 | Palestine Islamic Jihad (PIJ) |
| 10/8/1997 | Popular Front for the Liberation of Palestine (PFLP) |
| 10/8/1997 | PFLP-General Command (PFLP-GC) |
| 10/8/1997 | Revolutionary People's Liberation Party/Front (DHKP/C) |
| 10/8/1997 | Shining Path (SL) |
| 10/8/1999 | al-Qa'ida (AQ) |
| 9/25/2000 | Islamic Movement of Uzbekistan (IMU) |
| 5/16/2001 | Real Irish Republican Army (RIRA) |
| 12/26/2001 | Jaish-e-Mohammed (JEM) |
| 12/26/2001 | Lashkar-e Tayyiba (LeT) |
| 3/27/2002 | Al-Aqsa Martyrs Brigade (AAMB) |
| 3/27/2002 | Asbat al-Ansar (AAA) |
| 3/27/2002 | al-Qaida in the Islamic Maghreb (AQIM) |
| 8/9/2002 | Communist Party of the Philippines/New People's Army (CPP/NPA) |
| 10/23/2002 | Jemaah Islamiya (JI) |
| 1/30/2003 | Lashkar i Jhangvi (LJ) |
| 3/22/2004 | Ansar al-Islam (AAI) |

PX22

| | |
|---|---|
| 7/13/2004 | Continuity Irish Republican Army (CIRA) |
| 12/17/2004 | Islamic State of Iraq and the Levant (formerly al-Qa'ida in Iraq) |
| 6/17/2005 | Islamic Jihad Union (IJU) |
| 3/5/2008 | Harakat ul-Jihad-i-Islami/Bangladesh (HUJI-B) |
| 3/18/2008 | al-Shabaab |
| 5/18/2009 | Revolutionary Struggle (RS) |
| 7/2/2009 | Kata'ib Hizballah (KH) |
| 1/19/2010 | al-Qa'ida in the Arabian Peninsula (AQAP) |
| 8/6/2010 | Harakat ul-Jihad-i-Islami (HUJI) |
| 9/1/2010 | Tehrik-e Taliban Pakistan (TTP) |
| 11/4/2010 | Jaysh al-Adl (formerly Jundallah) |
| 5/23/2011 | Army of Islam (AOI) |
| 9/19/2011 | Indian Mujahedeen (IM) |
| 3/13/2012 | Jemaah Anshorut Tauhid (JAT) |
| 5/30/2012 | Abdallah Azzam Brigades (AAB) |
| 9/19/2012 | Haqqani Network (HQN) |
| 3/22/2013 | Ansar al-Dine (AAD) |
| 11/14/2013 | Boko Haram |

PX22

| | |
|---|---|
| 11/14/2013 | Ansaru |
| 12/19/2013 | al-Mulathamun Battalion (AMB) |
| 1/13/2014 | Ansar al-Shari'a in Benghazi |
| 1/13/2014 | Ansar al-Shari'a in Darnah |
| 1/13/2014 | Ansar al-Shari'a in Tunisia |
| 4/10/2014 | ISIL Sinai Province (formerly Ansar Bayt al-Maqdis) |
| 5/15/2014 | al-Nusrah Front |
| 8/20/2014 | Mujahidin Shura Council in the Environs of Jerusalem (MSC) |
| 9/30/2015 | Jaysh Rijal al-Tariq al Naqshabandi (JRTN) |
| 1/14/2016 | Islamic State's Khorasan Province (ISIS-K) |
| 5/20/2016 | Islamic State of Iraq and the Levant's Branch in Libya (ISIL-Libya) |
| 7/1/2016 | Al-Qa'ida in the Indian Subcontinent |
| 8/17/2017 | Hizbul Mujahideen (HM) |
| 2/28/2018 | ISIS-Bangladesh |
| 2/28/2018 | ISIS-Philippines |
| 2/28/2018 | ISIS-West Africa |
| 5/23/2018 | ISIS-Greater Sahara |
| 7/11/2018 | al-Ashtar Brigades (AAB) |

PX22

| 9/6/2018 | Jama'at Nusrat al-Islam wal-Muslimin (JNIM) |
| 4/15/2019 | Islamic Revolutionary Guard Corps (IRGC) |
| 1/10/2020 | Asa'ib Ahl al-Haq (AAH) |
| 1/14/2021 | Harakat Sawa'd Misr (HASM) |
| 3/11/2021 | ISIS-DRC |
| 3/11/2021 | ISIS-Mozambique |
| 12/1/2021 | Segunda Marquetalia |
| 12/1/2021 | Revolutionary Armed Forces of Colombia – People's Army (FARC-EP) |

## Delisted Foreign Terrorist Organizations

| Date Removed | Name | Date Originally Designated |
|---|---|---|
| 10/8/1999 | Democratic Front for the Liberation of Palestine - Hawatmeh Faction | 10/8/1997 |
| 10/8/1999 | Khmer Rouge | 10/8/1997 |
| 10/8/1999 | Manuel Rodriguez Patriotic Front Dissidents | 10/8/1997 |
| 10/8/2001 | Japanese Red Army | 10/8/1997 |
| 10/8/2001 | Tupac Amaru Revolution Movement | 10/8/1997 |
| 5/18/2009 | Revolutionary Nuclei | 10/8/1997 |
| 10/15/2010 | Armed Islamic Group (GIA) | 10/8/1997 |

PX22

| 9/28/2012 | Mujahedin-e Khalq Organization (MEK) | 10/8/1997 |
| 5/28/2013 | Moroccan Islamic Combatant Group (GICM) | 10/11/2005 |
| 7/15/2014 | United Self Defense Forces of Colombia | 9/10/2001 |
| 9/3/2015 | Revolutionary Organization 17 November (17N) | 10/8/1997 |
| 12/9/2015 | Libyan Islamic Fighting Group (LIFG) | 12/17/2004 |
| 6/1/2017 | Abu Nidal Organization (ANO) | 10/8/1997 |
| 2/16/2021 | Ansarallah | 1/19/2021 |
| 12/1/2021 | Revolutionary Armed Forces of Colombia (FARC) | 10/8/1997 |

**Identification**

The Bureau of Counterterrorism in the State Department (CT) continually monitors the activities of terrorist groups active around the world to identify potential targets for designation. When reviewing potential targets, CT looks not only at the actual terrorist attacks that a group has carried out, but also at whether the group has engaged in planning and preparations for possible future acts of terrorism or retains the capability and intent to carry out such acts.

**Designation**

Once a target is identified, CT prepares a detailed "administrative record," which is a compilation of information, typically including both classified and open sources information, demonstrating that the statutory criteria for designation have been satisfied. If the Secretary of State, in consultation with the Attorney General and the Secretary of the Treasury, decides to make the designation, Congress is notified of the Secretary's intent to designate the organization and given seven days to review the designation, as the INA requires. Upon the expiration of the seven-day waiting period and in the absence of Congressional action to block the designation, notice of the designation is published in the Federal Register, at which point the designation takes effect. By law an organization designated as an FTO may seek judicial review of the designation in the United States Court of Appeals for the District of Columbia Circuit not later than 30 days after the designation is published in the Federal Register.

PX22

Until recently the INA provided that FTOs must be redesignated every 2 years or the designation would lapse. Under the Intelligence Reform and Terrorism Prevention Act of 2004 (IRTPA), however, the redesignation requirement was replaced by certain review and revocation procedures. IRTPA provides that an FTO may file a petition for revocation 2 years after its designation date (or in the case of redesignated FTOs, its most recent redesignation date) or 2 years after the determination date on its most recent petition for revocation. In order to provide a basis for revocation, the petitioning FTO must provide evidence that the circumstances forming the basis for the designation are sufficiently different as to warrant revocation. If no such review has been conducted during a 5 year period with respect to a designation, then the Secretary of State is required to review the designation to determine whether revocation would be appropriate. In addition, the Secretary of State may at any time revoke a designation upon a finding that the circumstances forming the basis for the designation have changed in such a manner as to warrant revocation, or that the national security of the United States warrants a revocation. The same procedural requirements apply to revocations made by the Secretary of State as apply to designations. A designation may be revoked by an Act of Congress, or set aside by a Court order.

**Legal Criteria for Designation under Section 219 of the INA as amended**

1. It must be a foreign organization.
2. The organization must engage in terrorist activity, as defined in <u>section 212 (a)(3)(B) of the INA (8 U.S.C. § 1182(a)(3)(B))</u>,or terrorism, as defined in <u>section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989 (22 U.S.C. § 2656f(d)(2))</u>, or retain the capability and intent to engage in terrorist activity or terrorism.
3. The organization's terrorist activity or terrorism must threaten the security of U.S. nationals or the national security (national defense, foreign relations, or the economic interests) of the United States.

**Legal Ramifications of Designation**

1. It is unlawful for a person in the United States or subject to the jurisdiction of the United States to knowingly provide "material support or resources" to a designated FTO. (The term "material support or resources" is defined in 18 U.S.C. § 2339A(b)(1) as " any property, tangible or intangible, or service, including currency or monetary instruments or financial securities, financial services, lodging, training, expert advice or assistance, safehouses, false documentation or identification, communications equipment, facilities, weapons, lethal substances, explosives, personnel (1 or more individuals who maybe or include oneself), and transportation, except medicine or religious materials." 18 U.S.C. § 2339A(b)(2) provides that for these purposes "the term 'training' means instruction or teaching designed to impart a specific skill, as opposed to general knowledge." 18 U.S.C. § 2339A(b)(3) further provides that for these purposes the term 'expert advice or assistance' means advice or assistance derived from scientific, technical or other specialized knowledge."

PX22

2. Representatives and members of a designated FTO, if they are aliens, are inadmissible to and, in certain circumstances, removable from the United States (see 8 U.S.C. §§ 1182 (a)(3)(B)(i)(IV)-(V), 1227 (a)(1)(A)).

3. Any U.S. financial institution that becomes aware that it has possession of or control over funds in which a designated FTO or its agent has an interest must retain possession of or control over the funds and report the funds to the Office of Foreign Assets Control of the U.S. Department of the Treasury.

**Other Effects of Designation**

1. Supports our efforts to curb terrorism financing and to encourage other nations to do the same.
2. Stigmatizes and isolates designated terrorist organizations internationally.
3. Deters donations or contributions to and economic transactions with named organizations.
4. Heightens public awareness and knowledge of terrorist organizations.
5. Signals to other governments our concern about named organizations.

**Revocations of Foreign Terrorist Organizations**

The Immigration and Nationality Act sets out three possible basis for revoking a Foreign Terrorist Organization designation:

1. The Secretary of State must revoke a designation if the Secretary finds that the circumstances that were the basis of the designation have changed in such a manner as to warrant a revocation;
2. The Secretary of State must revoke a designation if the Secretary finds that the national security of the United States warrants a revocation;
3. The Secretary of State may revoke a designation at any time.

Any revocation shall take effect on the date specified in the revocation or upon publication in the Federal Register if no effective date is specified. The revocation of a designation shall not affect any action or proceeding based on conduct committed prior to the effective date of such revocation.

PX22

PX25

# State Sponsors of Terrorism

state.gov./state-sponsors-of-terrorism

Countries determined by the Secretary of State to have repeatedly provided support for acts of international terrorism are designated pursuant to three laws: section1754(c) of the National Defense Authorization Act for Fiscal Year 2019, section 40 of the Arms Export Control Act, and section 620A of the Foreign Assistance Act of 1961). Taken together, the four main categories of sanctions resulting from designation under these authorities include restrictions on U.S. foreign assistance; a ban on defense exports and sales; certain controls over exports of dual use items; and miscellaneous financial and other restrictions.

Designation under the above-referenced authorities also implicates other sanctions laws that penalize persons and countries engaging in certain trade with state sponsors. Currently there are four countries designated under these authorities: Cuba, the Democratic People's Republic of Korea (North Korea), Iran, and Syria.

| Country | Designation Date |
|---|---|
| Cuba | January 12, 2021 |
| Democratic People's Republic of Korea (North Korea) | November 20, 2017 |
| Iran | January 19, 1984 |
| Syria | December 29, 1979 |

For more details about State Sponsors of Terrorism, see "Overview of State Sponsored Terrorism" in Country Reports on Terrorism.

PX25

PX27

# Designation of Kata'ib Hizballah as a Foreign Terrorist Organization

2009-2017.state.gov/r/pa/prs/ps/2009/july/125582.htm

Media Note
Bureau of Public Affairs, Office of the Spokesman

Washington, DC

July 2, 2009

On June 24, 2009 Deputy Secretary of State James B. Steinberg designated Kata'ib Hizballah (KH) as a Foreign Terrorist Organization (FTO) under Section 219 of the Immigration and Nationality Act, as amended (INA). Deputy Secretary Steinberg also designated KH under section 1(b) of Executive Order 13224, as amended. Kata'ib Hizballah is an Iraqi terrorist organization responsible for numerous terrorist acts against Iraqi, U.S., and other targets in Iraq since 2007. The Department of State took these actions in consultation with the Attorney General, the Secretary of the Treasury, and other relevant U.S. agencies.

These designations play a critical role in our fight against terrorism and are an effective means of curtailing support for terrorist activities and pressuring groups to get out of the terrorism business. The consequences of these designations include a prohibition against U.S. persons providing material support or resources to, or engaging in other transactions with KH, and the freezing of all property and interests in property of the organization that are in the United States, or come within the United States, or the control of U.S. persons.

Kata'ib Hizballah is a radical Shia Islamist group with an anti-Western establishment and jihadist ideology that has conducted attacks against Iraqi, U.S, and Coalition targets in Iraq. Kata'ib Hizballah has ideological ties to Lebanese Hizballah and gained notoriety in 2007 with attacks on U.S. and Coalition forces designed to undermine the establishment of a democratic, viable Iraqi state. The organization has been responsible for numerous violent terrorist attacks since 2007, including improvised explosive device bombings, rocket propelled grenade attacks, and sniper operations. Kata'ib Hizballah also targeted the International Zone in Baghdad in a November 29, 2008 rocket attack that killed two UN workers. In addition, KH has threatened the lives of Iraqi politicians and civilians that support the legitimate political process in Iraq.

The Department of Treasury has also designated Kata'ib Hizballah under Executive Order 13438.

PX27

PRN: 2009/679

PX27

PX28

8/25/2021          The United States To Impose Sanctions on Chinese Firm Zhuhai Zhenrong Company Limited for Purchasing Oil From Iran - United State…

The Wayback Machine - https://web.archive.org/web/20210116131318/https://www.state.gov/the-united-states-to-impose-…

🇺🇸 An official website of the United States government   Here's how you know ⌄

★ ★ ★

# The United States To Impose Sanctions on Chinese Firm Zhuhai Zhenrong Company Limited for Purchasing Oil From Iran

**PRESS STATEMENT**

**MICHAEL R. POMPEO, SECRETARY OF STATE**

JULY 22, 2019

Share ⌣

Today, the United States is taking further action as part of our maximum economic pressure campaign against the Iranian regime by imposing sanctions on the Chinese firm Zhuhai Zhenrong Company Limited and its chief executive for knowingly purchasing or acquiring oil from Iran, contrary to U.S. sanctions. We said we would fully enforce our sanctions, and we are backing this up with real action. The announcement today will help deny the regime critical income to fund terror around the world, engage in foreign conflicts, and advance its ballistic missile development. The Iranian regime must cease these destabilizing activities.

Zhuhai Zhenrong Company Limited knowingly engaged in a significant transaction for the purchase or acquisition of crude oil from Iran. The transaction in question took place after the expiration of China's Significant Reduction Exception (SRE) on May 2, 2019, and was not covered by that SRE. Among other things, the imposition of these sanctions blocks all property and interests in property of Zhuhai Zhenrong Company Limited that are in the United States or within the possession or control of a U.S. person, and provides that such property and interests in property may not be transferred, paid, exported, withdrawn, or otherwise dealt in. Additionally, the United States is imposing several restrictions as well as a ban on entry into the United States on Youmin Li, a corporate officer and principal executive officer of Zhuhai Zhenrong Company Limited. To implement my action today, the Department of the Treasury is adding Zhuhai Zhenrong Company Limited and Youmin Li to its List of Specially Designated Nationals and Blocked Persons.

Any entity considering evading our sanctions should take notice of this action today. It underscores our commitment to enforcement and to holding the Iranian regime accountable. The United States will continue to deny funding to this regime, which uses its wealth and tremendous resources to enrich itself, deprive the Iranian people of opportunity, and fuel its destructive foreign policy. All entities must do their diligence and stay well clear of sanctioned Iranian entities and sectors. No company or nation should be willing to expose itself to the possibility of supporting Iran's Islamic Revolutionary

PX28

Guard Corps or the regime's regional proxies.

TAGS



Bureau of East Asian and Pacific Affairs    Bureau of Economic and Business Affairs    Bureau of Near Eastern Affairs

China    Division for Counter Threat Finance and Sanctions    Iran    Office of the Spokesperson    Oil    Sanctions

The Secretary of State

★ ★ ★

## Related Articles



NOVEMBER 27, 2020

### New Sanctions Under the Iran, North Korea, and Syria Nonproliferation Act (INKSNA)

READ MORE

OCTOBER 30, 2020

### This Week in Iran Policy

READ MORE

OCTOBER 19, 2020

### The United States Imposes Sanctions on Chinese and Hong Kong Persons for Activities Related to Supporting the Islamic Republic of Iran Shipping Lines

READ MORE

PX28

8/25/2021        The United States To Impose Sanctions on Chinese Firm Zhuhai Zhenrong Company Limited for Purchasing Oil From Iran - United State...



White House

USA.gov

Office of the Inspector General

Archives

Contact Us

Privacy Policy

Accessibility Statement

Copyright Information

FOIA

No FEAR Act

PX28

PX29

## U.S. DEPARTMENT OF THE TREASURY

**Press Center**



# Fact Sheet: New Sanctions on Iran

11/21/2011

Today, the United States is taking a series of actions to confront the threat posed by Iran and significantly increase pressure on Iran to comply with the full range of its international obligations and to address the international community's longstanding concerns regarding its nuclear program. These steps include: expanding sanctions to target the supply of goods, services, technology, or support (above certain monetary thresholds) to Iran for the development of its petroleum resources and maintenance or expansion of its petrochemical industry; designating eleven individuals and entities under Executive Order 13382 for their role in Iran's WMD program; and identifying the Islamic Republic of Iran as a jurisdiction of "primary money laundering concern" under section 311 of the USA PATRIOT Act.

These actions underscore the Administration's continued strong commitment – particularly in light of the IAEA Director General's most recent report – to hold the Iranian regime accountable for its refusal to comply with its international obligations regarding its nuclear program. The Administration is also sending an unequivocal message to the Government of Iran today that it will continue to face increasing international pressure until it addresses the international community's legitimate concerns regarding the nature of Iran's nuclear program.

**New Sanctions under Executive Order (E.O.) 13590:**

On November 19, President Obama signed E.O. 13590, which significantly expands existing energy-related sanctions on Iran to authorize sanctions on persons that knowingly provide:

**1. Goods, Services, Technology, or Support for the Development of Petroleum Resources:**

- The sale, lease, or provision of goods, services, technology, or support to Iran that could directly and significantly contribute to the enhancement of Iran's ability to develop petroleum resources located in Iran could trigger sanctions if a single transaction has a fair market value of $1 million or more, or if a series of transactions from the same entity have a fair market value of $5 million or more in a 12-month period.

**2. Goods, Services, Technology, or Support for the Maintenance or Expansion of the Petrochemical Sector:**

- The sale, lease, or provision of goods, services, technology, or support to Iran that could directly and significantly facilitate the maintenance or expansion of its domestic production of petrochemical products could trigger sanctions if a single transaction has a fair market value of $250,000 or more, or if a series of transactions from the same entity have a fair market value of $1 million or more in a 12-month period.

If a person is found to have provided a good, service, technology, or support described in E.O. 13590, the Secretary of State, in consultation with other agencies, has the authority to impose sanctions, including prohibitions on: foreign exchange transactions; banking transactions; property transactions in the United States; U.S. Export-Import Bank financing; U.S. export licenses; imports into the United States; loans of more than $10 million from U.S. financial institutions; U.S. government procurement contracts; and, for financial institutions, designation as a primary dealer or repository of U.S. government funds.

**Designation of Entities under E.O. 13382:**

The U.S. Department of State has designated the Nuclear Reactors Fuel Company, Noor Afzar Gostar Company, Fulmen Group, and Yasa Part under E.O. 13382 for their role in Iran's nuclear procurement networks. They support a variety of Iran's proscribed nuclear procurement activities, including centrifuge development, heavy water research reactor activities, and uranium enrichment.

The U.S. Department of the Treasury also has designated Javad Rahiqi, Modern Industries Technique Company (MITEC), Neka Novin, Parto Sanat, Paya Partov, Simatic, and the Iran Centrifuge Technology Company (TESA) under E.O. 13382. These entities are linked to the Atomic Energy Organization of Iran (AEOI), which is a key actor in Iran's nuclear program as the main Iranian organization for research and development activities in the field of nuclear technology, including Iran's centrifuge enrichment program and experimental laser enrichment of uranium program. The AEOI was listed in the Annex to E.O. 13382 and has been sanctioned by the United Nations in Security Council resolution 1737.

E.O. 13382 blocks the assets under U.S. jurisdiction of the designated persons and prohibits U.S. persons from engaging in transactions involving them.

*To view the complete list of designations under E.O. 13382, visit* link 

**Identification of the Islamic Republic of Iran as a Jurisdiction of "Primary Money Laundering Concern" Under Section 311 of the USA PATRIOT Act:**

The U.S. Department of the Treasury identified the Islamic Republic of Iran as a jurisdiction of primary money laundering concern under Section 311 of the USA PATRIOT Act (Section 311) based on Iran's support for terrorism; pursuit of weapons of mass destruction (WMD); reliance on state-owned or controlled agencies to facilitate WMD proliferation; and the illicit and deceptive financial activities that Iranian financial institutions – including the Central Bank of Iran – and other state-controlled entities engage in to facilitate Iran's illicit conduct and evade sanctions.

In issuing today's Finding, Treasury has for the first time identified the entire Iranian financial sector; including Iran's Central Bank, private Iranian banks, and branches, and subsidiaries of Iranian banks operating outside of Iran as posing illicit finance risks for the global financial system.

The Finding also creates a clear public record of the scope and depth of Iran's illicit conduct, detailing the involvement of Iranian government agencies and banking institutions in WMD proliferation, support for terrorism, and other illicit conduct. In particular, the Finding includes new information about the Central Bank of Iran's role in facilitating Iran's illicit conduct and Iran's efforts to evade international sanctions.

Today's action reinforces U.S. and international sanctions already in place against Iran and provides greater certainty that the U.S. financial system is protected from Iranian illicit activity.

PX29

8/25/2021                                Fact Sheet: New Sanctions on Iran

Treasury's Financial Crimes Enforcement Network (FinCEN) also today filed a Notice of Proposed Rule Making (NPRM), in which it proposes imposing a special measure against Iran. While current U.S. regulations already generally prohibit U.S. financial institutions from engaging in both direct and indirect transactions with Iranian financial institutions, this action would require U.S. financial institutions to implement additional due diligence measures in order to prevent any improper indirect access by Iranian banking institutions to U.S. correspondent accounts.

*To view the complete 311 Finding, visit* link   🔗.
*To view the NPRM, visit* link   🔗.

*To view a fact sheet on Section 311, visit* link.

PX29

PX30

# U.S. DEPARTMENT OF THE TREASURY

## Fact Sheet: U.S. Treasury Department Targets Iran's Support for Terrorism Treasury Announces New Sanctions Against Iran's Islamic Revolutionary Guard Corps–Qods Force Leadership

August 3, 2010

*(Archived Content)*

TG-810

The U.S. Department of the Treasury announced today a set of designations targeting the Government of Iran's support for terrorism and terrorist organizations, including Hizballah, Hamas, Palestinian Islamic Jihad (PIJ), the Popular Front for the Liberation of Palestine-General Command (PFLP-GC) and the Taliban. Iran is the primary funder of Hizballah and has long been recognized as the most active state sponsor of terrorism. Today's designations expose Iran's use of its state apparatus – including the Islamic Revolutionary Guard Corps-Qods Force – and state-run social service organizations to support terrorism under the guise of providing reconstruction and economic development assistance or social services.

Pursuant to Executive Order (E.O.) 13224 – which is aimed at freezing the assets of terrorists and their supporters, thereby isolating them from the U.S. financial and commercial systems – Treasury today designated:

- Four **Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF)** senior officers: **Hushang Allahdad, Hossein Musavi, Hasan Mortezavi** and **Mohammad Reza Zahedi** for their roles in the IRGC-QF's support of terrorism
- The **Iranian Committee for the Reconstruction of Lebanon (ICRL)** and its director, **Hessam Khoshnevis,** for providing financial, material, and technological support to Hizballah;
- **The Imam Khomeini Relief Committee (IKRC) Lebanon branch** for being owned or controlled by Hizballah and for providing financial and material support to Hizballah and its director, **Ali Zuraik**; and
- **Razi Musavi,** a Syria-based Iranian official, for providing financial and material support to Hizballah.

As a result of today's designations, all transactions involving any of the above designees and any U.S. person are prohibited, and any assets the designees may have under U.S. jurisdiction are frozen.

### Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) Leadership

Treasury today further targeted the IRGC-QF by designating four of its senior officers: **Hushang Allahdad,**

PX30

**Hossein Musavi, Hasan Mortezavi** and **Mohammad Reza Zahedi.**

- **Hushang Allahdad** has been a financial officer for the IRGC-QF since at least 2002. In this position, Allahdad personally oversees distribution of funds to Levant-based terrorist groups and provides financial support for designated terrorist entities including Hizballah, Hamas, and PIJ.

- RGC-QF General **Hossein Musavi** is Commander of the IRGC-QF Ansar Corps, whose responsibilities include IRGC-QF activities in Afghanistan. As Ansar Corps Commander, Musavi has provided financial and material support to the Taliban.

- In his capacity as an IRGC-QF senior officer, Colonel **Hasan Mortezavi** provides financial and material support to the Taliban.

- **Mohammad Reza Zahedi**, the commander of the IRGC-QF in Lebanon, plays a key role in Iran's support to Hizballah. Zahedi held several senior positions in the IRGC-Qods Force including Commander of the Lebanon Corps and Deputy Commander of the Qods Force. He has also acted as a liaison to Hizballah and Syrian intelligence services and is reportedly charged with guaranteeing weapons shipments to Hizballah.

**IRGC and IRGC-QF Support for Terrorist Organizations:**

The IRGC-QF is the Government of Iran's primary arm for executing its policy of supporting terrorist and insurgent groups. The IRGC-QF provides material, logistical assistance, training and financial support to militants and terrorist operatives throughout the Middle East and South Asia. It was designated by Treasury pursuant to E.O. 13224 in October 2007 for its support of terrorism.

The Government of Iran also uses the Islamic Revolutionary Guard Corps (IRGC) and IRGC-QF to implement its foreign policy goals, including, but not limited to, seemingly legitimate activities that provide cover for intelligence operations and support to terrorist and insurgent groups. These activities include economic investment, reconstruction, and other types of aid to Iraq, Afghanistan, and Lebanon, implemented by companies and institutions that act for or on behalf of, or are owned or controlled by the IRGC and the Iranian government.

- In Afghanistan, the IRGC-QF provides select members of the Taliban with weapons, funding, logistics and training. In Iraq, the Government of Iran trains, equips, and funds Iraqi Shia militant groups.

- In the Levant, the IRGC-QF continues to support designated terrorist groups such as Hizballah and Hamas. Hizballah is the largest recipient of Iranian financial aid, training, and weaponry; and Iran's senior leadership has cited Hizballah as a model for other militant groups. Iran also provides training, weapons, and money to Hamas, bolstering the group's ability to maintain its armed resistance and opposition to Israeli-Palestinian peace negotiations.

**<u>Iranian Committee for the Reconstruction of Lebanon (ICRL)</u>**

The ICRL provides financial, material, and technical support to Hizballah. It was established by the

PX30

Government of Iran after the 2006 Israel-Hizballah conflict and functions as a key channel for Iran's support to Hizballah reconstruction efforts in Lebanon.

In addition to ICRL's stated mission of supporting reconstruction, ICRL has financed and facilitated Hizballah's infrastructure and private communications network that enables the terrorist group to communicate securely.

The ICRL has provided funding and engineering expertise to Hizballah's construction arm, Jihad al-Binaa, which was designated by Treasury pursuant to E.O. 13224 in February 2007.

Treasury also today designated ICRL director, **Hessam Khoshnevis** for providing technical support to Hizballah's reconstruction efforts in Lebanon and to the expansion of the terrorist group's private communications network. Khoshnevis also operates as President Ahmadinejad's personal representative in Lebanon.

### Imam Khomeini Relief Committee (IKRC) Lebanon Branch

The IKRC in Lebanon is a Hizballah social service organization that was created by the Government of Iran in the 1980s and is directed and run by Hizballah members or cadre. Iran has provided millions of dollars to the Hizballah-run branch in Lebanon since 2007. The IKRC has helped fund and operate Hizballah youth training camps, which have been used to recruit future Hizballah members and operatives. Hizballah Secretary General Hassan Nasrallah has acknowledged the IKRC branch in Lebanon as one of Hizballah's openly-functioning institutions linked to and funded by Iran.

Also designated today is the director of IKRC in Lebanon, Ali Zuraik, for acting for or on behalf of the IKRC in Lebanon. Zuraik has also publicly acknowledged that the IKRC in Lebanon operates under the umbrella of Hizballah.

**Razi Musavi**

**Razi Musavi** is a Syria-based Iranian official who is a key conduit for Iranian support to Hizballah. He provides crucial support to Hizballah, including financial and material support to the Lebanon-based terrorist group that is closely allied with Iran and often acts at its behest.

Identifying Information:

Individual:

Hushang Allahdad

AKA:

Hushang Allahdadi

AKA:

Sa'id Golzari

Passport No.:

08550695

PX30

Passport No.:

A0022791

Individual:

Hossein Musavi

Nationality:

Iranian

Passport No:

A0016662 (issued October 29, 2002)

DOB:

October 23, 1960

POB:

Neishabour, Iran

Individual:

Hasan Mortezavi

AKA:

Ali Hassan Mortezavi

AKA:

Hassan Ali

AKA:

Majid Mirali Mortezavi

AKA:

Majid Mortezavi

Passport No:

7572775

Citizenship:

Iranian

DOB:

April 28, 1961

POB:

Ghazvin, Iran

Individual:

Mohammad Reza Zahedi

AKA:

Ali Reza Zahedi

AKA:

Reza Mahdavi

PX30

AKA:

Mohammad Riza Zahdi

AKA:

Hasan Mahdawi

Nationality:

Iranian

DOB:

1944

POB:

Esfahan, Iran

Location:

Beirut, Lebanon

Entity:

The Iranian Committee for the Reconstruction of Lebanon

AKA:

Iranian Headquarters for the Reconstruction of Lebanon

AKA:

Iran's Headquarters for the Reconstruction of Lebanon

AKA:

Iranian Committee for the Contribution in the Reconstruction of

Lebanon

AKA:

Iranian Organization for Reconstruction in Lebanon

AKA:

Iranian Committee for Rebuilding Lebanon

AKA:

Iranian Organization for Rebuilding Lebanon

AKA:

Iranian Contributory Organization for Reconstructing Lebanon

AKA:

Iranian Commission for Rebuilding Southern Lebanon

AKA:

Iranian Commission in Lebanon

AKA:

Iranian Committee to Reconstruct Lebanon

Location:

PX30

Near Iranian Embassy,

Brazilia Building, 1st Floor

Lebanon

Individual:

Hessam Khoshnevis

AKA:

Hesam Khosh-nevis

AKA:

Hesaam Khosh-Nevis

AKA:

Hesam Khoshnevis

AKA:

Hassan Khoshnvis

AKA:

Hussam Khosh

AKA:

Hussam Khoshnevis

AKA:

Hussam Khouchnoyess

Nationality:

Iranian

Passport:

A0023862

Entity:

Imam Khomeini Relief Committee (Lebanon Branch)

AKA:

Imam Khomeini Relief Organizati

on

AKA:

Islamic Charity Emdad

AKA:

Islamic Emdad Charitable Committee

AKA:

Comite Islamique Daides et de Biem Liban

PX30

AKA:

Imam Khomeiny Aid Committee

AKA:

Imdad Islamic Association Committee for Charity

AKA:

Islamic Charity Emdad Committee

AKA:

Emdad Assistance Foundation

AKA:

Emdad Committee for Islamic Charity

AKA:

Imdad Committee for Islamic Charity

AKA:

Imdad Association of the Islamic Philanthropic Committee

AKA:

al-Imdad

AKA:

Imam Khomeini Support Committee

AKA:

Imam Khomeini Emdad Committee

AKA:

Imam Khomeini Imdad Committee

AKA:

Komite Emdad Emam

AKA:

Imam Khomeini Foundation

AKA:

Khomeini Social Help Committee

AKA:

Khomeini Charitable Foundation

Location:

P.O. Box 25-211 Beirut AiRabi' Building

2nd Floor

Mokdad Street

PX30

Haret Hreik, Beirut, Lebanon

P.O. Box:

25/221 El Ghobeiry, Beirut, Lebanon

Individual:

Ali Hasan Zuraik

AKA:

Ali Hassan Zreik

AKA:

Ali Zraiq

AKA:

Ali Zurayq

AKA:

Ali Zreik

Passport No:

RL0266714

Passport No:

1082625

DOB:

1952

POB:

Al Khiyam, Lebanon

Individual:

Razi Musavi

AKA:

Hosein Razi Musavi

DOB:

1964

Location:

Damascus, Syria

###

PX30

PX33

**Treasury and State Department Iran Designations Identifier Information**
**Pursuant to E.O. 13224 (Terrorism) and E.O. 13382 (WMD)**
**October 25, 2007**

**E.O. 13224**

**1.  Entity:**          **BANK SADERAT IRAN**
AKA:               Iran Export Bank
AKA:               Bank Saderat PLC
Location:          PO Box 15745-631, Bank Saderat Tower, 43 Somayeh Avenue, Tehran, Iran, and all offices worldwide, including:
Location:          16 rue de la Paix, 75002 Paris, France
Location:          Postfach 160151, Friedenstr 4, D-603111 Frankfurt am Main, Germany
Location:          Postfach 112227, Deichstrasse 11, 20459 Hamburg, Germany
Location:          PO Box 4308, 25-29 Venizelou St, GR 105 64 Athens, Attica, Greece
Location:          3rd Floor, Aliktisad Bldg, Ras El Ein Street, Baalbak, Baalbak, Lebanon
Location:          1st Floor, Alrose Bldg, Verdun Rashid Karame St, Beirut, Lebanon
Location:          PO Box 5126, Beirut, Lebanon
Location:          Alghobeiri Branch - Aljawhara Bldg, Ghobiery Blvd, Beirut, Lebanon
Location:          Borj Albarajneh Branch - Alholom Bldg, Sahat Mreijeh Kafaat St, Beirut, Lebanon
Location:          Sida Riad Elsoleh St, Martyrs Square, Saida, Lebanon
Location:          PO Box 1269, 112 Muscat, Oman
Location:          PO Box 2256, Doha, Qatar
Location:          No 181, Makhtoomgholi Ave, 2nd Floor, Ashgabat, Turkmenistan
Location:          PO Box 700, Abu Dhabi, UAE
Location:          PO Box 16, Liwara Street, Ajman, UAE
Location:          PO Box 1140, Al-Am Road, Al-Ein Al Ain, Abu Dhabi, UAE
Location:          PO Box 4182, Murshid Bazar Branch, Dubai City, UAE
Location:          Sheikh Zayed Rd, Dubai City, UAE
Location:          Khaled Bin Al Walid St, Dubai City, UAE
Location:          PO Box 4182, Almaktoum Rd, Dubai City, UAE
Location:          PO Box 316, Bank Saderat Bldg, Al Arooba St, Borj Ave, Sharjah, UAE
Location:          5 Lothbury, London, EC2R 7HD, UK
Location:          PO Box 15175/584, 6th Floor, Sadaf Bldg, 1137 Vali Asr Ave, 15119-43885, Tehran, Iran

**2.  Entity:**          **ISLAMIC REVOLUTIONARY GUARDS CORPS (IRGC)- QODS FORCE**
AKA:               Pasdaran-e Enghelab-e Islami (Pasdaran)
AKA:               Sepah-e Qods (Jerusalem Force)

**DESIGNATIONS BY THE STATE DEPARTMENT**
**PURSUANT TO E.O. 13382**

**1.  Entity:**          **ISLAMIC REVOLUTIONARY GUARD CORPS**

PX33

| | |
|---|---|
| AKA: | IRGC |
| AKA: | IRG |
| AKA: | AGIR |
| AKA: | The Iranian Revolutionary Guards |
| AKA: | The Army of the Guardians of the Islamic Revolution |
| AKA: | Sepah-e Pasdaran-e Enqelab-e Eslami |
| AKA: | Pasdaran-e Enghelab-e Islami |
| AKA: | Pasdaran-e Inqilab |
| AKA: | Revolutionary Guards |
| AKA: | Revolutionary Guard |
| AKA: | Sepah |
| AKA: | Pasdaran |
| AKA: | Sepah Pasdaran |
| AKA: | Islamic Revolutionary Corps |
| AKA: | Iranian Revolutionary Guard Corps |
| Location: | Tehran, Iran |

**2.  Entity**    **MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS**

| | |
|---|---|
| AKA: | Ministry of Defense and Support for Armed Forces Logistics |
| AKA: | MODAFL |
| AKA: | MODSAF |
| Location: | Located on the West Side of Dabestan Street, Abbas Abad District, Tehran, Iran |

**DESIGNATIONS BY THE TREASURY DEPARTMENT
PURSUANT TO E.O. 13382**

**Bank Melli**

**1.  Entity:**    **BANK MELLI IRAN**

| | |
|---|---|
| Location: | Ferdowsi Avenue, P.O. Box 11365-171, Tehran, Iran, and all offices worldwide, including: |
| Location: | 43, Avenue Montaigne, Paris 75008, France |
| Location: | Holzbrucke 2, 20459 Hamburg, Germany |
| Location: | Nobel Avenue 14, Baku, Azerbaijan Republic |
| Location: | P.O. Box 2643 PC 112, Muscat, Oman |
| Location: | P.O. Box 5270, Oman Street, Al Nakheel, Ras al Khaimah, UAE |
| Location: | P.O. Box 248, Al Marash R/A, Hamad Bin Abdullah Street, Fujairah, UAE |
| Location: | P.O. Box 459, Al Burj Street, Sharjah, UAE |
| Location: | P.O. Box 1888, Clock Tower, Industrial Road, Al Ain, Abu Dhabi, UAE |
| Location: | P.O. Box 2656, Hamdan Street, Abu Dhabi, UAE |
| Location: | P.O. Box 3093, Khalid Bin Waleed Street, Bur Dubai, UAE |
| Location: | P.O. 1894, Beniyas Street, Dubai, UAE |
| Location: | No. 111-27, Alley - 929, District - Arasat Street, Baghdad, Iraq |

| | | |
|---|---|---|
| Location: | 704-6 Wheelock House, 20 Pedder Street, Hong Kong, China | |

2.  **Entity:**      **BANK KARGOSHAEE**
AKA:              Kargosa'i Bank
Location:         587 Mohammadiye Square, Mowlavi St., Tehran, 11986, Iran

3.  **Entity:**      **BANK MELLI IRAN ZAO**
Location:         Number 9/1, Ulitsa Mashkova, Moscow 103064, Russia

4.  **Entity:**      **MELLI BANK PLC**
Location:         1 London Wall, London, EC2Y 5EA, United Kingdom

5.  **Entity:**      **ARIAN BANK** (Joint Venture between Banks Melli and Saderat)
AKA:              Aryan Bank
Location:         House 2, Number 13, Wazir Akbar Khan, Kabul, Afghanistan

**Bank Mellat**

6.  **Entity:**      **BANK MELLAT**
Location:         327 Taleghani Avenue, 15817 Tehran, Iran, and all offices worldwide, including:
Location:         P.O. Box 375010, Amiryan Street #6, P/N-24, Yerevan, Armenia
Location:         Keumkang Tower, 13th and 14th Floors, 889-13 Daechi-Dong, Gangnam-Ku, Seoul 135-280, South Korea
Location:         P.O. Box 79106425, Ziya Gokalp Bulvari No. 12, Kizilay, Ankara, Turkey
Location:         Cumhuriyet Bulvari No. 88/A, PK 7103521, Konak, Izmir, Turkey
Location:         Buyukdere Cad, Cicek Sokak No. 1-1, Levent, Istanbul, Turkey

7.  **Entity:**      **MELLAT BANK SB CJSC**
AKA:              Mellat Bank DB AOZT
Location:         P.O. Box 24, Yerevan 0010, Republic of Armenia

8.  **Entity:**      **Persia International Bank PLC.**
Location:         Number 6 Lothbury, Post Code: EC2R 7HH, United Kingdom

**IRGC Entities:**

9.  **Entity:**      **KHATAM OL ANBIA GHARARGAH SAZANDEGI NOOH**
AKA:              Khatam Ol Ambia
AKA:              Ghorb Khatam
AKA:              Khatam Al-Anbya
Location:         Number 221, North Falamak-Zarafshan Intersection, 4th Phase, Shahrak-E-Ghods, Tehran 14678, Iran

PX33

10. **Entity:**    **ORIENTAL OIL KISH**
Location:    2nd Floor, 96-98 East Atefi St., Africa Blvd., Tehran, Iran
Alternate location:    Dubai, UAE

11. **Entity:**    **GHORB KARBALA**
AKA:    Gharargah Sazandegi Karbala-Moasseseh Taha
AKA:    Gharargah Karbala
Location:    No. 2 Firouzeh Alley, Shahid Hadjipour St., Resalat Highway, Tehran, Iran

12. **Entity:**    **SEPASAD ENGINEERING COMPANY**
Location:    Number 4 corner of Shad Street, Mollasadra Ave., Vanak Square,  Tehran, Iran

13. **Entity:**    **GHORB NOOH**
Location:    P.O. Box 16765-3476, Tehran, Iran

14. **Entity:**    **OMRAN SAHEL**
Location:    Tehran, Iran

15. **Entity:**    **SAHEL CONSULTANT ENGINEERS**
Location:    Number 57, Eftekhar Street, Larestan Street, Motahhari Avenue, Tehran, Iran
Mailing address:    P.O. Box 16765-34, Tehran, Iran

16. **Entity:**    **HARA COMPANY**
AKA:    Hara Institute
Location:    Tehran, Iran

17. **Entity:**    **GHARARGAHE SAZANDEGI GHAEM**
AKA:    Gharargah Ghaem
Location:    Number 25, Valiasr Street, Azadi Square, Tehran, Iran

**AIO Individuals:**

18. **Individual:**    **BAHMANYAR MORTEZA BAHMANYAR**
DOB:    December 31, 1952
POB:    Tehran, Iran
Passport:    I0005159 (Iran)
Alternate Passport:    10005159 (Iran)

19. **Individual:**    **AHMAD VAHID DASTJERDI**
AKA:    AHMED DASTJERDI VAHID
DOB:    January 15, 1954
Passport:    Diplomatic Passport A0002987 (Iran)

PX33

20. **Individual:**    **REZA-GHOLI ESMAELI**
DOB:    April 3, 1961
POB:    Tehran, Iran
Passport:    A0002302 (Iran)

**IRGC Individuals:**

21. **Individual:**    **MORTEZA REZAIE**
AKA:    Morteza Rezai
DOB:    circa 1956

22. **Individual:**    **MOHAMMAD HEJAZI**
DOB:    circa 1959

23. **Individual:**    **ALI AKBAR AHMADIAN**
AKA:    Ali Akbar Ahmadiyan
DOB:    circa 1961
POB:    Kerman, Iran

24. **Individual:**    **HOSEIN SALIMI**
AKA:    Hossein Salami
AKA:    Hoseyn Salami
AKA:    Hussayn Salami
Passport:    D08531177 (Iran)

25. **Individual:**    **QASEM SOLEIMANI**
AKA:    Ghasem Soleymani
AKA:    Qasmi Sulayman
AKA:    Qasem Soleymani
AKA:    Qasem Solaimani
AKA:    Qasem Salimani
AKA:    Qasem Solemani
AKA:    Qasem Sulaimani
AKA:    Qasem Sulemani
DOB:    March 11, 1957
POB:    Qom, Iran
Passport:    1999 Diplomatic Passport 008827 (Iran)

PX33

# PX34

# Treasury Designates the IRGC under Terrorism Authority and Targets IRGC and Military Supporters under Counter-Proliferation Authority

home.treasury.gov/news/press-releases/sm0177

**WASHINGTON** – Today, the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) designated Iran's Islamic Revolutionary Guard Corps (IRGC) pursuant to the global terrorism Executive Order (E.O.) 13224 and consistent with the Countering America's Adversaries Through Sanctions Act.  OFAC designated the IRGC today for its activities in support of the IRGC-Qods Force (IRGC-QF), which was designated pursuant to E.O. 13224 on October 25, 2007, for providing support to a number of terrorist groups, including Hizballah and Hamas, as well as to the Taliban.  The IRGC has provided material support to the IRGC-QF, including by providing training, personnel, and military equipment.

Additionally, today OFAC designated four entities under E.O. 13382, which targets weapons of mass destruction proliferators and their supporters, for their support to the IRGC or Iran's military.

"The IRGC has played a central role to Iran becoming the world's foremost state sponsor of terror.  Iran's pursuit of power comes at the cost of regional stability, and Treasury will continue using its authorities to disrupt the IRGC's destructive activities," said Treasury Secretary Steven T. Mnuchin.  "We are designating the IRGC for providing support to the IRGC-QF, the key Iranian entity enabling Syrian President Bashar al-Assad's relentless campaign of brutal violence against his own people, as well as the lethal activities of Hizballah, Hamas, and other terrorist groups. We urge the private sector to recognize that the IRGC permeates much of the Iranian economy, and those who transact with IRGC-controlled companies do so at great risk."

## IRGC

The IRGC was designated today for the activities it undertakes to assist in, sponsor, or provide financial, material, or technological support for, or financial or other services to or in support of, the IRGC-QF.  The IRGC, which is the parent organization of the IRGC-QF, was previously designated pursuant to E.O. 13382 on October 25, 2007, in connection with its support to Iran's ballistic missile and nuclear programs, and pursuant to E.O. 13553 on June 9, 2011 and E.O. 13606 on April 23, 2012, in connection with Iran's human rights abuses.

The IRGC has provided material support to the IRGC-QF, including by providing training, personnel, and military equipment.  The IRGC has trained IRGC-QF personnel in Iran prior to their deployments to Syria, and has deployed at least hundreds of personnel from its conventional ground forces to Syria to support IRGC-QF operations.  IRGC personnel in

PX34

Syria have provided military assistance to the IRGC-QF, and have been assigned to IRGC-QF units on the battlefield, where they provide critical combat support, including serving as snipers and machine gunners.

Additionally, the IRGC has recruited, trained, and facilitated the travel of Afghan and Pakistani nationals to Syria, where those personnel are assigned to, and fight alongside, the IRGC-QF.  The IRGC also has worked with the IRGC-QF to transfer military equipment to Syria.  The IRGC used both IRGC bases and civilian airports in Iran to transfer military equipment to Iraq and Syria for the IRGC-QF.

## Shahid Alamolhoda Industries, Rastafann, and Fanamoj

OFAC also designated today three Iran-based entities pursuant to E.O. 13382 for their activities related to two key elements of Iran's military.

Shahid Alamolhoda Industries (SAI) was designated for being owned or controlled by Iran's Naval Defence Missile Industry Group (SAIG).  SAIG, which is involved in the development and production of cruise missiles and is responsible for naval missiles, was designated pursuant to E.O. 13382 on June 16, 2010.  SAIG also is sanctioned by the United Nations and the European Union.  SAI, a direct subordinate to SAIG, is involved in the development of missile components.

Rastafann Ertebat Engineering Company (Rastafann) was designated for having provided, or attempted to provide, financial, material, technological, or other support for, or goods or services in support of, SAIG and the IRGC.  Rastafann has provided radar systems to SAIG and communications equipment to the IRGC.

Fanamoj, the parent company of Rastafann, was designated for having provided, or attempted to provide, financial, material, technological, or other support for, or goods or services in support of, the IRGC.  Fanamoj has designed components for the Iranian military's missile systems.

## Wuhan Sanjiang Import and Export Co. LTD

Additionally, OFAC designated China-based Wuhan Sanjiang Import and Export Co. LTD (Wuhan Sanjiang) pursuant to E.O. 13382 for proliferation activities related to a key supporter of Iran's military.  Wuhan Sanjiang has provided financial, material, technological, or other support for, or goods or services in support of, Iran's Shiraz Electronics Industries (SEI).

SEI was designated pursuant to E.O. 13382 on September 19, 2008, for being owned or controlled by Iran's Ministry of Defense and Armed Forces Logistics (MODAFL).  SEI engaged in the production of various electronics equipment for the Iranian military,

PX34

including radars, microwave electron vacuum tubes, naval electronics, avionics and control systems, training simulators, missile guidance technology, and electronic test equipment.

Since at least 2014, Wuhan Sanjiang has entered into contracts to sell SEI navigation-related gyrocompasses valued at hundreds of thousands of dollars.  Wuhan Sanjiang has sold SEI a variety of highly specialized sensors valued at nearly one million dollars, and has taken steps to obfuscate those transactions to avoid detection.

Additionally, in 2011, Wuhan Sanjiang transferred six off-road lumber transporter vehicles to North Korea, which North Korea subsequently converted into Transporter-Erector-Launchers (TELs) for use in its ballistic missile program.

Identifying information on the entities that were listed today.
####

PX34