# PX631

# Unlikely alliance

## Iran's secretive relationship with Al-Qaeda

Regional tensions have created a strong incentive for Iran to co-operate with Al-Qaeda, but the strains of this relationship are likely to limit its closeness, writes **Daniel Byman**



### KEY POINTS

■ Iran has a longstanding relationship with Al-Qaeda that involves travel assistance and a limited safe haven. However, Iran has tempered this support with occasional crackdowns and other limits on Al-Qaeda activities in Iran.

■ Tehran has many motivations for working with Al-Qaeda, including maintaining a bargaining chip to ratchet-up pressure on the US, and ensuring co-operative behavior from the Sunni jihadist movement.

■ Iran's relationship with Al-Qaeda is fraught with tension and is unpopular among many Al-Qaeda constituents, limiting the extent of co-operation.

On 16 February 2012, the US Department of the Treasury designated the Iranian Ministry of Intelligence and Security (MOIS), Iran's primary intelligence organization, for its "support to terrorist groups, such as Al-Qaeda and Al-Qaeda in Iraq... again exposing the extent of Iran's sponsorship of terrorism as a matter of Iran's state policy".

For almost 30 years, Iran has worked with leading terrorist groups, such as Lebanese Hizbullah and Hamas, to advance its interests in the Middle East and has provided these groups with training, funding and weapons. According to the US Department of State's *Country Reports on Terrorism 2010*, released on 18 August 2011: "Iran remained the most active state sponsor of terrorism... Iran's financial, material and logistic support for terrorist and militant groups throughout the Middle East and Central Asia had a direct impact on international efforts to promote peace, threatened economic stability in the Gulf, and undermined the growth and democracy."

Iranian connections to Hizballah and Palestinian militant groups, such as Hamas and Palestinian Islamic Jihad (PIJ), are well-documented, but its ties to Al-Qaeda remain, for the most part, shrouded in secrecy, or at least concealed in classified channels. Nevertheless, several documents released over the past decade help shed light on Iran's ties with Al-Qaeda.

For instance, according to *The 9/11 Commission Report*, published in July 2004, Iran and Al-Qaeda worked together during the early-1990s while senior Al-Qaeda leaders were based in Sudan. In addition, the written works of Al-Qaeda senior leader Sayf al-Adl – who is wanted by the US for his alleged role in the 1998 US embassy bombings in Tanzania and Kenya – also provide a unique insight into Iran's support for Al-Qaeda, especially in the years leading up to 2001.

These reports document several instances in which Iran has lent support to Al-Qaeda, enabling the group to conduct attacks more effectively and avoid US and coalition counter-terrorism efforts. Nevertheless, distrust between Tehran and the group's members also appears to have prevented the two sides from developing a closer working relationship. Doc-

PX631



Documents recovered during the raid on Osama bin Laden's Abbottabad compound in Pakistan in May 2011 (seen here) show the relationship between Iran and Al-Qaeda is "fraught with difficulties". According to the report; "References to Iran show that the relationship is not one of alliance, but of indirect and unpleasant negotiations over the release of detained jihadis and their families, including members of Bin Laden's family."

uments recovered during the raid on Osama bin Laden's Abbottabad compound in Pakistan in May 2011 show the relationship was "fraught with difficulties," as described by the *Combating Terrorism Center* (CTC) report *Letters from Abbottabad: Bin Laden Sidelined* published on 3 May 2012. According to the report, "references to Iran [in the documents] show that the relationship is not one of alliance, but of indirect and unpleasant negotiations over the release of detained jihadis and their families, including members of Bin Laden's family. The detention of prominent Al-Qaeda members seems to have sparked a campaign of threats, taking hostages and indirect negotiations between Al-Qaeda and Iran that have been drawn out for years and may still be ongoing."

### Persistent discord

Ideological differences have hindered the development of deeper connections between Shia Iran and Sunni Al-Qaeda, and the rela-

These reports only partly describe the nature of connections between Iran and Al-Qaeda, but do at least help to identify several critical Iranian motivations for working with the group. These include Tehran's desire to gain some leverage over the US, to maintain its options in an often-hostile region, and to deter an Al-Qaeda attack on Iranian territory and interests. At the same time, Iran provides an important lifeline to Al-Qaeda, which continues to suffer from the impact of drone strikes targeting its Pakistan-based leadership.

tionship has often been contentious and defined by mutual suspicion or even outright hostility. For instance, in a video posted by Al-Qaeda's media wing, *As-Sahab*, on 17 December 2007, then Al-Qaeda deputy leader Ayman al-Zawahiri publicly denounced what he described as an "Iranian-Crusader" alliance based on Iranian collaboration with the US in its invasion of Afghanistan and Iraq. Zawahiri stated: "Iran has stabbed a knife into the back of the Islamic nation, and the traces of this stabbing will remain in the Muslim memory for a long time to come."

According to the *CTC*'s May 2012 *Letters from Abbottabad* report, "relations between Al-Qaeda and Iran appear to have been highly antagonistic," with Al-Qaeda leaders angry and

PX631

## AL-QAEDA CONNECTIONS



According to the *9/11 Commission Report*, Sudanese officials, including Hassan al-Turabi (pictured), founder of Sudan's National Islamic Front, made Sudan a home for a wide range of terrorist groups, including Al-Qaeda. While in Sudan, these groups also met with Iranian officials.

frustrated by Iranian behavior, particularly with regard to Al-Qaeda's efforts to secure the release of several jihadists detained in Iran.

In a communiqué dated 11 June 2009 and seemingly addressed to Bin Laden, Atiyah, a senior Al-Qaeda figure, wrote that Iran had released a number of mid-level operatives the previous month. According to Atiyah, Iran was pressured into expediting the release of these prisoners as a result of Al-Qaeda's escalating political and media campaign, the threats directed at Iranian interests by Al-Qaeda, and the kidnapping of an official in the Iranian consulate in Peshawar – referring to Hezmatollah Atharzadeh-Nyaki, who had been kidnapped in November 2008.

However, Atiyah also communicated a sharp annoyance over the absence of direct contact between Iran and Al-Qaeda in the negotiations. "They (the criminals) did not send any messages to us, and they did not talk to any of the brothers about it." He goes on to point out that, "this is nothing strange coming from them; in fact, this is their mentality and method. They don't want to show that they are negotiating with us or reacting to our pressure, they just do these acts to appear as if it is one-sided and as a matter of initiative on their behalf." Perhaps indicative of his true feelings, he adds: "We ask God to repel their evil... Amen."

According to *Letters from Abbottabad*, Bin Laden also had misgivings about the sincerity of the Iranian regime. When Iran did not hold up its end of the bargain to release members of the Bin Laden family, Bin Laden's son Khalid authored a letter to Ayatollah Khamenei expressing Al-Qaeda's displeasure that several letters requesting the release of prisoners had been ignored by the Iranian government.

Because antagonism on both sides is considerable, the two parties downplay the depth and nature of the relationship. For example, after the 2000 attack on the *USS Cole*, Iran tried to strengthen ties to Al-Qaeda, a move that Bin Laden reportedly rejected because he did not want to alienate his Saudi supporters, according to the *9/11 Commission Report*. Had Al-Qaeda's relationship with Iran been public knowledge, it would likely have lost potential recruits and donations from anti-Shia supporters. Iranian motivations for keeping its relationship with Al-Qaeda quiet are different, but no less profound. Despite its pariah status, Iran

PX631

still seeks trade, investment and other forms of relationships with the broader international community, and would become even more of an outcast if its interactions with Al-Qaeda were widely known.

## A 'marriage of convenience'

Despite apparent and continuing sectarian issues, Iran has nonetheless demonstrated a repeated willingness to work with any organization that shares its objectives, including opposition to the US and hostility to Israel. The sectarian divide is far from absolute, and Iran has been able to transcend Shia-Sunni rifts to co-operate with a range of Sunni groups, most notably Gaza-based Hamas. Iran and Al-Qaeda have therefore been able to put aside their differences when it has been mutually beneficial for them to do so.

Speaking before a US Senate Armed Services Committee hearing on 16 February 2012, the Director of National Intelligence, James Clapper, characterized this guarded alliance as a "marriage of convenience." This alliance has involved limited Iranian training assistance to Al-Qaeda operatives in the early-1990s, facilitating the transit of Al-Qaeda and associated jihadists through Iran to Afghanistan before and after the 9/11 attacks on the US, and allowing Al-Qaeda figures to stay in Iran under a loose form of house arrest that also gives them some degree of sanctuary.

During the nascent stages of the relationship in the early-1990s, Iran may have viewed Al-Qaeda as another potential surrogate and was willing to provide training with the hope that Al-Qaeda would evolve into a useful ally. According to the *9/11 Commission Report*, during Al-Qaeda's time in Sudan, Sudanese officials facilitated meetings between Al-Qaeda operatives and Iranian officials, which resulted in Iran providing tactical training.

"In late 1991 or 1992, discussions in Sudan between Al-Qaeda and Iranian operatives led to an informal agreement to co-operate in providing support – even if only training – for actions carried out primarily against Israel and the US. Not long afterward, senior Al-Qaeda operatives and trainers traveled to Iran to receive training in explosives. In [late] 1993, another such delegation went to the Bekaa Valley in Lebanon for further training in explosives as well as in intelligence and security," the report concluded.

Several motivating factors are behind Iran's continued support of Al-Qaeda since the early-1990s. First, having Al-Qaeda operatives in country gives Iran a bargaining chip and important leverage with the US and other adversaries. As reported by this author in a February 2012 *Foreign Policy* article: "Iran can loosen its restrictions on Al-Qaeda operatives in the country and facilitate their travel if it wants to stir the pot in Afghanistan or Iraq (or against the United States gener-

> **The hostility between Iran and its enemies such as the US and its regional Arab allies show no signs of abating and may even increase in the event of a crisis over Iran's nuclear program. For Tehran, this creates a strong incentive to continue cooperation with groups like Al-Qaeda**

ally); on the other hand, it can constrain their mobility or even surrender them if it wants to improve relations with Washington or Al-Qaeda's foes."

Second, ties to Al-Qaeda (and other jihadists) afford Iran options for possible unforeseen disruptions and contingencies. For instance, in the event that Iranian bilateral relations with Saudi Arabia deteriorate – which, following the uncovering of a plot involving Iranian nationals to assassinate the Saudi Arabian ambassador to the US, Adel Al-Jubeir, in October 2011, seems plausible – Iran would benefit from the option of working with anti-regime Sunni jihadists.

Third, the provision of logistical support and a form of safe haven for Al-Qaeda has enabled Iran to protect itself from a possible attack against targets in Iran, and to ensure a measure of good behavior from the broader Sunni jihadist movement. In a 2005 letter addressed to Abu Musab al-Zarqawi, then-leader of Al-Qaeda in Iraq (AQI), that was made public in October 2005, Zawahiri requested that the Iraqi leader stop targeting Shia and Iranian assets, because Iran holds more than 100 of its members.

## Transit route to Afghanistan

When Al-Qaeda was forced to leave Sudan in 1996, Bin Laden and his followers relocated to Afghanistan, which had recently come under Taliban control. Jihadist recruits quickly began to descend on Afghanistan to join Al-Qaeda's training camps. Al-Qaeda purposefully positioned some of the training camps near the Iranian border to make it easier for recruits travelling through Iran to reach Afghanistan. "The western frontier of Afghanistan bordering Iran was considered by Al-Qaeda strategists as an alternative base for their activities to escape and evade the intrusion of US Special Operations Forces that were targeting them prior to the US-led invasion of Afghanistan in 2001," according to *Letters from Abbottabad*.

In his publicly available writings (cited by the *CTC*), Sayf al-Adl explained that Al-Qaeda chose the locations of the training camps to enable recruits to transit to and from Afghanistan and Pakistan to Iran, and travel from there to important fields of jihad such as Iraq. As Pakistani authorities began to exert pressure on Al-Qaeda and monitor their movements, it became difficult for its Arab brothers to reach Afghanistan, via Pakistan.

According to the *9/11 Commission Report*, it was well known, for example, that if a Saudi national traveled to Afghanistan via Pakistan, then on his return to Saudi Arabia his passport, bearing a Pakistani stamp, would risk confiscation. As a result, operatives often erased the Pakistani visas from their passports or traveled through Iran, which did not stamp visas directly in the passport. The commission collected evidence to show that eight to 10 of the 14 Saudi "muscle" operatives involved in the 9/11 attacks traveled into or out of Iran between October 2000 and February 2001.

In addition, Iran allowed Al-Qaeda to establish safe houses inside the country for recruits making the long trip to Afghanistan. Declassified and leaked documents prepared at the Guantanamo Bay detention facility, and cited in Thomas Jocelyn's May 2011 article in *The Long War Journal*, "Al-Qaeda's Interim Emir and Iran," contain numerous references to the guesthouses in Iran, which were reportedly funded by Bin Laden.

According to Sayf: "This passage was new and important to us in the Al-Qaeda. We took

PX631

## AL-QAEDA CONNECTIONS



Iran-based Al-Qaeda members reportedly played a role in the 12 May 2003 attacks on a housing complex in Riyadh, Saudi Arabia (aftermath seen here). According to unnamed intelligence sources the cell that carried out the attack was in communication with Sayf and Saad bin Laden.

advantage of it later on. We used it instead of the old route through Pakistan, particularly for the passage of Arab brothers. This issue prompted us to think of building good relations with some virtuous people in Iran to pave the way and co-ordinate regarding issues of mutual interest. Co-ordination with the Iranians was achieved later."

Some evidence suggests that Tehran is still allowing Al-Qaeda operatives to travel to Afghanistan via Iran. A member of the Libyan Islamic Fighting Group (LIFG) and Al-Qaeda operative, Adel Muhammad Mahmoud Abdul Khaliq – who was designated by the US Department of the Treasury in June 2008 for providing financial, material and logistical support for terrorism – reportedly traveled to Iran on at least five occasions between 2004 and 2007. Accord-ing to the US Treasury, Khaliq was arrested in the United Arab Emirates (UAE) on charges of being a member of both Al-Qaeda and the LIFG in January 2007. Following his conviction in the UAE in late-2007, he was transferred in early 2008 to Bahraini custody to serve out the remainder of his sentence.

Several individuals have been identified in US Treasury designations as playing important roles in facilitating the movement of jihadists through Iran. On 16 January 2009, it designated four Al-Qaeda operatives in Iran, among them Mustafa Hamid (alias Abu Walid al-Masri), who reportedly served as the primary interloc-utor between Al-Qaeda and the government of Iran. According to the designation, while living in Iran, "Hamid was harbored by the Islamic Revolutionary Guard Corps (IRGC), which served as [his] point of contact for communica-tions between Al-Qaeda and Iran. In the mid-1990s, [he] reportedly negotiated a secret rela-tionship between Osama bin Laden and Iran, allowing many Al-Qaeda members safe transit through Iran to Afghanistan."

On 28 July 2011, the Treasury also desig-nated six members of Al-Qaeda's network that serves as the core pipeline through which Al-Qaeda moves money, facilitators and operatives from the Middle East to South Asia. Among the individuals named was Yasin al-Suri (alias Izz al-Din Abd al-Aziz Khalil), a prominent Iran-based facilitator whom Iranian authori-ties have allowed to operate in the country since 2005, and who has facilitated the travel of extremist recruits from Al-Qaeda from the Gulf to Pakistan and Afghanistan via Iran. The

PX631

US Department of State's Reward for Justice Program is offering a USD10 million reward for his capture.

In addition, during the trial of Ahmad Wali Siddiqui, who was arrested in 2010 on route to Germany from Afghanistan and charged with being a member of a terrorist organization, the defendant revealed that he and two of his co-conspirators – Rami Makanesi and Maamen Meziche – had traveled directly to Iran to meet with Al-Qaeda leaders. They feared that being Arabs they would be questioned and perhaps arrested if they traveled to Pakistan. According to Siddiqui, Makanesi and Meziche flew from Vienna to Tehran so as "to not get caught." In March 2012, a German court sentenced Siddiqui to six years in prison for being a member of two terrorist organizations: Al-Qaeda and the Islamic Movement of Uzbekistan (IMU).

Makanesi's concerns were valid. He was arrested by Pakistani authorities in June 2010, extradited to Germany in August, and was sentenced on 9 May 2011 to four years and nine months in prison for joining Al-Qaeda and training at terrorist camps in Pakistan. Pakistani officials announced on 20 June 2012 that Meziche has been arrested near the Pakistan-Iran border, according to *Reuters*. According to US and European security officials cited *The New York Times* in January 2012, Meziche, who was hiding out in Iran, was close to 9/11 leader Mohammed Atta and spent time in the 1990s at terrorist camps in Afghanistan.

### 'House arrest' or safe haven?

In addition to travel assistance, Iran has provided limited safe haven to Al-Qaeda. However, Iranian policy towards Al-Qaeda's presence inside the country has been far from consistent, varying between offering a permissive operating environment to one that is hostile towards Al-Qaeda and involves occasional crackdowns on its activities inside Iranian borders. In his written testimony to the US Senate Foreign Relations Committee in March 2010, General David Petraeus, then commander of US Central Command and currently the director of the Central Intelligence Agency (CIA), said: "Iranian authorities do periodically disrupt this network by detaining select Al-Qaeda facilitators and operational planners. Tehran's policy in this regard is often unpredictable."



PA

> **Iranian policy towards Al-Qaeda's presence inside the country has been far from consistent, varying between offering a permissive operating environment to one that is hostile towards Al-Qaeda and involves occasional crackdowns on its activities inside Iranian borders**

During the 1990s, Iran was a popular destination for terrorist groups that needed a safe place to hold meetings. In 2004, Jessica Stern, who teaches at Harvard University, recalled from her interviews in Pakistan in the late-1990s that Sunni jihadists traveled to Iran to raise money and to meet operatives from other militant groups, such as Hizbullah.

Following the US-led invasion into Afghanistan, Al-Qaeda split into two groups: one followed Bin Laden and Zawahiri into Pakistan, the other, which included a group of senior officials who set up a "management council", sought refuge in Iran, including Sayf, Abu Hafs al-Mauritani (Al-Qaeda's senior theologian), Sulayman Abu Ghayth and one of Bin Laden's sons, Saad. Initially, Iran restricted the group's ability to operate inside Iran, placing some

Ties to Al-Qaeda afford Iran options for possible unforeseen disruptions and contingencies. In the event that Iranian bilateral relations with Saudi Arabia deteriorate – which, following the uncovering of a plot involving Iranian nationals to assassinate the Saudi Arabian ambassador to the US, Adel Al-Jubeir (pictured), in October 2011, seems plausible – Iran would benefit from the option of working with anti-regime Sunni jihadists.

officials under various forms of house arrest and sending many suspected jihadists back to their home countries, where they usually faced arrest. For a time, Iran even appeared to be siding with the US. As Iran expert Gary Sick noted in a 2003 essay in the *Washington Quarterly*, Iran supported the US war against the Taliban and even gave assurances of limited assistance to the US military effort.

However, after Iran was branded as a central node in the "Axis of Evil" during the January 2002 State of the Union address by former US President George W. Bush (a decision motivated, in part, by Iran's role in the shipment of weapons to Gaza), Iran seemingly relaxed its control over Al-Qaeda.

For instance, during the lead-up to the US invasion of Iraq in 2003, Iran allowed Sunni jihadists to use its country as a base to prepare to resist coalition forces. At the time, Iran felt threatened by the imminence of the US invasion of its neighbor and talk of regime change in the Middle East. According to Middle East political analyst Gary Gambill, AQI's Zarqawi traveled to Iran to meet with Sayf, who the Iranian government still allowed to meet with other jihadists.

Iran-based Al-Qaeda members were reportedly also able to orchestrate, or at the very least communicate with, the terrorist cell responsible for the 12 May 2003 attacks on a housing complex in Riyadh, Saudi Arabia. The cell that carried out the attack was in communication with Sayf and Saad bin Laden, who US officials believe also organized the April 2002 suicide attack targeting a synagogue in Tunisia, according to a June 2005 report by *Dateline NBC*.

According to an unnamed former US intelligence official cited by *Dateline NBC*, Saudi authorities – with US and British assistance – discovered that Al-Qaeda leaders in Iran were communicating with the cell in Saudi that had carried out the attacks. "The Saudis let the Ira-

PX631

## AL-QAEDA CONNECTIONS



Rewards for Justice



PA

(Left) Yasin al-Suri, alias Izz al-Din Abd al-Aziz Khalil, a prominent Iran-based facilitator who Iranian authorities have allowed to operate in the country since 2005, was designated by the US Treasury on 28 July 2011 for his involvement in facilitating the travel of extremist recruits from Al-Qaeda from the Gulf to Pakistan and Afghanistan via Iran. The US Department of State's Reward for Justice Program is offering a USD10 million reward for his capture. (Right) Sayf al-Adl is Al-Qaeda's most senior Iran-based member. He was reportedly released in April 2010 after eight years in the country and returned to Pakistan.

nians know and... demanded that the Iranians put a halt to the operations of the management council, leading to the Iranians putting the 20 to 25 Al-Qaeda officials in Iran under virtual house arrest," the official said.

Even after the arrests, Iran "remained unwilling to bring [Al-Qaeda members] to justice... and refused to publicly identify senior Al-Qaeda members in its custody," according to the US Department of State's *Country Reports on Terrorism 2009*. According to a May 2003 *CNN* report, Iranian officials admitted holding several Al-Qaeda operatives during a meeting with the UN representative for Afghanistan, Sayf being primary among them.

Available evidence points to an easing of Iranian restrictions on Al-Qaeda personnel over the past few years, and several high-profile Al-Qaeda figures have reportedly been released by Iran, although concrete evidence of their current status and whereabouts is not available in open sources. In January 2009, Mike McConnell, then director of national intelligence, told reporters that Saad bin Laden had left Iran and was probably operating in Pakistan, according to *The New York Times*. In July 2009, *National*

> **Ideological differences have hindered the development of deep connections between Shia Iran and Sunni Al-Qaeda, and the relationship has often been contentious and defined by mutual suspicion or even outright hostility**

*Public Radio* cited intelligence officials who claimed Saad had been killed in a drone strike in Pakistan. However, conflicting reports suggest Saad may still be alive. In April 2012, Abu Hafs al-Mauritani reportedly left Iran for Mauritania, according to a *Long War Journal* report.

After eight years in Iranian captivity, Sayf was reportedly released and returned to Pakistan in April 2010, according to an October 2010 report in German news magazine *Der Spiegel* which cited Noman Benotman, a former Libyan jihadist who now works for a UK-based counter-radicalization think tank.



The Director of National Intelligence, James Clapper (pictured), characterized the guarded alliance between Iran and Al-Qaeda as a "marriage of convenience". This involves limited Iranian training assistance to Al-Qaeda operatives in the early-1990s, facilitating the transit of Al-Qaeda and associated jihadists through Iran to Afghanistan after the 9/11 attacks, and allowing Al-Qaeda figures to stay in Iran under a loose form of house arrest.

### Conclusion

The hostility between the Iran and its enemies such as the US and its regional Arab allies shows no sign of abating and may even increase in the event of a crisis over Iran's nuclear program. For Tehran, this creates a strong incentive to continue co-operation with groups such as Al-Qaeda. In the event that it comes under attack, Iran would turn to its surrogate groups to execute contingency strikes on its behalf, as well as to help to safeguard the regime.

At the same time, however, the strains in the Iran-Al-Qaeda relationship are likely to limit its closeness. Iran would not welcome becom-

PX631



PA

ing Al-Qaeda's main base in the Muslim world. The opprobrium and associated risks would be too high, as would the political costs at home. Similarly, Al-Qaeda would lose financial support and recruits if it were seen to be too close to Iran. So the uneasy mix of co-operation and hostility that have characterized the relationship is likely to continue.

The leadership transition from Bin Laden to Zawahiri is not likely to fundamentally change this relationship. Zawahiri was clearly influential in Al-Qaeda's decision to work with Iran, despite its many risks. Zawahiri is a pragmatist and recognizes the benefits of the relationship

but, equally, knows he must cultivate Sunni jihadists and donors in general and thus will be hesitant to develop too close an embrace.

A bigger shift may occur should Al-Qaeda lose its haven in Pakistan. Its leaders there are under assault from US drone strikes, and media reports of intelligence documents gathered from the raid that killed Bin Laden suggest he saw these attacks as devastating to his group. The Abbottabad documents reveal Bin Laden's fears for the safety of "brothers" in Waziristan and he wanted them to depart. Those released by Iran were therefore a way of filling out the ranks to replace those being killed or leav-

ing Pakistan. A haven in Iran, even if Tehran greatly restricted Al-Qaeda's freedom of operations, offers some degree of sanctuary, as the US would be unlikely to conduct drone attacks in Iran as it has done in Pakistan. ∎

## ABOUT THE AUTHOR

**Daniel Byman** is a professor in the Security Studies Program in the School of Foreign Service at Georgetown University and the research director of the Saban Center at Brookings. His latest book is *A High Price: The Triumphs and Failures of Israeli Counterterrorism* (Oxford, 2011).

PX631

PX634

A Reporter at Large ┃ SEPTEMBER 30, 2013 ISSUE

# The Shadow Commander

*Qassem Suleimani is the Iranian operative who has been reshaping the Middle East. Now he's directing Assad's war in Syria.*

**BY DEXTER FILKINS**

---



*A former C.I.A. officer calls Suleimani, the head of Iran's Quds Force, the "most powerful operative in the Middle East today." Illustration by Krzysztof Domaradzki.*

Last February, some of Iran's most influential leaders gathered at the Amir al-Momenin Mosque, in northeast Tehran, inside a gated community reserved for officers of the Revolutionary Guard. They had come to pay their last respects to a fallen comrade. Hassan Shateri, a veteran of Iran's covert wars throughout the Middle East and South Asia, was a senior commander in a powerful, élite branch of the Revolutionary Guard called the Quds Force. The force is the sharp instrument of Iranian foreign policy, roughly analogous to a combined C.I.A. and Special Forces; its name comes from the Persian word for Jerusalem, which its fighters have promised

PX634

to liberate. Since 1979, its goal has been to subvert Iran's enemies and extend the country's influence across the Middle East. Shateri had spent much of his career abroad, first in Afghanistan and then in Iraq, where the Quds Force helped Shiite militias kill American soldiers.

Shateri had been killed two days before, on the road that runs between Damascus and Beirut. He had gone to Syria, along with thousands of other members of the Quds Force, to rescue the country's besieged President, Bashar al-Assad, a crucial ally of Iran. In the past few years, Shateri had worked under an alias as the Quds Force's chief in Lebanon; there he had helped sustain the armed group Hezbollah, which at the time of the funeral had begun to pour men into Syria to fight for the regime. The circumstances of his death were unclear: one Iranian official said that Shateri had been "directly targeted" by "the Zionist regime," as Iranians habitually refer to Israel.

At the funeral, the mourners sobbed, and some beat their chests in the Shiite way. Shateri's casket was wrapped in an Iranian

PX634

flag, and gathered around it were the commander of the Revolutionary Guard, dressed in green fatigues; a member of the plot to murder four exiled opposition leaders in a Berlin restaurant in 1992; and the father of Imad Mughniyeh, the Hezbollah commander believed to be responsible for the bombings that killed more than two hundred and fifty Americans in Beirut in 1983. Mughniyeh was assassinated in 2008, purportedly by Israeli agents. In the ethos of the Iranian revolution, to die was to serve. Before Shateri's funeral, Ayatollah Ali Khamenei, the country's Supreme Leader, released a note of praise: "In the end, he drank the sweet syrup of martyrdom."

Kneeling in the second row on the mosque's carpeted floor was Major General Qassem Suleimani, the Quds Force's leader: a small man of fifty-six, with silver hair, a close-cropped beard, and a look of intense self-containment. It was Suleimani who had sent Shateri, an old and trusted friend, to his death. As Revolutionary Guard commanders, he and Shateri belonged to a small fraternity formed during the Sacred

PX634

Defense, the name given to the Iran-Iraq War, which lasted from 1980 to 1988 and left as many as a million people dead. It was a catastrophic fight, but for Iran it was the beginning of a three-decade project to build a Shiite sphere of influence, stretching across Iraq and Syria to the Mediterranean. Along with its allies in Syria and Lebanon, Iran forms an Axis of Resistance, arrayed against the region's dominant Sunni powers and the West. In Syria, the project hung in the balance, and Suleimani was mounting a desperate fight, even if the price of victory was a sectarian conflict that engulfed the region for years.

Suleimani took command of the Quds Force fifteen years ago, and in that time he has sought to reshape the Middle East in Iran's favor, working as a power broker and as a military force: assassinating rivals, arming allies, and, for most of a decade, directing a network of militant groups that killed hundreds of Americans in Iraq. The U.S. Department of the Treasury has sanctioned Suleimani for his role in supporting the Assad regime, and for abetting terrorism. And yet he has remained mostly invisible to

PX634

the outside world, even as he runs agents and directs operations. "Suleimani is the single most powerful operative in the Middle East today," John Maguire, a former C.I.A. officer in Iraq, told me, "and no one's ever heard of him."

When Suleimani appears in public—often to speak at veterans' events or to meet with Khamenei—he carries himself inconspicuously and rarely raises his voice, exhibiting a trait that Arabs call *khilib*, or understated charisma. "He is so short, but he has this presence," a former senior Iraqi official told me. "There will be ten people in a room, and when Suleimani walks in he doesn't come and sit with you. He sits over there on the other side of room, by himself, in a very quiet way. Doesn't speak, doesn't comment, just sits and listens. And so of course everyone is thinking only about him."

At the funeral, Suleimani was dressed in a black jacket and a black shirt with no tie, in the Iranian style; his long, angular face and his arched eyebrows were twisted with pain. The Quds Force had never lost such a high-ranking officer abroad. The day before the

PX634

funeral, Suleimani had travelled to Shateri's home to offer condolences to his family. He has a fierce attachment to martyred soldiers, and often visits their families; in a recent interview with Iranian media, he said, "When I see the children of the martyrs, I want to smell their scent, and I lose myself." As the funeral continued, he and the other mourners bent forward to pray, pressing their foreheads to the carpet. "One of the rarest people, who brought the revolution and the whole world to you, is gone," Alireza Panahian, the imam, told the mourners. Suleimani cradled his head in his palm and began to weep.

The early months of 2013, around the time of Shateri's death, marked a low point for the Iranian intervention in Syria. Assad was steadily losing ground to the rebels, who are dominated by Sunnis, Iran's rivals. If Assad fell, the Iranian regime would lose its link to Hezbollah, its forward base against Israel. In a speech, one Iranian cleric said, "If we lose Syria, we cannot keep Tehran."

Although the Iranians were severely strained by American sanctions, imposed to stop the regime from developing a nuclear

PX634

weapon, they were unstinting in their efforts to save Assad. Among other things, they extended a seven-billion-dollar loan to shore up the Syrian economy. "I don't think the Iranians are calculating this in terms of dollars," a Middle Eastern security official told me. "They regard the loss of Assad as an existential threat." For Suleimani, saving Assad seemed a matter of pride, especially if it meant distinguishing himself from the Americans. "Suleimani told us the Iranians would do whatever was necessary," a former Iraqi leader told me. "He said, 'We're not like the Americans. We don't abandon our friends.' "

Last year, Suleimani asked Kurdish leaders in Iraq to allow him to open a supply route across northern Iraq and into Syria. For years, he had bullied and bribed the Kurds into coöperating with his plans, but this time they rebuffed him. Worse, Assad's soldiers wouldn't fight—or, when they did, they mostly butchered civilians, driving the populace to the rebels. "The Syrian Army is useless!" Suleimani told an Iraqi politician. He longed for the Basij, the Iranian militia whose fighters crushed the popular

PX634

uprisings against the regime in 2009. "Give me one brigade of the Basij, and I could conquer the whole country," he said. In August, 2012, anti-Assad rebels captured forty-eight Iranians inside Syria. Iranian leaders protested that they were pilgrims, come to pray at a holy Shiite shrine, but the rebels, as well as Western intelligence agencies, said that they were members of the Quds Force. In any case, they were valuable enough so that Assad agreed to release more than two thousand captured rebels to have them freed. And then Shateri was killed.

Finally, Suleimani began flying into Damascus frequently so that he could assume personal control of the Iranian intervention. "He's running the war himself," an American defense official told me. In Damascus, he is said to work out of a heavily fortified command post in a nondescript building, where he has installed a multinational array of officers: the heads of the Syrian military, a Hezbollah commander, and a coördinator of Iraqi Shiite militias, which Suleimani mobilized and brought to the fight. If Suleimani

couldn't have the Basij, he settled for the next best thing: Brigadier General Hossein Hamedani, the Basij's former deputy commander. Hamedani, another comrade from the Iran-Iraq War, was experienced in running the kind of irregular militias that the Iranians were assembling, in order to keep on fighting if Assad fell.

Late last year, Western officials began to notice a sharp increase in Iranian supply flights into the Damascus airport. Instead of a handful a week, planes were coming every day, carrying weapons and ammunition—"tons of it," the Middle Eastern security official told me—along with officers from the Quds Force. According to American officials, the officers coördinated attacks, trained militias, and set up an elaborate system to monitor rebel communications. They also forced the various branches of Assad's security services—designed to spy on one another—to work together. The Middle Eastern security official said that the number of Quds Force operatives, along with the Iraqi Shiite militiamen they

PX634

brought with them, reached into the thousands. "They're spread out across the entire country," he told me.

A turning point came in April, after rebels captured the Syrian town of Qusayr, near the Lebanese border. To retake the town, Suleimani called on Hassan Nasrallah, Hezbollah's leader, to send in more than two thousand fighters. It wasn't a difficult sell. Qusayr sits at the entrance to the Bekaa Valley, the main conduit for missiles and other matériel to Hezbollah; if it was closed, Hezbollah would find it difficult to survive. Suleimani and Nasrallah are old friends, having coöperated for years in Lebanon and in the many places around the world where Hezbollah operatives have performed terrorist missions at the Iranians' behest. According to Will Fulton, an Iran expert at the American Enterprise Institute, Hezbollah fighters encircled Qusayr, cutting off the roads, then moved in. Dozens of them were killed, as were at least eight Iranian officers. On June 5th, the town fell. "The whole operation was orchestrated by

PX634

Suleimani," Maguire, who is still active in the region, said. "It was a great victory for him."

Despite all of Suleimani's rough work, his image among Iran's faithful is that of an irreproachable war hero—a decorated veteran of the Iran-Iraq War, in which he became a division commander while still in his twenties. In public, he is almost theatrically modest. During a recent appearance, he described himself as "the smallest soldier," and, according to the Iranian press, rebuffed members of the audience who tried to kiss his hand. His power comes mostly from his close relationship with Khamenei, who provides the guiding vision for Iranian society. The Supreme Leader, who usually reserves his highest praise for fallen soldiers, has referred to Suleimani as "a living martyr of the revolution." Suleimani is a hard-line supporter of Iran's authoritarian system. In July, 1999, at the height of student protests, he signed, with other Revolutionary Guard commanders, a letter warning the reformist President Mohammad Khatami that if he didn't put down the revolt the military

PX634

would—perhaps deposing Khatami in the process. "Our patience has run out," the generals wrote. The police crushed the demonstrators, as they did again, a decade later.

Iran's government is intensely fractious, and there are many figures around Khamenei who help shape foreign policy, including Revolutionary Guard commanders, senior clerics, and Foreign Ministry officials. But Suleimani has been given a remarkably free hand in implementing Khamenei's vision. "He has ties to every corner of the system," Meir Dagan, the former head of Mossad, told me. "He is what I call politically clever. He has a relationship with everyone." Officials describe him as a believer in Islam and in the revolution; while many senior figures in the Revolutionary Guard have grown wealthy through the Guard's control over key Iranian industries, Suleimani has been endowed with a personal fortune by the Supreme Leader. "He's well taken care of," Maguire said.

PX634

Suleimani lives in Tehran, and appears to lead the home life of a bureaucrat in middle age. "He gets up at four every morning, and he's in bed by nine-thirty every night," the Iraqi politician, who has known him for many years, told me, shaking his head in disbelief. Suleimani has a bad prostate and recurring back pain. He's "respectful of his wife," the Middle Eastern security official told me, sometimes taking her along on trips. He has three sons and two daughters, and is evidently a strict but loving father. He is said to be especially worried about his daughter Nargis, who lives in Malaysia. "She is deviating from the ways of Islam," the Middle Eastern official said.

Maguire told me, "Suleimani is a far more polished guy than most. He can move in political circles, but he's also got the substance to be intimidating." Although he is widely read, his aesthetic tastes appear to be strictly traditional. "I don't think he'd listen to classical music," the Middle Eastern official told me. "The European thing—I don't think that's his vibe, basically." Suleimani has little formal education, but, the former senior Iraqi

PX634

official told me, "he is a very shrewd, frighteningly intelligent strategist." His tools include payoffs for politicians across the Middle East, intimidation when it is needed, and murder as a last resort. Over the years, the Quds Force has built an international network of assets, some of them drawn from the Iranian diaspora, who can be called on to support missions. "They're everywhere," a second Middle Eastern security official said. In 2010, according to Western officials, the Quds Force and Hezbollah launched a new campaign against American and Israeli targets—in apparent retaliation for the covert effort to slow down the Iranian nuclear program, which has included cyber attacks and assassinations of Iranian nuclear scientists.

Since then, Suleimani has orchestrated attacks in places as far flung as Thailand, New Delhi, Lagos, and Nairobi—at least thirty attempts in the past two years alone. The most notorious was a scheme, in 2011, to hire a Mexican drug cartel to blow up the Saudi Ambassador to the United States as he sat down to eat at a restaurant a few

PX634

miles from the White House. The cartel member approached by Suleimani's agent turned out to be an informant for the U.S. Drug Enforcement Administration. (The Quds Force appears to be more effective close to home, and a number of the remote plans have gone awry.) Still, after the plot collapsed, two former American officials told a congressional committee that Suleimani should be assassinated. "Suleimani travels a lot," one said. "He is all over the place. Go get him. Either try to capture him or kill him." In Iran, more than two hundred dignitaries signed an outraged letter in his defense; a social-media campaign proclaimed, "We are all Qassem Suleimani."

Several Middle Eastern officials, some of whom I have known for a decade, stopped talking the moment I brought up Suleimani. "We don't want to have any part of this," a Kurdish official in Iraq said. Among spies in the West, he appears to exist in a special category, an enemy both hated and admired: a Middle Eastern equivalent of Karla, the elusive Soviet master spy in John le Carré's novels. When I called Dagan, the former

PX634

Mossad chief, and mentioned Suleimani's name, there was a long pause on the line. "Ah," he said, in a tone of weary irony, "a very good friend."

In March, 2009, on the eve of the Iranian New Year, Suleimani led a group of Iran-Iraq War veterans to the Paa-Alam Heights, a barren, rocky promontory on the Iraqi border. In 1986, Paa-Alam was the scene of one of the terrible battles over the Faw Peninsula, where tens of thousands of men died while hardly advancing a step. A video recording from the visit shows Suleimani standing on a mountaintop, recounting the battle to his old comrades. In a gentle voice, he speaks over a soundtrack of music and prayers.

"This is the Dasht-e-Abbas Road," Suleimani says, pointing into the valley below. "This area stood between us and the enemy." Later, Suleimani and the group stand on the banks of a creek, where he reads aloud the names of fallen Iranian soldiers, his voice trembling with emotion. During a break, he speaks with an interviewer, and describes the fighting in near-mystical terms. "The battlefield is

PX634

mankind's lost paradise—the paradise in which morality and human conduct are at their highest," he says. "One type of paradise that men imagine is about streams, beautiful maidens, and lush landscape. But there is another kind of paradise—the battlefield."

Suleimani was born in Rabor, an impoverished mountain village in eastern Iran. When he was a boy, his father, like many other farmers, took out an agricultural loan from the government of the Shah. He owed nine hundred toman—about a hundred dollars at the time—and couldn't pay it back. In a brief memoir, Suleimani wrote of leaving home with a young relative named Ahmad Suleimani, who was in a similar situation. "At night, we couldn't fall asleep with the sadness of thinking that government agents were coming to arrest our fathers," he wrote. Together, they travelled to Kerman, the nearest city, to try to clear their family's debt. The place was unwelcoming. "We were only thirteen, and our bodies were so tiny, wherever we went, they wouldn't hire us," he wrote. "Until one day, when we were hired as laborers at a

school construction site on Khajoo Street, which was where the city ended. They paid us two toman per day." After eight months, they had saved enough money to bring home, but the winter snow was too deep. They were told to seek out a local driver named Pahlavan—"Champion"—who was a "strong man who could lift up a cow or a donkey with his teeth." During the drive, whenever the car got stuck, "he would lift up the Jeep and put it aside!" In Suleimani's telling, Pahlavan is an ardent detractor of the Shah. He says of the two boys, "This is the time for them to rest and play, not work as a laborer in a strange city. I spit on the life they have made for us!" They arrived home, Suleimani writes, "just as the lights were coming on in the village homes. When the news travelled in our village, there was pandemonium."

As a young man, Suleimani gave few signs of greater ambition. According to Ali Alfoneh, an Iran expert at the Foundation for Defense of Democracies, he had only a high-school education, and worked for Kerman's municipal water department. But it was a revolutionary time, and the

PX634

country's gathering unrest was making itself felt. Away from work, Suleimani spent hours lifting weights in local gyms, which, like many in the Middle East, offered physical training and inspiration for the warrior spirit. During Ramadan, he attended sermons by a travelling preacher named Hojjat Kamyab—a protégé of Khamenei's—and it was there that he became inspired by the possibility of Islamic revolution.

In 1979, when Suleimani was twenty-two, the Shah fell to a popular uprising led by Ayatollah Ruhollah Khomeini in the name of Islam. Swept up in the fervor, Suleimani joined the Revolutionary Guard, a force established by Iran's new clerical leadership to prevent the military from mounting a coup. Though he received little training—perhaps only a forty-five-day course—he advanced rapidly. As a young guardsman, Suleimani was dispatched to northwestern Iran, where he helped crush an uprising by ethnic Kurds.

When the revolution was eighteen months old, Saddam Hussein sent the Iraqi Army sweeping across the border, hoping to take advantage of the internal chaos. Instead, the

PX634

invasion solidified Khomeini's leadership and unified the country in resistance, starting a brutal, entrenched war. Suleimani was sent to the front with a simple task, to supply water to the soldiers there, and he never left. "I entered the war on a fifteen-day mission, and ended up staying until the end," he has said. A photograph from that time shows the young Suleimani dressed in green fatigues, with no insignia of rank, his black eyes focussed on a far horizon. "We were all young and wanted to serve the revolution," he told an interviewer in 2005.

Suleimani earned a reputation for bravery and élan, especially as a result of reconnaissance missions he undertook behind Iraqi lines. He returned from several missions bearing a goat, which his soldiers slaughtered and grilled. "Even the Iraqis, our enemy, admired him for this," a former Revolutionary Guard officer who defected to the United States told me. On Iraqi radio, Suleimani became known as "the goat thief." In recognition of his effectiveness, Alfoneh said, he was put in charge of a brigade from Kerman, with men from the gyms where he lifted weights.

PX634

The Iranian Army was badly overmatched, and its commanders resorted to crude and costly tactics. In "human wave" assaults, they sent thousands of young men directly into the Iraqi lines, often to clear minefields, and soldiers died at a precipitous rate. Suleimani seemed distressed by the loss of life. Before sending his men into battle, he would embrace each one and bid him goodbye; in speeches, he praised martyred soldiers and begged their forgiveness for not being martyred himself. When Suleimani's superiors announced plans to attack the Faw Peninsula, he dismissed them as wasteful and foolhardy. The former Revolutionary Guard officer recalled seeing Suleimani in 1985, after a battle in which his brigade had suffered many dead and wounded. He was sitting alone in a corner of a tent. "He was very silent, thinking about the people he'd lost," the officer said.

Ahmad, the young relative who travelled with Suleimani to Kerman, was killed in 1984. On at least one occasion, Suleimani himself was wounded. Still, he didn't lose enthusiasm for his work. In the nineteen-

PX634

eighties, Reuel Marc Gerecht was a young C.I.A. officer posted to Istanbul, where he recruited from the thousands of Iranian soldiers who went there to recuperate. "You'd get a whole variety of guardsmen," Gerecht, who has written extensively on Iran, told me. "You'd get clerics, you'd get people who came to breathe and whore and drink." Gerecht divided the veterans into two groups. "There were the broken and the burned out, the hollow-eyed—the guys who had been destroyed," he said. "And then there were the bright-eyed guys who just couldn't wait to get back to the front. I'd put Suleimani in the latter category."

Ryan Crocker, the American Ambassador to Iraq from 2007 to 2009, got a similar feeling. During the Iraq War, Crocker sometimes dealt with Suleimani indirectly, through Iraqi leaders who shuttled in and out of Tehran. Once, he asked one of the Iraqis if Suleimani was especially religious. The answer was "Not really," Crocker told me. "He attends mosque periodically. Religion doesn't drive him. Nationalism drives him, and the love of the fight."

PX634

Iran's leaders took two lessons from the Iran-Iraq War. The first was that Iran was surrounded by enemies, near and far. To the regime, the invasion was not so much an Iraqi plot as a Western one. American officials were aware of Saddam's preparations to invade Iran in 1980, and they later provided him with targeting information used in chemical-weapons attacks; the weapons themselves were built with the help of Western European firms. The memory of these attacks is an especially bitter one. "Do you know how many people are still suffering from the effects of chemical weapons?" Mehdi Khalaji, a fellow at the Washington Institute for Near East Policy, said. "Thousands of former soldiers. They believe these were Western weapons given to Saddam." In 1987, during a battle with the Iraqi Army, a division under Suleimani's command was attacked by artillery shells containing chemical weapons. More than a hundred of his men suffered the effects.

The other lesson drawn from the Iran-Iraq War was the futility of fighting a head-to-head confrontation. In 1982, after the

PX634

Iranians expelled the Iraqi forces, Khomeini ordered his men to keep going, to "liberate" Iraq and push on to Jerusalem. Six years and hundreds of thousands of lives later, he agreed to a ceasefire. According to Alfoneh, many of the generals of Suleimani's generation believe they could have succeeded had the clerics not flinched. "Many of them feel like they were stabbed in the back," he said. "They have nurtured this myth for nearly thirty years." But Iran's leaders did not want another bloodbath. Instead, they had to build the capacity to wage asymmetrical warfare—attacking stronger powers indirectly, outside of Iran.

The Quds Force was an ideal tool. Khomeini had created the prototype for the force in 1979, with the goal of protecting Iran and exporting the Islamic Revolution. The first big opportunity came in Lebanon, where Revolutionary Guard officers were dispatched in 1982 to help organize Shiite militias in the many-sided Lebanese civil war. Those efforts resulted in the creation of Hezbollah, which developed under Iranian guidance. Hezbollah's military commander, the brilliant and murderous Imad

PX634

Mughniyeh, helped form what became known as the Special Security Apparatus, a wing of Hezbollah that works closely with the Quds Force. With assistance from Iran, Hezbollah helped orchestrate attacks on the American Embassy and on French and American military barracks. "In the early days, when Hezbollah was totally dependent on Iranian help, Mughniyeh and others were basically willing Iranian assets," David Crist, a historian for the U.S. military and the author of "The Twilight War," says.

For all of the Iranian regime's aggressiveness, some of its religious zeal seemed to burn out. In 1989, Khomeini stopped urging Iranians to spread the revolution, and called instead for expediency to preserve its gains. Persian self-interest was the order of the day, even if it was indistinguishable from revolutionary fervor. In those years, Suleimani worked along Iran's eastern frontier, aiding Afghan rebels who were holding out against the Taliban. The Iranian regime regarded the Taliban with intense hostility, in large part because of their

PX634

persecution of Afghanistan's minority Shiite population. (At one point, the two countries nearly went to war; Iran mobilized a quarter of a million troops, and its leaders denounced the Taliban as an affront to Islam.) In an area that breeds corruption, Suleimani made a name for himself battling opium smugglers along the Afghan border.

In 1998, Suleimani was named the head of the Quds Force, taking over an agency that had already built a lethal résumé: American and Argentine officials believe that the Iranian regime helped Hezbollah orchestrate the bombing of the Israeli Embassy in Buenos Aires in 1992, which killed twenty-nine people, and the attack on the Jewish center in the same city two years later, which killed eighty-five. Suleimani has built the Quds Force into an organization with extraordinary reach, with branches focussed on intelligence, finance, politics, sabotage, and special operations. With a base in the former U.S. Embassy compound in Tehran, the force has between ten thousand and twenty thousand members, divided between combatants and

PX634

those who train and oversee foreign assets. Its members are picked for their skill and their allegiance to the doctrine of the Islamic Revolution (as well as, in some cases, their family connections). According to the Israeli newspaper *Israel Hayom*, fighters are recruited throughout the region, trained in Shiraz and Tehran, indoctrinated at the Jerusalem Operation College, in Qom, and then "sent on months-long missions to Afghanistan and Iraq to gain experience in field operational work. They usually travel under the guise of Iranian construction workers."

After taking command, Suleimani strengthened relationships in Lebanon, with Mughniyeh and with Hassan Nasrallah, Hezbollah's chief. By then, the Israeli military had occupied southern Lebanon for sixteen years, and Hezbollah was eager to take control of the country, so Suleimani sent in Quds Force operatives to help. "They had a huge presence—training, advising, planning," Crocker said. In 2000, the Israelis withdrew, exhausted by relentless Hezbollah attacks. It was a signal victory for the Shiites, and, Crocker said,

PX634

"another example of how countries like Syria and Iran can play a long game, knowing that we can't."

Since then, the regime has given aid to a variety of militant Islamist groups opposed to America's allies in the region, such as Saudi Arabia and Bahrain. The help has gone not only to Shiites but also to Sunni groups like Hamas—helping to form an archipelago of alliances that stretches from Baghdad to Beirut. "No one in Tehran started out with a master plan to build the Axis of Resistance, but opportunities presented themselves," a Western diplomat in Baghdad told me. "In each case, Suleimani was smarter, faster, and better resourced than anyone else in the region. By grasping at opportunities as they came, he built the thing, slowly but surely."

In the chaotic days after the attacks of September 11th, Ryan Crocker, then a senior State Department official, flew discreetly to Geneva to meet a group of Iranian diplomats. "I'd fly out on a Friday and then back on Sunday, so nobody in the office knew where I'd been," Crocker told me. "We'd stay up all night in those

PX634

meetings." It seemed clear to Crocker that the Iranians were answering to Suleimani, whom they referred to as "Haji Qassem," and that they were eager to help the United States destroy their mutual enemy, the Taliban. Although the United States and Iran broke off diplomatic relations in 1980, after American diplomats in Tehran were taken hostage, Crocker wasn't surprised to find that Suleimani was flexible. "You don't live through eight years of brutal war without being pretty pragmatic," he said. Sometimes Suleimani passed messages to Crocker, but he avoided putting anything in writing. "Haji Qassem's way too smart for that," Crocker said. "He's not going to leave paper trails for the Americans."

Before the bombing began, Crocker sensed that the Iranians were growing impatient with the Bush Administration, thinking that it was taking too long to attack the Taliban. At a meeting in early October, 2001, the lead Iranian negotiator stood up and slammed a sheaf of papers on the table. "If you guys don't stop building these fairy-tale governments in the sky, and actually start doing some shooting on the ground, none of

PX634

this is ever going to happen!" he shouted.
"When you're ready to talk about serious
fighting, you know where to find me." He
stomped out of the room. "It was a great
moment," Crocker said.

The coöperation between the two countries
lasted through the initial phase of the war.
At one point, the lead negotiator handed
Crocker a map detailing the disposition of
Taliban forces. "Here's our advice: hit them
here first, and then hit them over here. And
here's the logic." Stunned, Crocker asked,
"Can I take notes?" The negotiator replied,
"You can keep the map." The flow of
information went both ways. On one
occasion, Crocker said, he gave his
counterparts the location of an Al Qaeda
facilitator living in the eastern city of
Mashhad. The Iranians detained him and
brought him to Afghanistan's new leaders,
who, Crocker believes, turned him over to
the U.S. The negotiator told Crocker, "Haji
Qassem is very pleased with our
coöperation."

The good will didn't last. In January, 2002,
Crocker, who was by then the deputy chief
of the American Embassy in Kabul, was

PX634

awakened one night by aides, who told him that President George W. Bush, in his State of the Union Address, had named Iran as part of an "Axis of Evil." Like many senior diplomats, Crocker was caught off guard. He saw the negotiator the next day at the U.N. compound in Kabul, and he was furious. "You completely damaged me," Crocker recalled him saying. "Suleimani is in a tearing rage. He feels compromised." The negotiator told Crocker that, at great political risk, Suleimani had been contemplating a complete reëvaluation of the United States, saying, "Maybe it's time to rethink our relationship with the Americans." The Axis of Evil speech brought the meetings to an end. Reformers inside the government, who had advocated a rapprochement with the United States, were put on the defensive. Recalling that time, Crocker shook his head. "We were just that close," he said. "One word in one speech changed history."

Before the meetings fell apart, Crocker talked with the lead negotiator about the possibility of war in Iraq. "Look," Crocker said, "I don't know what's going to happen,

PX634

but I do have some responsibility for Iraq—it's my portfolio—and I can read the signs, and I think we're going to go in." He saw an enormous opportunity. The Iranians despised Saddam, and Crocker figured that they would be willing to work with the U.S. "I was not a fan of the invasion," he told me. "But I was thinking, If we're going to do it, let's see if we can flip an enemy into a friend—at least tactically for this, and then let's see where we can take it." The negotiator indicated that the Iranians were willing to talk, and that Iraq, like Afghanistan, was part of Suleimani's brief: "It's one guy running both shows."

After the invasion began, in March, 2003, Iranian officials were frantic to let the Americans know that they wanted peace. Many of them watched the regimes topple in Afghanistan and Iraq and were convinced that they were next. "They were scared shitless," Maguire, the former C.I.A. officer in Baghdad, told me. "They were sending runners across the border to our élite elements saying, 'Look, we don't want any trouble with you.' We had an enormous upper hand." That same year, American

PX634

officials determined that Iran had reconfigured its plans to develop a nuclear weapon to proceed more slowly and covertly, lest it invite a Western attack.

After Saddam's regime collapsed, Crocker was dispatched to Baghdad to organize a fledgling government, called the Iraqi Governing Council. He realized that many Iraqi politicians were flying to Tehran for consultations, and he jumped at the chance to negotiate indirectly with Suleimani. In the course of the summer, Crocker passed him the names of prospective Shiite candidates, and the two men vetted each one. Crocker did not offer veto power, but he abandoned candidates whom Suleimani found especially objectionable. "The formation of the governing council was in its essence a negotiation between Tehran and Washington," he said.

That exchange was the high point of Iranian-American coöperation. "After we formed the governing council, everything collapsed," Crocker said. As the American occupation faltered, Suleimani began an aggressive campaign of sabotage. Many Americans and Iraqis I interviewed thought

PX634

that the change of strategy was the result of opportunism: the Iranians became aggressive when the fear of an American invasion began to recede.

For years, Suleimani had sent operatives into Iraq to cultivate Shiite militias, so, when Saddam fell, he already had a fighting force in place: the Badr Brigade, the armed wing of a Shiite political party called the Supreme Council for the Islamic Revolution in Iraq. The Party's leaders so thoroughly identified with the Iranian revolution that Badr's militiamen had fought alongside Iranian forces in the Iran-Iraq War.

The Badr Brigade spent much of its time carrying out revenge killings against Baathists, and largely held its fire against the Americans. But another Iranian-backed militia—the Mahdi Army, headed by the populist cleric Moqtada al-Sadr—began confronting the Americans early. In August, 2004, after the Americans launched a particularly bloody counteroffensive, I walked through a makeshift graveyard in the holy city of Najaf, south of Baghdad, and found dozens of shallow graves, each marked by a tiny glass jar containing a slip

PX634

of paper with the fallen fighter's name and address. Many of them were marked "Tehran."

Suleimani found Sadr unpredictable and difficult to manage, so the Quds Force began to organize other militias that were willing to attack the Americans. Its operatives trained fighters in Iran, sometimes helped by their comrades in Hezbollah. Suleimani's control over some of the Iraqi militias at times appeared to be total. At one point, a senior Iraqi official, on a trip to Washington, publicly blamed the Supreme Leader for escalating the violence in Iraq. Soon after returning to Baghdad, he told me, he received messages from the leaders of two Iraqi Shiite militias. Both posed the same question: Do you want to die?

In 2004, the Quds Force began flooding Iraq with lethal roadside bombs that the Americans referred to as E.F.P.s, for "explosively formed projectiles." The E.F.P.s, which fire a molten copper slug able to penetrate armor, began to wreak havoc on American troops, accounting for nearly twenty per cent of combat deaths.

PX634

E.F.P.s could be made only by skilled technicians, and they were often triggered by sophisticated motion sensors. "There was zero question where they were coming from," General Stanley McChrystal, who at the time was the head of the Joint Special Operations Command, told me. "We knew where all the factories were in Iran. The E.F.P.s killed hundreds of Americans."

Suleimani's campaign against the United States crossed the Sunni-Shiite divide, which he has always been willing to set aside for a larger purpose. Iraqi and Western officials told me that, early in the war, Suleimani encouraged the head of intelligence for the Assad regime to facilitate the movement of Sunni extremists through Syria to fight the Americans. In many cases, Al Qaeda was also allowed a degree of freedom in Iran as well. Crocker told me that in May, 2003, the Americans received intelligence that Al Qaeda fighters in Iran were preparing an attack on Western targets in Saudi Arabia. Crocker was alarmed. "They were there, under Iranian protection, planning operations," he said. He flew to Geneva and passed a warning to

PX634

the Iranians, but to no avail; militants bombed three residential compounds in Riyadh, killing thirty-five people, including nine Americans.

As it turned out, the Iranian strategy of abetting Sunni extremists backfired horrendously: shortly after the occupation began, the same extremists began attacking Shiite civilians and the Shiite-dominated Iraqi government. It was a preview of the civil war to come. "Welcome to the Middle East," the Western diplomat in Baghdad told me. "Suleimani wanted to bleed the Americans, so he invited in the jihadis, and things got out of control."

Still, Iran's policy toward the Americans in Iraq was not entirely hostile—both countries, after all, were trying to empower Iraq's Shiite majority—and so Suleimani alternated between bargaining with the Americans and killing them. Throughout the war, he summoned Iraqi leaders to Tehran to broker deals, usually intended to maximize Shiite power. At least once, he even travelled into the heart of American power in Baghdad. "Suleimani came into the Green Zone to meet the Iraqis," the Iraqi

PX634

politician told me. "I think the Americans wanted to arrest him, but they figured they couldn't."

As both sides sought an advantage, the shifting allegiances led to uncomfortable, sometimes bizarre encounters. The leaders of the two main Kurdish parties, Massoud Barzani and Jalal Talabani, met regularly with both Suleimani and the Americans. While the Kurds' relationship with the U.S. was usually warm, their ties to Iranian leaders like Suleimani were deeper and more complex; the Iranian regime had sheltered Iraq's Kurds during their war with Saddam. But it was never an equal relationship. Kurdish leaders say that Suleimani's objective has always been to keep Iraq's political parties divided and unstable, insuring that the country stayed weak: the Iran-Iraq War was never far from his mind. "It is very difficult for us to say no to Suleimani," a senior Kurdish official told me. "When we say no, he makes trouble for us. Bombings. Shootings. The Iranians are our neighbors. They've always been there, and they always will be. We have to deal with them."

PX634

A senior intelligence officer in Baghdad recalled visiting Talabani at his house during a trip to northern Iraq. When he walked in, Qassem Suleimani was sitting there, wearing a black shirt and black jacket. The two men looked each other up and down. "He knew who I was; I knew who he was. We shook hands, didn't say anything," the officer said. "I've never seen Talabani so deferential to anyone. He was terrified."

In the years after the invasion, General McChrystal concentrated on defeating Sunni insurgents, and, like other American commanders in Iraq, he largely refrained from pursuing Quds Force agents. Provoking Iran would only exacerbate the conflict, and, in any case, many of the agents operated under the protection of diplomatic cover. But, as the war dragged on, the Iranian-backed militias loomed ever larger. In late 2006, McChrystal told me, he formed a task force to kill and capture Iranian-backed insurgents, as well as Quds Force operatives.

PX634

That December, American commandos raided the compound of Abdul Aziz al-Hakim, a powerful Shiite politician, and found General Mohsen Chizari, the head of operations for the Quds Force. According to "The Endgame," by Michael Gordon and Bernard Trainor, the commandos detained Chizari, sending shock waves through Baghdad. "Everybody was stunned," a former senior military commander told me. "All the Iranians were stunned. We had broken the unwritten law." Nuri al-Maliki, the Iraqi Prime Minister, demanded that the Americans turn over Chizari. When they did—reluctantly—Maliki released him. After the incident, the American Ambassador told Maliki that the next time they caught an Iranian operative they were going to keep him.

A month later, McChrystal received reports that General Mohammed Ali Jafari, the head of Iran's Revolutionary Guard, might be in a convoy heading toward the Iraqi border. According to other intelligence sources, Suleimani was riding with him. A group of Kurdish fighters were waiting to welcome them when they crossed over.

PX634

McChrystal decided to allow the Iranians to cross the border. "We didn't want to get into a gunfight with the Kurds," he said.

McChrystal's men tracked the convoy as it drove a hundred miles into Iraq, to the Kurdish city of Erbil, and stopped at a nondescript building, which had a small sign that read "Consulate." No one knew that such a consulate existed, but the fact that it did meant that the men inside were operating under diplomatic cover. The Americans moved in anyway, and took five Iranians into custody. All were carrying diplomatic passports, and all, according to McChrystal, were Quds Force members. Neither Suleimani nor Jafari was there; they had evidently broken off from the convoy at the last minute and taken refuge in a safe house controlled by the Kurdish leader Massoud Barzani. "Suleimani was lucky," Dagan, the former Mossad chief, told me, referring to the raid. "It's important to be lucky."

Nine days later, five new black S.U.V.s pulled up to the gates of the Karbala Provincial Center, in southern Iraq. The men inside spoke English, wore American-

PX634

style uniforms, and flashed I.D.s, and so they were allowed through the gates. In the compound, they jumped out of their vehicles and ran directly to a building where American soldiers were working. They killed one and captured four, ignoring everyone else. In a few hours, the four captives were dead, shot at close range.

The raid was carried out by Asa'ib Ahl al-Haq, one of the Iranian-backed militias. American officials speculated that Suleimani had ordered the raid, in response to the capture of the Quds Force operatives in Erbil. Within two months, the Americans had killed the alleged leader of the attack and rounded up several of the participants. One of them was Ali Musa Daqduq, a Hezbollah commander who had trained in Iran. At first, Daqduq pretended to be unable to speak, and the Americans nicknamed him Hamid the Mute. But after a time, they said, he started talking, and told them that the operation had been ordered by Iranian officials. For the first time, American commanders publicly pointed to Suleimani. At a press conference, Brigadier General Kevin Bergner said, "The Quds

PX634

Force knew of and supported planning for the eventual Karbala attack that killed five coalition soldiers."

As the covert war with Iran intensified, American officials considered crossing into Iran to attack training camps and bomb factories. "Some of us wanted very badly to hit them," a senior American officer who was in Iraq at the time told me. Those debates lasted well into 2011, until the last American soldiers left the country. Each time, the Americans decided against crossing the border, figuring that it would be too easy for the Iranians to escalate the fighting.

Around the same time, Suleimani struck up a correspondence with senior American officials, sending messages through intermediaries—sometimes seeking to reassure the Americans, sometimes to extract something. One of the first came in early 2008, when the Iraqi President, Jalal Talabani, handed a cell phone with a text message to General David Petraeus, who had taken over the year before as the commander of American forces. "Dear General Petraeus," the text read, "you

should know that I, Qassem Suleimani, control the policy for Iran with respect to Iraq, Lebanon, Gaza and Afghanistan. And indeed, the ambassador in Baghdad is a Quds Force member. The individual who's going to replace him is a Quds Force member." After the five American soldiers were killed in Karbala, Suleimani sent a message to the American Ambassador. "I swear on the grave of Khomeini I haven't authorized a bullet against the U.S.," Suleimani said. None of the Americans believed him.

In a report to the White House, Petraeus wrote that Suleimani was "truly evil." Yet at times the two men were all but negotiating. According to diplomatic cables revealed by WikiLeaks, Petraeus sent messages through Iraqi officials to Suleimani, asking him to call off rocket attacks on the American Embassy and on U.S. bases. In 2008, the Americans and the Iraqi Army were pressing an offensive against the Mahdi Army—Moqtada al-Sadr's Shiite militia— and, in retribution, the militia was bombarding the Green Zone regularly. Suleimani, who sensed a political opening,

PX634

sent Petraeus a message lamenting the situation and saying that he had assigned men to apprehend the attackers. Petraeus replied, "I was born on a Sunday, but it wasn't last Sunday." Eventually, Suleimani brokered a ceasefire between Sadr and the government.

At times, Suleimani seemed to take pleasure in taunting his American counterparts, and stories of his exploits spread. In the summer of 2006, during the thirty-four-day war between Israel and Hezbollah in Lebanon, the violence in Baghdad appeared to ebb. When the fighting ended, the Iraqi politician told me, Suleimani supposedly sent a message to the American command. "I hope you have been enjoying the peace and quiet in Baghdad," it read. "I've been busy in Beirut!"

In a speech in 1990, Khamenei said that the mission of the Quds Force is to "establish popular Hezbollah cells all over the world." Although that goal has not been met, Hezbollah has become the most influential force in Lebanon—a military power and a political party that nearly supersedes the state. Some experts on the region believe

PX634

that it has grown less dependent on Iran as it has matured. But, at a dinner in Beirut last year, Walid Joumblatt, a Lebanese politician, complained that Hezbollah's leaders were still in thrall to Tehran. "You have to sit and talk with them, but what do you say?" he said to me. "They don't decide. It's Khamenei and Qassem Suleimani who decide."

Hezbollah's leader, Hassan Nasrallah, has endorsed the concept of Velayat-e Faqih, which recognizes Iran's Supreme Leader as the ultimate authority, and he has acknowledged the presence of Quds Force operatives in Lebanon. From 2000 to 2006, Iran contributed a hundred million dollars a year to Hezbollah. Its fighters are attractive proxies: unlike the Iranians, they speak Arabic, making them better equipped to operate in Syria and elsewhere in the Arab world. Working with the Iranians, they have either launched or prepared to launch attacks in Cyprus, Azerbaijan, and Turkey.

They don't always act together. After a Hezbollah operative attacked a tour bus filled with Israelis in Bulgaria, last July, American authorities learned that Suleimani

PX634

had asked his subordinates, "Does anyone know about this?" No one did. "Hezbollah acted on its own in that one," an American defense official told me. Nonetheless, the Quds Force appears to have been involved in a number of the most significant moments in Lebanon's recent history. In 2006, Nasrallah ordered a group of his fighters to kidnap Israeli soldiers—an operation that the Middle Eastern security official told me was carried out with Suleimani's help. A brief but fierce war ensued, in which the Israel Defense Forces destroyed much of Lebanon. "I don't think Suleimani expected that reaction," the official said.

The question of Iranian influence in Lebanon resurfaced in 2011, when the United Nations-backed Special Tribunal for Lebanon charged four senior members of Hezbollah with assassinating the former Lebanese Prime Minister, Rafik Hariri, in 2005. Hariri, a Sunni, had been trying to take Lebanon out of the Iranian-Syrian orbit. On Valentine's Day, he was killed by a suicide truck bomb whose payload weighed more than five thousand pounds.

PX634

Prosecutors identified the alleged Hezbollah assassins by means of "co-location analysis"—matching disposable cell phones used at the time of the murder with other phones that belonged to the suspects. They refrained from indicting Syrian officials, but, they said, they had convincing evidence that Assad's government was involved in Hariri's killing. A senior investigator for the Special Tribunal told me that there was also reason to suspect the Iranians: "Our theory of the case was that Hezbollah pulled the trigger, but could not and would not have done so without the blessing and logistical support from both Syria and Iran." One of the phones believed to have been used by the killers had made at least a dozen calls to Iran before and after the assassination. But investigators told me that they didn't know who in Iran was called, and that they couldn't persuade Western intelligence agencies to help them. As it turned out, the agencies knew quite a bit. The senior intelligence officer told me that Iranian operatives were overheard talking minutes before the assassination. "There were Iranians on the phones directing the attack," he said. Robert Baer, a

PX634

former senior C.I.A. official, told me, "If indeed Iran was involved, Suleimani was undoubtedly at the center of this."

Meanwhile, the four Hezbollah suspects in the killing have disappeared. One of them, Mustafa Badreddine—Imad Mughniyeh's brother-in-law and a longtime Hezbollah bomb maker—was spotted in Syria by the rebels, who say that he is fighting for Assad.

On December 22, 2010, James Jeffrey, the American Ambassador to Iraq, and General Lloyd Austin, the top American commander there, issued a note of congratulations to the Iraqi people on the formation of a new government, led by Prime Minister Nuri al-Maliki. The country had been without a government for nine months, after parliamentary elections ended in an impasse. The composition of the government was critical; at the time of the election, there were still nearly a hundred thousand American troops in the country, and U.S. commanders were still hoping to leave a residual force behind. "We look forward to working with the new coalition

PX634

government in furthering our common vision of a democratic Iraq," the two men said.

What Jeffrey and Austin didn't say was that the crucial deal that brought the Iraqi government together was made not by them but by Suleimani. In the months before, according to several Iraqi and Western officials, Suleimani invited senior Shiite and Kurdish leaders to meet with him in Tehran and Qom, and extracted from them a promise to support Maliki, his preferred candidate. The deal had a complex array of enticements. Maliki and Assad disliked each other; Suleimani brought them together by forging an agreement to build a lucrative oil pipeline from Iraq to the Syrian border. In order to bring the cleric Moqtada al-Sadr in line, Suleimani agreed to place his men in the Iraqi service ministries.

Most remarkable, according to the Iraqi and Western officials, were the two conditions that Suleimani imposed on the Iraqis. The first was that Jalal Talabani, a longtime friend of the Iranian regime, become President. The second was that Maliki and his coalition partners insist that all

PX634

American troops leave the country. "Suleimani said: no Americans," the former Iraqi leader told me. "A ten-year relationship, down the drain."

Iraqi officials told me that, at the time of Jeffrey's announcement, the Americans knew that Suleimani had pushed them out of the country but were too embarrassed to admit it in public. "We were laughing at the Americans," the former Iraqi leader told me, growing angry as he recalled the situation. "Fuck it! Fuck it!" he said. "Suleimani completely outmaneuvered them, and in public they were congratulating themselves for putting the government together."

The deal was a heavy blow to Ayad Allawi, a pro-American secular politician whose party had won the most parliamentary seats in the elections, but who failed to put together a majority coalition. In an interview in Jordan, he said that with U.S. backing he could have built a majority. Instead, the Americans pushed him aside in favor of Maliki. He told me that Vice-

PX634

President Joe Biden called to tell him to abandon his bid for Prime Minister, saying, "You can't form a government."

Allawi said he suspected that the Americans weren't willing to deal with the trouble the Iranians would have made if he had become Prime Minister. They wanted to stay in Iraq, he said, but only if the effort involved was minimal. "I needed American support," he said. "But they wanted to leave, and they handed the country to the Iranians. Iraq is a failed state now, an Iranian colony."

According to American and Iraqi former officials, Suleimani exerts leverage over Iraqi politics by paying officials, by subsidizing newspapers and television stations, and, when necessary, by intimidation. Few are immune to his enticements. "I have yet to see one Shia political party not taking money from Qassem Suleimani," the former senior Iraqi official told me. "He's the most powerful man in Iraq, without question."

Even Maliki often feels like a prisoner of the Iranians. Exiled by Saddam, Maliki lived for a short time in Iran, but then

PX634

influence, Iraqis who know him say. Crocker said that Maliki once told him, "You can't know what arrogance is until you are an Iraqi Arab forced to take refuge with the Iranians." The Iraqi politician, who is close to both men, told me that Maliki resents Suleimani, and that the feeling is mutual. "Maliki says Suleimani doesn't listen," he told me. "Suleimani says Maliki just lies."

Still, Maliki may be amply repaying Suleimani for his efforts to make him Prime Minister. According to the former senior intelligence officer, Maliki's government is presiding over a number of schemes, amounting to hundreds of millions of dollars a year, to help the Iranian regime outwit Western economic sanctions. A prominent Iraqi businessman told me that Iranian-backed agents regularly use the Iraqi banking system to undertake fraudulent transactions that allow them to sell Iraqi currency at a huge profit. "If the banks refuse, they are shut down by the government," he said.

PX634

The other main source of revenue for the Iranians is oil, officials say: Maliki's government sets aside the equivalent of two hundred thousand barrels of oil a day— about twenty million dollars' worth, at current prices—and sends the money to Suleimani. In this way, the Quds Force has made itself immune to the economic pressures of Western sanctions. "It's a self-funding covert-action program," the former senior intelligence officer said. "Suleimani doesn't even need the Iranian budget to fund his operations."

Last December, when Assad's regime appeared close to collapse, American officials spotted Syrian technicians preparing bombs carrying the nerve agent sarin to be loaded onto aircraft. All indications were that they were plotting an enormous chemical attack. Frantic, the Americans called leaders in Russia, who called their counterparts in Tehran. According to the American defense official, Suleimani appeared to be instrumental in persuading Assad to refrain from using the weapons.

PX634

Suleimani's sentiments about the ethics of chemical weapons are unknown. During the Iran-Iraq War, thousands of Iranian soldiers suffered from chemical attacks, and the survivors still speak publicly of the trauma. But some American officials believe that his efforts to restrain Assad had a more pragmatic inspiration: the fear of provoking American military intervention. "Both the Russians and the Iranians have said to Assad, 'We can't support you in the court of world opinion if you use this stuff,' " a former senior American military official said.

The regime is believed to have used chemical weapons at least fourteen times since last year. Yet even after the enormous sarin attack on August 21st, which killed fourteen hundred civilians, Suleimani's support for Syria has been unbending. To save Assad, Suleimani has called on every asset he built since taking over the Quds Force: Hezbollah fighters, Shiite militiamen from around the Arab world, and all the money and matériel he could squeeze out of his own besieged government. In Baghdad, a young Iraqi Shiite who called himself Abu

PX634

Hassan told me that he was recruited to fight by a group of Iraqi men. He took a bus to the Iranian city of Mashhad, where he and three dozen other Iraqis received two weeks of instruction from Iranian trainers. The men travelled to the Shiite shrine of Sayyidah Zaynab, near Damascus, where they spent three months fighting for the Assad government, along with soldiers from Hezbollah and snipers from Iran. "We lost a lot of people," Abu Hassan told me.

Suleimani's greatest achievement may be persuading his proxies in the Iraqi government to allow Iran to use its airspace to fly men and munitions to Damascus. General James Mattis, who until March was the commander of all American military forces in the Middle East, told me that without this aid the Assad regime would have collapsed months ago. The flights are overseen by the Iraqi transportation minister, Hadi al-Amri, who is an old ally of Suleimani's—the former head of the Badr Brigade, and a soldier on the Iranian side in the Iran-Iraq War. In an interview in Baghdad, Amri denied that the Iranians were using Iraqi airspace to send weapons.

PX634

But he made clear his affection for his former commander. "I love Qassem Suleimani!" he said, pounding the table. "He is my dearest friend."

So far, Maliki has resisted pressure to supply Assad overland through Iraq. But he hasn't stopped the flights; the prospect of a radical Sunni regime in Syria overcame his reservations about becoming involved in a civil war. "Maliki dislikes the Iranians, and he loathes Assad, but he *hates* Al Nusra," Crocker told me. "He doesn't want an Al Qaeda government in Damascus."

This kind of starkly sectarian atmosphere may be Suleimani's most lasting impact on the Middle East. To save his Iranian empire in Syria and Lebanon, he has helped fuel a Sunni-Shiite conflict that threatens to engulf the region for years to come—a war that he appears happy to wage. "He has every reason to believe that Iran is the rising power in the region," Mattis told me. "We've never dealt him a body blow."

In June, a new, moderate President, Hassan Rouhani, was elected in Iran, promising to end the sanctions, which have exhausted the

PX634

Hopes have risen in the West that Khamenei might allow Rouhani to strike a deal. Although Rouhani is a moderate only by Iranian standards—he is a Shiite cleric and a longtime adherent of the revolution—his new administration has made a series of good-will gestures, including the release of eleven political prisoners and an exchange of letters with President Obama. Rouhani is in New York this week to speak at the United Nations and, possibly, to meet with Obama. The talks will surely center on the potential for Iran to restrain its nuclear program, in exchange for relaxed sanctions.

Many in the West are hoping that Iran will also help find an end to the grinding war in Syria. Assad's deputy prime minister recently offered the possibility of a cease-fire, saying, "Let nobody have any fear that the regime in its present form will continue." But he did not say that Assad would step down, which the rebels have said is a necessary condition of negotiations. There have been hints from powerful Iranians that Assad isn't worth holding on to. In a recent speech, the former President Hashemi Rafsanjani said, "The

PX634

people have been the target of chemical attacks by their own government." (After a leaked recording of the speech caused a stir in Iran, Rafsanjani denied the remarks.) But a less sympathetic regime in Syria would split the Axis of Resistance, and radically complicate Iran's partnership with Hezbollah. In any case, the Iranian regime may be too fragmented to come to a consensus. "Anytime you see a statement coming out of the government, just remember there's a rat's nest of people fighting underneath the surface," Kevan Harris, a sociologist at Princeton who has studied Iran extensively, told me. As Rouhani tries to engage the West, he will have to contend with the hard-liners, including Suleimani and his comrades, who for more than a decade have defined their foreign policy as a covert war on the U.S. and Israel. "They don't trust the other side," Harris said. "They feel that any concession they make will be seen by the West as a sign of weakness."

For Suleimani, giving up Assad would mean abandoning the project of expansion that has occupied him for fifteen years. In a

PX634

recent speech before the Assembly of Experts—the clerics who choose the Supreme Leader—he spoke about Syria in fiercely determined language. "We do not pay attention to the propaganda of the enemy, because Syria is the front line of the resistance and this reality is undeniable," he said. "We have a duty to defend Muslims because they are under pressure and oppression." Suleimani was fighting the same war, against the same foes, that he'd been fighting his entire life; for him, it seemed, the compromises of statecraft could not compare with the paradise of the battlefield. "We will support Syria to the end," he said. ♦

PX637

# Iran's Secret Plan For Mayhem

 nysun.com/article/foreign-irans-secret-plan-for-mayhem

WASHINGTON — Iran is supporting both Sunni and Shiite terrorists in the Iraqi civil war, according to secret Iranian documents captured by Americans in Iraq.

The news that American forces had captured Iranians in Iraq was widely reported last month, but less well known is that the Iranians were carrying documents that offered Americans insight into Iranian activities in Iraq.

An American intelligence official said the new material, which has been authenticated within the intelligence community, confirms "that Iran is working closely with both the Shiite militias and Sunni Jihadist groups." The source was careful to stress that the Iranian plans do not extend to cooperation with Baathist groups fighting the government in Baghdad, and said

PX637

the documents rather show how the Quds Force — the arm of Iran's revolutionary guard that supports Shiite Hezbollah, Sunni Hamas, and Shiite death squads — is working with individuals affiliated with Al Qaeda in Iraq and Ansar al-Sunna.

Another American official who has seen the summaries of the reporting affiliated with the arrests said it comprised a "smoking gun." "We found plans for attacks, phone numbers affiliated with Sunni bad guys, a lot of things that filled in the blanks on what these guys are up to," the official said.

One of the documents captured in the raids, according to two American officials and one Iraqi official, is an assessment of the Iraq civil war and new strategy from the Quds Force. According to the Iraqi source, that assessment is the equivalent of "Iran's Iraq Study Group," a reference to the bipartisan American commission that released war strategy recommendations after the November 7 elections. The document concludes, according to these sources, that Iraq's Sunni neighbors will step up their efforts to aid insurgent groups and that it is imperative for Iran to redouble efforts to retain influence with them, as well as with Shiite militias.

Rough translations of the Iranian assessment and strategy, as well as a summary of the intelligence haul, have been widely distributed throughout the policy community and are likely to influence the Iraq speech President Bush is expected to deliver in the coming days regarding the way forward for the war, according to two Bush administration officials.

The news that Iran's elite Quds Force would be in contact, and clandestinely cooperating, with Sunni Jihadists who attacked the Golden Mosque in Samarra (one of the holiest shrines in Shiism) on February 22, could shake the alliance Iraq's ruling Shiites have forged in recent years with Tehran. Many Iraq analysts believe the bombing vaulted Iraq into the current stage of its civil war.

The top Quds Force commander — known as Chizari, according to a December 30 story in the Washington Post — was captured inside a compound belonging to Abdul Aziz Hakim, the Shiite leader President Bush last month pressed to help forge a new ruling coalition that excludes a firebrand Shiite cleric, Moqtada al-Sadr.

According to one Iraqi official, the two Quds commanders were in Iraq at the behest of the Iraqi government, which had requested more senior Iranian points of contact when the government complained about Shiite death squad activity. The negotiations were part of an Iraqi effort to establish new rules of the road between Baghdad and Tehran. This arrangement was ironed out by Iraq's president, Jalal Talabani, when he was in Tehran at the end of November.

While Iran has openly supported Iraqi Shiite militias involved in attacks on American soldiers, the Quds Force connection to Sunni insurgents has been murkier.

2/3

PX637

In 2003, coalition forces captured a playbook outlining Iranian intentions to support insurgents of both stripes, but its authenticity was disputed.

American intelligence reports have suggested that export/import operations run by Sunni terrorists in Fallujah in 2004 received goods from the revolutionary guard.

"We have seen bits and piece of things before, but it was highly compartmentalized suggesting the Iranian link to Sunni groups," a military official said.

A former Iran analyst for the Pentagon who also worked as an adviser to the Coalition Provisional Authority, Michael Rubin, said yesterday: "There has been lots of information suggesting that Iran has not limited its outreach just to the Shiites, but this has been disputed."

He added, "When documents like this are found, usually intelligence officials may confirm their authenticity but argue they prove nothing because they do not reflect a decision to operationalize things."

A former State Department senior analyst on Iraq and Iran who left government service in 2005, Wayne White, said he did not think it was likely the Quds Force was supporting Sunni terrorists who were targeting Shiite political leaders and civilians, but stressed he did not know.

"I have no doubt whatsoever that al-Quds forces are on the ground and active in Iraq," he said. "That's about it. I saw evidence that Moqtada al Sadr was in contact with Sunni Arab insurgents in western Iraq, but I never saw evidence of Iran in that loop."

Mr. White added, "One problem that we all have is that people consistently conduct analysis assuming that the actor is going to act predictably or rationally based on their overall mindset or ideology. Sometimes people don't.

"One example of a mindset that may hinder analysis of Iranian involvement is the belief that Iran would never have any dealings with militant Sunni Arabs. But they allowed hundreds of Al Qaeda operatives to escape from Afghanistan across their territory in 2002," he said.

PX637

PX641

# Dangerous But Not Omnipotent

## Exploring the Reach and Limitations of Iranian Power in the Middle East

Frederic Wehrey · David E. Thaler · Nora Bensahel · Kim Cragin
Jerrold D. Green · Dalia Dassa Kaye · Nadia Oweidat · Jennifer Li

Prepared for the United States Air Force

Approved for public release; distribution unlimited

 PROJECT AIR FORCE

PX641

The research described in this report was sponsored by the United States Air Force under Contract FA7014-06-C-0001. Further information may be obtained from the Strategic Planning Division, Directorate of Plans, Hq USAF.

**Library of Congress Cataloging-in-Publication Data**

Dangerous but not omnipotent : exploring the reach and limitations of Iranian power in the Middle East / Frederic Wehrey ... [et al.].
      p. cm.
   Includes bibliographical references.
   ISBN 978-0-8330-4554-6 (pbk. : alk. paper)
   1.  United States—Foreign relations—Iran. 2.  Iran—Foreign relations—United States. 3.  Iran—Politics and government—1997– 4.  Iran—Military policy. 5.  Political culture—Iran. 6.  State-sponsored terrorism—Iran. 7.  Terrorism—Middle East. 8.  Weapons of mass destruction—Iran. 9.  Iran—Foreign relations—Middle East. 10.  Middle East—Foreign relations—Iran.  I. Wehrey, Frederic M.

E183.8.I55D355 2009
327.73055—dc22
                                                                          2009009797

The RAND Corporation is a nonprofit research organization providing objective analysis and effective solutions that address the challenges facing the public and private sectors around the world. RAND's publications do not necessarily reflect the opinions of its research clients and sponsors.

**RAND**® is a registered trademark.

© Copyright 2009 RAND Corporation

All rights reserved. No part of this book may be reproduced in any form by any electronic or mechanical means (including photocopying, recording, or information storage and retrieval) without permission in writing from RAND.

Published 2009 by the RAND Corporation
1776 Main Street, P.O. Box 2138, Santa Monica, CA 90407-2138
1200 South Hayes Street, Arlington, VA 22202-5050
4570 Fifth Avenue, Suite 600, Pittsburgh, PA 15213-2665
RAND URL: http://www.rand.org
To order RAND documents or to obtain additional information, contact
Distribution Services: Telephone: (310) 451-7002;
Fax: (310) 451-6915; Email: order@rand.org

PX641

# Preface

Canvassing a range of global threats, the 2006 U.S. *National Security Strategy* warns:

> We may face no greater challenge from a single country than from Iran.[1]

Indeed, following the U.S. invasions of Iraq and Afghanistan, the Iranian threat to U.S. interests has taken on seemingly unprecedented qualities of aggressiveness and urgency. Defying international condemnation, the Islamic Republic appears inexorably committed to the pursuit of nuclear energy that will, at the very least, allow for a breakout weapon capability. Its longstanding support to Levantine terrorist groups earned it newfound acclaim in the Arab world following Hezbollah's 2006 war with Israel. Within its conventional arsenal, Iran is developing new and worrisome naval capabilities for impeding maritime access to the Strait of Hormuz, as well as longer-range ballistic missiles that would put U.S. military assets and American allies in the region at risk. In Iraq and Afghanistan, Tehran's clandestine paramilitary wing, the Qods Force, has been implicated in supplying lethal technology to insurgents and paramilitaries.

Added to these immediate provocations is the sense that Iran is trying to effect far-reaching changes on the regional and even global stage. Iran has long exercised broad-ranging influence inside Iraq,

---

[1]   National Security Council, *The National Security Strategy of the United States of America*, Washington, D.C.: The White House, March 2006, p. 1 of opening statement.

iii

PX641

iv    Dangerous But Not Omnipotent

spreading alarm among Sunni Arab states and raising the specter of Iran filling the power vacuum following the departure of U.S. forces. Similarly, the cascading sense of regional insecurity arising from its nuclear ambitions has spurred warnings of proliferation among Arab states. Further afield, Tehran has worked assiduously to leapfrog U.S. encirclement by courting partners as diverse as Latin American demagogues, the post-apartheid government of South Africa, and the Shanghai Cooperation Organization.

Yet the U.S. ability to gauge the extent and totality of these challenges is ultimately handicapped by the lack of official relations between the two states since the Islamic Revolution and, more subtly, by a lingering sense of national trauma from the hostage crisis of 1979–1981.

Working within this context, this study aims to provide U.S. Air Force (USAF) and Department of Defense (DoD) planners a new framework for anticipating and preparing for the strategic challenges Iran will present over the next ten to fifteen years. We adopted as an analytical point of departure the observation that although Iranian power projection is marked by strengths, it also has serious *liabilities* and *limitations*. We survey the nature of both by assessing four critical areas—the Iranian regime's underlying perception of itself in the world as a regional and even global power, Iran's conventional military capabilities and aspirations for asymmetric warfare, its support to Islamist militant groups, and its appeal to Arab public opinion. Based on this assessment, we offer a new U.S. policy paradigm that seeks to manage the challenges Iran presents through the exploitation of regional barriers to its power; we also identify the sources of caution in the regime's strategic calculus.

The bulk of the research for this monograph was completed in late 2007. To the extent practicable, the authors have updated descriptions of major events and conditions described throughout the monograph through early 2009.

The research reported here was sponsored by the U.S. Air Force Director of Operational Plans and Joint Matters (A5X), Headquarters USAF, and conducted within the Strategy and Doctrine Program of RAND Project AIR FORCE for a fiscal year 2007 study "Persia Rising: Meeting Future Security Challenges Presented by Iran." This

PX641

monograph should be of interest to U.S. security policymakers, military planners, and analysts and observers of regional affairs in the Middle East and Central and South Asia.

## RAND Project AIR FORCE

RAND Project AIR FORCE (PAF), a division of the RAND Corporation, is the U.S. Air Force's federally funded research and development center for studies and analyses. PAF provides the Air Force with independent analyses of policy alternatives affecting the development, employment, combat readiness, and support of current and future aerospace forces. Research is conducted in four programs: Force Modernization and Employment; Manpower, Personnel, and Training; Resource Management; and Strategy and Doctrine.

Additional information about PAF is available on our Web site at http://www.rand.org/paf

PX641

PX641

# Contents

**Preface** ............................................................................. iii

**Figures** .............................................................................. ix

**Table** ................................................................................ xi

**Summary** ........................................................................ xiii

**Acknowledgments** ............................................................ xxv

**Abbreviations** ................................................................ xxvii

CHAPTER ONE
**Introduction: Understanding the Iranian Challenge** ...................... 1

CHAPTER TWO
**Assertiveness and Caution in Iranian Strategic Culture** .................. 7

CHAPTER THREE
**Asymmetric Ambition and Conventional Reality: Iran's Evolving
     Defense Strategy, Doctrine, and Capabilities** ......................... 39

CHAPTER FOUR
**Iran and Its Non-State Partners: Assessing Linkages and Control** ..... 81

CHAPTER FIVE
**Arab Perceptions of the Iranian Threat** ................................... 129

CHAPTER SIX
**Conclusion: U.S. Strategy and the Islamic Republic** ................... 153

**References** ...................................................................... 181

PX641

PX641

# Figures

2.1.  Geographic Breakdown of Iran's Ethno-Religious
      Diversity ................................................................ 17
3.1.  Comparison of Defense Expenditures Among Highest
      Spenders in the Middle East..................................... 43
3.2.  Formal Structure of Iran's Security Establishment ............ 44
3.3.  Key Events and the Military Lessons Iran Has Learned ....... 50
4.1.  Key Events in the Relationship Between Iran and
      Hezbollah Since the 1960s........................................ 87
4.2.  Hezbollah Attacks During the 1980s ........................... 92

PX641

PX641

## Table

3.1.    Summary of Iranian Military Capabilities ....................... 59

PX641

PX641

# Summary

Iranian power projection and regional ambitions are among the most pressing foreign policy challenges facing the United States. U.S. observers of the Islamic Republic, regardless of their political persuasion, have noted with alarm the country's new assertiveness on the Middle Eastern stage, its buildup of conventional military capability, and its apparently inexorable drive for nuclear energy in defiance of international criticism. The challenges posed by the Islamic Republic are especially acute from the perspective of the USAF: Airpower will likely be the military instrument of "first resort" to project U.S. power into Iran's unstable neighborhood, reassure allies, and dissuade Iran from aggression or adventurism. In the minds of Iranian policymakers, U.S. airpower has assumed a similar prominence. Tehran's fear of encirclement and strangulation by the United States stems in large measure from the proximity of the USAF's presence in neighboring states. And as evidenced by the 1996 Khobar Towers bombing,[1] this proximity places USAF lives and assets at risk from asymmetric terrorist attacks and, increasingly, Iran's ballistic missiles.

To accurately gauge the strategic challenges from Iran over a ten- to fifteen-year horizon, this study sought to assess the *motivations* of the Islamic Republic, not just its *capabilities*. This approach, although difficult given the complexities of the Iranian system, is critical in identifying potential sources of caution and pragmatism in Iran's policy formulation. Our exploration of Iranian strategic thinking revealed

---

[1] See *The 9/11 Commission Report: Final Report of the National Commission on Terrorist Attacks upon the United States*, U.S. Government Printing Office, July 26, 2004, p. 60.

PX641

that ideology and bravado frequently mask a preference for opportunism and realpolitik—the qualities that define "normal" state behavior. Similarly, when we canvassed Iran's power projection options, we identified not only the extent of the threats posed by each but also their limitations and liabilities. In each case, we found significant barriers and buffers to Iran's strategic reach rooted in both the regional geopolitics it is trying to influence and in its limited conventional military capacity, diplomatic isolation, and past strategic missteps. Similarly, tensions between the regime and Iranian society—segments of which have grown disenchanted with the Republic's revolutionary ideals—can also act as a constraint on Iranian external behavior.

This leads to our conclusion that analogies to the Cold War are mistaken: The Islamic Republic does not seek territorial aggrandizement or even, despite its rhetoric, the forcible imposition of its revolutionary ideology onto neighboring states. Instead, it feeds off existing grievances with the status quo, particularly in the Arab world. Traditional containment options may actually create further opportunities for Tehran to exploit, thereby amplifying the very influence the United States is trying to mitigate. A more useful strategy, therefore, is one that exploits existing checks on Iran's power and influence. These include the gap between its aspiration for asymmetric warfare capabilities and the reality of its rather limited conventional forces, disagreements between Iran and its militant "proxies," and the potential for sharp criticism from Arab public opinion, which it has long sought to exploit. In addition, we recommend a new U.S. approach to Iran that integrates elements of engagement and containment while de-escalating unilateral U.S. pressure on Tehran and applying increased *multilateral* pressure against its nuclear ambitions. The analyses that informed these conclusions also yielded the following insights for U.S. planners and strategists concerning Iran's strategic culture, conventional military, ties to Islamist groups, and ability to influence Arab public opinion.

### Assertiveness and Caution Define Iran's Strategic Culture

Our assessment of Iranian leadership dynamics, threat perception, and regional strategy reveals competing tendencies toward adventurism and pragmatism. This stems from a number of factors.

PX641

Many within the current regime appear to view Iran as an indispensable regional power, but not necessarily a revolutionary hegemon. There is the further belief that the Islamic Republic is a model for Islamic enlightenment everywhere and the preeminent Islamic state in the region, providing a geopolitical bridge between Asia and the Middle East. As a result of these perceived attributes, the Iranian leadership has shown a marked tendency not only to push for a greater role in regional affairs but also to exaggerate Iran's strategic profile on the world stage.

Yet it does not follow that Iran is currently an expansionist, revolutionary state. Its revolutionary ideology has certainly featured prominently in the rhetoric of its officials. However, the record of Iranian actions suggests that these views should be more accurately regarded as the *vocabulary* of Iranian foreign policy rather than its *determinant*. Nationalism, sovereignty, and regime survival are the more fundamental drivers of Iran's external behavior. For example, even in Shi'ite-dominated Iraq, Iran is not seeking to export its revolutionary goals, despite the fact that it would ultimately prefer clerical rule as a final outcome. Today, many officials in Tehran see the United States as an anti–status quo, revolutionary power seeking to reshape the Middle East by exporting secularism, democracy, and, more recently, sectarianism. (See pp. 8–14.)

The Iranian threat perception blurs internal and external concerns. The regime has a marked tendency to conflate domestic instability with external meddling. Although the U.S. invasions of Afghanistan and Iraq eliminated Iran's most serious regional adversaries, it still faces serious threats with the potential to wreak internal havoc. The spread of crime, weapons, and sectarian tensions from Iraq has animated ethnic activists in the provinces of Kordestan and Khuzestan (which border Iraq) and even in the eastern province of Baluchestan. These concerns have informed Iran's trilateral cooperation with Syria and Turkey over the Kurds, its involvement in Iraq, and its decision to repatriate Afghan refugees. Leading clerics in Iran are also concerned about the theological challenge stemming from Shi'ite seminaries in Iraq. The learning centers of Najaf and Karbala long dominated Shi'ite discourse before being suppressed by Ba'athist regimes in Iraq; they

PX641

are now reemerging with the potential to overshadow their Iranian counterparts in Qom. Finally, the Iranian leadership continues to perceive an existential threat posed to the Islamic Republic by the United States. This has made it highly sensitive to internal "interference" by the United States, particularly U.S. promotion of civil society and support for ethnic activists. One result of these fears has been an intensified crackdown on academic exchanges, social liberalism, and freedom of expression. In some cases, however, the regime is cynically exploiting this threat to bolster sagging popular support for the revolution. (See pp. 15–22.)

Regime factionalism affects external behavior. The Iranian system is beset with factionalism. Decisionmaking requires consensus; therefore, the number and complexity of these factions, combined with the individual reluctance and inability to make decisions, make it very difficult for the system to change course or to make significant decisions. Moreover, competing factions frequently use foreign policy issues to subvert or outmaneuver their rivals. This is particularly the case given the Revolutionary Guard's efforts to consolidate its control over key domestic institutions. Also, the country's worsening economic situation and increasing isolation over the nuclear issue has been a boon to factional opponents of President Ahmadinejad. Finally, the ongoing nuclear crisis may be at least partially fueled by internal maneuvering and bureaucratic competition. The net effect of these internal dynamics is an erratic, unpredictable, and frequently escalatory foreign policy. (See pp. 22–31.)

### Iran Pursues a Multifaceted Regional Strategy Marked by Strengths and Limitations

As noted above, Iran views itself as a status quo power, preferring to assert a greater role for itself within the existing regional system rather than refashion that system according to its revolutionary vision. This has resulted in an ambitious, activist policy that hinges on three themes: deterrence and homeland defense, support for Islamist militant groups (both for symbolic reasons and as a retaliatory capability),

PX641

and the currying of favor with publics in the Arab world to circumvent official hostility from other regimes in the region. Within each of these vectors are factors that both aid Iranian power and circumscribe it. (See pp. 31–37.)

Despite asymmetric doctrinal ambitions, Iran fields a weak conventional force. Iranian leaders have long trumpeted their shift to an asymmetric strategy of homeland defense that would exact intolerable costs from an invader. Much of this rests on notions of "mosaic defense," partisan warfare, and popular mobilization of Basiji auxiliaries. On the whole, however, Iran's military remains mired in conventional doctrine because of bureaucratic inertia in procurement and frequent infighting between the Revolutionary Guard and conventional forces. Most of Iran's military equipment is out of date and poorly maintained, and its ground forces suffer from both personnel and equipment shortages. With its outdated aircraft, the Iranian Air Force, in particular, is no match for its neighbors and certainly not for U.S. airpower. (See pp. 58–64.)

Tehran's layered and overlapping security structures, while useful for regime survivability, inhibit battlefield performance and reduce its capability to defend against external threats. This is reflected in the shortcomings evident in Iran's nationwide exercises between the air, ground, and sea components of the Revolutionary Guard and regular forces. Although touted as "joint," they usually devolve into organizational or service-specific training that appears highly scripted and choreographed. (See pp. 42–49.)

Some of Iran's asymmetric capabilities are threatening. Because of its inferior conventional military forces, Iran's defense doctrine, particularly its ability to deter aggressors, relies heavily on asymmetric warfare. Iranian strategists favor guerilla efforts that offer superior mobility, fighting morale, and popular support (e.g., the Hezbollah model in Lebanon) to counter a technologically superior conventional power—namely, the United States. At the high end of the spectrum, Iran has strong motives and means to develop advanced ballistic missile and nuclear weapon capabilities. This reliance on asymmetric capabilities can threaten Western interests in a variety of ways, particularly on the naval front. Iran's mining capability, antiship cruise missiles, and inno-

PX641

vative "swarming" tactics could impede maritime access in the Strait of Hormuz. (See pp. 64–70.)

The Revolutionary Guard also possesses a significant arsenal of short- and medium-range ballistic missiles that can reach the small Persian Gulf states, Afghanistan, Israel, eastern Turkey, and most of Saudi Arabia. Although these missiles are currently inaccurate and thus have limited military utility, improvements in their range, ability to carry unconventional warheads, and accuracy would significantly enhance Iran's ability to threaten large population centers, economic infrastructure, and military bases. (See pp. 65–66.)

Iran has limited leverage over so-called proxy groups. To compensate for its conventional inferiority, Iran has long provided financial and military support to a variety of non-state Islamist groups. According to Revolutionary Guard doctrine, this "peripheral strategy" is intended to give strategic depth to Iran's homeland defense, taking the fight deep into the enemy's camp. In the cases of Hamas and Hezbollah, this strategy also buys Iran legitimacy among Arab publics who are frustrated with their regimes' seemingly status quo approach. In effect, Tehran is being "more Arab than the Arabs" on issues such as Palestine. (See pp. 34–35 and pp. 84–86.)

In supporting major Shi'ite militant groups in Iraq and Lebanon, Tehran may expect a degree of reciprocity. This is particularly the case in the event of a U.S. strike, in which Iran might expect these groups to act unflinchingly as retaliatory agents. Yet this expectation may be misplaced. In Iraq, for instance, Iranian funds and military assistance are not essential to the survival of major Shi'ite political factions. Furthermore, some of these groups depend extensively on promoting an image of Iraqi nationalism for domestic support and thus prefer to maintain a degree of separation from Tehran. In Lebanon, Hezbollah's behavior is also informed by questions of domestic legitimacy; it has recently taken great pains to publicly distance itself from Iranian patronage. (pp. 86–123.)

Thus, in the event of conflict between the United States and Iran, the willingness of these groups to retaliate purely in the service of Tehran should not be assumed as automatic. Instead, they will carefully weigh the benefits of such actions against the risks to their own

PX641

local agendas. Fractionalization and dissent may occur between pro-Iranian, anti-Iranian, and neutral factions. In some cases, Tehran may actively cultivate these splits, or the groups' leadership may secretly subcontract attacks to a spin-off or "rogue element." (See pp. 102–103 and p. 123.)

In short, it is best to conceive of Iran as exerting *influence* over its Shi'ite allies, but not control.

Iran has long sought to exploit Arab opinion, with mixed success. Aside from its support to non-state actors, Tehran also views Arab public opinion as an important vector for power projection. Tehran uses this strategy to exert pressure on unfriendly regimes and their Western allies. Employing both local media and its own transnational outlets (such as its Arabic-language satellite channel al-Alam), Iran has portrayed itself as a populist challenger of the status quo, a champion of the Palestinian cause, the patron of Hezbollah, and a beleaguered victim of Western double standards on the nuclear issue. Tehran's belief that it can count on Arab public support and its attempts to be "more Arab than the Arabs" have resulted in frequently bellicose behavior. Indeed, Ahmadinejad's antagonism toward Israel, defiance of U.S. pressure on the nuclear program, and populist charisma have earned him accolades from Arab publics. Iran's appeal in the region skyrocketed following Hezbollah's summer 2006 war with Israel. (See pp. 36–37 and pp. 129–130.)

However, our analysis of key media outlets and external polling reveals that popular Arab support for Iran remains a fickle strategic resource. In many cases, Arab opinion can rapidly swing from praise to condemnation based on events that are beyond Iran's control or because of its own strategic missteps. Growing sectarian tensions in Iraq and the perception of Shi'ite political ascendancy in the region have spurred trepidation about Iran throughout the Arab world, particularly after the execution of Saddam Hussein. Arab governments in particular are concerned about Tehran's ability to circumvent official diplomatic channels and appeal directly to ordinary Arabs, thereby threatening their own legitimacy. Among the Persian Gulf states, the Saudi and Bahraini governments fear Iran's attempts to mobilize Shi'ite populations within their borders, particularly in the event of a

PX641

U.S. strike. Yet our own field research on this issue reveals these worries are overblown: Most Shi'ite groups have worked peacefully within the system for political change and reject Iran as a political patron. (See pp. 131–144.)

Arab opinion on Iran is often split between publics and their regimes. Arab regimes fear Iran's nuclear aspirations but are cognizant that its nuclear program is largely endorsed by their Arab publics as a critique of Western double standards and interference. Consequently, they are reticent about appearing too hostile to the prospect of an Iranian bomb lest their publics perceive this as tacit support for a U.S. strike. As a result, some Arab officials are exploiting Sunni Arab fears of Shi'ite ascendancy and sectarian strife in their media outlets to curry favor for what is essentially a classic balance-of-power strategy against Iran. Regarding a U.S. attack against Iran, both official and popular opinion is largely opposed, voicing deep concern about Iran's retaliatory options and insufficient U.S. protection. These divergent and ambivalent views suggest caution for U.S. policymakers who would take Arab hostility toward Iran as de facto support for a U.S. attack or U.S. efforts to contain Iran through a Cold War–style bloc of Sunni states. (See pp. 144–151.)

## Recommendations: Toward a New U.S. Policy Paradigm

Over the years, the United States has attempted a variety of approaches to address the Iranian challenge. To date, none has succeeded in making Iran less menacing to U.S. interests or more compliant with United Nations Security Council resolutions. The existing policy of creating a Cold War–like containment regime against Iran does not take into account features of the regional geopolitics and Iranian strategic culture discussed in this report. Although more appealing, policies relying only on bilateral engagement and/or hopes for some sort of grand bargain are equally unrealistic. And efforts to foment internal unrest and to play one faction off another within Iran are also likely to backfire because of limited U.S. understanding of Iran's complex

PX641

political landscape and the regime's ability to manipulate such interference to its advantage. (See pp. 163–174.)

Given these shortcomings, we propose a different approach that involves a series of unilateral de-escalation measures by Washington and continued muscular multilateral efforts targeted at Iranian behaviors that are at odds with international norms (e.g., the nuclear issue and links to terrorism). Rather than a broad U.S.-based containment strategy, we suggest leveraging international pressure while unilaterally de-escalating U.S. rhetoric and policy toward Iran (essentially, reversing the traditional good cop/bad cop roles).[2] Keeping the pressure components of this approach multilateral (including support from Russia and China) is critical because it helps deprive the Iranian leadership of the ability to deflect domestic critique by focusing discontent solely on the United States and the United Kingdom or other European Union powers. At the same time, the United States should avoid unilateral actions that would escalate conflict with Iran, as these are unlikely to work and are likely to exacerbate tensions significantly. Although no panacea, multilateral pressure—when combined with less-hostile U.S. rhetoric and policy—may prove more effective than past policies, at least in terms of the more limited aims regarding Iran's nuclear ambitions. That said, the likelihood of sustained support for this approach by Russia and China remains questionable. The specific components of this approach are as follows (see pp. 175–179):

- **Continue strengthening international sanctions and other financial pressures targeted on the nuclear issue, but avoid unilateral punitive measures that are not likely to generate broad support.** Secondary sanctions are particularly counterproductive in maintaining European and international support for nuclear-related sanctions in the United Nations.
- **Pursue bilateral dialogues related to areas of common interest, such as instability in Iraq and Afghanistan, narcotics trafficking,**

---

[2]   For more on this idea of role reversals in the context of transatlantic diplomacy toward the Iranian nuclear challenge, see Robert J. Einhorn, "Transatlantic Strategy on Iran's Nuclear Program," *Washington Quarterly,* Autumn 2004.

PX641

**natural disaster relief, refugees, and other humanitarian crises.**
The United States should identify and exploit areas where genuine
collaboration can be productive and profitable, without harboring
expectations for broader diplomatic breakthroughs. These more-
limited efforts should not be trivialized by over-hyping them.
News of good works will spread on its own. That said, the United
States should temper any expectation that engagement will pro-
duce dramatic results. However, even limited engagement efforts
may improve the prospects for a broader dialogue and normaliza-
tion process should political conditions improve.

- **Issue unambiguous statements about U.S. interests and inten-
tions in the region, particularly regarding Iraq.** These must be
simple and easily understood, and the United States must stick
to them long enough for them to be taken seriously. The United
States should reinforce the Status of Forces Agreement with Iraq
by clearly stating that it has no long-term interest in occupying
Iraq or establishing a permanent military presence there. At the
same time, the United States has a right to maintain a military
presence in the region and to use force to protect its interests and
those of its allies against threats from both state and non-state
actors. These statements would underscore that U.S. military pos-
tures are for defensive purposes and to ensure stability, not to
develop U.S. bases for launching attacks on regional neighbors
(i.e., Iran).

- **Engage in efforts to build a multilateral regional security frame-
work that is simultaneously inclusive of Iran and sensitive to
the needs of the United States' Arab friends and allies.** The
Arab states remember the exceedingly close U.S.-Iranian rela-
tions during the Pahlavi era and thus would be ambivalent at best
about closer ties between Tehran and Washington. Yet despite
these difficulties, the United States needs to aggressively pursue a
broad-based multilateral regional security framework that would
include Iran alongside Washington's traditional Arab allies, as well
as key international players like the European Union, Russia, and
China. Such a structure would not be based on a specific threat
(such as a collective security organization like NATO), but would

PX641

provide an open-ended security forum where regional states could discuss and address a range of regional challenges (starting with more-consensual issues such as narcotics trafficking, responses to natural disasters, maritime security, and economic and energy development) and engage in military confidence-building measures. The model for such a forum could be a cooperative security organization like the Organisation for Security and Co-operation in Europe, where mutual threat perceptions are aired and conflict resolution measures pursued.

Although an inclusive multilateral security structure in the Persian Gulf region would take time to build, it would contribute more to regional stability over the long run than would continuing to rely solely on competitive, balance-of-power strategies designed to isolate Iran. Such narrow strategies are more likely to encourage, even reify, Iranian hegemonic aspirations than remove them. Furthermore, a U.S.-led "containment" of Iran is also unlikely to be sustainable among Persian Gulf states that desire to maintain cordial relations with Iran, if not active political and economic engagement.

PX641

PX641

# Acknowledgments

The authors wish to thank a number of individuals for their support of our research. Major General Frank Gorenc, then–Director of Operational Planning, Policy and Strategy, Headquarters USAF, was the sponsor of this study. Colonel William "Shoes" DelGrego, then–Chief, AF/A5XS, Concepts, Strategy and Wargaming (Skunk Works), and Lieutenant Colonel Greg "Elroy" Hillebrand were instrumental in guiding this project throughout its various stages. Also with Skunk Works, Renee Maisch was critical in ensuring the smooth coordination of meetings and flow of information. We would also like to thank Andrew Hoehn, Vice President and Director, RAND Project AIR FORCE, and David Ochmanek, Director of PAF's Strategy and Doctrine Program, who conceived of the study and offered valuable guidance, advice, and encouragement. David Ochmanek also offered a useful and thorough critique of draft versions of this monograph.

RAND colleagues Bruce Nardulli and Theodore Karasik sent illuminating dispatches from the Persian Gulf region that supplemented and updated previous fieldwork on Arab perceptions of Iran. Natasha Hall provided helpful research on the concluding sections. On Iranian military issues, we benefited tremendously from the insights and previous research of Lieutenant Commander Anthony Butera (U.S. Navy) and RAND colleagues Derek Eaton, David Frelinger, and Bruce Pirnie. Pardee RAND Graduate School Fellow Second Lieutenant Dave Shulker, USAF, added valuable suggestions for the concluding section. Outside RAND, we benefited from the insights and comments of Karim Sadjadpour, Michael Eisenstadt, and Barbara Slavin.

PX641

Several people at RAND deserve kudos for preparing the manuscript. Jane Siegel, Joanna Nelsen, Pamela Severson, Terri Perkins, and Isabel Sardou assembled the report, formatted the draft version, and developed the bibliography. We also thank Mary Wrazen and Sandi Petitjean for their proficiency in producing high-quality graphics. In the RAND Library, Roberta Shanman was helpful in locating hard-to-find source material.

We extend our appreciation to the numerous analysts from DoD and other government organizations who took the time to share their insights with us. Added to this are the numerous officials and scholars from the Middle East who, for both this project and previous RAND endeavors, gave us new and important perspectives on Iran and regional geopolitics. We also benefited tremendously from the views of Iranian scholars and policy analysts during telephone conversations and at meetings in the Persian Gulf region conducted from 2005 to 2006. The current political climate in Iran, explored in Chapter Two, prevented us from continuing this dialogue and from traveling to Iran; it is our hope that these fruitful exchanges will soon resume.

Finally, we wish to express great appreciation to RAND colleagues Bruce Nardulli and James Dobbins and to Shahram Chubin for their insightful technical reviews of the document, and to RAND colleague Alireza Nader for carefully perusing the document more than once for factual errors, strength of argument, and coherence. Their comments significantly strengthened the substance of the report and its recommendations.

Of course, the content of this report is the sole responsibility of the authors.

PX641

# Abbreviations

| | |
|---|---|
| AMAL | *Afwaj al-Muqawama al-Lubnaniya* |
| CIA | U.S. Central Intelligence Agency |
| CONOP | concept of operations |
| DoD | Department of Defense |
| EFP | explosively formed projectile |
| GCC | Gulf Cooperation Council |
| GDP | gross domestic product |
| HQ | headquarters |
| IDF | Israel Defense Forces |
| IED | improvised explosive device |
| IFLB | Islamic Front for the Liberation of Bahrain |
| IRGC | Islamic Revolutionary Guard Corps |
| IRGCAF | Islamic Revolutionary Guard Corps Air Force |
| IRGC-QF | Islamic Revolutionary Guards Corps-Qods (Jerusalem) Force |
| IRIAF | Islamic Republic of Iran Air Force |
| IRIB | Islamic Republic of Iran Broadcasting |

PX641

xxviii   Dangerous But Not Omnipotent

| ISCI | Islamic Supreme Council of Iraq |
|---|---|
| ISR | intelligence, surveillance, and reconnaissance |
| LEF | Law Enforcement Forces |
| MANPADS | man-portable air defense system |
| MFA | Ministry of Foreign Affairs |
| MOIS | Ministry of Intelligence and Security |
| NATO | North Atlantic Treaty Organization |
| NAVCENT | U.S. Naval Forces Central Command |
| OIC | Organization of the Islamic Conference |
| OIR | Organization for the Islamic Revolution |
| PAF | Project AIR FORCE |
| PIJ | Palestinian Islamic Jihad |
| PKK | Kurdistan Workers Party |
| PLO | Palestinian Liberation Organization |
| SAM | surface-to-air missile |
| SCIRI | Supreme Council for the Islamic Revolution in Iraq |
| SCNS | Supreme Council for National Security |
| SCO | Shanghai Cooperation Organization |
| SOFA | Status of Forces Agreement |
| TEL | Transporter Erector Launches |
| UAE | United Arab Emirates |
| UAV | unmanned aerial vehicle |
| UN | United Nations |
| USAF | U.S. Air Force |

PX641

CHAPTER ONE

# Introduction: Understanding the Iranian Challenge

Since the 1979 revolution, Iran's regional ambitions and power-projection efforts have been among the most critical foreign policy challenges facing the United States in the Middle East. U.S. policy-makers from that time have grappled with variations on a question that continues to challenge their successors today: Is Iran an unequivocal threat to U.S. interests in the region, undermining the evolution of, as then–Secretary of State Condoleezza Rice put it, "the kind of Middle East that we want to see"?[1] In recent years, Tehran has pursued an increasingly aggressive foreign policy, leading President G. W. Bush to declare before a group of U.S. veterans in August 2007 that "Iran's actions threaten the security of nations everywhere."[2]

Although such pronouncements may appear excessively strident to some, all observers of Iran, regardless of their political orientation, recognize the significance of Iran's nuclear ambitions and the country's new assertiveness in the Middle East. For the Department of Defense (DoD) and the U.S. Air Force (USAF), this activism is most visible in Iran's supply of lethal improvised explosive device (IED) technology to Iraqi insurgents and its conventional military buildup, including the development of short- and medium-range ballistic missiles and the

---

[1]   See Robin Wright, "Iran Is Critical as U.S. Unveils Arms Sales in the Middle East," *Washington Post*, July 31, 2007, p. 15.

[2]   The White House, "President Bush Addresses the 89th Annual National Convention of the American Legion," August 28, 2007.

PX641

capability to threaten shipping in the Strait of Hormuz. Elsewhere in the region, Tehran continues to sponsor terrorist groups such as Hamas and the Lebanese Hezbollah—an organization that has been termed the "A-team" of terrorism and that arguably destroyed the image of Israeli military invincibility during the Lebanon conflict in the summer of 2006.[3] Added to these threats, Tehran has strong motives and the means to acquire nuclear weapons. Although questions remain about the extent and nature of the Iranian nuclear program, there is little doubt that the Islamic Republic is actively seeking an indigenous uranium enrichment capability that would, at the very least, allow for a nuclear breakout capacity.[4]

Tehran has other less lethal but possibly more effective means to challenge U.S. interests and pressure U.S. allies. For example, Arab audiences widely applauded Hezbollah's battlefield performance in 2006 and Iranian President Mahmoud Ahmadinejad's nuclear posturing, topics that have opened up fissures between Arab publics and their regimes. Indeed, the resulting trepidation from America's Arab allies may pose a greater long-term challenge to U.S. interests than Iran itself. The states of the Gulf Cooperation Council (GCC), presumably at the urging of Saudi Arabia, have announced an interest in developing a nuclear capability of their own, as have Egypt and Jordan.[5] In Iraq and Afghanistan, Iran exerts significant influence through "soft-power" projection in the forms of reconstruction aid, infrastructure development, media, and financial investments. These levers only serve to strengthen Iran's self-perception of geo-strategic centrality. Taken in sum, these factors suggest an Iranian bid for regional dominance that could significantly challenge U.S. interests over the ten- to fifteen-year time horizon.

---

[3]   In a September 2002 speech, then–Deputy Secretary of State Richard Armitage noted, "Hezbollah may be the A-team of terrorists and maybe al-Qaeda's actually the B-team" ("US Official Calls Hezbollah 'A-Team of Terrorists'," Reuters, September 5, 2002). For a concise overview, see Laura Deeb, "Hizballah: A Primer," *Middle East Report*, July 31, 2006.

[4]   See, for example, Tim Guldimann, "The Iranian Nuclear Impasse," *Survival*, Vol. 49, No. 3, Autumn 2007, pp. 169–178.

[5]   Although nuclear *weapons* are never explicitly mentioned, the timing and meaning of such developments in a part of the world with few energy challenges are unmistakable.

PX641

## Iranian Motives Are Ambiguous

Yet Tehran's true motives may belie their outward appearance. What seems like a drive for hegemony may in fact be a form of deterrence or the manifestation of an ambition for increased stature and "indispensability" in the midst of isolation and encirclement. Although its major regional adversaries, the Taliban regime in Afghanistan and the government of Saddam Hussein in Iraq, are gone and its principal enemy (the United States) has been entangled in Iraq, Iran remains fundamentally bereft of any real allies. Adding to this diplomatic loneliness are transnational threats that affect Iran's internal stability: refugee crises, ethnic irredentism, narcotics smuggling, and Sunni radicalism.[6] Thus, Tehran has strong *defensive* incentives to break out of what Iranian leaders perceive as U.S.-imposed isolation by asserting a critical role for itself in the region's affairs—often in ways that are inimical to U.S. objectives. An article in the Islamic Revolutionary Guard Corps (IRGC) weekly magazine captures this dynamic from an Iranian viewpoint:

> The U.S. considers Iran as a challenge to its hegemony in the region. At the same time, the U.S. has realized that its victory in Iraq, Lebanon and Palestine is dependent on its relations with Iran.[7]

## Airpower Is a Critical Element of U.S. Power Against Iran

Among the instruments of U.S. national power arrayed against Iran, airpower will likely assume increasing prominence—both for U.S. decisionmakers and in the minds of the Iranian leadership. Along with maritime power—to include carrier-based airpower—the USAF is the force of "first resort" to project power into Iran's unstable environs; to reassure and protect U.S. allies and partners; and to dissuade, coerce,

---

[6]   Anoushiravan Ehteshami, "Iran's International Posture After the Fall of Baghdad," *Middle East Journal*, Vol. 58, No. 2, Spring 2004, p. 187.

[7]   Farsan Shahidi, "Unsuccessful U.S. Policies in the Middle East," *Sobhe Sadegh* (weekly magazine of the Islamic Revolutionary Guard Corps), in Persian, n.d.

PX641

and deter Iranian aggression. This role is all the more critical in times when the regional security environment is in flux and local states are rethinking old paradigms of confrontation and cooperation. In addition, USAF assets deployed around Iran continue to cast a long shadow over the regime's strategic worldview, reinforcing the aforementioned sense of encirclement. Witness Tehran's preoccupation with Shindand Airfield in western Afghanistan, located less than 100 km from the Iranian border, and Tehran's repeated calls that the Iraqi government exercise control over "foreign air bases."[8]

Yet, as we discuss at length below, it is not clear whether Tehran's siege mentality spurs Iran toward greater caution or activism in its regional strategy. Certainly, U.S. airpower acts as a visible deterrent against conventional belligerence by Iran. But Tehran has other nontraditional and asymmetric means for challenging U.S. interests, means that are not easily contained by military action. The 1996 Khobar Towers bombing is a potent reminder of this strategy's potential lethality, as well as its ability to target USAF personnel and assets.[9]

### Our Study Addresses Four Key Aspects of the Iranian Challenge

Guided by these observations, this study aims to prepare the USAF leadership and the U.S. defense community to anticipate and confront future challenges from Iran. To do so, we examine the motivations behind Iranian strategy; Iran's military doctrine and capabilities; Iran's interactions with non-state Islamist groups; and the Arab public's per-

---

[8]  "Iranian Radio Criticizes Reported US Plans for Military Base in West Afghanistan," Mashhad Voice of the Islamic Republic of Iran External Service in Dari, FBIS IAP20041220000065, 1330 GMT December 19, 2004. See also Ron Synovitz, "Afghanistan: How Would Permanent U.S. Bases Impact Regional Interests?" Radio Free Europe/Radio Liberty, February 23, 2005. On Iraq, see "Iranian Defense Minister Urges Iraq to 'Exercise Its Authority' over Foreign 'Bases'," Tehran Fars News Agency, Web page, in Persian, FBIS IAP20050706011012, 0421 GMT July 6, 2005.

[9]  See *The 9/11 Commission Report: Final Report of the National Commission on Terrorist Attacks upon the United States*, U.S. Government Printing Office, July 26, 2004, p. 60. The commission implicates Iran, Saudi Hezbollah, and al-Qaeda in the attacks.

PX641

ception of Iran. More broadly, we present a framework for assessing future trends in Iranian strategy. Because Tehran often acts in ways that are intentionally ambiguous, U.S. leaders must avoid making presumptions about Iranian *intentions* that are derived simply from Iranian *capabilities*. Thus, any analysis of future threats from the Islamic Republic must be grounded in an understanding of the domestic roots of Tehran's behavior. Similarly, the United States must identify the buffers and barriers to Iran's power-projection efforts. Some of these limitations are present in the regional system Iran is trying to influence, but they are also found inside Iran's unique strategic culture.

In Chapter Two, therefore, we begin by addressing the domestic drivers for assertiveness and caution in Iranian behavior, focusing on the regime's perception of Iran's place in the world and weighing the role of ideology, pragmatism, and factionalism in its policy calculations. To set the stage for subsequent analysis, we identify three principal themes that inform Iran's regional strategy: deterrence, support for Islamists and non-state actors, and an appeal to Arab public opinion.

In Chapter Three, we cover Iran's developing conventional military buildup, discussing the significant gap between its doctrinal aspirations for asymmetric warfare and the reality of its rather limited conventional capability.

In Chapter Four, we explore Tehran's interactions with non-state Islamists in Lebanon and Iraq, assessing the extent of Iranian control over these groups and the resulting threat to U.S. interests.

In Chapter Five, we cover Tehran's appeal to Arab public opinion, revealing how Arab sentiment frequently swings between acclaim for and criticism of the Islamic Republic, making it an unstable strategic resource.

Finally, our concluding chapter surveys previous U.S. policies toward the Islamic Republic and formulates a new U.S. strategy paradigm by acknowledging the aforementioned limitations on Iranian power and adopting a more multilateral approach.

PX641

## Our Methodology Is Grounded in Primary Sources

Although discerning Tehran's motivations and future strategy is challenging, it is possible to derive insights from a number of sources. We analyzed Iranian media, the statements of key Iranian leaders, and Persian-language publications of Iranian think tanks and policy journals. We also drew from phone and email discussions with Iranian scholars and interactions with former Iranian diplomats at meetings in the Middle East.[10]

In assessing Arab opinions of Iran, we benefited from extensive discussions with Arab officials, military commanders, diplomats, scholars, and religious clerics, principally in the Persian Gulf region but also in Egypt and Jordan. Moreover, we made use of Arabic-language print and broadcast resources. Finally, our research drew from consultations with government analysts and USAF personnel, as well as previous RAND work on Iran's security policy, the behavior of nuclear-armed states, and U.S. strategies for dealing with a post-nuclear Iran.[11] Based on a thorough examination of these sources, we present an empirically rooted analysis to inform U.S. decisionmakers who need to anticipate patterns and variations in Iranian behavior.

---

[10] However, some of this material is dated because the regime's current ban on academic exchanges with the West, reflected most poignantly in the arrest of the Iranian-American scholar Haleh Esfandiari, has affected our access. Indeed, one of our researchers was scheduled to participate in a panel discussion with the former Iranian defense minister at a seminar in Tehran hosted by a prominent Iranian think tank. In the midst of the recent crackdown, however, this invitation was quietly withdrawn.

[11] Daniel Byman, Shahram Chubin, Anoushiravan Ehteshami, and Jerrold D. Green, *Iran's Security Policy in the Post-Revolutionary Era*, Santa Monica, Calif.: RAND Corporation, MR-1320-OSD, 2001.

PX641

CHAPTER TWO

# Assertiveness and Caution in Iranian Strategic Culture

Each of Iran's vectors for power projection presents both assets and liabilities for Iranian leaders. As we discuss below, some of these limitations are inherent in Iranian capabilities, particularly in its conventional military, as well as structural features in the Middle East political environment. Yet the *motives* and *intentions* of the regime's leadership will ultimately determine whether and how these instruments are used: with assertiveness and risk or caution and prudence. Shaping long-term DoD and USAF options and posture requires an understanding of the interplay of these contending poles of Iranian behavior. This understanding is also important for constructing a new U.S. policy paradigm toward the Islamic Republic that exploits existing buffers and checks on Iranian power and that does not inadvertently amplify the threats the United States is trying to mitigate.

Therefore, in this chapter, we explore the domestic context for Iran's power projection to identify the sources of assertiveness and caution in Iran's future strategy. First, we offer an overview of trends in Iranian worldview and threat perception, focusing on the impact of pragmatism and ideology. Of critical importance is discerning how Iranian leaders see an overlap between external and internal threats. Like all revolutionary regimes, the leaders of the Islamic Republic have perceived a web of conspiracies and plots against the regime with origins outside their country—and in many cases have cynically cultivated public paranoia to bolster their sagging legitimacy. We then explore the role of factionalism within the regime as a driver for Ira-

PX641

nian external behavior. Finally, we highlight some prominent themes in Iranian regional strategy—deterrence, pan-Islamism and support to proxy groups, and an appeal to Arab public opinion—that, while seemingly hegemonic, are for Tehran more likely a multilayered homeland defense strategy.

## Iran's Strategic Worldview Appears Revolutionary But Leans Toward Realpolitik

The strategic motives of the Islamic Republic and its place in the international system have been the subject of a long-running policy and academic debate. Some observers have pointed to Tehran's inflammatory rhetoric on the Palestinian issue, denial of the Holocaust, recent territorial claims in the Persian Gulf region, and support for international terrorism to characterize the regime as expansionist and ideologically driven.[1] Adherents of this argument often posit that the revolutionary origins of the regime predispose it toward the acquisition of nuclear weapons and other weapons of mass destruction. Along these lines, some have argued that clerical factionalism and the seemingly messianic aspects of the Islamic Republic's Shi'ite ideology make certain leadership factions immune to the normal rules of international behavior.[2] Others see Iran as a less-exceptional case in the international system, a country whose behavior has been characterized by realpolitik

---

[1]   Patrick Clawson and Michael Rubin, *Eternal Iran: Continuity and Chaos*, New York: Palgrave-MacMillan Press, 2005; Ilan Berman, *Tehran Rising: The Iranian Threat to the United States*, New York: Rowman and Littlefield, 2005; Kenneth Timmerman, *Countdown to Crisis: The Coming Nuclear Showdown With Iran*, New York: Three Rivers Press, 2005; Michael Rubin, "Dealing with Iran," interview with Kathryn Jean Lopez, *National Review Online*, April 25, 2006.

[2]   For the resonance of apocalyptic thinking among certain segments of the elite, see Mehdi Khalaji, "Apocalyptic Politics: On the Rationality of Iranian Policy," Policy Focus 79, Washington, D.C.: The Washington Institute for Near East Policy, January 2008. Khalaji writes that, "in the military forces, especially in the Islamic Revolutionary Guard Corps (IRGC) and the Basij militia, apocalypticism has a very strong following." For regime factionalism and its effect on deterrence, see Michael Eisenstadt, "Living with a Nuclear Iran," *Survival*, Vol. 41, No. 3, Autumn 1999, p. 36.

PX641

since the death of Khomeini.[3] These analysts interpret Iran's nuclear ambitions and even its support for terrorism as serving more-pragmatic goals related to regime survival and deterrence.

The immediate post-revolutionary period was certainly marked by a calculated effort by Tehran to export the revolution, most notably to Lebanon but also to neighboring Persian Gulf states and Iraq. Even in faraway Egypt, the Sunni Muslim Brotherhood was animated by Khomeinist themes of anti-imperialism, prompting the government of Egyptian President Anwar Sadat to emphasize the revolution's sectarian motives—a tactic that has re-emerged today among jittery Arab leaders.[4] In the Persian Gulf states, the very names of Tehran's principal Shi'ite allies following the revolution indeed suggest a real threat to the old political order: the Islamic Front for the Liberation of Bahrain (IFLB), the Organization for the Islamic Revolution on the Arabian Peninsula (OIR–Saudi Arabia), and the Supreme Council for the Islamic Revolution in Iraq (SCIRI).[5]

---

[3]   For Iran as a more pragmatic, conservative power pursuing what is fundamentally a defensive, albeit assertive, foreign policy in a hostile strategic neighborhood, see R. K. Ramazani, "Ideology and Pragmatism in Iranian Foreign Policy," *Middle East Journal*, Vol. 58, No. 4, Autumn 2004; Nader Entessar, "Iran's Security Challenges," *The Muslim World*, Vol. 94, October 2004; Mark Gasiorowski, "The New Aggressiveness in Iran's Foreign Policy," *Middle East Policy*, Vol. 14, No. 2, Summer 2007, pp. 125–132; Shahram Chubin, "Iran's Strategic Environment and Nuclear Weapons," in *Iran's Nuclear Weapons Options: Issues and Analysis*, Washington, D.C.: The Nixon Center, January 2001, pp. 22–30; Ray Takeyh and Nikolas K. Gvosdev, "Pragmatism in the Midst of Iranian Turmoil," *The Washington Quarterly*, Vol. 27, No. 4, Autumn 2004, pp. 33–56; Ray Takeyh, "Time for Détente with Iran," *Foreign Affairs*, March/April 2007. For Iranian views of pragmatism, see Kaveh Afrasiabi and Abbas Maleki, "Iran's Foreign Policy After 11 September," *Brown Journal of World Affairs*, Vol. 9, No. 2, Winter/Spring 2003, pp. 263–264; Abbas Maleki "Iran's Foreign Policy: From Idealism to Realism," *Majalleh Siasat Khareji* [*The Journal of Foreign Policy*], in Persian, Vol. 10, 1999; Kamran Taremi, "Beyond the Axis of Evil: Ballistic Missiles in Iran's Military Thinking," *Security Dialogue*, Vol. 36, No. 1, March 2005a; Byman et al., 2001.

[4]   Rudee Mathee, "The Egyptian Opposition on the Iranian Revolution," in Juan R. I. Cole and Nikki R. Keddie, *Shi'ism and Social Protest*, New Haven: Yale University Press, 1986, pp. 247–274.

[5]   For more on these organizations, see Yitzhak Nakash, *Reaching for Power: The Shi'a in the Modern Arab World*, Princeton, N.J.: Princeton University Press, 2006, pp. 42–71.

PX641

Yet Tehran's ambition to graft its ideology onto the region ultimately foundered, reflected most visibly by the fact that all three of the Persian Gulf–based Shi'ite organizations have changed their names, effectively shedding their affiliation with Tehran.[6] The dynamics of this distancing is addressed more thoroughly in Chapter Four, but it is sufficient to mention here that differing political milieus, the termination of the Iran-Iraq and Lebanese civil wars, Arab-Persian cultural distinctions, and competing Shi'ite clerical networks all played a role in the failure.

The most prominent reason for Iran's failure to spread its ideology throughout the region was the death of Ayatollah Khomeini. As conveyed to RAND by a senior Shi'ite cleric in Saudi Arabia, "When Ayatollah Khomeini died, his idea of *velayat-e faqih* (literally, "rule of the jurisconsult"—the political theory that legitimizes clerical rule in Iran) died."[7] Inside Iran, his system of government has endured, but former President and current Chairman of the Assembly of Experts 'Ali Akbar Hashemi Rafsanjani's more pragmatic administration sought to cultivate better bilateral ties throughout the Arab world and to emphasize the peaceful political integration of Arab Shi'ites.[8] As a result, Tehran's strategy since the passing of Khomeini has been shaped by conservatism, caution, and a general preference for realpolitik. The Iraqi Shi'ite uprising after the 1991 Persian Gulf War, when Tehran did little to aid its co-religionists, is a vivid illustration of this shift away from ideological absolutism.[9] Iran's lack of action during this watershed event reflects

---

[6]   The IFLB in Bahrain became the Islamic Action Society and has participated in Bahraini parliamentary elections, and the OIR became the Shi'ite Reform movement and has also worked peaceably for reform. Most recently, in May 2007, the SCIRI changed its name to the Islamic Supreme Council of Iraq (ISCI).

[7]   RAND interview with a leading Saudi Shi'ite cleric, Qatif, Saudi Arabia, March 10, 2007.

[8]   For the implications of Rafsanjani's shift on Hezbollah's orientation, to be discussed more thoroughly in Chapter Three, see Nizar A. Hamzeh, "Lebanon's Hizbullah: From Islamic Revolution to Parliamentary Accommodation," *Third World Quarterly*, Vol. 14, No. 2, 1993, p. 324.

[9]   Faleh Abd al-Jabbar, "Why the Uprisings Failed," *Middle East Report*, No. 176, May–June 1992, pp. 2–14.

PX641

a decisionmaking process that ultimately favored pragmatism and real-politik over revolutionary fervor. Today, Iran's support for militant groups, particularly in the Levant, serves more-state-centric geopolitical aims, such as providing a form of "forward defense" and deterrence against a U.S. invasion and driving a wedge between the United States and its "client" Arab regimes by exploiting the Arab-Israeli dispute.

Today, many Iranian leaders argue that the United States is an anti–status quo, predatory power that cannot reconcile itself to the Islamic Republic's natural role in the region. Those who hold this view see Washington as seeking to secularize and democratize the Middle East while sowing internal discord inside Iran, with the ultimate goal of demolishing the revolution and the institutions it spawned. As noted by Iranian scholar and former diplomat Mahmoud Vaezi, the strategy of the United States has placed the entire region at risk by causing the "disintegration of specific Islamic countries through organized riots and ethnic diversity."[10] Since 2006, Iranian officials have routinely blamed sectarian tensions in the Middle East on a U.S.-engineered plot designed to weaken pan-Islamic solidarity and isolate Iran.

## Iran Aims for Regional and Global Preeminence

The Islamic Republic today is perhaps best described as a highly nationalistic country that sees itself as a symbolic beacon for global Islamic enlightenment, but whose more immediate aims are rooted in a drive for regional preeminence. Many in the Iranian leadership, regardless of their political orientation or factional affiliation, appear to conceive of the Islamic Republic as an "exceptional" case in the international system—but not because of its revolutionary foundations. Iranian leaders no longer seek to radically reshape the regional order as they did after the revolution, but rather to raise the stature of their country within it. They see Iran as being entitled to a higher position in global affairs and a more active role on the regional stage.

---

[10] "'Experts' Warn U.S. Plan Uses Arab States to Cause Sunni-Shiite Split," *Hezbollah* [Tehran], in Persian, OSC IAP20070119011004, January 14, 2007, p. 2.

PX641

This newfound confidence is probably more reflective of changes in the regional environment that have enhanced Iran's existing leverage rather than any new changes in Iranian power. The "new assertiveness" in Iranian external behavior can therefore be characterized as an attempt to *consolidate* and *preserve* the strategic gains that were in some sense handed to the Islamic Republic by the U.S. invasions of Iraq and Afghanistan. Other enabling factors include the following:

- The perception among Iran's leadership and other regional governments that U.S. credibility, moral standing, and maneuverability in the region are at an all-time low—due principally to the U.S. entanglement in Iraq. This is perhaps best illustrated by President Ahmadinejad's public invitation to Saudi Arabia that the two states cooperate in filling the regional "power vacuum" created by the impending departure of U.S. forces from Iraq.[11]

- The disappearance of Iraq as an Arab buffer state, the so-called eastern flank of the Arab world, has amplified Iran's influence in the Arab world, both in the minds of Arab leaders and the imaginations of their publics. Thus, Arab leaders in the Levant speak of Iran having "reached the shores of the Mediterranean" through its militant allies Hamas, the Palestinian Islamic Jihad, and Hezbollah.[12] As we will discuss in subsequent chapters, however, these relationships—although real and lethal—do not constitute any sort of unified geopolitical "bloc."

- Until recently, rapid increases in the price of oil had given Iran more financial leeway, empowering the regime to spend more on external policy, to include support for militant groups abroad and for building influence in Iraq, Lebanon, and Palestine.

- The Ahmadinejad government perceives the utility of an "Eastern option," i.e., soliciting diplomatic and economic support from

---

[11]  "Article Views Iranian President's 'Dangerous' Proposal to Fill Vacuum in Iraq," *Al-Sharq al-Awsat* [London], Web page referencing an article by Bilal al-Hasan entitled "Ahmadinejad's Grave Mistake: The Theory of Vacuum Filling," in Arabic, OSC GMP20070902913006, September 2, 2007.

[12]  RAND discussion with Egyptian analyst, Cairo, March 14, 2008.

PX641

Asian countries to counterbalance the West. This has manifested itself in Iran's increased push for membership in the Shanghai Cooperation Organization (SCO). Ultimately, however, the leadership perceives this as a "card" to play with the West rather than a radical diplomatic reorientation.

Aside from these regional and global variables, the leadership in Tehran also believes that Iran's *intrinsic* attributes entitle it to a greater role. These qualities are rooted in the country's unique geography, economic resources, cultural heritage, intellectual capacity, and military might and are perhaps best described in a 2006 article by an Iranian scholar attached to a think tank run by former President Rafsanjani:

- Iran's long history of democracy, unique in the Middle East, stemming from the 1906 Constitutional Revolution
- Iran's independence from the West, which contrasts with the servitude of other regional powers, such as Turkey and Israel
- its ancient culture, which connects Central Asia, Afghanistan, and South Asia, and strong and influential immigrant presence throughout the world
- the recognition the Islamic Republic receives as the most important Shi'ite country in the world, which plays an important role in counterbalancing radical Sunni culture
- Iran's location between Afghanistan and Iraq, which makes it important in the U.S. war on terrorism to block the transfer of terrorism in the region[13]
- its access to various energy resources in the Persian Gulf and the Caspian Sea.[14]

---

[13] The article asserts that one reason that the U.S. effort to stabilize both countries has not succeeded is because Iran was not allowed to play a constructive role in either.

[14] Kayhan Barzegar, "Tazad-e Naghshha: Baresiye rishehaye monazeeye Iran va Amrica bad az havadese 11 September [Conflicting Role: A Study on the Roots of Iran and U.S. Disputes After September 11]," International Relations Research Division, Center for Strategic Research, Expediency Council, 2006.

PX641

In recent years, these attributes have informed a policy outlook that attaches inflated geopolitical weight to Iran's presence on the global stage. In the past several years, IRGC think tanks and policy journals have embraced a strategy that tries to push the world toward greater multipolarity in an effort to preserve Iranian sovereignty, reduce U.S. influence, and thus ensure the survival of the Republic.[15] According to one interpretation, Iran is trying, albeit unsuccessfully, to use the U.S. occupation of Iraq as "bait" to woo China and Russia closer to Iran's orbit.[16] Illustrating this ambitious reading of the global balance of power, the head of the IRGC noted in September 2006 that

> The U.S. claim to make the world unipolar in economic, political and security aspects has failed and the world is rather moving toward multipolarism . . . [A] big power will possibly appear in the Asian continent centering in China, Russia and India.[17]

This attraction to Asia as a means of leapfrogging encirclement by the West and, most recently, the Arab world, illustrates a shift in Tehran's diplomatic orientation since the election of President Ahmadinejad. Its most visible manifestation has been a concerted push by Iran for full-member status in the SCO and the evolution of this body toward a more security-oriented mandate that can counterbalance NATO.[18]

---

[15]  RAND phone interview with a Tehran-based political scientist, November 12, 2005.

[16]  RAND phone interview with a Tehran-based political scientist, November 15, 2005.

[17]  "Iranian Military Chief Says Evidence Shows Global Power Balance Changing," IRNA, Web page, in English, OSC IAP20060902950063, 1410 GMT September 2, 2006.

[18]  For more on the "Eastern shift," see Sanam Vakil, "Iran: Balancing East Against West," *The Washington Quarterly*, Vol. 29, No. 4, Autumn 2006, pp. 51–65; Hamid Reza Anvari, "A Look at the Shanghai Cooperation Organization," *Central Asia and the Caucasus Review*, No. 34, Summer 2001, p. 80.

PX641

## Iran's Threat Perception Blurs Internal and External Concerns

Aside from the role of pragmatism and the drive for regional preeminence, it is important to understand the dynamics of Iranian threat perception. Iranians have a strong tendency, which is deeply rooted in their political culture and history, to view external events as having internal reverberations. Highlighting this, political scientist Marvin Zonis identified four characteristics of the prerevolutionary leadership: political cynicism, personal mistrust, interpersonal exploitation, and manifest insecurity.[19] While a fear of outside plots is inherent in most revolutionary regimes, Zonis has argued that this suspicion is especially pronounced in Iran. This is partly due to the very real conspiracy by the U.S. Central Intelligence Agency (CIA) and Britain's Secret Intelligence Service in 1953 to overthrow Iran's first elected prime minister, Mohammad Mossadegh, and reinstall the Shah. Today, the Iranian leadership appears hypersensitive to U.S. associations with oppositionists, attaching conspiratorial significance to the continued presence of the *Mujahidin-e Khalq* (MeK) at the U.S.-monitored Camp Ashraf in Iraq and the appearance on the U.S.-sponsored Voice of America of Abdulmalik Riga, the head of a Baluchi militant group active in Iran's underdeveloped province of Sistan-va Baluchestan.[20]

The most-recent salient examples of this blurring of internal and external threats include ethnic activism against the regime, threats to Iran's claim to Shi'ite theological supremacy, and the degradation of the citizenry's revolutionary ardor due to U.S. "psychological warfare" or attempts to inspire a velvet revolution.[21]

---

[19] Marvin Zonis, *The Political Elite of Iran*, Princeton, N.J.: Princeton University Press, 1971, p. 11.

[20] On April 2, 2007, Iran's *Press TV* noted that the Voice of America "interviews Iranian terrorist culprit in a sign of backing."

[21] The term *velvet revolution* has been used in Iran to draw analogies with nonviolent dissent by Iranian reformists and activists and the peaceful overthrow of the Stalinist-backed Czech government in 1989.

PX641

### Internal Ethnic Dissent Influences Iran's External Strategy

Although ethnic and religious dissent inside Iran is not sufficient to mount a potent challenge to the leadership's survival, the issue has recently risen to the top of Tehran's domestic agenda and continues to inform its external calculations.[22] Only 51 percent of Iran's 65 million people are ethnic Persians, with ethnic Kurds, Azeris, Arabs, Baluch, and other groups forming a complex demographic mosaic throughout the country's provinces (see Figure 2.1).

The presence of anti-regime Kurdish insurgents in the northwest Kordestan province has figured prominently as a driver for both aggressive and pragmatic behavior by Tehran. Examples include the notorious Mykonos Affair in 1992, in which Ministry of Intelligence and Security (MOIS) agents assassinated Kurdish dissidents in Germany, and Tehran's burgeoning trilateral cooperation with Syria and Turkey, which face similar threats from Kurdish nationalism.[23] In the latter case, the Iranian regime appears to have adroitly used its campaign against Kurdish insurgents, particularly the anti-Turkish KADEK/ Kongra Gel (formerly the Kurdistan Workers Party, or PKK) sheltering inside Iran, as part of a quid pro quo to secure Ankara's cooperation on investment and natural gas transfer. Iranian counterinsurgency operations in Kordestan are usually conducted in advance of critical bilateral meetings, such as the July 2004 visit to Tehran by Turkish Prime Minister Recep Tayyip Erdogan.[24]

---

[22] Among the significant ethnic groups, Azeris constitute 24 percent of the population, the Kurds 7 percent, Arabs 3 percent, and Baluch 2 percent (for more details, see U.S. Central Intelligence Agency, *The 2007 World Factbook*, 2007). Much has been made of Iran's ethnic fissures, yet the regime has proven surprisingly adept at co-opting ethnic minorities from the periphery into the center. Former Defense Minister 'Ali Shamkhani is an ethnic Arab (on several occasions, he was dispatched by the Khatami administration to Khuzestan to allay Arab fears of marginalization), and the Supreme Leader himself is an Azeri. For more on ethnic dissent, see John R. Bradley, "Iran's Ethnic Tinderbox," *The Washington Quarterly*, Vol. 30, No. 1, Winter 2006–2007, pp. 181–190.

[23] For background on the principal anti-regime Kurdish insurgent group in Iran, the Kurdistan Free Life Party (PJAK), see Graeme Wood, "The Militant Kurds of Iran," *Jane's Intelligence Review*, August 1, 2006.

[24] "Turkish PM in Iran to Ease Business Spats," Agence France Presse, July 29, 2004; Entessar, 2004, p. 547.

PX641

**Figure 2.1**
**Geographic Breakdown of Iran's Ethno-Religious Diversity**



SOURCE: University of Texas, Perry-Castañeda Library Map Collection, 2004.

RAND *MG781-2.1*

   A similar dynamic is at work in the southeast province of Sistan-va Baluchestan. As German scholar Wilfried Buchta notes, much of Tehran's opposition to the Taliban regime was spurred by a domestic concern that its dominance in Afghanistan "had brought to light the existence of a minority (the ethnic Baluch and other Sunnis) in Iran that had been severely discriminated against since 1979."[25] Indeed, when Iran was preparing to attack Afghanistan over the murder of seven Iranian diplomats in 1998, the Taliban threatened to incite Iranian Sunnis against the regime.[26] Tehran's more recent policies toward

---

[25] Wilfried Buchta, *Who Rules Iran? The Structure of Power in the Islamic Republic,* Washington, D.C.: The Washington Institute for Near East Policy and the Konrad Adenauer Stiftung, 2000, p. 103.

[26] Buchta, 2000, p. 220.

PX641

Afghanistan have also been driven by concern over ethnic dissent in this drought-plagued province; much of its irrigation depends on the Helmand River, which originates in Afghanistan. Blockage of this waterway in 2004 by the Karzai government damaged Tehran's legitimacy in the eyes of the Iranian Baluch and thus became a major source of bilateral tension between Tehran and Kabul.[27] Similarly, Iran has reacted with alarm to the destabilizing effects of the massive opium influx across its borders since the fall of the Taliban and the presence on its soil of more than 1 million Afghan refugees.[28]

Elsewhere, in the southwest province of Khuzestan, Iranian officials have noted an increase in crime and weapon trafficking and a rise in Sunni Salafi ideology—all due to the effects of the Iraq war.[29] This spillover of instability is especially worrisome to Tehran because Khuzestan provides Iran with 80 percent of its crude oil revenue yet is populated by 2 million ethnic Arabs who suffer from political marginalization and economic underdevelopment. The area has been wracked by a wave of pipeline bombings and assassinations by dissident Iranian Arabs, attacks that Iranian officials allege are covertly backed by U.S. and British forces.[30]

Concern over internal instability and ethnic dissent has informed Tehran's external posturing, particularly on the nuclear issue. Speaking to Khuzestan Arabs, President Ahmadinejad has repeatedly emphasized the province's centrality in the Iranian nationalist narrative and,

---

[27] The stoppage of the river by the Karzai government in 2004 fueled widespread speculation in the Iranian press that the United States was using the Helmand River to pressure Tehran. As of December 2005, Tehran and Kabul had failed to agree on any sort of water-sharing protocol ("Iranian Official Calls for Implementation of 1972 Agreement on Helmand River," IRNA, Web page, in English, FBIS IAP20050201000031, 1255 GMT February 1, 2005; "Southeastern Iran Seeks Its Share from Hirmand River in Afghanistan," Tehran Mehr News Agency, Web page, in English, FBIS IAP20041110000084, 1756 GMT November 10, 2004).

[28] RAND phone interview with a Tehran-based political scientist, November 12, 2005.

[29] "Iranian Daily: Theologians Concerned by Reported Sunni Preaching in Khuzestan," *Aftab-e Yazd*, in Persian, FBIS IAP20051221011046, December 20, 2005.

[30] "Iran: Intelligence Minister Says 'Terrorist Act' Foiled in Khuzestan Province," Tehran Fars News Agency, Web page, in English, OSC IAP20070808950147, 1025 GMT August 8, 2007.

PX641

more importantly, promised them economic improvement via nuclear energy. This, he argues, is "their unalienable right," which has been repeatedly blocked by the "arrogant powers" (i.e., the United States and the West).[31] This accusation is a common refrain in the president's speeches to other rural audiences, illustrating the combined utility of a siege-like mentality and the issue of nuclear power in consolidating internal support for the regime and mitigating dissent.

### The Regime Perceives a Threat from Najaf to Its Religious Legitimacy

Tehran's threat perception of Iraq and its resulting policies toward that country are inextricably linked with concerns of regime survival and legitimacy.[32] One important illustration of this is the regime's concern about the rise of the Iraqi Shi'ite city of Najaf as a center for Shi'ite learning and potential anti-Iranian activism.[33] Prior to its repression by successive Ba'athist regimes, Najaf's seminaries had overshadowed those in the Iranian city of Qom through the sophistication of their scholarship and their larger influence on regional Shi'ites.[34] With a significant following in these schools, Grand Ayatollah 'Ali al-Sistani has long been seen as the most serious challenger to the Supreme Leader's claim of moral leadership in the Shi'ite world. It was only the stifling restrictions placed on Najaf by Saddam Hussein that prevented

---

[31] "Khuzestan, Beating Heart of Great Iran: Ahmadinejad," Tehran Mehr News Agency, Web page, in English, OSC IAP20070102950116, 2010 GMT January 2, 2007.

[32] This concern appears especially acute among clerical communities in Qom, who forced their rivals in Mashhad, another prominent center of Shi'ite learning, to flee to Najaf following the ascendancy of Khomeini and the 1979 revolution (comments by a scholar of Iran at a Washington, D.C., conference on Shi'ism and the impact of the Iraq war, September 30, 2004).

[33] Kamran Taremi, "Iranian Foreign Policy Towards Occupied Iraq, 2003–2005," *Middle East Policy*, Vol. 12, No. 4, Winter 2005b, p. 29.

[34] For more on Qom-Najaf dynamics, see, Jawdat al-Qazwini, "The School of Qum" and "The School of Najaf," in Faleh Abd al-Jabar, ed., *Ayatollahs, Sufis and Ideologues: State, Religion and Social Movements in Iraq*, London: Saqi Books, 2002, pp. 245–281.

PX641

al-Sistani from exercising the spiritual, and possibly political, influence commensurate with his stature.[35]

Al-Sistani's philosophy of political rule is obliquely critical of Khomeini's principle of *velayat-e faqih* that legitimates clerical primacy in the Islamic Republic. Al-Sistani also enjoys widespread popularity as a *marja' al-taqlid* (a clerical "source of emulation" or spiritual guide for Shi'ites) inside Iran, particularly among those citizens dissatisfied with the current political system. For instance, prior to the February 2004 Iranian parliamentary elections, more than 400 reform activists in Iran petitioned al-Sistani to publicly condemn the elections as fraudulent.[36] The regime in turn issued statements that al-Sistani was to be regarded as a *marja'* only for citizens of the country where he resided—an attempt to circumscribe his transnational appeal.[37] This imperative to limit al-Sistani's influence (and that of Najaf in general) is made all the more urgent by the fact that every major anti-regime movement in Iran's modern history, from the 1906 Constitutional Revolution to the 1979 revolution, has found sanctuary in Najaf.[38]

### The Regime Fears a U.S.-Incited Velvet Revolution

Tehran's perception of external threats has spurred or helped legitimate increasingly repressive internal policies. The first half of 2007 saw an intensified crackdown on liberal social mores, the arrest of visiting Western academics, and widespread accusations that the United States is attempting to foment a velvet revolution inside Iran using Western think tanks, nongovernmental organizations, and international aca-

---

[35] For instance, in his study of Iranian leadership dynamics, Wilfried Buchta noted, "Sistani is the main challenger to Khamenei" (Buchta, 2000, p. 89).

[36] "Reformists Ask Sistani to Intervene in the Electoral Crisis," *Al-Sharq al-Awsat*, in Arabic, February 5, 2004.

[37] Comments by a scholar of Iran at a Washington, D.C., conference on regional Shi'ite dynamics, September 30, 2004.

[38] For example, al-Sistani's powerful Qom-based representative, Jawad Shahristani, may be pursuing a "Sistani" policy independent of the Grand Ayatollah, and possibly with the encouragement or support of Iran (Reidar Visser, *Sistani, the United States and Iraqi Politics: From Quietism to Machiavellianism? Politics in Iraq*, Oslo: Norsk Utenrikspolitisk Institut, 2006).

PX641

demic conferences as covers.[39] According to one observer, most Iranians expected that the election of President Ahmadinejad in 2005 would curtail the relative openness of the Khatami era with a crackdown on the "usual suspects"—clerical dissidents, intellectuals, students, and journalists.[40] What has reportedly taken many by surprise is the pervasive and widening circle of repression since early 2007, extending to virtually every quarter of Iranian society. Accompanying this campaign was an outbreak of rioting and sporadic, country-wide violence over the government's announcement of gas rationing in June 2007, along with a 25-percent price increase.[41]

One interpretation of this siuation that the regime's intensified accusations of foreign meddling in early 2007 were a preemptive tactic designed to rally public support in the name of national security while stifling dissent over planned gas rationing. This argument is buttressed by the very public nature of the repression: Aside from the normal instruments, such as the hard-line vigilante or "pressure" groups, the state-run media have been harnessed to publicize the misdeeds of offenders, ranging from espionage by a senior member of the nuclear negotiating team under Khatami to women accused of improper wear of the *hijab*.[42]

It is important to note that bureaucratic politics may also be driving this juxtaposition of internal dissent and external interference. The MOIS has been at the forefront of this campaign: MOIS chief Mohseni-Ezhe'i has been the most vocal in sounding the warning of

---

[39] For the arrest of Western think-tank scholars, most notably Iranian-American Haleh Esfandiari, see "Iranian TV Describes Detained Iranian-American Esfandiari as 'Mosad Spy'," Islamic Republic of Iran Network Television (IRINN) (Tehran), in Persian, OSC IAP20070512011017, 1640 GMT May 12, 2007. For the broader cultural and political crackdown, see "Iran: Ahmadinezhad Government Reverses Civil Society Gains," OSC Analysis IAF20070620564001, June 20, 2007.

[40] Farideh Farhi, "Iran's Security Outlook," *Middle East Report Online*, July 9, 2007.

[41] "Rationing Leads to Clashes at Gas Stations in Tehran," OSC Feature—SHANA FEA20070627205751, 0810 GMT June 27, 2007.

[42] For the media's role in this repression, see "Iranian Media Under Pressure Tilts in Favor of Government," BBC, OSC Feature—Iran FEA20070711226066, July 11, 2007.

PX641

"soft subversion" from foreign intelligence agencies.[43] Since the purge of hardliners within its leadership and the reduction of its domestic profile during the Khatami era, the MOIS has been jockeying with other security institutions to "redeem" and assert itself.[44] The extent to which the United States increases its pressure on Iran may actually be empowering this repressive organ of the regime—a dilemma that is more thoroughly explored in our concluding chapter.

This dynamic also raises the primacy of factional and bureau-cratic competition as an impetus for assertiveness in Iranian foreign policy, to which we now turn.

## Factionalism Affects Iranian Foreign Policy

As in any country, the Iranian foreign policy apparatus is characterized by competing bureaucratic interests and informal networks jockeying for privilege and power. Yet what distinguishes the Islamic Republic from other cases is that the ponderous nature of decisionmaking, its multiple veto points, and the built-in demand for consensus have the effect of *encouraging* and *formalizing* factional rivalry. As noted by one observer, "Rather than serve as an autonomous regulator and arbiter of (elite) rivalry, the state is the principal arena in which the competition (over power and influence) takes place."[45] Thus, leadership factions fre-quently wield foreign policy issues as tools to outmaneuver their rivals and form tactical alliances that will aid their domestic standing. One scholar has gone so far as to state that in this factional contest, the actual issues debated are secondary to the larger prizes of patronage, power, and privilege.[46] The net effect of this dynamic is a state that

---

[43]  "Iran: Ahmadinezhad Government Reverses Civil Society Gains," 2007.

[44]  Farhi, 2007. For more on factionalism in the security services, see Abbas William Samii, "Factionalism in Iran's Domestic Security Forces," *Middle East Intelligence Bulletin*, Vol. 4, No. 2, February 2002.

[45]  International Crisis Group, "Iran: Ahmadinejad's Tumultuous Presidency," Middle East Briefing No. 21, Brussels, 2007, p. 2 (as quoted in Kamrava, 2007, p. 86).

[46]  RAND phone interview with an Iranian-born scholar, March 10, 2008.

PX641

seems unable to articulate a coherent strategic vision and whose frequently erratic and escalatory behavior may be serving the parochial goals of key elites rather than the state's larger interests. On the positive side, this system lends Iranian foreign policy a certain fluidity and flexibility that is lacking in more-authoritarian, single-party states.

To illustrate these dynamics, we have adopted the following broad typology for Iran's political factions.[47] These rough fissures began to surface soon after the success of the revolution but arguably reached their apogee at the end of the Iran-Iraq War and, especially, during the administration of President Muhammad Khatami (1997–2005), whose efforts to promote a more open political culture had the unintended effect of encouraging elite factionalism. It is important to highlight that these are *ideological* clusterings that in many cases transcend and overlap political institutions and other forms of association based on region or family. The most important example is the Islamic Revolutionary Guard Corps, which although sometimes treated as monolithic in outlook, is actually marked by subtle splits between pragmatists and conservatives (discussed in greater detail below). Broadly speaking, Iran's ideological factions divide as follows:

**Traditional Conservatives.** This current can be best described as the main and largest faction, advocating a patriarchal Islamic government, consolidation of the revolution's gains, the preservation of a traditional lifestyle, self-sufficiency with no dependence on the outside world, and cultural purity. This trend counts among its constituents the lower-middle classes, lower-ranking clerics, and *bazaari* merchants. Its reach extends into nearly all the major institutions of the state, from the Office of the Supreme Leader on down. Key formal groupings include the Association of Qom Seminary Teachers and the *Jameeh Rowhaniyyat-e Mobarez* [Association of Militant Clergy].

---

[47] This framework draws from RAND discussions with a number of scholars of Iran at a RAND-sponsored workshop in Rome, Italy. For an analysis of the implications of this dynamic on Iranian foreign policy, see Mehran Kamrava, "Iranian National-Security Debates: Factionalism and Lost Opportunities," *Middle East Policy*, Vol. 14, No. 2, Summer 2007. See also "Iran's Domestic Political Battles Exacerbate International Crisis," *Gulf States Newsletter*, Vol. 30, No. 781, May 12, 2006.

PX641

**Reformist Cluster.** From the mid- to late 1980s onward, the conservative trend was subjected to fissures over questions of pragmatism, doctrinal purity, and Iran's relationship with the world. A group of more-moderate clerics emerged from these debates in 1988, splitting from the Association of Militant Clergy to form the *Majma-e Rowhani-youn-e Mobarez* [Society for Militant Clerics]. Clustered around Mehdi Karrubi and Muhammad Khatami, this group argues for the promotion of civil society, a relaxation of political and social controls, economic openness, a cultural renaissance, and more interaction with the outside world. In this sense, they draw inspiration from a tradition of Iranian thinkers such as Ali Shariati and, later, Abdul Karim Saroush, who synthesized Islamic moral concepts with modern Enlightenment political philosophy to argue that there is no inherent tension between democracy and Islamic society. This broad clustering became ascendant in the mid-1990s, first inserting supporters into the *Majlis*[48] and then having its candidate, Muhammad Khatami, elected to the presidency in 1997. The popularity of this current has been strongest among the intelligentsia, writers, and students, though it never succeeded in marshaling any institutional resources behind its popular support—a fatal flaw and one that was to eventually spur the de facto political involvement of the IRGC acting in support of the conservatives to oust the reformists from power.

**Pragmatic Conservatives.** Situated somewhere between the first and the second factions is a cluster of what can be termed "pragmatic conservatives." This trend is organized within two parties: the *Hezbe Kargozaran Sazandegi* [Executives of Construction Party], which supports the reformists' approach to culture, and the *Hezbe E'tedal va Tose'eh* [Justice and Development Party], which leans toward the traditional conservatives on cultural issues. As a whole, this camp is inspired by the intellectual work of a number of economic theorists who believed in economic modernization from above (the so-called China model) and argues for increased technical and financial cooperation with the West (including the United States); but, unlike the reformists, this faction shows little interest in the democratization of

---

48 The *Majlis* is the Iranian Parliament.

PX641

politics. This current has often reversed its position on critical domestic issues, spurring charges of opportunism from its rivals among the conservative traditionalist and the new conservative clusters, who depict themselves quite literally and self-righteously as "principlists" who have remained steadfast to the revolution's ideals. The pragmatists have traditionally derived support from the *bazaari* merchant class, students, the urban middle classes, and technocrats.

**New Conservatives or Radicals.** This is the grouping that has been most closely identified with the rise of the IRGC as a political force, beginning with its assumption of provincial administration posts in 2003 and leading up to the election of President Ahmadinejad in 2005. The political group encapsulating this current is the *Abadgaran-e Iran-e Eslami* [Developers of Islamic Iran], which was originally comprised of IRGC and Basiji war veterans. Many of them rose to mid- and senior-level positions but were subsequently marginalized during the Rafsanjani era. During the 2005 elections, the new conservatives appealed principally to the urban poor and provincial classes.

Although the Office of the Supreme Leader and other key institutions have generally remained squarely the purview of the traditional conservatives, each of the other currents has also had its heyday, enjoying a period of formal political power through control of the *Majlis* and the presidency:

- From 1989 to 1997, President Rafsanjani and the pragmatists presided over Iran's postwar reconstruction. During this period, the IRGC and ex-IRGC personnel were largely marginalized from political power.
- From 1997 to 2005, President Khatami and the reformist cluster emphasized the growth of civil society and the so-called dialogue of civilizations. The IRGC's ascendancy began during this period as it allied with conservatives to challenge Khatami's reforms.
- From 2005 to the present, President Ahmadinejad, the new conservatives, and the Revolutionary Guard came to power. Some have labeled this Iran's "Third Revolution."

PX641

It is important to highlight where the different factions diverge and converge in their views of Iran's foreign policy priorities and strategic outlook. All the factions agree on the need for the Islamic Republic to maintain its sovereignty, regional status, economic power, and access to technology. The splits emerge over the means and path to accomplish these goals. Specifically, the key differences revolve around whether Iran should continue to re-intensify its role as a confrontational and revolutionary state or whether it should adopt a more conciliatory posture that embraces globalization and moves toward normalization with the United States.

Much of this debate is embodied in deliberations over the purpose and scope of Iran's nuclear program; more-hardline factions see nuclear energy as an "equalizer" with which Iran can confront the United States on terms of greater parity, while more-pragmatic currents perceive it as giving Iran a more favorable bargaining position in the normalization of relations with the United States. The nuclear program has thus emerged as an intensely factional issue: President Ahmadinejad has appropriated it as a populist and nationalist theme to outmaneuver his rivals, while his more pragmatic opponents have highlighted the economic opportunity costs that the program—and Iran's handling of negotiations with the European Union (EU) and the United Nations (UN)—have inflicted on the country.

### Factionalism Complicates the Iran-U.S. Relationship

Although there is near unanimous distrust of the United States across the factional spectrum, there are disagreements about the utility of engagement. The more radical conservative elements see any steps toward dialogue as a potentially slippery slope that will delegitimize the Islamic Republic and whittle away its sovereignty. More-pragmatic elements see the opening of relations with the United States as a way to advance the nation's economic interests and, perhaps more importantly, secure an imprimatur for the Islamic Republic from other states in the region and continued political dominance by the faction that negotiated the deal. There is more than a hint of factional self-interest in the statement of the former Secretary General of the Supreme Council for National Security (SCNS), Hassan Rohani, on this issue. "We have to

**PX641**

be realistic. One day ties will have to be re-established," he remarked to the French newspaper *Le Figaro* in an interview. "Our skill—I would say our artistry—will be to choose the right moment."[49]

It should be emphasized that with the election of President Ahmadinejad and the domestic rise of the IRGC, several observers predicted a decrease in factional infighting over security and foreign policy issues. This argument stems from the apparent homogeneity in outlook of the so-called war generation of Iranian leaders, whose ranks are dominated by former IRGC commanders and who broadly define themselves as populist, technocratic, nationalistic, and faithful to the revolution's founding ideals.[50] After the election, one Iranian analyst forecasted continued policy "skirmishing," but at a far softer volume than the contentious maneuvering that defined the Khatami era.[51]

Yet the faltering presidency of Mahmoud Ahmadinejad has opened up significant splits within his own radical camp and within the IRGC and its veterans—between a more conservative "old guard" that seeks to confront the United States in the Levant, the Persian Gulf, and Iraq and a more pragmatic current that appears more focused on economic concerns.[52] The former head of the IRGC-Air Force (IRGCAF), former presidential contender and current mayor of Tehran General Muhammad Baqer Qalibaf, is a key figure in the latter current—one of his campaign slogans was "Iranians have the right to the a good life," and he has obliquely attacked President Ahmadinejad for the excessive deprivation his policies have inflicted on the populace.

---

[49]  Hassan Rohani, interview in *Le Figaro* (Paris), January 17, 2004.

[50]  According to one observer, the former IRGC leadership has embraced the motto "authoritarianism at home, engagement abroad from a position of strength" (RAND phone interview with a Tehran-based political scientist, November 10, 2005). More-recent scholarship has indicated splits within this cadre among pragmatists and ideologues (see Takeyh, 2007). Alone among other presidential candidates, President Ahmadinejad did not raise the possibility of normalizing ties with the United States. After the election, he stated, "Iran is on a path of progress and elevation and does not really need the United States on this path" (Pepe Escobar, "Twelve More Years," *Asia Times*, June 28, 2005).

[51]  RAND phone interview with a Tehran-based political scientist, November 15, 2005.

[52]  RAND phone interview with an Iranian-born scholar of Iran, March 13, 2008.

PX641

Several historical and current examples illustrate how factionalism can produce provocative and unpredictable foreign policy behavior—a pattern that is likely to remain an enduring feature of Iran's strategic culture.

### The Salman Rushdie Fatwa Stemmed from Domestic Infighting

The *fatwa* issued in February 1989 by Ayatollah Khomeini against Anglo-Indian author Salman Rushdie for his alleged defamation of the Prophet Muhammad was a classic case of a provocative foreign policy initiative whose motivations were ultimately rooted in domestic infighting. The decree was effectively a power play against a growing pragmatic trend led by then–Parliamentary Speaker and future President Rafsanjani, a trend that had been pushing for rapprochement with Europe.[53] Aside from sabotaging this initiative, the *fatwa* was, in the words of Gilles Keppel, a "coup" that "restored Khomeini's position at home" by offering the citizenry a new moral crusade to distract them from the country's worsening economic situation.[54] Decades after its issuance, the document continues to cause factional dissonance inside Iran: The regime has refrained from sending assassination teams, but quasi-official economic foundations, or *bonyads,* close to the Supreme Leader routinely call for its implementation and for the murder of those who ignore it.[55]

### Parochial IRGC Concerns Led to the Closure of the Imam Khomeini Airport

Factional economic interests played a role in the IRGC's abrupt closure on May 9, 2004, of the new Imam Khomeini International Airport on its first day of operations. The IRGC claimed that a Turkish-led consortium, which had been selected to operate the airport, presented a security risk to the state by placing foreign workers at a sensitive trans-

---

[53]  Shaul Bakhash, *The Reign of the Ayatollahs*, New York: Basic Books, 1989, pp. 279–280.

[54]  Gilles Keppel, *Jihad: The Trail of Political Islam*, Cambridge, Mass.: The Belknap Press of Harvard University Press, 2002, p. 190.

[55]  Wilfried Buchta, *Iran's Security Sector: An Overview*, Geneva: Geneva Center for the Democratic Control of Armed Forces (DCAF), Working Paper No. 146, August 2004, pp. 8–9.

PX641

portation node. The outcome of this episode was to cause significant embarrassment to Iran internationally, damage bilateral relations with Turkey, and hasten the growing impotence of the Khatami administration by forcing the impeachment of his transportation minister. One of the IRGC's motives for closing the airport was that its own engineering firm had failed to win the contract.[56] In addition, the IRGC may have sought total oversight over the airport's operations to further its use as a key transportation hub in the IRGC's illicit smuggling activities.[57]

### Security Agency Competition Has Made Iranian Foreign Policy More Confrontational

Under the Khatami administration, the main axis of foreign policy rivalry was between the Ministry of Foreign Affairs (MFA) and the combined efforts of the MOIS and the IRGC-Qods (Jerusalem) Force (IRGC-QF). This competition manifested itself most visibly in Afghanistan, where the MFA engaged the central Kabul government while the MOIS/IRGC-QF backed militant tribal factions in the rural periphery. With the sidelining of the MFA, competition has reportedly intensified between the MOIS and IRGC-QF, both of which aggressively vie for agents and influence over paramilitary and terrorist groups, often with little coordination. This has been especially true in Iraq, where the two institutions' traditional "niche capabilities" have frequently clashed and overlapped. One result of this escalatory competition has been a drift toward brinksmanship in Tehran's "proxy strategy," particularly in Iraq.[58]

---

[56] "Iranian Paper Says Airport Controversy Takes Iran's Internal Divisions 'Sky-High'," *Iran Daily* (Tehran), Web page, in English, OSC IAP20040510000022, May 10, 2004; "Iranian Paper Says Iran's Prestige Damaged by 'Embarrassing' Airport Closure," *Iran News* (Tehran), Web page, in English, OSC IAP20040510000031, 0001 GMT May 10, 2004; "Iranian Transportation Ministry Denies Blaming IRGC for Closure of New Airport," IRNA, Web page, in English, OSC IAP20040831000004, 0420 GMT August 31, 2004.

[57] Kim Murphy, "Iran's Guard Builds a Fiscal Empire," *Los Angeles Times*, August 26, 2007.

[58] Samii, 2002. See also Anthony Cordesman, *Iran's Revolutionary Guards, the Al Quds Force, and Other Intelligence and Paramilitary Forces*, working draft, Washington, D.C.: Center for Strategic and International Studies, 2007; Doron Zimmerman, "Calibrating Disorder: Iran's Role in Iraq and the Coalition Response, 2003–2006," *Civil Wars*, Vol. 9, No.

PX641

**The Nuclear Crisis Is Partly a Symptom of Factionalism**

The nuclear issue deserves special attention as an example of how factional and bureaucratic competition can result in belligerent external actions. Several scholars, including theorists of nuclear proliferation, have argued for the salience of the "bureaucratic model" as a driver for Iran's nuclear program, pointing to key constituencies within the Iranian power structure that derive enormous economic and political benefits from nuclear research.[59] Thus, Tehran's nuclear ambitions may have acquired a domestic momentum that is independent of any larger strategic calculations about the utility of this capability for Iran's interests. Contradictory and frequently conflicting statements from the Atomic Energy Organization of Iran, the MFA, and the SCNS portray a nuclear bureaucracy that is uncoordinated, if not openly competitive.[60]

Inside this bureaucratic web, the IRGC has certainly bolstered its domestic power and prestige by controlling nearly every aspect of nuclear research and operations. Nuclear energy as a national right for the Iranian citizenry has enormous symbolic value for the aforementioned "war generation" of former IRGC officers who have dominated key domestic institutions since the election of President Ahmadinejad. Members of this leadership cadre have presented themselves to the public as a technically savvy alternative to the elitism, corruption, and esoterism of the clerical class, particularly the oil oligarchy clustered around former President Rafsanjani.[61] The Iranian nuclear program

---

1, March 2007, pp. 8–31; Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means'," Occasional Paper Series, Combating Terrorism Center at West Point, U.S. Military Academy, West Point, N.Y., October 13, 2008.

[59] Scott D. Sagan, "Why Do States Build Nuclear Weapons? Three Models in Search of a Bomb," *International Security*, Vol. 21, No. 3, Winter 1996/1997, pp. 54–86. For the regime debate on nuclear weapons, see Shahram Chubin, "Whither Iran? Reform, Domestic Politics and National Security," International Institute for Strategic Studies, Adelphi Paper No. 342, 2002, pp. 80–85.

[60] For more on bureaucratic nuclear competition, see Shahram Chubin, *Iran's Nuclear Ambitions*, Washington, D.C.: The Carnegie Endowment for International Peace, 2006. Also, Abbas William Samii, "The Iranian Nuclear Issue and Informal Networks," *Naval War College Review*, Vol. 59, No. 1, Winter 2006.

[61] As noted by Frédéric Tellier, "To the *Pasdaran* (IRGC), the people ignored by the shah are the same people now groaning beneath the feet of the mullahs" (Frédéric Tellier, "The

PX641

and its attendant foreign policy challenges are important tactics in this strategy because they demand a certain policy expertise that the clerics lack. As noted by Alireza Nourizadeh, a researcher at the Center for Arab-Iranian Studies in London,

> The clerics are facing a serious identity crisis. They want to be part of this critical debate on the nuclear program and maintain their prestige. They just don't have what's needed for the moment.[62]

President Ahmadinejad appears especially well suited to play the role of what one scholar called a "nuclear Mossadegh," wielding indigenous enrichment capability for much the same set of aims that drove then–Prime Minister Muhammad Mossadegh to nationalize Iranian oil production in 1951: as leverage over his domestic rivals, to consolidate his nationalist appeal, and to carve out space for Iranian sovereignty abroad.[63]

## Iranian Regional Strategy Incorporates Three Key Themes

Despite the aforementioned effects of factionalism on Iranian foreign policy, there appear to be a number of enduring principles that inform Tehran's current strategy in the region. To conclude this chapter, we examine those that present the most-significant challenges to U.S. interests: deterrence, support to non-state Islamist groups, and an appeal to Arab opinion. Each of these informs the key vectors of Iranian power projection that are discussed at length in the following chapters; understanding them is also critical for formulating a new U.S. policy paradigm that can successfully address the Iranian challenge over the next ten to fifteen years.

---

Iranian Moment" Washington Institute for Near East Policy, Policy Focus No. 52, February 2006).

[62] Brian Murphy, "Standoff Leaves Iran Clerics on Sidelines," *Washington Post*, May 26, 2006.

[63] Tellier, 2006, p. vii.

PX641

### Deterrence Is Central to Iran's Political and Military Strategy

Writing in the December 1998 issue of Iran's *Journal of Defense Policy*, an Iranian scholar defined "to deter" using the Persian verb *bazdashtan*, meaning to "prevent, to arrest, or to imprison." For the author, its strategic meaning is unequivocal:

> Deterrence has a psychological impact on the enemy and prevents him from planning an assault or starting a war. This kind of threat should have a clear message and convey the menace of suffering or inflicting damage.[64]

For Iran's strategists, deterrence not only constitutes the centerpiece of the country's military doctrine, which is discussed more thoroughly in the following chapter, but also informs the country's larger political-military strategy, to include pan-Islamism, support to "proxies," and an appeal to Arab opinion. The actual military components of this deterrence strategy include, most obviously, the drive for an indigenous enrichment capability and a potential nuclear weapon; short- and medium-range ballistic missiles; asymmetric warfare and terrorism; and popular mobilization to defend the homeland, should an invasion occur.[65] While this may appear to Western observers as a push for hegemony, Tehran likely sees it as a multilayered form of strategic defense that extends deep into the enemy's camp and encompasses a variety of political, military, and economic levers.

Underlying these elements is the important precept of *strategic ambiguity*, which Iranian military officials frequently refer to when unveiling a new weapon system. "We should not hastily reveal our military capabilities," the prominent conservative Amir Mohebbian asserted during a February 2005 interview. "In fact, this lack of clarity regarding the consequences of a military attack is one of the factors

---

[64] Abu Mohammad Ashgar Khan, "A Look at Theories of Deterrence, Disarmament and Arms Control," *Journal of Defense Policy* (Tehran), in Persian, FBIS IAP 20021126000059, December 20, 1998, pp. 9–48.

[65] For an overview, see Steven R. Ward, "The Continuing Evolution of Iran's Military Doctrine," *Middle East Journal*, Vol. 59, No. 4, Autumn 2005.

PX641

that can deter Washington."[66] Tehran also appears to trumpet the virtues of *strategic patience* as part of its deterrence doctrine—the belief that superior indoctrination and morale will be essential to outlasting a better-equipped adversary. As proof, IRGC commanders routinely cite Hezbollah's campaign against Israel in 2006 as Iran's laboratory for homeland defense.

Given this reliance on popular mobilization and partisan warfare as a deterrence strategy, there is considerable fixation on blocking any adversary's attempts at "psychological warfare" and on the importance of sustaining revolutionary fervor.[67] As argued by the author of an IRGC-sponsored history of Iranian military thought, the center of gravity in any conflict will be the willpower of the Iranian people. Deterrence thus has an additional *internal* meaning in cultivating this fighting spirit and mitigating dissent:

> Regarding internal threats . . . "deterrent strategy" through reduction of dissatisfaction, establishment of equality and equity, establishing precautionary defensive measures, preventive measures, transfer of tribes and clans from one location to the other . . . will prove meritorious.[68]

In keeping with the paranoid tradition of Iranian political culture, the regime cannot be certain of the public's sustained support for a strategy of popular mobilization against an invading aggressor, and this uncertainty shapes its external behavior. Much of President Ahmadinejad's confrontational foreign policy may be calculated to revive this flagging "martyrdom culture" among the citizenry.

---

[66] "Interview with Amir Mohebbian in *Der Spiegel*," *E'tedal va Towse'eh*, Mohammad Nasiri, trans., FBIS IAP20050715339003, February 20, 2005.

[67] "Iranian Army Personnel Undergo Irregular Warfare Training," IRNA, FBIS IAP2005041000040, April 15, 2005. Also, "Iranian Military Practices Asymmetrical War Tactics in Final Phase of Exercises," Iranian Student News Agency, in Persian, FBIS IAP20041208000037, December 8, 2004.

[68] "Iran: Author Describes Islamic Republic's Military Doctrine," *Basis and History of Military Thought in Iran* (Tehran), in Persian, OSC IAG20021113000150, January 1, 2001, pp. 600–604.

PX641

Another critical question is whether Iran's actual and projected military capabilities are sufficient to meet its doctrinal ambitions for deterrence; we explore these deficiencies more thoroughly in the next chapter.

### Support to Non-State Islamists Has Both Symbolic and Political Value

Political, financial, and, in some cases, lethal support to Sunni and Shi'ite Islamists has long been an important feature of Iran's power projection. It has enormous symbolic currency in bolstering the legitimacy of the regime and, as will be discussed at length in Chapter Four, serves an important retaliatory and deterrence function in the calculus of Iranian leaders.

It is important to note, however, that this religious dimension of Iranian strategy is not a principal driver; it will always be subject to more-realpolitik calculations. The most pertinent example is Iran's support for Christian Armenia against Muslim Azerbaijan during the Nagorno-Karabakh conflict. Another indication is the regime's support to both Sunni and Shi'ite groups abroad, which is at least partially calculated to help it win legitimacy at home among Iranian Sunnis. For example, in a speech in the Sunni-dominated province of Baluchestan, then–*Majlis* speaker Gholam-Ali Haddad-Adel attempted to downplay the Shi'ite character of Iranian foreign policy, noting that Iran has supported Palestinian Sunni groups, such as Hamas, as well as the Shi'ite Hezbollah.[69]

Tehran is beset by a host of challenges in its support for various Islamist "proxy groups." First, there is the danger that these local clients will place their own domestic agendas ahead of Iran's, thus reducing their responsiveness to Iranian control.[70] In addition, clandestine military aid to these groups carries the risk of disclosure; the January 2002 seizure by Israeli commandos of the *Karine A,* a freighter carry-

---

[69] "US, Israel Fomenting Shiite-Sunni Discord," *Iran-Daily*, November 28, 2006.

[70] For a general discussion of the dynamics behind state patronage to terrorism, see Daniel L. Byman, *Deadly Connections: States That Sponsor Terrorism*, New York: Cambridge University Press, 2005.

PX641

ing Iranian arms to the Palestinian Authority, and 2006 disclosures by the United States that the Qods Force was supplying explosively formed projectiles (EFPs) to Iraqi insurgents are notable examples. Inside Iran, public and factional support for the "proxy strategy" often varies tremendously. While there is reportedly near-universal acclaim for Hamas, there is anecdotal evidence that Iran's financial support for Hezbollah during the summer 2006 Israel-Lebanon conflict provoked criticism among the lower and middle classes, who questioned Tehran's lavish expenditure on a foreign entity when their own economy was in shambles.[71] Adopting a somewhat different argument, conservative clerics from Qom called for an Iranian boycott of Muqtada al-Sadr during the mid-2004 Najaf fighting, arguing that the young cleric's political immaturity had endangered Najaf's holy shrines.[72] Therefore, the various risks of the "proxy strategy" may rein in Iranian assertiveness. The risks are perhaps best summarized in an editorial written during the 2004 Sadr uprising:

> The senseless support given to Muqtada al-Sadr, who has twice shown his anti-Iranian proclivities, is an example of the policies of the past that began with our support for certain personalities or groups and ended with their indifference to us, if not their open insults against us.[73]

---

[71] Mehran Kamrava has written that Iranian support for Hezbollah enjoys support across the political spectrum—President Ahmadinejad's radicals, former President Rafsanjani's conservative-traditionalists, and the reformists (Kamrava, 2007, p. 92). Nevertheless, Azadeh Moaveni of *Time* reported popular dissent against Iranian support to Hezbollah in 2006 (see Azadeh Moaveni, "Why Iran Isn't Cheering," *Time*, July 23, 2006). On Hamas, see "Growing Support for HAMAS Observed in Iran," BBC Monitoring, OSC Feature FEA20070622199586, June 22, 2007.

[72] "Iran: Conservative Cleric Criticizes al-Sadr for Making Karbala, Najaf U.S. Targets," *Vaghaye'-ye Ettefaghiyeh* (Tehran), Web page, in Persian, OSC IAP20040520000056, May 18, 2004; "Iran: Commentator Says Shi'i Scholars Should 'Boycott' Al-Sadr," *Baztab* (Tehran), Web page, in Persian, OSC IAP20040515000085, 1122 GMT, May 15, 2004.

[73] "Commentary Criticizes Iran's Fruitless Political Alliances," *Aftab-e Yazd* (Tehran), Web page, in Persian, OSC IAP20040605000057, June 5, 2004.

PX641

**An Appeal to Arab Publics Helps Tehran Circumvent Official Hostility**

Tehran has traditionally been adept at speaking over the heads of Arab regimes to their publics through the use of transnational media and building support among such publics by portraying itself as more faithful to pan-Arab causes, such as Palestine, and at times deriding Arab rulers as U.S. lackeys. Should an open conflict between the United States and Iran arise, this strategy will likely form the core of Tehran's retaliatory propaganda effort—prolonging the war and stoking public opposition to Arab regimes hosting or supporting U.S. forces. Within the Middle East, this approach is not new; for example, Egyptian President Gamal 'Abd al-Nasser's pan-Arab broadcasts via *Sawt al-Arab* [Voice of the Arabs] radio were tremendously unsettling to conservative Arab monarchies allied with the West during the 1950s and 1960s. What is novel is that Iran—a Persian, Shi'ite power—has effectively co-opted the same themes of anti-imperialism and pan-Arabism deployed by President Nasser.[74]

While the traditional centerpiece of this strategy is the exploitation of the Palestine conflict,[75] Tehran has also been able to garner acclaim through Hezbollah's campaign against Israel and the Iranian drive for nuclear energy. One important example of Iran's ability to outmaneuver Arab rulers by being "more Arab than the Arabs" occurred during President Ahmadinejad's speech at the 2005 Organization of the Islamic Conference (OIC) summit in Mecca. Here, in the presence of King 'Abdallah, he made an unequivocal denial of the Holocaust and called on Europeans to open their land to Jewish settlement. For

---

[74] Graham Fuller, "The Hezbollah-Iran Connection: Model for Sunni Resistance," *The Washington Quarterly*, Winter 2006–2007, pp. 139–150. Morten Valbjørn and André Bank have argued that post-Lebanon regional alignments approximate the strategic environment in the 1980s and, more distantly, the 1950s, when the region was split between monarchists and pan-Arab nationalists, as embodied in the charismatic figure of Egyptian President Gamal 'Abd al-Nasser. See Morten Valbjørn and André Bank, "Signs of a New Arab Cold War: The 2006 Lebanon War and the Sunni-Shi'i Divide," *Middle East Report,* Spring 2007, pp. 6–11.

[75] For a discussion of the strategic, as opposed to moral or ideological, benefits of Iran's endorsement of the Palestinian cause, see Chubin, 2002. Chubin writes, "The Palestine cause serves as a card for entering regional politics and upstaging the Arab states in the process" (p. 102).

PX641

the al-Saud, who have long endeavored to be the premiere champions of the Palestinian cause, this speech was an appropriation of a key pan-Arab issue and a brazen act of one-upsmanship about which they were mortified and to which they were unable to respond.[76]

Yet this "Arab street" strategy has its limits. Tehran's frequent missteps, such as the recent insinuation by a newspaper editor close to Supreme Leader Khamenei that Bahrain was rightfully a province of Iran, often detract from whatever previous acclaim it has garnered.[77] In other instances, regional events beyond Iran's control, such as the execution of Saddam Hussein, result in a rapid reversal of Arab popular support when they are "read" through a sectarian or Arab-Persian prism. Finally, many Arab regimes in the region, particularly the al-Saud, have deliberately exploited sectarian tensions stemming from Iraq to garner public support for what is essentially a classic balance-of-power strategy against Iran.[78] Since the fall of Saddam Hussein, for example, the Saudi clerical establishment has issued a stream of anti-Iranian, anti-Shi'ite statements, recalling the 1980s, when Riyadh mobilized radical Salafi-jihadism to offset the ideological challenge from Khomeini's Iran.[79]

---

[76]  For more on this tactic, see Renaud Girard, "The Calculated Provocations of the Islamist Iranian President," *Le Figaro* (Paris), in French, December 19, 2005.

[77]  The incident also sparked debate inside Iran ("Analysis: Iran's Claim to Bahrain Sparks Media Debate," OSC Feature FEA20070723241746, July 23, 2007).

[78]  For an example from Cairo, see "Egyptian Officials, Media Escalate Anti-Iranian Rhetoric, Prompting Restrained Iranian Response," OSC Analysis GMF20070208282001, February 8, 2007.

[79]  For examples of anti-Shi'ite, anti-Iranian writings by Saudi and Gulf Salafi clerics, see Nasr al-Umar, "The Situation of the *Rafida* (Shiites) in the Land of Tawhed," Web page, in Arabic, date not available; Nasr al-Umar, "If Iran Occupies Iraq," Web page, in Arabic, date not available. It should be recalled that one indirect outcome of this strategy was al-Qaeda. See Gregory Gause, "Saudi Arabia: Iraq, Iran, the Regional Power Balance, and the Sectarian Question," *Strategic Insights*, Vol. 6, No. 2, March 2007.

PX641

## Conclusions

This chapter surveys key features of Iran's strategic culture to set the stage for subsequent analysis. In meeting the future challenge from Iran, it is important to understand how the regime's worldview and threat perception can shape its foreign policy actions, impelling it toward both assertiveness and pragmatism. Similarly, the blurring of internal and external threats has shaped Iran's behavior, as has internal factional maneuvering. These domestic features help inform Iran's larger strategy, which is characterized by deterrence, support for non-state Islamists, and the exploitation of popular Arab grievances.

Our exploration of Tehran's strategic motivations reveals that its behavior, while frequently masked by ideology and bravado, is more deeply informed by a realpolitik strategy that defines "normal" state behavior. Certainly, Iran is prone to miscalculation, brinksmanship, and belligerence. But its new activism is also vulnerable to certain liabilities and buffers inherent in Iran's unique political culture and also present in the regional system it is trying to influence. Understanding this interplay, we argue, is critical for shaping both DoD and USAF responses, as well as larger U.S. policy options. In particular, it is important that U.S. strategy should exploit existing checks on Iranian power and avoid inadvertently creating conditions that bolster Tehran's influence. The following chapters examine the reach of Iranian power projection along various dimensions, but also its limitations.

PX641

CHAPTER THREE

# Asymmetric Ambition and Conventional Reality: Iran's Evolving Defense Strategy, Doctrine, and Capabilities

This chapter analyzes Iran's national defense requirements and considers the challenges and opportunities Iranian strategists and planners face in meeting those requirements. First, it describes the foundations and elements of Tehran's defense strategy based on the discussion of its worldview and threat perceptions in Chapter Two, provides an overview of Iran's security establishment, and explores major themes in Iranian doctrine. It then characterizes and assesses the current and potential capabilities of Iran's armed forces and evaluates the extent to which Iran's doctrine is reflected in these capabilities. Next, the chapter examines the potential roles of nuclear weapons in Iranian strategy and how Tehran's defense priorities might evolve if it possessed these weapons and the means to deliver them. Some concluding remarks are offered in the final section.

The analysis in this chapter indicates that Iran's military is beset with structural, organizational, and capacity problems that prevent it from completely operationalizing Tehran's doctrinal ambitions for asymmetric warfare, and these problems are likely to persist over the next five to ten years. The bifurcated nature of the Islamic Republic's security structures continues to create institutional friction that stunts development of a truly integrated force. Bureaucratic inertia and other features of Iran's defense establishment will likely keep Iran's military capability mired in industrial-age conventional warfare, even as Tehran aspires toward an asymmetric warfighting doctrine. Iran's efforts to

39

PX641

attain self-sufficiency in military equipment are limited by a wasteful and inefficient defense industry that is unable to produce the quality and quantity of systems the Iranian military requires. However, Tehran is likely to continue enhancing its military posture in ways that could present real challenges to U.S. and USAF operations in the region.

## Foundations of Iran's "Diverse" Defense Strategy and Doctrine

As with any nation, Iran seeks to attain its national security objectives by fashioning a strategy informed by perceived threats and opportunities that affect Iranian interests.[1] In August 2004, Iranian Deputy Defense Minister Mohammad Shafii-Rudsari declared that Iran has a "diverse" defense strategy to meet threats from foreign powers "such as America," and that its "defense capacity and power are entirely adequate for regional . . . threats." Shafii-Rudsari did not specify the manner in which Iran's strategy was diverse. But he did claim that it compensated for any inferiority in "classical" military power and therefore deemed it unlikely that even nuclear powers would strike Iran. Iran's strategy is primarily a defensive one, in which deterrence is of central importance; yet the strategy also serves ideological tendencies that may be perceived as offensive in nature. Regime survival and consolidation of the revolution are primary aims of the strategy, but positioning Iran as a "first power" in the region and on the global stage is also a key objective.

Iran follows a four-pronged defense strategy. First, it assigns military, law enforcement, intelligence, and paramilitary forces to maintain internal stability and unity and to "guard the Islamic reign and supremacy over Iran," which includes safeguarding the "political power and sovereignty of the regime."[2] The security arms of the state are used

---

[1]   Our understanding of Iranian strategy, military doctrine, and concepts of operations (CONOPs) is derived from official statements, exercises, a limited number of doctrinal publications by Iranian think tanks, and Iranian military journals such as *Saff* and *Sobhe Sadegh*, a weekly online magazine published by the Supreme Leader's representative to the IRGC.

[2]   Muhammad Husayn Jamshidi, "Basis and History of Military Thought in Iran," published by the IRGC College of Command, found in "Iran: Author Describes Islamic Repub-

PX641

to quell threats emanating from political opponents, from minority ethnic groups, and from cross-border and internal criminal activity.

Second, Iran seeks to deter aggression against it by using exaggeration, ambiguity, and obfuscation about its ability to exact a prohibitive cost from potential aggressors, especially the United States and U.S. regional allies. Among other things, Iran combines official statements, well-publicized parades, set-piece exercises and shows of force, and tests of advanced systems such as intermediate-range ballistic missiles to deter adversaries from initiating conflict. Iran's reliance on deterrence—as well as its acknowledged military inferiority vis-à-vis its main adversary, the United States—provide the impetus for Iran to seek nuclear weapons.

Third, if aggression occurs, Iran's military forces would seek to vigorously defend the homeland and resort to what former IRGC commander Major General Yahya Rahim Safavi describes as an "offensive strategy with devastating effects."[3] Countering invasion constitutes a primary focus of Iran's defense strategy; despite Iranian statements that the U.S. entanglement in Iraq diminishes the threat of U.S. invasion, Iranian strategy emphasizes defense of the homeland in depth.[4] Short of invasion, Iran would seek to protect key targets and complicate an adversary's efforts by using asymmetric means to threaten or strike its

---

lic's Military Doctrine," OSC IAP20021113000150, January 1, 2001, pp. 600–604.

[3]   On September 1, 2007, the Supreme Leader replaced Major General Safavi as IRGC head with Mohammad Ali Ja'fari, a career IRGC commander. See "'Routine' Change of Commander Consolidates Iran's IRGC," BBC Monitoring, OSC Feature FEA20070903303187, September 3, 2007. For Safavi's comments, see "Iran to Resort to Offensive Strategy If Attacked," Iranian Mehr News Agency via BBC Worldwide Monitoring, November 17, 2006. *Artesh* commander Major General Mohammad Salimi assured the nation at one point that the military forces are on standby in case of an attack on Iran's nuclear facilities: "All our forces, including land forces, anti-aircraft and radar tactics are protecting the nuclear sites and attacking them will not be simple" (Mohammad Salimi, comments in *Iran Daily*, No. 2196, January 22, 2005).

[4]   This indicates an apparent duality in Iranian treatment of the threat of invasion. On one hand, the emphasis on the United States being "bogged down" in Iraq and on the relatively more secure position of the Islamic Republic could serve propaganda efforts in the region and among some Iranian factional constituencies. Conversely, the emphasis on homeland defense provides the government with a nationalist theme that it can exploit to unify the populace.

PX641

forces and interests. Iran would seek to execute a "peripheral" strategy that provides strategic depth to Iran's homeland defense by drawing on both lethal and popular support from non-state Islamists and the Arab public. Tehran sees this as a form of forward defense.

Finally, Iran uses its armed forces to extend its influence through operations aimed at intimidation, dissuasion, and coercion of other nations in the region as well as the United States. Tehran's aim is to gain status and prestige, which are much more important in Iran's geopolitical outlook than acquiring territory. Iran also uses arms exports to extend its influence, countering U.S. influence and burnishing its status as a global power. Hezbollah, Venezuela, and various African nations benefit from military relationships with Iran.

According to the International Institute for Strategic Studies, Iran spends about $6.6 billion annually on defense.[5] While this represents a near doubling of defense expenditures since 2001, it remains equivalent to about 3 percent of Iranian gross domestic product (GDP). As Figure 3.1 reveals, Iran's spending does not exceed regional norms and pales in comparison with that of Saudi Arabia and even Israel and Turkey.

Moreover, Iran is well below the regional average on defense expenditures as a percent of GDP and per capita. Based on such comparisons, Iran does not appear to be a nation on the verge of becoming a regional hegemon.[6] And in light of the economic challenges facing Iran, it is unlikely that the Iranian government will seek to maintain recent rates of growth in defense spending over the long term.

**Iran's Security Forces: Overlapping Missions Create Friction**

Informal decisionmaking processes and overlapping missions are defining features of the security structures responsible for implement-

---

[5]  As of 2006, in constant 2005 dollars. International Institute for Strategic Studies, *The Military Balance 2007*, London: Routledge, 2006, p. 224.

[6]  Iran does not publish its defense budget, and information on its expenditures is scarce. The budget estimates for Iran may exclude such important elements as subsidies to the domestic defense industry, costs of the nuclear program, research and development, and paramilitary forces. But even if actual spending is double that of reported figures, Iran would be average among the highest spenders in the Middle East in expenditure as a percentage of GDP and would remain well below average in per capita defense spending.

PX641

**Figure 3.1**
**Comparison of Defense Expenditures Among Highest Spenders in the Middle East**



| | 2005 %GDP | 2005 per capita |
|---|---|---|
| Iran | 2.8 | 81 |
| Saudi Arabia | 8.2 | 960 |
| Israel | 8.0 | 1,565 |
| Turkey | 3.2 | 168 |
| Kuwait | 6.6 | 1,885 |
| UAE | 2.0 | 999 |
| Oman | 12.3 | 1,231 |
| Egypt | 4.1 | 49 |
| Qatar | 5.2 | 2,547 |
| **AVG** | **5.8** | **1,054** |

SOURCE: International Institute for Strategic Studies, *The Military Balance 2007*, London: Routledge, Table 36, pp. 407–408.

RAND *MG781-3.1*

ing Iran's defense strategy, and these features engender both strengths and weaknesses for Tehran. Figure 3.2 depicts a formal organizational structure of Iran's security establishment; note, however, that this depiction offers an incomplete picture of the intra- and inter-organizational relationships because of the informal networks that characterize Iran's bureaucracy.

To many Americans, President Ahmadinejad is the face of Iran and, in part because of his headline-grabbing, strident public remarks, appears to hold the reigns of power in Tehran. But despite his chairmanship of the SCNS, he has little authority in matters of defense. The Supreme Leader, Ayatollah 'Ali Khamenei, wields ultimate authority, and, as commander-in-chief of the armed forces, his weight on security matters is second to none. He formally exercises that authority through the SCNS, the security ministries, and the security forces themselves, although he also has more-direct, though less-formal, chains of com-

PX641

**Figure 3.2**
**Formal Structure of Iran's Security Establishment**



RAND *MG781-3.2*

mand to components of the security forces through representatives or personal relationships with key decisionmakers.[7]

Iranian armed forces are bifurcated between the IRGC and the regular armed forces. Reflecting the revolutionary regime's early concerns about the loyalty of the Shah's armed forces, this structure presents both strengths and vulnerabilities. On one hand, by assigning overlapping, redundant responsibilities to various institutions and by tacitly encouraging competition for resources, the regime has secured a degree of insulation from a potential coup d'etat.[8] At the same time, however, the parallel chains of command and the lingering ambiguity

---

[7]    See Buchta, 2000, pp. 47–52.

[8]    This organizational feature is present in many Middle Eastern militaries. See James T. Quinlivan, "Coup-Proofing: Its Practice and Consequences in the Middle East," *International Security*, Vol. 24, No. 2, Autumn 1999, pp. 131–165.

PX641

over roles create numerous friction points and impede joint military operations.

The IRGC's estimated 120,000 personnel fulfill a number of functions related to internal security, external defense, and regime survival, and it fields an army, a navy, and an air force. Reflecting its original charter of defending the revolution, there are IRGC installations in all of Iran's major cities organized into Quick Reaction Groups that serve as a reserve against unrest.[9] In rural regions, the IRGC operates with other security forces in missions that include border control, counter-narcotics, and disaster relief. The IRGC has primacy over Iranian unconventional warfare options: It maintains tight control over the development and deployment of Iran's ballistic missiles, and it wields an external terrorism capability through its elite Qods Force.[10] Were Iran to develop and field nuclear weapons, oversight of their storage, training, and deployment infrastructure would likely fall to the IRGC.

Significantly, the IRGC is heavily invested in both the political and economic spheres. Current and former officers are members of the political leadership, including President Ahmadinejad, Saeed Jalili (secretary of the SCNS), Ezzatolah Zarghami (head of the Islamic Republic of Iran Broadcasting Corporation), and Mohsen Rezai (secretary of the Expediency Council), as well as other cabinet ministers, *Majlis* members, and heads of economic foundations (or *bonyads*).[11] Moreover, the IRGC oversees or owns important interests in the oil, construction, and defense sectors of the economy. In a 2006 interview with the Iranian newspaper *Sharq*, the acting commander of the IRGC's *Khatam-ol-Anbiya* engineering firm stated that about 30 percent of the IRGC's engineering capability is engaged in construction efforts and that 1,220 projects had been completed since 1990, with 247 currently

---

[9]  Samii, 2002. Also, Michael Eisenstadt, "The Armed Forces of the Islamic Republic of Iran," *Middle East Review of International Affairs,* Vol. 5, No. 1, March 2001.

[10]  Anthony H. Cordesman, *Iran's Developing Military Capabilities,* Washington, D.C.: The Center for Strategic and International Studies, 2005, pp. 45–48.

[11]  Mehdi Khalaji, "Iran's Revolutionary Guard Corps, Inc.," Washington Institute for Near East Policy, PolicyWatch No. 1273, August 17, 2007.

PX641

under way.[12] In 2006, the Oil Ministry awarded no-bid contracts total-ing several billion dollars to *Khatam-ol-Anbiya* to implement the 15th and 16th expansion phases of the South Pars oil field.[13] IRGC pen-etration of important sectors of the Iranian polity is considerable and growing, lending power to the corps in national-level decisionmaking while providing leverage to high officials with an IRGC pedigree.

Iran's regular military, or *Artesh*, also encompasses ground, naval, and air forces and comprises roughly 350,000 personnel. The consti-tutional mission of *Artesh* is to defend Iran against external aggres-sion. As such, while the regular forces have little capability for internal policing or experience in expeditionary warfare, there is considerable overlap with the IRGC in defending the nation against attack or inva-sion. This overlap breeds competition for resources to modernize, with the IRGC often receiving priority for new, high-end systems, especially from such external arms suppliers as Russia and China.[14] And despite improvements in *Artesh*-IRGC combined training and exercises, there is continued resentment within the *Artesh* over the superior pay, faster promotions, and better retirement benefits of the IRGC. The domi-nance of IRGC officers in the Ahmadinejad government, combined with their pervasive presence in Iran's commercial and industrial realm, will probably intensify this antagonism over the long term.[15]

The IRGC-QF, the MOIS, and other elements of the IRGC all play a role in collecting intelligence, intimidating dissidents, and nurtur-ing pro-Iranian "proxies" in foreign nations. Subordinate to the IRGC commander, the tiny Qods Force engenders Iran's overseas unconven-tional warfare capability. Reportedly comprised of 1,000 highly trained soldiers, the force specializes in training foreign insurgents and terror-

---

12 "Iran Press: General Discusses IRGC Role in Engineering, Economic Contracts," *Sharq* (Tehran), in Persian, OSC AP20060702011002, June 26, 2006, pp. 1, 11.

13 "Iran Press: General Discusses IRGC Role in Engineering, Economic Contracts," pp. 1, 11.

14 For example, Iran's newest surface-to-air missile (SAM) system, the Russian Tor-M1 (SA-15 "Gauntlet"), is being operated by the IRGC. See Robin Hughes, "Tehran Fires Tor-M1," *Jane's Defence Weekly*, February 14, 2007.

15 Cordesman, 2005, pp. 19–44; Buchta, 2004, pp. 7–8.

PX641

ists, political warfare, and propaganda. Its diverse portfolio includes support to Hezbollah and other Levantine terrorist groups, as well as Shi'ite militants in Iraq, Afghanistan, and the Persian Gulf states. As part of its larger defense strategy, the regime wields the IRGC-QF and its terrorist network as a retaliatory capability against an attack on the Iranian homeland.[16]

Comprised of an estimated 30,000 personnel, the MOIS has constitutional responsibility for foreign intelligence collection and espionage. Prior to 1999, the organization was widely feared because of its assassinations of dissident activists abroad and in Iran. During the presidency of Mohammad Khatami, however, the MOIS was purged of many hardliners, and it has largely abandoned its policy of assassination.[17] Overseas, the MOIS reportedly liaises with several foreign Shi'ite militant groups and insurgent organizations and would likely play an important role as a retaliatory tool in the event of an attack on Iran. These relationships probably bring the MOIS into competition with the Qods Force.[18]

The MOIS shares its domestic security responsibilities with other institutions: the *Basij* militia, the Law Enforcement Forces (LEF), and some paramilitary groups. The *Basij* Resistance Force (*Niru-yi Moqavaemat-i Basij*) is a popular reserve force headed by an IRGC general with an active strength of 300,000 and a claimed mobilization capacity of 5 million. The organization emerged during the Iran-Iraq War as an ideologically motivated body of urban shock troops that act as a vanguard for popular resistance against invasion. The regime regards *Basij* training, especially for youth and part-time reservists, as an important vehicle for indoctrination and enforcement of Islamic norms in society. The *Basij* are present in virtually all sectors of Iranian society; there are specially organized *Basij* units for university students, local tribes

---

[16] Yet, as will be discussed in Chapter Four, the effectiveness of the Qods Force's "proxy" strategy depends upon the availability of local allies who are willing to act in Tehran's interests. These groups often have their own agendas, and their receptiveness to Iranian direction is more ambiguous than conventional wisdom suggests.

[17] Buchta, 2004, pp. 13–16.

[18] *Radio Free Europe/Radio Liberty Iran Report*, August 8, 2005.

## PX641

and villages, factory workers, and so forth. The *Basij* also play a role in nationwide domestic reconstruction projects, medical assistance, and disaster relief.[19]

Subordinate to the Ministry of Interior, the LEF is Iran's national gendarmerie and includes roughly 120,000 personnel. This institution's diverse responsibilities include counter-narcotics, riot control, border protection, morals enforcement, and anticorruption.[20] Finally, there are a number of ultraconservative vigilantes or "pressure groups." These quasi-official bodies, such as the notorious *Ansar-e Hezbollah*, are an additional layer of protection against anti-regime dissent. Comprised in many cases of poorly educated hooligans, they have operated as the shadowy shock troops for prominent clerics, particularly in the Council of Guardians, and attack protestors, intimidate dissident intellectuals, and help mobilize electoral support for conservative candidates.[21]

To summarize, the multiple security organs and overlapping missions that characterize the Islamic Republic's national security structure are features of the Iranian landscape dating back to the earliest periods of the revolution and the Iran-Iraq War. Competing interests and informal relationships help insulate the regime against internal threats to stability and to its own survival. But, as we will see, this same competition creates inefficiencies that inhibit Iran's pursuit of military

---

[19]  Anthony Cordesman and Martin Kleiber, *Iran's Military Forces and Warfighting Capabilities: The Threat in the Northern Gulf*, Washington, D.C.: Center for Strategic and International Studies, 2007, pp. 81–82, 132. See also Buchta, 2004, pp. 12–13; Byman et al., 2001, pp. 38–39; Michael G. Knapp, "The *Basij* Resistance Force," in *How They Fight: Armies of the World*, National Ground Intelligence Center, NGIC-1122-0204-98, 1998; Naser Shabani, "The *Basij* and National Security," *Military Knowledge*, in Persian, Summer–Fall 1996, FBIS 19970711001453, July 15, 2007.

[20]  Buchta, 2004, pp. 11–12.

[21]  "Ansar-i Hizbullah: Followers of the Party of God," Globalsecurity.org, Web page, n.d. See also "Iran: Political Figures Comment on Violent Groups, Elections, Other Issues," *Yas-e Now*, in Persian, FBIS IAP 2003121600005, December 8, 2005. *Ansar-e Hezbollah* members also helped the IRGC stage the so-called recruitment drive of Iranian suicide bombers for Iraq (*Radio Free Europe/Radio Liberty Iran Report*, December 7, 2004; also, Byman et al., 2001, p. 39; International Crisis Group, "Iran: The Struggle for the Revolution's Soul," Middle East Report No. 5, Tehran and Brussels, August 2002, p. 11).

PX641

power to the fullest extent and retards its ability to present the most severe threats to U.S. and allied interests.

**Iranian Doctrine Aligns Well with Military Strategy**

Iran fought a costly war with Saddam Hussein's Iraq from 1980 to 1988, a war that left a deep impression on Iran's decisionmakers and the planners of its military strategy, doctrine, and capabilities. The war proved to Iranian leaders that they could not rely on outside assistance, not even when Iran was a victim of unprovoked aggression. It served to provide many other lessons that the national security establishment would apply toward formulating Iranian defense doctrine, developing major CONOPs, and acquiring military capabilities. Since that conflict and the "tanker war" Iran fought with the United States in the late 1980s, the Iranians have acquired little direct military experience.[22] But they have been interested observers of important events in their region. Figure 3.3 summarizes important events and the lessons Iran learned from them; we incorporate these lessons into our discussion of major themes in Iranian military doctrine.

Given that the United States poses Iran's most important security challenge, major elements of Iran's doctrine and CONOPs are aimed at countering a militarily superior adversary. Having seen U.S. military prowess applied in its own neighborhood, the Iranian military is aware of its own limitations and recognizes that its conventional forces cannot compete on an equal footing with a military such as that of the United States. This realization has led the Iranian military to embrace capabilities for "asymmetric" warfare that seek to avoid direct confrontation with a superior military while exacting a high cost from the United States and its regional partners—and to tout these capabilities to deter aggression in the first place and enhance Iran's declared status as a dominant regional power. Tehran has attempted to apply asymmetric concepts to all facets of defense, and it appears to focus on implementing several key CONOPs, including impeding regional access by for-

---

[22] Iranian doctrine has benefited significantly from Iran's close military ties with Hezbollah, whose operations against Israel have served as a kind of battlefield laboratory that has strongly influenced Iranian asymmetric warfare doctrine.

PX641

**Figure 3.3**
**Key Events and the Military Lessons Iran Has Learned**



RAND *MG781-3.3*

eign forces, inhibiting export of energy resources, conducting warfare by "proxy" (the topic of Chapter Four), defending the homeland in depth, and pursuing popular resistance against occupation.

In practical terms, maintaining the capability to hinder the flow of U.S. forces to the region and disrupt their operations once deployed would improve Iran's ability to defend against invasion and less ambitious attacks. Iran would hope to have a direct effect on U.S. forces, but another key aim would be to convince regional governments playing host to those forces that the costs of incurring Iran's wrath would greatly outweigh the potential benefits of siding with the United States. Based on their experience in the Iran-Iraq War—during which exchanges of ballistic missiles caused modest destruction yet had great impact on civilian morale—Iranian leaders appear convinced that ballistic missiles are the most reliable means for attacking deep targets, and that they would have psychological effects disproportionate to their destruc-

PX641

tive power.[23] Iran likely would threaten other states in the region—particularly their population centers and energy infrastructure—with ballistic missile strikes if they allowed U.S. aircraft based on their territory to participate in heavy attacks on Iran. Likewise, Iran would, in certain future cases, hope to strike Israel in an attempt to draw it into a conflict that would in turn put pressure on Arab governments to curtail support of U.S. military action.

Iran may plan to conduct raids with commando forces, landing them by small craft on littorals or inserting them clandestinely to strike U.S. assets and personnel in the region, sabotage facilities critical to deployment and to energy exports, and conduct terrorist attacks. Iran also seeks to apply asymmetric tactics to operations that deny access to Iranian littoral areas and airspace and threaten maritime traffic in the Strait of Hormuz, the Persian Gulf, and the Gulf of Oman. Learning from losses its conventional naval forces suffered at the hands of the U.S. Navy during the tanker war and the ineffectiveness of its efforts to close the strait, Iran's naval doctrine emphasizes "swarming" tactics characterized by "light, mobile forces with substantial striking power, capable of rapidly concentrating to attack an enemy from multiple directions and then rapidly dispersing."[24] Such tactics could be used against both military and commercial vessels and would be supported by "camouflage, concealment, active and passive deception, the use of advanced electronic equipments [sic] and radar stations, [and] eavesdropping."[25]

Iranian strategists recognize the devastating effects of airpower that the United States demonstrated against Iraq in Operation Desert Storm and the need for "aerospace security." In a 2001 article entitled "What Will Future Wars Be Like?" a *Saff* contributor noted that "suc-

---

[23] For an Iranian view of the effect of the Iran-Iraq War on strategic thinking today, see Taremi, 2005a.

[24] Fariborz Haghshenass, "Iran's Doctrine of Asymmetric Naval Warfare," Washington, D.C.: Washington Institute for Near East Policy, PolicyWatch No. 1179, December 21, 2006.

[25] Mohammad 'Ali Bakhshi, "Standing on the Ship of Power," found in "Iran: Report Says Iran's Navy Executed 'Ettehad-83' Maneuver in Various Waters," *Saff* (Tehran), in Persian, OSC IAP20050103000091, June 7, 2004, pp. 21–23.

PX641

cessive bombings in Iraq finally brought an end to the nation's military capability, and its power to move on the ground was paralyzed."[26] As indicated above, Iran sees its ballistic missiles as a potent answer to U.S. airpower, both as a deterrent to regional states that would grant access to their airbases and as a hindrance to U.S. air operations.[27] In addition, Iran emphasizes passive defenses to complicate U.S. targeting through hardening, concealment, and advanced denial and deception techniques, all developed through years of observing U.S. operations and learning from Russia, China, Yugoslavia, and others.

As with other components of Iranian doctrine, Tehran seeks to use its air-attack and defense assets to complicate enemy access to Iranian airspace and to impose a high cost on enemy strike packages with the hope of denying an adversary his objectives. The Islamic Republic of Iran Air Force (IRIAF) and Islamic Revolutionary Guard Corps Air Force (IRGCAF) would employ SAM systems and air interceptors in a layered air defense of the country. It is likely that the air forces would seek to create conditions that enable them to ambush or otherwise surprise attackers by using terrain masking, advanced radar tactics, and electronic warfare techniques. Iran's ground-based air defenses would try to protect cities and critical sites with a combination of long- and short-range SAM systems and guns that would be reconfigured frequently.[28] Iranian doctrine also appears to be emphasizing air-land operations, whereby attack aircraft support ground operations and conduct longer-range strikes against military and civilian targets in the region.[29] If fully developed, this would provide Iran a third power-

---

[26] See "Iran: Magazine Looks at What Future Wars May Be Like," *Saff* (Tehran), in Persian, OSC IAP20010524000001, May 21, 2001, pp. 17–20. See also "Iran: Report Highlights 'Need' for Aerospace Security, 'Fourth Force'," *Saff* (Tehran), in Persian, OSC IAP20050210000086, October 1, 2004, p. 6.

[27] As will be discussed in Chapter Five, this doctrine has unsettled smaller Gulf states (RAND interview with a former commander of the UAE Air Force, February 9, 2006, Abu Dhabi, United Arab Emirates).

[28] Ward, 2005, p. 571; Michael Knights, "Iran's Conventional Forces Remain Key to Deterring Potential Threats," *Jane's Intelligence Review*, February 1, 2006.

[29] See "Iran: Report Highlights 'Need' for Aerospace Security, 'Fourth Force'," 2004, p. 6; "Iran: Magazine Looks at What Future Wars May Be Like," 2001, pp. 17–20. See also Robin

PX641

projection capability in addition to ballistic missiles and commando forces or "proxy" groups.

As mentioned previously, the Iran-Iraq War was a seminal period in the formation of the Islamic Republic and in the development of Iran's defense strategy. Having lost some 400,000 people during a war in which ideological ardor was a staple of Iranian doctrine, Tehran undertook an overhaul of its defense establishment that emphasized professionalism, access to advanced military hardware, and deterrence.[30] However, Iranian strategists also drew lessons from the war regarding the importance of mounting a capable defense in depth and mobilizing the population to resist invaders. Emphasis on these concepts has grown in recent years as Iran has observed the relative success Hezbollah and Iraqi insurgent groups have enjoyed against Israel in Lebanon and U.S. forces in Iraq. Moreover, defense in depth and popular mobilization would seem to provide President Ahmadinejad and the IRGC leadership—members of the "war generation"—platforms from which to emphasize ideological commitment to the Islamic Revolution.

In defending the homeland in depth and pursuing popular resistance against occupation, Iran would seek to impose a high cost upon an invader (namely, the United States) as a deterrent and, if invaded, to draw out the campaign to the extent that the invader loses the mettle to pursue its objectives to their conclusion. Iran envisions a "mosaic defense" and partisan warfare that presents the invader with multiple threats each step of the way to Tehran and renders any occupation of the country untenable.[31] Exercise activity suggests that Iranian armed forces would respond to invasion by employing hit-and-run tactics against enemy forces while avoiding being targeted by airpower. The

---

Hughes, "Iran Eyes Long-Range Air Strike Capability," *Jane's Defence Weekly*, February 7, 2007; Robert Hewson, "Iran Stages Large-Scale Exercises to Underline Defence Capabilities," *Jane's Defence Weekly*, September 13, 2006; Jane's Information Group, "Iran—Air Force," *Jane's Sentinel Security Assessment-Gulf States*, March 2005.

[30] Byman et al., 2001, pp. 35–36.

[31] "IRGC Commander Discusses New Strategy," *Radio Free Europe/Radio Liberty Iran Report*, September 27, 2004. The Ashura exercises in September 2004 demonstrated the concept of defense in depth. See *Radio Free Europe/Radio Liberty*, Vol. 7, No. 38, November 1, 2004.

PX641

*Basij* forms an important pillar in the regime's homeland defense strategy and would play a prominent role in training and mobilizing the Iranian population for countrywide partisan warfare.[32] This homeland defense doctrine is informed by observations of what Iranian strategists see as the success of guerilla warfare in negating technologically superior conventional power. Hezbollah's role in Israel's withdrawal from Lebanon in 2000, Hezbollah's "victory" against Israel in the summer of 2006, and the insurgency in Iraq are recent examples of such perceived success. Deft use of the media and other propaganda tools to influence popular sentiment would "exaggerate the weaknesses of the rival, even if they be small, and in contrast to show [one's] own victory as being larger than it is."[33] In short, the Iranian concept is to avoid protracted tactical engagements but enforce a protracted war whose cost would be so unpalatable that an invader would be compelled to abandon his objectives and withdraw.

From the invader's perspective, an invasion and occupation of Iran would be far more risky, costly, and complex than Operation Iraqi Freedom. Iran is a much larger country, with nearly three times the population of Iraq. For example, the distance from the Kuwait-Iraq border to Baghdad is about 425 km, but the distance from Bandar Abbas to Tehran exceeds 1,000 km. Moreover, the terrain in Iran is far more favorable to the defender than in Iraq. In its march on Baghdad, the U.S. 3rd Infantry Division (Mechanized) traversed mostly open terrain with very few significant obstacles until it reached the Euphrates River, just south of the city. In contrast, every axis of advance on Tehran, except those out of Afghanistan, passes through mountainous

---

32 "Iran Revolution Guards Hold 'Asymmetric Warfare' Ashura-5 Exercises," Vision of the Islamic Republic of Iran Network, in Persian, OSC IAP20040913000110, September 13, 2004; "IRGC Ground Force Commander Speaks on Reorganization, Combat Plans," Vision of the Islamic Republic of Iran Network, in Persian, FBIS IAP20050309000087, March 9, 2005. According to former IRGC commander General Safavi, the *Basij* "have been equipped to defend the surface of the country rather like a mosaic and if any force contemplates aggression against our country, it will not be safe anywhere in this country" ("Guards C-in-C Says Iran's 'Deterrent Capability' Extends to Entire Region," BBC Monitoring International Reports, September 11, 2004).

33 "*Saff* Article on Methods of Propaganda in Psychological Warfare," *Saff* (Tehran), in Persian, FBIS IAP20010525000001, March 1, 2001, pp. 24–26.

PX641

terrain. Starting from the Persian Gulf, an invader must pass through the Zagros Mountains and traverse long valleys between the peaks. Defending forces could exploit the rugged terrain an invader would encounter, terrain that impedes and canalizes an invading army's advance and greatly favors the defender. Moreover, cities sprawl across the axes of advance, presenting the defender with additional opportunities. In fact, the sheer scale and complexity of Iranian territory and population is so daunting that Iranian defense capabilities may be less important than the fundamental geography of Iran itself.

### Four Themes Underlie Iran's Military Activities

Supporting Iran's asymmetric warfare doctrine are several underlying doctrinal themes by which its armed forces organize, train, and equip. Among these themes are building ideological fortitude in the ranks of its military forces and citizenry; attaining self-sufficiency to ensure its national security; enhancing joint force integration, training, and readiness; promoting initiative among its field officers; and incorporating modern surveillance, command and control, and mobility capabilities into the force.

    **Ideology.** Recent shifts toward homeland defense and mass mobilization have elevated the importance of ideology and indoctrination. The IRGC in particular sees revolutionary zeal and popular will as centers of gravity on the battlefield and lays claim to "strategic superiority" in the form of "faithful, wise, brave, and revolutionary persons."[34] Thus, the role of clerical "commissars" has become increasingly important, especially for mobilizing and indoctrinating the *Basij* "five-million man army" for partisan warfare and for allegedly enabling combat units to "triple in less than 48 hours."[35] And in statements by

---

[34] "General Rahim Safavi: America's Aim Is to Prevent Iran from Becoming the First Power in the Middle East," *Keyhan* (Tehran), in "Persian Press: Revolutionary Guard Commander on Way to Fight Unequal Enemy," in Persian, OSC IAP20061231011007, December 26, 2006, p. 14.

[35] "Iran Guards' Commander Says Combat Units Can Expand Threefold in 48 Hours," Tehran Fars News Agency, Web page, BBC Worldwide Monitoring, November 12, 2006. See also "Iran: Profile of IRGC's Shahid Mahallati Theological-Political College," in Persian, OSC IAP20061208427001, December 7, 2006; Knapp, 1998.

PX641

government officials, commanders, and clerics, martyrdom in defense of Islamic Iran has been more frequently emphasized.[36]

**Self-reliance.** As indicated previously, a key tenet in Iran's military doctrine is self-reliance and independence in its ability to train and equip its armed forces and secure its national interests. In February 2007, Iranian Defense Minister Mostafa Mohammad Najjar stated that Iran was seeking to achieve military self-sufficiency, conduct research and development in modern industries, and develop the capability to fight in "modern and ultra-modern domains."[37] Iran is developing and expanding defense industries in virtually every area of armament to reduce its dependence on foreign suppliers, minimize the effects of sanctions, and realize its aim of becoming a modern military power that can tout major technological achievements.[38]

**Joint Operations.** Iran's military leaders increasingly emphasize the necessity of joint force integration, training, and readiness to improve the operational capabilities of all components. Iran conducts large joint wargames, ostensibly to evaluate the integration of its air, land, and sea forces to "face the enemy in various points of the country at once."[39] The IRGC commander recently introduced a "doctrine of

---

36 For example, the Friday prayer imam of Orumiyeh in Azarbaijan Province stated that "the enemies of Islamic Iran should know that admirable soldiers like martyr Hoseyn Fahmideh [a 13-year-old boy who fought in the Iran-Iraq War] are ready to defend the territory of Islamic Iran" ("Iran: Provincial Cleric Urges Unity to Foil Enemy 'Threats,' 'Plots,'" *Orumiyeh Vision of the Islamic Republic of Iran*, West Azarbaijan Provincial television, in Persian, OSC IAP20071026950088, October 26, 2007).

37 "Iran Defence Doctrine Deterrent—Defence Minister," transcript of interview on Iranian television, February 13, 2007, BBC Worldwide Monitoring, February 17, 2007.

38 For example, Mohammad Reza Naqdi, the Logistics and Industrial Research deputy in the General Staff of the Armed Forces, claims that "sanctions are an opportunity rather than a threat, and we are able to produce all sanctioned materials inside Iran by setting in motion an emergency plan." This allows Iran to set "an exceptional example for all independent countries of the world" ("Iran Press Military Says Sanctioned Equipment May Be Produced Internally," BBC Monitoring International Reports coverage of a report by Iranian newspaper *Siyasat-e Ruz*, April 23, 2007, A2007043030-14936-GNW, April 30, 2007).

39 Iranian Ground Forces Commander Brigadier General Kiumars Heydari, quoted in Robin Hughes, "Iran Launches 'Great Prophet 2' Joint Military Exercise," *Jane's Defence Weekly*, November 8, 2006.

**PX641**

units" in which "every unit must, on its own and continuously, improve all aspects of its inherent readiness, including the readiness of individuals, equipment, and the unit as a whole, as well as religious and revolutionary discipline." He added, "repair and maintenance of equipment, maintenance of communications, mobility, fluidity, [and] discipline of individuals and units are among the priorities that the commanders must pay attention to."[40]

**Taking Initiative.** Significantly, the Iranian military encourages initiative and creativity by its junior leaders.[41] This is a key requirement for the tactical success of its operational approach that is based on independent small unit actions on land (mosaic defense) and at sea (swarming). Iran's strategists view homeland defense as a "captain's war." In this way, Iran's doctrine is more akin to Western military tradition than the rigidly hierarchical and centralized decisionmaking that characterizes Soviet/Russian military thought.

Iran's military doctrine and CONOPs are designed first and foremost to deter aggression against it and, secondly, to enhance its regional standing and strategic weight. In the same interview quoted above, Najjar noted that

> The defense doctrine of the Islamic Republic of Iran is based on deterrence. We have always announced that our policies are defensive. We in fact believe that the development of these capabilities will contribute to peace and stability in the region. It is good for the countries of the region to have a powerful neighbor rather than a weak one.[42]

Overall, Iran's doctrine aligns rather well with its national security objectives and military strategy. It remains to be seen, however, whether the forces it fields on balance provide the capabilities necessary to execute the military strategy and meet the doctrinal ambitions the

---

[40] "Iran: Guards Chief Outlines New Doctrine for Improving Combat Readiness," Tehran Fars News Agency, in Persian, Web page, OSC IAP20061217950103, December 17, 2006.

[41] "Iranian Ground Force Tactics," in *How They Fight: Armies of the World*, National Ground Intelligence Center, NGIC-1122-0097-00, August 2000.

[42] "Iran Defence Doctrine Deterrent—Defence Minister," 2007.

PX641

Islamic Republic's leaders, strategists, and tacticians have set forth. We now turn to an analysis of Iran's military capabilities.

## The Operational Capabilities of Iran's Armed Forces

### Iran Faces the Challenge of Modernizing a Large, Structurally Weak Force

While Iran pursues diverse military capabilities and seeks to present the armed forces of a regional military power, it has made only limited progress in modernizing its relatively large conventional force structure. The bulk of its equipment is out of date and poorly maintained, and its ground forces suffer from both personnel and equipment shortages.[43] Its ability to conduct sustained combined arms and joint operations is limited and is unlikely to improve significantly in the near term. This is because of both the country's limited resource infrastructure and the ingrained attitudes and continuing competition for resources of the *Artesh* and the IRGC.[44] The military capabilities of Iran are summarized in Table 3.1. Despite its numerous material shortcomings, the Iranian military does have important strengths. We focus on those capabilities most relevant to U.S. interests and to the USAF posture in the region.

The IRIAF fields a varied mixture of about 300 mostly older-generation Russian, Chinese, French, and U.S. fighters and reconnaissance aircraft and some 65 tanker and transport aircraft. Tehran acquired some fighters when Iraqi pilots fled to Iran during Operation Desert Storm in 1991, and a number of these remain operational. Despite efforts to modernize its front-line fleet, Iran's air capabilities remain weak in relation to those of its neighbors, much less with regard to U.S. airpower. Of note, however, is Iran's apparent interest in longer-range air strike capability. The IRIAF appears to be trying to expand

---

[43] Lowell E. Jacoby, *Current and Projected National Security Threats to the United States*, DIA Statement for the Record, Senate Select Committee on Intelligence, February 16, 2005, p. 14; Jane's Information Group, March 2005.

[44] Cordesman, 2005.

PX641

**Table 3.1**
**Summary of Iranian Military Capabilities**

| Capability | System Type | Number in Service | Comments |
|---|---|---|---|
| Air forces | Combat aircraft | 280 | Mostly third generation, includes MiG-29, Su-24MK, Mirage F1 |
| | Airborne early warning/ reconnaissance aircraft | 22 | Includes P-3 MR and IL-76 AEW |
| | Unmanned aerial vehicles (UAVs) | ? | *Ababil* and *Muhadjer* families of intelligence, surveillance, and reconnaissance (ISR); attack; communications relay UAVs |
| | SAMs | 240+ | 85 SA-2, -5, -15; SA-10 on order for Bushehr; MANPADs |
| Naval forces | Major surface combatants | 5 | 3 frigates, 2 corvettes |
| | Submarines | 6+ | 3 Kilo, 3 Qadir (coastal), plus 3 midget subs |
| | Antiship cruise missiles | 125+ | Air-, ground-, and sea-launched, including C-801/802, *Seersucker* |
| | Mine layers | 100s? | Small craft |
| | Fast attack/patrol ships | 220 | Includes 20 missile fast attack |
| Ground forces | Tanks | 1,600 | T-72, T-54, other—mostly decades old |
| | Infantry fighting vehicles/armored personnel carriers | 1,250 | BMP-1, BMP-2, other |
| | Brigades | 38+ | Includes 6 commando and 3 airborne brigades, 225 helicopters |
| | Artillery | 2,400+ | Mostly towed |
| | Multiple rocket launchers | 860+ | Mostly 107mm, some 122mm |
| Missile forces | Medium-range ballistic missiles | 380 | Includes 20 Shahab-3, 12–18 Transporter Erector Launches (TELs) for 350 Shahab-1/2 |
| | Short-range ballistic missiles | 1,200 | Battlefield missiles |
| | Land-attack cruise missiles | 6 | Kh-55/AS-15 Kent (operability unknown) |
| Other | Chemical and biological warfare | ? | Thought to have latent capabilities |

SOURCES: Anthony Cordesman, *Iran's Developing Military Capabilities*, Washington, D.C.: Center for Strategic and Intentional Studies, 2005; International Institute for Strategic Studies, 2007, pp. 188–190; *Jane's Sentinel Country Risk Assessments: Iran* (continually updated online).

PX641

its aerial refueling capacity, especially for its Su-24MK Fencer aircraft, and there is speculation that it is exploring acquisition of Su-22M Backfire bombers from Russia.[45] In addition, the Iranians are pursuing upgrades to their surface-based air defense capabilities. Early in 2007, Iran test-fired one of its 29 short-range SA-15 (Tor-M1) SAM systems delivered from Russia, and there have been reports that it has acquired "at least two" long-range SA-10 (S-300) SAM systems.[46] These newest additions would complement older SA-5, I-Hawk, and other SAM systems, as well as a variety of air defense artillery and man-portable air defense systems (MANPADs), including the Stinger, SA-14, and SA-18. The Iranian military deploys these systems largely as point defenses to protect major cities and key sites, such as Bushehr and others associated with the nuclear program. Iran lacks the command and control, warning and tracking, and integration capabilities necessary to field a modern, national integrated air defense system.

To support its naval doctrine emphasizing "swarming," Iran's naval capabilities are centered on fast-attack craft, antiship cruise missiles, and mine-laying to enable Tehran to protect Iran's coastline, impede commercial maritime traffic in the Gulf, and harass or destroy U.S. naval assets by creating a "360-degree threat." Both the IRGC and regular navies emphasize small, fast patrol and attack boats with antiship cruise missiles, torpedoes, multiple rocket launchers, and rocket-propelled grenades. Iran also deploys land-based antiship cruise missiles, including the Chinese Seersucker and C-801/802 systems, along its considerable coastline, as well as a handful of short-range air-launched cruise missiles. Tehran is thought to have over 2,000 mines that can be deployed by naval surface vessels, helicopters, and perhaps hundreds of small military and civilian craft.[47] In addition, Iran's three

---

[45] See Hughes, February 7, 2007; "Procurement," in *Jane's Sentinel Country Risk Assessments: Iran*.

[46] "Highlights: Iranian Military Developments, 8–14 June 2007; Iran to Get SA-19 Grissom," in English, OSC Summary IAP20070615339001, June 8–14, 2007; "Iran: Commander Says New Russian-Delivered Defense System Quick, Responsive," *Keyhan* (Tehran), Web page, in Persian, OSC IAP20070221397002, February 8, 2007.

[47] Cordesman, 2007, p. 58.

PX641

recently acquired *Kilo*-class diesel-powered submarines enable its regular navy to lay mines covertly while providing an undersea torpedo threat to U.S. Navy and commercial vessels. Finally, Iran is attempting to improve its ability to track and strike targets—especially surface vessels—with the indigenously produced Ababil and Muhadjer families of UAVs.

The ground forces of the Islamic Republic are large by regional standards but, like the air force, are saddled with a substantial number of older weapon systems. Iran is attempting to upgrade and modernize its armor and antitank capabilities through both imports and indigenous production, but not at a rate that would "recapitalize" the entire army in the near future. Its force of artillery and multiple rocket launchers is large in comparison with other regional actors, but many of these are towed and more useful for static defense than maneuver warfare. More than 60 percent of the regular army's total end strength of 350,000 soldiers are conscripts, and the IRGC's ground forces are lightly manned during peacetime. Many units are only partially equipped. Generally, the Iranian ground forces are designed to defend the nation from invasion, although they may have very limited capability to conduct incursions into bordering countries, such as Iraq or Afghanistan.

Iran possesses under IRGC control an important arsenal of short- and medium-range ballistic missiles consisting of a few hundred Shahab-1 (Scud-B), Shahab-2 (Scud-C), and Tondar-69 (CSS-8) short-range ballistic missiles as well as a handful of Shahab-3 medium-range ballistic missiles.[48] The short-range ballistic missiles can reach some or most of the small Persian Gulf states and the eastern portions of Iraq and Saudi Arabia, as well as western Afghanistan, while the Shahab-3 is within range of Israel, eastern Turkey, and most of Saudi Arabia. These missiles are generally inaccurate, thus limiting their military utility in the near term, but improvements in accuracy and firing doctrine and the deployment of submunitions could enhance their effectiveness against large soft targets on military bases. An equally important limitation is the relatively small number of TELs believed to be available for the Shahab-1/2 short-range ballistic missile, as this puts

---

[48]  Director of Central Intelligence, *Acquisition of Technology*, November 2004, p. 3.

PX641

important constraints on Iran's ability to mass the fire of these missiles in order to overwhelm missile defenses. This will be particularly true if the IRGC deems it necessary to disperse its missiles throughout Iran to enhance survivability or to ensure some degree of missile capability on multiple fronts. These missiles, along with the Shahab-3, are capable of damaging economic infrastructure and population centers and thus serve as an important deterrent. Moreover, the inaccuracy and relatively small payload capacity of the Shahab-3s serve as indicators that Iran could be seeking to arm them with weapons of mass destruction, including nuclear weapons.[49] Iran appears to be further extending the range of its missile forces, announcing in late 2004 that it was mass-producing a Shahab-4 with a range of 2,000 km.[50] Reports also allege that Iran is pursuing intercontinental-range missiles with the help of North Korea, although Tehran maintains it is developing such missiles for space launch.[51]

Despite Iran's signing of the Biological and Toxin Weapons Convention and the Chemical Weapons Convention, there are indications that it has active, dedicated chemical or biological weapons programs, or that it at least has a latent capability to produce and weaponize some chemicals and toxins. A CIA report to Congress in November 2003 asserts that Iran continues to "vigorously pursue" indigenous biological-weapon and chemical-weapon capabilities and seeks foreign equipment, materials, training, and know-how, focusing "particularly on entities in Russia, China, North Korea, and Europe."[52] Iranian scientific journals

---

[49]  For analysis of Iranian missile developments, see Defense Threat Reduction Agency, "Special Report: Challenges of Iranian Missile Proliferation," *WMD Insights*, October 1, 2006; Taremi, 2005a; Uzi Rubin, "The Global Reach of Iran's Ballistic Missiles," Tel Aviv, Israel: Tel Aviv University, Institute for National Security Studies, Memorandum 86, November 2006.

[50]  Kenneth Katzman, "Iran: Current Developments and U.S. Policy," Congressional Research Service, July 25, 2003, p. 20.

[51]  Defense Threat Reduction Agency, 2006, p. 2. The report mentions a "Shahab-6" based on the North Korean Taepodong-2 with a range of 5,000–6,000 km.

[52]  Central Intelligence Agency, "Attachment A: Unclassified Report to Congress on the Acquisition of Technology Relating to Weapons of Mass Destruction and Advanced Conventional Munitions," January 1–June 30, 2003.

PX641

discuss biological agents such as anthrax in the context of bioterrorism, but their research can be dual-purposed by Iran either for defensive or offensive applications.[53] As for chemical weapons, the 2003 CIA report maintains that Iran continues "to seek production technology, training, and expertise from Chinese entities that could further Tehran's efforts to achieve an indigenous capability to produce nerve agents," and that Iran likely stockpiles "blister, blood, choking, and probably nerve agents—and the bombs and artillery shells to deliver them."[54] There is, of course, ample concern in the international community that Iran's civilian nuclear program serves as a cover for a concerted effort to develop nuclear weapons.[55] We address the potential implications of Iranian nuclear weapons for Iran's defense strategy below.

Iran has developed a domestic defense industry that produces a range of weapon systems as part of its drive for self-sufficiency. The defense sector develops and manufactures, assembles, or produces under license equipment in nearly every category of military hardware. Iran is an exporter of arms to a number of countries and terrorist groups. It provides ballistic missiles and other arms to Hezbollah in Lebanon and supports the Palestinian groups Hamas and Islamic Jihad. It claims to export more than $100 million worth of military equipment to some 50 countries.[56]

---

[53]  A series of relevant articles has appeared in the proceedings of an Iranian public health congress; Iran's Ministry of Health and Medical Education published the proceedings. See, for example, A. Valinejad, "Is Anthrax the Most Dangerous Biological Weapon?" *Medical and Health Aspects of Bioterrorism Panel No. 005* (Tehran), translated in "Iranian Scientists Review B. Anthracis as Biological Weapon," OSC IAP20040830000037, January 1, 2001.

[54]  Central Intelligence Agency, 2003. See also Gregory F. Giles, "The Islamic Republic of Iran and Nuclear, Biological, and Chemical Weapons," in Peter R. Lavoy et al., eds., *Planning the Unthinkable: How New Powers Will Use Nuclear, Biological, and Chemical Weapons*, Ithaca and London: Cornell University Press, 2000, pp. 79–103.

[55]  See, for example, Seth Elan et al., "Open-Source Research on Nuclear Doctrine and Strategy, Command and Control, and Delivery Systems in Iran and Israel," Library of Congress, Federal Research Division, Washington, D.C., December 2005, pp. 13–16. This report was prepared under an interagency agreement with the National Intelligence Council/National Intelligence Officer for Military Issues.

[56]  Nasser Karimi, "Iran Unveils Locally Made Fighter in War Games," The Associated Press, September 6, 2006.

PX641

In sum, the Islamic Republic fields relatively large armed forces, by regional standards, with equipment whose level of modernity could be described as modest at best. In certain areas, including but not limited to ballistic and cruise missiles, submarines, UAVs, and SAM systems, Tehran can claim to be making strides in incorporating technologically sophisticated systems into its force structure. Given the preponderance of older equipment in its arsenal, however, Iran would require huge defense expenditures and many years before it could acquire and incorporate the equipment necessary to recapitalize its entire force. The challenges for Iranian planners and strategists are to set forth doctrine and define CONOPs that make best use of assets on hand to achieve national security and military objectives and to recommend options to the leadership for mitigating shortfalls in the future. We now assess how well Iran's military capabilities support the doctrine it has developed.

### Iran's Operational Capabilities Fall Short of Doctrinal Ambitions

In light of our review of Iran's military objectives, doctrine, and force structure, how effective might its capabilities be? Do its capabilities meet its doctrinal expectations? Iran does a good job of formulating doctrine based on its objectives, its lessons learned, and the realization that it is no match for the U.S. military in a head-to-head conflict. The best it can expect to do is impose costs on U.S. action and "outlast" U.S. will to prevent Washington from achieving its objectives in a conflict with Tehran. The *Artesh* and IRGC have many military weaknesses, but in some areas they are improving substantially in ways that could pose risks to the United States and its allies in any crisis or conflict.

The Iranian leadership and military make a concerted effort in their statements, procurement patterns, and exercises to strengthen their deterrent posture in ways that give adversaries and their potential supporters pause in considering military confrontation with the Islamic Republic. Articles and discussions appear in the Iranian (and Arab) press on a continuing basis attesting to the prowess and sophistication of Iran's operational capability and technological know-how. Iranian interlocutors often exaggerate Iranian military capabilities and pepper statements with claims of capabilities heretofore unknown by

**PX641**

external observers. And they make clear the intention of Iran to retaliate in devastating ways in response to an attack on it. For example, then–Defense Minister Ali Shamkhani stated in August 2004 that "the Islamic Republic has acquired massive military might, the dimensions of which still remain unknown, and is prepared to attack any intruder with a fearsome rain of fire and death."[57] Iran holds large and relatively frequent exercises during which it demonstrates its latest advances in equipment and tactics. Iranian state television reported during Iran's 2006 Great Prophet 2 exercise that "Shahab missiles, carrying cluster warheads . . . were fired from the desert near Qom" and that 15 missiles were salvoed simultaneously, giving Tehran "unlimited and infinite" missile launch capability.[58] Thus, while it is difficult to measure the effect of Tehran's deterrent efforts—except by observing that Iran has not been attacked since the 1980s—these efforts appear concerted, well thought out, and supported, at least nominally, by Iran's doctrine and forces.

Clearly, Iran's ballistic missile capabilities—and the implication that they could be platforms for weapons of mass destruction—serve as a potent part of the deterrent. And in the event of crisis or conflict, these weapons would be useful in attempts to dissuade U.S. allies in the Persian Gulf from fully supporting certain U.S. operations from their territories. Iran may be able to salvo these missiles, possibly overwhelming U.S. and allied missile defenses in some circumstances while making it difficult for U.S. airpower to target mobile launchers. In the near term, despite their potential utility in deterring U.S. allies from cooperating with Washington in a crisis or conflict, Iran's missiles are unlikely to possess the accuracy and payload necessary to pose an operationally meaningful conventional threat to U.S. air operations or most other military activities in the region. They could be used to harass U.S. air operations by targeting airbases on the opposite side of the Persian Gulf, but U.S. efforts to provide passive protection to

[57] Presumably, Shamkhani was referring to Iran's growing inventory of ballistic missiles. See "Iranian Bassij Wishes for U.S. Defeat in Iraq," Agence France Presse, Arab News, December 1, 2003; also reported by Al-Muqtada.

[58] Quoted in Hughes, 2006.

PX641

assets on the ground should minimize the missiles' effect at this level of threat. However, as Iran improves the accuracy and payload of its ballistic missile inventory over time, its ability to destroy U.S. air assets and cause casualties on the ground and ultimately disrupt sortie generation likely will become more serious. Of course, mating nuclear warheads with its ballistic missiles would give Tehran a much more effective counterforce capability. But even improvements in guidance systems and conventional warheads and submunitions in the future could provide Iran missiles with operational military utility. In light of weaknesses in other components of its military, Tehran will continue to rely on its ballistic missiles as one of its few tools for maintaining strategic reach and impeding U.S. access to the region and to Iranian territory and airspace.

Iran is applying its doctrinal emphasis on asymmetric warfare across the board, but with mixed results. Iranian security forces remain fundamentally oriented to the defense of Iranian territory and to the deterrence of a foreign invasion. Given the size and terrain of Iran, Iranian ground forces appear adequately equipped and trained to make the cost of invasion and occupation of the country exorbitant, especially in relation to the U.S. and coalition experience in Iraq.[59] How effective the *Basij* would be in a conflict is open to question. *Basij* units are lightly armed, and most *Basij* personnel do not receive significant military training. What the *Basij* do provide, however, is a large pool of manpower familiar with the use of light infantry weapons; these militia forces can form the nucleus of regional resistance movements. If only a fraction of the estimated three to six million individuals on the *Basij* payroll remain loyal to the Iranian clerical regime and take up arms, there would be a significant post-conflict resistance movement in Iran.[60]

---

[59] As we noted in earlier, Iran is about three times the size of Iraq in population and area, and its terrain is much more rugged.

[60] The *Basij* generally recruit young volunteers (11–17 years of age) from rural areas or the poorer sectors of larger cities. Some appear to be ideologically motivated and deeply religious, but many are poorly educated. In many areas, particularly in the countryside and small towns, the *Basij* are little more than a civic/social group, and some of its members are

PX641

While Iran's air forces have tried to modernize (especially in the area of surface-to-air defenses), improve proficiency, and adopt asymmetric tactics, their ability to counter air operations in Iranian airspace by the USAF and U.S. Navy seems rather limited. It is unclear how third- and fourth-generation IRIAF air interceptors could "ambush" U.S. F-22s, B-2As, and F/A-18s, which would have superior situational awareness and concepts of employment. On the other hand, acquisition of increasingly sophisticated SAM systems such as the SA-10 and, in the future, the SA-20 would complicate U.S. air attacks on key Iranian targets and could threaten U.S. strike, command and control, and ISR aircraft. But limitations in surveillance and command and control capabilities likely will continue to hamper the integration—and hence full exploitation—of these systems into a functional integrated air defense system.

Iran's most effective option for protecting critical assets is likely to be passive defense. Over time, Iran has been concealing, dispersing, and hardening potential targets of a U.S. attack and would step up its passive defense efforts in camouflage, concealment, and deception as the United States built up forces in the region and an attack appeared imminent. Iran might also hide assets in civilian facilities (such as hospitals, schools, and mosques) and populate key sites with civilian "volunteers" (such as *Basij* militia members) to deter U.S. strikes. These modes of passive defense would prove extremely challenging to U.S. intelligence and targeting capacities, which might mischaracterize potential targets or even fail to identify and track key Iranian assets.

Of the land, sea, and air components of Iran's armed forces, its navies appear to have made the most headway in adopting asymmetric tactics to protect the coastline, conduct sea denial operations (particularly in the Strait of Hormuz), and damage U.S. forces. Setting aside for a moment the efficacy of trying to close the strait, Iran's mining, anti-ship cruise missile, and fast-attack capabilities could create very difficult conditions for passage of tankers through this critical waterway—even under U.S. convoy. Even if such Iranian efforts did not stop traffic

apparently motivated primarily by the monthly stipend provided by membership (International Crisis Group, 2002).

PX641

altogether, they would still have a profound effect on global energy markets. This is one of the few ways in which Iran can impose *strategic* costs on the United States. These efforts could internationalize the conflict in ways that would bring severe pressure on the United States to terminate hostilities before it had achieved its objectives. Moreover, well-executed swarming tactics could take some toll on U.S. naval vessels in the Persian Gulf, Strait of Hormuz, and Gulf of Oman. However, though it is slowly improving its capabilities, Iran's ability to find and target vessels over the horizon is quite limited; this presents a major challenge to effective use of its cruise missiles, except in the narrow strait. And because Iran's military relies extensively on mobilization of reserves, it is not clear how many of the small-boat crews have the training necessary to properly execute the precise coordination required to surprise and overwhelm U.S. ship defenses. Still, success is possible for Iran's navies, especially in the beginning of a shooting conflict.

In other doctrinal areas, grandiose statements by Iranian leaders and commentators mask shortfalls in implementation. The military is beset with institutional friction that prevents it from achieving jointness and integration. For example, after years of animosity dating back to the Iran-Iraq War, there appears to be little coordination between the IRIAF and the IRGCAF, a situation that could have dire consequences for aircraft operating in the same airspace.[61] Despite "joint exercises" ostensibly arranged to improve coordination between the IRGC and the *Artesh*, the armed forces are poorly integrated. Moreover, the Iranian military establishment has only very slowly mitigated its command and control, readiness, logistics, and ISR shortfalls, which remain substantial and render much of Iran's military second-rate.

While Iran emphasizes ideology and indoctrination in training, there are some indications that it is meeting widespread cynicism and ambivalence in the ranks—especially among the *Basij*, many of whom are drawn from the ranks of Iran's disaffected youth. As stated by one 24-year-old member in a 2005 interview: "The only reason I stay in the *Basij* is for the money . . . many of my friends in the *Basij* are unhappy

---

[61] See Fariborz Haghshenass, "Iran's Air Forces: Struggling to Maintain Readiness," Washington Institute for Near East Policy, PolicyWatch No. 1066, December 28, 2005.

PX641

with the government."[62] The *Basij* appear to be divided between those who are true believers in the revolution and those who serve primarily because of the substantial subsidy they receive.[63] In addition, the changing demographics of the *Basij* could degrade its revolutionary ardor: The growing influx of retired IRGC officers and elderly pensioners into the force may create generational friction with younger, discontented members.

Iran's defense industry does not appear to be able to produce equipment of the quality and quantity that the Iranian military requires.[64] Iran has not funded the development of a research and development establishment that will allow it to indigenously design, develop, and produce a broad range of modern military systems.[65] In fact, Iran's modernization program may have been slowed by its emphasis on the indigenous production of weapons. As part of its self-sufficiency initiative, it has focused on developing reverse-engineered weapon systems that are built to different standards. In addition to exacerbating existing logistics and supply problems within the Iranian military, this also dilutes the effect of Iran's investments in its arms industry.[66] Former Defense Minister Shamkhani noted in 2002 that

> We regard modernization as a key element of a comprehensive plan for the Iranian defense structure over the current decade. However, the main trend in Iran's defense procurement strategy is to rely on domestic manufacture to the maximum possible extent, and this has led to some delays in our modernization pro-

---

[62] International Crisis Group, "Update Briefing—Iran: What Does Ahmadi-Nejad's Victory Mean?" Tehran/Brussels, August 2005.

[63] International Crisis Group, 2002, p. 8; International Crisis Group, "Update Briefing—Iran," 2005, p. 6.

[64] Cordesman, 2005, p. 9; Enrico Po, "Iran (Almost) Does It Alone," *Bergamo Rivista, Italiana Drefesa*, in Italian, translated by FBIS, FBIS EUP20030407000354, January 2, 2003.

[65] See Ali Ghafuri, "An Interview with General Tavakoli, Deputy Commander of the Army in Charge of Self Sufficiency Jihad," *Iran Daily Newspaper*, Vol. 9, No. 2734, February 25, 2004, p. 15.

[66] Iran, for instance, produces small arms and artillery systems to both Western and Russian standards (Po, 2003).

PX641

cess. Because of existing limitations and restrictions on our access to advanced technologies, we are not in the position to quickly improve on our material. So, we try to use alternative solutions, such as strengthening civil and popular resistance, in order to achieve a balanced defense structure.[67]

In sum, Iran has succeeded in enhancing—and will continue to improve—its deterrent posture in some important fields, particularly in its ability to counter invasion and occupation, to reduce its vulnerability through passive defenses, to threaten or mete out punishment on other states and foreign forces in the region through ballistic missile and unconventional attacks, and to impede military and commercial maritime operations in contiguous waters. Overall, however, while Iran's military doctrine is designed to mitigate its inferiority in the face of more-powerful adversaries such as the United States and to exploit perceived enemy weaknesses, there are many areas where Iran's military capabilities do not meet doctrinal expectations. It is in light of these weaknesses—coupled with the belief that the United States poses an existential threat to the revolution—that Iranian leaders may seek to acquire nuclear weapons. It is this topic to which we now turn.

---

[67] "Interview with Adm. Ali Shamkhani, (former) Minister of Defense of the Islamic Republic of Iran," *Military Technology*, No. 7, 2002, p. 36. The existence of the *Basij* also exacerbates existing difficulties in modernizing the Iranian military. While exact figures are not available, personnel costs for the *Basij*, even at relatively modest pay scales, are likely to be a significant drain on Iran's defense budget. These costs could easily be in the range of $1 billion or more a year. The stipend for some *Basij* members is 95,000 toman (950,000 rials) a month. This amounts to $1,323 a year at the 2004 official exchange rate. Were the average *Basij* member on the *Basij* payroll to receive a stipend equal to 15 percent of this amount, *Basij* personnel costs would be in the range of $0.6–$1.2 billion a year (International Crisis Group, "Update Briefing—Iran," 2005). The magnitude of these potential costs is reflected by the decision of the *Majlis* in late 2004 to vote for the withdrawal of $350 million from Iran's Foreign Exchange Reserve Fund to pay for *Basij* expenses (Samaneh Ekvan, "Reserve Fund Rivalry," *Iran Daily*, December 13, 2004, p. 6).

PX641

## The Impact of Nuclear Weapons on Iranian Military Strategy Remains Uncertain

While our discussion in Chapter Two sets forth the rationale for Iranian acquisition of nuclear weapons, what is less clear is the Iranian leadership's own thinking about how such weapons could be deployed and employed to bolster the country's defense and protect the regime. Aside from the routine denials by Iranian officials about the military purpose of their nuclear program, reading Tehran's intentions is especially difficult given its strategic culture and decisionmaking processes.[68] Opacity, indirectness, and parallelism would appear to inform much of Iranian strategy on critical policy issues, and the incorporation of a nuclear arsenal into its defense doctrine is likely to follow similar precepts.

Available military literature in Iran has touched on the subject of nuclear weapons at both the strategic and operational levels. One Iranian writer noted their deterrent value:

> Through the effective implementation of nuclear deterrence, governments will attain the stage of security measures and trust building that we have baptized as the international security regime . . . . [G]overnments that accept voluntarily to be among the have-nots would expose themselves to uncertainty and enjoy no guarantee or support for their survival.[69]

In asking "What will future wars be like?" a writer in the Iranian military journal *Saff* answers, "In the future, tactical doctrine is likely to emphasize [the element of] surprise, an understanding of defense, superior firepower, nuclear weapons, and communications."[70]

---

[68]  For example, Ali Larijani, then–Secretary of the SNSC and a negotiator on nuclear matters, said in February 2007 that "repeatedly and frankly we have announced that in Iran's national security doctrine there is no room for atomic and chemical weapons as we consider them against Islamic laws" ("No Room for WMDs in Iran's National Security Doctrine, Says Larijani," IRNA, distributed by United Press International, February 11, 2007).

[69]  Khan, 1998.

[70]  "Iran: Magazine Looks at What Future Wars May Be Like," 2001, pp. 17–20.

PX641

Recent RAND research on nuclear-armed regional adversaries suggests that such regimes may believe that nuclear weapons could deter the United States from intervening or projecting power in their region, blunt U.S. military operations if deterrence fails, intimidate U.S. regional partners into denying the United States access to bases, and limit U.S. objectives (especially dissuading the United States from seeking to impose regime change).[71] Assuming that Tehran is indeed striving for nuclear weapons, how might Iranian acquisition unfold? And how might Iranian military doctrine evolve in the presence of these weapons?

**Paths for Crossing the Nuclear Threshold Carry Risks for Tehran**
Based on its perceptions of the security environment and its domestic legitimacy, Tehran could take a path to join the nuclear club that lies along a continuum between transparency (open acknowledgment that it has acquired a nuclear weapons capability) and opacity (secretly acquiring the capability and denying or slowly leaking that Tehran possesses it). Each method confers both costs and benefits for Iran in terms of diplomatic standing and deterrence value.

**Transparency.** Tehran might undertake a full declaration of its nuclear arsenal through open testing if it sensed an imminent threat to its survival or a drastic decline in relations with regional states. In these cases, the regime would calculate that the need to unambiguously convey a nuclear capability would outweigh the probable international criticism Iran would incur for breaking its obligations under the Nuclear Non-Proliferation Treaty. Additionally, Tehran might choose this path in times of domestic crisis, believing that an open test would produce an outpouring of nationalistic fervor and popular support for the regime.

---

[71] This research also suggests that Iran's conventional military weaknesses could make it more dangerous in a conflict in which its leaders perceive regime survival to be at risk. These leaders may be more prone to see the brandishing or use of nuclear weapons as their only means of changing the military situation in their favor. See David Ochmanek and Lowell Schwartz, *The Challenge of Nuclear-Armed Regional Adversaries*, Santa Monica, Calif.: RAND Corporation, MG-671-AF, 2008.

PX641

**Opacity.** A strategy of opacity would be taken by a regime that is relatively confident of its regional posture and enjoys good relations with neighboring states, yet seeks an additional layer of deterrence. Taking this path, Tehran would subtly reveal the existence of its nuclear weapon in a less confrontational manner to avoid forcing an explicit security dilemma on GCC and other neighboring states. Iran might continue flight tests and public displays of an extended-range Shahab while at the same time leaking evidence of its nuclear warhead capability. Tehran may believe that without detonation testing and full acknowledgement, regional states would feel less threatened and be less inclined to cut ties with Iran and join a U.S. security umbrella. Additionally, this path may allow Iranian leaders to preserve at least the fiction of adherence to the Nuclear Non-Proliferation Treaty. As noted in Chapter Two, such an option is consistent with Tehran's strategic culture and previous policies: opening multiple, seemingly contradictory avenues of influence, using both inducements and threats, and cloaking them in subtle ambiguity. One major drawback, however, is that without open testing, Tehran's planners might be uncertain of the weapon's reliability.[72]

On the other hand, Tehran may adopt "opacity" as a means of concealing the limitations of its program while conveying to the outside world some capability "heretofore unknown" that could be unleashed if Iran is attacked. In this way, the Islamic Republic could create a perceptual, or "virtual," deterrent even when its actual progress toward a nuclear weapon capability may be marginal. However, overemphasizing this in a threatening way may have the effect of increasing U.S. influence with Iran's Persian Gulf Arab neighbors at a time when Iran lacks the capabilities to back up its rhetoric.

The choice between transparency and opacity will ultimately hinge on Tehran's reading of regional threats and U.S. strategic intent as reflected by the U.S. military posture in the region. Certainly, the regime's understanding of these issues is fraught with paranoia and sus-

---

[72] For a discussion of transparency and opacity, see Kori N. Schake and Judith S. Yaphe, "The Strategic Implications of a Nuclear-Armed Iran," McNair Paper 64, Washington, D.C.: National Defense University, 2001, pp. 13–14.

PX641

ceptible to distortion and miscalculation. A lingering U.S. presence in Iraq, a military buildup in Central Asia and the Caucuses, the threat of sanctions or interruption of oil trade, or an increasingly assertive U.S. naval presence in the Persian Gulf could all stir Iranian fears of encirclement, bolstering the conclusion that an open test is the most expeditious deterrent. Conversely, Tehran's perception of robust trade and diplomatic ties with the GCC and Central Asia; healthy relations with the European Union, Russia, and China; and an American military preoccupied with Afghanistan and Iraq might push the regime toward a less blatant revelation or even a full deferment of acknowledging Iran's nuclear capability. However, it is reasonable to speculate that transparency may be the greater risk for Tehran with violation of the Nuclear Non-Proliferation Treaty potentially leading to economically devastating sanctions and, possibly, preventive war against it.

**Nuclear Weapons Are Unlikely to Supplant Other Iranian Deterrent Options**

If Tehran does cross the nuclear threshold, how might Iranian planners integrate nuclear weapons into a larger defense strategy, and how would this new capability affect Iranian conventional forces and warfighting doctrine? On the issue of nuclear command and control, there are many unknowns, and it is quite possible that Iranian leaders have not fully thought through specific procedures.[73] An article from *Saff* does gives some indication of Iranian thinking on nuclear command and control by stating that "the control of nuclear weapons on the battlefield requires that under the necessary conditions one must have rapid and reliable communications, and one must also use modern, rehearsed and swift methods."[74]

Others have argued that Iran will seek to challenge the prevailing orthodoxies on deploying, posturing, and targeting nuclear weapons, believing that the mere acquisition of the bomb (or even nuclear technology itself) will be a sufficient psychological deterrent. Press statements, writings in military journals, and other glimpses into Iranian

---

[73] Cordesman, 2005, p. 139.

[74] "Iran: Magazine Looks at What Future Wars May Be Like," 2001, pp. 17–20.

PX641

thinking on this issue appear to support the conclusion that Tehran regards nuclear weapons as powerful psychological assets but poor warfighting tools. For example, in an April 2003 press interview, a senior Iranian air force commander noted,

> In today's wars, the most important instruments of military power are nuclear, chemical and electronic. The first two because of the damage to generations and the residue in international communities, have limited application.[75]

Despite these unknowns, however, one can speculate about nuclear command and control and the associated military activity that would accompany this weapon. Given the IRGC's current control of Iran's strategic missile forces and any chemical weapons in its inventory, it is likely that the management of nuclear weapon storage, launch facilities, command and control, and delivery systems would also fall to this elite force.[76] However, it is also possible that the Iranian leadership's penchant for bureaucratic counterbalancing could play out in relation to such a critical capability. Namely, the Supreme Leader could create a parallel, IRGC-competitor institution charged specifically with oversight of nuclear weapons and associated command, control, communications, computers, and intelligence capabilities. This would prevent the IRGC from controlling both paramilitary operations and terrorism *and* the regime's strategic deterrence options. Likewise, the leadership could task separate organizations to control dual-purpose delivery means, such as ballistic missiles and certain strike aircraft (e.g., the Fencer or, if acquired, the Backfire).

To protect the nuclear infrastructure, Iran would put heavy emphasis on conventional forces required to defend it from threats ranging from special operations through conventional strike to nuclear attack. The IRGC would likely direct an intense denial and deception effort, expanding the construction of underground shelters, decoys,

---

[75] Lt. Col. Rahmatollah Salmani Mahini, interview with Brig. Gen. Naser Ma'sumarast, "Electronic Warfare Past and Present," *Saff* (Tehran), in Persian, FBIS IAP2003042000149, April 28, 2003, pp. 16–18.

[76] See Giles, 2000.

PX641

and camouflaged TELs, as well as focused improvements in active defenses. A major effort would also be required to develop survivable, redundant communications to ensure positive control of nuclear weapons and delivery means during crisis and conflict. Iran would also want to acquire adequate targeting, tactical warning, and attack assessment capabilities, which may nudge it toward an accelerated space effort, deployment of satellites, and cooperation with other space powers.

The IRGCAF and IRIAF would bolster Iran's nationwide air defenses, focusing on point defense, low-altitude radar coverage, and the integration of disparate systems from different countries. It is unlikely, however, that the IRGCAF would devolve any measure of authority or operational control over nuclear-related air defenses to the regular air force, given the sensitivity of these sites and the current state of rivalry between the two services. The advent of a nuclear weapon capability could therefore shift greater resources and funding to the IRGCAF (especially for surface-based air defenses), resulting in a corresponding atrophy of the regular air force. This has the potential to be a severe source of tension between the two organizations, especially if it involves transferring existing assets to the IRGC.

At first glance, a nuclear-armed Iran that feels reasonably confident of its deterrent posture might be expected to reduce its reliance on conventional forces, some parts of its doctrine related to asymmetric warfare in homeland defense, or its sea denial capabilities in the Strait of Hormuz. Despite this temptation, however, the regime is likely to retain multiple layers of deterrence, continuing to modernize its conventional military even at the expense of other priorities. First, Tehran would need to address the multitude of challenges involved in developing a credible deterrent and understanding the factors that underpin it, and conventional forces will remain an important part of that deterrent. Iran will continue to face uncertainty regarding its neighbors, to include Iraq, over the long term. For many contingencies, it would continue to need conventional or non-nuclear asymmetric capabilities both to deter invasion and to conduct combat operations. In many contingencies, nuclear weapons might be inappropriate or lack credibility as a deterrent or military instrument. And related to the credibility issue, even when confronting the United States—indeed, especially

PX641

when confronting the United States given the vast disparity between U.S. and Iranian nuclear capabilities—Iran's existential nuclear deterrent may suffer from severe credibility problems except in those cases in which regime survival is directly threatened or in which Iran faces catastrophic losses. If Tehran assumes that the most likely future is one involving long-term competition with the United States, it must have robust alternatives to the use of nuclear weapons. Otherwise, it becomes hostage to a narrow set of responses. Finally, in the event of some version of a U.S. invasion, the most credible nuclear threat may be one that is made while U.S. and Iranian conventional forces are engaged.

Second, a number of other factors may drive Tehran to continue to develop and sustain its conventional forces even if it were to acquire nuclear weapons. There are sufficient bureaucratic impulses within the military to convince key decisionmakers that Tehran's external procurement and domestic modernization program should continue unabated. Moreover, Tehran is seeking to become a major arms exporter to the Third World, and the addition of the bomb to its arsenal is unlikely to derail this effort.[77] And finally, Tehran would likely maintain a desire to project the image of a "first power" in the Middle East, and this would include the capacity to field a more modern, multifaceted military. However, Iran's future military modernization efforts could suffer if the acquisition of nuclear weapons spurs outside arms suppliers to halt shipments and technical assistance as part of a larger sanctions regime; they may also suffer if the development, maintenance, defense, and improvement of a nuclear weapon infrastructure and delivery means siphoned resources away from indigenous production of conventional armaments.

---

[77] Iranian Student News Agency, FBIS IAP20050722011019, July 22, 2005. In this report, Shamkhani states that military exports themselves are an important foundation of Iran's deterrence strategy.

PX641

## Conclusions

Iran's strategy is largely defensive, but with some offensive elements. Iran's strategy of protecting the regime against internal threats, deterring aggression, safeguarding the homeland if aggression occurs, and extending influence is in large part a defensive one that also serves some aggressive tendencies when coupled with expressions of Iranian regional aspirations. It is in part a response to U.S. policy pronouncements and posture in the region, especially since the terrorist attacks of September 11, 2001. The Iranian leadership takes very seriously the threat of invasion given the open discussion in the United States of regime change, speeches defining Iran as part of the "axis of evil," and efforts by U.S. forces to secure base access in states surrounding Iran. However, this threat has diminished somewhat in the minds of Iranian planners—at least for now—in light of the new administration in Washington and the demands U.S. involvement in Iraq and Afghanistan have placed on U.S. combat forces.

Iran seeks to attain and enhance capabilities at the low and high ends of the spectrum of conflict. At the low end, Iran focuses on support for terrorist groups, subversion, agitation of external Shi'ite communities, and asymmetric tactics against invasion. At the high end, Iran pursues ballistic and cruise missile capabilities and, probably, nuclear weapons. In addition, Iranian leaders seek to deter the United States and Israel and intimidate U.S. allies by emphasizing Iran's ability to exact an enormous cost for aggression against it based on many of these capabilities (nuclear weapons excepted) and some additional ones it claims are unknown to the outside world.

Iran's military doctrine is well suited to its defense strategy. Iran's military doctrine and major CONOPs are formulated to support its defense strategy. Iran fields some capabilities that are well suited to implementing these concepts. Iran's ballistic missile forces hold at risk assets the United States and its regional allies value and could constitute a psychological factor in any conflict. As Iran's missile force becomes bigger and more capable, it will pose a growing threat to military forces and bases in the region. These missiles, along with antimaritime capabilities, could enable Iran to impede U.S. access to the region and

PX641

disrupt the exploitation, refining, and export of Persian Gulf energy resources. Finally, Iranian forces have formidable capabilities to greatly complicate any invasion and occupation of the country.

However, Iran faces severe shortcomings in its military capabilities, which fall short doctrinally and operationally. Despite a major emphasis on asymmetric warfare in its military doctrine, Iran's ability to support this doctrine still falls short in some areas due to conventional inertia, decrepitude in a number of components (such as its air forces), procurement patterns, and shortfalls in training. Moreover, although Tehran's layered and overlapping security structures are key pillars of the regime's survivability in the face of potential unrest, the redundancy of roles and competition for resources between the different security organs creates friction, ambiguity, and institutional rivalry. These conditions, despite the regime's best attempts to overcome them through exercises and training, are damaging to battlefield performance and multiservice operations. Thus, the very sources of Iran's *internal* security may degrade its capability against an *external* threat. There is little sign that Iran will soon acquire meaningful numbers of late-generation conventional systems or greatly improve readiness, command and control, and other hallmarks of a modern army. While the ballistic missile force is certainly a psychological tool to be reckoned with in regard to U.S. allies in the region, it will be difficult for Iran to seriously disrupt U.S. deployments and operations without significant increases in accuracy and payload provided the United States and its GCC partners continue to harden key facilities.[78]

Despite existing weaknesses, Tehran is enhancing some capabilities that in future years could present challenges to U.S. military operations in the region. Iran will continue to emphasize doctrine and capabilities at both ends of the spectrum of conflict, but it will also pursue a wide range of conventional means if only because of bureaucratic inertia and vested interests that will exert pressure on the government to improve these capabilities even if they are doctrinally unrealistic. Iran will also continue to seek ways to threaten U.S. power projection oper-

---

[78] The introduction of Iranian nuclear-armed ballistic missiles would require a reassessment of U.S. concepts for power projection.

PX641

80   Dangerous But Not Omnipotent

ations—including the deployment and employment of airpower using bases in the region—and likely will improve these capabilities as long as animosity forms the foundation of the long-term U.S.-Iranian relationship. In the near term, weaknesses in Iranian CONOPs, military equipment, and infrastructure will limit the Islamic Republic's options in a crisis or conflict with the United States. Although important areas of its military capability are in disrepair and show few signs of improving quickly, Iran could potentially field capabilities that could challenge U.S. interests, influence, and force posture in the region. Future enhancements to Iran's arsenal of ballistic missiles and in its asymmetrically oriented naval operations could be among the most promising areas of emphasis for Iranian planners. And, of course, a future arsenal of nuclear weapons and associated delivery means could be a key element in Iran's quest to threaten the ability of U.S. commanders to deploy and employ military power effectively to protect U.S. interests in the region.

PX641

CHAPTER FOUR

# Iran and Its Non-State Partners: Assessing Linkages and Control

As noted in Chapter One, support to non-state Islamist actors around the globe forms an important component of Iran's power projection, deterrence, and retaliatory strategy. With Iran's perceived encirclement following the U.S.-backed toppling of the regimes of the Taliban and Saddam Hussein, this strategy has grown in importance, albeit not for the same aims that defined Tehran's early support to Shi'ite militants following the revolution.

In the early years of the Islamic Republic, the main objective of Iranian foreign policy was to export the revolution, most significantly to areas marked by Shi'ite marginalization in the Persian Gulf states and Lebanon. Iran sought ties with existing Islamist organizations, both Sunni and Shi'ite, and created some new ones as part of an effort to challenge ruling regimes throughout the Middle East. In more recent years, though, Iranian foreign policy has moved away from this revolutionary objective and back to a more traditional emphasis on state-to-state power politics—dealing with regimes as they are rather than trying to violently overturn them.

Nevertheless, Iran continues to provide lethal support to regional terrorists and paramilitaries for a variety of reasons. In the case of Palestinian groups and Hezbollah, this rejectionist strategy buys Iran enormous symbolic currency among Arab publics who are frustrated with the seemingly status quo approach of their authoritarian regimes. Together with Syria, Tehran has calculated that its lethal support to Hezbollah, the Palestinian Islamic Jihad (PIJ), and Hamas will enable

PX641

it to play a spoiler role in the peace process at critical junctures. As will be discussed in depth below, however, this expectation is ultimately subject to the calculations of these local groups, who often act or abstain from action independently from Tehran's wishes.

Aside from the Palestinian cause, Tehran supports terrorists and paramilitaries as agents of political influence who can exert pressure on unfriendly regional governments at critical moments. As noted above, the goal is not to overthrow these regimes but to "make the pot boil," as one scholar described Iran's paramilitary strategy in Iraq.[1] More importantly, though, lethal support to terrorists gives Tehran a retaliatory capability against U.S. assets and allied regimes in regional states, should hostilities erupt. Finally, in light of regional sectarian tensions stemming from Iraq, Iran also intends for its military support to Shi'ite militants to empower local Shi'ites against the threat from Sunni radicals and militias. While Iran does not actively seek to create a civil war in Iraq or elsewhere, it will nonetheless exploit sectarian strife to bolster its position as a regional patron of the Shi'ites and to block the expansion of Sunni Arab, particularly Saudi, influence.

This chapter addresses the dynamics of Iranian patronage to violent non-state actors, focusing specifically on three groups of critical importance to long-term U.S./DoD and USAF interests in the region: the Lebanese Hezbollah and, in Iraq, the SCIRI (now the ISCI) and the followers of Iraqi cleric Muqtada al-Sadr. We first identify the mechanisms through which Iran provides support to these groups, drawing from some general observations about Iranian support to non-state partners worldwide. We then examine in greater depth the history and evolution of Tehran's relationship with Hezbollah, the ISCI, and the Sadr movement, as well as shifts in how these groups perceive Iran as a spiritual mentor, reliable supplier of weapons, political advisor, or overly demanding patron. In all three cases, Iran's influence is circumscribed by a host of factors—most significantly, these groups' own calculations about whether Iranian aid advances their own domestic agendas.

---

[1]   Comments by a scholar of Iran at a Washington, D.C., conference on regional Shi'ite dynamics, September 30, 2004.

PX641

Based on these limitations, we assess that Iran will never reliably *control* these groups and that, even in the case of Hezbollah, Iran's expenditure of financial resources and military aid has not translated into unquestioned loyalty by a group it essentially founded. Thus, the use of the term "proxy" to define the relationship between Iran and its regional militant allies is overstated and inaccurate, with important implications for U.S. strategy. Most significantly, Tehran's support to these groups appears quite cynical and calculated—Iran would not hesitate to barter or terminate its patronage if it perceived that the state's broader strategic aims would be better served. This dynamic is most evident in Tehran's May 2003 offer to the United States to effectively disarm Hezbollah.

In addition, the willingness of these organizations to act as retaliatory agents for Tehran during an open conflict between the United States and Iran should not be taken as a priori. Instead, the decision to employ violence on Tehran's behalf will be based on a complex set of calculations that are rooted in these groups' perception of their domestic standing, their fear of a direct threat from the United States due to their affiliation with Iran, and, possibly, their calculations about whether the Islamic Republic would survive a U.S. attack. Fractionalization and splintering within these groups may occur between pro-Iranian and neutral wings, possibly with the tacit approval of Tehran. Alternately, the leadership of these groups may decide to secretly subcontract retaliatory attacks to a spin-off or "rogue" element to preserve deniability and ensure the continued political survival of the mainstream body.

By focusing on these variables and not categorizing these groups as Tehran's automatons, the menu of policy options available to the United States expands, with important implications for exploiting fissures and disagreements.

PX641

## Iran Exerts Influence Through Various Kinds of Support

Iran provides many different types of support to its non-state partners, ranging from materiel and technical assistance to spiritual guidance. This support can be categorized as follows:

- **Financial support.** Iran supplies many of its partners with cash payments that can be used to support all of their various activities. These funds are used to pay recruits and new members, purchase armaments, sustain logistics networks, and otherwise underwrite their activities. Such financial assistance enables group members to focus on the substance of their activities rather than on fund-raising. Furthermore, financial assistance can help make groups self-sustaining: Groups with more resources can do more things than poorly funded rivals and can in turn attract more recruits and more funds for more activities.[2]
- **Military assistance.** Iran provides many different forms of military assistance to its non-state partners. It provides weapons ranging from small arms to heavy weaponry and advanced technologies that non-state groups often cannot develop or procure on their own. Iran also provides the training that is the vital link in turning weaponry into true military capability. As discussed in Chapter Three, the elite Qods Force specializes in training foreign partners. It often brings members of its partner groups to Iran for training and, in some cases, will provide training opportunities in the groups' home countries.
- **Social services.** Iran often provides the funding and organizational capacity that enables its partners to build social service networks. These have proven particularly important in conflict zones where the government has stopped providing basic educational, medical, and humanitarian services. Groups that can step in and provide for these basic human needs are likely to gain loyalty and support, even among people who do not have a natural ideological affinity for the groups' goals.

---

[2] Byman, *Deadly Connections*, 2005, pp. 60–61.

PX641

- **Ideological influences.** As the country with the largest Shi'ite population and the birthplace of the Islamic Revolution, Iran sees itself as a natural religious leader.[3] It provides financial and spiritual support to Shi'ite scholars and clerics throughout the Muslim world, and it promotes the Iranian city of Qom as one of the main centers of Shi'ite scholarship.

Iran provides a wide range of assistance to its non-state partners to maximize its influence. These different forms of assistance reinforce each other and ensure that the groups cannot easily switch loyalties. A group might easily decide to reject Iranian military assistance if it could get weapons from another source, for example, but it would be much less likely to receive the same levels of training, financial resources, and ideological justification that Iran currently provides. Thus the multi-faceted nature of assistance is part of an Iranian strategy to make Iran's support indispensable and thereby increase Tehran's influence over its partners' activities.

This strategy has its limits, however. Influence is not the same as control. Many of Iran's partners have other sources of support—most commonly, revenues from smuggling routes and criminal behavior—which means that they can afford to run against Iranian interests without risking their own survival. Groups that receive significant assistance from Iran, especially across multiple issue areas, are likely to accommodate Iranian interests when they can. But Tehran's assistance does not buy unconditional loyalty; these groups may be willing to act independently when their own organizational interests and agendas are at stake.

The rest of this chapter examines how these support mechanisms function in two cases that are particularly important to the United States: Hezbollah in Lebanon and Shi'ite groups in Iraq. Though the historical background and context of these two cases vary considerably,

---

[3]  Iran's population includes 61.8 million Shi'ites, which is approximately 90 percent of the total population. Pakistan ranks second, with 33.2 million Shi'ites (about 20 percent of the total population), and Iraq ranks third, with 17.4 million Shi'ites (about 65 percent of the total population). (Vali Nasr, "When the Shi'ites Rise," *Foreign Affairs*, Vol. 85, No. 4, July/August 2006, p. 65.)

PX641

they share some important common features that allow us to make a broader assessment about Tehran's relationship with its militant partners worldwide—namely, that Iranian support does not automatically lead to Iranian control.

## Lebanon: Iran Maintains Strategic Influence Over, But Not Control of, Hezbollah

Iran has pursued its multifaceted relationship with Hezbollah in the pursuit of several strategic objectives. First, Lebanon remains one of the few places to which Iran can claim to have successfully exported its revolutionary agenda. While it is arguable that this objective had greater resonance in the 1980s than it does today, one should not underestimate its importance to hardliners within the Iranian regime, especially within the IRGC. Second, Iran's support for Hezbollah provides an opportunity to strengthen its influence within Syria and Lebanon. Similarly, Iran has derived collateral acclaim from Arab publics for its role in sponsoring Hezbollah as an anti-Israeli force. And third, Hezbollah remains an asset for Iran because of the threat and distraction it poses to U.S. forces in Iraq and elsewhere in the region.[4] As part of its strategy of deterring the United States, Iran points to Hezbollah's 2006 war with Israel as a validation of its own asymmetric strategy, with the warning that the United States can expect a similarly lethal guerilla opponent in the form of *Basij* paramilitary units.[5]

### Historical Ties Between Iran and Hezbollah

The historical relationship between Hezbollah and Iran can be traced back to the 1960s and the Shi'ite city of Najaf in Iraq. Figure 4.1 shows

---

[4]   Indeed, Chapter Two argues that Iran uses its relationship with Hezbollah and Islamic Jihad as an instrument of deterrence, especially in the aftermath of the 2006 conflict with Israel.

[5]   For an overview of Iran-Hezbollah relations and the role of Syria, see Abbas William Samii, "A Stable Structure on Shifting Sands: Assessing the Hizbullah-Iran-Syria Relationship," *The Middle East Journal*, Vol. 62, No. 1, Winter 2008, pp. 32–53. For the strategic utility of Iran's support, see Chubin, 2002, pp. 88–95.

PX641

**Figure 4.1**
**Key Events in the Relationship Between Iran and Hezbollah Since the 1960s**



RAND *MG781-4.1*

key events in the evolution of this relationship. Many Lebanese clerics traveled to Najaf to study with well-respected Shi'ite intellectuals in the seminaries there, such as Ayatollahs Muhsin al-Hakim and Muhammad Baqir al-Sadr. Ayatollah Ruhollah Khomeini also resided in Najaf between 1965 and 1978, allowing the development of strong personal ties between leading Iraqi, Iranian, and Lebanese Shi'ite clerics.[6] One of these clerics was Sayyid Muhammad Husayn Fadlallah, who some experts now believe functions as Hezbollah's spiritual guide, while others contend that the relationship is unclear.[7] Regardless of whether

---

[6]   For more information, see Martin Kramer, "Muslim Statecraft and Subversion," *Middle East Contemporary Survey, 1983–84*, Vol. 8, 1986, pp. 170–173.

[7]   Magnus Ranstorp, for example, attributes Fadlallah as Hezbollah's spiritual guide, while Amal Saad-Ghorayeb argues otherwise. See Magnus Ranstorp, *Hezbollah in Lebanon*, New York: St. Martin's Press, 1997; Amal Saad-Ghorayeb, *Hizbullah: Politics and Religion*, London: Pluto Press, 2002.

PX641

or not Fadlallah has a direct relationship with Hezbollah, most experts agree that his beliefs have made an impact on the organization.[8]

Upon assuming power in 1968, Iraq's Ba'ath Party began a campaign to suppress Najaf's influence. This campaign included the 1977 deportation of approximately 100 Lebanese Shi'ite clerics studying in Najaf back to Lebanon.[9] Fadlallah, who had traveled to Beirut in 1966, found his modest group of Lebanese followers bolstered by this influx from Iraq. This proved critical in allowing him to take control of the fledgling al-Da'wa Party in Lebanon.

At its establishment, the purpose of al-Da'wa was to reform Lebanon's more secular political establishment from within. But al-Da'wa was confronted with a significant contender for Shi'ite support in Lebanon in the form of another revolutionary movement, the *Afwaj al-Muqawama al-Lubnaniya* (AMAL). AMAL had been active, particularly in southern Lebanon, since the mid-1970s. AMAL also had strong ties with Iran. In 1959, an Iranian-born Lebanese cleric, Musa al-Sadr, was invited to act as the religious leader of the Shi'ites in Lebanon. As part of this role, Sadr subsequently founded the Lebanese Shi'ite Islamic Higher Council in 1967 as well as a series of militias, including AMAL in 1975.[10] The purpose of these militias was to protect Shi'ite residents of southern Lebanon from Israeli forces, Lebanese Christian militias, and, to a certain extent, Palestinian guerillas. Al-Da'wa was able to recruit members away from AMAL, apparently due to their opposition to AMAL's more secular nature.[11]

Notably, some of AMAL's leaders also disagreed with its more secular nature. In particular, AMAL's deputy leader, Abbas al-Musawi, championed an Islamic agenda for AMAL. Al-Musawi also expressed some concern over Syria's growing influence over AMAL. Therefore, al-Musawi pushed AMAL into a situation where its leaders essentially

---

[8]   Ranstorp, 1997; Saad-Ghorayeb, 2002.

[9]   Saad-Ghorayeb, 2002, p. 13.

[10]   These militias were established as part of a wider conflict, and indeed civil war, that began in April 1975 and continued for approximately 15 years (Hala Jaber, *Hezbollah: Born with a Vengeance*, New York: Columbia University Press, 1997, pp. 11–12).

[11]   Saad-Ghorayeb, 2002, p. 14.

PX641

had to choose between a more secular (Syria) or religious (Iran) strategy. AMAL's leaders chose to pursue a more secular revolution, which eventually resulted in Iran's public denunciation of AMAL in the early 1980s.[12] This denunciation coincided with al-Musawi's departure from the AMAL movement and his creation of "Islamic AMAL."

Following the 1979 Iranian Revolution, Iran's leaders also began to encourage the more radical members of al-Da'wa to leave the party. According to Magnus Ranstorp, Iran encouraged this defection because it viewed Lebanon as an excellent prospect for the exportation of the revolution.[13] Martin Kramer also observes in his research that in the early 1980s, Fadlallah publicly disagreed with Iran on Lebanon's place in the revolution, believing that an Islamic Republic in Lebanon would emerge gradually and over a longer period of time.[14] Iran encouraged the defection of al-Da'wa members in response to this disagreement, thus reinforcing a pattern in which Iran has encouraged splinter groups in situations where disagreement exists. Several notable Hezbollah leaders were part of this defection, including current leader Hassan Nasrallah. Most of these individuals joined with al-Musawi in forming the Islamic AMAL. The leadership of Islamic AMAL, soon to be known as Hezbollah, therefore drew its members from both the more militant-minded AMAL activists and the more spiritual-minded al-Da'wa Party. In both cases—al-Da'wa and AMAL—Tehran exacerbated fissures within the organizations as their leadership began to adopt a strategy counter to Iranian interests.[15]

The Israeli invasion of Lebanon in 1982 provided a critical opening for Iran to expand its influence with the Shi'ite militias through military training and financial support. Yet at the same time and somewhat ironically, Israel's eventual occupation of southern Lebanon dis-

---

[12] Ranstorp, 1997, pp. 31–32.

[13] Ranstorp, 1997, p. 30.

[14] Martin Kramer, "The Moral Logic of Hezbollah," in Walter Reich, ed., *Origins of Terrorism: Psychologies, Ideologies, Theologies, States of Mind,* Washington, D.C.: Woodrow Wilson Center Press, 1998, p. 138.

[15] Iran's strategy of exploiting fissures within organizations it supports may also be repeated in Iraq, as discussed in the following section.

PX641

tracted Hezbollah from its pursuit of Iran's ideological revolution in favor of removing Israeli forces. In March 1984, responding to the Israeli invasion, Iran and Syria reached an agreement that would allow Iran to arm and train Lebanese militias.[16] Iran initially sent 800 IRGC members into Lebanon to train Islamic AMAL members, in particular, to fight against Israeli soldiers. Soon thereafter, Iran sent approximately 700 additional IRGC personnel to establish six camps in the Beka'a Valley and participate in training activities. Trainees received stipends of $150–200 per month in the camps.[17] In addition to the IRGC, it is worth noting that Iran reportedly also sent approximately 30 to 40 clerics to Lebanon in an effort to strengthen ties and pursue its revolutionary agenda. According to one source, Iran spent approximately $50 million in aid to the militias in the mid-1980s.[18]

In this initial period, several factors laid the foundation for a strong future partnership between Hezbollah and Iran. Primarily, Hezbollah and Iran shared personal, religious, financial, and military ties. Yet beyond these personal and organizational ties, Hezbollah's leaders observed, from very early on, an Iranian tendency to denounce and even fracture those allies that choose an alternative path. For example, Iran encouraged members of AMAL to defect as its leaders developed a closer relationship with Syria. Iran also encouraged members to defect from al-Da'wa when its leaders expressed hesitation in applying Iran's revolution to Lebanon. Based on these experiences, it seems likely that Hezbollah's leaders believed the internal cohesion—and even survival—of their organization rested on maintaining close ties to Tehran. This belief may continue to a certain extent even today.

---

[16] "Baalbek Seen as Staging Area for Terrorism," *Washington Post*, January 9, 1984; Anthony Wege, "Hizbollah Organization," *Studies in Conflict and Terrorism*, Vol. 17, No. 2, 1994, pp. 151–164; Jerry Green, "Terrorism and Politics in Iran," in Martha Crenshaw, ed., *Terrorism in Context*, University Park, Pa.: Pennsylvania State University Press, 1995, pp. 553–594.

[17] "Baalbek Seen As Staging Area for Terrorism," 1984; Wege, 1994; Green, 1995, pp. 553–594.

[18] Green, 1995, pp. 553–594.

PX641

**Iran Has Tried to Strengthen Its Influence Over Hezbollah**

Tehran's initial hold over Hezbollah can be most readily discerned in the group's founding charter, which clearly defined the relationship between the Lebanese militia and its state patron. In February 1985, Hezbollah officially announced its existence in a document titled "Open Message from Hezbollah to the Downtrodden in Lebanon and the World." In this charter, Hezbollah described itself as follows:

> We, the sons of Hezbollah's nation in Lebanon, whose vanguard God has given victory in Iran and which established the nucleus of the world's central Islamic state, abide by the orders of the single wise and just command currently embodied in the supreme example of Ayatollah Khomeini.[19]

The statement indicates that Hezbollah leaders viewed themselves as part of a global Iranian revolution and answerable to Khomeini's authority. Indeed, at the time of this announcement, Iran had begun to use several mechanisms to exert influence over Hezbollah. Primarily, the IRGC provided guerrilla warfare training to Hezbollah leaders, members, and recruits. Officials in the Iranian embassy to Lebanon also interacted with Hezbollah.[20] Money and equipment traveled from Iran to the leaders of the Shi'ite militias, primarily via Syria.

Similarly, close parallels existed between Iran's and Hezbollah's interests in the mid- to late 1980s. Both Iran and Hezbollah wanted to remove multinational forces, particularly those including U.S. troops, from Lebanon. Both Iran and Hezbollah also wanted to repel Israeli interests in Lebanon. This parallel was reflected in Hezbollah's activities. For example, Hezbollah attacks during the mid-1980s can be grouped into two basic categories: suicide attacks on Israeli and mul-

---

[19]  John Kelsay, *Islam and War: A Study in Comparative Ethics*, Louisville, Ky.: Westminister/John Knox Press, 1993, pp. 77–110.

[20]  In *Pity the Nation*, Robert Fisk described a trip to the Iranian Embassy in 1985, noting that the guards outside the embassy were part of Hezbollah (Robert Fisk, *Pity the Nation*, 3rd ed., Oxford: Oxford University Press, 2001, p. 609). See also Magnus Ranstorp, "Hezbollah's Command Leadership," *Terrorism and Political Violence*, Vol. 6, No. 3, August 1994.

PX641

tinational forces and the kidnapping of Western hostages.[21] Figure 4.2 shows key Hezbollah attacks during the 1980s.

Interestingly, according to Martin Kramer and Magnus Ranstorp, Hezbollah's leadership began to question the utility and morality of hostage-taking and suicide attacks in the late 1980s.[22] The appropriate role for suicide attacks was contentious because Ayatollah Khomeini apparently did not provide any specific guidance on this tactic. Similarly, Fadlallah reportedly provided a justification for these attacks in 1983, but then subsequently retracted it.[23] The fact that Hezbollah

**Figure 4.2**
**Hezbollah Attacks During the 1980s**



March 1983: Hezbollah members detonate a truck loaded with explosives next to an IDF convoy, killing or injuring 120 people

October 1983: Hezbollah members crash explosive-laden trucks into the barracks of U.S. and French multinational peacekeepers, killing 241 U.S. servicemen and 58 French paratroopers

March 1985: Hezbollah members abduct Terry Anderson, the chief Middle East correspondent for the Associated Press

June 1985: Hezbollah members hijack a TWA flight en route from Athens to Rome, diverting it to Lebanon

Jan 1983   Jan 1984   Jan 1985   Jan 1986

March 1984: Hezbollah members abduct CNN Beirut bureau chief Jeremy Levin

March 1984: Hezbollah members abduct William Buckley, a political officer at the U.S. embassy in Beirut

December 1984: Hezbollah members hijack a Kuwait Airlines flight from Kuwait to Pakistan, diverting it to Tehran and killing two passengers

RAND *MG781-4.2*

---

[21]  For more information on Hezbollah tactics during this period, see Brian A. Jackson, John C. Baker, Peter Chalk, Kim Cragin, John V. Parachini, and Horacio R. Trujillo, *Aptitude for Destruction,* Santa Monica, Calif.: RAND Corporation, MG-331-NIJ and MG332-NIJ, 2005; Ranstorp, 1997; Jaber, 1997.

[22]  Magnus Ranstorp, "The Strategy and Tactics of Hezbollah's Current 'Lebanonization Process,'" *Mediterranean Politics,* Vol. 3, No. 1, Summer 1998, pp. 103–134; Kramer, 1998.

[23]  Ranstorp, 1998; Kramer, 1998. See also Amal Saad-Ghorayeb, 2002, pp. 127–133.

PX641

leaders turned to Iran, as well as a closely associated cleric, for guidance on this issue further underscores the strength of the relationship between Iran and Hezbollah. It also indicates a willingness on the part of Hezbollah leaders to defer to Iran's judgment, at the very least in situations for which they do not have a strong opinion or when they need to maintain internal unity. Although the issue of suicide bombings was never fully resolved, the lack of direction from Iran and the ongoing internal Hezbollah debate apparently contributed to a decrease in the use of suicide attacks by 1986.

Iran also sought to maintain influence in Lebanon as a means to pursue both partnership and competition with Syria. Hezbollah thus became an impetus for cooperation between the two states, as well as a source of friction. Competition between Iran and Syria peaked in the late 1980s, which saw a significant increase in internecine violence between the various Lebanese militias—AMAL, Hezbollah, Lebanese Christian militias, and Palestinian guerrillas—in Lebanon. This violence was magnified by the militias' various nation-state proxies, namely Syria, Iran, and Israel.[24] The civil war finally reached its peak in 1989 and was resolved to a certain extent through the Taif Accords. The accords established a power-sharing arrangement among Christians, Sunnis, and Shi'ites in Lebanon; they also required all militias to decommission their weapons.[25] The one exception to this disarming was Hezbollah. In an agreement facilitated by Iran, Hezbollah was allowed to keep its weapons as long as it focused its attacks on Israeli rather than Lebanese targets.[26]

Iran solidified its ties with the Hezbollah leadership and cadre throughout the 1990s. For example, in 1992, Israeli forces assassinated then–Hezbollah leader Abbas al-Musawi.[27] Al-Musawi was succeeded

---

[24] For more information, see Robert Fisk, 2001; Ian Black and Benny Morris, *Israel's Secret Wars*, New York: Grove Weidenfeld, 1991.

[25] "Syrian Troops Enforce South Beirut Truce; Inter-Shiite Fighting Ends," *World News Digest*, June 3, 1988; "Baalbek Seen as Staging Area for Terrorism," 1984; Wege, 1994, pp. 151–164.

[26] "Syrian Troops Enforce South Beirut Truce," 1988; Wege, 1994, pp. 151–164.

[27] Peter Hirshberg, "Getting Smart," *Jerusalem Post,* December 17, 1992.

PX641

by Nasrallah, the current leader of Hezbollah. Nasrallah had responded to Iran's encouragement and defected from the al-Da'wa Party in the early 1980s; he also trained with IRGC members. Under Nasrallah's guidance, Hezbollah retaliated for the assassination of al-Musawi by attacking the Israeli embassy (1992) and a Jewish cultural center (1994) in Argentina. According to evidence revealed in the Argentina trials, individuals at the Iranian embassy there housed the responsible bombers and conveyed messages to and from Hezbollah leadership in Lebanon.[28] In fact, some evidence suggests that Hezbollah requested permission from Iran before actually conducting the attacks.[29] These attacks led to a tacit status quo between Hezbollah and Israel—Israel would not assassinate top Hezbollah leaders and Hezbollah would not attack Jewish targets outside of the Levant.

Similarly, in the mid-1990s, Nasrallah began to expand Hezbollah's presence in southern Lebanon to better access and infiltrate Israeli targets.[30] Israel responded by bombing villages sympathetic to Hezbollah. Once again, Hezbollah turned to Iran for help in its attempts to bolster popular support in southern Lebanon. Iran therefore increased its aid to Hezbollah significantly (to approximately $200 million annually).[31] Hezbollah used this money to establish *Jihad al-Bina'*, an organization that rebuilt homes destroyed by Israeli attacks. Hezbollah also created *al-Imdad*, which provides health workers and clinics

[28] "Focus on Hezbollah," *The Lebanon Report*, Vol. 4, No. 3, March 1993, pp. 6–7; "Buenos Aires: A Prime Target for Pro-Iranian Terror," *Jerusalem Post*, August 11, 1994; Israeli Ministry of Foreign Affairs, "Special Survey: Bombing of the AMIA Building in Buenos Aires," July 19, 1994; Katzman, 2003.

[29] According to Matthew Levitt, Argentina's intelligence service believes that Khamenei issued a *fatwa* permitting this attack (Matthew Levitt, "Iranian State Sponsorship of Terror: Threatening U.S. Security, Global Stability, and Regional Peace," Testimony Before the House International Relations Committee, February 16, 2005).

[30] For more information on Hezbollah's expansion in southern Lebanon, see Ranstorp, 1998, pp. 103–134; Sami Hajjar, "Hezbollah: Terrorism, National Liberation or Menace?" thesis, Carlisle Barracks, Pa.: U.S. Army War College, Strategic Studies Institute, August 2002.

[31] Ranstorp, 1998, pp. 103–134; Hajjar, 2002.

PX641

to Hezbollah sympathizers.[32] With regard to military technology, Iran also continued to provide Hezbollah with *katyusha* rockets so that it had the ability to launch attacks on Israeli towns in northern Israel. By 1996, with Iran's aid, Hezbollah was once again able to negotiate a status quo agreement with Israel—Israel would not bomb Hezbollah villages and Hezbollah would not launch *katyusha* rockets into northern Israel.[33]

This pattern—Hezbollah turning to Iran for help with its offensives/counteroffensives against Israel—continued throughout the 1990s until Israel's eventual withdrawal from southern Lebanon in May 2000. Indeed, Iran allegedly provided Hezbollah with numerous technologies that allowed this group to continue to inflict casualties on Israeli forces. Some of these technologies included night vision goggles, UAV technologies, remote-detonated IEDs, and BGM-71 tube-launched, optically tracked, wire-guided (TOW) missiles.[34] It is therefore arguable that Hezbollah was able to force Israel's withdrawal from southern Lebanon because of Iran's patronage.[35]

Experts believe that between May 2000 and August 2006, Iran maintained approximately 150 IRGC personnel in Lebanon, primarily to help Hezbollah with the acquisition and deployment of new

---

[32] Ranstorp, 1998, pp. 103–134; Jaber, 1997; Naim Qassam, *Hezbollah: The Story from Within,* London: Saqi Books, 2005.

[33] Such a status quo agreement is not beyond belief and, in fact, had precedent in the Hezbollah-Israel conflict. For example, in 1993 Israel Defense Forces Chief of Staff Ehud Barak made a public statement to this effect, which was reprinted in the September edition of *The Lebanon Report* ("What Security for the South?" *The Lebanon Report*, Vol. 4, No. 9, September 1993, p. 5).

[34] "Hezbollah and Israeli Wage Electronic War in South Lebanon," *Jane's Intelligence Review,* February 1, 1995; Leslie Susser, "Hezbollah Masters the TOW," *Jerusalem Report*, March 13, 2000, p. 18; and "Recognizing Iran as a Strategic Threat: An Intelligence Challenge for the United States," Staff Report of the House Permanent Select Committee on Intelligence, August 23, 2006.

[35] On August 15, 2006, al-Muqtadah aired a documentary on the life of Nasrallah. In this documentary, Nasrallah credited aid from Syria and Iran for Hezbollah's success against Israel in southern Lebanon that forced the May 2000 withdrawal ("Al-Jazirah TV Airs Documentary on Life, Rise of Hezbollah's Hasan Nasrallah," OpenSource.gov, GMP20060816637002, August 15, 2006).

PX641

weapon systems.[36] These weapons were transported from Iran by air or sea to Damascus and then overland to Lebanon in trucks.[37] For example, a *Jane's Intelligence Digest* article reported that in July 2006, Iran loaded eight Chinese-designed C-802 antiship cruise missiles and three launchers onto a transport plane at the military section of Mahrebad airport outside Tehran for shipment to Hezbollah via Syria.[38]

In addition to the weapon systems described above, the 2006 conflict revealed new information about Hezbollah's guerrilla warfare capabilities. According to experts, Hezbollah's strategy was to retain the capability to launch rockets into Israel over the course of the conflict, in effect waging a psychological campaign against the Israeli populace.[39] To do this, it used mobile rocket launchers, as seen in past confrontations with Israel. Hezbollah also placed some launchers on platforms that could be raised and lowered from holes in the ground. After the rockets were fired, Hezbollah teams would then lower the platforms and place fire-retardant blankets over the launchers to lessen their infrared signatures.[40] Israeli military reports also suggest that 45 percent of Israel's main battle tanks hit by Hezbollah antitank guided missiles were penetrated.[41]

Finally, it appears that Hezbollah became concerned enough about Israel's air capabilities in the summer of 2006 that it began to pursue countermeasures through Iran. Since August 14, 2006, some reports have suggested that flights originating in Tehran have been landing at Lebanon's al-Qusayr airport on a daily basis.[42] Most of these shipments appear to be aimed at resupplying Hezbollah's rocket stockpiles. But

---

[36] Katzman, 2003; "Arming Hizbullah," *Jane's Intelligence Digest*, October 20, 2006.

[37] Katzman, 2003; "Arming Hizbullah," 2006.

[38] Katzman, 2003; "Arming Hizbullah," 2006.

[39] "Deconstructing Hezbollah's Surprise Military Prowess," *Jane's Intelligence Review*, November 1, 2006.

[40] "Deconstructing Hezbollah's Surprise Military Prowess," 2006.

[41] "Israeli Armor Fails to Protect MBTs [Main Battle Tanks] from ATGMs [Antitank Guided Missiles]," *Jane's Defence Weekly*, August 30, 2006.

[42] "Arming Hizbullah," 2006

PX641

Hezbollah also has turned to Iran for newer technologies. For example, in September 2006, Cypriot authorities seized a freighter bound for Syria from Iran that was carrying 18 truck-mounted air-defense radars and three command vehicles.[43]

### Iran Also Has Expectations of Hezbollah

Given Iran's continued support for Hezbollah over a period of 20 years, it is reasonable for Iran to expect something in return. For example, most experts agree that Iran expects Hezbollah to continue to pursue its revolutionary agenda in Lebanon, allowing Iranian clerics to teach in Hezbollah mosques, and advocating for an Islamic state in Lebanon.[44] It is difficult to determine how significant a priority this revolution is for Iran; it is likely more important for some components of the Iranian regime than others. But the continued emphasis on religious ties suggests that some expectation still exists.

Additionally, Iran apparently hopes that Hezbollah will regulate its own attacks against Israel in such a way that Iran will not get dragged into a direct confrontation with Israel or the United States.[45] This expectation might require that Hezbollah at least notify Iran before conducting a significant attack or making another strategic decision, such as the kidnapping of Israeli soldiers in the summer of 2006. But it might also suggest at least some degree of "permission" for strategic attacks, as was suggested by the Argentina bombings.

Finally, some U.S. government officials believe that Iran expects to be able to use Hezbollah as an extension of its military apparatus and more clandestine foreign policy.[46] That is, Iran might expect Hezbollah to conduct attacks ordered by the regime and yet still provide Iran with a certain degree of plausible deniability. One often-cited example is Hezbollah's alleged training of Shi'ite militias in Iraq. For example,

---

[43] "Arming Hizbullah," 2006

[44] Vali Nasr, "After Lebanon, There's Iran," *Christian Science Monitor*, August 9, 2006.

[45] Robert Grace and Andrew Mandelbaum, "Understanding the Iran-Hezbollah Connection," United States Institute of Peace Briefing, September 2006.

[46] U.S. Counterterrorism Coordinator Henry Crumpton, cited in "Recognizing Iran as a Strategic Threat: An Intelligence Challenge for the United States," 2006.

PX641

in November 2006, the *New York Times* cited a U.S. intelligence offi-
cial who claimed that Hezbollah was providing training and assistance
to the Mahdi Army in Iraq, including information on how to make
shaped charges that have proven effective against armored vehicles.[47]

It is sum, it is clear that Iran has worked to strengthen and expand
its influence over Hezbollah over the past 24 years. Moreover, this
relationship thus far has served Iran's strategic interests in the region,
mainly its promotion of a revolutionary agenda, its animosity toward
Israel, and its influence within Lebanon and Syria. Iran also likely
perceives its relationship with Hezbollah as a potential counterweight
against the United States should tensions rise further between the two
countries. Just because the ongoing relationship furthers Iran's inter-
ests, however, does not necessarily mean that Hezbollah will always act
in Iran's strategic interests.

**Hezbollah's Commitment to Iran Fluctuates**

At its inception, Hezbollah's leaders apparently viewed themselves as a
vanguard of Iran's revolution in Lebanon and under the command of
Ayatollah Khomeini, according to the aforementioned "Open Message
from Hezbollah to the Downtrodden in Lebanon and the World." This
statement was a clear departure from the position taken by Fadlallah
and the al-Da'wa Party, who believed that an Islamic revolution would
take place much more slowly in Lebanon than in Iran. Moreover, it was
apparently reinforced by Iranian clerics sent to Hezbollah mosques in
Lebanon, as well as trainers from the IRGC. Since that time, however,
Hezbollah's interests with respect to its relationship with Iran have
evolved as the group has matured and become a regional actor in its
own right.

It is arguable that the first true shift in Hezbollah's interests came
with the end of the Lebanese civil war and the 1989 Taif Accords. With
Iran's acquiescence, these accords shifted Hezbollah's focus away from
internal activities toward the fight against Israel. Indeed, as a result of
the brokering of this agreement among Lebanese factions, Hezbollah

---

[47]  Michael Gordan and Dexter Filkins, "Hezbollah Said to Help Shiite Army in Iraq," *New
York Times*, November 28, 2006.

**PX641**

was forced to concentrate its efforts on a guerrilla campaign against Israeli forces in southern Lebanon, as opposed to attacking Western and Lebanese targets. As Hezbollah's efforts expanded in southern Lebanon, it needed to improve its local intelligence collection and so, similarly, it increased its social services and recruitment activities in the south. The expansion of Hezbollah's intelligence apparatus, of course, has been viewed and much discussed by experts as a significant contributing factor to its success against Israel.[48] Equally important, however, Hezbollah's recruitment efforts in southern Lebanon also helped direct its interests away from an Islamic revolution and toward national liberation.

Throughout the 1990s, Hezbollah's message to audiences—and, thus, potential recruits—in southern Lebanon reflected much less Islamic revolutionary goals than Lebanese nationalism. For example, according to Ron Schleifer from Bar Ilan University in Israel, Hezbollah's messages between 1991 and 2000 incorporated a mix of Shi'ite fundamentalism and national liberation rhetoric.[49] Schleifer's study of Hezbollah propaganda revealed an emphasis on the following themes: (1) unity within Lebanon—Shi'ite, Christian, Sunni, and Druze, (2) Israel's occupation of Jerusalem, (3) the justness of Hezbollah's use of violence, (4) determination in the face of a long struggle against Israel, (5) opposition to Israel's bombardment of Lebanese and Palestinian villages, and (6) God's will to expel Jews from southern Lebanon.

Given these broader goals, it appears that as Hezbollah's leaders felt the need to expand their pool of supporters and potential recruits, their messages similarly broadened: Hezbollah leaders believed that messages of Lebanese nationalism would hold greater appeal with its support communities in southern Lebanon. Of course, it is likely that, if asked, Hezbollah leaders would have argued that in order to pursue

---

[48] "Hezbollah's Intelligence Apparatus," *Jane's Terrorism and Security Monitor*, September 13, 2006; Ranstorp, 1997; Jaber, 1997; Ron Schleifer, "Psychological Operations: A New Variation of an Age Old Art: Hezbollah Versus Israel," *Studies in Conflict and Terrorism*, Vol. 29, 2006, pp. 1–19.

[49] Schleifer, 2006.

PX641

an Islamic revolution within Lebanon, Israeli forces first had to be evicted. But Schleifer's study reinforces the view that, in the 1990s, Hezbollah shifted its emphasis away from an Islamic revolution and toward Lebanese nationalism in an effort to broaden its appeal, representing at least a short-term change in its interests.

This shift subsequently affected Hezbollah's perception of its relationship with Iran. Iran apparently became much less directive of Hezbollah's activities and more of a facilitator of Hezbollah's fight against Israel. At that time, Hezbollah's own interests took precedence over Iran's in Hezbollah's activities. The most striking example is the aforementioned 1996 status quo negotiation between Hezbollah and Israel on the use of *katyusha* rockets on targets in northern Israel. It was clearly in Hezbollah's interest to halt Israeli military attacks on Hezbollah villages in southern Lebanon; likewise, it was in Israel's best interest to halt Hezbollah *katyusha* attacks on Israeli towns in Galilee. But this status quo agreement seems to have constrained one of Iran's more significant means of pressuring Israel.

Indeed, Hezbollah's overwhelming identification with ending the Israeli occupation of southern Lebanon meant that the May 2000 withdrawal represented both a victory and a dilemma for the organization. How could Hezbollah justify its existence once Israel withdrew from Lebanon? In response to this challenge, Hezbollah began to transform itself into a political party rather than a resistance movement.[50] To do this, it attempted to expand its presence into Christian-dominated areas of Lebanon and run on its history of social services and its nationalistic agenda. This approach gained Hezbollah nine affiliated and three non-affiliated seats in the Lebanese parliament.

One wonders if perhaps Iran and other revolutionaries quietly criticized Hezbollah for this outreach and, arguably, political moderation. The defensive tone of key Hezbollah officials certainly conveys this impression. For example, in his 2005 book, *Hezbollah: The Story from Within*, Naim Qassam, the deputy secretary of Hezbollah, attempted to justify his organization's alliance with other parties as follows:

---

[50] Rodger Shanahan, "Hezbollah's Dilemma," *Mideast Monitor,* February 2006.

PX641

> [Hezbollah's] commitment to the Jurist-Theologian [the Supreme Leader] and his jurisprudence does not limit the scope of internal work at the level of forging relations with the various powers and constituents of Lebanon. It further does not limit the sphere of regional and international cooperation with groups with whom the Party's strategic direction or concerns meet.[51]

In this statement, Qassam seems both to be taking a further step back from Iran and its authority over Hezbollah's day-to-day decisions, especially with regard to Lebanon's internal dynamics, and to be reaffirming Hezbollah's acceptance of Supreme Leader Khamenei's spiritual authority. It is clearly a difficult balance to achieve, but most experts seem to have interpreted this balance as mostly an assertion of independence on the part of Hezbollah between May 2000 and August 2006.[52]

Of course, Hezbollah's ability to assert its independence was eroded to a certain extent after the August 2006 ceasefire between Hezbollah and Israel. As mentioned previously, Hezbollah has turned to Iran for support in rebuilding its infrastructure, including financial aid to rebuild support services and direct weapon transfers to rebuild caches of *katyusha* rockets in particular. This reliance on Iran (as well as Syria) makes it difficult for Hezbollah to assert its independence, even when it comes to internal domestic politics in Lebanon. Even beyond Hezbollah's own interest in achieving a certain degree of independence from Iran, a perception of independence is important for its own internal struggle for legitimacy. Increasingly, Lebanese politicians opposed to Hezbollah have used its association with Iran as leverage and a means of criticism.[53]

Indeed, this domestic pressure has been increasingly evident in Hezbollah's own rhetoric as it has attempted to respond to accusations that it pursues Syria's and Iran's interests, not those of the Lebanese

---

[51] Qassam, 2005.

[52] Grace and Mandelbaum, 2006.

[53] One such politician is Walid Jumblatt, who has waged a continuous campaign against Hezbollah since August 2006.

PX641

people. For example, in a January 2007 speech given to residents of neighborhoods in southern Beirut, Nasrallah once again attempted to place some distance between Hezbollah and Iran:

> Nowadays, there is talk of reviving new initiatives, of Saudi-Iranian moves, of Arab moves. We bless any endeavor, and bless whoever seeks to help Lebanon. But to dispel any delusion, any . . . [changes thought] . . . I know the brothers in Iran, and based on what we heard from the brothers in the Kingdom of Saudi Arabia—neither Saudi Arabia nor Iran is entertaining the notion of embarrassing its friends in Lebanon or forcing their hands. This is the first point. I am being polite here. Second, it goes without saying that any agreement that could be achieved between any two world states or governments, even if they are held in high esteem and enjoy respect, cannot be binding to the Lebanese, who should pursue their real national interests.[54]

In sum, Hezbollah statements suggest that it does not consider its interests to be in perfect alignment with those of Iran, and its behavior reaffirms this assessment—Hezbollah continues to focus its energies on internal Lebanese politics. Although this divergence in interests between Hezbollah and Iran has yet to play itself out, it seems clear that the instability in Lebanon and tensions between the United States and Iran have the potential to force these two entities apart or forge an even stronger alliance between them. U.S. planners should carefully consider how to account for the Hezbollah threat, therefore, if tensions rise between Iran and the United States. In this context, rather than viewing Hezbollah as a proxy for Tehran, U.S. planners should attempt to weigh and anticipate Hezbollah's own interests. Our research findings suggest that Hezbollah likely will feel obliged to help Iran should it confront the Unites States, given Iran's continued support to Hezbollah in its conflict with Israel. But Hezbollah may only feel this obligation under certain circumstances.

---

[54] Speech given by Hasan Nasrallah, live televised speech given in the southern neighborhoods of Beirut, al-Manar television, January 24, 2007.

PX641

The most likely circumstance would be in response to U.S. aggression against Iran, whether preemptive or after an escalation of tensions.[55] If Iran asks Hezbollah to attack U.S. interests under these circumstances, it may feel as if it has no option but to attack. Given Hezbollah's past history, this support for Iran could manifest itself in attacks against U.S. forces in the region. But Hezbollah could also attack U.S. civilians in retaliation, as it did to Jewish targets in Argentina. Attacks against U.S. civilians would not necessarily take place in the U.S. homeland, but Hezbollah might choose instead to attack softer, more easily accessible targets in the Middle East, Latin America, or even Western Europe. Beyond U.S. aggression, U.S. military planners should also expect Hezbollah to feel obliged to assist Iran with terrorist attacks against Western targets should a stringent and economically punishing UN embargo be placed on Iran.

In contrast, Hezbollah is less likely to respond positively to Iran's requests for help if Iran escalates any tensions with the United States to the point of aggression. Hezbollah leaders might feel, in these circumstances, that it would be risking local popular support within Lebanon if it paralleled Iranian aggression against the United States with its own. Similarly, despite Hezbollah's alleged presence in Iraq, it is less likely to initiate attacks against the United States—particularly U.S. civilians—in response to arguments between Iran and the United States over the fate of Iraq. Of course, these suppositions still could be explored much more thoroughly, perhaps in scenarios and exercises. Fundamentally, the key finding from our research is that Hezbollah does pursue its own interests and, therefore, will not always do Iran's bidding.

---

[55] When asked about Hezbollah's reaction to a strike on Iran, the party's deputy secretary general, Na'im Qassem, stated in September 2007, "The state that comes under attack is responsible for responding to the attack and defending itself" (Interview with Naim Qassem, al-Watan, September 23, 2007, cited in Samii, 2008 p. 53). On the issue of Hezbollah retaliation, Samii writes, "Hizbullah's willingness to put itself at risk on Iran's behalf under current circumstances is questionable. Hizbullah may act if the survival of Iran's Shi'a regime is at stake—if a war against Iran is launched, for example" (Samii, 2008, p. 53).

PX641

## Iraq: Iran's Strategic Interests Drive It to Partner with Multiple Groups

Iran has several important strategic interests at stake in Iraq. Proximity alone means that Iran will be directly affected by future developments in Iraq. The two countries share a border that extends over more than 900 miles of mountainous terrain; this border is virtually impossible to control, which means that Iran remains vulnerable to smuggling, crime, and refugee flows out of Iraq. This vulnerability is compounded by the memory of the bloody eight-year Iran-Iraq War, which resulted in hundreds of thousands of casualties on both sides. Iran therefore wants to ensure, above all else, that the Iraq which ultimately emerges has peaceful intentions toward its neighbors. As one former Iranian official explained, chaos in Iraq "does not help Iranian national interest[s]. If your neighbor's house is on fire, it means your home is also in danger."[56] To this end, Iran seeks a future Iraq that is

- Territorially intact. The breakup of Iraq into any number of smaller states would create massive refugee problems. It could also embolden the secessionist desires of Iran's many minority populations, especially among the 4.5 million Iranian Kurds.
- Ruled by a central government. A central Iraqi government, even one that is weak, will be more capable of mitigating sectarian tensions and secessionist desires than any alternative form of government. It will also be the most likely to constrain Sunni extremist sentiment, which poses a direct threat to Iran and its predominantly Shi'ite population.
- Diplomatically friendly to Iran. Iran would prefer to see Iraq ruled by pro-Iranian Shi'ites, ideally under the Iranian model of *velayat-e faqih*, or clerical rule. But Iran could tolerate alternatives, as long as the Iraqi government maintained good diplomatic relations with Iran and did not pursue policies that consistently undermined Iranian political, economic, and religious interests.

---

[56] Former Iranian Deputy Foreign Minister Abbas Maleki, as quoted in Nasr, 2006, p. 69.

PX641

- Unable to pose a military threat to Iran. Iran wants to prevent Iraq from ever being able to invade its territory again, as it did at the start of the Iran-Iraq War in 1980.[57]

Iran's objectives are fairly straightforward, but it faces a difficult calculation to identify the best strategy to achieve those objectives. This strategic challenge stems from the uncertainty of Iraq's future. There is no way to predict how events will unfold in the next couple of years as the United States starts to draw down its military forces. Even the relevant actors keep changing because of continual infighting and splintering within religious and extremist groups. Picking winners and losers is a risky proposition in such an uncertain and fluid environment.

Iran's solution to this strategic challenge has been to support as many different Iraqi groups as possible. This is akin to the strategy that investors use in assembling diversified portfolios: Over the long term, investing in a wide range of stocks and bonds is much less risky than investing in one or two individual stocks that may do well but that may also become worthless. Similarly, Iran has chosen to support a wide range of Iraqi parties and groups—even some Sunni and Kurdish groups—because doing so enables Tehran to try to influence events as they unfold and maximizes the chances that whoever ultimately gains power in Iraq will already have a cooperative working relationship with Iran.

This strategy also has two important additional benefits. First, it helps Iran achieve its strategic objectives vis-à-vis the United States. Iran feels threatened by the large U.S. military presence on its border, particularly given perceived U.S. pursuit of regime change in Iran. By supporting some groups that attack U.S. forces in Iraq, Iran helps keep the United States bogged down in Iraq and makes it less likely that Washington will pursue regime change in Iran through force. Second, this strategy may enable Iran to avoid a very divisive internal debate about which Iraqi groups to support. The Iranian political structure

---

[57] Nasr, 2006, p. 66, notes that most of Iran's current leaders are veterans of the Iran-Iraq War, and he argues that they "see the pacification of Iraq as the fulfillment of a strategic objective that they missed during that conflict."

PX641

is extremely complicated and decentralized, with many different factions and power centers.[58] The diversified portfolio strategy enables the Iranian regime to avoid forcing all of those factions into an internal consensus regarding which Iraqi groups to support. This strategy does entail some risks. Groups that Iran supports may turn on it or on other Shi'ite groups in the future, as occurred with Iranian support to Kurdish paramilitary groups. It also risks exacerbating existing divides within Iran about which groups deserve the most support. A number of Iranian commentators, officials, and clerics for example, have denounced Muqtada al-Sadr and have criticized Iran's continuing support for his actions.[59]

Perhaps the most important thing to note about the Iranian strategy regarding Iraq is that it is driven by national interests and not ideology and is consistent with the traditional principles of realpolitik: It seeks to protect the security and stability of the Iranian state by forestalling massive refugee flows, preventing domestic secessionist movements, and lessening the ability of the United States to pursue forcible regime change. More broadly, Iran also seeks to take advantage of U.S. difficulties in Iraq to reduce U.S. influence in the region and around the world. Iran would like to build a long-term partnership with Iraq that would complement, and perhaps offset some of the risks of, its traditional alliance with Syria. Iran would also like to use its leverage over Iraq to build closer relations with Russia and China, ideally at the expense of these nations' relations with the United States.

None of these policy goals are driven by a desire to export the Islamic revolution beyond Iran's own borders. Iran would certainly prefer to see Iraq governed according to *velayat-e faqih*, but this can be explained by realpolitik calculations as much as by ideology. Iranian-style clerical rule in Iraq would make the country more likely to align itself with Iran and pursue cooperative policies that benefit the Iranian regime. The diversified portfolio strategy seeks to ensure that Iranian

---

[58] Buchta, 2000.

[59] RAND interviews in Washington, D.C., 2007, and Baghdad, 2008. See, for example, "Iran: Conservative Cleric Criticizes al-Sadr for Making Karbala, Najaf U.S. Targets," 2004; "Iran: Commentator Says Shi'i Scholars Should 'Boycott' Al-Sadr," 2004.

PX641

strategic interests will be protected regardless of whether clerical rule is ever established in Iraq.

### Iran Maintains Ties with Many Iraqi Actors

Iran has ties to a wide range of Iraqi actors, both official and unofficial. Official ties exist between the two governments, which include standard diplomatic exchanges and security cooperation agreements. Iran has struck numerous trade deals, including deals on exporting electricity to Iraq and trading Iraqi crude oil for refined oil products. Iran has also agreed to provide more than $1 billion in aid packages. Private investments and commercial ties are significant and increasing, particularly as Iranians invest in land, construction, and hospitality for pilgrims in the Shi'ite holy cities of Najaf and Karbala.[60]

These official ties are dwarfed, however, by the extent of unofficial ties between the two countries. Iran has direct links with many different non-state actors in Iraq, including political parties, militias, insurgent groups, and terrorist networks. Iran also maintains a direct, and often covert, presence in Iraq. Iranian officials from the MOIS and the IRGC-QF are operating throughout the country, particularly in the south.[61] In July 2007, U.S. military officials announced that operatives from the Qods Force have been training secret cells designed to mirror the structure of Lebanese Hezbollah,[62] and in August 2007, a U.S. general publicly stated that 50 members of the IRGC have been training Shi'ite militias in the area south of Baghdad.[63] There are also

---

[60] Nasr, 2006, p. 60.

[61] International Crisis Group, "Where Is Iraq Heading? Lessons from Basra," Middle East Report No. 67, June 25, 2007, p. 8. One source also reports that many members of Iranian intelligence were naturalized as Iraqi citizens during the past few years, and that Iranian agents have bought real estate and businesses in Baghdad, Basra, Najaf, and Karbala to serve as command centers and living quarters (Mounir Elkhamri, "Iran's Contribution to the Civil War in Iraq," *The Jamestown Foundation Occasional Paper*, January 2007, p. 6).

[62] Brigadier General Kevin Bergner, Spokesman, Multi-National Force-Iraq, press briefing, July 2, 2007. See also Michael Knights, "Shiite Backlash–Anti-Coalition Sadrist Factions in Iraq," *Jane's Intelligence Review*, July 2007b.

[63] Megan Greenwell, "Iran Trains Militiamen Inside Iraq, U.S. Says," *Washington Post*, August 20, 2007.

PX641

108   Dangerous But Not Omnipotent

widespread personal ties between the populations of the two countries. Many of the Iraqi Shi'ites exiled by Saddam Hussein during his reign went to Iran, and some became senior clerics and IRGC commanders despite their Iraqi citizenship.[64]

Through these official and unofficial links, Iran provides a number of different types of support to Iraqi actors:

- Financial support. Iran provides considerable financial support to a wide range of groups in Iraq. Estimates of the extent of this support are difficult to find, but anecdotal evidence suggests that southern Iraq in particular is awash in Iranian money. One former U.S. government official in Iraq estimated that Iran provides between $150 million and $200 million to Iraqi actors every year.[65]

- Military assistance. The Qods Force provides Shi'ite militias with weapons, training, financing, and technical support, all of which are used for attacks on U.S. forces, Iraqi forces, and Iraqi civilians. The most lethal assistance includes EFPs, an advanced technology that can penetrate armor at long distances. Iran also provides these militias with rockets, mortars, and IEDs.[66] The extent of this support is also hard to estimate, but one officer who defected from the IRGC has claimed that the extent of Qods Force operations in Iraq is larger than it was during the Iran-Iraq War.[67] Much of this military support is intended to support attacks on U.S. forces rather than fueling internal strife among Iraq's sectarian communities.[68]

---

[64] Nasr, 2006, p. 62.

[65] RAND interviews with U.S. analysts, Washington, D.C., June 2007.

[66] James Glanz, "U.S. Says Arms Link Iranians to Iraqi Shiites," *New York Times*, February 12, 2007; Michael Knights, "Deadly Developments–Explosively Formed Projectiles in Iraq," *Jane's Intelligence Review*, March 2007a; U.S. Department of Defense, "Measuring Security and Stability in Iraq," March 2, 2007, p. 17.

[67] Elkhamri, 2007, p. 5.

[68] Knights, 2007b.

PX641

- Social services. Many Shi'ite groups have established social service networks throughout southern Iraq to provide health, education, and other local services that the Iraqi government has been unable to provide. Many of these networks were created with Iranian financial and logistical assistance in an effort to bolster public support for the groups that run them, much as has been the case with Hezbollah.[69]

- Ideological influences. Iran has sought to burnish its Islamist credentials by providing spiritual support and guidance to Shi'ite clerics and scholars in Iraq. Since 2004, Iran has reportedly sent more than 2,000 students and scholars to Najaf and Karbala—two of the holiest sites in Shi'ite Islam—and is providing cash payments to Shi'ite students and school instructors.[70]

**Iranian Support of Iraqi Groups Does Not Equal Control**

As with Hezbollah, Iranian support for these groups does not mean that Iran controls them. Quite to the contrary, despite Iran's considerable support for these groups, the influence that Iran wields over them remains limited for at least four reasons. First and foremost, Iranian money is not essential to the survival of the major Shi'ite political parties and organizations. Some of the smaller groups might not be able to survive if Iran cut off financial assistance, but all of the major groups have other important sources of revenue that would continue uninterrupted. Members of the Iraqi government have used their ministries as sources of patronage, providing jobs and distributing services to supporters of their own parties.[71] This means that the government payroll essentially functions as a major source of financial support to non-state actors—a source that will likely become institutionalized because even ministers from a different political party who are appointed in the future will find it difficult to purge the ministries of large numbers of civil servants. Beyond the government, many Shi'ite groups also have

---

[69] Nasr, 1997, pp. 145–168.

[70] Elkhamri, 2007, p. 5.

[71] Sometimes different groups control different parts of single ministries. See Ned Parker, "Interior Ministry Mirrors Chaos of a Fractured Iraq," *Los Angeles Times*, July 30, 2007.

PX641

long-standing real estate and business interests along pilgrimage routes to Najaf and Karbala that provide a continual revenue stream. Iranian financial support certainly enables the recipients to undertake activities and gain support from the population that they might not otherwise be able to, but it does not buy the degree of loyalty and influence that follows from complete financial dependence.[72]

Second, the Shi'ite militias generally do not depend on military assistance from Iran. EFPs are one very important exception; no Iraqi militias possess the technology to manufacture the specially shaped charges that make EFPs so lethal to U.S. forces.[73] But the rockets, mortars, and other armaments that Iran provides are all largely available in Iraq. Iraq is awash in conventional armaments of all shapes and sizes, in part because of the looting of the country's plentiful arms caches that occurred after the U.S. invasion in 2003. Also, with the subsequent dissolution of the Iraqi army, many people with weapon skills blended back into the regular population. Iranian weapons and training do provide additional capabilities for Shi'ite militias (just as Iranian money enables the political groups to pursue additional activities), but the militias have access to enough weapons and trained personnel that they could continue to operate without Iranian assistance. They might be less capable of conducting lethal attacks on U.S. forces without Iranian EFP technology, but the weapons and training available inside Iraq would most likely enable them to continue inflicting heavy casualties on U.S forces, Iraqi forces, and Iraqi civilians.[74]

Third, a degree of religious competition is emerging between Iran and Iraq. As noted earlier, Iran has the largest Shi'ite population of any country in the world and promotes itself as the birthplace of the Islamic revolution, but the Iraqi cities of Najaf and Karbala are among

---

[72] RAND interview with U.S. analysts, Washington, D.C., July 2007.

[73] Attacks using EFPs are averaging about 60 incidents per month. They account for only a small percentage of IED incidents, but account for a very large percentage of U.S. soldiers killed by IEDs. See Brookings Institution, *The Brookings Institution Iraq Index*, July 30, 2007, p. 31.

[74] RAND interviews with U.S. analysts, Washington, D.C., June and July 2007.

PX641

the holiest cities in Shi'ite Islam.[75] Both cities have enjoyed a renaissance since the fall of Saddam Hussein, and pilgrims are flocking to these cities to visit sites that had long been inaccessible. Najaf has also historically been the main center for Shi'ite scholarship, reaching back to the early 8th century. It lost its preeminent scholarly position to the Iranian city of Qom as the repression of the Iraqi Shi'ites worsened and as Qom flourished as a center of scholarship after the Islamic Revolution. Yet now that Najaf is open and accessible once again, it is slowly regaining its place of prominence. Furthermore, Iraqi Shi'ism and Iranian Shi'ism differ significantly.[76] In particular, Najaf and Qom have advanced different views of the role of clerics in governance. The Najaf school promotes what is often called a *quietist* approach, which holds that clerics should not hold political office but should instead exert indirect influence and oversight, while the Qom school, in general, has tended to favor direct clerical rule.[77] Thus, Iranian efforts to provide spiritual support and guidance to Iraqi Shi'ite groups are motivated by the politics of influence as much as by religion. Iran wants to make sure that Iranian clerics and scholars, and the principle of direct clerical rule, are not eclipsed by Iraqi clerics and scholars as Najaf and Karbala reemerge from their isolation.

Fourth, Iraqi nationalism is intensified by a pervasive distrust of Iran and its intentions. There is a long history of tensions and conflict between the two territories reaching back as far as the Persian empire and vividly reinforced by the devastation of the Iran-Iraq War in the

---

[75] Najaf is the location of the tomb of the prophet's son-in-law Ali, whom the Shi'ites believe to be the rightful leader of the Islamic faith. Karbala is the site of the famous battle that is commemorated on the holiday of Ashura, and is where the prophet's grandson was martyred and buried. For more on the significance of these cities, see Marshall Hodgson, *The Venture of Islam*, Vol. 1, Chicago: The University of Chicago Press, 1977.

[76] Qom gained prominence as a center for scholarship in the 16th century, making it a relative newcomer compared to Najaf (al-Qazwini, "The School of Qum" and "The School of Najaf," in Abd al-Jabar, 2002, pp. 245–281).

[77] It should be noted, however, that even in Qom there is sharp divergence over *velayat-e faqih*; Grand Ayatollah Sistani's network is run from Qom and includes a vast array of libraries and seminaries. See Barbara Slavin, *Mullahs, Money and Militias: How Iran Exerts Its Influence in the Middle East*, Washington, D.C.: The United States Institute for Peace, June 2008.

PX641

1980s. Direct ties to Iran are a political liability for Iraqi Shi'ite leaders, and Iraqis who are perceived as being too close to Iran are often derogatorily dismissed as "Persians."[78] This distrust is perhaps best exemplified by the attacks against the Iranian consulate in Basra, despite that city's economic and cultural ties to Iran and deliberate efforts by Tehran to build alliances with local leaders.[79]

These factors suggest that Iranian support for Shi'ite groups in Iraq does not automatically lead to Iranian control over their actions. By providing many different forms of assistance to numerous different Iraqi groups, Iran is clearly seeking to influence their future activities and direction. Yet these groups have their own interests and agendas, which they will continue to pursue regardless of how much Iranian support they receive.

**ISCI and the Sadrists Are Iraq's Key Shi'ite Groups**

The two largest and most influential Shi'ite groups in Iraq today are ISCI (formerly SCIRI) and the organization of Muqtada al-Sadr. The families that lead these groups have been competing for the leadership of the Iraqi Shi'ites for decades. The formation of the al-Da'wa Party in 1959 ignited a rivalry between Ayatollah Baqir al-Sadr and Ayatollah Muhammad Baqir al-Hakim. Baqir al-Sadr emerged as the party leader, and he inspired a deeply devoted following that continued after his assassination in 1980 by Saddam Hussein's regime. In 1982 in exile in Tehran, Baqir al-Hakim established SCIRI, which was devoted to overthrowing Saddam Hussein. It built an armed wing called the Badr Brigades with assistance from the Iranian IRGC, but the Sadrists and many others saw this as an unacceptable degree of Iranian intervention in Iraqi Shi'ite politics. Popular support for SCIRI decreased after the failed uprisings against Saddam Hussein in 1991, and Ayatollah Sadeq al-Sadr emerged as an alternative leader. He built a power base among

---

[78]  Phebe Marr, "Who Are Iraq's New Leaders? What Do They Want?" United States Institute of Peace, Special Report 160, March 2006, p. 16; Peter Harling and Hamid Yasin, "Iraq's Diverse Shiite," *Le Monde Diplomatique*, September 2006.

[79]  Babak Rahimi, "The Militia Politics of Basra," *Terrorism Monitor*, The Jamestown Foundation, Vol. 5, No. 13, July 6, 2007e.

PX641

poor Shi'ites, particularly in Baghdad, and he continued to gain popularity until he was assassinated in 1999.[80]

After the U.S. invasion in 2003, the two families began an open struggle for leadership of the Iraqi Shi'ite community. Baqir al-Hakim was killed by a car bomb in Najaf in August 2003, soon after returning to Iraq from Iran. Leadership of SCIRI then passed to his brother, Abdul Aziz al-Hakim. Meanwhile, Sadeq al-Sadr's son Muqtada started to build a following based on his father's popularity and quickly emerged as ISCI's main political rival.

**ISCI Is Iran's Most Powerful Iraqi Ally.** ISCI is the leading Shi'ite political party in Iraq today and shares many of Iran's objectives for the future of Iraq. It is the only major Shi'ite party to support *velayat-e faqih*, the Iranian model of clerical rule. It also supports the concept of a strong Shi'ite region within a weak federal government structure, and al-Hakim has suggested that nine provinces in Iraq's south should join together to constitute that region.[81] Iran provides considerable financial support for the party and material support for its militia (the Badr Organization, renamed from the Badr Brigades). Al-Hakim has ties to many Iranian leaders, including Supreme Leader Khamenei, which reportedly enables him to bypass the leadership of the IRGC when needed and go straight to the top of the Iranian political system.[82]

Yet ISCI has also proven itself to be independent of Iran in many ways. It is seen as a moderate, not radical, Islamist party, despite its longstanding, if increasingly rhetorical, support for *velayat-e faqih*.[83] It has cooperated quite extensively with the United States both politically and militarily and has strongly opposed the establishment of a deadline

---

[80] Faleh Abd al-Jabbar, ed., *Ayatollahs, Sufis, and Ideologues: State, Religion, and Social Movements in Iraq*, London: Al-Saqi Books, 2002, pp. 164–169; Babak Rahimi, "A Shiite Storm Looms on the Horizon: Sadr and ISCI Relations," *Terrorism Monitor*, The Jamestown Foundation, Vol. 5, No. 10, May 24, 2007b, p. 2.

[81] Marr, 2006, p. 15.

[82] RAND interview with a U.S. analyst, Washington, D.C., July 2007.

[83] Some analysts have argued that ISCI has all but jettisoned *velayat-e faqih* in practice. See Slavin, 2008; International Crisis Group, "Shi'ite Politics in Iraq: The Role of the Supreme Council," Middle East Report No. 70, November 15, 2007, p. 16.

PX641

for the withdrawal of U.S. troops from Iraq. This is almost certainly a result of pragmatic political calculations because ISCI benefits greatly from the status quo.

Since 2007, the party has actively sought to distance itself from Iran. The most obvious effort was changing its name so that it would no longer contain the word "revolution." ISCI officials explained that the word was a reference to fighting Saddam Hussein and was therefore no longer needed, but there are many signs that the name change also signifies a move away from support for an Iranian-style Islamic revolution. The party has also changed its platform to be more closely aligned with the views of Iraq's top Shi'ite cleric, Grand Ayatollah Ali al-Sistani, instead of Iranian Supreme Leader Khamenei. And a senior ISCI official explicitly stated that these changes were "a step to the Iraqisation of the Islamic parties in Iraq."[84] Some analysts speculate that these moves do not represent a real break with Iran and that Iran actually supported these moves as part of an effort to appeal to Iraqi Sunnis and to move toward a new national power-sharing agreement.[85] Nevertheless, these are very significant developments that fundamentally change some of the party's basic principles and that may well shape its political program for years to come.

ISCI faces an uncertain future. Abdul Aziz al-Hakim was diagnosed with lung cancer in May 2007 and traveled to Iran for chemotherapy.[86] The next leader of the party is likely to be his son, Amar al-Hakim, who is widely seen as more charismatic than his father. Although he also has close ties to Iran, he may be more independent because he is younger and more removed from the Iranian support that launched the party a quarter century ago. He has also promoted himself as the "unifier," in his words, of the Hakims and Sadrs—his mother is from the Sadr family—as a way to bolster his claim to lead-

---

[84] Mariam Karouny, "Iraq's SCIRI Party to Change Platform, Officials," Reuters, May 11, 2007.

[85] "Iraq: Transforming Iran's Shiite Proxy, Assisting the United States," Web page, Stratfor.com, May 11, 2007.

[86] Robin Wright and John Ward Anderson, "Son of Ailing Shiite Leader Steps Forward," *Washington Post*, July 1, 2007.

PX641

ership of the Iraqi Shi'ite community.[87] But successions are not always smooth, and the illness of the elder Hakim may reduce public support for ISCI and provide an opening for its political rivals. Real questions remain as to whether ISCI can remain the dominant Iraqi political party and whether it will continue to receive a great deal of support from Iran.[88]

**The Organization of Muqtada al-Sadr Has Grown in Recent Years.** Muqtada al-Sadr has staked a claim to leadership of the Iraqi Shi'ite community by building on his father's legacy.[89] As noted above, Ayatollah Muhammed Sadiq al-Sadr built a strong following in the 1990s. He promoted a political program for the poor and dispossessed and established charitable networks in Baghdad and the Shi'ite south. He remained so popular after his assassination in 1999 that four years later, after the fall of Saddam Hussein, the Shi'ites living in the Baghdad slum known as Saddam City renamed it Sadr City. Muqtada al-Sadr inherited his father's political organization and charitable networks and continues to promote his father's ideas and agenda. Sadr's power base consists primarily of support from poor city residents, especially in Baghdad, and the lower ranks of the religious establishment.[90] His critics view him as too young, too unpredictable, and lacking in religious credentials.[91] His organization is not nearly as cohesive as ISCI; it lacks centralized control and the organizational structure needed to bind together the wide range of disparate groups that support his ideas.[92] Yet his party and his militia, the Mahdi Army, have grown stronger since 2003, and they pose the major challenge to ISCI's predominance.

---

[87] Wright and Anderson, 2007.

[88] ISCI candidates fared poorly in the January 2009 provincial elections.

[89] Nimrod Raphaeli argues that al-Sadr's followers see him as "the symbol and the personification" of his father's legitimacy. See Nimrod Raphaeli, "Understanding Muqtada al-Sadr," *Middle East Quarterly*, Vol. 11, No. 4, Fall 2004.

[90] Toby Dodge, *Iraq's Future: The Aftermath of Regime Change*, London: International Institute for Strategic Studies, Adelphi Paper 372, 2005, pp. 48–49.

[91] Muqtada al-Sadr has not reached the rank of Ayatollah, which means that he cannot be considered a religious authority.

[92] Knights, 2007b.

PX641

116   Dangerous But Not Omnipotent

Sadr's political platform is primarily based on Iraqi nationalism, not ideology or theology. He rejects the principle of federalism and has denounced Hakim's proposal for a nine-province Shi'ite region within a federal Iraq. Instead, he promotes a single unitary government for the entire country without any regions. He has sought cooperation with Sunnis and secular nationalists, promoting what he calls a "reform and reconciliation project" among all Iraqis.[93] After the second bombing of the al-Askari mosque in Samarra in June 2007, he even suggested that his militia would be willing to protect Sunni mosques against any Shi'ite reprisal attacks.[94] He favors developing a strong Shi'ite identity in Iraq, but he emphasizes that it must be independent from Iran. He also strongly opposes the U.S. troop presence in Iraq and argues that U.S. forces should be withdrawn as soon as possible.[95]

Nationalism is an extremely practical strategy for Sadr. His power base is concentrated in Baghdad, not in the Shi'ite south, so anything short of a unitary government would dilute his power and influence. Devolving power to the regions would give ISCI an advantage because most of its supporters are spread throughout the south, and under such a government, Baghdad would become increasingly isolated from the rest of the country. Sadr has sought to diversify his power base by building increased support in Iraq's central and southern provinces, but Baghdad is likely to remain the center of his power for the foreseeable future.[96] Nationalism appeals to his base and has helped Sadr to emerge as a symbol of hope for poor and disenfranchised Shi'ites.[97]

---

[93] Rahimi, 2007b, p. 1.

[94] Babak Rahimi, "Second Samarra Bombing Strengthens Status of Muqtada al-Sadr," *Terrorism Focus*, The Jamestown Foundation, Vol. 4, No. 20, June 26, 2007d.

[95] Sadr has even described his movement in the following terms: "We are Iraqis opposed to the occupation." See "Inside the Mahdi Army Death Squads," *Jane's Terrorism and Security Monitor*, February 14, 2007.

[96] Babak Rahimi, "Muqtada al-Sadr Stepping into the Power Vacuum," *Terrorism Focus*, The Jamestown Foundation, Vol. 4, No. 19, June 19, 2007c.

[97] Robert Malley and Peter Harling describe Sadr's appeal:

Because he was one of them, Sadr found ready support among poor Shiites. They identified with his subordinate family status and the vexations he endured, while his lack of

PX641

Despite some fundamentally different long-term objectives, Sadr and Iran maintain a tactical alliance with each other. As Sadr's power has grown, Tehran has sought closer cooperation with his movement, providing it with as much as $80 million a month in financial support. Iran also provides weapons, communications, and logistics support to the Mahdi Army, and the Qods Force has reportedly established training camps in Iran to train members of the militia.[98] Iran sees Sadr as a potentially useful partner against the United States, especially given his increasingly outspoken opposition to the U.S. troop presence in Iraq.[99] Sadr has been quoted as having pledged to help defend Iran if it were attacked by the United States, though there is some dispute about whether Sadr was referring specifically to military assistance from the Mahdi Army or to broader political support from Iraq as a whole.[100]

Yet despite such pledges and assistance, mutual distrust between Sadr and Tehran remains high. Tehran sees Sadr as often rash, unpredictable, and out to serve his own interests.[101] Sadr believes that Iranian intelligence has infiltrated the Mahdi Army as a way to exert increased

---

education made them feel better about their own. Based in popular aspirations more than clerical tradition, the Sadrist movement is more social than religious. It articulates the frustrations, hopes, and demands of many who have no other representative and who remain marginalized in the post-Hussein order.

See Robert Malley and Peter Harling, "Containing a Shiite Symbol of Hope," *Christian Science Monitor*, October 24, 2006.

[98] According to Raphaeli, 2004, one former Qods Force member estimated in 2004 that between 800 and 1,200 Sadr supporters had already been trained at these camps. See also Babak Rahimi, "Muqtada al-Sadr's New Alliance with Tehran," *Terrorism Monitor*, The Jamestown Foundation, Vol. 5, No. 4, March 1, 2007a; Nasr, "When the Shiites Rise," 2006, p. 61.

[99]  In April 2007, Sadr ordered the six government ministers from his party to withdraw from the Iraqi government, partly to protest the prime minister's failure to develop a timetable for the withdrawal of U.S. forces from Iraq ("Iraq: Al-Sadr Orders His 6 Cabinet Ministers to Withdraw from Government," *International Herald Tribune*, April 15, 2007).

[100] Ellen Knickmeyer and Omar Fekeiki, "Iraqi Shiite Cleric Pledges to Defend Iran," *Washington Post*, January 24, 2006.

[101] RAND interview, July 2007.

PX641

control over its activities.[102] Tehran promotes its own tactical interests by assisting Sadr: In the short term, it keeps ISCI and Sadr fighting each other for supremacy, and in the long term, it ensures some sort of relationship with whichever group wins that battle.[103] Sadr also benefits tactically from this relationship, since Iranian financial and military assistance enables the militants in his nationalist movement to conduct attacks against the U.S. forces that remain in Iraq. The extent to which this tactical alliance will continue to benefit Sadr after U.S. forces withdraw remains unclear.[104]

Sadr's organization suffers from a number of serious internal fissures that even Sadr himself cannot always control.[105] A heated rivalry exists between the political and military wings of the organization because both believe they are the ultimate source of Sadr's power, and the fighters have grown increasingly frustrated with the lack of tangible benefits resulting from the organization's political activities. Within the political wing, tensions exist between the religious leaders of the party, who believe that they have a natural role in politics, and the politicians and academics, who want to keep religious influences out of politics. The Mahdi Army also suffers from internal divisions, which are largely generational: The older officers, many of whom had experience in Saddam Hussein's security forces, believe that their experience entitles them to the top command positions, while the younger and more inexperienced officers claim that they should lead the organization because they are untainted by association with Saddam Hussein.[106]

These internal divisions were further exacerbated by Sadr's extended absence from Iraq in early 2007. He and his top advisors left Iraq in January 2007 as the U.S. military surge got under way. Though his whereabouts were never officially confirmed, it was widely believed

---

[102] Rahimi, 2007a.

[103] Raphaeli, 2004.

[104] International Crisis Group, "Where Is Iraq Heading? Lessons from Basra," 2007, p. 8.

[105] Several splinter groups have broken away from the Sadrist movement and now operate independently, including the Fadila Party in Basra (Knights, 2007b).

[106] "Inside the Mahdi Army Death Squads," 2007; Knights, 2007b.

PX641

that he had sought sanctuary in Iran—a problematic destination for a leader promoting a nationalist political agenda. In his absence, junior leaders within the Mahdi Army emerged into the leadership void and disobeyed his orders to halt attacks on U.S. and Iraqi forces at the start of the surge. These leaders now have experience, credibility, and, frequently, a more radical agenda than those who left the country with Sadr or went into hiding, and they may well defect from the main organization in order to pursue that agenda.[107]

Sadr moved forcefully to shore up control of his organization upon returning to Iraq in May 2007.[108] He seems to have taken advantage of the increased U.S. military presence in Baghdad to crack down on or destroy disloyal elements within the Mahdi Army. Some of this attrition has occurred as a natural result of intensified U.S. operations in the capital: Rogue Mahdi Army units that continue to attack U.S. and Iraqi forces have become more likely to be arrested or destroyed. There are also some suspicions that Sadr may be deliberately feeding U.S. forces information about rogue commanders in his organization, essentially relying on the Americans to eliminate his main competitors.[109] On the political side, he does not yet seem to be suffering politically for his reported stay in Iran, and al-Hakim's illness and questions about the future of ISCI may open up a new opportunity to build public support. In the past, Sadr has proven to be a shrewd and resilient leader who can manage internal divisions while expanding his political base of support.

Yet Sadr's influence, and indeed Iran's entire "proxy" strategy in Iraq, came under increasing strain from early to mid-2008. During this period, the Maliki government launched operations against Jaysh al-Mahdi fighters and militant Sadrist splinter groups (the so-called

---

[107] Peter Harling and Joost Hiltermann, "Eyes Wide Shut," *Le Monde Diplomatique*, May 2007.

[108] Sadr went back to Iran in July, reportedly to pursue clerical training to boost his credentials.

[109] Harling and Hiltermann, 2007; Rahimi, 2007a; Anthony Cordesman, "Iraq's Sectarian and Ethnic Violence and Its Evolving Insurgency," Center for Strategic and International Studies, April 2, 2007, pp. 103–106.

PX641

Special Groups), whose presence in Basra, Sadr City, and Amarah provinces had caused increasing lawlessness and criminality.[110] On one level, the operations were an encouraging sign of resolve and competency by the hitherto timid and highly sectarian Maliki government, particularly as they resulted in the pacification of Iraq's southern provinces. At another, they can be seen as a highly politicized campaign by ISCI—which supported and aided Maliki—to discredit and eliminate the Sadrist competition in advance of the provincial elections.[111]

From Iran's perspective, the operations resulted in a precipitous decline in the Iraqi public's views of Iranian influence, which was blamed in many quarters for igniting intra-Iraqi discord. Qods Force commander Qasim Soleimani in particular was widely accused in the press and by U.S. officials of provoking and aiding the fighting through the funding and training of the Special Groups.[112] Iran initially backed the Sadrists, but then switched to supporting Maliki when it sensed the tide of Iraqi opinion turning against it. It was ultimately Soleimani himself who brokered the ceasefire in Basra.[113] Yet inside Iran, this "arsonist-and-fireman" policy provoked dissent from a broad spectrum of voices about the damage the Sadrist militants were causing to Iran's long-term standing in Iraq and across the region.[114]

In the future, this reversal of fortune is unlikely to result in any significant shift in Iran's long-standing practice of using both lethal and nonlethal tools to exert influence in Iraq. Iran will pursue the further splintering and military training of "noncompliant" Sadrists—those

---

[110] Michael Knights, "Rocky Road for Basra Operation," *Jane's Defence Weekly*, April 23, 2008.

[111] For an illuminating analysis, see Reidar Visser, "Maliki, Hakim, and Iran's Role in the Basra Fighting," www.historiae.org, April 9, 2003.

[112] Robert Dreyfuss, "Is Iran Winning the Iraq War?" *The Nation*, February 21, 2008; Helene Cooper, "Iran Fighting Proxy War in Iraq, U.S. Envoy Says," *New York Times*, April 12, 2008.

[113] For a short overview of Soleimani's role, see David Ignatius, "At the Tip of Iran's Spear," *Washington Post*, June 8, 2008.

[114] Vali Nasr, "Iran on Its Heels," *Washington Post*, June 19, 2008.

PX641

who dismiss Sadr's ceasefire order and refuse to move toward more political activism—as a form of leverage over Iraq's future trajectory.

**Looking Ahead: Iran's Control over Iraqi Shi'ites Will Remain Limited**

Iraq's future remains extremely uncertain. While the Maliki government exhibited greater resolve and military competency during the 2008 campaigns in Basra, Sadr City, and Amarah, tensions and risks remain, particularly concerning the potential for intra-Shi'ite fighting and the integration of former Sunni insurgents into Iraqi political and social life.[115] At the national level, Iran recently faced two important opportunities to preserve and bolster its influence: the November 2008 signing of the U.S.-Iraq Status of Forces Agreement (SOFA) and the January 2009 Iraqi provincial elections. While it may be too soon to accurately gauge the long-term impact of both events on Iran's standing, the initial Iranian reaction suggests strong disappointment with both outcomes.

On the SOFA, Iran had lobbied hard among Iraqi parliamentarians to reject the agreement or at least modify it to terms more favorable to Iran. In the public diplomacy realm, al-Alam and the Hezbollah-controlled al-Manar TV stations voiced extensive criticism of the agreement, while in Tehran, high-ranking officials such as *Majlis* speaker Ali Larijani attacked the SOFA as a "capitulation" of Iraqi sovereignty.[116] Clerical figures in Iran derided the SOFA as well, deploying rhetoric that closely echoed Ayatollah Khomeini's denunciation of the 1964 SOFA between the Shah of Iran and the United States—an important milestone in the Iranian leader's subsequent rise to power. Inside Iraq, Iran supported Moqtada al-Sadr's mobilization of street protests against the agreement. Iranian media also attributed extensive criticism of the SOFA to Grand Ayatollah Sistani, although Sistani's own Web sites displayed no such statements, and sources close to the cleric

---

[115] As noted earlier, Sadr pulled his ministers out of the government in April 2007, and on August 1, several Sunni ministers withdrew from the government as well. Megan Greenwell, "Sunnis Quit Cabinet Posts," *Washington Post*, August 2, 2007.

[116] "Larijani Describes SOFA as American Capitulation," IRNA, October 26, 2008; "Iran Calls on Iraqi MPs to Scrutinize Security Pact with US," Tehran Fars News Agency, OSC IAP20081126950066, in English, November 26, 2008.

**PX641**

told Arab media outlets that he had not expressed an opinion on the matter.[117] Despite these efforts, however, the Iraqi parliament approved the SOFA, provoking expressions of surprise and criticism from several conservative Iranian media outlets.

On the provincial elections, Iran had hoped for the retention of its ISCI allies as incumbents. Yet widespread dissatisfaction with the poor performance of these officials and their corruption, particularly in the southern provinces, led to the victory of more secular figures and unaffiliated Shi'ite blocs and the defeat of ISCI and Sadrist candidates. Iranian officials and media outlets were quick to spin the results as a validation of Shi'ite Islamist power; Iran's Fars News Agency called the results "the definite victory of Islamists," while the pro-regime newspaper *Vaten-e Emruz* hailed the elections as "a great Shiite victory."[118] Iranian commentators took further comfort in the triumph of groups allied with Iraqi Prime Minister Nouri al-Maliki, noting that the victory would empower him to pursue more independent and anti-American policies in the future.

The net effect of both events was both a demonstration of the limits of Iranian influence in Iraq and a validation of Tehran's diversified portfolio approach (i.e., backing multiple players and pursuing a broad range of policy levers as a sort of safety net). From Iran's perspective, providing support to a wide range of Iraqi actors is a much better strategy because it may provide indirect influence over their activities in the short term and it increases the chances that Tehran will have cooperative relations with whomever emerges as the political victor in Iraq over the long term. If these groups are frequently quarrelsome, so much the better for Tehran, which has frequently used mediation as a form of control and influence.

Iran cannot assume that it will automatically receive reciprocal cooperation from the Iraqi groups it supports. Many of these groups offer rhetorical support to Iran, and Muqtada al-Sadr has publicly pledged

---

[117] "Iran: Officials Largely Remain Silent on Eve of SOFA Vote," OSC Feature—Iran FEA20081125796715, November 25, 2008.

[118] "Iran Sees Emergence of Shiite Coalition After Elections in Iraq," Caversham BBC Monitoring, OSC IAP20090211950138, in English, February 11, 2009.

to help defend Iran if it were attacked by the United States.[119] But it is not clear whether such pledges would translate into direct action, even in the aftermath of a U.S. attack. Some of the smaller Shi'ite groups, particularly those with direct ties to the Qods Force, would probably follow Tehran's direction and retaliate against U.S. forces because they have no strong stake in Iraq's future. But the larger groups, especially ISCI and the organization of Muqtada al-Sadr, have so much at stake in the internal struggle for control of Iraq that they may well view an Iranian request for assistance as a secondary priority, to be filled only if it furthers their own core interests. In such a scenario, the leaders of these larger groups might tacitly encourage splinter groups to conduct attacks on U.S. forces; these attacks would enable them to maintain plausible deniability and blame "rogue elements" within their midst.

Alternatively, splinter groups might simply ignore the leadership and conduct such attacks on their own. Some analysts cast doubt on whether these groups could ratchet up attacks on U.S. forces even if they wanted to, believing that these groups are already attacking U.S. forces as much as they can.[120] In any case, Iran cannot simply assume that the wide-ranging support it provides to Iraqi Shi'ite groups will ensure loyalty and a willingness to retaliate against the United States. Much will depend on the specifics of the situation and the ways in which the larger Shi'ite groups calculate their own interests.

Tehran's control over Iraqi Shi'ites will therefore remain limited. Iraqi Shi'ite groups are unlikely to feel beholden to Iran, regardless of the degree of support they receive from Iran. They will try to accommodate Iranian interests when they can, but ultimately they will pursue their own interests and agendas.

## Iran's Relationship with Hamas Has Intensified

For the most part, this chapter focuses on Iranian support to non-state actors in Lebanon and Iraq. Yet examples exist of Iranian support to

---

[119] Knickmeyer and Fekeiki, 2006.

[120] RAND interviews with U.S. analysts, Washington, D.C., June and July 2007.

PX641

124    Dangerous But Not Omnipotent

other non-state militant groups in the Middle East as well. Hamas, for one, is often mentioned as a primary recipient of support from Iran. Based on news reports, this support apparently comes in the form of rhetorical advocacy, financial aid, and possibly even weapons. While not a focus of this chapter, it is perhaps worth setting Iranian support for Hamas in its appropriate context.

Arab countries in particular have an established history of providing financial and other forms of support to Palestinian resistance groups. This support, of course, predates Hamas, and most militant factions associated with the Palestine Liberation Organization (PLO) have benefited from it in one form or another. In the past, Jordan, Lebanon, Syria, and Tunisia have each hosted the leaders of Palestinian resistance groups. Historically, aid provided by Arab countries was used to provide a livelihood for the leadership of these groups, purchase weapons, and fund charitable organizations in the Palestinian territories.

Beginning with the 1991 Persian Gulf War, Hamas also began to receive a portion of these funds. Former PLO Chairman Yasser Arafat voiced his support for the Iraqi invasion of Kuwait, while Hamas opposed Saddam Hussein's action. Persian Gulf nations responded to these events by shifting their financial support away from the PLO and toward Hamas.[121] Reports from the early 1990s indicate that both Iran and Sudan also provided Hamas with financial support. Many analysts believe that Saudi Arabia and Iran used financial support to Palestinian resistance groups in a bid for leadership and credibility in the Muslim world.[122] Despite these historical ties, Hamas leaders fought to maintain their independence from Iran, Hezbollah, and other supporters between 1990 and 2007. Hamas leaders knew that financial support

---

[121] Yohanan Ramati, "Islamic Fundamentalism Gaining," *Midstream*, Vol. 39, No. 2, 1993, p. 2.

[122] Ziad Abu-Amr, "Hamas: A Historical and Political Background," *Journal of Palestinian Studies*, Vol. 23, No. 4, Summer 1993, p. 6; Hisham H. Ahmed, *Hamas from Religious Salvation to Political Transformation: The Rise of Hamas in Palestinian Society*, Jerusalem: Palestinian Academic Society for the Study of International Affairs, 1994, p. 93; Ghassan Salame, "Islam and the West," *Foreign Policy*, No. 90, Spring 1993, p. 28.

PX641

from these nations often came with obligations.[123] Indeed, during the al-Aqsa Intifada, it was well known that, despite overtures to Hamas, Hezbollah formed stronger ties with Fatah's al-Aqsa Martyr's Brigades than with Hamas.[124]

This hesitancy began to change, however, with Hamas's electoral victory in January 2006. While the international community considered how it should respond to the election, Hamas and Fatah entered into a series of negotiations in an attempt to arrive at a unity government. These negotiations failed, in part because Hamas leaders refused to renounce violence and acknowledge Israel's right to exist. After violence escalated in the Gaza Strip, Palestinian President Mahmoud Abbas, emboldened by international support, appointed an emergency government without Hamas's participation in June 2007. Hamas subsequently retained control over the Gaza Strip, while Fatah, under the leadership of President Abbas, governed the West Bank. Israel reacted to Hamas's control over the Gaza Strip by instituting closures, severely limiting the movement of people and goods.

As one might expect, these closures made it very difficult for Hamas to govern effectively. Prior to the closures, Hamas delegates approached a variety of Muslim countries, such as Malaysia, Pakistan, and Egypt, to ask for financial support to rebuild the Palestinian territories after the al-Aqsa Intifada. Malaysia, for example, pledged $16 million to a Hamas-led Palestinian Authority.[125] Saudi Arabia pledged $92 million, Qatar $50 million, Russia $10 million, and Iran $50 million.[126] Nonetheless, U.S. and European pressure made it difficult for the Hamas-led Palestinian Authority to receive these funds, and so it

---

[123] According to the U.S Treasury Department, Hamas had received several million dollars in transfers from Bank Sederat in 2005, which has been used by Iran to transfer funds to terrorist groups (U.S. Department of the Treasury, "Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism," press release, October 25, 2007).

[124] For more information, see Kim Cragin, Peter Chalk, Sara A. Daly, and Brian A. Jackson, *Sharing the Dragon's Teeth: Terrorist Groups and the Exchange of Technologies*, Santa Monica, Calif.: RAND Corporation, MG-485-DHS, 2007.

[125] "Malaysia Pledges $16 Million to Palestinian Authority," *Khaleej Times*, May 21, 2006.

[126] "Saudis to Transfer $92 Million to PA," *Jerusalem Post*, April 19, 2006.

PX641

resorted to smuggling. In fact, in June 2006, Hamas-nominated Foreign Minister Mahmoud Zahhar was arrested by Fatah security forces in the Gaza Strip with a suitcase containing $26 million, supposedly acquired during a trip that took him to China, Pakistan, Egypt, and Iran.[127] Logically, once the international community agreed to boycott a Hamas-led Palestinian Authority, Hamas turned increasingly to Iran. If our analysis of Iranian influence over other non-state actors is any indication, one has to be cautious about any conclusions regarding Iranian control over Hamas. Nonetheless, it appears certain that Iranian influence in the Gaza Strip in particular has increased since 2007.

## Conclusions

This chapter examined Iran's interaction with non-state actors in Lebanon and Iraq—the Lebanese Hezbollah, ISCI/SCIRI, and Muqtada al-Sadr supporters—to better understand how Iran might attempt to engage its "proxies" in other countries should tensions increase with the United States. Clearly, Hezbollah and Iraq's Shi'ite militias pose different and unique threats to the United States in and of themselves. But the purpose of this chapter was to explore how U.S. national security policymakers, including the USAF, should account for these groups in their planning with regard to Iran. As such, our research suggests some common findings across the three case studies.

Promoting an Islamic revolution is not the aim of Iran's support for terrorism. In the years immediately following the 1979 Iranian Revolution, evidence suggests that Iran's leaders initially sponsored various non-state actors as a means of spreading this revolution throughout the Muslim world. Today, Iran's various leaders might still aspire rhetorically to an Islamic revolution, but this goal does not appear to be the primary basis for its relationships with Hezbollah and with Shi'ite militias in Iraq. Instead, Iran appears to be using its relationships with

---

[127] "Hamas Minister Brings Cases of Cash into Gaza," *Independent* (London), June 15, 2006.

PX641

its allies as one of many means to achieve influence inside Iraq and Lebanon.

From an Iranian perspective, therefore, Iran's relationship with Hezbollah and Shi'ite militias in Iraq is not "state sponsorship of terrorism" in the traditional sense. Iran is not currently sponsoring its non-state allies in an effort to promote a revolutionary agenda within other countries or to overthrow those countries' governments, as was the case with its state sponsorship of such entities in the 1970s and 1980s. This observation does not diminish the potential threat posed by Iran's relationship with its non-state allies; rather, it suggests that the U.S. national security community should regard Iran's relationship with these entities as more complex than it has heretofore.

Proximity does not appear to be the primary determinant of Iranian behavior. One might expect that Iran would behave more cautiously in its relationship with Iraq's Shi'ite militias than with Hezbollah simply because it shares a border with Iraq. Iran might not want Iraq to devolve into complete chaos because of the effect that would have on Iran's own internal security. Yet our research reveals that Iran's strategy inside Iraq has been quite similar to that which it has pursued inside Lebanon over the past 20 years. For example, Iran has provided similar combinations of support in both cases: financial support, military assistance, social services, and religious influence. The fact that this pattern of support contributed to significant upheaval in Lebanon during the 1980s does not appear to have deterred Iran from following the same pattern in Iraq.

Iran's non-state partners do not behave as proxies. The characterization of Hezbollah and Iraq's Shi'ite militias as Shi'ite proxies is inaccurate. Our research suggests that local partners do not see themselves as promoting Iran's revolutionary agenda in their respective countries. Instead, these non-state allies apparently view their relationship with Iran as promoting their own self-interests within Lebanon and Iraq. Fractures between Iran's self-interest and its allies' self-interest, therefore, likely would cause reluctance on the part of Shi'ite militias and Hezbollah to pursue Iran's interests at the expense of their own.

Iran's non-state partner organizations may splinter if their leaders deviate from Iran's interests. Our research suggests that, in the event of

<div align="right">

**PX641**

</div>

128   Dangerous But Not Omnipotent

an open U.S.-Iran conflict, U.S. policymakers should be prepared for splinter groups to act on behalf of Iran even if the majority of the members of its non-state allies do not. For example, Iran clearly encouraged its supporters to leave AMAL and al-Da'wa in Lebanon when the leaders of these groups pursued goals different from Iranian interests. This experience suggests that Iran may attempt a similar approach with reluctant allies in the future in order to pressure them to attack U.S. interests or to identify new collaborators. Divisions among Shi'ite groups in Iraq, particularly within the organization of Muqtada al-Sadr, may be a tempting target for Iran to exploit.

PX641

CHAPTER FIVE

## Arab Perceptions of the Iranian Threat

Aside from its support to non-state actors, Tehran also views Arab public opinion as an important vector of power projection, one that can be used to exert pressure on unfriendly Arab regimes, as well as their Western allies. Employing both indigenous media as well as its own Arabic-language media outlets, Iran has played to the major sources of Arab discontent, portraying itself variously as

- a populist challenger of the status quo political order in the Middle East
- a steadfast champion of the Palestinian cause
- the state sponsor of the only Arab military body (Hezbollah) to have successfully liberated Arab soil from Israeli control
- a beleaguered victim of Western double standards that is attempting to assert its rightful claim to nuclear energy in the service of Muslims everywhere.

As we noted in Chapter Two, this appeal to Arab public opinion and Iran's ability to speak over the heads of local regimes can be a powerful driver for assertiveness and bravado in its behavior. According to an op-ed in the prominent pan-Arab newspaper *al-Quds al-Arabi*,

> Tehran felt it could indulge in brinksmanship because it knew it
> had the sympathy of Arab public opinion, whatever the views of

PX641

130   Dangerous But Not Omnipotent

Arab governments. This is the bleeding wound that Iran is able to exploit.[1]

At the same time, Iran's outreach to Arab opinion can be a source of caution in its foreign policy. As noted by Ray Takeyh, President Ahmadinejad's populist, grassroots appeal may have initially achieved greater resonance in Cairo and Damascus than in Tehran.[2] Yet his posturing on the Holocaust and nuclear brinksmanship—which appear calculated in part to reach regional audiences—have caused a backlash at home, both from within his own camp and from factional rivals such as former President Rafsanjani. Similarly, Arab public support for Iran often fluctuates rapidly during events that are beyond Tehran's control. The regional applause for Iran's support to Hezbollah during the summer 2006 Lebanon war quickly evaporated after the execution of Saddam Hussein by Iraq's Shi'ite-dominated government—an event that was widely perceived by regional audiences as a humiliating, Iranian-sponsored rebuke to Arab identity.

Understanding these dynamics is necessary to assess the reliability of Arab public opinion as a resource in Iran's larger regional strategy. This chapter therefore surveys shifting Arab perceptions of Iran since the election of President Ahmadinejad. First, we describe Iran's major instrument of strategic communication, assessing its resonance among Arab audiences and offering reasons for the popular acclaim for President Ahmadinejad. Next, we highlight recent fluctuations in Arab opinion toward Iran, offering an explanation by way of two key examples. Then, we highlight the major anti-Iranian themes we encountered in our survey of the Arab media. Iran's nuclear ambitions form an important topic in Arab media deliberations, yet popular views on this issue are often ambiguous; we explore the reasons for this and its implications for gauging Arab reactions to a U.S. strike on Iran.

1  "Iran Seeks to Allay Sunni Anxieties in Saudi Arabia," in English, Caversham BBC Monitoring, OSC GMP20070302950043, March 2, 2007.

2  Ray Takeyh, *Hidden Iran: Paradox and Power in the Islamic Republic*, New York: Henry Holt and Company, 2006, p. 213.

PX641

Our research indicates that Arab public opinion can be a powerful driver of Iranian assertiveness and "soft-power projection," one that is not easily contained through traditional military, diplomatic, or economic means. At the same time, its capriciousness makes it a liability for Tehran and a source of caution and pragmatism. And as we argue in the conclusion to this chapter, future U.S. policies toward the Islamic Republic may ultimately determine the extent to which Tehran is able to exploit Arab public opinion.

## Tehran's Arab Media Ambitions Have Fallen Short

The centerpiece of Tehran's strategic communication strategy in the Arab world is its 24-hour Arabic-language satellite TV channel, al-Alam. Al-Alam falls under Iran's state-run media body, Islamic Republic of Iran Broadcasting (IRIB), whose chief, currently a former IRGC commander, is personally appointed by the Supreme Leader.[3] According to its first managing director, Hassan Beheshtipour, al-Alam's founding charter was "to present the view points of the Islamic world and to counter the monopolization of Western news channels."[4] Consciously emulating the presentation style of its principal Arab competitors, al-Jazeera and al-Arabiya, it began broadcasting shortly before the U.S. invasion of Iraq. Although initially focused on reaching Arab Shi'ites in southern and eastern Iraq from a terrestrial station in western Iran, it subsequently expanded to broadcasting from six satellites, and its signal can now be received throughout the Middle East, the Pacific, South Asia, Europe, and the United States.[5] Its regional news coverage focuses on Lebanon, the Palestinian territories, and Iraq, and it maintains bureaus and correspondents throughout the Arab world.

---

[3] "Analysis: Survey of Iran's Arabic Satellite TV al-Alam," Iran–OSC Analysis GMF20070703684001, July 3, 2007. Aside from al-Alam, Iran utilizes Al-Kawthar TV (which until February 2006 was called al-Sahar). This religiously oriented channel broadcasts 18 hours a day in Arabic with the aim of advancing Iran's interpretation of Shi'ite Islam, although it also includes news bulletins.

[4] Analysis: Survey of Iran's Arabic Satellite TV, al-Alam," 2007.

[5] "Analysis: Survey of Iran's Arabic Satellite TV, al-Alam," 2007.

PX641

On Iraq, al-Alam's tone frequently mirrors that of other Arab outlets, referring to insurgents who attack U.S. forces as "fighters" and the killing of Iraqi civilians as "massacres" and "terrorism." Elsewhere in the region, it adopts a predictably anti-Israeli line in its coverage of the Palestinian territories and has been sympathetic to Shi'ite causes in the Persian Gulf region, particularly during its coverage of the May 2007 clashes between Bahraini security forces and Shi'ite activists.[6]

The station's actual resonance on Arab public opinion appears to have fallen short of its founders' expectations. For example, its bias on Iraq has not gone unchallenged by Iraqi audiences; even in the Shi'ite bastion of Najaf, al-Alam faced criticism from a Shi'ite prayer leader who criticized its use of the term "resistance fighter" to describe Iraqi insurgents—an appellation that al-Alam promptly denied using.[7] Moreover, recent surveys conducted inside Iraq have consistently shown that it is not as widely watched as its pan-Arab competitors, al-Jazeera and al-Arabiya, nor is it viewed as being as reliable a news source.[8] Iran's own IRIB Research Center conducted a poll of 1,400 adults in Beirut and southern Lebanon following the Israel-Hezbollah conflict and noted that only 22 percent of respondents stated they watched al-Alam. RAND fieldwork in 2007 among Shi'ite communities in Saudi

---

[6]  "Analysis: Survey of Iran's Arabic Satellite TV, al-Alam," 2007.

[7]  "BBC Monitoring: Iran's Al-Alam TV Plays Role in Arab Media Scene," in English, Caversham BBC Monitoring, OSC GMP20070115950064, January 15, 2007; "Al-Alam TV News Director Responds to Al-Najaf Prayer Leader's Criticism," *Iranian Labor News Agency* (Tehran), Web page, in Persian, OSC IAP20040605000076, 0935 GMT June 5, 2004.

[8]  "BBC Monitoring: Iran's Al-Alam TV Plays Role in Arab Media Scene," 2007; "BBC Monitoring: Iran Media Guide," in English, Caversham BBC Monitoring, OSC IAP20070327950024, March 27, 2007. However, in the months following the fall of Saddam Hussein, a U.S. State Department poll noted that "al-Alam was the most trusted and watched television station in Iraq, behind the Iraq Media Network (IMN) and the religious Najaf channel." This probably stemmed from al-Alam's availability as the only non-Iraqi terrestrial station whose signal can be received without a satellite dish. By 2004, however, an Intermedia survey reported that 78 percent of Iraqi viewers had access to satellite dishes and that al-Alam's total audience reach was 15 percent (compared to over 60 percent for the most popular channels, al-Arabiya and al-Jazeera). Moreover, the station received only single digits for reliability and importance as a source of information. See "BBC Monitoring: Iran Media Guide," 2007; U.S. Department of State, Office of Intelligence and Research, "Iraq Television Viewership Poll," October 16, 2003.

PX641

Arabia's Eastern Province revealed a general distrust of the channel; those surveyed saw it as too ideological and overbearing in its promotion of Iranian policies.[9] Nonetheless, al-Alam appears to have scored at least one major public relations coup among Arab audiences in the wake of Iran's seizure of 15 British sailors and marines from the H.M.S. *Cornwall* in March 2007 (see below).

## Arab Public Opinion on Iran Fluctuates But Is Generally Not Alarmist

If Arab publics appear unreceptive to Iranian media, they also do not view Iran as the hegemonic, seemingly existential threat, as sometimes portrayed by both official Arab regime outlets and the United States. A 2006 Zogby/University of Maryland poll following the 2006 Lebanon war asked 3,850 respondents in Egypt, Jordan, Lebanon, Morocco, Saudi Arabia, and the United Arab Emirates to identify the two countries that posed the greatest threat to their security; only 11 percent identified Iran, while 85 percent listed Israel and 72 percent cited the United States. Among world leaders most admired by respondents, Hezbollah leader Hasan Nasrallah came in first, while President Ahmadinejad came in third (after French president Jacques Chirac).[10] In contrast, polling conducted by the Pew Global Attitudes

---

[9]   RAND interviews with Shi'ite religious leaders and activists in Qatif, Dammam, and al-Ahsa, Eastern Province, Saudi Arabia, March 15–20, 2007. According to one respondent, a noted Shi'ite intellectual, even the Hezbollah television station al-Manar is not popular among Saudi Shi'ites because it consistently adopts a tone critical of Iraqi Shi'ite parties, such as SCIRI/ISCI, toward whom the Saudi Shi'ites showed a strong affinity. It was not until the 2006 Lebanon war that al-Manar's resonance increased, largely due to its compelling battlefield footage.

[10]  Saudi Arabia and Lebanon were the only countries surveyed where Nasrallah did not rank number one—probably due to Riyadh's effort to cultivate anti-Shi'ite sentiment through its vast media network and the communal ambivalence in Lebanon to Hezbollah's domestic ascendancy (Zogby International, "Middle East Opinion: Iran Fears Aren't Hitting the Arab Street," 2006). As the scholar of Arab media Marc Lynch has noted, the absence of strong anti-Iranian popular sentiment is especially noteworthy given "the months of anti-Iranian agitation in much of the Arab media and a concerted American effort to midwife a 'coalition of moderate Sunnis' against Iran." See Marc Lynch, Middle East blog, February 9, 2007.

**PX641**

Project prior to the summer 2006 Lebanon fighting showed implicit distrust of President Ahmadinejad, with 68 percent and 65 percent of respondents in Egypt and Jordan, respectively, saying they had little or no confidence in President Ahmadinejad to "do the right thing" in world affairs.

The subsequent surge in acclaim for President Ahmadinejad shows Iran's ability to quickly derive collateral popular support from the brazen actions of its militant allies in the Levant, rather than from its political system or ideology per se. Added to this dynamic are the populist, grassroots charisma of President Ahmadinejad and his fiery, anti–status quo rhetoric. For Sunni Arab publics, the Iranian president's unabashed hostility to Israel, war credentials, modest dress, and humble origins contrast sharply with the cautious posturing and lavish lifestyles of their septuagenarian rulers. Persian-Shi'ite identity distinctions appear to fade in the face of President Ahamdinejad's appealing challenge to the stagnant political order. "I consider Ahmadinejad a leader of the Arab people. He has the confidence. It upsets me that we don't have such a leader," noted a 20-year-old student in Cairo interviewed by a Western journalist in mid-2007.[11] Similar sentiments were observed by RAND in the United Arab Emirates during President Ahmadinejad's visit in May 2007, which included a rally in a Dubai soccer stadium, where the 3,000-strong audience cheered Iran's nuclear ambitions.[12] It is important to note, however, that this acclaim does not represent a sustained endorsement of the Islamic Republic as a model for emulation—even among Shi'ite populations in Bahrain and Saudi Arabia, which largely reject the Iranian system of clerical rule.[13] As Karim Sadjapour has aptly noted,

---

[11] Andrew England, "Arab Street Warms to Showman Ahmadi-Nejad," *Financial Times*, April 6, 2007.

[12] RAND interviews with Emirati analysts and officials, Dubai, United Arab Emirates, May 2007. See also "President's Trip to Emirate Thwarted American Plans for Regional Discord," *Tehran* (Iran), Web page, in Persian, OSC IAP20070516950068, 0000 GMT May 15, 2007.

[13] RAND fieldwork among leading Shiite clerics and activists in Manama, Bahrain, and the Eastern Province of Saudi Arabia, November 2006 and March 2007, respectively.

PX641

There is reason to believe the Arab masses admire Iran's Islamic Republic much in the same way the Latin American street once romanticized Fidel Castro's Cuba. They praise the defiant political order from afar, but do not wish it for themselves.[14]

Moreover, pro-Iranian applause is fickle. Arab opinion has fluctuated periodically toward violently anti-Iranian views, demonstrating that Arab opinion remains an unstable strategic commodity for Tehran. By 2007, available polling and media surveys revealed a noticeable drop in support for Iran, stemming principally from worsening sectarian violence in Iraq. Zogby's 2007 polling of 3,400 Arab respondents in Egypt, Saudi Arabia, Jordan, the United Arab Emirates, and Lebanon showed that a majority believed Iran's role in Iraq was unhelpful, although there was broad consensus that U.S. actions were similarly detrimental.[15] A February 2007 al-Arabiya poll of Arab viewers in the Levant, Egypt, the Gulf, and North Africa revealed similar discomfort with Iran. Fifty percent of those polled believed Iran was a threat to the Arab world, while 58 percent saw Iran as aiming to bring the Arab world under its military and political hegemony. In the Persian Gulf region alone, 53 percent of respondents did not believe Iran's nuclear ambitions to be peaceful.[16]

Rapid shifts in public opinion toward Iran appear to hinge on pivotal events that are in some cases the direct result of Iranian policies and in other instances beyond its control. For example, the hanging of Saddam Hussein in December 2006 marked a rapid reversal of the

----

[14] Karim Sadjadpour, "How Relevant Is the Iranian Street?" *The Washington Quarterly*, Vol. 30, No. 1, Winter 2006–2007, pp. 151–162.

[15] When asked about their greatest regional worry, respondents were split, with U.S. permanence in the region, the fragmentation of Iraq, and the spillover of the Iraq war generally outweighing the direct threat of Iranian hegemony (James Zogby, "Four Years Later: Arab Opinion Troubled by Consequences of Iraq War," Washington, D.C.: Arab American Institute, n.d.).

[16] The polling results are available at "Kayfa Yandhuru al-Arab ila Iran? [How Do Arabs View Iran?]," *Panorama*, al-Arabiya television, February 26, 2007. Among the 1,221 Arabs surveyed, most of whom under the age of 30, 36 percent were from the Levant, 21 percent were from the Persian Gulf region, 14 percent were from North Africa, and 29 percent were from Egypt.

PX641

pro-Iranian Arab sentiment that followed the summer 2006 Lebanon fighting. Regional commentators and officials alike saw the execution as a humiliating blow to Arab identity and part of an Iranian and U.S. plot to marginalize the Sunnis. The backlash was especially strong in Jordan, whose population has traditionally expressed pro-Saddam sentiments and where a number of former officials of Saddam Hussein's regime have taken refuge. Here, the independent press appears to have outpaced official outlets in its condemnation of Iran—an unusual development given the aforementioned animosity by Arab regimes toward Tehran's assertiveness.[17]

This anti-Iranian trend was reversed following Iran's release of the 15 British sailors and marines in April 2007. This event is significant because, like Iran's defiance on the nuclear issue, it shows how anti-Western posturing can garner applause from Arab audiences while dampening their fears of Shi'ite ascendancy in Iraq. Indeed, Tehran may have partially conceived of the seizure as a strategic communication effort to Arab audiences; its coverage of the event was initially broadcast on its Arabic-language satellite TV station al-Alam.[18] The tactic appears to have been at least partially effective. Arab commentators throughout the region interpreted the conclusion of the crisis as an Iranian diplomatic and military gain, portraying Iranian actions as magnanimous while condemning the illegitimacy of the U.S./UK naval presence in the Gulf.[19] U.S. Naval Forces Central Command's (NAVCENT's) monitoring of Arab media noted that for the first time since its monitoring began in December 2006, pan-Arab coverage had moved to a more pro-Iranian slant, with assertions that Iran was not a

---

[17] "Saddam Execution Stokes Arab Anti-Iran, Anti-Shiite Sentiment," Middle East—OSC Analysis GMF20070111222001, January 10, 2007; "FYI—Iran's Al-Alam TV Discusses Arab Reaction to Saddam's Execution," Al-Alam Television (Tehran), in Arabic, OSC IAP20070102950094, 1330 GMT January 2, 2007.

[18] "BBC Monitoring Analysis: Arab Press Sees Iranian Gains in British Detainees Affair," BBC Monitoring, OSC EUP20070406950039, April 6, 2007.

[19] "BBC Monitoring Analysis: Arab Press Sees Iranian Gains in British Detainees Affair," 2007.

PX641

dangerous neighbor.[20] Moreover, NAVCENT observed that although the coalition initially seized the media initiative, subsequent Iranian messaging in the weeks following the seizure resulted in a sharp rise in the prevalence of pro-Iranian themes in the pan-Arab media.[21]

## Arab Regimes Have Stoked Anti-Iranian Sentiment

Some Arab regimes deliberately cultivate anti-Iranian sentiment through the official press, and their actions create ambivalence in Arab opinion toward Iran. Arab regimes oppose Iran mostly due to their own balance-of-power calculations and fears of Iran's economic and military potential and its (often inflated) ability to wreak havoc inside Arab states. Surprisingly, Arab states, particularly those in the GCC, also fear eventual U.S.-Iranian strategic collusion, which would drastically erode the privileged positions they have enjoyed as a result of Washington's two-decade-long policy of isolating and containing Iran. "We can all agree on one issue without any debate," noted a prominent Lebanese commentator and academic, "any Iranian-American agreement will be at the expense of Arabs because both countries will exert hegemony over the region."[22]

Thus, to bolster popular support for their anti-Iran policies, Arab regimes attempt to exploit the Shi'ite and Persian nature of Tehran's ambitions, which are portrayed as threatening Sunni Arabs everywhere, while downplaying its appealing challenge to the status quo and defiance of the West. The most notable examples are King 'Abdallah of Jordan's famous warning of a "Shi'ite crescent" on the eve of the Iraqi parliamentary elections and Egyptian President Hosni Mubarak's televised declaration that the Arab Shi'ites' "loyalty is always to Iran" and

[20] NAVCENT, "Media Analysis Report, Iran and Regional Security Quicklook," April 2007.

[21] NAVCENT, "Iran Media Analysis, Quarterly Report, January–March 2007," April 2007.

[22] Jihad al-Khazin, "Al-Maradh al-Arabi [The Arab Disease]," *Saudi in Focus*, date not available.

PX641

"not to their countries."[23] Saudi-affiliated media, including newspapers such as *al-Sharq al-Awsat* and the satellite TV station al-Arabiya, have been especially critical vectors for this strategy. In particular, prominent Saudi clerics, both inside and outside the official religious bureaucracy, have issued a stream of anti-Shi'ite and anti-Iranian religious rulings that proclaim Arab solidarity with Iraqi Sunnis and legitimate the murder of Shi'ites.[24] These decrees have elicited strong condemnation from Shi'ite clerics in Qom and other theological centers, who derided the views of the Sunni religious establishment as being out of touch with mainstream Arab sentiment.[25]

## Official Arab Outlets Attack Tehran's Circumvention of Diplomatic Channels

This back-and-forth vitriol demonstrates that Arab opinion remains a contested, volatile commodity for Iran, despite Iran's appeal in regard to the Palestine issue, defiance of the West, and challenge to the status quo. To better understand this dynamic, we surveyed major Arab news outlets to identify the prominent anti-Iranian themes that have helped

---

[23]  Abdullah II bin al-Hussein, King of Jordan, quoted in *al-Ra'y*, January 6, 2005; Mubarak's was carried on al-Arabiya TV, April 9, 2006. See also "Tactless Mubarak Provokes Reassertion of National Loyalties by Gulf Arab Shi'as," *Gulf States Newsletter*, Vol. 30, No. 779, April 14, 2006.

[24]  Toby Craig Jones, "Saudi Arabia's Not So New Anti-Shiism," *Middle East Report 242*, Spring 2007, pp. 29–32. For examples of anti-Iranian, anti-Shiite *fatwa*, see 'Ali bin Khudayr al-Khudayr, "*Fatwa* on the Shi'a," Web page, in Arabic, date not available. Also, Nasr al-Fahd, "Letter on the Legitimacy of Swearing at the Shi'a," Web page, in Arabic, date not available; Nasr al-Fahd, "Response to the Rejectionists (Shiites) on Their Indictment of the Companions," Web page, in Arabic, date not available; al-Umar, "The Situation of the *Rafida* in the Land of Tawhed," date not available; al-Umar, "If Iran Occupies Iraq," date not available. It is important to note however, that there were significant fissures and debates within clerical circles about whether Iran and Hezbollah or the United States and Israel constituted the most immediate threat. See "Saudi Website Sunni-Shiite Reaction to Lebanon Crisis," Saudi Arabia—OSC Report, in Arabic, OSC GMP20060816862001, August 16, 2006.

[25]  For an example, Middle East Media Research Institute (MEMRI), "An Eternal Curse on the Muftis of the Saudi Court and on the Pharaoh of Egypt," editorial in *Jomhouri-ye Eslami* (Tehran), July 28, 2006.

PX641

mitigate Iran's influence in the public sphere. Covering a period from September 2006 to July 2007, our canvass included major pan-Arab newspapers, such as *al-Hayat*, *Al-Sharq al-Awsat*, and *al-Elaf*, as well as local ones, such as *al-Rai* (Jordan), *al-Sha'b* (Egypt), and *al-Itihad* (United Arab Emirates). We also monitored popular television networks, such as al-Jazeera and al-Arabiya.

We encountered a prominent theme, largely in the official press, of hostility toward Iran's outreach to Arab publics and its support to internal opposition movements, both of which bypass state-to-state diplomacy by speaking "over the heads" of Arab leaders. Lebanon is a key example—the first step, according to some commentators, in Iran's plan for exerting a dominant role, not mere influence, over internal Arab affairs. For example, Walid Jumblatt, the prominent Lebanese Druze leader, stated in a live interview with al-Jazeera that Iran is responsible for destabilizing Lebanon by financing and empowering Hezbollah as a political actor.[26] Revered in 2006, Hezbollah was later attacked by numerous Lebanese voices and accused of committing "the disgraceful national sin of forming a coalition with a foreign government (Iran) and carrying out that government's agenda."[27] Hezbollah's legacy as a national resistance movement that helped liberate Lebanon from Israeli occupation in May 2000 is being replaced by a new narrative that Hezbollah is a "a state within a state"[28] serving Iranian interests. Exemplifying this critique, Sa'ad al-Hariri, the Lebanese head of the al-Mustaqbal party, gave Hezbollah an ultimatum "to choose between Iran and Lebanon."[29] Elsewhere on the Arab-Israeli front, Arab officials and commentators cite Iranian funding of Hamas

---

[26] "Lebanon Under the Current Circumstances," *Without Borders*, Al-Jazeera television, in Arabic, January 16, 2007.

[27] Al-Khedir Abd al-Aziz, "America and the Sins of Coalitions," *Al Sharq al-Awsat*, in Arabic, December 18, 2006.

[28] Jamil al-Dhiyabi, "Fa'es America wa Ghatrasat Iran [America's Ax and Iran's Arrogance]," *Al-Hayat*, June 25, 2007.

[29] Abbas Tha'ir, "Al-Hariri: Ala Hizbullah Al-Ikhtiyar bayna Lubnan wa al-Haras al-Thawri al-Irani [Hariri, Hizbullah Has to Choose Between Lebanon and the Iranian Revolutionary Guard]," *Al-Sharq al-Awsat*, July 16, 2007.

PX641

as provoking civil war among Palestinians and preventing them from forming a united front against Israel.[30]

Aside from its support to Hezbollah and specific political entities, there is a broader criticism of Iran's appropriation of Arab issues and concerns. For example, Mishari al-Zaydi, a popular Saudi columnist writing in *Al-Sharq al-Awsat*, urged his readers to

> Examine all the big Arab portfolios—Lebanon, Palestine, and Iraq. They are being stolen from Arab hands, which have traditionally handled these issues, and turned over to Iranian hands gradually.[31]

Iran's rejectionist stance on the Arab-Israeli peace process appears particularly unsettling to Arab regimes. This is especially evident in Egypt because of Cairo's signing of the 1979 peace treaty with Israel, which has exposed it to criticism that it effectively abandoned the Palestinian cause.[32] Tehran's public rejection of various Arab peace initiatives has elicited outrage from Egyptian commentators, who have argued that it is not Iran's place to take such positions, as Israel is occupying Arab and not Persian land. One Arab writer offered two interpretations of Iran's posturing. First, Iran is trying to assert that it is part of the region and thereby outmaneuver U.S. and Israeli attempts to isolate it. Second, by disagreeing with peace initiatives, Iran is proclaiming its uniqueness and steadfastness to the Palestinian cause— becoming, in effect, more Arab than the Arabs.[33]

---

[30] Hassan Haydar, "Inhinaa' Iran [Iran's Weakness]," *Free Syria*, Web site, February 8, 2007.

[31] Mishari al-Zaydi, "Uhadhir an Taqdhi Alihi al-Ama'im [Warning Against the Religious Establishment]," *Al-Sharq al-Awsat*, July 19, 2007.

[32] Egypt and Iran have had especially bitter relations stemming from Cairo's admission of the deposed Shah for medical treatment and Tehran's public homage to the assassin of Egyptian President Anwar Sadat, which is reflected in numerous postage stamps, street names, and murals.

[33] Salaah Salim, "Tajawoz al-Qati'a al-Misriya al-Iraniya [Overcoming the Egyptian-Iranian Estrangement]," *Elaph*, July 8, 2007.

PX641

### Many Arabs Accuse Iran of Creating Instability, Sectarianism, and Violence

Aside from this bypassing of diplomatic channels, there are widespread accusations that Tehran cultivates Islamic extremism inside Arab states and sponsors terrorism. A representative example is Ahmad al-Rabi'i, a Kuwaiti analyst, who observed that Iranian support for violence in Arab affairs is unambiguous in the Persian Gulf and also extends to Egypt, Lebanon, and Syria.[34] Speaking more generally, *Al-Sharq al-Awsat* columnist al-Zaydi pointed out that while religious extremism has always existed in a marginalized form, "this phenomenon became a real danger to the entire Arab and Muslim worlds, and the world at large, once it reached power in Iran."[35]

In many cases, this charge appears to be a calculated tactic to shift attention away from the indigenous roots of Arab societal tensions— such as poor governance, public perceptions of regime illegitimacy, economic conditions, or the U.S. military presence—and assign blame to an external sponsor. For example, former Algerian Prime Minister Ahmad al-Ghazali cited the time-worn accusation of Iran's export of its revolution to be the primary reason for instability throughout the Arab world.[36] In a separate article, he directly accused Iran of inciting the civil war that afflicted Algeria in the 1980s and 1990s, arguing, "it was clear to us that the tensions and violence were not innate in our societies but rather are instigated from abroad."[37] This dynamic is especially evident in Yemen, where the government has pointed repeatedly to Iran's hidden hand in stoking a Zaydi Shi'ite rebellion in the north-

---

[34] "Kayfa Yandhuru al-Arab ila Iran? [How Do Arabs View Iran?]," 2007.

[35] al-Zaydi, 2007.

[36] Ahmad al-Ghasali, "Istifhal al-Azmah, Ma Hua al-Hal? [Exacerbating the Problem, What Is the Solution?]," *Al-Sharq al-Awsat*, July, 26, 2007.

[37] Ahmad al-Ghasali, "An Tajrubah: Makhatir Taqdim Ghusan al-Zaytoon LiIran [Out of Experience: The Dangers of Extending the Olive Branch to Iran]," *Al-Sharq al-Awsat*, No. 10341, March 22, 2007.

PX641

ern Sa'da province—essentially a local, center-periphery conflict that is rooted more in tribal marginalization than in any external support.[38]

Many Arabs view Iraq as the central front for Iranian aggression. An Iraqi official asserted that Tehran is "the most active terrorism sponsor in the world" and named the IRGC and other Iranian security agencies as directly involved in terrorist operations against civilians in Iraq.[39] Interviewed on al-Arabiya television, Muhammad al-Dayni, an Iraqi parliament member, pleaded to his audience,

> I am an Iraqi! I know the extent of the Iranian interference in Iraq since the Iranian Revolution. They want to spread their revolution to the Arab countries. They will fight anyone who stands in their way.[40]

Hussayn al-Mu'aid, an Iraqi Shi'ite cleric, cited the frequent refrain of Persian-Arab animosity, arguing that Iranian interference in Iraq was the first step in Iran's broader "Persian political ambitions."[41]

The warning against this drive, however, is not limited to Iraqis. An article by Moroccan writer 'Abed al-Ilah Bilqiz, for example, is representative of views in other Arab states and helps explain the aforementioned outrage over Saddam Hussein's hanging. Bilqiz argued that Hussein was ultimately transparent in his war to block Iranian expansionism, which he emphasized was Persian and Shi'ite in nature, rather than revolutionary:

> Many Arabs did not believe Saddam Hussein when he told them, a quarter century ago, about the Iranian national ambitions regard-

---

[38]  The Yemeni government has accused both Iran and Libya of sponsoring a rebellion led by Zaydi Shi'ite leader 'Abd al-Malik al-Houthi, resulting in Sana'a's recall of its ambassadors from Tehran and Tripoli (Muhammad bin Sallam, "Yemen Recalls Its Ambassadors to Iran and Libya," *Yemen Times*, May 13, 2008).

[39]  Al-Dhiyabi, 2007.

[40]  "Kayfa Yandhuru al-Arab ila Iran? [How Do Arabs View Iran?]," 2007.

[41]  "Al-Sira' al-Ta'ifi fi al-Iraq wa al-Mintaqah [The Sectarian Conflict in Iraq and the Region]," *Bila Hudud* [*Without Borders*], al-Muqtada television, January 20, 2007.

**PX641**

ing the Arab world. They didn't believe him when he asked them to face the Iranian ambitions with a national Arab agenda.[42]

## Officials and Commentators Criticize Iran's Hegemonic Drive

Officials and Arab commentators who oppose Iran's growing influence in Iraq and elsewhere often resort to historical comparisons to provide evidence of Iran's hegemonic, territorial ambitions. For example, historian Mahmoud Sayid al-Dughaim has contended that Iran is actually a bigger source of concern to Arabs than Israel, citing the example of the Safavid Persian dynasty that competed with the Sunni Ottoman Empire for supremacy in the Middle East from the 16th through the 17th centuries. While the "Zionist project" (Israel) is a danger to Muslims because of its occupation of al-Qods (Jerusalem), he argued, the "Safavid project" (Iran) is a far more critical threat because it aims to restore Persia's former glory, dominating both the Arabian Peninsula and the entire Mediterranean. Playing on Sunni Muslim religious sensitivities, he accused Tehran of pursuing historical Persian designs to take over Mecca and Medina, which are more sacred to Muslims than Jerusalem.[43] Echoing this historical analogy, a senior Saudi diplomat told RAND researchers in March 2006 that the U.S. disbandment of the Iraqi army effectively split the Muslim world into opposing sectarian camps, recalling earlier centuries of conflict between the Sunni Ottoman Empire and the Persian Shi'ite Safavids.[44]

Because of their proximity to Iran, commentators in the GCC countries show a particular preference for this line of thinking. Most notably, they point to Tehran's disputed occupation of the Abu Musa

[42] Abed al-Ilah Bilqaziz, "Al-Arab wa Iran: Min al-Ummah ila al-Madhhab [The Arabs and Iran: From the Umma to the Sect]," Web page, Harakat al-Adalah al-Watania [National Justice Movement], February 20, 2007.

[43] "Al-Nufuth al-Irani fi al-Mintaqa al-Arabiya [The Iranian Influence in the Arab Region]," *Al-Ittijah al-Mu'akis* [*Opposite Direction*], al-Muqtada television, February 4, 2007.

[44] RAND interview with a senior Saudi diplomat, Manama, Bahrain, March 12, 2006.

PX641

and Tunb Islands, which are claimed by the United Arab Emirates.[45] The issue of these islands dominated the agenda of the Nineteenth Arab League Summit in 2006, resulting in a strongly worded condemnation of Iran's occupation.[46] More recently, a July 2007 article in the Iranian press by an advisor to the Iranian Supreme Leader asserted that Bahrain was rightfully a province of Iran, igniting Gulf Arab criticism of Iran's historical ambition to control Arab land.[47]

## Arab Regimes Fear Iranian Nuclear Ambitions But Must Temper Their Public Criticism

As noted earlier, Arab public opinion is generally supportive or tolerant of Iranian nuclear ambitions as an indirect critique against Western interference in the region and double standards for Israel. In official circles, however, there is alarm—often conveyed more forcefully in private rather than public channels. These fears do not necessarily stem from the threat of a direct nuclear attack from Iran but rather from the "ripple effects" a nuclear-capable Iran would cause throughout the region. The potential effects include an escalating regional arms race, which could involve the acquisition of nuclear arms by major powers, such as Saudi Arabia, Egypt, or Turkey; a nuclear accident at one of Iran's reactors; and an Iran that is more aggressive in its support for terrorism and Shi'ite activism or more unyielding in its diplomacy.[48]

---

[45] Niveen Abd al-Mun'im, *Sun' al-Qarar fi Iran wa al-Alaqat al-Arabiya al-Irania* [*Decisionmaking in Iran and the Arab-Iranian Relations*], Center for Arab Unity Studies, Beirut, Lebanon, 2002, p. 247.

[46] "Al-Qimma *al-Arabiya* [The Arab Summit]," Saudi Press Agency, Web page, date not available.

[47] "Bahrain: Mudhaharat Ihtijaj ala Maqalat Kihan Bahrain [Demonstrations over Kihan's Article], *Al-Sharq al-Awsat*, Web page, date not available.

[48] This analysis is based on RAND interviews with scholars, officials, and diplomats throughout the GCC and in Egypt and Jordan in February and March 2006 and July 2007. See also Dalia Dassa Kaye and Frederic M. Wehrey, "A Nuclear Iran: The Reactions of Neighbours," *Survival*, Vol. 49, No. 2, Summer 2007, pp. 111–128; Karim Sadjadpour, "The Nuclear Players," *Journal of International Affairs,* Vol. 60, No. 2, Spring/Summer 2007,

PX641

In attempting to emphasize these concerns in the media, Arab regimes are engaged in a delicate balancing act. They are ultimately wary that Arab audiences may interpret their opposition to Iran's nuclear ambitions as an implicit endorsement of a U.S. military strike—which they fear their publics may oppose. One remedy to this dilemma is to publicly argue against a U.S. strike, make vague and somewhat anemic calls for "dialogue" with Iran on the nuclear issue, and shift the public debate to Israel by proposing a nuclear-free zone in the Middle East that would include Tel Aviv's abandonment of its own undeclared capability.[49] Even officials in Saudi Arabia, the Arab state facing the greatest threat to its status and security from a nuclear Iran, have been adamant in their public appeal for dialogue and moderation. For example, in an interview with *al-Hayat* on June 22, 2007, the Saudi foreign minister warned against the dangers of using force against Iran and stressed "the need to turn the Middle East into a nuclear-free zone."[50] Yet as noted in earlier sections, if leaders in Riyadh and other Arab capitals are hesitant to strongly criticize Iran on the nuclear issue, they have shown no such reservations in playing the "sectarian card"—exploiting fears of an Iranian-led Shi'ite crescent.

It is important to note that there are significant divisions within the Arab world regarding the type and extent of the threat posed by a nuclear Iran. For example, Egyptian commentators have not adopted the moderate and restrained tone of some of the Persian Gulf states on the Iranian nuclear issue, leading to accusations from the Persian Gulf

---

pp. 125–134; Richard L. Russell, "Peering over the Horizon: Arab Threat Perception and Security Responses to a Nuclear-Ready Iran," Non-Proliferation Policy Education Center, February 5, 2005; Judith S. Yaphe and Charles D. Lutes, "Reassessing the Implications of a Nuclear-Armed Iran," McNair Paper 69, Washington, D.C.: National Defense University, 2005; Simon Henderson, "The Elephant in the Gulf: The Arab States and Iran's Nuclear Program," Washington Institute for Near East Policy, PolicyWatch 1065, December 21, 2005; Emile el-Hokayem and Matteo Legrenzi, "The Arab Gulf States in the Shadow of the Iranian Nuclear Challenge," Washington, D.C.: The Stimson Center, May 2006.

[49] RAND interviews with foreign ministry officials, journalists, and military commanders in the United Arab Emirates, Kuwait, and Oman in March 2006 and July 2007.

[50] "BBC Monitoring Analysis: Arab Dilemma over Iran's Nuclear Program," OSC FEA20070627206546, June 27, 2007.

**PX641**

region that Cairo is tacitly backing a U.S. military option because it is physically removed from the consequences of an attack. Some officials from Persian Gulf states have gone so far as to suggest that Egypt is covertly backing an Iranian nuclear program to counterbalance its more immediate, proximate adversary—Israel.[51] There are even divisions within the GCC: Kuwait appears most concerned about the environmental consequences of an accident at one of Iran's nuclear facilities; Abu Dhabi has singled out increased diplomatic belligerence on the disputed islands by a nuclear Iran; and Oman appears to have fewer concerns, given its long history of interdependence and good relations with Iran.[52] Illustrating this accommodating stance, a retired Omani military commander posed this question to RAND researchers during a February 2006 meeting:

> Why should we be more afraid of a nuclear-armed Iran than a nuclear Pakistan? Prestige is driving the Pakistani nuclear program; the same holds true for Iran. Nuclear acquisition will not necessarily result in a more dangerous Iranian foreign policy.[53]

## Arab Publics Fear the Consequences of a U.S. Strike Over the Nuclear Issue

Public ambivalence and fear of Iran does not necessarily translate into support for a U.S. military strike.[54] Indeed, even GCC officials who

---

[51] Kaye and Wehrey, 2007, p. 114.

[52] Kaye and Wehrey, 2007, pp. 112–120. Even within the United Arab Emirates, there are differing threat perceptions, with Dubai adopting a more accommodating stance given the heavy Iranian investment there, which may give Dubai officials a sense of immunity from an Iranian attack. In Abu Dhabi, there was fear that Iran may seek to exploit these fissures, citing the precedent of the Iran-Iraq War, which caused internal discord inside the United Arab Emirates over how to address the threat from Iran.

[53] RAND interview with a retired Omani military commander, Muscat, Oman, February 6, 2006.

[54] For regime perceptions of the consequences of a strike, see Kaye and Wehrey, 2007, pp. 115–117; Joseph A. Kechichian, "Can Conservative Arab Gulf Monarchies Endure a

PX641

expressed an uncompromising hostility toward Iran during discussions with RAND were fearful of the consequences of a U.S. strike, citing Iranian military retaliation, terrorism, public protests, and increased Shi'ite agitation inside their borders as their major concerns. Underpinning these fears is strong skepticism about the U.S. ability to conduct a short, surgical strike and concern about Iran's capacity to prolong the conflict, in turn inflicting damage on the Persian Gulf states' economies and inflaming popular Arab sentiment. During a RAND roundtable discussion on Iran with Saudi diplomatic and military officials in Riyadh, this theme emerged frequently. As summarized by the Bahraini prime minister, "the region cannot endure another war."[55]

**Fear of Indiscriminate Iranian Retaliation Weighs Heavily**

A major fear in public and official deliberations is the threat of direct Iranian military retaliation. A headline in the July 11, 2007, edition of *al-Sharq al-Awsat* warned, "Iran Threatens to Shower Gulf Countries Cooperating with America with Missiles."[56] A prominent Lebanese commentator echoed this alarm in his 2007 book, *America, Islam and the Nuclear Weapon*, noting that, "Iran is not Iraq . . . . It is stronger politically and militarily. One cannot attack Iran without paying a heavy price. Leaders of the West clearly realize this."[57]

Private discussions with RAND by Persian Gulf and other Arab officials revealed similar concerns. A senior Qatari Ministry of Interior official warned that Iran would "attack Qatar with ballistic and cruise missiles that can cause panic and structural damage, closure of air and

---

Fourth Gulf War in the Persian Gulf," *Middle East Journal,* Vol. 61, No. 2, Spring 2007, pp. 283–306.

[55] Salman al-Durusi, "Al-Shaykh Khalifah bin Salman: Al-Khalij La Yatahammal Harb Jadidah [Sheikh Khalifah bin Salman: The Gulf Cannot Take Another War]," *Al-Sharq al-Awsat,* July 28, 2007.

[56] "Iran Tuhadid Duwal al-Khalij al-Muta'awinah ma' America bil Sawarikh [Iran Threatens the Gulf Countries Cooperating with America with Missiles]," *Al-Sharq al-Awsat,* July 11, 2007.

[57] Isam Nu'man, *America wa al-Islam al-Silah al-Nawawi [America, Islam, and the Nuclear Weapon],* Beirut: Al-Matbu'at Publishing House, 2007, p. 207.

PX641

148   Dangerous But Not Omnipotent

sea ports, and the destruction of Qatar's oil and water installations."[58] The net effect of this retaliation, he forecasted, would be internal discord and disagreement within the government, as well as increased anti-regime activism. Officials in the United Arab Emirates pointed to their ports as a "center of gravity" for the U.S. fleets and the target of Iranian attack. Adding to this, a senior Emirati military commander opined that Iran will "not discriminate" in its targeting of GCC facilities and would attack those that are not directly connected with the U.S. war effort.[59] Even Oman did not feel immune from the consequences of a U.S. strike—an Omani government advisor and member of the GCC Consultative Council told RAND that "an attack by a single Iranian helicopter could devastate Oman's oil importing infrastructure."[60] Officials in Baghdad felt especially vulnerable, given Iraq's long border with Iran and the presence of Iranian-backed Shi'ite militants inside the country. As noted by the Iraqi vice president, a U.S. strike on Iran "would be difficult to contain because the front is wide and both sides have many resources."[61] Elsewhere in Kuwait, a retired Kuwaiti general and strategic analyst summarized the "caught in the crossfire" dilemma that prevails in the smaller GCC states. "We are stuck in the middle," he stated during an al-Jazeera talk show, "and have every right to fear the consequences."[62]

---

[58] RAND interview with a senior Qatari Ministry of Interior official, Doha, Qatar, July 2, 2007.

[59] RAND interview with a retired Emirati military commander, February 9, 2006, Abu Dhabi, United Arab Emirates.

[60] RAND interview with a senior Omani government advisor and member of the GCC Consultative Council, Muscat, Oman, February 5, 2006.

[61] Hasan Fahs, "Abd al-Hadi LilHayat: Ay Sidam Irani-Amrici Sayas'ub Dhabtuhu Li'an Sahatuhu Wasi'ah wa al-Imkanat Kabira [Abd al-Hadi to Al-Hayat Newspaper: Any American-Iranian Confrontation Would Be Difficult to Contain Because the Front Is Wide and the Resources Are Huge]," *Al-Hayat*, February 9, 2007.

[62] Comments of Dr. Sami al-Faraj on "Malaf Iran al-Nawawi wa Khayarat Majlis al-Amn [The Iranian Nuclear Portfolio and the Security Council Options]," *Akthar min Ra'i [More Than One Opinion]*, al-Muqtada television, February 17, 2006.

PX641

### Some Observers Fear Militancy or Activism by Gulf Arab Shi'ites

One common refrain in the arguments against a U.S. strike by Gulf Arab officials, as well as some public commentary, is the propensity for retaliation or increased activism by Shi'ite populations within their borders. This Iranian "fifth column" argument is often taken as conventional wisdom, especially among Persian Gulf regimes but in some U.S. policy circles as well.[63] Certainly, Gulf Shi'ite populations, particularly in Bahrain and Saudi Arabia, have engaged in Iranian-assisted violence, ranging from popular street protests and coup planning to large-scale terrorist attacks, such as the 1996 Khobar Towers bombing.[64] In the event of a U.S. strike, there is the possibility that even minority Shi'ite populations in the United Arab Emirates and Kuwait (which have been relatively well-integrated and tranquil compared to their coreligionists in Bahrain and Saudi Arabia) could be inspired toward militancy.[65]

Yet as noted in our previous discussion of Iran's support to the Lebanese Hezbollah and Iraqi Shi'ite groups, Tehran's ability to exert operational control on Shi'ite organizations outside Iran's borders is curbed by those groups' own domestic agendas. In the cases of Bahrain and Saudi Arabia, RAND fieldwork revealed a strong hesitation among even the most militant Shi'ite activists and clerics to jeopar-

---

[63] RAND interviews with Bahraini foreign ministry and *Majlis al-Shura* [consultative council] officials, Manama, Bahrain, November 2006, and Saudi foreign ministry officials, Riyadh, Saudi Arabia, March 2006.

[64] In Bahrain and Saudi Arabia, Shi'ites respectively constitute 70 percent and 10–15 percent of the population. In both countries, they have suffered from political and economic marginalization and cultural repression, although in Bahrain, economic deprivation is more acute. For more on the Shi'ite populations in Bahrain and Saudi Arabia and their efforts at integration, see Nakash, 2006; International Crisis Group, "The Shiite Question in Saudi Arabia," Middle East Report No. 45, Brussels, 2005; International Crisis Group, "Bahrain's Sectarian Challenge," Middle East Report No. 40, Brussels, 2005; Fred Wehrey, "Saudi Arabia: Shi'a Pessimistic About Reform, but Seek Reconciliation," *Arab Reform Bulletin*, Vol. 5, No. 5, Washington, D.C.: Carnegie Endowment for International Peace, July 2007; Georges Malbrunot, "Golfe Alors que la tension monte entre Washington et Téhéran; Les chiites d'Arabie sous l'oeil de l'Iran," *Le Figaro* (Paris), November 17, 2007.

[65] RAND interview with United Arab Emirates foreign ministry officials and a Kuwaiti strategic analyst, Abu Dhabi and Kuwait City, respectively, March 2007. Also, Sadjadpour, "The Nuclear Players," 2006–2007, p. 130.

PX641

150    Dangerous But Not Omnipotent

dize hard-won political gains by staging protests or engaging in acts of retaliatory sabotage in the service of Tehran. The possibility of sleeper cells certainly cannot be discounted. But recent RAND discussions with the leaders of the two main pro-Iranian Shi'ite organizations in Bahrain and Saudi Arabia revealed that these groups have largely jettisoned their militant tactics to pursue more-peaceful activism, such as participation in municipal and parliamentary elections.[66]

Moreover, in both countries, these pro-Iranian organizations enjoy only a limited popular following. In Saudi Arabia's Eastern Province, for example, the pro-Iranian faction failed to win a single seat in the 2005 municipal council elections. In Bahrain, Shi'ite activists argue that the ruling al-Khalifa family frequently exaggerates Iranian influence because doing so provides it a useful pretext to stall on democratization, portraying any push for reforms as "Shi'ite" or "Iranian inspired." In both countries, Shi'ite interlocutors told RAND that while they viewed Iran with spiritual and emotional affinity, there was little support for its political system or policies in the region.[67] One major explanation is the strong historical ties between Shi'ites on the Peninsula and Iraq, rather than Iran; many Bahraini and Saudi Shi'ites look to the seminaries in Najaf, particularly Grand Ayatollah 'Ali al-Sistani, instead of the Iranian Supreme Leader, for spiritual and political guidance. As a result, many argued that while there would undoubtedly be sporadic demonstrations against a U.S. strike, the notion that Tehran would be able to enlist Shi'ite diaspora populations en masse to punish their respective regimes was simply incorrect.

---

[66] RAND interviews with senior Islamic Action Society and *Khat al-Imam* [Imam's Line] clerics, Manama, Bahrain, and Dammam, Saudi Arabia, November 2006 and March 2007, respectively. The Islamic Action Society is the successor to the Islamic Front for the Liberation of Bahrain, which attempted a 1981 coup d'etat against the Bahraini regime, with Iranian backing. In Saudi Arabia, Shi'ite interlocutors and Saudi officials argued that the Saudi Shi'ite Hezbollah organization (or Hezbollah al-Hijaz) was either dormant or had been absorbed into the *Khat al-Imam* political faction and was focused on political activism and charitable activities.

[67] RAND interviews with a Shi'ite intellectual and activist, Qatif, Eastern Province, Saudi Arabia, March 20, 2007.

PX641

Finally, it is important to note that many grassroots Shi'ite activists did indeed warn of future radicalization and anti-regime agitation, particularly among Shi'ite youth who were enamored with Hezbollah's successful defiance of Israel in the summer of 2006. However, this was largely independent of Tehran's direct influence and more deeply rooted in the activists' frustration with the pace of domestic reform, economic disenfranchisement, and cultural repression in both Saudi Arabia and Bahrain. Ironically, Shi'ites perceive this stagnation to be partially the result of decreased U.S. pressure on Riyadh and Manama to effect domestic reforms and of Washington's fixation on soliciting their diplomatic support for its anti-Iranian policies.[68]

## Conclusion

As noted in Chapter Two, Tehran has long viewed the "Arab street" as a means to circumvent the pro-U.S. tendencies and hostility it encounters from Arab regimes. More recently, this vector of Iranian strategy has been strengthened by popular Arab acclaim resulting from the battlefield successes of Tehran's principal Levantine ally, Hezbollah, as well as President Ahmadinejad's charismatic, grassroots appeal and defiant posturing on the nuclear issue. The belief, whether warranted or not, that it can count on popular Arab sympathy can push Tehran toward assertiveness and even brinksmanship in its foreign policy.

Nonetheless, Arab opinion remains a fickle and unstable strategic resource, potentially impelling Iranian leaders toward greater caution. As this chapter has demonstrated, Tehran's own strategic communications to Arab audiences, most notably via its Arabic-language satellite TV station, have been outpaced by its pan-Arab competitors al-Jazeera and al-Arabiya in terms of reliability and popularity. Moreover, Arab opinion on Iran fluctuates, frequently hovering between ambivalence and fear but seldom reaching the fever pitch of alarm present in official Arab discourse. At times it can rapidly swing between wild acclaim

---

[68] RAND fieldwork in Manama, Bahrain, November 2006, and Saudi Arabia's Eastern Province, March 2007.

PX641

152   Dangerous But Not Omnipotent

and demonization. This vacillation can be at least partly accounted for by the plethora of anti-Iranian themes dominating the official media. However, in criticizing Iran's nuclear drive, Arab officials are careful to avoid conveying the perception that their opposition is a de facto endorsement of U.S. military action.

Indeed, both official discourse and public opinion appear firmly opposed to a U.S. strike, citing the threat of Iranian military retaliation and a potential "fifth column" retaliation by Gulf Shi'ites. However, the threat of an outbreak of Shi'ite activism or militancy purely in the service of Tehran is grossly exaggerated due to the Gulf Shi'ites' own domestic priorities and their limited political affinity for Tehran. Thus, popular sentiment in the Arab world is both an asset and a liability for Tehran. As we discuss in the next chapter, U.S. policies toward the Islamic Republic, as well as Washington's ability to manage the reactions of Arab regimes to Iranian power, will determine the degree to which Tehran can exploit Arab public opinion.

PX641

CHAPTER SIX

# Conclusion: U.S. Strategy and the Islamic Republic

In the preceding chapters, we explored the reach and limitations of principal aspects of the Iranian strategic challenge: the regime's perception of itself in the world as a regional and even global power, its conventional military buildup and aspirations for an asymmetric warfare capability, its support for paramilitaries and terrorist groups, and its ability to exploit Arab popular opinion. It is clear from our analysis that Iran will present formidable challenges to U.S. interests over the next ten to fifteen years, particularly in the realm of ballistic missiles, its naval activity in the Strait of Hormuz, and its support for certain terrorist groups. Iranian ambitions for a nuclear weapon capability are especially worrisome and demand attention. Although the November 2007 National Intelligence Estimate suggests Iran halted a covert nuclear weapons program in 2003, the report also assesses "with high confidence that Iran has the scientific, technical and industrial capacity eventually to produce nuclear weapons if it decides to do so."[1] In other words, the nuclear file is still open and a source for continued international concern. Even if the overall thrust of its foreign and security policies is oriented pragmatically and defensively, Iran has a history of dangerous miscalculation, a tendency that only exacerbates fears of a nuclear-armed Iran.

---

[1]   National Intelligence Council, *Iran: Nuclear Intentions and Capabilities*, National Intelligence Estimate, November 2007.

PX641

Yet the previous chapters have also offered empirical and analytic support for the proposition that Iran's ascendancy may be more limited than conventional wisdom suggests. Iran's aspirations for influence and power projection are circumscribed by a host of regional and structural factors. As we argued in Chapter Two, Iranian strategic culture contains indigenous drivers for assertiveness and aggression, but also strong sources of caution and pragmatism. When combined with the challenges Iran faces in building its conventional military capabilities (as well as Tehran's strategic missteps), not only is Iran's regional influence more limited than many would expect, but Iran also perceives itself, and indeed is, isolated and vulnerable, both militarily and politically. As a consequence, Iran frequently inflates its geopolitical weight by creating the image of indispensability often in ways directly counter to U.S interests.

Framing Iran's recent activism as a set of liabilities and assets allows us to consider a range of U.S. strategy options. In this chapter, we first consider several of the broad themes that have emerged from the study to ground our recommendations in a realistic reading of the Iranian challenge. Next, we survey previous U.S. policy approaches toward the Islamic Republic, noting their limitations in effectively addressing Iranian power and influence. Finally, we offer a different strategic approach that is marked by a unilateral de-escalation of U.S. posture on Iran in conjunction with more-sustained multilateral pressure, particularly with respect to Iran's nuclear program.

## Basing Policy on Regional Realities: Key Themes from Our Study

The United States' triumph during the Cold War ultimately resulted from policies that reflected a sober assessment of the military and ideological challenges posed by the Soviet Union. Similarly realistic thinking must inform U.S. policies vis-à-vis Tehran. To be sure, Iran is a weighty rival, but it is hardly an omnipotent or immutable one. Our previous analysis identified a range of threats from the Islamic Republic, but it also revealed important limitations.

PX641

Many within the current regime in Tehran appear to view Iran as an indispensable regional power, but not necessarily a revolutionary hegemon. There is the further belief that the Islamic Republic is a model for Islamic enlightenment everywhere and the preeminent Islamic state in the region, providing a geopolitical bridge between Asia and the Middle East. As a result of these perceived attributes, the Iranian leadership has shown a marked tendency not only to push for a greater role in regional affairs but also to exaggerate Iran's strategic profile on the world stage. Much of this "triumphalism" can be accounted for by recent changes in the Middle Eastern environment that have enhanced and amplified Iran's existing influence, rather than by any real changes in Iran's intrinsic power. These enabling factors include the U.S. invasions of Iraq and Afghanistan and the growing regional perception of diminished U.S. credibility and maneuverability. The result has been a new assertiveness in Iranian foreign policy that has alarmed Iran's Arab neighbors and elicited comparisons to the post-revolutionary period.

But Iranian rhetoric, including that of President Ahmadinejad, focuses more on nationalist themes than on revolutionary ones. Although Iran certainly seeks to reduce U.S. influence in the area while expanding its own, its behavior today is informed by a greater propensity for realpolitik than for the ideological fervor that inspired the post-revolutionary period. Even in Shi'ite-dominated Iraq, Iran is not seeking to export its ideology, in spite of the fact that Tehran would ultimately prefer clerical rule as a final outcome in Iraq. Iran realizes it cannot be the dominant player in Iraq; it is simply unwilling to be excluded from helping to shape the political trajectory of its most important neighbor. As discussed in Chapter Four, Iran is banking on the success of a number of actors in Iraq, most of which directly oppose the idea of Iraq being governed according to *velayat-e faqih*. Indeed, somewhat ironically, Tehran now perceives the United States as the revolutionary and ideologically motivated power in the region.

However, Iran's largely pragmatic and nationalist orientations do not erase its history of misreading the strategic environment and overplaying its hand. As noted below, the fractured and convoluted nature of Iranian decisionmaking significantly increases the dangers of such miscalculations.

PX641

Tehran feels vulnerable, both from outside and from within. While the perception in the West is that the aftermath of the terrorist attacks of September 11, 2001, and the Iraq war has enhanced Iranian power by eliminating two of Iran's most serious threats (the Taliban government in Afghanistan and Saddam Hussein in Iraq), a closer examination highlights a myriad of threats and vulnerabilities that challenge Iran in the current strategic environment. Sectarian violence in Iraq, for example, has in the past fueled anti-Shi'ite, anti-Persian Salafism, leading to fears among Iran's leaders of al-Qaeda–inspired terrorism in Khuzestan and Baluchestan. Tehran is also concerned about the theological (and even political) challenge stemming from seminaries in Iraq. Theologically, Najaf and Karbala outweigh Qom, and this serves as a serious concern to many of Iran's religious politicians from the Supreme Leader down. Furthermore, the possible splintering of Iraq could spur increased dissent and incite separatist activity by Ahvazi Arabs, Kurds, and Baluchis.

The potential for a breakup of Iraq also worries Tehran because of the massive refugee flow Iran would face. For example, after the disintegration of Afghanistan, Iran was forced to accept almost 1 million refugees at an enormous cost to Iran's economy and its society. Many of these refugees have been repatriated, and Iran is not eager to replace them with a comparable number of homeless Iraqis.

Finally, and of greatest concern, Iran worries about a military attack on its nuclear program, although the 2007 National Intelligence Estimate and subsequent political developments in the United States have temporarily reduced these concerns.[2] At the same time, Iran is highly sensitive to interference in internal matters, interference that it regards as often bankrolled and inspired by the United States as democracy promotion and civil-society building efforts. It is unknown what actions or statements by the United States would change the perception among Iran's leaders that its ultimate objective is regime change.

Perceptions about the visceral U.S. opposition to the Islamic Republic in its current form only enhance the Iranian leadership's concern about internal threats to the revolutionary order, particularly those posed by

---

[2]  National Intelligence Council, 2007.

PX641

opposition elements perceived to be supported by outside powers, again underscoring the blurring of the external and internal environment in the regime's mindset. For example, continued protection by coalition forces of an Iraqi camp housing the Mujahedin e-Khalq, which the U.S. government has designated as a terrorist group, convinces hyper-sensitive Iranians that Washington wishes to overthrow the Iranian regime by any means possible. Increasingly, voices from within the Iranian leadership have levied criticism against President Ahmadinejad's posturing on the nuclear issue and bellicose rhetoric.

In Iranian decisionmaking, realpolitik and strategic calculations usually trump ideology. As we described in Chapter Four, one of the most instructive examples of Iran's willingness to pursue its strategic interests over its ideological agenda is its diversified portfolio in Iraq. To protect its strategic interests in Iraq, including its territorial integrity and a central government that is Iran-friendly, and to minimize military threats, Iran is hedging by supporting a wide range of groups. Given the political uncertainties surrounding key players in Iraq, including Sunnis and Kurds, Iran has decided not to invest in only one contender for power. Moreover, Iran's policy of developing a diversified portfolio of allies extends far beyond Iraq, with Iran seeking multiple channels for support and influence elsewhere in the region and beyond. For example, through its Arab popular opinion strategy, Iran seeks to appeal directly to largely Sunni populations by indirectly highlighting the illegitimacy of their rulers and demonstrating that Iran is "more Arab than the Arabs" on Palestinian issues.

Iran's growing emphasis on the East, as evidenced by its improved and strengthened relations with China, India, Japan, and Russia (as well as its interest in the SCO), further illustrates Iran's geo-strategic interest in balancing the United States and its allies, even if this means cooperation with secular states at odds with Islamist goals.[3] For example, Russia's support for Iran's nuclear program helped overcome its anti-Islamic image in the eyes of Iranians. When it is in their interest, the Iranians are as capable of calculating nonideological policies as

---

[3]   For more information on Iran's strategic relationship with Russia, see Robert D. Blackwill, "The Three Rs: Rivalry, Russia, 'Ran," *The National Interest,* January 2008.

PX641

any state in the international system. Another example of the triumph of pragmatism over ideology is Iran's relationship with Syria, whose government is as opposed to co-mingling Islam with politics as Iran's elite is committed to the inseparability of the two. The well-known massacre promulgated in Hama in 1982 by the late Syrian President Hafiz al-Assad was in direct response to the same type of Islamic-based political opposition that Iran sponsors in places such as Lebanon. Thus, the close Iranian-Syrian tie—so lamented in Washington—has everything to do with pragmatism while defying the fundamental ideological positions of both countries.

Iran has limited leverage over "proxy" groups. One critical if imperfect tool that Iran employs to elevate its status and to enhance deterrence against external threats is its financial and military support to a variety of non-state actors, some of which embody ideologies counter to Iran's own. For example, to burnish its Islamist and pro-Palestinian/Arab credentials (and as a component of its multilayered defense posture), Iran supports both Hamas, which has ties to the Sunni Muslim Brotherhood, and Hezbollah, a more natural Shi'ite ally. But Iran's influence over even its natural allies, such as Shi'ite groups in a number of countries, is not nearly as strong as is often presumed.

In Iraq, for instance, Iranian funds and military assistance are not essential to the survival of major Shi'ite political factions, and many of these Shi'ite actors prefer to maintain as much independence from Iran as possible because the Arab-Persian split can be at least as powerful as the shared commitment to Shi'ite Islam. And even Shi'ites have very different worldviews depending on the particular community and group. Indeed, the religious rivalry between Iran and Iraq (i.e., between the groups located in Qom versus those in Najaf and Karbala), the different cultural identities of Arabs and Persians, and Iraqi nationalism as opposed to Iranian nationalism also limit Iranian influence in Iraq. It is noteworthy that during the Iran-Iraq War, Arabs in Iran supported Iran while Shi'ite Muslims in Iraq supported Iraq. Former Iranian Defense Minister Shamkhani is an Arab from Khuzestan whose loyalties lie with Tehran, not Baghdad. In short, Iraqi Shi'ite groups are unlikely to favor Iranian interests over their own regardless of the degree of Iranian support they may enjoy. Many of these same factors

PX641

also limit Iran's influence over other regional non-state actors in the Levant, such as Hezbollah and Hamas, as well as among Shi'ite communities in Saudi Arabia, Bahrain, and beyond.

Iranian security decisionmaking is fractured. As Chapter Two illustrated, the Iranian system is beset with factionalism. Despite the hierarchical qualities that distinguish Shi'ite Islam from Sunni Islam, qualities that permitted a revolution in Iran unlike anything ever seen in a Sunni Arab country, the Iranian political culture is composed of concentric groups with significant overlap among them. Decisionmaking requires consensus; therefore, the number and complexity of these groups, combined with the individual reluctance and ability to make decisions, makes it very difficult for the system to rapidly change course or to make significant decisions.

Among the competing groups in Iran that are involved in the decisionmaking process are the office and circle of the Supreme Leader Khamenei who, not being Khomeini, has limits on his power. Furthermore, President Ahmadinejad has his own limitations: Despite the very limited character of Iranian democracy, he was voted into office and is vulnerable to being voted out. In addition, the Iranian military and intelligence communities also have a voice in foreign and security policies. This is particularly true with regard to the IRGC, which has seen its domestic political and economic profile expand considerably. There are many components to this community, and it is unclear how well they work together.

Furthermore, there is a very powerful group of parastatal foundations, the *bonyads,* that control as much as 40 percent of the national wealth while being completely unregulated and working outside the legal system. These foundations provide significant support for and have deep involvement with the office of the Supreme Leader as well as the IRGC, which enjoys tremendous economic influence and power through the network of businesses it owns and operates.[4] Other power centers include the religious sector, the *bazaari* business community,

---

[4]   Some analysts argue that the *bonyads* have declined in relative importance, particularly since the expansion of the IRGC's business activities (RAND phone interview with an Iranian-born scholar, March 4, 2008).

PX641

the traditional bureaucracy, the *Majlis,* and certain ethnic elites in different parts of the country. Understanding decisionmaking in a system for which we lack even a reliable organizational structure is exceedingly difficult. What we do know, however, is that the overlap among these groups makes Iranian decisionmaking exceedingly convoluted and complex, including vis-à-vis policy toward the United States. The factionalized nature of the Iranian system makes it difficult for Tehran to implement a consistent policy toward the United States, and it makes the prospects for rapprochement particularly challenging.

That said, the factionalism of the Iranian system lends Iranian policy a certain dynamism and fluidity—and the country has had a propensity for affecting significant course corrections in its external behavior. All the factions agree about the necessity of preserving the Republic's existing system and Iran's sovereignty, but there is significant debate about the path and means to accomplish this. More-pragmatic currents appear to acknowledge the advisability and inevitability of normalizing relations with the United States but argue this should be achieved under circumstances that favor Iran. In contrast, a more conservative current, to include the Supreme Leader, evinces a more rigid and triumphal conception of Iran's standing; with the regional "correlation of forces" seemingly on the side of the Islamic Republic, this faction may see little incentive to negotiate.

Arabs perceive Iran as a growing threat, although perceptions vary across and within states. The fragility of Iraq and sectarian tensions there have elevated concerns about the perceived rise of Iran and growing Shi'ite power among Arab governments and populations. Anti-Iranian and anti-Shi'ite sentiments are indeed strong throughout the region, particularly within official circles and the news media outlets they control. Arab governments perceive an emboldened Iran with a hand in destabilizing Lebanon, Gaza, and, most critically, Iraq. Arab governments and elites are especially concerned by Tehran's attempt to appeal directly to ordinary Arabs, as well as to disgruntled Arab populations and opposition groups.[5] The governments view these appeals as

---

5   See for example the *Middle East Quarterly* interview with King Abdullah of Jordan in which he discusses the fear of the Shi'ite crescent ("Iraq Is the Battleground—The West

PX641

potential threats to their authority and legitimacy and are concerned about Iran's attempts to mobilize minority Shi'ite populations in Arab countries in order to destabilize conservative Sunni regimes.

In response, Arab officials have been supporting strong anti-Iranian and even anti-Shi'ite rhetoric, efforts that have been enhanced through the bloodletting in Iraq and such events as the execution of Saddam Hussein. Nonetheless, Arab official responses toward Iran differ, with some states pursuing a much less confrontational approach than others. For example, some of the smaller and more vulnerable GCC states, such as Oman, Qatar, and the United Arab Emirates, are quite tolerant of Iran. This may be because of their vulnerability to a comparatively large and potentially menacing Iran, as well as their desires to offset Saudi Arabia, which has a tendency to try to impose its will on its smaller GCC neighbors.

Arab public opinion toward Iran also varies, largely based on regional developments (e.g., Iran gained considerable popularity in the Arab world in the wake of the 2006 Lebanon war, while it suffered in the aftermath of Saddam Hussein's execution). Iranian defiance of the United States and support for Palestinian groups fighting Israel provides Iran with considerable clout in some quarters of the Arab world and even in some official circles. Many Arabs view Iran as a fellow Islamic country and the only regional power willing or able to stand up to what they perceive as America's quest for hegemony in the region. While Arabs may dislike Iran and worry about Iranian interference in Arab affairs, many dislike the United States and Israel even more.

On the nuclear issue, for example, Arab officials who are in some ways concerned about Iran still see value in an Iranian nuclear weapons capability, which they perceive as "balancing" Israel, whose nuclear weapon capability concerns them. Arab popular sentiment largely supports Iranian nuclear ambitions. Furthermore, official and popular opinion is largely opposed to a military attack by the United States against Iran, voicing deep concern about the secondary effects such an attack would generate elsewhere in the region.[6] These divergent and

---

Against Iran," *Middle East Quarterly*, Vol. 12, No. 2, Spring 2005).

[6]  See Kaye and Wehrey, 2007, pp. 111–128.

**PX641**

Case 1:18-cv-02248-CRC   Document 85-9   Filed 05/06/22   Page 265 of 848

ambivalent views toward Iran suggest caution for U.S. policymakers who envision a Cold War–style bloc of Sunni Arab states (with tacit Israeli support) to confront Iran.

Iran's conventional military capabilities are limited. Contrary to popular perception, Iranian defense spending is extremely modest, does not exceed regional norms, and is, in fact, far below that of Saudi Arabia, Israel, and Turkey. As Chapter Three describes, Iran has also made only limited progress in modernizing its force: Most of its equipment is out of date and poorly maintained, and its ground forces suffer from both personnel and equipment shortages. The IRIAF has outdated aircraft and is no match for its neighbors, and certainly not for U.S. airpower. Tehran's layered and overlapping security structures, while useful for regime survivability, inhibit battlefield performance and reduce its capability to defend against external threats. Finally, there is little reason to believe that Iranian military investments will change dramatically over the coming decade. Iranian oil production is falling due to neglect and incompetence, and Iran's economy will continue to under-perform and remain weak for the foreseeable future.

Because of its inferiority on the conventional front, Iran's defense doctrine, particularly its ability to deter aggressors, relies heavily on asymmetric warfare. Iranian strategists favor guerilla efforts (such as the example of Hezbollah in Lebanon) to counteract technologically superior conventional power likely to come from the United States and its regional allies. At the high end of the spectrum, Iran has strong motives and means to develop advanced ballistic missile and nuclear weapon capabilities.

Iran's asymmetric capabilities pose significant dangers. Iran's reliance on asymmetric capabilities can threaten Western interests in a variety of ways. Of the land, sea, and air components of Iran's armed forces, its navies appear to have made the most headway in adopting asymmetric tactics. Iran's mining, antiship cruise missile, and fast-attack capabilities could create difficult conditions for tankers passing through the critical Strait of Hormuz. Even if Iranian naval efforts could not close the passage, they would have significant effects on global energy markets, making this one of the few areas in which Iran

PX641

currently has the ability to impose strategic costs on the United States (see Chapter Three).

Iranian ballistic missile capabilities are also a concern. The IRGC possesses a significant arsenal of short- and medium-range ballistic missiles that can reach the small Persian Gulf states, most of Saudi Arabia, Afghanistan, Israel, and eastern Turkey. Although these missiles are currently inaccurate and thus have limited military utility, improvements in their range, payload, and accuracy would significantly enhance Iran's ability to threaten large population centers, economic infrastructure, and military bases. Iran's development of nuclear weapons would also pose additional dangers and risks given the likely difficulty in establishing a deterrent relationship.[7] Iran also may engage in more-aggressive behavior under the umbrella of a nuclear deterrent.

### Past Policies Toward Iran Have Thus Far Not Succeeded

Over the years, the United States has attempted a variety of approaches to address the Iranian challenge. To date, none have succeeded in making Iran less menacing to U.S. interests or more compliant with UN Security Council resolutions. The existing policy of creating a Cold War–like containment regime against Iran is not only unlikely to work, but it may even worsen the situation. We also believe that, although they are more appealing, policies relying on bilateral engagement and/or hopes for some sort of grand bargain are equally unrealistic at this juncture, although laying out the contours of a normalized relationship may be useful for the future. Below we review the reasons supporting our skepticism toward such approaches, each of which has been repeatedly tried in endless versions and combinations since the Khomeini era immediately following the Islamic Revolution of 1978–1979.

Indeed, as in the past, some analysts today are calling for a combination of engagement and containment to address the Iranian chal-

---

[7]   See Patrick Clawson and Michael Eisenstadt, *Deterring the Ayatollahs: Complications in Applying Cold War Strategy to Iran*, Washington, D.C.: The Washington Institute for Near East Policy, Policy Focus No. 72, July 2007.

PX641

164   Dangerous But Not Omnipotent

lenge, matching in many ways the U.S. approach toward the Soviet Union during the Cold War.[8] But as the following analysis suggests, both elements of this policy are problematic, and the Cold War logic does not necessarily apply well in this context.[9] It is also unclear why Iran would respond to U.S. engagement efforts in the context of a wide-ranging U.S.-led containment regime. While pressure on Tehran is still critical, particularly concerning the nuclear question and Iran's links to terrorism, engagement approaches may bear more fruit in the context of a less antagonistic and Iran-centric U.S. strategy. Our concluding section will consider a different U.S. approach that may offer a more promising context for a future successful dialogue.

**Efforts to Engage with Iran or Strike a "Grand Bargain" Have Not Yet Succeeded**

Trying to find an effective vehicle to engage Iran has occupied U.S. policymakers, as well as the policy community, for well over 30 years. Although frequently co-mingled with more-coercive strategies (such as the policy of Dual Containment embraced by President Bill Clinton or the Axis of Evil perspective adopted by President George W. Bush), there have been ample, frequent, and sincere attempts by U.S. policy-makers to engage Iran. These have ranged from frequent Track II meetings involving various nonofficial Americans and Iranians close to the political leadership in both countries to higher-level and more-public initiatives, such as an apology by Secretary of State Madeleine Albright for the U.S. role in the Mossadegh affair of 1953.

There have also been more-substantive engagement-type activities. The most productive of these was during the post-9/11 period, when the United States and the Islamic Republic of Iran cooperated directly and quite successfully in designing and executing a constitu-

---

[8]   See, for example, Martin Indyk's comments at a 2007 RAND conference on Iran in James Dobbins, Sarah Harting, and Dalia Dassa Kaye, *Coping with Iran: Confrontation, Containment or Engagement? A Conference Report,* Santa Monica, Calif.: RAND Corporation, CF-237-NSRD, 2007.

[9]   For an interesting discussion of the limitations of a Cold War strategy toward Iran focused on deterrence (and on the nuclear issue), see Clawson and Eisenstadt, 2007.

PX641

tion and new government for Afghanistan.[10] However, soon after this effort, President Bush referred to Iran as part of an "axis of evil" in his 2002 State of the Union address, squelching hopes for continued U.S.-Iranian cooperation in this or any other area.

But when faced with growing instability in Iraq, the United States again agreed to engage Iran in 2007 through the U.S. ambassador in Baghdad concerning Iraqi stability. These talks also failed to lead to any significant breakthroughs in U.S.-Iranian relations. And in between, there have been numerous other engagement-friendly measures proposed by Washington or those close to various presidential administrations.

We have also seen other attempts at engagement, including proposals to station U.S. government consular officials in Tehran, attempts to persuade Washington to support the appointment of Iranians to high-level posts in assorted international organizations, support for Iranian accession to the World Trade Organization, collaboration with Iran in the antinarcotics area (particularly on its eastern borders with Pakistan and Afghanistan), promotion of direct sporting ties (such as U.S.-Iranian wrestling matches), and proposals for special-interest meetings between journalists or parliamentarians. These are a few efforts among many. Although some of these measures have been successful, satisfying, and promising, none of them has led to the type of dramatic opening hoped for and often promised by their architects.

Indeed, some argue that limited engagement will not succeed because a more fundamental transformation of the U.S.-Iranian relationship is necessary in order for both sides to take engagement seriously. Proponents of such an approach advocate reaching a "grand bargain" with Iran. Although the precise components of the grand bargain are not always fully articulated, formulations usually assume that the bargain could induce Iran to abandon its nuclear program, halt all support for international terrorism, provide acceptable security assurances

---

[10] For details on these negotiations, see James Dobbins, "How to Talk to Iran," *Washington Post*, July 22, 2007; James Dobbin's contribution to James Dobbins et al., 2007. Also see Barbara Slavin, *Bitter Friends, Bosom Enemies: Iran, the U.S. and the Twisted Path to Confrontation*, New York: St. Martin's Press, 2007, pp. 193–209; Flynt L. Leverett, "Iran: The Gulf Between Us," *New York Times,* January 24, 2006.

PX641

to its Gulf Arab neighbors, and rescind its stated commitment to the destruction of the state of Israel. In exchange, the United States would offer Iran restoration of full diplomatic relations, remove all forms of international economic pressure from Tehran, and facilitate full return by Iran to its status as a "normal" member of both the Persian Gulf region and the international family of nations.

The idea of striking a deal based on mutually beneficial interests gained currency soon after the U.S. invasion of Iraq in 2003. According to a variety of reports, the Iranians offered a grand bargain deal in 2003 via the Swiss Embassy in Tehran. The comprehensive deal listed both U.S. and Iranian aims. Through a two-page unclassified fax from Swiss interlocutors (that according to Flynt Leverett, a career CIA analyst and counter-terrorism expert at the State Department at the time, had support from all of the important figures in the Iranian government), Iran sent a bulleted list of trade-offs to spark negotiations between the two countries.[11]

Iran offered to provide full transparency for its nuclear program under the policies of the International Atomic Energy Agency; provide full disclosure to the United States for tracking down al-Qaeda elements; support efforts to create a stable, democratic, nonreligious Iraqi government; halt material support to Palestinian opposition groups; and accept a two-state solution for the Israeli/Palestinian issue based on 1967 borders. In return, the United States was to forgo all economic sanctions on Iran, cease rhetoric linking Iran to terrorism, establish a fully democratic state in Iraq (ensuring a Shi'ite majority power structure), allow Iran full access to peaceful nuclear technology, and turn over Mujahedin-e Khalq Organization (an anti-Iranian terrorist organization) cadres in Iraq to Iran. Apparently, it was this last point that was the most contentious within the U.S. administration, even though it was an aim of the administration to disarm the Mujahedin-e Khalq, which is on the terrorist organizations list.[12] The offer was rebuffed by

[11]   Leverett, 2006. Also see Glenn Kessler, "In 2003, U.S. Spurned Iran's Offer of Dialogue," *Washington Post,* June 18, 2006, p. A16.

[12]   For an in-depth analysis of the U.S. administration's reaction to the 2003 offer, see Gareth Porter, "How a 2003 Secret Overture for Tehran Might Have Led to a Deal on Iran's Nuclear

PX641

the Bush administration. Whether this offer hit a dead end because of a lack of interest on the part of Washington or because of questions regarding the validity and credibility of the proposal, this episode proved yet another failed attempt to fundamentally re-order the U.S.-Iranian relationship. Either way, the United States is now in a weaker position to strike such deals with Iran than it was in 2003 and currently faces an Iranian government dominated by factions less interested in negotiation and engagement with the West.

In addition to the specific political contexts in both Washington and Tehran working against a grand bargain breakthrough, a general problem with grand bargain efforts is that they embrace the *bazaari* culture, which many in the West ascribe to Iran but which few actually understand.[13] This perspective assumes an inherent Iranian fascination with the process of negotiating and of making deals. This "let's split the difference and quickly make a deal" thinking assumes, incorrectly in our view, that Iran is as eager to reach an understanding as are those in the West who promote this approach. Thus, the West's grand bargain approach rests on an unverified belief that years of Iranian distrust toward the West can easily be swept away.

Unfortunately, the leadership of the Islamic Republic—even its more pragmatic factions—may not be as eager to make a deal as this approach assumes. The grand bargain logic tends to ignore the fact that not all rivals or adversaries are willing to make a deal at any price. History may weigh more heavily on Iran and its people than it does on those in the West. And many in the Iranian leadership, as well as among the population at large, feel deeply aggrieved by the past. There is a widespread belief and resentment throughout Iran that the United States is still unwilling to recognize the validity and legitimacy of its revolution. The West put the late Shah in power and protected him for many years from internal forces for change in Iran. Many in Iran believe that the primary goal of the United States is to subjugate the Islamic Republic, just as they believe it has tried to subjugate the government of Iraq. The

---

Capacity," *The American Prospect,* May 21, 2006.

[13]  For an interesting analysis of Iranian *bazaari* mindset, see Sadjadpour, "How Relevant Is the Iranian Street?" 2007.

PX641

impact and significance of these sentiments cannot be ignored. Finally, it is worth noting that powerful elements of the regime, such as hardline factions in the IRGC, have an institutional interest in promoting antagonism with the United States and would resist or even sabotage any efforts at rapprochement or accommodation.

The beguiling simplicity of the grand bargain to Westerners is precisely the reason it is a problematic idea from an Iranian perspective. The comparative ease with which decades-old problems can appear to be resolved trivializes the very problems which are so unsettling to so many people in Iran. Although Iran is hardly a hotbed of objectivity about the political behavior of the United States, the Iranian public is skeptical about U.S. intentions for both systemic and emotionally charged reasons. It is frequently said that Iran is the most pro-American country in the region.[14] However, some opinion polls taken in recent years arrive at opposite conclusions.[15] Whether or not these Iranian opinion polls are accurate, there exist serious reasons for skepticism about the ability of the United States and Iran to achieve a dramatic and comprehensive diplomatic breakthrough quickly given this legacy of mistrust.

Despite these shortcomings, laying out the contours of a grand bargain may prove constructive in the future given the fluidity of the Iranian political system and the factional nature of its decisionmaking process, outlined earlier in this volume. As explained in Chapter One, there are factions in the Iranian system that would be more amenable to engagement than others, and such factions could gain the upper hand in the future. Given Iran's vulnerable domestic economic situation and a desire by some Iranian leadership factions to advance Iran's normalization with the West, external stimuli can affect internal calculations, particularly if a U.S. offer is viewed as credible. Continuing limited engagement on Iraqi stability (as well as Afghanistan

---

[14]  See Patrick Clawson, "The Paradox of Anti-Americanism in Iran," *Middle East Journal of International Affairs,* Vol. 8, No. 1, March 2004.

[15]  For example, the 2006 WorldPublicOpinion.org poll found that 76 percent of Iranians had an unfavorable opinion of the United States. See WorldPublicOpinion.org, "Public Opinion in Iran and America on Key International Issues," January 24, 2007. However, it is important to note that the reliability of public opinion polling in Iran is questionable.

PX641

and broader antiterrorism efforts targeting al-Qaeda) may bolster the credibility of a future U.S. offer for a more expansive deal, even if such limited engagement does not produce dramatic results overnight. Our skepticism regarding a grand bargain solution stems from our desire to consider this approach realistically so that its potential in the future is not discredited by unattainable near-term expectations.

**Containment Policies Have Also Fallen Short**

Similarly, policies of containment—focused both on increasing Iran's economic isolation and bolstering the military capabilities of neighboring states in efforts to construct an anti-Iranian alliance—face serious limitations. They have thus far failed to curb Iran's international aspirations to support what it perceives to be beleaguered Shi'ite coreligionists around the world, as well as to pursue policies that many in the United States regard to be antithetical to the interests of Washington and its allies in the region (including the use of terrorism and nuclear enrichment activities).

As noted, epithetic U.S. policies with tough-sounding names such as "Dual Containment" or the "Axis of Evil" have accomplished very little other than hardening Iranian resolve to stand firm against them.[16] Nor has the Iran-Libya Sanctions Act succeeded in inducing compliance, even if it has had a definite impact on Iran and on its economy and oil industry. External U.S.-generated pressure on Iran and its oil sector has had an effect, as demonstrated by Iranian riots in response to the rationing of gasoline. Nonetheless, making Iran suffer economic consequences from external pressure by Washington does not mean Iran will comply with the expectations of the U.S. government and the broader international community. Many analysts argue that Iran is not even close to being weakened to the point at which it would be willing

---

[16] For analysis on how the "axis of evil" metaphor strengthened hardline discourse in Iran, see Daniel Heradstveit and G. Matthew Bonham, "What the Axis of Evil Metaphor Did to Iran," *The Middle East Journal*, Vol. 60, No. 3, Summer 2007, pp. 421–440.

PX641

170   Dangerous But Not Omnipotent

to comply with U.S. expectations, despite the array of economic and political measures being deployed against it.[17]

The European Union and the United States are concurrently trying to pursue tougher sanctions on Iran than dictated by UN Security Council Resolution 1737, which freezes the assets of 10 Iranian firms and 12 people involved in the nuclear sector. The Security Council resolution also bans the transfer of materials and technology that may be used for uranium enrichment. China and Russia have predictably rebuffed harsher measures. Over 40 percent of Iran's imports come from Europe. However, starting in 2006, Iran strategically began to develop trade with the Persian Gulf region. Based on Iran's strategic maneuvering toward trade with the East, many analysts believe that these sanctions will have a minimal impact on Iran's internal political dynamics. Economist Akbar Torbat argues that, while the Iranian economy is incredibly inefficient, this is not mainly a result of sanctions, and Iran is still not faring worse than some other countries in the region. According to Torbat, financial sanctions may be more effective than unilateral trade sanctions because Iran will always find an alternative trading partner for commodities such as oil. Multilateral trade sanctions on Iran's energy sector would obviously be more effective. However, with China's growing demand, this arrangement may not be feasible.[18] China has signed several oil contracts with Iran and is ranked as Iran's second-largest trading partner.[19] Russia, likewise, will most likely not position itself against Iran. In a speech at the Munich Security Conference in February 2007, former President Vladimir Putin expressed worry over a U.S. military buildup in neighboring countries

---

[17]   For an analysis of the limited effect of sanctions on Iran, see Akbar E. Torbat, "Impacts of the US Trade and Financial Sanctions on Iran," *The World Economy*, Vol. 28, No. 3, March 2005, pp. 407–434.

[18]   See Lionel Beehner, "U.S. Sanctions Biting Iran," backgrounder Web page, Council on Foreign Relations, January 23, 2007.

[19]   "Iran, China to Cement Cooperation," Tehran Fars News Agency, July 7, 2008.

PX641

and stated that, in opposition to U.S. unilateralism, Russia would not curtail its relationship with Iran.[20]

More recently, there has been substantial pressure on Iranian banks as a result of U.S. actions. Specifically, Iranian banks have been denied credit by major international lending agencies, while attempts have been made to discredit Iranian businesses by linking them to the IRGC and other state institutions that are believed to be involved in terrorist activities. Furthermore, there has been sporadic discussion in the United States about forcing investors holding stock in companies that do business in and with Iran to divest their holdings in these companies in an attempt at compelling such companies to cease doing business with Iran.

Other forms of pressure have also been exerted on Iran as the United States tries to broaden Iranian political and economic isolation within the global community. For example, the United States took the unprecedented step of designating the IRGC's Qods Force as a supporter of terrorism, which allows the United States to target the group's assets. The United States also has sanctioned individuals, such as Iranian generals and exiled Iraqis based in Iran, whom it accuses of fomenting violence in Iraq.[21]

Again, there is little evidence to suggest that these new mechanisms will do anything more than increase Iranian willingness to tolerate more pain. These measures may merely induce Tehran to stand firm in its refusal to comply with the expectations of what it regards to be powers hostile to the very existence of the Islamic Republic while strengthening the very conservative forces that the sanctions were meant to undermine. Although some may argue that sanctions and other financial pressures may help strengthen more-pragmatic forces (who are critical of President Ahmadinejad's economic policies), it is difficult to find concrete evidence to support such assertions. If anything, one could argue that external financial pressures may allow rad-

---

[20] See Akbar E. Torbat, "UN Financial Sanctions on Iran: Political Confrontation," Web page, Centre for Research on Globalization, March 9, 2007.

[21] Robin Wright, "Top Iranian General Hit with Sanctions," *Washington Post*, January 10, 2008, p. 15.

**PX641**

ical conservative elements to deflect attention from their own failed domestic policies by blaming external powers for Iran's troubled economic situation.

Another political result of these U.S. policies inside Iran has been the discrediting of the so-called Iranian moderates, or reformists, who would like further accommodation and engagement with the United States. Iranian moderates include former President Khatami, as well as less well-known intellectuals, journalists, and others who are currently enduring a crackdown on political disagreement, the extent of which is almost without precedent in the history of the Islamic Republic. While the fate of the four Iranian-Americans who were arrested by the government is well known in the West, there are countless other intellectuals who have been terrorized and otherwise threatened by those in the Iranian government who vehemently reject policies of engagement with the United States.

Finally, the most recent version of containment—the visible U.S. attempts to forge a political coalition of Arab states (the so-called GCC +2 and, more recently, GCC +3) to counter Iran—faces similar shortcomings and may even worsen the situation.[22] The idea behind this strategy is to bolster the defense and deterrence capabilities of U.S. allies to contain Iranian power and aggression in the region.[23] This evolving anti-Iranian strategy largely mirrors Cold War logic and includes proposed multibillion dollar arms packages for Persian Gulf allies,

---

[22] That is, the six states of the GCC (Saudi Arabia, Bahrain, Kuwait, UAE, Oman, and Qatar) plus Egypt and Jordan; the third state in this grouping is now viewed as Iraq according to a State Department official visiting RAND in December 2008. This explains Secretary of Defense Robert Gates's suggestion to consider including Iraq in the GCC during a speech in Manama in December 2008 (see Loveday Morris, "Gates Calls for GCC to Embrace Iraq," *The National*, December 13, 2008). For more on U.S. efforts in this area, see Anthony Shadid, "With Iran Ascendant, U.S. Is Seen at Fault," *Washington Post*, January 30, 2007, p. A1; Michael Slackman and Hassan M. Fattah, "In Public View, Saudis Counter Iran in Region," *New York Times*, February 6, 2007, p. A1; Jay Solomon, "U.S.-Arab Alliance Aims to Deter Terrorism, Iran," *Wall Street Journal*, August 9, 2007, p. 6; Robin Wright, "U.S. vs. Iran: Cold War, Too," *Washington Post*, July 29, 2007, p. B1.

[23] For further elaboration of the Cold War–like containment policy, see Vali Nasr and Ray Takeyh, "The Costs of Containing Iran: Washington's Misguided New Middle East Policy," *Foreign Affairs*, Vol. 87, No. 1, January/February 2008, pp. 85–94.

PX641

Egypt, and Israel.[24] Then–Under Secretary of State Nicholas Burns claimed Iran "wasn't the overriding factor and we certainly would have gone forward with these sales regardless."[25] However, in the statement announcing the arms sales, then–Secretary of State Condoleezza Rice said, "This effort will help bolster forces of moderation and support a broader strategy to counter the negative influences of al-Qaida, Hezbollah, Syria, and Iran."[26] A "senior administration official" involved in the negotiations further explained to the *Washington Post*, "We're paying attention to the needs of our allies and what everyone in the region believes is a flexing of muscles by a more aggressive Iran. One way to deal with that is to make our allies and friends strong."[27] Even other U.S. regional efforts, such as renewed activism in Arab-Israeli diplomacy in the aftermath of the Annapolis meeting in late 2007, are viewed by many as subordinate to and/or supportive of this broader strategy of containing Iran.[28]

While the Cold War model may be attractive and convenient, the United States cannot construct a Middle Eastern version of the Iron Curtain to cordon off Iranian expansionist designs—principally because Tehran, unlike Cold War Moscow, is not an expansionist power. Rhetoric aside, Tehran does not seek to acquire territory or export its revolution, as explained in Chapter Two. Instead, it spreads its influence by exploiting deep-seated grievances in the region—popular Arab perceptions of regime illegitimacy, Shi'ite marginalization, the festering Palestine issue, and general animosity toward U.S. policies. Military coalitions cannot easily counter this kind of power projection. That said, the nonmilitary elements of containment fostered in

---

[24] See Mark Mazzetti and Helene Cooper, "U.S. Arms Plan for Mideast Aims to Counter Iranian Power," *New York Times*, July 31, 2007, p. 6.

[25] U.S. Department of State, "Press Briefing Conference Call on U.S. Aid and Military Support to the Middle East Region," transcript of conference call, July 30, 2007.

[26] Sue Plemming, "Rice, Gates in Egypt to Persuade Arabs," Reuters, July 31, 2007.

[27] Robin Wright, "U.S. Plans New Arms Sales to Gulf Allies: $20 Billion Deal Includes Weapons for Saudi Arabia," *Washington Post*, July 28, 2007, p. A1.

[28] See, for example, Michael Abramowitz and Ellen Knickmeyer, "As Bush Heads to Mideast, Renewed Questions on Iran," *Washington Post*, January 7, 2008, p. 12.

PX641

the Cold War aimed at countering this type of ideological subversion may prove more relevant in this context, although extreme care must be taken in how such ideological "warfare" is conducted. This is particularly the case given that such attempts often put the moderate voices the United States would like to protect and strengthen at risk. [29]

The evolving U.S. containment approach also assumes a unanimity among Sunni Arab allies that does not exist. Arab states have divergent views toward Iran and the nature of the threat it poses even in the aftermath of 9/11 and the U.S. toppling of Saddam Hussein. Even those that sign up to a U.S.-sponsored "front" in the context of heightened concern over growing Iranian influence will likely pursue some form of accommodation with Iran given its dominant role in the region.[30] And such a front is likely to rely heavily on Saudi Arabia, which could dangerously bolster the Saudi inclination to inflame rather than defuse sectarian tensions as a tactic to balance Iran. Indeed, Riyadh has at times played a worrisome game, exploiting region-wide fears of sectarian spillover from Iraq and tacitly allowing its clerical establishment a platform for anti-Shi'ite vitriol. As Vali Nasr and Ray Takeyh observe, in the Cold War, containing communism "meant promoting capitalism and democracy. Containing Iran today would mean promoting Sunni extremism—a self-defeating proposition for Washington."[31]

Moreover, this type of Saudi-dominated containment approach could backfire, encouraging Tehran to accelerate its asymmetric warfare options (given its weakness on the conventional front) through terrorism, ballistic missile development, or a nuclear weapon. Finally, the containment approach may torpedo efforts to work with Iran on stabilizing Iraq and cooperating on other regional issues, such as challenging the resurgence of the Taliban in Afghanistan.

---

[29] For more information on how U.S. democracy promotion efforts are undermining Iranian reformists, see Akbar Ganji, "Why Iran's Democrats Shun Aid," *Washington Post,* October 26, 2007, p. A21; Akbar Ganji, "The View from Tehran," *Boston Review,* Vol. 32, No. 3, May/June 2007.

[30] See Marc Lynch, "Why U.S. Strategy on Iran Is Crumbling," *Christian Science Monitor,* January 4, 2008.

[31] Nasr and Takeyh, 2008, p. 91.

## U.S. Policy Toward Iran in the Coming Decade Requires a New Approach

Given the themes outlined above and the difficulties confronting U.S. policy toward Iran in the past and present, we propose a different type of approach that involves a series of unilateral de-escalation measures by Washington, as well as continued muscular multilateral efforts targeted at Iranian behavior that runs counter to international norms (e.g., the nuclear issue and links to terrorism). Rather than a broad U.S.-based containment strategy, we suggest leveraging international pressure while unilaterally de-escalating U.S. rhetoric and policy toward Iran (essentially, reversing the traditional good cop/bad cop roles).[32] Keeping the pressure components of this approach multilateral (including support from Russia and China) is critical because it helps deprive the Iranian leadership of the ability to deflect domestic critique by focusing discontent solely on the United States and the United Kingdom or other European Union powers. At the same time, the United States should avoid escalating unilateral actions against Iran because they are unlikely to work and are likely to exacerbate tensions significantly. While no silver bullet, multilateral pressure—when combined with less-hostile U.S. rhetoric and policy—may prove more effective, at least in terms of the more limited aims on the nuclear issue. Having said that, the likelihood of sustained support for this approach by Russia and China remains questionable.

### Policymakers Should Consider a Less Confrontational Stance Toward Iran

Over the long run (in the next ten to fifteen years), our focus is on finding a means for Iran and the United States to coexist in a region well known for its turbulence and instability. The nature of Iranian power and Iran's regional ambitions are complex. The U.S. policy response must be designed so as to take this complexity into consideration. Therefore, we suggest a fundamental unilateral shift in rhetoric and

---

[32] For this idea of role reversals (in the context of transatlantic diplomacy toward the Iranian nuclear challenge), see Robert J. Einhorn, "Transatlantic Strategy on Iran's Nuclear Program," *Washington Quarterly,* Autumn 2004.

PX641

policy toward a less confrontational stance, complemented by efforts to establish new multilateral venues for a regional security dialogue involving Iran. Specific components of such an approach could include both symbolic steps and policy actions.

### Symbolic Actions Would Gradually Shift the Image of the United States

**Clear statements recognizing Iran as a valid player in the region and acknowledging Iranian threat perceptions.** These need to be convincing and not merely cosmetic. Actions speak louder than words; thus, issuing convincing statements could be challenging. But if such statements were accompanied by concrete proposals for confidence-building measures and exercises as suggested below, they may be viewed more seriously. Military-to-military exchanges could be particularly useful in understanding and addressing mutual threat perceptions and avoiding unintended conflict, particularly in the naval arena.

**Unambiguous statements about U.S. interests and intentions in the region, particularly regarding Iraq.** These must be simple and easily understood, and the United States must stick to them long enough for them to be taken seriously. The United States should reinforce the SOFA with Iraq by clearly stating that it has no long-term interest in occupying Iraq or establishing a permanent military presence there. At the same time, the United States has a right to maintain a military presence in the region, as well as ties to regional allies, to protect core U.S. interests. These statements would underscore that U.S. military postures are for defensive purposes and to ensure stability, not to develop U.S. bases in order to launch attacks on regional neighbors (i.e., Iran).

**The United States should avoid bellicose pronouncements suggesting regime change in Iran.** Such statements would merely isolate the United States from the very people it wishes to encourage, while emboldening Iranian hardliners and exacerbating repression of reformers and even pragmatists inside Iran. Despite this, the United States should remain true to its core principles and continue to express concern, when appropriate, about human rights abuses in Iran. Providing assurances that the United States is not seeking regime change does

PX641

not mean the United States cannot continue to support human rights and civil liberties, just as it does in many countries around the world, including among its allies. Of course, given the legacy of mistrust outlined earlier, it will be difficult to convince any Iranian government that the United States is sincere.

**Policy Actions**

**Continue strengthening international sanctions and other financial pressures targeted on the nuclear issue, but avoid unilateral punitive measures that are not likely to generate broad consensus.** Secondary sanctions are particularly counterproductive in maintaining European and international support for nuclear-related sanctions in the UN.

**Pursue bilateral dialogues related to areas of common interest, such as instability in Iraq and Afghanistan, narcotics trafficking, natural disaster relief, refugees, and other humanitarian crises.** The United States should identify and exploit areas where genuine collaboration can be productive and profitable, without harboring expectations for broader diplomatic breakthroughs. These more limited efforts should not be trivialized by over-hyping them. News of good works will spread on its own. Even limited engagement efforts may improve the prospects for a broader dialogue and normalization process should political conditions improve.

**Engage in efforts to build a multilateral regional security framework that is simultaneously inclusive of Iran and sensitive to the needs of U.S. Arab friends and allies.** The Arab states remember exceedingly close U.S.-Iranian relations during the Pahlavi era and thus would be ambivalent at best about closer ties between Tehran and Washington. Therefore, the United States needs to aggressively pursue ideas to construct a broad-based multilateral regional security framework that would include Iran alongside Washington's traditional Arab allies (as well as key international players such as the European Union, Russia, and China). Such a structure would not be based on a specific threat (such as a collective security organization like NATO), but rather would provide an open-ended security forum where regional states could discuss and address a range of regional challenges (start-

**PX641**

178   Dangerous But Not Omnipotent

ing with more-consensual issues like narcotics trafficking, responses to natural disasters, maritime security, and economic and energy development) and engage in military confidence-building measures. The model for such a forum could be a cooperative security organization like the Organisation for Security and Co-operation in Europe, where mutual threat perceptions are aired and conflict-reduction measures are pursued. Cooperation in maritime affairs would be a useful area of focus for such a forum (such as work on a regional incidents-at-sea agreement), particularly given the potential for miscalculation and escalation in critical waterways like the Strait of Hormuz.[33]

Undoubtedly, an inclusive regional security forum would be challenging both in spirit as well as in execution. Realpolitik and balance-of-power calculations continue to dominate thinking in the region and would serve to undermine attempts to establish and sustain cooperative regional arrangements. But the effort would be worthwhile. Indeed, opportunities to pursue new regional security arrangements tend to follow major armed conflicts when regional relations are in flux. The intensity of regional interest in new regional security structures, including from Iran,[34] suggests the need to revisit ideas for multilat-

---

[33]  For the applicability of a Helsinki Process model to Iran and the Middle East, see Michael McFaul, Abbas Milani, and Larry Diamond, "A Win-Win U.S. Strategy for Dealing with Iran," *Washington Quarterly*, Vol. 30, No. 1, pp. 121–138; Michael McFaul, "A Helsinki Process for the Middle East," *Journal of Democracy*, No. 8, Spring 2008.

[34]  Discussion of new regional security arrangements is widespread in Iran. For Iranian views on multilateral security cooperation, see the recent ten-point proposal for a Persian Gulf Security Cooperation Council by the former Secretary of the Supreme Council for National Security, Hassan Rohani (Kaveh L. Afrasiabi, "Iran Unveils a Persian Gulf Security Plan," *Asia Times*, April 14, 2007). For other Iranian views, see Afrasiabi and Maleki, 2003, pp. 263–264; Center for Strategic Research, Foreign Policy Research Division, Expediency Council (Iran), "Negarinaye keshvarhaye Arabi nesbat be Iran dar fazaye Jadide Mantaghei [Arab Countries' Concerns About Iran in the Light of the New Environment in the Region]," Web page, 2006; Mahmoud Dehghani, "Naghsh-e Aragh-e Jadid dar tartibat-e amniyati-e mantaghe-e Khalij-e Fars [The Role of the New Iraq in the Security Orders in the Persian Gulf]," Center for Strategic Research, Foreign Policy Research Division, Expediency Council (Iran), Web page, 2003.

PX641

eral regional security cooperation.[35] Although an inclusive multilateral security structure in the Persian Gulf region would take time to build, it would contribute more to regional stability over the long run than would continuing to rely solely on competitive, balance-of-power strategies designed to isolate Iran. Such narrow strategies are more likely to encourage, even reify, Iranian hegemonic aspirations than remove them.

---

[35] The most notable previous official attempt to consider the formation of a multilateral regional security forum was the Arms Control and Regional Security working group of the multilateral peace process initiated at the Madrid Peace Conference in 1991. See Bruce W. Jentleson and Dalia Dassa Kaye, "Security Status: Explaining Regional Security Cooperation and Its Limits in the Middle East," *Security Studies*, Vol. 8, No. 1, 1998, pp. 204–238; Dalia Dassa Kaye, "Regional Security Cooperation," in *Beyond The Handshake: Multilateral Cooperation in the Arab-Israeli Peace Process, 1991–1996*, New York: Columbia University Press, 2001, pp. 76–109; Peter Jones, "Open Forum: Arms Control in the Middle East: Is It Time to Renew ACRS?" United Nations Institute for Disarmament Research, Disarmament Forum—North-East Asian Security, No. 2, 2005; U.S. Department of State, Bureau of Political-Military Affairs, "Middle East Peace Process Arms Control and Regional Security Working Group," Fact Sheet, July 21, 2001; Nabil Fahmy, "Special Comment," United Nations Institute for Disarmament Research, *Disarmament Forum*, No. 2, 2001, pp. 3–5; Shai Feldman, *Nuclear Weapons and Arms Control in the Middle East*, Cambridge, Mass.: MIT Press, 1997; Peter Jones, "Negotiating Regional Security in the Middle East: The ACRS Experience and Beyond," *Journal of Strategic Studies*, Vol. 26, No. 3, 2003; Peter Jones, "Arms Control in the Middle East: Some Reflections on ACRS," *Security Dialogue*, Vol. 28, No. 1, 1997; Emily Landau, "Egypt and Israel in ACRS: Bilateral Concerns in a Regional Arms Control Process," Tel Aviv: Jaffee Center for Strategic Studies, Memorandum No. 59, 2001; Michael Yaffe, "An Overview of the Middle East Peace Process Working Group on Arms Control and Regional Security," in Fred Tanner, ed., *Confidence-Building and Security Co-operation in the Mediterranean, North Africa and the Middle East*, Malta: University of Malta, 1994.

PX641

PX641

# References

*The 9/11 Commission Report: Final Report of the National Commission on Terrorist Attacks upon the United States*, U.S. Government Printing Office, July 26, 2004.

Abramowitz, Michael, and Ellen Knickmeyer, "As Bush Heads to Mideast, Renewed Questions on Iran," *Washington Post*, January 7, 2008, p. 12.

Abu-Amr, Ziad, "Hamas: A Historical and Political Background," *Journal of Palestinian Studies*, Vol. 23, No. 4, Summer 1993.

Afrasiabi, Kaveh L., "Iran Unveils a Persian Gulf Security Plan," *Asia Times*, April 14, 2007.

Afrasiabi, Kaveh L., and Abbas Maleki, "Iran's Foreign Policy After 11 September," *Brown Journal of World Affairs*, Vol. 9, No. 2, Winter/Spring 2003, pp. 263–264.

Ahmed, Hisham H., *Hamas from Religious Salvation to Political Transformation: The Rise of Hamas in Palestinian Society*, Jerusalem: Palestinian Academic Society for the Study of International Affairs, 1994.

"Al-Alam TV News Director Responds to Al-Najaf Prayer Leader's Criticism," *Iranian Labor News Agency* (Tehran), Web page, in Persian, OSC IAP20040605000076, 0935 GMT June 4, 2004.

al-Aziz, Al-Khedir Abd, "America and the Sins of Coalitions," *Al Sharq al-Awsat*, in Arabic, December 18, 2006.

al-Dhiyabi, Jamil, "Fa'es America wa Ghatrasat Iran [America's Ax and Iran's Arrogance]," *Al-Hayat*, June 25, 2007.

al-Durusi, Salman, "Al-Shaykh Khalifah bin Salman: Al-Khalij La Yatahammal Harb Jadidah [Sheikh Khalifah bin Salman: The Gulf Cannot Take Another War]," *Al-Sharq al-Awsat*, July 28, 2007.

al-Fahd, Nasr, "Letter on the Legitimacy of Swearing at the Shi'a," Web page, in Arabic, date not available. As of April 12, 2006: http://www.tawhed.ws

PX641

————, "Response to the Rejectionists (Shiites) on Their Indictment of the Companions," Web page, in Arabic, date not available. As of April 12, 2006: http://www.tawhed.ws

al-Faraj, Sami, comments on "Malaf Iran al-Nawawi wa Khayarat Majlis al-Amn [The Iranian Nuclear Portfolio and the Security Council Options]," *Akthar min Ra'i* [*More Than One Opinion*], al-Muqtada television, February 17, 2006.

al-Ghasali, Ahmad, "An Tajrubah: Makhatir Taqdim Ghusan al-Zaytoon LiIran [Out of Experience: The Dangers of Extending the Olive Branch to Iran]," *Al-Sharq al-Awsat*, No. 10341, March 22, 2007.

————, "Istifhal al-Azmah, Ma Hua al-Hal? [Exacerbating the Problem, What Is the Solution?]," *Al-Sharq al-Awsat*, July, 26, 2007.

al-Hussein, Abdullah II bin, King of Jordan, quoted in *al-Ra'y*, January 6, 2005.

al-Jabbar, Faleh Abd, "Why the Uprisings Failed," *Middle East Report*, No. 176, May–June 1992, pp. 2–14.

————, ed., *Ayatollahs, Sufis, and Ideologues: State, Religion, and Social Movements in Iraq*, London: Al-Saqi Books, 2002.

"Al-Jazirah TV Airs Documentary on Life, Rise of Hezbollah's Hasan Nasrallah," OpenSource.gov, GMP20060816637002, August 15, 2006.

al-Khazin, Jihad, "Al-Maradh al-Arabi [The Arab Disease]," *Saudi in Focus*, date not available.

al-Khudayr, 'Ali bin Khudayr, "*Fatwa* on the Shi'a," Web page, in Arabic, date not available. As of April 12, 2006: http://www.tawhed.com

al-Mun'im, Niveen Abd, *Sun' al-Qarar fi Iran wa al-Alaqat al-Arabiya al-Irania* [*Decisionmaking in Iran and the Arab-Iranian Relations*], Center for Arab Unity Studies, Beirut, Lebanon, 2002.

"Al-Nufuth al-Irani fi al-Mintaqa al-Arabiya [The Iranian Influence in the Arab Region]," *Al-Ittijah al-Mu'akis* [*Opposite Direction*], al-Muqtada television, February 4, 2007.

al-Qazwini, Jawdat, "The School of Qum" and "The School of Najaf," in Faleh Abd al-Jabar, ed., *Ayatollahs, Sufis and Ideologues: State, Religion and Social Movements in Iraq*, London: Saqi Books, 2002, pp. 245–281.

"Al-Qimma *al-Arabiya* [The Arab Summit]," Saudi Press Agency, Web page, date not available. As of late 2007: http://www.spa.gov.sa/ContentPage.php?cid=37&id=14398

"Al-Sira' al-Ta'ifi fi al-Iraq wa al-Mintaqah [The Sectarian Conflict in Iraq and the Region]," *Bila Hudud* [*Without Borders*], al-Muqtada television, January 20, 2007.

PX641

al-Umar, Nasr, "If Iran Occupies Iraq," Web page, in Arabic, date not available. As of April 12, 2006: www.almoslim.net

———, "The Situation of the *Rafida* in the Land of Tawhed," Web page, in Arabic, date not available. As of April 12, 20067: http://www.albainah.net

al-Zaydi, Mishari, "Uhadhir an Taqdhi Alihi al-Ama'im [Warning Against the Religious Establishment]," *Al-Sharq al-Awsat*, July 19, 2007.

"Analysis: Iran's Claim to Bahrain Sparks Media Debate," OSC Feature FEA20070723241746, July 23, 2007.

"Analysis: Survey of Iran's Arabic Satellite TV al-Alam," Iran–OSC Analysis GMF20070703684001, July 3, 2007.

"Ansar-i Hizbullah: Followers of the Party of God," Globalsecurity.org, Web page, n.d. As of February 4, 2008: http://www.globalsecurity.org/intell/world/iran/ansar.htm

Anvari, Hamid Reza, "A Look at the Shanghai Cooperation Organization," *Central Asia and the Caucasus Review*, No. 34, Summer 2001, p. 80.

"Arming Hizbullah," *Jane's Intelligence Digest*, October 20, 2006.

"Article Views Iranian President's 'Dangerous' Proposal to Fill Vacuum in Iraq," *Al-Sharq al-Awsat* [London], Web page referencing an article by Bilal al-Hasan entitled "Ahmadinejad's Grave Mistake: The Theory of Vacuum Filling," in Arabic, OSC GMP20070902913006, September 2, 2007.

"Baalbek Seen as Staging Area for Terrorism," *Washington Post*, January 9, 1984.

"Bahrain: Mudhaharat Ihtijaj ala Maqalat Kihan [Bahrain: Demonstrations over Kihan's Article]," *Al-Sharq al-Awsat*, Web page, date not available.

Bakhash, Shaul, *The Reign of the Ayatollahs*, New York: Basic Books, 1989, pp. 279–280.

Bakhshi, Mohammad 'Ali, "Standing on the Ship of Power," found in "Iran: Report Says Iran's Navy Executed 'Ettehad-83' Maneuver in Various Waters," *Saff* (Tehran), in Persian, OSC IAP20050103000091, June 7, 2004.

Barzegar, Kayhan, "Tazad-e Naghshha: Baresiye rishehaye monazeeye Iran va Amrica bad az havadese 11 September [Conflicting Role: A Study on the Roots of Iran and U.S. Disputes After September 11]," International Relations Research Division, Center for Strategic Research, Expediency Council, 2006. As of December 26, 2006: http://www.csr.ir/departments.aspx?abtid=07&amp;&amp;semid=34m

"The *Basij* Resistance Force," in *How They Fight: Armies of the World*, National Ground Intelligence Center, NGIC-1122-0204-98, 1998.

PX641

"BBC Monitoring Analysis: Arab Dilemma over Iran's Nuclear Program," OSC FEA20070627206546, June 27, 2007.

"BBC Monitoring Analysis: Arab Press Sees Iranian Gains in British Detainees Affair," BBC Monitoring, OSC EUP20070406950039, April 6, 2007.

"BBC Monitoring: Iran Media Guide," in English, Caversham BBC Monitoring, OSC IAP20070327950024, March 27, 2007.

"BBC Monitoring: Iran's Al-Alam TV Plays Role in Arab Media Scene," in English, Caversham BBC Monitoring, OSC GMP20070115950064, January 15, 2007.

Beehner, Lionel, "U.S. Sanctions Biting Iran," backgrounder Web page, Council on Foreign Relations, January 23, 2007. As of April 3, 2003: http://www.cfr.org/publication/12478/

Bergner, Brigadier General Kevin, Spokesman, Multi-National Force-Iraq, press briefing, July 2, 2007.

Berman, Ilan, *Tehran Rising: The Iranian Threat to the United States*, New York: Rowman and Littlefield, 2005.

Bilqaziz, Abed al-Ilah, "Al-Arab wa Iran: Min al-Ummah ila al-Madhhab [The Arabs and Iran:  From the Umma to the Sect]," Web page, Harakat al-Adalah al-Watania [National Justice Movement], February 20, 2007. As of Novermber 20, 2008: http://www.3dala.org/print.php?id=1313&PHPSESSID=abaf5ea087b1cf63bfbe02d8776a2db0

bin Sallam, Muhammad, "Yemen Recalls Its Ambassadors to Iran and Libya," *Yemen Times*, May 13, 2008.

Black, Ian, and Benny Morris, *Israel's Secret Wars*, New York: Grove Weidenfeld, 1991.

Blackwill, Robert D., "The Three Rs: Rivalry, Russia, 'Ran," *The National Interest,* January 2008.

Bradley, John R., "Iran's Ethnic Tinderbox," *The Washington Quarterly*, Vol. 30, No. 1, Winter 2006–2007, pp. 181–190.

Brookings Institution, *The Brookings Institution Iraq Index*, July 30, 2007.

Buchta, Wilfried, *Who Rules Iran? The Structure of Power in the Islamic Republic,* Washington, D.C.: The Washington Institute for Near East Policy and the Konrad Adenauer Stiftung, 2000.

———, *Iran's Security Sector: An Overview*, Geneva: Geneva Center for the Democratic Control of Armed Forces (DCAF), Working Paper No. 146, August 2004.

PX641

"Buenos Aires: A Prime Target for Pro-Iranian Terror," *Jerusalem Post*, August 11, 1994.

Byman, Daniel L., *Deadly Connections: States That Sponsor Terrorism*, New York: Cambridge University Press, 2005.

Byman, Daniel L., Shahram Chubin, Anoushiravan Ehteshami, and Jerrold D. Green, *Iran's Security Policy in the Post-Revolutionary Era*, Santa Monica, Calif.: RAND Corporation, MR-1320-OSD, 2001. As of March 4, 2009: http://www.rand.org/pubs/monograph_reports/MR1320/

Center for Strategic Research, Foreign Policy Research Division, Expediency Council (Iran), "Negarinaye keshvarhaye Arabi nesbat be Iran dar fazaye Jadide Mantaghei [Arab Countries' Concerns About Iran in the Light of the New Environment in the Region]," Web page, 2006. As of December 19, 2006: http://www.csr.ir/departments.aspx?abtid=04&&semid=68

Central Intelligence Agency, "Attachment A: Unclassified Report to Congress on the Acquisition of Technology Relating to Weapons of Mass Destruction and Advanced Conventional Munitions," January 1–June 30, 2003.

Chubin, Shahram, "Iran's Strategic Environment and Nuclear Weapons," in *Iran's Nuclear Weapons Options: Issues and Analysis*, Washington, D.C.: The Nixon Center, January 2001, pp. 22–30.

———, "Whither Iran? Reform, Domestic Politics and National Security," International Institute for Strategic Studies, Adelphi Paper No. 342, 2002.

———, *Iran's Nuclear Ambitions*, Washington, D.C.: The Carnegie Endowment for International Peace, 2006.

Clawson, Patrick, "The Paradox of Anti-Americanism in Iran," *Middle East Journal of International Affairs,* Vol. 8, No. 1, March 2004.

Clawson, Patrick, and Michael Eisenstadt, *Deterring the Ayatollahs: Complications in Applying Cold War Strategy to Iran*, Washington, D.C.: The Washington Institute for Near East Policy, Policy Focus No. 72, July 2007.

Clawson, Patrick, and Michael Rubin, *Eternal Iran: Continuity and Chaos*, New York: Palgrave-MacMillan Press, 2005.

"Commentary Criticizes Iran's Fruitless Political Alliances," *Aftab-e Yazd* (Tehran), Web page, in Persian, OSC IAP20040605000057, June 5, 2004.

Cooper, Helene, "Iran Fighting Proxy War in Iraq, U.S. Envoy Says," *New York Times,* April 12, 2008.

Cordesman, Anthony H., *Iran's Developing Military Capabilities,* Washington, D.C.: The Center for Strategic and International Studies, 2005.

———, *Iran's Revolutionary Guards, the Al Quds Force, and Other Intelligence and Paramilitary Forces*, working draft, Washington, D.C.: Center for Strategic and International Studies, 2007.

PX641

———, "Iraq's Sectarian and Ethnic Violence and Its Evolving Insurgency," Center for Strategic and International Studies, April 2, 2007.

Cordesman, Anthony, and Martin Kleiber, *Iran's Military Forces and Warfighting Capabilities: The Threat in the Northern Gulf*, Washington, D.C.: Center for Strategic and International Studies, 2007.

Cragin, Kim, Peter Chalk, Sara A. Daly, and Brian A. Jackson, *Sharing the Dragon's Teeth: Terrorist Groups and the Exchange of Technologies*, Santa Monica, Calif.: RAND Corporation, MG-485-DHS, 2007. As of February 19, 2008: http://www.rand.org/pubs/monographs/MG485/

"Deconstructing Hezbollah's Surprise Military Prowess," *Jane's Intelligence Review*, November 1, 2006.

Deeb, Laura, "Hizballah:  A Primer," *Middle East Report*, July 31, 2006.

Defense Threat Reduction Agency, "Special Report: Challenges of Iranian Missile Proliferation," *WMD Insights*, October 1, 2006.

Dehghani, Mahmoud, "Naghsh-e Aragh-e Jadid dar tartibat-e amniyati-e mantaghe-e Khalij-e Fars [The Role of the New Iraq in the Security Orders in the Persian Gulf]," Center for Strategic Research, Foreign Policy Research Division, Expediency Council (Iran), Web page, 2003. As of December 20, 2006: http://www.csr.ir/departments.aspx?abtid=07&&semid=306

Director of Central Intelligence, *Acquisition of Technology*, November 2004.

Dobbins, James, "How to Talk to Iran," *Washington Post*, July 22, 2007.

Dobbins, James, Sarah Harting, and Dalia Dassa Kaye, *Coping with Iran: Confrontation, Containment or Engagement? A Conference Report,* Santa Monica, Calif.: RAND Corporation, CF-237-NSRD, 2007. As of December 17, 2008: http://www.rand.org/pubs/conf_proceedings/CF237/

Dodge, Toby, *Iraq's Future: The Aftermath of Regime Change*, London: International Institute for Strategic Studies, Adelphi Paper 372, 2005.

Dreyfuss, Robert, "Is Iran Winning the Iraq War?" *The Nation*, February 21, 2008.

"Egyptian Officials, Media Escalate Anti-Iranian Rhetoric, Prompting Restrained Iranian Response," OSC Analysis GMF20070208282001, February 8, 2007.

Ehteshami, Anoushiravan, "Iran's International Posture After the Fall of Baghdad," *Middle East Journal*, Vol. 58, No. 2, Spring 2004.

Einhorn, Robert J., "Transatlantic Strategy on Iran's Nuclear Program," *Washington Quarterly*, Autumn 2004.

Eisenstadt, Michael, "Living with a Nuclear Iran," *Survival*, Vol. 41, No. 3, Autumn 1999.

PX641

————, "The Armed Forces of the Islamic Republic of Iran," *Middle East Review of International Affairs,* Vol. 5, No. 1, March 2001.

Ekvan, Samaneh, "Reserve Fund Rivalry," *Iran Daily*, December 13, 2004, p. 6.

Elan, Seth, et al., "Open-Source Research on Nuclear Doctrine and Strategy, Command and Control, and Delivery Systems in Iran and Israel," Library of Congress, Federal Research Division, Washington, D.C., December 2005.

el-Hokayem, Emile, and Matteo Legrenzi, "The Arab Gulf States in the Shadow of the Iranian Nuclear Challenge," Washington, D.C.: The Stimson Center, May 2006.

Elkhamri, Mounir, "Iran's Contribution to the Civil War in Iraq," *The Jamestown Foundation Occasional Paper*, January 2007.

England, Andrew, "Arab Street Warms to Showman Ahmadi-Nejad," *Financial Times*, April 6, 2007.

Entessar, Nader, "Iran's Security Challenges," *The Muslim World*, Vol. 94, October 2004.

Escobar, Pepe, "Twelve More Years," *Asia Times*, June 28, 2005.

"'Experts' Warn U.S. Plan Uses Arab States to Cause Sunni-Shiite Split," *Hezbollah* [Tehran], in Persian, OSC IAP20070119011004, January 14, 2007.

Fahmy, Nabil, "Special Comment," United Nations Institute for Disarmament Research, *Disarmament Forum*, No. 2, 2001, pp. 3–5.

Fahs, Hasan, "Abd al-Hadi LilHayat: Ay Sidam Irani-Amrici Sayas'ub Dhabtuhu Li'an Sahatuhu Wasi'ah wa al-Imkanat Kabira [Abd al-Hadi to Al-Hayat Newspaper: Any American-Iranian Confrontation Would Be Difficult to Contain Because the Front Is Wide and the Resources Are Huge]," *Al-Hayat*, February 9, 2007.

Farhi, Farideh, "Iran's Security Outlook," *Middle East Report Online*, July 9, 2007.

Feldman, Shai, *Nuclear Weapons and Arms Control in the Middle East*, Cambridge, Mass.: MIT Press, 1997.

Felter, Joseph, and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means'," Occasional Paper Series, Combating Terrorism Center at West Point, U.S. Military Academy, West Point, N.Y., October 13, 2008.

Fisk, Robert, *Pity the Nation*, 3rd ed., Oxford: Oxford University Press, 2001.

"Focus on Hezbollah," *The Lebanon Report*, Vol. 4, No. 3, March 1993, pp. 6–7.

Fuller, Graham, "The Hezbollah-Iran Connection: Model for Sunni Resistance," *The Washington Quarterly*, Winter 2006–2007, pp. 139–150.

PX641

"FYI—Iran's *Al-Alam* TV Discusses Arab Reaction to Saddam's Execution,"
Al-Alam Television (Tehran), in Arabic, OSC IAP20070102950094, 1330 GMT
January 2, 2007.

Ganji, Akbar, "The View from Tehran," *Boston Review,* Vol. 32, No. 3, May/June
2007.

———,"Why Iran's Democrats Shun Aid," *Washington Post,* October 26, 2007,
p. A21.

Gasiorowski, Mark, "The New Aggressiveness in Iran's Foreign Policy," *Middle
East Policy*, Vol. 14, No. 2, Summer 2007, pp. 125–132.

Gause, Gregory, "Saudi Arabia: Iraq, Iran, the Regional Power Balance, and the
Sectarian Question," *Strategic Insights*, Vol. 6, No. 2, March 2007.

"General Rahim Safavi: America's Aim Is to Prevent Iran from Becoming the First
Power in the Middle East," *Keyhan* (Tehran), in "Persian Press: Revolutionary
Guard Commander on Way to Fight Unequal Enemy," in Persian, OSC
IAP20061231011007, December 26, 2006, p. 14.

Ghafuri, Ali, "An Interview with General Tavakoli, Deputy Commander of the
Army in Charge of Self Sufficiency Jihad," *Iran Daily Newspaper*, Vol. 9, No. 2734,
February 25, 2004, p. 15.

Giles, Gregory F., "The Islamic Republic of Iran and Nuclear, Biological, and
Chemical Weapons," in Peter R. Lavoy et al., eds., *Planning the Unthinkable:
How New Powers Will Use Nuclear, Biological, and Chemical Weapons*, Ithaca and
London: Cornell University Press, 2000, pp. 79–103.

Girard, Renaud, "The Calculated Provocations of the Islamist Iranian President,"
*Le Figaro* (Paris), in French, December 19, 2005.

Glanz, James, "U.S. Says Arms Link Iranians to Iraqi Shiites," *New York Times*,
February 12, 2007.

Gordan, Michael, and Dexter Filkins, "Hezbollah Said to Help Shiite Army in
Iraq," *New York Times*, November 28, 2006.

Grace, Robert, and Andrew Mandelbaum, "Understanding the Iran-Hezbollah
Connection," United States Institute of Peace Briefing, September 2006.

Green, Jerry, "Terrorism and Politics in Iran," in Martha Crenshaw, ed., *Terrorism
in Context*, University Park, Pa.: Pennsylvania State University Press, 1995,
pp. 553–594.

Greenwell, Megan, "Sunnis Quit Cabinet Posts," *Washington Post*, August 2, 2007.

———, "Iran Trains Militiamen Inside Iraq, U.S. Says," *Washington Post*, August
20, 2007.

"Growing Support for Hamas Observed in Iran," BBC Monitoring, OSC Feature
FEA20070622199586, June 22, 2007.

PX641

"Guards C-in-C Says Iran's 'Deterrent Capability' Extends to Entire Region," BBC Monitoring International Reports, September 11, 2004.

Guldimann, Tim, "The Iranian Nuclear Impasse," *Survival*, Vol. 49, No. 3, Autumn 2007, pp. 169–178.

Haghshenass, Fariborz, "Iran's Air Forces: Struggling to Maintain Readiness," Washington Institute for Near East Policy, PolicyWatch No. 1066, December 28, 2005.

———, "Iran's Doctrine of Asymmetric Naval Warfare," Washington, D.C.: Washington Institute for Near East Policy, PolicyWatch No. 1179, December 21, 2006.

Hajjar, Sami, "Hezbollah: Terrorism, National Liberation or Menace?" thesis, Carlisle Barracks, Pa.: U.S. Army War College, Strategic Studies Institute, August 2002.

"Hamas Minister Brings Cases of Cash into Gaza," *Independent* (London), June 15, 2006.

Hamzeh, Nizar A., "Lebanon's Hizbullah: From Islamic Revolution to Parliamentary Accommodation," *Third World Quarterly*, Vol. 13, No. 32, 1993.

Harling, Peter, and Joost Hiltermann, "Eyes Wide Shut," *Le Monde Diplomatique*, May 2007.

Harling, Peter, and Hamid Yasin, "Iraq's Diverse Shiite," *Le Monde Diplomatique*, September 2006.

Haydar, Hassan, "Inhinaa' Iran [Iran's Weakness]," *Free Syria*, Web site, February 8, 2007. As of November 20, 2008:
http://www.free-syria.com/print.php?articleid=15239

Henderson, Simon, "The Elephant in the Gulf: The Arab States and Iran's Nuclear Program," Washington Institute for Near East Policy, PolicyWatch 1065, December 21, 2005.

Heradstveit, Daniel, and G. Matthew Bonham, "What the Axis of Evil Metaphor Did to Iran," *The Middle East Journal*, Vol. 60, No. 3, Summer 2007, pp. 421–440.

Hewson, Robert, "Iran Stages Large-Scale Exercises to Underline Defence Capabilities," *Jane's Defence Weekly*, September 13, 2006.

"Hezbollah and Israeli Wage Electronic War in South Lebanon," *Jane's Intelligence Review*, February 1, 1995.

"Hezbollah's Intelligence Apparatus," *Jane's Terrorism and Security Monitor*, September 13, 2006.

"Highlights: Iranian Military Developments, 8–14 June 2007; Iran to Get SA-19 Grissom," in English, OSC Summary IAP20070615339001, June 8–14, 2007.

PX641

Hirshberg, Peter, "Getting Smart," *Jerusalem Post,* December 17, 1992.

Hodgson, Marshall, *The Venture of Islam*, Vol. 1, Chicago: The University of Chicago Press, 1977.

Hughes, Robin, "Iran Launches 'Great Prophet 2' Joint Military Exercise," *Jane's Defence Weekly*, November 8, 2006.

———, "Iran Eyes Long-Range Air Strike Capability," *Jane's Defence Weekly*, February 7, 2007.

———, "Tehran Fires Tor-M1," *Jane's Defence Weekly*, February 14, 2007.

Ignatius, David, "At the Tip of Iran's Spear," *Washington Post*, June 8, 2008.

"Inside the Mahdi Army Death Squads," *Jane's Terrorism and Security Monitor*, February 14, 2007.

International Crisis Group, "Iran: The Struggle for the Revolution's Soul," Middle East Report No. 5, Tehran and Brussels, August 2002.

———, "Bahrain's Sectarian Challenge," Middle East Report No. 40, Brussels, 2005.

———, "The Shiite Question in Saudi Arabia," Middle East Report No. 45, Brussels, 2005.

———, "Update Briefing—Iran: What Does Ahmadi-Nejad's Victory Mean?" Tehran/Brussels, August 2005.

———, "Iran: Ahmadinejad's Tumultuous Presidency," Middle East Briefing No. 21, Brussels, 2007.

———, "Where Is Iraq Heading? Lessons from Basra," Middle East Report No. 67, June 25, 2007.

———, "Shi'ite Politics in Iraq:  The Role of the Supreme Council," Middle East Report No. 70, November 15, 2007.

International Institute for Strategic Studies, *The Military Balance 2007*, London: Routledge, 2006.

"Interview with Adm. Ali Shamkhani, (former) Minister of Defense of the Islamic Republic of Iran," *Military Technology*, No. 7, 2002, p. 36.

"Interview with Amir Mohebbian in *Der Spiegel*," *E'tedal va Towse'eh*, Mohammad Nasiri, trans., FBIS IAP20050715339003, February 20, 2005.

"Iran: Ahmadinezhad Government Reverses Civil Society Gains," OSC Analysis IAF20070620564001, June 20, 2007.

"Iran: Author Describes Islamic Republic's Military Doctrine," *Basis and History of Military Thought in Iran* (Tehran), in Persian, OSC IAG20021113000150, January 1, 2001.

PX641

"Iran Calls On Iraqi MPs to Scrutinize Security Pact with US," Tehran Fars News Agency, OSC IAP20081126950066, in English, November 26, 2008.

"Iran, China to Cement Cooperation," Tehran Fars News Agency, July 7, 2008. As of October 12, 2008: http://english.farsnews.com/newstext.php?nn=8705071102

"Iran: Commander Says New Russian-Delivered Defense System Quick, Responsive," *Keyhan* (Tehran), Web page, in Persian, OSC IAP20070221397002, February 8, 2007.

"Iran: Commentator Says Shi'i Scholars Should 'Boycott' Al-Sadr," *Baztab* (Tehran), Web page, in Persian, OSC IAP20040515000085, 1122 GMT, May 15, 2004.

"Iran: Conservative Cleric Criticizes al-Sadr for Making Karbala, Najaf U.S. Targets," *Vaghaye'-ye Ettefaghiyeh* (Tehran), Web page, in Persian, OSC IAP20040520000056, May 18, 2004.

"Iran Defence Doctrine Deterrent—Defence Minister," transcript of interview on Iranian television, February 13, 2007, BBC Worldwide Monitoring, February 17, 2007.

"Iran: Guards Chief Outlines New Doctrine for Improving Combat Readiness," Tehran Fars News Agency, in Persian, Web page, OSC IAP20061217950103, December 17, 2006.

"Iran Guards' Commander Says Combat Units Can Expand Threefold in 48 Hours," Tehran Fars News Agency, Web page, from BBC Worldwide Monitoring, November 12, 2006.

"Iran: Intelligence Minister Says 'Terrorist Act' Foiled in Khuzestan Province," Tehran Fars News Agency, Web page, in English, OSC  IAP20070808950147, 1025 GMT August 8, 2007.

"Iran: Magazine Looks at What Future Wars May Be Like," *Saff* (Tehran), in Persian, OSC IAP20010524000001, May 21, 2001, pp. 17–20.

"Iran: Officials Largely Remain Silent on Eve of SOFA Vote," OSC Feature—Iran FEA20081125796715, November 25, 2008.

"Iran: Political Figures Comment on Violent Groups, Elections, Other Issues," *Yas-e Now*, in Persian, FBIS IAP 2003121600005, December 8, 2005.

"Iran Press: General Discusses IRGC Role in Engineering, Economic Contracts," *Sharq* (Tehran), in Persian, OSC AP20060702011002, June 26, 2006, pp. 1, 11.

"Iran Press Military Says Sanctioned Equipment May Be Produced Internally," BBC Monitoring International Reports coverage of report by Iranian newspaper *Siyasat-e Ruz*, April 23, 2007, A2007043030-14936-GNW, April 30, 2007.

"Iran: Profile of IRGC's Shahid Mahallati Theological-Political College," in Persian, OSC IAP20061208427001, December 7, 2006.

PX641

"Iran: Provincial Cleric Urges Unity to Foil Enemy 'Threats,' 'Plots'," *Orumiyeh Vision of the Islamic Republic of Iran*, West Azarbayjan Provincial television, in Persian, OSC IAP20071026950088, October 26, 2007.

"Iran: Report Highlights 'Need' for Aerospace Security, 'Fourth Force'," *Saff* (Tehran), in Persian, OSC IAP20050210000086, October 1, 2004, p. 6.

"Iran Revolution Guards Hold 'Asymmetric Warfare' Ashura-5 Exercises," Vision of the Islamic Republic of Iran Network, in Persian, OSC IAP20040913000110, September 13, 2004.

"Iran's Domestic Political Battles Exacerbate International Crisis," *Gulf States Newsletter*, Vol. 30, No. 781, May 12, 2006.

"Iran Seeks to Allay Sunni Anxieties in Saudi Arabia," in English, Caversham BBC Monitoring, OSC GMP20070302950043, March 2, 2007.

"Iran Sees Emergence of Shiite Coalition After Elections in Iraq," Caversham BBC Monitoring, OSC IAP20090211950138, in English, February 11, 2009.

"Iran to Resort to Offensive Strategy If Attacked," Iranian Mehr News Agency via BBC Worldwide Monitoring, November 17, 2006.

"Iran Tuhadid Duwal al-Khalij al-Muta'awinah ma' America bil Sawarikh [Iran Threatens the Gulf Countries Cooperating with America with Missiles]," *Al-Sharq al-Awsat*, July 11, 2007.

"Iranian Army Personnel Undergo Irregular Warfare Training," IRNA, FBIS IAP2005041000040, April 15, 2005.

"Iranian Bassij Wishes for U.S. Defeat in Iraq," Agence France Presse, Arab News, December 1, 2003.

"Iranian Daily: Theologians Concerned by Reported Sunni Preaching in Khuzestan," *Aftab-e Yazd*, in Persian, FBIS IAP20051221011046, December 20, 2005.

"Iranian Defense Minister Urges Iraq to 'Exercise Its Authority' over Foreign 'Bases'," Tehran Fars News Agency, Web page, in Persian, FBIS IAP20050706011012, 0421 GMT July 6, 2005.

"Iranian Ground Force Tactics," *How They Fight: Armies of the World*, National Ground Intelligence Center, NGIC-1122-0097-00, August 2000.

"Iranian Media Under Pressure Tilts in Favor of Government," BBC, OSC Feature—Iran FEA20070711226066, July 11, 2007.

"Iranian Military Chief Says Evidence Shows Global Power Balance Changing," IRNA, Web page, in English, OSC IAP20060902950063, 1410 GMT September 2, 2006.

PX641

"Iranian Military Practices Asymmetrical War Tactics in Final Phase of Exercises," Iranian Student News Agency, in Persian, FBIS IAP20041208000037, December 8, 2004.

"Iranian Official Calls for Implementation of 1972 Agreement on Helmand River," IRNA, Web page, in English, FBIS IAP20050201000031, 1255 GMT February 1, 2005.

"Iranian Paper Says Airport Controversy Takes Iran's Internal Divisions 'Sky-High'," *Iran Daily* (Tehran), Web page, in English, OSC IAP20040510000022, May 10, 2004.

"Iranian Paper Says Iran's Prestige Damaged by 'Embarrassing' Airport Closure," *Iran News* (Tehran), Web page, in English, OSC IAP20040510000031, 0001 GMT May 10, 2004.

"Iranian Radio Criticizes Reported US Plans for Military Base in West Afghanistan," Mashhad Voice of the Islamic Republic of Iran External Service in Dari, FBIS IAP20041220000065, 1330 GMT December 19, 2004.

Iranian Student News Agency, FBIS IAP20050722011019, July 22, 2005.

"Iranian Transportation Ministry Denies Blaming IRGC for Closure of New Airport," IRNA, Web page, in English, OSC IAP20040831000004, 0420 GMT August 31, 2004.

"Iranian TV Describes Detained Iranian-American Esfandiari as 'Mosad Spy'," Islamic Republic of Iran Network Television (IRINN) (Tehran), in Persian, OSC IAP20070512011017, 1640 GMT May 12, 2007.

"Iraq: Al-Sadr Orders His 6 Cabinet Ministers to Withdraw from Government," *International Herald Tribune*, April 15, 2007.

"Iraq Is the Battleground—The West Against Iran," *Middle East Quarterly*, Vol. 12, No. 2, Spring 2005.

"Iraq: Transforming Iran's Shiite Proxy, Assisting the United States," Web page, Stratfor.com, May 11, 2007. As of November 20, 2008: http://www.serve.com/Lincolnheritage2/articles/address/2004toNow/foreign/2007-05-Iraq-Transforming_Irans_Shiite_Proxy.htm

"IRGC Commander Discusses New Strategy," *Radio Free Europe/Radio Liberty Iran Report*, September 27, 2004.

"IRGC Ground Force Commander Speaks on Reorganization, Combat Plans," Vision of the Islamic Republic of Iran Network, in Persian, FBIS IAP20050309000087, March 9, 2005.

"Israeli Armor Fails to Protect MBTs [Main Battle Tanks] from ATGMs [Antitank Guided Missiles]," *Jane's Defence Weekly,* August 30, 2006.

Israeli Ministry of Foreign Affairs, "Special Survey: Bombing of the AMIA Building in Buenos Aires," July 19, 1994.

PX641

Jaber, Hala, *Hezbollah: Born with a Vengeance*, New York: Columbia University Press, 1997, pp. 11–12.

Jackson, Brian A., John C. Baker, Peter Chalk, Kim Cragin, John V. Parachini, and Horacio R. Trujillo, *Aptitude for Destruction,* Santa Monica, Calif.: RAND Corporation, MG-331-NIJ and MG-332-NIJ, 2005. As of November 20, 2008:
http://www.rand.org/pubs/monographs/MG331/
and
http://www.rand.org/pubs/monographs/MG332/

Jacoby, Lowell E., *Current and Projected National Security Threats to the United States*, DIA Statement for the Record, Senate Select Committee on Intelligence, February 16, 2005.

Jamshidi, Muhammad Husayn, "Basis and History of Military Thought in Iran," published by the IRGC College of Command, found in "Iran: Author Describes Islamic Republic's Military Doctrine," OSC IAP20021113000150, January 1, 2001, pp. 600–604.

Jane's Information Group, "Iran—Air Force," *Jane's Sentinel Security Assessment-Gulf States*, March 2005.

Jentleson, Bruce W., and Dalia Dassa Kaye, "Security Status: Explaining Regional Security Cooperation and Its Limits in the Middle East," *Security Studies*, Vol. 8, No. 1, 1998, pp. 204–238.

Jones, Peter, "Arms Control in the Middle East: Some Reflections on ACRS," *Security Dialogue*, Vol. 28, No. 1, 1997.

———, "Negotiating Regional Security in the Middle East: The ACRS Experience and Beyond," *Journal of Strategic Studies*, Vol. 26, No. 3, 2003.

———, "Open Forum: Arms Control in the Middle East: Is It Time to Renew ACRS?" United Nations Institute for Disarmament Research, Disarmament Forum—North-East Asian Security, No. 2, 2005.

Jones, Toby Craig, "Saudi Arabia's Not So New Anti-Shiism," *Middle East Report 242*, Spring 2007, pp. 29–32.

Kamrava, Mehran, "Iranian National-Security Debates: Factionalism and Lost Opportunities," *Middle East Policy*, Vol. 14, No. 2, Summer 2007.

Karimi, Nasser, "Iran Unveils Locally Made Fighter in War Games," The Associated Press, September 6, 2006.

Karouny, Mariam, "Iraq's SCIRI Party to Change Platform, Officials," Reuters, May 11, 2007.

Katzman, Kenneth, "Iran: Current Developments and U.S. Policy," Congressional Research Service, July 25, 2003.

PX641

Kaye, Dalia Dassa, "Regional Security Cooperation," in *Beyond the Handshake: Multilateral Cooperation in the Arab-Israeli Peace Process, 1991–1996*, New York: Columbia University Press, 2001, pp. 76–109.

Kaye, Dalia Dassa, and Frederic M. Wehrey, "A Nuclear Iran: The Reactions of Neighbours," *Survival,* Vol. 49, No. 2, Summer 2007, pp. 111–128.

"Kayfa Yandhuru al-Arab ila Iran? [How Do Arabs View Iran?]," *Panorama*, al-Arabiya television, February 26, 2007. As of August 24, 2007: http://www.alArabiya.net/Articles/2007/02/26/32078.htm

Kechichian, Joseph A., "Can Conservative Arab Gulf Monarchies Endure a Fourth Gulf War in the Persian Gulf?" *Middle East Journal,* Vol. 61, No. 2, Spring 2007, pp. 283–306.

Kelsay, John, *Islam and War: A Study in Comparative Ethics*, Louisville, Ky.: Westminister/John Knox Press, 1993.

Keppel, Gilles, *Jihad: The Trail of Political Islam*, Cambridge, Mass.: The Belknap Press of Harvard University Press, 2002.

Kessler, Glenn, "In 2003, U.S. Spurned Iran's Offer of Dialogue," *Washington Post,* June 18, 2006, p. A16.

Khalaji, Mehdi, "Iran's Revolutionary Guard Corps, Inc.," Washington Institute for Near East Policy, PolicyWatch No. 1273, August 17, 2007.

———, "Apocalyptic Politics: On the Rationality of Iranian Policy," Policy Focus 79, Washington, D.C.: The Washington Institute for Near East Policy, January 2008.

Khan, Abu Mohammad Ashgar, "A Look at Theories of Deterrence, Disarmament and Arms Control," *Journal of Defense Policy* (Tehran), in Persian, FBIS IAP 20021126000059, December 20, 1998, pp. 9–48.

"Khuzestan, Beating Heart of Great Iran: Ahmadinejad," Tehran Mehr News Agency, Web page, in English, OSC IAP20070102950116, 2010 GMT January 2, 2007.

Knickmeyer, Ellen, and Omar Fekeiki, "Iraqi Shiite Cleric Pledges to Defend Iran," *Washington Post*, January 24, 2006.

Knights, Michael, "Iran's Conventional Forces Remain Key to Deterring Potential Threats," *Jane's Intelligence Review*, February 1, 2006.

———, "Deadly Developments–Explosively Formed Projectiles in Iraq," *Jane's Intelligence Review*, March 2007a.

———, "Shiite Backlash—Anti-Coalition Sadrist Factions in Iraq," *Jane's Intelligence Review*, July 2007b.

———, "Rocky Road for Basra Operation," *Jane's Defence Weekly*, April 23, 2008.

PX641

Kramer, Martin, "Muslim Statecraft and Subversion," *Middle East Contemporary Survey, 1983–84,* Vol. 8, 1986, pp. 170–173.

———, "The Moral Logic of Hezbollah," in Walter Reich, ed., *Origins of Terrorism: Psychologies, Ideologies, Theologies, States of Mind,* Washington, D.C.: Woodrow Wilson Center Press, 1998.

Landau, Emily, "Egypt and Israel in ACRS: Bilateral Concerns in a Regional Arms Control Process," Tel Aviv: Jaffee Center for Strategic Studies, Memorandum No. 59, 2001.

"Larijani Describes SOFA as American Capitulation," IRNA, October 26, 2008.

"Lebanon Under the Current Circumstances," *Without Borders,* al-Jazeera television, in Arabic, January 16, 2007.

Leverett, Flynt L., "Iran: The Gulf Between Us," *New York Times,* January 24, 2006.

Levitt, Matthew, "Iranian State Sponsorship of Terror: Threatening U.S. Security, Global Stability, and Regional Peace," Testimony Before the House International Relations Committee, February 16, 2005.

Lynch, Marc, Middle East blog, February 9, 2007. As of June 10, 2007: http://abuaardvark.typepad.com/abuaardvark/2007/02/new_telhamizogb.htm

———, "Why U.S. Strategy on Iran Is Crumbling," *Christian Science Monitor,* January 4, 2008.

Mahini, Lt. Col. Rahmatollah Salmani, interview with Brig. Gen. Naser Ma'sumarast, "Electronic Warfare Past and Present," *Saff* (Tehran), in Persian, FBIS IAP2003042000149, April 28, 2003, pp. 16–18.

"Malaysia Pledges $16 Million to Palestinian Authority," *Khaleej Times,* May 21, 2006.

Malbrunot, Georges, "Golfe Alors que la tension monte entre Washington et Téhéran; Les chiites d'Arabie sous l'oeil de l'Iran," *Le Figaro* (Paris), November 17, 2007.

Maleki, Abbas, "Iran's Foreign Policy: From Idealism to Realism," *Majalleh Siasat Khareji* [*The Journal of Foreign Policy*], in Persian, Vol. 10, 1999.

Malley, Robert, and Peter Harling, "Containing a Shiite Symbol of Hope," *Christian Science Monitor,* October 24, 2006.

Marr, Phebe, "Who Are Iraq's New Leaders? What Do They Want?" United States Institute of Peace, Special Report 160, March 2006.

Mathee, Rudee, "The Egyptian Opposition on the Iranian Revolution," in Juan R. I. Cole and Nikki R. Keddie, *Shi'ism and Social Protest,* New Haven: Yale University Press, 1986, pp. 247–274.

PX641

Mazzetti, Mark, and Helene Cooper, "U.S. Arms Plan for Mideast Aims to Counter Iranian Power," *New York Times*, July 31, 2007, p. 6.

McFaul, Michael, "A Helsinki Process for the Middle East," *Journal of Democracy*, No. 8, Spring 2008.

McFaul, Michael, Abbas Milani, and Larry Diamond, "A Win-Win U.S. Strategy for Dealing with Iran," *Washington Quarterly*, Vol. 30, No. 1, pp. 121–138.

Middle East Media Research Institute (MEMRI), "An Eternal Curse on the Muftis of the Saudi Court and on the Pharaoh of Egypt," editorial in *Jomhouri-ye Eslami* (Tehran), July 28, 2006.

Moaveni, Azadeh, "Why Iran Isn't Cheering," *Time*, July 23, 2006.

Morris, Loveday, "Gates Calls for GCC to Embrace Iraq," *The National*, December 13, 2008.

Mubarak, Hosni, President of Egypt, statement carried on al-Arabiya television, April 9, 2006.

Murphy, Brian, "Standoff Leaves Iran Clerics on Sidelines," *Washington Post*, May 26, 2006.

Murphy, Kim, "Iran's Guard Builds a Fiscal Empire," *Los Angeles Times*, August 26, 2007.

Nakash, Yitzhak, *Reaching for Power: The Shi'a in the Modern Arab World*, Princeton, N.J.: Princeton University Press, 2006.

Nasr, Vali, "When the Shi'ites Rise," *Foreign Affairs*, Vol. 85, No. 4, July/August 2006.

———, "After Lebanon, There's Iran," *Christian Science Monitor*, August 9, 2006.

———, "Iran on Its Heels," *Washington Post*, June 19, 2008.

Nasr, Vali, and Ray Takeyh, "The Costs of Containing Iran: Washington's Misguided New Middle East Policy," *Foreign Affairs*, Vol. 87, No. 1, January/February 2008, pp. 85–94.

Nasrallah, Hasan, live televised speech given in the southern neighborhoods of Beirut, al-Manar television, January 24, 2007.

National Intelligence Council, *Iran: Nuclear Intentions and Capabilities*, National Intelligence Estimate, November 2007.

National Security Council, *The National Security Strategy of the United States of America*, Washington, D.C.: The White House, March 2006.

NAVCENT, "Iran Media Analysis, Quarterly Report, January–March 2007," April 2007.

———, "Media Analysis Report, Iran and Regional Security Quicklook," April 2007.

PX641

"No Room for WMDs in Iran's National Security Doctrine, Says Larijani," IRNA, distributed by United Press International, February 11, 2007.

Nu'man, Isam, *America wa al-Islam al-Silah al-Nawawi* [*America, Islam, and the Nuclear Weapon*], Beirut: Al-Matbu'at Publishing House, 2007.

Ochmanek, David, and Lowell Schwartz, *The Challenge of Nuclear-Armed Regional Adversaries*, Santa Monica, Calif.: RAND Corporation, MG-671-AF, 2008. As of December 17, 2008:
http://www.rand.org/pubs/monographs/MG671/

Parker, Ned, "Interior Ministry Mirrors Chaos of a Fractured Iraq," *Los Angeles Times*, July 30, 2007.

Plemming, Sue, "Rice, Gates in Egypt to Persuade Arabs," Reuters, July 31, 2007.

Po, Enrico, "Iran (Almost) Does It Alone," *Bergamo Rivista, Italiana Drefesa*, in Italian, translated by FBIS, FBIS EUP20030407000354, January 2, 2003.

Porter, Gareth, "How a 2003 Secret Overture for Tehran Might Have Led to a Deal on Iran's Nuclear Capacity," *The American Prospect,* May 21, 2006.

"President's Trip to Emirate Thwarted American Plans for Regional Discord," *Tehran* (Iran), Web page, in Persian, OSC IAP20070516950068, 0000 GMT May 15, 2007.

Qassam, Naim, *Hezbollah: The Story from Within*, London: Saqi Books, 2005.

Quinlivan, James T., "Coup-Proofing: Its Practice and Consequences in the Middle East," *International Security*, Vol. 24, No. 2, Autumn 1999, pp. 131–165.

*Radio Free Europe/Radio Liberty*, Vol. 7, No. 38, November 1, 2004.

*Radio Free Europe/Radio Liberty Iran Report*, December 7, 2004.

*Radio Free Europe/Radio Liberty Iran Report,* August 8, 2005.

Rahimi, Babak, "Muqtada al-Sadr's New Alliance with Tehran," *Terrorism Monitor*, The Jamestown Foundation, Vol. 5, No. 4, March 1, 2007a.

———, "A Shiite Storm Looms on the Horizon: Sadr and ISCI Relations," *Terrorism Monitor*, The Jamestown Foundation, Vol. 5, No. 10, May 24, 2007b.

———, "Muqtada al-Sadr Stepping Into the Power Vacuum," *Terrorism Focus*, The Jamestown Foundation, Vol. 4, No. 19, June 19, 2007c.

———, "Second Samarra Bombing Strengthens Status of Muqtada al-Sadr," *Terrorism Focus*, The Jamestown Foundation, Vol. 4, No. 20, June 26, 2007d.

———, "The Militia Politics of Basra," *Terrorism Monitor*, The Jamestown Foundation, Vol. 5, Issue 13, July 6, 2007e.

Ramati, Yohanan, "Islamic Fundamentalism Gaining," *Midstream*, Vol. 39, No. 2, 1993.

PX641

Ramazani, R. K., "Ideology and Pragmatism in Iranian Foreign Policy," *Middle East Journal*, Vol. 58, No. 4, Autumn 2004.

Ranstorp, Magnus, "Hezbollah's Command Leadership," *Terrorism and Political Violence,* Vol. 6, No. 3, August 1994.

———, *Hezbollah in Lebanon*, New York: St. Martin's Press, 1997.

———, "The Strategy and Tactics of Hezbollah's Current 'Lebanonization Process'," *Mediterranean Politics,* Vol. 3, No. 1, Summer 1998.

Raphaeli, Nimrod, "Understanding Muqtada al-Sadr," *Middle East Quarterly*, Vol. 11, No. 4, Fall 2004.

"Rationing Leads to Clashes at Gas Stations in Tehran," OSC Feature—SHANA FEA20070627205751, 0810 GMT June 27, 2007.

"Recognizing Iran as a Strategic Threat: An Intelligence Challenge for the United States," Staff Report of the House Permanent Select Committee on Intelligence, August 23, 2006.

"Reformists Ask Sistani to Intervene in the Electoral Crisis," *Al-Sharq al-Awsat*, in Arabic, February 5, 2004.

Rohani, Hassan, interview in *Le Figaro* (Paris), January 17, 2004.

"'Routine' Change of Commander Consolidates Iran's IRGC," BBC Monitoring, OSC Feature FEA20070903303187, September 3, 2007.

Rubin, Michael, "Dealing with Iran," interview with Kathryn Jean Lopez, *National Review Online*, April 25, 2006. As of January 16, 2006: http://www.nationalreview.com/interrogatory/rubin200604250606.asp

Rubin, Uzi, "The Global Reach of Iran's Ballistic Missiles," Tel Aviv: Tel Aviv University, Institute for National Security Studies, Memorandum 86, November 2006.

Russell, Richard L., "Peering over the Horizon: Arab Threat Perception and Security Responses to a Nuclear-Ready Iran," Non-Proliferation Policy Education Center, February 5, 2005.

Saad-Ghorayeb, Amal, *Hizbullah: Politics and Religion*, London: Pluto Press, 2002.

"Saddam Execution Stokes Arab Anti-Iran, Anti-Shiite Sentiment," Middle East—OSC Analysis GMF20070111222001, January 10, 2007.

Sadjadpour, Karim, "How Relevant Is the Iranian Street?" *The Washington Quarterly*, Vol. 30, No. 1, Winter 2006–2007, pp. 151–162.

———, "The Nuclear Players," *Journal of International Affairs,* Vol. 60, No. 2, Spring/Summer 2007, pp. 125–134.

"*Saff* Article on Methods of Propaganda in Psychological Warfare," *Saff* (Tehran), in Persian, FBIS IAP20010525000001, March 1, 2001, pp. 24–26.

PX641

Sagan, Scott D., "Why Do States Build Nuclear Weapons? Three Models in Search of a Bomb," *International Security*, Vol. 21, No. 3, Winter 1996/1997, pp. 54–86.

Salame, Ghassan, "Islam and the West," *Foreign Policy*, No. 90, Spring 1993

Salim, Salaah, "Tajawoz al-Qati'a al-Misriya al-Iraniya [Overcoming the Egyptian-Iranian Estrangement]," *Elaph*, July 8, 2007.

Salimi, Mohammad, comments in *Iran Daily*, No. 2196, January 22, 2005.

Samii, Abbas William, "Factionalism in Iran's Domestic Security Forces," *Middle East Intelligence Bulletin*, Vol. 4, No. 2, February 2002.

———, "The Iranian Nuclear Issue and Informal Networks," *Naval War College Review*, Vol. 59, No. 1, Winter 2006.

———, "A Stable Structure on Shifting Sands: Assessing the Hizbullah-Iran-Syria Relationship," *The Middle East Journal*, Vol. 62, No. 1, Winter 2008, pp. 32–53.

"Saudi Website Sunni-Shiite Reaction to Lebanon Crisis," Saudi Arabia—OSC Report, in Arabic, OSC GMP20060816862001, August 16, 2006.

"Saudis to Transfer $92 Million to PA," *Jerusalem Post*, April 19, 2006.

Schake, Kori N., and Judith S. Yaphe, "The Strategic Implications of a Nuclear-Armed Iran," McNair Paper 64, Washington, D.C.: National Defense University, 2001, pp. 13–14.

Schleifer, Ron, "Psychological Operations: A New Variation of an Age Old Art: Hezbollah Versus Israel," *Studies in Conflict and Terrorism*, Vol. 29, 2006, pp. 1–19.

Shabani, Naser, "The *Basij* and National Security," *Military Knowledge*, in Persian, Summer–Fall 1996, FBIS 19970711001453, July 15, 2007.

Shadid, Anthony, "With Iran Ascendant, U.S. Is Seen at Fault," *Washington Post*, January 30, 2007, p. A1.

Shahidi, Farsan, "Unsuccessful U.S. Policies in the Middle East," *Sobhe Sadegh* (weekly magazine of the Islamic Revolutionary Guard Corps), in Persian, n.d.

Shanahan, Rodger, "Hezbollah's Dilemma," *Mideast Monitor,* February 2006.

Slackman, Michael, and Hassan M. Fattah, "In Public View, Saudis Counter Iran in Region," *New York Times*, February 6, 2007, p. A1.

Slavin, Barbara, *Bitter Friends, Bosom Enemies: Iran, the U.S. and the Twisted Path to Confrontation*, New York: St. Martin's Press, 2007.

———, *Mullahs, Money and Militias: How Iran Exerts Its Influence in the Middle East*, Washington, D.C.: The United States Institute for Peace, June 2008.

Solomon, Jay, "U.S.-Arab Alliance Aims to Deter Terrorism, Iran," *Wall Street Journal*, August 9, 2007, p. 6.

PX641

"Southeastern Iran Seeks Its Share from Hirmand River in Afghanistan," Tehran Mehr News Agency, Web page, in English, FBIS IAP20041110000084, 1756 GMT November 10, 2004.

Susser, Leslie, "Hezbollah Masters the TOW," *Jerusalem Report*, March 13, 2000, p. 18.

Synovitz, Ron, "Afghanistan: How Would Permanent U.S. Bases Impact Regional Interests?" *Radio Free Europe/Radio Liberty*, February 23, 2005.

"Syrian Troops Enforce South Beirut Truce; Inter-Shiite Fighting Ends," *World News Digest*, June 3, 1988.

"Tactless Mubarak Provokes Reassertion of National Loyalties by Gulf Arab Shi'as," *Gulf States Newsletter*, Vol. 30, No. 779, April 14, 2006.

Takeyh, Ray, *Hidden Iran: Paradox and Power in the Islamic Republic*, New York: Henry Holt and Company, 2006.

———, "Time for Détente with Iran," *Foreign Affairs*, March/April 2007.

Takeyh, Ray, and Nikolas K. Gvosdev, "Pragmatism in the Midst of Iranian Turmoil," *The Washington Quarterly*, Vol. 27, No. 4, Autumn 2004, pp. 33–56.

Taremi, Kamran, "Beyond the Axis of Evil: Ballistic Missiles in Iran's Military Thinking," *Security Dialogue*, Vol. 36, No. 1, March 2005a.

———, "Iranian Foreign Policy Towards Occupied Iraq, 2003–2005," *Middle East Policy*, Vol. 12, No. 4, Winter 2005b.

Tellier, Frédéric, "The Iranian Moment" Washington Institute for Near East Policy, Policy Focus No. 52, February 2006.

Tha'ir, Abbas, "Al-Hariri: Ala Hizbullah Al-Ikhtiyar bayna Lubnan wa al-Haras al-Thawri al-Irani [Hariri, Hizbullah Has to Choose Between Lebanon and the Iranian Revolutionary Guard]," *Al-Sharq al-Awsat* (London), July 16, 2007.

Timmerman, Kenneth, *Countdown to Crisis: The Coming Nuclear Showdown with Iran*, New York: Three Rivers Press, 2005.

Torbat, Akbar E., "Impacts of the US Trade and Financial Sanctions on Iran," *The World Economy*, Vol. 28, No. 3, March 2005, pp. 407–434.

———, "UN Financial Sanctions on Iran: Political Confrontation," Web page, Centre for Research on Globalization, March 9, 2007. As of April 3, 2008: http://www.globalresearch.ca/index.php?context=va&aid=5034

"Turkish PM in Iran to Ease Business Spats," Agence France Presse, July 29, 2004.

U.S. Central Intelligence Agency, *The 2007 World Factbook*, 2007.

U.S. Department of Defense, "Measuring Security and Stability in Iraq," March 2, 2007.

PX641

U.S. Department of State, "Press Briefing Conference Call on U.S. Aid and Military Support to the Middle East Region," transcipt of conference call, July 30, 2007. As of March 5, 2009:
http://www.state.gov/p/us/rm/2007/89807.htm

U.S. Department of State, Bureau of Political-Military Affairs, "Middle East Peace Process Arms Control and Regional Security Working Group," Fact Sheet, July 21, 2001.

U.S. Department of State, Office of Intelligence and Research, "Iraq Television Viewership Poll," October 16, 2003.

U.S. Department of the Treasury, "Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism," press release, October 25, 2007. As of February 19, 2008:
http://www.ustreas.gov/press/releases/hp644.htm

"US, Israel Fomenting Shiite-Sunni Discord," *Iran-Daily*, November 28, 2006. As of February 20, 2009:
http://www.iran-daily.com/1385/2719/html/national.htm#s191412

"US Official Calls Hezbollah 'A-Team of Terrorists'," Reuters, September 5, 2002.

Vakil, Sanam, "Iran: Balancing East Against West," *The Washington Quarterly*, Vol. 29, No. 4, Autumn 2006, pp. 51–65.

Valbjørn, Morten, and André Bank, "Signs of a New Arab Cold War: The 2006 Lebanon War and the Sunni-Shi'i Divide," *Middle East Report,* Spring 2007, pp. 6–11.

Valinejad, A., "Is Anthrax the Most Dangerous Biological Weapon?" *Medical and Health Aspects of Bioterrorism Panel No. 005* (Tehran), translated in "Iranian Scientists Review B. Anthracis as Biological Weapon," OSC IAP20040830000037, January 1, 2001.

Visser, Reidar, "Maliki, Hakim, and Iran's Role in the Basra Fighting," www.historiae.org, April 9, 2003. As of November 20, 2008:
http://www.historiae.org/iran.asp

———, *Sistani, the United States and Iraqi Politics: From Quietism to Machiavellianism? Politics in Iraq*, Oslo: Norsk Utenrikspolitisk Institut, 2006.

Ward, Steven R., "The Continuing Evolution of Iran's Military Doctrine," *Middle East Journal*, Vol. 59, No. 4, Autumn 2005.

Wege, Anthony, "Hizbollah Organization," *Studies in Conflict and Terrorism*, Vol. 17, No. 2, 1994, pp. 151–164.

Wehrey, Fred, "Saudi Arabia: Shi'a Pessimistic About Reform, but Seek Reconciliation," *Arab Reform Bulletin*, Vol. 5, No. 5, Washington, D.C.: Carnegie Endowment for International Peace, July 2007.

PX641

"What Security for the South?" *The Lebanon Report*, Vol. 4, No. 9, September 1993, p. 5.

The White House, "President Bush Addresses the 89th Annual National Convention of the American Legion," August 28, 2007.

Wood, Graeme, "The Militant Kurds of Iran," *Jane's Intelligence Review*, August 1, 2006.

WorldPublicOpinion.org, "Public Opinion in Iran and America on Key International Issues," January 24, 2007. As of November 20, 2008: http://www.worldpublicopinion.org/pipa/pdf/jan07/Iran_Jan07_rpt.pdf

Wright, Robin, "U.S. Plans New Arms Sales to Gulf Allies: $20 Billion Deal Includes Weapons for Saudi Arabia," *Washington Post*, July 28, 2007, p. A1.

———, "U.S. vs. Iran: Cold War, Too," *Washington Post*, July 29, 2007, p. B1.

———, "Iran Is Critical as U.S. Unveils Arms Sales in the Middle East," *Washington Post*, July 31, 2007, p. 15.

———, "Top Iranian General Hit with Sanctions," *Washington Post*, January 10, 2008, p. 15.

Wright, Robin, and John Ward Anderson, "Son of Ailing Shiite Leader Steps Forward," *Washington Post*, July 1, 2007.

Yaffe, Michael, "An Overview of the Middle East Peace Process Working Group on Arms Control and Regional Security," in Fred Tanner, ed., *Confidence-Building and Security Co-operation in the Mediterranean, North Africa and the Middle East*, Malta: University of Malta, 1994.

Yaphe, Judith S., and Charles D. Lutes, "Reassessing the Implications of a Nuclear-Armed Iran," McNair Paper 69, Washington, D.C.: National Defense University, 2005.

Zimmerman, Doron, "Calibrating Disorder: Iran's Role in Iraq and the Coalition Response, 2003–2006," *Civil Wars*, Vol. 9, No. 1, March 2007, pp. 8–31.

Zogby, James, "Four Years Later: Arab Opinion Troubled by Consequences of Iraq War," Washington, D.C.: Arab American Institute, n.d.

Zogby International, "Middle East Opinion: Iran Fears Aren't Hitting the Arab Street," 2006.

Zonis, Marvin, *The Political Elite of Iran*, Princeton, N.J.: Princeton University Press, 1971.

PX641

PX642

# The Rise of the Pasdaran

## Assessing the Domestic Roles of Iran's Islamic Revolutionary Guards Corps

Frederic Wehrey, Jerrold D. Green, Brian Nichiporuk,

Alireza Nader, Lydia Hansell, Rasool Nafisi, S. R. Bohandy

Prepared for the Office of the Secretary of Defense

Approved for public release; distribution unlimited



NATIONAL DEFENSE RESEARCH INSTITUTE

PX642

The research described in this report was prepared for the Office of the Secretary of Defense (OSD). The research was conducted in the RAND National Defense Research Institute, a federally funded research and development center sponsored by the OSD, the Joint Staff, the Unified Combatant Commands, the Department of the Navy, the Marine Corps, the defense agencies, and the defense Intelligence Community under Contract W74V8H-06-C-0002.

**Library of Congress Cataloging-in-Publication Data** is available for this publication.

ISBN 978-0-8330-4620-8

The RAND Corporation is a nonprofit research organization providing objective analysis and effective solutions that address the challenges facing the public and private sectors around the world. RAND's publications do not necessarily reflect the opinions of its research clients and sponsors.

**RAND®** is a registered trademark.

© Copyright 2009 RAND Corporation

Permission is given to duplicate this document for personal use only, as long as it is unaltered and complete. Copies may not be duplicated for commercial purposes. Unauthorized posting of RAND documents to a non-RAND Web site is prohibited. RAND documents are protected under copyright law. For information on reprint and linking permissions, please visit the RAND permissions page (http://www.rand.org/publications/permissions.html).

Published 2009 by the RAND Corporation
1776 Main Street, P.O. Box 2138, Santa Monica, CA 90407-2138
1200 South Hayes Street, Arlington, VA 22202-5050
4570 Fifth Avenue, Suite 600, Pittsburgh, PA 15213-2665
RAND URL: http://www.rand.org
To order RAND documents or to obtain additional information, contact
Distribution Services: Telephone: (310) 451-7002;
Fax: (310) 451-6915; Email: order@rand.org

PX642

## Preface

The purpose of this research is to assess the broad-ranging domestic roles of Iran's Islamic Revolutionary Guards Corps (IRGC), also known as the Pasdaran (Persian for "Guards"), to determine the full scope of its influence over Iran's political culture, economy, and society. The study analyzed the institution's ideological outreach to the Iranian populace through education, training, and media; its ascendancy in Iran's strategic business sectors; and its role in Iran's factionalized political landscape. The research team paid particular attention to instances in which the IRGC's ascendancy has provoked dissent from certain population segments, as well as cases in which it has mobilized and broadened its circle of constituents. This monograph concludes by offering potential trajectories for the IRGC's involvement in Iranian politics, as well as its own institutional evolution, which appears to be increasingly beset by factionalism. In addition, the document outlines a future research agenda for the study of the IRGC that draws comparative insights from analyses of the Pakistani and Chinese militaries. This research should be of interest to analysts and policymakers concerned with Iranian domestic politics and strategic behavior, as well as those interested, more broadly, in comparative studies of civil-military relations.

This research was conducted within the Intelligence Policy Center of the RAND National Defense Research Institute, a federally funded research and development center sponsored by the Office of the Secretary of Defense, the Joint Staff, the Unified Combatant Commands,

PX642

iv    Assessing the Domestic Roles of Iran's Islamic Revolutionary Guards Corps

the Department of the Navy, the Marine Corps, the defense agencies, and the defense Intelligence Community.

For more information on RAND's Intelligence Policy Center, contact the Director, John Parachini. He can be reached by email at John_Parachini@rand.org; by phone at 703-413-1100, extension 5579; or by mail at the RAND Corporation, 1200 South Hayes Street, Arlington, Virginia 22202-5050. More information about RAND is available at www.rand.org.

PX642

# Contents

**Preface** .................................................................. iii

**Figures** ................................................................. ix

**Summary** ............................................................... xi

**Acknowledgments** ................................................... xix

**Abbreviations** ....................................................... xxi

CHAPTER ONE

**Introduction** ......................................................... 1

CHAPTER TWO

**The IRGC in Context: Iran's Security and Political Landscape** ......... 7

The IRGC in Iran's Security Hierarchy ..................................... 8

Iran's Factional Landscape ................................................ 13

CHAPTER THREE

**The IRGC's Diverse Domestic Roles: Origins and Evolution** ........... 19

Postrevolutionary Developments: Consolidating Internal Control ........ 20

The Sacred Defense: The IRGC in the Iran-Iraq War ...................... 23

"Popularizing" the IRGC: The Development of the Basij Resistance
    Force ................................................................. 25

The Guardians of the Revolution: The IRGC's Domestic Intelligence
    and Security Roles ................................................... 29

The Merger of Basij and IRGC: A Sign of the Regime's Growing
    Entrenchment ........................................................ 32

PX642

CHAPTER FOUR

**Militarizing Civil Society: The IRGC's Indoctrination, Training,
    and Media Activities** ..................................................................... 35
The IRGC's Ideological Activism: Origins and Development ............... 35
The IRGC Presence in Iran's Education System ............................... 38
The "Ten-Million-Man Army": The IRGC's Role in Popular
    Paramilitary Training ...................................................... 44
    Increasing the Basij's Capability to Conduct Asymmetric Homeland
        Defense .................................................................... 45
    Disaster-Relief Training ...................................................... 47
    Protection Against Soft Coups ............................................ 47
    Additional Cultural Education ............................................. 48
The IRGC Media Apparatus: Formal and Informal Influences ............. 49
Censorship of Independent Media Outlets ................................... 53

CHAPTER FIVE

**Economic Expansion: The IRGC's Business Conglomerate and
    Public Works** ........................................................................ 55
Origins of the IRGC's Economic Activities ................................. 56
Foundations (Bonyads) ...................................................... 57
Construction, Engineering, and Manufacturing Companies ............... 59
Illicit and Black Market Activities ......................................... 64
Public Works .................................................................. 66
The Dilemmas of Economic Expansion ...................................... 70

CHAPTER SIX

**The IRGC in Politics** ...................................................... 77
The Origins of the IRGC as a Political Force ............................... 77
Ideological Factionalism Inside the IRGC .................................. 81
Possible Future Scenarios for the IRGC ................................... 89
    Scenario 1: The Evolving Role of the Supreme Leader and the
        Eventual Succession to Khamenei ................................. 89
    Scenario 2: The "Muslim Reza Khan" ................................... 90
    Scenario 3: The Religious Turkish Option, or a "Coup by
        Memorandum" ....................................................... 91

PX642

**CHAPTER SEVEN**

**Conclusion: Toward a More Strategic Understanding of the IRGC** ... 93
The Utility of a Comparative Approach: Pakistan and China.............. 94

**APPENDIXES**
**A. Business Organizations Affiliated with the IRGC or Influenced
    by IRGC Personnel**........................................................ 99
**B. Current and Former IRGC Personnel**.................................. 103
**C. Evolution of the Islamic Republic and the IRGC**.................... 109
**D. Provincial Map of Iran**............................................. 113
**E. Glossary of Persian Terms**......................................... 115

**Bibliography**......................................................... 117

PX642

PX642

# Figures

2.1.   Iran's National Security Establishment ........................... 9
C.1.   Timeline of the Islamic Republic of Iran and the IRGC ..... 110
D.1.   Provincial Map of Iran ........................................... 113

PX642

PX642

## Summary

Founded by a decree from Ayatollah Khomeini shortly after the victory of the 1978–1979 Islamic Revolution, Iran's Islamic Revolutionary Guards Corps (IRGC) has evolved well beyond its original foundations as an ideological guard for the nascent revolutionary regime. Today, the IRGC functions as an expansive socio-political-economic conglomerate whose influence extends into virtually every corner of Iranian political life and society. Bound together by the shared experience of war and the socialization of military service, the Pasdaran have articulated a populist, authoritarian, and assertive vision for the Islamic Republic of Iran that they maintain is a more faithful reflection of the revolution's early ideals.

The IRGC's presence is particularly powerful in Iran's highly factionalized political system, in which the president, much of the cabinet, many members of parliament, and a range of other provincial and local administrators hail from the ranks of the IRGC. Outside the political realm, the IRGC oversees a robust apparatus of media resources, training activities, and education programs designed to bolster loyalty to the regime, prepare the citizenry for homeland defense, and burnish its own institutional credibility vis-à-vis other factional actors. It is in the economic sphere, however, that the IRGC has seen the greatest growth and diversification—strategic industries and commercial services ranging from dam and pipeline construction to automobile manufacturing and laser eye surgery have fallen under its sway, along with a number of illicit smuggling and black-market enterprises.

PX642

Taken in sum, these attributes argue for a reexamination of the IRGC, less as a traditional military entity wielding a navy, ground forces, air force, and a clandestine paramilitary wing (the Qods Force) and more as a domestic actor, albeit one that is not monolithic and is itself beset by internal differences and factionalism. Certainly, elements of Iran's military forces present worrisome threats to U.S. strategy, most notably in the areas of asymmetric naval tactics, intermediate-range ballistic missiles, and support for terrorism. But to policymakers and analysts concerned with the broader trajectory of the Islamic Republic of Iran—the internal roots of its external behavior and the sources of its durability and weakness—the IRGC may be more profitably viewed as a deeply entrenched domestic institution. Arguably, this internal role overshadows its significance as a purely military force.

With this in mind, this monograph assesses the extent of the IRGC's penetration into Iran's society, economy, and politics. We begin by situating the IRGC within the context of Iran's factional landscape and security bureaucracy, highlighting the origins and early development of its domestic roles. Next, we cover the IRGC's role in popular paramilitary training, higher education, the indoctrination of youth, and its influence over Iran's domestic media. This extensive apparatus serves both the regime's interests—mobilizing the population into a "10 million–man army" for the defense of the homeland and countering reform activism, particularly on university campuses—and the more parochial goal of blunting any criticism of Pasdaran nepotism and economic corruption. We then discuss the IRGC's economic role. We survey its broad-ranging business interests in numerous Iranian market sectors, as well as its role in public works, highlighting how these activities lend the institution a multidimensional quality. Finally, we conclude with an assessment of the IRGC as a political actor, paying special attention to emerging factionalism within its ranks and highlighting instances in which these fissures have surfaced in the past.

From these lines of inquiry, the following conclusions emerge and have implications for future U.S. analysis and policy toward the IRGC and the Islamic Republic of Iran writ large.

PX642

**The IRGC is but one actor in Iran's security and factional landscape whose influence is exerted informally.** Within Iran's security hierarchy, the IRGC frequently vies with other security organs, such as the Ministry of Intelligence and Security (MOIS), Ministry of the Interior, and Law Enforcement Forces (LEF), for visibility, power, and influence. This rivalry may shed light on IRGC actions that appear at first glance to be detrimental to the larger interests of the state. Moreover, much of the IRGC's ascendancy has been facilitated by the complex structure of the Iranian political system, which results in a default drift toward informality in decisionmaking. At the same time, the IRGC's informal influence is subject to the same factional fissures that define the broader political spectrum—among conservative traditionalists, conservative pragmatists, radicals, and reformists. Similarly, although other security organs and institutions of power may be staffed by former Pasdaran, it does not follow that these individuals act in lockstep with the corporate interests of the IRGC—office-holding tends to generate its own set of priorities that can offset even the powerful social bonds and ideology imparted by military service.

**The IRGC has attempted to cultivate legitimacy today by burnishing its role in the Iran-Iraq War and the postwar reconstruction; this early history has been a matter of factional contention and public ambivalence.** Understanding the IRGC's early history and, particularly, its expansion and deviation from the role envisioned for it by the Islamic Republic's founders is critical to discerning its future trajectory. Much of the institution's rise to prominence over competing militias and paramilitaries in the postrevolutionary period was due to its effectiveness in suppressing internal dissent. Similarly, many in the IRGC's leadership saw the Iran-Iraq War as a mechanism to consolidate their internal position and marginalize the regular forces politically—goals that may have taken precedence over matters of military strategy.

Today, the IRGC is attempting to trumpet its role in the "sacred defense" of the Islamic Republic of Iran during the "imposed war." Its current mobilization of the populace against both internal and external enemies is, in some sense, a reenactment of this period. Similarly, IRGC leaders frequently point to their service in Iran's postwar reconstruc-

**PX642**

tion to justify the IRGC's current expansion into new business sectors. These themes are being contested by competing factions and the public alike. Anecdotal reports suggest that many in the Iranian public offer a radically different interpretation of the IRGC's wartime performance, believing that the IRGC's excessive zealotry and *nadanan kari* (inexperience) prevented the complete battlefield defeat of Iraqi forces.

**Although well developed and extensive, the IRGC's efforts at popular mobilization and indoctrination have met with mixed results. There appears to be an urban-rural split in public views toward the IRGC.** Part of its foundational mandate, the IRGC's role in indoctrination and ideological outreach to the Iranian public has taken on a new urgency, given the regime's heightened threat perception—particularly from a U.S.-sponsored "velvet revolution," i.e., the erosion of revolutionary ideals via civil-society organizations and ethnic dissent. To combat this, the IRGC relies extensively on its poorly trained popular auxiliary, the Basij Resistance Force, whose command structure was formally merged with the IRGC's in 2007. The Basij's role in the Iran-Iraq War—characterized by sheer numbers, youth, and ideological fervor—set the template for the regime's homeland defense strategy today, which relies on partisan warfare against an invading force by a populace that has been mobilized and indoctrinated by the IRGC. The key unknown is the populace's receptivity to this training and even the commitment of the Basij itself, as monthly training is often a prerequisite for societal benefits, such as loans and scholarships.

In tandem with this paramilitary training, the IRGC exerts its ideological influence through its own media outlets, including Web sites and periodicals that highlight its positive contributions to Iranian society, which include disaster relief, drug interdiction, and rural infrastructure development. Similarly, the IRGC has a presence in Iranian higher education—both through its own affiliate universities and through campus organizations, such as the Lecturers' Basij Organization (LBO) and the Student Basij Organization (SBO). The latter is particularly focused on mitigating student reform activism, although it has been only partly successful in this effort.

Finally, public perceptions of the IRGC appear split between urban areas, where it is seen as the regime's shock-troop force for quell-

PX642

ing dissent and enforcing strict social mores, and rural areas, where its construction projects and promises of upward mobility through training have induced a more favorable view among certain marginalized population segments.

**By expanding its business interests and control of the "shadow economy," the IRGC runs the risk of provoking a backlash or diluting its own cohesion.** From laser eye surgery and construction to automobile manufacturing and real estate, the IRGC has extended its influence into virtually every sector of the Iranian market. More than any other aspect of its domestic involvement, the IRGC's business activities embody the institution's multidimensional nature. The commercialization of the IRGC has the potential to broaden its circle of constituents by co-opting financial elites into its constellation of subsidiary companies and subcontractors. At the same time, the monopolization of key sectors has displaced competitors. The key IRGC affiliate in both dynamics is the engineering firm Khatam al-Anbia, which has been awarded more than 750 contracts in various construction, infrastructure, oil, and gas projects. Outside of its declared enterprises, the IRGC is reported to control an underground shadow economy of black-market goods, smuggled into Iran via illegal jetties and other entry points that it alone controls. Reports of dissent against the IRGC's institutional aggrandizement and the personal enrichment of its officers remain fragmentary. According to one Western diplomat resident in Iran from 2003 to 2006,

> There is no bazaari backlash at this point. The general population doesn't know about the IRGC's illegal jetties, the Caspian Sea villas, and their Swiss bank accounts.[1]

What is indisputable is that the IRGC's growing economic might has increased its sense of political privilege and entitlement. Nowhere is this more apparent than in its abrupt closure of the newly opened Imam Khomeini Airport in May 2004 and its ejection of a Turkish firm that had been contracted to administer the airport's opera-

---

[1] Authors' discussion with a Western diplomat based in Tehran from 2003 to 2006, Los Angeles, California, July 18, 2007.

PX642

tions, reportedly because the IRGC's own firm had lost the contract. Similarly, the IRGC's elite appeared to ignore an injunction from the Supreme Leader to privatize their holdings—a significant development that could portend the IRGC moving closer to becoming an effective counterauthority to the Supreme Leader. At the same time, its expansion into the business sector runs the risk of spurring internal fractionalization and a dilution of its profession identity.

**As a political actor, the IRGC is susceptible to factional debates—between dogmatic and more pragmatic currents and over the opportunity costs inflicted by Iran's isolation.** The issue of the politicization of the IRGC has been hotly contested, with opposing voices marshaling the authority of Ayatollah Khomeini, who, in many respects, appeared to emulate the views of the former shah in his wariness of the army's interference in politics. Generally marginalized during the Rafsanjani era, the IRGC emerged as political force during the Khatami era when they forged a de facto alliance with conservatives seeking to displace the reformists. Today, the IRGC's political muscle manifests itself in diverse ways—from Basij intimidation of voters to the presence of an ex-IRGC officer as the Deputy Minister of the Interior, responsible for ballot validation and counting in the March 2008 Majles (parliamentary) elections. Nonetheless, as mentioned previously, the IRGC itself is beset with political factionalism, which surfaced even in the election of Mahmoud Ahmadinejad, whose real constituents were lower-ranking Basij rather than the IRGC writ large. Earlier incidents revealed fissures along different lines; for example, the 1994 Qazvin riots, in which locally garrisoned IRGC commanders refused to fire on protestors, revealed that the parochial identities of ethnicity and locale still pervade the IRGC's institutional culture. The Khatami era highlighted the lack of ideological uniformity between the IRGC senior leadership, which supported the conservatives, and the rank-and-file, who were more sympathetic to the reformists.

Most recently, splits have emerged over the economic opportunity costs and hardships incurred by Ahmadinejad's administration, with retired IRGC Brigadier General Mohammad Baqer Qalibaf emerging as a prominent voice by appearing to articulate a more pragmatic path that tries to reconcile ideological steadfastness with economic progress.

PX642

Qalibaf's 2005 presidential slogan was "Iranians have a right to the good life," and he has openly made the startling assertion that Iran needs an "Islamist Mohammad Reza Khan." Other IRGC figures who might be termed "pragmatic conservatives" include former Supreme National Security Council (SNSC) chief Ali Larijani and ex-IRGC commander Mohsen Rezai, whose Web site, Tabnak, showcased strong critiques of Ahmadinejad.

**Despite this risk of fractionalization, there are several potential scenarios for the IRGC's elite to consolidate their control over a post-Khamenei Iran.** The death of Supreme Leader Ayatollah Ali Khamenei will present an opportunity for the Pasdaran elite to buttress their institutional primacy and erode the position of rivals. One path to accomplish this would be to influence the appointment of a pliant, figurehead Supreme Leader who would grant a broad berth to the IRGC without any evident breaching of the constitution. Another scenario for the IRGC's consolidation includes the installation of a non-clerical military leader who, while not completely abandoning the precepts of Islamism, would place a greater emphasis on technocratic competence and economic progress. A variant of this trajectory and one that would harness the populace's growing weariness with the regime's top-down religiosity and clerical mismanagement is an overt assumption of power by the IRGC—what might be termed the "religious Turkish model." The focus here would be on the IRGC's promises to clean up politics, fight corruption, and improve Iran's economy.

**The IRGC's domestic ascendancy is not unique, nor is its future trajectory immutable; in both respects, the IRGC can be profitably compared with the militaries of Pakistan and China.** As its history has shown, the IRGC is subject to the same worldly pitfalls and evolutionary mutations that affect other bureaucracies—and this will only intensify as the IRGC delves deeper into profit-making financial activities. Indeed, from this observation, there is benefit in comparing the IRGC's past and future with the evolution of the Pakistani military and Chinese People's Liberation Army (PLA).

The parallels to Pakistan are particularly striking. The Pakistani military runs the country's largest construction consortium, which undertakes rural infrastructure projects and is also heavily involved in

PX642

such diverse subsidiary enterprises as gas stations, commercial plazas, and poultry farms. There are also a number of military-owned "charitable foundations" that oversee 100 companies involved in banking, insurance, education, and information technology. This expansion has reached such proportions that one scholar has coined the term "Milbus" (military-business) to describe it. One important conclusion emerging from the Pakistani case that has implications for Iran is that the largest supporters of the Pakistani military's economic preeminence are those who might intuitively be assumed to oppose it in favor of a more liberal, free-market approach—the middle classes.

The case of the PLA, however, provides the clearest model for exploring the tensions between economic aggrandizement and military professionalism that are certain to accompany the IRGC's future evolution. Although the PLA, since its origins in the 1920s, had always enjoyed a degree of economic self-sufficiency, by the late 1980s its profit-making enterprises had grown considerably: PLA-owned companies dominated the farming, transportation, information technology, and entertainment sectors. Responding to this, in 1998 the government of Jiang Zemin made the remarkable decision to force the divestiture of the PLA from all of its business activities. The reasons for this move stemmed principally from the civilian leadership's perception that the corruption and black-marketeering that had accompanied the PLA's economic rise had reached intolerable levels, to the point that they were negatively affecting popular perceptions of the Chinese Communist Party. Similarly, the civilian leadership perceived that the military's financial pursuits were proving deleterious to its professionalism, morale, meritocracy, and ability to modernize. Finally, the PLA's businesses had become increasingly decentralized and provincially based, raising fears in the central government of a return to the regional autonomy that defined the prerevolutionary warlord era.

All of this suggests that, in the case of Iran, the expansion and primacy of the IRGC as a political-economic actor will not go unchallenged and that there are inherent limits to whatever symbiosis occurs between civilian elites and military-run business ventures, particularly when these financial activities are perceived to be detrimental to the state's larger national security interests.

PX642

# Acknowledgments

We are grateful to our project sponsor for the opportunity to pursue this research and for his supportive and constructive feedback throughout the effort. Numerous RAND colleagues aided our understanding of the IRGC as a domestic actor within the Islamic Republic of Iran, and we thank them for their insights: David Thaler, David Ochmanek, Bruce Pirnie, Derek Eaton, James Dobbins, and Dalia Dassa Kaye. Others provided useful comparative insights, drawing from their expertise in civil-military relations in China, Pakistan, the former Soviet Union, and Turkey. These include Peter A. Wilson, Theodore Karasik, Stephen Larrabee, and Roger Cliff. We owe particular thanks to Lauren Skrabala, Donna Mead, Pamela Orient, Judy Bearer, Terri Perkins, Mary Wrazen, and Sandy Petitjean for their help and efficiency in the final editing and production of this monograph.

Outside RAND, we thank Mark Gorwitz, whose research identified a multitude of extremely helpful sources. During various RAND conferences on Iran, a number of non-U.S. scholars provided us with fresh and illuminating perspectives on the IRGC. And finally, we thank our numerous Iranian interlocutors—both inside and outside the Islamic Republic—who must go unnamed.

PX642

PX642

# Abbreviations

| | |
|---|---|
| AJO | Agricultural Jihad Organization |
| IRGC | Islamic Revolutionary Guards Corps |
| IRIB | Islamic Republic of Iran Broadcasting |
| IRNA | Islamic Republic of Iran News Agency |
| IRP | Islamic Republic Party |
| LBO | Lecturers' Basij Organization |
| LEF | Law Enforcement Forces |
| MEK | Mujahideen-e Khalq |
| MJF | Mostazafan and Janbazan Foundation |
| MOIS | Ministry of Intelligence and Security |
| OCD | Office for Consolidating Democracy |
| PLA | People's Liberation Army (Chinese) |
| SBO | Student Basij Organization |
| SNSC | Supreme National Security Council |

PX642

PX642

CHAPTER ONE

# Introduction

Never solely a military organization in the traditional sense, Iran's Islamic Revolutionary Guards Corps (IRGC)—also known as the Pasdaran (Persian for "guards")—has seen a significant expansion and diversification of its domestic roles since the election of President Mahmoud Ahmadinejad in 2005. Today in Iran, a significant portion of the leadership consists of IRGC veterans, including Ahmadinejad, members of parliament, and most of the cabinet.[1] Bound together by the shared experience of war and the socialization of military service, the IRGC and its veterans have articulated a vision for the Islamic Republic of Iran that can be roughly described as technocratic, populist, authoritarian, highly nationalistic, and—in some cases—anticlerical. These tenets have informed the institution's increasingly assertive influence over Iranian political life—exerted through both formal and informal channels—as well as its administration of a vast network of indoctrination, training, and media activities. Moreover, current and former Pasdaran are present in virtually every sector of the Iranian market, controlling strategic industries and commercial services ranging from dam construction and automobile manufacturing to real estate and laser eye

---

[1]  Jamshid Asadi, "Eghtesad-e Rantkhari Dar Iran" (Rent-seeking economy in Iran), Talashonline, no date; Behrouz Khaligh, "Mogheiyate Sepah Pasdaran va Rohaniyat dar sakht-e Ghodrat: Taghyirat dar sakhtar-e siasi-e jomhouri-e eslami, gozar as eligareshi rohaniyat be eligareshi rohaniyat va sepah" (IRGC's position in the power structure of the Islamic Republic: From power of clerics to power of clerics and military), Akhbar-Rooz, July 11, 2006b; Presidency of the Islamic Republic of Iran, Cabinet of Mahmoud Ahmadinejad, 2007.

PX642

surgery.[2] Taken in sum, these attributes have apparently empowered the IRGC to become what one longtime analyst has described as "the only institution in Iran capable of both enforcing and breaching any red lines."[3]

Despite this domestic ascendancy, most of the attention currently being paid to the Pasdaran in the West is focused squarely on the IRGC's external, international activities. For example, much has been written in the open press about the involvement of the IRGC's clandestine wing, the Qods Force, in fomenting unrest in southern Iraq, its training of Hezbollah cadres in Lebanon, and its planning of terrorist attacks on Western interests from Beirut to Buenos Aires. Some commentators have also tried to highlight the IRGC's involvement with and alleged control over Iran's nuclear research and weapons program. More recently, the spotlight has been cast on the IRGC's confrontational naval posture toward coalition and U.S. vessels in the Persian Gulf. Observers who do address the IRGC's domestic functions often do so with the implicit assumption that its seemingly hegemonic presence in Iranian political life, along with its rapidly expanding business enterprises and control of Iran's shadow economy, lend it a mafia-like quality that is unique in the world today. As noted by Iranian dissident Mohsen Sazegara, also one of the IRGC's founders, "I don't know of any other organization in any country like the Revolutionary Guards. It's something like the Communist Party, the KGB, a business complex, and the mafia."[4]

To date, these characterizations have not been grounded in any solid, empirical framework. This study did not begin with prior assumptions about the monolithic nature and immutability of the IRGC's domestic power. Instead, this monograph assesses the extent of the IRGC's penetration into Iran's society, economy, and political landscape; it frames the IRGC as an ultimately multidimensional

---

[2]  Gharargah-e Sazandegiye Khatam al-Anbia (Ghorb), homepage, February 20, 2007.

[3]  Comments by an Iranian-born scholar at a RAND-sponsored conference, Rome, Italy, October 29, 2007.

[4]  Quoted in Greg Bruno, "Backgrounder: The Islamic Revolutionary Guards Corps (IRGC)," Council on Foreign Relations, October 25, 2007.

PX642

institution that is certainly capable of provoking dissent and opposition through its oligarchic tendencies and domination of key economic sectors but that has built networks of constituents as well, co-opting various segments of the Iranian populace into its orbit via indoctrination or more tangible expressions of financial patronage.[5] By offering a comprehensive examination of the IRGC's domestic levers, we aim to illuminate the ways in which it portrays itself to the Iranian populace and the ways in which its future will be shaped by forces that it may or may not control.

One outcome of this analysis is the conclusion that the IRGC's omnipresence in Iran does not necessarily guarantee its omnipotence. Both internal and external threats to the organization's future remain present and viable, with factionalism being a particular concern. As one actor among many within Iran's factionalized political system, the IRGC's leadership, rank and file, and veterans are not immune to the debates over pragmatism and dogmatism that characterize the broader political spectrum.[6] Therefore, another challenge to the IRGC is the dilution of its corporate cohesion—as it delves more and more deeply into business ventures, there is a risk that corruption and economic self-interest may erode its professionalism and military capabilities. In this respect, the rise of the Pasdaran may be usefully compared to the trajectory of the Chinese People's Liberation Army (PLA) in the early and mid-1990s, raising further questions about the supposed uniqueness of the IRGC within the international system.

To fully illuminate these issues, this study shifted the methodology employed by previous studies, which have tended toward threat

---

[5]   In this respect, our study built on and drew from a previous RAND report on the Iranian military and IRGC as domestic political actors: Nikola B. Schahgaldian and Gina Barkhordarian, *The Iranian Military Under the Islamic Republic*, Santa Monica, Calif.: RAND Corporation, R-3473-USDP, 1987. For another look at the IRGC as a domestic political actor, see Kenneth R. Katzman, "The Pasdaran: Institutionalization of Revolutionary Armed Force," *Iranian Studies*, Vol. 26, No. 3–4, Summer 1993, pp. 389–402; and Kenneth Katzman, *The Warriors of Islam: Iran's Revolutionary Guards*, Boulder, Colo.: Westview Press, 1993.

[6]   Alireza Alavitabar, "Nezamian and gozar be Democracy" (The military and the path toward democracy), Web page, 2005.

PX642

assessments of the IRGC as a more traditional military organization.[7] In this monograph, we treat the IRGC as a deeply entrenched socio-political-economic entity that has both influenced and been influenced by the larger trajectory of the Islamic Republic of Iran. To do this, we draw from sources not normally incorporated in similar Western research, particularly indigenous Persian-language material, often from the IRGC's own media outlets and those of its companies, and field insights of scholars with access to Iranians from a broad societal and geographic spectrum. We also pay particular attention to the historical precedents for each of the IRGC's various internal roles, showing their origins and ebb and flow through the Islamic Republic's development. This historical inquiry is not simply background. Within the factional debates that characterize Iran's political landscape, the IRGC leadership appears to believe that its legitimacy is dependent on reviving and burnishing its role in the foundational myths of the Islamic Republic of Iran—the suppression of internal enemies during the revolution's early days, a role in the "sacred defense" during the Iran-Iraq War, and the postwar economic reconstruction. The latter has become particularly important as a current justification for the IRGC's deepening involvement in Iran's business sectors. For their part, domestic opponents of the IRGC's ascendancy have also attempted to revise the story of the institution's role in the Islamic Republic's early history.[8]

    With these dynamics in mind, this monograph is structured as follows:

---

[7]  For important studies on the IRGC's military missions and capabilities, see Anthony H. Cordesman, *Iran's Developing Military Capabilities*, Washington D.C.: Center for Strategic and International Studies, 2005, and Michael Eisenstadt, "The Armed Forces of the Islamic Republic of Iran," *Middle East Review of International Affairs*, Vol. 5, No. 1, March 2001, pp. 13–30.

[8]  The best example of this appeared in October 2007, when Chairman of the Assembly of Experts Ali Akbar Rafsanjani disclosed the existence of a previously secret correspondence between IRGC commander Mohsen Rezai and Khomeini in 1988, in which Rezai advised that the Iran-Iraq War could not be won. With this letter, Rafsanjani effectively neutralized timeworn accusations by the IRGC that he alone was the sole proponent of the Iran-Iraq ceasefire and burnished his nationalist credentials while tempering those of the Guards. See Rasool Nafisi, "The Khomeini Letter: Is Rafsanjani Warning the Hardliners?" Iranian.com, October 11, 2006.

PX642

- Chapter Two situates the IRGC within the context of Iran's larger security bureaucracy and factional landscape, showing how internal competition, both formal and informal, has impacted the evolution of the IRGC and defining what is meant by ideological groupings, such as "reformist" and "conservative."

- In Chapter Three, we cover the origins and development of the IRGC's internal roles, exploring how the organization consolidated its control and expanded its domestic presence in the contentious postrevolutionary period and during the Iran-Iraq War. We also highlight the impetus behind the formation of its paramilitary "peoples' militia," the Basij Resistance Force, and the significance of that group's recent formal merger with the IRGC.

- Having set this foundation, Chapter Four canvases the IRGC's broad ideological outreach to the Iranian populace—its indoctrination, training, and media activities—which are intended to bolster loyalty to the regime, inculcate future and current members with a shared identity, and perhaps distract from the Pasdaran's corruption and monopolization of key economic sectors. Although it is difficult to discern the populace's receptivity to this ideological activism, we argue that any cynicism and resentment may be balanced by the financial benefits and promises of social mobility offered by IRGC training, which are likely appealing to certain marginalized population segments.

- Chapter Five examines the IRGC's economic and commercial activities. It is here that the institution's multidimensional nature becomes most apparent—the Pasdaran's expansion into the business realm has the potential to both displace and co-opt traditional financial elites. Similarly, its economic nepotism is accompanied by a broad range of public works initiatives in the rural periphery that have indisputably improved the economies of these regions.

- Chapter Six treats the IRGC as a political actor, arguing that, given its indoctrination efforts and economic presence, the IRGC is well positioned to become Iran's preeminent political force. Yet whether or not it currently functions as an effective counter-authority to the Supreme Leader is uncertain; the IRGC's power

PX642

is ultimately circumscribed by the system of checks and balances inherent in the Iranian political system, as well as factional disputes that both surround and permeate the institution and its network of veterans. This chapter covers instances in which these factional differences have risen to the surface and, based on this, postulates potential scenarios for the IRGC's future.

- Chapter Seven summarizes our conclusions and offers a research agenda for a deeper understanding of the Pasdaran that draws on initial comparative insights from the trajectories of the Pakistani military and Chinese PLA, which have also functioned as powerful and expansive political-economic actors but have evolved in different and unexpected ways.

- Five appendixes present additional background on IRGC-affiliated companies (Appendix A), background on key IRGC personnel (active and former; Appendix B), a timeline comparing key events in the development of the Islamic Republic with the evolution of the IRGC (Appendix C), a map of Iran (Appendix D), and a glossary of Persian terms (Appendix E).

PX642

CHAPTER TWO

## The IRGC in Context: Iran's Security and Political Landscape

Before exploring the IRGC's varied domestic roles, it is first necessary to situate it within the larger framework of Iran's security bureaucracy and political landscape. Setting this context is important for two reasons. First, the IRGC operates within a system that is highly factionalized along both informal and formal lines. Despite its dominance, the IRGC by no means has a total monopoly on internal security or military force, and it frequently vies with other institutions for visibility, power, and resources. This rivalry often sheds light on IRGC actions that may appear at first glance to be detrimental to the larger interests of the state.

In many cases, these other security organs are staffed by ex-IRGC officers. Yet it does not follow automatically that these individuals continue to act in lockstep with the corporate interests of the IRGC—office-holding tends to generate its own specific set of imperatives and priorities that can challenge or even completely offset the powerful social bonds created by shared war experiences or military indoctrination. A good example is ex-IRGC Brigadier General Mohammad Baqer Qalibaf, who, while serving as the commander of the Law Enforcement Forces (LEF) during the latter half of the Khatami administration, clamped down on the street violence of the hardline vigilante group Ansar-e Hezbollah—itself loosely linked to the Basij and IRGC veterans—in apparent support for the reformists' cause.

The system's ideological factionalism has also permeated the IRGC. Certainly, current and former Pasdaran are bound by a corpo-

PX642

rate outlook that is broadly opportunistic, authoritarian, and populist. Yet they are also susceptible to the same debates and dilemmas that dominate Iranian political life: balancing dogmatism and pragmatism, reconciling modernity with fidelity to the revolution's ideals, and integrating economic progress with cultural authenticity. Exploring where Iran's various ideological factions stand on these issues and defining what exactly is meant by "reformist" or "conservative" are critical to discerning future trajectories for the IRGC.

## The IRGC in Iran's Security Hierarchy

As a military institution, the IRGC has an estimated 120,000 serving personnel who fulfill a number of functions related to internal security, external defense, and regime survival, and it fields an army, air force, and navy. Reflecting its original charter of defending the revolution, there are IRGC installations in all of Iran's major cities, organized into quick-reaction groups that serve as a reserve against unrest. Aside from urban areas, the IRGC operates in rural regions with other security forces in missions that include border control, counternarcotics, and disaster relief. The IRGC has primacy over Iranian unconventional warfare options, it maintains tight control over the development and deployment of Iran's ballistic missiles, and it wields an external terrorism capability through its elite Qods Force.[1] Were Iran to develop and field nuclear weapons, oversight of their storage, training, and deployment infrastructure would likely fall to the IRGC.

Within Iran's defense and security establishment, a complex web of bureaucracy regulates the IRGC's authority and power—at least on paper. These formal structures were originally intended to foster interservice coordination with the regular military, or Artesh, mitigating the severe problems of battlefield coordination that arose between the regular forces and the IRGC during the latter stages of the Iran-Iraq War. In 1988, the regime created the Joint Armed Forces General Staff, which brought together the leading officers from the regular army and

---

[1]  Cordesman (2005, pp. 45–48).

PX642

the IRGC. In addition, postwar reforms—such as the 1989 creation of the Ministry of Defense and Armed Forces Logistics—helped reduce the autonomy of the IRGC. Today, the IRGC is under an integrated command with Iran's professional armed forces at the General Staff level.

Parallel to this military chain of command, major national security issues are decided in the Supreme National Security Council (SNSC), which includes the president, the defense and foreign ministers, the commander of the Revolutionary Guards, and several appointees or "representatives" of the Supreme Leader (see Figure 2.1). This council is broadly reflective of the elite. Secretary of the SNSC Saeed Jalili, who replaced Ali Larijani in October 2007, is roughly the equivalent of the U.S. National Security Adviser. Within this structure, it is important to observe above all else that current President Ahmadine-

**Figure 2.1**
**Iran's National Security Establishment**



RAND *MG821-2.1*

PX642

jad, despite his chairmanship of the SNSC and his headline-grabbing bravado, actually wields little authority over matters of defense. It is the Supreme Leader—currently Ayatollah Ali Khamenei—who wields constitutional authority as commander-in-chief and, perhaps more importantly, exercises vast influence through his mediating role, personal relationships with top commanders, and the presence of his clerical representatives throughout the security institutions. In addition, individuals appear to matter more than institutions when considering national security decisionmaking. The Supreme Leader has special representatives in the SNSC (Rowhani and Larijani) and special advisers, such as former Foreign Minister Akbar Velayati and former IRGC commander in chief Rahim Safavi, on his Strategic Council for Foreign Relations. All of these former officials and others are likely to be consulted by him when they do not participate in important sessions of the SNSC.

There are two other security agencies with which the IRGC both cooperates and competes: the Ministry of Intelligence and Security (MOIS) and the LEF. Comprising an estimated 30,000 personnel, the MOIS is responsible under the constitution for both foreign intelligence collection and domestic countersubversion. Prior to 1999, the organization was widely feared for its assassination of dissident activists abroad and in Iran. During the presidency of Mohammad Khatami, however, the MOIS was purged of many hardliners and has largely abandoned its policy of assassination.[2] Overseas, the MOIS reportedly liaises with several foreign Shi'a militant groups and insurgent organizations. These relationships probably bring the MOIS into competition with the Qods Force.[3]

Subordinate to the Ministry of the Interior, the LEF is Iran's national gendarmerie and includes roughly 120,000 personnel. This institution's diverse responsibilities include counternarcotics, riot control, border protection, morals enforcement, and anticorruption. In the event of an attack on the homeland, the LEF could be expected to aug-

---

[2]  Wilfried Buchta, "Iran's Security Sector: An Overview," paper presented at Challenges to Security Sector Governance in the Middle East, Geneva, July 12, 2004, pp. 13–16.

[3]  Radio Free Europe/Radio Liberty, *RFE/RL Iran Report*, Vol. 8, No. 31, August 9, 2005a.

PX642

ment IRGC and Basij paramilitaries, adding marginal capability as a light mechanized force. It is unclear, however, if Tehran's defense doctrine has incorporated the LEF into this role.

The LEF has been widely criticized for its inefficiency and poor discipline, including its facilitation of vigilante attacks on student demonstrators during the 1999 riots. Yet after the June 2000 appointment of Mohammad Baqer Qalibaf, a former IRGC Air Force commander, as its new chief, the force gradually improved its equipment inventory, policing capability, and professionalism.[4] And, as noted earlier, Qalibaf brought the force into occasional conflict with the ultraconservative "pressure groups."[5]

It is important to note that Figure 2.1, which portrays the IRGC as submerged beneath a web of oversight and coordinating bodies and as seemingly co-equal to the MOIS, LEF, and regular forces, is an inadequate representation of its true political influence. This is primarily due to the importance of informal power networks and a process of negotiation and consensus among competing factions in Iranian decisionmaking. These networks transcend, and in some cases supplant, the official bureaucratic structures—and much of their relative power may reside in their access and proximity to the Supreme Leader. As noted by scholar William Samii, Iran's factional landscape

cannot easily be understood through a systems or organizational approach. Individuals in and out of government are connected through kinship, marriage, and place of origin. An individual's service branch during the Iran-Iraq War (e.g. IRGC, Basij, Army

---

[4]   See the editorial in a reformist daily praising the LEF for its conduct during student protests and for confronting Ansar-e Hezbollah members: *Towse'eh* (Persian), "Iran: Report Views Positive Change of LEF Towards Students," FBIS IAP20030627000013, June 16, 2003.

[5]   A. William Samii, "Factionalism in Iran's Domestic Security Forces," *Middle East Intelligence Bulletin*, Vol. 4, No. 2, February 2002. On June 10, 2003, for example, the LEF arrested the head of the Ansar-e Hezbollah and three other members in Mashhad. Radio Free Europe/Radio Liberty, *RFE/RL Iran Report*, Vol. 6, No. 25, June 16, 2003; see also, *Yas-e Now* (Persian) "Iran: Political Figures Comment on Violent Groups, Elections, Other Issues," FBIS IAP2003121600005, December 8, 2005.

PX642

ground forces) and education, whether in a seminary or a military academy, also affect the connections he is likely to have.[6]

Taking these dynamics into account, we argue that much of the IRGC's domestic ascendancy has been encouraged by the inherently complex structure of the Iranian political system. Because this system has built-in redundancy and multiple centers of power, and because it relies on a ponderous process of checks and balances among different organizations, there is a default drift toward "behind-the-scenes" bargaining and informal networking.

Thus, when we refer to the IRGC in this monograph, we mean not only the formal institution of active military personnel but also the networks of IRGC veterans and former members whose ascension has been facilitated by the informality of Iranian political life. Such influential figures as Ali Larijani (until recently, secretary of the SNSC), Ezzatolah Zarghami (head of the Islamic Republic of Iran Broadcasting), Mohsen Rezai (secretary of the Expediency Council), and assorted heads of economic foundations, or *bonyads*, are all part of the IRGC's networks. And behind these personal networks lie robust intellectual resources: two IRGC-run universities, two think tanks, and assorted policy journals and media outlets.

Many analyses and commentaries have imparted a certain ideological homogeneity to these networks and the IRGC writ large that can best be described as authoritarian, populist, and, in some cases, anticlerical. Much of this may stem from the similar age cohort of many members, which has often been termed the "war generation"— referring to the searing, formative experience of the Iran-Iraq War. Certainly, this experience shaped political outlooks and forged enduring social bonds among individuals who fought in the same battle or served under the same commander. At least one Iranian scholar asserted to a RAND researcher in 2005 that, with the election of Ahmadinejad and the insertion of his ex-IRGC coterie into key positions of power,

---

[6]  Samii (2002).

PX642

this shared outlook would be strong enough to "mitigate the fractious policy infighting that defined the Khatami era."[7]

As our analysis reveals throughout this report, this has not been the case. Ahmadinejad's tenure—and even his electoral campaign itself—has not gone unchallenged by the IRGC. Factionalism remains a feature of the Iranian system and, as we argue in this monograph, could become an increasing challenge to the IRGC itself. Moreover, like any elite organization, the IRGC's corporate identity has not been able to completely and irrevocably subsume the attachments of locale, class, familial ties, ethnicity, or sect among its members. As we discuss in Chapter Five, these unofficial identities have surfaced at key junctures in the evolution of the IRGC and the trajectory of the Islamic Republic of Iran. The removal or ascendancy of a key figure, an instance of internal unrest, an election, or a critical policy debate have provoked dissent and will continue to do so.

As the network of guards and ex-guards continues to expand and diversify its domestic roles, particularly on economic matters, the IRGC's ability to resolve these internal tensions may become further jeopardized. Arguably, its membership will become responsive to a widening set of constituencies and interests that may bear little resemblance to the original, foundational values of an elite military organization.[8]

## Iran's Factional Landscape

To better illuminate these current and potential fissures, discussed later in this monograph, it is helpful to first situate the IRGC within the factional landscape of Iranian politics. It is difficult to neatly label individuals, factions, or parties in the Iranian system as reformist or conservative. Any useful categorizations are often quite elastic and divide

---

[7]  Authors' telephone conversation with a Tehran-based political scientist, December 12, 2005.

[8]  It is regarding these dynamics that we see great value in a comparative approach that draws from studies of the PLA and the Pakistani military.

**PX642**

further, often depending on the specific issue in question. Moreover, the factions often divide into subgroups, depending on the domestic or foreign policy issue. Understanding how these groups interact and the stakes in their rivalry is important in assessing the IRGC's political future. Instead of acting as a unified factional force itself, the IRGC can be better conceived as an institution over which the various ideological factions may compete for control and influence. This is consistent with the broader processes at work in the Islamic Republic of Iran. As noted by one observer,

> Rather than serve as an autonomous regulator and arbiter of (rivalries), the state is the principal arena in which the competition takes place. Rival claims over parts of the state and its resources are constantly played out, at times with considerable acrimony.[9]

Taking these dynamics into account, we have adopted the following broad typology that draws from a 2008 RAND study and is based on the insights of a scholar with extensive field experience in the Islamic Republic.[10] These rough fissures began to surface soon after the success of the revolution but arguably reached their full apogee at the end of the Iran-Iraq War and, especially, during the administra-

---

[9]   International Crisis Group, "Iran: Ahmadi-Nejad's Tumultuous Presidency," International Crisis Group, *Middle East Briefing*, No. 21, Tehran and Brussels, February 6, 2007, p. 2.

[10]   Jerrold D. Green, Frederic Wehrey, and Charles Wolf, Jr., *Understanding Iran*, Santa Monica, Calif.: RAND Corporation, MG-771-SRF, 2008. Our typology also draws from Mehran Kamrava, "Iranian National-Security Debates: Factionalism and Lost Opportunities," Middle East Policy, Vol. 14, No. 2, Summer 2007, pp. 84–100, and Wilfried Buchta, *Who Rules Iran? The Structure of Power in the Islamic Republic*, Washington, D.C.: Washington Institute for Near East Policy and the Konrad Adenauer Stiftung, 2000, pp. 11–21. We have also drawn from Iranian sources on political factionalism: Hossein Bashiriyeh, *Dibachei bar jamee shenasiy-e Iran* (An introduction to the sociology of politics in Iran), 2nd ed., Tehran: Nashr-e Negah-e Moaser Publications, 2002; Said Hajjarian, *Jomhuriyat: Afsunzodai az Ghodrat* (Republicanism: Rubbing off charm from power), 2nd ed., Tehran: Tarh-e No Publications, 2000; Sadegh Zibakalam, *Veda ba dovvom-e Khordad* (Farewell with 2nd of Khordad), 1st ed., Tehran: Rouzane Publications, 2003; Mohammad Ghouchani, "Etelafhaye rangi: Moghadamei bar etelafhaye siasi dar Iran" (Colorful coalitions: An introduction to the political coalitions in Iran), *Nameh*, No. 50, May 2006.

PX642

tion of President Mohammad Khatami (1997–2005), whose efforts to promote a more open political culture had the unintended effect of encouraging elite factionalism.

- *Conservative Traditionalists.* This current can be best described as the main and largest faction, advocating a patriarchal Islamic government, consolidation of the revolution's gains, preservation of a traditional lifestyle, promotion of self-sufficiency with no dependence on the outside world, and cultural purity. Among its constituents, this trend counts the lower-middle classes, lower-ranking clerics, and *bazaari* merchants (some bazaaris also support other factions, such as the reformists). Its reach extends into nearly all the major institutions of the state, from the Office of the Supreme Leader on down. Key formal groupings include the Association of Qom Seminary Teachers and the Association of Militant Clergy (Jameeh Rowhaniyyat-e Mobarez).

- *Reformist Cluster.* From the mid-to-late 1980s onward, the conservative trend was subjected to fissures over questions of pragmatism, doctrinal purity, and Iran's relationship with the world. From these debates emerged a group of more moderate clerics in 1988, which split from the Association of Militant Clergy and formed the Society for Militant Clerics (Majma-e Rowhaniyoun-e Mobarez). Clustered around Mehdi Karrubi and Mohammad Khatami, this trend argued for the promotion of civil society, a relaxation of political and social controls, economic openness, a cultural renaissance, and more interaction with the outside world. In this sense, they drew inspiration from a tradition of Iranian thinkers, including Ali Shariati and, later, Abdul Karim Soroush, who synthesized Islamic moral concepts with modern Enlightenment political philosophy to argue that there was no inherent tension between democracy and Islamic society. This broad clustering became ascendant in the mid-1990s, first inserting supporters into the Majles (Iran's national parliament) and then having its candidate, Mohammad Khatami, elected to the presidency in 1997. The popularity of this current was strongest among the intelligentsia, writers, and students, though it never succeeded in

PX642

marshaling the approval of the Supreme Leader—a fatal flaw that facilitated the political interference of the IRGC and defeat of the reformists.

- *Pragmatic Conservatives.* Situated somewhere between the first and the second factions is a cluster of what have been termed the "pragmatic conservatives." This trend has organized itself within two parties: the Executives of Construction Party (Hezbe Kargozaran Sazandegi), which supported the reformists' approach to culture, and the Justice and Development Party (Hezbe E'tedal va Tose'eh), which leaned toward the conservative traditionalists on cultural issues. The camp as a whole was inspired by the intellectual work of a number of economic theorists who believed in economic modernization from above (the so-called "China model") and argued for increased technical and financial cooperation with the West (including the United States); but, unlike the reformists, they showed little interest in the democratization of politics. This current has often reversed its position on critical domestic issues, spurring charges of opportunism from its rivals among the conservative traditionalist and the new conservative clusters, who depict themselves quite literally and self-righteously as "principlists" who have remained steadfast to the revolution's ideals. The pragmatists have traditionally derived support from the *bazaari* merchant class, students, the urban middle classes, and technocrats.

- *Radicals.* This is the grouping that has been most closely identified with the "rise" of the IRGC as a political force, beginning with its assumption of provincial administration posts in 2003 and leading up to the election of President Mahmoud Ahmadinejad in 2005. The political group encapsulating this current was the Abadgaran-e Iran-e Islami (Developers of Islamic Iran), which was composed of IRGC and Basij war veterans. Many of them rose to mid- and senior-level positions but were subsequently marginalized during the Rafsanjani era. During the 2005 elections, the "new conservatives" appealed principally to the urban poor and provincial classes.

PX642

Although the Office of the Supreme Leader and other key institutions have generally remained squarely the purview of the conservative traditionalists, each of the other currents has also had its heyday, enjoying a period of formal political power through control of the Majles and the presidency.

- 1989–1997: Rafsanjani and the pragmatists presided over Iran's postwar reconstruction. During this period, the IRGC and ex-IRGC personnel were largely marginalized from political power.
- 1997–2005: Khatami and the reformist cluster emphasized the growth of civil society and the so-called "dialogue of civilizations." Here, the IRGC began its political ascendancy, allying with conservatives to challenge Khatami's reforms.
- 2005–present: Ahmadinejad, the radical, and the Revolutionary Guards came to power. Some have labeled this Iran's "Third Revolution."

As we discuss more fully in Chapter Seven, the "rise" of the IRGC has been met with its own set of factional debates over the very same questions of pragmatism versus dogmatism and, especially, over the economic opportunity costs inflicted by Iran's isolation and the stridency of the Ahmadinejad presidency. These factional currents continue to permeate and shape the diverse domestic roles of the IRGC, whose origins and evolution are discussed in the next chapter.

PX642

PX642

CHAPTER THREE

# The IRGC's Diverse Domestic Roles: Origins and Evolution

The IRGC's expansive reach into Iran's economy, politics, and society has far exceeded its original, rather modest mandate. Understanding the degree of this divergence from its formal charter and, especially, from the vision outlined for it by Ayatollah Khomeini is critical to understanding how it is received by the Iranian public and by Iran's ideological factions. In attempting to curry legitimacy with various segments of the Iranian populace, the IRGC frequently marshals the authority of Ayatollah Khomeini as well as its role in reconstructing the country after the "imposed war" or the "sacred defense," i.e., the Iran-Iraq War.

Speaking to the Islamic Republic of Iran News Agency (IRNA) in August 2007, then IRGC commander Major General Rahim Safavi argued that, since the termination of the Iran-Iraq War,

> the IRGC has assumed three major and two peripheral missions. The major missions of the IRGC involve defense, security, and cultural issues and its peripheral missions are related to the construction of the country and carrying out relief and rescue operations during natural disasters.[1]

While grounding its current missions in the revolutionary and postwar past, the IRGC is also careful to present itself as continually

---

[1] IRNA, "Iran: Guards Commander Says Change in Guards Strategy Necessary," FBIS IAP20070817950094, August 17, 2007c.

PX642

adapting to new strategic circumstances. This is especially true regarding what Safavi termed the recent intensification of a "cultural war" being waged by the United States against the Iranian populace. To mobilize the population against this perceived challenge, the IRGC has expanded its ideological, training, and education roles. According to Safavi,

> The IRGC does not intervene in the cultural activities of other government organizations and bodies. However, based on the nature of the IRGC, which is intertwined with belief and military activities, the organization's orientation is to enhance the forces' Islamic and ideological beliefs; and this is a part of the duties vested with the IRGC.[2]

Of course, the hidden subtext of this "cultural defense" is the IRGC's interest in bolstering its own institutional credibility and shoring up the revolution's sagging appeal in the eyes of the populace. The IRGC's commanders and ideologues appear to perceive that much of this effort is contingent on aligning their institution's current activities with the original intent and vision of the Islamic Republic's founders.

## Postrevolutionary Developments: Consolidating Internal Control

The IRGC was originally conceptualized by its founders as a popular militia force to monitor the remainders of the shah's military and protect the state from possible counterrevolutionary activity. On May 5, 1979, roughly one month after declaring the Islamic Republic, Ayatollah Khomeini issued a decree ordering the Revolutionary Council to establish the Sepah-e Pasdaran-e Enghelab-e Islami (literally, Army of the Guardians of the Islamic Revolution).[3] This new force differed from

---

[2]   IRNA (2007c).

[3]   The idea of creating a parallel military structure enriched by and imbued with Islamic ideology in fact preceded the 1979 revolution. While still in exile in Paris, some of the members of the Freedom Movement, a moderate political group opposed to the shah, introduced

PX642

the shah's imperial army in its mission in that it accorded primacy to an *internal* role against potential counterrevolutionaries while at the same time pushing for the export of the revolution. The Revolutionary Council enumerated the duties of the IRGC in eight categories:[4]

- assisting police and security forces in the apprehension or liquidation of counterrevolutionary elements
- battling armed counterrevolutionaries
- defending against attacks and the activities of foreign forces *inside* the country
- coordinating and cooperating with the country's armed forces
- training subordinate IRGC personnel in moral, ideological, and politico-military matters
- assisting the Islamic Republic in the implementation of the Islamic Revolution
- supporting liberation movements and their call for justice of the oppressed people of the world under the tutelage of the leader of the Revolution of the Islamic Republic
- utilizing the human resources and expertise of the IRGC to deal with national calamities and unexpected catastrophes and supporting the developmental plans of the Islamic Republic to completely maximize the IRGC's resources.

The IRGC's domestic roles were further delineated in the Islamic Republic of Iran's constitution, ratified on November 15, 1979. Article 150 of the document defines the role and functions of the IRGC:

> The Islamic Revolutionary Guards Corps, organized in the early days of the triumph of the Revolution, is to be maintained so that it may continue in its role of guarding the Revolution and

---

the idea of creating a revolutionary army much like that of Algeria's freedom fighters. The idea originated with Ayatollah Khomeini and, after his approval, the early founders of what was to become the IRGC started to accept volunteers who were eventually sent to Syria and Lebanon for military training.

[4]   Petrochemical Research and Technology Company, Event List, Web page, October 7, 1997.

# PX642

its achievements. The scope of duties of the Corps, and its areas of responsibility, in relation to the duties and areas of responsibility of the other armed forces, are to be determined by law, with emphasis on brotherly cooperation and harmony among them.[5]

Article 151 seems to augur the formation of the Basij and indicates its formal mission:

The government is oblige[d] to provide a program of military training, with all requisite facilities, for all its citizens, in accordance with the Islamic criteria, in such a way that all citizens will always be able to engage in the armed defense of the Islamic Republic of Iran. The possession of arms, however, requires the granting of permission by the competent authorities.[6]

It is important to note, however, that despite the constitutional primacy accorded to it by the revolution, the IRGC's domestic ascendancy over other security institutions was not preordained. In the chaotic aftermath of the Islamic Revolution, the IRGC was just one of several security instruments used by the leaders of the new state against existential threats and, at times, wildly exaggerated challenges posed by an array of armed groups—both leftists (the communist Tudeh party and the Marxist Mujahideen-e Khalq [MEK]), ethnic insurgents such as the Kurds, and monarchists.[7] The IRGC generally operated outside of the sphere and jurisdiction of the regular police and army forces controlled by the short-lived provisional government headed by Prime Minister Mehdi Bazargan. The new government's security organs worked to extirpate the leftists but were far less effective in this task than were the Islamist paramilitary organizations, whose proficiency

---

[5]   "Constitution of the Islamic Republic of Iran," English translation, Iranian Embassy, Ottawa, Canada, 1979.

[6]   "Constitution of the Islamic Republic of Iran" (1979).

[7]   See various publications by opposition groups, such as "Rah e Azadi" and "Mojahed." See also Kenneth M. Pollack, *The Persian Puzzle: The Conflict Between Iran and America*, New York: Random House, 2004, pp. 149–150.

PX642

in street violence and the forcible silencing of dissent were to become enduring features of Iranian political life.

In the realm of Islamist paramilitary groups, the IRGC was not without its fair share of competitors in enforcing revolutionary ideals, particularly from the *komitehs* (committees). These were freelance bands of local Islamists who arrogated to themselves the power of justice and administration over assorted neighborhoods in major cities throughout the Islamic Republic.[8] Roughly 1,000 *komitehs* operated in Tehran alone in the months after the fall of the shah, arbitrarily arresting anyone they deemed a threat to the republic's new sociopolitical order. Although the *komitehs* and the IRGC often drew from the same pool of volunteers, there was often friction between them.

Another variant of these local-level organizations were the "revolutionary tribunals" that operated de facto courts across the country. These virtual "kangaroo courts" tried and summarily executed thousands of people who were suspected of counterrevolutionary crimes. Finally, the pro-Khomeini Islamic Republic Party (IRP), which was the home of the most doctrinaire Islamist figures in Iran, may have had its own paramilitary groups as it waged a struggle to indoctrinate the country and the provisional government.

The triumph of the IRGC over these other groups was ultimately achieved by demonstrating its superior effectiveness as a guard for the nascent revolutionary regime during the Iran-Iraq War.

### The Sacred Defense: The IRGC in the Iran-Iraq War

As the new regime fought for its survival, the IRGC was the principal institution responsible for suppressing uprisings by separatist Kurds, Baluchs, and Turkmen, as well as confronting the MEK after it openly broke with Khomeini in June 1981.[9] Yet despite these successes, it never completely achieved a monopoly over the regime's internal policing functions. Indeed, the fractious rivalry among the informal paramili-

---

8    Pollack (2004, p. 150).

9    Buchta (2000, p. 67).

PX642

taries that marked the revolution's early days has, in a sense, been institutionalized into a domestic security establishment that is characterized by parallelism, redundancy, and competition for resources.

Today, the IRGC attempts to strengthen its legitimacy by emphasizing its role in the "sacred defense" of the Islamic Republic against Iraq and, simultaneously, challenges originating from inside the country. This theme informs much of its larger societal, economic, and political outreach, as discussed later on in this monograph. For example, much of its construction and public-works activities are framed as a sort of reenactment or a continuation of its vaunted role in the aftermath of the Iran-Iraq War. Of course, whether or not this actually resonates with Iranian society remains an open question. As one Iranian-born scholar and frequent visitor to the Islamic Republic has observed:

> The bravery of the IRGC (during the Iran-Iraq War) is mostly an idea propagated by the government with no particular appeal or currency within Iran itself. In fact, many Iranians blame the IRGC for an excessively long and futile eight-year war against Iraq. Many believe that Iran, with a population two times larger than that of Iraq, could not defeat its forces because of the Guards' nadanam kari (inexperience), emotionality, and ideological zealotry.[10]

However, the above statement may not apply to a significant portions of Iran's population. Iranians whose sons and husbands became *shahids*, or martyrs, may view the IRGC more reverentially. These Iranians tend to be supportive of the Islamic Republic and the IRGC as political institutions.

What has not been widely recognized outside of Iran is the fact that many, if not most, IRGC commanders, along with revolutionary leaders such as Khomeini, viewed the war not just as a struggle for the territorial integrity of the Iranian state but instead as an opportunity to further consolidate and institutionalize the revolution, purging it

---

[10]   Authors' correspondence with an Iranian-born scholar, October 24, 2007.

PX642

of known and potential opponents.[11] Arguably, this prerogative some-
times took precedence over matters of strategy and military expedi-
ency. This is perhaps demonstrated by the IRGC's efforts to politically
marginalize the regular army by prolonging the war. As long as the reg-
ular army was stretched thin and fully deployed on the western border,
it could not mount any sort of a coup d'etat against Khomeini and his
cohorts. This was not an inconsequential concern for the IRGC leaders
and their IRP patrons, as the professional army had mounted several
coup attempts in the summer of 1980 just before the Iraqi invasion.

Thus, the immediate postrevolutionary period and the Iran-Iraq
War revealed several important themes that continue to define the
development of the IRGC's domestic roles: competition with other
security institutions, the tension between ideological doctrine and
strategic expediency, and the consolidation of domestic institutional
control by mobilizing for external defense. On this latter imperative,
the IRGC's leadership has relied extensively on the Basij Resistance
Forces, its paramilitary affiliate of lightly armed, often poorly trained
auxiliaries whose command structure was formally merged with that
of the IRGC in 2007.[12] More than any other IRGC entity, the Basij
has evolved to become the institution's most visible, omnipresent face
to the Iranian population and has seen its domestic functions expand
significantly since its early role in the Iran-Iraq War.

## "Popularizing" the IRGC: The Development of the Basij Resistance Force

Many revolutionary regimes have relied on "popular militias" or a
"people's army," in which sheer numbers and ideological fervor are
believed to compensate for a deficit in military competence and equip-
ment. In many cases, these organizations' military role is subordinated

---

[11]   Ervand Abrahamian, *The Iranian Mojahedin*, New Haven, Conn: Yale University Press,
1992, pp. 63–64, 259.

[12]   Mehr News Agency "IRGC Commander Takes Charge of Basij Forces," September 29,
2007.

PX642

to their function of indoctrinating the populace and suppressing internal dissent.

Formed less than a year after the IRGC, the Basij's early development certainly seemed to embody these features—when Ayatollah Khomeini directed its creation, he appealed for a "20 million–man militia" to defend the republic from both *external* aggression from the United States and from the revolution's *internal* enemies.[13] As in the case of the IRGC, the formation of the Basij was at least partially a response to the revolutionary competition that defined the political scene after the fall of the Bazargan government on November 11, 1979. Leftist organizations aligned with Khomeini had pressed for some sort of "popular" force that, once created, would allow for the disbandment of the ex-shah's forces. As noted earlier, many of these leftist groups already had their own armed wings, hence the strong impetus for a broad-based Islamist people's militia.[14]

At a gathering of Basij members in 2006, Basij commander Hussein Hamadani summarized the early history of the Basij, or at least the IRGC's version of it, enumerating its services to the revolution as follows:

- The Basij maintained security in the absence of an effective police force in the early years of the revolution.
- It purged government offices of antirevolutionary elements and old-regime loyalists.
- It formed a network of information gathering on the opposition. This network was nicknamed "the 36 million [member] information network."
- It suppressed a communist uprising in the northern Caspian city of Amol and protected oil pipelines from terrorist activities in the

---

[13]   The original name of the Basij was Sazman Basij Melli, or the National Mobilization Organization. It was changed a decade later to Vahed-e Basij Mostaza'feen, or Mobilization of the Oppressed Unit, and eventually to Sazman-e Moghavemat-e Basij, or the National Resistance Mobilization.

[14]   Schahgaldian and Barkhordarian (1987, p. 88).

PX642

south. The Kurdistan uprising in the city of Paveh also was suppressed by the Basij forces.

- In the July 1980 Nojeh coup attempt by former members of the shah's forces, a Basij member was planted inside the conspirators' group and kept the revolutionary regime informed of the activities of the counterrevolutionaries. Afterward, he was martyred.
- For the first year of the war against Iraq, the Basij was not allowed to interfere because of its lack of expertise; however, when it was allowed to enter the war, the defensive position of Iran turned into an offensive one.[15]

Battlefield conditions in the Iran-Iraq War and early political turmoil inside Iran aided the domestic ascendancy of the Basij. Confronted with the Iraqi army's static armor defenses and minefields, and bereft of substantial mechanized forces, Iranian commanders came to initially rely on human-wave assaults as a highly effective countermeasure. Many of these offensives were conducted by Basij units, composed of young boys recruited from mosques in poor neighborhoods and, in some cases, forcibly conscripted from schools. Instilled with religious and nationalist fervor, the Basij militia became a formidable challenge to Iraq's more traditional and disciplined military.[16] These early successes were important as a vehicle for the IRGC to bolster its legitimacy in the "sacred defense," particularly vis-à-vis the regular forces. Moreover, the early reliance on superior morale, sheer numbers, indoctrination, and youth, necessitated by Iran's conventional military weaknesses, set the template for the Islamic Republic's current "asymmetric" strategy of homeland defense—the conduct of partisan warfare, defense-in-depth, and scorched-earth tactics by lightly armed popular forces against a militarily superior opponent.

While the actual battlefield validity of this concept is open to debate, it does afford the IRGC a useful pretext for conducting wide-

---

15   *Yaletharat*, Vol. 402, November 29, 2006.

16   Shaul Bakhash, *The Reign of the Ayatollahs: Iran and the Islamic Revolution*, New York: Basic Books, 1984, pp. 63, 118–119; Dilip Hiro, *The Longest War: The Iran-Iraq Military Conflict*, New York: Routledge, 1991.

PX642

spread indoctrination and training of the populace using the Basij Resistance Force as a vehicle. According to Iran's Mo'in (Auxiliary) Defense Plan, local Basij units, under the supervision of IRGC commanders, would play a prominent role in training and mobilizing the Iranian population for countrywide partisan warfare.[17] For this strategy to be effective, however, the populace must be receptive to Basij guidance and direction—hence the intensive focus on cultivating a favorable popular image of the Basij and the IRGC writ large via media outreach and by highlighting its public-works projects in the rural periphery.

Today, the Basij are present in virtually all sectors of Iranian society; there are specially organized Basij units for university students, local tribes, factory workers, and so forth. There is a strong ideological component to this omnipresence. As stated by a local IRGC commander in 2001,

> In the next decade, our problem will be the cultural onslaught and the Basij must block its progress . . . instead of creating military bases, our policy today is to create cultural societies.[18]

Despite these lofty intentions, however, there are some indications that the Basij—many of whom are drawn from the ranks of Iran's disaffected youth and elderly pensioners—hold cynical or ambivalent views of this ideological training. Basij training is frequently necessary for certain social benefits—loans, university scholarships, welfare subsidies, and the like. As stated by one 24-year-old member in a 2005 interview, "The only reason I stay in the Basij is for the money . . . many of my friends in the Basij are unhappy with the government."[19]

---

[17]   Vision of the Islamic Republic of Iran Network (Persian), "Iran Revolution Guards Hold 'Asymmetric Warfare' Ashura-5 Exercises," FBIS IAP IAP20040913000110, September 13, 2004; Vision of the Islamic Republic of Iran Network (Persian), "IRGC Ground Force Commander Speaks on Reorganization, Combat Plans" FBIS IAP 20050309000087, March 9, 2005.

[18]   Radio Free Europe/Radio Liberty, *RFE/RL Iran Report*, Vol. 4, No. 6, February 12, 2001.

[19]   International Crisis Group, "What Does Ahmadi-Nejad's Victory Mean?" *Middle East Briefing*, No. 18, Tehran and Brussels, August 2005, p. 6.

PX642

Compounding this reported cynicism, there appears to be a rural-urban split in public perceptions of the Basij, noted in a previous RAND study[20] and reinforced to us in 2006 by a longtime visitor to the Islamic Republic. In the provinces, the Basij present a more benign face through construction projects and disaster relief, while in urban areas, they are more apt to be seen quite negatively, quashing civil society activities, arresting dissidents, and confronting reformist student groups on campuses.[21]

Urban sentiments may be, moreover, affected by the Basij's affiliation with the "pressure groups" or hardline vigilantes, of which Ansar-e Hezbollah is the most widely known. Although not formally attached to the IRGC, it is reportedly staffed by Basij and IRGC veterans of the Iran-Iraq War. In the minds of the populace, therefore, it may be associated with the IRGC and thus have a direct impact on popular perceptions of its societal and political legitimacy.

The role of the Ansar also raises the important function of the IRGC as an internal security and domestic intelligence arm of the regime.

## The Guardians of the Revolution: The IRGC's Domestic Intelligence and Security Roles

As noted earlier, the suppression of internal dissent and domestic intelligence collection were among the IRGC's first mandated roles. Indeed, the guardian nature of the IRGC was embedded in its duties from its earliest days, when it liquidated political opponents of the revolutionary state, separatists, and other "morally corrupt" individuals. Today,

---

[20]  Schahgaldian and Barkhordarian (1987, p. 37).

[21]  At the same time, there have been instances in which Basij incompetence or inefficiency as emergency relief forces responding to natural disasters has provoked the ire of rural populations. As an example of Basij's urban enforcement role, on August 20, 2005, Tehran's deputy prosecutor took the remarkable step of deputizing Basij paramilitary units as police officers, giving them powers of arrest and other judicial functions. See, "Paramilitaries to Get Police Powers," in Radio Free Europe/Radio Liberty, *RFE/RL Iran Report*, Vol. 8, No. 34, August 29, 2005b.

PX642

the IRGC still performs these functions, though its relationship with other domestic and law enforcement entities, the LEF and the MOIS in particular, is frequently marked by a lack of coordination or even open rivalry.[22]

For many of the Islamic Republic of Iran's early years, the IRGC was responsible for both internal and external intelligence and security, which was carried out in conjunction with the prime minister's office. Relying on the remnants of the shah's deeply feared intelligence agency, the SAVAK, the IRGC successfully eliminated the terrorist Islamic group Forghan and the Communist Tudeh Party, and it was able to dismantle the vast networks of the MEK. The mobile units of the IRGC, *alghare'eh*, proved particularly effective in destroying counter-revolutionary opposition groups. Yet with the formation of the MOIS in 1983, the IRGC ceded much of its internal intelligence role.[23]

It was not until the election of reformist President Mohammad Khatami in 1997 and the years following that the IRGC actually regained its domestic surveillance responsibilities, albeit more informally and as a "shadow intelligence" agency.[24] Khatami's newly appointed Minister for Intelligence and Security, Hojatolislam Ali Younessi, began to set the MOIS on a path that was more cautiously tolerant of Khatami's reformist agenda for civil society, intellectual freedom, and political openness.[25] The net effect was that, as the MOIS was increasingly perceived by powerful conservatives—namely, the Supreme Leader—as a more reform-dominated entity, the IRGC steadily resumed many of its former internal security activities. This new conservative-dominated informal intelligence network, nicknamed "the parallel intelligence and security organization" by its critics, was modeled after the intelligence section of the IRGC's ground force.[26]

---

[22] Samii (2002). See also Eisenstadt (2001).

[23] Khaligh (2006b).

[24] Khaligh (2006b).

[25] Iranian Students News Agency, "Report on Ministry of Intelligence Press Conference." Gooya News, August 31, 2004.

[26] Khaligh (2006b).

PX642

The balance among the various security and intelligence forces changed once again after the defeat of the reformists and the rise of the radicals under President Ahmadinejad in 2005. The MOIS regained some of its authority under Hojatolislam Gholamhussein Mohseni-Ejehi, who has since sought to "prove" his ministry's conservative bona fides through the widespread suppression of intellectual freedoms and civil society, spurred in large measure by the regime's fear that the United States is attempting to foment a "velvet revolution" (i.e., the erosion of revolutionary ideals via civil-society organizations and ethnic dissent) inside Iran.[27]

At present, the security division, or *Sazman-e Harassat,* of the IRGC functions much like a regular internal security and intelligence office.[28] It collects information on the opposition and separatists, arrests individuals, and imprisons them in sections of the Evin and other prisons controlled exclusively by the IRGC. Much of this activity may be conducted through the IRGC's Political and Ideological Directorate, probably under the direction of Hojattolislam Saeedi, the representative of the Supreme Leader, and his subordinate clerics. Supreme Leader Khamenei himself likely exerts a key role, as he is well known for his detailed attention to management issues, particularly on the day-to-day functioning of the IRGC. Supreme Leader Khamenei's office *(Daftar-e Rahbar)* is able to bypass the senior IRGC leadership and thus is able to directly supervise the security and intelligence activities of the IRGC.

---

[27]  Farideh Farhi, "Iran's Security Outlook," *Middle East Report Online*, July 9, 2007. For information on the arrest of Western think-tank scholars, most notably Iranian-American Haleh Esfandiari, see Islamic Republic of Iran Network Television (Tehran), "OSC: Iranian TV Describes Detained Iranian-American Esfandiari as 'Mosad Spy,'" FBIS IAP20070512011017, May 12, 2007a. For information on the broader cultural and political crackdown, see Open Source Center, "Iran: Ahmadinezhad Government Reverses Civil Society Gains," Open Source Center Analysis, FBIS IAF20070620564001, June 20, 2007b.

[28]  Khaligh (2006b).

PX642

## The Merger of Basij and IRGC: A Sign of the Regime's Growing Entrenchment

The prior section introduced the IRGC's domestic roles by way of a historical inquiry into its origins and early development. Factional rivalry with other militias early in the postrevolutionary period and, later, with other security institutions initially facilitated the IRGC's domestic involvement, particularly in the areas of intelligence and law enforcement. The very nature of the revolutionary regime, which conflated external plots with internal consolidation, meant that the IRGC would continue to act as a guardian of the revolution even as it expanded its role in Iran's external defense. Yet the waxing and waning of the IRGC's internal security role is often contingent on whether powerful conservative figures and clerics perceive that other security institutions, such as the MOIS or LEF, are under their control or have fallen to other factional actors. Perhaps more importantly, however, the degree of the IRGC's domestic interference is also a function of the regime's broader threat perception of internal subversion by the enemies of the revolution—namely, the United States.

Since the fall of Saddam Hussein in 2003, this perception has risen in a steady crescendo. Recent statements by the IRGC and other regime officials make clear their fixation on "psychological warfare" and the "cultural onslaught" of the United States, even if the fear of a direct attack has subsided. Whether through ethnic subversion or its support for civil society and academic exchanges, the United States is perceived to be steadily eroding the ideological foundations of the revolution. Of course, the utility of an external menace to keep the country on war footing and distract the populace from the regime's own administrative and economic failings has long been a feature of the Islamic Republic of Iran's official discourse—but this is largely a moot point. Whether real or exaggerated, this threat perception has had the effect of deepening and broadening the IRGC's populist and mobilizing outreach—often termed the promotion of "Basij culture"—into virtually every geographic, economic, and societal sector of Iran.

This dynamic was ultimately reflected in the formal merger of the command structure of the IRGC with the Basij—a move that was cal-

PX642

culated to make the IRGC "more Basij-like" and to formally enshrine their respective increased domestic roles. In commenting on this merger in September 2007, the new IRGC commander, Mohammad Ali Jafari, confirmed the total participation of the IRGC in Iranian domestic life, with its principal focus on combating *internal* enemies:

> The new strategic guidelines of the IRGC have been changed by the directives of the leader of the revolution [Supreme Leader Khamenei]. The main mission of the IRGC from now on is to deal with the threats from the internal enemies. [The number-two priority of the corps] is to help the military in case of foreign threats.[29,30]

To some of the more idealistic founders of the IRGC, the shift toward a primary focus on internal intelligence and security has been an unwelcome deviation from the original goals of the institution. According to such critics as Mohsen Sazegara, the metamorphosis of the IRGC is the result of the influence of Mohammad Bagher Zolghadr (former deputy commander of the IRGC), Hojatolislam Rasti-Kashani (the personal representative of Ayatollah Khomeini to the Pasdaran), and Mohsen Rezai. Rezai was appointed as the chief of the intelligence division of the IRGC, which spread its reach into other branches of the IRGC as well as other parallel security organizations.[31]

One important result of this turn toward a domestic role in combating internal dissent has been an intensified focus on indoctrination, training, and education. This focus is the subject of the next chapter.

---

[29]   Mehrnews, "Farmandehi niruye moghavemate basij be sardar Jafari mohavval shod" (The command of Basij was assigned to Jafari), October 2007.

[30]   M. A. Jafari, "The main mission of the IRGC is to deal with the internal enemies," Mizan News, September 29, 2007.

[31]   Mohsen Sazegara, "Sepah va seh enherof" (The IRGC and three aberrations), July 23, 2006. He adds that Mohsen Rezai proposed that the IRGC should organize new branches to deal with internal opposition; Sazegara disagreed, saying that it will generate an organization similar to the Brown Shirts organization in Nazi Germany. Rezai laughed, saying that it would not happen, because the Brown Shirts were (at least) educated!

PX642

PX642

CHAPTER FOUR

# Militarizing Civil Society: The IRGC's Indoctrination, Training, and Media Activities

From Basij university student groups and paramilitary training to monthly bulletins and newspapers, the IRGC administers a vast network of outlets for propagating a sense of corporatism, cultivating loyalty to the regime, and burnishing its own institutional image.

What remains largely unknown, however, is the population's receptivity to this mobilization. As in the case of dissent against its economic expansion, discussed at length in the next chapter, there is scattered reporting of cynicism, exhaustion, and resistance toward the IRGC's ideological outreach. Yet given the breadth of its indoctrination efforts, as well as the fact that this indoctrination is frequently accompanied by more tangible benefits, such as scholarships, loans, technical job training, and societal mobility via officer commissions, it is logical to presume that the IRGC has been at least partially successful in broadening its range of constituents and supporters. The most profitable approach, therefore, is to survey the range of its ideological activism, noting potential beneficiaries and instances of support or dissent.

## The IRGC's Ideological Activism: Origins and Development

The IRGC's function of ideological outreach is not new; one of its clear responsibilities at its inception was self-indoctrination, e.g., "training

PX642

the Sepah (Revolutionary Guards) in moral, ideological, and polit-ico-military matters."[1] To inculcate emerging elite cadres with a new Islamic ideology, the "Political Bureau" was among the first units to be formed.[2] After its founding, the bureau published secret bulletins circulated internally within the IRGC, offering frank strategic assess-ments about the progress of the Iran-Iraq War.

The Political Bureau began evolving toward a more explicitly ide-ological role when the IRGC invited two philosophy professors from Tehran University, Ahmad Fardid and Reza Davari-Ardakani, to teach at the bureau. The main themes enumerated in the early teachings of these two individuals were antihumanistic, antitechnological, anti-Western, populist, insular, and at times highly nationalistic. Although these tenets probably played a role in inspiring the initial revolutionary fervor of the IRGC and Basij, it is questionable whether they continue to dominate the worldview of many current and former IRGC officials, who pride themselves on their technocratic know-how and present the IRGC as a force for modernizing the state. If anything, these tenets show that the IRGC's ideological outlook is not immutable, mono-lithic, or static; while remaining broadly faithful to the revolution's ideals, the institution is capable of evolving in diverse and unexpected ways.

Aside from the Political Bureau, the Office of the Representative of the Supreme Leader in the IRGC is a major channel for indoctrina-tion and is responsible for propagating the theory of *velayat-e faghih* (rule of the supreme jurist). This office has emerged as a permanent fixture in the IRGC organization and is now responsible for the Web site and monthly magazine *Sobhe-e Sadegh*. Following the creation of the IRGC, the office played a major role in bolstering battlefield morale among both regular Army soldiers and Pasdaran. It deployed over 18,000 clerics and *maddahs* (cantors) to indoctrinate fighters with

---

1   Article 5 from Khomeini/Revolutionary Council's original decree.

2   Today, Shariatmadari is the editor of the conservative newspaper *Keyhan*.

**PX642**

the concepts of *velayat-e faghih*, glorification of Ashura,[3] and the value of martyrdom.[4]

From this nucleus, the IRGC's ideological arm evolved into a broad network of cultural activities, institutes, think tanks, and youth camps. Many of these are conducted in tandem with the activities of other entities, such as the Islamic Republic of Iran Broadcasting (IRIB), the Ministry of Culture and Islamic Guidance, and the Islamic Propagation Organization. As noted earlier, some of these institutions, most notably the IRIB, have been led or staffed by former IRGC officers, with the effect that even training outlets not formally attached to the IRGC may be explicitly sympathetic to its institutional interests and worldview.

Among the most important ideological courses administered solely by the IRGC are those dedicated to indoctrinating young Basijis. The subject matter of these courses spans a broad gamut, from methods for organizing counter-reformist Basij student movements to vocational training and courses on speaking.[5] Underpinning many of these efforts is a focus on the family members of young Basijis as being critical pillars in the promotion of a "Basiji culture."[6]

Summer camps appear to be a key vehicle for propagating these values—and for preparing young Iranians to eventually assume the duties of armed auxiliaries to the IRGC in the regime's homeland defense strategy.[7] Commenting on these venues, the IRGC's commander for Gilan province, Colonel Sekhavatmand Davudi, noted that one of their goals is

---

3    The day of Ashura is the pinnacle of the rituals of mourning in the holy month of Muharram for the martyrdom of Hussein, the third Shi'ite Imam and the grandson of the prophet. It is used as a rallying point for promoting ideology of martyrdom for the just cause.

4    Interview with a cleric who had served as an ideological officer at war against Iraq.

5    Ardabil Provincial TV, "Iranian Official Praises Student Basij Activity," transcript, FBIS IAP20070831950039, August 30, 2007d.

6    IRNA (2007c).

7    Teacher's Basij Organization, "Danestanihaye morabiane tarbiati dar tarh-e misaq" (Information for "cultural" instructors in the Misaq plan), no date.

## PX642

to attract the youths to the 20-million-strong army. We are responsible for doing our duty and obeying the founder of the revolution in this regard. Another one of the purposes of this plan is to give depth to religious, moral, and social orders of the youths, and we hope that with the execution of this plan we will be able to train the youths the way the revolution wants.[8]

Administered by Basij, the summer camps focus on providing young students with activities designed to inculcate them with a conservative, insular worldview, fortifying them against foreign cultural influences, such as satellite television and Internet Web sites.[9] Many are held in rural provinces, with campsites set up in several small towns. Colonel Davudi stated that, in 2007, there were 160 camps set up in Gilan province alone, with 20,000 students expected to enroll. The average age of camp participants is between 13 and 15 years.

It is important to note that the camps are not strictly ideological; they offer a social setting for sports, recreation, and the acquisition of technical skills that may be extremely appealing in remote rural provinces. According to Davudi, the summer program includes "Koranic activities, aid and relief, technical activities, book reading, sports, and camping," as well as courses in Arabic, English, chemistry, physics, and mathematics.[10] Although the camps are geared toward young Basijis, anyone who wishes to participate can enroll in the summer program.

## The IRGC Presence in Iran's Education System

Aside from running its own cultural outreach and indoctrination efforts, the IRGC and the Basij have become deeply entrenched in the Iranian education system at both the university and the high school level. Its presence in these arenas serves a twofold function. First, it fos-

---

[8]   "Rasht IRGC Commander Comments on Basij Goals in Misaq Program," *Rasht Mo'in*, FBIS IAP20070712011010, June 19, 2007.

[9]   "Persian Press: Grand Ayatollah Makarem-Shirazi Urges Exporting Basiji Ideology," *Javan*, IAP20070718011009, July 16, 2007.

[10]   "Rasht IRGC Commander Comments on Basij Goals in Misaq Program" (2007).

ters the same socialization and ideological affinity it attempts to instill through its own training activities. Secondly, it serves as a reserve countermobilization force against reform-oriented student activists.

Much of this activism in academia appears to have been facilitated by the IRGC's interference in university hiring and administration practices. In a policy reminiscent of the university purges of the early 1980s, numerous university professors and administrators have been removed from their positions and replaced with IRGC officials. Over the past few years, and especially since Ahmadinejad's election as president, academics from Tehran University, Allameh Tabataba'i University, and the Teacher Training University have been suspended or presented with early retirement letters.[11]

In the wake of these dismissals and arrests, Basij officials have begun to exert increasing influence over university life by filling the vacant professorial posts. In a statement supportive of this trend, a member of the Supreme Council for Cultural Revolution, Hojjat ol Eslam Mohammadian, explained,

> [W]e currently have 11,000 Basiji lecturers at the country's universities. . . . [A]round 20 years ago, there were only a handful of pious and religious lecturers at the country's universities. But today, the presence of a large number of such lecturers is a success for our Islamic Revolution.[12]

The Basij created the Lecturers' Basij Organization (LBO) as a means to consolidate the power of Basij academics in the field of education. The LBO reportedly has more than 15,000 members, and, according to the claims of its chief, 25 percent of Iranian lecturers are members of the LBO.[13] Besides offering career guidance to its members, the LBO provides a mechanism by which the IRGC can shape the design and implementation of university curricula—mostly to counter the

---

[11]  "Iran: Daily Says Anti-Government University Teachers Increasingly Purged," *Kargozaran* [Executives], FBIS IAP20070826950116, August 25, 2007.

[12]  "Iran: Daily Says Anti-Government University Teachers Increasingly Purged" (2007).

[13]  "Iran: A Fourth of Iranian University Lecturers are Basij Members," *Javan*, FBIS IAP20070727011008, July 23, 2007.

PX642

flagging religiosity and ideological fervor of university students. Illustrating this, Iran's education minister recently appealed to the LBO to expand its focus on religion and Islamic culture in the academic courses of its members. Citing statistics that suggested a drop in religious convictions after graduation, he argued that the LBO's "main investment" should be on religious education while young people are still in school.[14]

While the LBO is tasked with maintaining morality and enhancing the institutional credibility of the IRGC in the upper echelons of university life, the Student Basij Organization (SBO) is the IRGC's arm for mobilizing student populations. The SBO serves as a sort of umbrella grouping for the approximately 650,000 university students throughout Iran who are Basij members, and the body is present in 700 universities.[15] The SBO enjoys a unique position on campus—what Supreme Leader Khamenei has described as a liaison between the IRGC and the university environment. During a May 2007 meeting with SBO representatives, he stated,

> The specification of this student organization is that, on the one hand, it is connected to the student environment. On the other hand, it depends on the IRGC, which is the symbol of revolutionary and brave resistance. This relationship and dependence does not mean the military nature or the restriction of this student movement; on the contrary, it joins it to a treasury of experimental, military, and disciplinary achievements gained by the IRGC that is to the benefit of the student Basij.[16]

The SBO's role as a conservative vanguard on university campuses takes two forms. First, the organization confronts reformist activists. By way of illustration, a young Basij member at Tehran University explained,

---

[14] "Persian Press: Education Minister Reveals Plans to Make Universities 'Islamic,'" *Sharq*, FBIS IAP20070803011002, July 29, 2007.

[15] Ardabil Provincial TV (2007d).

[16] "Commentary Urges Student Basij to Support Ahmadinezhad Government," *Resalat*, FBIS IAP20070531011001, May 23, 2007.

PX642

> We first do it through eye contact. We let the offenders know they are doing something wrong. If they understand, it's all right. If they don't, we give a verbal warning. If that doesn't work, then we go into action. . . . We beat them so that it will have an effect on the offenders, and we beat them in a way that there will be no physical traces on the body.[17]

Second, the SBO members frequently shift their attacks from the student body to the university administration itself, particularly on social, moral, and political matters that it deems contrary to its institutional vision and that of the IRGC. For example, members of the SBO at Esfahan Medical University wrote an open letter to the university's president criticizing the lack of morality in student study-abroad programs. The letter stated,

> Giving prizes for studying in a university of a non-Iranian country means permitting Iranian families to give their youths the chance to tend to corruption. This young boy or girl returns from his or her university with a lot of irregular and unacceptable morals and sits beside the pure and innocent youths of our country whose best art is studying.[18]

At times, the SBO moves beyond the university campus to level soft criticism at the regime and its bureaucracy. For example, Mohammad Mehdi Zahedi, head of the SBO at the Science and Industry University, has criticized the science ministry's crackdown on anti-regime groups while neglecting to offer increased support and funding to pro-regime organizations.[19] He also argued that student organizations should be allowed more decisionmaking power in university administration. At Imam Sadeq University, the SBO issued a statement criticiz-

---

[17]   Thomas Omestad, "Iran's Culture War," *U.S. News and World Report*, July 27, 1998, pp. 33–51. The interviewee explained that beatings are conducted with "an open hand."

[18]   "Persian Press: University Student Basij Urge President Act Over Studying Abroad," *Nesf-e Jahan*, FBIS IAP20070708011007, June 16, 2007.

[19]   "Iran Press: Student Associations Must Share in University Policies and Decision-Making," *Kargozaran*, September 16, 2007.

**PX642**

ing increasing levels of economic corruption among state officials and the lack of countermeasures on the part of the administration.[20] SBO members from 162 universities released a joint statement in March 2007 insisting that Iran sever relations with the International Atomic Energy Agency.[21]

SBO members also participate in media interviews portraying a sense of revolutionary unity and support for the government. Here again, the apparent targets are student reformists; these gestures are likely intended to remind campus activists of the seeming omnipresence of Basij forces and the Basij willingness to actively confront any form of cultural or political dissent. In a 2007 opinion piece in the Tehran newspaper *Resalat*, a student Basiji argued in favor of Ahmadinejad's policies by stating, "It is the task of the Basiji student to support the government. The ninth government is a Basiji government and, just like Basij, to date it has taken brave steps to improve the conditions of the country and tangible services."[22] Similarly, student Basijis at Tehran University frequently participate in pro-government rallies and have pledged to defend Ahmadinejad's position and policies during his visits to the university.[23]

Despite the visibility and the tenor of Basij student activism, the university campuses by no means have fallen completely under their sway. Indeed, a broad spectrum of student groups continue to vie with the SBO, illustrating that certain sectors in Iranian intellectual and societal life remain contested arenas, despite the extensive reach of the IRGC's indoctrination efforts. A September 2007 article in the Iranian daily *E'temad-e Melli,* which was founded by the prominent reformist and former Parliamentary Speaker Mehdi Karrubi, describes the

---

[20]  Open Source Center, "Highlights: Iran Economic Sanctions, Government Corruption 25–31 Oct 07," FBIS IAP20071116306003, *OSC Summary in Persian*, October 25–31, 2007c.

[21]  "Mobilization Force Demands Halt of Cooperation with IAEA," Fars News Agency (Internet Version), FBIS IAP20070327950047, March 27, 2007.

[22]  "Commentary Urges Student Basij to Support Ahmadinezhad Government" (2007).

[23]  "Student Unrest Marks Iran President's University Lecture," BBC World Monitoring, FEA20071008352786-OSC Feature, October 8, 2007.

PX642

three other major university student unions present on the country's campuses:[24]

- *The Islamic Association of Students.* This group represents the traditional conservatives in Iranian politics (as distinguished from the radical ideology that appears to be more present among members of the SBO).
- *The Office for Consolidating Unity.* This organization has a traditional leftist ideology and is said to work for a "freedom-centered concept" in the universities.
- *The Office for Consolidating Democracy (OCD).* The OCD has a "new left" ideology and seeks to promote civil society in Iran.

The third of these, the OCD, is currently the main competitor to the SBO on Iranian campuses. The Islamic Association of Students and the Office for Consolidating Unity are both plagued by internal divisions and dissension that weaken their ability to expand their support base. The OCD's strength is probably of greatest concern to the IRGC and SBO because its ideology is completely antithetical to the ideals of the revolution as interpreted by the Basij. A number of pro-regime commentators in the Iranian press have indeed warned their readers that a dangerous "new left" ideology in Iranian universities poses a serious threat to revolutionary ideals.

Recently, senior Basij officials have called for the expansion of SBO offices outside of the university setting. A representative from Hormozgan province stated in February 2007, "The student branch of the Basij Force must be founded in all high schools, especially in boarding schools. We must reach the point that the branches of Basij Force are opened in high schools as immediately as the high schools are opened."[25] Commander of the Basij in Hormozgan, General Dehqan, emphasized the importance of the Basij in high schools by stating,

---

[24] "Paper Analyses Activities of Political Student Organizations in Iran," *E'temad-e Melli* (Tehran), FBIS IAP20070905950036, September 4, 2007.

[25] "Persian Press: Official Says High Schools Should Have Basij Force Branches," *Marjan*, FBIS IAP20070319005010, February 24, 2007.

PX642

"Basijis do miracles in every field they are involved. Without the Basij Force our Islamic system has not been able to survive."[26]

## The "Ten-Million-Man Army": The IRGC's Role in Popular Paramilitary Training

As noted previously, one of the goals of this youth-oriented outreach is to foster social networks, esprit de corps, and a reverence for the state that eventually compels them to enroll in military training—either in the Basij itself or through the professional IRGC. The youth socialization process also holds the promise of upward mobility, offering the prospect of an officer commission, the acquisition of technical skills, and increased marketability.[27] This function appears particularly important in co-opting groups from the rural periphery into the "center"— unlike the militaries of certain Arab states, the IRGC's demographic composition is geographically diverse, incorporating nearly all of Iran's provinces.

Today, the IRGC and Basij conduct regular paramilitary training throughout Iran for both active and potential members, drawn from a broad spectrum of Iranian society—ranging from the rural classes and provincial tribes to students and factory workers. About 600,000 of the 3 million active members of the Basij are part of armed paramilitary units that regularly take part in this military training, which includes military exercises and drills.[28] This paramilitary wing is made up of a mix of male *ashura* battalions and female *zahra* battalions, as well as *karbala* and *zolfaqar* special combat groups.[29] Accounts in the

---

[26]  "Persian Press: Official Says High Schools Should Have Basij Force Branches" (2007).

[27]  Comments of an Iranian-born scholar at a RAND-sponsored conference, Rome, Italy, October 29, 2007.

[28]  Vision of the Islamic Republic of Iran Sistan-Baluchestan Provincial TV (2007a); "Iran: Commander Says Militia Has More Than 12 Million Forces," Open Source Center, FBIS IAP20070523950091, May 23, 2007a.

[29]  Open Source Center, "Iran: Iranian TV Features Basij Parades Across Iran," *OSC Report in Persian*, IAP20071210598001, November 26, 2007h.

PX642

contemporary Iranian press suggest that the IRGC has four purposes in mind when it carries out its military training exercises and drills for Basij volunteers throughout Iran: equipping Basij members to participate in the regime's homeland defense strategy; training them for disaster-relief operations; preparing them to defend the regime against a so-called "soft coup," i.e., U.S. efforts to erode revolutionary values through the promotion of civil society and the fostering of ethnic dissent; and providing an additional venue for inculcating the populace with the IRGC's institutional values.

### Increasing the Basij's Capability to Conduct Asymmetric Homeland Defense

Based on available open-source reporting, Iran's national defense strategy rests on its ability to inflict an exorbitant cost on an invader as a deterrent and, if an invasion comes, to draw out the campaign to the extent that the invader loses the mettle to pursue its objectives to their conclusion. The Basij are critical pillars of this strategy, responsible for implementing Iranian such doctrinal concepts as "mosaic defense" and "spontaneous battle."[30] According to these concepts, partisan and irregular units, recruited from the population by the Basij, would fall back behind an advancing army, harassing its rear area, attacking its lines of communication, and essentially rendering an occupation untenable through extended attrition.

Much of this strategy hinges on indoctrinating Basij and partisan units with superior morale or "strategic patience," which the IRGC leadership sees as the ultimate center of gravity on the battlefield.[31] The lessons of the 2006 Lebanon war appear to have shaped this thinking: The IRGC often paints the Basij as roughly analogous to the Lebanese Hizballah in their ability to mobilize popular sympathy and wage a sophisticated guerrilla campaign against a better-equipped adversary.[32]

---

30  Vision of the Islamic Republic of Iran Network (2005).

31  "Iran: A Fourth of Iranian University Lecturers are Basij Members" (2007).

32  Iran's possible strategy of "passive defense," which aims to maintain military communications and government authority over Iran's territory, may have been tested and/or inspired by Hezbollah's guerrilla war against Israel in 2006. Hezbollah units, drawn from local vil-

PX642

According to the commander of the Basij Resistance Force of the IRGC in Sistan-Baluchestan Province, "the victory of Lebanon's Hezbollah in the 33-day war against Israeli troops was a result of passive defense," a strategy which the Basij appears to be pursuing in individual Iranian provinces.

This comparison appears to be misplaced, exaggerating the Basij's cohesion and competence as a paramilitary force, as well as its ability to sustain long-term support from a populace whose views toward the organization seem unevenly split between urban and rural sectors. Several other events and developments raise further questions about the ideological fortitude and combat capacity within the Basij ranks:

- In 2004, the regime instituted a constitutional amendment to the draft law, allowing young men wishing to avoid active military service to fulfill their obligations in the Basij. The net effect of this development may be to erode the unit cohesion of Basij units and their collective morale as their ranks become swelled with those seeking a "way out" from conscription in the regular forces.
- Anecdotal reporting suggests that some Basijis attend periodic military training and indoctrination simply to obtain economic benefits, such as scholarships and loans. Whether or not these perks are sufficient to sustain the morale of the force throughout an extended campaign is an open question.
- Basij units are lightly armed, and most Basij personnel do not get significant military training.

Despite these shortcomings, the Basij still provide a large pool of manpower that is at least nominally familiar with the use of light infantry weapons that can form the nucleus of regional resistance movements. If only a fraction of the individuals on the Basij payroll remain

---

lages, fought Israeli forces without much apparent central oversight. In the case of an invasion, Iran's Basij forces and the IRGC may fight in a similar fashion in order to withstand possible U.S. attempts to destroy Iran's command and control capabilities. See Vision of the Islamic Republic of Iran Sistan-Baluchestan Provincial TV, "Iran: 'Passive Defense' Contract Held in Southeast," Open Source Center, IAP20080102950084, January 1, 2008.

PX642

loyal to the Iranian clerical regime and take up arms, there would be a significant post-conflict resistance movement in Iran.[33]

**Disaster-Relief Training**

Aside from this military function, the Basij are trained in disaster-relief operations. Press coverage of several 2007 Basij training exercises describes disaster-relief and humanitarian assistance as principal foci of these drills. Maintaining social order in disaster zones and distributing relief and medical supplies are among the tasks that the Basij volunteers practiced. There is an important regime-stability component to this training: Natural disasters are often opportunities for marginalized Iranian rural groups to express their frustrations with the failings of the central government in other areas. It is imperative, therefore, that as the first responders of the regime, the Basij are seen as well trained, proficient, rapid, and sympathetic to local sensitivities. Perhaps more than any other function, the emergency-relief role is an opportunity for the IRGC, via the Basij, to present a benign and sympathetic face to the Iranian populace.

**Protection Against Soft Coups**

A third function of Basij popular training is to deter and defeat "soft-coup" attempts within Iran—meaning the formation of dissident intellectual groupings, civil society, and reform-oriented student organizations. As noted earlier, there is an explicit fear among conservative regime figures that reformist press outlets, Western-supported non-governmental organizations, and liberal intellectuals are conspiring to erode and dismantle the foundations of the Islamic Republic in a manner akin to the "color revolutions" that swept parts of the former Soviet Union in 2003–2005. Basij battalions are seen as a counter-mobilizing force against this effort, both through their expansive cultural education and indoctrination and also in the form of a visible street presence.

---

[33] "Persian Press: Education Minister Reveals Plans to Make Universities 'Islamic'" (2007).

**Additional Cultural Education**

Along these lines, the IRGC intends for Basij popular military training to serve as the principle medium for instilling ideological conformity and loyalty to the regime in Iran's rapidly growing youth population. In addition to instruction in weapon handling and small-unit tactics, Basij military training exercises include ideological and religious lectures. As noted earlier, these lectures, in the minds of the Basij leaders, offer a means of counteracting harmful foreign cultural influences that are viewed as a threat to the ideals of the revolution. Foreign Web sites and DVDs are seen as special threats to Iranian youth. It is important to note the opportunity costs associated with this focus on ideological conformity; in the Basij's monthly training cycle, time devoted to religious classes and ideological lectures means time not spent developing individual small-arms proficiency, exercising in unit formations, and other basic combat skills.

A survey of recent reporting on Basij exercises in the open press sheds light on the diverse roles of this paramilitary force, as well as the inherent tension between indoctrination and combat readiness that characterizes its training. In 2007, the Basij conducted a number of large-scale popular training exercises:

- In late July, the Basij units of the West Azerbaijan province participated in a four-day training course that included instruction on asymmetric warfare, direction finding, night combat tactics, and politics and ideology.[34]
- In early August, the Basij of Tehran's Meqdad region conducted a large 40-battalion exercise called "Appointment of the Prophet Mohammad Desert Maneuver" that included work in "combat, ambush, logistics, operations, and reconnaissance."[35]

---

[34]  Vision of the Islamic Republic of Iran West Azarbayjan Provincial TV, "Paramilitaries in Iranian West Azarbayjan Province Attend Training Courses," Open Source Center, FBIS IAP 20070726950056, July 25, 2007.

[35]  IRNA, "Iran: Forty Battalions of Basij Force Carry Out Exercise in Tehran Region," Open Source Center, FBIS IAP20070809950102, August 9, 2007b.

PX642

- Also early in August, the Basij forces of East Azerbaijan province undertook four days of drills that focused on civil defense training and rescue operations during natural disasters.[36]
- In mid-August, the Basij Resistance Forces of Ardabil province conducted a four-day military exercise code-named "Unity," during which *ashura* and *zahra* personnel from the area practiced "troop call up, organization of the forces, operations, and preparation for deterrence operations."[37]

## The IRGC Media Apparatus: Formal and Informal Influences

In tandem with its education and paramilitary training, the IRGC has built a vast media apparatus that allows it to propagate its vision of the Islamic Republic of Iran and highlight its institutional legitimacy to multiple sectors of the population.

Chief among its various outlets is its Web site and weekly magazine, *Sobh-e Sadegh,* sponsored by the Supreme Leader's representative to the IRGC. The weekly is a conservative source that reports on current news and political issues, but its principle focus is on highlighting the IRGC's positive contributions to bettering the nation and the lives of its citizens.

The magazine has 16 sections: "First News," "Second News," "IRGC," "Basij," "Second Look at the Media," "Moral Issues," "Analytical Reports," "News Reports," "International Issues," "Weekly Debate," "Political Workshop," "History," "Art," "Viewers," "Social Issues," and a "Special Issues" section composed of a series of short reports dealing with military, cultural, and religious subjects, including the IRGC's engineering achievements and news coverage of Basij activities throughout the country. A November 2007 edition of the

---

[36]  IRNA, "Iranian Paramilitaries Start Drills in East Azarbayjan," Open Source Center, FBIS IAP20070809950061, August 8, 2007a.

[37]  Ardabil Provincial TV, "Iran: Volunteer Force to Hold Military Drills in Northwestern Border Province," Open Source Center, FBIS IAP20070812950082, August 10, 2007c.

PX642

magazine covered a variety of topics, including a memorial for war martyrs, budget management of IRGC-related foundations, the role of the Basij in the media, and a general discussion of international political issues.[38] *Sobh-e Sadegh* also has a link to the Web site Ofogh (Horizon), which maintains ties to IRGC-affiliated construction companies, such as Khatam al-Anbia (discussed at length later).[39]

Former and current IRGC officials also operate a number of popular news outlets and specialized Web sites:

- In 2002, former IRGC commander and current Secretary of the Expediency Council Mohsen Rezai launched the conservative Baztab Web site (currently known as Tabnak) in response to a proliferation of reformist sites.[40]
- The influential *Keyhan* newspaper is directed by former IRGC member Hossein Shariatmadari. *Keyhan* distributes several weekly publications, as well as Arabic and English editions, while Shariatmadari himself enjoys media exposure through the Sharif News Web site run by the Sharif Industrial University SBO. The site frequently highlights his articles in conjunction with news reports.[41] Although Shariatmadari and Rezai are rivals, they are nevertheless part of the broad (and non-monolithic) IRGC network.
- Former IRGC commander Ezatollah Zarghami directs IRIB, the state's official broadcasting service. Like his predecessor Ali Larijani, also a former IRGC officer, Zarghami has claimed that confronting the foreign cultural onslaught is a key component of IRIB's mission. The IRIB currently controls five nationwide

---

[38]  *Sobh-e Sadegh*, weekly magazine, November 17, 2007.

[39]  "Iran: Profile of IRGC-Linked Website, Sobhe-Sadegh," OSC Media Aid in English, GMF20060427388002, April 27, 2006.

[40]  "Website Forecasts Central Bank Chief as Next Victim of Iran's Cabinet Reshuffle," Tehran Baztab, FBIS IAP20070818950092, August 17, 2007.

[41]  "BBC Monitoring: Iran Media Guide," Caversham BBC Monitoring in English, FBIS IAP20070327950024, March 27, 2007. See also "Iran: Profile of IRGC-Linked Website, Sobhe-Sadegh" (2006).

television channels, including a 24-hour news service and several provincial stations.[42]

- In addition, the IRGC maintains a Web site called Farhang-e Isaar (Culture of Self-Sacrifice), which is aimed at the promotion of the culture of martyrdom and self-sacrifice. The Web site is controlled by the Council of Coordination and Supervision of the Promotion of the Culture of Martyrdom and Self-Sacrifice.[43]
- The Basij News Agency also maintains a Web site to publicize news about ongoing activities. In September 2007, a Basij public relations official said that a weekly publication is also being developed.[44]

In areas where they lack direct media control, IRGC and Basij officials heavily publicize the need for media cooperation in reporting on public-service activities, as well as in propagating the "culture of sacred defense" throughout Iranian society, particularly in Iran's rural areas. Highlighting this point, former IRGC commander-in-chief Rahim Safavi has urged various non-IRGC news outlets to focus on disseminating the message of the IRGC and the Islamic Revolution. For example, in an interview with Esfahan provincial television station Voice and Vision, he said,

> I hope that all our media sources will understand properly the new conditions that we are facing both inside and outside our borders, carry out their information-dissemination duties well, warm the hearts of our nation, and create happiness and enthusiasm in the general public, particularly the youth.[45]

Colonel Karim Qanbarnezhad of the Ardabil Basij recently called on the media to focus on the propagation of Islamic culture and dis-

---

[42] "BBC Monitoring: Iran Media Guide" (2007).

[43] Farhang-e Isaar, homepage.

[44] "Iranian Official Heralds New Basij News Agency, Weekly," *Keyhan* (Tehran), FBIS IAP20070903950076, September 3, 2007.

[45] Vision of the Islamic Republic of Iran Sistan-Baluchestan Provincial TV (2007a).

**PX642**

seminate information on the Iran-Iraq War and the role of the IRGC and Basij in defending the country. He asked Iranian journalists to document the IRGC's current work and insisted that the IRGC is willing to accept media criticism and recommendations regarding its role as a guardian of Islamic culture.[46]

Basij commander Mehdi Sa'adati of Khuzestan province echoed similar sentiments during a provincial conference of Basij officials and local media outlets. Sa'adati alleged that Iran's enemies are engaged in a "media war" to weaken the Islamic Republic and emphasized the importance of the Iranian press in protecting the country's religious and cultural values. He stressed the need for "bilateral relations" between the media and the Basij to promote Basij culture and public service.[47] Similarly, IRGC General Bahman Reyhani of the Kermanshah region recently called on media outlets to play a more effective role in countering the "cultural war" provoked by Western influences.[48]

Even IRGC commander Jafari has been active in requesting enhanced collaboration between media sources and local Basij representatives. During an October 2007 conference on media and the Basij held in Khorasan province, he advanced the Islamic principle of "enjoining virtue, proscribing vice" and said,

> The mass media must enjoy the spirit and culture of the Basij, and on that basis, they should embark on fulfilling their important role to promote and spread these Islamic Revolutionary ideals and aspirations across the society.[49]

---

[46] IRNA, "Iranian Provincial Commander Calls for More Cooperation with Media," FBIS IAP20070926950125, September 25, 2007d.

[47] Ahvaz Vision of the Islamic Republic of Iran Khuzestan Provincial TV, "Iranian Khuzestan Basij Commander Meets Media, Press," FBIS IAP20071122950059, November 21, 2007.

[48] Open Source Center, "Selection List—Persian Press Menu 17 Nov 07," OSC Summary in Persian, IAP20071117011005, November 17, 2007f.

[49] "Iran: Guards Commander Praises Government's Focus on Islamic Values," Iran (Tehran), FBIS IAP20071102950012, October 27, 2007.

PX642

To improve collaboration between journalists and rural IRGC and Basij representatives, the IRGC and Basij sponsor a number of media workshops. To consolidate participation in these workshops, the Basij established the Correspondents' Club for writers and reporters affiliated with the IRGC and/or Basij. In November 2007, more than 150 journalists attended one such workshop in Ardabil province that offered training and guidance on reporting techniques. During the proceedings, an official from the Office of the Representative of the Supreme Leader to the Ardabil IRGC called for increased cooperation between the local media and the Basij Correspondents' Club to publish "round-the-clock" updates on the activities of the Basij and IRGC in Ardabil province.[50] Other IRGC speakers utilized the workshop as an opportunity to express the belief that safeguarding Islamic values requires media attentiveness to the prominent role of the IRGC and Basij in society.

A similar workshop was sponsored by the IRGC's Political Bureau at around the same time. Approximately 25 reporters attended the weeklong training, which covered techniques for collecting and disseminating news stories, as well as interviewing techniques.[51]

## Censorship of Independent Media Outlets

Where it cannot actively solicit media cooperation and favorable coverage, the IRGC and Basij are well equipped for and frequently predisposed toward censorship. This is particularly the case concerning Internet usage. For example, the IRGC plays a role in monitoring Internet communications to mitigate the influx of corrupting foreign ideals and antiregime material.[52] In this effort, it coordinates closely with other security entities. In a 2007 interview, the head of the Internet section

---

50  IRNA, "Workshop in Ardabil on Reporting About Paramilitary Forces' Activities," FBIS IAP20071114950125, November 14, 2007e.

51  Open Source Center, "Highlights: Iranian Media Developments, November 2007," OSC Summary in Persian, IAP20071205584001, December 5, 2007i.

52  "BBC Monitoring: Iran Media Guide" (2007).

PX642

of the Tehran Public and Revolutionary Prosecutor's office explained, "On the whole, filtering is being carried out between . . . the government, the judiciary, the officials of the law-enforcement forces and the Basij."[53] A five-person committee whose members are appointed by the Islamic Propaganda Organization and a representative of the Supreme Cultural Revolution Council act as the final authority in deciding which Web sites contain illicit material. Filtered content is mostly comprised of "key scientific terms" used on Web sites unaffiliated with the scientific research community and material indicative of illicit telecommunication services.

Taken in sum, the IRGC's training, indoctrination, and media outreach form an important pillar of its outreach to the Iranian populace. It is ultimately difficult, however, to assess the degree to which population segments embrace its ideology or whether its communication efforts have affected positive shifts in public opinion about IRGC. On this issue, popular sentiment may be more favorably predisposed toward the Pasdaran on the basis of its economic activities and the co-option of various business sectors into its constellation of affiliated companies, which present more tangible benefits than ideology. At the same time, this economic expansion presents a double-edged sword with the capacity to antagonize traditional business and merchant elites, thereby mitigating whatever favorable views were accumulated during its indoctrination activities. It is to this dynamic that we now turn.

---

[53] "Official Provides Details About Internet Filtering," *E'ternad* (Internet Version), FBIS IAP20070414950102, April 14, 2007.

PX642

CHAPTER FIVE

# Economic Expansion: The IRGC's Business Conglomerate and Public Works

From laser eye surgery and construction to automobile manufacturing and real estate, the IRGC has extended its influence into virtually every sector of the Iranian market. Perhaps more than any other area of its domestic involvement, its business activities represent the multidimensional nature of the institution. The commercialization of the IRGC has the potential to broaden the circle of its popular support by co-opting existing financial elites into its constellation of subsidiary companies and subcontractors. Similarly, through the socialization and recruitment of rural and lower-class populations into the Basij—frequently accompanied by technical job training, scholarships, and other financial benefits—the IRGC offers the promise of societal mobility to those who would otherwise be denied it. Added to this image of egalitarianism is the IRGC's role in building up the rural economy through the numerous public-works projects carried out by the Basij.

The subtext of this apparent economic populism is, of course, the IRGC's control of Iran's shadow economy—the illicit smuggling networks, kickbacks, no-bid contracts, and the accumulation of wealth by its senior officials that remains largely unseen by the Iranian population. Added to this is the inevitable displacement of traditional business elites by its monopolization of key financial sectors. Yet reports of opposition to this growing dominance remain largely at the anecdotal level. To determine how and in what form the IRGC's economic expansion can both cultivate legitimacy and provoke dissent, it is necessary to canvass the full sweep of its business interests and public works.

PX642

## Origins of the IRGC's Economic Activities

The roots of the IRGC's entry into the economic realm lie in the wake of the Iran-Iraq War, when Supreme Leader Khamenei instituted a formal ranking system into what had been a flat IRGC organization. The introduction of a genuine hierarchy began the process of inculcating the notion of perquisites, privileges, and status for the senior leadership of the IRGC into its institutional culture. The profit motive became even more pronounced in the 1992–1993 period, when business-savvy President Rafsanjani initiated the idea of involving government organizations in business transactions as a way to generate independent income.[1] By the late 1990s, the process of economic expansion had begun in earnest, and it has accelerated even more during the Ahmadinejad presidency, which has favored the IRGC by offering it numerous lucrative no-bid contracts, especially in the areas of oil and natural gas extraction, pipeline construction, and large-scale infrastructure development.[2]

It is important to note that the IRGC's expansion into the business sector harnessed the informal social networks that had developed among veterans and former officials. Thus, when we describe the IRGC's economic influence, we use a very broad definition that captures the informality of its reach. Moreover, the model of a shadow economy and the creation of networks of patronage and clientage are roughly analogous to an institution that has long been a feature of Iran's postrevolutionary landscape—the *bonyads,* or parastatal, revolu-

---

[1]   Sazegara (2006).

[2]   Gharargah-e Sazandegiye Khatam al-Anbia (Ghorb) (2007); National Iranian Gas Company, "Ba hozur-e vazir-e naft va farmandeye kolle sepah-e pasdaran: emza-e moghavelenam-eye projeye ehdas-e khat lule-e haftom-e sarasari-e gas" (The seventh national gas pipeline contract was signed in presence of the minister of oil and the head of IRGC), June 7, 2007; Technology Development of Iranian Oil Industry, *Negahi be amalkard-e sherkat-e melli naft dar sal-e 1385* (National Iranian Oil Company outlook 2006), 2006; Iran Economic News Agency, "Tarh-e LNG 2 va 3 emza shod" (LNG 2 and 3 plans were signed), no date; Ministry of Oil News Agency, "Emza-e Gharardad-e Shirinsaziy-e Gas projey-e Iran LNG" (The contract of gas sweetening of Iran's LNG project was signed), November 4, 2007; BBC News Persian, "Gharardad-e jadid-e tosee-ye meidan-e gazi-e pars-e jonoubi" (Pars Jonoubi new gas contract), May 1, 2005.

PX642

tionary foundations that constitute vast reservoirs of wealth controlled by key clerics, ostensibly for charitable purposes. Indeed, one scholar remarked that the IRGC's affiliated companies were effectively "militarized bonyads."[3]

## Foundations (Bonyads)

The bonyads under the Islamic Republic are not necessarily a new phenonmenon, but rather are a continuation of informal and extralegal economic networks from the shah's reign. The Pahlavi Foundation under the shah, for example, was direct predecessor of such Islamic bonyads as the Mostazafan Foundation.[4] After the shah's overthrow, the Pahlavi Foundation's assets were taken over by the newly created Mostazafan Foundation.

Two important bonyads, which are not directly controlled by the IRGC but are indirectly influenced by it, are the Bonyad Mostazafan (Foundation of the Oppressed or The Mostazafan Foundation) and the Bonyad Shahid va Omur-e Janbazan (Foundation of Martyrs and Veterans Affairs). The Bonyad Mostazafan is the largest foundation in Iran and is also well integrated into the Iranian economy. It officially operates as a nongovernmental organization, though it is directly supervised by the Supreme Leader, who appoints its director.[5] The current director of Mostazafan is Mohammad Forouzandeh, the former head of the Ministry of Defense and Armed Forces Logistics and a former IRGC officer.[6]

According to one of the foundation's former directors, Mohsen Rafiqdust, Mostazafan allocates 50 percent of its profits to providing

---

[3]   Comments by an Iranian-born scholar at a RAND-sponsored conference, Rome, Italy, October 29, 2007.

[4]   "Nobody Influences Me!" *Time Magazine*, December 10, 1979.

[5]   "Bonyads Ripe for Restructuring," Middle East Data Project, Inc., Iran Brief 8, December 1999.

[6]   Mehdi Khalaji, "Iran's Revolutionary Guard Corps, Inc.," Washington Institute for Near East Policy, *PolicyWatch*, No. 1273, August 17, 2007.

PX642

aid to the needy in the form of low-interest loans or monthly pensions, while it invests the remaining 50 percent in its various subsidiaries.[7] It owns and operates approximately 350 subsidiary and affiliate companies in numerous industries including agriculture, industry, transportation, and tourism.[8] Mostazafan's largest subsidiary is the Agricultural and Food Industries Organization (AFIO), which owns more than 115 additional companies. Some of the foundation's contract work also includes large engineering projects, such as the construction of Terminal One of the Imam Khomeini International Airport.[9]

Mostazafan also has a history of soliciting contract work abroad. It currently maintains economic connections with countries in the Middle East, Europe, Africa, and South Asia, as well as in Russia and other former states of the Soviet Union. Mostazafan subsidiaries pursued contracts in the late 1990s to construct a railway system and urban rail system and to manage a livestock project in Libya.[10] More recently, the General Mechanic Civil and Housing Organization, another Mostazafan subsidiary, began work in 2004 on a $30 million, 36-month contract to build a 37-km road into the Hajar mountains in the United Arab Emirates. The road was one of multiple phases in the construction of the Jebel Jais mountain resort.[11]

Some reports allege that Mostazafan facilitated the development of psuedosecret organizations, such as the Nur Foundation, which was reportedly established in 1999 to import sugar, construction materials, and pharmaceuticals. It is also said to maintain an office near a suspected nuclear research laboratory in Tehran.[12]

---

[7]   Robert Fisk, "War Wounded Find Comfort from Billion-Dollar Man," *The Independent*, May 26, 1995.

[8]   Mostazafan Foundation, homepage, 2008.

[9]   "Turkish Firm Signs up for Tehran Airport," *Middle East Economic Digest*, April 30, 2004.

[10]   "Iran Clinches Cement Contract," *Middle East Economic Digest*, January 10, 1997.

[11]   "RAK Unveils Multi-Billion Dollar Plans," *Middle East Economic Digest*, June 3, 2005.

[12]   Open Source Center, "Iran: Mostazafan va Janbazan Supports Veterans, Covert Activities," May 2, 2006.

PX642

In addition to Bonyad Mostazafan, the Bonyad Shahid maintains a strong link to the IRGC, with former IRGC Air Force commander Hossein Dehghan acting as its president. Shahid gives home loans to thousands of Basijis and the families of martyrs. It has reportedly loaned 120 million rials to urban families and 150 million rials to rural families.[13] Shahid is also involved in numerous economic endeavors, including participation in a joint venture with the Industrial Development and Renovation Organization and Defense Ministry subsidiary, the Iran Electronic Development Company. In March 2004, this company was part of a consortium that won a mobile-phone license from the Iranian government, but the deal fell through because of political objections.[14]

## Construction, Engineering, and Manufacturing Companies

The IRGC's industrial activities began not long after the Iran-Iraq War, when President Rafsanjani's government encouraged the IRGC to use economic activities to bolster its budget.[15] The corps took control of several confiscated factories and established the *moavenat khodkafaee* (headquarters of self-sufficiency) and *moavenat bassazi* (headquarters of reconstruction). These two headquarters established various companies active in the agriculture, industrial, mining, transportation, road construction, import, and export sectors.[16] Shortly thereafter, the IRGC established a reconstruction headquarters, which operated within the IRGC's air force, navy, ground force, and Basij. In 1990, the headquarters became *gharargah sazandegi khatam alanbia*, abbreviated as Ghorb. Ghorb, also known as Khatam al-Anbia, established several companies

---

[13]  "Iran: Profile of IRGC-Linked Website, Sobhe-Sadegh" (2006).

[14]  "Special Report: Iran," *Middle East Economic Digest*, August 24–30, 2007.

[15]  Sazegara (2006).

[16]  Behrouz Khaligh, "Changes in the Political Structure of the Islamic Republic: From the Clerical Oligarchy to the Oligarchy of the Clerics and Guards," Akhbar e Rouz, July 4, 2006a.

PX642

active in agriculture, industry, mining, road building, transportation, import, export, education, and culture.[17]

Khatam al-Anbia has since become one of Iran's largest contractors in industrial and development projects, and today is considered the IRGC's major engineering arm,[18] not unlike the U.S. Army Corps of Engineers. IRGC commander Sattar Vafaei stated in an interview that about 25,000 engineers and staff work for Khatam al-Anbia. Ten percent of these personnel are IRGC members and the rest are contractors. The company has launched an official Web site, as well as an internal journal called *Road and Tunnel Magazine*, though neither has published numbers reflecting the company's assets.

According to the Khatam al-Anbia Web site, the company

- has been awarded more than 750 contracts in different construction fields, including dams; water diversion systems; highways; tunnels; buildings; heavy-duty structures; three-dimensional trusses; offshore construction; water supply systems; and water, gas, and oil main pipelines
- has completed 150 projects involving technical consulting and supervision
- is currently implementing 21 new projects, many of which are slated for rural areas.[19]

The Ministry of Oil, Transportation, and Energy and the mayor of Tehran have signed several contracts with the IRGC through Khatam al-Anbia. These projects are contracted to Khatam al-Anbia and are performed either by its subsidiaries or by private companies contracted by Khatam al-Anbia. The Khatam Web site lists some of these companies, as well as the nature of their work. Two of the most prominent Khatam subsidiaries are Sepasad and Hara; the former is currently construct-

---

[17]  Gharargah-e Sazandegiye Khatam al-Anbia (Ghorb) homepage.

[18]  Pars Special Economic Energy Zone, "Didar-e Jami az maghamat-e arshad-e sepah pasdaran as tasisat-e parse jonubi" (Visit of IRGC top rank officials from Pars Jonoubi establishments), May 29, 2007.

[19]  Gharargah-e Sazandegiye Khatam al-Anbia (Ghorb), homepage.

PX642

ing Line Seven of the Tehran Metro,[20] while the latter directs tunnel construction and excavation operations throughout the country. Other projects performed by Khatam subsidiaries include the construction of part of the Tehran-Tabriz railway,[21] the Karkheh dam,[22] reserve packages and a jetty in the Pars Jonoubi Gas field,[23] and a 900-km gas pipeline from Asaluye to Iranshahr.[24] Subsidiaries are also engaged in several hydroelectric and dam-construction projects in West Azarbaijan, Kordestan, Kermanshah, Ilam, Lorestan, and Khuzestan.[25]

Khatam al-Anbia is highly active in the oil sector and is said to be operating as the sole contractor for Iran's gas industry.[26] The agency's deputy director for reconstruction, IRGC Brigadier Abdolreza Abedzadeh, said that the company had 247 ongoing "industrial and mining" projects and had completed 1,220 projects since 1990.[27] Iran's oil ministry has signed a number of no-bid contracts with the company worth billions of dollars. Government officials claim that these contracts were awarded because of the lower cost offered by the IRGC, its skilled corps of engineers, its experience with large projects, and its

---

[20]  International Crisis Group (2007). See also "Haftomin khate metroye Iran ra sepah misazad" (7th line of Tehran Metro to be built by IRGC), *Keyhan*, April 20, 2006.

[21]  Tehran City Hall Information Management Organization, "Bakhsi az khat-e ahane Tehran Tabriz be zire zamin montaghel mishavad," February 13, 2007.

[22]  "Dam Project Goes to Revolutionary Guards," *Middle East Economic Digest*, October 7, 1994.

[23]  "Gharardad-e Shirinsaziye gase faze 12 parse jonubi emza shod" (The Agreement on the Sweetening of Gas from South Pars Phase 12 Has Been Signed), *Shana*, November 4, 2007.

[24]  BBC News Persian, "Gharardad-e 1.3 milliard dollari sepah ba vezarat-e naft" (The $1.3 Billion Agreement Between the Guards and the Oil Ministry), May 8, 2006. See also Shahrgone, "Vagozari-e ehdas-e khat-e lule-e gaz be sepah bedune anjame tashrifat-e monaghese," no date.

[25]  Gharargah-e Sazandegiye Khatam al-Anbia (Ghorb), homepage.

[26]  Open Source Center (2007c).

[27]  Khalaji (2007). See also Matthew Levitt, "Make Iran Feel the Pain," *Wall Street Journal Europe*, July 2, 2007; Alireza Jafarzadeh, "Islamic Revolutionary Guards Corp (IRGC): Control Over All Aspects of the Iranian Regime," Strategic Policy Consulting, statement National Press Club meeting, August 22, 2007; and Kim Murphy, "Iran's Guard Builds a Fiscal Empire," *Los Angeles Times*, August 26, 2007.

PX642

access to heavy machinery and sizable assets.[28] In one such contract, the ministry awarded Khatam $1.3 billion to build the aforementioned 900-km natural gas pipeline to transfer 5 million cubic meters of gas from Asaluyeh in the province of Bushehr to Iranshahr in the province of Sistan and Baluchestan. When pressed as to why the ministry waived the bidding requirement for Khatam al-Anbia, a ministry representative claimed that providing gas to underprivileged regions was an urgent necessity and that a formal bidding process would have taken more than a year to complete.[29] An additional $2.5 billion contract was awarded to Khatam al-Anbia without a bid to finish phases 15 and 16 of the Pars Jonoubi (South Pars) oil field.[30]

Khatam al-Anbia deputy director Abdolreza Abedzadeh recently told the Iranian press that 70 percent of Khatam's business is military related. However, employees are often less forthcoming. When questioned as to the nature of the work, company employee and civil engineer Mohammadreza Rajabalinejad informed the *Wall Street Journal*, "I'm not allowed to tell you anything."[31] Other employees are typically unwilling to discuss the nature of Khatam's contracts as well.[32] Members of the Iranian press have complained that reporters "have repeatedly asked this company to provide more detailed information on the company and the exact figures for completed projects, the number of personnel, and the problems facing this major contractor, but the company has refused to comply."[33]

---

[28]  "Namayandeye vali faghi dar sepah-e padaran: sepah nabayad abzar-e tashakkolhaye siasi shaved" (Representative of the Supreme Leader to the IRGC: The IRGC should not get involved in politics), *Sharq*, July 2006.

[29]  National Iranian Gas Company (2006).

[30]  Ministry of Oil News Agency (2007). See also Pars Special Economic Energy Zone (2007) and BBC News Persian (2005).

[31]  Andrew Higgins, "As Hard-Liners Rise, Shadowy Revolutionary Guard Muscles in on Airport and Nabs Energy Deals; Dawn Clash Over a Drilling Rig in the Persian Gulf," *Wall Street Journal*, October 14, 2006.

[32]  Higgins (2006).

[33]  Open Source Center (2007c).

PX642

In an interview with the newspaper *Sharq*, Abedzadeh answered questions regarding the company's funding and employment and also responded to allegations that the company had accepted certain government contracts without engaging in a formal bidding process. He also admitted to receiving a no-bid contract for the Asaluyeh-Iranshahr pipeline project and justified the process by claiming that "[the government has] seen our work. We must have done something for them to be willing to award us the contract without bidding."[34] He also acknowledged winning the no-bid contract for phases 15 and 16 of the South Pars oil field, explaining that Pars Oil and Gas had "promised the project" to Khatam even before a foreign partner had pulled out of the contract for which Khatam had bid and subsequently won. Abedzadeh went on to explain,

> So the foreign company withdrew from the consortium. What were we supposed to do? . . . We spoke with Pars Oil and Gas officials. We asked whether they wanted to repeat the tender. Was there enough time? We said we had worked on our documents. We said you have our bid. Then they said they intended to award the contract without the formalities.[35]

When pressed as to the nature of Khatam's employment and funding, Abedzadeh emphasized that the IRGC's military activities and Khatam's construction activities are kept "completely separate" and that only 10 percent of Khatam's labor is derived from IRGC ranks, and the rest consists of subcontractors. As for Khatam's funding, Abedzadeh asserted that the majority comes from Iran's foreign currency reserve. In response to the interviewer's question as to how the company obtained these funds if "the foreign currency reserve account was established so 50 percent would be reserved and 50 percent would be loaned to the private sector, not to the government," Abedzadeh stated, "Others obtain those funds as well. . . . The government does

---

[34] "Iran Press: General Discusses IRGC Role in Engineering, Economic Contracts," *Sharq*, August 13, 2006.

[35] "Iran Press: General Discusses IRGC Role in Engineering, Economic Contracts" (2006).

**PX642**

not do us any favors. We are paid to do our work. We are fined if we do not. Our difference with private companies is that we do not get to spend our profits." However, when asked whether profits from Khatam's construction projects are used to fund defense initiatives, he admitted, "It does help. It helps the development funding the government provides for the armed forces."

## Illicit and Black Market Activities

Parallel to these overt construction activities, the IRGC also controls a vast shadow economy of illicit enterprises that are hidden from public view. Accusations of the IRGC's black-marketeering, like dissent against its monopolization of key business sectors, remains fragmentary and anecdotal. Among the first to level these charges was the reformist cleric Mehdi Karrubi, who, as Speaker of the Sixth Majles under President Khatami, indirectly accused the IRGC of operating 60 illegal jetties in the country without government supervision. Ali Ghanbari, another Majles member, followed suit, arguing that

> unfortunately one third of the imported goods are delivered through the black market, underground economy, and illegal jetties. Appointed institutions [by Supreme Leader Khamenei] that don't obey the [rules of] the government and have control over the means of power [violence]; institutions that are mainly military, are responsible [for those illegal activities].[36]

The abundant availability of banned commodities in Iran, including alcoholic beverages and narcotics, has led to allegations of IRGC involvement in illegal smuggling activities. While there are no independent means of substantiating such allegations, the IRGC is the only organization, it is argued, that could engage in such large-scale trafficking, due to its vast networks and access to countless jetties unsu-

---

[36] Radiofarda, "Sepah, Terrorism, and Militarism Irani dar meidan-e Jahani" (IRGC, Terrorism and Iranian Militarism in the globe), August 15, 2007b; Sazegara (2006).

PX642

pervised by the government.[37] Facilities such as the Martyr Rajai Port Complex in Hormuzgan province are reportedly used to export state subsidized gasoline outside the country.

The IRGC is estimated to yield a 200–300 percent profit on such illegal sales. One Majles member recently stated that IRGC black-market activities might account for $12 billion per year. Another parliamentarian suggested that "invisible jetties . . . and the invisible hand of the mafia control 68 percent of Iran's entire exports."[38] Others claim that a high volume of contraband goods enter the country via "illegal and unofficial channels, such as invisible jetties supervised by strongmen and men of wealth."[39] There are also claims that the IRGC facilitates the transfer of alcohol, cigarettes, and satellite dishes across portions of the Iran-Iraq border that it controls.[40]

Yet at the same time, IRGC and Basij forces have been commended for their positive role in fighting illegal smuggling—a further illustration of the institution's multidimensional and frequently contradictory nature. LEF commander Geravand in Kermanshah province thanked the Basij and the IRGC for their cooperation in the recent initiative to step up security, which has resulted in the seizure of over 200 types of weapons, 75,000 "indecent" CDs, 900 satellite dishes, more than 200 kg of various drugs, and more than 44,000 bottles of foreign liquor.[41]

Our canvasing of available open sources and interviews leaves open the question of where the IRGC's profits are going. It is logical to presume, however, that the funds are used for the following:

- personal enrichment of senior officers

---

[37]  Radiofarda (2007b); Sazegara (2006).

[38]  Open Source Center, "Iran Economic Sanctions, Government Corruption 1-7 Nov 07," *OSC Summary in Persian*, IAP20071119306005, November 1–7, 2007d.

[39]  Open Source Center (2007d).

[40]  Radiofarda (2007b). See also Sazegara (2006) and Murphy (2007).

[41]  Open Source Center, "Iran: Kermanshah Province Highlights, 9–21 Jun," *OSC Summary in Persian*, IAP20070705434001, June 9–July 5, 2007a.

PX642

- funding the acquisition of weapon systems, training, and operational and maintenance costs
- development of Iran's non-Persian peripheral provinces
- bribing powerful political and clerical figures so that they do not oppose increases in IRGC political power
- supporting covert activities abroad
- supporting the Iranian nuclear research program, which is supervised by the IRGC
- providing financial support to IRGC veterans and their families, as well as to the families of IRGC personnel killed in the line of duty
- supporting the ongoing enlargement of the Basij by offering stipends and housing allowances to new recruits.

## Public Works

The IRGC may calculate that any dissent or blowback over its growing business profile and illicit profiteering will be offset by the networks of patronage and clientage that it has built with a myriad of companies. Similarly, the Pasdaran's role in spurring rural economic development through public-works projects affords it a clear opportunity to build a base of rural popular support that can counterbalance any opposition from more urban, entrepreneurial classes.

With these imperatives in mind, the IRGC has two objectives in its rural public-works programs. First, the presence of the IRGC or Basij in these areas acts as a preventative security measure and a bulwark against popular uprisings against the state. At the same time, IRGC officials are able to claim that the presence of Basijis provides increased security for villagers in these areas.[42] Second, construction activities help to create a positive image for the Basij and for the IRGC. As mentioned earlier, our interviews with visitors to Iran suggest that this outreach is, in fact, shaping perceptions; in contrast to the favorable views in the provinces, urban Basij are more frequently viewed

---

[42] IRNA (2007c).

PX642

negatively, as enforcers of strict social mores and as the regime's anti-reformist shock troops.

The IRGC often touts its rural projects as the core of its effort to achieve Islamic unity in line with principles of the revolution. Senior Basij officers hold frequent press conferences to praise the efforts of young Basijis in assisting disadvantaged populations. A recent news report commending the IRGC for its work in rural development stated, "Construction is not possible but through cooperation and like-mindedness. Just as they stood shoulder to shoulder with each other during the war, so in peace too, they have to stand shoulder to shoulder."[43]

The IRGC has initiated several large-scale development projects throughout the country in recent years. One such project is the 900-km "peace pipeline" originating in Asaluyeh, Bushehr province, and extending to Hormozgan province and Iranshahr.[44] Not only does the IRGC recruit local individuals from these provinces to work on the pipeline, thus providing local employment, it also generates other projects along the pipeline route, such as road and school building in adjacent villages.[45] Other IRGC-sponsored rural projects, managed under the auspices of the Khatam al-Anbia, include the Kerman-Zahedan railway system, the construction of the Chabahar port in Sistan-Baluchistan, and the development of a system to transfer natural gas from Asaluyeh.[46]

It appears that, since its inception in 2000, the role of the construction Basij has become increasingly important. The majority of smaller rural development operations are generally carried out by the construction Basij in ethnic-minority regions such as the provinces of Sistan-Baluchestan, Ardabil, Zanjan, and East Azarbaijan. In 2001, Supreme Leader Khamenei recommended the formation of the Hejrat

---

[43]   Islamic Republic of Iran Network Television (Tehran), "Iran War Experience at Service of Agriculture and Construction," BBC World Monitoring, August 8, 2007b.

[44]   IRNA (2007c).

[45]   IRNA (2007c).

[46]   Vision of the Islamic Republic of Iran Sistan-Baluchestan Provincial Television, "Iranian Militia Chief Names Commander in Sistan-Baluchestan," FBIS IAP20070524950023, May 23, 2007b.

PX642

Plan (Cultural and Constructive Movement) of the construction Basij, a program with a two-pronged approach to development. On the one hand, the program aims to bolster the economic development of impoverished areas by improving infrastructure and local services. At the same time, it is intended to be an indirect vehicle for indoctrination and resisting corrosive foreign influences.[47] Basij commanders in rural provinces have made an effort to extol the virtues of the program and its popularity among young people. Colonel Dezham Khoy, head of the Ardabil Construction Basij, for example, asserted that approximately 8,500 students and other residents had joined the region's Basij unit in 2007 alone. He stated that these numbers correspond to a 50 percent increase in recruitment from the previous year.[48]

According to Basij sources, in just the two months of August and September 2006, the construction Basij managed to establish 1,800 small manufacturing and training units in rural areas of Iran.[49] Brigadier General Mohammad Hejazi has observed that the group became truly effective in 2006, with an estimated 3.2 million recruits.[50] He stated that 14 billion tomans (almost $15 million) had been allocated in the 2007 national budget for increased development activities, as Supreme Leader Khamenei expected more vigorous efforts both in infrastructure and human capital development.[51] Hejazi has expressed optimism that the Basij will continue to enjoy strong governmental support: "Fortunately, the ninth government's position toward the Basij is most favorable and many members of government are active Basij members. We hope that these favorable points of view will help enhance the Basij and its standing in society."[52]

---

[47]   Open Source Center (2007a).

[48]   Ardabil Provincial TV, "Paramilitary Force Works on Construction Projects in Iran's Ardabil," FBIS IAP20070802950066, August 1, 2007b.

[49]   IRNA, "More Than Thirty-Six Percent of Working Women Have a College Education," April 8, 2008.

[50]   Vision of the Islamic Republic of Iran Network 1, "FYI—Commander of Iran's Basij Interviewed on Development Basij Day," FBIS IAP20070510950001, May 9, 2007a.

[51]   Vision of the Islamic Republic of Iran Network 1 (2007a).

[52]   "Commander Says Basij Not to Allow Intimidation by Terrorists," *Javan*, FBIS IAP20070601011003, May 27, 2007.

PX642

Increased government funding and support has indeed stimulated the growth of construction Basij activities. Colonel Firuz Jahantigh, head of the construction Basij in Sistan-Baluchistan, recently said that, in addition to the Asaluyeh-Iranshahr gas pipeline and the Zahedan-Bam railway project, the rural Basijis are working with Khatam al-Anbia to complete major projects such as the Chahnimey-e Chaharrom (a fourth water reservoir) and a roadway between Chabahar and Milak (Zabol).[53] Hejazi has estimated that, by the end of 2007, the construction Basij will have volunteered approximately 20 million hours of labor in the form of services and construction projects throughout the country.[54] Many of these activities involve small-scale projects, such as painting school buildings and repairing tables and chairs.[55] Other, more widespread operations include relief efforts in areas affected by natural disasters[56] and health campaigns to inoculate young children.[57]

Government support has also increased efforts to form partnerships with other government and provincial organizations. The local Endowment and Relief Organization in Ardabil allocated 50 million rials ($5,400) to build an Islamic school and 100 million rials ($11,000) to build a potable water pipeline.[58] Other projects, such as the renovation of dilapidated school buildings, are performed in conjunction with the Ministry of Education.[59] In Zanjan province alone, the Basij had slated 202 schools for renovation, as well as a number of recreational facilities.[60] More recently, emphasis has been placed on coordination

---

53   Sistan-Baluchistan Provincial TV Zahedan Vision of the Islamic Republic in Open Source Center, "Iran: Highlights: Iranian Military Developments 23–29 November 2007," *OSC Summary in English*, IAP20071203397002, November 23–29, 2007g.

54   Vision of the Islamic Republic of Iran Sistan-Baluchestan Provincial TV (2007a).

55   IRNA (2007c).

56   Open Source Center (2007a).

57   Omestad (1998).

58   Ardabil Provincial TV, "Ardabil Officials Inaugurate Basij Work Plan," FBIS IAP20070627950072, June 25, 2007a.

59   Vision of the Islamic Republic of Iran Network 1 (2007a).

60   "Zanjan Islamic Guards Chief Notes Importance of Basij Training Camps," Iranian Labor News Agency, FBIS IAP20070626950077, June 25, 2007.

PX642

with provincial offices of the Agricultural Jihad Organization (AJO) to improve the self-sufficiency of rural areas. Commander of the East Azarbaijan province Basij Mohammad Yusef Shakeri stated that Basij work in the agricultural sphere has increased by almost 180 percent since 2006.[61] The head of the province's AJO, Salman Shefa'at, confirmed that Basij assistance in the farming sector was significant, with approximately 40 percent of Basij activities in the province related to agricultural development.[62]

## The Dilemmas of Economic Expansion

Despite the apparent beneficence of its public-works initiatives, the IRGC's economic expansion is fraught with dilemmas. Among the various areas of its domestic ascendancy, its widening business profile probably has the greatest potential to buffet its future trajectory. As we note in our concluding remarks, a comparative inquiry into the development of similar politico-economic military conglomerates in Pakistan and China suggests the potential for internal dilution of the IRGC's corporate cohesion—if not open fractionalization. According to one Iranian-born observer, there are growing tensions within the IRGC about the institution's corporate narrative of a return to the "golden age," e.g., the ideological purity, militancy, stridency, and insularity that marked the postrevolutionary period.[63] Those within the IRGC who critique this perspective, which they undoubtedly regard as antiquated, argue that such traditionalism is fundamentally incompatible with the imperatives of globalization and economic development and integration. In addition, Iran's possible acceptance of globalization and adoption of a liberalized economy may work against the IRGC's busi-

---

[61]  "Iranian Resistance Force Involved in Development of East Azarbayjan," Fars News Agency, FBIS IAP20070621950059, June 21, 2007.

[62]  "Iran: East Azabayjan Takes Lead in Construction Basij Plan," Fars News Agency, FBIS IAP20070702950129, July 2, 2007.

[63]  Comments of an Iranian-born scholar of Iran at a conference sponsored by RAND, October 29, 2007.

PX642

ness interests. As an economic organization more interested in monopoly rather than open competition, the IRGC may wish to keep Iran's economy closed off and under its tight control. If this is the case, U.S. and international sanctions may not weaken the IRGC, but instead enhance its formal and illicit economic capabilities.

Certainly, the lack of financial transparency and accountability into Iran's inner economic workings empowers and supports the IRGC's many illicit activities, as well as its control of a shadow economy. But there are also arguments that the IRGC should harness, rather than resist, globalization, with the question of World Trade Organization accession emerging as a key point of debate in Iran.

Another potential risk—one that has not currently manifested itself in a visible way—is increasing backlash by certain sectors of the population, such as traditional merchant elites, companies that lose on bids for contracts, and the like. On this issue, it is important to note that the IGRC's ascendancy to political power, via the 2005 presidential elections and earlier in its assumption of provincial administration posts, was predicated on a platform of populism, personal modesty, and technocratic proficiency. These virtues stood in stark contrast to the perceived corruption, excesses, and oligarchic tendencies of certain clerical factions—particularly those clustered around Ali Akbar Hashemi Rafsanjani and his so-called "oil mafia." As noted by French analyst Frederic Tellier,

> The (Islamic) revolution spawned its own ruling class and its own tribe of oligarchs with no connection to the real population. . . . To the Pasdaran, the people ignored by the shah are now the same people groaning beneath the feet of the mullahs.[64]

As the IRGC moves closer to resembling the economic oligarchy it sought to displace, it ultimately loses much of the initial appeal that ushered it into power. To what degree are segments of the Iranian population aware of this? And have they linked the IRGC's control of the expansive shadow economy with their own worsening economic

---

[64] Frederic Tellier, *The Iranian Moment*, Washington, D.C.: Washington Institute for Near East Policy, February 2006, p. 52.

PX642

situation? According to a Western diplomat resident in Iran from 2003 to 2006, this dissent has not transpired:

> There is no bazaari backlash at this point. The general population doesn't know about the IRGC's illegal jetties, the Caspian Sea villas and their Swiss bank accounts.[65]

Part of this ignorance may stem from the IRGC's secretive conduct of business transactions. In other cases, it may result from the broad-based clientage it has cultivated, co-opting private companies as subsidiaries of its umbrella consortiums. Similarly, by mobilizing and militarizing Iranian civil society through the aforementioned levers of indoctrination and training, the IRGC may have achieved some consensus from business elites and citizens seeking upward financial mobility. As noted by Tellier,

> Through its recruitment, selection and socialization process, the Pasdaran now acts as a kind of ideological filter for future conservative leaders in the Islamic Republic. It offers a way to co-opt and become initiated into the financial mysteries of the Iranian regime, which any person of consequence in the system must know in order to defend his or her financial interests.[66]

For their part, IRGC commanders have justified their institution's economic expansion, deploying a diverse set of themes ranging from the memory of the IRGC's role in the vaunted "sacred defense," to its efforts in the postwar reconstruction, to the cost-efficiency of its commercial services, which ultimately benefit the average Iranian. The Iranian constitution is also frequently cited. The deputy director of Khatam al-Anbia, Abdolreza Abedzadeh, for example, clarified in an interview that Iran's constitution allows for the military to operate economic ventures during peacetime.[67] Echoing this, IRGC commander

---

[65]   Authors' discussion with a Western diplomat, based in Tehran from 2003 to 2006, Los Angeles, California, July 18, 2007.

[66]   Tellier (2006, p. 17).

[67]   International Crisis Group (2007).

PX642

Safavi defended the economic activities of the IRGC, citing Article 147 of the constitution. He argued that the nation's military forces are required to participate in development and reconstruction activities during peacetime, a task that they are now performing by the direct order of the Supreme Leader. Khamenei's former representative in the IRGC, Ali Saeedi, has also stated that the engineering and construction capabilities the IRGC acquired during the Iran-Iraq War should be used for peacetime development activities:

> The armed forces need a large number of equipment, machinery, and devices during the war efforts that become idle at the peace time. It is normal for countries to use those assets for civilian purposes. Based on this, we have decided that some of the IRGC's engineering capabilities should be used for civilian purposes.[68]

Despite these attempts to justify its economic and business omnipresence, instances of popular dissent against the IRGC have appeared. As an illustrative example, a businessman who lost a bid on a construction project to an IRGC-affiliated company stated to a Western reporter in 2007,

> How can we compete? Why can they offer such an inexpensive price for a civil project like this? A, they have access to cheap assets and equipment owned by the IRGC. B, for unskilled workers they can use the drafted soldier, though we have to pay. C, they are confident that once they win the tender, they can ignore the overruns.[69]

Echoing this theme, in a letter to the government, 29 private contractors protested the seemingly boundless economic activities of the IRGC, writing,

---

[68]  "Namayandeye vali faghi dar sepah-e padaran: sepah nabayad abzar-e tashakkolhaye siasi shaved" (Representative of the Supreme Leader to the IRGC: The IRGC should not get involved in politics) (2006).

[69]  Murphy (2007).

PX642

> Responsibilities [of the military and civilian institutions] are well defined in the Constitution. [Moreover] the goal of the "Next 20 Years' Economic Projection," is to make the government smaller. [We ask the question] whether it makes sense economically and technically, to award [all the] large scale projects to the military or paramilitary organizations?[70]

The most visible instance of criticism against the IRGC's growing business profile occurred when it forced the expulsion in May 2004 of a Turkish company, Tepe-Akfen-Vie, which was under contract to operate the newly opened Imam Khomeini Airport. To do this, the IRGC's air force abruptly shut down the new airport on its first day of operations, embarrassing Iran internationally as incoming flights were diverted, straining Iranian-Turkish relations, and hastening the growing impotence of the Khatami administration by forcing the impeachment of his transportation minister. One of the IRGC's reported motives for closing the airport was that its own engineering firm had lost out on the airport contract to the Turkish company.[71] In addition, the IRGC may have sought total oversight over the airport's operations as a key transportation hub in its illicit smuggling activities.[72]

Perhaps more than any other instance, the IRGC's closure of the Imam Khomeini Airport illustrates the way in which its economic interests, along with its expansive indoctrination efforts, can empower and impel it toward a more explicitly political role. While it has not quite reached the stage of a political "counterauthority" to other institutions, such as the Office of the Supreme Leader, its power is indis-

---

[70]   Behrouz Khaligh, "Tagheerat dar sakhtar jomhouri eslami: gozar az oligarshi rowhaniat be oligarshi rowhniat va sepsh" (Transformation in the political structure of the Islamic Republic: A passage from the clerical oligarchy to the oligarchy of the clergy and the IRGC), July 20, 2006c.

[71]   "Iranian Paper Says Airport Controversy Takes Iran's Internal Divisions 'Sky-High,'" *Iran Daily* (Tehran), FBIS IAP20040510000022, May 10, 2004; "Iranian Paper Says Iran's Prestige Damaged By 'Embarrassing' Airport Closure," *Iran News* (Tehran), FBIS IAP20040510000031, May 10, 2004; IRNA, "Iranian Transportation Ministry Denies Blaming IRGC For Closure of New Airport," FBIS IAP20040831000004, August 31, 2004.

[72]   Murphy (2007).

**PX642**

Economic Expansion: The IRGC's Business Conglomerate and Public Works   75

putably rising. At the same time, it growing politicization could force increased pressures on its internal cohesion similar to those resulting from its economic expansion. We will discuss these dynamics in the next chapter.

PX642

PX642

CHAPTER SIX

# The IRGC in Politics

Beginning first with its episodic confrontations against reform activists during the Khatami era, networks of active and former IRGC officers began to take on an increasingly political role that enabled the IRGC—by design or by accident—to emerge as a sort of "guardian" for conservatives seeking to displace Khatami supporters from political power. In 2003, former IRGC members or associates took control of numerous city and town councils, paving the way for their entry into legislative politics during the 2004 parliamentary elections. Of 152 new members elected to the Majles in February 2004, 91 had IRGC backgrounds, and a further 34 former IRGC officers now hold senior-level posts in the government. During the June 2005 presidential elections, besides Ahmadinejad, there were three other candidates associated with the IRGC. However, the IRGC is a club of shared experiences, rather than a definition of a particular person's political inclinations and policies. Larijani and Ahmadinejad were both in the IRGC, yet they have very different viewpoints and political "styles."

## The Origins of the IRGC as a Political Force

The IRGC's political involvement, even if at an informal level, seems very much to be an expansion of its original mandate. Ayatollah Khomeini's perception of the political role of the IRGC and the Basij was effectively a continuation of the policies of the shah. At their formation in the early 20th century, the modern military forces of Iran were banned from political participation by Reza Shah Pahlavi. A con-

PX642

stitutional ban prohibited military suffrage. This helps to explain the absence of military coup d'etat activities during the 57 years of Pahlavi rule.

The new revolutionary regime used the old military as a base on which to establish itself, and by creating the IRGC, it tried to ensure the loyalty of the armed forces by relying on gradual but ruthless purges. Although Khomeini did allow the military to vote, its political rights and role went no farther than this. According to his official chronicler, Hamid Ansari, Khomeini was clearly opposed to the politicization of the armed forces. On the eve of formally organizing the IRGC, he went so far as to admonish the Pasdaran against taking sides and acting politically: "You must try to prevent political orientation from entering into the ranks of the IRGC, if it did, it would undermine their military orientation."[1] Khomeini also advised all of the country's military forces against politicization:

> I insist that the armed forces obey the laws regarding the preven-
> tion of the military forces from entering into politics, and stay
> away from political parties, groups and [political] fronts. The
> armed forces [consisting of] the military, the police force, the
> guards, and the Basij should not enter into any [political] party or
> groups, and steer clear from political games.[2]

Whether or not Khomeini favored an engaged or an apolitical military force, one can argue that the constitutional role of the IRGC is purely, and even uniquely, political in its essence. The IRGC is defined as the "guardian of the Revolution and of its achievements" (Article 150)—a political as well as military mission. Section 5 of the charter provided by the Revolutionary Council also presaged training of the IRGC in "politico-military" and "ideological" matters.

Today, as the IRGC becomes ever more involved in internal Iranian politics, Ayatollah Khomeini's original views have become the subject of intense debate. Indeed, the issue of whether or not Khomeini

---

[1]   Hamid Ansari, "Framin va vassaya ye saereeh Imam be niroohay ye mossallah" (Imam Khomeini's direct order and testaments to the armed forces), November 26, 2007.

[2]   Ansari (2007).

PX642

ordered the IRGC and the Basij to stay out of politics has been a source of controversy since the end of the Khatami era. Illustrating this, a speech to members of the Basij by the Friday prayer leader in Mashhad, the second-largest city in Iran, prompted a broad-ranging debate in late 2007 with the assertion that

> Khomeini did not mean that they should stay out of politics, but rather, the Basijis should be active in politics, and to fend off the external and the internal enemies. Imam Reza [the eighth Imam of the Shi'ites, and one of the most revered and the only Imam buried in Iran] was a Basiji himself.[3]

In response to this assertion, reformists and moderates who were apprehensive about the increasing militarization of the political system responded with a salvo of essays, replete with numerous quotes from no less an authority than the late Ayatollah Khomeini. Mohammad Salamti, secretary general of the Sazman-e Mujahedin-e Enghelab-e Islami (the Organization of the Islamic Revolution Mujahedin) party, echoed Khomeini's injunctions, warning sternly against the politicization of the armed forces, stating that this was a betrayal of their original purpose.[4] Even the grandson of the late Ayatollah Khomeini, Hassan Khomeini, entered the debate, arguing that the armed forces and the Basij should stay out of politics.[5]

For its part, the IRGC has also marshaled the authority of Khomeini to buttress its argument. For example, Mohsen Rezai, the primary architect of the IRGC and its central commander for 16 years, wrote,

---

[3]   Raadmanesh, Maaziar, "Imam Reza Was the First Basij," Roozonline.com, November 23, 2007.

[4]   Aftab News, "Officials Should Prevent the Politicization of the Basij," December 1, 2007.

[5]   Hassan Khomeini, "Control-e gheire rasmiye jamee nesbat be khod bozorgtarin amel-e control-e jamee ast" (Indirect group controls the main instrument for group control), August 20, 2007.

PX642

> Once someone had asked Imam [Khomeini] as to why he lends so much support to the IRGC. The Imam had answered "why not?" and the interlocutor had warned him that it may result in staging a coup [if the IRGC became too strong]. The Imam had answered, "It doesn't matter; it stays in the family [if they stage a coup]; as they are our own guys."[6]

The role of the IRGC as a major factor in political affairs increased dramatically since the death of Ayatollah Khomeini, but, as mentioned earlier, it was marked by a period of marginalization and setback during the Rafsanjani era. During this period, the IRGC was compelled to enter a period of forced military professionalization and ideological deradicalization—and this was accompanied by a clear diminution in its political role. The entire process was intended to help the image of Iran's armed forces, enhance the position of pragmatists within the ranks of the military forces, remove the radicals from command positions, and prepare the country for its "Thermidor" period.[7]

By the time Ayatollah Ali Khamenei ascended to the position of Supreme Leader, Iran's internal balance of power began to change. Former allies and the clerical establishment did not appear to be reliable legitimating sources for the new leader, who was originally a junior cleric from the city of Mashhad, bereft of significant theological credentials. Possibly to compensate for this, the new Supreme Leader cultivated a long-term relationship with the armed forces from the earliest days of the revolution, and the IRGC was the greatest beneficiary of the change in leadership. When reformists during the Khatami era appeared to be a threat to Khamenei, the IRGC and, particularly, its Basij force proved to be natural and indispensable allies.

---

6   Mohsen Rezai, "Zendeguinameh" (Autobiography).

7   In the comparative study of revolutions, "Thermidor" refers to the period of relative pragmatism and realism that followed the French Revolution, specifically the coup d'etat of July 27, 1794; the end of the Reign of Terror; and the execution of Maximilian Robespierre.

PX642

## Ideological Factionalism Inside the IRGC

Contrary to some analyses, our inquiry into the IRGC suggests that it has never been a monolithic body in terms of its ideological and political outlook. As in any elite military organization, the IRGC's leadership has been adept at enforcing a measure of uniformity among its members that has subsumed more parochial ethnic and geographical types of identity and loyalty. Within the leadership, these unifying tenets can be generally described as corporatist, authoritarian, and populist—all reinforced by significant revolutionary and Islamic content. Where splits do emerge is not so much over the degree of revolutionary fervor or fidelity to the Islamic Republic's ideals, but rather over the *opportunity costs* to Iran's economy, standing, and progress that this approach has inflicted.

The earliest factionalism in the IRGC emerged when Mohsen Rezai succeeded in moving the IRGC's command from the provisional government to the Revolutionary Council's supervision. Members of the Freedom Movement, including Ebrahim Yazdi, Asghar Sabbaghian, and Mohsen Sazegara, simply resigned. Most members of the Sazman-e Mujahidin-e Enghelab-e Islami, including Morteza Elavairi, also broke away from the IRGC. Other radical leaders, such as Abu Sharif, resigned later, simply because they believed that the IRGC was abandoning its ideals. A number of founding members, such as Mohammad Montazeri, were assassinated by the opposition or killed during the war, while in other instances, planeloads of IRGC and regular military leaders crashed mysteriously.

Reassignment or discharge of individuals from leadership positions also could cause friction within the system. For example, the selection of Morteza Rezai as commander of the IRGC by former President Abolhassan Bani-Sadr was rejected out of hand by IRGC top cadres. On another occasion, when a war commander named Abdolwahhab was discharged by Mohsen Rezai, the rank and file nearly revolted against his decision.[8]

---

8   Ali Akbar Hashemi-Rafsanjani, *Besooy ye Sarnevesht* [Towards Destiny], 3rd ed., Tehran: 2007, pp. 383 and 387.

PX642

These early instances of sporadic and uncontrolled factionalism established a pattern within the IRGC that continues to this day. Factional rivalries both within the IRGC and between the IRGC and competing political and security organs are currently one of the Islamic Republic's major weak points in the realm of governance. Although they remain frequently subsumed beneath the IRGC's exterior face of ideological uniformity, these tensions have surfaced periodically, often prompted by a key political event that exposes the IRGC's internal fissures—between different factions and between the rank and file and the leadership. Some of these events include the following:

- *The resignation of Ayatollah Hossein Montazeri as the successor to Khomeini.* Arguably the most respected and credentialed cleric in Iran, Grand Ayatollah Hossein Ali Montazeri was one of the leaders of the Islamic Revolution and was designated in 1985 by the Assembly of Experts to be Khomeini's successor as Supreme Leader. Yet Montazeri increasingly came into conflict with Khomeini over Iran's export of the revolution, the execution of dissidents, the fatwa calling for the death of Salman Rushdie, and freedom of speech. In 1989, Khomeini forced the resignation of Montazeri as his successor-designate.[9] To many devoted IRGC members, particularly those from the lower and middle classes, Montazeri was their *marja taghleed (*source of emulation), and his departure from the political scene was widely interpreted as the effective end of the revolutionary era. According to a clerical source close the IRGC, numerous lower-ranking members resigned after this momentous event. Many of them went back to their former professions as ironsmiths, cab drivers, or construction workers.[10]
- *The 1994 Qazvin riots.* In August 1994, violent rioting broke out in the city of Qazvin, the result of ethnic tensions. Locally garri-

---

9   For background, see Said Arjomand, "Authority in Shiism and Constitutional Developments in the Islamic Republic of Iran," in Rainier Brunner and Werner Ende, eds., *The Twelver Shia in Modern Times*, Leiden: Brill, 2001, pp. 301–332.

10   Telephone interview with an Iranian-born scholar living in Iran, December 20, 2007.

PX642

soned Pasdaran were dispatched to quell the unrest, but their commanders, as well as the rank and file, refused to fire on unarmed protestors. This forced the regime to airlift other Basij and IRGC units from outside the region, raising questions about the IRGC's internal security reliability as a *territorial* army, i.e., a force that draws recruits from the communities where it is garrisoned. Ultimately, the incident emphasized that strongly held attachments based on local identity still pervade the IRGC, despite its self-professed tenets of Islamic universalism, not to mention military professionalism.

- *The rise of the reformists under the Khatami presidency.* The ascendancy of the reformists under President Mohammad Khatami after the 1997 presidential elections revealed significant schisms between the rank and file and the IRGC senior leadership, who supported more authoritarian and pro-establishment figures. The IRGC's leadership, siding with Supreme Leader Ayatollah Ali Khamenei, invoked the fear of an upheaval, using the student uprisings of the late 1990s as its justification. The momentum of the anti-authoritarian movement and the extent of youth frustration with the clerical establishment that became apparent at the ballot boxes and in the universities were significant and of deep concern to Iran's more conservative elements, including those within the circle of the Supreme Leader. As a consequence, these concerns brought the Supreme Leader and the IRGC commanders to the conclusion that a counteroffensive was necessary for regime survival. Twenty-four commanders of the IRGC wrote an open letter to Khatami and threatened him with action if he did not maintain stability and peace in the country. Among the signatories were the former and present commanders of the IRGC, Yahya Rahim-Safavi and Mohammad Ali Jafari.[11] On the other side, prominent reformists were also ex-Pasdaran, such as Ali Rabi'ei and Alireza Alavitabar, further highlighting ideological splits in the institution and among its veterans.

---

[11]  Gharargah-e Sazandegiye Khatam al-Anbia (Ghorb), homepage.

PX642

- *The election of Mahmoud Ahmadinejad to the presidency.* As noted earlier, the election of Ahmdinejad was accompanied by a corresponding expansion of the IRGC into Iran's political and economic sphere. But it does not follow that factionalism within the IRGC subsided; in fact, just the opposite was true. First, the June 2005 presidential elections were themselves an early expression of factional splits that had recently intensified. Aside from Ahmadinejad, numerous other former IRGC members ran for office, most notably Ali Larijani, Mohsen Rezai, and Mohammad Baqer Qalibaf. Although they can hardly be termed moderate, they have nonetheless emerged as more pragmatic and conciliatory voices. According to some analyses, these candidates may have actually been able to claim greater support from within the IRGC during the election than did Ahmadinejad. Exacerbating these divisions were notable fissures between the IRGC and the Basij that marked the election. Indeed, as noted by one observer interviewed by the International Crisis Group, "Had Mohsen Rezai won, the IRGC would have won. Had Mohammad Baqer Qalibaf won, parts of the IRGC would have won. Ahmadinejad's supporters chiefly come from the less well-off Basij."[12]

Since ascending to the presidency, Ahmadinejad's administration has generated more tension within the IRGC over the opportunity costs of his militancy, provocative statements and behavior, and fondness for brinksmanship. A succession of recent personnel shifts further reveals what appear to be competing constellations of former IRGC and Basij commanders. These shifts also reflect an effort by the IRGC to deflect pressure from other bureaucratic competitors inside Iran's defense establishment. They include the following:

- *The dismissal of the longtime commander of the IRGC, Yahya Rahim Safavi.* Safavi was replaced on August 31, 2007, by Mohammad Ali Jafari, reportedly because he failed to take seriously the threat of attack from the United States. Safavi, moreover, endured criti-

---

[12]  International Crisis Group (2007).

PX642

cism for the arrest of five IRGC officials in Irbil, Iraq, on January 11, 2007, and the defection of a high-ranking IRGC general, Reza Ali Ashgari, who was also one of the founders of Lebanese Hizballah. Some Iranian analysts have interpreted the move as an intra-IRGC power play, quietly sanctioned by the Supreme Leader. Jafari is reputed to be close to Mohsen Rezai and Mohammad Baqer Qalibaf, while Safavi's openly partisan support for Ahmadinejad was causing dissent within the Pasdaran's ranks.[13]

- *The resignation of Ali Larijani.* The resignation of Ali Larijani, a former IRGC commander, from his post as Iran's lead nuclear negotiator and secretary of the SNSC brought into public view his long-standing disagreement with Ahmadinejad about the course of Iran's nuclear negotiations. What is significant here is that the choice of his successor was likely an attempt by the Supreme Leader to reduce potentially embarrassing public bickering over the nuclear issue among IRGC veterans, even if that meant installing someone closer to Ahmadinejad's outlook. Larijani's replacement, Saeed Jalili, was a longtime Ahmadinejad advisor who had accompanied the Iranian president on his trip to New York. He is also reputed to be a protégé of Mojtaba Khamenei.[14] In nuclear negotiations, he seemed to closely shadow Larijani, with one U.S. observer noting that he was acting as Larijani's "minder."[15] Jalili's views on foreign policy are decidedly closer to those of President Ahmadinejad. In an interview with the hardline *Ansar News,* he argued against "sacrificing principles in the name of pragmatism" and advocated an "aggressive" and "strong" position on foreign policy coupled with reliance on divine assistance.[16] Organization-

---

[13]   Radiofarda, "Taghyir-e farmandeye sepah pasdaran: manshae khareji angizeye dakheli" (Change in IRGC command structure: Foreign force, inside incentive), August 2, 2007a. See also, Vahid Sepehri, "Iran: New Commander Takes Over Revolutionary Guards," *RFE/RL Iran Report*, Vol. 10, No. 28, September 5, 2007.

[14]   Authors' interviews in Tehran, 2007.

[15]   Open Source Center, "Analysis: Iranian National Security Adviser Stresses Revolution's Ideals," OSC Feature: Iran, FEA20071106398147, November 5, 2007e.

[16]   Open Source Center (2007e).

PX642

ally, it is important to note that Jalili comes from the ranks of the Basiji commanders, not from the IRGC, further highlighting what appears to be a "Basiji-centric" cast to Ahmadinejad's coterie of advisors.[17]

These replacements, although partially a function of normal bureaucratic infighting and politics, as well as a response to the perception of mounting U.S. pressure on Iran, may also reflect and presage emerging circles of power within the IRGC. Within these new groupings, three former senior IRGC members bear special attention: Rezai, Qalibaf, and Larijani. As an indication of this trio's influence, emerging coalitions of conservative "principlists" who jockeyed for position in the March 2008 Majles election have referred to them as an almost bloc-like triumvirate, with each political party trying to solicit their endorsement and support.[18]

As the former commander of the IRGC over a 14-year period and the current secretary of the Expediency Council, Mohsen Rezai has become a voice of relative moderation. He has long advocated a modest reconciliation with the United States—he served as a negotiator at track two talks in Cyprus—while also critiquing the Khatami administration's diplomacy. His Web site, Baztab, showcased some of the strongest critiques of Ahmadinejad, before it was closed down by order of the government in September 2007. In 2005, Rezai went so far as to challenge the authority of the Supreme Leader, arguing that

---

[17]  It is also significant that the new deputy interior minister, Alireza Afshar, appointed in August 2007, is the former commander of the Basij. In this position, Afshar will oversee the administration of the 2008 parliamentary elections, including the validation and counting of ballots (Vision of the Islamic Republic of Iran Network 1, "Iran: Military Official Replaces President's Advisor as Deputy Interior Minister," IAP20070826950057, August 26, 2007b).

[18]  For example, see "Secretary of Conservative Front on Preparations for Election," *Resalat* (Tehran), FBIS IAP20071227011022, December 20, 2007, p. 3, commentary by Dr. Sadr: "The United Front Had Constructive Talks with Larijani, Rezaei and Qalibaaf." See also, "Prominent Iranian Conservatives Meet to Discuss Election Ties, Unity," *Tehran E'temad*, FBIS IAP20071225950074, December 24, 2007.

**PX642**

"some of the authority" of the Office of the Supreme Leader had been "relegated" to the Expediency Council in 1997.[19]

Similarly, former IRGC officer, SNSC secretary, and lead nuclear negotiator Ali Larijani has been described as comparatively more pragmatic and moderate than Ahmadinejad, with one Iranian commentator praising his entire family—many of whom occupy key political posts—as possessing an "aggressive" but "tolerant and bargaining character."[20] Yet here again, the concept of pragmatism is relative at best. As the head of the Islamic Republic of Iran Broadcasting from 1994 to 2004, Larijani waged a relentless campaign against Khatami supporters.[21] As Iran's nuclear pointman, he famously declared in a March 9, 2007, speech that "any concession on nuclear technology is tantamount to treason."[22] Nevertheless, some sources have reported that his relative moderation—along with that of his political siblings—has recently provoked opposition from more hardline members of the IRGC. A noted instance occurred prior to the May 2007 U.S.-Iran talks in Baghdad, when IRGC opposition reportedly forced the last-minute cancellation of Larijani's brother's participation in the talks with the United States.

Mohammad Baqer Qalibaf, a former IRGC Air Force commander who went on to serve as the mayor of Tehran, also claims an orientation to a more moderate, pragmatic wing of the IRGC. Qalibaf's credentials include war service in the IRGC Air Force and a stint as commander of the LEF, where his popularity grew as a result of his curtailing the

---

[19]  "A Stronger Expediency Council?" Rooz Online, October 2, 2005, quoted in Walter Posch, "Iran's Domestic Politics: The 'Circles of Influence': Ahmadinejad's Enigmatic Networks," European Union Institute for Security Studies, October 19, 2005.

[20]  Larijani's father is the prominent cleric Ayatollah Mirza Hashem Amoli, his brother Mohammad Javad is an advisor in the Ministry of Justice, and his brother Sadeq is a cleric and member of the Guardians Council. Since leaving his post as SNSC secretary, Larijani has served as the Supreme Leader's representative to the SNSC ("Commentary: Larijani's Resignation Is a Sign of Decline of Conservatives," *Tehran E'temad*, FBIS IAP20071023950111, October 22, 2007).

[21]  "State Broadcasting Manipulates Opinion," in Radio Free Europe/Radio Liberty, *RFE/ RL Iran Report*, Vol. 3, No. 18, May 8, 2000.

[22]  "Iran's Man for All Crises Bows Out," Agence France Presse, October 20, 2007.

PX642

excesses of the vigilante "pressure groups" (such as Ansar-e Hezbollah). His opposition to the radical vigilantes was significant enough to provoke a rare public rebuke from the vigilantes' commander in Mashhad, who attacked what he perceived as Qalibaf's partisanship with student protestors in 2003:

> Mr. Qalibaf, who speaks of security in speeches, had better prevent illegal death anniversary marches in place of confronting the Hezbollah. The path of these people who talk about democracy is apart from ours. They oppose Islam and we are their enemies.[23]

This incident is significant for two reasons. First, it reveals continuing tensions between the IRGC and the vigilante paramilitaries that, while not directly linked to the IRGC, are staffed by former Pasdaran and Basij personnel. Furthermore, it demonstrates that ascent to high political office can, at times, push the occupant toward the political center, a phenomenon not uncommon in other political settings outside Iran. Thus, the ascent of IRGC leaders to civilian office may not be as deleterious as many have thought, as it appears that it can lead to moderating the more extreme ideological and corporatist views of at least some IRGC veterans.

Since leaving his post as LEF commander, Qalibaf fared well in the 2005 presidential elections. His presidential slogan ("Iranians have a right to the good life") may be indicative of his desire to reconcile ideological steadfastness with economic progress, and he has elsewhere made the ideologically startling assertion that Iran needs an Islamist variant of Reza Khan—a reference to the first shah of Iran, who overthrew the Qajar dynasty and implemented a series of broad-ranging socioeconomic reforms.[24] Aside from his relative political moderation,

---

[23]   "Iran: Political Figures Comment on Violent Groups, Elections, Other Issues," *Tehran Yas-e Now*, FBIS IAP20031216000015, December 8, 2003.

[24]   Iran Press Service, "Iranians Cool to the Presidential Election," *Safa Haeri*, May 17, 2005. In this interview, Qalibaf declared, "I have no program. I had no time for that. But I shall call for accountability by everyone. Go and see what people say in the taxis or at sandwich stands, saying they want a Reza Khan. I shall be a Reza Khan, but of a Hezbollah type."

PX642

Case 1:18-cv-02248-CRC   Document 85-9   Filed 05/06/22   Page 418 of 848

Qalibaf appears to be an advocate of the IRGC's participation in the global economic order. For example, he reportedly traveled to Zurich at the invitation of a Swiss cement company to explore a business partnership. Underpinning this pragmatism is his well-known desire to mitigate the opportunity costs of the doctrinal rigidity that has informed Ahmadinejad's policies. In late November 2007, for example, Qalibaf was reported to have stated,

> We could achieve our goals at less cost. There is no need to impose extra cost on society, because there are certain methods to respond to the reasonable demands of the people.[25]

However, this does not mean that Qalibaf is a "moderate" in the Western mold. His comments may not only be a result of pragmatism and moderation, but also a way to differentiate him from Ahmadienjad during Iran's 2009 presidential election.

## Possible Future Scenarios for the IRGC

Public pressures resulting from the opportunity costs noted by Qalibaf could conceivably have a significant impact on the future development of the IRGC. Furthermore, broader changes within Iran, far beyond the immediate control of the IRGC, may well force it to evolve in ways that are not immediately self-evident. Given our study's exploration of the various facets of the IRGC's character and performance and its previous roles, we conclude this chapter with three possible scenarios for its future.

### Scenario 1: The Evolving Role of the Supreme Leader and the Eventual Succession to Khamenei

This first scenario forecasts a temptation by segments of the IRGC leadership to influence the appointment of a figurehead Supreme Leader after the demise of Ali Khamenei. With this watershed event, the con-

---

[25]  "Persian Press: Tehran Mayor Said to Criticize Government Policies," *Mardom Salari* (Tehran), FBIS IAP20071121004006, November 17, 2007.

PX642

trolling and mediating power of Khamenei will be removed, and the elite may clash among themselves over his successor, with no clear favorite emerging. Of the main contenders, Ali Akbar Hashemi-Rafsanjani is himself elderly and unlikely to have a long tenure in office. More importantly, he is deeply unpopular with the IRGC and conservatives such as Ahmadinejad. For their part, younger leaders, such as Hassan Khomeini (Ayatollah Khomeini's grandson) or Mohammad Khatami, the former president, are too moderate for the taste of conservatives within the IRGC and the Qom establishment.

Having no powerful clerical leader capable of achieving the necessary consensus, the IRGC may step in, selecting a pliant figurehead ayatollah as Khamenei's successor. The benefits of such a move to the IRGC are several. It would require no significant shift in the elite structure, and the IRGC would likely calculate that this figurehead leader would continue to support its primacy in Iran's economic sphere and political life. This would give even more leverage to the IRGC than it enjoyed under Khamenei, at the expense of the civilian-controlled institutions and without evident breaching of the constitution.

This scenario is made more plausible by the observation that the next Supreme Leader could be significantly less powerful than Khamenei, whose power has increased since his appointment not because of religious standing or personal charisma, but rather as a result of the vast bureaucracy under his command. However, as the number of contenders (including the IRGC) for power and influence grow, the mediating role of the future Supreme Leader becomes increasingly more complex and potentially untenable.

### Scenario 2: The "Muslim Reza Khan"

Another way for the IRGC to maintain its preeminence in a situation of political turbulence and uncertainty would be to set the stage for the emergence of a leader in a military uniform who would be known for his Islamist zeal and piety and, therefore, acceptable to broad sections of the clergy while at the same time being controlled by the IRGC itself. This process would echo the rise of former Pakistani dictator General Zia ul-Haq. Such a candidate would promise progress, placing less emphasis on Islamism but not completely abandoning it. As noted

PX642

earlier, this vision has informed the 2005 electoral platform of former IRGC commander and current mayor of Tehran, Mohammad Qali-baf, who came in third after Ahmadinejad and Hashemi-Rafsanjani. The benefit of this approach for the IRGC is that it would continue to hold the reins of power without giving the appearance of having forsaken the values of the Islamic Revolution.

### Scenario 3: The Religious Turkish Option, or a "Coup by Memorandum"

Another possible scenario would be for the IRGC to attempt to run the country without great input from the clergy. If economic deprivation and fatigue with the regime's top-down religiosity and social strictures worsen, the Iranian people might well support a significant course correction in the form of a non-clerical leader. The IRGC at this juncture could step in and, in a manner similar to that of the Turkish military in the past, quietly announce its intention to clean up politics; to eliminate corruption, bribery, graft, and ineptitude—particularly by the clerics; and to end Iran's international isolation. After this de facto takeover, it could initiate a creeping militarization meant to appease the discontented youth, who are a source of great potential instability. The IRGC could launch this from within by gradually relaxing the religious regulations for its members while enforcing greater adherence to military professionalism. Our goal here in postulating these scenarios for the IRGC's future is not so much to offer a prediction, but rather to highlight the range and diversity of tools it can use to both influence political developments in the Islamic Republic of Iran and adapt to changing international and local circumstances.

PX642

PX642

CHAPTER SEVEN

# Conclusion: Toward a More Strategic Understanding of the IRGC

Rather than framing the IRGC as a purely military organization marked by mafia-type economic tendencies and a homogeneous ideological outlook, this monograph has surveyed its broad-ranging roles in Iranian society and its emerging internal divisions. Our analysis underscores that the twin poles of commonly held assumptions about the IRGC are both incorrect. The IRGC is neither a corrupt gang nor is it a firebrand revolutionary vanguard with the aim of exporting Iran's revolution across the region. Rather, its vested and increasing interests in the country's economy make it an increasingly conservative force rather than a radical one.

This study has also challenged the Pasdaran's own self-professed mythology of the "sacred defense" of Islamic Republic during the Iran-Iraq War and its unquestioned function as a modernizing force for progress. The IRGC is at its core a multidimensional institution capable of simultaneously cultivating both legitimacy and dissent among various segments of the population. In emphasizing its benevolent, progressive, and technocratic side, the IRGC can point to drug interdiction, rural construction, laser eye surgery, automobile manufacturing, and sports among its many services to Iran. Moreover, its indoctrination efforts and economic expansion can co-opt a range of population segments into its orbit—ranging from business elites to marginalized rural classes seeking upward social mobility. Yet the Pasdaran have also functioned as the repressive shock troops of the revolution, enforcing the government's strict authoritarianism through its paramilitary wing,

PX642

censorship, and other mechanisms. Moreover, the institution's widening economic activities, which its officials claim are merely an extension of its postwar reconstruction efforts, have displaced the traditional merchant classes and other financial elites.

What the future holds for the IRGC remains to be seen. The IRGC's influence will probably continue to grow as it continues to be a main contender for power after the death of Supreme Leader Khamenei. There appear to be no significant challengers to the IRGC's bid for a position of dominance within Iran's bureaucratic establishment. Yet in evaluating this growing influence, our study yielded an important caveat that holds true for the broader political trajectory of the Islamic Republic. Despite the IRGC's idealized portrait of itself to both its members and to Iranian society at large, the IRGC is hardly immune to the same worldly pitfalls, temptations, challenges, and bureaucratic mutations that seem to undermine revolutionary entities everywhere.

This observation speaks to the larger issue of the questionable exceptionalism and uniqueness of the Islamic Republic of Iran in the international state system. From this, we conclude that the Islamic Republic and the IRGC, in particular, can be profitably compared to similar revolutionary political orders elsewhere and specifically to their military establishments.

## The Utility of a Comparative Approach: Pakistan and China

As a military organization with substantial and growing interests in the civilian commercial and economic sphere, the IRGC is not unique. Even in the era of the modern nation-state, there are few governments that can fully subsidize their armed forces. In many countries, militaries are encouraged or even required to pursue self-sustaining economic activities to alleviate the resource burden on the general population and excessive funding demands on the central government. Furthermore, the inherent allure of militaries as engines of domestic economic and technical progress is well known and has been studied extensively. This is particularly the case in the context of the Middle East, where

PX642

the populist image of the "man on horseback" helped to underwrite the anti–status quo legitimacy of the Free Officers in Egypt, the rise of Kamal Ataturk in Turkey, the ascent to power of Mohammad Reza Shah Pahlavi in Iran, the nationalist regime of Abd al-Karim Qasim in Iraq, and others.[1]

The question of time however, provides a significant challenge to the IRGC. As the institution grows in power and influence, so too do its concomitant resource demands. Thus, the IRGC will undoubtedly have to confront the timeless question that has bedeviled its compatriots in other settings: How long can it sustain its populist image before it is seen as having subsumed the corrupt and oligarchic tendencies of the old elite that it replaced? Is there a way in which it can chart an alternative course that balances institutional enrichment with the perception of national progress and modernization? Similarly, what effect, if any, will its expanding and increasingly diverse domestic roles, illicit activities, and commercial enterprises have on order and discipline, not to mention meritocracy and traditional military competence? To gain insight into these issues, we suggest undertaking a deeper comparative study that would compare and contrast the economic dimensions of Iran's Revolutionary Guards with comparable militaries in two major powers to Iran's east—Pakistan and China.

In the case of Pakistan, the militarization of the economy (or the economization of the military) has reached such proportions that Pakistani scholar Ayesha Siddiqa has coined the term "Milbus" (military business) to describe the armed forces' expansive reach into the agriculture, manufacturing, construction, and service sectors and the resulting networks of patronage and clientage that attach it to the civilian

---

[1] A concise discussion is found in Fuad Khuri, "The Study of Civil-Military Relations in Modernizing Societies in the Middle East: A Critical Assessment," in R. Kolkowitz and A. Korbonski, eds., *Soldiers, Peasants and Bureaucrats: Civil-Military Relations in Communist and Modernizing Societies*, London: George Allen and Unwin, 1982, pp. 9–27. For a useful summary of contemporary analyses in the Arab context, see Elizabeth Picard, "Arab Military in Politics: from Revolutionary Plot to Authoritarian State," in Albert Hourani, Philip S. Khoury, Mary C. Wilson, eds., *The Modern Middle East*, Berkeley and Los Angeles: University of California Press, 1993. Also, Mehran Kamrava, "Military Professionalization and Civil-Military Relations in the Middle East," *Political Science Quarterly*, Vol. 115, No. 1, Spring 2000, pp. 67–92.

PX642

elite.[2] Although they should not be overstated, the similarities between Pakistan's Milbus and the IRGC are striking:

- The Pakistani military runs the National Logistics Cell, the largest freight-transportation company in Pakistan. Although technically part of the Ministry of Planning and Development, its operations are managed by serving army personnel.
- The military oversees and staffs the Frontier Works Organization, the country's largest contractor, responsible for the construction of roads and toll collection. Under this umbrella organization, there is a vast array of subsidiary companies covering enterprises as diverse as poultry farms, gas stations, bakeries, and commercial plazas.
- The Pakistani military oversees a number of ostensibly charitable "foundations," including the triservice Fauji Foundation, the Army Welfare Trust, the air force's Shaheen Foundation, and the navy's Bahria Foundation. Overall, these foundations oversee more than 100 companies involved in cement and fertilizer production, banking, education, insurance, and information technology. To attract business, these subsidiary companies make no secret of their associations to the military and, indeed, promote them as an advantage and attraction—the military linkage reportedly brings with it a reputation for efficiency.

According to Siddiqa, the principal supporters and constituents of Milbus in Pakistan are precisely those who might logically be assumed to be the strongest proponents of a more liberal, democratic, and free-market political economy—Pakistan's middle classes. This dynamic may be instructive to those who predict a burgeoning popular backlash in Iran against the IRGC's mafia-like empire.

---

[2]   Indonesia, Chile, Turkey, and Thailand are other places where a similar symbiotic relationship prevails. On Pakistan, see Siddiqa, *Military, Inc.: Inside Pakistan's Military Economy*, London: Oxford University Press, 2007. It is significant that the Musharraf government has banned this book and that the author left Pakistan in mid-2007. We thank RAND colleague Peter A. Wilson for the reference to this work. See also "Military, Inc.: The Political Economy of Militarization in Pakistan" (2005).

PX642

The PLA offers another potentially fruitful area of comparison, particularly for exploring the trade-offs and tension between the military's financial aggrandizement and its professionalism.[3] Specifically, the decision by the government of Jiang Zemin to force the divestiture of the PLA from all commercial activities in 1998 suggests that the economic symbiosis between civilian elites and military-run business has its limits—particularly when these financial activities are perceived to inflict deleterious and intolerable costs to military competence, modernization, and readiness.

Although the PLA has enjoyed a degree of economic self-sufficiency since its origins in the 1920s and Mao's "Doctrine of Self-Reliance," its actual commercial and business profits underwent a sevenfold expansion between 1985 and 1990. By the late 1980s, its affiliated business firms—numbering roughly 20,000—were dominant in the farming, transportation, information technology, services, and entertainment sectors. In manufacturing, it produced such popular consumer items as bicycles, refrigerators, and televisions.

Yet this expansion was not without consequences, which may hold lessons for anticipating and understanding the future course of the IRGC. Those same factors that ultimately impelled the civilian leadership to curtail the PLA's commercial footprint in China may well be just over the horizon for the IRGC in Iran. They can briefly be summarized as follows:

- *Intolerable levels of corruption.* As noted by David Shambaugh, James Mulvenon, and others, the PLA's expansion into the illicit economy was marked by a corresponding rise in corruption, black-market enterprises such as prostitution, and favoritism to the

---

[3]   These comparative insights are drawn from the following works: Evan S. Medeiros, Roger Cliff, Keith Crane, James C. Mulvenon, *A New Direction for China's Defense Industry*, Santa Monica, Calif.: RAND Corporation, MG-334-AF, 2005; Swaran Singh, "The Rise and Fall of the PLA's Business Empire: Implications for China's Military Relations," *Strategic Analysis*, Vol. 23, No. 2, May 1999; James Mulvenon, *Soldiers of Fortune: The Rise and Fall of the Chinese Military-Business Complex: 1978–1998*, Armonk, New York, and London: M. E. Sharpe, 2001; Dongmin Lee, "Chinese Civil Military Relations: The Divestiture of the People's Liberation Army Business Holdings," *Armed Forces and Society*, Vol. 32, No. 3, April 2006, pp. 437–453.

PX642

point that "the whole national economy was placed in jeopardy."[4] This had important consequences for the civilian leadership, as these developments had the collateral effect of tarnishing popular images of the Chinese Communist Party, which in the early 1990s, was trying to enhance its legitimacy based on a platform of anticorruption.

- *The growing regionalization of the economy.* The military's business ventures were becoming increasingly decentralized and provincially based, raising fears within the central government in Beijing of a return to the regional autonomy of the prerevolutionary warlord era.

- *The corrosive effect on military readiness and modernization.* The professionalization and meritocracy of the military was ultimately undermined by the distractions of its financial pursuits. The connections required to secure a coveted position running a PLA-owned business, the logistical energy devoted to smuggling, and the preference for management acumen over battlefield expertise all incurred significant costs in the realm of military competency and lost opportunities for modernization.

Of course, the decision to terminate the PLA's commercial endeavors with the Divestiture Act of 1998 was ultimately rooted in the ascendancy of a more pragmatic and technocratic strand in the civilian leadership's inner circle.

As we have seen, this tension between dogmatism and pragmatism is an omnipresent theme within Iranian political culture and raises the question of whether the greatest challenges to the IRGC's future might actually originate *within* the institution itself—specifically, the potential for greater fissures and factionalism over questions of ideological purity, institutional privilege, and national interest.

---

[4]   Lee (2006, p. 448).

PX642

APPENDIX A

# Business Organizations Affiliated with the IRGC or Influenced by IRGC Personnel

### Khatam al-Anbia

Khatam al-Anbia functions as the IRGC's engineering arm. The organization conducts a range of civil engineering activities, such as road and dam construction and the manufacture of pipelines to transport water, oil, and gas across the country. Khatam is also involved in mining operations, agriculture, and telecommunications.

### Hara Company and Sepasad Engineering Company

Khatam al-Anbia maintains multiple subsidiaries, two of which are Hara Company and Sepasad Engineering Company. Both subsidiaries specialize in excavation and tunnel construction.

### Ehya Sepahan

Ehya Sepahan is a private-holding company that was established with help from the IRGC. It is based in Isfahan and owns several industrial companies. The company's director is Mostafa Safavi, the brother of former IRGC head Rahim Safavi.

PX642

**Bahman Group**

The IRGC reportedly holds 45 percent of the company's shares. The group operates an assembly line of Mazda cars in Iran.[1]

**Bonyad-e Mostazafan va Janbazan, or Mostazafan and Janbazan Foundation (MJF), or Foundation of the Oppressed and War Veterans**

The MJF was created in 1979 under the leadership of Mohammad Forouzandeh, who was a former IRGC official. The bonyad is the largest in Iran, with an estimated net worth of over $3 billion. The MJF reportedly has over 200,000 employees and 350 affiliated companies. It is a state-owned foundation that represented approximately 10 percent of the Iranian government's annual budget in 2003.[2] The MJF provides medical care and recreation for Iran's veteran population. The organization also has a variety of business interests, both in Iran and abroad, including agriculture, industries and mines, civil development and construction, transportation and commerce, and tourism.[3]

**Bonyad Shahid va Omur-e Janbazan, or Foundation of Martyrs and Veterans Affairs**

The Bonyad Shahid is a governmental entity that receives its funding directly from the national budget. Former IRGC Air Force commander Hossein Dehghan acts as president and director of Shahid and also serves as an advisor to President Ahmadinejad. Shahid gives home loans to thousands of Basijis and the families of martyrs. It has reportedly loaned 120 million rials to urban families and 150 million rials to rural families.[4] Shahid is also involved in numerous economic endeavors, much like the MJF.

---

[1]   "Malekan-e Saham-e Khodro Dar Burs-e Tehran" (Shareholders of automobile industry in Tehran Bourse), *Hamshahri*, December 20, 2005.

[2]   GlobalSecurity.org, "Bonyad-e Mostazafan va Janbazan," October 5, 2003.

[3]   "Bonyads Ripe for Restructuring" (1999).

[4]   "Iran: Profile of IRGC-Linked Website, Sobhe-Sadegh" (2006).

PX642

**Bonyad-e Hefze Arzeshhaye Defa-e Moghaddas, or Foundation of Keeping the Memoirs of Sacred Defense Alive**

The Bonyad-e Hefze maintains memoirs, notes, articles, lists of commanders, and lists of Iranian victims of chemical weapons during the Iran-Iraq War. The bonyad is affiliated with the Basij.[5]

**Farhang-e Isaar, or Culture of Self-Sacrifice**

Farhang-e Isaar is a governmental project that publishes news, monthly magazines, and books with the goal of promoting the culture of martyrdom and self-sacrifice.[6] The project is controlled by the Council of Coordination and Supervision of the Promotion of the Culture of Martyrdom and Self-Sacrifice and is affiliated with the Basij.

**Bank Melli (National Bank of Iran)**

Bank Melli provides a variety of banking and financial services to the IRGC and Qods Force. It is estimated that the bank provided at least $100 million to the Qods Force alone between 2002 and 2006.

---

[5]   Sajed, homepage, no date.

[6]   Farhang-e Isaar, homepage, no date.

PX642

PX642

APPENDIX B

# Current and Former IRGC Personnel

This appendix was compiled using open source reporting, which has been cited in the body of the paper. This is not an exhaustive list of current (as of fall 2008) and former IRGC personnel in prominent positions. In addition, some titles and positions may not be current.

## Cabinet

**Mahmoud Ahmadinejad**—President of the Islamic Republic of Iran, former mayor of Tehran, Basij volunteer during Iran-Iraq War

**Saeed Jalili**—Secretary of the Supreme National Security Council and top nuclear negotiator (replacing Ali Larijani), former Basij commander

**Ali Larijani**—Expediency Council member, former IRGC member, former head of state TV and radio, former SNSC representative to Khamenei

**Abdolreza Mesri**—Minister of Welfare and Social Security, former director of the Cooperative Office of the IRGC in Western Iran

**Mohammad Hoseyn Saffar-Harandi**—Minister of Islamic Culture and Guidance, former IRGC deputy commander of Hormozgan province, 1980–1981; former national regional deputy commander of IRGC, 1981–1983; director of the Political Office of the IRGC, 1989–1993

**Mostafa Mohammad Najjar**—Minister of Defense and Armed Forces Logistics; in General Command of Central Headquarters of IRGC Sistan va Baluchestan province; in charge of the Cooperative Office of

103

PX642

the IRGC, 1981; former deputy director of the Warfare Group of the Ministry of the Guards Corps (Vezarat-e Sepah); member of IRGC since late 1979; membership in the board of directors of the Guards Corps Industries; creation of the Training, Treatment, and Equipment Center of the Guards Corps Hospital

**Ali Reza Tahmasebi**—Minister of Industries and Mines, former researcher for defense projects of the Khatam al-Anbia Station of the Guards Corps, 1985–1987

**Seyyed Masud Mirkazemi**—Minister of Commerce, former director of the Center for Basic Studies of the Guards Corps, 2002–2004.

**Seyyed Parviz Fattah**—Minister of Energy, formerly of the IRGC

**Ali Reza Tahmasebi**—Minister of Industries and Mines, formerly of the IRGC

**Seyyed Masud Mirkazemi**—Minister of Commerce, formerly of the IRGC

**Seyyed Parviz Fattah**—Minister of Energy, former deputy head of IRGC-affiliated construction company Sepasad

**Hoseyn Dehghan**—Deputy to the president and director of the Bonyad-e Shahid va Omur-e Isargaran (Foundation for the Martyrs and the Affairs of Self-Sacrificers), former commander of IRGC of Tehran, former acting commander of IRGC of Isfahan (District 2, National), former commander of IRGC of Lebanon, former commander of District 1 of Sarallah and Sarallah Operations Headquarters, former acting commander of the Air Force of IRGC (Niru-ye Hava'i-ye Sepah-e Pasdaran), former commander of the IRGC Air Force, former acting chairman of the joint headquarters of the IRGC, former general manager of the Cooperatives Foundation of the IRGC

**Mohammad Bagher Zolghadr**—IRGC member, recently resigned as Deputy Minister of the Interior; former deputy commander of the IRGC and one of the founders of Ansar Hezbollah

**Hoseini Shahrudi**—Director of the Indoctrination Bureau of the IRGC

PX642

### Parliamentarians

**Alireza Afshar**—Deputy Minister of Interior, responsible for the administration of the 2008 Majles (parliamentary) elections, including counting and validating ballots; former Basij commander

### Other Government Officials/Advisors

**Yahya Rahim Safavi**—Assistant and senior advisor to commander-in-chief of Iranian Armed Forces (Khamenei), former IRGC chief
**Mohsen Rezai**—Secretary General of Expediency Council, one of the original IRGC members
**Hojjat ol-Eslam Behzad Jalali**—Recently appointed as Khamenei's new representative in the IRGC
**Sadeq Mahsuli**—Appointed as presidential advisor in 2006; involved in construction, oil, and real estate; former IRGC general who fought in the same division as Ahmadinejad during the Iran-Iraq War

### Mayors/Provincial Governors

**Mohammad Baqer Qalibaf**—Mayor of Tehran, former commander of the IRGC Air Force, former commander of the LEF

### University Chiefs

**Kelishadi**—Head of Amir al-Mu'minin University
**Behrouz Moradi**—On faculty at Imam Hosein University; governor of Hamedan
**Mohammad Mehdi Zahedi**—Head of the SBO at the Science and Industry University
**Mardani**—Head of the Iranian SBO
**Ja'far Ya'qubi**—Head of the LBO

PX642

## Bonyad/Media/Business Heads

**Mohammad Forouzandeh**—Director of the Mostazafan and Janba-zan Foundation; former IRGC official
**Brigadier General Ehtessam**—Director of Hara Company
**Hossein Shariatmadari**—Director of *Keyhan* newspaper
**Hoseyn Dehghan**—Deputy to the president and director of the Bonyad-e Shahid va Omur-e Isargaran; former IRGC Air Force commander
**Brigadier General Abdolreza Abedzadeh**—Reconstruction deputy of Khatam al-Anbia

## Current IRGC Officials

**Mohammad Ali Jafari**—New IRGC chief
**Brigadier General Qassem Soleimani**—IRGC commander in charge of the Qods Force
**Hosein Salami**—IRGC Air Force commander
**General Manouchehr Foruzandeh**—Director of Information for the IRGC
**Brigadier General Mohammad Baqer Zolqadr**—Deputy Chief of Staff in Basij Affairs; former Deputy Minister of the Interior
**Ali Akbar Ahmadian**—Recently appointed by Khamenei to head the IRGC's Strategic Studies Center
**Sekhavatmand Davudi**—IRGC commander for Rasht province
**Bahman Reyhani**—IRGC commander for Kermanshah province
**Hojjatol Islam Hussein Taeb**—Deputy commander of the Basij
**Mohammad Hejazi**—Joint Chief of Staff for IRGC, former Basij commander
**General Qassem Kargar**—Head of Basij Ashura Brigade
**Khalil Rastegar**—Basij commander in Hormozgan
**General Mehdi Sa'adati**—Basij commander in Khuzestan province
**Dezham Khoy**—Head of the Ardabil Construction Basij
**Mohammad Yusef Shakeri**—Basij commander in East Azerbaijan province

PX642

**Majid Fathinezhad**—Basij pilot and head of Basij air units

**Alireza Asgarizadeh**—Commander of Hazrat-e Amir Basij base in Dahaghan (Esfahan)

**Karim Qanbarnezhad**—Basij commander in Ardabil

**Commander Soleymani**—IRGC commander of Basij in "factories, offices, and trades"

**Brigadier General Qolam Reza Ahmadi**—IRGC commander in southern Khorassan

**Colonel Firuz Jahantigh**—Head of Sistan-Baluchistan Construction Basij

**Sa'adati**—Basij commander in Khuzestan

**General Behrouz Esbat**i—Basij cultural deputy

**Colonel Charragh**—Basij acting operations deputy


## Former IRGC Officials

**Mohsen Sazegara**—currently a Harvard research fellow, co-founder of IRGC

**Ali Shamkhani**—Head of the Strategic Investigations Center for Defense Affairs and member of the Foreign Policy Committee, co-founder of IRGC

**Mehrdad Bazrpash**—Served as Ahmadinejad's campaign manager during the 2005 election and was then appointed as the president's advisor on youth affairs for the first year of the presidency, former head of Sharif University SBO

**Brigadier General Esma'il Ahmadi-Moqaddam**—Reportedly instrumental in mobilizing IRGC and Basij support for Ahmadinejad during the 2005 election, appointed by Khamenei as commander of the LEF and director of its Drug Control Headquarters; former Basij deputy commander

**Mohsen Rafiqdust (Rafiqdoost)**—Former head of the IRGC and former head of the MJF

**Ezatollah Zarghami**—Director of state radio and television services, including IRIB, the primary state broadcasting service (replacing Ali Larjani); former IRGC member

PX642

PX642

APPENDIX C

## Evolution of the Islamic Republic and the IRGC

Figure C.1 on the following pages presents a timeline of important events for the Islamic Republic of Iran (the top half of the figure) and the IRGC (the bottom half of the figure).

PX642

110   Assessing the Domestic Roles of Iran's Islamic Revolutionary Guards Corps



**Key Events in the Development of the Islamic Republic**

Iraq invades Iran in the southern province of Khuzestan (9/22)

The Assembly of Experts approves the Constitution of the Islamic Republic (Oct)

Iranian Constitution approved by public referendum; Ayatollah Khomeini declares Iran an Islamic Republic (4/1)

Victory of the Islamic Revolution (2/11)

MeK bombs the headquarters of the IRP in response to Khomeini's removal of democratic/leftist president Banisadr. The attack kills 72 high-level government officials (6/28)

Khamenei elected as president (Oct)

Violent clashes occur between government forces and the Mek throughout Iran. Majority of Mek members killed (1981/1982)

Majority of Iraqi troops withdraw from Iranian territory. Khomeini rejects peace offers from Saddam Hussein (Jun)

Ministry of Intelligence and Security (MOIS) is established (Aug)

President Khamenei re-elected (1985)

Rafsanjani elected as president (Jul)

Khamenei ascends to power as Supreme Leader (1989)

Ayatollah Khomeini dies (6/3)

End of the Iran-Iraq War (8/20)

Khomeini appoints Rafsanjani to re-organize and lead the armed forces (Jun)

Elections for the fourth majles result in a power shift favoring a traditionalist/right coalition close to Khamenei. Mohammad Khatami is accused of supporting liberal media and is forced to resign his position as Minister of Culture (1992)

Rafsanjani begins to rebuild industry/infrastructure through a process of economic liberalization (1990)

Iran General Command of the Armed Forces Joint Staffs created (1992)

Rafsanjani re-elected as president (Jun)

1980    1982    1984    1986    1988    1990    1992    1994

Basij force established (Nov)

Under direction from Ayatollah Khomeini, the Revolutionary Guards Corps are established by a decree from the Revolutionary Council on May 5, 1979. The IRGC emerges as the dominant revolutionary armed group. Its goals are to combat "counter revolution" and assist the "liberation movements of oppressed people of the world." (late 1979)

IRGC/Basij respond ferociously to the Mek bombing, executing 7,000 Mek (late June)

The IRGC arrests the Tudeh leadership (1983)

Head of the Basij, Hojjat el-Eslam Salek, states that the Basij forces had succeeded in "doing away with conventional warfare methods and had introduced a new method called Islamic warfare." (1982)

IRGC leadership insists on continuing the war with Iraq despite advice from figures such as Ayatollah Hassan Ali Montazeri, who advocates ending the war in its early stages. (1982)

Ministry of Revolutionary Guards created. (1982)

The IRGC views the war as an opportunity to institutionalize the revolution within Iranian society and to politically marginalize the regular army. (1980)

IRGC commander Mohsen Rezai supports the notion of "Islamic warfare" in stating that Iran does not need many tanks and aircraft to defeat Saddam Hussein's forces. The IRGC and regular army continue to disagree over both strategy and tactics. (1986)

Headquarters Khatam al-Anbia established. (1990)

Rafsanjani encourages government entities, including the IRGC, to engage in business ventures as a way of generating independent income (1993)

Guards Ministry dissolved and reintegrated into the new Ministry of Defense Armed Forces Logistics (MODAFL) headed by Akbar Torkan (1989)

**Key Events in the Evolution of the IRGC**

RAND *MG821-C.1a*

PX642

Evolution of the Islamic Republic and the IRGC    111



**Key Events in the Development of the Islamic Republic**

The MOIS admits to the assassination of five Iranian dissidents in November 1998 (Jan)

Elections for the seventh majles—hardliners gain control (May)

Sayyid Mohammad Khatami elected president (5/23)

Elections for the sixth majles: the reformists win an absolute majority (Feb)

Ahmadinejad elected president (2005)

1994  1996  1998  2000  2002  2004  2006  2008

Ethnic tensions cause rioting in Qazvin. Local IRGC commanders refuse to fire on unarmed protesters. (1994)

Inception of the Construction Basij (2000)

The IRGC forces the closure of the newly opened Imam Khomeini Airport (May)

Twenty-four IRGC commanders write an open letter to Khatami warning him that they will take military action if he cannot effectively suppress internal dissent (7/19)

Mohammad Ali Jafari replaces Yahya Rahim Safavi as the Guards Commander in Chief (9/1)

Yahya Rahim-Safavi, the new IRGC commander, threatens reformists clerics with beheading (Apr)

Command structure of the IRGC and Basij merge after IRGC commander Mohammad Ali Jafari is given the added responsibility of commanding the Basij by a directive from the Supreme Leader's office (9/29)

Khamenei forces Mohsen Rezai to resign his position as commander of the IRGC (9/9)

**Key Events in the Evolution of the IRGC**

RAND MG821-C.1b

PX642

PX642

APPENDIX D

## Provincial Map of Iran

**Figure D.1**
**Provincial Map of Iran**



**RAND** *MG821-D.1*

113

PX642

PX642

APPENDIX E

# Glossary of Persian Terms

**Abadgaran-e Iran-e Islami:** Developers of Islamic Iran
**alghare'eh:** mobile units of the IRGC
**Artesh:** Iran's regular army
**ashura:** male Basij battalion
**bazaari:** member of the traditional merchant class
**Bonyad Mostazafan:** The Foundation of the Oppressed
**Bonyad Shahid va Omur-e Isargaran:** Foundation for the Martyrs and the Affairs of Self-Sacrificers
**Bonyad Shahid va Omur-e Janbazan:** The Foundation of Martyrs and Veteran Affairs
**bonyad:** foundation
**Daftar-e Rahbar:** The office of Supreme Leader Ali Khamenei
**Edareh amaaken:** Office in Ministry of Justice supervising local restaurants, grocery, and retail stores
**fatwa:** religious edict
**Gharbzadeh:** "Westoxified"
**Hezbe E'tedal va Tose'eh:** Justice and Development Party
**Hezbe Kargozaran Sazandegi:** Executives of Construction Party
**Jameeh Rowhaniyyat-e Mobarez:** Association of Militant Clergy
**janbazan:** veterans
**karbala:** a type of Basij special combat group
**komitehs:** committees
**maddahs:** cantors
**Mahdi:** The Imam in Occultation
**Majles:** Iran's national parliament

PX642

**Majma-e Rowhaniyoun-e Mobarez:** Society for Militant Clerics

**marja' taghleed:** source of emulation

**moavenat bassazi:** headquarters of reconstruction

**moavenat khodkafaee:** headquarters of self-sufficiency

**nadanan kari:** inexperience

**Pasdaran:** guards

**Sazman-e Harassat:** An IRGC office that functions much like a regular internal security and intelligence office

**Sazman-e Mujahidin-e Enghelab-e Islami:** Organization of the Islamic Revolution Mujahedin

**Sepah-e Pasdaran-e Enghelab-e Islami:** Army of the Guardians of the Islamic Revolution

**shahid:** martyr

**vali faghih:** the supreme jurist

**velayat-e faghih:** The supremacy or the reign of the qualified Shi'ite jurist

**zahra:** female Basij battalion

**zolfaqar:** a type of Basij special combat group

PX642

# Bibliography

Abrahamian, Ervand, *The Iranian Mojahedin*, New Haven, Conn.: Yale University Press, 1992.

Aftab News, "Officials Should Prevent the Politicization of the Basij," December 1, 2007. As of October 28, 2008:
http://www.aftabnews.ir/vdcamyn49un0i.html

Ahvaz Vision of the Islamic Republic of Iran Khuzestan Provincial TV, "Iranian Khuzestan Basij Commander Meets Media, Press," FBIS IAP20071122950059, November 21, 2007.

Alavitabar, Alireza, "Nezamian and gozar be Democracy" (The military and the path toward democracy), Web page, 2005. As of December 20, 2007:
http://www.aftabnews.ir/vdcd5nk0yt0o.html

Ansari, Hamid, "Framin va vassaya ye saereeh Imam be niroohay ye mossallah" (Imam Khomeini's direct order and testaments to the armed forces), November 26, 2007.

Ardabil Provincial TV, "Ardabil Officials Inaugurate Basij Work Plan," FBIS IAP20070627950072, June 25, 2007a.

————, "Paramilitary Force Works on Construction Projects in Iran's Ardabil," FBIS IAP20070802950066, August 1, 2007b.

————, "Iran: Volunteer Force to Hold Military Drills in Northwestern Border Province," Open Source Center, FBIS IAP20070812950082, August 10, 2007c.

————, "Iranian Official Praises Student Basij Activity," transcript, FBIS IAP20070831950039, August 30, 2007d.

Arjomand, Said, "Authority in Shiism and Constitutional Developments in the Islamic Republic of Iran," in Rainier Brunner and Werner Ende, eds., *The Twelver Shia in Modern Times,* Leiden: Brill, 2001.

Asadi, Jamshid, "Eghtesad-e Rantkhari Dar Iran" (Rent-seeking economy in Iran), Talashonline, no date. As of October 21, 2008:
http://www.talash-online.com/neshrye/matn_28_0_23.html

PX642

Bakhash, Shaul, *The Reign of the Ayatollahs: Iran and the Islamic Revolution*, New York: Basic Books, 1984.

Bashiriyeh, Hossein, *Dibachei bar jamee shenasiy-e Iran* (An introduction to the sociology of politics in Iran), 2nd ed., Tehran: Nashr-e Negah-e Moaser Publications, 2002.

"BBC Monitoring: Iran Media Guide," Caversham BBC Monitoring in English, FBIS IAP20070327950024, March 27, 2007.

BBC News Persian, "Gharardad-e jadid-e tosee-ye meidan-e gazi-e pars-e jonoubi" (Pars Jonoubi new gas contract), May 1, 2005. As of December 20, 2007: http://www.bbc.co.uk/persian/business/story/2005/01/050105_he-ka-gas.shtml

———, "Gharardad-e 1.3 milliard dollari sepah ba vezarat-e naft" (The $1.3 Billion Agreement Between the Guards and the Oil Ministry), May 8, 2006. As of January 28, 2008: http://www.bbc.co.uk/persian/business/story/2006/06/060608_mj-ka-sepah-contract.shtml

"Bonyads Ripe for Restructuring," Middle East Data Project, Inc., Iran Brief 8, December 1999.

Bruno, Greg, "Backgrounder: The Islamic Revolutionary Guards Corps (IRGC)," Council on Foreign Relations, October 25, 2007. As of October 21, 2008: http://www.cfr.org/publication/14324/

Buchta, Wilfried, *Who Rules Iran? The Structure of Power in the Islamic Republic*, Washington, D.C.: Washington Institute for Near East Policy and the Konrad Adenauer Stiftung, 2000.

———, "Iran's Security Sector: An Overview," paper presented at Challenges to Security Sector Governance in the Middle East, Geneva, July 12, 2004.

"Commander Says Basij Not to Allow Intimidation by Terrorists," *Javan*, FBIS IAP20070601011003, May 27, 2007.

"Commentary: Larijani's Resignation Is a Sign of Decline of Conservatives," *Tehran E'temad*, FBIS IAP20071023950111, October 22, 2007.

"Commentary Urges Student Basij to Support Ahmadinezhad Government," *Resalat*, FBIS IAP20070531011001, May 23, 2007.

"Constitution of the Islamic Republic of Iran," English translation, Iranian Embassy, Ottawa, Canada, 1979. As of October 21, 2008: http://www.salamiran.org/IranInfo/State/Constitution/

Cordesman, Anthony H., *Iran's Developing Military Capabilities*, Washington D.C.: Center for Strategic and International Studies, 2005.

"Dam Project Goes to Revolutionary Guards," *Middle East Economic Digest*, October 7, 1994.

PX642

Daragahi, Borzou, "In Iran, It's *Supreme* Leader Only Up to a Point," *Los Angeles Times*, December 31, 2007, pp. A1, A4.

Eisenstadt, Michael, "The Armed Forces of the Islamic Republic of Iran," *Middle East Review of International Affairs*, Vol. 5, No. 1, March 2001, pp. 13–30.

"Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism," U.S. Treasury Department Documents and Publications, Federal Information and News Dispatch, Inc., HP-644, October 25, 2007.

Farhang-e Isaar, homepage, no date. As of January 28, 2008:
http://www.farhangeisar.net

Farhi, Farideh, "Iran's Security Outlook," *Middle East Report Online,* July 9, 2007. As of October 21, 2008:
http://www.merip.org/mero/mero070907.html

Fisk, Robert, "War Wounded Find Comfort from Billion-Dollar Man," *The Independent*, May 26, 1995.

Gharargah-e Sazandegiye Khatam al-Anbia (Ghorb), homepage, last updated February 20, 2007. As of January 28, 2008:
http://www.khatam.com/default_english.asp

"Gharardad-e Shirinsaziye gase faze 12 parse jonubi emza shod" (The Agreement on the Sweetening of Gas from South Pars Phase 12 Has Been Signed), *Shana*, November 4, 2007. As of January 28, 2008:
http://www.shana.ir/118147-fa.html

Ghouchani, Mohammad, "Etelafhaye rangi: Moghadamei bar etelafhaye siasi dar Iran" (Colorful coalitions: An introduction to the political coalitions in Iran), *Nameh*, May 2006, No. 50. As of January 18, 2007:
http://www.nashrieh-nameh.com/articlea.php?mID=34&articleID=797

GlobalSecurity.org, "Bonyad-e Mostazafan va Janbazan," October 5, 2003. As of January 28, 2008:
http://www.globalsecurity.org/military/world/iran/mjf.htm

Green, Jerrold D., Frederic Wehrey, and Charles Wolf, Jr., *Understanding Iran*, Santa Monica, Calif.: RAND Corporation, MG-771-SRF, 2008. As of December 28, 2008:
http://www.rand.org/pubs/monographs/MG771/

"Haftomin khate metroye Iran ra sepah misazad" (7th line of Tehran Metro to be built by IRGC), *Keyhan*, April 20, 2006. As of December 20, 2007:
http://www.safetymessage.com/npview.asp?ID=1038469

Hajjarian, Said, *Jomhuriyat: Afsunzodai az Ghodrat* (Republicanism: Rubbing off charm from power), 2nd ed., Tehran: Tarh-e No Publications, 2000.

Hashemi-Rafsanjani, Ali Akbar, *Besooy ye Sarnevesht* [Towards Destiny], 3rd ed., Tehran, 2007.

PX642

Higgins, Andrew, "As Hard-Liners Rise, Shadowy Revolutionary Guard Muscles in on Airport and Nabs Energy Deals; Dawn Clash Over a Drilling Rig in the Persian Gulf," *Wall Street Journal*, October 14, 2006.

Hiro, Dilip, *The Longest War: The Iran-Iraq Military Conflict,* New York: Routledge, 1991.

International Crisis Group, "What Does Ahmadi-Nejad's Victory Mean?" *Middle East Briefing*, No. 18, Tehran and Brussels, August 2005. As of October 21, 2008: http://www.crisisgroup.org/home/index.cfm?id=3604&l=1

———, "Iran: Ahmadi-Nejad's Tumultuous Presidency," International Crisis Group, *Middle East Briefing*, No. 21, Tehran and Brussels, February 6, 2007. As of October 21, 2008: http://www.crisisgroup.org/home/index.cfm?id=4647&l=1

"Iran: A Fourth of Iranian University Lecturers Are Basij Members," *Javan*, FBIS IAP20070727011008, July 23, 2007.

"Iran: Commander Says Militia Has More Than 12 Million Forces," Vision of the Islamic Republic of Iran Sistan-Baluchestan Provincial TV, FBIS IAP20070523950091, May 23, 2007.

"Iran Clinches Cement Contract," *Middle East Economic Digest,* January 10, 1997.

"Iran: Daily Says Anti-Government University Teachers Increasingly Purged," *Kargozaran* [Executives], FBIS IAP20070826950116, August 25, 2007.

"Iran: East Azabayjan Takes Lead in Construction Basij Plan," Fars News Agency, FBIS IAP20070702950129, July 2, 2007.

Iran Economic News Agency, "Tarh-e LNG 2 va 3 emza shod" (LNG 2 and 3 plans were signed), no date. As of December 20, 2007: http://www.econews.ir/main1.asp?a_id=16672

"Iran: Guards Commander Praises Government's Focus on Islamic Values," *Iran* (Tehran), FBIS IAP20071102950012, October 27, 2007.

"Iran: Political Figures Comment on Violent Groups, Elections, Other Issues," *Tehran Yas-e Now*, FBIS IAP20031216000015, December 8, 2003.

"Iran Press: General Discusses IRGC Role in Engineering, Economic Contracts," *Sharq*, August 13, 2006.

"Iran Press: Student Associations Must Share in University Policies and Decision-Making," *Kargozaran*, September 16, 2007.

Iran Press Service, "Iranians Cool to the Presidential Election," *Safa Haeri*, May 17, 2005.

"Iran: Profile of IRGC-Linked Website, Sobhe-Sadegh," OSC Media Aid in English, GMF20060427388002, April 27, 2006.

PX642

"Iranian Official Heralds New Basij News Agency, Weekly," *Keyhan* (Tehran), FBIS IAP20070903950076, September 3, 2007.

"Iranian Paper Says Airport Controversy Takes Iran's Internal Divisions 'Sky-High,'" *Iran Daily* (Tehran), FBIS IAP20040510000022, May 10, 2004.

"Iranian Paper Says Iran's Prestige Damaged By 'Embarrassing' Airport Closure," *Iran News* (Tehran), FBIS IAP20040510000031, May 10, 2004.

"Iranian Resistance Force Involved in Development of East Azarbayjan," Fars News Agency, FBIS IAP20070621950059, June 21, 2007.

Iranian Students News Agency, "Report on Ministry of Intelligence Press Conference." Gooya News, August 31, 2004. As of October 24, 2008: http://news.gooya.com/politics/archives/015502.php

"Iran's Man for All Crises Bows Out," Agence France Presse, October 20, 2007.

IRNA—*see* Islamic Republic of Iran News Agency.

Islamic Republic of Iran News Agency, "Iranian Transportation Ministry Denies Blaming IRGC For Closure of New Airport," FBIS IAP20040831000004, August 31, 2004.

———, "Iranian Paramilitaries Start Drills in East Azarbayjan," Open Source Center, FBIS IAP20070809950061, August 8, 2007a.

———, "Iran: Forty Battalions of Basij Force Carry Out Exercise in Tehran Region," Open Source Center, FBIS IAP20070809950102, August 9, 2007b.

———, "Iran: Guards Commander Says Change in Guards Strategy Necessary," FBIS IAP20070817950094, August 17, 2007c.

———, "Iranian Provincial Commander Calls for More Cooperation with Media," FBIS IAP20070926950125, September 25, 2007d.

———, "Workshop in Ardabil on Reporting About Paramilitary Forces' Activities," FBIS IAP20071114950125, November 14, 2007e.

———, "More Than Thirty-Six Percent of Working Women Have a College Education," April 08, 2008. As of October 28, 2008: http://www.sci.org.ir/portal/faces/public/census85/census85.news

Islamic Republic of Iran Network Television (Tehran), "OSC: Iranian TV Describes Detained Iranian-American Esfandiari as 'Mosad Spy,'" FBIS IAP20070512011017, May 12, 2007a.

———, "Iran War Experience at Service of Agriculture and Construction," BBC World Monitoring, August 8, 2007b.

Jafari, M. A., "The main mission of the IRGC is to deal with the internal enemies," Mizan News, September 29, 2007. As of October 21, 2008: http://www.mizannews.com/default.asp?nid=2386

PX642

Jafarzadeh, Alireza, "Islamic Revolutionary Guards Corp (IRGC): Control Over All Aspects of the Iranian Regime," Strategic Policy Consulting, statement National Press Club meeting, August 22, 2007.

Kamrava, Mehran, "Military Professionalization and Civil-Military Relations in the Middle East," *Political Science Quarterly*, Vol. 115, No. 1, Spring 2000, pp. 67–92.

———, "Iranian National-Security Debates: Factionalism and Lost Opportunities," *Middle East Policy*, Vol. 14, No. 2, Summer 2007, pp. 84–100.

Katzman, Kenneth R., "The Pasdaran: Institutionalization of Revolutionary Armed Force," *Iranian Studies*, Vol. 26, No. 3–4, Summer 1993, pp. 389–402.

———, *The Warriors of Islam: Iran's Revolutionary Guards*, Boulder, Colo.: Westview Press, 1993

Khalaji, Mehdi, "Iran's Revolutionary Guard Corps, Inc.," Washington Institute for Near East Policy, *PolicyWatch,* No. 1273, August 17, 2007.

Khaligh, Behrouz, "Changes in the Political Structure of the Islamic Republic: From the Clerical Oligarchy to the Oligarchy of the Clerics and Guards," Akhbar e Rouz, July 4, 2006a. As of November 10, 2008 (in 10 sections):
http://www.akhbar-rooz.com/article.jsp?essayId=4055
http://www.akhbar-rooz.com/article.jsp?essayId=4220
http://www.akhbar-rooz.com/article.jsp?essayId=4435
http://www.akhbar-rooz.com/article.jsp?essayId=4576
http://www.akhbar-rooz.com/article.jsp?essayId=4702
http://www.akhbar-rooz.com/article.jsp?essayId=4844
http://www.akhbar-rooz.com/article.jsp?essayId=4952
http://www.akhbar-rooz.com/article.jsp?essayId=5123
http://www.akhbar-rooz.com/article.jsp?essayId=5317
http://www.akhbar-rooz.com/article.jsp?essayId=5587

———, "Mogheiyate Sepah Pasdaran va Rohaniyat dar sakht-e Ghodrat: Taghyirat dar sakhtar-e siasi-e jomhouri-e eslami, gozar as eligareshi rohaniyat be eligareshi rohaniyat va sepah" (IRGC's position in the power structure of the Islamic Republic: From power of clerics to power of clerics and military), Akhbar-Rooz, July 11, 2006b. As of December 20, 2007:
http://www.akhbar-rooz.com/article.jsp?essayId=4220

———, "Tagheerat dar sakhtar jomhouri eslami: gozar az oligarshi rowhaniat be oligarshi rowhniat va sepsh" (Transformation in the political structure of the Islamic Republic: A passage from the clerical oligarchy to the oligarchy of the clergy and the IRGC), July 20, 2006c. As of January 28, 2008:
http://www.iran-chabar.de/article.jsp?essayId=4435

Khomeini, Hassan, "Control-e gheire rasmiye jamee nesbat be khod bozorgtarin amel-e control-e jamee ast*"* (Indirect group controls the main instrument for group control), Web page, August 20, 2007. As of January 28, 2008:
http://www.aftab-yazd.com/textdetalis.asp?at=10/20/2007&aftab=8&TextID=19106

PX642

Khuri, Fuad, "The Study of Civil-Military Relations in Modernizing Societies in the Middle East: A Critical Assessment," in R. Kolkowitz and A. Korbonski, eds., *Soldiers, Peasants and Bureaucrats: Civil-Military Relations in Communist and Modernizing Societies,* London: George Allen and Unwin, 1982.

Kimmit, Robert," The Role of Finance in Combating National Security Threats," address made to the Washington Institute for Near East Policy's Soref Symposium, May 10, 2007.

Lee, Dongmin, "Chinese Civil Military Relations: The Divestiture of the People's Liberation Army Business Holdings," *Armed Forces and Society*, Vol. 32, No. 3, April 2006, pp. 437–453.

Levitt, Matthew, "Make Iran Feel the Pain," *Wall Street Journal Europe,* July 2, 2007.

"Malekan-e Saham-e Khodro Dar Burs-e Tehran" (Shareholders of automobile industry in Tehran Bourse), *Hamshahri*, December 20, 2005. As of December 27, 2007:
http://www.aftab.ir/news/2005/dec/28/c2c1135767383_economy_marketing_business_bourse.php

Medeiros, Evan S., Roger Cliff, Keith Crane, James C. Mulvenon, *A New Direction for China's Defense Industry,* Santa Monica, Calif.: RAND Corporation, MG-334-AF, 2005. As of January 28, 2008:
http://www.rand.org/pubs/monographs/MG334/

Mehr News Agency "IRGC Commander Takes Charge of Basij Forces," September 29, 2007. As of June 23, 2008:
http://www.mehrnews.ir/en/NewsDetail.aspx?NewsID=561003

Mehrnews, "Farmandehi niruye moghavemate basij be sardar Jafari mohavval shod" (The command of Basij was assigned to Jafari). As of December 27, 2007:
http://www.mehrnews.com/fa/newsdetail.aspx?NewsID=560514

"Military, Inc.: The Political Economy of Militarization in Pakistan," summary of a conference at the Woodrow Wilson Center for International Scholars, June 21, 2005. As of October 22, 2008:
http://www.wilsoncenter.org/index.cfm?fuseaction=event.event_summary&event_id=122809

Ministry of Oil News Agency, "Emza-e Gharardad-e Shirinsaziy-e Gas projey-e Iran LNG" (The contract of gas sweetening of Iran's LNG project was signed), November 4, 2007. As of December 20, 2007:
http://www.aftab.ir/news/2007/nov/04/c2c1194182514_economy_marketing_business_oil_lng.php

"Mobilization Force Demands Halt of Cooperation with IAEA," Fars News Agency (Internet Version), FBIS IAP20070327950047, March 27, 2007.

PX642

Mostazafan Foundation, homepage, 2008. As of January 28, 2008:
http://www.irmf.ir/default.aspx

Mulvenon, James, *Soldiers of Fortune: The Rise and Fall of the Chinese Military-Business Complex: 1978–1998,* Armonk, New York, and London: M. E. Sharpe, 2001

Murphy, Kim, "Iran's Guard Builds a Fiscal Empire," *Los Angeles Times*, August 26, 2007.

Nafisi, Rasool, "The Khomeini Letter: Is Rafsanjani Warning the Hardliners?" Iranian.com, October 11, 2006. As of October 21, 2008:
http://www.iranian.com/RasoolNafisi/2006/October/Nuclear/index.html

"Namayandeye vali faghi dar sepah-e padaran: sepah nabayad abzar-e tashakkolhaye siasi shaved" (Representative of the Supreme Leader to the IRGC: The IRGC should not get involved in politics), *Sharq,* July 2006. As of December 27, 2007:
http://www.magiran.com/npview.asp?ID=1144000

National Iranian Gas Company, "Ba hozur-e vazir-e naft va farmandeye kolle sepah-e pasdaran: emza-e moghavelenameye projeye ehdas-e khat lule-e haftom-e sarasari-e gas" (The seventh national gas pipeline contract was signed in presence of the minister of oil and the head of IRGC), June 10, 2006. As of December 20, 2007:
http://www.nigc.ir/Site.aspx?ParTree=111816&LnkIdn=28999

"Nobody Influences Me!" *Time Magazine*, December 10, 1979. As of October 23, 2008:
http://www.time.com/time/magazine/article/0,9171,912545-1,00.html

Nourizadeh, Alireza, "Iran Makes Last Minute Delegation Change Before US Meeting," *al-Sharq al-Awsat*, May 29, 2007.

"Official Provides Details About Internet Filtering," E'ternad (Internet Version), FBIS IAP20070414950102, April 14, 2007.

Omestad, Thomas, "Iran's Culture War," *U.S. News and World Report,* July 27, 1998, pp. 33–51.

Open Source Center, "Iran: Mostazafan va Janbazan Supports Veterans, Covert Activities," May 2, 2006.

———, "Iran: Kermanshah Province Highlights, 9–21 Jun," *OSC Summary in Persian*, IAP20070705434001, June 9–July 5, 2007a.

———, "Iran: Ahmadinezhad Government Reverses Civil Society Gains," Open Source Center Analysis, FBIS IAF20070620564001, June 20, 2007b.

———, "Highlights: Iran Economic Sanctions, Government Corruption 25–31 Oct 07," FBIS IAP20071116306003, *OSC Summary in Persian*, October 25–31, 2007c.

PX642

———, "Iran Economic Sanctions, Government Corruption 1-7 Nov 07," *OSC Summary in Persian*, IAP20071119306005, November 1–7, 2007d.

———, "Analysis: Iranian National Security Adviser Stresses Revolution's Ideals," OSC Feature: Iran, FEA20071106398147, November 5, 2007e.

———, "Selection List—Persian Press Menu 17 Nov 07," OSC Summary in Persian, IAP20071117011005, November 17, 2007f.

———, "Iran: Highlights: Iranian Military Developments 23–29 November 2007," *OSC Summary in English,* IAP20071203397002, November 23–29, 2007g.

———, "Iran: Iranian TV Features Basij Parades Across Iran," *OSC Report in Persian,* IAP20071210598001, November 26, 2007h.

———, "Highlights: Iranian Media Developments, November 2007," OSC Summary in Persian, IAP20071205584001, December 5, 2007i.

"Paper Analyses Activities of Political Student Organizations in Iran," *E'temad-e Melli* (Tehran), FBIS IAP20070905950036, September 4, 2007.

Pars Special Economic Energy Zone, "Didar-e Jami az maghamat-e arshad-e sepah pasdaran as tasisat-e parse jonubi" (Visit of IRGC top rank officials from Pars Jonoubi establishments), May 29, 2007. As of January 28, 2008 http://www.pseez.ir/1049-fa.html

"Persian Press: Education Minister Reveals Plans to Make Universities 'Islamic,'" *Sharq*, FBIS IAP20070803011002, July 29, 2007.

"Persian Press: Grand Ayatollah Makarem-Shirazi Urges Exporting Basiji Ideology," *Javan*, IAP20070718011009, July 16, 2007.

"Persian Press: Official Says High Schools Should Have Basij Force Branches," *Marjan*, FBIS IAP20070319005010, February 24, 2007.

"Persian Press: Tehran Mayor Said to Criticize Government Policies," *Mardom Salari* (Tehran), FBIS IAP20071121004006, November 17, 2007.

"Persian Press: University Student Basij Urge President Act Over Studying Abroad," *Nesf-e Jahan*, FBIS IAP20070708011007, June 16, 2007.

Petrochemical Research and Technology Company, Event List, Web page, October 7, 1997. As of October 21, 2008: http://www.npc-rt.ir/eventlist-fa-1386-2-2.html

Picard, Elizabeth, "Arab Military in Politics: from Revolutionary Plot to Authoritarian State," in Albert Hourani, Philip S. Khoury, Mary C. Wilson, eds., *The Modern Middle East,* Berkeley and Los Angeles: University of California Press, 1993.

Pollack, Kenneth M., *The Persian Puzzle: The Conflict Between Iran and America*, New York: Random House, 2004.

PX642

Posch, Walter, "Iran's Domestic Politics: The 'Circles of Influence': Ahmadinejad's Enigmatic Networks," European Union Institute for Security Studies, October 19, 2005.

Presidency of the Islamic Republic of Iran, Cabinet of Mahmoud Ahmadinejad, 2007. As of December 20, 2007:
http://www.president.ir/en

"Prominent Iranian Conservatives Meet to Discuss Election Ties, Unity," *Tehran E'temad,* FBIS IAP20071225950074, December 24, 2007.

Raadmanesh, Maaziar, "Imam Reza Was the First Basij," Roozonline.com, November 23, 2007. As of October 28, 2008:
http://www.roozonline.com/archives/2007/11/post_4916.php

Radiofarda, "Taghyir-e farmandeye sepah pasdaran: manshae khareji angizeye dakheli" (Change in IRGC command structure: Foreign force, inside incentive), August 2, 2007a. As of January 28, 2008:
http://radiofarda.com/ArticlePrint.aspx?id=410043

———, "Sepah, Terrorism, and Militarism Irani dar meidan-e Jahani" (IRGC, Terrorism and Iranian Militarism in the globe), August 15, 2007b. As of December 27, 2007:
http://www.radiofarda.com/ArticlePrint.aspx?id=407336

Radio Free Europe/Radio Liberty, *RFE/RL Iran Report*, Vol. 3, No. 18, May 8, 2000. As of October 21, 2008:
http://archive.rferl.org/reports/iran-report/2000/05/18-080500.asp

———, *RFE/RL Iran Report*, Vol. 4, No. 6, February 12, 2001. As of October 21, 2008:
http://archive.rferl.org/reports/iran-report/2001/02/6-120201.asp

———, *RFE/RL Iran* Report, Vol. 6, No. 25, June 16, 2003. As of October 21, 2008:
http://archive.rferl.org/reports/iran-report/2003/06/25-160603.asp

———, *RFE/RL Iran Report*, Vol. 8, No. 31, August 9, 2005a. As of October 21, 2008:
http://archive.rferl.org/reports/iran-report/2005/08/31-090805.asp

———, *RFE/RL Iran Report*, Vol. 8, No. 34, August 29, 2005b. As of October 21, 2008:
http://archive.rferl.org/reports/iran-report/2005/08/34-290805.asp

"RAK Unveils Multi-Billion Dollar Plans," *Middle East Economic Digest*, June 3, 2005.

"Rasht IRGC Commander Comments on Basij Goals in Misaq Program," *Rasht Mo'in*, FBIS IAP20070712011010, June 19, 2007.

PX642

Rezai, Mohsen, "Zendeguinameh" (Autobiography), Web page, May 8, 2005. As of January 28, 2008: http://www.rezaee.ir/?p.160

Sajed, homepage, no date. As of January 28, 2008: http://sajed.ir

Samii, A. William, "Factionalism in Iran's Domestic Security Forces," *Middle East Intelligence Bulletin*, Vol. 4, No. 2, February 2002. As of October 21, 2008: http://www.meib.org/articles/0202_me2.htm

Sazegara, Mohsen, "Sepah va seh enherof" (The IRGC and three aberrations), July 23, 2006. As of October 21, 2008: http://www.sazegara.net/persian/archives/2006/07/060723_154435.html

Schahgaldian, Nikola B., and Gina Barkhordarian, *The Iranian Military Under the Islamic Republic,* Santa Monica, Calif.: RAND Corporation, R-3473-USDP, 1987. As of October 21, 2008: http://www.rand.org/pubs/reports/R3473/

"Secretary of Conservative Front on Preparations for Election," *Resalat* (Tehran), FBIS IAP20071227011022, December 20, 2007

Sepehri, Vahid, "Iran: New Commander Takes Over Revolutionary Guards," *RFE/RL Iran Report*, Vol. 10, No. 28, September 5, 2007. As of January 28, 2008: http://www.rferl.org/reports/FullReport.aspx?report=571&id=2007/09/571-10-28

Shahrgone, "Vagozari-e ehdas-e khat-e lule-e gaz be sepah bedune anjame tashrifat-e monaghese," no date.  As of January 28, 2008: http://shahrgone.com/index.php?mode=print&news=1938

Siddiqa, Ayesha, *Military, Inc.: Inside Pakistan's Military Economy,* London: Oxford University Press, 2007.

Silver, Vernon, "The Bank Behind Iran's Missiles," *Bloomberg Markets*, October 2007.

Singh, Swaran, "The Rise and Fall of the PLA's Business Empire: Implications for China's Military Relations," *Strategic Analysis*, Vol. 23, No. 2, May 1999.

*Sobh-e Sadegh,* weekly magazine, November 17, 2007. As of October 21, 2008: http://www.sobhesadegh.ir/

"Special Report: Iran," *Middle East Economic Digest*, August 24–30, 2007.

"Student Unrest Marks Iran President's University Lecture," BBC World Monitoring, FEA20071008352786-OSC Feature, October 8, 2007.

Teacher's Basij Organization, "Danestanihaye morabiane tarbiati dar tarh-e misaq" (Information for "cultural" instructors in the Misaq plan), no date. As of December 27, 2007: http://www.irantopweb.ir/images/files/farhangiyan/morabiane tarbiati

PX642

Technology Development of Iranian Oil Industry, *Negahi be amalkard-e sherkat-e melli naft dar sal-e 1385* (National Iranian Oil Company outlook 2006), 2006. As of December 20, 2007:
http://www.tdca.ir/index.php?page=reporttext&uid=5164

Tehran City Hall Information Management Organization, "Bakhsi az khat-e ahane Tehran Tabriz be zire zamin montaghel mishavad" (Section of the Tehran-Tabriz Railroad Trach Has Been Transferred Underground), February 13, 2007. As of January 28, 2008:
http://www.tehransama.ir/NewsDetail.aspx?NewsID=11208

Tellier, Frederic, *The Iranian Moment,* Washington, D.C.: Washington Institute for Near East Policy, February 2006.

*Towse'eh* (Persian), "Iran: Report Views Positive Change of LEF Towards Students," FBIS IAP20030627000013, June 16, 2003.

"Turkish Firm Signs up for Tehran Airport," *Middle East Economic Digest*, April 30, 2004.

Vision of the Islamic Republic of Iran Network, "Iran Revolution Guards Hold 'Asymmetric Warfare' Ashura-5 Exercises," FBIS IAP20040913000110, September 13, 2004.

———, "IRGC Ground Force Commander Speaks on Reorganization, Combat Plans" FBIS IAP20050309000087, March 9, 2005.

Vision of the Islamic Republic of Iran Network 1, "FYI—Commander of Iran's Basij Interviewed on Development Basij Day," FBIS IAP20070510950001, May 9, 2007a.

———, "Iran: Military Official Replaces President's Advisor as Deputy Interior Minister," IAP20070826950057, August 26, 2007b.

Vision of the Islamic Republic of Iran Sistan-Baluchestan Provincial TV, "Iran: Commander Says Militia Has More Than 12 Million Forces," IAP20070523950091, May 23, 2007a.

———, "Iranian Militia Chief Names Commander in Sistan-Baluchestan," Open Source Center, FBIS IAP20070524950023, May 23, 2007b.

———, "Iran: 'Passive Defense' Contract Held in Southeast," Open Source Center, IAP20080102950084, January 1, 2008.

Vision of the Islamic Republic of Iran West Azarbayjan Provincial TV, "Paramilitaries in Iranian West Azarbayjan Province Attend Training Courses," Open Source Center, FBIS IAP20070726950056, July 25, 2007.

"Website Forecasts Central Bank Chief as Next Victim of Iran's Cabinet Reshuffle," Tehran Baztab, FBIS IAP20070818950092, August 17, 2007.

*Yaletharat*, Vol. 402, November 29, 2006.

PX642

*Yas-e Now* (Persian) "Iran: Political Figures Comment on Violent Groups, Elections, Other Issues," FBIS IAP2003121600005, December 8, 2005.

"Zanjan Islamic Guards Chief Notes Importance of Basij Training Camps," Iranian Labor News Agency, FBIS IAP20070626950077, June 25, 2007.

Zibakalam, Sadegh, *Veda ba dovvom-e Khordad* (Farewell with 2nd of Khordad), 1st ed., Tehran: Rouzane Publications, 2003.

PX642

PX663

# U.S. Says Arms Link Iranians to Iraqi Shiites

nytimes.com/2007/02/12/world/middleeast/12weapons.html

February 12, 2007

BAGHDAD, Feb. 11 — After weeks of internal debate, senior United States military officials on Sunday literally put on the table their first public evidence of the contentious assertion that Iran supplies Shiite extremist groups in Iraq with some of the most lethal weapons in the war. They said those weapons had been used to kill more than 170 Americans in the past three years.

Never before displayed in public, the weapons included squat canisters designed to explode and spit out molten balls of copper that cut through armor. The canisters, called explosively formed penetrators or E.F.P.s, are perhaps the most feared weapon faced by American and Iraqi troops here.

In a news briefing held under strict security, the officials spread out on two small tables an E.F.P. and an array of mortar shells and rocket-propelled grenades with visible serial numbers that the officials said link the weapons directly to Iranian arms factories. The officials also asserted, without providing direct evidence, that Iranian leaders had authorized smuggling those weapons into Iraq for use against the Americans. The officials said such an assertion was an inference based on general intelligence assessments.

That inference, and the anonymity of the officials who made it, seemed likely to generate skepticism among those suspicious that the Bush administration is trying to find a scapegoat for its problems in Iraq, and perhaps even trying to lay the groundwork for war with Iran.

Officials at the Iranian Embassy in Baghdad said they had no comment on the American accusations, the latest in a back-and-forth between the countries as tension has escalated over Tehran's rising influence in Iraq and elsewhere in the Middle East and suspicions about its nuclear energy program. And while the Americans displayed what they said was the physical evidence of their claims about Iran's role in Iraq, they also left many questions unanswered, including proof that the Iranian government was directing the delivery of weapons.

The officials were repeatedly pressed on why they insisted on anonymity in such an important matter affecting the security of American and Iraqi troops. A senior United States military official gave a partial answer, saying that without anonymity, a senior Defense Department analyst who participated in the briefing could not have contributed.

The officials also were defensive about the timing of disclosing such incriminating evidence, since they had known about it as early as 2004. They said E.F.P. attacks had nearly doubled in 2006 compared with the previous year and a half.

PX663

"The reason we're talking about this right now is the vast increase in the number of E.F.P.s being found," one official said. American-led forces in Iraq, the official said, "are not trying to hype this up to be more than it is."

Whatever doubts were created about the timing and circumstances of the weapons disclosures, the direct physical evidence presented on Sunday was extraordinary.

The officials said the E.F.P. weapons arrived in Iraq in the form of what they described as a "kit" containing high-grade metals and highly machined parts — like a shaped, concave lid that folds into a molten ball while hurtling toward its target.

For the first time, American officials provided a specific casualty total from these weapons, saying they had killed more than 170 Americans and wounded 620 since June 2004, when one of the devices first killed a service member.

But then the officials went much further, asserting without specific evidence that the Iranian security apparatus, called the Islamic Revolutionary Guard Corps - Quds Force controlled delivery of the materials to Iraq. And in a further inference, the officials asserted that the Quds Force, sometimes called the I.R.G.C. - Quds, could be involved only with Iranian government complicity

.

"We have been able to determine that this material, especially on the E.F.P. level, is coming from the I.R.G.C. - Quds Force," said the senior defense analyst. That, the analyst said, meant direction for the operation was "coming from the highest levels of the Iranian government."

At least one shipment of E.F.P.s was captured as it was smuggled from Iran into southern Iraq in 2005, the officials said. Caches and arrays of E.F.P.s, as well as mortars and other weapons traceable to Iran, have been repeatedly found inside Iraq in areas dominated by militias known to have ties to Iran, the officials said. One cache of antitank rocket-propelled grenades and other items was seized as recently as Jan. 23, the officials said.

The precise machining of E.F.P. components, the officials said, also links the weapons to Iran. "We have no evidence that this has ever been done in Iraq," the senior military official said.

The officials also gave fresh details on recent American raids in Baghdad and the northern city of Erbil in which Quds Force members were picked up and accused of working with extremist groups to plan attacks on American and Iraqi forces.

Some of the five Iranians still being detained after they were picked up in Erbil on Jan. 11 had been flushing documents down a toilet when they were found, the defense analyst said, and they had recently been engaged in "changing their appearance" — apparently shaving their heads, though for what reason the analyst did not know.

PX663

An earlier raid in Baghdad was carried out, the officials said, after American forces received word that the No. 2 Quds Force official, whom they identified as Mohsin Chizari, was unexpectedly in Iraq. When Mr. Chizari was picked up in a raid in December, he was carrying false identification, the officials said.

He was later released to the Iraqi government with another Iranian official who was picked up at the same time. The Iraqis asked both Iranians to leave the country.

The senior defense analyst said there was no direct link between the detained Iranians and the physical evidence presented on Sunday. But the analyst said, "the overall tenor" of the evidence was that Mr. Chizari was implicated in bringing E.F.P.s into Iraq.

The briefing also presented new information on what the Americans call the smuggling routes. There are three main routes, officials said: the Mandelli border crossing, east of Baghdad; the Mehran crossing, in the marshes to the south; and in the southern city of Basra.

Paid Iraqis, rather than Iranians themselves, carry the materials across the border, the officials said.

The senior military official blamed recent press reports for, he said, overstating the importance of the weapons presentation, which had been delayed. Part of the delay reflected a view among officials in Washington that the original presentation was insufficiently strong. Officials here did not address that element of the internal debate.

The senior American military official did make it clear that declassifying the material took place only after weeks of analysis on what information could be useful to hostile forces — information that has mostly been kept out of the public eye since the E.F.P.s began turning up in Iraq. "We publicly have not acknowledged E.F.P.s for the past two years," the senior military official said.

Laid out on the tables themselves were the tailfins of dozens of apparently used mortar shells, as well as intact mortar shells, rocket-propelled grenades, cases for some of the weaponry, the E.F.P., and two identification cards the officials said were taken in the Erbil raid.

The shells had serial numbers in English in order to comply with international standards for arms, the officials said. One grenade, for instance, was marked with the serial number P.G.7-AT-1 followed by LOT:5-31-2006. The officials said that the serial numbers clearly identified the grenade as being of Iranian manufacture and the date showed that it had been made in 2006.

Commanders in Baghdad are acutely aware of the deadly E.F.P.s. Col. Steve Townsend, commander of the Third Stryker Brigade Combat Team in Baghdad, said his unit has encountered about a dozen E.F.P.s in the past two months.

PX663

Iran's role in Iraq has been discussed in recent months in public and private testimony by senior intelligence officials. In testimony last month, Gen. Michael V. Hayden, director of the Central Intelligence Agency, said "there's a clear line of evidence that points out the Iranians want to punish the United States, hurt the United States in Iraq, tie down the United States in Iraq, so that our other options in the region, against other activities the Iranians might have, would be limited."

Senator John D. Rockefeller IV, the West Virginia Democrat who chairs the Senate Intelligence Committee, said last month that he believed that Iranian operatives inside Iraq were supporting Shiite militias and working against American troops.

But he also asserted that the White House had a poor understanding of Iranian calculations and added that he was concerned that the Bush administration was building a case for a more confrontational policy toward Tehran.

**Special offer.** Subscribe for
~~$4.25~~ $1 a week.
**Thanks for reading The Times.**
EXPAND

# The New York Times

Special offer.
SUBSCRIBE NOW
Cancel or pause anytime.

PX663

PX665

# Iran Arming, Training, Directing Terror Groups in Iraq, U.S. Official Says

army.mil/article/3890/iran_arming_training_directing_terror_groups_in_iraq_u_s_official_says



WASHINGTON (American Forces Press Service, July 3, 2007) - While al Qaeda in Iraq remains the main enemy in the country, coalition and Iraqi forces are increasingly targeting groups whose training, funding and supplies come from Iran, a spokesman for Multinational Force Iraq said yesterday.

Brig. Gen. Kevin Bergner also said Iran is funding Hezbollah operatives in Iraq. Hezbollah is a Shiia extremist group based in Lebanon. The terror group has seats in the Lebanese parliament and operates as a shadow government for Shiia areas of that country. Iran trains, supplies and funds that group.

Actions against these Iraqi groups have allowed coalition intelligence officials to piece together the Iranian connection to terrorism in Iraq. Brig. Gen. Bergner said that Iran's Quds Force, a special branch of Iran's Revolutionary Guards, is training, funding and arming the Iraqi groups.

PX665

"It shows how Iranian operatives are using Lebanese surrogates to create Hezbollah-like capabilities," Brig. Gen. Bergner said. "And it paints a picture of the level of effort in funding and arming extremist groups in Iraq."

The general said the coalition and Iraqi security forces are working to interdict the flow from Iran of weapons, funding and training.

Brig. Gen. Bergner said these special Iraqi groups have evolved over the past three years into largely rogue elements that use a cellular structure to operate independently.

"In the past few months, since the surge of forces began, Iraqi and coalition forces have conducted a range of operations against these special groups," he said, noting that coalition and Iraqi forces have killed or captured 21 of the higher-level operatives since February.

The groups operate throughout Iraq. They planned and executed a string of bombings, kidnappings, sectarian murders and more against Iraqi citizens, Iraqi forces and coalition personnel. They receive arms -- including explosively formed penetrators, the most deadly form of improvised explosive device -- and funding from Iran. They also have received planning help and orders from Iran, Brig. Gen. Bergner said.

One group leader was Azhar Dulaymi, whom coalition forces killed May 19. Brig. Gen. Bergner said the terrorist led the Jan. 20 attack on the Provincial Joint Coordination Center in Karbala that killed five U.S. Soldiers. Dulaymi worked closely with Ali Musa Daqduq and Qayis Khazali, two men with direct links to Iran.

Coalition forces captured Daqduq on March 20. "He is Lebanese-born and has served for the past 24 years in Lebanese Hezbollah," Brig. Gen. Bergner said. "He was in Iraq working as a surrogate for Iranian Revolutionary Guards Corps Quds Force operatives involved with special groups."

Daqduq, a member of Hezbollah in Lebanon since 1983, served as a bodyguard for Hezbollah leader Sayyad Hassan Nazrullah. He also led Hezbollah operations in large areas of Lebanon, Brig. Gen. Bergner said.

"In 2005, he was directed by senior Lebanese Hezbollah leadership to go to Iran and work with the Quds Force to train Iraqi extremists," the general said. "In May 2006, he traveled to Tehran with Yussef Hashim, a fellow Lebanese Hezbollah and head of their operations in Iraq. There they met with the commander and deputy commander of the Iranian Quds Force special external operations."

Daqduq was ordered to Iraq to report on the training and operations of the Iraqi special groups. "In the year prior to his capture, Ali Musa Daqduq made four trips to Iraq," Brig. Gen. Bergner said. "He monitored and reported on the training and arming of special groups

2/3

PX665

in mortars and rockets, manufacturing and employment of improvised explosive devices, and kidnapping operations. Most significantly, he was tasked to organize the special groups in ways that mirrored how Hezbollah was organized in Lebanon."

Daqduq also helped the Quds Force in training Iraqis inside Iran. "Quds Force, along with Hezbollah instructors train approximately 20 to 60 Iraqis at a time, sending them back to Iraq organized into these special groups," he said. "They are being taught how to use (explosively formed penetrators), mortars, rockets, as well as intelligence, sniper and kidnapping operations."

The Quds Force also supplies the groups with weapons and a funding stream of between $750,000 to $3 million a month. "Without this support, these special groups would be hard-pressed to conduct their operations in Iraq," Brig. Gen. Bergner said.

When captured, Daqduq had detailed documents that discussed tactics to attack Iraqi and coalition forces. "He also had a personal journal that shows his involvement with extremist operations in Iraq," the general said. "His diary also notes meeting with special group members who were targeting other Iraqis and coalition forces in the Diyala province using IEDs, as well as small-arms fire."

Khazali was captured with Daqduq. He was in charge of these groups throughout Iraq since June 2006. He is an Iraqi who worked to develop the Iraqi groups into a network similar to Hezbollah.

"It is important to point out that both Ali Musa Daqduq and Qayis Khazali state that senior leadership within the Quds Force knew of and supported planning for the eventual Karbala attack that killed five coalition Soldiers," Brig. Gen. Bergner said. "Ali Musa Daqduq contends the Iraqi special groups could not have conducted this complex operation without the support and direction of the Quds Force.

"Ali Musa Daqduq and Qayis Khazali both confirm that Qayis Khazali authorized the operation and Azhar al Dulaymi, who we killed in an operation earlier this year, executed the operation."

All of this is counter to pledges Iran has made to the Iraqi government to respect territorial boundaries and work to ease violence inside Iraq, Brig. Gen. Bergner said.

"The government of Iran has committed to help work with the government of Iraq in addressing the security problems in this country," he said. "I think the most clear and important message to take from this is, there does not seem to be any follow-through on the commitment that Iran has made to work with Iraq in addressing the ... destabilizing security issues here in Iraq."

3/3

PX665

PX670



A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLYSTANDARD.COM*

# IRAQ REPORT

SGT. ERNEST HENRY / U.S. DEPARTMENT OF DEFENSE PHOTO

A paratrooper from 1-501 Airborne escorts a rogue Jaish Al Mahdi rocket cell militant to the pickup zone after completing a precision raid to disrupt the cell on August 12.

*May 2006 – August 20, 2007*

# Iran's Proxy War against the United States and the Iraqi Government

## by KIMBERLY KAGAN

### Summary

*Iran, and its Lebanese proxy Hezbollah, have been actively involved in supporting Shia militias and encouraging sectarian violence in Iraq since the invasion of 2003—and Iranian planning and preparation for that effort began as early as 2002. The precise purposes of this support are unclear and may have changed over time. But one thing is very clear: Iran has consistently supplied weapons, its own advisors, and Lebanese Hezbollah advisors to multiple resistance groups in Iraq, both Sunni and Shia, and has supported these groups as they have targeted Sunni Arabs, Coalition forces, Iraqi Security Forces, and the Iraqi Government itself. Their influence runs from Kurdistan to Basrah, and Coalition sources report that by August 2007, Iranian-backed insurgents accounted for roughly half the attacks on Coalition forces, a dramatic change from previous periods that had seen the overwhelming majority of attacks coming from the Sunni Arab insurgency and al Qaeda.*

*The Coalition has stepped-up its efforts to combat Iranian intervention in Iraq in recent months both because the Iranians have increased their support for violence in Iraq since the start of the surge and because Coalition successes against al Qaeda in Iraq and the larger Sunni Arab insurgency have permitted the re-allocation of*

*(continued on next page)*

THE INSTITUTE
FOR THE
STUDY OF WAR

the weekly **Standard**.com

This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

Case 1:18-cr-00818-CRC  Document 85-9  Filed 05/28/22  Page 470 of 848

*resources and effort against a problem that has plagued attempts to establish a stable government in Iraq from the outset. With those problems increasingly under control, Iranian intervention is the next major problem the Coalition must tackle.*

*Major points about Iranian support for Shia violence in Iraq:*

- *Planning began in 2002, operations began during the invasion of 2003;*
- *Iran has imported numerous Lebanese Hezbollah trainers and advisors into Iraq;*
- *The Iranian Qods Force directly oversees Iranian efforts in Iraq, and cell leaders in Iraq, including Iraqis and Lebanese Hezbollah operatives, report directly and indirectly to Qods Force commanders in Teheran;*
- *The Qods Force has established a network of "secret cells" within the Shia militias that their agents control for the purpose of assassinating key leaders, conducting death-squad activities, and distributing highly-lethal weapons for use against American forces;*
- *Iran supports Ansar al Sunnah, a Sunni terrorist group with close links to al Qaeda, with training camps inside Iran and further assists the group with operations in Iraq;*
- *Iran has provided its Iraqi proxies with advanced weapons, including light and heavy mortars, 107-mm and 240-mm rockets, advanced large-caliber sniper rifles, and explosively-formed penetrators (EFPs), capable of penetrating tank armor;*
- *Iranian rockets and mortars have been fired by secret cells against both the American and the Iraqi portion of the "Green Zone" in Baghdad, and against Coalition bases around the country;*
- *American and Iraqi military forces have responded to these attacks by conducting numerous Special Forces raids against key leaders in the Iranian networks, and a number of more conventional operations in Baghdad, Diwaniyah, and elsewhere;*
- *The Iranians have consistently denied any involvement in the violence in Iraq, including during face-to-face tripartite meetings between U.S. Ambassador to Iraq Ryan Crocker, the Iranian ambassador to Iraq, and the Iraqi Government; and*
- *These negotiations with Iran, including the establishment of a tripartite sub-ambassadorial level coordinating committee on security in Iraq, have coincided with a significant increase in Iranian support for violence in Iraq.*

## INTRODUCTION

The question of Iran's involvement in Iraq has been central to discussions of American strategy there for some time. Some have argued that Iran is or could be a stabilizing force if approached properly; others have pointed to evidence of Iranian support for violence as proof of the contrary. Coalition operations against Shia militias in Iraq over the past few months have uncovered a vast trove of evidence about Iranian involvement in Iraq's insurgency, but that evidence has not yet been compiled in a single location. This Iraq Report summarizes that evidence and presents it so that discussions about Iran's role in the conflict can proceed on the basis of the most solid possible understanding of the realities of Iranian involvement. Iraq Reports do not offer policy recommendations, and developing policies to respond to the complexities of Iranian involvement would be beyond the scope of a paper of this length in any case. The report that follows therefore advocates no particular approach to dealing with Iran's support for violence in Iraq, but attempts instead to describe





This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

Case 1:18-cr-00818-SRC   Document 85-2   Filed 05/26/22   Page 471 of 848

that support in full detail.

Iran, and its Lebanese proxy Hezbollah, have been actively involved in supporting Shia militias and encouraging sectarian violence in Iraq since the invasion of 2003—and Iranian planning and preparation for that effort began as early as 2002. The precise purposes of this support are unclear, and may have changed over time. But one thing is very clear: Iran has consistently supplied weapons, its own advisors, and Lebanese Hezbollah advisors to multiple resistance groups in Iraq, both Sunni and Shia, and has supported these groups as they have targeted Sunni Arabs, Coalition forces, Iraqi Security Forces, and the Iraqi Government itself. Their influence runs from Kurdistan to Basrah, and Coalition sources report that by August 2007, Iranian-backed violence accounts for roughly half the attacks on Coalition forces, a dramatic change from previous periods that had seen the overwhelming majority of attacks coming from the Sunni Arab insurgency and al Qaeda.

The Coalition has stepped-up its efforts to combat Iranian intervention in Iraq in recent months for two reasons. First, because the Iranians themselves have increased their support for violence in Iraq since the start of the surge. Second, because Coalition successes against al Qaeda in Iraq and the Sunni Arab insurgency have permitted the re-allocation of resources and effort against a problem that has plagued attempts to establish a stable government in Iraq from the outset. Iranian intervention in Iraq is not a new problem only just now

> ■ **Iran, and its Lebanese proxy Hezbollah, have been actively involved in supporting Shia militias and encouraging sectarian violence in Iraq since the invasion of 2003—and Iranian planning and preparation for that effort began as early as 2002.**

discovered. It had been secondary in importance to the raging Sunni Arab insurgency and al Qaeda in Iraq's spectacular attacks. With those problems increasingly under control, Iranian intervention is the next major problem the Coalition must tackle.

## BACKGROUND

The Iranian Revolutionary Guard Corps' Qods Force has been organizing, training, funding, and equipping Iraqis to fight against Coalition and Iraqi Security Forces. Lebanon's Hezbollah has assisted the Qods force in its effort to train and organize Shia resistance groups since 2003. The Iranian government provided substantial financial and technical support to militias in the second half of 2006 and increased its support in 2007. Hezbollah served as the Qods Force's proxy in its advisory effort.

The U.S. military has catalogued large quantities of enemy weapons in Iraq that have imprints showing they were recently manufactured in Iran. In particular, highly-lethal explosively formed penetrators (EFPs) are made from special copper disks manufactured with highly-calibrated machine tools. They have been used by Hezbollah in Lebanon, with Iranian military assistance. Many of the EFPs found in Iraq have the markings that indicate that they were manufactured in Iran as recently as 2006.[1] EFPs have accounted for an increasing numbers of U.S. casualties since October 2006. The government of Iran has also exported rockets, sniper rifles, and mortars to enemy groups in Iraq.

The Iranian government has also supported enemy groups by providing them with trainers and advisors responsive to Qods Force commanders. This training and advisory effort has made certain Shia militia groups more

---

*Kimberly Kagan is a military historian who has taught at the U.S. Military Academy at West Point, Yale University, Georgetown University, and American University. She is an affiliate of the Olin Institute for Strategic Studies at Harvard University. She is the author of* The Eye of Command *(University of Michigan Press, 2006), and the founder and executive director of the new Institute for the Study of War, www.understandingwar.org.*

This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms



PX670

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLYSTANDARD.COM*

effective and lethal than they had previously been. The evidence for Iran's extensive involvement in training "secret cells" of Shia militias has only surfaced publicly in recent months, even though senior U.S. officials have stated publicly since

and rogue militia elements. The campaign aimed to reduce the ability of Shia extremists to destabilize the government and security of Iraq. These special operations supplemented the counteroffensive against al Qaeda extremists in central Iraq. U.S. and Iraqi forces have captured numerous suspects with links to Iran and evidence documenting how the Iranian government supported violence in Iraq. U.S. forces have publicly released some of this material, and this Iraq Report will review and explain the contents of that dossier. Meanwhile, Coalition and Iraqi forces are taking further steps to reduce the power and destructiveness of the secret cells within Iraq. At the beginning of August 2007, General Ray Odierno, commander of Coalition combat forces in Iraq, announced the beginning of a more aggressive campaign against Shia militias, as well as special groups, in Baghdad.

The governments of the United States and of Iraq have also engaged in diplomatic negotiations with the government of Iran this summer. Trilateral talks between the United States, Iran, and Iraq occurred on May 28 and July 24, 2007. The three governments have discussed Iranian activities that undermine the government of Iraq. This report will provide a brief summary of the nature and results of those talks.

### PROVINCES OF IRAQ

TURKEY

15

Mosul

16

14

17

18

SYRIA

2

Tigris River

Euphrates River

Diyala River

3

IRAN

Falluja   Baqubah

Ramadi   1 (Baghdad)

12

Karbala   10   4

11   Kut

Najaf   9

JORDAN

7   5

SAUDI ARABIA

8   6

N

100 miles

KUWAIT   Persian Gulf

| 1. Baghdad | 7. Dhi Qar | 13. Al-Anbar |
| 2. Salah ad-Din | 8. Al-Muthanna | 14. Ninawa |
| 3. Diyala | 9. Al-Qadisiyyah | 15. Dahuk |
| 4. Wasit | 10. Babil | 16. Arbil |
| 5. Maysan | 11. Al-Karbala | 17. Kirkuk |
| 6. Al-Basrah | 12. An-Najaf | 18. As-Sulaymaniyyah |

THE WEEKLY STANDARD

November 2006 that the Iranian government has fueled the violence in Iraq by providing funds and weapons (and media reports have suggested it since 2004).[2]

This spring, U.S. and Iraqi forces launched special operations within Iraq to capture the leaders of the Iranian-funded movement. This Iraq Report documents the Special Operations campaign against Iranian agents, secret cells,

*The Qods Force and Hezbollah*

The highest echelons of the Iranian government and the highest echelons of Hezbollah in Lebanon have worked together to organize a violent, Shia resistance movement in Iraq. The Iranian Revolutionary Guard Corps - Qods Force (IRGC-QF) has established, organized, and funded this movement. Ayatollah Khomeini established the Qods Force in 1979 to protect Iran's Islamic Revolution and export it beyond Iran's borders. Brigadier General Qassim

THE INSTITUTE FOR THE STUDY OF WAR



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

Case 1:18-cr-00218-CRC Document 95-8 Filed 05/26/23 Page 473 of 848

Sulleimani has served as its commander since 2005.[3] Although the Qods Force commander has a seat on Iran's national security council, along with the elected President of Iran, Mahmoud Ahmedinijad, he does not report to the president. Rather, he answers directly to Iran's Supreme Leader, Ayatollah Ali Khameini. General David Petraeus, commander of all Coalition forces in Iraq, has stated that "the Qods Force [is] an Iranian special operations organization that answers directly to Iranian supreme leader Ayatollah Ali Khamenei."[4]

Lebanese Hezbollah is probably the most important group developed with the assistance of the Iranian Qods Force. Lebanese Hezbollah emerged in 1983 to expel Israel from southern Lebanon. From its inception, Hezbollah has enjoyed significant financial and material aid from Iran and Syria. The Qods Force, in particular, played a critical role in Hezbollah's foundation and its funding and training. Since 1992 Hezbollah has participated in governing Lebanon and is now a highly developed political entity. The Israeli occupation of southern Lebanon ended in 2000, and Hezbollah has since used its extensive social support network to expand its political base in southern Lebanon and parts of Beirut.[5] Hezbollah now holds fourteen seats in the Lebanese parliament, a significant achievement given that Shias are only allocated twenty-seven seats in Lebanon's 128-member parliament. Hezbollah's success over the past two decades has led some to view the organization as a "model of resistance."[6]

*The Qods Force and Hezbollah*

The Iranian Qods Force and Lebanese Hezbollah worked together since 2003 to support Shia extremists in Iraq and to develop those groups into an organization modeled on Lebanese

**■ Iran began preparing to combat American forces in Iraq even before the invasion of 2003…Immediately after the U.S. invasion, thousands of members of these resistance groups, primarily from the Badr Corps, moved into Iraq and attempted to seize control of various key locations in the Shia areas.**

Hezbollah. Shia groups accounted for about half of the violence in Iraq in July 2007.[7] U.S. military officials estimate that the Qods Force provides between $750,000 and $3 million worth of equipment and funding to the special groups every month.

*The Origins of Iranian-Backed Special Groups in Iraq*

Iran began preparing to combat American forces in Iraq even before the invasion of 2003. According to an August 2005 article by Michael Ware based on classified intelligence documents, Iranian Supreme Leader Ayatollah Ali Khamenei convened a council of war in Teheran that concluded: "It is necessary to adopt an active policy in order to prevent long-term and short-term dangers to Iran." As a result, Iranian intelligence services organized the various Iraqi resistance groups they had been sheltering under Brigadier General Qassim Sullaimani, the current head of the Qods Force.[8]

Immediately after the U.S. invasion, thousands of members of these resistance groups, primarily from the Badr Corps, moved into Iraq and attempted to seize control of various key locations in the Shia areas. Ware cited an IRGC intelligence report of April 10, 2003 that "logs U.S. troops backed by armor moving through the city of Kut. But, it asserts, 'we are in control of the city.' Another, with the same date…claims 'forces attached to us' had control of the city of Amarah."[9] Other reports confirm this view: "In a sermon on May 2 [2003], Ayatollah Ahmad Janati, secretary general of Iran's powerful Council of Guardians, called on Iraqis to stage suicide attacks to drive U.S.-led forces from [Iraq]….Two months later…coalition forces uncovered a document describing a fatwa, or religious edict, that had reportedly been issued in Iran for its Shiite supporters in Iraq. The fatwa urged 'holy fighters' in Iraq to get close to the


This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

enemy—the U.S.-led troops. These fighters, the fatwa said, should 'maintain good relations with the coalition forces' but at the same time create 'a secret group that would conduct attacks against American troops."[10]

Further details of Iranian support for attacks against American forces in 2003 and 2004 come from reports of the Mujahedeen e-Khalq, an anti-Iranian terrorist group based in Iraq (and guarded, since 2003, by U.S. forces at its base northeast of Baghdad). The U.S. military at the time believed the reporting of this group to be reliable: "The MEK, wrote one Army analyst, is 'quite proficient at intelligence collection.'"[11] One might nevertheless be suspicious of information from such a source if it were not that subsequent events corroborate it so well, as this report discusses. Thus, according to the MEK, the Iranian Qods Force was developing "'a widespread network for transferring and distributing arms from Iran to Iraq' through the Ilam region in western Iran… 'In order to control and manage the intelligence and terrorist activities in Iraq…the Qods Force has recently moved part of its command staff from Tehran to the border city of Mehran.'" In December 2003, the MEK related, "Iranian agents moved 1,000 rocket-propelled grenades and seven boxes of TNT from western Iran to Iraqi resistance groups," along with other weapons.[12]

The Badr Corps and Iranian agents were not the only ones involved in training and arming an anti-American Iraqi resistance under Iranian auspices. Lebanese Hezbollah also sent agents into Iraq in 2003—around 800,

according to MEK reports, though there is no other evidence for this number.[13] By August 2005, Abu Mustafa al-Sheibani had developed an extensive "network of insurgents created by the Iranian Revolutionary Guard Corps with the express purpose of committing violence against U.S. and coalition forces in Iraq." Sheibani's group introduced into Iraq "'shaped' explosive charges," based on a model used by Hezbollah against the



Capt. Clayton Combs of the 1st Cavalry Division displays one of many copper plates, vital components in explosively formed penetrators, uncovered in a weapons cache in Mandali on the Iranian border Baquba on February 24. The cache had enough raw material to manufacture more than 150 EFPs.

SPC. CAL TURNER / U.S. DEPARTMENT OF DEFENSE PHOTO


This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

Israelis, and its fighters trained in Lebanon as well as Sadr City and "'another country,'" according to U.S. intelligence sources.[14] An American military official in Baghdad explained that "the U.S. believes that Iran has brokered a partnership between Iraqi Shiite militants and Hizballah and facilitated the import of sophisticated weapons that are killing and wounding U.S. and British troops." An American Special Operations Task Force report claimed "the Lebanese Hizballah leadership believes that the struggle in Iraq is the new battleground in the fight against the U.S."[15] Sheibani's group was estimated to include 280 fighters organized in 17 bomb-making teams and death squads.[16]

From the beginning, Iran did not confine its support of anti-American fighters to Shia groups. It also supported Ansar al-Islam, a radical Sunni terrorist group with close ties to al Qaeda. U.S. and British intelligence reports in 2004 "concluded that Ansar al-Islam was working closely with Iran, and also al Qaeda, in its terrorist attacks against coalition forces…. [O]ne British defense report noted pointedly: 'Some elements of [Ansar al-Islam] remain in Iran. Intelligence indicates that elements' of Iran's Islamic Revolutionary Guard Corps 'are providing safe haven and basic training to Iran-based AI [Ansar al-Islam] cadres.'" A report by the Iraq Survey Group noted that a source had reported "approximately 320 Ansar al-Islam terrorists being trained in Iran…for various attack scenarios including suicide bombings, assassinations, and general subversion against U.S. forces in Iraq.'" Another British intelligence source "said that Iranian government agencies were also secretly helping Ansar al-Islam members cross into Iraq from Iran, as part of a plan to mount sniper attacks against coalition forces." American sources confirmed this information, adding that "an Iranian was aiding Ansar al-Islam 'on how to build and set up' improvised explosive devices, known as IEDs. An analyst for the U.S. Central Command offered this assessment: 'AI [Ansar al-Islam] is actively attempting to improve IED effectiveness and sophistication.'"[17]

Teheran had a natural Shia proxy in the Badr Corps and SCIRI, but it hedged its bets from the beginning by backing Moqtada al Sadr as

well. Sadr visited Teheran in June 2003, and was apparently receiving funds from Iranian Grand Ayatollah Kazem al-Haeri until October of that year when al-Haeri started to cut his ties to Sadr.[18] Sadr and three advisors traveled by road from Najaf to Ilam "where Iranian authorities had a 10-seat private plane waiting for them." In Teheran, the group met with Supreme Leader Ayatollah Ali Khamenei, former president Ali Akbar Hashemi Rafsanjani, and Ayatollah Mahmoud Hashemi Shahroudi. The invitation to Sadr apparently angered Iraqi clerical leaders in Najaf. "'The marjas [the holy city's highest leaders] found it offensive that Moqtada would be officially invited to Iran,' says Sheik Ali al-Rubai, spokesman for one of the holy city's four top clerics, Grand Ayatollah Ishaq Fayadh. 'When Khamenei's representative came to Najaf [in August 2003], the marjas spoke to him in a rough way and demanded to know why they invited Moqtada.' The lavish reception was a particular slap to Ayatollah Mohammad Baqir al Hakim, a major beneficiary of Iranian support for two decades. Hakim threatened to cut ties with Tehran in protest."[19]

Hezbollah also established a long-term relationship with Sadr. Hezbollah apparently began trying to establish relations with Sadr in July 2003 and had succeeded by August. At the end of that month, according to a U.S. intelligence report, "Hezbollah had established 'a team of 30 to 40 operatives' in Najaf in support of Moqtada Sadr's Shia paramilitary group." The report added that "Hezbollah was recruiting and training members of Sadr's militia. A later report…said that Hezbollah was 'buying rocket-propelled grenades…antitank missiles' and other weapons for Sadr's militia.'" Unconfirmed reports suggested that Hezbollah's Secretary General Hassan Nasrallah had sent a senior advisor to deliver funds to Sadr in Najaf.[20] In October 2005, a British government official "alleged that Iran had supplied explosive devices to Sadr's Mahdi Army." Prime Minister Tony Blair subsequently supported that assertion and "attributed the shipments to 'Iranian elements' or Iran's ally, Lebanese Hizballah, acting on Iran's behalf…"[21]

The covert nature of Iranian support for its proxies was clear and disturbing from the outset.



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLYSTANDARD.COM*

# IRANIAN INTERVENTION IN IRAQ

| Date | Event |
|---|---|
| Dec. 2003 | Some Qods Force command staff reportedly move from Tehran to Mehran |
| April 10, 2003 | Qods Force operatives report that they control Kut and Amarah after U.S. invasion |
| May 2, 2003 | Sermon by Iranian Ayatollah Ahmad Janati urges Iraqis to stage suicide attacks against U.S. led forces |
| June 2003 | Moqtada al Sadr first visits Iran and meets with Supreme Leader Ayatollah Ali Khamenei, former president Ali Akbar Hashemi Rafsanjani, and Ayatollah Mahmoud Hashemi Shahroudi |
| July 2003 | Lebanese Hezbollah establishes its first contacts with Moqtada al Sadr. |
| Aug. 2003 | Hezbollah team established in Najaf to train the Mahdi Army |
| 2004 | Mahdi Army fights U.S. troops in Najaf and Sadr City |
| 2004 | The first EFPs appear in Iraq |
| 2005 | Hezbollah trains Iraqis in Iran |
| April 21, 2006 | Parliamentary factions select Nouri al-Maliki as Prime Minister of Iraq |
| May 2006 | Joint Qods-Hezbollah effort to organize these special groups into Hezbollah-like structure begins |
| May 20, 2006 | Maliki's Cabinet takes power |
| June 2006 | Qayis Khazali becomes head of special groups in Iraq |
| June 12, 2006 | Diyala's provincial Director of Health and Sunni nominee for Deputy Minister of Health kidnapped from within the Ministry of Health in Baghdad |
| June 22, 2006 | Gunmen in camouflage uniforms seize three bus-loads of factory workers on their way home from a government-owned industrial plant in Taji |
| July 4, 2006 | Gunmen kidnap and release Minister of Electricity |
| July 11, 2006 | Gunmen kidnap Iraqi diplomat specializing in Iranian relations |
| July 16, 2006 | Gunmen in police uniforms kidnap head of Iraq's Olympic Committee and 35 others |
| Nov. 15, 2006 | Kidnapping of numerous Ministry of Health employees |
| Nov. 19, 2006 | Deputy Health Minister Ammar al-Safir abducted |
| Nov. 21, 2006 | Convoy for Minister of State Mohammed Abbas Auraibi attacked |
| Nov. 29, 2006 | Sadrists boycott Iraqi Parliament. |
| Dec. 2006 | Two Iranian nationals and members of the Qods force detained by US forces in Iraq; expelled to Iran one week later by Iraqi government |
| Jan. 11, 2007 | Five Iranian nationals with connections to the Qods force detained in Irbil |
| Jan. 20, 2007 | Special Groups attack on Karbala Provincial Joint Coordination Center leaves five U.S. soldiers dead |
| Jan. 21, 2007 | Sadrists rejoin government |
| Late Jan., 2007 | Sadr leaves Iraq for Iran |
| Mar. 2007 | Qais Khazali and Laith Khazali captured along with several other members of the Khazali network |
| Mar. 20, 2007 | Ali Musa Daqduq captured in southern Iraq; member of Hezbollah who helped organize, train, and arm special groups |
| April 20, 2007 | Abu Yaser al Shibani captured; deputy in the EFP network in Iraq as well as secret cell logistician and financier |
| May 4, 2007 | Abu Zaki captured in Sadr City; key member of Khazali network |
| May 13, 2007 | Abu Musah captured in southeast Baghdad; key conduit to special groups for mortars, EFPs, and IEDs |
| May 19, 2007 | Azhar Dulaymi killed by US forces; special groups commander and leader of January 20 Karbala raid |
| May 30, 2007 | Husayn Abu Abdullah captured in Sadr City; secret cell leader and key weapons trafficker |
| June 15, 2007 | Operation Phantom Thunder launched |
| June 28, 2007 | Sheikh (Ahmed) Mohammad Hassan Sbahi Al Khafaji captured in Nasiriyah; key secret cell leader |
| July 2007 | Sadr leaves Iraq for Iran |
| July 20, 2007 | A "high value" individual detained along with four others in Jisr Diyala. Primary suspect believed responsible for increase in EFP attacks |
| July 27, 2007 | High-level secret cell leader detained, along with two others in Karbala |
| Aug.13, 2007 | Operation Phantom Strike launched; Key special groups financier captured in Bayaa neighborhood of Baghdad |
| Aug.16, 2007 | Three killed, Six Detained, including a High-Priority Special Groups Weapons Smuggler |
| Aug. 20, 2007 | Coalition Forces Kill Eight, Detain Three, Capturing a Special Groups Leader and Smuggler of Iranian Weapons |



THE INSTITUTE
FOR THE
STUDY OF WAR



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

Case 1:18-...-00848-CRC Document 95-8 Filed 05/09/23 Page 477 of 848

Iranian intelligence services penetrated Iraq rapidly and thoroughly, and the thrust of their collection efforts was "finding out what weapons U.S. troops were carrying and what kind of body armor they were wearing. Iranian agents also sought information on the location of U.S. Army and intelligence bases; on the routes traveled by U.S. convoys; on the operations of the Special Forces' elite Delta Force; and on the plans of the U.S. military and intelligence inside Iraq."[22] The Iranians preferred not to be directly implicated in attacks on U.S. forces, but instead offered bounties to Iraqis for killing Americans, shooting down U.S. helicopters, and destroying American tanks.[23] Iran's proxies in Iraq also undertook a campaign of targeted assassinations. Reports suggest that in fall 2003 "a senior Iranian cleric in Tehran set up a special 100-member army, known as al Saqar, which means eagle in Arabic, to assassinate [CPA Director L. Paul] Bremer and carry out other terrorist attacks." This "eagle army" apparently "had trained for 30 days at an Iranian terrorist camp." By January 2004, MEK reports suggested that the Hezbollah agents in Iraq were to "assassinate their opponents and carry out sabotage operations."[24]

In August 2005 Michael Ware reported, "More sinister are signs of death squads charged with eliminating potential opponents and former Baathists. U.S. intelligence sources confirm that early targets included former members of the Iran section of Saddam's intelligence services. In southern cities, Thar-Allah (Vengeance of God) is one of a number of militant groups suspected of assassinations….The chief of the Iraqi National Intelligence Service, General Mohammed Abdullah al-Shawnani, has publicly accused Iranian-backed cells of hunting down and killing his officers."[25] One former Iraqi Army officer reported "that he was recruited by an Iranian

intelligence agent in 2004 to compile the names and addresses of Ministry of Interior officials in close contact with American military officers and liaisons." The Iranians wanted to know "'who the Americans trusted and where they were,' and pestered [the former officer] to find out if [he], using his membership in the Iraqi National Accord political party, could get someone inside the office of then Prime Minister Iyad Allawi without being searched." The Iranian agent "also demanded information on U.S. troop concentrations in a particular area of Baghdad and details of U.S. weaponry, armor, routes, and reaction times."[26]

*Lebanese Hezbollah*
*Trains Iraqis in Iran*

The number and quality of special groups increased in 2005, as the Iranian government allowed Lebanese Hezbollah to train Iraqi militias in Iran. The three small camps used for training Iraqi militias were, as of summer 2007, located near Tehran. Twenty to sixty Iraqis can be trained at once in these facilities, and the training courses lasted from four to six weeks.[27]

The recruits were generally members of militias, including but not exclusively Jaysh al-Mahdi.[28] They crossed the border at Zurbatiya-Mehran, usually unarmed and in pairs, sometimes in buses.[29] Recent arrests by Iraqi Army soldiers reveal one recruiting technique used by special groups in Najaf, the Shia holy city where the Office of the Martyr Sadr and other political and religious organizations are well established. The director of a charity, the Amin Allah Cultural and Humanitarian Establishment, funneled funds designated for humanitarian use through the charity for the purpose of recruiting foreign fighters, training rogue JAM operatives in lethal attack tactics, and trafficking illegal weapons

> ■ **The Iranians preferred not to be directly implicated in attacks on U.S. forces, but instead offered bounties to Iraqis for killing Americans, shooting down U.S. helicopters, and destroying American tanks….Reports suggest that in fall 2003 "a senior Iranian cleric in Tehran set up a special 100-member army, known as al Saqar, which means eagle in Arabic, to assassinate [CPA Director L. Paul] Bremer and carry out other terrorist attacks."**

THE INSTITUTE FOR THE STUDY OF WAR



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

Case 1:18-...-00849-CRC Document 85-9 Filed 05/09/22 Page 478 of 848

from Iran.[30] Two employees at the charity took advantage of their positions to offer $500 to those who would emplace IEDs. These same recruiters also facilitated the training of Iraqis in Iran and received money and weapons from Iran.[31]

The Qods Force and Hezbollah trained Iraqis in groups of 20 to 60 so that they functioned as a unit—a "secret cell" or "special group." The Iraqis returned to Iraq after their training, maintaining their group's organization. Thus, each "special group" in Iraq consisted of 20 to 60 Iraqis who had trained together in Iran in how "to use EFPs, mortars, rockets, as well as intelligence, sniper and kidnapping operations."[32] These special groups could be combined into larger organizations. The director of the Amin Allah charity coordinated "more than 200 rogue JAM members" and "ordered them to conduct assassinations on local citizens and government officials who oppose the group's illegal activities."[33]

Lebanese Hezbollah oversaw the special groups training effort by sending one of its members, Yussef Hashim, to serve as the organization's Head of Special Operations in Iraq.[34] The trainer leading this effort in 2005 was a Lebanese Hezbollah operative named Ali Mussa Daqduq, who had an impressive military career in that organization. He joined Lebanese Hezbollah in 1983. He commanded a Hezbollah special operations unit. He coordinated the personal security of the leader of Hezbollah in Lebanon, Hassan Nasrallah, and he coordinated operations in large sectors of Lebanon before he came to Iran.[35]

*The Qods Force Reorganizes the Special Groups by Using Lebanese Hezbollah as a Proxy*

Though the Hezbollah training of special groups in Iran began in 2005, the Iranian government decided to adjust the way these groups were organized in May 2006. A joint Qods Force-Hezbollah effort to organize these trained opposition groups into a Hezbollah-style structure began in May 2006. The Iranian Qods force leadership sponsored the reorganization effort by holding a meeting with two Lebanese Hezbollah leaders who traveled to Tehran for that

purpose: Yussef Hashim, the Hezbollah Head of Special Operations in Iraq, and his subordinate Ali Mussa Daqduq. In Tehran, they met with Hajji Yusif, the Deputy Commander of the Qods Force who heads its Department of External Special Operations. They also met with the commander.[36]

The Qods Force instructed Ali Mussa Daqduq "to make trips in and out of Iraq and report on the training and operations of the Iraqi special groups. In the year prior to his capture, Ali Mussa Daqduq made four such trips to Iraq. He monitored and reported on the training and arming of special groups in mortars and rockets, manufacturing and employment of improvised explosive devices, and kidnapping operations. Most significantly, he was tasked to organize the special groups in ways that mirrored how Hezbollah was organized in Lebanon."[37]

The Qods Force sponsored, or at least accepted, another significant personnel change at the same time. In June 2006, just a month after the Tehran meeting, Qais Khazali became the head of special groups in Iraq (whereas Ali Mussa Daqduq remained the chief advisor).[38] Qais Khazali is an Iraqi who once supported the Sadrist movement. According to a Sadrist spokesman, Moqtada al Sadr expelled Qais Khazali from his organization in 2004 because the latter gave "unauthorized orders" during the battle for Najaf.[39] Qais Khazali thus had a reputation for working with but undercutting Moqtada al Sadr. It is not clear from the open sources what relationship existed between Qais Khazali and Moqtada al Sadr during his tenure as head of special groups. Qais Khazali's relationship to Iran is clear: he reported to Hajji Yusif, the deputy commander of the Qods Force, Department of External Special Operations (just as Ali Mussa Daqduq did).[40]

Some members of Iraqi special groups observed or participated in the Hezbollah-Lebanon war in July 2006. They traveled from Iraq to Syria to Lebanon and worked alongside Hezbollah in groups of 20 to 40 fighters.[41]

*Possible Aims of the Iranian Revolutionary Guards Corps-Qods Force*

Initially, the Qods Force goal might have



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLYSTANDARD*.COM

## IRANIAN AND HEZBOLLAH CONNECTIONS TO SPECIAL GROUPS IN IRAQ

**Grand Ayatollah Ali Khameini**
Supreme Leader of Iran

**Brigadier General Qassim Sullaimani**
Commander of the Qods Force
Department of Special Operations

**Meetings in Iran, May 2006**

**Yussef Hashim**
Head,
Special Operations
in Iraq
Lebanon, Hezbollah

**Hajji Yousif**
Deputy Commander of Qods Force
Department of External Special Operations

**Ali Mussa Daqduq** (Lebanese)
Key figure between May 2006 - March 2007
(Captured in Basra, March 20, 2007)
Four trips to Iraq in '06-'07 to monitor and report
on the training and arming of special groups
Organized Special Groups in the manner
of Hezbollah in Lebanon
Sent to Iran by senior leaders of Hezbollah
to train Iraqis there in 2005
Prior to 2005: Operated in large sectors of Lebanon
Coordinated the security detail for Hassan Nasrallah
Commanded Hezbollah Special Operations unit
Joined Lebanese Hezbollah in 1983.

**Karbala Attack January 20, 2007**

**Qais Khazali** (Iraqi)
Head of Special Groups in Iraq
Began June 2006;
captured in Basra, March, 2007

**Azhar al-Dulaimi**
Killed by U.S. forces,
May 19, 2007 in Sadr City,
Baghdad; orchestrated
Karbala attack

**Laith Khazali**
Captured, March 20, 2007
in Basra

**Abu Zaki**
Captured, May 4, 2007
in Sadr City or East Baghdad
along with 16 others

**Abu Mustafa al-Sheibani**
Leader, EFP Network (Iraq)

**Abu Yaser al-Sheibani**
Deputy, EFP Network, Iraq
Logistician and financier;
Captured, April 20, 2007

**Abu Tiba**
June 16, 2007,
in Sadr City or East Baghdad
along with 12 others





This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

Case 1:18-cv-08648-CRC   Document 25-2   Filed 05/09/22   Page 480 of 848

been pinning U.S. forces in Iraq, rather than ejecting them. According to Ware, "Intelligence sources claim that Brigadier General Sullaimani ordained in a meeting of his militia proxies in the spring of last year [2004] that 'any move that would wear out the U.S. forces in Iraq should be done. Every possible means should be used to keep the U.S. forces engaged in Iraq.'"[42]

In 2005 and 2006, "The Qods Force goal was to develop the Iraqi special groups into a network similar to the Lebanese Hezbollah. Special groups would be unable to conduct their terrorist attacks in Iraq without Iranian-supplied weapons and other support," according to a U.S. military spokesman.[43] The purpose of the Qods force effort, then, was to create a highly-lethal network that relied upon the Iranian government to survive. Presumably, this reorganization would increase Tehran's ability to control and influence operations in Iraq.

Iran and Hezbollah made these changes as the current government of Iraq was being established. Parliamentary factions selected Nouri al-Maliki as Prime Minister on April 21, 2006.[44] His cabinet took power on May 20, 2006. The Qods Force reorganization of the special groups into a Hezbollah-like structure seems likely to have been either a deliberate Iranian response to the creation of an Iraqi government or, more specifically, to Maliki's premiership. The Qods Force certainly took these steps as Maliki's government was forming.

The Qods Force might have aimed to reorganize the Iraqi secret cells into a Hezbollah-style organization because that military advising effort has succeeded well. Yet the IRGC-QF might also have aimed to achieve goals in Iraq similar to those that Hezbollah has pursued in Lebanon. The primary goal of Hezbollah before 2005 was

**■ Upon his capture on December 29, 2006, the third-ranking official in the Qods Force and his captured colleague "had detailed weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records, and maps…as well as information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."**

expelling Israeli forces from occupying territory in southern Lebanon. By extension, it seems possible that Hezbollah and the IRGC-QF viewed the special groups as an organization well-suited to expel Coalition forces from Iraq. That would represent a change from the IRGC-QF strategy of 2004, articulated by Brigadier General Qassim Sullaimani, if Ware reported it correctly.

The IRGC-QF and Lebanese Hezbollah might have reorganized their efforts in 2006 to achieve broader political aims in Iraq and for the effect it would have on American policy. Hezbollah in Lebanon exists despite the existence of an elected government there. Lebanese Hezbollah uses existing government structures and personnel to accomplish some of its goals. So the reorganization of Iraqi special groups into a Hezbollah-like model implies that the Qods Force might have intended that the special groups should operate under the umbrella of Iraqi government institutions in order to compete with (or indeed, effectively replace) Iraq's elected government, as Hezbollah does in parts of Lebanon.

Ryan Crocker, the U.S. Ambassador to Iraq, suggested that the Qods Force might have the goal of assuring that southern Iraq remains beyond the control of the central government of Iraq and Iraqi Security Forces. In this scenario, the Qods Force might desire an end-state in which those who receive their funding, weapons, and military training from special groups provide security and services in southern Iraq and hold political offices there. Ambassador Crocker stated, "The fact that we have arrested the Lebanese Hezbollah trainer and have had many long conversations with the head of the secret cells, so called, of the Jaish al-Mahdi, who has gone on at length about Iranian connections, has to leave you with the issue out there, is Iran



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

Case 1:18-cv-02248-CRC   Document 95-3   Filed 05/09/22   Page 481 of 848



U.S. Ambassador to Iraq Ryan Crocker, right and his Iranian counterpart Hassan Kazemi Qomi, left, attend a meeting on security in Iraq at the Iraqi Prime Minister's office on May 28, 2007 in the Green Zone Baghdad, Iraq.

2007 GETTY IMAGES

intending a Lebanization or a Hezbollahzation of parts of the south. So in addition to...criminally driven violence, you cannot rule out the possibility of an overlay of not just politically directed violence but politically directed violence with outside support."[45]

*The Qods Force Advisors In Iraq*

Most members of Special Groups are Iraqis, including Qais Khazali, the former head of Secret Cells. Nevertheless there are Iranian operatives in Iraq assisting the Special Groups.

Iranians tied to the IRGC-Qods Force operated in Iraq at the end of 2006 and the beginning of 2007. U.S. Special Forces detained Chizari, the third-ranking official in the Qods Force, at the Baghdad compound of Abd al-Aziz al-Hakim on December 29, 2006. He and his captured colleague "had detailed weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information. Officials were particularly concerned by the fact that the Iranians had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[46] These two men claimed they had diplomatic passports. U.S. officials argued that they did not have diplomatic immunity, as they were using aliases. The Iraqi government, disagreeing, decided to expel them.[47] On January 11, Coalition forces detained five Iranians, without proper diplomatic credentials, with links to the IRGC-QF in Irbil, in the Kurdish region in northeastern Iraq.[48] These five Iranians have remained in detention since then. The

THE INSTITUTE
FOR THE
STUDY OF WAR



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

Case 1:18-cr-00018-CRC Document 85-2 Filed 05/20/22 Page 482 of 848

IRGC-QF had ties with Ansar al Islam terrorists in the Kurdish region before and after the fall of Saddam Hussein.

There are a significant number of Iranian advisors in Iraq. Iraqis functioned as liaisons for Iranian intelligence officers in the cities of Amarah and Majjar al-Kabir, known havens for weapons smugglers.[49] Major General Rick Lynch, Commander of Multi-National Forces-Center, estimated in August that he had about 50 high-value targets in MND-C related to the Special Groups. Roughly 30 of them are "IRGC surrogates, people that have been trained by the IRGC in Iran who've come back in Iraq to conduct acts of violence." In addition, "I believe I got some members of the IRGC, some Iranians, who are working in our battlespace." He believed that there were about 20 Iranian IRGC advisors "either training Iraqis to conduct acts of violence or conducting those acts of violence themselves.... And what they do is they transit the battlespace. They don't come in and they stay, but they're going back and forth."[50] These Qods Force operatives seem to fill an important advisory niche, perhaps in the wake of the capture of Ali Mussa Daqduq.

## UNDERMINING THE IRAQI GOVERNMENT: SPECIAL GROUP ACTIVITIES IN 2006

The special groups' operations contributed directly to turmoil in Iraq's central and provincial governments in 2006 and 2007. The special groups are not solely responsible for political turmoil in Iraq, but they have actively undermined the Maliki government from its inception.

The special groups contributed vigorously to the sectarian violence plaguing Iraq in 2006. Leaders of secret cells organized and facilitated death squad activities by militia groups or government employees. They organized kidnappings of Iraqi government officials and workers from their ministries. They diverted Iraqi government funds to support their operations. Many used their official positions within the

government of Iraq to fund, organize, staff, and execute these "secret cell" operations.

The special groups also directly caused some of the personnel turmoil within the Maliki government that prevented it from functioning in the second half of 2006. Some of the targeted kidnappings of Iraqi officials in spring and summer 2006 are directly linked to secret cell leaders whom U.S. forces have captured and interrogated in recent months. These kidnappings removed mid-level functionaries—often but not exclusively Sunni—from the central government of Iraq and from the provincial governments.

*Hakim al Zamili, Special Groups, Deputy Minister of Health*

In June 2006, Diyala's provincial director of health was the Sunni nominee for one of the deputy minister positions in the Maliki government.[51] He traveled to Baghdad that month for a meeting in the Ministry of Health with the minister and was kidnapped while inside the building. His kidnapping was organized by Hakim al Zamili, the deputy minister of Health, whom U.S. and Iraqi forces apprehended on February 9, 2007.[52] The allegations against the Ministry had provoked previous operations by U.S. and Iraqi forces. For example, they had attempted to locate kidnap victims in the Ministry of Health in August 2006, but they failed to find their targets.[53]

In November 2006, officials in the Ministry of Health were targets of kidnappings and assassinations. Men in police uniforms abducted Ammar al-Safir, another deputy minister of Health, on November 19, 2006.[54] Two days later, roadside bombs in eastern Baghdad wounded two guards in the convoy for Minister of State Mohammed Abbas Auraibi. And on that same day, gunmen fired on Hakim al Zamili's convoy in Baghdad, killing two of his security guards.[55] All three men were Shia officials in the government of Iraq. The U.S. military has not indicated whether Hakim al Zamili and his secret cell were complicit in the November kidnapping of his colleague. Nor have they indicated whether the assassination attempt



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

Case 1:18-cr-00018-CRC   Document 95-2   Filed 05/26/22   Page 483 of 848

against Hakim al Zamili was a reprisal attack against him for that or any other action.

Hakim al Zamili used the resources of the Ministry of Health, such as ambulances, to transport weapons, death squads, and their victims between Sadr City and other locations in Baghdad. Al Zamili allegedly paid the death squad members by including them on the payroll of the Ministry of Health.[56]

As part of the parliamentary compromise that brought Maliki to power, the minister of Health has been appointed by the Sadrist bloc. Many employees in that Ministry have ties to the Office of the Martyr Sadr or to its military wing, the Jaysh al-Mahdi. It is not possible from the evidence presented to conclude firmly whether Sadr personally directed Hakim al Zamili's activities in 2006, or whether Hakim al Zamili acted independently. Hakim al Zamili was one of the first officials arrested after Moqtada al Sadr left Iraq in late January 2007. His arrest preceded the beginning of Operation Fardh al Qanoon, or Enforcing the Law (commonly known as the Baghdad Security Plan).

### Mass Kidnappings in June and July 2006

It is not clear from open sources which organizations—government forces, militia groups, secret cells, or private citizens—organized and perpetrated the mass kidnappings that plagued Iraq in June and July 2006. Many of these attacks were conducted by men wearing the uniforms of Iraq's police forces, probably militia members working also in the Iraqi Security Forces—or indeed, by special groups. Many of these June and July kidnappings targeted government officials, rather than randomly selected civilians, and therefore deserve consideration as part of the destabilization of the Maliki government, whether or not special groups were involved. Gunmen

> ■ **Hakim al Zamili used the resources of the Ministry of Health, such as ambulances, to transport weapons, death squads, and their victims between Sadr City and other locations in Baghdad. Al Zamili allegedly paid the death squad members by including them on the payroll of the Ministry of Health.**

in camouflage uniforms seized three bus-loads of factory workers on their way home from a government-owned industrial plant in Taji on June 22, 2006.[57] In early July, gunmen kidnapped individuals working for the government of Iraq, including the minister of Electricity (who was released) and his body guards, a female Sunni legislator and her body guards, and a consular official who was on leave in Baghdad from his routine diplomatic assignment in the Iranian city of Kermanshah.[58] On July 16, gunmen in police uniforms and using official vehicles kidnapped the head of Iraq's Olympic Committee and approximately 30 other sports officials while they attended a conference in the Karrada neighborhood in eastern Baghdad.[59]

### Azhar Dulaymi, Special Groups, and the Kidnappings of Iraqi Officials and U.S. Soldiers

On November 15, 2006, a secret cell organization kidnapped numerous employees of the Iraqi Ministry of Higher Education from its headquarters in Karrada. The event garnered major public attention because of its scale and its contribution to unrest within the Iraqi government, culminating in the withdrawal of Sadrist members from the Iraqi Council of Representatives on November 29, 2006. Secret cell operative Azhar Dulaymi, whom U.S. forces killed during a raid on May 20, 2007, coordinated this operation. Differing reports suggest that between 50 and 80 gunmen, all in police uniforms, stormed past security guards within the Ministry compound. The gunmen separated male from female employees, locked the latter in a room, and loaded the former into roughly 30 trucks belonging to the Interior Ministry, but without license plates.[60] U.S. officials estimated that 55



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

people had been kidnapped; they believed that the abductors took their victims to the Belidiyat neighborhood on the southeastern fringe of Sadr City.[61] Approximately 40 of the hostages were released by the kidnappers or rescued by the Iraqi Army within 24 hours.[62] In addition, Prime Minister Maliki immediately ordered the arrest of several police officials in Karrada, presumably for complicity in the plot (or alternatively for incompetence).[63]

Azhar Dulaymi organized other high-profile kidnappings executed by members of special groups. He participated in the January kidnapping of U.S. soldiers from the Provincial Joint Coordination Center in Karbala, where a small U.S. team worked with Iraqi Security Forces. Operatives entered the Provincial Joint Coordination Center unopposed in a convoy of civilian vehicles, wearing components of American military uniforms, and stormed into rooms where the U.S. soldiers were working. They ultimately killed the five American soldiers whom they attempted to kidnap.[64]

### U.S. Forces Capture Qais Khazali, and Ali Mussa Daqduq

U.S. forces captured Qais Khazali, Laith Khazali, and Ali Mussa Daqduq in a single operation on March 20, 2007 in Basra, Iraq's southernmost city. The three obviously worked together on occasion. U.S. forces also captured a computer, false identification cards, and diaries in the raid. From these documents and separate interviews, U.S. forces confirmed that Qais Khazali, Laith Khazali, and Ali Mussa Daqduq were leaders of a network deliberately developed by the Iranian government to foment violence in Iraq. The U.S. military spokesman in Baghdad released a file early in July reproducing some of these documents.[65]

Multi-National Force Iraq reported that "When Qais [Khazali] was captured, we found an in-depth planning and lessons learned document. It was about the attack the special groups coordinated against the Karbala Provincial Joint Coordination Center on January 20th. This 22-page document provides a unique window

into the planning and execution of special group operations here in Iraq. ...Ali Musa Daqduq and Qais Khazali state that senior leadership within the Qods Force knew of and supported planning for the eventual Karbala attack that killed five coalition soldiers. Ali Musa Daqduq contends that the Iraqi special groups could not have conducted this complex operation without the support and direction of the Qods Force. Daqduq and Khazali both confirm that Qais Khazali authorized the operation, and Azhar al- Dulaimi, who we killed in an operation earlier this year, executed the operation.

"The document that we captured showed the following. It showed that the group that attacked the Provincial Joint Coordination Center in Karbala had conducted extensive preparation and drills prior to the attack. Qods Force had developed detailed information regarding our soldiers' activities, shift changes and fences, and this information was shared with the attackers. They had American-looking uniforms, vehicles and identification cards that enabled the attackers to more easily penetrate the Provincial Joint Coordination Center and achieve surprise. [It] reported that the captured soldiers were killed when the attackers' dispersal from the site was interrupted."[66]

U.S. forces exploited the intelligence gained in these documents and from interviews with the captives to identify significant secret cell leaders and members of the weapons' smuggling network. The affiliated kills and captures included secret cell leader Abu Zaki; Azhar al-Dulaimi, the executor of the Ministry of Health and Karbala attacks, and Abu Tiba, one of his gang members;[67] al Hilfi, the head of secret cells in Baghdad;[68] Sheikh (Ahmed) Mohammad Hassan Sbahi Al Khafaji, who supplied weapons to Baghdad;[69] and many others.[70]

### Arming the Secret Cells with EFPs and other Weapons

A variety of Iranian weapons flowed into Iraq through direct purchases by the government of Iran. Coalition forces first noticed that enemy groups were using EFPs in Iraq in the middle

THE INSTITUTE FOR THE STUDY OF WAR



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

of 2004. The number of EFPs used against Coalition and Iraqi forces rose "at a rate of 150 percent" between January 2006 and December 2006, and increased every month in November 2006 through January 2007.[71] Weapons were typically smuggled from Iran to Iraq, and the Qods Force played a role in that process.[72]

The training alliance between Hezbollah, Iran, and Shia militias corresponds, temporally, with the increased use of EFPs in Iraq. The timing is probably not coincidental. Iran originally manufactured EFPs for Lebanese Hezbollah. Copper EFPs require a great deal of metallurgical and technological precision to manufacture. Consequently, they cannot be made without specific machinery, access to which the Iranians have controlled. Abu Mustafa al Sheibani has supplied EFPs to Iraq since 2005, if not earlier.[73] His relative, Abu Yasier al Sheibani, served as "the deputy, key logistician and financier for this group in Iraq."[74] That is to say, the Sheibani network smuggled EFPs into Iraq.

The Sheibanis relied on a network within Iraq to distribute EFPs to special groups and other extremists, concentrating on Baghdad. Some smugglers in these distribution networks had direct connections to the Qods Force.[75]

Other weapons smuggled from Iran to Iraq in 2007 included: 81 mm mortars (the remainder of the region uses 82 mm mortars); repainted 107 mm rockets imported into Iran from China and marked for sale in the open markets; RPG-7; 60 mm canisters filled with Iranian-manufactured mortar rounds; and 240 mm rockets.[76]

In addition, earlier in 2007, American troops discovered over 100 Austrian made Steyr HS50 .50 caliber sniper rifles in Iraq.[77] These high-powered sniper rifles, which fire Iranian rounds,

**■ In 2007, American troops discovered over 100 Austrian made Steyr HS50 .50 caliber sniper rifles in Iraq. These high-powered sniper rifles, which fire Iranian rounds, "can pierce all body armour from up to a mile and penetrate armoured Humvee troop carriers." The rifles were part of a larger shipment legally purchased from the Austrian manufacturer by Iran a year ago under the justification that they would be used by the Iranian police to combat drug smugglers.**

"can pierce all body armour from up to a mile and penetrate armoured Humvee troop carriers."[78] The rifles were part of a larger shipment legally purchased from the Austrian manufacturer by Iran a year ago under the justification that they would be used by the Iranian police to combat drug smugglers.[79] Although eyebrows were raised in both Washington and London at the time, the sale went through and the weapons were shipped to Iran.[80] The presence of these weapons shows a high level of sophistication in the Iranian arms flow into Iraq as the purchase was made officially by the Iranian government.

*The Special Groups Network Transit Routes for EFPs and other Weapons from Iran*

The network of special groups transports EFPs along the major highways to Baghdad from Iranian border crossings in Diyala and Wasit provinces. Most of these routes lacked Coalition forces in 2006; and the mission of Coalition forces in 2006 did not regularly include interdiction operations (but rather, focused on training Iraqi Security Forces for these and other missions).

In Wasit province, EFPs, weapons, recruits for special groups, and smuggled goods flowed through the major border crossing between Mehran, Iran and Zurbatiya, Iraq.[81] Iranian trucks did not transport weapons into Iraq through Zurbatiya. Rather, goods and weapons were trans-loaded from Iranian to Iraqi trucks near the border.[82] Legitimate commercial traffic also crosses the border at Zurbatiya, as do religious pilgrims and political figures with ties to Iran, such as Amar al-Hakim, now head of the Islamic Supreme Council of Iraq, a major political party in the Maliki government.[83] The city of Kut,

THE INSTITUTE
FOR THE
STUDY OF WAR



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND WEEKLYSTANDARD.COM



**MAJOR ROADS:** Major Supply and Communications Routes for Iranian Weapons and Secret Cells in Iraq

just to the west along the highway, has strong ties with ISCI and its military wing, the Badr Corps.[84] Kut is also the hub of the road and smuggling network from the Iranian border to Baghdad.[85] The road from Mehran runs through Kut, as does the road from Amarah. U.S. forces conducted a series of operations this summer to interdict the smuggling of Iranian weapons from Amarah to Sadr City.[86] And Iraqi Security Forces with the help of Coalition troops conducted operations

THE INSTITUTE
FOR THE
STUDY OF WAR



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLYSTANDARD.COM*

in Kut against rogue elements of the Jaysh al-Mahdi.[87]

Basra might be another point of entry for Iranian arms and weapons. Certainly, there is evidence for the trafficking of weapons along the roads out of Basra to Amarah and Nasiriyah. In mid June, Nasiriyah was the site of a firefight between Iraqi forces and the Mahdi Army.[88] On June 27 Iraqi Special Forces destroyed a weapons cache belonging to rogue Jaysh al-Mahdi militiamen.[89] Among the weapons destroyed were 30 60mm mortar rounds, a weapon known to be Iranian in origin.[90] A day later Iraqi Special Forces captured "a rogue Jaysh al-Mahdi insurgent leader during an operation in Nasiriyah."[91] The man captured, later identified as Sheikh (Ahmed) Mohammad Hassan Sbahi Al Khafaji, is suspected of having "provide[d] financial support to weapons trafficking networks which supply rogue Jaysh Al-Mahdi units in the Baghdad area."[92]

Cities like Majjar al-Kabir and Amarah in Maysan province, places known to be "smuggling routes for Secret Cell terrorists who facilitate Iranian lethal aid" as well as safe havens for "liaisons for Iranian intelligence operatives into Iraq," were the target of disruption operations in mid-June.[93] Weapons and aid entering these towns near the Iranian border must still travel through the heavily Shia central 5-city region before reaching Baghdad, increasing the violence in the south.

Kut, Diwaniyah, Hilla, Karbala, Najaf, Musayyib, Mahmudiyah, Iskandaria, Mahawil, as well as numerous other sites of sectarian violence or Shia militia bases all lie between Nasiriyah and Baghdad. The fight for these cities is likely the fight for control of main Jaysh al-Mahdi supply routes and bases of operation.

Iranian weapons and trained terrorists enter Iraq at key border crossings. Although the exact mechanism of Iranian arms supply remains unclear, they are moved via extensive networks and often the so-called secret cells are responsible for facilitating their transfer.

*The IRGC-QF in Diyala*

The Qods Force responded to the surge of U.S. troops in Iraq by escalating its support for special groups in central and southern Iraq. Ali Mussa Daqduq recorded information about attacks in Basra, Amarah, Karbala, the Rusafa neighborhood of Baghdad, and Diyala.[94] The special groups also increased attacks in other neighborhoods of Baghdad. As it is not possible to detail every such incident, Diyala province, north and east of Baghdad, is an interesting case study of the special groups' reaction to the American troop increase in both February and August 2007.

Jaysh al-Mahdi operated in Diyala in 2006 because of the mixture of sectarian and ethnic groups there, the al Qaeda stronghold that emerged in Baqubah, and the region's proximity to Baghdad. Diyala suffered from sectarian cleansing and terrorism in 2006. The Baghdad Security Plan did not "squirt" Jaysh al-Mahdi fighters into Diyala. Rather, the special groups actively targeted Coalition and Iraqi Forces in Diyala province in March, April, and May by reinforcing the area and supplying it with weapons.

This spring's conflict in Diyala, described in a previous *Iraq Report*, consisted of a struggle between the Jaysh al-Mahdi, al Qaeda, and U.S. forces to control the lines of communication to Baghdad. Special groups and rogue Jaysh al-Mahdi moved into areas of Diyala as al Qaeda receded from its stronghold in Turki Village and re-concentrated in Baqubah, Tarmiyah, and the Diyala River Valley.[95]

The Special Groups in Diyala received direct attention from the Qods Force proxies in Iraq. Some time before March 20, Ali Mussa Daqduq, the Lebanese Hezbollah operative, met with leaders of special groups who conducted small arms and IED attacks against troops in Diyala, presumably to review their activities.[96] His visit shows the importance of Diyala to the special groups.

The Iranians increased their supply of weapons by February 24, just ten days after Operation Enforcing the Law began in Baghdad. Smuggling networks placed a large cache consisting of a hundred copper disks and other supplies used to



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

Case 1:18-cv-00849-SRC Document 25-9 Filed 05/26/22 Page 488 of 848

make EFPs in Mandali. Mandali, in Diyala, sits on the secondary road that follows the mountains dividing Iran and Iraq, and is an obvious point on a smuggling route from the legitimate border crossing to its north at Khanaqin. U.S. troops discovered this stockpile on February 24, 2007. Because al Qaeda had been the primary enemy in Balad Ruz in January 2006, the *Iraq Report* previously speculated that Iran was supplying these EFPs to al Qaeda. But U.S. forces subsequently stated that they suspected these EFPs were linked to Shia extremists, rather than to al Qaeda.[97] We now know that secret cell networks in Diyala were being reviewed by the Qods Force proxy before March. The Mandali EFP cache seems, therefore, to have been brought by the special groups network for its own use, in order to escalate the fight against coalition forces in Diyala or in Baghdad in February.

The special groups in Baghdad did rely on weapons stored in and distributed from Diyala province. Coalition forces recently captured an important facilitator near Qasarin, on the Tigris River in Diyala, whose responsibilities included distributing EFPs and other "weapons to Special Groups throughout the Baghdad area." This weapons smuggler made "numerous" trips to Iran, where he apparently had "ties to the Iranian Revolutionary Guards Corps-Quds Force."[98]

*Special Groups in Baghdad:
Mortaring the Green Zone*

Special groups, trained and equipped by Iran, escalated the number of mortar and rocket attacks against targets in the International Zone throughout the spring of 2007. The accuracy of this indirect fire improved as a result of the training they received in Iran and the quality of weapons with which they were supplied. General Odierno reported in June, "We have found a few people that were Shia extremists that...had some training in Iran—those mostly being the mortar and rocket teams inside of Baghdad... [T]hey were trained in Iran and came in here to conduct attacks against not only coalition and Iraqi security forces, but government of Iraq targets inside of the Green Zone."[99]

Major General Fil, commander of Coalition Forces in Baghdad, elaborated further, explaining that most of the rocket and mortar attacks originate from Sadr City or its environs, and most of the rockets and mortars are recently-made Iranian weapons. According to Fil, "...[M]uch of the indirect fire that we receive, especially that which is pointed at the International Zone, the Green Zone, is in fact Iranian. And when we check the tail fins of the mortars, when we find the rockets—and frequently we're able to find them preemptively, before they actually launch... there's no doubt that they're coming out of Iran. Most of them are made fairly recently, in the past several years, and they have lot numbers that we can...trace later on. I'll also say that most of these are coming from the eastern side of the river, by far the majority, in and around the Sadr City area. And so we focused our efforts very strongly into discovering where these areas are that they're frequently shooting from and denying those" areas to the enemy.[100]

General Odierno said "I do concern myself, over time, about the Iranian influence on Shia extremist groups and what that means in the future. And we cannot allow this rogue Iranian influence to continue to influence, in my mind, and in many ways attack the government of Iraq. Many of these indirect fire attacks that these groups have done are directly against the government of Iraq in the Green Zone. So they're clearly challenging the government....We cannot allow that to continue."[101]

## THE RELATIONSHIP BETWEEN THE SECRET CELLS AND THE JAYSH AL-MAHDI IN 2007

**T**he secret cells function alongside the Jaysh al-Mahdi and other militia groups in Iraq. They are not identical, but rather overlapping groups. "They come from militia groups, and they are generally the more extreme members of those militia groups. Some of them have come from Jaysh al-Mahdi. Some have come from other militia groups as well," according to Brigadier General Kevin Bergner,



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

Case 1:18-cr-00218-CRC   Document 35-8   Filed 05/28/20   Page 489 of 848

a U.S. military spokesman.[102] Bergner stressed, "While some of these people may have come from or been affiliated with Jaish al-Mahdi at one point—and these special groups were an outgrowth, perhaps, of relationships with Jaish al-Mahdi—they have in fact broken away from Jaish al-Mahdi." Furthermore, "…[T]hey are cellular in nature….We believe that these [special groups] are operating outside his [Moqtada al-Sadr's] control and that he shares our…concern in the seriousness that they represent…"[103]

The Jaysh al-Mahdi fractured this spring. Moqtada al-Sadr publicly ordered his militias not to fight Iraqi Security Forces during Operation Fardh al Qanoon (Enforcing the Law, or the Baghdad Security Plan.) As a result, the Maliki government declared that all militia groups that fought the Iraqi Security Forces were "rogue elements" and therefore were subject to military targeting. Clashes between Iraqi Security Forces and rogue militia elements occurred in Diwaniyah in March and Amarah in June.

Moqtada al-Sadr left Iraq for Iran in late January, which further undermined the leadership structure of the militia. In May, the Golden Mahdi Army, a Najaf-based group that claimed to be dispatched by Sadr, attempted to cleanse the Jaysh al-Mahdi of rogue elements not responsive to Najaf.[104] Local groups, calling themselves the Noble Mahdi Army, emerged in Hurriyah in Baghdad to rebuff the attempt of the Golden JAM.[105] The results of these conflicts are not clear.

General Petraeus emphasized that secret cells are "different from JAM [Jaysh al-Mahdi]." Unlike the standard militiaman in the Mahdi Army, the secret cells "have had extra training and selection," the training being conducted by the Qods Force.[106] These "secret cells" function as enablers, facilitating Iranian support for the Jaysh al-Mahdi and coordinating continued attacks. Sadr City is the support base for the secret cells, Jaysh al-Mahdi, and many rogue JAM militias within Baghdad. These networks overlap extensively.

A militia commander seized in Najaf illustrates a common relationship between the current special groups and the Jaysh al-Mahdi organization. "The former commander's Jaysh al-Mahdi cell is suspected of conducting aggressive insurgent attacks using EFPs throughout southern Iraq during late 2005 and early 2006. After leaving Jaysh al-Mahdi, he allegedly formed an independent cell of more than 150 Shia extremists that is believed to have conducted attacks on Iraqi and Coalition Forces."[107] U.S. Forces captured another extremist in Sadr City who broke from Jaysh al-Mahdi, ran his own cell, and had ties to weapons provided by special groups.[108]

## THE U.S. AND IRAQI RESPONSE WITHIN IRAQ TO IRANIAN INTERVENTION

United States forces and diplomats in Iraq recognize the destabilizing effect that Iranian support for secret cells is having on the government of Iraq. They aim to "…get the surrogates that are operating within Iraq, which tend to be Iraqis, to reject what Iran is doing. There are Iraqi extremist leaders here that are supporting this effort. If we can get… Iraqis to reject Iranians' lethal support inside of their country, we can stop this threat," according to General Odierno.[109] The Coalition and the Iraqi government have taken a multi-pronged approach to reducing Iranian influence within Iraq. "We do that first by taking down their supply networks," General Odierno stated. The second approach is political and diplomatic: "We do that by continuing to talk [with] the Iraqis" about their "tensions" with Iran and the effects that Iranian influence might have "over your own country."[110] This coordinated diplomatic and military policy seeks "…to have Iraqis reject Iran doing this. Once that occurs, I think we'll be able to eliminate this threat from inside of Iraq," General Odierno remarked.[111]

### *The Military Response*

Although Coalition forces in Iraq concentrated their offensive activities against al Qaeda during Operation Phantom Thunder, they also conducted operations targeting the presence of the Jaysh al-Mahdi. MNF-I removed multiple leaders of



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670



**Maj. Ike Sallee, an operations officer with the 3rd Infantry Division, plans a 'soft knock' mission for Qahirya, a neighborhood in Baghdad's Adhamiyah District with Iraqi army soldiers on July 10. The mission was to interact with the residents to gather information and disrupt operations of a cell using roadside bombs (EFPs) in the area.**

SPC. CAL TURNER / U.S. DEPARTMENT OF DEFENSE PHOTO

Sadrist secret cells throughout the country almost daily in May and June, and their targets frequently include Sadrists in Sadr City itself. In May and June alone, Coalition and Iraqi forces executed at least 18 operations in Baghdad and its immediate surroundings targeting secret cell activity. They have also conducted such raids against secret cell leaders and militias in Karbala, Amarah, Nasiriyah, and Basrah.

The operations have yielded the capture or elimination of key secret cell leaders, individuals responsible for EFP attacks against Coalition forces, members of Shia death squads and kidnapping cells, as well as those responsible for the importation and use of Iranian weapons.

*Disrupting Networks and Interdicting Illegal Weapons East and South of Baghdad*

Disrupting the supply networks, General Odierno's first step, required a redeployment of Coalition and Iraqi forces along key nodes in the lines of communication between Iran and Iraq. There were insufficient Coalition forces to disrupt these supply lines in 2006, even with targeted raids.

The disposition of U.S. Forces in 2006 left a dramatic hole east of Baghdad, allowing Iranian weapons, secret cell leaders, and militia groups to flow freely through this area. The troop increase brought the Hammer Brigade (3rd Brigade Combat Team, 3rd Infantry Division) to this area, which had not had U.S. forces for years, in April 2007. Forward Operating Base Hammer is at Besmaya, about 15 or 20 miles east of the city. Southern Diyala province abuts northern Wasit in the desolate terrain east of Baghdad, now within


This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLY STANDARD*.COM

Hammer Brigade's area of operations. Secondary roads through that terrain link Mandali, the major EFP cache site in Diyala, with the eastern border of Sadr City. Roads along the southeastern edge of Baghdad link the same terrain with the Tigris River Valley.

Secret cells evidently valued this communications route east of Baghdad, which link Sadr City and its surrounding neighborhoods with Diyala Province. Coalition forces have been actively targeting these weapons smugglers east and northeast of Baghdad. U.S. and Iraqi Forces detained a smuggler responsible for transporting EFPs and Katusha rockets from Iran to Iraq and distributing them to secret cells throughout Baghdad.[112] A few days later, U.S. forces detained two suspects with direct links to the IRGC on the Iranian border east of Baghdad.[113]

On July 11, insurgents launched Iranian rockets at FOB Hammer, killing one soldier and wounding 15 others. On August 7, the 3rd Brigade Combat Team "conducted a raid on a militant house in the town of Nahrawan, which is about 20 miles east of Baghdad on the east side of the Tigris River. They arrested one of our division's most valued targets, high-value targets," according to Major General Rick Lynch, the 3rd ID commander. "…[H]e acted as a link between Iran and the Jaish al-Mahdi militia. He was the main Shia conduit in that region for getting Iranian EFPs and rockets into Baghdad, and his capture was a big blow to that network."[114] Whatever the ultimate effect of that particular capture, the incident shows the importance of interdicting the supply lines east of Baghdad.

In 2006, Coalition forces were also spread too thin to cover the lines of communication south of Baghdad. For example, only 200 soldiers from the Polish Division in Multi-National Division Central-South were stationed in Kut through spring 2007, detached from the bulk of their unit.[115] Thus, smugglers could bring Iranian weapons without expecting interdiction along open routes in 2006.

The surge of U.S. and Coalition forces, including the addition of another Division Headquarters, made it possible to begin interdicting weapons flowing along the major highways and the Tigris River. Multi-National Force-Iraq reinforced Kut with 2,000 soldiers from the Republic of Georgia, who arrived in July and August 2007 for operations that will commence in September.[116] MND-C plans to use this brigade to search every truck coming along the highway through Kut.[117]

Coalition and Iraqi Special Forces and conventional forces targeted rogue Jaysh al-Mahdi units and special groups in Diyala, Baghdad, and southern Iraq in June, July, and August. Some of these activities aimed at disrupting supply networks. General Odierno reported at the end of August 2007, "We've had some success in taking down some of the leaders in the supply networks… within Diyala province, within Sadr City and within southern Iraq."

*Capturing Secret Cell Leaders and*
*Rogue Jaysh al-Mahdi Commanders*

U.S. and Iraqi forces have conducted a multi-phased campaign against secret cell supply networks. First, Special Forces captured or killed high-value targets, exploiting the intelligence gained from the capture of Ali Mussa Daqduq and the Khazali brothers. They focused particularly on Sadr City, the base of special groups in Baghdad, and southern Iraqi cities such as Amarah and Basra. As weapons trafficking networks linked Amarah and Baghdad, the operations in the south contributed directly to captures in the capital.[118]

A second wave of operations against secret cells occurred in July, presumably as Coalition and Iraqi forces gained intelligence in the wake of Phantom Thunder. The scope of these raids widened, and included Diyala province and cities in the south.[119]

Simultaneously, U.S. and Iraqi forces intensified their campaign against secret cell leaders in Baghdad in late July and August, frequently operating against rogue militias in western Baghdad as well as Sadr City.

The weapons provided by the Qods Force and its agents made their way from Sadr City to rogue militias in the western half of the capital. The hotspots for EFP use in Baghdad and for secret cell arrests suggest a path from Sadr City to its



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

Case 1:18-cv-02248-CRC   Document 95-8   Filed 05/09/22   Page 492 of 848



**AREAS OF HIGH-INTENSITY SECRET-CELL ACTIVITY IN BAGHDAD**

northeastern outlying neighborhoods, Shaab and Ur; then to Adhamiyah and Hurriyah on the east bank of the Tigris; and from there to Khadimiya and Shula in northern Mansour, Yarmouk in southern Mansour, and Aamel and Bayaa in Rashid.

Iraq Report II already documented Jaysh al-Mahdi activity in Sadr City, Shaab, and Ur, and it documented the arrival of the 1st BCT, 82nd Airborne into the Sunni neighborhoods of Adhamiyah and Hurriyah. A rogue JAM brigade commander, captured in mid-August, led a cell of 150 insurgents. They bought and sold weapons in Sadr City for use in Hurriyah. Their death squads targeted Iraqis in the government who opposed their activities. They set up illegal checkpoints in that neighborhood to kill Sunni civilians. They conducted indirect fire attacks on Iraqis. And finally, they emplaced complex IEDs against Coalition and Iraqi Security Forces.[120]

This report, therefore, traces the projection of rogue elements from Sadr City into western Baghdad.

Khadimiya is the most significant Shia pilgrimage site in Baghdad. Different groups of the Jaysh al-Mahdi, some from Baghdad and others from Najaf, have competed with one another for control of the Khadamiya shrine this spring.[121] Presumably, some of these fall into the category of rogue Jaysh al-Mahdi or secret cells.

Militia elements and al Qaeda likewise threaten the population of the nearby Sunni enclave in



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *weekly*STANDARD.COM

Mansour and mixed neighborhoods such as Shula. Accordingly, on July 31 U.S. forces conducted raids against weapons traffickers with links to the Qods Force in Shula.[122] U.S. and Iraqi Security Forces also captured members of an assassination cell in Shula on August 8.[123] Rogue militia attacked U.S. troops who were searching for a weapons cache in Shula, which, indeed, contained EFPs and other weapons. Ground forces and their close air support killed the militiamen who opened fire.[124] In northwestern Baghdad, the 6th Iraqi Army Scout Platoon captured members of a cell that conducted extra-judicial killings in the Atafiyah neighborhood as well as IED attacks against coalition forces.[125]

The Rashid district of Baghdad also contains a major Sunni-Shia faultline and a great deal of militia activity. U.S. Forces conducted major clearing operations in Rashid in May, and focused intensely on the al Qaeda stronghold in Dora and the JAM network in Bayaa in June and July. Iraqi and Coalition Forces also targeted rogue Jaysh al-Mahdi leaders in Baghdad and in the south. Iraqi and Coalition Forces targeted rogue Jaysh al-Mahdi leaders and special cell operatives in Rashid, just as they have in Shula: a death-squad leader on July 25;[126] an IED and EFP facilitator for Bayaa and Aamel on July 26;[127] a rouge JAM insurgent group that conducted attacks against Coalition forces and Iraqi citizens on August 6;[128] a rogue JAM death squad leader and four of his cell members in East Rashid on August 8; a high-value special groups financier for Bayaa on August 13;[129] and a rogue JAM sniper on August 16.[130] In addition, they targeted a splinter Jaysh al-Mahdi group that conducted extra-judicial killings in southwestern Baghdad.[131]

Operation Phantom Strike, the Corps offensive that began on August 15, targeted secret cells and rogue Jaysh al-Mahdi units that benefit from their support. Some of the most recent operations presumably fall under that new operation's heading.

*The Iraqi Army fights Rogue Shia Militias*

Prime Minister Maliki supported operations against the secret cells this summer with Iraqi

Security Forces, particularly Iraqi Special Operations Forces and some units of the Iraqi Army. General Odierno confirmed, "They [the secret cells] are attacking the government of Iraq. The Iraqis understand this, and they've understood this because they have sent their own forces on operations against these elements. So it's clear that Prime Minister Maliki is very aware that they are conducting attacks against the government of Iraq, or they [the Iraqis] wouldn't use their own security forces, along with our forces, to take down these elements."[132]

The Eighth Iraqi Army Division is perhaps the best example of conventional Iraqi forces engaging rogue Jaysh al-Mahdi militias. They conducted a series of operations against militias in Diwaniyah, the capital of Qadisiyah province, in 2007. Polish troops and some U.S. Special Forces, support the Eighth Iraqi Army Division, as does an American Military Transition Team.

One reporter described the situation in Diwaniyah as the Baghdad Security Plan began. "In the city of Ad Diwaniyah, 80 miles south of Baghdad, a fragile truce had held between Badr and Mahdi fighters since last August, when heavy clashes left dozens dead. Then in March, militiamen from the capital began to join up with a local Mahdi commander named Kifah al-Qureity. Emboldened, Qureity turned his guns on the local government, run by SCIRI officials, and on Coalition forces. (Locals in Ad Diwaniyah say he rallied his new forces, some 400 strong, while wearing a suicide vest.)"[133]

The Eighth Iraqi Army Division, commanded by General Oothman Ali Farhood, contested the attempt of rogue Jaysh al-Mahdi to control the city. He launched Operation Black Eagle on April 6, 2007, supported by the 4th Brigade Combat Team, 25th Infantry Division.[134] General Oothman aimed to clear and hold a portion of the city during this multi-week counteroffensive. He launched the next phase of Black Eagle on June 4, while troops from the Polish Division conducted a supporting operation in Kut.[135] During this operation, the Eighth Iraqi Army Division raided a market in search of two individuals wanted by Coalition Forces and known to be militia leaders. His efforts yielded the capture of one as



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

Case 1:18-cr-00818-CRC   Document 85-8   Filed 05/09/22   Page 494 of 848

well as the successful identification of weapons caches.[136] He undertook subsequent operations against militia groups in Diwaniyah, including a major fight in August against extremist militias. The Eighth Iraqi Army Division also vigorously pursued special groups operatives throughout its area, apprehending a recruiter for special groups in Najaf on July 15, another on August 4, and a third on August 12.[137] An independent militia commander who was formerly affiliated with the Jaysh al-Mahdi participated in the August battle, along with his organization of 150 operatives. The Eighth Iraqi Army Division detained him after a raid in eastern Najaf on August 14.[138]

*The Diplomatic Response*

Ambassador Ryan Crocker began engaging in direct discussions with Iran about security in Iraq in May 2007. On May 29, he met with Iran's ambassador to Iraq in a four-hour session hosted and chaired by Prime Minister Maliki. He made it clear that the discussion was confined to Iraq and avoided any of the other issues in conflict between Iran and the United States. He said, "We also made it clear, from the American point of view, that this is about actions, not just principles, and I laid out before the Iranians a number of our direct specific concerns about their behavior in Iraq, their support for militias that are fighting both the Iraqi Security Forces and Coalition forces, the fact that a lot of the explosives and ammunition that are used by these groups are coming from Iran, that such activities, led by the IRGC Qods Force, needed to cease, and that we would be looking for results." He continued, "The Iranians did not respond directly to that. They did, again, emphasize that their policy is support

**■ Before the surge, American forces in Iraq were generally stretched too thin to interdict the main routes of supply the Iranians used to support their proxies. The arrival of new forces east of Baghdad and in Kut will allow the U.S. to work much more effectively within Iraq to reduce the flow of Iranian weapons and the free passage of Iranian advisors. The Iranian networks within Iraq are nevertheless highly developed and closely linked both to Lebanese Hezbollah and to the Qods Force, and they will not be easy to uproot.**

of the government [of Iraq]." About the specific concerns Crocker described he said "The Iranians did not go into any great detail. They made the assertion that the Coalition presence was an occupation and that the effort to train and equip Iraqi Security Forces had been inadequate to the challenges it faced." The Iranians then proposed a "trilateral mechanism to coordinate on security matters," which Crocker referred to Washington. Asked again about the Iranian response to the specific accusations he had made, Crocker repeated: "In terms of security specifics, we laid out a number of them. The Iranians did not offer any detailed response. They did say they rejected such allegations, but again, there was no detailed exchange."[139]

The prospects for follow-up meetings did not appear good in the weeks following this exchange. State Department Spokesman Sean McCormack repeated on several occasions in June and July that there had been no formal request from any party for an additional meeting, and said that the U.S. was more interested in what the Iranians were doing than in what they said at such meetings: "We said that we're not going to have another meeting just for the sake of having another meeting. We would like to see these—this mechanism actually result in some changes. I think at this point, it's safe to say we haven't seen any substantial change in terms of Iranian behavior." Asked what changes he was looking for, McCormack responded, "Well, for starters, stop supplying money, technology, and training for people who are trying to kill our troops… They can stop funding those individuals and groups who are trying to stoke sectarian tensions in Iraq."[140]

Nevertheless, Crocker met once again with the



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

Iranian ambassador, the Iraqi foreign minister, and the Iraqi national security advisor, at the request of the Iraqi Government on July 24, 2007. Crocker repeated the concerns he had laid out in the May meeting about Iranian involvement in the violence in Iraq, noting that, in fact, "over the roughly two months since our last meeting we've actually seen militia related activity that can be attributed to Iranian support go up and not down… [T]hus far what we've seen on the ground over the last couple of months has in many respects represented an escalation and not a de-escalation." He noted, "The Iranians, in their response, followed pretty much the same line as the Iranian foreign ministry spokesman…which is to say we have absolutely nothing to do with this." The Iranians nevertheless proposed establishing a security subcommittee "to discuss the problem of extremist militias."[141] Such a committee was apparently established, as McCormack noted that it met at the sub-ambassadorial level in early August "to talk about security issues related to Iraq."[142] McCormack also noted that representatives from MNF-I and the U.S. Embassy in Baghdad attended a meeting of Iraq's neighbors (as observers) in Damascus on August 8 to address "the issue of Iraq's borders and the flow of foreign fighters, the flow of the kind of technologies and money that are adding to the instability in Iraq." He concluded, "Thus far, our diplomatic engagement through the channel that Ambassador Crocker has set up hasn't yielded positive results…. As a matter of fact, you've seen, as General Odierno pointed out, an actual increase in the attacks from these EFP networks."

Both Crocker and McCormack repeatedly pointed out that Iran's publicly declared policy matched that of the United States and the government of Iraq, but that its actions did not match its stated policy, and that it denied any involvement in supporting violence within Iraq despite all evidence to the contrary. They stressed the conclusion that it was unlikely that further talks or additional diplomatic mechanisms would be productive until the Iranians adjusted their behavior to match their public and private statements. They also noted that between May and July, Iranian actions had moved even farther from Iranian statements as Iranian weapons and advisors flowed into Iraq in increasing numbers.

## CONCLUSION

There can be no question that Iran is actively engaged in promoting violence against Americans and sectarian violence in Iraq, that its efforts began even before the American invasion, that they have included the provision of direct support in the form of weapons and advisors, and that they have involved facilitating the growth of a solid relationship between Lebanese Hezbollah and Iraqi Shia militias, particularly the Jaysh al-Mahdi. Iranian agents and proxies in Iraq have attacked Iraqi government officials in Baghdad and in the provinces, suggesting that their aims do not include supporting or solidifying the democratically-elected, Shia-dominated government of Nuri al-Maliki. They have been lavish with their support to all groups engaged in violence against the Coalition, including Sunni groups with ties to al Qaeda, and they have supported a number of different Shia groups even when they are in competition with one another.

Before the surge, American forces in Iraq were generally stretched too thin to interdict the main routes of supply the Iranians used to support their proxies. The arrival of new forces east of Baghdad and in Kut will allow the U.S. to work much more effectively within Iraq to reduce the flow of Iranian weapons and the free passage of Iranian advisors. The Iranian networks within Iraq are nevertheless highly developed and closely linked both to Lebanese Hezbollah and to the Qods Force, and they will not be easy to uproot. Progress is likely to be slow and fitful, particularly in the first few months of the effort. Operations against Iranian-backed militias are very likely to be one of the major efforts of Coalition forces and the Iraqi Security Forces over the coming year.


This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

## *Endnotes*

1    Michael R. Gordon, "Deadliest Bomb in Iraq is Made by Iran, U.S. Says," The New York Times, February 10, 2007, A6.

2    Michael Gordon and Dexter Filkins, "Hezbollah Said to Help Shiite Army in Iraq," The New York Times, November 28 2006. The senior US officials who publicly confirmed Iranian involvement with Shiite militias in November were Gen. Michael V. Hayden (Director of the Central Intelligence Agency) and Lieutenant General Michael D. Maples (Director of the Defense Intelligence Agency). General John P. Abizaid (then the commander of U.S. Central Command) stated that Hezbollah was training operatives in Iran, some of whom would operate in Lebanon and others (from Iraqi Shia militia groups) who might operate in Iraq, but he did not specify what those links were and how they functioned.

3    Dan Darling, "General Panic: Meet Brigadier General Qassem Suleimani, the Commander of Iran's Anti-American Qods Force," Weekly Standard, October 5 2005.

4    Sean D. Naylor, "Iran Deeply Involved in Iraq, Petraeus Says," Army Times, May 24 2007.

5    Angel Rabasa, Beyond Al-Qaeda, 2 vols., vol. 2 (Santa Monica, CA: Rand Corporation, 2006), 11-14.

6    Andrew Exum, "Comparing and Contrasting Hizballah and Iraq's Militias," in PolicyWatch #1197 (The Washington Institute for Near East Policy, 2007).

7    Department of Defense Press Briefing with Multi-National Corps-Iraq Commander Lt. Gen. Ray Odierno, Topic: Ongoing Security Operations in Iraq, Location: Pentagon Briefing Room, Arlington, VA, August 17, 2007.

8    Michael Ware, "Inside Iran's Secret War for Iraq," Time, August 15 2005.

9    Ibid.

10    Edward T. Pound, "Special Report: The Iran Connection," U.S. News and World Report, November 14 2004. The article notes that U.S. intelligence sources could not confirm that the fatwa had come from Iranian clerics, "but they believe it was credible."

11    Ibid.

12    Ibid.

13    Ibid.

14    Ware, "Inside Iran's Secret War for Iraq." Ware did not use the term "explosively-formed projectile," which

was not yet then common currency, but the weapon he described was probably what is now known as an EFP.

15    Pound, "Special Report: The Iran Connection."

16    Ware, "Inside Iran's Secret War for Iraq."

17    Pound, "Special Report: The Iran Connection."

18    Ibid.

19    Babak Dehghanpisheh, Melinda Liu, and Rod Norland, "We Are Your Martyrs," Newsweek, April 19 2004. Mohammad Baqir al Hakim was the older brother of Abd al-Aziz al Hakim, the current head of SCIRI (now renamed the Supreme Iraqi Islamic Council, or ISCI).

20    Pound, "Special Report: The Iran Connection."

21    Kenneth Katzman, "Iran's Influence in Iraq," CRS Report for Congress, November 15 2005.

22    Pound, "Special Report: The Iran Connection."

23    Ibid.

24    Ibid.

25    Ware, "Inside Iran's Secret War for Iraq."

26    Ibid.

27    Babak Dehghanpisheh, "Iraq's New Guns for Hire; under Seige in Baghdad, Fighters from Moqtada Al-Sadr's Mahdi Army Are Going Freelance, and They're Already Spreading Havoc to Once Calm Parts of the Country," Newsweek, May 7 2007.

28    Press Briefing by Multi-National Force-Iraq Deputy Chief of Staff for Strategic Effects Brigadier General Kevin Bergner, Topic: Security Operations in Iraq, Location: The Combined Press Information Center, Baghdad, Iraq, July 2, 2007.

29    Dehghanpisheh, "Iraq's New Guns for Hire."

30    Multi-National Corps – Iraq Release No. 20070814-07, "Iraqi Army, U.S. Special Forces detain high-value rogue JAM Special Groups leader," August 14, 2007.

31    Multi-National Corps – Iraq Release No. 20070807-14, "Iraqi Army, U.S. Special Forces detain suspected rogue JAM recruiter; ISOF detain suspected Al-Qaeda emir," August 7, 2007; Multi-National Corps – Iraq Release No. 20070716-17, "Iraqi Army, Coalition Forces detain insurgent linked to Iranian IEDs," July 16, 2007.

32    Press Briefing by Multi-National Force-Iraq Deputy Chief of Staff for Strategic Effects Brigadier General Kevin Bergner, Security Operations in Iraq.

33    Multi-National Corps – Iraq Release No. 20070814-07, "Iraqi Army, U.S. Special Forces detain high-value rogue JAM Special Groups leader," August 14, 2007.

34    Press Briefing by Multi-National Force-Iraq Deputy Chief of Staff for Strategic Effects Brigadier General Kevin Bergner, Security Operations in Iraq.



THE INSTITUTE FOR THE STUDY OF WAR



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

35  Ibid.

36  Hajji Yusif presumably works directly for the Qods Force Commander, General Qassim Sulleimani, but their precise relationship is not specified in the U.S. military's documentation. Ibid.

37  Ibid.

38  Ibid.

39  Karin Bruillard, "Ex-Sadr Aide Held in American Deaths," The Washington Post, April 23 2007.

40  Press Briefing by Multi-National Force-Iraq Deputy Chief of Staff for Strategic Effects Brigadier General Kevin Bergner, Security Operations in Iraq.

41  "Hezbollah Helps Iraq Shiite Army, U.S. Official Says," Michael R. Gordon and Dexter Filkins; Mark Mazzetti contributed reporting from Washington, and Hosham Hussein from Baghdad; The New York Times, November 28, 2006, Late Edition – Final A1.

42  Ware, "Inside Iran's Secret War for Iraq."

43  Press Briefing by Multi-National Force-Iraq Deputy Chief of Staff for Strategic Effects Brigadier General Kevin Bergner, Security Operations in Iraq.

44  Nelson Hernandez and K.I. Ibrahim, "Top Shiites Nominate a Premier for Iraq; Al-Maliki Opposed Hussein and the U.S.-Led Invasion," The Washington Post, April 22 2006.; Sabrina Tavernise et al., "A Novice, but Outspoken; Jawad Al-Maliki," The New York Times, April 23 2006.

45  Press Briefing by U.S. Ambassador Ryan Crocker, Location: The Combined Press Information Center, Baghdad, Iraq, August 21, 2007.

46  Sudarsan Raghavan and Robin Wright, "Iraq Expels 2 Iranians Detained by U.S., American Defense Official Calls Release 'Obviously Troubling'," The Washington Post, December 30 2006.

47  Ibid.

48  Multi-National Corps – Iraq Release No. A070114a, "Coalition targets Iranian influence in Northern Iraq," January 14, 2007.

49  Multi-National Force Iraq, Release A070618a, "Coalition Forces disrupt Secret Cell terrorist network," June 18, 2007.

50  Department of Defense News Briefing with Multi-National Division-Center and 3rd Infantry Division Commander Maj. Gen. Rick Lynch, Topic: Operation Marne Husky, Location: Pentagon, Arlington, VA, August 24, 2007.

51  Human Rights Bureau of Democracy, and Labor, "Iraq," in Country Reports on Human Rights Practices-2006 (U.S. Department of State, 2007).

52  Kim Gamel, "Iraq Official Is Accused of Aiding Massacres," Newark Star-Ledger, February 9 2007.

53  U.S. Fed News, "Ia, Mnd-B Soldiers Act on Tip, Cordon Off Moh to Look for Kidnap Victims," August 13 2006.

54  Thomas Wagner, "Political Humorist Slain as Iraqi Death Toll Soars," Newark Star-Ledger, November 21 2006.

55  Ibid.

56  Bassem Mroue and Qassim Abdul-Zahra, "Iraq Loses $8 Billion through Corruption," Associated Press Online, April 4 2007.; Damien Cave, "Iraq Raid Attempts to Cut Mahdi Army Link," The International Herald Tribune, February 9 2007.

57  Joshua Partlow and Bassam Sebti, "Gunmen Kidnap Scores of Iraqis; Hussein Lawyer Slain," The Washington Post, June 21 2006.

58  Associated Press, "Gunmen Release Iraq Electricity Official," The Associated Press, July 4 2006.; Associated Press, "Gunmen in Baghdad Kidnap Iraqi Diplomat Specializing in Iranian Relations," The Associated Press, July 11 2006.

59  Ryan Lenz, "Iraqi Games Chief Part of Mass Kidnap," The Sunday Mail (Australia), July 16 2006.

60  Sudarsan Raghavan, "In Iraqi Colleges, Fear for an Already Shrunken Realm; Mass Kidnapping Seen Likely to Boost Educators' Exodus," The Washington Post, November 16 2006.

61  John F. Burns et al., "Dozens Abducted in Brazen Raid on Iraq Ministry," The New York Times, November 15 2006.

62  Raghavan, "In Iraqi Colleges, Fear for an Already Shrunken Realm; Mass Kidnapping Seen Likely to Boost Educators' Exodus."

63  Burns et al., "Dozens Abducted in Brazen Raid on Iraq Ministry."

64  Mark Kukis, Mazin Ezzat, and Bobby Ghosh, "An Ambush in Karbala," Time, July 26 2007.

65  Press Briefing by Multi-National Force-Iraq Deputy Chief of Staff for Strategic Effects Brigadier General Kevin Bergner, Security Operations in Iraq.

66  Press Briefing by Multi-National Force-Iraq Deputy Chief of Staff for Strategic Effects Brigadier General Kevin Bergner, Security Operations in Iraq.

67  Press briefing by Secretary of Defense Robert Gates, U.S. Ambassador to Iraq Ryan Crocker and Multi-National Force-Iraq Commander Gen. David Petraeus, Location: The U.S. Ambassador's Residence, Baghdad,





This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:19 UTC
All use subject to https://about.jstor.org/terms

PX670

Iraq, June 16, 2007.

68   Press briefing by Secretary of Defense Robert Gates, U.S. Ambassador to Iraq Ryan Crocker and Multi-National Force-Iraq Commander Gen. David Petraeus, Location: The U.S. Ambassador's Residence, Baghdad, Iraq, June 16, 2007.

69   Multi-National Corps – Iraq Release No. 20070718-16, "Update: Detainee captured June 28 identified," July 18, 2007.

70   Press Briefing by Multi-National Force-Iraq Deputy Chief of Staff for Strategic Effects Brigadier General Kevin Bergner, Security Operations in Iraq, Slide 4.

71   Press Briefing by Major General William Caldwell, Spokesman, Multi-National Force-Iraq and Major Marty Webber, Explosive Ordnance Disposal Expert, Topic: Iraq Operational Update Briefing, Location The Combined Press Information Center, Baghdad, Iraq, February 14, 2007.

72   Ibid.

73   Ware, "Inside Iran's Secret War for Iraq."

74   Press Briefing by Multi-National Force-Iraq Deputy Chief of Staff for Strategic Effects Brigadier General Kevin Bergner, Security Operations in Iraq.

75   For example, Multi-National Corps – Iraq Release A070816b, "Coalition Forces Kill Three, Detain Six, Capturing a High-Priority Special Groups Weapons Smuggler," Aug. 16, 2007.

76   Media roundtable with Maj. Gen. William Caldwell IV, MNF-I spokesman, and Maj. Marty Weber, 79th Explosive Ordnance Disposal Unit, April 11, 2007; "U.S. vs. Iran: Cold War, Too," Robin Wright, The Washington Post, July 29, 2007, Regional Edition, B01.

77   Thomas Harding, "Iraqi Insurgents Using Austrian Rifles from Iran," Telegraph, February 2 2007.

78   Ibid.

79   Ibid.

80   Ibid.

81   Dehghanpisheh, "Iraq's New Guns for Hire"; Department of Defense News Briefing with Multi-National Division-Center and 3rd Infantry Division Commander Maj. Gen. Rick Lynch, Topic: Operation Marne Husky, Location: Pentagon, Arlington, VA, August 24, 2007.

82   Department of Defense Civilian Defense Experts Conference Call with Brigadier General Edward Cardon, Deputy Commander for Support, Multi-National Division-Center, July 19, 2007.

83   Department of Defense Civilian Defense Experts Conference Call with Brigadier General Edward Cardon, Deputy Commander for Support, Multi-National Division-Center, July 19, 2007.; Dehghanpisheh, "Iraq's New Guns for Hire"; Associated Press, "Iran Sealing Iraq Border after Detention of 2 Al-Qaida Suspects," The Associated Press, February 7 2007.

84   "Protests after Us Troops Detain Iraq Shiite Leader," Agence France Presse—English, February 24 2007.

85   U.S. Fed News, "Iraqi Army Detains Two Wasit Provincial Officials on Suspicion of Smuggling Ieds," January 19 2007.; Kut has also been an area in which rogue Jaysh al-Mahdi have operated against Iraqi Security Forces (Multi-National Corps – Iraq Release No. 20070716-17, "Ambush disrupted; two extremists killed," July 16, 2007.)

86   Multi-National Corps – Iraq Release A070808b, "Coalition Forces Kill 30 Special Groups Cell Terrorists, detain 12," August 8, 2007; The roads from Kut also extend southeast to Diwaniyah, the capital of Qadisiyah, and east to the major Shia cities of Hillah, Karbala, and Najaf.

87   Ravi Nessman, "U.S. Military Frees 42 Captives Kidnapped by Al-Qaida in Raid on Hide-out in Iraq's Northeast," The Associated Press Worldstream, May 28 2007.

88   Ahmed, Hamid. "Iraqi Police: Clashes Continue Between Iraqi Forces and Mahdi Army Fighters in South." Associated Press Worldstream. 19 June 2007.

89   Multi-National Corps – Iraq Release No. 20070627-13, "Iraqi Army destroys weapons cache near Nasiriyah," June 27, 2007.

90   Multi-National Force – Iraq Press Briefing, Media roundtable with Major General William Caldwell, Spokesman for Multinational Force Iraq; and Major Marty Weber, 79th Explosive Ordnance Disposal Unit, Topic: Operational Update, Location: The Combined Press Information Center, Baghdad, Iraq, April 11, 2007.

91   Multi-National Corps – Iraq Release No. 20070630-04, "Iraqi Special Operation Forces detain insurgent leader," June 30, 2007.

92   Multi-National Corps – Iraq Release No. 20070630-04, "Iraqi Special Operation Forces detain insurgent leader," June 30, 2007; Multi-National Corps – Iraq Release No. 20070716-16, "Update: Detainee captured June 28 identified," July 18, 2007.

93   Multi-National Force – Iraq, Release No. A070618a, "Coalition Forces disrupt Secret Cell terrorist network," June 18, 2007.





This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

94 Press Briefing by Multi-National Force-Iraq Deputy Chief of Staff for Strategic Effects Brigadier General Kevin Bergner, Security Operations in Iraq, July 2, 2007.

95 See Kimberly Kagan, " From 'New Way Forward' to New Commander, January 10-February 10, 2007" Iraq Report (www.understandingwar.org), March 1, 2007; and Kimberly Kagan, "The Battle for Diyala, February 11-April 25, 2007" Iraq Report (www.understandingwar.org), May 7, 2007; to review the operations in Balad Ruz and Turki Village.

96 The exact date of his meeting in Diyala has not been published. He was captured on March 20, 2007; he recorded the meeting in the twenty-two page personal diary that U.S. forces found when they captured him; and he was on his fourth trip to Iraq since May 2006.

97 Special Defense Department Briefing, Topic: Ongoing Security Operations In Iraq; Briefers: Major General Benjamin Mixon, Commander, Multinational Division-North and the 25th Infantry Division; Colonel James Trogdon, Engineer Commander, Task Force Lightning; Friday, March 9, 2007.

98 Multi-National Corps – Iraq Release No. 20070820-06, "Iraqi Forces, U.S. Special Forces Battle Insurgents, Kill 8 Terrorists," August 20, 2007.

99 Department of Defense Special Briefing by Lieutenant General Ray Odierno, U.S. Army, Commander, Multi-National Corps-Iraq, Topic: Operation Phantom Thunder, Location: Pentagon Briefing Room, Arlington, VA, June 22, 2007.

100 Department of Defense Press Briefing by Major General Joseph Fil Jr., Commanding General of Multi-National Division-Baghdad and 1st Cavalry Division, Location: Pentagon Briefing Room, Arlington, VA, June 29, 2007.

101 Department of Defense Press Briefing by Multi-National Corps-Iraq Commander Lieutenant General Ray Odierno, Topic: Ongoing Security Operations in Iraq, Location: Pentagon Briefing Room, Arlington, VA, August 17, 2007.

102. Press Briefing by Multi-National Force-Iraq Deputy Chief of Staff for Strategic Effects Brigadier General Kevin Bergner, Security Operations in Iraq, July 2, 2007.

103 Press Briefing by Multi-National Force-Iraq Deputy Chief of Staff for Strategic Effects Brigadier General Kevin Bergner, Security Operations in Iraq, July 2, 2007.

104 "U.S. soldiers find tips flowing from rifts within powerful Shiite militia run by young cleric," Lauren Frayer, Associated Press Writer, Associated Press Worldstream, May 16, 2007 Wednesday 12:22 AM GMT;

Dehghanpisheh, "Iraq's New Guns for Hire."

105 Frayer, "U.S. soldiers find tips flowing from rifts within powerful Shiite militia run by young cleric," May 16, 2007.

106 Naylor, "Iran Deeply Involved in Iraq, Petraeus Says"." It is in this context that General Petraeus stated that the Qods Force reports to the Iranian supreme leader Ayatollah Ali Khamenei.

107 Multi-National Corps – Iraq Release No. 20070815-08, "Iraqi Army, U.S. Special Forces detain Shi'a extremist leader," August 15, 2007.

108 Multi-National Force-Iraq, Release A070814b, "Coalition Forces Kill Four Terrorists, Detain Eight in Search for Militant Extremist Leader, Aug. 14, 2007.

109 Department of Defense Press Briefing by Multi-National Corps-Iraq Commander Lieutenant General Ray Odierno, Topic: Ongoing Security Operations in Iraq, Location: Pentagon Briefing Room, Arlington, VA, August 17, 2007.

110 Ibid.

111 Ibid.

112 Multi-National Corps – Iraq Release A070816b, "Coalition Forces Kill Three, Detain Six, Capturing a High-Priority Special Groups Weapons Smuggler," August 16, 2007.

113 Multi-National Corps – Iraq Release A070722a, "Coalition Forces Detain Two Suspected Weapons Smugglers," July 22, 2007.

114 Department of Defense News Briefing with Multi-National Division-Center and 3rd Infantry Division Commander Maj. Gen. Rick Lynch, Topic: Operation Marne Husky, Location: Pentagon, Arlington, VA, August 24, 2007.

115 Associated Press, "Poland to Move Troops into One Base in Iraq," Associated Press Worldstream, June 8 2007.

116 Associated Press, "Georgian Parliament Approves Major Increase in Iraq Contingent," Associated Press Worldstream, June 8 2007.

117 Department of Defense News Briefing with Multi-National Division-Center and 3rd Infantry Division Commander Maj. Gen. Rick Lynch, Topic: Operation Marne Husky, Location: Pentagon, Arlington, VA, August 24, 2007.

118 "Building upon a series of coordinated operations efforts that began with the raid in al Amarah in June, [June 18], Coalition Forces continue to attack the supply chain of illicit materials being shipped from Iran. Intelligence reports indicate that the targeted individual in last night's



THE INSTITUTE
FOR THE
STUDY OF WAR



This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

PX670

raid acts as a proxy between the Iranian Revolutionary Guard Corps-Quds Force and the Iraqi EFP network. Reports also indicate that he assists with the facilitation of weapons and EFP shipments into Iraq as well as the transfer of militant extremists to Iran for training." Multi-National Corps – Iraq Release A070808b, "Coalition Forces Kill 30 Special Groups Cell Terrorists, detain 12," August 8, 2007.

119 Operations in Kharnabat (Multi-National Corps – Iraq Release A070720a, "Coalition Forces Capture High Value Terrorist with Ties to IRGC-QF," July 20, 2007) and Qasarin (Multi-National Corps – Iraq Release A070727a, "Coalition Forces Detain Four Suspected Special Groups Terrorists," July 27, 2007).

120 Multi-National Corps – Iraq Release No. 20070815-07, "Iraqi Special Operations Forces, U.S. Special Forces detain rogue JAM brigade leader, three cell members," August 15, 2007.

121 James Kitfield, "Success of Iraq Surves Rests on Ability to Suspend Cycle of Violence," National Journal, July 17, 2007 2007.

122 Multi-National Corps – Iraq Release A070731b, "Coalition Forces Capture Three Suspected Terrorists with Ties to IRGC-QF," July 31, 2007.

123 Multi-National Corps – Iraq Release No. 20070825-10, "ISOF, U.S. Special Forces detain nine extremist militants in Baghdad," August 25, 2007.

124 Multi-National Corps – Iraq Release No. 20070824-10, "MND-B troops engage militiamen, find cache," August 24, 2007.

125 Multi-National Corps – Iraq Release No. 20070820-06, "Iraqi Forces, U.S. Special Forces Battle Insurgents, Kill 8 Terrorists," August 20, 2007.

126 Multi-National Corps – Iraq Release No. 20070726-06, "Iraqi Security Forces, U.S. Special Forces detain rogue Jaysh al-Mahdi leader," July 26, 2007.

127 Multi-National Corps – Iraq Release No. 20070727-08, "Iraqi Army, U.S. Special Forces detain rogue Jaysh al-Mahdi cell leader," July 27, 2007.

128 Multi-National Corps – Iraq Release No. 20070808-04, "U.S. Special Forces, Iraqi SOF detain eight, kill one in air-strike," August 8, 2007.

129 Multi-National Corps – Iraq Release No. 20070813-08, "Iraqi, U.S. Special Forces detain key rogue JAM leader, capture Al Qaeda in Iraq medic," August 13, 2007.

130 Multi-National Corps – Iraq Release No. 20070819-02, "Iraqi Forces, U.S. Special Forces dismantle sniper cell, detain three, kill one in Baghdad," August 19, 2007.

131 Multi-National Corps – Iraq Release No. 20070820-06, "Iraqi Forces, U.S. Special Forces Battle Insurgents, Kill 8 Terrorists," August 20, 2007.

132 Department of Defense Press Briefing by Multi-National Corps-Iraq Commander Lieutenant General Ray Odierno, Topic: Ongoing Security Operations in Iraq, Location: Pentagon Briefing Room, Arlington, VA, August 17, 2007.

133 Dehghanpisheh, "Iraq's New Guns for Hire."

134 Multi-National Corps – Iraq Release No. 20070406-17, "Operation Black Eagle begins in Ad Diwaniyah," April 6, 2007.

135 U.S. Fed News, "Isf, Coalition Forces Successfully Conducted Lynx Claw," June 4 2007.

136 Kim Gamel, "U.S. Military Reports 14 More Soldiers Killed in Deadly 3 Days in Iraq," Associated Press, June 4 2007.

137 Multi-National Corps – Iraq Release No. 20070807-14, "Iraqi Army, U.S. Special Forces detain suspected rogue JAM recruiter; ISOF detain suspected Al-Qaeda emir," August 7, 2007; Multi-National Corps – Iraq Release No. 20070814-07, "Iraqi Army, U.S. Special Forces detain high-value rogue JAM Special Groups leader," August 14, 2007.

138 Multi-National Corps – Iraq Release No. 20070815-08, "Iraqi Army, U.S. Special Forces detain Shi'a extremist leader," August 15, 2007.

139 Press Briefing by Ambassador Ryan Crocker, U.S. Ambassador to Iraq, Topic: Following the Meeting with the Iranian and Iraqi Ambassador, Location: The Combined Press Information Center, Baghdad, Iraq, May 29, 2007.

140 U.S. Department of State Daily Press Briefing by Spokesman Sean McCormack, Location: Washington, DC, 27 June 2007.

141 Press Briefing by Ambassador Ryan Crocker, Topic: Second Round of U.S.-Iranian-Iraqi discussions, Location: The Combined Press Information Center, Baghdad, Iraq, July 24, 2007.

142 U.S. Department of State Daily Press Briefing by Spokesman Sean McCormack, Location: Washington, DC, August 8, 2007.





This content downloaded from
73.243.58.72 on Wed, 13 Apr 2022 15:19:59 UTC
All use subject to https://about.jstor.org/terms

# PX673

# The Hidden Hand of Iran in the Resurgence of Ansar al-Islam

J jamestown.org/program/the-hidden-hand-of-iran-in-the-resurgence-of-ansar-al-islam

By Lydia Khalil

Ansar al-Islam, an Islamic militant group based in the Kurdish mountains that briefly housed Abu Musab al-Zarqawi, was at the height of its power in 2002-2003. They controlled the areas of Bayarah and Tawilah along the Iranian border and operated with impunity. Yet, during the 2003 invasion of Iraq, Ansar al-Islam was driven out of the areas it had occupied for the past year in only five days. Operations by U.S. and Kurdish forces virtually annihilated it as an organized force, yet it is unclear to where its members fled. Some postulate that they were appropriated by other emerging insurgent groups such as Ansar al-Sunnah and Al-Qaeda in Iraq. A number of their members either retired from insurgent activity or fled to Iran and Europe to work in logistics and financing networks. Ansar al-Islam did not, however, disappear entirely. Many of its members went into hiding across the border. With the recent increase in insurgency activity in the Kurdish areas, Ansar al-Islam has reemerged as an organized force, likely as part of a new arm of al-Qaeda, the Kurdistan Brigades. The "Ansar al-Islam" title has been mentioned consistently in Kurdish and regional reports regarding recent violent attacks in the Kurdish region. It appears that Ansar al-Islam elements are not solely operating as part of the Kurdistan Brigades, but also as a viable, independent group once again. Newspapers and analysts from the region postulate that Ansar al-Islam and associated al-Qaeda elements are operating, as they had before, along the Iran-Iraq border and possibly with the acquiescence of Iran.

Iran's Potential Role

During the past month, Kurdish leaders have made frequent trips to Iran. Both Kurdistan Democratic Party (KDP) and Patriotic Union of Kurdistan (PUK) officials have summoned Iranian consuls to the Kurdish region to discuss Ansar al-Islam's border activity (Awena, May 1). Kurdish officials, like many others who reside along the border areas, express concern that Iran has perhaps played a role in Ansar al-Islam's resurgence. Various regional newspapers have reported on Iran's involvement with Ansar al-Islam, and some have leveled this accusation since 2004. One of Kurdistan's weekly independent papers, Hawlati, issued a series of reports on the matter. In a July 2004 article, Hawlati wrote that that "Italaat," the Iranian Secret Service, and al-Qaeda elements are training Ansar al-Islam along the eastern border of Kurdistan (Hawlati, July 2004). The Hawlati report posits that Iran is supporting Ansar al-Islam elements against the Iraqi Kurdish parties in order to separate Iraqi and Iranian Kurds and stave off any potential cooperation. In more recent news coverage, an anonymous Kurdish source said, "In fact, there is an organized campaign to recruit young Iranian Kurds in ideological and military training courses during which the recruit is paid a

PX673

salary...Along with these training courses, the recruit goes through other military activities most of which are of a terrorist nature. These courses are held in Iranian camps spread in various regions of Iran" (Elaph, April 27).

Not only has Iran been indicted with recruiting Iranian Kurds, it has also been accused of offering training and support to al-Qaeda-affiliated elements harbored in the Hamrin Mountains. Reports suggest that al-Qaeda is training in a camp near the city of Marivan in Iran and elsewhere along the vast border area (Elaph, April 27). Several anonymous sources have claimed that Iran offers a monthly stipend of $1,500 to each recruit, although this has not been independently verified.

Kurdish journalists have speculated that Iran allows Ansar al-Islam to operate along its borders as a way to reinforce and advance its influence in the Kurdistan Regional Government (KRG). Iran has been a long-standing benefactor and player in Iraqi Kurdish politics when the KDP and PUK administered Kurdistan under the No Fly Zone. Iran wielded an enormous amount of influence and the two main Kurdish parties were largely at the mercy of Iran's benevolence. In response to the intrusion of the United States, Iran has seen its influence wane, although it is still a factor in the region. The Sulaymaniyah paper Aso states, "In light of a number of changes following the war, Iran no longer has an economic [and political] impact as before. That is why now Iran, through using Ansar al-Islam, wishes to create security problems for the Kurdistan region the same as it tried to impose its own political agenda on Kurdistan through using the majority of the Islamist parties of Kurdistan prior to the Iraqi war" (al-Sulaymaniyah Aso, April 24). This refers to groups such as the Islamic Movement of Kurdistan that were the precursors of Ansar al-Islam.

Offering an alternative perspective, Sulaymaniyah's new security director, Hassan Nuri, recently said in an interview: "I do not think that Iran will allow them to be active on the border" (Awene, May 15). By "them," Nuri referred to militant Islamists. Iranian representatives stated in a paper circulated during a conference in Sharm el-Sheikh that fighting al-Qaeda, and Ansar al-Islam specifically, was a priority. A major goal in the Iranian working paper was to cooperate with Sunni and Kurdish elements to "draw up a plan to control the activity of groups that are close to al-Qaeda...specifically Ansar al-Islam" (al-Hayat, May 5).

Reports, nevertheless, continue to suggest an Iran and Ansar al-Islam connection. One report states that Ansar al-Islam and other associated al-Qaeda groups have taken over abandoned garrisons of the Mojahedin-e-Khalq, an Iranian dissident group that had been supported by Saddam Hussein against the Islamic Republic of Iran. These former garrisons lie only 25 kilometers from the Kurdish controlled areas. Two Ansar al-Islam leaders, Aso Kirkuki and Rahwan Sabir, are reportedly in charge of the fighters in this area. They are allegedly working with a previous Ansar al-Islam leader, Hiwa Kwer, who was arrested but later released as part of a prisoner exchange (Awene, April 10, 2007).

PX673

Ansar al-Islam has extended its operations outside of traditionally PUK controlled areas along the Iranian border into the heart of Kurdish territory in Irbil. According to PUK sources, an Ansar al-Islam squad appeared in the city of Taqtaq in Irbil before the attack on the Ministry of Interior on May 9. A shepherd spotted the strangers moving between the villages of Homar Gomt and Smaqah (PUKMedia, May 11). It is possible that Ansar al-Islam elements were responsible for the Kurdistan Brigades attack. According to Sulaymaniyah's new security director, al-Qaeda appoints an amir to all of their areas of operation. The amir of Sulaymaniyah, Irbil and Dohuk is a man by the name of Swara who was first a member of the Islamic Movement of Kurdistan and then of Ansar al-Islam, like many of his counterparts (Awene, May 15). Ansar al-Islam has also conducted sophisticated attacks against KRG border guards. In April, they planted a roadside bomb and detonated it via remote control. Insurgents opened fire after the initial blast (Kurdsat TV, April 15). Kurdish authorities have become extremely concerned about insurgent infiltration along the Iranian border and have closed six checkpoints (Hawlati, April 27). Prior to the April attack, Ansar al-Islam forces ambushed a customs check point and a cell phone tower in the city of Bashmagh. The insurgents were wearing traditional Kurdish garb and attacked with light and heavy weapons (Awene, March 27).

Ansar al-Islam is using its bases along the borders to conduct attacks in the Iraqi province of Diyala as well. Diyala residents are fearful that the border area will turn into a "new Kandahar" (al-Mustaqbal, April 30). Ansar al-Islam and other al-Qaeda elements are setting up recruitment and training camps and are trying to impose a strict Sharia code in the province. Iraqi security services confirmed the reports of Diyala residents and said that there are Afghan, Arab and even Western foreign fighters present along the border area.

Although Ansar al-Islam is recently resurgent, they have been present in the Hamrin Mountains since 2004, when they were ousted from Kurdish controlled areas. Not only were they active around the city of Marivan, but also near the Iranian cities of Sanadaj, Dezli and Orumiyah, among others (Hawlati, July 15, 2004). Since the recent surge in Baghdad and the resistance from the Anbar Salvation Council in its traditional stronghold, however, al-Qaeda and its associates have shifted their operations elsewhere—namely in Diyala and in KRG territory (Terrorism Focus, June 5).

Contradictions Remain

It may seem counter-intuitive for Iran to associate with Kurdish Islamic extremists such as Ansar al-Islam and militant Salafi groups like al-Qaeda. Al-Qaeda is deeply opposed to Iranian involvement in Iraq, and Iran has had problems with its own Kurdish autonomy movements. Iran, furthermore, has traditionally supported the KDP and PUK, first against Saddam and afterwards when they set up their own administration under the No Fly Zone. Is Iran willing to jeopardize its relatively good relationship with Kurdish authorities by either actively supporting Ansar al-Islam or by failing to crack down on these elements operating along its border area?

PX673

It appears that Iran is primarily concerned with maintaining its influence over its neighbors, no matter how counter-intuitive the mechanisms. Destabilizing the Kurdish region would serve as a way for Iran to reassert its influence. The United States has replaced Iran as the Kurds' primary benefactor. Dabbling with insurgent groups while also maintaining ties with Kurdish authorities is a complicated method of maintaining its influence. Iran has concerns over its own Kurdish population, which it hopes will not attempt to mimic the Iraqi Kurds' successful autonomy framework. Iran's foreign policy principle, especially with its Kurdish neighbors, can perhaps best be described as "one hand gives, while the other hand takes away."

PX673

PX676



## ALARABIYA news

Home   News   Business   Energy   Opinion   Life   Video   In Translation   Coronavirus

Home / Features



Nasrallah: "We are open about the fact that Hezbollah's budget, its income, its expenses, everything it eats and drinks, its weapons and rockets, come from the Islamic Republic of Iran." (Photo: screengrab)

# In first, Hezbollah confirms all financial support comes from Iran

Nasrallah scoffed at the recent US sanctions stating that these sanctions will not impact Hezbollah

+ Follow         

 **Dr. Majid Rafizadeh**

Published: 25 June ,2016: 12:00 AM GST
Updated: 20 May ,2020: 02:58 PM GST

    AA    

PX676

In a speech broadcast on Friday, Hassan Nasrallah, the leader of Lebanese militant group
Hezbollah scoffed at the recent US sanctions stating that these sanctions will not impact his
group whatsoever due to the fact that Hezbollah receives full financial and arms support from
the Islamic Republic of Iran.

He pointed out that "We do not have any business projects or investments via banks…"
Nasrallah added that "We are open about the fact that Hezbollah's budget, its income, its
expenses, everything it eats and drinks, its weapons and rockets, come from the Islamic
Republic of Iran," and he emphasized that his group "will not be affected" by any fresh
sanctions.

Speaking in a speech to mark 40 days after the death of a high level Hezbollah commander
Mustafah Bedreddine in the Syrian capital Damascus, Nasrallah stated that: "As long as Iran
has money, we have money… Just as we receive the rockets that we use to threaten Israel, we
are receiving our money. No law will prevent us from receiving it…"



Advertisement

  Aa

PX676

# First public confirmation

It has been long known to political observers that the Islamic Republic played a key role in giving birth to the Lebanese Shiite militant group in 1982. For over three decades, Iran's financial, military, intelligence, logistical, and advisory assistances to Hezbollah have been well known. The Islamic Revolutionary Guard Corps (IRGC) and its elite force, the Quds force, transformed Hezbollah to be one of Iran's most important and powerful regional and international proxies.

Nevertheless, what highlights the significance of Nasrallah's speech is the fact that this is the first time in which he is announcing and publicly confirming that his group is receiving full monetary and arms support from the Iranian government.

The United States has long listed Hezbollah as a global terrorist group (since 1995) and accused it in several attacks such as the 1983 Beirut barracks bombing, that killed 241 US marines, the April 1983 US embassy bombing, and the 1984 US embassy annex bombing.

On Dec. 18, 2015, the US president signed the Hezbollah International Financing Prevention Act. The US Congress voted to impose fresh sanctions on Hezbollah by targeting those banks that are "knowingly facilitating a significant transaction or transactions for" Hezbollah and those financial institutions that "knowingly facilitating a significant transaction or transactions of a person identified on the List of Specially Designated Nationals and Blocked persons."

Nasrallah pointed out in his recent speech: "We totally reject this [United States] law until the Day of Judgment ... Even if the law is applied, we as a party and an organizational and jihadist movement, will not be hurt or affected," He added: "We have no money in Lebanese banks, neither in the past nor now ... We don't transfer our money through the Lebanese banking system."

# How this plays out in Washington

On the other hand, since Hezbollah is receiving full funding and arms support from Iran, according to Nasrallah, the US is now seemingly playing a critical role in assisting and facilitating the ways through which Hezbollah receives this significant aid from the Iranian government.

The Obama administration and Hassan Rowhani's government were two key players in getting the nuclear agreement signed. When the nuclear terms started being implemented, the Obama administration began immediately transferring billions of dollars to Iran's Central Bank. One of the payments included 1.7 billion dollars transferred, in January 2015.

Two of the major primary beneficiaries of these sanctions reliefs and flow of money are Hezbollah and the IRGC. Iran also immediately increased its military budget by $1.5 billion from $15.6 billion to $17.1 billion. Iran also began witnessing the flow of money due to the lifting of international sanctions.

  

PX676

reliefs appear to have empowered and emboldened both the Iranian government and the Hezbollah leader.

Previously, when sanctions were imposed on Iran, Tehran had to reduce Hezbollah and its TV's (Al-Manar channel) funding from the approximately $200 million a year. However, thanks to Washington, the money that Iran is receiving from the US or the market is again going on its way to Hezbollah, the major benefactor.

President Obama had given hope to world powers that engaging with Iran and the nuclear deal with Tehran would more likely force the Iranian government to moderate its behavior. Obama pointed out in an interview with NPR's Steve Inskeep that as a result of the nuclear agreement Iran would start "different decisions that are less offensive to its neighbors; that it tones down the rhetoric in terms of its virulent opposition…"

Hezbollah's confirmation of receiving money and arms from Iran is intriguing. Almost all signs indicate that the continuation of sanctions relief, and US transfer of billions of dollars to Iran militarily and financially assisting and ending up in the hands of Iran's primary proxy, Hezbollah as well as Iran's Revolutionary Guard Corps, and the Quds force.



Get the latest stories from AlArabiya on Google News

( hassan nasrallah )   ( hezbollah )   ( lebanon )   ( iran )   ( sanctions )

## Also Read

Hezbollah vows to increase presence in Syria's Aleppo

Iran, Hezbollah militia incite protests in Bahrain

Hezbollah's hot summer between Aleppo's battle and banking wars

The various roles of Hezbollah

Hezbollah threatens Lebanon stability if US sanctions implemented

PX676

PX677



INSTITUTE FOR THE
STUDY of WAR
MILITARY ANALYSIS AND EDUCATION
FOR CIVILIAN LEADERS

*Backgrounder #38*

# Asaib Ahl al-Haq and the Khazali Special Groups Network

**By Marisa Cochrane, Research Manager, Institute for the Study of War**

**January 13, 2008**

## Introduction

Multi-National Force-Iraq has identified various Shia extremist groups operating in Iraq, often using the label Special Groups or Secret Cells (first described in a press conference on July 2, 2007). MNF-I named Asaib Ahl al-Haq (AAH, or the League of the Righteous) as an active group on August 19, 2008 and released information that AAH is "affiliated" with Special Groups. This paper evaluates how the two groups are affiliated by testing four hypotheses about the relationship between the Special Groups network, led at one time by Qais Khazali, and Asaib Ahl al-Haq (League of the Righteous):

1) Asaib Ahl al-Haq (AAH) is the same as the Khazali Special Groups Network (referred hereafter as Special Groups or SGs);
2) AAH was an affiliate of SGs in 2006 and its successor after Khazali's arrest in early 2007;
3) AAH was an affiliate of SGs in 2006 and remains so today; and
4) AAH is not related to SGs.

After a brief description of Special Groups and AAH, this paper will explore the evidence in support of each hypothesis. The first two hypotheses are most plausible given what is known about these two groups. Because the evidence is ample but indirect, the paper will list the assumptions or qualifications required for each of these hypotheses to be true. The third and fourth hypothesis can be ruled out given the amount of contradictory evidence, the clear connections between the leadership of the two groups, and the statements by MNF-I.

This paper concludes that, based upon the body of evidence, the Khazali Special Groups Network and Asaib Ahl al-Haq are the same organization.

PX677

**The Khazali Special Groups Network**

The Khazali Special Groups network emerged in mid-2006 after the IRGC-QF, along with Lebanese Hezbollah, reorganized their efforts to train, arm, and fund Shi'a militias in Iraq. The aim of the restructuring was to organize these trained militia cells into a network resembling Lebanese Hezbollah.[1] Qais Khazali was chosen to lead the new organization in June 2006

Khazali had been a student of Mohammed Sadeq al-Sadr (Sadr II). After Sadeq al-Sadr's assassination in 1999 by the Baathist regime, Khazali and several other young clerics, who had also been close deputies and students of Sadr II, held the movement together underground.[2] Following the 2003 invasion of Iraq, the Sadrist Movement reemerged under the leadership of Muqtada al-Sadr, the son of Sadeq al-Sadr. Khazali, along with the other former students and deputies of Sadr II, were close associates of Muqtada al-Sadr and helped run the movement. After the second uprising in Najaf in August 2004, where Sadr's Jaysh al-Mahdi (JAM) fought with Coalition Forces, Khazali broke from Muqtada al-Sadr. During the battle, Khazali reportedly clashed with Sadr over strategy and issued his own orders to militia fighters without Muqtada's approval.[3] When the fighting ended in September 2004, he returned to Sadr City and continued to direct his group in attacks against Coalition Forces.[4] In October, Qais Khazali, along with Abd al-Hadi al-Darraji and two other senior Sadrist leaders were ignoring the ceasefire agreement and weapons buyback program that Muqtada al-Sadr brokered with the Iraqi government.[5] Khazali appeared to have control over a segment of those who formerly fought alongside Muqtada and JAM and to have attracted other senior leaders of the movement to him, and away from Muqtada.

Muqtada also reconciled with Qais Khazali and his cadre, who had split from him after the second Najaf uprising, and gave them a position of political honor within the movement. According to *Ansar al-Mahdi*, a Sadrist newspaper and purported mouthpiece of JAM, in early March 2005, Muqtada al-Sadr appointed Qais Khazali, Akram al-Kabi (another prominent JAM commander), and two others to supervise OMS offices.[6]

One can reasonably deduce from this information an association between Qais Khazali and Akram al-Kabi. It is known that Qais Khazali and Abd al-Hadi al-Darraji were working alongside one another in Sadr City in October 2005. One can therefore reason that there was a faction of former Sadrist leaders operating outside of Muqtada's control after the uprisings until March 2005. This faction's leadership included Qais Khazali, Abd al-Hadi al-Darraji, Akram al-Kabi, and one other individual unnamed in the public sources. This paper will refer to this group, and its followers who retained their arms and weapons, the "Khazali faction." In March 2005, the leaders merged back into the wider Sadr movement, presumably with their followers. For detailed information on the Khazali faction's relationship with the Sadrist Movement, see Iraq Report 12, "The Fragmentation of the Sadrist Movement."[7]

Although the Khazali faction reconciled with Muqtada al-Sadr in mid-2005, it is unclear how long the rapprochement lasted. By June 2006, when Qais was chosen to lead the reorganized Iranian-backed Special Groups network, the Khazali faction had again split from Muqtada al-Sadr's organization. Special

2

PX677

Groups received training by members of Lebanese Hezbollah in Iranian camps. Iraqi fighters would travel to Iran in groups of twenty to sixty.[8] They received four to six weeks of training in the camps in the use of mortars, rockets, sniper tactics, intelligence gathering, kidnapping operations, and explosively-formed penetrators (EFPs).[9] EFPs are especially lethal IEDs made with advanced explosives and curved copper plates that can easily pierce heavily armored vehicles.  Armed, funded, and trained by the IRGC-QF and Lebanese Hezbollah, these cells became ever more lethal throughout 2006.

The most complex attack by the Khazali Special Groups network was conducted on January 20, 2007. Gunmen with "American-looking uniforms, vehicles and identification cards" successfully penetrated the Karbala Provincial Joint Coordination Center (PJCC) to attack a meeting of U.S. and Iraqi officials, who were planning the security measures for the upcoming Ashura pilgrimage.[10] During the attack, Special Groups fighters killed five U.S. Soldiers and wounded three more.[11]  Intelligence gathered from the attack ultimately led to the capture of Qais Khazali, his brother Laith Khazali, and Lebanese Hezbollah member, Ali Musa Daqduq, in Basra on March 20, 2007.[12]

Akram al-Kabi led, in practical terms, Special Groups after Qais Khazali's arrest.  Akram al-Kabi had once been the top JAM commander in Iraq, but Muqtada al-Sadr and the Sadrist leadership in Najaf relieved Kabi in May 2007.[13] The reasons for his relief are unknown, but at that time Muqtada and the Najaf leadership were purging the organization of individuals who responded to leaders other than Muqtada.  The circumstantial evidence therefore suggests that Akram al-Kabi was relieved because he was already a member of an alternative command structure in May 2007.  This alternative structure was most likely the Khazali networks, but possibly his own independent network.  Akram al-Kabi is documented as the leader of Special Groups (once led by Qais Khazali) as of January 2008.[14]

Special Groups continued their operations in Iraq under Kabi's direction. After a period of retraining in late 2007, they increased their attacks with an indirect rocket and mortar fire campaign in early 2008.[15]  They also frequently targeted U.S. and Iraqi troops with EFPs, small arms fire, and other types of attacks.

The United States Department of Treasury stated that these attacks were led by Akram al-Kabi, who was providing the weapons, funding, and command and control for his Special Groups network.[16] In February 2008, "al-Kabi sanctioned attacks targeting Coalition Forces to include indirect fire attacks against the International Zone."[17]  In April and May 2008, as Coalition and Iraqi Forces conducted operations against JAM and Special Groups in Basra and Sadr City, Kabi continued to direct and fund Special Groups attacks.[18] In the wake of these attacks, thousands of Special Groups fighters fled to Iran to evade capture, retrain, and consolidate their networks in the summer of 2008.[19] In the late summer and fall of 2008, Special Groups fighters slowly began to return from Iran in order to conduct attacks ahead of provincial elections.  However, their operations have been complicated by continued Coalition and Iraqi targeting of their networks.

PX677

**Asaib Ahl al-Haq**

The Shi'a insurgent group Asaib Ahl al-Haq began its operations as early as July 2006, one month after Iranian-backed Special Groups were reorganized under the leadership of Qais Khazali. Their first attacks claimed to be in support of Operation True Promise (Hezbollah's July 12, 2006 raid into Israel during which three Israeli soldiers were killed and two captured) and in retaliation for Israel's subsequent attacks into southern Lebanon.[20] AAH professes allegiance to the legacy of Mohammad Sadeq al-Sadr (Sadr II). In 2006, there were at least four major operational branches of the group: the Imam al-Ali Brigade, which was responsible for southern Iraq; the Imam al-Kazem (Kathem) Brigade, which was responsible for west Baghdad; the Imam al-Hadi Brigade, which was responsible for east Baghdad; and the Imam al-Askeri Brigade, which was responsible for Diyala and Kirkuk. From mid to late 2006, AAH conducted frequent attacks on Coalition Forces, using improvised explosive devices (IEDs), indirect rocket or mortar fire, or sniper fire. In the first half of 2007, there is no public evidence of AAH attacks. AAH reemerges in July 2007, although their video claims of attacks no longer reference the separate brigades of their organization, as they had in the past. This suggests that there was a reorganization of the network in the spring of 2007.

Asaib Ahl al-Haq continued their attacks on Coalition Forces from mid-2007 until May 2008. During the Sadr City offensive, AAH conducted attacks in Baghdad, primarily in the areas in and around Sadr City. Multi-National Force-Iraq stated that JAM and Special Groups militias were also operating in these areas at the time, and the latter was providing assistance to the former.[21] MNF-I continued to call these militants members of Special Groups, rogue JAM, and criminals, rather than AAH.

The lull in AAH activity from May to July 2008 corresponded with the departure of thousands of Iraqi militants to Iran to avoid capture in the wake of their losses in the spring offensives. While in Iran, fighters consolidated their networks and were retrained in new tactics.[22]

AAH continued to attack Coalition Forces in the summer and fall of 2008 with EFPs; they also engaged in kidnapping, intimidation, and sectarian violence.[23] Coalition Forces conduct raids against the AAH network, particularly targeting weapons smugglers and financiers. In the first half of October, U.S. troops seized more than $400,000 dollars from AAH financiers—an amount indicating that the network has funding on par with that of Special Groups.[24] The raids also suggested that AAH was rebuilding their networks that had been disrupted in the spring offensives. In the town of Qasirin in Diyala province, Coalition Forces captured a suspected AAH weapons and finance facilitator who "was attempting to restart "Asaib al Haq" in the Qasarin area in Diyala Province."[25]

Akram al-Kabi published a message for the members of Asaib Ahl al-Haq urging them to continue their armed resistance against Coalition Forces on September 11, 2008.[26] Kabi also appealed to the legacy of Mohammed Sadeq al-Sadr as the father of their movement.[27]  This message establishes that Akram al-Kabi was the leader of AAH in September 2008.  He had been leader of Special Groups as of January 2008 at the latest, and perhaps as early as spring 2007.  It is possible that he was the leader of the two different groups that operated in succession to one another; however, the problem with this

PX677

explanation is that AAH functioned concurrently with Special Groups from July 2007 onward, rather than succeeding SGs as an organization.

When Muqtada al-Sadr appealed to the members of AAH to rejoin his movement on November 14, 2008, he was rebuffed in a letter from AAH leaders who refused to join the group and demanding Sadr apologize for his charges against them.[28] They declared AAH as the true heir to the Sadr II movement because their leaders were close aides of Sadeq al-Sadr who were integral in carrying on his legacy after his death.[29] They urged Sadr to unite with them and return to armed resistance.[30]


**Hypothesis 1: Asaib Ahl al-Haq is the Khazali Special Groups Network**

The group known as Asaib Ahl al-Haq is what is widely known as the Khazali Special Groups network in this hypothesis.

- Supporting evidence
    - They share leadership:
        - Akram Kabi, a member of the Khazali faction became the leader of Special Groups no later than January 2008.  Circumstantial evidence suggests that he was a leader of Special Groups before May 2007.
        - He addressed a letter to the members AAH on September 11, 2008 that urged them to continue their operations against Coalition Forces.[31] Kabi is therefore also a leader of AAH.
        - Kabi and Khazali, along with two others, were close associates prior to the formation of the Khazali Special Groups network.
        - The leaders of AAH and SGs were the closest deputies and students of Sadeq al-Sadr.
    - The two groups were formed at nearly the same time.
    - There is a close correspondence between the timelines of the two organizations.
    - Their operations, tactics, and aims also align closely.
        - Periods when Special Groups are inactive coincide with periods when AAH is inactive.
        - Areas where SGs are active are areas where AAH is active.
        - SGs and AAH have access to similar weapons.

- Assumptions/Qualifications required [If AAH is SGs, then:]
    - The Khazali network was organized into at least four brigades: Imam al-Ali, Imam al-Hadi, Imam al-Kazem, and Imam al-Askeri.  After Khazali's arrest, the structure of AAH was reorganized under Akram al-Kabi.
    - AAH was the Khazali faction of the Sadrist Trend until it split from the movement.
    - AAH was assisting JAM during the Sadr City offensive in April 2008.

PX677

**Hypothesis 2: Asaib Ahl al-Haq was an affiliate of the Khazali Special Groups Network in 2006 and was its successor following the arrest of Khazali in early 2007.**

- Supporting evidence
    - The two groups were formed at nearly the same time.
    - Their operations, tactics, and aims align closely.
    - Akram al-Kabi assumed control of Special Groups after Khazali's arrest.
- Assumptions/Qualifications required (if AAH is the successor to SGs, then)
    - A faction of the Khazali Special Groups network existed in 2007 other than AAH. After Khazali's arrest, the other faction either joined the reorganized AAH or they split from the organization.
    - Kabi was the leader of AAH prior to Khazali's arrest in March 2007.
    - AAH leadership is distinct from the leadership of the Khazali Special Groups network.
    - The members of AAH and the Khazali Special Groups network were distinct prior to March 2007.


## Conclusion

Given the evidence and the assumptions required for either hypothesis to be true, one can deduce that Asaib Ahl al-Haq is the same as the Khazali Special Groups network.  The second hypothesis is plausible, but it assumes that the leadership and membership of the two groups is distinct. There is no strong evidence to support this assumption. Rather, the close relationship between Kabi and Khazali suggests the opposite—that the leadership shared close ties and objectives.  It also assumes the existence of other factions associated with the Khazali Special Groups networks. There is no evidence of any such groups.  Finally, the second hypothesis offers no explanation for the convergence between AAH and SG activities both before and after Qais Khazali's arrest.

The first hypothesis is therefore the most likely. The close relationship between Qais Khazali and Akram Kabi prior to the formation of Special Groups in 2006 suggests that they would form one organization, rather than two. Both Khazali and Kabi were students of Mohammed Sadeq al-Sadr and sought to carry on armed resistance against Coalition Forces, despite Muqtada al-Sadr's calls to stand down. After Khazali's arrest in March 2007, it is likely that a successor would come from within the organization, rather than outside. Akram al-Kabi's assumption of the leadership of Special Groups suggests that he was already a member of the group. His leadership of both Asaib Ahl al-Haq and Special Groups in 2008 is the strongest evidence that the organizations are actually the same. Finally, the timelines of the two groups overlap significantly.  Asaib Ahl al-Haq and the Khazali Special Groups network were both formed in the summer of 2006. They show similar disruptions in their activities—in the wake of Qais Khazali's arrest in March 2007 and in the wake of the spring 2008 offensives.

PX677

**Timeline of AAH and SG activity:**

| | |
|---|---|
| May 2006 | Daqduq, Youssef, and Soleimani meet in Tehran to discuss reorganization of Special Groups network.[32] |
| June 2006 | Khazali named head of the reorganized Special Groups.[33] |
| July 17, 2006 | Imam al-Ali brigade of AAH claims responsibility for attacks on Coalition Forces in Karbala and Hillah.[34] |
| July 20, 2006 | Imam al-Ali, Imam al-Hadi, Imam al-Askeri, and Imam al-Kazem Brigades of AAH claim responsibility for attacks in Saydiyah, Rustamiyah, Shaab, Nasiriyah, Diwaniyah, al-Kofl, Sab al-Boor, and Daqdooq.[35] |
| July 23, 2006 | Imam al-Hadi and Imam al-Ali Brigades of AAH claim responsibility for attacks in Rustamiyah and Nasiriyah.[36] |
| August 1, 2006 | Imam al-Ali brigade claims responsibility for attacks in Amara, Hillah, and Karbala.[37] |
| August 8, 2006 | Imam al-Askeri and Imam al-Ali brigades of AAH claim responsibility for attacks in Kirkuk (August 1) and Hashemiyah (July 28), respectively.[38] |
| August 21, 2006 | Imam al-Ali brigade claims responsibility for attacks in Hillah and Hashemiyah.[39] |
| September 26, 2006 | Imam al-Hadi Brigade of AAH claims responsibility for attacks on September 12 and 14 in Ur, Baghdad.[40] |
| November 1, 2006 | Imam al-Hadi Brigade of AAH claims responsibility for attacks in al-Noab Dobat. Imam al-Askari Brigade claims responsibility for attacks in al-Duz, Kirkuk.[41] |
| December 19, 2006 | Imam al-Hadi Brigade of AAH claims responsibility for attack in east Baghdad on December 16, 2006.[42] |
| January 20, 2007 | Khazali Special Groups conduct complex attack on the Karbala Provincial Joint Coordination Center.[43] |
| March 20, 2007 | Qais Khazali, Laith Khazali, and Ali Mussa Daqduq arrested in Basra.[44] |

PX677

| | |
|---|---|
| March-May 2007 | Muqtada al Sadr relieves Akram al-Kabi as the overall commander of Jaysh al-Mahdi.  He has presumably become head of Special Groups, but this cannot be documented until January 2008.[45] |
| June 18, 2007 | AAH claims attacks in Baghdad (rocketed IZ), Nasiriya, Kut, al-Khayra, and al-Basra in response to the bombing of the minarets on the Samarra mosque, which AAH blamed on the US.[46] Videos no longer reference separate brigades of AAH. |
| July 16, 2007 | AAH claims responsibility for attacks in Baghdad (IDF on IZ) on July 10, 2007. Footage also shows attacks on a Stryker, British Challenger, and an American Humvee.[47] |
| Late 2007 | Hezbollah's Al-Manar airs AAH video of operations against American in late 2007. Video aired on February 25, 2008.[48] |
| January-March 2008 | Special Groups, led by Akram Kabi, conduct IDF campaign in Baghdad.[49] |
| March 1-15, 2008 | Videos containing footage of attacks by AAH on CF in Baghdad and elsewhere recorded from al-Manar and are posted to web. Unclear when these attacks occurred.[50] |
| March 16-31, 2008 | 20 videos containing footage of attacks by AAH on CF in Baghdad recorded from al-Manar and posted to web. Unclear when these attacks occur.[51] |
| March 25, 2008 | Basra offensive begins. Fighting erupts in Baghdad as well.[52] |
| April 2008 | Sadr City clearing operations. CF face fierce resistance from JAM/SGs.[53] |
| April 24, 2008 | AAH posts video claiming responsibility for attacks in al-Obeidi, Sadr City, and Jameela. Unclear when the attacks occurred.[54] |
| May 10, 2008 | AAH claims attack on US vehicle in Bayaa in a video posted on December 4, 2008. The video time stamp differs from the screen caption, which says the attack was on October 5, 2008. The video time stamp is more likely to be correct.[55] |
| May 16-31, 2008 | One video showing single attack by AAH posted during this period—firing 122mm shells at British base in Basra. Another posting on May 29 shows a compilation of 18 clips in a special edition video. Clips show attacks in Baghdad, Basra, Dhi Qar, Diyala, Najaf, and Wasit.[56] |
| May-July 2008 | Operations against JAM and Special Groups have disrupted their networks. Several thousand have gone to Iran to avoid capture, regroup, and retrain.[57] |

PX677

| | |
|---|---|
| August 19, 2008 | "A Special Groups suspect turned into an informer Tuesday morning during operations in Qasarin, about 30 km north of Baghdad in Diyala Province. Coalition Forces were in pursuit of a suspected Special Groups criminal, affiliated with the "Asaib al Haq" criminal ring. "Asaib al Haq," is the name of the Shi'ite group which broke away from Muqtada al Sadr's militia. According to information provided by suspects already in custody, the suspect was attempting to restart "Asaib al Haq" in the Qasarin area in Diyala Province. In addition, the wanted man is suspected of being the weapons and finance facilitator for "Asaib al Haq" in that area."[58] |
| August 31, 2008 | "Coalition Forces detained five suspected criminals Sunday morning in the Adhamiya district of Baghdad, including an alleged leader within the Special Groups-affiliated criminal ring. Several suspects already in custody identified the targeted individual as a logistician and financial manager for "Asaib al Haq," a Shi'ite group which broke away from Muqtada al Sadr's militia. In this position, he is believed to provide funds and materials, including vehicles, for criminal operations. He is assessed to have knowledge of illegal smuggling activities that support "Asaib al Haq" finances."[59] |
| September 1, 2008 | Two suspected AAH members captured in ar-Rumaythah, Muthanna Province.[60] |
| September 19, 2008 | Akram al-Kabi posts message to AAH members. Message dated September 11, 2008.[61] |
| September 24, 2008 | Coalition Forces capture a suspected senior weapons smuggler for AAH in Amarah.[62] |
| October 2, 2008 | Coalition Forces capture a suspected senior weapons smuggler for AAH and one other member in Amarah.[63] |
| October 18. 2008 *(Approximate Date)* | Coalition Forces continue to degrade the Asa'ib Ahl al-Haq criminal network's ability to operate by seizing more than $205,000 U.S. dollars during a recent operation in Al Majarr al Kabir. Raid targeted high-level AAH financier, but he was not home at the time of the operation. During their search, Coalition Forces discovered more than $205,000 U.S. Dollars, 126,000 Iranian Rial, and 8.5 million Iraqi Dinar. They also discovered several passports, Iranian visas, various IDs, and other items linking the suspect to the Asa'ib Ahl al-Haq criminal network.[64] |
| October 1-18, 2008 | Coalition Forces have seized more than $400,000 U.S. dollars in funds from the Asa'ib Ahl al-Haq criminal network.[65] |
| November 2, 2008 | Coalition Forces capture six alleged AAH members in Nasiriyah.[66] |

9

PX677

November 14, 2008        Sadr asks members of AAH to join his new brigade and leave the leaders of
                         AAH.[67]

November 23, 2008        Coalition Forces capture three alleged AAH members in Adhamiyah District and
                         five suspected AAH members in New Baghdad District.[68]

November 23-24, 2008     AAH responds to Sadr's request refusing to join the group and demanding Sadr
                         apologize for his charges against its leaders.[69]

December 15, 2008        Coalition Forces capture of suspected key AAH network leader and three
                         associates early Monday in Abd al-Husayn al-Musawi, just north of New
                         Bagdad.[70]

---

[1] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[2] Anthony Shadid, *Night Draws Near*, Henry Holt and Company, New York, 2005, p. 172

[3] Karin Bruilliard, "Ex-Sadr Aide Held in American Deaths," *The Washington Post*, March 23, 2007; Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 35.

[4] Karin Bruilliard, "Ex-Sadr Aide Held in American Deaths," *The Washington Post*, March 23, 2007; Thanassis Cambanis and Sa'ad Al-Izzi, "Violence Exposes Shi'ite Divisions, Iraqi Security Forces Kill 2 Baghdad Protestor," *The Boston Globe*, September 11, 2004.

[5] "US sees confrontation with Sadr splinter factions," *Agence France Presse*, October 12, 2004.

[6] Kathleen Ridolfo, "An Overview of Political Groups in Iraq," *Radio Free Europe/Radio Liberty*, October19, 2004; China FBIS Report, "Highlights: Iraqi Press 10 Mar 05," March 10, 2005.

[7] Marisa Cochrane, "The Fragmentation of the Sadrist Movement," *Iraq Report 12*, Institute for the Study of War, January 13, 2008.

[8] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[9] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[10] Brig. Gen. Kevin Bergner, Spokesman, "Press Briefing, July 2," *Multi-National Force - Iraq*, July 2, 2007; "Karbala attackers posed as U.S. military officials," *CNN*, January 23, 2007.

[11] Multi-National Corps-Iraq Press Release No. 20070121-01 "Karbala Provincial Joint Coordination Center attacked by militia," Multi-National Division – Baghdad PAO, January, 21, 2007.

[12] Briefing slides from the press briefing with Brig. Gen. Kevin Bergner, Spokesman, "Press Briefing, July 2," Multi-National Force - Iraq, July 2, 2007.

[13] "Iraq's Al-Mahdi army restructures, gains new commander—article," *BBC Monitoring Middle East—Political*, May 23, 2007.

[14] "Treasury Designates Individuals and Entities Fueling Violence in Iraq," *Press Release HP-1141, U.S. Department of the Treasury*, September 16, 2008.

[15] Marisa Cochrane, "The Battle for Basra," *Iraq Report* 9, The Institute for the Study of War, June 23, 2008.

[16] "Treasury Designates Individuals and Entities Fueling Violence in Iraq," *Press Release HP-1141*, U.S. Department of Treasury, September 16, 2008.

[17] "Treasury Designates Individuals and Entities Fueling Violence in Iraq," *Press Release HP-1141*, U.S. Department of Treasury, September 16, 2008.

[18] "Treasury Designates Individuals and Entities Fueling Violence in Iraq," *Press Release HP-1141*, U.S. Department of Treasury, September 16, 2008.

[19] Marisa Cochrane, "Special Groups Regenerate," *Iraq Report 11*, Institute for the Study of War, September 2, 2008.

PX677

[20] "Shi'ite Scholars' and Brigades' Propaganda and Attack Videos from Iraq in Support of the Palestinians and Lebanese Hezbollah," SITE Intel Group, July 19, 2006; "Attack Videos from Shi'ite Insurgency Groups in Iran, Imam al-Hadi and Imam Ali Brigades, Targeting American Forces in al-Naseriya and al-Rustamiya," SITE Intel Group, July 28, 2006; "Imam Ali Brigades of the Leagues of the Righteous People Issues Two Videos of Bombing British Forces in al-Omara, and attacking American Forces in al-Karbala and Al-Hillah," SITE Intel Group, August 1, 2006; "Iran and the Recent Escalation on Israel's Borders (2): Reaction in Iran, Lebanon, and Syria," MEMRI Special Dispatch No. 1205, The Middle East Media Research Institute, July 14, 2006; Antony Shadid and Scott Wilson, "Hezbollah Raid Opens 2nd Front for Israel," The Washington Post, July 13, 2006.

[21] Marisa Cochrane, "Special Groups Regenerate," *Iraq Report 11*, Institute for the Study of War, September 2, 2008.

[22] Marisa Cochrane, "Special Groups Regenerate," *Iraq Report 11*, Institute for the Study of War, September 2, 2008.

[23] Multi-National Force – Iraq Press Release A081123a-120 "Coalition forces continue to target Asa'ib Ahl al-Haq criminals (Baghdad)," November 23, 2008.

[24] Multi-National Force-Iraq Press Release A081018a-105, "Coalition forces strike blow to criminal network," October 18, 2008; Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[25] Multi-National Force-Iraq Press Release A080819a-087, "Special Groups suspect turns informant after capture north of Baghdad," August 19, 2008.

[26] "Forum Member Posts Message of Support to Iraqi Asa'ib al-Haq Shiite Group," *Open Source Center Summary of Jihadist Websites*, October 21, 2008.

[27] "Forum Member Posts Message of Support to Iraqi Asa'ib al-Haq Shiite Group," *Open Source Center Summary of Jihadist Websites*, October 21, 2008.

[28] "Sadr Urges Unity in New Unit; Shi'ite Faction Responds," SITE Intelligence Group, December 4, 2008.

[29] "Sadr Urges Unity in New Unit; Shi'ite Faction Responds," SITE Intelligence Group, December 4, 2008.

[30] "Sadr Urges Unity in New Unit; Shi'ite Faction Responds," SITE Intelligence Group, December 4, 2008.

[31] "Forum Member Posts Message of Support to Iraqi Asa'ib al-Haq Shiite Group," *Open Source Center Summary of Jihadist Websites*, October 21, 2008.

[32] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[33] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[34] "Shi'ite Scholars' and Brigades' Propaganda and Attack Videos from Iraq in Support of the Palestinians and Lebanese Hezbollah," SITE Intel Group, July 19, 2006.

[35] "Video Compilations of Operations Executed by the Islamic Shi'ite Insurgency in Iraq Targeting American Forces," SITE Intel Group, July 20, 2006.

[36] "Attack Videos from Shi'ite Insurgency Groups in Iraq, Imam al-Hadi and Imam Ali Brigades, Targeting American Forces in al-Naseriya and al-Rostamiya," SITE Intel Group, July 28, 2006.

[37] "Imam Ali Brigades of the Leagues of the Righteous People Issues Two Videos of Bombing British Forces in al-Omara, and Attacking American Forces in Karbala and al-Hilla," SITE Intel Group, August 1, 2006.

[38] "Two Videos from the League of the Righteous People in Iraq, a Shi'a Group. Depicting Bombings of American Humvees in Kirkuk and Hashemia," SITE Intel Group, August 8, 2006.

[39] "The League of the Righteous People in Iraq Issues Three Videos of Bombings Targetings American and Israeli Forces in Hashemia and al-Hillah," SITE Intel Group, August 21, 2006.

[40] "A Statement from the Office of Shi'ite Cleric Muqtada al-Sadr in al-Diwaniyah Regarding Provocation, and Shi'ite Insurgent Videos from the League of the Righteous People in Iraq Bombing Armored Vehicles in Ur, Baghdad," SITE Intel Group, September 26, 2006.

[41] "Insurgency Group Videos of IED Detonations Targeting Enemy Vehicles in Baghdad, Kirkuk, Howeija, and Baquba (Videos 1 &2)," SITE Intel Group, November 1, 2006.

[42] "League of the Righteous People in Iraq Issues a Video of Bombing a Hummer in Baghdad that Severs a Targeted Soldier's Hand," SITE Intel Group, December 19, 2006.

PX677

[43] Kimberly Kagan, "Iran's Proxy War Against the United States and Iraqi Government," *Iraq Report 6*, Institute for the Study of War, August 29, 2007; Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[44] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007

[45] "Iraq's Al-Mahdi army restructures, gains new commander—article," *BBC Monitoring Middle East—Political*, May 23, 2007; "Press Release HP-1141," *U.S. Department of Treasury*, September 16, 2008.

[46] "The League of Righteous People in Iraq Execute Revenge Operations for the Bombing of the Golden Mosque Against American Forces," SITE Intel Group, June 18, 2007.

[47] "The League of Righteous People in Iraq Claim Bombing of Green Zone, Attacks on American and British Forces," SITE Intel Group, July 16, 2007.

[48] "State of the Insurgency in Iraq: Period of February 16, 2008 – February 29, 2008," SITE Intel Group, March 4, 2008.

[49] "Press Release HP-1141," *U.S. Department of Treasury*, September 16, 2008; Marisa Cochrane, "Special Groups Regenerate," *Iraq Report 11*, Institute for the Study of War, September 2, 2008.

[50] "State of the Insurgency in Iraq: Period of March 1, 2008 – March 15, 2008," SITE Intel Group, March 21, 2008.

[51] "State of the Insurgency in Iraq: Period of March 16, 2008 – March 31, 2008," SITE Intel Group, April 10, 2008.

[52] Marisa Cochrane, "The Battle for Basra," *Iraq Report* 11, The Institute for the Study of War, June 23, 2008.

[53] Marisa Cochrane, "Special Groups Regenerate," *Iraq Report 11*, Institute for the Study of War, September 2, 2008.

[54] "State of the Insurgency in Iraq: Period of April 16, 2008 – April 30, 2008," SITE Intel Group, May 19, 2008; "Asa'ib Ahl al-Haq Claims Three Attacks on US Forces in Iraq, Posts Videos," *Open Source Center Summary of Jihadist Websites*, April 28, 2008.

[55] "Asa'ib Ahl al-Haq Claims Attack on US Vehicle 10 May, Posts Video," *Open Source Center Summary of Jihadist Websites*, December 8, 2008.

[56] "State of the Insurgency in Iraq: Period of May 16, 2008 – May 31, 2008 ," SITE Intel Group, July 16, 2008.

[57] Marisa Cochrane, "Special Groups Regenerate," *Iraq Report 11*, Institute for the Study of War, September 2, 2008; Gina Chon, "Radical Iraqi Cleric in Retreat," *The Wall Street Journal*, August 5, 2008.

[58] Multi-National Force-Iraq Press Release A080819a-087, "Special Groups suspect turns informant after capture north of Baghdad," August 19, 2008.

[59] Multi-National Force-Iraq Press Release A080831b-092, "Coalition forces capture five suspected criminals," August 31, 2008.

[60] Multi-National Corps-Iraq Press Release 20080901a-093, "Two Asaib al Haq suspects captured in al-Muthanna Province," September 1, 2008.

[61] "Forum Member Posts Message of Support to Iraqi Asa'ib al-Haq Shiite Group," *Open Source Center Summary of Jihadist Websites*, October 21, 2008.

[62] Multi-National Force-Iraq Press Release A080924a-099, "Coalition forces apprehend alleged weapons smuggler," September 24, 2008.

[63] Multi-National Force-Iraq Press Release A081003b-103, "Coalition forces apprehend alleged weapons smuggler," October 3, 2008.

[64] Multi-National Force-Iraq Press Release A081018a-105, "Coalition forces strike blow to criminal network," October 18, 2008.

[65] Multi-National Force-Iraq Press Release A081018a-105, "Coalition forces strike blow to criminal network," October 18, 2008.

[66] Multi-National Force-Iraq Press Desk, "Coalition Forces Strike Another Blow to Iranian Lethal Aid Network," November 2,2008.

[67] "Sadr Urges Unity in New Unit; Shi'ite Faction Responds," SITE Intel Group, December 4, 2008.

[68] Multi-National Force-Iraq Press Release A081123a-120, "Coalition forces continue to target Asa'ib Ahl al-Haq criminals (Baghdad)," November 23, 2008.

[69] "Sadr Urges Unity in New Unit; Shi'ite Faction Responds," SITE Intel Group, December 4, 2008.

[70] Multi-National Force-Iraq Press Release A081216a-128, "Coalition forces continue to counter Iranian-funded criminals," December 16, 2008.

PX677

PX678



A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLYSTANDARD.COM*

# IRAQ REPORT

BAGHDAD, Iraq (April 5, 2008) – 2nd Stryker Brigade Combat Team, 25th Infantry Division, provides security on a street in the Sadr City District of Baghdad. Photo by Sgt. Mark Matthews, U.S. Army.

*Summer, 2007 – Summer, 2008*

# Special Groups Regenerate

### By Marisa Cochrane

*The greatest threat to stability in Iraq is violence by Iranian-backed militias, known as Special Groups. As Coalition and Iraqi Forces refocused their efforts on combating such groups, they launched a number of offensives in the spring of 2008 that left these Iranian-backed networks fractured and brittle. In the wake of these operations, much of the enemy leadership fled to Iran to reconsolidate and retrain. Now, as US Commanders plan for their return, past enemy behavior can help predict the options available to Special Groups. This report offers a comprehensive look at this pattern as well as current trends in Iranian-backed enemy activity and the likely enemy response. Having consolidated their networks in Iran, it is highly likely that Special Groups will return to Iraq and rebuild their networks, adopting new tactics to escalate violence accordingly. U.S. Forces and their Iraqi counterparts must thwart such actions by continuing to dismantle Special Groups by targeting leaders, financiers, trainers, and facilitators; by preventing Special Groups and JAM from reestablishing their criminal rings; by continuing to improve the Iraqi Security Forces; and by accelerating reconstruction efforts to improve basic services and reduce popular support for the militia. Disorder and weak government allow Special Groups to operate effectively as a Hezbollah-like organization.*



THE INSTITUTE
FOR THE
STUDY OF WAR



the weekly
**Standard**.com

PX678

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLYSTANDARD.COM*

## INTRODUCTION

Since early 2007, U.S. forces have aggressively targeted Iranian-backed militias known as "Special Groups." The pace of operations against these networks intensified dramatically in mid-2007; and by the fall, the Special Groups network was starting to unravel. As a result, in late 2007, Iranian-backed Special Groups embarked upon a period of regeneration and preparation. They sought to consolidate their networks and shift their tactics in response to increased pressure by Coalition Forces. By early 2008, Special Groups began to escalate their attacks on Coalition and Iraqi Forces, in what appeared to be the first actions of an impending enemy offensive coordinated with Jaysh al Mahdi (JAM). Their efforts were disrupted, however, as Prime Minister Maliki launched a surprise military counter-offensive in Basra in late March 2008.

As Special Groups and Jaysh al-Mahdi (JAM) partners reacted to the Basra offensive and attempted to stir up violence across the south, Coalition and Iraqi Forces moved to contain the violence. Subsequent security offensives in Baghdad and Maysan Province left Iranian-backed enemy networks fractured and brittle. Indeed, much of the JAM and Special Group leadership has fled to Iran in order to evade capture. According to some estimates, 5,000 fighters have sought refuge across the border, where they are regrouping and training.[1] Their motives and aims likely have not changed;[2] therefore, it is almost assured that

■ **According to some estimates, 5,000 fighters have sought refuge across the border, where they are regrouping and training. Their motives and aims likely have not changed; therefore, it is almost assured that they will seek to reconsolidate and reconstitute their networks in Iraq.**

they will seek to reconsolidate and reconstitute their networks in Iraq. Hence, a key issue for Coalition and Iraqi forces right now is how to predict and prepare for the enemy response. They must shape conditions in Iraq in such a way that will minimize the threat of violence as JAM and Special Groups fighters return from Iran. U.S. Forces must also respond in such a way that the actions of the reconsolidated JAM and Special Groups organizations do not compromise its strategic objectives, which include a secure Iraq with a legitimate and capable government. A study of the last year of Special Groups activity indicates a deliberate pattern of enemy activity that may prove helpful in predicting the enemy reaction and mitigating its effects.

This report documents the pattern of Iranian-backed militia activities over the past year. After defining JAM and Special Groups, the first section of this document examines the pattern by which these hostile organizations regenerated their capacities in late 2007 and early 2008. At that time, Iranian-backed groups were consolidating, training, preparing for a future offensive. The essay also documents their deliberate escalation of violence from January to March 2008, in advance of their offensive. While Special Groups attempted to commence their offensive in late March, Prime Minister Maliki's decision to launch a security operation in Basra sparked an abrupt response by these Iranian-linked cells, diverting them from their plan. The second part of this report details the Government of Iraq counteroffensive against JAM and Special Groups, as well as their fight for Sadr City and the enemy's flight to Iran. Finally, the report concludes with an assessment of current trends in enemy activity and a consideration of measures to thwart their eventual return from Iran.

*Marisa Cochrane is the Research Manager at the Institute for the Study of War, www.understandingwar.org. Her research focus includes security operations in Baghdad and Basra, as well as Shi'a militia activity throughout central and southern Iraq. She holds a Bachelor's Degree in International Studies from Boston College and she has also studied at the London School of Economics.*

THE INSTITUTE FOR THE STUDY OF WAR



PX678

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLYSTANDARD.COM*

## JAM AND SPECIAL GROUPS

The Jaysh al-Mahdi (JAM) is the militia of the Sadrist Trend, the Shi'a political faction that is led by Muqtada al-Sadr. JAM first became prominent in April 2004 when it fought against US forces in East Baghdad and in Najaf. From 2006 to mid-2007, JAM militias engaged in a territorial struggle with al-Qaeda in Iraq and other Sunni groups for control of Baghdad. During this time, JAM expanded its territorial control, moving into mixed or predominantly Shi'a neighborhoods and forcefully displacing or killing the local Sunni population. JAM was initially able to gain control in many of these areas of Baghdad by offering the Shi'a population protection from AQI and social services not provided by the government. JAM groups were largely self-financing; and they supported their operations primarily through racketeering networks. At the height of their expansion in late 2006 and early 2007, JAM militiamen relied upon corruption, intimidation and extortion of the Shi'a population to enhance their power and wealth.[3] During this period, Sadr's control over his militia was diminishing and pre-existing splinters in the movement became evident. A number of these splinter groups were formed as early as 2004.[4] Sadr's departure for Iran in January 2007, just before the surge began, accelerated the fracturing of the groups.

In 2007, Muqtada al-Sadr twice instructed his militia to stand down, first at the beginning of the Baghdad Security Plan, Operation Fardh al-Qanoon, in February 2007, and later in August 2007, when he declared another six-month ceasefire in the wake of violence in Karbala during the Shabaniyah festival and pilgrimage.

A number of JAM loyalists heeded Sadr's calls; however, long-standing splinter cells, such as Special Groups, used this window to continue and escalate their violent activities.

Special Groups are Shi'a militia cells that receive funding, training, and weapons from Iran's Islamic Revolutionary Guards Corps-Qods Force (IRGC-QF), the Iranian Special Forces that export the Islamic Revolution to other countries. Special Groups are not responsive to the directives of Moqtada al Sadr. (For a detailed account of the formation of Special



Groups, see Iraq Report 6, "Iran's Proxy War.") The constituencies of the JAM and Special Groups nevertheless overlap a great deal, and the leadership likewise blends together. Many of the top Special Group leaders were close associates of Muqtada al-Sadr, including commander Qais Khazali. Khazali, who headed Special Groups until he was captured by Coalition Forces in

THE INSTITUTE
FOR THE
STUDY OF WAR

the weekly
Standard.com

PX678

March 2007, has a long personal history with Muqtada al-Sadr and the Sadrist movement, but a differing vision of its proper directtion. This was evident in the departure of Khazali as Sadr's spokesman and close aide following the JAM uprising in Najaf in 2004. Moreover, as the Coalition and Iraqi Security Forces have placed increasing pressure on JAM, many of its fighters have turned to Iran for support.[5] Special Groups operate almost exclusively in JAM-dominated neighborhoods. During the recent security offensives in Basra and Baghdad, the distinction between groups was blurred at best.[6] This was especially evident in Sadr City, where Iranian-backed militia elements fought alongside their JAM counterparts.[7] In addition, Special Groups have operated in 9 Nissan, Kadhimiyah and West Rasheed. South of Baghdad, Special Groups have been active in Karbala, Hillah, Diwaniyah, Kut, Nasiriyah and Basra. Some Special Groups activity also occurred just north of Baghdad, in Diyala Province.

Special Groups principally target US forces operating in Iraq, in the hopes of prompting their eventual withdrawal. They also actively seek to undermine the Maliki government with attacks on the Iraqi Security Forces and the Iraqi Government. The hallmark weapon of Special Groups is the explosively-formed penetrator (EFP), an especially lethal, Iranian-manufactured improvised explosive device (IED) capable of penetrating heavily-armored American vehicles. Special Groups use other advanced weapons provided by Iran, including light and heavy mortars, 107-mm rockets, and 240-mm rockets, to launch indirect fire attacks on Coalition and Iraqi bases, as well as the International Zone.

Under the Baghdad Security Plan, Coalition and Iraqi Forces conducted major offensive operations in the capital throughout 2007. Al-Qaeda in Iraq was deemed the primary enemy threat. At the start of the Baghdad Security Plan in February 2007, the decision was made to focus on clearing their strongholds in Baghdad. While most Sunni and many Shi'a enemy havens were cleared during this time, U.S. and Iraqi forces did not conduct widespread operations in Sadr City because AQI was deemed the main threat,

the level of resistance U.S. forces expected to encounter in Sadr City was high, and the political ramifications for doing so were significant.

U.S. forces instead adopted a strategy to contain the violent elements in Sadr City, rather than conduct full-scale clearing operations at that time. They conducted targeted raids against criminal and extremist elements, capturing numerous Jaysh al-Mahdi extremists and Iranian-backed Special Groups members. While these efforts helped to reduce levels of violence throughout Baghdad, the Jaysh al-Mahdi, Special Groups, and other Shi'a criminal elements operated freely in Sadr City and could project force from there. The district became the last major enemy stronghold in Baghdad and the hub of JAM and Special Groups activity, which presented a serious threat to security and stability in the capital. By early 2008, U.S. Forces isolated Sadr City, meaning that they sought to prevent the enemy from receiving support in that location and from projecting force from there.[8]

## SPECIAL GROUPS REGENERATION

Over the last year, a clear pattern of activity by Iranian-backed groups has emerged. This cycle included periods of consolidation, training, and preparation, followed by periods of increased activity and attacks on Coalition and Iraqi forces. The past enemy behavior can help us predict the options available to Special Groups after the spring 2008 offensives against Shi'a militias in Basra, Baghdad, and Amarah, and also which options the organization is most likely to choose.

*Fall 2007: Special Groups Consolidate, Train, and Prepare for an Offensive*

The threat presented by Iranian-backed Sh'ia militia groups became increasingly evident as Coalition operations debilitated Sunni insurgent groups throughout central and northern Iraq. Indeed, by August 2007, violence by these Shi'a groups accounted for seventy-three





PX678

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLYSTANDARD.COM*

percent of the attacks on U.S. forces.[9] Despite Muqtada al-Sadr's call for a cessation of all militia activity in the wake of the Karbala fighting, Iranian-linked militia elements continued their attacks on U.S. and Iraqi forces. Their activities centered on Baghdad, where they sought to spark destabilizing violence in the capital so as to undermine the Iraqi government and impede Coalition security and reconstruction efforts. Coalition patrols were frequently targeted with EFPs, which impeded their movement and inflicted heavy casualties.[10]

The recurring ceasefires helped the Coalition identify and target Special Groups, break-away militia cells, and persistently violent leaders, who distinguished themselves from the mainstream of the movement by continuing their activities despite the call for ceasefires. In addition, the Coalition's knowledge of the Iranian-backed Special Groups networks grew over the course of 2007, as Special Forces captured leaders of the networks, including Qais Khazali, the Iraqi Commander of the Special Groups, his brother Laith Khazali, and Ali Mussa Daqduq, a Lebanese Hezbollah leader who served as a liaison between the Special Groups and the Iranian Qods Force.

Consequently, Coalition Forces increased their targeting of those networks. The pace of operations against Special Groups accelerated dramatically in the late summer and fall of 2007. Coalition Forces pressured the enemy networks by gathering and exploiting intelligence on their lines of communications, weapons caches, facilitation networks, finances, cell leaders, and trainers. Building on a series of operations that began in June in the southern city of Amarah, U.S. troops traced the enemy weapons trafficking networks to a hub in the Sadr City district of Baghdad. On August 8, 2007, Coalition Forces conducted a raid in Sadr City that targeted high-level members of this enemy trafficking network that had close links to the IRGC-QF.[11] During this operation, Coalition Forces met with heavy resistance and in the ensuing gunfight, thirty Special Groups members were killed and twelve were detained. Subsequent intelligence-driven raids on Special Groups command nodes and

supply depots in Sadr City and the surrounding neighborhoods continued to dismantle the trafficking networks.[12]

While Special Groups activity largely centered on Baghdad, complex supply networks moved men and materiel across the Iranian border. Special Groups cells in Baghdad were supplied by two primary lines of communication—a northern supply network ran from the Iranian border through Diyala Province, northeast of Baghdad;[13] a larger southern supply network moved weapons and fighters across the Iranian border to the cities of Kut, Amarah, and Basra and up along the Tigris River Valley and Highway 8 corridor into Baghdad.[14] Diyala Province, located northeast of Baghdad province, shares a long eastern border with Iran. It contained a number of important Special Groups hubs, including the towns of Khalis, Jadidah, and Rashidiyah, which lie north of Baghdad, and the areas of Khan Bani Saad and Nahrwan to the east of the capital. These towns were key nodes along the enemy transit routes from Iran to east Baghdad and functioned as weapons depots and safe havens for facilitators, financiers, and trainers.[15]

In mid-2007, the enemy lines of communication in Diyala Province actively supplied the Special Groups cells in northeast Baghdad with Iranian weapons, funding, and trainers. However, as an increasing number of Coalition Forces moved into Diyala Province to conduct clearing operations under the Corps offensives, Operation Phantom Thunder and Phantom Strike, the enemy lines of communication in the province came under greater pressure. By the fall of 2007, with the threat from al-Qaeda in Iraq diminishing as a result of the offensive operations, U.S. forces increasingly turned their attention to the problem of Iranian-backed militias in Diyala. From August to November, Coalition Soldiers captured or killed a number of Special Groups weapons facilitators, financiers, and cell leaders in frequent operations.[16] By December 2007, efforts to dismantle the Diyala enemy supply networks were succeeding, as activity by Iranian-backed groups noticeably decreased.[17] Aggressive targeting of Special Groups limited their ability

THE INSTITUTE
FOR THE
STUDY OF WAR

PAGE 5 • AUGUST 29, 2008

the weekly
**Standard**.com

PX678

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLYSTANDARD.COM*



## Special Groups Communication, Supply, and Training Networks in 2007





PX678

to project force and to move supplies along the lines of communication between Diyala and East Baghdad. Because their northern supply lines were blocked, the Baghdad Special Groups network needed to expand alternate supply depots to support their operations. Hence, they increasingly relied on the southern lines of communication and consolidated their routes along the Highway 8 corridor south of Baghdad.

By November 2007, reports surfaced that activity by Iranian-backed Special Groups was on the decline.[18] While some linked the decrease in violence to an Iranian decision to reduce the flow of weapons, General Odierno and Defense Secretary Robert Gates said it was too soon to tell and thus remained unclear.[19] Indeed, the reports suggesting that Iranian support for Shi'a militias had diminished proved erroneous. During this time, the IRGC-Qods Force and Special Groups shifted their methods in response to Coalition targeting. They embarked on a period of consolidation and training in order to prepare for a future offensive. The IRGC-QF increasingly employed "train-the-trainer" tactics to cloak their Iranian links and to minimize the possibility that foreign trainers would be caught on Iraqi soil. (Train-the-trainer efforts were not entirely new. They had been employed as early as November 2006. However, the increase in their use in late 2007 is notable.) Under this method, Special Groups leaders recruited a select number of Iraqi Shi'a militants and sent them to camps in Iran, where they were trained by the IRGC and their Hezbollah proxies in the use of a variety of weapons and tactics.[20]



A robot controlled by soldiers from the 789th Ordnance Company, from Fort Benning, Ga., currently attached to the 3rd Brigade Combat Team, investigates an Iranian 107mm rocket at a launch site, Oct. 23, 2007. (MNF-I)

The training program for Iraqi militants in Iran was "formal and sophisticated," with courses on "leadership, training, commando operations, weapons and explosives."[21] These fighters then returned to Iraq, where act as trainers for larger cells of Special Groups fighters. Just as Coalition Forces provided the Iraqi Army with Military Training Teams (MiTTs) to improve their performance, the IRGC-QF sponsored training for the Special Groups can be understood as a MiTT effort, adapted to the cellular structure of illegal armed groups.

The arrest of numerous suspects involved in "train the trainer" activities in late 2007 demonstrates that the IRGC and Special Groups were sponsoring an ongoing training program and an advisory effort. In fact, the number of trainers that were targeted for their efforts spiked dramatically in late November 2007. In the month of December alone, ten important trainers

PX678

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLYSTANDARD.COM*

were detained in Khan Bani Saad, Baghdad, as-Suwayrah, al-Aziziyah, ad Daghgharah, al Mashru, al Kut, and Kut al-Hayy.[22] The detention pattern indicates that Special Groups training networks operated widely in Baghdad, Babil Province, and Wasit Province, especially along the Tigris River Valley corridor south of the capital. They were primarily engaged in EFP, IED, rocket-propelled grenade, sniper fire, mortar, rocket, operational security, and computer security training.

Moreover, Special Groups cells were also consolidating their networks in response to the closing of their lines of communication and supply in Diyala Province. Accordingly, they increasingly relied on the southern Iraq supply networks in order to move weapons, fighters, funding, and resources into their Baghdad havens. Over the next few months, Special Groups weapons facilitators placed large Iranian weapons caches in the rural areas south of Baghdad so they could be used as resupply hubs for the Baghdad network.[23] It would later become clear that Special Groups were preparing to escalate their activities.

### Winter 2008: The Escalation of Violence

Shortly after the New Year, violence by Special Groups increased dramatically.[24] It seems unlikely that the increased violence resulted from Coalition action, because the Coalition had been consistently pressuring the Special Groups throughout the winter. Rather, Special Groups most likely intentionally escalated their violent activity in January 2008. The number of EFP attacks in January rose to the highest monthly total seen up to that point, with an average of one attack every three days.[25]

The increase in Special Groups violence continued into February and centered on Baghdad. According to Lt. General Ray Odierno, then the Corps commander in Iraq, Special Groups were attempting to reinfiltrate into the capital to "create some chaos."[26] This escalation was particularly evident in northeast Baghdad, where a Special Groups cell led by Arkan Hasnawi conducted acts of intimidation, kidnapping, murder of local civilians, as well as attacks against Coalition and Iraqi Forces. In response to this uptick in violence in the Shaab and Ur neighborhoods, Coalition Forces conducted a series of successful intelligence-driven raids to dismantle the Hasnawi network, launched on February 11.[27] It is worth noting that tips provided by local citizens were integral in the operations against the Special Groups cell. As residents tired of the violence, they provided critical intelligence to U.S. and Iraqi troops.[28]

In February, Special Groups also intensified their indirect fire (IDF) campaign in the capital. Special Groups cells launched four coordinated attacks on U.S. bases in Baghdad. On February 18, Special Groups fired a barrage of Katyusha rockets at the Baghdad Airport and neighboring Victory Base Complex, the main U.S. military base in Baghdad and the seat of Coalition headquarters.[29] Five Iraqis were killed in the attack and sixteen others were injured, including two U.S. Soldiers.[30] The next day, Iranian-backed militias launched two other IDF attacks. The barrages were only minutes apart and targeted a Combat Outpost in the Oubaidi neighborhood and Forward Operating Base Rustamiyah, both in southeast Baghdad.[31] As the Iraqi Security Forces responded to the first two attacks, they discovered a third barrage of unexploded rockets on a truck used as a launcher. As Iraqi forces went to defuse the rockets, they were remotely detonated in a "well-planned ambush," killing fifteen Iraqi police officers and injuring dozens more.[32] Four Coalition Soldiers were also wounded and one was killed in the first two attacks.[33] On February 23, just one day after Muqtada al-Sadr renewed his ceasefire, the Green Zone in central Baghdad came under rocket attack.[34] While Coalition bases had been targeted in the past by indirect mortar fire, the indirect fire attacks launched by Special Groups also contained rockets barrages. This marked a dangerous development, as rockets can be aimed with greater precision and fired from longer distances.[35]

The timing of the February escalation deserves some consideration. Only days before the first of

PX678

these attacks, Imad Mughniyeh was assassinated (presumably by Israeli intelligence) in the Syrian capital, Damascus, when a bomb exploded in his car. Mughniyeh was a top leader of Lebanese Hezbollah, who oversaw the organization's international operations.[36] In this role, he was involved in the 1983 terrorist attack on the U.S. Embassy in Beirut;[37] that same year, he also masterminded the twin truck bombing of the U.S. barracks in Beirut that killed 241 Marines.[38] As one of the world's most wanted men, he was also the architect of the 1985 hijacking of TWA flight 847, during which a U.S. Navy diver was executed; the 1992 attack on the Israeli Embassy in Argentina; and the attack on a Jewish center in Buenos Aires two years later.[39] Mughniyeh has served as the key conduit between Hezbollah and Iran.[40] In recent years, he has reportedly maintained close links with Iranian-backed Special Groups militias and oversaw Hezbollah's operations in Iraq.[41] In 2005, he was purportedly tasked with the organization of Hezbollah's training of Iranian-linked militias in southern Iraq.[42] Shortly after receiving this directive, Ali Musa Daqduq, a fellow Lebanese Hezbollah operative, was sent to Iran to with the IRGC-QF and spearhead the training efforts.[43] Soon after, in May 2006, Daqduq traveled to Iran with Yousef Hashim, a Hezbollah Special Operations Commander who was his superior and presumably reported to Mughniyeh.[44]

Moreover, the six-month ceasefire enacted by Muqtada al-Sadr in late August 2007 was set to expire in the third week of February 2008. As the deadline approached, many in Baghdad feared a return to the levels of violence witnessed at the height of JAM expansion a year before. Sadr ultimately renewed his ceasefire on February 22, but the uptick in violence as a result of the rocket attacks no doubt fueled public concern over whether he would renew the agreement and whether it would hold.[45] While one cannot definitively establish the causes behind the rise of Special Groups attacks in February from available sources, the timing of the IDF campaign correlates closely with the aforementioned events.

In addition to the IDF campaign, Special Groups networks sought to consolidate and expand their resupply routes into the capital. Because Coalition operations in Diyala hindered their northern lines of communication, Iranian-backed groups increasingly relied on the Highway 8 corridor south of Baghdad to support their activities in Baghdad. Hence, from January to March 2008, they increased the number of weapons stockpiled in these areas south of the capital. As Coalition Forces pursued Special Groups facilitation networks, they discovered a number of these caches, several of which were the largest seen to date.[46] Some of the largest caches were found in the area near Jabellah, which is located near Highway 8 south of Iskandariyah. These caches contained materials for roughly 100 EFPs in addition to dozens of rockets and mortars.[47] Other caches were found east of Baghdad, in the Madain Qada (district) and along trafficking routes of the Tigris River Valley in Wasit Province.[48] Moreover, many of the arms discovered during the Basra and Sadr City offensives later in the spring contained Iranian weapons that dated from early 2008, further demonstrating the influx of weapons stockpiles during the winter months.[49]

There was a brief but noticeable decrease in Special Groups' escalation in early March 2008. This decline coincided with the visit of Iranian President Mahmoud Ahmadinejad to Iraq.[50] Ahmadinejad arrived in Baghdad on March 2 for a two-day visit to the country, the first ever by an Iranian President. According to Lieutenant General Ray Odierno, the Corps Commander in Iraq during the surge, "it was not surprising that there were fewer attacks during Ahmadinejad's visit to Baghdad, since it is mainly Iranian-backed Shiite military members who have been conducting rocket and other attacks in the capital."[51] Shortly after his departure, however, Special Groups resumed their campaign. In mid-March, successive rocket and mortar attacks targeted U.S. forces across central and southern Iraq. Three U.S. Soldiers were killed in a rocket attack on Tallil Airbase, southwest of Nasiriyah.[52] Two other attacks, just days apart, targeted U.S. Forces at FOB Falcon, just south of Baghdad.[53] Special Groups also targeted Coalition patrols with EFPs, particularly in Baghdad.[54]

PX678

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLYSTANDARD.COM*



Screen shot from a captured video showing insurgents firing Iranian 240mm rockets
at Forward Operating Base Hammer in Iraq. (MNF-I)

*The Special Groups Offensive*

**T**he Special Groups escalation came to a head in late March 2008, when militants launched a major attack on the heavily-fortified Green Zone in Baghdad. The attack occurred on the morning of March 24, when nearly twenty rockets and mortars struck the Green Zone, falling "quite close" to the U.S. Embassy.[55] The attack was described as "one of the fiercest and most sustained attacks on the area in the last year;"[56] and the precision and timing of the Green Zone attack suggested a greater degree of planning and coordination. While U.S. military officials usually decline to comment on such attacks for security reasons, General David Petraeus, the Commander of Multi-National Force-Iraq, strongly condemned the attack, citing

evidence of Iranian involvement.[57] There is some question about why the Special Groups launched their attack just then. Two weeks later, on April 8 and 9, 2008, General Petraeus and Ambassador Ryan Crocker were set to testify before congress regarding conditions in Iraq. A break-down in security as a result of a Special Groups offensive would have had important ramifications for this testimony.

Still, the Special Groups' precise reason for escalating their attacks on March 24 cannot be determined; the March 24 attack marked an intensification of the Special Groups campaign that likely would have continued, had Prime Minister Maliki not launched a surprise security offensive in Basra that sparked an abrupt response by Special Groups throughout the country.



PX678

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLYSTANDARD.COM*

## SPRING 2008: THE GOVERNMENT OF IRAQ COUNTEROFFENSIVE

Early on the morning of Tuesday March 25, 2008, the Iraqi Security Forces launched a major offensive termed Saulat al-Fursan, or Operation Knight's Charge, to reclaim control of Basra by defeating militias in the area. Iraq Report 9, The Battle for Basra, describes the operations in detail. Fighting between the government security forces and the Iranian-supported militias erupted across the city, and the hasty planning for the operation soon became evident. The newly-formed and inexperienced 14th Iraqi Army Division struggled to contain the violence during the first few days of fighting, as they faced unexpectedly strong resistance due to large amount of Iranian weapons provided to the militias.[58] To stabilize the situation, Iraqi reinforcements were quickly rushed to Basra from Anbar Province.[59] The fierce fighting continued for nearly a week, until Sadr ordered his fighters off the streets on March 30, 2008. Interestingly, the ceasefire was brokered in Iran, by the head of the IRGC-QF and followed negotiations between key leaders from rival Shi'a political parties.[60]

Seasoned Iraqi reinforcements arrived in Basra in early April, only days after Iranian-brokered ceasefire. They immediately embarked upon more deliberate security operations in Basra, systematically clearing the city from mid-April to mid-May.[61] Following the ceasefire, many JAM and Special Groups leaders fled Basra. To evade the security crackdown, some went to neighboring Maysan province, a large Sadrist stronghold, while many others crossed the border to Iran.[62] Many residents of Basra fear their return, and a return to the violence that accompanied the militia dominance.

The Basra offensive provoked a strong reaction by Special Groups and militias. In Baghdad, Special Groups and JAM intensified their attacks on Coalition and Iraqi Security Forces.[63] While Maliki's actions took the enemy—and indeed many friendly forces—by surprise by diverting attention from their planned target of Baghdad, Special Groups were well-prepared to react to the security offensive because of their prior preparations. The pace of mortar and rocket fire immediately increased dramatically. During the last week of March, Special Groups launched daily mortar and rocket attacks on the Green Zone.[64] In addition to these indirect fire barrages, violent clashes erupted as Coalition and Iraqi Security Force patrols came under attack throughout the capital, but particularly in the JAM strongholds of eastern Baghdad.[65] In the first week of fighting alone, Coalition and Iraqi forces killed or captured scores of Shi'a militia criminals during these engagements.[66]

Immediately after the fighting began, the Iraqi government issued a curfew in Baghdad, while Coalition and Iraqi Security Forces sealed off Sadr City with a double-cordon and ban on vehicle traffic.[67] While this act hindered the ability for enemy groups to move men and materiel into the district, it was unable to stem the indirect fire attacks on the Green Zone, the vast majority of which were traced to Sadr City.[68] Indeed, nearly 700 rockets and mortars were fired at the Green Zone during late March and early April; more than eighty percent of those attacks originated in Sadr City.[69] It soon became clear that the primary way to stop the indirect fire attacks was to deny JAM and Special Groups criminals launch sites in the district. Consequently, U.S. and Iraqi forces prepared to enter Sadr City in force for the first time in years.

### *The Government of Iraq Defeats Special Groups South of Baghdad*

While JAM and Special Groups sought to escalate the violence across the south in the wake of the Basra offensive, they were unable to do so. In the Five Cities area—Karbala, Hillah, Kut, Najaf, and Diwaniyah—these Shi'a militia groups were seriously weakened as the Iraqi Security Forces were able to thwart enemy efforts. In Najaf, where JAM and Special Groups lack a significant operational presence, the period following the ISF offensive in Basra was especially quiet.[70]

In Diwaniyah, Special Groups did target a nearby Coalition base with Iranian rockets



PX678

in the immediate wake of the Basra operation. However, the 8th Iraqi Army Division, which is based in the city and is one of the most capable Iraqi units, responded promptly to attacks and launched a security crackdown targeting these extremist groups.[71] It is also worth noting that JAM and Special Groups in the area had already been weakened by intra-Shi'a fighting and a series of security operations that occurred the year before.[72]

In the weeks prior to the Basra offensive, the Karbala provincial government and Iraqi Security Forces were particularly aggressive in going after JAM and particularly Special Groups elements in and around the city. Not only were there several major Special Groups weapons cache finds outside Karbala, but operations were conducted within the city targeting JAM and Special Groups assassination cells. [73] The situation escalated in late March, as the Iranian-backed groups responded to the Basra operations. On March 26, as security personnel were ordered from Karbala to support operations in Basra, gunmen who appeared to be affiliated with JAM staged attacks against Iraqi Police in neighborhoods that were suspected to be JAM strongholds.[74] The Karbala Operations Commander, who heads security operations in the province, returned from Basra the next day and led an offensive, arresting 48 people and seizing weapons caches.[75] The Iraqi Security Forces were effective in and around the city, as they continued to discover weapons caches and IEDs in the areas surrounding the city and defeat JAM in street battles that left numerous gunmen dead and many more captured.[76] Additionally, as these fighters suffered heavy losses, many JAM members began to turn themselves in to take advantage of Prime Minister Maliki's amnesty offer.[77] Subsequent operations have maintained pressure on enemy cells in Karbala.[78]

> ■ **Ultimately, the operations in the Five Cities area before and during the Basra offensive dealt a major blow to JAM and Special Groups networks in the area. As the Shi'a militia fighters attempted to stir up violence across the south, Iraqi forces and their Coalition counterparts were able to respond in kind, identifying and targeting JAM and Special Groups leadership, facilitators, weapons stores, and lines of communication.**

The violence in Kut actually preceded the Basra offensive, as fighting erupted between the Shi'a militias and the Iraqi Security Forces in the area on March 11, 2008. At that time, militia forces were trying to assert control over several districts within the city.[79] On the first day of fighting, fierce clashes erupted between the Iraqi Security Forces and armed gunmen in central Kut, leaving eleven dead and 40 others wounded.[80] Indirect fire attacks on Forward Operating Base Delta (which houses Coalition Soldiers in Kut) as well as repeated Katyusha rocket attacks on central Kut, despite Moqtada as-Sadr's recent ceasefire renewal, further indicated a Special Groups presence in the area.[81] In the two weeks that followed, Iraqi Police teamed with US Special Forces to quell the violence, relying on a combination of intelligence-driven raids, cordon and clear operations, presence patrols, and checkpoints.[82] As the fighting subsided in late March, just as the offensive in Basra was beginning, Iraqi Security Forces were firmly in control of Kut.[83] Hence they were able to maintain security, even as JAM and Special Groups sought to escalate violence across the south.

Ultimately, the operations in the Five Cities area before and during the Basra offensive dealt a major blow to JAM and Special Groups networks in the area. As the Shi'a militia fighters attempted to stir up violence across the south, Iraqi forces and their Coalition counterparts were able to respond in kind, identifying and targeting JAM and Special Groups leadership, facilitators, weapons stores, and lines of communication. Consequently, Iranian-supported enemy groups lost a great deal of their operational capacity. As a result, it is highly probable that many leaders and fighters went into hiding or fled to Iran, joining those who had escaped from Basra.



THE INSTITUTE
FOR THE
STUDY OF WAR



the weekly
**Standard**.com

PX678

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLYSTANDARD.COM*



Map of Sadr City Operations, April-May, 2008

*The Baghdad Uprising
and the Clearing of Sadr City*

Coalition and Iraqi commanders had long-recognized the threat posed by the continued enemy safe haven in Baghdad. In late 2007, they began to prepare for an operation to clear Sadr City. The plans called for an extensive period of preparatory operations, where Coalition and Iraqi forces would "isolate and target [Special Groups] criminals over time, eventually planning at some point to enter into the area."[84] Indeed, in the early months of 2008, the isolation and targeting phase was well underway, as US and Iraqi forces were tightening the cordon around Sadr City.[85] The operations in Shaab and Ur against the Hasnawi network permitted the US and Iraqi forces to tighten the cordon around Sadr City. [86] By February, U.S. forces had encircled Sadr City and

THE INSTITUTE
FOR THE
STUDY OF WAR

PAGE 13 • AUGUST 29, 2008

the weekly
Standard.com

PX678

constructed several Joint Security Stations (JSS) along the borders of the district. These stations allowed Coalition and Iraqi forces to maintain a permanent presence along the borders of Sadr City, so as to interdict criminal movement into and out of the district.

Presumably, the isolation and targeting of criminal elements in Sadr City would have continued well into the spring of 2008, until conditions for the full-scale clearing operations were set. However, in late March, Prime Minister Maliki's security offensive in Basra sparked a forceful reaction by Shi'a militias in Baghdad, which prompted Coalition and Iraqi commanders to accelerate their plans to enter and clear Sadr City.

The crackdown in Basra prompted a strong, and in some cases violent, backlash by Sadr's supporters in Baghdad. Civil disobedience movements and protests were conducted in a number of neighborhoods, including Sadr City, Aamel, Bayaa, and Shula. Over the course of the week, Coalition and Iraqi patrols were engaged by gunmen in the Sadrist strongholds of east Baghdad and Kadhimiyah. It is highly likely that mainstream JAM militiamen were involved, although level of enemy coordination during a number of the attacks suggests Special Groups' leadership. However, the Special Groups caused the greatest threat to security and stability in the capital by launching indirect fire attacks. During the last week of March, Special Groups fired barrages of Iranian rockets and mortars at the Green Zone each day, aimed at the Government of Iraq and Coalition headquarters.[87] While a number of the enemy rockets and mortars hit their intended target, others fell on nearby residential neighborhoods, causing dozens of casualties.[88] Most of the rocket launch sites were traced to Sadr City,[89] and over the course of the week, Coalition Forces aggressively pursued those responsible.[90]

In early April, U.S. and Iraqi forces began

**■ During the initial push into Sadr City, Iraqi units were several hundred yards ahead of their U.S. counterparts. This move was intended to put an 'Iraqi face' on the operation, given the hostile operating environment for U.S. Soldiers.**

moving into the western and northern fringes of Sadr City.[91] The purpose of the operation was to drive JAM and Special Groups criminals out of firing range of the Green Zone. Their efforts, therefore, focused on the Tharwa and Jameela neighborhoods in the southern third of the Sadr City. As Coalition and Iraqi Forces entered the district, they faced fierce resistance from the Shi'a militias, who had fortified their defenses with IEDs, including especially-lethal EFPs. Groups of militiamen frequently engaged Coalition and Iraqi Forces with small arms fire.

Over the next few weeks, U.S. and Iraqi forces fought to establish permanent positions in the first third of Sadr City.[92] As they pushed into the district, they also conducted preparatory operations "to shape the battlefield in Sadr City by cordoning off the main entry and exit points, building new check posts, instituting a vehicle ban, conducting a series patrols and humanitarian missions, carrying out targeted raids against Mahdi Army and Special Groups leaders, and providing a blanket of aerial coverage from unmanned aerial vehicles and helicopters from US Army air weapons teams."[93] Coalition air assets engaged a number of criminals as they attacked Iraqi patrols or attempted to launch mortar or rocket rounds.[94]

During the initial push into Sadr City, Iraqi units were several hundred yards ahead of their U.S. counterparts.[95] This move was intended to put an 'Iraqi face' on the operation, given the hostile operating environment for U.S. Soldiers. In the face of heavy resistance, some of the more inexperienced Iraqi units pulled back from their forward positions; however, the government forces did not cede the ground, as more seasoned Iraqi units rushed to replace them.[96] While the fierce enemy resistance and complex urban terrain challenged their initial drive, the Iraqi Security Forces demonstrated improved performance and capability.[97] They were able to occupy permanent positions in the neighborhoods, albeit with Coalition logistics, intelligence, and aviation




PX678

support.[98]

Throughout April, U.S. and Iraqi forces continued their push into Sadr City.[99] As they did so, they faced fierce resistance from the Shi'a militias, who had fortified their defenses with IEDs and EFPs. Groups of militiamen frequently engaged Coalition and Iraqi Forces with small arms fire. Coalition Air Weapons Teams frequently targeted JAM and Special Group elements attempting to launch indirect fire attacks or emplacing IEDs.[100]

In mid-April, Coalition Forces began construction on a wall along al-Quds Street, on the northern edge of the Jameela and Tharwa neighborhoods.[101] Coalition Forces had walled off the southern edges of the district the year before, and the new construction sought to prevent the infiltration of militia elements from the northern section of Sadr City. Coalition Forces intended to create a "safe neighborhood" in the southern third of Sadr City, as they had done with much success elsewhere in Baghdad. The partition would prevent JAM and Special Groups members from carrying out attacks in the southern section, while enabling Iraqi and Coalition Forces to accelerate reconstruction and humanitarian assistance efforts. Indeed, on April 12, Prime Minister Maliki ordered additional food rations for Sadr City residents in order to prevent shortages stemming from the vehicle ban.[102] Several days later, Iraqi Army troops launched an operation to provide medical assistance to residents of the southern section of Sadr City.[103]

As the construction of the wall progressed throughout late April, Coalition and Iraqi units building the partition became magnets for JAM and Special Groups attacks.[104] Militia fighters desperately sought to halt its construction, and launched persistent and complex attacks with rocket-propelled grenades, machine guns, IEDs, and small arms fire. Some managed to blow several holes in the wall; others planted EFPs along stretches of the barrier.[105] Sandstorms also slowed the construction efforts, as U.S. helicopters and unmanned aerial vehicles (UAVs) were unable to provide necessary air support.[106] This inclement weather did not only slow construction; on April 28, a sandstorm provided cover for militia groups to launch a complex attack on Coalition Forces patrolling near the wall.[107] In the ensuing fight, U.S. forces killed 28 JAM fighters; six U.S. Soldiers were also wounded in the engagement.[108]

In addition to the construction efforts, Coalition UAVs and air weapons teams provided constant surveillance of the northern section of Sadr City. [109] Throughout April, they frequently targeted JAM and Special Group elements attempting to launch indirect fire attacks or emplacing IEDs.[110] These air assets were also deployed to the areas surrounding Sadr City in order to contain the violence. Six Apache helicopters were stationed over northern and eastern Baghdad at all times.[111] As a result, militia groups bore heavy casualties throughout the April fighting. More than 160 enemy fighters were killed; sixty-one rocket and mortar teams were also destroyed.[112] The areas surrounding al-Quds Street also suffered heavy collateral damage, as many buildings were destroyed in the crossfire.

By early May, the operations in Sadr City were beginning to bear fruit. Construction on the wall was nearly complete and the number of indirect fire attacks on the Green Zone fell sharply.[113] Coalition and Iraqi Security Forces maintained control of the southern third of Sadr City, while Special Groups and JAM criminals continued to suffer heavy losses. On May 3, Coalition Forces launched a precision strike on a Special Groups command center in northern Sadr City. The command center was located in a trailer near the al-Sadr hospital, in a placement often used by Special Groups to discourage Coalition strikes.[114] The attack destroyed the trailer, killing a top Special Groups commander and injuring several other criminals. No patients in the hospital were wounded, although nearly two dozen civilians were injured nearby.[115] Several reports suggested that Arkan Hasnawi was killed in the attack. Hasnawi was a senior Special Groups leader in northeastern Baghdad, who was responsible for the uptick in violence in the Shaab and Ur neighborhoods in early 2008. However, amidst conflicting reports, the identity of the leader has not been publically confirmed. Still, the destruction of the Special Groups command

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLYSTANDARD.COM*



U.S. Soldiers during heavy street fighting in Sadr City in April 2008 (MNF-I)

center and the loss in its senior leadership dealt a significant blow to the militias.

### *The Sadrist Trend vs. the Jaysh al-Mahdi*

The Coalition and Iraqi operations in Sadr City prompted a political crisis. In late April, the main parliamentary blocs granted Prime Minister Maliki a mandate for the operations and he vowed to continue the crackdown.[116] As they became more politically isolated, Sadrist politicians came under increasing pressure to negotiate a ceasefire, particularly from the residents of Sadr City who were suffering under the cordon.[117] Civilians were the primary victims of the violence, as the exchanges of fire killed or wounded many and caused extensive

property damage, particularly in the areas near al-Quds Street. It is likely that the threat of the further collateral damage, which would have resulted from a push into the northern sector of Sadr City, played an important role in the Sadrist's willingness to negotiate a ceasefire. Additionally, the Sadrist politicians were also pressured by the Iranians, who also pushed for an end to fighting "by throwing their weight behind the government after a delegation of Shiite members of Parliament visited Iran earlier [that] month."[118]

Like the Sadrist political faction, the Jaysh al-Mahdi and Special Groups also came under growing pressure to end the hostilities. Aside from suffering heavy losses, they were increasingly blamed by residents for civilian casualties.[119] Food, oil, and medicine shortages were intensified as JAM gunmen targeted vehicles carrying those


PX678

supplies.[120]  This further alienated the population. Hence, the Shi'a militias faced the threat of continued fighting and casualties, in addition to a loss of popular support.

On May 10, after several days of negotiations, Salah al Obeidi, a top Sadrist aide, announced that a deal had been reached to end the fighting.[121]  The Sadrist Trend negotiated the deal with the majority bloc in parliament, the United Iraqi Alliance. The fourteen-point agreement stipulated that JAM would cease all armed activities and the government would gain control over the entire district. In exchange, the deal restricted government raids, allowing arrests only for those actively involved in the violence. JAM would not be disbanded, but instead would be prohibited from publically displaying weapons.[122] The agreement also called for the reopening of roads into the district and an increase in humanitarian assistance in order to relieve the burden on Sadr City residents.

The truce was formally announced in the Green Zone on May 11; however, in Sadr City, there was not an immediate end to the fighting.[123] Indeed, clashes between Coalition Soldiers and the militias persisted for several days. Gunmen continued their attempts to destroy the wall, while targeting Coalition and Iraqi forces protecting it.[124] The lingering violence suggested that the Sadrist politicians were having difficulty imposing the agreement on the armed wing of their movement.[125]

### Operation Peace

By the end of the week, Sadr City quieted. Despite reports of sporadic fighting, the ceasefire finally appeared to take hold.[126] The Iraqi government expanded its humanitarian efforts in the district, providing essential services and aid.[127] At the same time, the Iraqi Security Forces prepared for an offensive to assert its control over the northern sector of district. The offensive, termed Operation Peace, began early on the morning of May 20. The first phase of the operation called for the Iraqi forces to take control of the main roads in the district.[128]

To do so, six Iraqi Army battalions moved north along the six major thoroughfares in Sadr City in "long columns of Iraqi armored personnel carriers, tanks and trucks … some flying the Iraqi flag."[129] The force of roughly 10,000 continued to clear IEDs, while also occupying permanent positions throughout the northern sector of the district.[130] Coalition Forces did not participate in the ground operations, unlike during the Basra offensive, where Coalition military advisers were embedded with Iraqi Units. [131] They did, however, provide intelligence and air support.[132]

As the Iraqi forces moved further into Sadr City, they faced no resistance. By midday on May 20, they had moved deep into the northern sector and were take up key positions at the major hospitals and police stations without incident.[133] The atmosphere in Sadr City remained quiet as Iraqi units fanned out throughout the district and set up a number of checkpoints.[134]

The second phase of the offensive called for wide-scale clearing operations to rid the district of illegal weapons. Shortly after they took up positions in the northern section of Sadr City, the Iraqi Security Forces began these operations. In the weeks that followed, government troops uncovered a staggering amount of weapons. By June 5, they had seized more than one hundred weapons caches.[135] By June 16, the total number of weapons discovered rose to nearly 8,000, a vast number of which were traced to Iran.[136]

### The Enemy Response: The Flight from Sadr City

The calm in Sadr City stemmed not only from the ceasefire, but from the fact that most JAM and Special Groups commanders fled the district in the wake of the agreement. Indeed, by early June, ninety percent of militia fighters had left the area.[137] When the Iraqi Security Forces launched Operation Peace in Sadr City, there was a noticeable uptick in Special Groups violence elsewhere in the capital, particularly in the nearby 9 Nissan district and in the Shaab and Ur neighborhoods of the Adhamiyah district. Since many of the Coalition




forces that pushed into Sadr City in April came from the neighborhoods bordering the district, the smaller troop presence prompted militants to move into the area.[138] On May 19, the day before Iraqi Forces moved into the northern sector of the district, Coalition and Iraqi troops conducted an operation in Shaab to address the uptick in militia activity. As U.S. forces maintained the cordon, Iraqi soldiers and police raided mosque, where they found a large weapons cache; simultaneous house-to-house clearing efforts also resulted in the arrest of twenty-two suspected militiamen.[139]

Other criminals fled to western Baghdad, particularly to the Sadrist stronghold of Shula in the Kadhimiyah district. While Special Groups violence flared in this area in the immediate wake of the Basra offensive, further clashes erupted when the ceasefire went into effect as militia elements from eastern Baghdad reinforced the area.[140] It appears that Special Groups and JAM commanders fled northeast Baghdad, through the Special Groups hubs of Rashidiyah and Husayniyah just north of the capital, and over into northwest Baghdad. In the days surrounding the launch of Operation Peace, Coalition and Iraqi forces captured a number of Special Groups leaders transiting through Rashidiyah and Husayniyah.[141] In Shula, which was at the time considered a "high-threat area and a stronghold for Special Groups,"[142] militiamen clashed with Iraqi and Coalition troops, as U.S. helicopters provided air support.[143] In order to contain the violence, U.S. and Iraqi troops conducted a number of operations in late May and early June to dismantle the Special Groups network in the area, seizing numerous Iranian weapons caches and capturing several key leaders.[144]

In the wake of the negotiations, many JAM and Special Groups leaders also fled Baghdad altogether. While top Special Groups leaders, including those that survived the May 3 missile strike in Sadr City, fled to Iran, other mid-level

JAM and Special Groups commanders fled to Sadrist strongholds in southern Iraq.[145] The cities of Kut and Amarah—both important hubs of militia activity given their large populations of Sadrist supporters and their proximity to the Iranian border—were the primary destinations of fleeing fighters.[146] Those who escaped from Sadr City joined JAM and Special Groups fighters who had fled Basra in the wake of offensive operations that were launched in the southern city in late March. As it became evident that Maysan province was the last major refuge for these Shi'a militia groups, Iraqi forces prepared for another major offensive.

**■ The security offensive in Maysan met with minimal enemy resistance; Sadrist politicians and clerics, wishing to avoid the destruction that accompanied the push into Sadr City, instructed their followers not to resist the government's operations.**

Following the clearing of Basra, Iraqi soldiers with the 1st Iraqi Army Division, who were sent from Anbar at the onset of Operation Knight's Charge, entered Maysan province to continue their offensive against Shi'a militants. On June 12, large numbers of Iraqi Security Forces arrived in the province and began preparatory operations—fanning out through the provincial capital of Amarah; reconnoitering and clearing key routes; and replacing the guards along the Iranian border to interdict criminal movements. Like he did in the Basra and Sadr City offensives, Prime Minister Maliki also gave an ultimatum for gunmen in Maysan to turn in their weapons. On June 19, the day the ultimatum expired, the Iraqi Security Forces launched Operation Promise of Peace, to clear JAM and Special Groups criminals from Amarah.[147] The security offensive in Maysan met with minimal enemy resistance; Sadrist politicians and clerics, wishing to avoid the destruction that accompanied the push into Sadr City, instructed their followers not to resist the government's operations. Moreover, any Special Groups and JAM leaders that remained in Maysan in the wake of the Baghdad and Basra offensives fled to Iran before the operations commenced in Amarah.

By late June, Coalition and Iraqi operations



PX678

in Baghdad and southern Iraq had significantly weakened Special Groups and JAM networks. For the first time, Iraqi Security Forces controlled Sadr City, effectively removing the last enemy safe haven in Baghdad. During July, Iraqi and U.S. forces continued to target remaining militia elements in the capital. The Government of Iraq, in conjunction with Coalition Forces, also worked to accelerate reconstruction and humanitarian assistance efforts. The security operations in Basra, Baghdad, and Maysan seemed to have thwarted an Iranian-supported enemy offensive. By mid-July, it was reported that EFP attacks had decreased seventy percent since April. While these are promising statistics, U.S. commanders have been a bit more cautious in their assessments, saying that there is no evidence that Iran is curtailing its support for Shi'a militias.[148] Given Special Groups ability to reconstitute and renew their activities, as they did in the fall of 2007, it behooves both Coalition and Iraqi leadership to remain vigilant of an expected enemy response.

## SUMMER 2008: PURSUING THE ENEMY

### *Special Groups and JAM Regroup in Iran*

The Special Groups and JAM offensive failed to achieve its objectives. Not only was the Iraqi government and Iraqi Security Forces able to assert control over critical JAM strongholds in Basra and Baghdad, but Special Groups and JAM networks were severely degraded in the process. Moreover, the IDF campaign in Baghdad failed to accomplish the objective of weakening the Coalition will to fight. Moreover, as a result of the fighting, U.S. troops were, for the first time, occupying permanent positions in the first third of Sadr City. Finally, the recent offensives have buoyed confidence in the Iraqi forces and Maliki's commitment to security.

Violence by Special Groups and JAM dropped dramatically after the clearing of Sadr City. This is due, in large part, to the flight of much of the enemy leadership to Iran. An estimated 5,000 fighters have fled to Iran; other members of the Special Groups and JAM networks have gone to

ground.[149] The flight of Special Groups and JAM to Iran was a temporary expedient in the wake of the Iraqi government's counterattack against all remaining Sadrist strongholds. The leaders and fighters had no sanctuary in Iraq, and therefore reconstituted in Iran where they could remain safely. In addition, the IRGC-QF has used this opportunity to train these fighters in the latest tactics and weapons, with the expectation that they will employ them upon their eventual return to Iraq.[150] Still, Iranian-linked militia groups do remain active in Iraq, albeit in a much-diminished capacity. As a result, new and important enemy behaviors are emerging.

## CURRENT TRENDS IN ENEMY ACTIVITY

### *IRAMS*

While recent trends indicate a decline in EFP attacks, the threat of Improvised Rocket-Assisted Mortars (IRAMS), a relatively recent innovation in the types of weapons used against Coalition Forces, is increasing. An IRAM consists of propane tanks, other explosives, and projectiles such as ball-bearings that are attached to rockets; they are then launched from small trucks at a short-range target. Like other improvised explosive devices, the detonation can be triggered remotely, by a cell phone or washing machine timer.[151] Successful assembly and execution of an IRAM attack requires a high degree of technical skill; hence, training in such tactics is likely done with Iranian support.[152] It is believed that the 107mm rockets used in the bombs are manufactured in Iran.[153] IRAMs are particularly dangerous because they can be launched over the protective barriers and buildings that guard the Coalition's bases in Baghdad. If aimed and launched properly, they have the potential to kill dozens of U.S. Soldiers in a single attack.[154] Once launched, the weapon cannot be stopped; "a U.S. soldier who might be in position to witness the approach of a potential IRAM-bearing vehicle would have less than two seconds to decide whether the person emerging from it has just set it for firing or is simply an




innocent driver getting out to change a tire."[155]

The IRAM as a weapon is not new—it was used by the Irish Republican Army (IRA) in their February 1991 attack on 10 Downing Street.[156] However, its usage is new to Iraq. Although they first appeared in Iraq in late 2007, the IRAM network has become more active in recent months.[157] According to Major General Jeffrey Hammond, the commander of all Coalition Forces in Baghdad, IRAMs are "The greatest threat right now that [U.S. troops] face."[158] Indeed, IRAMs have thus far only been found in Baghdad.[159] There have been more than ten IRAM attacks thus far and they have been launched at several small U.S. bases, killing three and wounding fifteen Coalition troops. [160] In the deadliest attack to date, on June 4, 2008, rockets arrayed as an IRAM detonated prematurely in an attempted attack on Combat Outpost Callahan in the Shaab neighborhood of northeast Baghdad.[161] Sixteen Iraqi civilians were killed in the attack, and dozens more were wounded. The two Special Groups criminals who were driving the truck were also killed.

The most effective way to prevent IRAM attacks is to go after their networks. Coalition Forces have prioritized this mission and, in recent weeks, have worked to define the IRAM network in Baghdad. U.S. forces have also "stepped up patrols around outposts, fortified their buildings, and offered money for information about networks that use the weapons."[162] These efforts have met with initial success. For example, on June 24, a tip from a local resident led Coalition Forces to an assembled IRAM in the Hurriyah neighborhood of northwest Baghdad.[163] Nine rockets and about 200 pounds of explosives were set to detonate in the attack on a nearby Joint Security Station.[164] Coalition patrols have also searched for IRAM materials, factories, and cell leaders.[165] In an important breakthrough, U.S. Soldiers captured of a key member of the bombing network in the Oubaidi neighborhood of east Baghdad on July 10.[166] Maj. General Hammond described this individual as a potential "big lead," who could "provide valuable insights into the group behind the bomb making."[167] The capture of this individual in Oubaidi, a

neighborhood in the 9 Nissan security district bordering Sadr City, is not surprising; enemy activity in Sadr City has long spilled over into neighboring districts. This has also been the case in the Shaab and Ur neighborhoods of Adhamiyah.

It is highly likely that the use of IRAMs by Iranian-backed groups will continue in Baghdad. Their high potential for lethality and the difficulty in preventing such attacks makes them a logical choice for the pressured Special Groups networks. Although the manufacture and launch is more sophisticated, IRAMs are made from commonly-used materials, such as cooking gas; this makes it harder for Coalition and Iraqi forces to deny these criminals the necessary components. U.S. troops will need to maintain their concerted efforts to dismantle the network, while continuing to work with the local population to prevent such attacks.

## *Assassinations*

In addition to the rise of IRAM attacks, there also appears to be a coordinated assassination campaign against moderate Sadrist clerics and Iraqi government officials as well as U.S. and Iraqi security forces. In recent weeks, a top U.S. military intelligence officer affirmed that assassination teams are currently receiving training in four Iranian camps (Qom, Tehran, Ahvaz and Mashhad) and are preparing to return to Iraq over the next few months.[168] Coalition Forces have provided a list of expected targets to the Iraqi National Security Advisor, Mowaffak al-Rubaie, in order to prepare for the return of fighters.[169]

Two of the most prominent assassinations to date have been of Sheik Riyadh al-Nuri and Shiek Safa al-Lami. On April 11, 2008, Al-Nuri, the brother-in-law and close aide to Sadr, was ambushed by gunmen in Najaf, as he returned home from Friday prayer.[170] While a top Sadrist spokesman quickly blamed the United States for the murder (a common Sadrist practice), other sources close to al-Nuri blamed extremist elements of the Sadrist Trend for the assassination.[171] It was later reported that al-Nuri

PX678



A T-barrier wall provides security for residents of the Sadr City District of Baghdad. The walls, which are typically a dull, gray color, were painted by residents to illustrate national themes of hope and unity." (Maj. Michael Humphreys, U.S. Army; 8/2/08)

had written a letter to Sadr shortly before his death, asking the Shi'a leader to disband JAM and purge extremist elements from the movement.[172] This request presented a direct challenge to Iranian-linked JAM and Special Groups leaders, such that they had clear motivation for the killing. While mystery still surrounds al-Nuri's assassination, the involvement of Special Groups is plausible and even probable.

More recently, on July 17, unknown gunmen assassinated another well-known, moderate Sadrist cleric in east Baghdad.[173] In a sophisticated attack, Safa al-Lami was shot in his car by gunmen using a silenced weapon fired from another moving vehicle.[174] Al-Lami was best known for his determined efforts to foster reconciliation between Sunni and Shi'a in

Baghdad, even at the height of the 2006 sectarian violence.[175] In December 2007, following his first trip to the Sunni neighborhood of Adhamiyah, al-Lami was abducted by "hardline Shiites," likely from JAM, who accused him of collaborating with Sunni insurgents.[176] He was eventually released by his kidnappers and immediately continued his reconciliation efforts. As a result, Sheik al-Lami was again targeted by gunmen, surviving a May 2008 assassination attempt, likely by the same network that ultimately killed him.[177]

Interestingly, in early June, Iraqi Ministry of Interior officials warned of the return of a number of Special Groups criminals following twelve weeks of training in Iran.[178] These members targeted several police commanders in Baghdad, targeting several Iraqi police

THE INSTITUTE
FOR THE
STUDY OF WAR

PAGE 21 • AUGUST 29, 2008

the weekly Standard.com

PX678

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLYSTANDARD.COM*

commanders in June.[179] The Special Groups criminals were reportedly trained in "new types of explosives, bringing with them small bombs which are attached under cars, instantly blowing them up."[180] This report suggests an innovation in Special Groups explosives usage and an assassination tactic that will likely increase in frequency over the coming months, particularly as fighters return from Iran.

## PREDICTING AND THWARTING THE ENEMY RESPONSE

It is extremely likely that Special Groups and JAM fighters will return from Iran in the near future. Coalition commanders have been restrained in their assessment of the Iranian-backed enemy network. According to Corps commander, Lieutenant General Lloyd Austin, U.S. commanders "know that Special Groups criminal elements have left the country and have gone to Iran and other places with the intent to come back at some point. There is work to be done yet."[181] His assessment of the enemy from a June 23 briefing is worth printing in full:

"We think that we have had a significant impact or effect on them. And we think that many or most of their leaders have subsequently departed, left the country. Many of them probably have gone to places like Iran for additional training and resourcing.

But even though we're not declaring defeat against the Special Groups criminals right now, I will tell you that every day that they're not fighting us is a day that we're getting stronger. And it's my job to ensure that at the point in time, if they decide to take up arms again, that we will have changed, will have done everything that we can to gain an advantage and change the landscape."[182]

*Most Likely Course of Action*

If past activity is any guide, Special Groups have proved adept at consolidating and rebuilding their networks. When their Diyala lines of communication were closed in late 2007, they quickly moved to consolidate and expand their supply routes south of Baghdad. Even with increased Coalition pressure, in the winter of 2008, the Iranian-backed militias were able to escalate their attacks, adopting new tactics such as the IRAM. JAM and Special Groups networks are undoubtedly more fragile now than they were in late 2007; hence, it will likely take more time and a more concerted effort to rebuild and reinfiltrate. Still, Iranian assistance in training and supply will no doubt accelerate and enhance their likely response. Despite recent statements by Muqtada al-Sadr directing JAM to halt all armed operations and transform into a cultural force, the fact remains that there are a large number of Iraqi fighters in Iran who are being retrained in special tactics and weapons and who intend to return to Iraq. These fighters may or may not be responsive to Sadr's directives and may consist of JAM members.

Coalition and Iraqi Forces have a limited window to predict and prepare for the immediate enemy response; to shape conditions in such a way that will minimize the enemy threat. They can set these conditions in several ways: by continuing to dismantle funding networks by targeting financiers, leaders, trainers, and facilitators; by denying Special Groups and Jam the option to reestablish their criminal rings and extort the local population; by continuing to improve the Iraqi Security Forces; and by accelerating reconstruction efforts. Coalition commanders have already taken such measure to advantageously shape their operating environment.

Coalition Forces continue to conduct aggressive operations against remnants of Special Groups and JAM cells, particularly in Baghdad. Since late July, U.S. and Iraqi have captured dozens of criminals associated with Special Groups cells in Baghdad, including key weapons traffickers, financiers, and logistics leaders.[183] By early August, the damage done to Special Groups' funding and supply networks was clear; MNF-I reported that "the criminal organization is struggling financially, since most of their leadership fled to Iran before the Iraqi Army's push into Sadr City in May."[184]

U.S. and Iraqi forces are also implementing



PX678

measures to create an inhospitable operating environment for returning militants. Such efforts include "plastering concrete walls, buildings, and even armored vehicles with posters of wanted militants to make it harder for them to slip back into the capital unnoticed."[185] To maintain and expand popular support, Iraqi and Coalition Forces have also emphasized reconstruction efforts. The purpose of such efforts is two-fold. First, as Iraqis in former JAM strongholds receive basic goods and services at a much lower price than they did under the militias, it is much less likely that returning fighters will be able to reestablish their extortion and corruption rings. Because these criminal activities were a major source of JAM and Special Groups funding, a population that is no longer willing to be intimidated or extorted can further cripple enemy support networks. For example, the costs of cooking oil and kerosene have dropped dramatically in Sadr City since Operation Peace, as JAM is no longer able to drive up the cost to finance their activities.[186] Second, as the quality of life improves, local Iraqis increasingly seek to preserve such improvements by working with Iraqi and Coalition Forces to maintain security. The number of tips by local Iraqis has skyrocketed in recent months, helping uncover more than 700 caches in Baghdad.[187]

*Most Dangerous Course of Action*

The Special Groups and Iranian-retrained JAM can take a less immediately violent, but more strategically dangerous course of action: namely, to reintroduce a better-trained and well-commanded militia in 2009 or later, as U.S. forces draw down. The training and reorganizational period might compensate not only for tactical weaknesses, but for the brittleness of the command structure that accounted for its inadequacy. Ties between commanders of different geographical areas and echelons could

be strengthened in Iran, if the organizations are not excessively fractious or if leadership there has the capability to overcome disagreements quickly. Alternatively, it is possible that the IRGC-QF could create an elite and responsive force – weeding out divisive members and leaders and retraining them over a six-month to a year period– in order to have a small but effective militia capable of fomenting attacks against the government of Iraq over the long-term. The most likely form of this militia would be an adaptation of the Hezbollah model suitably modified for Iraq, which could be reintroduced whenever or wherever the government is suitably weak. The organization might be ready to function during the 2009 national election or in 2010 as the new Parliament, Prime Minister, and Cabinet take office—a moment that was central to the creation and use of Special Groups in 2006.

## CONCLUSION

Iranian-backed Special Groups are quite capable of regenerating their networks and adapting new tactics to a changed operating environment. This was evident in the reconsolidation of their networks and evolution of their methods in late 2007. JAM and Special Groups have also proved especially capable of escalating violence, as they did in Baghdad in early 2008 in advance of a planned offensive. The operations in Basra, Baghdad, and Maysan in the spring and early summer of 2008 diverted their plans and debilitated their network, forcing their leadership to Iran or into hiding. However, given their motives, determination, and past patterns of activity, JAM and Special Groups fighters will certainly return from Iran and attempt to rebuild their networks. Consequently, Coalition and Iraqi Forces must do all they can now to prepare for this eventual return and to mitigate the dangers that accompany it. This will require sustained and aggressive operations to target returning fighters, facilitators, financiers, and trainers. Yet, it will also require increased efforts to deny the enemy





PX678

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLYSTANDARD.COM*

popular support. Reconstruction efforts must be a top priority for both Iraq and the Coalition, as it is one of the most critical ways to undermine support for the enemy. Coalition and Iraqi Forces will be most effective in targeting JAM and Special Groups if they have popular support.

The recent security offensives have presented an important, but limited window of opportunity for increased progress towards sustainable security. Coalition and Iraqi troops must be vigilant and aggressive in predicting and thwarting an Iranian-backed enemy response.





PX678

## ENDNOTES

1    Gina Chon, "Radical Cleric in Retreat," The Wall Street Journal, August 5, 2008.

2    Jim Michaels, "Iran-linked attacks subside in Iraq; Drop comes after push against militias," USA Today, July 18, 2008.

3    "Iraq's Civil War, the Sadrists, and the Surge," Middle East Report No. 72, International Crisis Group, February 7, 2008.

4     Multi-National Force-Iraq Press Briefing with Brig. Gen. Kevin Bergner, spokesman, Multi-National Force - Iraq, July 2, 2007.

5    Hamza Hendawi and Qassim Abdul-Zahra, "Warrior with AK-47 becomes cleric with pseudonym," The Associated Press, August 12, 2008.

6    Amit Paley, "U.S. Deploys a Purpose-Driven Distinction," The Washington Post, May 21, 2008.

7    Amit Paley, "U.S. Deploys a Purpose-Driven Distinction," The Washington Post, May 21, 2008.

8    'Isolation' is a technical military term defined as, "a tactical task given to a unit to seal off (both physically and psychologically) an enemy from his sources of support, to deny an enemy freedom of movement, and prevent an enemy unit from having contact with other enemy forces. An enemy must not be allowed sanctuary within his present position." Army Field Manual 101-5-1, "Operational Terms and Graphics," Chapter 1, September 1997, available at http://www.dtic.mil/doctrine/jel/service_pubs/101_5_1.pdf.

9    Michael R. Gordon, "U.S. Says Iran-Supplied Bomb Kills More Troops", New York Times, August 8, 2007.

10    Documentation on EFP attacks, August – December 2007, available by month at: http://www.understandingwar.org/map/map-special-groups-activity-iraq.

11    Multi-National Force – Iraq Press Release No. A070808b, "Coalition Forces Kill 30 Special Groups Cell Terrorists, detain 12," Multi-National Force - Iraq Press Desk, Aug. 8, 2007.

12    Multi-National Force – Iraq Press Release No. A070816b, "Coalition Forces Kill Three, Detain Six, Capturing a High-Priority Special Groups Weapons Smuggler," Multi-National Force - Iraq Press Desk, Aug. 16, 2007; Multi-National Force – Iraq Press Release No. A070901d, "Release Coalition forces detain eight suspected Special Groups terrorists in two separate operations," Multi-National Force - Iraq Press Desk, Sept. 1, 2007; Multi-National Force – Iraq Press Release No. A070918b, "Coalition forces capture wanted terrorist in Baghdad," MULTI-NATIONAL FORCE - IRAQ Press Desk, Sept. 18, 2007; Multi-National Force – Iraq Press Release No. A070925a, "Coalition Forces capture suspected Special Groups member," Multi-National Force - Iraq Press Desk, Sept. 25, 2007; Multi-National Force – Iraq Press Release No. A070926a, "Coalition Forces capture suspected Special Groups member," Multi-National Force - Iraq Press Desk, Sept. 26, 2007; Multi-National Force – Iraq Press Release No. A070930a, "Coalition forces capture 15 suspected Special Groups members," Multi-National Force - Iraq Press Desk, Sept. 30, 2007.

13    Kimberly Kagan, "Iran's Proxy War Against the United States and the Iraqi Government," Iraq Report 6, Institute for the Study of War, August 29, 2007, pg. 17-19; Bill Roggio, "Iran's Ramzan Corps and the ratlines into Iraq," The Long War Journal, December 5, 2007.

14    Kimberly Kagan, "Iran's Proxy War Against the United States and the Iraqi Government," Iraq Report 6, Institute for the Study of War, August 29, 2007, pg. 17-19; Bill Roggio, "Iran's Ramzan Corps and the ratlines into Iraq," The Long War Journal, December 5, 2007.

15    Multi-National Force Iraq Press Release No.20080212-19, "Local tip yields cache," Multi-National Division- Baghdad PAO, February 12, 2008; Multi-National Force Iraq Press Release No.20070226-01, "Iraqi Police, Coalition Forces Discover Large EFP Cache," Multi-National Division-Baghdad PAO, February 26, 2007; Multi-National Force Iraq Press Release No. 20071024-09, "Tip from concerned Iraqi Citizen leads to large EFP, explosives cache," Multi-National Division-Baghdad PAO, October 24, 2007; Staff Sgt. Russell Bassett, 4th Stryker Brigade Combat Team, 2nd Infantry Division, "Concerned Local Citizen Tip Leads Coalition Troops to Explosives Factory," Multi-National Force-Iraq Daily Stories, Sunday, November 4, 2007; Multi-National Force-Iraq Press Release No. A071117b, "Coalition forces kill one terrorist, target criminal element networks," November 17, 2007; Multi-National Force-Iraq Press Release No. A071129a, "Coalition forces detain five suspects, two armed men killed," November 29, 2007; Multi-National Force-





PX678

Iraq Press Release No. A071204c, "Coalition forces detain two suspected criminal element members," December 4, 2007; Multi-National Force-Iraq Press Release No. A071031b, "Coalition forces capture targeted Special Groups member, eleven others detained," October 31, 2007; Multi-National Force-Iraq Press Release No. A071125b, "Coalition forces capture targeted criminal, detain one other suspect," November 25, 2007; Multi-National Force-Iraq Press Release No. A071108a, "Coalition forces capture Special Groups leader, five others detained," November 8, 2007; Multi-National Force-Iraq Press Release No. A071027a, "Coalition forces capture extremist splinter group leader," October 27, 2007.

16   Multi-National Force Iraq Press Release No. A070804b, "Release Coalition Forces Kill Four Suspected Secret Cell Terrorists, Detain Eighteen," Multi-National Force - Iraq Press Desk, Aug. 4, 2007; Multi-National Force Iraq Press Release No. A070820a, "Coalition Forces Kill Eight, Detain Three, Capturing a Special Groups Leader and Smuggler of Iranian Weapons," Multi-National Force - Iraq Press Desk, Aug. 20, 2007; Multi-National Force Iraq Press Release No. A070902a, "Coalition forces detain seven suspected weapons facilitators," MULTI-NATIONAL FORCE - IRAQ Press Desk, Sep. 2, 2007; Multi-National Force Iraq Press Release No. A070919b, "Release Coalition forces kill one terrorist, detain 7 suspects," Multi-National Force - Iraq Press Desk, Sept. 19, 2007; Multi-National Corps - Iraq Press Release No. 20070923-03, "In two separate operations, Iraqi Security Forces, U.S. Special Forces detain eight suspected criminals," Multi-National Corps – Iraq PAO, September 23, 2007; Multi-National Force Iraq Press Release No. A071031b, "Coalition forces capture targeted Special Groups member, eleven others detained," Multi-National Force - Iraq Press Desk, October 31, 2007; Multi-National Force Iraq Press Release No. A071027a, "Coalition forces capture extremist splinter group leader," Multi-National Force - Iraq Press Desk, October 27, 2007; Multi-National Corps – Iraq Press Release No. 20070825-06, "Iraqi Army, U.S. Special Forces detain rogue Jaysh al Mahdi leaders," Multi-National Corps – Iraq PAO, August 25, 2007; Multi-National Corps – Iraq Press Release No. 20070919-08, "Iraqi Security Forces, U.S. Special Operations Forces detain seven terrorists," Multi-National Corps – Iraq

PAO, September 19, 2007; Multi-National Force – Iraq Press Release No. A071125c, "Coalition forces capture criminal element leader, two others detained," Multi-National Force - Iraq Press Desk, November 25, 2007; Multi-National Corps – Iraq Press Release No. A071117b, "Coalition forces kill one terrorist, target criminal element networks," Multi-National Force - Iraq Press Desk, November 17, 2007; Multi-National Force – Iraq Press Release No. A071129a, "Coalition forces detain five suspects, two armed men killed," Multi-National Force - Iraq Press Desk, November 29, 2007; Multi-National Force Iraq Press Release No. 08NOV17-055, "Special Groups Leader captured by Coalition forces (Baghdad)," Multi-National Force - Iraq Press Desk, November 14, 2007; Multi-National Force – Iraq Press Release No. A071125b, "Coalition forces capture targeted criminal, detain one other suspect," Multi-National Force - Iraq Press Desk, November 25, 2007; Multi-National Force – Iraq Press Release No. A071108a, "Coalition forces capture Special Groups leader, five others detained," Multi-National Force - Iraq Press Desk, November 8, 2007.

17   Multi-National Force – Iraq Press Release No. A071204c, "Coalition forces detain two suspected criminal element members," Multi-National Force - Iraq Press Desk, December 4, 2007.

18   Andrew Gray, "US sees decline in Iran-linked bombs found in Iraq," Reuters, November 1, 2007; Ann Scott Tyson, "U.S. Sees Decline in Bombs in Iraq; Fewer Projectiles Linked to Iran, but Officials Are Wary," The Washington Post, November 2, 2007.

19   Andrew Gray, "US sees decline in Iran-linked bombs found in Iraq," Reuters, November 1, 2007.

20   Borzou Daragahi, "U.S. steps up charges of Iran interference," Los Angeles Times, March 10, 2008, Part A, pg. 8; Bill Roggio, "Iran undermines Iraq's Awakening movement," The Long War Journal, February 27, 2008; Michael Gordon, "Hezbollah militants train Iraqis, U.S. says; Captured suspects describe camp in Iran," The International Herald Tribune, May 6, 2008.

21   Mark Mazzetti, Steven Lee Myers, and Thom Shanker, "Questions linger over scope of Iran's Role in Iraq Fighting," The New York Times, April 26, 2008.

22   Multi-National Force – Iraq Press Release No. A071204c, "Coalition forces detain two suspected criminal element members," Multi-National Force





PX678

- Iraq Press Desk, December 4, 2007; Multi-National Force – Iraq Press Release No. 07DEC06b, "Coalition forces detain two suspects, disrupt criminal network (Baghdad)," Multi-National Force - Iraq Press Desk, December 6, 2007; Multi-National Force – Iraq Press Release No. 07DEC07a, "Coalition forces capture Special Groups weapons trainer; two killed, five detained (Baghdad)," Multi-National Force - Iraq Press Desk, December 7, 2007; Multi-National Force – Iraq Press Release No. A071211b, "Coalition forces capture Special Groups leader, 11 detained," Multi-National Force - Iraq Press Desk, December 11, 2007; Multi-National Force – Iraq Press Release No. A071221c, "Coalition forces capture Special Groups leader, disrupt criminal element network," Multi-National Force - Iraq Press Desk, December 21, 2007; Multi-National Force – Iraq Press Release No. A071218c, "Coalition forces capture Special Groups leader, 12 detained," Multi-National Force - Iraq Press Desk, December 18, 2007; Multi-National Force – Iraq Press Release No. A071221a, "Coalition forces capture two Special Groups leaders, detain three other suspects," Multi-National Force - Iraq Press Desk, December 21, 2007; Multi-National Force – Iraq Press Release No. A071223b, "Coalition forces capture Special Groups leader, detain eight suspects," Multi-National Force - Iraq Press Desk, December 23, 2007; Multi-National Force – Iraq Press Release No. A071229a, "Coalition forces target criminal networks; detain six suspects," Multi-National Force - Iraq Press Desk, December 29, 2007; Multi-National Force – Iraq Press Release No. A071231a, "Coalition forces capture Special Groups leader; disrupt criminal element network," Multi-National Force - Iraq Press Desk, December 31, 2007

23    Multi-National Corps-Iraq Release No. 20080307-04, "Iraqi Security Forces recover large weapons cache in Jabella," Multi-National Corps – Iraq PAO, March 7, 2008; Multi-National Corps-Iraq Release No. 20080315-07, "Large weapons cache found in Jabella," Multi-National Division – Baghdad PAO, March 15, 2008; Multi-National Corps-Iraq Release No. 20080211-08, "MND-C Soldiers seize EFP cache," Multi-National Division – Center PAO, February 11, 2008; Multi-National Corps-Iraq Release No. 20080216-06, "3-1 Cav. Regt. seizes second EFP cache in three days," Multi-National Division – Center, February 16, 2008; Multi-National

Corps-Iraq Release No. 20080212-19, "Local tip yields cache," Multi-National Division – Baghdad PAO, February 12, 2008; Multi-National Corps-Iraq Release No. 20080221-06, "MND-B Soldiers find EFP cache," 4th BCT PAO, 1st Inf. Div., Multi-National Division – Baghdad PAO, February 21, 2008; Multi-National Corps-Iraq Release No. 20070226-01, "Iraqi Police, Coalition Forces Discover Large EFP Cache," Multi-National Division – North PAO, February 26, 2007;Multi-National Corps-Iraq Release No. 20080314-10, "MND-B Soldiers seize EFP cache (Baghdad)," Multi-National Division – Baghdad PAO, March 14, 2008; Multi-National Corps-Iraq Release No. 20080320-02, "National Police find weapons cache in eastern Baghdad," Multi-National Division – Baghdad PAO, March 20, 2008; Multi-National Corps-Iraq Release No. 20080406-10, ISF find largest EFP cache to date in MND-C," Multi-National Division – Center PAO, April 6, 2008.

24    Steve Lannen, "U.S. military reports decline in EFP attacks against U.S. troops in Iraq," McClatchy Newspapers, January 21, 2008.

25    Explosively-formed penetrators (EFPs) are made from special copper disks manufactured with highly-calibrated machine tools. They have been used by Hezbollah in Lebanon with Iranian military assistance. Many of the EFPs found in Iraq have the markings that indicate that they were manufactured in Iran; Multi-National Force-Iraq Press Release No. 20080205-09, "Special group cell continues attacks on Coalition Forces," Multi-National Division-Baghdad PAO, February 5, 2008.

26    Alexandra Zavis, "Iran puts off talks with US; the move comes as American military in Baghdad says Tehran is stirring violence there," Los Angeles Times, February 15, 2008.

27    For a detailed account of these operations, see Marisa Cochrane, "The Growing Threat of Special Groups in Baghdad," Backgrounder #25, Institute for the Study of War, March 2008.

28    Multi-National Force-Iraq Press Release No. 20080213-01, "Paratroopers target criminal elements, detain 25," Multi-National Division-Baghdad PAO, February 13, 2008; Multi-National Force-Iraq Press Release No. 20080216-05, "Paratroopers capture key Special Groups leader in Shaab," 2nd BCT, 82nd Abn. Div., Multi-National Division – Baghdad PAO, February 16, 2008; Multi-National Force-Iraq Press



PX678

Release No.20080218-01, "Paratroopers capture Hasnawi lieutenant," Multi-National Division – Baghdad PAO, February 18, 2008; Al Sharqiyah, "Baghdad Green Zone comes under mortar attack, other Iraqi events 23 Feb," BBC Monitoring Middle East, February 23, 2008; Al Sharqiyah, "Baghdad Green Zone comes under mortar attack, other Iraqi events 23 Feb," BBC Monitoring Middle East, February 23, 2008; Multi-National Force Iraq Press Release No.20080223-03, "Operation Red River nets 19 detainees in Shaab," Multi-National Division – Baghdad, February 23, 2008.

29   Multi-National Corps – Iraq Release No. 20080218-05, "Rockets Strike Victory Base Complex, West Rashid," Multi-National Division – Baghdad PAO, February 18, 2008.

30   "Rocket blasts kill 15 in Baghdad," Agence France Presse – English, February 19, 2008; "Green Zone attacks follow al-Sadr 'cease fire'," USA Today, February 23, 2008.

31   "Rocket blasts kill 15 in Baghdad," Agence France Presse – English, February 19, 2008.

32   Mohammed Al Dulaimy, "Round-up of Daily violence in Iraq," McClatchy Newspapers, February 19, 2008; Salam Faraj, "Deadly Baghdad blast was 'well-planned ambush'," Agence France Presse – English, February 20, 2008.

33   "Rocket attack in Baghdad injures 4 U.S. soldiers", McClatchy Newspapers, February 19, 2008; "8 Katyusha Rockets Hit Two US Bases in Baghdad," Voices of Iraq, August 19, 2008; Mohammed Al Dulaimy, "Round-Up of Daily violence in Iraq," McClatchy Newspapers, February 19, 2008; Rear Admiral Gregory Smith, "Operational Update," Press Conference MULTI-NATIONAL FORCE - IRAQ, February 19, 2008.

34   "Green Zone attacks follow al-Sadr 'cease fire'," USA Today, February 23, 2008; Liz Sly, "Green Zone rocket attack in Baghdad seen as snub to cease-fire extension," Chicago Tribune, Distributed by McClatchy-Tribune News Service, February 23, 2008.

35   Liz Sly, "Green Zone rocket attack in Baghdad seen as snub to cease-fire extension," Chicago Tribune, Distributed by McClatchy-Tribune News Service, February 23, 2008.

36   Matthew Levitt and David Schenker, "Who Was Imad Mughniyeh?" PolicyWatch #1340, The Washington Institute for Near East Policy, February 14, 2008.

37   "Slain Hezbollah commander Imad Mughniyeh had long history of attacks," The Associated Press, February 13, 2008.

38   Matthew Levitt and David Schenker, "Who was Imad Mughniyeh?" PolicyWatch #1340, The Washington Institute for Near East Policy, February 14, 2008; "Slain Hezbollah commander Imad Mughniyeh had long history of attacks," The Associated Press, February 13, 2008.

39   Matthew Levitt and David Schenker, "Who was Imad Mughniyeh?" PolicyWatch #1340, The Washington Institute for Near East Policy, February 14, 2008; "Slain Hezbollah commander Imad Mughniyeh had long history of attacks," The Associated Press, February 13, 2008.

40   Elisabeth Smick, "Profile: Imad Mugniyah," Council on Foreign Relations, February 13, 2008.

41   Hamza Hendawi and Qassim Abdul-Zahra, "Hezbollah said to train Shiite militiamen in Iraq," The Associated Press, July 2, 2008.

42   Ali Nouri Zadeh, "Imad Mughniyeh: Hezbollah's Phantom," Asharq al-Awsat, August 11, 2006; Michael R. Gordon and Dexter Filkins, "Hezbollah Said to Help Shiite Army in Iraq," The New York Times, November 28, 2006.

43   Matthew Levitt and David Schenker, "Who was Imad Mughniyeh?" PolicyWatch #1340, The Washington Institute for Near East Policy, February 14, 2008.

44   Bergner, July 2 brief; Michael R. Gordon, "U.S. Ties Iran to Deadly Iraq Attack," The New York Times, July 2, 2007.

45   "Sadr declares new Iraq ceasefire", BBC News, February 22, 2008; "Sadr keeps Iraq guessing over ceasefire", Agence France-Presse, February 12, 2008; "Al-Sadr May End Iraq Cease-Fire," CBS News, February 20, 2008.

46   Multi-National Corps-Iraq Press Release No. 2008330-06, "Iraqi Army, MND-C Soldiers discover EFP cache (Mahmudiyah)," Multi-National Division – Center PAO, March 30, 2008; Pvt. Christopher McKenna, 3rd BCT, 101st Abn. Div. (AASLT), Multi-National Corps- Iraq Press Release No. 20080401-05, "Iraqi Army leads push to restore security in Mahmudiyah," Multi-National Division – Center PAO, April 1, 2008.

47   Multi-National Corps-Iraq Press Release No. 20080307-04, "Iraqi Security Forces recover large weapons cache in Jabella," March 7, 2008; Multi-

 

PX678

National Corps- Iraq Press Release No. 20080315-07, "Large weapons cache found in Jabella," March 15, 2008.

48  Multi-National Corps- Iraq Press Release No. 20080211-08, "MND-C Soldiers seize EFP cache," Multi-National Division – Center PAO, February 11, 2008; Multi-National Corps- Iraq Press Release No. 20080216-06, "3-1 Cav. Regt. seizes second EFP cache in three days," February 16, 2008; Multi-National Corps- Iraq Press Release No. 20080215-19, "Iraqi Civil Defense Directorate hands over rocket, other munitions," Multi-National Division – Center PAO, February 15, 2008; Multi-National Corps- Iraq Press Release No. 20080325-04, "Hillah SWAT detains suspected terrorist, discovers large cache," 4th BCT, 3rd Inf. Div. PAO Multi-National Division – Center PAO, March 25, 2008.

49  "US found date-stamped Iranian weapons in Iraq: report," Agence France-Presse, April 25, 2008; Tina Susman, "Iraq jumps into U.S.-Iran tussle," The Los Angeles Times, April 29, 2008, A1; Multi-National Corps-Iraq Release No. 20080806-01, "IA Soldiers seize large weapons cache in Sadr City," Multi-National Division – Baghdad PAO, August 6, 2008.

50  John Shovelan, "Insurgents 'took a break' during Ahmadinejad visit," ABC Premium News (Australia), March 5, 2008.

51  Anne Flaherty, "Military: Iran still trains, arms Iraq," Oakland Tribune, March 5, 2008.

52  Multi-National Corps- Iraq Press Release No. 20080312-06, "Coalition force Soldiers attacked by indirect fire (Nasiriyah)," MNC-I PAO, March 12, 2008.

53  Multi-National Corps- Iraq Press Release No. 20080325-07, "11 detained after mortar attack on FOB Falcon," 2nd BCT, 3rd Inf. Div. PAO Multi-National Division – Center PAO, March 25, 2008; Multi-National Corps- Iraq Press Release No. 20080326-05, "Suspects linked to rocket attack detained (Baghdad)," 2nd BCT, 3rd Inf. Div. PAO, Multi-National Division – Center PAO, March 26, 2008.

54  Multi-National Corps- Iraq Press Release No. 20080312-04, "Civilian bus attacked by EFP near Basra, one soldier and one civilian wounded," MNC-I Press Desk, March 12, 2008; Multi-National Corps-Iraq Press Release No. 20080318-16, "'Wolverines' find 2 EFPs (Baghdad)," 4th BCT PAO, 1st Inf. Div.,

Multi-National Division – Baghdad PAO, March 18, 2008; Multi-National Corps- Iraq Press Release No. 20080324-0, "MND-B Soldiers attacked by IED," Multi-National Division – Baghdad PAO, March 24, 2008.

55  Sam Dagher, "Green Zone attack originated in Sadr City, say witnesses," The Christian Science Monitor, March 24, 2008, World, p. 6.

56  Erica Goode, "13 Iraqis Killed by Shells Fired at the Green Zone," The New York Times, March 24, 2008.

57  "Iran behind 'Green Zone' attack," BBC News, March 24, 2008.

58  James Glanz and Alissa J. Rubin, "Iraqi Army Takes Last Basra Areas from Sadr Force," The New York Times, April 20, 2008.

59  Marisa Cochran, "The Battle for Basra," Iraq Report 9, Institute for the Study of War, June 23, 2008, p.8.

60  Marisa Cochran, "The Battle for Basra," Iraq Report 9, Institute for the Study of War, June 23, 2008, p. 9.

61  Marisa Cochran, "The Battle for Basra," Iraq Report 9, Institute for the Study of War, June 23, 2008, p. 10-13.

62  Marisa Cochran, "The Battle for Basra," Iraq Report 9, Institute for the Study of War, June 23, 2008, p. 15.

63  Michael Kamber and James Glanz, "Iraqi and U.S. Forces Battle Shiite Militia," The New York Times, March 26, 2008; Sholnn Freeman and Sudarsan Raghavan, "Iraqi Forces Battle Gunmen in Basra," The Washington Post, March 25, 2008; "U.S. Forces Drawn Deeper Into Iraq Crackdown," Reuters, March 28, 2008.

64  Michael Kamber and James Glanz, "Iraqi and U.S. Forces Battle Shiite Militia," The New York Times, March 26, 2008.

65  Sholnn Freeman and Sudarsan Raghavan, "Iraqi Forces Battle Gunmen in Basra," The Washington Post, March 25, 2008; "U.S. Forces Drawn Deeper Into Iraq Crackdown," Reuters, March 28, 2008; Multi-National Corps-Iraq Press Release No. 20080331-10, "MND-B Soldier attacked by IED," March 31, 2008; Multi-National Corps-Iraq Press Release No. 20080403-11, "MND-B Airman attacked by IED," Multi-National Division – Baghdad PAO, April 3, 2008.

66  Multi-National Corps-Iraq Press Release No. 20080331-09, "Iraqi Army, MND-B Soldiers kill 7, detain 4 criminals," Multi-National Division – Baghdad PAO, March 31, 2008; Sholnn Freeman,




"U.S., British Widen Role in Iraqi Government's Offensive in Basra," The Washington Post, March 30, 2008, A14; Multi-National Corps-Iraq Press Release No. 20080331-03, "ISF, CF kill 8 criminals, detain 2 others in pursuit to secure streets of Baghdad," Multi-National Division – Baghdad PAO, March 31, 2008; Multi-National Corps-Iraq Press Release No. 20080331-02, "MND-B Soldiers kill 25 criminals," Multi-National Division – Baghdad PAO, March 31, 2008; Multi-National Corps-Iraq Press Release No. 20080330-09, "Air weapons team engages, kills 12 criminals," Multi-National Division – Baghdad PAO, March 30, 2008; Multi-National Corps-Iraq Press Release No. 20080330-14, "MND-B Soldiers kill 8 criminals in separate operations," Multi-National Division – Baghdad PAO, March 30, 2008; Multi-National Corps-Iraq Press Release No. 20080330-04, "MND-B Soldiers kill 11 in Baghdad," Multi-National Division – Baghdad PAO, March 30, 2008; Multi-National Corps-Iraq Press Release No. 20080330-10, "MND-B Soldiers kill 2 during routine operation," Multi-National Division – Baghdad PAO, March 30, 2008; Multi-National Corps-Iraq Press Release No. 20080329-07, "MND-B Soldiers kill 9 supporting ISF," Multi-National Division – Iraq PAO, March 29, 2008; "26 gunmen killed by U.S. forces in Baghdad," Voices of Iraq, March 28, 2008.

67    Michael Kamber, "Shiite Militia in Iraq Sparks Clash," The New York Times, March 26, 2008.

68    "700 rockets, mortar rounds fired in Baghdad in a month: US," Agence France-Presse, April 23, 2008.

69    "700 rockets, mortar rounds fired in Baghdad in a month: US," Agence France-Presse, April 23, 2008.

70    See, Farook Ahmed and Marisa Cochrane, "Recent Operations against Special Groups and JAM in Central and Southern Iraq," Backgrounder #27, Institute for the Study of War, April 2008, p. 7.

71    See, Farook Ahmed and Marisa Cochrane, "Recent Operations against Special Groups and JAM in Central and Southern Iraq," Backgrounder #27, Institute for the Study of War, April 2008, p. 7.

72    See Patrick Gaughen, "The Fight for Diwaniyah," Backgrounder #17, Institute for the Study of War, January 6, 2008.

73    MH/SR, "Big weapons cache found in Karbala," Voices of Iraq, March 15, 2008; MH/AE, "Arms Cache found east of Karbala," Voices of Iraq, March 10, 2008; MH/SR, "Assassination plot in Karbala,"

Voices of Iraq, March 10, 2008.

74    MH/SR, "Karbala security forces deployed in Basra." Voices of Iraq. March 27, 2008; SH/SR, "Gunmen kill, wound 10 cops in Karbala," Voices of Iraq, March 27, 2008.

75    AM, "Security forces arrest 48 suspects, seize weapons in Karbala," Voices of Iraq, March 28, 2008. (Note that the caches contained assault rifles and RPG launchers, which is consistent with "regular JAM" weapons. The large number of EFPs and mortar rounds also suggests a Special Groups connection.)

76    AE, "12 gunmen killed, 50 captured in Karbala," Voices of Iraq, March 29, 2008; AE, "6 wanted men captured, arms seized in Karbala," Voices of Iraq, March 31, 2008; MH/AE. "2 policemen killed, 4 wounded in Karbala." Voices of Iraq, March 29, 2008.

77    AE. "Egyptian leader of armed group surrenders in Karbala." Voices of Iraq. March 29, 2008.

78    "Weapons, explosives seized in southern Karbala," Weapons-Voices of Iraq, August 4, 2008; "27 people killed, 46 wounded in Iraq in 24 hours," Baghdad-Voices of Iraq, August 4, 2008; Multi-National Corps-Iraq Press Release No. 20080410-05, "Iraqi Police, Iraqi Army, discover large cache in Husayniyah," Multi-National Corps – Iraq PAO, April 10, 2008; "Police detain five suspected gunmen in Karbala," Karbala - Voices of Iraq, April 10, 2008; "15 wanted men captured in Karbala," Karbala-Voices of Iraq, April 12, 2008; "Armed group leader captured in Karbala," Karbala-Voices of Iraq, April 14, 2008; "Armed group arrested in Karbala," Karbala-Voices of Iraq, April 19, 2008; "Huge weapons cache found in Karbala," Karbala-Voices of Iraq, April 21, 2008; "Security forces seize IED factory in Karbala," Karbala - Voices of Iraq, April 24, 2008; "3 wanted men arrested in Karbala" Karbala - Voices of Iraq, April 24, 2008; "3 wanted men captured, explosives seized in Karbala" Karbala - Voices of Iraq, April 28, 2008; "Karbala operations commander accuses Iran of disturbing the city," Karbala-Voices of Iraq, May 5, 2008.

79    Colonel Peter Baker, Commander 214 Fires Brigade, Wasit Provincial Reconstruction Team Leader, Department of Defense Bloggers Roundtable, March 20, 2008; Colvin, Ross, "IRAQ WRAP UP 1-Iraqi police raid Mehdi Army strongholds." Reuters, March 12, 2008.

80    AM/SR, "U.S.-Iraq arrest 30 wanted suspects in



PX678

Wassit," Voices of Iraq, March 12, 2008.

81  Colonel Peter Baker, Commander 214 Fires Brigade, Wasit Provincial Reconstruction Team Leader, Department of Defense Bloggers Roundtable, March 20, 2008; SH, "Katyusha rockets leave 6 casualties in Kut," Voices of Iraq, March 13, 2008; SK/SR, "Katyusha attack kills, wounds eight in Kut," Voices of Iraq, March 27, 2008.

82  Ross Colvin, "IRAQ WRAP UP 1-Iraqi police raid Mehdi Army strongholds," Reuters, March 12, 2008; Multi-National Corps-Iraq Release No. 20080318-04, "Attacks in al Kut wound 3 Iraqi Police, 9 Iraqi civilians (al-Kut)." Multi-National Division – Center PAO, March 18, 2008; SH, "Nine suspected gunmen detained in Wassit," Voices of Iraq, March 13, 2008; SH, "Nine suspected gunmen detained in Wassit," Voices of Iraq, March 13, 2008; Multi-National Corps-Iraq Release No. 20080324-01 "Iraqi Security Forces, advised by U.S. Special Forces, detain six suspected militants in overnight operations," Multi-National Corps – Iraq PAO, March 24, 2008; Multi-National Corps-Iraq Release No. 20080328-04, "Iraqi Security Forces, U.S. Special Forces engage criminal elements in Hillah, al-Kut," Multi-National Corps – Iraq PAO, March 28, 2008.

83  SH/SR, "Casualties from Wassit armed clashes up to 115," Voices of Iraq, March 27, 2008.

84  Maj. Gen. Jeffery Hammond, Department of Defense New Briefing with Multi-National Division-Baghdad, June 2, 2008.

85  Maj. Gen. Jeffery Hammond, Department of Defense New Briefing with Multi-National Division-Baghdad, June 2, 2008.

86  Maj. Gen. Jeffery Hammond, Department of Defense New Briefing with Multi-National Division-Baghdad, June 2, 2008.

87  Multi-National Corps – Iraq Press Release No. 20080326-03, "4 attacks from Sadr City strike Baghdad," Multi-National Division – Baghdad PAO, March 26, 2008; Multi-National Corps – Iraq Press Release No. 20080326-10, "MND-B Soldiers detain three linked to indirect fire attacks," Multi-National Corps – Iraq PAO, March 26, 2008; Multi-National Corps – Iraq Press Release No. 20080327-02, "MND-B attack aviation crews destroy enemy positions," Multi-National Division – Baghdad PAO, March 27, 2008; Multi-National Corps – Iraq Press Release No. 20080327-12,  Terrorists launch eleven indirect

fire attacks, other unrest (Baghdad),  Multi-National Division   Baghdad PAO, March 27, 2008;  U.S. base in Baghdad attacked," Voices of Iraq, March 28, 2008.

88  "Mortar shelling leaves 21 casualties in Baghdad," Voices of Iraq, March 28, 2008.

89  Multi-National Corps – Iraq Press Release No. 20080326-03, "4 attacks from Sadr City strike Baghdad," Multi-National Division – Baghdad PAO, March 26, 2008.

90  Multi-National Corps – Iraq Press Release No. 20080327-02, "MND-B attack aviation crews destroy enemy positions," Multi-National Division – Baghdad PAO, March 27, 2008.

91  AE/SR, "20 killed, 53 wounded in Sadr City clashes," Voices of Iraq, April 4, 2008; James Glanz, "A Dozen Iraqis Die in Continuing Fighting in Sadr City, and Bombs Kill Three Americans," The New York Times, April 10, 2008.

92  Liz Sly, "U.S. reaches out in Iraq to fighters loyal to Sadr; A strategy that built Sunni support hits a hurdle with Shiites as cleric, government resist compromise," The Chicago Tribune, April 17, 2008, ZONE C, Pg. 8.

93  Bill Roggio, "US, Iraqi troops prepare the battlefield in Sadr City," The Long War Journal, April 12, 2008.

94  Multi-National Corps-Iraq Press Release No. 20080406-09, "MND-B aerial weapons team kills 9 criminals," Multi-National Division – Baghdad PAO, April 6, 2008; Multi-National Corps-Iraq Press Release no. 20080407-16, "Aircraft drops bombs on criminal mortar site (Baghdad)," Multi-National Corps-Iraq PAO, April 7, 2008; Multi-National Corps-Iraq Press Release No 20080410-09, "MND-B Air Weapons teams engage criminals (Baghdad)," Multi-National Division – Baghdad PAO, April 10, 2008; Multi-National Corps-Iraq Press Release No. 20080413-04, "MND-B Air Weapons Team engages IED emplacers, wounds three locals (Baghdad)," Multi-National Division – Baghdad PAO, April 13, 2008; Multi-National Corps-Iraq Press Release No. 20080414-04, "MND-B Soldiers defend themselves, kill 6 criminals," Multi-National Division – Baghdad PAO, April 14, 2008; Multi-National Corps-Iraq Press Release No. 20080425-05, "NPs search for cache in psychiatric hospital in New Baghdad," 4th BCT PAO, 10th Mtn. Div. Multi-National Division – Baghdad PAO, April 25, 2008; Multi-National Corps-Iraq Press Release No. 20080501-05, "MND-B soldiers kill 8 criminals," Multi-National Corps – Iraq PAO, May 1,



THE INSTITUTE
FOR THE
STUDY OF WAR



the weekly
Standard.com

PX678

2008.

95  Michael R. Gordon, "Fight for Sadr City a Proving Ground for Iraq Military," The New York Times, April 11, 2008.

96  Michael R. Gordon, "Iraqi Unit Flees Post, Despite American's Plea," The New York Times, April 16, 2008.

97  Michael R. Gordon, "Fight for Sadr City a Proving Ground for Iraq Military," The New York Times, April 11, 2008.

98  Michael R. Gordon, "Fight for Sadr City a Proving Ground for Iraq Military," The New York Times, April 11, 2008.

99  Liz Sly, "U.S. reaches out in Iraq to fighters loyal to Sadr; A strategy that built Sunni support hits a hurdle with Shiites as cleric, government resist compromise," The Chicago Tribune, April 17, 2008, ZONE C; Pg. 8.

100  Multi-National Corps-Iraq Press Release No. 20080410-09, "MND-B Air Weapons Teams engage criminals (Baghdad)," Multi-National Division – Baghdad PAO, April 10, 2008; Multi-National Corps-Iraq Press Release No. 20080420-04, "MND-B engage criminals, Soldiers seize weapons in separate operations," Multi-National Corps – Iraq PAO, April 20, 2008; Multi-National Corps-Iraq Press Release No. 20080428-10, "AWT, MND-B tank crew kill seven criminals (Baghdad)," Multi-National Division – Baghdad PAO, April 28, 2008; Multi-National Corps-Iraq Press Release No. 20080426-08, "MND-B UAV kills 2 special group criminals; Iraqi Army, National Police seize munitions caches," Multi-National Corps – Iraq PAO, April 26, 2008; Multi-National Corps-Iraq Press Release No. 20080412-02, "Coalition forces return fire after complex attack in Sadr City (Baghdad)," 3rd BCT PAO, 4th Inf. Div., Multi-National Division – Baghdad PAO, April 12, 2008.

101  Michael R. Gordon, "U.S. Begins Erecting Wall in Sadr City," The New York Times, April 18, 2008.

102  "Maliki orders extra foodstuffs quota for Sadr City residents," Voices of Iraq, April 14, 2008.

103  Multi-National Corps-Iraq Press Release No. 20080419-07, "Iraqi Army provides first aid supplies to Sadr City residents," Multi-National Corps – Iraq PAO, April 19, 2008.

104  Sholnn Freeman, "Iraqi, U.S. Forces Put Pressure on Mahdi Army," The Washington Post, April 19, 2008, A10.

105  Michael R. Gordon, "War over the Wall Persists," The New York Times, May 15, 2008.

106  Sholnn Freeman, "Iraqi, U.S. Forces Put Pressure on Mahdi Army," The Washington Post, April 19, 2008, A10; "Sadr City barrier works suspended – NYT," Voices of Iraq, April 19, 2008.

107  Bill Roggio, "Sadr City barrier 'a magnet' for Mahdi Army attacks," The Long War Journal, May 2, 2008.

108  Bill Roggio, "Sadr City barrier 'a magnet' for Mahdi Army attacks," The Long War Journal, May 2, 2008.

109  Note - Air weapons teams consist of two Apache helicopters.

110  Multi-National Corps-Iraq Press Release No. 20080410-09, "MND-B Air Weapons Teams engage criminals (Baghdad)," Multi-National Division – Baghdad PAO, April 10, 2008; Multi-National Corps-Iraq Press Release No. 20080420-04, "MND-B engage criminals, Soldiers seize weapons in separate operations," Multi-National Division – Baghdad PAO, April 20, 2008; Multi-National Corps-Iraq Press Release No. 20080428-10, "AWT, MND-B tank crew kill seven criminals (Baghdad)," Multi-National Division – Baghdad PAO, April 28, 2008; Multi-National Corps-Iraq Press Release No. 20080426-08, "MND-B UAV kills 2 special group criminals; Iraqi Army, National Police seize munitions caches," Multi-National Division – Baghdad PAO, April 26, 2008; Multi-National Corps-Iraq Press Release No. 20080412-02, "Coalition forces return fire after complex attack in Sadr City (Baghdad)," 3rd BCT PAO, 4th Inf. Div., Multi-National Division – Baghdad PAO, April 12, 2008.

111  Bill Murray, "Battle Over Sadr City Defines Apache Helicopter Regiment's Tour in Iraq," The Long War Journal, July 8, 2008.

112  Amit R. Paley, "Attacks on Green Zone Drop Sharply, U.S. Says; Joint Offensive With Iraqis Is Credited With Curbing Militancy in Cleric's Stronghold," The Washington Post, April 24, 2008, A10; Department of Defense New Briefing with Maj. Gen. Jeffery Hammond, Multi-National Division-Baghdad, June 2, 2008.

113  Amit R. Paley, "Attacks on Green Zone Drop Sharply, U.S. Says; Joint Offensive With Iraqis Is Credited With Curbing Militancy in Cleric's Stronghold," The Washington Post, April 24, 2008, A10

114  Bradley Brook, "US strike takes out suspected militant hideout in Sadr City," Associated Press, May 3, 2008.

115  Bradley Brook, "US strike takes out suspected militant



PX678

hideout in Sadr City," Associated Press, May 3, 2008.

116   "PM vows to continue crackdown on militiamen," Voices of Iraq, May 1, 2008.

117   "Iraqi PM calls on Sadr city residents to cooperate with gov't forces-statement," Voices of Iraq, May 1, 2008; "Tribal chieftain held rally to stop military operations in Sadr city," Voices of Iraq, May 5, 2008.

118   Alissa J. Rubin, "Sadrists and Iraqi Government Reach Truce Deal," The New York Times, May 11, 2008.

119   Alissa J. Rubin, "Sadrists and Iraqi Government Reach Truce Deal," The New York Times, May 11, 2008.

120   "At least 925 killed in Sadr city clashes- spokesman," Voices of Iraq, May 1, 2008.

121   Sholnn Freeman and Ernesto Londoño, Deal Reached to End Fighting in Sadr City; Agreement Reported by Aide to Cleric," The Washington Post, May 11, 2008, A21.

122   Howard Lafranchi, "Hasty truce with Moqtada al-Sadr tests his sway in Baghdad stronghold," The Christian Science Monitor, May 12, 2008.

123   "Iraq: Elusive Cease-Fire in Al-Sadr City Begs New Questions," Radio Free Europe, May 14, 2008.

124   Michael R. Gordon, "War Over Wall Persists in Sadr City Despite Truce," The New York Times, May 15, 2008.

125   Michael R. Gordon and Stephen Farrell, "In Sadr City, a Cease-Fire Is Put to the Test, and Fails," The New York Times, May 12, 2008.

126   Aseel Kami and Tim Cocks, "Seven die in clashes in Baghdad's Sadr City," Reuters, May 15, 2008; "Calm prevails in Sadr City, says spokesman," Voices of Iraq, May 16, 2008; Alissa J. Rubin, "Truce Holds in Sadr City Amid Patrols by Iraqi Army," The New York Times, May 18, 2008.

127   Spc. April Campbell, Multi-National Corps-Iraq Press Release No. 20080515-06, "IA, GoI, local government take lead in providing aid to Sadr City residents," Multi-National Division – Baghdad PAO, May 15, 2008; "Services to Sadr city starting from Sunday – spokesperson," Voices of Iraq, May 18, 2008; "Sadr City residents start receiving urgent services – spokesman," Voices of Iraq, May 18, 2008; "Exceptional campaign to provide services to Sadr city – Baghdad operations," Voices of Iraq, May 20, 2008.

128   Ernesto Londoño, Iraqi Troops Enter Baghdad's Shiite Stronghold, The Washington Post, May 20, 2008.

129   Michael R. Gordon and Stephen Farrell, "Iraqi Troops Take Charge of Sadr City in Swift Push," The New York Times, May 21, 2008.

130   Wisam Mohammed and Aseel Kami, "Iraqi troops test truce in cleric stronghold," Reuters, May 21, 2008.

131   Michael R. Gordon and Stephen Farrell, "Iraqi Troops Take Charge of Sadr City in Swift Push," The New York Times, May 21, 2008.

132   Michael R. Gordon and Stephen Farrell, "Iraqi Troops Take Charge of Sadr City in Swift Push," The New York Times, May 21, 2008.

133   Michael R. Gordon and Stephen Farrell, "Iraqi Troops Take Charge of Sadr City in Swift Push," The New York Times, May 21, 2008.

134   Ernesto Londoño, Iraqi Troops Enter Baghdad's Shiite Stronghold, The Washington Post, May 20, 2008.

135   Multi-National Corps-Iraq Press Release No. 20080606-12, "IA Soldiers find 100th cache, continue securing Sadr City," Multi-National Division – Baghdad PAO, June 6, 2008.

136   Kim Gamel, "More weapons caches turning up in Iraq," The Associated Press, June 19, 2008.

137   Department of Defense New Briefing with Maj. Gen. Jeffrey Hammond, Multi-National Division-Baghdad, June 2, 2008.

138   Michael R. Gordon, "Iraqi Forces Find Weapons Cache in Baghdad Mosque," The New York Times, May 20, 2008.

139   Michael R. Gordon, "Iraqi Forces Find Weapons Cache in Baghdad Mosque," The New York Times, May 20, 2008.

140   Multi-National Corps-Iraq Press Release No. 20080421-04, "Special Group criminals continue attacks against Iraqi people and U.S. Soldiers," Multi-National Division – Baghdad PAO, April 21, 2008; "11 gunmen killed in Baghdad in 24 hours," Voices of Iraq, May 7, 2008; Multi-National Corps-Iraq Press Release No. 20080508-06, "ISF, MND-B soldiers engage IED emplacers and armed criminals; find weapons caches in Baghdad," Multi-National Division – Baghdad PAO, May 8, 2008; Multi-National Corps-Iraq Press Release No. 20080512-01, "MND-B Soldiers seize munitions, detain criminals (Baghdad)," Multi-National Division – Baghdad PAO, May 12, 2008; "8 gunmen killed, 23 wanted men arrested under Baghdad security plan," Voices of Iraq, May



THE INSTITUTE
FOR THE
STUDY OF WAR

PAGE 33 • AUGUST 29, 2008



the weekly
Standard.com

PX678

A PUBLICATION OF THE INSTITUTE FOR THE STUDY OF WAR AND *WEEKLYSTANDARD.COM*

13, 2008; Multi-National Corps-Iraq Press Release No. 20080513-07, "MND-B Soldier attacked by IED (Baghdad)," Multi-National Division – Baghdad PAO, May 13, 2008; Multi-National Corps-Iraq Press Release No. 20080515-02, "MND-B Soldiers kill 5 criminals (Kadamiyah)," Multi-National Division – Baghdad PAO, May 15, 2008; Multi-National Corps-Iraq Press Release No. 20080518-05, "MND-B soldiers kill two criminals, seize munitions caches," Multi-National Division – Baghdad PAO, May 18, 2008;Waleed Ibrahim and Tim Cocks, "Baghdad fighting kills 6: Iraqi police," Reuters, May 14, 2008.

141   Multi-National Corps-Iraq Press Release No. 20080516-01, "Iraqi Army captures Special Groups cell leader in Husayniyah," Multi-National Corps – Iraq PAO, May 16, 2008; Multi-National Corps-Iraq Press Release No. 20080518-06, "Iraqi Army captures Special Groups IED cell leader in Husayniyah," Multi-National Corps – Iraq PAO, May 18, 2008; Multi-National Corps-Iraq Press Release No. 17-008-054, "Coalition forces capture four suspected Special Groups criminals," Multi-National Division – Baghdad PAO, May 23, 2008.

142   Multi-National Corps-Iraq Press Release No. 20080625-05, "Iraqi Special Operations Forces capture suspected Special Groups criminal," Multi-National Corps – Iraq PAO, June 25, 2008.

143   Waleed Ibrahim and Tim Cocks, "Baghdad fighting kills 6: Iraqi police," Reuters, May 14, 2008; Multi-National Corps-Iraq Press Release No. 20080515-02, "MND-B Soldiers kill 5 criminals (Kadamiyah)," Multi-National Division – Baghdad PAO, May 15, 2008.

144   Bill Roggio "Operation to clear the Mahdi Army in Baghdad's Shula neighborhood on hold," The Long War Journal, May 31, 2008; Multi-National Force-Iraq Press Release A080601a-058, "Four Special Groups members captured in Kadhamiyah," Multi-National Force – Iraq Press Desk, June 1, 2008; Multi-National Corps-Iraq Press Release No. 20080603-03, "ISF, MND-B Soldiers engage criminals, take weapons off streets," Multi-National Division – Baghdad PAO, June 3, 2008; Multi-National Corps-Iraq Press Release No. 20080603-08, "ISF, MND-B Soldiers detain one suspected insurgent, seize weapons caches in Baghdad," Multi-National Division – Baghdad PAO, June 3, 2008; Multi-National Corps-Iraq Press Release No. 20080604-05, "IA, MND-B Soldiers find multiple weapons caches," Multi-National Division – Baghdad PAO, June 4, 2008;Multi-National Corps-Iraq Press Release No. 20080607-11, "IA soldiers continue seizing caches in Sadr City," Multi-National Division – North PAO, June 7, 2008; Multi-National Corps-Iraq Press Release No. 20080608-04, "ISF, MND-B Soldiers detain three, seize weapons," Multi-National Division – Baghdad, June 8, 2008; Multi-National Corps-Iraq Press Release No. 20080609-04, "IA, MND-B Soldiers seize more weapons," Multi-National Division – Baghdad PAO, June 9, 2008; Multi-National Corps-Iraq Press Release No. 20080610-11, "ISF, MND-B Soldiers seize weapons throughout Baghdad," Multi-National Division – Baghdad PAO, June 10, 2008; Multi-National Corps-Iraq Press Release No. 20080611-02, "NPs, MND-B Soldiers seize weapons in Baghdad," Multi-National Division – Baghdad PAO, June 11, 2008.

145   Department of Defense New Briefing with Maj. Gen. Jeffery Hammond, Multi-National Division-Baghdad, June 2, 2008.

146   Multi-National Force-Iraq Press Release A008-067, "Coalition forces capture three Special Groups criminals in Kut," Multi-National Force – Iraq Press Desk, June 18, 2008; Bill Roggio, "Iraqi offensive underway against the Mahdi Army in Maysan,"The Long War Journal, June 14, 2008.

147   Multi-National Corps-Iraq Press Release No. 20080620-06, "ISF clear insurgents out of Amrah," Multi-National Corps-Iraq PAO, June 20, 2008.

148   Jim Michaels, "Iran-linked attacks subside in Iraq; Drop comes after push against militias," USA Today, July 18, 2008.

149   Gina Chon, "Radical Cleric in Retreat," The Wall Street Journal, August 5, 2008.

150   DoD News Briefing with Lt. gen. Austin III from Iraq, US Department of Defense, June 23, 2008.

151   Robert Burns, "Lob bombs' biggest worry for U.S. in Baghdad," Associated Press, July 12, 2008.

152   Al Pessin, "Insurgents Using New Homemade Rocket Weapon in Iraq,"Voice of America, July 10, 2008; "New Threat Facing Soldiers in Iraq," "Barack Obama Getting More Heat From His Own Supporters on FISA Bill," "Crude Prices Shoot Back Up and Hit An All-Time High," CNN America Morning, 8:00 AM July 11, 2008;

153   Robert Burns, "Lob bombs' biggest worry for U.S. in Baghdad," Associated Press, July 12, 2008.




154  Ernesto Londoño,  U.S. Troops in Iraq Face A Powerful New Weapon- Use of Rocket-Propelled Bombs Spreads," Washington Post Foreign Service, July 10, 2008; A01.

155  Robert Burns, "Lob bombs' biggest worry for U.S. in Baghdad," Associated Press, July 12, 2008.

156  Bill Roggio, "Mahdi Army uses 'flying IEDs' in Baghdad," The Long War Journal, June 5, 2008.

157  Al Pessin, "Insurgents Using New Homemade Rocket Weapon in Iraq," Voice of America, July 10, 2008; Robert Burns, "Lob bombs' biggest worry for U.S. in Baghdad," Associated Press, July 12, 2008.

158  Robert Burns, "'Lob bombs' biggest worry for U.S. in Baghdad," Associated Press, July 12, 2008.

159  Al Pessin, "Insurgents Using New Homemade Rocket Weapon in Iraq," Voice of America, July 10, 2008.

160  Robert Burns, "Lob bombs' biggest worry for U.S. in Baghdad," Associated Press, July 12, 2008.

161  Bill Roggio, "Mahdi Army uses 'flying IEDs' in Baghdad," The Long War Journal, June 5, 2008.

162  Ernesto Londoño,  U.S. Troops in Iraq Face A Powerful New Weapon - Use of Rocket-Propelled Bombs Spreads,  Washington Post Foreign Service, July 10, 2008; A01.

163  Multi-National Corps   Iraq Press Release No. 20080625-13,  Citizen tip leads MND-B forces to seize vehicle with 9 IRAMs,  Multi-National Division Baghdad PAO, June 25, 2008; Ernesto Londoño,  U.S. Troops in Iraq Face A Powerful New Weapon - Use of Rocket-Propelled Bombs Spreads,  Washington Post Foreign Service, July 10, 2008; A01

164  Ernesto Londoño,  U.S. Troops in Iraq Face A Powerful New Weapon - Use of Rocket-Propelled Bombs Spreads,  Washington Post Foreign Service, July 10, 2008; A01.

165  Multi-National Corps – Iraq Press Release No. 20080726-06, "MND-B Soldiers search for IRAM facilities, materials (Baghdad)," Multi-National Division – Baghdad PAO, July 26, 2008; Multi-National Corps – Iraq Press Release No. 20080726-02, "ISOF detain two suspected Special Groups criminals in separate Baghdad operations," Multi-National Corps – Iraq PAO, July 26, 2008.

166  Multi-National Corps – Iraq Press Release No. 20080710-07, "MND-B Soldiers detain key suspect in New Baghdad," Multi-National Division – Baghdad PAO, July 10, 2008

167  Robert Burns, "Lob bombs' biggest worry for U.S. in Baghdad," Associated Press, July 12, 2008.

168  "U.S.: Iraqi Shiite Terror Squads Receiving Training in Iran," Associated Press, August 15, 2008.

169  "U.S.: Iraqi Shiite Terror Squads Receiving Training in Iran," Associated Press, August 15, 2008.

170  Stephen Farrell, "Gunmen Kill Aide and In-Law of Iraqi Cleric," The New York Times, April 12, 2008.

171  Fadhil Ali, "Confronting the Sadrists: The Issue of State and Militia in Iraq," The Jamestown Foundation Terrorism Monitor, May 1, 2008, Vol 6, Issue 9.

172  Fadhil Ali, "Confronting the Sadrists: The Issue of State and Militia in Iraq," The Jamestown Foundation Terrorism Monitor, May 1, 2008, Vol 6, Issue 9.

173  "Prominent Al-Sadr Trend Leader Assassinated in Baghdad; Al-Sharqiyah Update," BBC Monitoring International Reports, July 19, 2008.

174  Christopher Torchia, "Iraqi troops put on show of strength in Baghdad's Sadr City district," Associated Press Worldstream, July 18, 2008.

175  Charles Levinson, "In Iraq, a Shiite cleric's push for reconciliation," USA Today, May 20, 2008.

176  Charles Levinson, "In Iraq, a Shiite cleric's push for reconciliation," USA Today, May 20, 2008.

177  Charles Levinson, "In Iraq, a Shiite cleric's push for reconciliation," USA Today, May 20, 2008.

178  "Official warns of 'special groups' returning to Iraq; Al-Sharqiyah update," BBC Monitoring Middle East— Political, June 18, 2008.

179  Hussein Kadhim, "Round-Up of Daily Violence in Iraq," McClatchy Newspapers, June 12, 2008; "Official warns of 'special groups' returning to Iraq; Al-Sharqiyah update," BBC Monitoring Middle East— Political, June 18, 2008.

180  "Official warns of 'special groups' returning to Iraq; Al-Sharqiyah update," BBC Monitoring Middle East— Political, June 18, 2008.

181  Army Staff Sergeant Michael J. Carden, "U.S., Iraqi Forces Quell Violence Throughout Iraq," Armed Forces Press Service, July 9, 2008.

182  DoD News Briefing with Lt. Gen. Austin III from Iraq, U.S. Department of Defense, June 23, 2008

183  Multi-National Corps – Iraq Press Release No. 20080726-02, "ISOF detain two suspected Special Groups criminals in separate Baghdad operations," Multi-National Corps – Iraq PAO, July 26, 2008; Multi-National Corps – Iraq Press Release No. 20080726-01, "MND-B Soldiers detain key suspected criminal in New Baghdad," Multi-National Division



PX678

– Baghdad PAO, July 26, 2008; Multi-National Corps – Iraq Press Release No. A080727a-080, "Coalition forces capture suspected Special Groups leaders in Baghdad," Multi-National Corps – Iraq Press Desk, July 27, 2008; Multi-National Corps – Iraq Press Release No. 20080728-02, "MND-B Soldiers detain known criminal, find weapons cache," Multi-National Division – Baghdad PAO, July 28, 2008; Multi-National Corps – Iraq Press Release No. 20080729-03, "MND-B Soldiers detain five suspects in New Baghdad," Multi-National Division – Baghdad PAO, July 29, 2008; Multi-National Corps – Iraq Press Release No. 20080731-02, "MND-B Soldiers detain suspected IED, EFP manufacturer, discover cache," Multi-National Division – Baghdad PAO, July 31, 2008; Multi-National Corps – Iraq Press Release No. 20080730-04, "MND-B Soldiers detain four suspected criminals in New Baghdad," Multi-National Division – Baghdad PAO, July 30, 2008; Multi-National Corps – Iraq Press Release No. A080731a-081, "MND-B Soldiers detain key suspects in Rashid," Multi-National Division – Baghdad PAO, July 31, 2008; Multi-National Corps – Iraq Press Release No. 20080804-05, "Coalition forces capture suspected Kata'ib Hezbollah associates in east Baghdad," Multi-National Division – Baghdad PAO Aug. 4, 2008; Multi-National Corps – Iraq Press Release No. 20080805-03, "MND-B Soldiers, ISF detain suspected Special Groups criminal," Multi-National Division – Baghdad PAO, Aug. 4, 2008; Multi-National Corps – Iraq Press Release No. A080807a-082, "IPs kill one Special Groups criminal, wound 2 others in self defense," Multi-National Division – Baghdad PAO, Aug. 5, 2008; Multi-National Force – Iraq Press Release No. A080808a-083, "Coalition detains two suspects associated with Special Groups," Multi-National Corps – Iraq Press Desk, August 7, 2008.

184 Multi-National Corps – Iraq, "Coalition forces deal blow to financially strapped Special Groups," Multi-National Force Iraq Press Desk, August 8, 2008.

185 Kim Gamel, "US military works to keep out Iraqi militia leaders," Associated Press, August 6, 2008.

186 Sabrina Tavernise, "A Shiite Militia in Baghdad Sees Its Power Wane," The New York Times, July 27, 2008.

187 Kim Gamel, "US military works to keep out Iraqi militia leaders," Associated Press, August 6, 2008.



PX678

# PX679

# Iraq Report



Iraq Report 12:

# The Fragmentation of the Sadrist Movement

Marisa Cochrane



INSTITUTE FOR THE
## STUDY of WAR
Military Analysis and Education
for Civilian Leaders

PX679

All rights reserved. Printed in the United States of America. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

© 2009 by the Institute for the Study of War

Published in 2009 in the United States of America by the Institute for the Study of War,

1401 K Street NW, 11th Floor, Washington, DC 20005.

Front cover:   KUFA, IRAQ - MAY 20: Firebrand Iraqi Shia cleric Moqtada al-Sadr delivers a speech to his supporters during Friday prayers at the Kufa Mosque May 21, 2004 in Kufa, Iraq. The sounds of sporadic rpg fire and machine gun bursts outside the mosque frequently punctuated the clerics speech as nearby militiamen loyal to him clashed with U.S. troops less than a kilometer away. (Photo by Scott Nelson/Getty Images)

PX679

## Iraq Report 12

# The Fragmentation of the Sadrist Movement

Marisa Cochrane

January 2009

PX679

# TABLE OF CONTENTS

Executive Summary                                                              5

Introduction                                                                   8

Part One

    A Brief History of the Sadrist Movement                                    9

    The Sadrist Movement Splits                                               14

    The Iranian Qods Force Trains JAM Special Groups                          18

    The Turning Point                                                         22

Part Two

    The Sadrist During the Surge                                              23

    Sadr Orders a Stand-Down and Departs for Iran                             23

    The Arrest of Qais Khazali                                                27

    The Attack on the Karbala Shrine and Sadr's Ceasefire                     29

    The Government of Iraq Takes on the Shi'a Militias                        31

    The Sadrist Movement Restructures                                         36

    Asaib Ahl al-Haq and Iranian-Backed Groups Continue Armed                 39
    Resistance

Provincial Elections                                                          42

Conclusion                                                                    44

Notes                                                                         47

PX679

# ABOUT THE AUTHOR

Marisa Cochrane holds a Bachelor's Degree in International Studies from Boston College, where she held a Presidential Scholarship and won the prestigious McCarthy Award for her scholarship in the Social Sciences. She has also studied at the London School of Economics. Cochrane is currently studying Arabic, and will be spending two months in Iraq as the resident historian for Multi-National Force - Iraq. At ISW, her areas of focus are Shi'a political movements and militia groups.

# EXECUTIVE SUMMARY

## *Overview*

THE SADRIST MOVEMENT has steadily fragmented as a result of the Surge, competition among internal factions, and Prime Minister Maliki's consolidation of power.

Deliberate Coalition and Iraqi military operations, and Iraqi political maneuvers, have severed the political, military, and social strands of the Sadr Movement, which no longer co-exist in the same entity and likely will not recombine in 2009.

While the political and military power of the movement has declined, its traditional constituency — the urban Shi'a poor and rural Shi'a tribes — remains a large and politically-valuable electorate.

Two main factions within the movement now compete for control of the traditional Sadr constituency: the clerics and politicians (including al-Sadr) who emphasize a return to social, religious and educational programs; and an armed movement, Asaib Ahl al-Haq, which seeks to continue resistance against Coalition Forces. Both groups seek to operate in the political process.

Existing frictions between Muqtada al-Sadr and the leaders of the military wing make it unlikely that the groups will combine assets in the near future.

In light of these ongoing tensions, rival political groups such as Prime Minister Maliki's Dawa Party and the Islamic Supreme Council of Iraq, have sought to co-opt the Sadr Movement's key constituency of urban Shi'a poor and rural Shi'a tribes.

If Maliki succeeds in building a Parliamentary coalition with leaders from either Sadrist faction, he will most likely cement his hold on power in the 2009 elections and dramatically reshape the political environment in Iraq.

## *Part One*

Following the failed Shi'a uprising in Iraq, Saddam Hussein sought to reestablish strict control over the Shi'a population by co-opting specific Shi'a tribes and clerics.

The Sadrist Movement (or Sadrist Trend), under the leadership of Ayatollah Mohammed Sadeq al-Sadr, rose to prominence in the 1990s as part of the state-sponsored initiative. The movement was at once populist, nationalist, and religious.

As Sadeq al-Sadr's influence grew, he adopted a more aggressive tone with respect to the regime and other political issues. In response, regime-affiliated gunmen assassinated Sadeq al-Sadr and two of his sons in 1999.

Following the assassination, many members of the Sadrist Movement fled or went underground. Muqtada al-Sadr, Sadeq's other son, was placed under house arrest. The movement was held together underground by a group of young clerics who had been close deputies and students of Sadeq al-Sadr: Riyad al-Nouri, Mohammed Tabatabai, Mustafa al-Yacoubi, Qais Khazali, and Jaber al-Khafaji.

Following the 2003 invasion, the Sadrist movement reemerged with the support of Iranian-based Iraqi cleric Ayatollah Kazem al-Haeri. Haeri appointed Muqtada al-Sadr as his representative in Iraq.

PX679

The Sadrists quickly reopened mosques, established Friday prayers, created a militia to provide security, assumed control of local political institutions, and provided social services for their communities. Sadr sought to build the movement into a Hezbollah like organization with a political arm, a social services and religious arm, and a military arm.

The Sadrist Movement sought to capitalize on the anger and resentment of the Shi'a poor by opposing the Coalition.

Two failed uprisings against the Coalition in 2004, both launched from position in close proximity to holy shrines, diminished Sadr's stature among the Shi'a. Following the failed conflicts, Ayatollah Kazem al-Haeri broke with Muqtada and thereby deprived the Sadr Movement of its principle source of funding.

Disputes arising from the two failed uprisings, exacerbated by the financial shortfall, resulted in increased fragmentation among the leaders of the Movement. One faction, led by Qais Khazali split from Sadr.

In 2005, the Movement joined the political process and secured 30 parliamentary seats in the January 2006 election. Engagement in the political system provided the clerical and political leadership of the Sadrist Trend with a new source of income and expanded their patronage network.

In 2006, the Iranian Revolutionary Guards Corps – Qods Force (IRGC-QF) reorganized their support of militia groups within Iraq. Qais Khazali was chosen to lead a network known as Special Groups to other members the Jaysh al Mahdi militia (JAM) and Coalition Forces. But Khazali's network adopted its own name, Asaib Ahl al-Haq (League of the Righteous).

The Sadrists' political and military decline began in December 2006.

Prior to that time, the Sadr Trend served as an essential faction in the Prime Minister Maliki's coalition government. This support won them a degree of autonomy from Coalition Forces, as evidenced by the prohibition of Coalition Forces operating in Sadr City.

However, as the Sadr Movement grew in strength and power, it became more unwieldy and began to seriously challenge the efforts of the government. In late 2006, Prime Minister Maliki decided to marginalize the Sadrists and to tackle the problems of Shi'a militias

*Part Two*

The Sadrist Movement's remarkable reversal of fortunes from early 2007 to late 2008 stemmed from the deep divide between the political, religious and military factions that were exacerbated by external pressures.

Several important developments during the Surge split Muqtada al-Sadr, other leaders of his movement, and militia groups. The most important changes in the Sadrist Movement occurred as a result of Sadr's stand-down and departure for Iran in January 2007; the arrest of Qais Khazali in March 2007; the Karbala incident of August 2007; and the Iraqi campaigns in Basra, Sadr City, and Amarah in the spring of 2008.

From January 2007 to mid-2008, Coalition and Iraqi offensive operations not only targeted JAM's military strength in Baghdad and southern Iraq, but they also

PX679

**The Fragmentation of the Sadrist Movement**                    Marisa Cochrane

empowered political rivals to isolate the Sadrist movement.

There were at least five major divisions within the militia: the 'Golden JAM' that sought to purge criminal elements and Iranian influence; the 'Noble JAM' that exposed the criminal gangs and favored Coalition assistance; the Kadhimiyah wing which advanced the interests of cleric Hazem al-Araji and his brother Bahaa al-Araji, a Sadrist parliamentarian; Asaib Ahl al-Haq/Special Groups led by Qais Khazali and later, Akram al-Kabi; and the criminal gangs that depended upon the money generated from extortion.

After a series of additional political and military setbacks, it had become evident that Sadr had lost his ability to use the militia to strengthen his political position. Accordingly, Sadr sought to strengthen his control over the movement by enhancing his religious credentials.  In late 2007, Sadr announced that he would be pursuing religious studies in Iran with the hope of becoming an ayatollah.

Prompted by security concerns and political calculations, Prime Minister Maliki launched an offensive in Basra against Shi'a militias.

The Sadrists' rivals in the Iraqi government sought to capitalize on the weakened Sadrist Movement by pushing for legislation that would ban any political party that maintained a militia. This move resulted in a fierce debate among Sadrist leadership between the political, religious and military camps.

The developments in the spring of 2008 demonstrated that Muqtada al-Sadr was unable to control the movement, which was politically isolated, and lacked a capable fighting force.

Sadrist clerical and parliamentary leadership sought to consolidate their fractured movement in the wake of their political and military losses, and embarked on a dramatic restructuring of the movement to improve its image and political prospects in the summer of 2008. Notably, Sadr emphasized a return to the social services model and sought to transition JAM into a non-violent organization.

PX679

# INTRODUCTION

THE SADR MOVEMENT is at a crossroads, operating in a dramatically reshaped political and security environment. While the political and military power of the movement has declined, its traditional constituency — the urban Shi'a poor and rural Shi'a tribes — remains a large and politically-valuable electorate. Iraq's provincial elections are scheduled to be held on January 31, 2009, and its national elections at the end of 2009. Established Shi'a political groups, including Prime Minister Nouri al Maliki's Dawa Party and the Islamic Supreme Council of Iraq, are competing with the remnants of the Sadrist political bloc for the support of this constituency.

If the Sadrist Trend is able to retain its electorate in the Provincial Elections or reconstitute itself as national elections approach, the party may again shape national political life. Iraqi Shi'a politicians will reorganize and cement Parliamentary coalitions in order to retain control of major offices. The Sadrist Trend, should it retain its constituency, may play a significant role in the formation of Parliamentary coalitions after the 2009 national elections, but without a strong link to a militia the movement is unlikely to dominate Iraqi politics.

This report documents the political and military decline of the Sadrist Trend in 2007 and 2008. It begins with a brief history of the Sadrist Movement, including its emergence in the 1990s under Ayatollah Mohammed Sadeq al-Sadr; its quick rise to power in the wake of the 2003 invasion of Iraq under Muqtada al-Sadr; and its involvement in Iraqi politics through late 2006. This retrospective is necessary to identify the major Sadrist leaders prior to the U.S. invasion; their roles in rebuilding the movement from 2003 to 2006; and how their divergent views and competing claims to lead the movement lay the groundwork for its fragmentation. The original leaders of the Sadr Movement and close associates of Muqtada al-Sadr remain important in early 2009.

The second part of this report documents how critical events of 2007 and 2008 fragmented the movement. The report reviews Sadr's stand-down and departure for Iran in January 2007; the arrest of Special Groups' leaders in March 2007; the attack at the Karbala shrine in August 2007; the Iraqi campaigns in Basra, Sadr City, and Amarah in the spring of 2008; and the restructuring of the Sadrist Trend in the summer of 2008. The report concludes with a consideration of how the movement is evolving in Iraq's election year.

PX679

# PART ONE

## *A Brief History of the Sadrist Movement*

THE SADRIST MOVEMENT (or Sadrist Trend), as it is known today, emerged in the 1990s under the leadership of Ayatollah Mohammed Sadeq al-Sadr.[1] In the aftermath of Saddam's disastrous invasion of Kuwait and the failed Shi'a uprising in southern Iraq, the Ba'athist regime sought to reestablish strict control over the Shi'a population by co-opting specific Shi'a tribes and clerics to harness growing religious sentiment.[2] The regime chose Mohammed Sadeq al-Sadr to lead the efforts to reach the Shi'a.[3] The natural death of prominent Shi'a cleric Grand Ayatollah Abdul Qasim Al Khoei in 1992 furthered the opportunity for Sadeq al-Sadr to gain a following among the Iraqi Shi'a.

While he was relatively unknown at the time outside of the Najaf *hawza* (or seminary), Sadeq al-Sadr came from a prominent family.  He was a relative and student of Grand Ayatollah Mohammed Baqir al-Sadr, a distinguished Shi'a scholar who helped establish the Dawa party. (Saddam Hussein's regime killed Mohammed Baqir in 1980, and he became the first martyr from the Sadr family.[4]) Sadeq al-Sadr received recognition as a distinguished scholar from Mohammed Baqir al-Sadr and from Abdul Qasim al-Khoei, which in the modern Shi'a tradition helps to elevate a cleric such that others might follow him as a *marjah* (source of emulation).[5]

Under the cover of the state-sponsored initiative, Sadeq al-Sadr dispatched aides, mostly low-ranking clerics, throughout the south to establish his network among the urban poor and rural tribes.[6]  Sadeq al-Sadr believed that tribal laws and customs could be reconciled with Sharia law. Thus, "he issued rulings on tribal law covering questions that the [traditional Shi'a clergy] had previously avoided."[7] Breaking from tradition, Sadeq al-Sadr allowed tribal leaders to issue religious rulings and administer Islamic law.[8] His followers also emphasized a return to traditional Islamic customs, as well as social and economic relief for the poor, who were suffering heavily in the 1990s under United Nations sanctions. The Sadrists established schools, mosques, and other offices from where they could meet the needs of local communities.[9] Through his message and outreach, Sadeq al-Sadr gained mass appeal among rural and urban Shi'a poor across the south, but particularly in the teeming slums of Baghdad and Basra.

Sadeq al-Sadr challenged the quietist beliefs of the senior Shi'a clerics in Najaf, including Grand Ayatollah Ali al-Sistani.  As a quietist, Sistani believed that clerics should not be involved in politics, and should instead focus on religious affairs.[10] Sadeq al-Sadr, however, argued that religious leaders were required to take a more activist role in political and social affairs and agitate for justice and equality. In a further affront to the traditional Iraqi Shi'a clergy and the Ba'athist regime, as well as the Islamic Republic of Iran, Sadeq al-Sadr aimed to establish an Iraqi state under clerical leadership.[11]

PX679

The movement, therefore, struck a nationalist and anti-Iranian chord, which was heightened by the fact that Sadeq al-Sadr remained in Iraq during the 1980s and 1990s. In contrast, other Shi'a religious and political leaders such as the al-Hakim family and prominent Dawa party members lived in exile in Tehran, Damascus, and London. As a result, the Sadrist Movement was at once populist, nationalist, and religious.

To further mobilize the urban Shi'a population, Sadeq al-Sadr issued a *fatwa* (or a religiously-sanctioned edict) establishing Friday prayers in the densely populated Baghdad Shi'a neighborhood of Medinat al-Tharwa (later renamed Sadr City) in 1997.[12] Sadeq al-Sadr thus made an important change to Shi'a religious practice in Iraq, as Friday prayers had not been a dominant feature of Shi'a Islam. Moreover, the Ba'athist regime had previously forbidden them. His sermons emphasized messages of religious piety, nationalism, and populism. Sadeq al-Sadr would frequently lead chants of "Yes, yes to Islam; yes, yes to faith; no, no,

to America; no, no to the devil."[13] Years later, his son would lead similar calls before equally massive crowds. Sadeq al-Sadr's sermons during Friday prayers did not threaten the regime overtly, but the fact that he established a large following through his popular Friday prayers challenged Saddam.

Saddam's regime had selected Sadeq al-Sadr to lead the Shi'a revival because they believed he would be widely accepted but easy to contro. This notion soon proved false. Sadeq al-Sadr was certainly careful in the early 1990s not to provoke the regime as he established the infrastructure of his movement. But his message took on a more aggressive tone in 1998 when he actively began to speak out against the regime during Friday prayers in the southern city of Kufa, near Najaf.[14] On February 12, 1999, Sadeq al-Sadr called for the release of more than one hundred clergy and students who had been arrested in the wake of the 1991 uprising.[15] This demand electrified the tens of thousands who attended the mosque in Kufa. It also incensed the regime, which



responded immediately by banning Friday prayers.

Gunmen affiliated with the regime assassinated Sadeq al-Sadr one week later, on February 19, 1999. They opened fire on his car as he was returning to his home in Najaf from the Kufa mosque.[16] Two of his sons and closest aides, Muammel and Mustafa, were also killed in the attack, along with the driver. His youngest son, Muqtada, then twenty-five years old, was not present in the vehicle during the attack. The regime immediately placed him under house arrest.[17]

A series of riots broke out in Sadrist strongholds across central and southern Iraq in the wake of Sadeq al-Sadr's assassination. The regime quickly and violently quelled these uprisings and closed the head office of the Sadrist movement in Najaf.[18]

A group of young clerics who had been close deputies and students of Sadeq al-Sadr led the movement after his death. They were: Riyad al-Nouri, Mohammed Tabatabai, Mustafa al-Yacoubi, Qais Khazali, and Jaber al-Khafaji.[19] This circle ran the movement until the ascendance of Muqtada al-Sadr in the wake of the U.S. invasion of Iraq in 2003.[20] Nouri, Tabatabai, and Yacoubi were the most influential of the group.[21] From 1999 to 2003, the movement's leadership remained underground.

Sadeq al-Sadr's followers were divided about whom to adopt as their *marjah al-taqlid*, or source of emulation, in the wake of his death. Some followed Grand Ayatollah Ali al-Sistani in Najaf, while others — including his closest students — turned to Karbala-born Ayatollah Kazem al-Haeri, Sadeq al-Sadr's source of emulation, who resided in Qom, the seminary city of Iran.[22]

Muqtada al-Sadr, the unlikely heir to the Sadrist Movement, rose to prominence in the wake of the 2003 invasion of Iraq. Muqtada had not been able to direct the movement after his father's death because he was under house arrest. [23] Moreover, many of his father's followers believed Muqtada's youth, "inexperience and unstable demeanor" made him an unsuitable leader.[24] According to some reports, Muqtada al-Sadr suffers from bipolar disorder.[25] Finally, scholarly credentials or *marjah* status do not pass from father to son, but rather from teacher to prominent student.[26] For all of these reasons, it is doubtful that Sadeq al-Sadr intended to pass the movement on to his son.

Within weeks of the March 2003 invasion, the Sadrist leadership cadre that had held the movement together underground reestablished its networks and offices. On April 8, as the Baghdad fell to Coalition Forces, Ayatollah Kazem al-Haeri, the Iranian-based Iraqi cleric who had been Sadeq al-Sadr's *marjah*, issued a *fatwa* urging the Iraqi Shi'a to seize power. One day earlier, Haeri had appointed Muqtada al-Sadr as his deputy and representative in Iraq.[27] This was essential because Muqtada al-Sadr was a *Hojjet al-Islam*, a low-ranking cleric unable to issue religious rulings; therefore, he needed the authority of a senior cleric to do so.[28] In addition, as Ayatollah Haeri was the *marjah* of the other

deputies of Sadeq al-Sadr, they recognized his authority and thus granted Muqtada preeminence. As Haeri's representative in Iraq, Sadr was authorized to collect the *khoms* (an Islamic tax which Shi'a give to their *marjah*) on his behalf. This arrangement generated vast income for Sadr's movement in Iraq. According to Adnan Shahmani, a cleric in Sadr's Najaf office, the movement collected roughly $65,000 a month from these donations— roughly half of which went to support the poor and religious students while the other half directly funded the Sadrist offices in Iraq.[29]

Other clerics were tasked with reopening Sadrist offices, called the Office of the Martyr Sadr (OMS), across Iraq and asserting Sadrist control in those communities. Sheikh Ahmed al-Fartousi was dispatched from Najaf and appointed as Haeri's representative at the Hikmah mosque in the newly-renamed Sadr City district of Baghdad, an area that was home to millions of poor Shi'a.[30] At the time, he reported to Riyad al-Nouri, who headed the Sadrist office — the movement's headquarters — in Najaf and worked closely with Muqtada al-Sadr as his deputy.[31] Nouri was also Muqtada al-Sadr's brother-in-law.[32]

The Sadrists quickly reopened their mosques, reestablished Friday prayers, created a militia to provide security, assumed control of local political institutions, and provided social services for their communities.[33] They also established religious courts to deal with disputes and crime.[34] These courts were controversial as they allegedly carried out summary executions.[35] In the spring and summer of 2003, Sadrist clerics pushed for the application of strict Islamic law in the areas they controlled, often through intimidation or force.[36] Sadr issued a ban on alcohol and he ordered all women, even non-Muslims, to wear a veil.[37] "Punishment committees" sprung up in Sadrist neighborhoods like Sadr City to enforce these stern rules, violently if necessary.[38]

Some of Sadeq al-Sadr's followers questioned whether Muqtada was qualified to lead the movement, despite his designation by Haeri. Mohammed al-Yacoubi, a prominent Shi'a cleric and follower of Sadeq al-Sadr (not to be confused with Sadeq's student Mustafa al-Yacoubi), asserted that Sadeq al-Sadr had designated him as the rightful heir to the movement because he had greater religious authority.[39] On July 16, 2003, Mohammed al-Yacoubi created the Fadhila (Islamic Virtue) Party.[40] The Fadhila Party was an important splinter of the Sadr movement that ultimately won fifteen seats in the Iraqi parliament in the 2005 elections, but its political influence was concentrated in Basra.[41]

The Sadrist Movement, in contrast to its Shi'a political rivals, had a powerful and numerically superior constituency from which to draw support. Muqtada al-Sadr sought to capitalize on the anger and resentment of the Shi'a poor. He loudly denounced the presence of Coalition Forces as "occupiers," calling for resistance and demanding their immediate withdrawal. These calls became important unifying themes for his supporters and the main objective of the movement. In an effort to

PX679

stoke populist and nationalist sentiments, he also highlighted the contrasts between his movement and the returning Iraqi exile parties, namely the Supreme Council for the Islamic Revolution in Iraq (SCIRI) and Dawa.[42] The Sadrists and their supporters were deeply suspicious of the returning exile Shi'a politicians and clerics. Having endured Saddam's brutality, particularly in the wake of the 1991 uprising, they perceived those returning from exile as pawns of the Iranians or the Americans. All of these factors, combined with his movement's provision of security and services, appealed to masses of the Shi'a poor.

The Sadr Movement violently challenged Najaf's clerical establishment as soon as the regime fell. On April 10, 2003, assailants attacked Sheik Abdel Majid al-Khoei as he "tried to establish his authority by reconciling with the caretaker of Imam Ali's tomb."[43] Khoei was the son of the Grand Ayatollah who had led the Shi'a revolt in 1991 and whose death in 1992 allowed Saddam to raise Sadeq al-Sadr to prominence.   He had supported the Coalition and had recently returned to Najaf from exile in London with the help of U.S. forces.[44] The mob, which included Sadrist sympathizers, stabbed and shot the cleric, and reportedly left him to die outside the house of Muqtada al-Sadr.[45]  Shortly after Khoei's murder, roughly fifty armed Sadrist supporters also besieged the home of Grand Ayatollah Ali al-Sistani in Najaf and demanded that he leave Iraq within forty-eight hours.[46]   Nearby tribal leaders intervened and compelled the men to stand down.[47]

The assassination of Abdel Majid al-Khoei removed an alternative source of leadership for the Shi'a population of Najaf, and set the precedent for violent retribution by Sadrist leaders against any who cooperated with the Coalition.  The Central Criminal Court of Iraq issued sealed arrest warrants for Muqtada al-Sadr, Mustafa al-Yacoubi, and Riyad al-Nouri (among others) for their alleged involvement in the attack.[48] The Khoei assassination therefore gave the Iraqi government the authority to detain Muqtada and others, an opportunity that the Coalition Provisional Authority ultimately revealed and declared it would enforce in April 2004.

Muqtada al-Sadr's implication in the attacks — and his radical position within Iraqi politics — caused the Coalition Provisional Authority to omit him from the Iraqi Governing Council, formed in July 2003.[49]  He therefore established a shadow government in August 2003, and began to raise and train the Jaysh al-Mahdi militia (JAM).  Sadr thereby directly challenged the authority of the Iraqi Governing Council and the Coalition Provisional Authority.[50] Muqtada al-Sadr sought to model his organization on Lebanese Hezbollah, combining a political party with an armed militia and an organization providing social services.  The Hezbollah model gave the Sadrist Movement levers of control over political life through representation in Parliament, control of ministerial offices, the ability to organize popular protests, and the possibility of taking up arms when necessary.  Likewise, the Sadr Movement could provide the guidelines for the social and religious life of its constituent

PX679

population. By early 2004, JAM had evolved into a powerful military force, albeit one poorly trained and organized.

The militia defended Sadrist political institutions and Muqtada's interests. When Coalition Forces shut down the main Sadrist newspaper, *al Hawza*, on March 28, 2004 and arrested prominent Sadrist aide, Mustafa al-Yacoubi, several days later, JAM fighters mobilized and launched major uprisings in Baghdad, Karbala, Najaf, and Kufa.[51]    U.S. forces initiated major operations against the Mahdi Army fighters. While the militiamen were overall poorly trained, they took tactical positions in and around the holy shrines of Karbala, Kufa and Najaf, complicating the ability of Coalition Forces to use heavy firepower — and enhancing the militia's ability to control access to these shrines and the revenue they generated.  The fighting lasted for nearly two months. Ultimately, JAM fighters were no match for U.S. airpower, artillery, and armor.  The shrines suffered minimal damage, but the militiamen suffered heavy losses in the fighting.[52]

The first conflict between the Coalition and JAM ended in late May 2004. The ceasefire brokered between Coalition officials, Iraqi politicians, and Sadrist leaders was short-lived.  A second uprising broke out in Najaf in August 2004,[53] after JAM fighters attacked a U.S. Marine patrol in Najaf which they believed was coming to arrest Muqtada al-Sadr. [54]  The conflict escalated as JAM clashed with Coalition Forces across Najaf.[55]  Militia fighters operated in and around the holy shrines and the main cemetery — some of the most sacred places in the Shi'a tradition — which

they used as sanctuary.  U.S. tanks and helicopters continued their precision assault.[56]

Grand Ayatollah Ali al-Sistani was in London to receive medical treatment when the fighting erupted.[57] Sistani had departed the city for the first time in years on the same day the fighting broke out, in a move some say gave Coalition Forces tacit permission to enter the city.[58] Attempts to negotiate an end to the ongoing fighting stalled until he returned to Najaf on August 26, 2004.[59] Sistani brokered a truce with Muqtada al-Sadr that contained several demands: the removal of JAM fighters from the sacred Imam Ali shrine and the city of Najaf; the withdrawal of Coalition Forces from the city; the creation of a demilitarized zone in Najaf and Kufa; the appointment of the Iraqi Security Forces to guard the cities and the shrines; and compensation for citizens whose property had been damaged in the fighting.[60]

The truce enhanced the standing of Sistani and the traditional Iraqi Shi'a clergy, or *hawza*.  They solidified their control over Najaf, which Sadrist leadership had contested as soon as the regime fell, with Khoei's assassination.  The Sadrists had lost Najaf.  In the immediate aftermath of their perceived defeat, Muqtada al-Sadr and much of the Sadrist movement went into hiding for several months.

## The Sadr Movement Splits

Rifts in the organization emerged after the two uprisings in 2004. Although Muqtada al-Sadr had clearly been the symbolic leader of the Sadrist Movement

throughout the revolts, he had had difficulty controlling his movement during the fighting. Important figures within the Sadrist movement, many of whom had had connections to Sadeq al-Sadr, directly challenged his authority after JAM's defeat in Najaf.

Ayatollah Kazem al-Haeri broke with Muqtada after JAM's second uprising failed. Haeri was critical of Sadr's actions in both the first and second uprisings.[61] After the conflicts, he distanced himself from Muqtada al-Sadr's movement and declared that Sadr was no longer his representative in Iraq.[62] He also issued a *fatwa* instructing "followers in Iraq to stop paying al-Sadr the Shiite tax. Al-Haeri said the money should go instead to his own representatives."[63] The collection of the *khoms* on behalf of Haeri had hitherto been the Sadrists' primary source of funding, and they felt the financial loss almost immediately. In early September 2004, Sadrist cleric Ahmad al-Shaibani (who was arrested by Coalition Forces only weeks later) admitted their movement was "suffering from a financial crunch."[64] The heavy losses of JAM fighters forced the movement to spend a great deal of money to help the families of dead, increasing their financial expenditures at a time when their funding sources were declining.[65]

Haeri's break with Sadr was very likely done with Iranian approval and reflected a decision by the highest echelons of the Iranian government to adopt a new policy toward the Sadrist movement.[66] During the second uprising, the Iranian regime became increasingly concerned about Sadr.[67] The Iranian Islamic Revolutionary Guard-Qods Force (IRGC-QF), which is responsible for the regime's external operations in support of the Islamic Revolution, sought to tighten its control over a network of militants in Iraq to achieve their aims.[68] Supreme Leader Ayatollah Khamanei ordered the IRGC-QF to keep their operatives in Iraq underground until after the January 2005 elections for political reasons.[69] After the elections, the IRGC-QF reorganized their networks in Iraq in a way that undermined Muqtada's control over his militia.

Qais Khazali — a top Sadrist deputy and spokesman who was integral in keeping the movement alive after the 1999 assassination of Mohammed Sadeq — also broke from Muqtada al-Sadr at this time. During the second battle in Najaf, Khazali reportedly clashed with Sadr over strategy and began to issue orders to militia fighters without Muqtada's approval.[70] He returned to Sadr City after the battle and continued to direct his group in attacks against Coalition Forces.[71] In October, Qais Khazali, along with Abd al-Hadi al-Darraji and two other senior Sadrist leaders were ignoring the ceasefire agreement and weapons buyback program that Muqtada al-Sadr had brokered with the Iraqi government.[72] They had no interest in complying with Sadr's demand. It is reasonable to deduce that Qais Khazali and Abd al-Hadi al-Darraji were not acting as individuals, but rather controlled a segment of those who formerly fought alongside Muqtada and JAM. They attracted other senior leaders of the movement to themselves, and away from Muqtada.

Other senior militia leaders established themselves as commanders

PX679



QAIS KHAZALI FACTION 2004-2005

Qais Khazali

Abd al-Hadi al-Darraji

Akram al-Kabi

Unknown Individual

independently of Muqtada and Qais. One such commander was Isma'il Hafiz Al-Lami, known by his nom-de-guerre Abu Dura.[73] Abu Dura (which means Father of Armor) adopted the name in August 2004 as he fought against Coalition Forces in Najaf.[74] He rose to prominence during the fight as a projectiles expert.[75] After the second uprising, Abu Dura broke from JAM and began operating his own militia.[76] His group, which was based in Sadr City, operated notorious death squads in Baghdad that were responsible for the kidnapping, torture, and murder of thousands of Sunni civilians from 2004 to 2006.[77] Dura's group was also responsible for the July 2006 kidnapping of Taysir Najid Awad al-Mashadani, a Sunni Minister of Parliament, and the kidnapping of employees of the Ministry of Higher Education in November

2006.[78] Seeking to distance the movement from such atrocities, top Sadrist cleric Riyad al-Nouri publically disavowed Abu Dura in August 2006.[79] After evading several raids by Coalition Forces in late 2006, Abu Dura fled to Iran to avoid capture. However, he continued to direct his death squads via proxy in 2007.[80]

Sadr emerged from his seclusion in early 2005, Iraq's first election year. He adopted a more conciliatory tone towards the Iraqi government and turned his attention to politics. He apparently intended to improve the reputation of his movement after the failed 2004 uprisings.[81] Sadr also aimed to impose greater discipline over his rank-and-file. He "insisted his followers adhere to an 'official line.'"[82] He also created an internal discipline unit that would ensure obedience and punish those who did not adhere to his orders.[83]

PX679

The Fragmentation of the Sadrist Movement                    Marisa Cochrane



Muqtada also reconciled with Qais Khazali and his cadre, who had split from him after the second Najaf uprising, and gave them a position of political honor within the movement. According to *Ansar al-Mahdi*, a Sadrist newspaper and purported mouthpiece of JAM, in early March 2005, Muqtada al-Sadr appointed Qais Khazali, Akram al-Kabi (another prominent JAM commander), and two others to supervise OMS offices.[84]

We can reasonably deduce from this information an association between Qais Khazali and Akram al-Kabi. We know that Qais Khazali and Abd al-Hadi al-Darraji

PX679

were working alongside one another in Sadr City in October 2005. We can thus deduce that there was a faction of former Sadrist leaders working against Muqtada after the uprisings until March 2005. This faction's leadership included Qais Khazali, Abd al-Hadi al-Darraji, Akram al-Kabi, and one other individual unnamed in the public sources. We shall call this group, and the followers who retain their arms and weapons to follow them, the "Khazali faction." In March 2005, the leaders merged back into the wider Sadr movement, presumably with their followers.

Riyad al-Nouri and Hazem al-Araji were the primary clerical leaders of the movement, the former based in Najaf and the latter in Baghdad. Araji had been arrested in September 2004 and was released from Coalition custody in late August 2005. He re-entered public life in the Sadrist movement by leading the social affairs committee.[85] In this role, Araji provided social services to poor Shi'a in Baghdad and the south.[86] To achieve their aims, he and Nouri emphasized this priority of social outreach over armed resistance.[87]

Sadr and his movement joined the United Iraqi Alliance (a coalition of Shi'a parties led by SCIRI and including Dawa) in November 2005. They garnered thirty seats in parliamentary elections held in January 2006, plus the votes of two members of the independent but sympathetic Risaliyoon party.[88] As the government formed, the Sadrist political bloc gained control of the Ministries of Health, Transportation, and Agriculture, enabling them to provide jobs, services, and revenue for militiamen and loyalists.[89] Engagement in the political system provided the clerical and political leadership of the Sadrist Trend with a new source of income and expanded their patronage network.

## The Iranian Qods Force Trains JAM Special Groups

Many members of JAM resisted Sadr and his clerics' turn towards the political process in 2005. This dissatisfaction coincided with increasing Iranian influence and support for armed groups via the IRGC-QF. The Qods Force, with the help of Arabic-speaking Lebanese Hezbollah commanders, trained a growing number of Iraqi militants in Iranian camps; many of the Iraqi fighters had been members of JAM.[90]

The Iranians had already been training and funding Iraqi militias throughout 2004 and even 2003, but the Qods Force expanded the program in 2005. That year, Hezbollah leadership sent Ali Mussa Daqduq to Iran to work with IRGC-QF to train Iraqi militants, particularly members of JAM.[91] Daqduq joined Lebanese Hezbollah in 1983.[92] He served in various leadership positions during his long tenure. "He commanded a Hezbollah special operations unit. He coordinated protection of Hezbollah Secretary-General Hassan Nasrallah. And he led Hezbollah operations in large areas of Lebanon."[93] In his new position, Daqduq was a member of Hezbollah Department 2800, which was created to "support the training, arming, funding, and in some cases, direction of militia extremists by the Iranian Republican Guards Corps' Qods Force."[94] These fighters, some of whom were members of

PX679

JAM or other extremist groups, came to Iran in groups of twenty to sixty.[95] In the camps, they received four to six weeks of training in the use of mortars, rockets, sniper tactics, intelligence gathering, kidnapping operations, and explosively-formed penetrators (EFPs).[96] EFPs are especially lethal, as they are made with advanced explosives and curved copper plates that can easily pierce heavily-armored vehicles.

In May 2006, as the Maliki government was forming, the IRGC-QF sought to reorganize their efforts in Iraq in order to restructure these trained militia cells into a network resembling Lebanese Hezbollah.[97] Daqduq travelled to Tehran with his superior, Yussef Hashim, the head of Lebanese Hezbollah Special Operations in Iraq, for a meeting with the top Iranian leadership. IRGC-QF commander, Brigadier General Qassem Soleimani, attended the meeting.[98] Soleimani reports directly to Supreme Leader Ayatollah Khamanei and has advised him on Iranian operations in Iraq and Afghanistan since 2002.[99] Hajji Youssef (also known as Abdul Reza Shalai) was at the meeting as well. Youssef is a deputy IRGC-QF commander and head of the Department of External Special Operations.[100]

The following month, Qais Khazali was designated the head of a network.[101] The Khazali network was known as Special Groups by other members of JAM (who saw them as a better trained, funded, and armed faction of their movement) and Coalition Forces. But Khazali's network adopted its own name, Asaib Ahl al-Haq (League of the Righteous).[102] Daqduq remained the chief advisor and served as a liaison between Khazali and the IRGC-QF.[103] "[Daqduq] monitored and reported on the training and arming of special groups in mortars and rockets, manufacturing and employment of improvised explosive devices, and kidnapping operations. Most significantly, he was tasked to organize the special groups in ways that mirrored how Hezbollah was organized in Lebanon."[104] Armed, funded, and trained by the IRGC-QF and Lebanese Hezbollah, the Khazali network/ Asaib Ahl al-Haq (AAH)/ Special Groups conducted attacks on Coalition and Iraqi forces throughout 2006.

The relationship between Qais Khazali and Muqtada al-Sadr at this time is unclear. Khazali had his own sources of funding, training, and supplies and thus operated independently of Muqtada. But he does not seem formally to have broken with Muqtada al-Sadr in 2006 as he had in 2004. Akram al-Kabi, furthermore, was the overall commander of Muqtada al-Sadr's Jaysh al-Mahdi organization until May 2007. It is very likely that Akram al-Kabi was using his command of JAM to facilitate the activities of the Khazali network — that is to say, the Khazali network/AAH/Special Groups operated partially within the JAM structure and pretended to be part of JAM. This deduction relies on the assumption that Akram al-Kabi was associated at this time with Qais Khazali/AAH/Special Groups, as he was known to have been both before and after this time. Given the absence of further evidence, this cannot be definitively proved or disproved.

PX679

The Fragmentation of the Sadrist Movement                    Marisa Cochrane



The Khazali network received logistical and financial support from Abu Mustafa al-Sheibani and his smuggling network. In the 1990s, Sheibani was a member of the Badr Corps. By 1999, the Badr Corps had organized its operations along four geographic axes to coordinate activities against the Baathist regime.[105] Sheibani headed Badr's Third Axis, which focused on Baghdad and the surrounding areas.[106] He "was tasked with recruiting dissidents, disseminating propaganda, conducting sabotage, and procuring weapons."[107] Sheibani was therefore extremely familiar with the smuggling routes and infrastructure used by the Badr Corps. The Badr Corps received support from the IRGC-QF, which worked with each geographic axis.

After the 2003 invasion, Sheibani operated a major Iranian-backed logistics, arms, and financing network.[108] By 2005, his network consisted of 280 members, which were divided among seventeen teams.[109] When the IRGC-QF resumed their activities after the January 2005 Iraqi elections, Sheibani began to smuggle EFPs into Iraq.[110] Iranian-backed groups may have been using EFPs even before this time, but they were used with greater frequency after 2005.[111] His network also supplied money, rockets, mortars, explosives, and other weapons to a variety of Shi'a militia groups, including JAM, Badr, and Khazali's Special Groups.[112] Sheibani also facilitated the transfer of fighters into Iran for training.[113] His network was also implicated in a number of high-profile attacks against Iraqi

PX679

government officials and Coalition Forces.[114] Although the Sheibani network coordinated closely with the Khazali network, it was an independent entity with direct ties back to Iran. This allowed the IRGC-QF and the Sheibani network to "regulate the flow of advanced weaponry into Iraq…[to] shape the overall pace and level of violence."[115]

The IRGC-QF assisted JAM splinter groups in Iraq while it created other Iranian-backed militant networks. In 2005, Iranian-supported groups were especially active in the southern provinces of Basra and Maysan. Ahmed al-Fartousi (not to be confused with Mohammed al-Fartousi, the Sadrist leader in Baghdad) was the top JAM commander in the city of Basra, the capital of the southernmost Iraqi province. Fartousi directed numerous attacks on British forces in the city for much of 2004 and 2005. Over time, his group began to operate independently of Muqtada al-Sadr's orders and to receive weapons and funding from Iran.[116] Because of this, he was reportedly relieved from his command by Sadrist leadership; however, he continued to operate in Basra with Iranian support.[117] In September 2005, Fartousi was arrested by the British in a raid on his house.[118]

Despite these various splinters, in late 2006, at the height of sectarian violence, the Sadrists were a formidable military force. Muqtada al-Sadr remobilized and rebuilt the Jaysh al Mahdi after the February 2006 bombing of the al-Askari Mosque in Samarra, one of the holiest Shi'a shrines. JAM positioned itself as a security guarantor for the Shi'a against al Qaeda in Iraq, but the organization also spawned death squads responsible for sectarian

cleansing.[119] By mid-2006 these militias were engaged in a violent campaign of expansion into Sunni and mixed Sunni-Shi'a neighborhoods. JAM soon controlled large areas of Baghdad.

The Sadrists also held thirty seats (plus two allied votes) in the 275-member Iraqi parliament, giving them a powerful political voice. During this time, Maliki relied heavily on the Sadrists for political support, as his Dawa party lacked a broad constituency and militia. In fact, Sadrist backing was essential in Maliki's selection as Prime Minister in May 2006.[120] Given their political numbers and clout, the Sadrists presented an important bloc for passing legislation. They were also important for generating a quorum at a time when many legislators spent their time outside of the country.

As sectarian violence raged in Baghdad, an increasing number of local JAM commanders began to splinter from the movement. JAM had always functioned as a loosely organized movement. Many JAM commanders largely financed themselves after the Haeri funding stream ceased in late 2004.[121] JAM groups operated criminal rackets in Shi'a neighborhoods across Baghdad to generate funding, intimidate the local population, and maintain power.[122] The rapid growth in the movement from 2004 to 2006 and the subsequent emergence of a mafia-like system undermined Muqtada al-Sadr's control over his commanders. As local commanders grew more powerful and financially independent, they became less likely to follow orders from Muqtada al-Sadr and the clerical leadership in Najaf.[123] Likewise, growing Iranian support for

different elements of Muqtada's movement further undermined centralized control. As JAM leaders became less responsive to his demands, Sadr reportedly tried to discipline the movement by reprimanding or firing insubordinates, albeit to little effect.[124] By late 2006, the Sadrist political and religious leadership had little control over the disparate groups operating under the JAM banner.

## The Turning Point

The Sadrists' political and military decline began in December 2006.[125] As JAM had expanded its territorial control throughout Baghdad, often via forced displacements and extra-judicial killings, Maliki had shielded Sadrist leaders and militia commanders from being targeted by Coalition Forces.[126] Indeed, the Iraqi government prohibited Coalition Forces from operating in Sadr City in 2006.[127] Hence, Sadr City became a large sanctuary for JAM and the Khazali network/AAH/Special Groups.

Iraqi political leaders recognized the threat that the Sadrists and their militia presented, perhaps none more than Prime Minister Maliki. Coalition Forces also recognized that in order to stabilize the rapidly-declining security situation they would have to stop JAM death squads. Multi-National Force-Iraq (MNF-I) decided not to attack Sadr City directly, but placed an enormous amount of pressure on the Prime Minister to allow them to target influential Sadrist leaders by removing immunity from those who had hitherto been protected by their government connections. Maliki resisted this notion until November

30, 2006, when the Sadrist bloc suspended their participation in his Cabinet after he refused to set troop withdrawal timelines at his meeting with President Bush in Amman, Jordan.[128] The Sadrists' political withdrawal prompted Maliki to reassess his political alliances. Several weeks later, Dawa and SCIRI officials met to discuss the problem of Shi'a militias.[129] Following the meeting, Dawa and SCIRI made a formal agreement to marginalize the Sadrists, politically and militarily.[130]

Maliki's decision to target the Sadrists occurred partially as the result of President Bush's announcement of the New Way Forward in Iraq — a plan that involved the deployment of five additional U.S. brigades and a change in strategy from transition to counterinsurgency. The move, along with a planned security operation in Baghdad termed *Fardh al-Qanoon* (Enforcing the Law) aimed to decrease the level of violence in the capital and tackle the problem of Shi'a militias. For the first time in years, U.S. forces were permitted regularly to conduct raids into Sadr City as part of the operation because Maliki dropped his protection of the Sadrists.[131]

PX679

# PART TWO

## *The Sadrists during the Surge*

THE PRESSURE BROUGHT to bear on the Sadrist Movement during the Surge accelerated rifts within the already fractured movement. From January 2007 to mid-2008, Coalition and Iraqi offensive operations not only targeted JAM's military strength in Baghdad and southern Iraq, but they also empowered political rivals to isolate the Sadrist movement. The political alliance between Dawa and the Islamic Supreme Council of Iraq (ISCI, formerly SCIRI) actively sought to marginalize the Sadrist political bloc in advance of provincial elections originally slated to occur in October 2008. Moreover, the withdrawal of the Sadrists from the United Iraqi Alliance in September 2007 permitted ISCI and Dawa to act more aggressively.[132] Backed by the Kurdish parties,[133] ISCI and Dawa's maneuvering in late 2007 and early 2008 diminished the Sadrists' political sway and eliminated their ability to obstruct key pieces of legislation.  The Sadrists also lost control over the Ministries of Health and Transportation when Maliki appointed replacements for the Sadrist ministers who had withdrawn from his Cabinet.[134]

At the same time, the pressure on the Sadrist Movement exacerbated its internal struggles. Sadr's prolonged absence undermined his already-diminished control over the movement. By the time the last Surge brigade redeployed in June 2008, the Sadrists were operating in a transformed political and security landscape. Additionally, the movement itself was deeply divided between the political, religious, and military factions. The military wing was split between various objectives and loyalties to different leaders. Facing newly-strengthened political rivals, Muqtada al-Sadr was forced to announce a serious restructuring of his weakened movement.

The Sadrist Movement's remarkable reversal of fortunes from early 2007 to late 2008 stemmed from internal divides that were exacerbated by external pressures. Several important developments during the Surge split Muqtada al-Sadr, other leaders of his movement, and militia groups. The most important changes in the Sadrist Movement occurred as a result of Sadr's stand-down and departure for Iran in January 2007; the arrest of Qais Khazali in March 2007; the Karbala incident of August 2007; and the Iraqi campaigns in Basra, Sadr City, and Amarah in the spring of 2008.

## *Sadr Orders a Stand-Down and Departs for Iran*

In early 2007, Coalition and Iraqi forces prepared for the Baghdad security offensive, Operation Fardh al-Qanoon (Enforcing the Law), which was launched on February 14, 2008.  They moved into neighborhoods across the city to conduct systematic clearing operations. The strategy emphasized population security and the holding of previously-cleared terrain. The targets of Fardh al-Qanoon included both Shi'a and Sunni extremists in all areas of Baghdad. Prime Minister Maliki also ensured that there would be no political interference in the operation, meaning that



LOCATIONS OF SADRISTS IN IRAQ AND IRAN

**Iran-based Leadership**

Muqtada al-Sadr
Ayatollah Kazem al-Haeri
Brigadier General Qassem Soleimani

**Baghdad and Sadr City**

Hazem al-Araji
Abd al-Hadi al-Darraji
Nasser al-Rubaei
Bahaa al-Araji
Saleh al-Ugaili    d. Oct. 2008
Ahmed al-Fartousi
Abu Dura

**Kufa**

Jaber al-Khafaji

**Sadrist Najaf Office**

Riyad al-Nouri    d. Apr 2008
Salah al-Obeidi
Ahmad Shaibani
Mustafa al-Yacoubi
Adnan Shahmani

**Camp Bucca Detention Facility**

|  | *Duration of Detention* |
| --- | --- |
| Qais Khazali | '07-Present |
| Abd al-Hadi al-Darraji | '07-Present |
| Ahmad al-Shaibani | '04-'07 |
| Mustafa al-Yacoubi | '04-'07 |
| Salah al-Obeidi | '06-'07 |

**Basra**

Mohammed al-Yacoubi
Ahmed al-Fartousi

100 miles

N

| 1. Baghdad | 7. Dhi Qar | 13. An-Najaf |
| --- | --- | --- |
| 2. Salah ad-Din | 8. Al-Muthanna | 14. Ninawa |
| 3. Diyala | 9. Al-Qadisiyyah | 15. Dahuk |
| 4. Wasit | 10. Babil | 16. Arbil |
| 5. Maysan | 11. Al-Karbala | 17. Kirkuk |
| 6. Al-Basrah | 12. Al-Anbar | 18. As-Sulaymaniyah |

PX679

the Sadrists were no longer under his protection.[135] Hence, Coalition Forces were permitted to conduct operations in Sadrist-controlled neighborhoods and target JAM during the security crackdown.[136]

Sadr and the Sadrist clerics in Najaf were becoming increasingly concerned about what the operations would mean for their movement and their militia. They were also contending with the growing problem of JAM splinter elements that were operating unchecked in the capital. Muqtada al-Sadr ordered his followers to stand down and not resist the security crackdown in mid-January, presumably an effort to avoid a showdown with Coalition Forces while he worked to reinstate his control over the movement.[137] He began a purge of the organization, discussed below. Direct confrontation with Coalition Forces would not only complicate his efforts to purge his organization but it would also severely weaken his movement. Shortly after issuing the order, in late January or early February 2007, Muqtada al-Sadr fled to Iran.[138]

Sadr had important reasons to leave Iraq. First, he likely fled to avoid being targeted in the security crackdown. Coalition Forces arrested several of his top aides prior to his departure.[139] Most notably, on January 19, 2007 Coalition and Iraqi Special Forces arrested prominent Sadrist cleric and spokesman Abd al-Hadi al-Darraji during a raid on his complex in the Beladiyat neighborhood near Sadr City.[140] Darraji, who was a member of the Khazali faction and once a close associate of Muqtada al-Sadr,[141] was accused of involvement in kidnappings, murder of

civilians, and assassinations of Iraqi military and government officials.[142] Darraji was likely operating as a part of the Khazali Network (now AAH/Special Groups), as he did in 2004 in the wake of the second uprising; however, his association with Muqtada al-Sadr had until then shielded him from being targeted by Coalition Forces.  Either way, his arrest certainly concerned Sadr, who feared a similar fate for his other close associates and himself.

There were also indications that Muqtada al-Sadr fled Iraq over threats to his safety from within his movement.[143] This was a long-held fear of Sadr, particularly given the internal splits in the movement. However, the decision to flee to Iran solely on account of these fears, while not implausible, seems less likely.

Sadr's order to stand down and his subsequent departure revealed at least five major divisions within the militia. The first group included mainstream JAM led by the Najaf-based clerical leadership and the Baghdad-based political leadership.  This group believed the movement had been heavily infiltrated by criminal elements and Iranian influence. They disapproved of these influences, and followed Sadr. Mainstream JAM generally obeyed Sadr's orders to stand down.[144] The Sadrist leadership in Najaf established an elite group of fighters to purge rogue members of JAM — often violently. This group was sometimes called the 'Golden Brigade,' or 'Golden JAM,' and it has been described as "an intelligence service that maintains internal discipline."[145] The group operated in northwest Baghdad as early as February 2007.[146] In April 2007, as Sadr's orders went unheeded by factions

of JAM, Sadrist leadership in Najaf dispatched Golden JAM to Baghdad to hunt down, punish, and even assassinate rogue members of the militia "before [Coalition Forces] can capture and interrogate them."[147]

This faction seemed reconcilable to some in the Iraqi government and the Coalition. In late March 2007, Coalition Forces released Sadrist cleric Ahmad al-Shaibani at the request of Prime Minister Maliki.[148] Coalition Forces publically stated the move was designed to empower Sadrist leaders who were more willing to reconcile with the Iraqi government and to moderate extremism within the movement.[149] Shaibani was tasked to lead a newly-formed committee within the Sadrist Movement to foster reconciliation with Sunnis following his release.[150] Weeks earlier, Coalition Forces also released Sadrist cleric Salah al-Obeidi because they believed he could "help neutralize the radicals in Sadr's fold."[151] Maliki may also have requested release of these clerics as a quid pro quo, given in return for Sadr's efforts to rein in his militia during the security crackdown. Shaibani and Obeidi were subsequently closely affiliated with the Office of the Martyr Sadr and the Najaf-based clerical leadership, but they were not able substantially to reconcile the extreme factions of the organization.

The second group included JAM members who also believed the movement was being corrupted, but, unlike Golden JAM, believed that it could be best purged with Coalition assistance. The group, known as 'Noble JAM,' opposed the criminal gangs and death squads that extorted the local population and terrorized innocent civilians.[152] Noble JAM operated in northwest Baghdad. In the Shi'a-dominated neighborhoods of Shula and Hurriyah, Noble JAM squads secretly cooperated with Coalition and Iraqi forces.[153] They provided tips and sworn statements that led to the arrest of a handful of top militiamen since January 2007.[154]

A third group competed for control in northwest Baghdad, which is home to the Kadhimiyah shrine, one of the holiest sites in Shi'a Islam. It generates a significant amount of revenue from pilgrims. Sadrist cleric Hazem al-Araji and his brother Bahaa al-Araji, a Sadrist parliamentarian, controlled the shrine. Although the Araji brothers were sympathizers and members of the Sadrist Movement, they also sought to advance their personal and political interests.[155] As a result, Sadr was not able to control Hazem and Bahaa al-Araji, who were using their affiliation with the movement and its infrastructure to their advantage.[156] In the spring of 2007, Bahaa al-Araji created a 300-member plainclothes militia in Kadhimiyah ostensibly to protect the shrine — but more likely to defend the Araji's brothers' control.[157] This Kadhimiyah wing undercut the Najaf-based leadership of the movement, who sought to reassert their authority through Golden JAM.[158] These factions competed with others — including criminal gangs and Iranian-backed Special Groups — for dominance in northwest Baghdad.

The fourth group was the Khazali network/AAH/Special Groups. The network did not abide by Muqtada al-Sadr's freeze and sought to escalate their attacks on Coalition Forces. Some of those in the

Khazali network functioned as secret cells within the Jaysh al Mahdi — that is, they might be perceived as JAM members although they followed Khazali's orders. They continued to employ EFPs against U.S. troops, and they also targeted Coalition and Iraqi bases, including the Green Zone, with rocket and mortar fire.[159]

The fifth major group of JAM — criminal gangs—also ignored Sadr's call to stand down. These fighters operated local criminal rackets that generated large sums of money. They stood to lose personal power and wealth in the stand-down. Their extortion of the population also meant that they were prime targets of Coalition Forces and Noble JAM.

## The Arrest of Qais Khazali

The Iranian-backed Khazali network conducted a brazen attack against U.S. forces around the time Sadr ordered his freeze. On January 20, 2007, gunmen with "American-looking uniforms, vehicles and identification cards" successfully penetrated the Karbala Provincial Joint Coordination Center (PJCC) to attack a meeting of U.S. and Iraqi officials, who were planning the security measures for the upcoming Ashura pilgrimage.[160] The attackers had received extensive assistance from the IRGC-QF.[161] The Khazali-network fighters killed five U.S. Soldiers and wounded three more in the well-planned and executed attack.[162] The PJCC attack alerted Coalition Forces to the growing threat of AAH/Special Groups and the extent of Iranian assistance for their networks.

Intelligence gathered from the attack ultimately led to the capture of Qais Khazali, his brother Laith Khazali, and Lebanese Hezbollah member Ali Mussa Daqduq on March 20, 2007.[163] Coalition Forces found computer documents and Daqduq's personal journal, all of which detailed his tactics to target Iraqi and Coalition Forces as well as information on his travels and meetings.[164] In the raid on Qais Khazali, U.S. troops recovered documents "that recorded attacks against Coalition Forces" that he had directly ordered. [165] The captures also revealed that Iranian Quds Force operatives were training Iraqi Special Groups fighters in Iranian camps.[166] Moreover, they were arming and funding these cells with $750,000 to three million dollars a month.[167] Given these high sums, it is no surprise that Special Groups fighters heeded directives from the Khazali instead of those from the Najaf-based Sadrist clerics.

Sadr's absence presented serious challenges to his ability to control the organization. In late May 2007, Sadr briefly returned from Iran to meet with key leaders of his movement in Kufa. According to General Ray Odierno, at the time the Corps commander of Coalition Forces, Sadr was in Iraq "to shore up his organization."[168] He had evidently decided that more direct steps would be needed to quiet his militia, purge rogue elements, and reassert control — a move encouraged by the older and more moderate clerics in his movement.[169] Indeed, the dispatch of Golden JAM in early 2007 likely stemmed from this existing concern. During this time, Sadr also urged Sunni leaders to create a united front to oppose

PX679

The Fragmentation of the Sadrist Movement                    Marisa Cochrane

## SADRIST TIMELINE

February 19, 1999 – Mohammed Sadeq al-Sadr assassinated.

March 20, 2003 – Operation Iraqi Freedom, the U.S. invasion of Iraq, begins.

April 7-8, 2003 – Ayatollah Kazem al-Haeri sends letter to Najaf appointing Muqtada al-Sadr as his deputy in Iraq  and issues Fatwa calling on Shiite mullahs in Iraq to "fill the power vacuum of the administration in Iraqi cities."

April 10, 2003 – Shia cleric Sheik Abdel Majid al-Khoei killed in Najaf by a mob which included Sadrist supporters.

July 2003 – Iraqi Governing Council is formed. Sadr is excluded from participation.

July 16, 2003 - Mohammed al-Yacoubi creates the Fadhila (Islamic Virtue) Party, a splinter of the Sadrist movement.

August 2003 – Excluded from the government, Sadr establishes a shadow government and begins creating Jaish al-Mahdi (JAM).

March 28, 2004 – US closes the Shiite "al-Hawza" newspaper, sparking demonstrations.

April 4, 2004 – US Forces arrest Mustafa al-Yacoubi, head of Sadr's Najaf office.

April 2004 – Sadrists mobilize in Karbala, Baghdad, Kufa, and Najaf.  US Forces quell the uprising in late May.

August 2004 – The second Sadrist uprising breaks out in Najaf.

August 26, 2004 – Ayatollah Sistani returns from medical treatment in London to Najaf, where he brokers a cease-fire between Sadr and Coalition Forces in Najaf.

September 2004 - Haeri withdraws his support of Muqtada al-Sadr.  Qais Khazali breaks from Sadr and continues to coordinate attacks on Coalition Forces.

Early 2005 – The Khazali faction is reintegrated into Muqtada al-Sadr's organization.

January 2005 - Iraq holds Provincial elections.

January 2006 - The Sadrists participate in National elections, winning 30 seats.

November 30, 2006 – Sadrists withdraw from Maliki's Cabinet.

December 21, 2006 – PM Maliki (Dawa) and MP Haidar al-Abadi (ISCI) agree to crack down on Sadrists, marking the start of the ISCI-Dawa alliance.

January 10, 2007 – President Bush announces "The New Way Forward," a surge of 20,000 troops to Iraq.

January 19, 2007 – Abd al-Hadi al-Darraji is captured by security forces in Sadr City.

January 20, 2007 – AAH/Special Groups gunmen conduct an attack on U.S. and Iraqi officials at the
Karbala Provincial Joint Coordination Center (PJCC). Five US Soldiers are killed and three wounded.

February 14, 2007 – US reports reveal that Sadr has fled to Iran.

February 17, 2007 – Operation Fardh al-Qanoon begins in Baghdad.  Facing a fractured movement and Prime Minister Maliki's denial of protection, Sadr orders JAM to stand down and not resist the US operation.

February - March 2007 – Ahmed Shaibani and Salah al-Obeidi are released from US custody in an effort to garner Sadr's support for the Baghdad Security Plan.

March 23, 2007 – Qais Khazali and his brother Laith are detained by US Forces in Basra.

Late May-August 2007 –Muqtada al-Sadr returns briefly to Iraq to reassert control over the movement.

August 28, 2007 – Fighting erupts in Karbala between JAM and Maliki's security forces.  50 people are killed.  Muqtada al-Sadr declares a six-month cease-fire.

February 22, 2008 – Sadr announces a six-month cease-fire renewal.

March 25, 2008 – Maliki launches an operation in Basra to rid the city of Sadrist militias.  Fighting erupts shortly afterwards in Sadr City, Baghdad.

March 29, 2008 – Muqtada al-Sadr gives an interview on Al-Jazeera indicating his desire to reorganize JAM. He also appeals for the release of Qais Khazali and Abd al-Hadi al-Darraji.

April 2, 2008 – An Iranian-brokered cease-fire quells most of the violence in Basra.

April 9, 2008 – In response to a push by parliament to ban political parties with armed factions, Saleh al-Obeidi now says Sadr will not disband the milia, but will keep his forces "at bay."

April 11, 2008 – Riyad al-Nouri is assassinated in Najaf outside his home.

May - June 2008 – JAM and Iranian-backed militia fighters flee to Iran in the wake of the Basra, Sadr City, and Amarah operations to evade capture, reconstitute, and retrain.

June 13, 2008 – Sadr, in a speech read at Friday prayers in Kufa, announced that most JAM members will be disarmed and become part of a service organization known as the Mumahidoon.

June 14, 2008 – Sadrists say they will not participate directly in Provincial Elections but instead support independent candidates.

August 28, 2008 – Sadr permanently renews his ceasefire.

September 11, 2008 – Akram al-Kabi, a leader of Asaib ahl al-Haq (AAH), issues a message urging fighters to continue their armed resistance.  Sadr approaches AAH about integrating the Sadrists but AAH refuses.

October 9, 2008 – Sadrist MP Saleh al-Auqaeili assassinated in Baghdad.

November 2008 - Sadr asks AAH to join his organization.  They refuse.

PX679

the U.S. presence in Iraq — a move designed to broaden the appeal of his tarnished movement and enhance his status as the only nationalist leader in Iraq.[170]

Sadr had replaced eleven leaders in his movement, two of whom were from Baghdad, by the time he returned to Iran in early July.[171] The replacement of Akram al-Kabi was the most significant. Kabi had been the top JAM commander in all of Iraq until Sadr replaced him with Kazim al-Isawi in late May 2007.[172] Kabi, who was associated with Khazali, seized the opportunity (whether by his own initiative or by Iranian encouragement) to lead the AAH/Special Groups network after Qais Khazali's arrest. [173] One can hypothesize that Kabi had replaced Khazali before or after Muqtada al-Sadr relieved Kabi of his formal command of JAM, but the evidence does not support making a firm conclusion about the sequence of events.[174]

## The Attack on the Karbala Shrine and Sadr's Ceasefire

While in Iraq, Sadr was also considering the idea of ordering a freeze on all JAM activities, a move tantamount to suspending his militia.[175] Such a move would be a serious departure for Sadr, given the role of JAM in his rise to power. Yet, the reputation of his organization was being seriously damaged by rogue factions operating under his name, which prompted consideration of such a move.

In the summer of 2007, JAM and Badr were violently contesting several cities across the south, particularly Diwaniyah, the capital of Qadisiyah province.[176] Badr

was a rival Shi'a organization which had once been the militia of the Supreme Council (SCIRI, then ISCI) but had largely been incorporated into the Iraqi Security Forces. Several high-profile assassinations of ISCI and Sadrist figures in July and August increased the tensions between the two groups throughout the shrine cities in the mid-Euphrates.[177] On the evening of August 27, 2007, fighting erupted near the Imam Ali shrine in Karbala between JAM militiamen and the shrine guards, who were members of the Iraqi Security Forces affiliated with Badr.[178] The area was filled with pilgrims, who were celebrating the Shi'a festival of Shabaniyah near the shrine. As the fighting escalated and continued into the next day, these worshipers were caught up in the machine gun, mortar, and grenade fire.[179] More than fifty civilians were killed and 200 wounded in the firefight.[180] It seems plausible that JAM attempted to wrest control of the shrine as both a reprisal attack on Badr and an attempt to claim the control over the religious revenues, but the cause for the outbreak was disputed. Regardless, many witnesses quickly blamed JAM fighters for sparking the conflict and attempting to seize control of the shrine.[181]

This incident in Karbala further tarnished the image of the Sadrist Movement. It echoed the 2004 uprisings, during which JAM fighters were seen as endangering the holy shrines by attracting a violent reprisal from Coalition Forces. Sadrist leadership acted quickly to limit the fallout. The next day, Sadr issued a statement, which was read by aides Hazem al-Araji in Baghdad and Ahmad al-Shaibani in Najaf, declaring a six-month suspension

PX679

of all militia activities, during which time his movement would purge all rogue factions and reorganize.[182] The statement also included a ban on attacking Coalition Forces.[183]

On September 5, 2007, a week after the ceasefire was announced, Prime Minister Maliki met with Grand Ayatollah Ali Sistani.[184] During the meeting, Sistani called for a demilitarization of Iraq's holy cities of Karbala and Najaf to protect the shrines from further violence.[185] The top Shi'a cleric also confirmed his support of the Iraqi government's security measures — implicitly supporting Maliki and diminishing Sadr's clerical and political leadership position.[186]

Several weeks later, Sadrist leadership signed a pact with the rival ISCI party aimed at reducing the tensions between the two groups and their militias during the upcoming month of Ramadan.[187] While Iraqi and Coalition officials welcomed these moves, they remained skeptical of his ability to rein in his militia.[188]

The factions of JAM reacted differently to Sadr's ceasefire. Some leaders and members respected his demands and ceased their militia activities. Yet, the controversial decision to suspend the militia drew opposition even from members within Sadr's inner circle. Shortly after the agreement was announced, some Sadrist clerics and JAM commanders hedged on its conditions.[189] For example, Ahmad al-Shaibani objected to the ban on resisting Coalition Forces and disputed it in a statement the following day, despite having been one of the clerics who announced the ceasefire.[190]

Sadr had lost his ability to use the militia to strengthen his political position, but he sought to strengthen his control over the movement by enhancing his religious credentials.[191] In late 2007, a close aide in Najaf, Salah al-Obeidi, announced that Sadr was pursuing religious studies in Iran with the hope of becoming an ayatollah (and a *marja*) like his father.[192] Achieving this rank would enhance Sadr's authority by allowing him to directly issue fatwas and other religious rulings and collecting religious taxes for himself, rather than relying on a higher-ranking cleric. While religious scholars traditionally take decades to achieve this status, Sadr's aides expected him to complete his studies by 2010 — a remarkably fast pace.[193]

Although Obeidi indicated that Sadr would be studying in Najaf, he has actually been studying in the Iranian city of Qom under Ayatollah Kazem al-Haeri.[194] Given Haeri's break with Sadr in late 2004, this move suggests a rekindling of their relationship. Ayatollah Mahmoud Hashemi Shahroudi, the head of the Iranian judiciary, is also overseeing his studies.[195] The decision to study in Iran was controversial, given his father's nationalist stance. It has also generated questions about how much control the Iranian government has over Sadr's actions, given his mentors' ties with the Iranian regime and his continued presence in the tightly-controlled state. Some believe that Sadr is under house arrest in Qom.[196] In a further challenge to the quietest Najaf clergy, his studies in Iran focus on the *velayat-e-faqih* doctrine, which

calls for clerical involvement in all matters of state and society.[197]

As the threat of al-Qaeda in Iraq diminished in the second half of 2007, Coalition Forces accelerated their operations against these Shi'a enemy groups. Since the beginning of the Surge, Coalition Forces decapitated much of the JAM leadership—including those still responsive to Sadr and Sadrist leadership in Najaf as well as those operating outside independently.[198] As militia leaders were captured or killed, Sadr's remaining command and control eroded. Additionally, as U.S. troops moved into the neighborhoods of Baghdad, they denied JAM criminal networks the ability to extort and intimidate the local populations, depriving them of a major source of wealth and power. As a result, many JAM militiamen turned to Iran for support. By late 2007, it was clear that Iranian-backed groups were the primary driver of violence in the capital.[199]

Some militant JAM and Special Groups leaders did not abide by the ceasefire.[200] They were even supported in doing so by Iranian-backed militias, who actively encouraged their continued resistance.[201] AAH/Special Groups, now reorganized under Akram al-Kabi, received weapons, training, funding, and even direction from the IRGC-QF and continued to operate in Baghdad throughout the fall of 2007.[202]

## The Government of Iraq Takes on the Shi'a Militias

AAH/Special Groups increased their violent activity in the first three months of 2008.[203] Iranian-backed militants escalated their indirect fire campaign, launching rockets and mortars on Coalition bases across central and southern Iraq. They also frequently targeted U.S. and Iraqi troops with EFPs, small arms fire, and other types of attacks. These attacks were led by Akram al-Kabi, who was providing the weapons, funding, and command and control for his network in Baghdad.[204] In February 2008, "al-Kabi sanctioned attacks targeting Coalition Forces to include indirect fire attacks against the International Zone."[205] Indirect fire attacks on Coalition bases in Baghdad noticeably increased during this time.[206]

The growing violence stoked concerns over whether Muqtada al-Sadr would renew his six-month ceasefire, which was set to expire in late February 2008. In mid-February, Nasser al-Rubaie, the head of the Sadrist parliamentary bloc, announced the cancellation of the agreement made with ISCI to reduce the tensions between the two groups; this fueled speculation that the six-month ceasefire would meet a similar end.[207] Moreover, Sadr was under increasing pressure from members of his movement — including senior aides like Hazem al-Araji and Ahmad al-Shaibani—to end the freeze.[208] They believed that the ceasefire was weakening the movement by allowing Coalition Forces and Shi'a rivals like ISCI to target Sadrists without reprisal.[209] Others feared a growing displeasure with the freeze

PX679

was motivating fighters to join AAH/Special Groups and expanding Iranian influence.[210]

Sadr announced a six-month ceasefire renewal on February 22, 2008 despite these concerns.[211] Not all were pleased with the renewal.[212] The day after the announcement, AAH/Special Groups launched a large mortar and rocket attack on the International Zone in Baghdad, sending a clear message that Sadr did not speak for their faction nor could he control them.[213]

The problem of militia control in Basra was becoming especially clear. In the wake of the premature British withdrawal from the city center and transition to an overwatch capacity in late 2007, Basra became a haven for militia and criminal activity. Rival militia factions and criminal gangs were vying for control of the city's lucrative infrastructure and resources, namely shipping and oil. AAH/Special Groups, mafia-style gangs, and other militias — many of which were operating under the JAM banner — dominated the city. Iraqi and British forces were unable to maintain security and became frequent targets of attacks. In an effort to stem the attacks, British troops made an agreement with JAM that stated no British soldier could operate in Basra without the permission of the British Defense Secretary.[214] While the pact was intended to encourage the militia to enter the political process, it effectively allowed JAM and other groups to operate in Basra unchecked.[215] And while U.S. troops recognized the deterioration of security in Basra, the main effort of their operations in early 2008 was targeting al-Qaeda in Iraq

and other Sunni insurgents in northern Iraq, particularly the city of Mosul.

Prime Minister Maliki launched an offensive in Basra to retake control of the city, prompted by these security concerns, combined with personal political calculations. Iraq Reports 9 and 11 document the Basra offensive and subsequent operations against JAM and Special Groups in Sadr City and Amarah.[216]

Many JAM fighters who had up to then abided by the ceasefire believed that the movement was being unfairly targeted in the operation.[217] AAH/Special Groups took advantage of this sentiment and fought alongside a variety of JAM factions in Basra to enhance their capabilities and lethality.[218] Maliki and the Iraqi Security Forces therefore encountered a heavily-armed and capable enemy fighting force. The operation stalled by the end of the first week, as the abrupt decision to fight led to insufficient planning and exacerbated the problems created by inexperienced army units and an infiltrated police force.

An Iraqi delegation including representatives from Dawa and ISCI went to Iran to negotiate a ceasefire with Sadr and IRGC-QF commander, Brigadier General Qassem Soleimani. The Iranians attempt to broker a ceasefire is particularly revealing. As head of the IRGC-QF, Soleimani is responsible for providing training, weapons, funding, and direction to militia groups in Iraq — and thus the leader of one belligerent group. His involvement in the negotiations was integral because he enabled the AAH/Special Groups that were fighting against Iraqi forces. Hence, he was

not a neutral arbiter in the dispute. The symbolism of holding Basra ceasefire talks in Iran, brokered by the head of the Qods Force, underscored Sadr's limited control over the militia. It also highlighted the extent to which Qassem Soleimani and the IRGC-QF controlled levels of violence in Iraq.

Muqtada al-Sadr made his first public appearance in almost a year in the midst of the fighting. He gave a televised interview with Al-Jazeera on March 29, 2008. During the interview, Sadr gave the first public indication of his desire to reorganize JAM, stressing the importance of cultural and educational resistance. He stated that "the Al-Mahdi Army, the army of the Imam al-Mahdi, peace be upon him, should turn to scientific and cultural integration for a certain period of time so as to straighten and reorganize itself. This is called cultural resistance."[219] This was an important statement, given that it was made during the Basra fighting. It indicated that Sadr was deeply concerned with the direction of his movement and foreshadowed later restructuring. While Sadr tacitly confirmed the divisions within his movement, he stated his belief that those splinters would rejoin the movement, and that some had already. [220]Sadr also voiced his disapproval of Iranian support for militias in Iraq and other "negative actions carried out by the republic [of Iran] in Iraq."[221]

Sadr explicitly asked for the release of Qais Khazali and Abd al-Hadi al-Darraji from Coalition custody during the interview.[222] This statement suggests that Sadr wished to reconcile with Khazali and

Darraji, who had split from him to operate the AAH/Special Groups network. He presumably needed the support of the Khazali faction in order to strengthen his fragile movement. Sadr would again appeal to reunite with AAH/Special Groups again in the fall of 2008.

Sadr ordered his fighters off the streets after the negotiations concluded on March 30, 2008.[223] The fiercest fighting in Basra subsided in the wake of the Iranian-brokered ceasefire, but the violence continued in Sadr City throughout the month of April. Coalition Forces had begun to push their way into the district to stem the mortar and rocket attacks that were being launched from the area against the Green Zone. As they did so, they faced heavy resistance from AAH/Special Groups and their JAM affiliates. [224] The intensity of the violence caused extensive collateral damage in Sadr City, particularly along al-Quds street, where Coalition efforts to build a barrier became a magnet for militia attacks.

Iraqi politicians, Sadrist leadership, and even JAM and AAH/Special Groups commanders came under intense pressure to halt the violence as the fighting dragged on.[225] On April 30, 2008, a second delegation of Iraqi officials traveled to Tehran to meet with Soleimani and other Iranian officials about the ongoing fighting in Sadr City and Iranian support for the militants.[226] The Iraqi delegation was led by the deputy speaker of parliament, Khalid Attiya, an independent Shi'a politician and member of the United Iraqi Alliance.[227] It also included Tariq Abdullah, the Prime Minister's office manager; Ali al-Adeeb, a senior Dawa

PX679

member; and Hadi al-Ameri, the head of the Badr Organization and a member of ISCI.[228] The Iranians denied accusations of their involvement in training and arming militants in Iraq, but they did help to "end the standoff [in Sadr City] by throwing their weight behind the government."[229] This was a departure from their previous practice of overtly challenging Maliki.

Sadrist cleric Salah al-Obeidi announced that a truce had been reached on May 10, 2008, after several days of negotiations between Sadrist political leaders and the ISCI-led United Iraqi Alliance.[230] It nevertheless took several days for the fighting in Sadr City to subside, indicating that Sadrist clerics and politicians were having trouble imposing the ceasefire on the militia.[231] Many AAH/Special Groups and JAM fighters were apparently angry about the truce and reluctant to stop fighting Coalition Forces.[232] Faced with the prospect of Iraqi forces entering the rest of Sadr City, AAH/Special Groups and mainstream JAM leaders fled to Iran to avoid capture and reconsolidate their forces.

The Iraqi Security Forces launched a third security offensive in late June that aimed at clearing the Sadrist stronghold of Amarah, the provincial capital of Maysan province. "Sadrist politicians and clerics, wishing to avoid the destruction that accompanied the push into Sadr City, instructed their followers not to resist the government's operations. Moreover, any AAH/Special Groups and JAM leaders that remained in Maysan in the wake of the Baghdad and Basra offensives fled to Iran before the operations commenced in Amarah."[233] The Iraqi Security Forces faced little resistance and took control of the province. The immense political and military pressure directed at the Sadrists in the spring and early summer of 2008 had serious ramifications for the movement.

The Sadrists' rivals in the Iraqi government sought to capitalize on the militia's defeat by pushing for legislation that would further hamper the Sadrists in advance of provincial elections. The Iraqi National Security Council, a body that comprises the Iraqi President, Prime Minister, and representatives from the top political blocs, formulated a draft measure that that banned any political party with a militia from running in the upcoming provincial elections.[234] The controversial move took aim at the Sadrist Movement by pressuring its political leadership to dissolve its militia or forfeit participation in the election.[235] The Iraqi Cabinet approved the legislation in mid-April and forwarded it to the parliament for a vote.[236]

The Sadrist leadership intensely debated whether to disband JAM in the face of the new legislation, further dividing militant JAM and Special Groups commanders from moderate Sadrist politicians and clerics. The political leaders, wishing to maintain their influence and positions, generally argued in favor of disbanding JAM and emphasizing the cultural, social, and educational aspects of the Sadrist movement. JAM commanders generally opposed the disbandment of the militia.

The clerical establishment sat on the fence. Sadr would only disband JAM if

senior Shi'a Ayatollahs Sistani and Haeri demanded it, cleric Salah al-Obeidi declared on April 7, 2008.[237] Another Sadrist aide and spokesman, Hassan al-Zarqani, reiterated the statement.[238] The next day, Obeidi read a signed statement from Sadr stating that Sistani and Haeri instructed him not to disband his militia.[239] It is unlikely that Sistani actually offered this advice. He reportedly denied meeting with any Sadrist representative and was reported to have backed the government crackdown.[240] Moreover, throughout this time, Salah al-Obeidi was not in direct communication with Sadr. It is not clear that he spoke for Sadr, thus making it difficult to determine Sadr's true sentiments.[241]   The entire exchange, however, illustrates the tensions within the movement, and their search for a way of influencing the outcome.

Sadrist parliamentarians found themselves isolated not only from the armed wing of their movement but also from their colleagues in the government.   Sadr's decision to pull his six representatives from Maliki's Cabinet one year earlier had left them with virtually no voice in government decision-making.[242] One frustrated Member of Parliament (MP), Hassan al-Rubaie, "complained that 'those close' to al-Sadr 'are radicals and that poses problems.'"[243] Another Sadrist lawmaker said that Sadr "now only communicates with the Mahdi Army commanders."[244] Whether or not this was true, the Sadrist political bloc was increasingly marginalized within Iraqi politics and distanced from Sadr himself and the Najaf-based clerics. They therefore struck a more conciliatory tone during the Iraqi offensive in order to maintain leverage

with the Government of Iraq. Bahaa al-Araji, a Sadrist MP and brother of the Baghdad-based Sadrist cleric Hazem al-Araji, acknowledged that the request to disband JAM was legitimate but stated that the law should be applied to all political parties with militias, a reference to the Badr Organization (which had technically already disbanded as a militia when it had joined the Iraqi Security Forces).[245] He also condemned the rocket and mortar attacks on the Green Zone that were being launched from Sadr City by AAH/Special Groups and JAM fighters.[246]

Sadrist lawmakers sought to compromise with Maliki over demands to disband the militia in order to retain military power and the political party. They "sent compromise-seeking proposals to al-Sadr in Qom. The ideas [sought] to appease Maliki enough to forestall his threat…But the proposals [went] unanswered."[247] One such proposal suggested the creation of a new political party unaffiliated with JAM, while another suggested running individual candidates as independents, rather than as a part of the Sadrist bloc.[248]   The lawmakers believed that either option preserved the militia and gave an opportunity to participate in the elections.

Riyad al-Nouri, one of the most senior Sadrist clerics and head of the movement's Najaf office, was a proponent of the proposal to disband JAM.[249] He wrote a letter asking Sadr to disband JAM and rid the movement of extremists.[250] Shortly afterwards, Nouri was assassinated by gunmen near his home in Najaf as he returned from Friday prayers on April 11, 2008.[251] Nouri's request to disband the

militia directly challenged AAH/Special Groups and hard-line JAM elements, giving them a clear motivation to kill him. His assassination might also have been tied to his participation in the assassination of Sheik Majid al-Khoei in April 2003. The Khoei family, seizing upon the government's marginalization of the Sadrists and the defeat of the militia, sought to reopen the murder case of Sheik Majid al-Khoei.[252] Such a move would effectively have renewed the warrants against Sadr, Nouri, and Yacoubi and presented a serious threat to the movement should legal proceedings demonstrate guilt.

The assassination of Riyad al-Nouri cemented the break in the movement between the Sadrists who were willing to reconcile with and participate in the Iraqi government and those who were unwilling to reconcile and who sought to continue their armed resistance. JAM commanders were adamantly opposed to disbanding the militia, as were others in the movement, including the head of Sadr's cultural office, Rassim al-Marwani.[253] Sadr's statements after Nouri's death at first echoed these more militant sentiments.

Sadr initially seemed to oppose dissolving his militia. He escalated his rhetoric in a statement released by his Najaf office on April 19, 2008, threatening "open war until liberation" if Coalition and Iraqi forces continued their operations in Sadr City.[254] On April 25, 2008, a second statement was read aloud in Sadr City and posted on the Sadr website that backed away from the earlier threats. The announcement clarified that the target of a potential "open war" was Coalition Forces and not the government.[255] It read, "We mean a war against the occupier, nothing else, as there is no war between us and our brothers the Iraqis, regardless of their affiliation, race or sect."[256] That same day, Sadrist MP Salah al-Ugaili reiterated that the freeze on militia violence from last August was still in place.[257] Elements in the movement were wary of provoking a heavier response from the Iraqi government.

Sadr's various reversals obscured his position on disbanding his militia. Since late 2007, Sadr only communicated through three or four aides, who were switched every few months.[258] Given that he made no public statements in April 2007, and that the Najaf office was in turmoil after the death of Nouri, it is difficult to know which statements of his aides he actually endorsed. Sadr's presence in Iran might have given individuals within the Iranian government influence over his actions, lending credibility to the concerns of Sadrist MPs that he was being pressured by more radical elements. Hence the two camps — those for and opposed to disbanding JAM — could both claim to represent Sadr through written statements.

The developments in the spring of 2008 demonstrated that Muqtada al-Sadr was unable to enforce his control over the movement, was politically isolated, and lacked a capable fighting force. It became clear that a military showdown with the Iraqi government would not succeed. As a result, Sadr entertained alternate courses of action that might allow him to continue to function within Iraqi politics, including those referenced in his Al-Jazeera interview and in the proposals of Sadrist politicians.

PX679

## The Sadrist Movement Restructures

Sadrist clerical and parliamentary leadership sought to consolidate their fractured movement in the wake of their political and military losses. They embarked on a dramatic restructuring of the movement to improve its image and political prospects for the upcoming provincial elections, which were scheduled for the fall.

Sadr "moved away from both JAM and the Iraqi government and tried to return to the social services model that launched his movement."[259] He thereby sought to rectify the tarnished image of his militia. He wanted instead to "focus on the ideological and intellectual aspects" of the movement.[260] Sadr issued a statement that was read after Friday prayers in Kufa on June 13, 2008, announcing that he was transitioning the majority of JAM fighters into a non-violent organization.[261] The group would focus on social support and cultural and religious education programs, rather than armed resistance.[262] More details about the organization emerged in August. Named the *Mumahidoon*, roughly translated as "those who pave the way,"[263] the group would focus on educational and social projects, including neighborhood reconstruction projects.[264] Members of the *Mumahidoon* would be unarmed and strictly disciplined; any violation of this policy would be dealt with harshly.[265] Sadrist cleric Hazem al-Araji was the primary leader of this reformed movement, along with nine other Sadrist clerics.[266]

Sadr's move surprised many, given his militant rhetoric at the height of the fighting only weeks before. One report suggested Sadr's decision resulted from an agreement made between Maliki and Haeri during the former's visit to Tehran on June 7, 2008. Maliki reportedly warned that the Sadrists would be barred from participating in provincial elections unless Muqtada al-Sadr issued a clear order to disband JAM and end their violence against the Iraqi government.[267] Although the the report was not substantiated, it does underscore that Sadr's moves were likely not made without some kind of Iranian endorsement.

Sadr did not abandon his commitment to armed resistance altogether. In keeping with nationalist strain of the movement, Sadr announced that he would keep a small cadre of well-trained and tightly-controlled fighters to carry on attacks against Coalition Forces.[268] He emphasized that this new unit, later named the Promised Day Brigade, would have a clear chain of command and strict discipline in order to avoid the decentralized structure of JAM that led to a fractured and uncontrollable militia.[269] The group would only target Coalition Forces, and not the Iraqi Security Forces. The decision to keep a small group of fighters likely resulted from the intense pressure on Sadr to respond forcefully to the targeting of his movement.[270]

Sadr lacked a cadre of elite commander or fighters within the Jaysh al Mahdi. Most of the AAH/Special Groups leaders and fighters, along with the JAM commanders who had fought against the

PX679

The Fragmentation of the Sadrist Movement                              Marisa Cochrane

## WHO'S WHO INDEX OF THE SADRIST MOVEMENT

### FAMILY

**Muqtada al Sadr** – Son of Sadeq al-Sadr. Has led the Sadrist Movement since the 2003 invasion. Has been in Iran since early 2007.

**Muhammed Sadeq al-Sadr** – The founder and leader of the Sadrist Movement from the early 1990s until his assassination in February 1999. Father of Muqtada al-Sadr.

**Grand Ayatollah Mohammed Baqir al-Sadr** - A distinguished Shi'a scholar who helped establish the Dawa party in the 1960s. Sadeq al-Sadr's cousin and Muqtada al-Sadr's father in-law.

### CLERICAL

**Grand Ayatollah Ali al-Sistani** – Shia Cleric based in Najaf.

**Hazem al-Araji** – A prominent Sadrist cleric who controlled the Khadamiya Shrine in northwest Baghdad, and leads the Mumahidoon with nine other Shia clerics. Brother of Sadrist MP Bahaa al-Araji

**Ayatollah Kazem Haeri** - An Iraqi-born cleric who is based in Qom, Iran. Was the source of religious emulation for Sadr II and many of his followers. Broke from Muqtada al-Sadr following the second uprising in Najaf in late 2004, but has since reconciled and is overseeing his studies in Qom, Iran.

**Jaber al-Khafaji** – A close aide and student of Sadeq al-Sadr. Helped keep Sadrist movement alive underground following the assassination of Sadeq al-Sadr.

**Sheikh Abd al-Majid al-Khoei** - Son of the Grand Ayatollah who led the Shi'a revolt in 1991. Killed April 10, 2003 by Sadrist supporters. Muqtada al-Sadr, Riyad al-Nouri, and Mustafa al-Yacoubi were implicated in his death.

**Salah al-Obeidi** – Sadrist cleric based in Najaf. Arrested in late 2006 and released in early 2007.

**Adnan Shahmani** – A Sadrist cleric based in Najaf.

**Ahmad Shaibani** – A Sadrist cleric based in Najaf. Arrested in 2004 and released in early 2007.

**Mohammed Tabatabai** – A close aide and student of Sadeq al-Sadr. Helped keep Sadrist movement alive underground following the assassination of Sadeq al-Sadr.

**Mustafa al-Yacoubi** – A close aide and student of Sadeq al-Sadr. Helped keep Sadrist movement alive underground following the assassination of Sadeq al-Sadr. Arrested by US forces April 5, 2004 in Najaf and released in early 2007.

### POLITICAL

**Nasser al-Rubaie** – Head of Sadrist parliamentary bloc, based in Baghdad.

**Rassim al-Marwani** – Head of Sadr's cultural office in Baghdad.

**Riyad al-Nouri** – A close aide and student of Sadeq al-Sadr. Helped keep Sadrist movement alive underground following the assassination of Sadeq al-Sadr. Head of Sadr office in Najaf, and Muqtada al-Sadr's brother in law. Assassinated by gunmen in Najaf April 11, 2008.

**Saleh al-Ugaili** – A Sadrist parliamentarian who upheld the JAM cease-fire of April 2008. Assassinated October 9, 2008.

**Mohammed al-Yacoubi** – A close aide and student of Sadeq al-Sadr. Helped keep Sadrist movement alive underground following the assassination of Sadeq al-Sadr. Broke from Muqtada al-Sadr and founded the Fadhila (Islamic Virtue) party in July 2003.

**Bahaa al-Araji** - A Sadrist member of Parliament. Operated plainclothes militia to guard the Kadhimiyah shrine in northwest Baghdad. Brother of Hazem al-Araji.

### MILITIA

**Qais Khazali** –A close aide and student of Sadeq al-Sadr. Helped keep Sadrist movement alive underground following the assassination of Sadeq al-Sadr. Leader of AAH/Special Groups until his arrest on March 20, 2007.

**Akram al-Kabi** – A member of the Qais Khazali faction. Commander of JAM until May 2007. Assumes control over AAH/Special Groups in May 2007 after Qais Khazali's arrest in March 2007.

**Ali Mussa Daqduq** – A top Hizbullah operative who oversaw training of Iraqi militia groups, particularly the Khazali AAH/Special Groups network, in Iran.

**Abd al-Hadi al-Darraji** – A member of the Qais Khazali faction. Arrested in Sadr City on January 19, 2007. Muqtada al-Sadr requests his release in May 2008.

**Ahmed al-Fartousi** – Top JAM commander in Basra who broke off from Sadr. Arrested September 18, 2005.

**Muhammed al-Fartousi** – Sent from Najaf to be Haeri's representative at the Hikma mosque in Baghdad.

**Aws Khafaji** – JAM commander in Nasiriyah.

**Isma'il Hafiz Al-Lami (Abu Dura)** – A JAM commander who fought in the Najaf uprisings in 2004. Later split from the movement to operate his own death squad.

**Abu Mustafa al-Sheibani** – Operated a logistics, arms, and financing network in Iraq that supplied AAH/Special Groups. Headed the Third Axis of Badr militant group which focused on Baghdad and its environs.

### IRANIAN

**Supreme Leader Ayatollah Khamenei** – The Supreme Leader of the Islamic Republic of Iran.

**Brigadier General Qassem Soleimani** – Head of Iran's Islamic Revolutionary Guards Corps-Quds Force (IRGC-QF).

**Hajji Youssef (Abdul Reza Shalai)** - Deputy IRGC-QF commander, head of the Department of External Special Operations, which oversees Quds Force operations outside Iran.

**Ayatollah Mahmoud Hashemi Shahroudi** – Head of the Iranian Judiciary, overseeing Muqtada al-Sadr's studies in Iran.

PX679

Iraqi government, had fled to Iran. And the AAH/Special Groups leaders did not follow Muqtada al-Sadr's orders in June 2008 any more than they had six months before. Accordingly, the new, elite units of the Promised Day Brigade did not materialize right away. Indeed, Lieutenant General Lloyd Austin, the Corps commander in Iraq, and Colonel Charles Flynn, commander of the 1st Brigade, 82nd Airborne which was responsible for much of southern Iraq, indicated in late June that they saw no evidence of the movement's activities.[271] In early July, Aws Khafaji, a JAM commander in Nasiriyah, said the framework of the new cells was still being determined.[272] Throughout July, as the nature of the group was being discussed, Sadr placed a number of limits on the resistance fighters.[273] This included a ban on armed resistance in cities and in a way that could harm innocent civilians or members of the Iraqi Security Forces.[274] The limitations were enacted presumably to avoid the collateral damage witnessed the Sadr City and Basra battles, which eroded popular support for the Sadrists. There is no published evidence to suggest that Muqtada al-Sadr had elite fighting units operating in Iraq at the end of 2008.

Muqtada's decision about the political future of his movement was similarly ambiguous. Salah al-Obeidi announced that the Sadrist political bloc would not compete directly in provincial elections in a statement on June 14, 2008, only a day after declaring the restructuring of the militia.[275] Instead, the movement

would support tribal figures, "technocrats and independent politicians" who sympathized with Sadrist aims.[276] Obeidi explained that the movement did not want to be a part of the sectarian divisions.[277] This announcement echoed comments made days earlier by Sadrist MP Bahaa al-Araji, who stressed the importance of a technocratic rather than sectarian government.[278] Rhetoric aside, the decision allowed the Sadrists to skirt the draft election law that barred political parties with militias from competing in the elections.[279] Given eroding political support for the movement, the decision may have also been a way to avoid potential and embarrassing electoral losses.[280]

## Asaib Ahl al-Haq and Iranian-Backed Groups Continue Armed Resistance

AAH/Special Groups consolidated their networks and retraining in Iran while the Sadrist Movement charted a new course. Thousands of fighters had fled Iraq to evade capture during the Basra, Sadr City, and Amarah security offensives.[281] With their network disrupted in Iraq, senior AAH/Special Groups and IRGC-QF leadership embarked on a retraining and restructuring process.[282] The training involved new tactics and weapons, including the use of "sticky bombs" for targeted assassinations of significant political figures.[283] This restructuring was likely done with an eye towards the upcoming elections.[284] Iranian armed support has historically taken into account Iraqi political developments. In the wake of

PX679

Iraqi national elections in January 2005, IRGC-QF expanded their efforts in Iraq with help from Lebanese Hezbollah.[285] Likewise, as the Maliki government was formed in May 2006, Iranian-backed militias were restructured under the leadership of Qais Khazali.[286] And Iranian President Mahmoud Ahmedinejad is said to have promised Prime Minister Maliki that the IRGC-QF would cease its activities in Iraq for the three weeks prior to Iraq's provincial elections.[287]

U.S. intelligence reports assessed that there were at least two primary Iranian-backed groups operating in Iraq in the fall of 2008: Asaib Ahl al-Haq and Kata'ib Hezbollah.[288] AAH continued to operate independently of Sadr and turned as usual to Iranian-linked groups to continue their resistance.[289] According to General Odierno, these Iranian-backed groups have changed their tactics to adapt to the improved security situation, which has made it harder for their networks to operate.[290] Iranian-backed fighters have turned to the use of silenced weapons and "sticky bombs," explosives which are attached to vehicles (often magnetically) and detonated remotely.[291]

Asaib Ahl al-Haq continued to attack Coalition Forces in the summer and fall of 2008 with EFPs; they also engaged in kidnapping, intimidation, and sectarian violence.[292] Akram al-Kabi evidently continued to lead AAH after the spring uprising; he published a message for the members of Asaib Ahl al-Haq in September 2008 urging them to continue their armed resistance against Coalition Forces.[293] Kabi

also appealed to the legacy of Mohammed Sadeq al-Sadr as the father of their movement.[294] Kabi was thus implicitly claiming Asaib Ahl al-Haq as the true heir to Sadeq al-Sadr's movement, instead of the organizations under the control of Muqtada al-Sadr.

Muqtada al-Sadr attempted to reconcile with Akram Kabi and AAH in late 2008. Muqtada appealed to members of Asaib Ahl al-Haq to "abandon their leaders and join his brigade" when he announced the creation of the Promised Day Brigade on November 14, 2008.[295] According to his statement, Sadr had approached Kabi and the other leadership of Asaib Ahl al-Haq about reintegrating into his movement but they rebuffed his request.[296] He thus criticized their leadership for abandoning the interests of the Sadrist Trend and Iraq and becoming concerned with political affairs.[297] This statement confirms the splits between Asaib Ahl al-Haq and the re-formed militia, and indicates that AAH was not willing to act as the Promised Day Brigade. Muqtada al-Sadr, furthermore, viewed the split between his organization and AAH as harmful and desired to unite the disparate factions under his control. Sadr's criticism of the political focus of Asaib Ahl al-Haq leaders implies that they were planning on entering the political sphere to challenge his organization. To counter this challenge, he sought to reconcile with the group.

Asaib Ahl al-Haq issued a statement several days later rejecting Sadr's offer. AAH accused him of abandoning them and their cause of resistance.[298] They responded to

Sadr's criticism of their leadership by saying that their leaders were close aides of Sadeq al-Sadr who were integral in carrying on his legacy after his death.[299] Akram al-Kabi thus suggests that he was joined by others who were close to Mohammed Sadeq al-Sadr and were leaders of the movement prior to Muqtada al-Sadr's rise in 2003. These might possibly be other elements of what was once the Khazali faction, before the Coalition detained Qais Khazali. AAH urged Muqtada al-Sadr to retract his statements and unite with them in a return to armed resistance.[300]

Asaib Ahl al-Haq retains a limited capacity for armed resistance. The group re-trained in Iran during the summer of 2008. The absence of its high-level leaders has reduced its capacity to operate in Iraq. Its leadership continues to insist on armed resistance to the Coalition, while nevertheless attempting to enter the political arena. They present a challenge to Muqtada al-Sadr's leadership of the political movement before national elections, if not provincial elections.

PX679

# PROVINCIAL ELECTIONS

JAM IS UNLIKELY to derail provincial elections through intimidation campaigns. Support for JAM has waned in the Shi'a neighborhoods of Baghdad, where residents have grown tired of the violence, intimidation, extortion, and criminality wrought by the militia.[301] With the threat of al-Qaeda diminished and the Iraqi Security Forces increasingly capable of maintaining security, Shi'a civilians no longer depend on JAM for protection. As a result, they have come forward in increasing numbers with information on militia fighters.[302] JAM's inability to control the local economy is especially evident — "The price of cooking gas is less than a fifth of what it was when the militia controlled local gas stations, and kerosene for heating has also become much less expensive."[303] In some areas, relatives of those killed by the militia have demanded compensation from the families of militiamen.[304]

The Sadrists are also politically weak. The Maliki government marginalized Sadrist politicians during the negotiations of the Status of Forces Agreement (SOFA). The Parliamentary bloc fiercely resisted the SOFA (a stance consistent with the Movement's anti-Coalition agenda) and voted against it, but they could not prevent the Iraqi Parliament from passing the agreement in late November 2008.[305] They were unable to offer a realistic set of demands or alternatives to it.[306] Moreover, because the SOFA contains withdrawal dates for Coalition Forces, Prime Minister Maliki has seized the Sadrists' central issue and made it his own.[307] The Sadrists'

platform is therefore weakened as they approach provincial elections. Moreover, their decision to run as independents has left them without the infrastructure necessary to compete against ISCI and Dawa.[308] The Sadrist Movement has also not been able to build a coalition in advance of elections, which further diminishes their chances for electoral success. The Sadrists' are unlikely to gain seats on the provincial councils.

Yet, the traditional Sadrist constituency — the Shi'a urban poor and rural tribes — has taken on new significance as the political and military clout of the Sadrist Movement declined. Established Shi'a parties are competing for this constituency as provincial and national elections approach.

Prime Minister Maliki has aggressively sought to court the Sadrist Trend's traditional power base. He formed tribal support councils throughout the Shi'a south in the late summer and fall of 2008. Maliki claims that the tribal support councils were designed to empower tribal leaders, who traditionally had been politically marginalized.[309] Maliki has underlined the role of the tribes in maintaining local security, promoting reconciliation, and strengthening the government.[310] Maliki echoed Sadeq al-Sadr's stress on the important role of the tribes in politics and society. He even sought to cast himself and his Dawa party as the rightful heir of Sadeq al-Sadr's movement, with its emphasis on nationalism and populism.[311] Dawa was founded in the 1960s by Ayatollah Mohammed Baqir al-Sadr, Sadeq al-Sadr's

PX679

cousin and Muqtada al-Sadr's father-in-law.[312] Rhetoric and symbolism aside, Maliki has used the tribal councils to build a patronage network in advance of elections. The tribal support councils are directed and funded by the Prime Minister's office, bypassing the provincial and local governments that are controlled by Maliki's rivals.[313] The tribal support councils provide a way for Maliki to get money directly to the tribes, and thereby gain political leverage.

Maliki's tribal efforts have attracted fierce resistance from ISCI indicating that they pose a serious threat to that party's hold on power in southern Iraq. He has used the tribal support councils to show his popularity in the south and to counterbalance the popular demonstrations organized by the Sadrists against the SOFA. Thousands of members of the tribal support councils demonstrated in support of the Prime Minister in Dhi Qar province and Hillah on November 15, 2008.[314] A thousand people marched in a demonstration in Basra in support of the SOFA and Prime Minister Maliki days later.[315] The Sadrists' protest against the SOFA that same week drew a crowd larger than Maliki's but noticeably smaller than those who rallied with the Sadrists' in years past.[316]

Iranian-backed groups seek to destabilize and delegitimize the vote through assassination and intimidation.[317] Fifty percent of their leadership is still outside Iraq, in places like Iran, Syria, or Lebanon, but lower level operatives remain within Iraq.[318] They have conducted targeted assassinations of moderate politicians and government employees, as well as attacks against Coalition and Iraqi Forces. The highest profile of these attacks was the assassination of Saleh al-Ugaili, a Sadrist parliamentarian who upheld the JAM ceasefire during fighting in Sadr City in April 2008. Ugaili was killed in a bomb attack as his convoy traveled through Sadr City in October 2008, allegedly perpetrated by hard-line militia elements backed by Iran.[319]

The IRGC-Qods Force is also providing financial support to several Shi'a political parties and they maintain close ties with a number of Iraqi political leaders.[320] The Iranians have a longstanding strategy of supporting multiple political factions while sponsoring various armed groups outside of the government.[321] Iran thereby maintains influence within the Iraqi government while hedging "against a potentially hostile Iraqi government."[322] It also allows the Iranians to check U.S. action in Iraq in the political and security spheres.[323] The temporary cessation of IRGC-Qods Force sponsored activities in the weeks before the provincial election, promised to Maliki by Ahmadinejad, is only helpful exactly as long as it lasts, and hardly undermines Iranian policy.[324]

PX679

# CONCLUSION

THE SADRIST MOVEMENT has steadily fragmented as a result of the Surge, competition among internal factions, and Maliki's consolidation of power. Deliberate Coalition and Iraqi military operations, and Iraqi political maneuvers, have severed the political, military, and social strands of the Sadr Movement, which no longer co-exist in the same entity and will not likely recombine in 2009. The pressure on the Sadrists during the Surge accelerated this fracturing. Coalition and Iraqi offensive operations in 2007 and 2008 targeted JAM's military strength in Baghdad and southern Iraq, minimizing threat that the militia posed to security. Simultaneously, Sadrist political rivals, namely ISCI and Dawa, marginalized the movement by diminishing the Sadrists political sway and eliminating their ability to obstruct key pieces of legislation.

The external pressure on the Sadrist Movement exacerbated its internal struggles. Muqtada al-Sadr's prolonged absence in 2007 and 2008 further undermined his control of the decentralized movement. By June 2008, when the last of the U.S. Surge brigades redeployed, the Sadrists were operating in a transformed political and security environment. The movement's political, religious, and military factions were deeply divided in their priorities and loyalties.

Two main factions within the movement are competing for control of the constituency and the legacy of Mohammed Sadeq al-Sadr. The first faction, clerics and politicians of the Sadrist Trend led by Hazem al-Araji, are seeking to solidify support for independent candidates that represent their movement. They have done so with an emphasis on a return to the social, religious, and educational programs and services that was enshrined in the movement of Sadeq al-Sadr during the 1990s. Hazem al-Araji and Muqtada al-Sadr have demobilized most JAM members and included them in the *Mumahidoon* movement, the non-violent successor to JAM.

The second faction of the Sadrist Movement is Asaib Ahl al-Haq, the armed resistance movement, which coheres around the aims, loyalties, and leadership of Qais Khazali and Akram al-Kabi. Muqtada al-Sadr has appealed for members of this splinter faction to abandon their leaders, such as Akram al-Kabi, and rejoin his movement. Asaib Ahl al-Haq has refused. It seeks to continue armed resistance against Coalition Forces while nevertheless entering Iraqi politics as the rightful heir of Mohammed Sadeq al-Sadr.

In 2003, the leadership of the Sadrist Movement modeled the organization on Lebanese Hezbollah, seeking to establish political, social, and armed wings of the movement. The Sadrist Movement once exerted levers of control over the government through representation in Parliament, control of ministerial offices, the ability to organize popular protests, and the possibility of taking arms when necessary. The military operations of 2007 and 2008 have made it impossible for either faction to exercise all of these levers or reconstitute into a Hezbollah-like organization in the near future. Muqtada al-Sadr, Hazem al-Araji, and the political and clerical leaders of

PX679

the Sadr Trend must acquire a capable armed wing and restore their own political capacity if they wish to pursue the Hezbollah model. Asaib Ahl al-Haq, in contrast, must enter politics and acquire the social-services capacity it currently lacks. The frictions between Muqtada al Sadr and the leaders of Asaib Ahl al-Haq make it unlikely that the groups will combine their assets in the near future — a move that would restore the Sadr Movement to a Hezbollah-like path in Iraq.

The Hezbollah model may no longer seem attractive to the leaders of either Sadrist faction. The increasing strength of the Iraqi central government makes that model less likely to succeed. The Sadrist factions, Lebanese Hezbollah, and the Qods Force would have to create conditions in which a Hezbollah-like model could flourish inside Iraq. It is possible that either or both factions of the Sadrist Movement have adapted to this reality and will not seek to follow the Hezbollah model. The rival Sadrist leaders may therefore sensibly decide to consolidate their own strengths rather than attempting to recombine all the movement's disparate components. The abandonment of the Hezbollah model will perpetuate the factional rivalry, but give each faction the opportunity to gain a different foothold within Iraqi politics.

In this scenario, Muqtada presents the greatest challenge to the Government of Iraq and the traditional Iraqi Shi'a clergy if he completes his studies with Ayatollah Haeri, secures recognition of his ability to understand and interpret Islamic jurisprudence, and returns to Najaf —

whether in a few years, as his spokespeople claim, or at some later point. The challenge would come not only from his enhanced clerical authority, but more importantly from his commitment to Iranian revolutionary theology and the principles of clerical rule Haeri espouses.

Asaib Ahl al-Haq presents a challenge to the Government of Iraq because of its potential capacity to use its armed militia against the nascent political order — in assassination or terror campaigns, for example. Yet the leaders of AAH had little capacity to use their militia inside of Iraq at the end of 2008, and they have done so primarily to target Coalition forces rather than Iraqis.

Coalition Forces have had Asaib Ahl-Haq's original leader, Qais Khazali, imprisoned for nearly two years. The Status of Forces Agreement requires the Coalition to release all prisoners from custody who cannot be held under Iraqi law. Qais Khazali is likely to be freed from custody in 2009. If Qais Khazali and Akram al-Kabi are able to work together, they can strengthen AAH's position as the rightful heir to the Sadr Trend. If Muqtada is able to reconcile with Qais Khazali, however, he might fold the networks fully into his own organization.

Other Shi'a political groups are also seeking to attract Sadrist factions, but none more so than Prime Minister Maliki. Maliki and his Dawa Party are presenting themselves as the rightful heir to Sadeq al-Sadr's movement with a focus on nationalism and the importance of the

PX679

**The Fragmentation of the Sadrist Movement**                    Marisa Cochrane

tribes. The creation of Tribal Support Councils enabled the Prime Minister to garner the support of a constituency in southern Iraq formerly sympathetic to the Sadrist Trend. These Councils appear to have attracted a large body of would-be Sadrist voters.

The formation of Parliamentary coalitions is more important in consolidating power in the Iraqi system than gaining a large share of the popular vote. Therefore, the coalitions that form before and after the national elections will be critical in determining the next Prime Minister of Iraq and the trajectory of Iraqi politics. Although Maliki has successfully attracted a portion of the Sadrist constituency through his tribal outreach, it is not clear whether he can and will seek to ally with other fragments of the movement — whether the Sadrist politicians loyal to Muqtada, or the leaders of Asaib Ahl al-Haq who are now seeking political opportunities. If Maliki succeeds in building a Parliamentary coalition with leaders from either Sadrist faction, he will most likely cement his hold on power in the 2009 elections and dramatically reshape the political environment in Iraq.

PX679

The Fragmentation of the Sadrist Movement                    Marisa Cochrane

# NOTES

[1] The Sadrist Movement refers broadly to the adherents of a Shi'a Islamist and Iraqi nationalist movement that emerged in the 1990s in impoverished areas of southern Iraq and Baghdad under the leadership of Ayatollah Muhammad Muhammad Sadiq al-Sadr.

[2] Faleh Jabar, *The Shi'ite Movement in Iraq*, SAQI, London, 2003, p. 272; Mahan Abdein, "The Sadrist Movement," *Middle East Intelligence Bulletin*, Vol. 5, No. 7, July 2003.

[3] Mahan Abdein, "The Sadrist Movement," *Middle East Intelligence Bulletin*, Vol. 5, No. 7, July 2003; Patrick Cockburn, *Muqtada*, Scribner, New York, 2008, p. 79-80.

[4] Patrick Cockburn, *Muqtada*, Scribner, New York, 2008, p. 79.

[5] Mehdi Khalaji, *The Last Marja: Sistani and the End of Traditional Religious Authority in Shiism* (Policy Focus #59: Washington Institute for Near East Policy, September 2006), for the sophisticated description of theological and jurisprudential status; Juan Cole, "The United States and Shi'ite religious factions in post-Ba'thist Iraq," *The Middle East Journal*, Vol. 57 No. 4, Autumn 2003, 551 for the recognition of Mohammed Sadeq al-Sadr.

[6] Patrick Cockburn, *Muqtada*, Scribner, New York, 2008, p. 90.

[7] Patrick Cockburn, *Muqtada*, Scribner, New York, 2008, p. 91.

[8] Mahan Abdein, "The Sadrist Movement," *Middle East Intelligence Bulletin*, Vol. 5, No. 7, July 2003.

[9] Faleh Jabar, *The Shi'ite Movement in Iraq*, SAQI, London, 2003, p. 272-273.

[10] Mehdi Khalaji, The Last Marja: Sistani and the End of Traditional Religious Authority in Shiism (Policy Focus #59: Washington Institute for Near East Policy, September 2006), 13-18.

[11] The Islamic Republic of Iran provided one model of a Shi'a theocratic state familiar to Sadeq al-Sadr. The Islamic Republic was established by Ayatollah Khomeini on the basis of a political and religious principle known as *veliyat-e-faqih*, or guardianship of the Islamic jurist. The theological arguments surrounding this principle and Khomeini's interpretation of it fall far beyond the scope of this paper. What is important here is that according to Khomeini's theories, the Supreme leader in Iran oversees all matters of governance for all Shi'a—not only those in Iran. Sadeq al-Sadr, by aiming to create and lead an Iraqi theocratic state, thereby challenged "Supreme Leader [of Iran] Ayatollah Ali Khamenei's claim to pan-Shiite leadership." He was challenging the Iranian concept of the state by offering an alternative view of clerical rule to Iraqi Shi'a. "Iraq's Muqtada al-Sadr: Spoiler or Stabiliser?" *Middle East Report No. 55*, International Crisis Group, July 11, 2006, p. 4.

[12] The establishment of Friday prayers was staggered across central and southern Iraq. In 1996, Sadr initiated Friday prayers in the city of al-Kut. A year later, in Sadr City. In 1998, Sadr began leading Friday prayers at the great mosque in Kufa, near Najaf. Patrick Cockburn, *Muqtada*, Scribner, New York, 2008, p. 100.

[13] Patrick Cockburn, Muqtada, Scribner, New York, 2008, p. 79.

[14] Dan Murphy, "Sadr the Agitator: Like Father, Like Son," *The Christian Science Monitor*, April 27, 2004; Patrick Cockburn, *Muqtada*, Scribner, New York, 2008, p. 100.

[15] Mahan Abdein, "The Sadrist Movement," *Middle East Intelligence Bulletin*, Vol. 5, No. 7, July 2003; Patrick Cockburn, Muqtada, Scribner, New York, 2008, p. 104.

[16] Douglas Juel, "Assassination of Shiite Cleric Threatens Further Iraqi Unrest," *The New York Times*, February 22, 1999.

[17] Patrick Cockburn, *Muqtada*, Scribner, New York, 2008, p. 112-113.

[18] Anthony Shadid, *Night Draws Near*, Henry Holt and Company, New York, 2005, p. 172

[19] Anthony Shadid, *Night Draws Near*, Henry Holt and Company, New York, 2005, p. 172

[20] Antony Shadid, "Sadr's Disciples Rise Again to Play Pivotal Role in Iraq," *The Washington Post*, August 30. 2005.

[21] Anthony Shadid, "Sadr's Disciples Rise Again To Play Pivotal Role in Iraq," *The Washington Post*, August 30, 2005.

[22] Juan Cole, "The United States and Shi'ite religious factions in post-Ba'thist Iraq," *The Middle East Journal*, Vol. 57 No. 4, Autumn 2003; for greater nuance on the nature and traditions of the marjayat, see Mehdi Khalaji, *The Last Marja: Sistani and the End of Traditional Religious Authority in Shiism* (Policy Focus #59: Washington Institute for Near East Policy, September 2006). For Kazim Haeri, http://www.alhaeri.org/index1.html.

[23] Patrick Cockburn, *Muqtada*, Scribner, New York, 2008, p. 113.

[24] Greg Bruno, "Muqtada al-Sadr," Backgrounder, Council on Foreign Relations, May 16, 2008.

PX679

The Fragmentation of the Sadrist Movement                    Marisa Cochrane

[25] "Iraq's Muqtada al-Sadr: Spoiler or Stabiliser?" *Middle East Report No. 55*, International Crisis Group, July 11, 2006, p.6; Vali Nasr, Transcript from "Iran and the Shia Revival in the Middle East," Council on Foreign Relations, March 23, 2006.

[26] Mehdi Khalaji, "The Last Marja:  Sistani and the End of Traditional Religious Authority in Shiism," *Policy Focus #59*,  Washington Institute for Near East Policy, September 2006.

[27] Craig S. Smith, "Aftereffects: Iran's Influence; Cleric in Iran Says Shiites Must Act," *The New York Times*, April 26, 2008.

[28] Anthony Shadid, *Night Draws Near*, Henry Holt and Company, New York, 2005, p. 172

[29] Anthony Shadid, "A Struggle for Iraqi Clergy's Soul; Some Shiites Reject Tradition, Embrace Politics," *The Washington Post*, June 30, 2003.

[30] Craig S. Smith, "Aftereffects: Iran's Influence; Cleric in Iran Says Shiites Must Act," *The New York Times*, April 26, 2008; Anthony Shadid, "Shiite Clerics Move to Assume Control," *The Washington Post*, April 14, 2003.

[31] Anthony Shadid, "A Struggle for Iraqi Clergy's Soul; Some Shiites Reject Tradition, Embrace Politics," *The Washington Post*, June 30, 2003; Anthony Shadid, "Cleric Risks a Backlash With Anti-U.S. Rhetoric," *The Washington Post*, July 28, 2003, p. A12.

[32] Amit R. Paley, "Aide to Shiite Militia Leader Killed in Iraq; Ambush Could Intensify Clashes between Sadr's Mahdi Army, Government Troops," *The Washington Post*, April 12, 2008, pg. A10.

[33] Maj. Timothy Haugh, "The Sadr II Movement: An Organizational Fight for Legitimacy within the Iraqi Shi'a Community," *Strategic Insights*, Volume IV, Issue 5, May 2005; Patrick Cockburn, *Muqtada*, Scribner, New York, 2008, p. 127-128.

[34] Juan Cole, "The United States and Shi'ite religious factions in post-Ba'thist Iraq," *The Middle East Journal*, Vol. 57 No. 4, Autumn 2003.

[35] "Grand Ayatollah who was al-Sadr's mentor distances himself from the anti-U.S. cleric," *Associated Press*, September 5, 2004.

[36] Mahan Abdein, "The Sadrist Movement," *Middle East Intelligence Bulletin*, Vol. 5, No. 7, July 2003; E.A. Torriero, "To militants, new Iraq doesn't mix with alcohol," *Chicago Tribune*, May 20, 2003.

[37] "Prominent Shiites call for Iraqi Christians to follow Islamic law", *Agence France Presse*, May 2, 2003; E.A. Torriero, "To militants, new Iraq doesn't mix with alcohol," *Chicago Tribune*, May 20, 2003.

[38] "Coalition, Iraqi Forces Net Numerous Suspects, Weapons Caches," *American Forces Press Service*, October 3, 2005; Juan Cole, "The United States and Shi'ite religious factions in post-Ba'thist Iraq," *The Middle East Journal*, Vol. 57 No. 4, Autumn 2003.

[39] George Packer, "Testing Ground," *The New Yorker*, February 21, 2005.

[40] Juan Cole, "The United States and Shi'ite religious factions in post-Ba'thist Iraq," *The Middle East Journal*, Vol. 57 No. 4, Autumn 2003.

[41] Ernesto Londoño, "Shiite Bloc in Parliament Diminished by Defection," *The Washington Post*, March 8, 2007, p.  A18.

[42] There are serious differences in the perception of the Sadrists and the exile parties. Many Sadrists supporters believe ISCI and Dawa to represent the elite and educated classes, rather than the broader population.  The Sadrists were also highly wary of the time ISCI and Dawa leaders spent in Iran. Members of ISCI and Dawa often view the Sadrists as uneducated, poor, and unruly. See, Patrick Cockburn, *Muqtada*, Scribner, New York, 2008, 132-133; "Iraq's Muqtada al-Sadr: Spoiler or Stabiliser?" *Middle East Report No. 55*, International Crisis Group, July 11, 2006, p.15.

[43] Craig S. Smith, "Iraqi Shiites, Jockeying for Power, Preach an Anti-American Sermon," *The New York Times*, April 20, 2003.

[44] Craig S. Smith, "Aftereffects: Iran's Influence; Cleric in Iran Says Shiites Must Act," *The New York Times*, April 26, 2003.

[45] Patrick Cockburn, *Muqtada*, Scribner, New York, 2008, 123-126; Juan Cole, "The United States and Shi'ite religious factions in post-Ba'thist Iraq," *The Middle East Journal*, Vol. 57 No. 4, Autumn 2003..

[46] "Tribal leaders help restore calm near home of top Iraqi Shiite cleric," *Agence France Presse*, Monday April 14, 2003.

[47] Fiona Macdonald, "Tribal leaders help restore calm near home of leading Iraqi Shiite cleric," *Agence France Presse*, April 14, 2003.

[48] Jim Garamone, "Warrant Issued for Anti-Coalition Cleric's Arrest," *American Forces Press Service*, April 5, 2004; Vincent J. Schodolski, Knight/Ridder, "U.S. Forces Declare Intent to Arrest Radical Iraqi Cleric," *Chicago Tribune*,

PX679

April 6, 2004; Robert H. Reid, "Top aide to al-Sadr assassinated in Iraq," *The Associated Press*, April 10, 2008; Peter R. Mansoor, *Baghdad at Sunrise:  A Brigade Commander's War in Iraq*, Yale University Press, New Haven 2008, 279.

[49] Peter R. Mansoor, *Baghdad at Sunrise: A Brigade Commander's War in Iraq* (New Haven:  Yale University Press, 2008), 279.

[50] Peter R. Mansoor, *Baghdad at Sunrise: A Brigade Commander's War in Iraq* (New Haven:  Yale University Press, 2008), 279.

[51] Patrick Cockburn, *Muqtada*, Scribner, New York, 2008, 145-147; Jim Garamone, "Warrant Issued for Anti-Coalition Cleric's Arrest," *American Forces Press Service*, April 5, 2004; Dan Murphy, "In Iraq, a 'perfect storm'," *The Christian Science Monitor*, April 9, 2004.  For an account of the battle of Karbala in April 2004, see Peter R. Mansoor, Baghdad at Sunrise:  A Brigade Commander's War in Iraq (New Haven:  Yale University Press, 2008), 279.

[52] Patrick Cockburn, *Muqtada*, Scribner, New York, 2008, 147-149.

[53] Orly Halpern, "Sadr standoff comes to an end," *Christian Science Monitor*, Page 6, May 28, 2004.

[54] Tom Lasseter, "U.S. troops clash with al-Sadr's supporters in Najaf," *Knight Ridder Washington Bureau*, August 3, 2004.

[55] Abdul Hussein Al-Obeidi, "Al-Sadr militia clashes with U.S. and Iraqi forces," *The Associated Press*, August 5, 2004.

[56] Abdul Hussein Al-Obeidi, "U.S. Helicopters pound militants in Najaf cemetery," *The Associated Press*, August 10, 2004.

[57] "Sistani in UK for heart treatment," *BBC News*, August 6, 2004.

[58] Patrick Cockburn, *Muqtada*, Scribner, New York, 2008, p. 156.

[59] Sistani had been in London where he was undergoing a medical procedure. "Cleric seeks end to battles in Najaf," *The International Herald Tribune*, August 27, 2004; Dexter Filkins And Alex Berenson, "Allawi orders ceasefire to permit talks," *The New York Times*, Page 1.

[60] "Top Cleric Brokers Deal To End Battle In Najaf; Militia, U.S. Would Leave," *The Washington Post*, August 27, 2004; Rajiv Chandrasekaran, "Mortar Attack Kills Dozens," *Washington Post Foreign Service*; Patrick Cockburn, *Muqtada*, Scribner, New York, 2008, p. 161-162.

[61] Patrick Cockburn, *Muqtada*, Scribner, New York, 2008, p. 164.

[62] Brian Murphy, "Iran's top dissident cleric turns attention to Iraq chaos," *Associated Press*, October 6, 2004; "Grand Ayatollah who was al-Sadr's mentor distances himself from the anti-U.S. cleric," *The Associated Press*, September 5, 2004.

[63] Hamza Hendawi, "Shiite firebrand searching for role after losses in Najaf," *Associated Press*, September 9, 2004.

[64] Hamza Hendawi, "Shiite firebrand searching for role after losses in Najaf," *Associated Press*, September 9, 2004; "Al-Sadr spokesman denies 'political breakthrough' after Iraqi cleric's release," *Al-Jazeera TV*, BBC Monitoring Middle East – Political, October 7, 2004.

[65] Hamza Hendawi, "Shiite firebrand searching for role after losses in Najaf," *Associated Press*, September 9, 2004.

[66] Although a great deal of circumstantial evidence suggests close Iranian control of Haeri, it cannot be definitively proved. Nazali Fathi, "Ex-Mentor of Rebel Cleric Breaks From His Protégé," *The New York Times*, September 5, 2004; Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 34; and Mehdi Khalaji, "The Last Marja:  Sistani and the End of Traditional Religious Authority in Shiism," *Policy Focus #59*,  Washington Institute for Near East Policy, September 2006.

[67] Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 34.

[68] Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 34-35.

[69] Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 37.

[70] Karin Bruilliard, "Ex-Sadr Aide Held in American Deaths," *The Washington Post*, March 23, 2007; Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 35.

[71] Karin Bruilliard, "Ex-Sadr Aide Held in American Deaths," *The Washington Post*, March 23, 2007; Thanassis Cambanis and Sa'ad Al-Izzi, "Violence Exposes Shi'ite Divisions, Iraqi Security Forces Kill 2 Baghdad Protestor," *The Boston Globe*, September 11, 2004.

PX679

[72] "US sees confrontation with Sadr splinter factions," *Agence France Presse*, October 12, 2004.

[73] Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," *Press Release HP-759*, U.S. Department of Treasury, January 9, 2008.

[74] Jon Swain, "Is this Iraq's most prolific mass killer?" *The Sunday Times (London)*, January 21, 2007.

[75] Nibras Kazimi, "NYT: Fragmentation of the Mahdi Army," *Talisman Gate*, November 13, 2006.

[76] Sabrina Tavernise, "Cleric Said to Lose Reins of Parts of Iraqi Militia," *The New York Times*, September 28, 2006.

[77] John Ward Anderson and Ellen Knickmeyer, "Twofold Operation Seals Sadr City; Troops See U.S. Soldier, Militiamen," *The Washington Post*, October 30, 2006.

[78] Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," *Press Release HP-759*, U.S. Department of Treasury, January 9, 2008.

[79] Ellen Knickmeyer, "Disavowed by Mahdi Army, Shadowy 'Butcher' Still Targets Sadr's Foes," *Washington Post Foreign Service*, August 25, 2006; A12.

[80] "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," *Press Release HP-759*, U.S. Department of Treasury, January 9, 2008; John Ward Anderson and Ellen Knickmeyer, "Twofold Operation Seals Sadr City; Troops See U.S. Soldier, Militiamen," *The Washington Post*, October 30, 2006.

[81] "Iraq's Muqtada al-Sadr: Spoiler or Stabiliser?" *Middle East Report No. 55*, International Crisis Group, July 11, 2006, p.13.

[82] "Iraq's Muqtada al-Sadr: Spoiler or Stabiliser?" *Middle East Report No. 55*, International Crisis Group, July 11, 2006, p.13.

[83] "Iraq's Muqtada al-Sadr: Spoiler or Stabiliser?" *Middle East Report No. 55*, International Crisis Group, July 11, 2006, p.13-14.

[84] Kathleen Ridolfo, "An Overview of Political Groups in Iraq," Radio Free Europe/Radio Liberty, October19, 2004; China FBIS Report, "Highlights: Iraqi Press 10 Mar 05," March 10, 2005.

[85] Antony Shadid, "Sadr's Disciples Rise Again to Play Pivotal Role in Iraq," *The Washington Post*, August 30. 2005.

[86] Antony Shadid, "Sadr's Disciples Rise Again to Play Pivotal Role in Iraq," *The Washington Post*, August 30. 2005.

[87] Antony Shadid, "Sadr's Disciples Rise Again to Play Pivotal Role in Iraq," *The Washington Post*, August 30. 2005.

[88] Peter Kenyon, "Cleric Moqtada al-Sadr Joins Shiite Mainstream," *All Things Considered*, National Public Radio, November 16, 2005; Charles Levinson, "Ballot-box win boosts Iraqi radical," *The Christian Science Monitor*, January 30, 2006

[89] Dan Murphy, "Sadr's militia tightens grip on healthcare," *The Christian Science Monitor*, May 25, 2006.

[90] Kimberly Kagan, "Iran's Proxy War Against the United States and Iraqi Government," *Iraq Report 6*, Institute for the Study of War, August 29, 2007, p. 9.

[91] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[92] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[93] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[94] Statement by General David Petreaus, USA, Commander, Multi-National Force-Iraq, "Report to Congress on the Situation in Iraq," September 10-11, 2007.

[95] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[96] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[97] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[98] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[99] Michael Ware, "Inside Iran's Secret War for Iraq," *TIME*, August 15, 2005.

[100] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007; "Press Release HP-1141," *U.S. Department of Treasury*, September 16, 2008.

[101] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[102] Marisa Cochrane, "Asaib Ahl al-Haq and the Khazali Special Groups Network," *Backgrounder*, Institute for the Study of War, January 13, 2009.

[103] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[104] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[105] The Badr Corps was organized geographically around four axes. The first was the Southern Axis and included the southernmost provinces; the second was the Middle Axis, which consisted of the cities along the central Euphrates River south of Baghdad; the third axis, or the Baghdad Axis, focused on the Baghdad area; and the Northern Axis, the fourth and final, focused on the Kurdish areas in the north. Michael Ware, "Inside Iran's Secret

PX679

**The Fragmentation of the Sadrist Movement**                    Marisa Cochrane

War for Iraq," *TIME*, August 15, 2005; Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 21.

[106] Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 21.

[107] Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 21.

[108] "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," *Press Release HP-759*, U.S. Department of Treasury, January 8, 2008; Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 24; Michael Ware, "Inside Iran's Secret War for Iraq," *TIME*, August 15, 2005.

[109] Michael Ware, "Inside Iran's Secret War for Iraq," *TIME*, August 15, 2005.

[110] Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 38.

[111] Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 38.

[112] "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," *Press Release HP-759*, U.S. Department of Treasury, January 8, 2008; Michael Ware, "Inside Iran's Secret War for Iraq," *TIME*, August 15, 2005; Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 38.

[113] "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," *Press Release HP-759*, U.S. Department of Treasury, January 8, 2008.

[114] "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," *Press Release HP-759*, U.S. Department of Treasury, January 8, 2008.

[115] Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 39.

[116] Anthony Loyd, "Murder, violence and politics: how rogue police can live outside law," *The Times (London)*, September 22, 2005.

[117] Anthony Loyd, "Murder, violence and politics: how rogue police can live outside law," *The Times (London)*, September 22, 2005; "Tensions growing in south Iraq," *UPI*, September 26, 2005.

[118] "Iraqi Shiite militiamen protest leader's arrest," *Agence France Presse*, September 18, 2005.

[119] Ellen Knickmeyer and K.I. Ibrahim "Bombing Shatters Mosque In Iraq; Attack on Shiite Shrine Sets Off Protests, Violence," *The Washington Post*, February 23, 2006, p. A01; Colonel Peter Mansoor, interview by Kimberly Kagan, *Institute for the Study of War*, September 23, 2008, Washington, DC.

[120] "The political scene: New premier appointment breaks political logjam," Country Report Subscription, June 12, 2006; Louise Roug, "Militia Issue Poses a Hurdle for Iraqi Leader," Los Angeles Times April 24, 2006, Part A; Pg. 16.

[121] "Iraq's Civil War, the Sadrists, and the Surge," *Middle East Report No. 72*, International Crisis Group, February 7, 2008, p. i, 1; Sabrina Tavernise, "Cleric Said to Lose Reins of Parts of Iraqi Militia," *The New York Times*, September 28, 2006; Anthony Shadid, "A Struggle for Iraqi Clergy's Soul; Some Shiites Reject Tradition, Embrace Politics," *The Washington Post*, June, 30, 2003.

[122] Sabrina Tavernise, "A Shiite Militia in Baghdad Sees its Power Wane," *The New York Times*, July 27, 2008.

[123] Sabrina Tavernise, "Cleric Said to Lose Reins of Parts of Iraqi Militia," *The New York Times*, September 28, 2006.

[124] Sabrina Tavernise, "Cleric Said to Lose Reins of Parts of Iraqi Militia," *The New York Times*, September 28, 2006.

[125] Colonel Peter Mansoor, interview by Kimberly Kagan, *Institute for the Study of War*, September 23, 2008, Washington, DC.; Brian Bennett, "Underestimating al-Sadr—Again," *TIME*, February 11, 2008.

[126] "Iraqi leader disputes U.S. account of raid on militia," CNN, October 25, 2006; Sumedha Senanayake, "Iraq: Shi'ite Militia Continues To Pose Dilemma," Radio Free Europe/Radio Liberty, October 20, 2006; Tony Karon, "What's Behind the Growing Baghdad-Washington Rift," *TIME*, November 1, 2006.

[127] Tony Karon, "What's Behind the Growing Baghdad-Washington Rift," *TIME*, November 1, 2006; Ellen Knickmeyer and John Ward Anderson, "Iraq Tells U.S. to Quit Checkpoints: Sadr City Celebrates Lifting of Blockade as Premier Asserts Authority," *The Washington Post*, November 1, 2006, Page A01; "Al Maliki censures US forces after Sadr City raid kills 26," *Associated Press*, July 1, 2007.

PX679

[128] Sudarsan Raghavan, "Sadr Casts a Shadow Over Bush-Maliki Meeting," *The Washington Post*, November 30, 2006, Page A19.

[129] Ned Parker, "Shia leadership agrees deal over sectarian killers," *The Times of London*, December 22, 2006.

[130] Ned Parker, "Shia leadership agrees deal over sectarian killers," *The Times of London*, December 22, 2006.

[131] Steven R. Hurst, "Iraqi Leader Drops Protection of Militia," *Associated Press*, January 21, 2007.

[132] "Sadr group pulls out of Iraq's ruling Shiite bloc," *Agence France Presse*, September 15, 2007.

[133] Jay Deshmukh, "Iraqi Shiites, Kurds form new alliance without Sunnis," *Agence France Presse*, August 16, 2007.

[134] "Iraq replaces two Sadr ministers," *Agence France Presse*, October 30, 2007.

[135] Press Briefing with Maj. Gen. William B. Caldwell IV, spokesman, Multi-National Force – Iraq, February 14, 2007.

[136] Colonel Peter Mansoor, interview by Kimberly Kagan, *Institute for the Study of War*, September 23, 2008, Washington, DC.; Press Briefing with Maj. Gen. William B. Caldwell IV, spokesman, Multi-National Force – Iraq, February 14, 2007.

[137] Leila Fadel and Zaineb Obeid, "Mahdi Army lowers its profile, anticipating arrival of U.S. troops," *McClatchy Newspapers*, January 13, 2007.

[138] Dave Clark, "US says firebrand Iraqi cleric has fled to Iran," *Agence France Presse*, February 14, 2007.

[139] Jay Deshmukh, "Iraq, US forces capture more than 600 Sadr fighters," *Agence France Presse*, January 23, 2007.

[140] David S. Cloud, Sabrina Tavernise, and John O'Neil, "General sees new troops exiting Iraq before fall," *International Herald Tribune*, January 19, 2007.

[141] "Iraqi cleric Al-Sadr interviewd on "armed resistance, political process, Iran's role," *Al-Jazeera TV*, BBC Monitoring Middle East-Political, March 31, 2008.

[142] Kim Gamel, "Al-Sadr aide arrested in Baghdad," *Associated Press*, January 20, 2007.

[143] "Sadr aides deny the cleric is in Iran," *Los Angeles Times*, February 14, 2007.

[144] "Iraq's Al-Mahdi army restructures, gains new commander—article," *BBC Monitoring Middle East—Political*, May 23, 2007.

[145] Amit R. Paley, "Sadr's Militia Enforces Cease-Fire with a Deadly Purge," *The Washington Post*, February 21, 2008.

[146] Insert Citation from Burton interview September 24, 2008.

[147] Babak Dehghanpisheh, "Iraq's New Guns for Hire," *Newsweek*, May 7, 2007; Lauren Frayer, "U.S. Soldiers find tips flowing from rifts within powerful Shiite militia run by young cleric," *Associated Press*, May 16, 2007.

[148] "U.S. frees al-Sadr aide in apparent attempt to ease tensions in Iraq," *McClatchy Newspapers*, March 22, 2007.

[149] Sudarsan Raghavan, "Iraq's Sadr Overhauls His Tactics," *The Washington Post*, May 20, 2007.

[150] Sudarsan Raghavan, "Iraq's Sadr Overhauls His Tactics," *The Washington Post*, May 20, 2007.

[151] Sudarsan Raghavan, "Iraq's Sadr Overhauls His Tactics," *The Washington Post*, May 20, 2007.

[152] Joseph Krauss, "Chasing the Mahdi Army through Baghdad's hall of mirrors," *Agence France Presse*, July 25, 2007; Lauren Frayer, "U.S. Soldiers find tips flowing from rifts within powerful Shiite militia run by young cleric," *Associated Press*, May 16, 2007.

[153] Lauren Frayer, "U.S. Soldiers find tips flowing from rifts within powerful Shiite militia run by young cleric," *Associated Press*, May 16, 2007.

[154] Lauren Frayer, "U.S. Soldiers find tips flowing from rifts within powerful Shiite militia run by young cleric," *Associated Press*, May 16, 2007.

[155] Colonel J.B. Burton, interview by Kimberly Kagan, *Institute for the Study of War*, September 24, 2008, Washington, DC.

[156] Colonel J.B. Burton, interview by Kimberly Kagan, *Institute for the Study of War*, September 24, 2008, Washington, DC.

[157] Joshua Partlow, "Many Trainees are Complicit with 'Enemy Targets,'" *The Washington Post*, September 4, 2007; Colonel J.B. Burton, interview by Kimberly Kagan, *Institute for the Study of War*, September 24, 2008, Washington, DC.

[158] Colonel J.B. Burton, interview by Kimberly Kagan, *Institute for the Study of War*, September 24, 2008, Washington, DC.

[159] Tom Ricks, "Sadr Back in Iraq, U.S. Generals Say," *The Washington Post*, May 25, 2007.

[160] Brig. Gen. Kevin Bergner, Spokesman, "Press Briefing, July 2," *Multi-National Force - Iraq*, July 2, 2007; "Karbala attackers posed as U.S. military officials," *CNN*, January 23, 2007.

[161] Brig. Gen. Kevin Bergner, Spokesman, "Press Briefing, July 2," *Multi-National Force - Iraq*, July 2, 2007.

**PX679**

[162] "Karbala Provincial Joint Coordination Center attacked by militia," *Multi-National Division – Baghdad PAO*, Press RELEASE No. 20070121-01, January, 21, 2007.

[163] Briefing slides from the press briefing with Brig. Gen. Kevin Bergner, Spokesman, "Press Briefing, July 2," *Multi-National Force - Iraq*, July 2, 2007.

[164] Brig. Gen. Kevin Bergner, Spokesman, "Press Briefing, July 2," *Multi-National Force - Iraq*, July 2, 2007.

[165] Brig . Gen. Kevin Bergner, Spokesman, "Press Briefing, July 2," *Multi-National Force - Iraq*, July 2, 2007.

[166] Brig. Gen. Kevin Bergner, Spokesman, "Press Briefing, July 2," *Multi-National Force - Iraq*, July 2, 2007.

[167] Brig. Gen. Kevin Bergner, Spokesman, "Press Briefing, July 2," *Multi-National Force - Iraq*, July 2, 2007.

[168] Tom Ricks, "Sadr Back in Iraq, U.S. Generals Say," *The Washington Post*, May 25, 2007.

[169] Amit Paley, "Sadr Pursues Image to Match His Power," *The Washington Post*, May 26, 2008.

[170] Laith Hammoudi and Leila Fadel, "Al-Sadr reasserts authority over his movement," *McClatchy Newspapers*, June 11, 2007.

[171] "Iraq's Sadr back in Iran- US military sources," *Reuters*, July 8, 2007; Laith Hammoudi and Leila Fadel, "Al-Sadr reasserts authority over his movement," *McClatchy Newspapers*, June 11, 2007.

[172] "Iraq's Al-Mahdi army restructures, gains new commander—article," *BBC Monitoring Middle East—Political*, May 23, 2007.

[173] "Treasury Designates Individuals and Entities Fueling Violence in Iraq," *Press Release HP-1141, U.S. Department of the Treasury*, September 16, 2008.

[174] "Iraq's Al-Mahdi army restructures, gains new commander—article," *BBC Monitoring Middle East—Political*, May 23, 2007.

[175] Amit Paley, "Sadr Pursues Image to Match His Power," *The Washington Post*, May 26, 2008.

[176] Patrick Gaughen, "The Fight for Diwaniyah," *Backgrounder 17*, Institute for the Study of War, January 6, 2008.

[177] Patrick Gaughen, "The Fight for Diwaniyah," *Backgrounder 17*, Institute for the Study of War, January 6, 2008.

[178] Stephen Farrell, "50 Die as a Bitter Power Struggle Between Shiite Groups Turns Violent in Karbala," *The New York Times*, August 29. 2007. Badr had secured Karbala's shrines before and after the spring 2004 JAM uprising; Peter R. Mansoor, Baghdad at Sunrise:  A Brigade Commander's War in Iraq (New Haven:  Yale University Press, 2008), 305, 328.

[179] Joshua Partlow and Sudarsan Raghavan, Sadr's Militia Blamed for Deadly Shiite-on-Shiite Melee," *The Washington Post*, October 7, 2007.

[180] Stephen Farrell, "Mahdi army to stop fighting for 6 months," The International Herald Tribune, August 30, 2007.

[181] Joshua Partlow and Sudarsan Raghavan, Sadr's Militia Blamed for Deadly Shiite-on-Shiite Melee," *The Washington Post*, October 7, 2007; "Iraq's Civil War, the Sadrists, and the Surge," *Middle East Report #72*, International Crisis Group, February 7, 2008, p. 11.

[182] Stephen Farrell, "Mahdi army to stop fighting for 6 months," *The International Herald Tribune*, August 30, 2007; "Shi'ite leader declares cease-fire," *The Washington Times*, August 30, 2007; David R. Sands, "Orders 6-month freeze on attacks by militia," *The Washington Times*, August 30, 2007.

[183] Stephen Farrell, "Mahdi army to stop fighting for 6 months," *The International Herald Tribune*, August 30, 2007; David R. Sands, "Shi'ite leader declares cease-fire," *The Washington Times*, August 30, 2007; Bassem Mroue, "Al-Sadr suspends Iraq militia," *The Associated Press*, August 30, 2007.

[184] "Iraqi PM meets with Shi'ites to Quell Political Upheaval," *Voice of America*, September 5, 2007.

[185] "Iraqi TV reports Maliki-Sistani talks, call to demilitarize holy cities," *BBC Monitoring Middle East – Political*, September 7, 2007.

[186] "Iraqi president says terrorism will be eradicated; security, political update," *BBC Monitoring Middle East – Political*, September 5, 2007.

[187] Andrew Gully, "Shiite leaders look to dominate with Iraq pact," *Agence France Presse*, October 7, 2007.

[188] Bassem Mroue, "Iraqi cleric orders 6-month 'freeze' of militia, halts attacks on US forces," *The Associated Press*, August 30, 2007 .

[189] Carol Williams, "Shiite militia backtracks on Sadr cease-fire order," *Los Angeles Times*, August 31, 2007.

[190] Amit Paley, "Sadr Pursues Image to Match His Power," *The Washington Post*, May 26, 2008; Carol Williams, "Shiite militia backtracks on Sadr cease-fire order," *Los Angeles Times*, August 31, 2007

[191] Amit Paley, "Sadr Pursues Image to Match His Power," *The Washington Post*, May 26, 2008.

PX679

[192] Soraya Sarhaddi Nelson, "Iraqi Radical Cleric Al-Sadr Studies for Ayatollah," *National Public Radio Morning Edition*, January 2, 2008.

[193] Mohamad Bazzi, "Muqtada al-Sadr's Power Grab," *The Nation*, December 21, 2007.

[194] Soraya Sarhaddi Nelson, "Iraqi Radical Cleric Al-Sadr Studies for Ayatollah," *National Public Radio Morning Edition*, January 2, 2008; "Iraq's Muqtada Sadr studying to issue fatwas," *Al Arabiya*, December 16, 2007.

[195] Hamza Hendawi and Qassim Abdul Zahra, "Aide: Iraq's al-Sadr may stay in Iran for years ," *The Associated Press* August 22, 2008.

[196] Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 48.

[197] Hamza Hendawi, "Fiery Iraqi cleric resumes seminary studies in search of ayatollah status," *The Associated Press* December 13, 2007.

[198] General Raymond Odierno, interview by the Institute for the Study of War, Baghdad, Iraq, November 10, 2008.

[199] See, Marisa Cochrane, "The Growing Threat of Special Groups in Baghdad," *Backgrounder #25*, Institute for the Study of War, March 6, 2008.

[200] Ned Parker, "Honing a Militia's Image," *Los Angeles Times*, December 7, 2007.

[201] Ned Parker, "Honing a Militia's Image," *Los Angeles Times*, December 7, 2007.

[202] Jay Price and Laith Hammoudi, "25 killed in battle in Iraq; Coalition, Iraqis differ on whether dead were insurgents," *McClatchy Newspapers*, October 6, 2007; "Iraq's Al-Sadr says freeze of militia's military activity remains in force," *The Associated Press*, October 24, 2007.

[203] Marisa Cochrane, "The Battle for Basra," *Iraq Report* 11, The Institute for the Study of War, June 23, 2008.

[204] "Treasury Designates Individuals and Entities Fueling Violence in Iraq," *Press Release HP-1141*, U.S. Department of Treasury, September 16, 2008.

[205] "Treasury Designates Individuals and Entities Fueling Violence in Iraq," *Press Release HP-1141*, U.S. Department of Treasury, September 16, 2008.

[206] Marisa Cochrane, "The Battle for Basra," *Iraq Report* 11, The Institute for the Study of War, June 23, 2008, pg 8-9.

[207] "Deal between key Iraq Shiite figures collapses," *Agence France Presse*, February 17, 2008

[208] Amit Paley, "Sadr Pursues Image to Match His Power," *The Washington Post*, May 26, 2008; Melissa Block, "U.S. Military Praises Militia's Cease-Fire Extension," *All Things Considered*, National Public Radio, February 22, 2008; Mehdi Lebouachera, "Ceasefire has strengthened Iraq's Sadr: analysts," *Agence France Presse*, February 21, 2008.

[209] "The Conflict in Iraq: Militia Cease-Fire In Doubt," *Los Angeles Times*, February 21, 2008; Tina Susman and Raheem Salman, "Shiite leader may end truce," *Los Angeles Times*; Mehdi Lebouachera, "Ceasefire has strengthened Iraq's Sadr: analysts," *Agence France Presse*, February 21, 2008.

[210] Liz Sly, "Sadr weighs renewal of cease-fire; Shiite's cooperation vital to stemming Iraq violence," *Chicago Tribune*, February 21. 2008.

[211] Alexandra Zavis, "After suspense, Iraqi cleric extends truce; In well-planned move, Sadr asserts his rising authority and status," *Los Angeles Times*, Part A; Pg. 5, February 23, 2008.

[212] Mariam Karouny and Tim Cocks, "Iraqi cleric Sadr extends militia ceasefire," *Reuters*, February 22, 2008; "Mahdi Army ceasefire extended," *Al-Jazeera English*, February, 22, 2008.

[213] John Affleck, "Iraq's Green Zone attacked day after al-Sadr renews cease-fire," *The Associated Press*, February 23, 2008

[214] "Secret deal kept British troops out of Basra- report," *Reuters*, August 5, 2008.

[215] "Secret deal kept British troops out of Basra- report," *Reuters*, August 5, 2008.

[216] Marisa Cochrane, "The Battle for Basra," *Iraq Report 9*, Institute for the Study of War, June 23, 2008; Marisa Cochrane, "Special Groups Regenerate," *Iraq Report 11*, Institute for the Study of War, September 2, 2008.

[217] Amit R. Paley, "U.S. Deploys a Purpose-Driven Distinction," *The Washington Post*, May 21, 2008.

[218] Marisa Cochrane, "The Battle for Basra," *Iraq Report 9*, Institute for the Study of War, June 23, 2008; Marisa Cochrane, "Special Groups Regenerate," *Iraq Report 11*, Institute for the Study of War, September 2, 2008.

[219] "Iraqi cleric Al-Sadr interviewed on "armed resistance, political process, Iran's role," *Al-Jazeera TV*, BBC Monitoring Middle East-Political, March 31, 2008.

[220] Iraqi cleric Al-Sadr interviewed on "armed resistance, political process, Iran's role," *Al-Jazeera TV*, BBC Monitoring Middle East-Political, March 31, 2008.

PX679

[221] "Iraqi cleric Al-Sadr interviewed on "armed resistance, political process, Iran's role," *Al-Jazeera TV*, BBC Monitoring Middle East-Political, March 31, 2008.

[222] "Iraqi cleric Al-Sadr interviewed on "armed resistance, political process, Iran's role," *Al-Jazeera TV*, BBC Monitoring Middle East-Political, March 31, 2008.

[223] "Shiite cleric al-Sadr pulls fighters off streets," *Associated Press*, March 31, 2008.

[224] Bill Roggio, "US forces capture 14 Iraqi Shia terrorists in Baghdad, *The Long War Journal*, November 23, 2008; "Asa'ib Ahl al-Haq Claims Attack on US Vehicle 10 May, Posts Video," *Open Source Center Summary of Jihadist Websites*, December 8, 2008; "Asa'ib Ahl al-Haq Claims Three Attacks on US Forces in Iraq, Posts Videos," *Open Source Center Summary of Jihadist Websites*, April 28, 2008.

[225] Marisa Cochrane, "Special Groups Regenerate," *Iraq Report 11*, The Institute for the Study of War, September 2008, pg, 17.

[226] "Sadrists says Iraq government escalates crisis; pact with Iran not binding," *BBC Monitoring Middle East – Political*, May 4, 2008; "Iran denies militia backing in Iraq," *CNN*, May 3, 2008; Ali Akbar Dareini, "Iran confirms Iraqi visit, makes no mention of Baghdad claim Tehran arming Shiite militias," *Associated Press*, May 2, 2008.

[227] Alexandra Zavis, "Iraq, Iran discuss U.S. allegations; A Baghdad delegation is expected to present evidence of meddling," *Los Angeles Times*, Part A, Pg. 8, May 2, 2008.

[228] Alexandra Zavis, "Iraq, Iran discuss U.S. allegations; A Baghdad delegation is expected to present evidence of meddling," *Los Angeles Times*, Part A, Pg. 8, May 2, 2008.

[229] Alissa J. Rubin, Michael R. Gordon, Qais Mizher, Ammar Karim, Mudhafer al-Husaini, and Riyadh Mohammed, "Shiites in Parliament and Sadrist Movement Reach a Deal on Truce in Sadr City," *The New York Times*, May 11, 2008; Colonel Peter Mansoor, interview by Kimberly Kagan, *Institute for the Study of War*, September 23, 2008, Washington, DC.

[230] Sholnn Freeman and Ernesto Londoño, Deal Reached to End Fighting in Sadr City; Agreement Reported by Aide to Cleric," The Washington Post, May 11, 2008, A21.

[231] "Iraq: Elusive Cease-Fire in Al-Sadr City Begs New Questions," Radio Free Europe, May 14, 2008; Michael R. Gordon, "War Over Wall Persists in Sadr City Despite Truce," The New York Times, May 15, 2008; Michael R. Gordon and Stephen Farrell, "In Sadr City, a Cease-Fire Is Put to the Test, and Fails," The New York Times, May 12, 2008.

[232] Hamza Hendawi, "Warrior with AK-47 becomes cleric with pseudonym," *Associated Press*, August 12, 2008.

[233] Marisa Cochrane, "Special Groups Regenerate," *Iraq Report 11*, The Institute for the Study of War, September 2008, pg 18.

[234] Salam Faraj, "Iraqi leaders call for disbanding of militias," *Agence France Presse*, April 6, 2008

[235] Salam Faraj, "Iraqi leaders call for disbanding of militias," *Agence France Presse*, April 6, 2008

[236] Qassim Abdul-Zahra, "Iraqi Cabinet approves measure barring parties with militias from elections," *Associated Press*, April 13, 2008.

[237] Hassan Abdul Zahra, "Iraq militia could disband if clerics order: Sadr aide," *Agence France Presse*, April 7, 2008.

[238] "Al-Sadr to consult senior Shi'i clerics on disbanding militia; Iraq update 7 Apr," *Al-Sharqiyah*, BBC Monitoring Middle East-Political, April 8, 2008.

[239] MH/SR, "Al-Sadr consulted clergy, they 'rejected' dissolving Mahdi Army," *Aswat al-Iraq*, April 8, 2008; "Clerics advise Sadr to keep Mahdi Army," *UPI Energy*, April 9, 2008.

[240] Bill Roggio, "Ayatollah Sistani on the Mahdi Army: 'the law is the only authority in the country,'" *The Long War Journal*, April 9, 2008.

[241] Amit Paley, "Sadr Pursues Image to Match His Power," *The Washington Post*, May 26, 2008.

[242] Tina Susman, "U.S.-Iraqi accord shows Muqtada Sadr's diminished clout," *Los Angeles Times*, December 2, 2008.

[243] Hamza Hendawi, "Political groups said to plan isolation of al-Sadr's movement," *Associated Press*, April 6, 2008.

[244] Hamza Hendawi and Qassim Abdul-Sahra, "Al-Sadr may restart full-scale fight against US in Iraq," *Associated Press*, April 25, 2008.

[245] Leila Fadel and Shashank Bengali, "Iraq backs off allegations in Iran as violence continues apace," *McClatchy Newspapers*, May 4, 2008.

[246] Leila Fadel and Shashank Bengali, "Iraq backs off allegations in Iran as violence continues apace," *McClatchy Newspapers*, May 4, 2008.

PX679

[247] Hamza Hendawi and Qassim Abdul-Sahra, "Al-Sadr may restart full-scale fight against US in Iraq," *Associated Press*, April 25, 2008.

[248] Hamza Hendawi and Qassim Abdul-Sahra, "Al-Sadr may restart full-scale fight against US in Iraq," *Associated Press*, April 25, 2008.

[249] Hamza Hendawi and Qassim Abdul-Sahra, "Al-Sadr may restart full-scale fight against US in Iraq," *Associated Press*, April 25, 2008.

[250] Fadhil Ali, "Confronting the Sadrists: The Issue of State and Militia in Iraq," *Jamestown Foundation Terrorism Monitor*, Vol 6, Issue 9, May 1, 2008.

[251] AE, "Sadr aide slain in Najaf," *Aswat al-Iraq*, April 11, 2008.

[252] "Rubaie: Yes, Al-Khoei's Family requested prosecution of Muqtada al-Sadr, on charges of murder," *Al-Sharq al-Awsat*, April 22, 2008, Translated from Arabic.

[253] "Iraq's Al-Sadr Movement refuses to disband Al-Mahdi Army," *Al-Hayat*, BBC Monitor Middle East–Political, April 17, 2008.

[254] Mark Kukis and Abigail Hauslohner, "In Iraq, al-Sadr Threatens 'Open War,'" *Time*, April 20, 2008; Raviya H. Ismai, "Sadr threatens unending 'war' in Iraq if attacks don't end," *McClatchy Newspapers*, April 19, 2008.

[255] Amit R. Paley, "Sadr Extends Cease-Fire, Clarifies 'Open War' Threat," *The Washington Post*, April 26, 2008, p. A10.

[256] Amit R. Paley, "Sadr Extends Cease-Fire, Clarifies 'Open War' Threat," *The Washington Post*, April 26, 2008, p. A10.

[257] "Al-Sadr threatens 'open war' on 'occupiers,' not Iraq," *CNN*, April 25, 2008.

[258] Amit Paley, "Sadr Pursues Image to Match His Power," *The Washington Post*, May 26, 2008

[259] Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 48.

[260] Ashraf Khalil, "Shiite cleric Sadr to demobilize most of his militia," *Los Angeles Time*, June 14, 2008.

[261] Ashraf Khalil, "Shiite Cleric Sadr to demobilize most of his militia," *Los Angeles Times*, June 14, 2008.

[262] Ashraf Khalil, "Shiite Cleric Sadr to demobilize most of his militia," *Los Angeles Times*, June 14, 2008.

[263] The name Mumahidoon is a reference to the devout Shi'a followers who are waiting for the return of the twelfth Imam Muhammad al-Mahdi. They believe that he will return to earth shortly before the Final Judgment and rid the world of injustice and evil.

[264] Ali al-Mashakheel and Nick Schifrin, "Anti-U.S. Cleric to Lay Down Weapons," *ABC News*, August 7, 2008.

[265] "Shiite cleric Al-Sadr suspends Mahdi militia operations-MP," *Aswat al-Iraq*, August 28, 2008.

[266] Ned Parker, "In Iraq, Muqtada Sadr's followers struggle for relevance," *Los Angeles Times*, November 10, 2008; Sudarsan Raghavan, "Sadr Movement Seeks Its Way As Others Gain Power in Iraq," *The Washington Post*, December 5, 2008, p. A1.

[267] "Iraqi Al-Mahdi Army reorganization result of premier's visit to Iran-paper," *Al-Watan*, BBC Monitoring Middle East–Political, June 16, 2008.

[268] Amit R. Paley, "Powerful Iraqi Cleric Recalibrates Strategy," *The Washington Post*, June 15, 2008

[269] Amit R. Paley, "Powerful Iraqi Cleric Recalibrates Strategy," *The Washington Post*, June 15, 2008; Sinan Salaheddin, "Iraq's al-Sadr renews threats to attack US," *Associated Press*, November 14, 2008.

[270] Dean Yates, "Analysis: Iraq's Sadr avoiding fight with government," *Reuters*, June 16, 2008.

[271] Lt. Gen. Lloyd Austin III, "DoD News Briefing," *Multi-National Corps – Iraq*, June 23, 2008; Col. Charles Flynn, "DoD News Briefing," *Multi National Corps – Iraq*, 26 June 2008.

[272] "Mehdi Army retooling, commander says," *UPI*, July 2, 2008.

[273] Ali al-Mashakheel and Nick Schifrin, "Anti-U.S. Cleric to Lay Down Weapons," *ABC News*, August 7, 2008.

[274] Ali al-Mashakheel and Nick Schifrin, "Anti-U.S. Cleric to Lay Down Weapons," *ABC News*, August 7, 2008.

[275] Amit R. Paley, "Powerful Iraqi Cleric Recalibrates Strategy," *The Washington Post*, June 15, 2008; Amit R. Paley, "Aides to Sadr Refine Stance On Elections," *The Washington Post*, June 16, 2008.

[276] Amit R. Paley, "Powerful Iraqi Cleric Recalibrates Strategy," *The Washington Post*, June 15, 2008; "Shiite leader seeking provincial support," *The Miami Herald*, June 16, 2008; Mike Tharp, "Shiite leader Muqtada al Sadr revealed his approach to key October elections in Iraq," *McClatchy News Service*, Sect. A, Pg 11.

[277] "Sadr's Movement to Back Independent Candidates in Iraqi Provincial Elections," *Voice of America News*, June 15, 2008.

[278] "Iraqi MP Al-A'raji calls for resignation of oil minister," *Al-Sharqiyah* TV, BBC Monitoring Middle East, June 10, 2008.

PX679

[279] "Shiite leader seeking provincial support," *The Miami Herald*, June 16, 2008; Mike Tharp, "Shiite leader Muqtada al Sadr revealed his approach to key October elections in Iraq," *McClatchy News Service*, Sect. A, Pg 11.

[280] Amit R. Paley, "Powerful Iraqi Cleric Recalibrates Strategy," *The Washington Post*, June 15, 2008; "Shiite leader seeking provincial support," *The Miami Herald*, June 16, 2008; Mike Tharp, "Shiite leader Muqtada al Sadr revealed his approach to key October elections in Iraq," *McClatchy News Service*, Sect. A; Pg. 11

[281] Gina Chon, "Radical Iraqi Cleric in Retreat," *The Wall Street Journal*, August 5, 2008.

[282] Lt. Gen. Lloyd Austin III, "DoD News Briefing," *Multi-National Corps – Iraq*, June 23, 2008; "U.S.: Iraq Shiite Terror Squads Receiving Training in Iran," *Associated Press*, August 15, 2008.

[283] "Official warns of 'special groups' returning to Iraq; Al-Sharqiyah update," *Al-Sharqiyah TV*, BBC Monitoring Middle East— Political, June 18, 2008.

[284] Lt. Gen. Lloyd Austin III, "DoD News Briefing," *Multi-National Corps – Iraq*, June 23, 2008; "U.S.: Iraq Shiite Terror Squads Receiving Training in Iran," *Associated Press*, August 15, 2008.

[285] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[286] Brigadier General Kevin Bergner, "Press Briefing, July 2," Multi-National Force-Iraq, July 2, 2007.

[287] "TV says Iran president promises 'to stop operations' in Iraq; roundup 5 Jan," *Al-Sharqiyah TV*, BBC Monitoring Middle East – Political, January 6, 2009.

[288] Barbara Starr, "U.S. official has new evidence of Iranian meddling in Iraq," *CNN*, October 14, 2008.

[289] Hamza Hendawi, "Shiite militia to become religious, cultural body," *The Associated Press*, August 8, 2008; Stephen Farrell, "Sadrists are Told to Join Unarmed Wing," *The New York Times*, August 9, 2008; Karim Talbi, "Loyalists of Iraq's Sadr vow to continue armed fight," *Agence France Presse*, August 29, 2008; Ned Parker, "In Iraq, Muqtada Sadr's followers struggle for relevance," *Los Angeles Times*, November 10, 2008.

[290] Gen. Ray Odierno, interview by Jim Michaels from USA Today, September 29, 2008.

[291] Leila Fadel, "As Iraqi elections near, uptick in assassinations," *McClatchy Newspapers*, October 10, 2008, Pg. A10.

[292] Multi-National Force – Iraq Press Release A081123a-120 "Coalition forces continue to target Asa'ib Ahl al-Haq criminals (Baghdad)," November 23, 2008.

[293] "Forum Member Posts Message of Support to Iraqi Asa'ib al-Haq Shiite Group," *Open Source Center Summary of Jihadist Websites*, October 21, 2008.

[294] "Forum Member Posts Message of Support to Iraqi Asa'ib al-Haq Shiite Group," *Open Source Center Summary of Jihadist Websites*, October 21, 2008.

[295] Campbell Robertson and Suadad Al-Salhy, "Cleric Calls for Resistance to U.S. Presence in Iraq," The New York Times, November 15, 2008.

[296] "Sadr Urges Unity in New Unit; Shi'ite Faction Responds," SITE Intelligence Group, December 4, 2008.

[297] "Sadr Urges Unity in New Unit; Shi'ite Faction Responds," SITE Intelligence Group, December 4, 2008.

[298] "Sadr Urges Unity in New Unit; Shi'ite Faction Responds," SITE Intelligence Group, December 4, 2008.

[299] "Sadr Urges Unity in New Unit; Shi'ite Faction Responds," SITE Intelligence Group, December 4, 2008.

[300] "Sadr Urges Unity in New Unit; Shi'ite Faction Responds," SITE Intelligence Group, December 4, 2008.

[301] Sabrina Tavernise, "A Shiite Militia in Baghdad Sees Its Power Wane," *The New York Times*, July 27, 2008.

[302] Sabrina Tavernise, "A Shiite Militia in Baghdad Sees Its Power Wane," *The New York Times*, July 27, 2008.

[303] Sabrina Tavernise, "A Shiite Militia in Baghdad Sees Its Power Wane," *The New York Times*, July 27, 2008.

[304] Sabrina Tavernise, "A Shiite Militia in Baghdad Sees Its Power Wane," *The New York Times*, July 27, 2008.

[305] Tina Susman, "U.S.-Iraqi accord shows Muqtada Sadr's diminished clout," *Los Angeles Times*, December 2, 2008.

[306] Tina Susman, "U.S.-Iraqi accord shows Muqtada Sadr's diminished clout," *Los Angeles Times*, December 2, 2008.

[307] Peter Graff, "Influence wanes for followers of Iraq's Sadr," *Reuters*, November 24, 2008.

[308] Peter Graff, "Influence wanes for followers of Iraq's Sadr," *Reuters*, November 24, 2008.

[309] Lourdes Garcia-Navarro, "Competition Between Iraqi Shiites Gains Strength," *All Things Considered*, National Public Radio, October 22, 2008.

[310] "Iraqi PM meets Tay tribes chieftains, roundup," *BBC Monitoring Middle East – Political*, August 9, 2008; "Iraqi prime minister addresses Albu Darraj tribal chiefs, urges construction," *BBC Monitoring Middle East – Political*, August 19, 2008; "Iraqi PM's speech supports formation of tribal higher national council," *BBC Monitoring Middle East – Political*, August 24, 2008;  "Iraqi PM addresses tribal conference in Baghdad, praises fighting volunteers," *BBC Monitoring Middle East – Political*, August 26, 2008; "Iraqi PM denounces culture of 'ignorance, murder, terrorism', *BBC Monitoring*

PX679

*Middle East – Political*, August 28, 2008; "Iraqi vice-president says political situation 'still fragile'," *Al-Sharqiyah TV*, BBC Monitoring, Middle East – Political, September 27, 2008.

[311] Peter Graff, "Influence wanes for followers of Iraq's Sadr," *Reuters*, November 24, 2008.

[312] The date of the founding of Dawa varies. Some date its creation to 1957. Others date its founding to the 1960s. Rodger Shanahan, "The Islamic Dawa Party: Past Development and Future Prospects," *Middle East Review of International Affairs*, Volume 8, No. 2, June 2004; Falah A. Jabar, *The Shi'ite Movement in Iraq*, SAQI, London, 2003, p. 128-141.

[313] Lourdes Garcia-Navarro, "Competition Between Iraqi Shiites Gains Strength," *All Things Considered*, National Public Radio, October 22, 2008.

[314] Katherine Zoepf and Atheer Kakan, "Shiite Bloc Fails to Attend Meeting on Iraq-U.S. Pact," *The New York Times*, November 16, 2008; "Iraq leaders hold 'intensive talks' on US deal; pro-support council rally held," *BBC Monitoring Middle East—Political*, November 15, 2008.

[315] "Iraqi Sunni and Shiites demonstrate in favour of US pact," *Agence France Presse*, November 19, 2008.

[316] Mary Beth Sheridan, "Sadr Followers Rally Against U.S. Accord; Thousands Gather, But Protest Is Smaller Than Some in Past," *The Washington Post*, November 22, 2008, pg. A10.

[317] Gen. Ray Odierno, interview by Jim Michaels from USA Today, September 29, 2008.

[318] Department of Defense News Briefing with Colonel John Hort, Commander, 3rd Brigade Combat Team 4th Infantry Division and Theodore Andrews , Leader of Embedded Provincial Reconstruction Team 3, November 17, 2008.

[319] Sam Dagher, "Roadside Bomb in Baghdad Kills Shiite Legislator, and Cleric's Followers Fault U.S.," *The New York Times*, October 10, 2008; Sudarsan Raghavan, "Sadr Movement Seeks Its Way As Others Gain Power in Iraq," *The Washington Post*, December 5, 2008, p. A1.

[320] Kenneth Katzman, "Iran's Activities and Influence in Iraq," *Congressional Research Service Report for Congress*, October 21, 2008.

[321] Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 8-9, 13.

[322] Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 9.

[323] Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" *Occasional Paper Series*, Combating Terrorism Center at West Point, October 13, 2008, p. 9.

[324] "TV says Iran president promises 'to stop operations' in Iraq; roundup 5 Jan," *Al-Sharqiyah TV*, BBC Monitoring Middle East – Political, January 6, 2009.



**INSTITUTE FOR THE STUDY of WAR**

Military Analysis and Education
for Civilian Leaders

**1401 K Street NW, 11th Floor**

**Washington, DC 20005**

**www.UnderstandingWar.org**

**Tel:  202-293-5550**

PX679

PX680

# Qassem Suleimani: the Iranian general 'secretly running' Iraq

theguardian.com/world/2011/jul/28/qassem-suleimani-iran-iraq-influence

Martin Chulov                                                                                              July 28, 2011

There's a story that the new CIA director, David Petraeus, likes to tell which harks back to his days as a four-star general in Iraq.



Early in 2008, during a series of battles between the US and Iraqi army on one side and the Shia militias on the other, Petraeus was handed a phone with a text message from the Iranian general who had by then become his nemesis.

The message came from the head of Iran's elite al-Quds Force, Qassem Suleimani, and was conveyed by a senior Iraqi leader. It read: "General Petraeus, you should know that I, Qassem Suleimani, control the policy for Iran with respect to Iraq, Lebanon, Gaza, and Afghanistan. And indeed, the ambassador in Baghdad is a Quds Force member. The individual who's going to replace him is a Quds Force member."

Petraeus hardly needed to be told. Much of the US military's work with Iraq's Shia Muslims had been undermined by Suleimani and the client militias of the Iranian general's al-Quds force. So too had US government diplomatic efforts elsewhere in the Middle East, especially in Lebanon.

Petraeus last year told a thinktank, the Institute for the Study of War, about the problem Suleimani created for him: "Now, that makes diplomacy difficult if you think that you're going to do the traditional means of diplomacy by dealing with another country's ministry of foreign affairs because in this case, it is not the ministry. It is a security apparatus."

As he prepared for the job of the US's most senior spy, Petraeus would surely have been preparing for further shadow boxing. Suleimani's reputation as the most formidable operator in the region has not diminished in the past three years. By some measures it has actually increased: Syria now also comes within Suleimani's sphere of influence.

1/5

PX680



Qassem Suleimani

The strength of the ties between Suleimani and Iraqi legislators has been revealed during weeks of interviews with key officials, including those who admire him and those who fear the man like no other.

Iraq's former state security minister, Sharwan al-Waeli is one who knows Suleimani well. A formal conversation between the Guardian and al-Waeli last year took on a very different tone as soon as Suleimani's name was mentioned.

The Shia legislator was a known ally of Iran, so much so that he was seen by secularists and Sunnis in parliament as someone prepared to do Iran's bidding. He denied Iran played a pervasive role in Iraq until he was interrupted with a question that Iraqi officials have long prefered to ignore: when was the last time Qassem Suleimani came to the Green Zone, the fortified government district in the heart of Baghdad?

Al-Waeli's left hand trembled slightly and his brow furrowed. "You mean Sayed Qassem Suleimani," he said, giving Suleimani an Arabic honorific reserved for the most esteemed of men. He refused to elaborate.

In Baghdad, no other name invokes the same sort of reaction among the nation's power base – discomfort, uncertainty and fear.

"He is the most powerful man in Iraq without question," Iraq's former national security minister, Mowaffak al-Rubaie, told the newspaper al-Sharq al-Awsat in July 2010. "Nothing gets done without him."

Until now, however, few Iraqis have dared to talk openly about the enigmatic Iranian general, what role he plays in Iraq and how he shapes key agendas like no one else.

"They are too busy dealing with the aftermath," said a senior US official. "He dictates terms then makes things happen and the Iraqis are left managing a situation that they had no input into."

Suleimani's journey to supremacy in Iraq is rooted in the Islamic revolution of 1979, which ousted the Shah and recast Iran as a fundamentalist Shia Islamic state. He rose steadily through the ranks of the Iranian military until 2002 when, months before the US invasion of

PX680

Iraq, he was appointed to command the most elite unit of the Iranian military – the al-Quds force of the Revolutionary Guards Corp.

The al-Quds force has no equal in Iran. Its stated primary task is to protect the revolution. However, its mandate has also been interpreted as exporting the revolution's goals to other parts of the Islamic world.

Shia communities throughout the region have proved fertile grounds for revolutionary messages and have formed deep and abiding partnerships with the al-Quds force. So too have several Sunni groups opposed to Israel – first among them Hamas in Gaza.

But Iraq has been Suleimani's key arena. The last eight years have witnessed a proxy war between Suleimani's Quds force and the US military, the full effects of which are still being played out, as the US prepares for a full departure from Iraq and Iraq's leaders ponder over whether to ask them to stay.

**Arabian heartland**

At stake is no less than who gets to shape the destiny of the heartland of Arabia. "His power comes straight from (the country's lead cleric Ayatollah) Khamenei," said one of Iraq's three deputy prime ministers, Saleh al-Mutlaq, a secular Sunni. "It bypasses everyone else, including Ahmadinejad.

"There is a saying in Islam that you should never get angry with your father or mother. The [Shia] interpret that as meaning what (Khamanei, via Suleimani) says has to be respected by every [Shia] inside, or outside Iran.

"All of the important people in Iraq go to see him," said Mutlaq. "People are mesmerised by him – they see him like an angel."

A second MP – a senior member of Prime Minister Nour al-Maliki's inner circle who regularly meets Suleimani in Iran – said the general has only travelled once to Iraq in the past eight years. He described him as "softly spoken and reasonable, very polite". "He is simple when you talk to him. You would not know how powerful he is without knowing his background. His power is absolute and no one can challenge this."

Silver-haired, slight and with a perennial serene smile, Suleimani comes across as the most unlikely of warlords. Those who met him during the one time he traveled to Baghdad at the height of the 2006 sectarian conflict say he walked around the compounds of his two key hosts without bodyguards. The Americans did not know he had been in the capital until he was back in Iran and were deeply unhappy to learn that their arch enemy had been among them.

PX680

"He is indeed like Keyser Söze," said a senior US official this week – in reference to the legendary villain in the The Usual Suspects, whose ruthlessness and influence terrified everyone. "Nobody knew who he was and this guy's the same. He is everywhere, but nowhere."

The senior Shia MP added: "He has managed to form links with every single Shia group, on every level. Last year, in the meeting in Damascus that formed the current Iraqi government, he was present at the meeting along with leaders from Syria, Turkey, Iran and Hezbollah. "He forced them all to change their mind and anoint Maliki as leader for a second term."

Over the five years that Maliki has been in power in Iraq, all his key advisers have been granted court in Iran by Suleimani. Iraq's president, a Kurd – Jalal Talabani, has also regularly met the general, sometimes along the border separating both countries.

The Syrian uprising has added a new dimension. The al-Quds Force has been involved in suppressing the Syrian uprising, according to multiple sources inside and outside the country.

The US has slapped personal sanctions on Suleimani and two other generals in the Iranian security forces who it accuses of helping orchestrate the crackdown that is believed to have killed more than 1,600 civilians."

Tehran has heavily invested in the survival of embattled Syrian president Bashar al-Assad, whose ruling Allawite clan has links to Shia Islam. Assad's fall would be a serious strategic setback for Iran and Suleimani. It is perhaps the only part of the region where the general's preferred mix of strategic diplomacy with aggressive operations is being strongly tested.

In the meantime, the work of the al-Quds force continues in Iraq. All but two of the US troops killed in June – the highest number in more than two years, were killed by client militias directly under Suleimani's control, the Keta'ib Hezbollah and the Promised Day Brigades.

"It is clear that the al-Quds force is responsible," said the director general of the intelligence division in Iraq's interior ministry, Hussein Kamal. "There has been a systematic flow of weapons into Iraq for the past eight years. Of course they try to say it is not state-sponsored. But when weapons are flowing from the borders of a sovereign state, it is very clear where the blame lies.

"They are destructive weapons and they cannot deny the responsibility for them."

Another Shia MP said he had personally asked Suleimani why his al-Quds force continued to smuggle weapons, many of which are fired into the Green Zone, where he and most of Maliki's inner circle live. "He just smiled and said it is nothing to do with me," the MP said. "He said he had no idea where the weapons were coming from."

PX680

Suleimani has been variously described by those who dislike him – Iraq's Sunnis, and those who have spent years trying to get his measure – as a "talented extortionist" and a highly skilled wheeler-dealer.

US officials who have spent years trying to disrupt the work of his loyalists say they would like to meet him, while at the same time being puzzled as to his objectives.

"I would simply ask him what he wants from us," said a senior US military official. In addition to the soldiers killed this year, the US ambassador in Baghdad, James Jeffrey, said last summer that Iranian proxies accounted for roughly a quarter of US combat casualties in Iraq – around 1,100 deaths and many thousands more injuries.

Despite this, the US has landed few public blows on Suleimani's close circle.

In March 2007, the British SAS captured a senior Hezbollah official, Ali Moussa Daqduq, who had allegedly planned an operation that killed seven soldiers in Karbala. The same year, US troops also captured two men in the Kurdish north who they believed were al-Quds leaders. Apart from that, the trophy cabinet remains bare – at least publicly. More troubling than the apparent dearth of tactical victories is how the rest of the year will play out.

The US – and some key neighbouring Sunni states – believe Iran's strategy in Iraq as the conflict winds down is to keep the country in a permanent but manageable state of chaos.

"They keep it on simmer and turn it up and down when they want to," said one Lebanese official in Beirut.

The senior US military spokesman in Iraq, Major General Jeffrey Buchanan agreed. "Their overall strategy has been to keep [Iraq] isolated from the rest of its neighbours and from the US, because that makes it likely that it will depend on Iran. They want Iraq to play a subordinate, weak role."

Only Iraq's lawmakers can stop the master-client relationship from becoming entrenched here. It's a task that Kurdish legislator in the national parliament, Mahmoud Othman, fears may prove to be beyond his colleagues.

"Qassem Suleimani is the key man to every decision taken in Iraq," he said.

"It is a shame to have such a man playing such a role in this country. There should be a relationship between equals like normal relations with normal states."

PX680

PX683



# Iran's Influence in Iraq

## Countering Tehran's Whole-of-Government Approach

Michael Eisenstadt, Michael Knights, and Ahmed Ali

Policy Focus #111 | April 2011



THE
WASHINGTON INSTITUTE
for Near East Policy

PX683

PX683

# Iran's Influence in Iraq

Countering Tehran's
Whole-of-Government Approach

Michael Eisenstadt, Michael Knights,
and Ahmed Ali

Policy Focus #111  |  April 2011



THE
WASHINGTON INSTITUTE
*for Near East Policy*

PX683

All rights reserved. Printed in the United States of America. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

© 2011 by the Washington Institute for Near East Policy

Published in 2011 in the United States of America by the Washington Institute for Near East Policy, 1828 L Street NW, Suite 1050, Washington, DC 20036.

Design by Daniel Kohan, Sensical Design and Communication
Front cover: Iraqi prime minister Nouri al-Maliki and Iranian president Mahmoud Ahmadinezhad at an official meeting in Tehran, August 2007.

PX683

# Contents

About the Authors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . v

Acknowledgments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . vii

Executive Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ix

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

1 | Historical Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

2 | Tehran's Political Strategy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

3 | Support for Militias and Insurgents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

4 | Soft Power . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

5 | A Balance Sheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

6 | Policy Recommendations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Appendix | Tehran's Iraqi Partners . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

PX683

PX683

# About the Authors

**Michael Eisenstadt** is director of the Military and Security Studies Program at The Washington Institute. His recent publications include *Iran's Islamic Revolution: Lessons for the Arab Spring of 2011?* (INSS Strategic Forum, 2011), "Should I Stay or Should I Go? What the United States Can Leave Behind in Iraq" (*Foreign Affairs*, 2010), and *The Missing Lever: Information Activities against Iran* (Washington Institute, 2010).

**Michael Knights** is a Lafer fellow at The Washington Institute, specializing in the military and security affairs of Iraq, Iran, Libya, Yemen, and the Gulf Arab states. His recent Washington Institute publications include *Kirkuk in Transition: Confidence Building in Northern Iraq* (with Ahmed Ali, 2010). Dr. Knights earned his doctorate at the Department of War Studies, King's College London, with a dissertation on the U.S. no-fly zones and air operations against Iraq.

**Ahmed Ali** is a Marcia Robbins-Wilf research associate at the Institute, with a focus on the political dynamics of Iraq. In addition to *Kirkuk in Transition*, he is the coauthor, with David Pollock, of "Iran Gets Negative Reviews in Iraq, Even from Shiites" (PolicyWatch #1653). Mr. Ali is a frequent commentator on Iraqi affairs in U.S. and international media, and his work has been featured by various Iraqi, Arab, and Kurdish media outlets.

■ ■ ■

The opinions expressed in this Policy Focus are those of the authors and not necessarily those of The Washington Institute for Near East Policy, its Board of Trustees, or its Board of Advisors.

PX683

PX683

# Acknowledgments

---

THE AUTHORS WOULD like to thank Patrick Clawson, Lt. Col. Jason Hanover, Mehdi Khalaji, David Pollock, and Rend Rahim for their extraordinarily useful insights and suggestions in preparing this report.

PX683

PX683

# Executive Summary

THE OVERTHROW OF THE REGIME of Saddam Hussein in 2003 provided the Islamic Republic of Iran with a historic opportunity to transform its relationship with Iraq—formerly one of its most implacable enemies. Iran has used the long, porous border with Iraq, longstanding ties with key Iraqi politicians, parties, and armed groups, and its soft power in the economic, religious, and informational domains to expand its influence and thus establish itself as the key external power broker in Iraq.

## Political Allies

Iran has tried to influence Iraqi politics by working with Shiite and Kurdish parties to create a weak federal state dominated by Shiites and amenable to Iranian influence. It has encouraged its closest allies—the Islamic Supreme Council of Iraq (ISCI), the Badr Organization (ISCI's former militia), the Islamic Dawa Party, and more recently the Sadrists—to participate in politics and help shape Iraq's nascent institutions.

Tehran's goal is to unite Iraq's Shiite parties so that they can translate their demographic weight (some 60 percent of the country's population) into political influence, thereby consolidating Shiite control over the government. To this end, Iran attempted to influence the outcome of the 2005 and 2010 parliamentary elections as well as the 2009 provincial elections by funding and advising its preferred candidates, and by encouraging its Shiite allies to run in a unified list, to prevent the Shiite vote from being split. Additionally, to ensure that its interests are secured no matter who comes out on top, Tehran has hedged its bets by backing a number of Shiite parties and movements. It has also sought to preserve its traditionally good relations with the major Kurdish parties to secure its influence in parts of northern Iraq.

Tehran exercises its influence through its embassy in Baghdad and consulates in Basra, Karbala, Irbil, and Sulaymaniyah. Both of its post-2003 ambassadors served in the Qods Force of the Islamic Revolutionary Guard Corps (responsible for covert operations abroad), underscoring the role Iran's security services play in formulating and implementing policy in Iraq. These security services have sometimes used Arabic-speaking Lebanese Hizballah operatives to facilitate support for insurgent groups and militias.

The formation in December 2010 of the second government of Iraqi prime minister Nouri al-Maliki marked a milestone in Tehran's efforts to unify its Shiite political allies in Iraq. This government, however, may well prove unstable, as it combines various parties that have engaged in violent conflicts in the not-too-distant-past. It therefore remains to be seen whether Tehran will finally succeed in forging its fractious Shiite clients into a sustainable, unified political front or whether its efforts to do so will ultimately be frustrated. Regardless, the present situation ensures Iran a role as political mediator should fissures emerge in the ruling coalition.

The post-2003 period has shown the limitations of Iran's influence over its Shiite clients in Iraq, who will accept Iranian support when self-interest dictates they do so and seek support elsewhere when it does not. Recent years have also shown that Tehran's activities in the Iraqi political arena have frequently been poorly coordinated with its other activities in Iraq—such as support for militant groups—indicating a lack of coherence to Iran's whole-of-government approach to Iraq.

## Militias and Insurgents

While Iran, since 2003, has encouraged its Iraqi political allies to work with the United States and participate in the nascent democratic political process, it has also armed, trained, and funded Shiite militias and Shiite—and, on occasion, Sunni—insurgents to work toward a humiliating defeat for the United States that would deter future U.S. military interventions in the region.

Iran may have also used its Shiite militant proxies to stoke sectarian tensions and to foment political

PX683

violence, only to then step in diplomatically to resolve these conflicts—thereby ensuring for itself a role as mediator in Iraq. These armed groups also provide Tehran with an alternative source of influence should its political allies prove unreliable, and the means to retaliate against U.S. forces in Iraq should Iran's nuclear infrastructure be attacked by the United States or Israel.

After 2003, Iran initially focused its resources on its traditional allies in ISCI's Badr Corps, but it soon expanded its aid to include the Sadrists' Mahdi Army, associated special groups, and even some Sunni insurgent groups. As these groups joined the political process, Iran splintered off radical elements to form new covert special groups, a technique first used when it formed the radical Lebanese Hizballah organization in the early 1980s.

By 2010, Iran had narrowed its support to three armed Shiite groups: Muqtada al-Sadr's Promised Day Brigade—the successor to the Mahdi Army—and two special groups: Asaib Ahl al-Haqq (League of the Righteous) and Kataib Hizballah (Battalions of Hizballah). But Iran's support for the Mahdi Army has proved particularly problematic, since the militia's radical agenda and its competition for power within the Shiite community soon brought it into conflict with both ISCI and the Iraqi government, thereby undermining Iranian efforts to unify the Shiite community.

Following the U.S. military withdrawal from Iraq, Tehran may use its support for these Shiite militias and insurgent groups to press the Iraqi government to curtail its relationship with the United States and as a source of leverage on other issues. Emulating Hizballah in Lebanon, some Iranian-sponsored special groups may also attempt to leverage their influence on the street and previous resistance activities against the United States as an entree into politics. Should this occur, Tehran is likely to once again split off radical elements from these organizations to form new special groups—contributing to the further fragmentation of the Shiite community and, ironically, undermining its own efforts to politically unify its Iraqi allies.

## Soft Power

Iran has woven soft-power activities into its whole-of-government approach to projecting influence in Iraq. To this end, it has enacted protectionist measures and trade policies to Iraq's disadvantage, tried to co-opt the transnational Shiite clerical network based in Najaf, and attempted to influence Iraqi public opinion through information activities. While U.S. and Iraqi military officials have fretted that the Iraqi military will be unprepared to secure the country's airspace and territorial waters when U.S. forces leave by the end of 2011, Iranian soft power probably constitutes the greater long-term threat to Iraqi sovereignty and independence.

**Economic ties.** Iran has strengthened trade and economic ties with Iraq for financial gain and to achieve leverage over its neighbor. Trade between the two countries reportedly reached $7 billion in 2009, although the balance is skewed largely in Tehran's favor. In dumping cheap, subsidized food products and consumer goods into Iraq, the Islamic Republic has undercut its neighbor's agricultural and manufacturing sectors, and generated resentment among Iraqis. Iran's damming and diversion of rivers feeding the Shatt al-Arab waterway has undermined Iraqi agriculture in the south and hindered efforts to revive Iraq's marshlands. And while Iran has made up for Iraq's electricity shortages by supplying about 10 percent of its needs (the percentage is actually much higher for several provinces that border Iran), many Iraqis believe that Iran manipulates these supplies for political ends.

**Export of revolutionary Islam.** One of the Islamic Republic's foremost objectives since the Islamic Revolution has been to secure the primacy of its official ideology in Shiite communities around the world. By backing Iranian clerics trained in Qom and steeped in the official ideology of clerical rule rather than clerics trained in the quietist tradition of the religious seminaries of Najaf, Iran may now be poised to achieve this goal, aided by the lavish use of state monies to fund the activities of its politicized clerics. Furthermore, the 2010 death of Grand Ayatollah Hussein Fadlallah, an

influential Lebanese cleric trained in Najaf, and the advanced age and poor health of Grand Ayatollah Ali al-Sistani, the foremost member of the Najaf school and *marja*, or source of emulation, for perhaps 80 percent of all Shiites worldwide, renders the Najaf school vulnerable to Iranian influence.

Iraq has also become a major destination for Iranian religious tourists. Each month, some 40,000 Iranians visit Iraq's holy cities, with an estimated three to four million visiting during the annual Ashura commemorations. Najaf, a traditional center of the Shiite world and emerging as an important Iraqi political center, perhaps second to Baghdad, has become the focus of Iranian investment that disproportionately benefits Tehran's local political allies. In this way, Iran buys influence in Iraq.

**Information, propaganda, and public opinion.** Alongside its other efforts, Iran has been vying for Iraqi hearts and minds through Arabic-language news and entertainment programs that reflect Tehran's slant on news relating to Iraq and the region. These propaganda efforts, however, have met with only limited success and have been unable to compensate for Iranian actions that have produced an anti-Iran backlash, even in Shiite regions.

Polling data since 2003 have consistently shown that large numbers of Iraqis (including Shiites) believe that Iran has had a predominantly negative influence on Iraqi politics and do not consider Iran's form of governance a viable model for Iraq. Despite Iran's information activities, this perception has remained fairly constant since 2003.

Public opinion in Iraq has its limits, however. Iraqi politics on the national level involve a small elite engaged in dealmaking and horsetrading behind closed doors, where public opinion plays a marginal role and Iran is able to act behind the scenes. Iraqi attitudes, however, explain why Tehran will continue to lean heavily on soft power, its security services, and covert action to project influence in Iraq.

## Limits of Iran's Influence

Despite investing significant resources to expand its influence in Iraq, Iran has achieved only mixed results.

Relations among its Iraqi clients have frequently been fraught with tensions and violence, and Iran has spent much time and effort in a mediating role, managing problems it helped create. Tehran's meddling in Iraqi politics has frequently been a political liability for its local allies.

Tehran failed to block the signing of the Security Agreement and the Strategic Framework Agreement between Iraq and the United States, though it did succeed in obtaining a provision in the Security Agreement ensuring that Iraq would not be used as a springboard for an attack on Iran.

Finally, some of Tehran's policies have stoked anti-Iranian sentiment in Iraq. Alongside the dumping of subsidized products on the Iraqi market and the diversion of rivers feeding the Shatt al-Arab, occasional artillery strikes on northern Kurdish villages and provocations such as the temporary occupation in December 2009 of an oil well in the Fakka oil field in Maysan province have done little to endear Iran to the Iraqi populace.

## Policy Recommendations

Iran's attempts to wield its influence in Iraq have thus far yielded only mixed results, though the formation of a new government that incorporates many of Tehran's closest Iraqi allies, and the impending U.S. military withdrawal from Iraq, will present new opportunities for Iran to extend its reach. Such a move is likely to generate further Iraqi pushback, though it remains to be seen whether Iranian influence will continue to be "self-limiting" or whether this emerging reality will create new opportunities for Tehran to transform Iraq into a weak client state via a gradual process of "Lebanonization."

Over the long run, the nature of the relationship between Iraq and Iran will depend largely on the security situation in Iraq, the political complexion of the Iraqi government, and the type of long-term relationship Iraq builds with its Arab neighbors and the United States. Moreover, Iraq's reemergence as a major oil exporter, likely at Iran's expense, will almost certainly heighten tensions between the two oil-exporting nations.

PX683

Thus, while assessments of Iran as the big "winner" in Iraq are premature, they may yet prove prescient if the United States does not work energetically to counter Iranian influence there in the years to come. For these reasons, Washington needs to continue to

- support stabilization efforts by the Iraqi Security Forces,

- press for marginalization of Sadrists and other extremists in the new government,

- build the kind of relationship described in the U.S.-Iraq Strategic Framework Agreement, and

- aid in the development of Iraq's oil and energy sectors.

If the post-2011 level of U.S. engagement with Iraq is modest, Iran—which enjoys closer, more varied, and more extensive ties with Iraq than does the United States or any state in the region—will almost certainly seek to expand its influence to confirm its position as the paramount outside power in Iraq, with adverse consequences for U.S. influence throughout the region and U.S. efforts to deter and contain an increasingly assertive Iran.

Such an eventuality can be averted, and U.S. interests in Iraq advanced, only if the United States continues to engage Iraq on a wide variety of fronts—diplomatic, economic, informational, and military—and to counter Iran's whole-of-government approach to Iraq with a whole-of-government approach of its own.

PX683

# Introduction

THE OVERTHROW OF THE REGIME of Saddam Hussein in 2003 provided the Islamic Republic of Iran with a historic opportunity to transform its relationship with Iraq—formerly one of its most implacable enemies. Iran has used the long, porous border with Iraq, longstanding ties with key Iraqi politicians, parties, and armed groups, and a burgeoning economic relationship to weaken the central government, expand its own influence, and establish itself as a key power broker in Iraq.[1]

Despite possessing numerous sources of leverage, Iran has thus far achieved only mixed results. Like Washington, Tehran has discovered that its influence in Iraq has limits. However, the formation of a new government under Prime Minister Nouri al-Maliki that incorporates many of Tehran's closest allies, and the impending U.S. military withdrawal, will present new opportunities for Iran to further expand its influence in Iraq. Thus, while assessments of Iran as the big "winner" in Iraq are premature, they may yet prove prescient if the United States does not work energetically to counter Iranian influence there in the years to come.

The United States has a compelling interest in the establishment of a peaceful, constructive relationship between Iraq and Iran, even as it must also ensure that Iraq remains a key U.S. regional partner not beholden to Iranian interests. U.S. and Iraqi interests are therefore ill served by Iranian policies that foment instability in Iraq, that subvert the state's democratic process, or that seek to establish unhealthy trade and energy-sector dependencies that Tehran can use as a source of leverage over provincial governments or over Baghdad.

If the post-2011 level of U.S. engagement with Iraq is modest, Iran—which enjoys closer, more varied, and more extensive ties with Iraq and Iraqis than does the United States or any state in the region—will almost certainly seek to expand its influence to become the paramount outside power in Iraq, with adverse consequences for U.S. influence throughout the region and for U.S. efforts to deter and contain an increasingly assertive Iran. Such an eventuality can be averted, and U.S. interests in Iraq advanced, only if the United States continues to engage Iraq on a wide variety of fronts—diplomatic, economic, informational, and military—and to counter Iran's whole-of-government approach to exerting influence in Iraq with a whole-of-government approach of its own.

PX683

# 1 | Historical Background

IN ANCIENT TIMES, rival empires ruled the territories that constitute modern-day Iraq and Iran. The Assyrian and Babylonian empires held sway in Mesopotamia, while the Median and Achaemenid Empires dominated the Iranian plateau. However, for much of the 2,500 years since Cyrus the Great conquered Babylon in 539 BCE, Iraq and Iran have formed a single political unit, though Iraq at times marked a contested border, whether between the Roman and Sassanid empires or between the Ottomans and the Safavids. The Treaty of Qasr Shirin, signed in 1639 CE by the Ottoman and Safavid empires, ceded Mesopotamia to the former, establishing a border that has been remarkably stable ever since, despite several intervening wars.[2]

Iraq has held special significance for Iran ever since the Safavids made Shiism the state religion in the sixteenth century. Shiite Islam was born in Iraq, and the Iraqi cities of Najaf, Karbala, Samarra, and Kadhimiyah are traditional destinations for religious pilgrims from Iran and elsewhere, and centers of Shiite learning. For this reason, a strong Persian presence existed in Najaf and Karbala through the latter part of the twentieth century.[3]

Because of the long history of common rule and because of the Shiite connection, Iran views southern and central Iraq as parts of its historic sphere of influence. Conversely, given that southwestern Iran has a large Arab population (many of them Sunni Muslims) and constitutes a geographic extension of the plains of southern Iraq (set off from the Iranian plateau to the north and east), this area has often been closely tied to Iraq.

The rivalry of recent centuries has intensified considerably in recent decades. In attempting to export its Islamic Revolution to Iraq, the newly established Islamic Republic provided Saddam Hussein with a pretext for invading Iran in 1980. By doing so, he aimed to strike a fatal blow against his main regional rival, to seize its oil wealth, and to gain unrestricted access to the Gulf. Instead, the action led to a long, bloody, and inconclusive eight-year war that killed and wounded well in excess of a million people.

The toppling of Saddam Hussein in 2003 by U.S. and coalition forces thus constituted a historic opportunity for Iran to weaken Iraq and expand its influence over its neighbor. But it also posed a number of risks for Tehran: that Iraq might emerge as a well-armed ally of the United States, completing the U.S. military encirclement of the Islamic Republic; that a successful democracy in Iraq might undermine the legitimacy and appeal of the Islamic Republic; and that the quietistic model of Islamic jurisprudence taught in Najaf, freed from Saddam's repressive shackles, could threaten the Islamic Republic's efforts to impose its form of politicized Islam on the broader Shiite world. Clearly, the removal of Saddam represented a moment of both promise and danger.

Since the fall of Saddam's regime in 2003, Iran has tried to influence developments in Iraq by working with Iraqi Shiite parties with which it has longstanding ties, as well as with emergent Shiite forces and the Kurds, to create a weak federal state dominated by the Shiites and amenable to Iranian influence. Iran has likewise supported Shiite (and occasionally Sunni) insurgent groups and militias, and has sought to enhance its soft power in the economic, religious, and informational domains.[4]

PX683

# 2 | Tehran's Political Strategy

IRAN'S POLITICAL GOAL is to unite Iraq's Shiite parties so that they can translate their demographic weight (approximately 60 percent of the country's population) into political influence, thereby consolidating Shiite control over the government. As part of its long-term strategy to exercise influence in Iraq, Tehran has sought leverage through Shiite political parties that it helped establish and has supported for more than three decades. It has also acted to preserve its traditionally good relations with the major Kurdish parties to secure its influence in parts of northern Iraq.

## Electoral Politics

Iran has encouraged its closest allies in Iraq—the Islamic Supreme Council of Iraq (or ISCI, formerly SCIRI, which it helped found), the Badr Organization (ISCI's former militia), the Islamic Dawa Party, and, more recently, the Sadrists—to participate in the post-2003 political process and to compete in every election on a single list, in order to prevent the Shiite vote from being split among several competing parties.

Moreover, Tehran has hedged its bets by backing a number of Shiite parties and movements, rather than putting all its eggs in one basket, to ensure that its interests are secured, no matter who comes out on top.[5] And it has supported an alliance between its Shiite allies and key Kurdish parties with which it also has longstanding ties, in order to ensure a viable governing coalition.

Tehran's allies played a key role in shaping the 2005 constitution and Iraq's nascent political institutions,[6] and Iran reportedly tried to influence the outcome of Iraqi parliamentary elections in 2005 and 2010, and provincial elections in 2009, by funding and advising its preferred candidates.[7]

Iranian support to Iraq's Shiite political lists stems not only from shared ideological affinities and religious solidarities and a common past opposition to the regime of Saddam Hussein but also from the recognition that these Islamist groups offer Iran a better potential outcome than that offered by secular nationalist groupings, such as Ayad Allawi's Iraqiyah coalition, whose political base includes many Arab nationalists and former regime supporters who strongly oppose Iranian influence in Iraq. Iran's vision for Iraqi politics is thus by default, if not by design, heavily sectarian, and in diametrical opposition to the U.S. vision of an Iraqi government that is inclusive and representative.

The United Iraqi Alliance (UIA)—the joint Shiite list that competed in the January 2005 and December 2005 parliamentary elections—included ISCI, the Badr Organization, Dawa, the Sadrist Trend, the Islamic Fadhila Party, and other small Iraqi Shiite parties that have enjoyed varying levels of support from Iran. The UIA was able to garner the majority of the vote in both elections, and consequently played a major role in framing the Iraqi constitution, and in the governments that were formed following these elections. The UIA was also backed in the January 2005 elections by Iraq's most revered Shiite religious authority, Ayatollah Ali al-Sistani, despite his differences with the Qom-based religious establishment regarding the doctrine of clerical rule (*velayat-e faqih*).

The UIA-led governments always had the tricky task of balancing their own interests with those of their Iranian patron. For instance, Iran opposed a security agreement between Iraq and the United States. By contrast, the Iraqi government clearly believed that an agreement was in its interest. In the end, Iraq signed a security agreement with the United States in November 2008, though the deal included language ensuring that Iraq would not be used as a springboard or corridor for attacks on Iran and established a timetable for a U.S. military withdrawal, in accordance with Iranian demands.[8]

Perhaps the first major action by the Iraqi government to check Iranian influence was the crackdown in April–June 2008 by Prime Minister Maliki on the Mahdi Army and special groups in Basra and Baghdad. Coined Operation Charge of the Knights, the effort caused considerable damage to Iranian-backed groups as well as a breach in Maliki's relationship with Qasem

PX683

Soleimani, Iran's point man in Iraq and commander of the Islamic Revolutionary Guard Corps–Qods Force (IRGC-QF).[9] By the time intensive Iranian diplomacy ended the operation, a range of Iranian-influenced militant and criminal leaders had been run to ground in Iraq or had fled to Iran. (Since the summer of 2010, however, these groups have been allowed some breathing space and begun to reestablish their presence in Iraq.)

In this and other cases, Iran has been confounded by the contradictions in its own policy. Tehran has often supported the Iraqi government on the one hand while, on the other, backing violent militias that undermined Iraqi government authority. A telling case played out from mid-2006 through mid-2007 when IRGC-QF paramilitary support to an expanded range of Shiite militant factions resulted in an escalation of intra-Shiite violence that was eventually reined in by Soleimani after Iraqi Shiite politicians démarched Tehran.[10] (More recently, the October 1, 2010, decision by the Sadrists to support a second Maliki premiership brought about an immediate reduction in the then-escalating rocketfire by Iran-backed Shiite militants against the International Zone, providing an example of Iran's ability to scale back violence when the interests of its allies and proxies are aligned.[11])

The unified front that the Iraqi Shiite parties presented on the national level in 2005 could not be sustained, however, and the UIA parties ran separately in the January 2009 provincial elections. While Maliki's State of Law Alliance (SLA) list performed well in the central and southern provinces, its main competitor, ISCI, experienced a collapse in public support, despite running a well-organized and well-resourced campaign. Many attributed ISCI's poor showing to its widely publicized ties to Tehran. Some of ISCI's competitors tried to portray themselves as "one hundred percent Iraqi," implying that ISCI was otherwise, given its close ties to Iran.[12]

Realizing the potentially harmful implications of a split in the Iraqi Shiite vote, Iran encouraged the UIA to resurrect itself for the March 2010 parliamentary elections. Maliki, however, formed his own list (SLA) and won more votes and seats than the other Iraqi Shiite parties, which competed under the umbrella of the Iraqi National Alliance (INA). During the electoral campaign, Iran's closest ally, ISCI, attempted to secure votes by patronage extended through the Shahid al-Mihrab Foundation, which, inter alia, underwrites the wedding costs for young Iraqis and distributes assistance to needy families.[13]

Some of Iran's actions in the run-up to elections further harmed its allies. In December 2009, Iranian forces took over an oil well in the Fakka oil field located on the Iran-Iraq border in Maysan province. The Iraqi government responded timidly, despite popular sentiment highly critical of Iran, even in largely Shiite regions. The takeover placed Dawa and the INA in a difficult spot, as they tried to balance their ties with Tehran with the need to avoid being seen as weak in dealing with a foreign threat only a few months prior to elections.

In the March 7, 2010, national elections, Iraqiyah, a more secular and nationalist cross-sectarian list headed by former prime minister Ayad Allawi, won a plurality of seats (91 of 325). Iran's immediate postelection policy centered on preventing Allawi from forming a government. To that end, all the major Shiite lists were invited to Tehran for meetings, where the SLA and INA were encouraged to form a single coalition—an effort that bore fruit with the formation of the National Alliance (NA) in May 2010.

In August 2010, Tehran quietly floated the idea of a second Maliki premiership, even though previously he had not been its preferred choice.[14] Remarkably, Iran's longstanding ally, ISCI, rejected this idea, at one point indicating it might even back an Iraqiyah-led bloc. After Tehran finally succeeded in pressuring the Sadrists to support Maliki for a second term, and after several additional rounds of negotiation, ISCI, and then Iraqiyah, agreed to accept a second term for Maliki, enabling him to finally put together a new government.

The second Maliki government, however, may well prove unstable, as it combines various parties that have engaged in violent conflicts in the recent past. It therefore remains to be seen whether Tehran will finally succeed in forging its fractious Shiite clients into a sustainable, unified political front, or whether its efforts to do so will once again be frustrated.

PX683

The experience of the last several elections has shown the limitations of Iran's influence over its Shiite clients in Iraq, who will accept Iranian support when self-interest dictates they do so, and seek support elsewhere when it does not. Recent years have also shown that Tehran's activities in the Iraqi political arena have frequently been poorly coordinated with its other activities in Iraq—such as its support for militant groups or its handling of border disputes—indicating a lack of coordination in Iran's whole-of-government approach to Iraq.

## Political Allies

ISCI was established in Tehran in 1982 by expatriate Iraqis, and continued to base itself in Iran until moving to Iraq in 2003. The organization's cofounder and head, Ayatollah Muhammad Baqr al-Hakim, was killed in August 2003 by an al-Qaeda car bomb in Najaf, after which ISCI was led by his brother Abdulaziz al-Hakim until the latter's death in August 2009. It is now led by his nephew Ammar al-Hakim. In the previous parliament, ISCI held more than 30 seats out of a total of 275; it now holds only 8 seats in a parliament with 325 seats.

ISCI's militia, the Badr Organization (formerly Badr Corps), was trained and controlled by the Islamic Revolutionary Guard Corps (IRGC) and fought alongside Iranian forces during the Iran-Iraq War.[15] After 2003, thousands of Badr militiamen entered southern Iraq from Iran to help secure that part of the country.[16] Many were subsequently integrated into the Iraqi Security Forces, particularly the army and the Ministry of Interior's intelligence and special forces organizations.[17] Badr has demonstrated increasing independence with each successive leadership transition in ISCI since 2003, perhaps reflecting diminishing confidence in ISCI's younger, less experienced current leadership.[18] Badr controls nine seats in the current parliament.

The Islamic Dawa Party, founded in 1957, enjoyed the support of the Islamic Republic during the latter phases of its underground existence in Iraq. After 2003, Dawa joined the political process, but its lack of an armed militia limited its potential. The party's

leader, Nouri al-Maliki, was selected by the more powerful ISCI and Sadrists as a compromise choice for prime minister in April 2006, but he has since used this position to build a power base in the government and the army—with parts of the latter now functioning as a personal and party militia.[19]

While Maliki shares a general affinity with Tehran's Shiite Islamist worldview (though not its doctrine of clerical rule) he has been mindful of his dependence on Washington for survival and has thus tried to tread a middle path between the two powers, avoiding both open embrace and criticism of Tehran. This may change in the future, however, with U.S. forces set to withdraw from Iraq by the end of 2011.[20] Dawa commanded only thirteen seats in the last parliament; Maliki's SLA holds eighty-nine seats in the current parliament.

The Sadrists have emerged as a major force in politics and on the Iraqi street since 2003. Their leader, Muqtada al-Sadr, has played on his family name as the sole surviving son of the revered Ayatollah Muhammad Sadiq al-Sadr, who was murdered in 1999 by agents of Saddam Hussein's regime. He has also employed populist, anti-American rhetoric, and tapped the muscle and patronage offered by his Mahdi Army militia (a.k.a. Jaish al-Mahdi, or JAM) to gain support among the Shiite urban poor for his political organization, the Office of the Martyr Sadr. The Mahdi Army was deeply involved in sectarian cleansing and looting during Iraq's civil war of 2006–2007.

Religious in orientation, the Sadrist movement embraces a variant of Iran's doctrine of clerical rule. Sadr's sights are fixed on long-term dominance of the Iraqi clerical establishment and the creation of a system of government in southern and central Iraq that fuses elements of Hassan Nasrallah's charismatic leadership of the Lebanese Hizballah with the Iranian model of clerical rule—albeit with an Iraqi cleric, presumably Sadr himself, atop the structure.

While aligned politically with ISCI and Dawa, the Sadrists have had a contentious and violent relationship with both groups. Sadr fled to Iran in 2007 to avoid being targeted by U.S. and Iraqi forces under the control of Prime Minister Maliki, though he claimed his stay was to burnish his religious leadership

PX683

credentials by studying to become an ayatollah.[21] He returned to Iraq briefly in January 2011 and again in February. Likewise, his relationship with Iran is anything but straightforward, with Sadr reportedly threatening to leave Iran for Lebanon if the Islamic Republic continued to pressure him to accept Prime Minister Maliki for a second term. Eventually, however, Sadr relented.[22]

One Iranian lever over Sadr has been Ayatollah Kadhim Hussaini al-Haeri, a claimant to the leadership of the Sadrist Trend.[23] The Qom-based Haeri has functioned as Sadr's mentor and *marja* since the death of Sadr's father, and at one time Sadr served as Haeri's representative in Najaf, although their relationship has been strained in recent years as a result of Sadr's radical stances on a number of issues. Sadr is rumored to have continued his studies under Haeri during his stay in Iran between 2007 and 2011.[24]

The Sadrists held 32 seats in the outgoing 275-seat parliament, and have roughly maintained this share with 40 seats in the new 325-seat parliament. This is a significant achievement in light of the backlash against the Sadrist movement in the 2009 provincial elections, when Iraqi Shiites punished the movement for empowering religious vigilantes and criminals in the ranks of the Mahdi Army. The Sadrist movement's comeback appears to be due, at least in part, to careful Iranian coaching on electoral strategy, including advice from Iranian political scientists regarding the optimal selection and placement of candidates.[25] The support appears to have paid off, with the Sadrists displacing ISCI as Prime Minister Maliki's main Shiite partner (or rival) within the political system, securing seven ministries in the new government (albeit some of the less significant ministries).

Another aspect of Iran's political influence was exposed in the lead-up to the March 7, 2010, elections in the actions of the Accountability and Justice Commission (AJC), the successor to the De-Baathification Committee. This evolving entity has, since 2003, been dominated by the Shiite politicians Ahmed Chalabi and Ali al-Lami, two veteran interlocutors between Iran and the Iraqi Shiite factions.[26] The AJC proved to be a forum in which Iran's allies still dominated,

despite their political setbacks in 2008–2009, giving members a very effective means to undermine the hesitant beginnings of a cross-sectarian nationalist agenda in Iraqi politics by steering the debate back to sectarianism and the Baathist past of many Iraqi politicians. In effect, Iran's allies identified a fulcrum where they could use their temporarily limited political influence to produce a strategic outcome—the scuttling of a nationalist alliance of Maliki and Allawi supporters, which would have been a disaster for ISCI, the Sadrists, and Iran.

Finally, Iran has longstanding ties with Iraq's main Kurdish parties—the Kurdistan Democratic Party (KDP) and the Patriotic Union of Kurdistan (PUK). Kurdish *peshmerga* guerrillas fought with Iran against Iraqi forces during the Iran-Iraq War, and Tehran armed the PUK during its fighting with the KDP from 1994 to 1998.[27]

Iran continues to enjoy close ties with the PUK and KDP and the Kurdistan Regional Government (KRG) based in Irbil, although relations are strained regularly by Iranian cross-border artillery strikes and incursions into northern Iraq against guerrillas from the Iranian Kurdish Party for a Free Life in Kurdistan (PEJAK). Although the KDP and particularly the PUK have benefited from Iranian support, a certain measure of Tehran's influence over Kurdish leaders is rooted in the fear and intimidation the Iranians exert. Iran is also rapidly developing bilateral economic ties with the KRG that suit the needs of both Tehran and Irbil; the landlocked and cash-strapped KRG gains access to markets, while Iran can obtain refined fuel products and technology through the KRG, thereby circumventing international sanctions.

## Vectors of Influence

Iran formally exercises its influence through its embassy in Baghdad, along with consulates in Basra, Karbala, Irbil, and Sulaymaniyah. Both of its post-2003 ambassadors—Hassan Kazemi-Qomi and Hassan Danaifar (the latter was born in Iraq, but his family was expelled by Saddam Hussein)—are officers in the IRGC-QF, reflecting the central role played by this critical institution in formulating and implementing policy in Iraq.[28]

PX683

Qods Force commander Qasem Soleimani reportedly played a key role in negotiations to form an Iraqi government in 2005, and to broker ceasefires between ISCI and the Mahdi Army in 2007 and between the Iraqi government and the Mahdi Army in 2008.[29] More recently, Iranian Majlis speaker Ali Larijani participated in negotiations to encourage ISCI, Dawa, and the Sadrists to run as a unified bloc in the 2010 elections and to form a governing coalition thereafter.[30]

Iranian proxies within the security forces are another key vector of influence. Between 2003 and 2005, sixteen thousand militia personnel were incorporated into the nascent Iraqi Security Forces (ISF). These so-called *dimaj* (direct accession) personnel lack any formal professional education as soldiers or policemen. The Shiite Islamist parties, and particularly the Badr Organization, provided most of the personnel incorporated into the ISF in this way.[31]

These recruits included many Iraqi Shiites who lived in exile in Iran throughout the 1980s and 1990s, who fought on the Iranian side during the Iran-Iraq War, and who either have dual Iraqi-Iranian citizenship or who were born in Iran and only received their Iraqi citizenship post-2003. The Badr recruits were often assigned to Iraqi army intelligence, Ministry of Interior special weapons and tactics (SWAT) teams, and the ministry's National Information and Investigations Agency. Because, prior to 2003, Badr personnel were trained and controlled by the IRGC-QF during their stay in Iran, their integration into the ISF since then has produced a serious counterintelligence challenge.[32]

Iranian Qods Force operatives have also been directly implicated in efforts to arm, train, and finance militias and insurgent groups in Iraq. In December 2006, U.S. forces detained two senior IRGC-QF officers (including the senior Qods Force operations officer in Iraq) linked to attacks on American forces in a predawn raid on the house of Badr Organization head Hadi al-Ameri, in a Baghdad compound belonging to ISCI chief Abdulaziz al-Hakim.[33] Five more Qods Force officers posing as diplomats were detained by U.S. forces in Irbil in January 2007 (though the apparent target of the raid, IRGC-QF Brig. Gen. Muhammad Jafari, was reportedly staying at Kurdish leader Massoud Barzani's guesthouse at the time).[34] And in September 2007, a Qods Force sector commander, Mahmoud Farhadi, posing as a visiting businessman, was detained by U.S. forces in Sulaymaniyah. He was reportedly in Iraq to arrange the transfer of arms to insurgent groups.[35] These incidents highlight the close ties between the IRGC-QF and prominent Iraqi politicians and officials and underscore the ease with which Qods Force personnel operate in Iraq.

A crude but important vector of Iranian power involves the distribution of money through a network of Iranian and Iraqi agents. Financial assistance is a simple and effective way to literally buy influence in Iraq because, as one Iraqi commented in reference to some of his countrymen, "They hate Iran, but they don't hate money."[36] In some cases, Iranian government funds are used to support political proxies in Iraq, contributing to the costs of operating political offices and social foundations such as ISCI's social and religious organization, the Shahid al-Mihrab Foundation.[37] In other cases, Iran has granted large sums of money to its Iraqi proxies so that they can buy property or invest in privatized state-owned enterprises, with the end goal of helping these proxies provide jobs and housing for potential supporters. The business interests of the Iranian regime are supported by collaborative schemes involving Iraqi businessmen, often former or current Badr members or Sadrists, who collude to dominate the cross-border business in religious tourism and the award of contracts by the federal government and provincial councils.[38]

PX683

# 3 | Support for Militias and Insurgents

WHILE ENCOURAGING ITS Iraqi political allies to work with the United States and to participate in the nascent democratic political process since 2003, Iran has also armed, trained, and funded Shiite militias and Shiite (and, on occasion, Sunni) insurgents, in order to provide its political allies with the means to undermine or eliminate political rivals, and to bring about a humiliating and chastening defeat for the United States that would deter future U.S. military interventions in the region. Indeed, according to U.S. ambassador James Jeffrey, Iranian-supported Shiite militias and insurgent groups may have been responsible for up to one quarter of all U.S. combat casualties in Iraq.[39]

Iran has also apparently used its Shiite militant proxies to stoke sectarian tensions and to foment political violence, only to then step in diplomatically to resolve these conflicts—thereby burnishing its image as an indispensable partner for Iraq.[40] These armed groups also provide Tehran with an additional source of influence should its political allies prove unreliable, and the means to retaliate against U.S. forces in Iraq should Iran's nuclear infrastructure be attacked by the United States or Israel.[41]

Following the U.S. military withdrawal from Iraq, Tehran may use its support for these Shiite militias and insurgent groups to press the Iraqi government to curtail its relationship with the United States and as a source of leverage over the government on other issues. And some Iranian-sponsored special groups may seek to draw upon their record of resistance against the United States and their influence on the street as an entree into politics, much as Hizballah in Lebanon and Muqtada al-Sadr have done.[42]

The Islamic Republic has been sponsoring Iraqi paramilitary proxies for nearly the entire span of its thirty-year existence.[43] And many of the techniques used by Iran during the 1980s remain in use to this day. Thus, Iraqi government reporting on Iranian proxy operations from before 2003 noted a reliance on both overt and clandestine entities, foreshadowing post-2003 support for overt organizations like ISCI and the paramilitary Badr Corps as well as underground special groups.[44] Likewise, many Iraqis who appeared in the 1970s as underground antiregime activists in Iraq and in the 1980s as exiled anti-Saddam insurgents in Iran have emerged in the past decade as politicians or anti-American leaders of special groups in post-Saddam Iraq.[45]

Following the fall of the Saddam Hussein regime in April 2003, Iran initially relied on its traditional allies in ISCI's Badr Corps, which had conducted covert paramilitary operations in Iraq during the 1980s and 1990s under orders from the IRGC-QF.[46] As Badr joined the political process and became an overt organization, Iran expanded its proxy networks by splintering off radical figures from Badr, such as Abu Mustafa al-Sheibani and Abu Mahdi al-Muhandis, as well as radical figures from Muqtada al-Sadr's Mahdi Army militia, such as Qais al-Khazali and Ismail al-Lami (a.k.a. Abu Dira—the notorious "Shiite Zarqawi"[47]), to form covert special groups.[48] This technique was first used by Iran in Lebanon to woo radical members of the more moderate Lebanese Shiite Amal Party to form the radical Hizballah movement.[49]

In creating these special groups, Iran also hoped to develop alternatives to the out-of-control Mahdi Army that it could more easily use to advance its interests. However, the boundaries between these groups are sometimes blurred. Thus, Badr personnel who have been integrated into Iraq's security forces are believed to regularly provide tip-offs and targeting advice to "fellow travelers" in the special groups to facilitate their activities.[50]

Iran has supported its militant proxies using Qods Force operatives, both Iranian and Iraqi, supported by Arabic-speaking Lebanese Hizballah operatives.[51] It has transferred large quantities of weapons, explosives, and specialized equipment to militia and insurgent groups in Iraq since 2003, through official ports of entry and smuggling routes in Basra, Maysan, Wasit, and Diyala provinces, and the KRG, paying off

PX683

tribesmen and border guards to facilitate these activities.[52] Iran's armed forces support border smuggling activities by various means, including unmanned aerial vehicles, helicopters, visual surveillance, signals intelligence, and gunfire to intimidate and chase off Iraqi border patrols.[53]

Several thousand Shiite militia members are believed to have received training from the IRGC-QF and Lebanese Hizballah in Iran and Lebanon during this time.[54] Evidence suggests that Iranian-backed facilitators fund attack cells lavishly, building up large arms caches in Iraq and paying thousands of dollars for individual attacks against U.S. forces—sums that many young unemployed Iraqis are loath to refuse.[55]

While Iran has focused most of its efforts on Shiite groups, it is also believed to have provided indirect military support to Sunni insurgent groups, including local al-Qaeda affiliates, though few details are available.[56] Salafi jihadist groups such as Ansar al-Islam have long utilized Iran as a transit route to and from Afghanistan, and as an operational base for attacks into the KRG and northern Iraq. Some senior KRG officials believe that Iran can adjust the level of threat posed by these groups and that the IRGC-QF has some measure of awareness of and perhaps even control over the activities of Ansar al-Islam within Iraq, possibly using this group to pressure the KRG to rein in anti-Iranian PEJAK operations.[57]

## Challenges for Iran's Proxy Strategy

Iran's support for the Mahdi Army quickly became problematic with the movement's dramatic expansion after 2003, its incorporation of numerous criminal elements, and the Sadrist movement's own fragmentation owing to disagreements over strategy, tactics, and Sadr's leadership. Moreover, the Mahdi Army's radical agenda and its competition for power within Iraq's Shiite community repeatedly brought it into conflict with ISCI and the Iraqi government, thereby undermining Iranian efforts to unify the Shiite community.

An unintended consequence of the IRGC-QFs support for a range of Shiite militia and insurgent groups (Badr, the Mahdi Army, and the special groups) was to contribute to internecine violence among them.

Following the July–August 2006 war between Hizballah and Israel, the IRGC-QF sought to build on and replicate the perceived success experienced by Hizballah by providing large numbers of advanced explosively formed penetrator (EFP) roadside bombs to a wide range of Shiite militant groups in Iraq. Some of these bombs were used for score settling, including the assassination of two provincial police chiefs and two provincial governors from rival parties in southern Iraq in the latter half of 2006. This escalating violence culminated in a bloody gunfight between armed ISCI and Mahdi Army personnel in the shrine city of Karbala in late August 2007.[58] After this incident, Iran scaled back its support for militant proxies in Iraq in order to prevent further bloodshed.[59]

By 2010, Iran had narrowed its military support to just three groups: the Sadrist movement's Promised Day Brigade (PDB), Asaib Ahl al-Haqq (AAH), and Kataib Hizballah (KH).[60] The PDB was created to replace the Mahdi Army as the armed wing of Muqtada al-Sadr's movement, with its formation announced in June 2008. The group's inception resulted from a compromise among the militant cadres in the Sadrist movement, allowing a select group of Sadrist fighters to remain under a clear chain of command and strict discipline to avoid the decentralization that caused the Mahdi Army militia to fracture and run out of control. The PDB is believed to retain some independence from the IRGC-QF and has not been very active recently, though some PDB members have apparently collaborated with KH and AAH organizers in attacks on U.S. forces.[61] PDB took credit for a January 1, 2011, attack on Camp Echo in Diwaniyah, possibly presaging a ramp-up in activities in the wake of Sadr's return to Iraq.[62]

Asaib Ahl al-Haqq is led by Qais al-Khazali, who served as Sadr's chief spokesman until his dismissal during the summer uprising in 2004.[63] While AAH is an independent group that has pursued its own agenda relative to the Office of the Martyr Sadr (OMS) and the Mahdi Army/PDB, it still belongs to the Sadrist movement, and some of its members and sympathizers may participate in mainstream Sadrist organizations. AAH has drawn on Iranian support to undertake

complex ambushes and to kidnap coalition forces, most notably the January 2007 abduction and killing of five U.S. soldiers from the Provincial Joint Coordination Center in Karbala, and the May 2007 kidnapping of British accounting consultant Peter Moore, and his four bodyguards (who were subsequently killed).[64]

On March 20, 2007, Khazali was captured by British forces along with his brother Laith and Hizballah operative Ali Musa Daqduq in Basra.[65] In time, Khazali was transferred to Iraqi custody and released in exchange for Moore in January 2010.[66] During Khazali's detention, AAH tried to balance its desire to obtain the release of its leader against the desire of many AAH members to continue attacks on U.S. forces.

As part of its efforts to facilitate Khazali's release, AAH ultimately agreed in August 2009 to renounce violence and to participate in the political process.[67] However, some members of AAH have continued to engage in violent activities in Baghdad and Maysan province, including the January 2010 kidnapping of U.S. military contractor Issa Salomi in Baghdad to pressure the Iraqi government to release AAH detainees. Salomi was released in March 2010.

As happened to the Mahdi Army, AAH may be evolving into an umbrella organization for a wide range of militants who seek to engage in violence based on a host of ideological, sectarian, commercial, or criminal motives. While Khazali is still believed to be in Iran, where he traveled immediately following his release, other notorious special group commanders such as Sadrist breakaway Abu Mustafa al-Sheibani and former Badr member Ismail al-Lami (a.k.a. Abu Dira) reportedly returned from Iran in summer 2010 to help replenish the ranks of AAH and perhaps spearhead its transformation into a political organization with a militia wing, à la Lebanese Hizballah.[68] The competition between OMS and AAH to be seen as the authentic voice of "resistance" by the urban and rural Shiite poor who make up the popular base of the Sadrist movement has sparked bitter rivalry between the two organizations.[69]

As AAH has generally ramped down its militant activities, Iran seems to have shifted its support toward the even more hardline Kataib Hizballah, headed by veteran terrorist (and former member of parliament) Abu Mahdi al-Muhandis. KH was formed in early 2007 as a vehicle for the IRGC-QF to deploy its most experienced operators and most sensitive equipment. Since then, it has developed into a compact, disciplined movement of fewer than four hundred men under IRGC-QF control. Improved Iranian advice and training have produced recent modest improvements in tactical performance.[70] Money for KH is believed to be routed from Iran to militant recruits via mosques and husseiniyahs (Shiite religious spaces) in Wasit, Maysan, and Basra provinces.[71] Iranian advisors reportedly returned to Iraq in mid-2010 with KH operatives trained in Iran to conduct attacks on departing U.S. forces, to create the impression that the United States was forced out of Iraq by the Shiite resistance organizations, supported by Iran.[72]

Mortar and rocket attacks against U.S. bases are a signature tactic of the special groups. In 2010, an average of twenty-two indirect fire attacks a month were conducted by special groups on U.S. bases. The attacks usually entailed 107-millimeter rockets fired singly or in pairs, though Iranian-made 122-millimeter rockets are increasingly launched from improvised multiple-rocket-launcher trucks in salvos of as many as sixteen to twenty. Very large Iranian-made 240-millimeter rockets are also used occasionally, as are improvised rocket-assisted munitions (IRAMs).[73]

Throughout the summer of 2010, special groups' rocket attacks on the U.S. embassy compound in Baghdad and Basra Air Station became more regular and more accurate, in part owing to declining U.S. aerial surveillance and ground and river patrolling. During 2010, 148 mortar and rocket attacks hit Baghdad, including 49 during a three-month period in late summer.[74] And while most of these attacks were not lethal, one U.S. soldier and three U.S.-contracted security guards were killed by indirect fire in the International Zone and Basra between June and August 2010.[75]

Significantly, indirect fire on the International Zone slackened immediately after the October 1, 2010, announcement that the Sadrist bloc had endorsed the reappointment of Maliki as prime minister, dropping from over a dozen attacks per month to three or four

PX683

incidents per month. Nevertheless, indirect fire attacks against Baghdad's government and diplomatic quarter are a political lever that Iran can utilize if a future Iraqi government shows too much independence or pursues policies contrary to Iran's interests.[76]

Iranian-backed special groups have also made extensive use of armor-piercing EFP roadside bombs manufactured in Iran and smuggled into Iraq to attack U.S. military vehicles and Western commercial personal security details. EFP attacks are associated exclusively with Iranian-sponsored special groups and are another signature tactic of these groups.

The EFP continues to be the most advanced form of roadside bomb in Iraq, and while countermeasures have reduced the danger they pose, they have historically achieved the highest per-incident lethality of any insurgent weapon, causing hundreds of U.S. combat deaths.[77] EFP use has dropped, however, from around sixty per month at the height of the "surge" in U.S. troops in 2007 to an average of thirteen per month in 2010.

At the time of this writing, attacks on U.S. logistical columns are focused on the southernmost end of the supply chain, where roads converge between Nasariyah and Basra, probably a reflection of the gradual shutdown of U.S. bases along the Euphrates. Other attacks target the ongoing missions in Karbala, Najaf, Dhi Qar, Maysan, and Basra, striking U.S. Provincial Reconstruction Team and consulate missions or U.S. military trainers.[78] A reduced U.S. presence in the cities is forcing Iranian-backed cells to target U.S. logistical bases and highway convoys in southern Iraq, and to activate EFP cells in areas where they were previously rarely active, such as in Abu Ghraib, Khalis, Muqdadiyah, and Kirkuk.[79] A trickle of Iraqi civilian or military fatalities still results from EFPs, even though Qods Force–trained "cache custodians" impose conditions on recipients of EFPs to prevent their use against Iraqis.[80]

Efficient intelligence-gathering for targeting is apparent in many EFP attacks, though weapons effectiveness and lethality remain very low due to poor emplacement and the limited size of devices, combined with U.S. countermeasures. However, Iranian-backed cells continue to pose a serious threat, adapting to overcome U.S. protective measures. In late 2010, for instance, several attempts were made to use snipers to shoot U.S. soldiers in the armpit (under their body armor), resulting in the death of one U.S. soldier supporting a Provincial Reconstruction Team mission near al-Kut in Wasit province on December 8, 2010.[81]

Iran is also suspected of supporting militant operations to undermine stability and stoke sectarian tensions in Iraq. In the autumn of 2007, it was suspected of having commissioned attacks on Shiite targets in the hope that al-Qaeda would be blamed, thereby reigniting flagging sectarian violence. Thus, Iranian-backed special groups are believed to have been behind the bombing of a Baghdad market on November 23, 2007.[82] And Mahdi Army militants claimed that Iranian agents had paid members of their militia to conduct atrocities against other Shiites as part of this effort.[83] Hard evidence to support these claims, however, remains elusive.

With the Sadrists playing a key role in the new government, most if not all remaining detainees belonging to the Sadrist Trend are likely to be released, replenishing the ranks of the existing special groups. Indeed, reports indicate that such releases are already happening.[84] Moreover, elements from the PDB, AAH, and KH will probably be drawn into the security forces, as were Badr personnel in the post-2003 period, enabling them to facilitate the activities of special-group members outside of government.

Targeted attacks on U.S. forces are therefore likely to persist, if not increase, as a result of the new latitude enjoyed by such groups, and kidnapping of Western contractors or military personnel could become a significant risk. Furthermore, Tehran is likely to once again split off radical elements from those groups that adopt a more public profile or that seek to enter politics, in order to form new covert special groups. In this way, ironically, Tehran may likely if unwittingly contribute further to the fragmentation of Iraqi Shiite politics, and thereby undermine its efforts to unify the Shiite community.

PX683

# 4 | Soft Power

IRAN HAS WOVEN soft-power activities into its whole-of-government approach to projecting influence in Iraq. To this end, it has implemented protectionist measures and trade policies to Iraq's disadvantage, and attempted to co-opt the transnational Shiite clerical network based in Najaf and influence Iraqi public opinion through information activities.[85] And while U.S. and Iraqi military officials have fretted that Iraq's lack of combat aircraft and robust naval forces will leave its airspace and territorial waters vulnerable when U.S. forces leave in 2011, Iranian soft power probably constitutes the greater long-term threat to Iraqi sovereignty and independence.

## Economic Ties

Iran's trade with Iraq reportedly reached $7 billion in 2009—second only to trade between Turkey and Iraq, which reportedly reached $9 billion that year.[86] The balance of trade between Iran and Iraq, however, is strongly skewed in Iran's favor, in part due to Iranian protectionist policies and government subsidies. Iranian exporters gain significant tax breaks and other incentives, while the Islamic Republic imposes heavy import tariffs on Iraqi goods. Iranian exports to Iraq consist mainly of fresh produce, processed foodstuffs, cheap consumer goods, cars, and construction materials such as cement, glass, and bricks. Iraqi exports to Iran consist largely of crude and refined oil products.

Iran now operates five banks in Iraq, including a Bank Melli branch in Baghdad, an agricultural bank, and three retail banks with branches in Baghdad, Najaf, and Karbala. This development has allowed Iraqi banks to open letters of credit with Iranian banks, thereby facilitating trade. The Iranian government has also offered Iraq a number of billion-dollar soft loans to undertake projects in Iraq that use Iranian contractors and equipment.[87]

Moreover, Iranian investors, parastatal foundations (*bonyad*s), construction firms, and companies are very active in the largely Shiite south of the country, as well as in Baghdad and the KRG. Iranian foundations have also helped build hospitals, clinics, and schools in southern and central Iraq, as part of Iran's efforts to win Iraqi "hearts and minds." Iranian firms lead in the field of housing construction in southern Iraq, which in the coming decade will represent a $16 billion market in Basra province alone and a $150 billion market nationwide, according to the U.S. Agency for International Development.[88] For their part, some Iranian industrial concerns are now considering setting up local subsidiaries in Iraq. For instance, Iranian firms that, for years, have been exporting iron to Iraq to aid in reconstruction are now exploring the possibility of setting up iron foundries there.[89]

The trade relationship, however, has had a downside. Iranian dumping of cheap, subsidized food products and consumer goods into Iraq has undercut Iraq's agricultural and manufacturing sectors, and generated resentment among Iraqis harmed by these policies. Though initial Iraqi efforts to reduce dependence on Iranian imports have mostly failed, as have politically motivated boycotts of Iranian products, most of the southern provinces have attempted repeatedly to protect their farmers from the dominance of Iranian food producers through short-term bans on Iranian imports.[90]

Likewise, Iran's damming and diversion of the rivers feeding the Shatt al-Arab waterway have helped undermine Iraqi agriculture in the south and hindered efforts to revive Iraq's marshlands. Iran has withheld water flows of the Kalal River, which flows into Wasit province, and of the Karun and Karkha rivers, which flow into Basra province.[91] In Basra, Iran's actions have been compounded by a four-year drought and the reduced flow of the Euphrates River caused by damming and diversion activities in Turkey and Syria. A steep decline in water quality in the Shatt al-Arab has resulted, sparking nothing less than a humanitarian crisis—crops and livestock have been killed and up to a quarter of the population of the al-Faw Peninsula has departed.[92]

Since 2003, Iraqi demand for electricity has grown dramatically, far outstripping supply. Iran has helped

PX683

make up for this shortfall by supplying some 8–9 percent of Iraq's needs[93] (with the proportion much higher for several provinces that border Iran), though many Iraqis believe that Iran manipulates these supplies for political ends. Provinces such as Basra, Maysan, and Diyala rely to a significant extent upon Iranian-produced electricity, and Iran hopes to supply power to the KRG in the future.[94] In June 2010, Iran cut electrical supplies to Basra at the height of a summer heat wave. Given that the cut coincided with antigovernment protests launched by Iranian-backed political parties, many Basra residents viewed it as politically motivated, recalling similar power cuts when Iran's local militia proxies were crushed by government forces in March 2008. [95]

Trade in oil and oil products between Iran and Iraq has also been significant. After 2003, fuel product shortages in some Iraqi border provinces (particularly Basra, Maysan, and Wasit) led local officials to approach Iran to fulfill their fuel needs. Moreover, at various times the two sides have engaged in oil swaps, with Iran accepting Iraqi crude oil in exchange for refined fuel product derivatives (such as cooking gas, heating oil, kerosene, and vehicle fuels).[96]

The oil relationship has not been without tensions. In November 2009, Iran staked a claim to the anchorage at Khor al-Amayah offshore oil terminal, suggesting that it is located in Iranian rather than Iraqi territorial waters. The incident underlined Iran's ability to help or hinder Iraq's reemergence as a major oil exporter as Iraq expands production—a development that could undercut Iran's influence in the Organization of the Petroleum Exporting Countries and, by depressing oil prices, reduce Iran's oil income.[97] Should Iraq continue to experience bottlenecks in its underdeveloped southern export infrastructure, Iran could influence Iraqi oil export capacity by permitting or denying use of its ports across the border.

Perhaps most significant, Iran is a major conduit or destination for Iraqi oil products moved by tanker truck from the KRG. Although the KRG Ministry of Natural Resources denies that KRG-produced crude oil is being exported to Iran, few border security measures are in place to stop this kind of trade and the

KRG would certainly benefit from such sales. At any rate, the KRG admits to the export of refined oil products to Iran from the KRG, including KRG-produced fuels, while Kurdish truckers interviewed by the media admit that subsidized federal fuels, including expensive imported stocks, are resold to Iran.[98] If not quashed, the KRG–Iran trade in fuels—and Iran's ability to work with criminal groups in Iraq to gain access to smuggled fuels from other areas—may one day become a significant check on international efforts to sanction Iranian fuel imports.

Iran also gains leverage over the KRG through the flow of refined oil products and goods, as Tehran is capable of cutting off cross-border trade if Irbil fails to meet certain Iranian demands— concerning, for instance, the KRG's treatment of the Iranian Kurdish militant group PEJAK or of Iranian agents operating in Iraqi Kurdistan. Both are the cause of occasional diplomatic spats between Tehran and Irbil.

Iraq has also become a major destination for Iranian religious tourists. Some 40,000 Iranian pilgrims reportedly visit holy sites in Najaf, Karbala, Kadhimiyah, and Samarra each month, with an estimated three to four million visiting Iraq during the annual Ashura commemorations.[99] The total number of religious tourists exceeds ten million annually when one includes pilgrims from elsewhere.[100] Thanks to Iranian government regulation, this lucrative trade is increasingly dominated by travel agencies controlled by the Iranian government or its Iraqi proxies. In addition, Iran reportedly provides $20 million a year for the construction and improvement of tourist facilities for pilgrims in Najaf, and several million more for the other shrine cities.[101]

Nor is the flow one way: many Iraqis visit Iran each year for medical treatment because visas are easy to obtain and treatment in the Islamic Republic is affordable—and Iran often offers to pay part of the costs. Many more visit Mashhad and Qom for religious tourism, while thousands of Iraqi religious students live and study at seminaries in these cities.[102] Many other Iraqis (including senior members of the military and security services) frequently visit family members still living in Iran, a reminder of the blurred identity of many Iraqis

who were exiled in Iran for decades or born to Iraqi parents while they sought refuge in Iran.[103] Some Iraqis working along the Iranian border (including Iraqi border guards) transit the border daily, either because Iran offers more convenient shopping opportunities, or to stay overnight with family members.[104] A recent Iranian proposal to lift visa requirements for travel between Iran and Iraq could further boost tourism and trade, although such a move might also facilitate smuggling and Iranian intelligence activities in Iraq.[105]

While Iranian exports to Iraq are motivated in large part by economic considerations, the creation of lopsided trade imbalances through unfair business practices and the creation of dependencies in other areas may also be motivated by the desire to maximize leverage and by strategic considerations. Thus, Gholam Reza Jalali, a former IRGC officer who heads Iran's Passive Defense Organization (which is responsible for protecting the country's strategic infrastructure), has argued that Iran should reduce its vulnerability to a foreign attack by "establishing common interests and creating mutual dependence" with its neighbors, "for instance by means of pipelines"—presumably to strengthen its deterrent posture by ensuring that an attack on Iran would have ripple effects that would harm its neighbors, nearly all of which are partners or allies of the United States.[106]

Trade relations and joint infrastructure projects are inevitable and often mutually beneficial aspects of relations between neighboring countries (thus Canada and Mexico are top U.S. trade partners). Iraqi and U.S. interests would be well served by active and peaceful trade, investment, and people-to-people exchanges between Iraq and Iran. And as long as Iraq cannot meet the domestic demand for cheap produce, processed food products, consumer goods, and electricity, it will rely on Iran for these products and services. For these reasons, Iran and Iraq will almost inevitably be major trade partners.

Moreover, both Iraq and Iran have compelling reasons for increased trade, given the inability of the Iraqi economy to meet domestic demand in many areas, and given international sanctions on Iran. But Iranian efforts to create such dependencies through unfair trade practices are also part of a strategy to use all available instruments of national power to enhance its leverage over Iraq in order to influence its domestic politics, weaken the Iraqi state, and strengthen its deterrent posture vis-à-vis the United States. For this reason, Iraqi and U.S. policymakers have a compelling interest in working together to counter unfair Iranian trade practices and to rectify lopsided and unhealthy trade imbalances and dependencies.

## Export of Revolutionary Islam

Since the Islamic Revolution, one of the Islamic Republic's foremost objectives has been to secure the primacy of its official ideology in Shiite communities throughout the world. It has done so, in part, by backing Iranian clerics trained in Qom and steeped in the official ideology of clerical rule (*velayat-e faqih*) over clerics trained in the quietistic tradition of the religious seminaries (*hawza*s) of Najaf, in Iraq, which promote a more limited clerical role in politics.[107]

To Tehran's dismay, the overthrow of the regime of Saddam Hussein in 2003 created new opportunities for Najaf-based Grand Ayatollah Ali al-Sistani—foremost representative of the quietistic school and *marja* (source of emulation) for perhaps 80 percent of all Shiites worldwide—to further expand his activities in Iran. There, his representatives collect *khums* and *zakat* (religious taxes) from the faithful, and provide stipends to more than 65,000 religious students (out of a total of 250,000–300,000 in Iran) as well as charity to the needy—activities that have helped underwrite his popularity.[108] Sistani has also reportedly sought to limit the penetration of the *hawza* in Najaf by Iranian clerics and agents sent to Iraq since 2003.[109]

While Sistani's standing in Iran has been a source of concern for the Islamic Republic, the very scope of his activities there provides Tehran with leverage; should Tehran close his offices in Iran, Sistani would be denied a major source of income and influence. As a result, he has been careful not to openly criticize the clerical leadership of the Islamic Republic or its policies, or to challenge them through his actions.[110] And his few forays into Iraqi politics—such as his endorsement of the United Iraqi Alliance in 2005—have indirectly served Tehran's interests.

PX683

The Islamic Republic has spent prodigious sums of state monies to fund the activities of politicized clerics associated with Qom, in an effort to outspend the *marja*s based in Najaf and to co-opt the seminarians and masses under their influence, while funding propaganda activities to promote the Islamic Republic's version of Islam.[111] It does this not only out of religious conviction and political expediency but also because senior security officials believe that promoting a sense of solidarity with Iran among the world's Shiites will ensure that if Iran is ever attacked, Shiites everywhere will rally to its side, thereby strengthening its hand in its struggle with its enemies.[112]

The return of Muqtada al-Sadr to Iraq may be part of this long-term effort to co-opt the Najaf *hawza* and bring it closer to Iran. Sadr and his father before him were advocates for clerical rule, but under an Iraqi-born rather than Iranian Supreme Leader.[113] And on more than one occasion, Sadr's supporters have demonstrated their willingness to use force to gain ascendancy in Najaf. Sadr's return to Iraq would thus tip the balance in Najaf toward the Iranian model of clerical politics—or a hybrid of the Hizballah and Iranian models.

Thanks, then, to these efforts to promote its religious ideology, as well as the recent death of Najaf-trained Lebanese Grand Ayatollah Hussein Fadlallah (perhaps second only to Sistani in popularity in the Arab world) and Sistani's poor health and advanced age (he is eighty), Tehran may indeed be well positioned to further expand its influence over the transnational Shiite clerical network traditionally based in Najaf, once Sistani passes from the scene.[114]

Because of its traditional centrality in the Shiite world, Najaf (sometimes referred to as the "Shiite Vatican") has also been the focus of Iranian investment and other activities. Najaf is the site of the Imam Ali shrine (where the Imam Ali is buried) and the third most important pilgrimage destination for Shiite Muslims after Mecca and Medina. Millions of religious pilgrims visit Najaf each year from all over the Shiite world. They are a major source of revenue for the restaurateurs, hoteliers, shop owners, and tour guides who make a living off the religious tourism industry

(though some Iraqis complain that the Iranians award contracts only to their local political allies, and that Iranian pilgrims get preferential access to hotel rooms, cheap hotel rates, and religious shrines).[115] Najaf is also the traditional seat of Shiite learning, where the several thousand clerics who live and teach stand to gain new adherents from among the thousands of religious students who study in the city's seminaries and the pilgrims who visit.[116] And since 2003 and the rise of Iraq's Shiite religious parties, Najaf has emerged as perhaps the most important center of politics in Iraq outside of Baghdad.

For these reasons, Iran has tried to establish for itself an important role in the political, economic, and religious life of Najaf, by funding the construction of hotels, airports, medical clinics, and other infrastructure designed for religious tourism.[117] It has used all the instruments of national power to win "hearts and minds" in the city, including trade fairs, the marketing of pilgrimages by Iranian travel agencies, investments, and cash grants. By contrast, the lack of a U.S. diplomatic presence in Najaf will be a major constraint on America's ability to engage Shiite Muslims, especially those visiting from Iran, and to counter Iranian influence in Iraq and among Shiite communities around the world.[118]

## Information, Propaganda, and Public Opinion

Iran has been vying for Iraqi hearts and minds through Arabic-language radio and television news and entertainment broadcasts into Iraq that reflect the Islamic Republic's propaganda line on the country and the region. Al-Alam television, which was launched on the eve of the U.S. invasion of Iraq in 2003, is the best known of these outlets, though Iran sponsors several other TV and radio stations that broadcast in Arabic into Iraq and beyond.[119]

These efforts, however, have met with only limited success. Tehran's policies and actions have frequently produced an anti-Iranian backlash, even in Shiite regions. For instance, in November 2007, tribal leaders in southern Iraq circulated petitions condemning perceived Iranian efforts to destabilize Iraq. And in December 2009, Iran's temporary seizure of the Fakka

PX683

oil well sparked demonstrations throughout Iraq and condemnations by tribal leaders in the south.[120] Efforts by some Shiite politicians to soft-pedal Iranian interference in Iraqi affairs and Iranian violations of Iraqi sovereignty have also engendered resentment against Iran's local allies.[121]

Polling data since 2003 has consistently shown that large numbers of Iraqis (including Shiites) believe that Iran has a mostly negative influence on Iraqi politics and stability, and do not consider Iran's form of governance a viable model for Iraq:

- Only 3 percent of Iraqis polled in mid-2003 saw Iran's form of governance as a desirable model for Iraq (4.1 percent of Shiites), while only 21.6 percent believed that, over the coming five years, Iran would help Iraq (32.2 percent of Shiites) and 53.5 percent believed Iran would hurt Iraq (46.8 percent of Shiites).[122]

- An early 2004 poll showed that only 2.6 percent of respondents saw Iran as a model for Iraq, while only 4 percent wanted Iran to play a role in rebuilding Iraq and 19.5 percent did not want Iran to play such a role (the second highest percentage behind Israel, at 36.8 percent).[123]

- A mid-2004 poll showed that 59.99 percent of Iraqi respondents believed Iran had a negative influence on politics in Iraq, while only around 17 percent believed it had a positive influence.[124]

- A 2006 poll showed that 52 percent of Iraqi respondents believed Iran had a mostly negative influence on Iraq (93 percent of Sunnis and 63 percent of Kurds), while 30 percent of Shiites said Iran was having a mostly negative effect and 43 percent of Shiites said Iran was having a mostly positive effect.[125]

- According to a 2007 poll, 17 percent of Iraqi respondents believed Iran was playing a positive role in Iraq, and 67 percent believed it was playing a negative role.

- A similar poll taken later that year found that 79 percent believed Iran encouraged sectarian violence (99 percent of Sunnis and 62 percent of Shiites), though 66 percent also blamed Syria and 65 percent blamed Saudi Arabia for fanning sectarian violence.[126]

- A repeat of this poll in early 2009 showed that only 12 percent believed Iran was playing a positive role, and 68 percent believed it was playing a negative role.[127]

Perhaps the most comprehensive poll of Iraqi attitudes toward Iran held to date, in March 2010, found that 53 percent of Shiite Arabs had an unfavorable opinion of Iranian president Mahmoud Ahmedinezhad and only 17 percent had a favorable opinion. (By way of comparison, 74 percent of Sunni Arabs had an unfavorable opinion and 8 percent had a favorable opinion.) And while many Iraqis had mixed opinions of Iranian policies toward Iranian pilgrims visiting Shiite holy sites, on water rights in areas bordering Iraq, and on the importation of inexpensive Iranian goods into Iraq, they believed that Iran played a major role in influencing the recent parliamentary elections, and had largely unfavorable views of Iran's ties with Iraqi political leaders (a 42 percent unfavorable rating among Shiites, 70 percent among Sunni Arabs).[128]

Finally, an August 2010 poll asking Iraqis which foreign countries were hindering the formation of an Iraqi government yielded the following responses: Iran (41.2 percent), United States (31.5 percent), Gulf states (11.6 percent), Saudi Arabia (8.9 percent), Turkey (5 percent), and Syria (2.3 percent).[129]

What this data shows is that Iraqis of all persuasions are suspicious of Iran and believe that it meddles in Iraqi politics. This perception has remained fairly constant since 2003, and has not been altered by Iranian information activities or propaganda. It appears to be rooted in deep-seated historical suspicions, Iraqi-Arab nationalism, continuing geopolitical rivalries, and the still-raw wounds of the bloody, eight-year Iran-Iraq War. Antipathy toward Iran among Iraqi Shiites can be traced to the particularly heavy toll the war took on the Shiite population, including much of the rank and

**Soft Power**                                                    Michael Eisenstadt, Michael Knights, and Ahmed Ali

file of the Iraqi army, who endured great losses. Meanwhile, the majority of ground combat occurred in the largely Shiite provinces in the south, causing devastation from which this part of the country still has not recovered.

Public opinion has its limits, however. Much of Iraqi national-level politics occurs in a bubble (the International Zone) and involves elites engaging in deal making and horse trading behind closed doors, where public opinion plays a marginal role. The exigencies of parliamentary coalition building and maintenance, moreover, will continue to magnify the importance of certain smaller parties that are close to Tehran (ISCI, Badr, and the Sadrists). These parties' constituencies tend to be less hostile toward Tehran, and more concerned with matters of sect, tribe, and patronage. Nonetheless, politicians ignore public attitudes toward Tehran at their own peril—particularly during the run-up to elections. These generally hostile public attitudes also explain why Tehran will continue to lean heavily on soft power, its security services, and covert action to project influence in Iraq.

PX683

# 5 | A Balance Sheet

THE FALL OF SADDAM'S REGIME in 2003 was a moment of great opportunity and risk for Iran, though the process set in motion by that event has yet to run its course. Tehran has invested significant resources in Iraq. It has forged close ties with all the major Shiite and Kurdish parties and a number of key paramilitary actors, and has provided its political allies with sophisticated advice, mediation services, and financial support. These efforts, however, have yielded only mixed results. Moreover, some Iranian actions—its meddling in Iraqi politics, support for violent militias, and repeated violations of Iraqi sovereignty—have stoked resentment, underscoring the limitations of Tehran's often disjointed whole-of-government approach.

Iran has experienced its greatest success in Iraq in the political and economic spheres. Regarding politics, it helped form the current broad-based coalition government built around the Shiite National Alliance and its Kurdish partners, which will provide Tehran with new opportunities to project its influence in Iraq. However, the second Maliki government is riven by tensions and rivalries, and is unlikely to be stable. The goal of forging a cohesive and durable pan-Shiite bloc capable of dominating Iraqi politics is therefore likely to remain elusive, though the volatility of the governing coalition will guarantee Tehran a continuing role as mediator between contending factions.

Moreover, the expansion of Iranian influence in Iraq is likely to generate further pushback, though it remains to be seen whether Iranian influence will continue to be "self-limiting"[130] or whether the new coalition government and the U.S. military withdrawal in late 2011 will create opportunities for Tehran to transform Iraq into a weak client state, through a gradual process of "Lebanonization," via its proxies.

Other Iranian successes include the strong electoral showing of the Sadrists less than two years after they suffered severe setbacks both in the public eye and at the hands of the Iraqi government. (Ironically, the Sadrists' success owes at least in part to their self-portrayal as an Islamo-nationalist movement that is less dependent on Tehran than are the other major Shiite parties.) And Tehran can take heart in its proxies' use of the Accountability and Justice Commission to veto the candidacy of prominent opposition politicians (much as the Guardian Council is used to weed out undesirable candidates in Iranian elections).

The Iranian government has arguably been much more effective at threading Iranian companies into the Iraqi economy than the U.S. government has been at encouraging U.S. investment there. Iranian firms enjoy a number of comparative advantages over the Americans: proximity to the market (which reduces shipping expenses); a strong foothold in niches in which it would be difficult for U.S. firms to compete, particularly the marketing of fresh produce, cheap canned foodstuffs, and inexpensive consumer goods; the comparative attractiveness of Iraq as a market for Iranian firms that have been shut out of other markets because of international sanctions versus for U.S. firms that have numerous opportunities on a global scale; the ability of Iran to exploit corruption, shortfalls in electricity production, and disputes between the federal and provincial governments to enhance its market share in Iraq; and support by the U.S. government for normal Iraq-Iran business ties (specifically, business opportunities that are not politically motivated or that do not provide a cover for Iranian intelligence activities—though it is hard to disentangle these various aspects of Iran's economic involvement in Iraq).

Furthermore, while the United States has a strong interest in seeing Iraq play a greater role as a producer of oil and gas—as part of the general U.S. energy strategy of encouraging more diverse sources of energy and an ample supply of oil—this does not necessarily translate into a strong interest in seeing U.S. energy firms win contracts in Iraq, so long as foreign firms that win contracts operate in accordance with free market principles. After all, U.S. shareholders own a large part of such international oil firms as BP, which is the largest oil producer in the United States.

PX683

Though Iran's paramilitary support to Iraqi militias and insurgents has sometimes been tactically effective, it has also harmed Iran-Iraq relations and further sullied Tehran's reputation. The support has thus come at a political price, and even some of Tehran's local allies are wary of its intentions. Correspondingly, security incidents in the south, including those clearly attributable to al-Qaeda and neo-Baathist groups, are often reflexively blamed on Iran.[131]

Perhaps the most effective element of Iran's involvement in the security sector has been its penetration of Iraqi state security organs through the Badr Organization and other groups. Removing such implants in the ministries of Interior and Defense, while preventing Sadrist influence in security and services ministries, should be a key focus for U.S. policy.

Given Iraq's economic circumstances, the pervasiveness of corruption, and its underdeveloped counterintelligence capabilities, there will always be Iraqis willing and able to work surreptitiously on behalf of Iranian interests for religious, ideological, or mercenary reasons. Until these fundamental problems can be addressed effectively, Iran will be able to recruit agents and allies in the Iraqi government and security forces.

Geography, politics, economics, and religion ensure that Iran will retain significant influence in Iraq for the foreseeable future. Continued low-level violence by a simmering neo-Baathist Sunni Arab insurgency in league with remnants of al-Qaeda in Iraq, as well as by Shiite special groups, will ensure that the central government in Baghdad remains in need of foreign security assistance and support, as well as vulnerable to pressure by Tehran.[132] In individual provinces, a marked deterioration in the local security situation could create opportunities for Iran, as threatened parties seek the protection of foreign patrons.

Over the long run, the nature of the relationship between Iraq and Iran will depend largely on the security situation in Iraq, the political complexion of the Iraqi government, and the type of long-term relationship Iraq builds with its Arab neighbors and the United States. Moreover, Iraq's reemergence as a major oil exporter, likely at Iran's expense, will almost certainly heighten tensions between the two oil-exporting nations.

For these reasons, the United States needs to continue supporting Iraqi Security Forces (ISF) stabilization efforts, to continue pressing for the marginalization of Sadrists and other extremists in the new government, to build the kind of relationship described in the U.S.-Iraq Strategic Framework Agreement, and to continue aiding in the development of Iraq's oil sector. For its part, Iran will vigorously oppose a new agreement that formalizes U.S. security assistance to Iraq or that further extends the U.S. military presence.

At the time of this writing, Tehran appears to have complicated the process of renewing the U.S.-Iraq Security Agreement—expending some of the political capital it gained through backing Maliki's bid for a second term as prime minister by pressing its Iraqi allies not to sign such an accord. Thus, on December 28, 2010, Maliki appeared to decisively rule out a new security accord, stating: "The last American soldier will leave Iraq. This agreement is not subject to extension, not subject to alteration. It is sealed." The return of Muqtada al-Sadr has further complicated matters. In his triumphal homecoming speech on January 8, 2011, Sadr reiterated his belief in "a legal and religious obligation" to resist "the occupation" (i.e., U.S. military presence) and underlined his movement's implacable opposition to a new U.S.-Iraq security agreement that might extend the U.S. military presence beyond 2011. He concluded by warning the government: "We're watching you."[133]

## Unresolved Issues

Iraq and Iran have made some progress in recent years in resolving sources of tension and conflict dating to the Iran-Iraq War. Since the 1990s they have been exchanging the bodies of war dead (though 75,000 remain unaccounted for), both now accept the terms of the 1975 Algiers Accord for demarcating the boundaries between the two countries, and in 2005, the Iraqi government accepted responsibility for starting the war.[134]

However, Iraq is still seeking the return of 153 civilian and military aircraft flown to Iran at the start of the 1991 Gulf War, while Iran is seeking reparations for war damages—a potential major source of tension between the two countries.[135]

PX683

**Iran's Influence in Iraq**

The fate of the 3,400 Iranian members of the oppositionist Mujahedin-e Khalq organization located in Camp Ashraf, in Iraq, also remains unresolved. Iran would like Iraq to close down the camp and turn over group members for trial, whereas many Iraqis would prefer that they be deported, as members of the group are accused of having helped Saddam's regime put down popular uprisings in the Kurdish north and the largely Shiite south in 1991.[136]

PX683

# 6 | Policy Recommendations

BECAUSE OF IRAQ'S POTENTIAL role as a key player in the Persian Gulf and the Levant, the United States has a compelling interest in supporting a stable and independent Iraq that serves as a reliable strategic partner. Washington will stand a chance of achieving this goal if the Iraqi government is seen by most Iraqis as effective, legitimate, and reasonably representative; if the Iraqis can avoid further major bloodletting; and if the United States remains engaged in Iraq on diplomatic, economic, and military levels while working to counter Iran's whole-of-government approach to projecting influence with a whole-of-government approach of its own. In particular, countering Tehran's soft-power influence in Iraq deserves greater priority than it has received to date.

As Washington seeks to engage Tehran to create a more normal relationship with the Islamic Republic, it cannot afford to ignore Iran's apparent perception of the relationship as a zero-sum competition (which is how many U.S. allies in the region perceive it). Iran will attempt to portray a U.S. disengagement from Iraq as an acknowledgment of defeat, viewing it as an opportunity to further expand its influence in Iraq and to challenge U.S. interests elsewhere. Conversely, America's regional allies will see the U.S. departure as an abdication by Washington of its responsibilities, another sign of declining U.S. influence, and a further step toward the creation of an Iranian-inspired "Shiite crescent" stretching from Iran to Lebanon.

As yet, Iranian influence in Iraq has been limited, in part, by Iraqi politicians' ability to play the United States and Iran against each other and by U.S. efforts to build the capacity of the ISF, efforts that have given Iraqi leaders the confidence to push back against Iranian influence when it is in their self-interest to do so. If the United States fails to achieve the kind of partnership envisioned in the U.S.-Iraq Strategic Framework Agreement,[137] and should U.S. forces completely depart Iraq by the end of 2011 (as currently envisioned by the U.S.-Iraq Security Agreement), the main external obstacles to expanded Iranian influence in Iraq will have been removed.

Thus, the United States needs to demonstrate that building the type of partnership envisioned in the Strategic Framework Agreement remains the cornerstone of U.S. policy in Iraq. Educational and cultural exchanges, assistance for Iraq's embattled agricultural sector, nongovernmental organization (NGO) support to civil society, governance, and Iraqi ministries, and investment—particularly in the oil, gas, and electricity sectors—are critical elements to this partnership and to reducing Iranian influence in Iraq. It is not clear that the United States is doing all it can to advance the vision set forth in the agreement—particularly in the realm of trade and investment.

Politics are also key. The United States will succeed in limiting malign Iranian influence in Iraq only if the Iraqi government shares its commitment to doing so, as well as to limiting the influence of parties (such as the Sadrists) that maintain militias, or that facilitate the activities of militant groups, that are supported by Tehran. Washington must make clear that building a "strategic partnership" with Baghdad will not be possible if the Iraqi government is not a serious partner to this effort. In the long run, however, the best counter to Iranian political influence is the cultivation by the United States of secular and cross-sectarian politicians and parties committed to a new nonsectarian politics.

As part of its efforts to promote good governance in Iraq, the United States should encourage the adoption of campaign finance laws that require political parties to be transparent about funding sources, thereby complicating foreign funding of political campaigns. The U.S. embassy should also closely monitor Iraqi government regulations and laws pertaining to education, health care, immigration and nationality, refugee resettlement, NGOs, and foreign media activities that could be exploited by Iran to broaden and deepen its influence in Iraq.

The United States needs to emphasize that while it supports mutually beneficial economic interactions between Iraq and Iran, it is committed to helping Iraq rectify lopsided trade imbalances and dependencies in

PX683

the electricity sector that provide Tehran with leverage over Iraqi provincial governments and Baghdad.

The United States should also reconsider its ill-advised decision not to open a consulate in Najaf. A consulate in Iraq's shadow political capital, and the "Shiite Vatican," would facilitate U.S. access to key Iraqi politicians and religious figures, contact with Iranian tourists and visitors to Iraq, and engagement of Shiite pilgrims from throughout the Muslim world.[138]

Finally, enabling Iraq to counter Iranian influence will mean maintaining a strong security relationship until the ISF can ensure internal security, secure the country's borders, and independently deter external interference and infringements of its sovereignty. If the Iraqi government asks, the United States should be prepared to establish such a security relationship, to include a relatively small, temporary residual military presence beyond 2011, to ensure that the U.S. military withdrawal occurs in a responsible manner.

As part of this effort, the United States should dramatically expand International Military Education and Training (IMET) and civilian police training opportunities for ISF personnel, and seek to limit Sadrist involvement in the security ministries.

Iraq's security forces should be invited to participate in regional security conferences, organizations, and activities that would be politically uncontroversial back in Baghdad, such as border security and counterterrorism conclaves and maritime security task forces. Development of Iraqi anticorruption, counterintelligence, and criminal investigation capabilities is also crucial to reducing Iranian influence in the ISF and government bureaucracies.

Finally, the U.S. embassy in Baghdad should consider retaining military staff elements that specialize in information operations—considered by U.S. officers in Iraq to be among the most potent means of countering Iranian influence in Iraq—to complement the embassy's public diplomacy efforts.[139] Information activities that highlight Iran's interference in Iraqi politics, support for violent armed groups, violations of Iraqi sovereignty, economic policies that keep Iraq weak, and exploitation of Iraq's dependence on Iranian electrical power supplies to advance its political agenda will continue to find a receptive audience in Iraq and may be the most effective means of strengthening Iraqi attitudes that constitute, in the long run, powerful constraints on Iranian influence in Iraq.

PX683

# Appendix: Tehran's Iraqi Partners

**Abu Mahdi al-Muhandis** (a.k.a. Jamal Jaafar Muhammad Ali al-Ibrahimi): A former terrorist and current head of the Kataib Hizballah special group, Abu Mahdi was born in Basra in 1949 and is an advisor to Islamic Revolutionary Guard Corps–Qods Force (IRGC-QF) commander Qasem Soleimani. His life story follows the arc of Iranian support for Iraqi Shiite proxies, from his 1979 exile to Iran as a member of the outlawed Dawa Party, to his subsequent collaboration with the IRGC-QF to conduct the bombing of the U.S. and French embassies in Kuwait (1983), to the hijacking of a Kuwait Airways flight (1984) and the attempted assassination of the emir of Kuwait (1985). Abu Mahdi joined the Badr Corps while living in Iran in 1985, rising to become a deputy commander (2001) and an Islamic Supreme Council of Iraq (ISCI) insider.[140] In the run-up to the U.S. invasion of Iraq, Abu Mahdi rejected the idea of Badr working with U.S. forces and resigned from the organization in November 2002.[141] Under Abu Mahdi's tutelage, Kataib Hizballah has developed since its inception in early 2007 into a compact, disciplined movement of fewer than four hundred men under IRGC-QF control.[142] Elected to parliament in December 2005, he has spent most of his time in recent years in Iran.[143]

**Abu Mustafa al-Sheibani** (a.k.a. Hamid al-Sheibani): A special group commander born in Nasariyah in 1960, Sheibani holds both Iraqi and Iranian citizenship. A former senior Badr Corps commander during the Saddam era, after 2003 he led the Sheibani Network, an Iranian-backed special group focusing on the distribution of explosively formed penetrator (EFP) roadside bombs.[144] He fled to Iran in 2007 but is believed to have returned to Iraq in late summer 2010.[145] His brother, known by his *kunya* (nickname) Abu Yasir al-Sheibani, was arrested in Iraq in March 2007 in connection with EFP weapons smuggling and use.[146]

**Ahmed Chalabi:** An Iraqi politician, Chalabi was born in Baghdad in 1944 and is the head of the Iraqi National Congress and chairman of the Accountability and Justice (de-Baathification) Commission. A mathematician by training, he is a graduate of the Massachusetts Institute of Technology and the University of Chicago. Chalabi is reported to have extraordinary access to the Iranian leadership.[147]

**Ali al-Adib:** Dawa Party deputy leader and close confidant of Prime Minister Nouri al-Maliki, Adib was born in Karbala in 1946 and received a bachelor's degree in literature and education from Baghdad University. From 1965 to the late 1970s he taught psychology and was involved in Iraqi government education and literacy programs. During this time he was also jailed for several years, and then fled to Iran in about 1980, where he headed the Dawa Party faction based in Tehran. Adib is close to former prime minister and former Dawa politician Ibrahim Jafari, and is a cousin of one of the founders of the Dawa Party, Muhammad Salih al-Adib. He became minister of higher education and acting minister of national reconciliation in December 2010.[148]

**Ali al-Lami:** Executive director of the Accountability and Justice (de-Baathification) Commission, Lami was born in Baghdad in 1964 and earned a Bachelor of Science in mathematics from the University of Salah al-Din in Irbil and a master's degree in mathematics from Baghdad University. Believed to have close ties to Shiite special groups and to Iran, he was detained by U.S. forces in August 2008 for his alleged role in the fatal June 24, 2008, bombing in Sadr City targeting an Iraqi Shiite politician working with the United States.[149] On February 16, 2010, Multinational Forces–Iraq commander Gen. Raymond Odierno stated that Ali al-Lami and Ahmed Chalabi "are clearly influenced by Iran."[150]

**Ammar al-Hakim:** The leader of ISCI, a position he assumed shortly after the death of his father, Abdulaziz al-Hakim, in August 2009, Hakim was born in

PX683

Michael Eisenstadt, Michael Knights, and Ahmed Ali

**Iran's Influence in Iraq**

1971 in Najaf to a prominent clerical family (he is the grandson of Grand Ayatollah Muhsin al-Hakim). He has lived most of his life in Iran, where he fled with his family in 1979. He graduated from the Islamic Arabic University in Qom, where he subsequently taught Arabic language and Islamic jurisprudence. In 2003 he established the Shahid al-Mihrab Foundation, ISCI's social and religious organization.[151] Hakim's relative youth and inexperience have proved a liability as he has sought to manage the ISCI and Badr old guard, and his relations with Tehran appear to be strained as a result of his initial objection to a second term for Prime Minister Maliki.[152]

**Bayan Jabr Solagh al-Zubeidi:** A senior ISCI politician and former senior Badr Corps member, Jabr was born in 1946 in Maysan and trained as a civil engineer. A Shiite Turkmen who fled to Iran in 1982 after twelve members of his family were executed by Saddam's regime, he led ISCI's offices in Syria and Lebanon from 1988 onward and edited a number of ISCI newspapers. Jabr was elected to parliament to represent Baghdad in December 2005 and March 2010, and has served as minister of finance (2006–2010), minister of interior (2005–2006), and minister of housing and construction (2004). As minister of interior, he was accused of abetting the rise of sectarian death squads in the security forces under his control.[153]

**Hadi al-Ameri** (a.k.a. Abu Hassan): Secretary-general of the Badr Organization, Ameri has been a member of parliament since 2005. Born in 1956 in Khalis, Diyala province, Ameri left Iraq for Iran in the 1980s. He was active in ISCI and joined the Badr Corps in 1988. He participated in intelligence operations and was quickly promoted to chief-of-staff and later deputy commander of the Badr Corps. Ameri accepted the edict from Iran's Supreme Leader Ayatollah Ali Khamenei to work with the U.S. military and he entered the political process, joining parliament and overseeing the ostensible conversion of Badr to a civilian organization.[154] In fact, doubts remain over whether the movement truly "demobilized," since many elements joined the security forces while Ameri headed the parliamentary security

and defense committee. During a December 2006 raid on his Baghdad residence, U.S. forces found and detained several Iranian IRGC-QF officers.[155] Ameri was appointed Iraq's new minister of transportation in December 2010. He is also head of the al-Manar Company for Tourism, a tourist agency that facilitates visits to Iraq by Iranian pilgrims.

**Humam Baqr Abdulhamid Hamoudi:** A senior ISCI politician and Badr parliament member, Hamoudi served as chairman of the Constitution-Drafting Committee and of the Foreign Relations Committee in the January–December 2005 parliament. Reelected in December 2005, he served as chairman of the Constitutional Review and Foreign Relations Committees of parliament. In summer 2009, he was appointed by ISCI chief Abdulaziz al-Hakim to lead the negotiations that spurred the formation of the National Alliance bloc. In the March 2010 elections, Hamoudi received only sixty-nine personal votes in Sulaymaniyah, as part of a successful ploy to win a compensation seat, based on an accurate assessment of his inability to exceed the electoral threshold and win a seat by conventional means. In February 2011, he was reelected head of the parliament's Foreign Relations Committee.

**Ismail Hafidh al-Lami** (a.k.a. Abu Dira): Born in 1957 in the al-Thawra neighborhood of Baghdad (now Sadr City), Lami ran a fish market there before 2003. Nicknamed the "Shiite Zarqawi," Lami joined the Mahdi Army and coordinated a series of high-profile attacks, including a daylight mass kidnapping of Sunni employees at the Ministry of Higher Education in November 2006, as well as a large number of sectarian murders.[156] In 2007–2008, Lami was the subject of an intense manhunt that resulted in the maiming of one of his sons in a U.S. airstrike. Lami fled to Iran in 2008 to avoid capture. He is reported to have returned to Baghdad in late summer 2010 and joined the League of the Righteous (Asaib Ahl al-Haqq).[157]

**Jalal al-Din al-Saghir:** A senior ISCI politician and Badr member, a former member of parliament, and imam of Buratha Mosque in Baghdad, Saghir lived

PX683

in exile in France prior to 2003, where he was chairman of Paris Mosque, returning to Iraq after Saddam's fall. He played a key role on the parliamentary constitution-drafting committee and the parliamentary committee charged with agreeing to amendments to the Iraqi constitution. In December 2005, Saghir was elected to the Iraqi Council of Representatives on the United Iraqi Alliance list. During the sectarian fighting in Baghdad, Buratha Mosque was searched by Iraqi forces in response to complaints that the mosque was a base for sectarian death squads. Saghir used the Buratha Mosque website to attack allies of Prime Minister Maliki during the electricity crisis of summer 2010. He downplayed news of Iran's occupation of the Fakka oil well in December 2009 and has followed the Iranian/Badr line on the need to turn over members of the anti-Tehran Mujahedin-e Khalq group to Iran. Saghir failed to land a seat in parliament in the March 2010 elections, probably owing to his perceived ties to Tehran, and is now the senior cleric within the ISCI party organization.[158]

**Kadhim al-Haeri:** An Iraqi religious scholar and ayatollah, Haeri was born in 1938 in Karbala and went to Iran in 1973 to teach in Qom. A student of Ayatollah Muhammad Baqr al-Sadr (Muqtada al-Sadr's uncle) and Ayatollah Ruhollah Khomeini, and a near contemporary and classmate of Sadr's father, Muhammad Sadiq al-Sadr, Haeri subscribes to the Iranian doctrine of *velayat-e faqih* (clerical rule) and believes that Iraqis should accept Iranian Supreme Leader Ali Khamenei as their religious and political authority. In 2003, Haeri designated Muqtada al-Sadr as his representative in Iraq but broke with him shortly thereafter, though some reports claim that he remains the latter's teacher and mentor.[159]

**Muqtada al-Sadr:** Leader of the Sadrist movement (Office of the Martyr Sadr) and its Mahdi Army/Promised Day Brigade militia, Sadr was born in 1973 in Baghdad, the youngest son of Ayatollah Muhammad Sadiq al-Sadr. He studied in Najaf from 1988 to 1998 and ran the Sadr movement's youth magazine, *al-Huda*. When his father and two older

brothers were murdered by regime agents in 1999, Sadr became the patriarch of the family. Since 2003, he has struggled to hold together the movement founded by his father, in part due to tensions and disagreements with other key Iraqi Shiite personalities, including Muhammad al-Yaqubi (Fadhila), Qais al-Khazali (Asaib Ahl al-Haqq), the Hakim family (ISCI and Badr), and his father's spiritual heir, Ayatollah Kadhim al-Haeri. When his movement was targeted by U.S. and Iraqi security forces in 2007, Sadr fled to Iran, ostensibly to pursue his studies to become an ayatollah.[160] He visited Iraq in January 2011 and returned again in February.

**Qais al-Khazali:** Leader of the League of the Righteous (Asaib Ahl al-Haqq, or AAH), an Iranian-backed special group, Khazali was a student of Muqtada al-Sadr's father and served as Muqtada's spokesman until parting ways with him in 2004 over Sadr's decision to agree to a ceasefire with the U.S. military. In 2006 he established AAH, which was responsible for several high-profile attacks, including the January 2007 abduction and killing of five U.S. soldiers in Karbala and the May 2007 kidnapping of five Britons from the Ministry of Finance.[161] Khazali was captured by British forces alongside his brother Laith and Lebanese Hizballah operative Ali Musa Daqduq in Basra on March 20, 2007.[162] In time, Khazali was transferred to Iraqi custody and then released in exchange for kidnapped Briton Peter Moore in January 2010.[163] Though relatively young, Khazali is considered extremely intelligent and a potential future force in Iraqi politics. At present, he is believed to be in Iran.

**Tariq Najim Abdallah:** Former chief of staff and trusted advisor to Prime Minister Maliki, Abdallah was a member of the Iraqi team appointed by Maliki in 2008 (also including National Security Advisor Muwaffaq Rubaie and political advisor Sadiq al-Rikabi) to supersede the Ministry of Foreign Affairs team negotiating the terms of the U.S.-Iraq Security Agreement.[164] He has also served as Maliki's personal emissary to Syria and Iran and was reportedly involved in negotiations with Muqtada al-Sadr in

PX683

Iran in 2010. Abdallah spent many years in exile in the United Kingdom, and in the past was rumored to be close to British intelligence, though other rumors suggest good ties to Tehran. Abdallah was reported to be Maliki's nominee to head the Iraqi National Intelligence Service in a new Iraqi government. In January 2011, however, he was reportedly relieved of his duties as chief of staff.[165]

**Yasin Majid:** Prime Minister Maliki's chief media advisor since 2006 and editor-in-chief of the Dawa Party's newspaper, *al-Bayan*, Majid was elected to the Council of Representatives in the March 2010 elections. Originally from Basra, he is reported to have lived in Iran in the 1980s, where he acquired Iranian citizenship while working as a BBC reporter (his wife reportedly also holds Iranian citizenship).[166]

PX683

# Notes

1. An earlier, much briefer version of this report was published by Michael Eisenstadt in *The Iran Primer*, ed. Robin Wright (Washington, D.C.: United States Institute of Peace, 2010), http://iranprimer.usip.org/.

2. Patrick Clawson and Michael Rubin, *Eternal Iran: Continuity and Chaos* (New York: Palgrave Macmillan, 2005). The Achaemenid, Seleucid, and Sassanid empires ruled the areas now constituting modern Iraq and Iran almost continuously from 539 BCE to 651 CE. The capital of the Sassanid Empire, Ctesiphon, was located just southeast of modern-day Baghdad. Since the seventh-century Islamic conquest, Iran has known periods without central rule, but nearly all the governments that controlled the Iranian plateau either controlled Iraq or fought continuously to do so.

3. Yitzhak Nakash, *The Shi'is of Iraq* (Princeton, NJ: Princeton University Press, 1994), pp. 13, 15–18, 20–21, 23.

4. Several excellent surveys of Iranian policy in Iraq have appeared since 2003. See Kenneth Katzman, *Iran-Iraq Relations*, Report for Congress (Washington, D.C.: Congressional Research Service, August 13, 2010), http://www.fas.org/sgp/crs/mideast/RS22323.pdf; Joseph Felter and Brian Fishman, *Iranian Strategy in Iraq: Politics and 'Other Means,'* Combating Terrorism Center at West Point, October 13, 2008), http://www.ctc.usma.edu/Iran_Iraq/CTC_Iran_Iraq_Final.pdf; Barbara Slavin, *Mullahs, Money, and Militias: How Iran Exerts Its Influence in the Middle East*, Special Report no. 206 (Washington, D.C.: United States Institute of Peace, June 2008), http://www.usip.org/files/resources/sr206.pdf; and International Crisis Group, *Iran in Iraq: How Much Influence?* Middle East Report no. 38 (Brussels: International Crisis Group, March 21, 2005), http://www.crisisgroup.org/en/regions/middle-east-north-africa/iran-gulf/iran/038-iran-in-iraq-how-much-influence.aspx.

5. This policy of supporting a broad range of Iraqi parties and militias probably also reflects factional and institutional differences in the Iranian government. See Megan K. Stack, "Iran's Internal Divisions Play Out in Iraqi Arena," *Los Angeles Times*, August 12, 2004, http://articles.latimes.com/2004/aug/12/world/fg-iran12/4.

6. Tellingly, parties affiliated with Tehran formed a majority on Iraq's constitutional drafting committee in 2005. See Felter and Fishman, *Iranian Strategy*, p. 40.

7. According to Vice President Joe Biden, Iran spent $100 million on the most recent Iraqi election (though this figure seems improbably high). See WhiteHouse.gov, "Remarks by Vice President Joe Biden at the Veterans of Foreign Wars 111th National Convention," August 23, 2010, http://www.whitehouse.gov/the-press-office/2010/08/23/remarks-vice-president-joe-biden-veterans-foreign-wars-111th-national-co. See also David Ignatius, "Tehran's Vote-Buying in Iraq," *Washington Post*, February 25, 2010, http://www.washingtonpost.com/wp-dyn/content/article/2010/02/24/AR2010022403479.html, and David Ignatius, "Bush's Lost Iraqi Elections," *Washington Post*, August 30, 2007, http://www.washingtonpost.com/wp-dyn/content/article/2007/08/29/AR2007082901930.html. Iranian efforts to influence the December 2005 parliamentary elections also reportedly involved the smuggling into Iraq of thousands of forged ballots. See Dexter Filkins, "Police Seize Forged Ballots Headed for Iraq from Iran," *New York Times*, December 14, 2005, http://www.nytimes.com/2005/12/14/international/middleeast/14iraq.html.

8. See Article 27 of the U.S.-Iraq Security Agreement, "Deterrence of Security Threats," as cited in http://graphics8.nytimes.com/packages/pdf/world/20081119_SOFA_FINAL_AGREED_TEXT.pdf.

9. Leila Fadel, "Iranian General Played Key Role in Iraq Cease-Fire," March 31, 2008, McClatchy Newspapers, http://www.mcclatchydc.com/2008/03/30/32055/iranian-general-played-key-role.html.

10. Michael Knights, "Shia Backlash—Anti-Coalition Sadrist Factions in Iraq," *Jane's Intelligence Review* (June 2007), p. 7; Michael Knights, "Iran's Ongoing Proxy War in Iraq," PolicyWatch #1492 (Washington Institute for Near East Policy, March 16, 2009), http://www.washingtoninstitute.org/templateC05.php?CID=3029.

11. Based on statistics provided by the Olive Group, a Dubai-based private security company.

12. Robert H. Reid, "Iraq Elections a Setback for Iran," CBS News, February 4, 2009, http://www.cbsnews.com/stories/2009/02/04/ap/middleeast/main4775546.shtml.

13. Slavin, *Mullahs, Money, and Militias*, p. 11.

14. Iraqi politician, interview by authors (Eisenstadt, Knights, and Ali), September 2010.

15. International Crisis Group, *Shiite Politics in Iraq: Role of the Supreme Council*, Middle East Report no. 70 (Brussels: International Crisis Group, November 15, 2007), pp. 3–5, http://www.crisisgroup.org/en/regions/middle-east-north-africa/iraq-syria-lebanon/iraq/070-shiite-politics-in-iraq-the-role-of-the-supreme-council.aspx.

16. Cameron W. Barr, "Iran-Backed Forces Join Those Vying for Influence in N. Iraq," *Christian Science Monitor*, March 6, 2003, http://www.csmonitor.com/2003/0306/p07s01-woiq.html; Michael Ware, "Inside Iran's Secret War for Iraq," *Time*, August 22, 2005, http://www.time.com/time/magazine/article/0,9171,1093747,00.html.

17. Michael Knights, "Iraq's Security Forces: Standing Up or Falling Down?" *Jane's Intelligence Review* (November 2010), p. 12.

18. Iraqi political insiders suggest that Badr leaders such as Hadi al-Ameri respected and obeyed long-term ISCI leader Muhammad Baqr al-Hakim but have had less confidence in his successors, particularly the young Ammar al-Hakim. Iraqi government official, interview by Knights, October 2010.

19. For a good general introduction to the Islamic Dawa Party, see Patrick Cockburn, *Muqtada: Muqtada al-Sadr, the Shia Revival, and the Struggle for Iraq* (London: Scribner, 2008), pp. 31–41, 43–45, 50–52, 68, 81.

20. For more on the tensions and deep-seated resentments that continue to divide Tehran and many of its Iraqi clients, see Larry Kaplow, "Iraq Steps Out of Iran's Shadow," *Newsweek*, June 15, 2009, http://www.newsweek.com/2009/06/05/iraq-steps-out-of-iran-s-shadow.html.

21. Sadr is unlikely to become an ayatollah in the traditional sense; he can earn that title only through decades of study under various mujtahids, and reports from sources in Qom indicate that during his time there, he was nowhere to be seen at any of the numerous religious seminaries. Rather, he is likely to be awarded the title as an honorific by his supporters in much the same way that political clerics in Iran, such as Supreme Leader Ali Khamenei and Expediency Council head Akbar Hashemi Rafsanjani, are referred to as ayatollahs by their political supporters. Neither has the required ecclesiastical training to claim the title. See Elizabeth Dickinson, "Interview: Mehdi Khalaji," *ForeignPolicy.com*, July 27, 2009, http://www.foreignpolicy.com/articles/2009/07/27/interview_mehdi_khalaji.

PX683

22. Maad Fayad and Saad Jarous, "Iran Pressuring al-Sadr to Support al-Maliki for a Second Term," *al-Sharq al-Awsat* (London), August 23, 2010, http://www.asharq-e.com/news.asp?section=1&id=22065. Sadr has sometimes been cast as an Iraqi nationalist, but his complex relationship with Iran (e.g., his threat to retaliate on behalf of Iran if it were attacked by the United States or Israel), as well as his strife-ridden relationships with other Iraqi Shiite and Sunni politicians and groups, indicates that his identity and his politics cannot be reduced to such simple labels.

23. Sadr mentor Kadhim al-Haeri and ISCI cofounder Mahmoud Hashemi Shahroudi were both students of Muhammad Baqr al-Sadr and rivals for leadership of the Islamic Dawa Party, which Sadr founded in 1957. The origins of the rivalry between the Sadrists and ISCI can thus be traced, in part, to the rivalry between these two men.

24. "Shia Leader Cuts Ties with Sadr," BBC News, October 20, 2004, http://news.bbc.co.uk/2/hi/middle_east/3758872.stm; Michael Knights and Ed Williams, *The Calm before the Storm: The British Experience in Southern Iraq*, Policy Focus no. 66 (Washington, D.C.: Washington Institute, 2007), pp. 3, 18, 28, http://www.washingtoninstitute.org/pubPDFs/PolicyFocus66.pdf.

25. The sophisticated Sadrist electoral strategy is described in Charles Levinson, "Iraq Campaign Closes with a Sadr Twist," *Wall Street Journal*, March 6, 2010, http://online.wsj.com/article/SB10001424052748704869304575103851437150096.html.

26. For detailed coverage of how the Accountability and Justice Commission operated, see Reidar Visser, "More Post-Election De-Baathification: Another Blow to the Idea of Democracy in Iraq," Iraq and Gulf Analysis (website), April 26, 2010, http://gulfanalysis.wordpress.com/2010/04/26/more-post-election-de-baathification-another-blow-to-the-idea-of-democracy-in-iraq/.

27. Kevin M. Woods, Williamson Murray, and Thomas Holaday, *Saddam's War: An Iraqi Military Perspective on the Iran-Iraq War*, McNair Paper no. 70 (Washington, D.C.: Institute for National Strategic Studies, National Defense University, 2009), p. 62, http://www.ndu.edu/press/lib/pdf/saddams-war.pdf?ie=UTF8&s=books&qid=1270645759&sr=1-1.

28. The Qods Force is the arm of the Revolutionary Guards devoted to the export of the Islamic Revolution through support for terrorism and subversion abroad. See "Iran's New Ambassador to Iraq," *Iran Focus*, July 26, 2010, http://www.iranfocus.com/en/index.php?option=com_content&view=article&id=21162:exclusive-irans-new-ambassador-to-iraq&catid=29:exclusive-reports&Itemid=42; Paul Von Zielbauer, "U.S. Calls Iranian Official Part of Elite Force," *New York Times*, October 8, 2007, http://www.nytimes.com/2007/10/08/world/middleeast/08iraq.html?ref=world.

29. For a somewhat breathless account of Soleimani's role, see David Ignatius, "At the Tip of Iran's Spear," *Washington Post*, June 8, 2008, http://www.washingtonpost.com/wp-dyn/content/article/2008/06/06/AR2008060603152.html. See also Hannah Allam, Jonathan S. Landay, and Warren P. Strobel, "Iranian Outmaneuvers U.S. in Iraq," McClatchy Newspapers, April 28, 2008, http://www.mcclatchydc.com/2008/04/28/35146/iranian-outmaneuvers-us-in-iraq.html.

30. MEMRI Blog, "Tehran Takes IRGC Official Suleimani Off Iraq Dossier," citing *al-Rafidayn* (Baghdad), July 13, 2010, http://www.thememriblog.org/blog_personal/en/28523.htm. Interestingly, Ali Larijani is one of a number of prominent Iraqi-born Iranians who hold or have recently held key positions in the Islamic Republic (others include his brother Hojjatoleslam Sadegh Larijani (head of the Iranian judiciary), Ali Akbar Salehi (foreign minister, head of the Atomic Energy Organization of Iran, and former deputy head of the Organization of the Islamic Conference), Ayatollah Mahmoud Hashemi Shahroudi (the cofounder and first head of SCIRI, a senior member of the Office of the Supreme Leader, a former head of the judiciary, and a member of the Guardian Council), Ayatollah Ali al-Taskhiri (senior member of the Office of the Supreme Leader and head of the international relations department of the Islamic Propagation Organization), Alaeddin Boroujerdi (head of the national security and foreign policy committee of the Iranian parliament), and Muhammad Naghdi (commander of the Basij militia and a former senior Badr Corps commander).

31. U.S. Forces–Iran analyst, interview by authors (Eisenstadt, Knights, and Ali), Washington, D.C., August 2010.

32. Knights, "Iraq's Security Forces," p. 11.

33. James Glanz and Sabrina Tavernise, "U.S. Is Holding Iranians Seized in Raid in Iraq," *New York Times*, December 25, 2006, http://www.nytimes.com/2006/12/25/world/middleeast/25iraq.html?pagewanted=print.

34. James Glanz, "Iraq Signals Changes in Protocols with Iran," *New York Times*, January 19, 2007, http://www.nytimes.com/2007/01/19/world/middleeast/19zebari.html?fta=y; Michael Hirsch, "Iranian Diplomat: We're Ready to Help Iraq," *Newsweek*, July 23, 2007, http://www.newsweek.com/2007/07/22/tehran-plays-a-double-game.html.

35. Von Zielbauer, "U.S. Calls Iranian."

36. See Baghdadee blog, December 12, 2010, http://baghdadee.ipbhost.com/lofiversion/index.php/t2122.html.

37. Christian Berthelsen, "Arrest Sparks Iraq Protests," *Los Angeles Times*, February 25, 2007, http://articles.latimes.com/2007/feb/25/world/fg-iraq25.

38. Abbas Sarhan, "Challenges Block Karbala's Tourism Sector," Niqash (website), September 21, 2009, http://www.niqash.org/content.php?contentTypeID=28&id=2530&lang=0. See also Abbas Sarhan, "Holy Money," Niqash, August 10, 2009, http://www.niqash.org/content.php?contentTypeID=28&id=2504&lang=0.

39. Michael Christie, "Quarter of U.S. Iraq Deaths Due to Iran Groups—Envoy," Reuters, August 26, 2010, http://www.reuters.com/article/idUSLDE67P22D.

40. Felter and Fishman, *Iranian Strategy*; Mounir Elkhamri, "Iran's Contribution to the Civil War in Iraq," Occasional Paper (Jamestown Foundation, January 2007), http://www.jamestown.org/uploads/media/Jamestown-IranContributionIraq.pdf; Marisa Cochrane Sullivan, "Iran's Hard Power Influence in Iraq," AEI Iran Tracker (website) (American Enterprise Institute, April 10, 2009), http://www.irantracker.org/military-activities/irans-hard-power-influence-iraq; and Michael Harari, "Status Update: Shi'a Militias in Iraq," Backgrounder (Institute for the Study of War, August 16, 2010), http://www.understandingwar.org/files/Backgrounder_ShiaMilitias.pdf.

41. Muqtada al-Sadr has promised to fight at Iran's side if the latter is attacked, though Tehran probably already has its own agents in place in Iraq for this purpose. Ellen Knickmeyer and Omar Fekeiki, "Iraqi Shiite Cleric Pledges to Defend Iran," *Washington Post*, January 24, 2006, http://www.washingtonpost.com/wp-dyn/content/article/2006/01/23/AR2006012301701.html. There is an additional nuclear angle to Tehran's support for militant proxies: Iranian officials had apparently offered to halt attacks on British troops in Iraq if European Union negotiators dropped their objections to Iran's nuclear enrichment program. See Sir John Sawers, Great Britain's United Nations envoy, as quoted in Bridget Kendall, "Iran in 'Backroom Offers' to West," BBC News, February 20, 2009, http://news.bbc.co.uk/2/hi/europe/7901101.stm.

42. Michael Knights, "The Evolution of Iran's Special Groups in Iraq," *CTC Sentinel* 3, nos. 11–12 (November 2010), p. 12, http://www.ctc.usma.edu/sentinel/CTCSentinel-Vol3Iss11-12.pdf.

PX683

**Notes**                                                Michael Eisenstadt, Michael Knights, and Ahmed Ali

43. See Felter and Fishman, *Iranian Strategy*, Appendix B, which contains translations of captured Saddam-era intelligence documents describing Iranian support for Iraqi proxies during the 1980s, 1990s, and prior to the 2003 invasion, http://www.ctc.usma.edu/Iran_Iraq/Appendix_B_Harmony_Docs.pdf.

44. Republic of Iraq, General Security Office, "Study about the Disloyal Badr Corps 9," (HARMONY document reference number ISGQ-2005-00038283), January 2002, p. 71, in Felter and Fishman, *Iranian Strategy*, Appendix B, pp. 323–326, http://www.ctc.usma.edu/Iran_Iraq/Appendix_B_Harmony_Docs.pdf.

45. U.S. Department of the Treasury, "Treasury Designates Individual, Entity Posing Threat to Stability in Iraq," press release, July 2, 2009, http://www.ustreas.gov/press/releases/tg195.htm.

46. After Saddam's fall, rumors were widespread that Badr personnel were involved in the assassination of former Iraqi air force pilots and other officers who had participated in the Iran-Iraq War, using lists provided to them by Iranian intelligence, as well as the assassination of members of the new Iraqi National Intelligence Service (many of whom had served in the former regime) on orders from Tehran. See Elkhamri, "Iran's Contribution," pp. 5–6; Edward T. Pound, "Special Report: The Iran Connection," *U.S. News & World Report,* November 14, 2004, http://www.usnews.com/usnews/news/articles/041122/22iran.htm.

47. Lami was a notorious Sadr City special group leader who split from the Mahdi Army and was believed responsible for the torture and death of thousands of civilians in 2006–2007; see Jon Swain, "Is This Iraq's Most Prolific Mass Killer?" *Times* (London), January 21, 2007, http://www.timesonline.co.uk/tol/news/world/article1294957.ece?token=null&offset=0&page=1. He reportedly returned to Iraq in mid-2010 after spending nearly two years hiding out and training in Iran. Some see his return as a sign that, with the U.S. military role winding down, Iran is now supporting the return of sectarian militia leaders who had fled to the Islamic Republic. Ma'ad Fayad, "Iraq: Notorious Shiite Warlord Returns to Baghdad," *al-Sharq al-Awsat* (London), August 18, 2010, http://www.aawsat.com/english/news.asp?section=1&id=22008.

48. Azadeh Moaveni, "Hard-Liners in Iran Worry about U.S. Influence in Iraq," *Los Angeles Times*, April 11, 2003, http://articles.latimes.com/2003/apr/11/news/war-splits11; Ned Parker, Raheem Salman, and Saad Fakhrildeen, "Dread Descends on Iraqi Holy City," *Los Angeles Times*, April 20, 2008, http://articles.latimes.com/2008/apr/20/world/fg-najaf20.

49. Shimon Shapira, "The Origins of Hizballah," *Jerusalem Quarterly*, no. 46 (Spring 1988), pp. 115–130.

50. Knights, "The Evolution of Iran's Special Groups," p. 13.

51. James Risen, "A Region Inflamed—The Hand of Tehran: Hezbollah, in Iraq, Refrains from Attacks on Americans," *New York Times*, November 24, 2003, http://www.nytimes.com/2003/11/24/world/region-inflamed-hand-tehran-hezbollah-iraq-refrains-attacks-americans.html; Michael Gordon and Dexter Filkins, "Hezbollah Said to Help Shiite Army in Iraq," *New York Times*, November 28, 2006, http://www.nytimes.com/2006/11/28/world/middleeast/28military.html; Michael Gordon, "Hezbollah Trains Iraqis in Iran, Officials Say," *New York Times*, May 5, 2008, http://www.nytimes.com/2008/05/05/world/middleeast/05iran.htm. See also Felter and Fishman, *Iranian Strategy*, Appendix A, which contains redacted interrogation debriefings of Iranian-trained special groups members: http://www.ctc.usma.edu/Iran_Iraq/Appendix_A_Intelligence_Summaries.pdf. Credible reports also indicate that Iranian personnel participated directly in combat during the early phases of the insurgency in Iraq. Edward Wong, "Iran Is in Strong Position to Steer Iraq's Political Future," *New York Times*, July 3, 2004, http://www.nytimes.com/2004/07/03/international/middleeast/03IRAN.html; Stack, "Iran's Internal Divisions."

52. Knights, "The Evolution of Iran's Special Groups," p. 14; James Glanz, "U.S. Says Arms Link Iranians to Iraqi Shiites," *New York Times*, February 12, 2007, http://www.nytimes.com/2007/02/12/world/middleeast/12weapons.html. See also Felter and Fishman, *Iranian Strategy*, Appendix C, which provides a representative sampling of the contents of arms caches discovered in Iraq during a five-month period in 2008: http://www.ctc.usma.edu/Iran_Iraq/Appendix_C_Cache_Data.pdf.

53. Knights, "The Evolution of Iran's Special Groups," p. 14.

54. Gordon and Filkins, "Hezbollah Said to Help"; Felter and Fishman, *Iranian Strategy*.

55. At current expenditure rates, one fairly typical cache found in Zubayr (near Basra) would have supported four to five months of rocket and improvised explosive device (IED) operations. This single cache alone included 76 rockets marked with Iranian production stamps; mortars (including 518 mortar bombs); 95 antiarmor and 200 antipersonnel rocket-propelled grenade (RPG) rounds, plus 155 extended-range RPG booster charges; 41 magnets for under-vehicle IEDs; 200 command initiation kits; 76 assembled IEDs; and 15 tons of TNT. See Knights, "The Evolution of Iran's Special Groups," p. 14.

56. Alissa J. Rubin, "U.S. Suspects That Iran Aids Both Sunni and Shiite Militias," *New York Times*, April 12, 2007, http://www.nytimes.com/2007/04/12/world/middleeast/12iraq.html; Mark Hosenball, "Tehran's Secret 'Department 9000,'" *Newsweek*, June 4, 2007, http://www.newsweek.com/content/newsweek/2007/06/03/tehran-s-secret-department-9000.html.

57. This view was mirrored by half a dozen senior KRG security officials interviewed by a Washington Institute delegation to the KRG in March 2008. Most political factions in the KRG have at times benefited from Iranian intelligence and military support, only to be damaged by Iran's hand when political fortunes changed. See also Borzou Daragahi, "Iran Says U.S. Aids Rebels at Its Borders," *Los Angeles Times*, April 15, 2008, http://articles.latimes.com/2008/apr/15/world/fg-proxy15/4.

58. Greg Hoadley, "Sadrists Fume after Karbala Clashes: At Least 50 Dead in Fighting; Millions of Pilgrims Flee," IraqSlogger (website), August 28, 2008, http://iraqslogger.powweb.com/index.php/post/4111/Sadrists_Fume_after_Karbala_Clashes?PHPSESSID=86b6121176d9268d5067ebce23e8a267.

59. Knights, "Shia Backlash," p. 7; Knights, "Iran's Ongoing Proxy War."

60. Agence France-Presse, "Iran Supports Three Insurgent Groups in Iraq: U.S. General," July 21, 2010, http://www.google.com/hostednews/afp/article/ALeqM5jCA6iGhsEI3i-z4hAG8Z2Cu4kV3Q; Ned Parker, "General Warns of Attacks on U.S. Troops Leaving Iraq," *Los Angeles Times*, July 14, 2010, http://articles.latimes.com/2010/jul/14/world/la-fg-iraq-odierno-20100714. For a U.S. government assessment of these groups, see U.S. Department of Defense, *Measuring Stability and Security in Iraq: June 2010 Report to Congress*, pp. 34, 37, http://www.defense.gov/pubs/pdfs/June_9204_Sec_Def_signed_20_Aug_2010.pdf.

61. Ibid., p. 13.

62. Knights, "The Evolution of Iran's Special Groups," p. 13. For the Promised Day Brigade announcement taking credit for the attack, see the al-Sadr Schools Forum website (Arabic), http://almoallem.net/showthread.php?t=32264.

63. For more on the background of Asaib Ahl al-Haqq, see Marisa Cochrane, *The Fragmentation of the Sadrist Movement*, Iraq Report no. 12 (Washington, D.C.: Institute for the Study of War, January 2009), http://www.understandingwar.org/files/Iraq%20Report%2012.pdf.

PX683

Michael Eisenstadt, Michael Knights, and Ahmed Ali **Iran's Influence in Iraq**

64. U.S. Forces–Iraq, "Press Briefing with Brig. Gen. Kevin Bergner, Multi-National Forces–Iraq Spokesman," July 2, 2007, http://www. usf-iraq.com/?option=com_content&task=view&id=12641&Itemid=131; Peter Moore's bodyguards were killed shortly after his was abducted, and he was freed in December 2009. See also Deborah Haynes, "Edited Extracts of Interview with Peter Moore," *Times* (London), March 12, 2010, http://www.timesonline.co.uk/tol/news/uk/article7059302.ece; Michael Knights, "Under Siege—Attacks on Coalition Bases in Iraq," *Jane's Intelligence Review* (October 2007), p. 8.

65. U.S. Forces–Iraq, "Press Briefing with Brig. Gen. Kevin Bergner."

66. Ned Parker and Saad Fakhrildeen, "Iraq Frees Shiite Militant in Exchange for Briton, Followers Say," *Los Angeles Times*, January 6, 2010, http://articles.latimes.com/2010/jan/06/world/la-fg-iraq-release6-2010jan06.

67. Qassim Abdul-Zahra, "Shiite Group Agrees to Renounce Violence in Iraq," Associated Press, August 4, 2009, http://www.aliraqi.org/ forums/showthread.php?t=94536; Rod Norland, "Iraqi Group Renounces Violence," *New York Times*, August 4, 2009, http://www. nytimes.com/2009/08/04/world/middleeast/04iraq.html.

68. Knights, "The Evolution of Iran's Special Groups," p. 13.

69. Hassan Abdul Zahra, "Iraq's Sadr in War of Words with Splinter Group," Agence France-Presse, December 17, 2011, http://news.yahoo. com/s/afp/20101217/wl_mideast_afp/iraqunrestpoliticssadr.

70. U.S. Department of Defense, *Measuring Stability and Security in Iraq*, p. 37.

71. Knights, "The Evolution of Iran's Special Groups," pp. 12–13.

72. Parker, "General Warns of Attacks."

73. IRAMs may consist of eight to fourteen propane cylinders filled with C4 explosive, and propelled by 107-millimeter rocket motors. Though often inaccurate, these munitions can be lethal. On April 28, 2008, a barrage of fourteen IRAMs killed two and injured sixteen U.S. personnel in Baghdad. Olive Group data, and Knights, "Iran's Ongoing Proxy War." See also Ernesto Londono, "U.S. Troops in Iraq Face a Powerful New Weapon," *Washington Post*, July 10, 2008, http://www.washingtonpost.com/wp-dyn/content/article/ 2008/07/09/AR2008070902396.html.

74. Steven Lee Myers and Thom Shanker, "Attacks on Baghdad Green Zone Surge," *New York Times*, September 29, 2010, http://www. nytimes.com/2010/09/30/world/middleeast/30iraq.html.

75. Olive Group, *Iraq Monthly Intelligence Report* (June 2010) and Olive Group, *Iraq Monthly Intelligence Report* (August 2010).

76. Myers and Shanker, "Attacks on Baghdad."

77. Michael R. Gordon, "U.S. Says Iran-Supplied Bomb Kills More Troops," *New York Times*, August 8, 2007, http://www.nytimes.com/ 2007/08/08/world/middleeast/08military.html.

78. Olive Group data.

79. Ibid.

80. Knights, "The Evolution of Iran's Special Groups," p. 14.

81. Theodore May, "Iraq: U.S. Troops in Mad Dash to Complete Mission," *Global Post*, January 14, 2011, http://www.globalpost.com/ dispatch/iraq/110113/iraq-government-sadr-maliki-us-trooops-withdrawal#.

82. Speculation concerning Iranian involvement in mass-casualty attacks in heavily Shiite regions is commonly voiced by Iraqi generals and politicians in private, though the only on-the-record discussion of this issue by a U.S. official concerned the November 23, 2007, Baghdad market bombing. See U.S. Forces–Iraq, "Rear Admiral Gregory Smith, Deputy Spokesman for Multi-National Corps–Iraq," press briefing, November 24, 2007, http://www.usf-iraq.com/?option=com_content&task=view&id=15448&Itemid=1. Since 2007, other bombing incidents in southern cities have been blamed on Iranian agents, though supporting evidence is lacking.

83. Steve Inskeep and Anne Garrels, "Iraqi Group Accuses Iran of Fueling Violence," National Public Radio, October 26, 2007, http://www. npr.org/templates/story/story.php?storyId=15655331.

84. Rebecca Santana, "Sadrists Expect Big Role in New Iraq Government," *Associated Press*, December 1, 2010, http://news.yahoo.com/s/ ap/20101201/ap_on_re_mi_ea/ml_iraq_sadrists.

85. This paper uses the term "soft power" as it is used by Iran—to refer to the nonkinetic/nonmilitary elements of national power—and not as it is used by U.S. academics such as Joseph Nye—to refer to the power of attraction and positive example. For an overview of Iran's soft-power activities in Iraq, see Marisa Cochrane Sullivan, "Iran's Soft Power in Iraq," AEI Iran Tracker (American Enterprise Institute, August 4, 2009), http://www.irantracker.org/analysis/iran%E2%80%99s-soft-power-iraq.

86. Islamic Republic News Agency, "Salehi: Iran, Iraq Are Each Other's Cultural Continuation," January 4, 2011, http://www.irna.ir/ ENNewsShow.aspx?NID=30170484; Ammar Karim, "New Iran Envoy Says Sanctions Won't Affect Iraq Trade," Agence France-Presse, August 10, 2010, http://www.google.com/hostednews/afp/article/ALeqM5jM5lHbye-6CCQvdBDACQRwCMSpzA.

87. Iran began making loans to Iraq in 2005. See Gareth Smyth, "Iran Extends $1 Billion Credit to Baghdad," *Financial Times*, July 21, 2005.

88. See the Iraqi National Investment Commission website at http://www.investpromo.gov.iq/index.php?id=65 for commentary on the construction sector. A good resource for tracking Iranian activity in this and many other sectors is the Iraq Business News website, at http://www.iraq-businessnews.com/.

89. Mustafa Resan, head of the Basra Provincial Council Development Committee, interview by author (Knights), Basra, March 16, 2010. See also Abbas Sarhan, "Import Ban Hits Consumer Pockets," Niqash (website), April 27, 2010, http://www.niqash.org/content.php?co ntentTypeID=28&id=2662&lang=0.

90. In Basra, where reliance on Iranian food products is arguably greater than in any other Iraqi city, multiple unsuccessful attempts have been made to protect local markets from Iranian imports. Led by Basra Provincial Council deputy chairman Sheikh Ahmad al-Suleiti, an independent candidate aligned with ISCI's Shahid al-Mihrab list, Basra has tried several experimental freezes on the importation of Iranian produce, each of which has resulted in local shortages owing to a lack of Iraqi agricultural capacity. Engineer Abbas Rasham, district administrator for Zubayr, interview by author (Knights), Basra, March 18, 2010.

91. Antoine Blua, "Iraq Tussles with Neighbors over Water," Radio Free Europe/Radio Liberty, September 13, 2009, http://www.rferl.org/ content/Iraq_Tussles_With_Neighbors_Over_Water/1821603.html; Jim Muir, "Iraq Marshes Face Grave New Threat," BBC News, February 24, 2009, http://news.bbc.co.uk/2/hi/middle_east/7906512.stm.

92. The damming of these rivers has led to a steep increase in the levels of dissolved salts, minerals, and metals in the Shatt al-Arab waterway. World Health Organization guidelines set the accepted upper limit of total dissolved solids at 1,500 mg/l in drinking water; levels in the Shatt al-Arab reached 6,105 mg/l in the al-Faw district in September 2009. Salem al-Wazzan, "Salt Levels in Shatt al-Arab Threaten Environmental Disaster," Niqash (website), September 2, 2009, http://www.niqash.org/content.php?contentTypeID=28&id=2517&

PX683

**Notes**                                                                     Michael Eisenstadt, Michael Knights, and Ahmed Ali

lang=0. Salinity figures are drawn from engineer Farid Khalid Ali Bandar, head of the Basra Provincial Council Oil and Gas Committee, interview by author (Knights), Basra, March 16, 2010.

93. Nayla Razzouk and Kadhim Ajrash, "Iraq to Tender New Plants, Triple Power Output by 2013," Bloomberg, January 4, 2011.

94. "Iran Wants to Supply Power to Iraq," United Press International, June 24, 2010, http://www.upi.com/Science_News/Resource-Wars/2010/06/24/Iran-wants-to-supply-power-to-Iraq/UPI-43151277385428/.

95. Muhammad Ashour, "Electrical Storm," Niqash (website), July 5, 2010, http://www.niqash.org/content.php?contentTypeID=75&id=2711&lang=0; Engineer Majida Kadhim Naimah Hassan, Basra Provincial Council member and assistant to the head of the Provincial Council Reconstruction Committee, interview by author (Knights), Basra, March 18, 2010.

96. Mayada Daood, "Refining Iraq's Economy," Niqash (website), July 1, 2010, http://www.niqash.org/content.php?contentTypeID=28&id=2709&lang=0.

97. See Issam al-Chalabi, "Iraq's Oil Export Outlets," Middle East Economic Survey LII, no. 48 (November 30, 2009), http://www.iraqoilforum.com/wp-content/uploads/2009/12/Issam-al-chalabi-mees4.pdf.

98. Sam Dagher, "Smugglers in Iraq Blunt Sanctions Against Iran," New York Times, July 8, 2010, http://www.nytimes.com/2010/07/09/world/middleeast/09kurds.html. For the KRG response to this article, see Kurdistan Regional Government (website), "KRG Statement on Recent New York Times Article," July 11, 2010, http://www.krg.org/articles/detail.asp?rnr=223&lngnr=12&smap=02010100&anr=35929.

99. "Iran's Red Crescent to Build Hospital in Southern Iraq," Fars News Agency, January 4, 2011, http://english.farsnews.com/newstext.php?nn=8910141444.

100. Najaf Provincial Development Strategy: 2008–2012 (Najaf Provincial Reconstruction and Development Committee: Najaf, 2008), p. 32.

101. Edward Wong, "Iran Is Playing a Growing Role in Iraqi Economy," New York Times, March 17, 2007, http://www.nytimes.com/2007/03/17/world/middleeast/17iran.html.

102. Ibid.

103. Knights, "Iraq's Security Forces," p. 11.

104. Oil industry analyst based in an Iraqi border oil field, Doha, Qatar, September 28, 2010.

105. "Salehi Calls for Lifting of Visa Requirement by Iran, Iraq," Islamic Republic News Agency, January 5, 2011, http://www.irna.ir/ENNewsShow.aspx?NID=30172902.

106. Quoted in Y. Mansharof and A. Savyon, "Iran in Preparations, Deployment to Withstand Possible Attack by West," MEMRI Inquiry and Analysis Series report no. 451 (Middle East Media Research Institute, July 3, 2008), http://www.memri.org/report/en/0/0/0/0/0/0/2743.htm.

107. Mehdi Khalaji, "The Iranian Clergy's Silence," Current Trends in Islamist Ideology 10 (posted July 12, 2010), http://www.currenttrends.org/research/detail/the-iranian-clergys-silence.

108. Michael Slackman, "Iraqi Ties to Iran Create New Risks for Washington," New York Times, June 8, 2006, http://www.nytimes.com/2006/06/08/world/middleeast/08iran.html?fta=y. Sistani is reputed to be the world's best-resourced marja, with an annual income estimated at $500–$700 million and total assets estimated at more than $3 billion. Medhdi Khalaji, The Last Marja: Sistani and the End of Traditional Religious Authority in Shiism, Policy Focus no. 59 (Washington, D.C.: Washington Institute, September 2006), pp. 6–11, http://www.washingtoninstitute.org/pubPDFs/PolicyFocus59final.pdf.

109. Baghdadee blog, December 12, 2010, http://baghdadee.ipbhost.com/lofiversion/index.php/t2122.html.

110. Khalaji, The Last Marja, pp. 8–18.

111. Ibid., pp. 25–31. For example, in September 2010, the Iranian consulate in Irbil circulated among imams and other religious figures in the KRG a statement by Iranian Supreme Leader Ayatollah Ali Khamenei that accused the U.S. government of inspiring Florida pastor Terry Jones's threats to burn the Quran. The aim was to incite the population of the KRG against the United States. The KRG's minister of religious affairs, Marwan Naqshbandi, condemned the Iranian action as unacceptable interference in the affairs of the KRG. See Rudaw News Agency, "Kurdish Government Official Says Iran Meddles in Affairs of Iraqi Kurdistan," September 26, 2010, http://www.ekurd.net/mismas/articles/misc2010/9/state4232.htm.

112. Slackman, "Iraqi Ties to Iran." Iranian cultural and religious influence is a bottom-up as well as a top-down affair. According to some Iraqi observers, Iranian influence can be discerned in the growing popularity in some social circles and localities of Iranian-style adornments (such as men's rings), women's clothing (such as the abandonment of the traditional Iraqi abaya in favor of the Iranian chador), affectations of speech, and religious customs, which have been brought to Iraq by former expatriate politicians who lived in Iran, and Iranian and Iranian-trained clerics who regularly participate in religious conferences, festivals, and events in Iraq.

113. Oxford Analytica, "Muqtada al-Sadr Seeks to Rehabilitate His Movement and Build Long-Term Power Base," Oxford Analytica Daily Briefs, January 17, 2011.

114. Khalaji, The Last Marja.

115. Nizar Latif, "Resentment Grows toward Tehran," The National, June 1, 2009, http://www.thenational.ae/news/worldwide/middle-east/resentment-grows-towards-tehran; Sam Dagher, "Devotion and Money Tie Iranians to Iraqi City," New York Times, May 30, 2009, http://www.nytimes.com/2009/05/31/world/middleeast/31karbala.html?_r=1; Liz Sly, "Iranian Influence Soaring in Iraq," Chicago Tribune, March 8, 2007, http://articles.chicagotribune.com/2007-03-08/news/0703080164_1_shiite-rule-arab-iraq-vali-nasr.

116. Parker, Salman, and Fakhrildeen, "Dread Descends."

117. Wong, "Iran Is Playing a Growing Role"; "Iran's Red Crescent," Fars News Agency.

118. Michael Rubin, "Why Najaf Matters in Post-War Iraq," Washington Post, August 27, 2010, http://www.washingtonpost.com/wp-dyn/content/article/2010/08/26/AR2010082605573.html.

119. The station's website can be found at http://www.alalam-news.com/.

120. See, for instance, Mariam Karouny, "Petition Condemns Iran for 'Disorder' in S. Iraq," Reuters, November 21, 2007, http://www.reuters.com/article/idUSL21569428200711212pageNumber=1; Alice Fordham, "Anti-Iranian Demonstrations Spread across Iraq in Oil Well Dispute," Times (London), December 24, 2009, http://www.timesonline.co.uk/tol/news/world/iraq/article6967001.ece.

121. See, for instance, statements in May 2007 by Prime Minister Maliki's spokesman, Ali Dabbagh, discounting Iranian interference, as cited in Alexandra Zavis, "Iraq Sends Mixed Message on Iran, Weapons," Los Angeles Times, May 5, 2008, http://articles.latimes.com/2008/may/05/world/fg-iraq5. See also the statements by Dawa politician Ali al-Adib characterizing recent Iranian violations of Iraqi sovereignty (including raids and artillery strikes against Iranian Kurdish militants in northern Iraq) as "innocuous." Reider Visser, "Innocuous

PX683

Border Violations: 'Ali al-Adib Introduces a New Concept in International Law," Iraq and Gulf Analysis Blog, August 28, 2010, http://gulfanalysis.wordpress.com/2010/08/28/innocuous-border-violations-ali-al-adib-introduces-a-new-concept-in-international-law/.

122. Zogby International/*The American Enterprise*, "The First Scientific Poll of Current Iraqi Public Opinion," August 2003. For summary results, see pp. 2, 5; for cross tabulations by demographic variable, see pp. 7–8, 20–21.

123. Oxford Research International, "National Survey of Iraq: February 2004," pp. 12, 13, 14, http://news.bbc.co.uk/nol/shared/bsp/hi/pdfs/15_03_04_iraqsurvey.pdf.

124. International Republican Institute, "Survey of Iraqi Public Opinion," July 24–August 2, 2004, p. 14, http://www.iri.org/sites/default/files/2004-09-07-Iraq%20Poll%20July%20August.pdf.

125. Program on International Policy Attitudes, "What the Iraqi Public Wants," January 31, 2006, p. 15, http://www.worldpublicopinion.org/pipa/pdf/jan06/Iraq_Jan06_rpt.pdf. A similar poll taken later that year yielded nearly identical results. See Program on International Policy Attitudes, "The Iraqi Public on the U.S. Presence and the Future of Iraq," September 27, 2006, http://www.worldpublicopinion.org/pipa/pdf/sep06/Iraq_Sep06_rpt.pdf.

126. BBC, ABC News, ARD (Germany), and *USA Today*, "Iraq Poll 2007," February 25–March 5, 2007, http://news.bbc.co.uk/2/shared/bsp/hi/pdfs/19_03_07_iraqpollnew.pdf; and BBC, ABC News, and NHK (Japan), "Iraq Poll September 2007," http://news.bbc.co.uk/2/shared/bsp/hi/pdfs/10_09_07_iraqpoll.pdf.

127. ABC News, BBC, and NHK (Japan), "Iraq Poll February 2009," http://news.bbc.co.uk/2/shared/bsp/hi/pdfs/13_03_09_iraqpollfeb2009.pdf.

128. Pechter Middle East Polls, "Iraq March 2010 Poll Results," http://sites.google.com/a/pechterpolls.com/pechterpolls/testimonials-1. See also David Pollock and Ahmed Ali, "Iran Gets Negative Reviews in Iraq, Even from Shiites," PolicyWatch #1653 (Washington Institute for Near East Policy, May 4, 2010), http://www.washingtoninstitute.org/templateC05.php?CID=3199.

129. "Iran Meddles in Iraq More Than Any Other: Poll," Agence France-Presse, August 7, 2010, http://www.alarabiya.net/articles/2010/08/07/115949.html.

130. David Ignatius, "Obama's Game of Nuclear Chicken with Iran," *Washington Post*, November 7, 2010, http://www.washingtonpost.com/wp-dyn/content/article/2010/11/05/AR2010110505227.html.

131. Iraqi Security Forces officials, interviews by author (Knights), in Basra and by telephone, May–September 2010. For example, several car bombings in Basra were initially believed to have been Iranian-backed destabilization operations.

132. Michael Knights, "The Next Insurgency: Baathists and Salafis Pool Resources to Fight Iraqi Government," *Gulf States Newsletter* 34, no. 885 (September 17, 2010), http://www.washingtoninstitute.org/opedsPDFs/4cb5e0af99213.pdf.

133. Oxford Analytica, "Muqtada al-Sadr Seeks."

134. Katzman, *Iran-Iraq Relations*, pp. 9–10.

135. Ibid.; "Iran to Seek War Reparations from Iraq," *Tehran Times*, July 25, 2010, http://www.tehrantimes.com/index_View.asp?code=223595.

136. Katzman, *Iran-Iraq Relations*, pp. 9–10.

137. National Media Center–Iraq, "Strategic Framework Agreement for a Relationship of Friendship and Cooperation between the United States of America and the Republic of Iraq," November 17, 2008, http://www.nmc.gov.iq/english/pnews_e/2008/11/Strategic_Framework.pdf.

138. Rubin, "Why Najaf Matters."

139. Senior U.S. military officer, interview by author (Eisenstadt), Baghdad, October 2010. See also Ralph O. Baker, "The Decisive Weapon: A Brigade Combat Team Commander's Perspective on Information Operations," *Military Review* (May–June 2006), pp. 114–133. For more on the potential of information activities vis-à-vis Iran, see Michael Eisenstadt, *The Missing Lever: Information Activities against Iran*, Policy Note no. 1 (Washington, D.C.: Washington Institute, March 2010), http://www.washingtoninstitute.org/pubPDFs/PolicyNote01.pdf.

140. U.S. Department of the Treasury, "Treasury Designates Individual, Entity Posing Threat."

141. See Appendix B of Felter and Fishman, *Iranian Strategy in Iraq*, which contains Baath-era intelligence documents, especially pp. 37 (the November 2002 report of his resignation), and pp. 54, 348–349, http://www.ctc.usma.edu/Iran_Iraq/Appendix_B_Harmony_Docs.pdf.

142. Knights, "The Evolution of Iran's Special Groups," pp. 12–13. See also U.S. Forces–Iraq, "ISF Campaigns against Kataib Hezbollah Weapons Smuggling, Rocket-Attack Network along Iraq-Iran Border," press release, February 12, 2010, http://www.usf-iraq.com/news/press-releases/isf-campaigns-against-kataib-hezbollah-weapons-smuggling-rocket-attack-network-along-iraq-iran-border.

143. Thomas Strouse, "Kata'ib Hezbollah and the Intricate Web of Iranian Military Involvement in Iraq," *Terrorism Monitor* 8, no. 9 (March 4, 2010), http://www.jamestown.org/single/?no_cache=1&tx_ttnews[tt_news]=36109&tx_ttnews[backPid]=7&cHash=12d601e5bc.

144. See Felter and Fishman, *Iranian Strategy in Iraq*, Appendix B, which contains Saddam-era intelligence documents. See also "Iraq: Return of Sheibani's Killer Squads," United Press International, September 30, 2010, http://www.upi.com/Top_News/Special/2010/09/30/Iraq-Return-of-Sheibanis-killer-squads/UPI-36301285859253/.

145. U.S. Department of the Treasury, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," press release, January 9, 2008, http://www.treasury.gov/press-center/press-releases/Pages/hp759.aspx.

146. U.S. Forces–Iraq, "Press Briefing with Brig. Gen. Kevin Bergner."

147. Dexter Filkins, "Where Plan A Left Ahmad Chalabi," *New York Times*, November 5, 2006, http://www.nytimes.com/2006/11/05/magazine/05CHALABI.html?pagewanted=1&ref=ahmad_chalabi.

148. See Ali al-Adib's official website (in Arabic) at http://www.aliadib.com/cv.htm.

149. "U.S. Forces Arrest Senior Iraqi Official," Reuters, August 28, 2008, http://uk.reuters.com/article/idUKLS5322320080828.

150. Anne Flaherty, "U.S. General Cites Direct Intel Linking Iraq's al-Lami, Chalabi to Iran," Associated Press, February 16, 2010, http://www.washingtonexaminer.com/politics/ap/us-general-cites-direct-intel-linking-iraqs-al-lami-chalabi-to-iran-84497817.html.

151. Berthelsen, "Arrest Sparks Iraq Protests."

152. Iraqi politician, interview by authors, September 2010.

153. Ken Silverstein, "The Minister of Civil War: Bayan Jabr, Paul Bremer, and the Rise of the Iraqi Death Squads," *Harper's*, August 2006, pp. 67–73.

PX683

154. See Felter and Fishman, *Iranian Strategy in Iraq*, Appendix B, which contains Saddam-era intelligence documents: pp. 37, 47, 262, 320.

155. Glanz and Tavernise, "U.S. Is Holding Iranians."

156. U.S. Department of the Treasury, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency."

157. Ibid.; Qassim al-Kaabi, "The 'Shiite Zarqawi' Returns from Iran to Strike Terror in Baghdad" (in Arabic), *al-Sharq al-Awsat*, August 21, 2010, http://aawsat.com/details.asp?section=4&article=583349&issueno=11589.

158. Reidar Visser, "Reactions to the Occupation of Fakka: A Barometer of Pro-Iranian Sentiment in Iraq?" Historaie.org (website), December 20, 2009, https://gulfanalysis.wordpress.com/2009/12/20/reactions-to-the-occupation-of-fakka-a-barometer-of-pro-iranian-sentiment-in-iraq/; Reidar Visser, "Larijani, Qubbanji, and Saghir All Welcome the Camp Ashraf Operations," Historaie.org (website), July 31, 2009, https://gulfanalysis.wordpress.com/2009/07/31/larijani-qubbanji-and-saghir-all-welcome-the-camp-ashraf-operations/; and Reidar Visser, "The Back Story to the Electricity Protests in the South," Historaie.org (website), June 21, 2010, https://gulfanalysis.wordpress.com/2010/06/21/the-back-story-to-the-electricity-protests-in-the-south/.

159. Knights and Williams, *The Calm before the Storm*, pp. 3, 18, 28.

160. Cockburn, *Muqtada*, pp. 93, 110–113, 133–137, 148–149, 165–174.

161. Martin Chulov, "Qais al-Khazali: From Kidnapper and Prisoner to Potential Leader," *Guardian*, December 31, 2010, http://www.guardian.co.uk/world/2009/dec/31/iran-hostages-qais-al-khazali.

162. U.S. Forces–Iraq, "Press Briefing with Brig. Gen. Kevin Bergner."

163. Parker and Fakhrildeen, "Iraq Frees Shiite Militant in Exchange for Briton."

164. Ned Parker, "Iraq Shakes Up Talks on U.S. Troop Pullout," *Los Angeles Times*, August 31, 2008, http://articles.latimes.com/2008/aug/31/world/fg-iraq31.

165. Kurdistan News Agency, "Al-Maliki Nominates His Office's Director to Head the Iraqi Intelligence Department," December 2, 2010.

166. "Maliki's Advisory Team Lacks Offices or Staffers" (in Arabic), *Elaph* online newspaper (London), September 29, 2006, http://www.elaph.com/ElaphWeb/Politics/2006/9/180196.htm.

PX683

# The Washington Institute for Near East Policy

## Board of Directors

*President*
Martin J. Gross

*Chairman*
Howard P. Berkowitz

*Chairman Emeriti*
Fred S. Lafer
Michael Stein

*Founding President and Chairman Emerita*
Barbi Weinberg

*Senior Vice Presidents*
Bernard Leventhal
Peter Lowy
James Schreiber

*Vice Presidents*
Charles Adler
Benjamin Breslauer
Walter P. Stern

*Secretary*
Richard S. Abramson

*Treasurer*
Dimitri Sogoloff

*Board Members*
Anthony Beyer
Richard Borow
Robert Fromer
Michael Gelman
Roger Hertog, *emeritus*
Shelly Kassen
Michael Keston
Daniel Mintz
Zachary Schreiber
Fred Schwartz
Merryl Tisch
Gary Wexler

*Next Generation Leadership Council*
Jill Abramson
Anthony Beyer
David Eigen, *chair*
Daniel Eisenstadt
Jonathan S. Gilbert
Benjamin Gordon
Adam Herz
James Keston
Zachary Schreiber
Whitney Skibell
Jonathan Torop

## Board of Advisors

Lawrence S. Eagleburger
Max M. Kampelman
Henry A. Kissinger
Samuel W. Lewis
Edward Luttwak
Michael Mandelbaum
Robert C. McFarlane
Martin Peretz
Richard Perle
James G. Roche
George P. Shultz
R. James Woolsey
Mortimer Zuckerman

PX683

PX683



1828 L Street NW, Suite 1050 ■ Washington, DC 20036 ■ www.washingtoninstitute.org

PX683

PX684

# Hezbollah Said to Help Shiite Army in Iraq

nytimes.com/2006/11/28/world/middleeast/28military.html

November 28, 2006

WASHINGTON, Nov. 27 — A senior American intelligence official said Monday that the Iranian-backed group Hezbollah had been training members of the Mahdi Army, the Iraqi Shiite militia led by Moktada al-Sadr.

The official said that 1,000 to 2,000 fighters from the Mahdi Army and other Shiite militias had been trained by Hezbollah in Lebanon. A small number of Hezbollah operatives have also visited Iraq to help with training, the official said.

Iran has facilitated the link between Hezbollah and the Shiite militias in Iraq, the official said. Syrian officials have also cooperated, though there is debate about whether it has the blessing of the senior leaders in Syria.

The intelligence official spoke on condition of anonymity under rules set by his agency, and discussed Iran's role in response to questions from a reporter.

The interview occurred at a time of intense debate over whether the United States should enlist Iran's help in stabilizing Iraq. The Iraq Study Group, directed by James A. Baker III, a former Republican secretary of state, and Lee H. Hamilton, a former Democratic lawmaker, is expected to call for direct talks with Tehran.

The claim about Hezbollah's role in training Shiite militias could strengthen the hand of those in the Bush administration who oppose a major new diplomatic involvement with Iran.

Dig deeper into the moment.

Special offer: Subscribe for $1 a week.

The new American account is consistent with a claim made in Iraq this summer by a mid-level Mahdi commander, who said his militia had sent 300 fighters to Lebanon, ostensibly to fight alongside Hezbollah. "They are the best-trained fighters in the Mahdi Army," he said, speaking on condition of anonymity.

The specific assertions about Iran's role went beyond those made publicly by senior American officials, though Gen. Michael V. Hayden, the director of the Central Intelligence Agency, did tell Congress this month that "the Iranian hand is stoking violence" in Iraq.

The American intelligence on Hezbollah was based on human sources, electronic means and interviews with detainees captured in Iraq.

PX684

American officials say the Iranians have also provided direct support to Shiite militias in Iraq, including explosives and trigger devices for roadside bombs, and training for several thousand fighters, mostly in Iran. The training is carried out by the Iranian Revolutionary Guards and the Ministry of Intelligence and Security, they say.

In Congressional testimony this month, General Hayden said he was initially skeptical of reports of Iran's role but changed his mind after reviewing intelligence reports.

"I'll admit personally," he said at one point in the hearing, "that I have come late to this conclusion, but I have all the zeal of a convert as to the ill effect that the Iranians are having on the situation in Iraq."

Lt. Gen. Michael D. Maples, the director of the Defense Intelligence Agency, offered a similar assessment in his testimony.

Neither General Hayden nor General Maples described Hezbollah's role during the hearing.

In the interview on Monday, the senior intelligence official was asked for further details about the purported Iranian role.

"They have been a link to Lebanese Hezbollah and have helped facilitate Hezbollah training inside of Iraq, but more importantly Jaish al-Mahdi members going to Lebanon," the official said, describing Iran's role and using the Arabic name for the Mahdi Army.

The official said the Hezbollah training had been conducted with the knowledge of Mr. Sadr, the most influential Shiite cleric.

While Iran wants a stable Iraq, the official said, it sees an advantage in "managed instability in the near term" to bog down the American military and defeat the Bush administration's objectives in the region.

"There seems to have been a strategic decision taken sometime over late winter or early spring by Damascus, Tehran, along with their partners in Lebanese Hezbollah, to provide more support to Sadr to increase pressure on the U.S.," the American intelligence official said.

Some Middle East experts were skeptical about the assessment of Hezbollah's training role.

"That sound to me a little bit strained," said Flynt Leverett, a senior fellow at the New America Foundation and a Middle East expert formerly on the National Security Council staff. "I have a hard time thinking it is a really significant piece of what we are seeing play out on the ground with the various Shiite militia forces."

But other specialists found the assessment plausible. "I think it is plausible because Hezbollah is the best in the business, and it enhances their position with Iran, Syria and Iraq," said Judith Kipper, of the Council on Foreign Relations.

PX684

The Mahdi Army and other militia fighters traveled to Lebanon in groups of 15 and 20 and some were present during the fighting between Hezbollah and Israel this summer, though there was no indication they had taken part in the fighting, the American intelligence official said.

Asked what the militia members had learned, the official replied, "Weapons, bomb-making, intelligence, assassinations, the gambit of skill sets."

There is intelligence that indicates that Iran shipped machine tools to Lebanon that could be used to make "shaped charges," sophisticated explosive devices designed to penetrate armor, American officials have said. But it is not known how the equipment was in fact used.

The officials said that because the Iraqi militia members went through Syrian territory, at least some Syrian officials were complicit. There are also reports of meetings between Imad Mugniyah, a senior Hezbollah member; Ghassem Soleimani of the Iranian Revolutionary Guards; and Syrian representatives to discuss ways of stepping up the pressure on the United States in Iraq.

The mid-level Mahdi commander interviewed this summer said the group sent to Lebanon was called the Ali al-Hadi Brigade, named for one of two imams buried at the Askariya Mosque in Samarra. The bombing of that shrine in February unleashed the fury of Shiite militias and accelerated sectarian violence.

According to the Mahdi commander, the brigade was organized and dispatched by a senior Mahdi officer known as Abu Mujtaba. It went by bus to Syria in July, and was then led across the border into Lebanon, he said. He said the fighters were from Diwaniya and Basra, as well as from the Shiite neighborhoods of Shoala and Sadr City in Baghdad.

"They travel as normal people from Iraq to Syria," one of the militiamen said. "Once they get to Syria, fighters in Syria take them in."

Among American officials, concern over the purported Iranian, Syrian or Hezbollah role grew recently when an advanced antitank weapon, an RPG-29, was used against an American M-1 tank in Iraq.

"The first time we saw it was not in Iraq," Gen. John P. Abizaid, the head of the United States Central Command, told reporters in September. "We saw it in Lebanon. So to me, No. 1, it indicates an Iranian connection."

American intelligence officials said the source of the weapon was still unclear.

General Abizaid also said it was hard to pin down some details of relationships between armed factions in the Middle East, adding: "There are clearly links between Hezbollah training people in Iran to operate in Lebanon and also training people in Iran that are Shia

PX684

splinter groups that could operate against us in Iraq These linkages exist, but it is very, very hard to pin down with precision."

**Special offer.** Subscribe for ~~$4.25~~ $1 a week.
**Thanks for reading The Times.**
EXPAND

# The New York Times

Special offer.
SUBSCRIBE NOW
Cancel or pause anytime.

PX684

PX685

**Policy Analysis (/policy-analysis)** /

PolicyWatch 2568

# Iranian EFPs in the Gulf: An Emerging Strategic Risk

by Michael Knights **(/experts/michael-knights)**

Feb 23, 2016
Also available in
العربية (/ar/policy-analysis/bwat-nasft-kharqt-ayranyt-fy-alkhlyj-khtr-astratyjy-nashy)

ABOUT THE AUTHORS



Michael Knights (/experts/michael-knights)

Michael Knights is the Jill and Jay Bernstein Fellow of The Washington Institute, specializing in the military and security affairs of Iraq, Iran, and the Persian Gulf states. He is a co-founder of the Militia Spotlight platform, which offers in-depth analysis of developments related to the Iranian-backed militias in Iraq and Syria.



Brief Analysis

---

**Tehran and its proxies have increased their efforts to provide armor-piercing explosive devices to Shiite cells in Bahrain and Saudi Arabia, and this game-changing escalation could pose even greater challenges if Riyadh takes further action in Syria.**

As Saudi Arabia publicly discusses its options for direct intervention in Syria, Riyadh and its partners will need to consider how Iran might react to such a move. The answer may be apparent in the increasingly bold efforts by Iranian-backed Shiite militant groups to smuggle advanced roadside bombs into not only Bahrain, but also the neighboring Eastern Province of Saudi Arabia, a predominately Shiite area that holds more than 20 percent of the world's total proven oil reserves and serves as the center of the kingdom's oil and petrochemicals industries. Almost unnoticed by the international community, Tehran has been ramping up its risk-taking behavior amid growing sectarian polarization in the region and intensified competition with Riyadh. Among other provocations, it began sending advanced armor-piercing explosively formed penetrators (EFPs) into the kingdom last year and has provided cells in Bahrain with the know-how for manufacturing such weapons themselves -- a stark warning to the Saudis and a harbinger of what may unfold if they do in fact upgrade their military commitment in Syria.

## IRAN'S GULF ESCALATION

Alongside support for proxy forces in Yemen, Iraq, and Syria, another form of Iranian escalation against Saudi Arabia is the smuggling of EFPs and other arms directly into the Gulf states, carried out by Iraqi proxies of Iran's Islamic Revolutionary Guard Corps. Although Bahrain's government has exaggerated Iran's role in domestic unrest in the past, the country's intelligence agencies have consistently produced well-evidenced information on local terrorist and militia cells, their ties with the IRGC, and their efforts to import advanced explosives.

On December 28, 2013, a speedboat was tracked by coastal radar and intercepted carrying large quantities of advanced bomb components, including thirty-one Claymore-type antipersonnel fragmentation mines and twelve armor-piercing EFP charges, plus electronics to arm and fire the devices. The captured crew led investigators to a bombmaking workshop in al-Qurayyah village the following day.

The most recent maritime interception occurred on July 25, 2015, when Bahraini navy, coast guard, and police personnel captured a speedboat that had received weapons from a ship just outside the island's territorial waters. The boat was carrying forty-three kilograms of C4 explosive, detonators, and eight AK-type assault rifles with thirty-two magazines and ammunition. One of the two Bahraini men in the boat testified to having received weapons and explosives training at an IRGC camp in Iran two years prior.

Over the past year, the kingdom's security operations have uncovered a range of other indicators that Iran is intensifying its preparations to undertake proxy warfare inside Bahrain and even Saudi Arabia:

- *Increased number of bombmaking workshops.* Bahrain uncovered three such workshops in the latter half of 2015. One underground room found in Dar Kulaib on June 6 contained advanced bomb components and an industrial press for fabricating EFPs. Two more shops were found in October and November; the latter was discovered within a concealed underground room.

- *Expansion into Saudi Arabia.* On May 8, 2015, a vehicle carrying EFP charges was intercepted as it attempted to transit the King Fahd Causeway from Bahrain to Saudi Arabia. It was eventually linked to the bomb workshop at Dar Kulaib, where the smugglers received the EFPs.

- *Growing connections to Iranian and Iraqi networks.* The Dar Kulaib workshop contained weapons linked via fingerprints to the previously mentioned December 2013 speedboat interception. And in June 2015, Bahraini police chief Maj. Gen. Tariq al-Hassan stated that the IRGC-supported Iraqi Shiite group Kataib Hezbollah (led by U.S.-designated terrorist Abu Mahdi al-Muhandis) provided EFP training at a camp in Iraq and "offered logistical and financial support" to a Bahraini terrorist group called "Saraya al-Ashtar."

- *Potential harbor security threats.* General Hassan also claimed that detained Shiite terrorists had received "scuba diving skills to plant mines and explosives in the sea," presenting a potential threat to U.S. warships in Bahrain, where the U.S. Fifth Fleet headquarters is located. (Iranian-backed cells have been detected monitoring U.S. naval berths and coastal infrastructure in Kuwait since 2011.)

- *Use of antivehicle bombs.* On July 28, 2015, a roadside bomb destroyed a police vehicle in Sitra, Bahrain, killing two policemen and wounding six others. Magnetically attached mines of this type have been a constant feature of weapons finds in Bahrain. This technique and some of the magnetic devices themselves have been smuggled into the island from Iraq, where Shiite militias use them for assassinations and other attacks on unarmored vehicles.

## THE EFP PROBLEM

The provision of EFPs and firing kits is a particularly dangerous phenomenon. The EFP is a form of roadside charge that has exceptional armor-piercing capabilities and is easily concealed and detonated. High explosives are packed into a cylinder akin to a paint can with the lid removed. A concave liner of professionally milled copper or steel is then clamped over the cylinder's open end. When the explosive is detonated, it creates a focused jet of hypervelocity molten metal that can cut through even the heaviest main battle tank armor at close range. In Iraq, 1,526 EFPs killed a total of 196 U.S. troops and injured 861 others between November 2005 and December 2011; British troops were intensively targeted as well and suffered many casualties.

Apparently, the IRGC has sought to preposition EFPs in Bahrain since at least 2013. And last year's discoveries by security forces indicated that the IRGC is also helping local Bahraini Shiites to mass produce EFPs. The Dar Kulaib workshop included an industrial press that used specialized dies (possibly imported) to make EFP liners. A range of

PX685

EFPs were found there as well, with diameters of six, eight, and twelve inches, indicating a variety of dies were in use. Also uncovered were at least twelve passive infrared sensors (used to initiate a device as vehicles pass) and numerous radio-controlled arming switches (to turn on the sensors), indicating that the devices were using the exact same configuration as Iraqi EFPs and would be highly accurate. High-quality copper liners were in evidence alongside less effective steel ones. Moreover, the press and other large equipment had been installed in a concealed basement, a major logistical undertaking.

As mentioned above, EFPs built in Dar Kulaib were intercepted en route to Saudi Arabia last May. This marks a major escalation because EFPs could enable Shiite militants in the Eastern Province to keep Saudi armored vehicles out of key towns, making mini-uprisings much more practical if Iran wished to foment such incidents. In 2008, EFPs used en masse created a formidable perimeter defense in Baghdad's Sadr City, requiring an extensive U.S. demining effort. If such explosives had been present during the February 2011 uprising in Manama, the Bahraini crackdown -- backed by Saudi and Emirati armored forces -- might have been impossible.

In short, bringing EFPs into Bahrain, let alone Saudi Arabia, is a military game-changer for Gulf security forces. And given that restive Shiite townships are threaded between some of the world's largest oil fields, refineries, pipelines, and export terminals, it could be a game-changer for global energy security as well. This is why Iran's actions, through its Iraqi proxies, hold such potential for destabilization. In conjunction with recent provocations by the IRGC-Navy in the Persian Gulf, the EFP uptick points to a wider pattern of increasingly bold IRGC risk taking.

## IMPLICATIONS FOR U.S. POLICY

If Saudi Arabia intervenes more intensively in Syria, it will likely face blowback at home. In 2011, Riyadh's intervention in Bahrain and its early support for the Syrian opposition may have contributed to the attempted Iranian assassination of the Saudi ambassador in Washington later that year, as well as Tehran's eventual decision to ramp up paramilitary backing for proxies in Yemen, Bahrain, and now the Eastern Province.

In light of these dangers, Washington should expand intelligence assistance to Saudi Arabia and Bahrain in order to stem the flow of IRGC-provided weapons. It should also help publicize the discovery of weapons caches so that the international community can follow the trail of evidence pointing back to Tehran. More broadly, Washington should view Iran's transfer of EFPs and bombmaking know-how to opposition elements in these countries as a game-changing escalation, not an incremental tactical adjustment. Riyadh will certainly view the up-arming of Shiites in the kingdom's largest oil province in existential terms.

In addition, Washington should speak with the Saudis about enhanced military cooperation on vehicle survivability and defensive tactics. The United States can greatly assist Saudi forces on two counts: reducing their heavy losses to Houthi antitank missile teams on the southern border, and preparing for the emergence of an advanced antiarmor roadside bomb threat in the Eastern Province. These efforts could include provision of up-armoring kits and the considerable benefit of hard-earned U.S. tactics and training against EFPs.

Finally, Washington should combine such security assistance with dialogue on conflict termination and reduction of civilian casualties in Yemen. It should also urge Bahrain and Riyadh to increase their confidence- and security-building measures with domestic Shiite communities. As the United States learned firsthand, the best defense against roadside bombing networks is for security forces to work with local communities that can provide essential intelligence to reduce or halt attacks.

*Michael Knights is a Lafer Fellow with The Washington Institute.* 

PX696

# U.S. Says Captured Iranians Can Be Linked to Attacks

By **SABRINA TAVERNISE**    DEC. 27, 2006

BAGHDAD, Dec. 26 — The American military said Tuesday that it had credible evidence linking Iranians and their Iraqi associates, detained here in raids last week, to criminal activities, including attacks against American forces. Evidence also emerged that some detainees had been involved in shipments of weapons to illegal armed groups in Iraq.

In its first official confirmation of last week's raids, the military said it had confiscated maps, videos, photographs and documents in one of the raids on a site in Baghdad. The military confirmed the arrests of five Iranians, and said three of them had been released.

The Bush administration has described the two Iranians still being held Tuesday night as senior military officials. Maj. Gen. William Caldwell IV, the chief spokesman for the American command, said the military, in the raid, had "gathered specific intelligence from highly credible sources that linked individuals and locations with criminal activities against Iraqi civilians, security forces and coalition force personnel."

General Caldwell made his remarks by e-mail in response to a query about the raids, first reported Monday in The New York Times. "Some of that specific intelligence," he said via e-mail, "dealt explicitly with force-protection issues, including attacks on MNF-I forces."

MNF-I stands for Multinational Force-Iraq, the official name of the American-led foreign forces there.

American officials have long said that the Iranian government interferes in Iraq, but the arrests, in the compound of one of Iraq's most powerful Shiite political leaders, were the first since the American invasion in which officials were offering evidence of the link.

The raids threaten to upset the delicate balance of the three-way relationship among the United States, Iran and Iraq. The Iraqi government has made extensive efforts to engage Iran in security matters in recent months, and the arrests of the Iranians could scuttle those efforts.

Some Iraqis questioned the timing of the arrests, suggesting that the Bush administration had political motives. The arrests were made just days before the United

PX696

Nations Security Council passed a resolution imposing sanctions on Iran for its refusal to suspend uranium enrichment.

The Bush administration has rejected pressure to open talks with Iran on Iraq.

The Iraqi government has kept silent on the arrests, but Tuesday night officials spoke of intense behind-the-scenes negotiations by Iraq's government and its fractured political elite over how to handle the situation.

Iraq's president, Jalal Talabani, had invited the two Iranians during his visit to Tehran, his spokesman said Sunday, but by Tuesday, some Iraqi officials began to question if Mr. Talabani had in fact made the invitation. His office was unavailable for comment Tuesday night.

"We know when they caught them they were doing something," said one Iraqi official, who added that the Iranians did not appear to have formally registered with the government.

Some political leaders speculated that the arrests had been intended to derail efforts by Iraqis to deal with Iran on their own by making Iraqis look weak.

But the military seemed sure of what and whom it had found.

At about 7 p.m. on Wednesday, the military stopped a car in Baghdad and detained four people — three Iranians and an Iraqi. The military released two of them on Friday and the other two on Sunday night, General Caldwell said. The Iranian Embassy confirmed the releases.

But the more significant raid occurred before dawn the next morning, when American forces raided a second location, the general said. The military described it as "a site in Baghdad," but declined to release further details about the location.

Iraqi leaders said last week that the site was the compound of Abdul Aziz al-Hakim, one of Iraq's most powerful Shiite political leaders, who met with President Bush in Washington three weeks ago. A spokesman for Mr. Hakim said he had not heard of a raid on the compound.

A careful reading of General Caldwell's statement makes it clear, however, that the location itself was of central importance. The military gathered "specific intelligence from highly credible sources that linked individuals and locations with criminal activities," it said. The crimes were against Iraqi civilians, security forces and Americans.

PX696

In that raid, American forces detained 10 men, 2 of them Iranians. They seized documents, maps, photographs and videos at the location, the military said. The military declined to say precisely what the items showed, nor did it specify if the Iranians themselves were suspected of attacking Americans, or if the Iraqis arrested with them were suspected, or both.

Some Iraqis questioned the American motives, saying the operation seemed aimed at embarrassing Mr. Hakim, the driving force behind a new political grouping backed by the United States to distance militants from the political process.

One Iraqi politician suggested that the tip for the raid had come from a source within Mr. Hakim's own party, known by the acronym Sciri, in an effort to weaken or unseat him.

However it had been led there, the military said it had found evidence of wrongdoing. By questioning the detainees and investigating the materials, the military found evidence that connected some of those detained "to weapons shipments to armed groups in Iraq," General Caldwell said.

The military did not specify the types of weapons.

The allegation, if true, would make this the first incident since the American invasion in which Iranian military officials were discovered in the act of planning military action inside Iraq. American officials have long accused them of supplying arms and money from Iran, but never of traveling to Iraq and taking part in plotting violent acts here.

American officials accused Iran of designing and shipping new powerful, armor-piercing bombs to Iraq as early as summer 2005.

American officials have on occasion offered evidence of Iranian involvement: A weapons shipment bearing serial numbers believed to belong to an official Iranian manufacturer was intercepted last year. The most recent allegations, if true, would appear to draw a line back to Tehran more directly than ever.

General Caldwell said that the detainees were still in American custody and that the military was "engaged in ongoing discussions with the government," about their status. An official in the Iranian Embassy in Baghdad said its diplomats had tried to see the detainees but were not allowed to, a refusal that violated international rules, the official said.

James Glanz contributed reporting from Baghdad, and Michael R. Gordon from Washington.
A version of this article appears in print on , on page A12 of the New York edition with the headline: U.S. Says Captured Iranians Can Be Linked to Attacks.

PX696

PX697

# In Iraq, a Very Busy Iran

**WSJ** **wsj.com**/articles/SB10001424052748703994904575646911886138950

November 30, 2010

By Sam Dagher

Nov. 30, 2010 4:08 pm ET
BAGHDAD—Leaked U.S. diplomatic cables provide new details on the U.S. assessment of how Iran's Revolutionary Guards Corps has promoted Tehran's influence in Iraq since the 2003 U.S.-led invasion.



An Iraqi border police officer stands watch near an Iranian border crossing southeast of Baghdad.ILLUSTRATION: Associated Press
The demise of archenemy Saddam Hussein, with whom Tehran fought an eight-year war in the 1980s, presented the Iranians with an unprecedented opportunity, and they appear to have exploited it from Day One.

The leadership of the Qods Force—the Guards' paramilitary and espionage arm—"took advantage of the vacuum" in the aftermath of the fall of Mr. Hussein's regime to begin sending operatives into Iraq when "little attention was focused on Iran," according to an April 2009 dispatch from the U.S. Embassy in Baghdad. The cable was part of a trove of classified U.S. diplomatic communications made public this week by WikiLeaks.

1/3

PX697

Early priorities for the Iranian operatives included assassinating former Iraqi fighter pilots who flew sorties against Iran during the Iran-Iraq war, according to a December 2009 dispatch from Baghdad. As of the end of last year 180 pilots had been killed, according to the report.

But Iran's broader goals have been the establishment of "an economically dependent and politically subservient Iraq" and the undermining of rivals, in part through paramilitary means, the cables suggest.

Iran's ambassador to Iraq Hassan Danaie-Far denied in a recent interview that Iran was meddling in Iraq's affairs or supporting militias.

Since 2003, Qods Force commander Brig. Gen. Qasim Soleimani has been "the point man directing the formulation and implementation" of the Iranian government's Iraq policy "with authority second only" to the country's Supreme Leader Ayatollah Ali Khamenei, according to another dispatch from Baghdad dated November 2009.

Through his officers and "Iraqi proxies," Gen. Soleimani "employs the full range of diplomatic, security, intelligence, and economic tools to influence allies and detractors in order to shape a more pro-Iran regime in Baghdad and the provinces," according to the same dispatch.

Some Qods Force operatives have entered Iraq under the guise of charities or the Iranian Red Crescent—the Islamic version of the Red Cross—according to an October 2008 dispatch from America's Iran Regional Presence Office based in the Gulf Arab emirate of Dubai.

The cable, which cites an "Iranian with detailed knowledge of the country's Red Crescent" as a source, says the organization contracted companies affiliated with the Revolutionary Guards to build clinics in Baghdad and the predominantly Shiite cities of Basra, Hilla, Karbala and Najaf to the south. The clinics were used "for treatment but also as warehouses for military equipment or military bases if needed."

Other Iranian operatives came in as diplomats, including some allegedly as senior as Tehran's former ambassador to Iraq Hassan Kazemi-Qomi, who is described as "an associate" of the Qods Force in the November 2009 dispatch. His successor, Mr. Danaie-Far, was a naval commander in the Revolutionary Guards.

In addition to training, funding and arming Shiite militias in Iraq involved in attacking U.S. interests, Gen. Soleimani has overseen economic development assistance to Iraq and the promotion of bilateral trade that reached an annual level of almost $4 billion by the end of 2009. He also oversaw the furthering of Iranian "soft power" through activities such as the renovation of Iraq's revered Shiite shrines by Revolutionary Guards-owned companies, according to several dispatches.

PX697

The Iranian commander also "enjoys longstanding close ties" with several top Iraqi officials such as President Jalal Talabani and Prime Minister Nouri al-Maliki, according to a dispatch from Baghdad.

The November 2009 cable says Iran hands out cash payments to "Iraqi surrogates," which include some of the political parties currently in power. It says while exact figures are unknown, Tehran's financial assistance is estimated in the cables at $100 million to $200 million a year, with an estimated $70 million going to the Islamic Supreme Council of Iraq (ISCI) party, which was based in Iran before Mr. Hussein's fall.

Basem al-Awadi, an ISCI spokesperson, dismissed the cables, calling them "opinions," and said his party has proven its "independence" by recently resisting Iranian pressure to back Mr. Maliki for a second term. Mr. Maliki, a devout Shiite, has had difficult relations with Iran, but his position has earned him Tehran's backing.

In one cable, U.S. diplomats in Baghdad say sensitivity by Iraqi leaders toward being seen as "Iranian lackeys" will ultimately constrain Iran's influence in Iraq.

Even though both countries are majority Shiite Muslim, they embrace opposing clerical traditions. Iraq's revered Shiite cleric Grand Ayatollah Ali al-Sistani is Iranian-born but rejects Iran's clerical rule.

One dispatch that followed a visit by U.S. diplomats to Mr. Sistani's base in Najaf last year said the reclusive cleric personally prohibited the enrollment of Iranian students at seminaries in the city in order to prevent infiltration by the Revolutionary Guards.

Ali A. Nabhan contributed to this article.

PX697

PX699

# Al Qaeda in Iran

web.archive.org/web/20150714171527/https://www.foreignaffairs.com/articles/iran/2012-01-29/al-Qaeda-iran

December 21, 2012



*The Iran-Pakistan border. (snotch / flickr)*

Virtually unnoticed, since late 2001, Iran has held some of al Qaeda's most senior leaders. Several of these operatives, such as Yasin al-Suri, an al Qaeda facilitator, have moved recruits and money from the Middle East to central al Qaeda in Pakistan. Others, such as Saif al-Adel, an Egyptian that served as head of al Qaeda's security committee, and Abu Muhammad al-Masri, one of the masterminds of the 1998 U.S. embassy bombings in East Africa, have provided strategic and operational assistance to central al Qaeda. The Iranian government has held most of them under house arrest, limited their freedom of movement, and closely monitored their activities. Yet the organization's presence in Iran means that, contrary to optimistic assessments that have become the norm in Washington, al Qaeda's demise is not imminent.

Perhaps more disturbing, Iran appears willing to expand its limited relationship with al Qaeda. Just as with its other surrogate, Hezbollah, the country could turn to al Qaeda to mount a retaliation to any U.S. or Israeli attack. To be sure, the organization is no Iranian puppet. And the two have sometimes been antagonistic, as illustrated by al Qaeda in Iraq's recent attacks against Shias. But both share a hatred of the United States. U.S. policymakers should think twice about provoking a closer relationship between them and should draw greater public attention to Iran's limited, but still unacceptable, cooperation with al Qaeda.

Evidence of the Iranian-al Qaeda partnership abounds -- and much of it is public. This past year, I culled through hundreds of documents from the Harmony database at West Point; perused hundreds more open-source and declassified documents, such as the U.S.

PX699

Department of Treasury's sanctions against al Qaeda leaders in Iran; and interviewed government officials from the United States, Europe, the Middle East, and South Asia.

Through that research, the history of al Qaeda in Iran emerges as follows: over the past several years, al Qaeda has taken a beating in Iraq, Pakistan, Yemen, the Horn of Africa, and North Africa. In particular, an ongoing campaign of drone strikes has weakened -- although not eliminated -- al Qaeda's leadership cadre in Pakistan. But the group's outpost in Iran has remained almost untouched for the past decade. In late 2001, as the Taliban regime collapsed, most al Qaeda operatives fled Afghanistan. Many of the leaders, including Osama bin Laden and Ayman al-Zawahiri, bin Laden's deputy and future successor, headed for Pakistan. But some did not, choosing instead to go west. And Iran was apparently more than willing to accept them. Around October 2001, the government dispatched a delegation to Afghanistan to guarantee the safe travel of operatives and their families to Iran.

Initially, Iran's Quds Force -- the division of the Revolutionary Guard Corps whose mission is to organize, train, equip, and finance foreign Islamic revolutionary movements -- took the lead. Between 2001 and 2002, it helped transport several hundred al Qaeda-linked individuals. By 2002, al Qaeda had established in Iran its "management council," a body that bin Laden reportedly tasked with providing strategic support to the organization's leaders in Pakistan. Key members of the council included Adel, Sulayman Abu Ghayth, Abu al-Khayr al-Masri, Abu Muhammad al-Masri, and Abu Hafs al-Mauritani. All five remained influential over the next several years and retained close ties to bin Laden. Among the most active of the council, Adel even helped organize groups of fighters to overthrow Hamid Karzai's regime in Afghanistan and provided support for the May 2003 terrorist attacks in Riyadh.

According to U.S. government officials involved in discussions with Iran, over time, the growing cadre of al Qaeda leaders on Iranian soil apparently triggered a debate among senior officials in Tehran. Some worried that the United States would eventually use the terrorist group's presence as a casus belli. Indeed, in late 2002 and early 2003, U.S. government officials held face-to-face discussions with Iranian officials demanding the regime deport al Qaeda leaders to their countries of origin. Iran refused, but around the same time, the country's Ministry of Intelligence took control of relations with the group. It set to work rounding up al Qaeda members and their families.

By early 2003, Tehran had detained all the members of the management council and their subordinates who remained in the country. It is not entirely clear what conditions were like for al Qaeda detainees. Some apparently suffered through harsh prison confinement, while others enjoyed informal house arrest with freedom to communicate, travel, and fundraise. Over the next several years, bin Laden, Zawahiri, and other leaders apparently sent messages to Tehran threatening to retaliate if al Qaeda personnel and members of bin Laden's family were not released. Iran did not comply. Bin Laden did not follow through.

PX699

After that, the details of al Qaeda's relationship with the Iranian government are hazy. It seems that many of the operatives under house arrest petitioned for release. In 2009 and 2010, Iran did begin to free some detainees and their family members, including members of bin Laden's family. And the management council remained in Iran, still under limited house arrest. Tehran appears to have drawn several red lines for the council: Refrain from plotting terrorist attacks from Iranian soil, abstain from targeting the Iranian government, and keep a low profile. As long as it did so, the Iranian government would permit al Qaeda operatives some freedom to fundraise, communicate with al Qaeda central in Pakistan and other affiliates, and funnel foreign fighters through Iran.

Today, Iran is still an important al Qaeda hub. Suri, who was born in 1982 in al-Qamishli, Syria, is a key operative. According to U.S. Treasury Department accounts, Tehran has permitted Suri to operate discretely within Iran since at least 2005. He has collected money from donors and transferred it to al Qaeda's leadership in Pakistan and other locations; facilitated the travel of extremist recruits from the Gulf to Pakistan and Afghanistan; and according to U.S. State Department accounts, "arranges the release of al-Qaeda personnel from Iranian prisons."

On the surface, the relationship between Shia Iran and Sunni al Qaeda is puzzling. Their religious views do differ, but they share a more important common interest: countering the United States and its allies, including Israel, Saudi Arabia, and the United Kingdom. Iran's rationale might be compared to that of British Prime Minister Winston Churchill, who declared, "If Hitler invaded Hell, I would make at least a favorable reference to the devil in the House of Commons."

Iran is likely holding al Qaeda leaders on its territory first as an act of defense. So long as Tehran has several leaders under its control, the group will likely refrain from attacking Iran. But the strategy also has an offensive component. If the United States or Israel undertook a bombing campaign against Iran, Tehran could employ al Qaeda in a response. Tehran has long used proxies to pursue its foreign policy interests, especially Hezbollah in Lebanon, and it has a history of reaching out to Sunni groups. In Afghanistan, for example, Iran has provided limited support to the Taliban to keep the United States tied down. Al Qaeda's proven willingness and ability to strike the United States make it an attractive partner.

Al Qaeda is probably making similar calculations. To be sure, some revile the Ayatollahs. Abu Mus'ab al-Zarqawi, the now-deceased head of al Qaeda in Iraq, actively targeted Shias there. In a 2004 letter, Zarqawi explained that they are "the insurmountable obstacle, the lurking snake, the crafty and malicious scorpion." Yet, in a sign of Churchill-esque pragmatism, Zawahiri chastised Zarqawi in 2005, writing that the Shias were not the primary enemy -- at least not for the moment. It was crucial, Zawahiri explained, to understand that success hinged on support from the Muslim masses. One of Zarqawi's most significant mistakes, Zawahiri chided him, was targeting Shia communities, because such a strategy would cripple al Qaeda's support among the broader Muslim community. And most al Qaeda operatives since the debacle in Iraq have cautiously followed Zawahiri's lead.

3/5

PX699

Moreover, Iran is in many ways a safer territory from which al Qaeda can operate. The United States has targeted al Qaeda in Iraq, Pakistan, Yemen, and other countries, but it has limited operational reach in Iran. In addition, Iran borders the Persian Gulf, Iraq, Turkey, Afghanistan, and Pakistan, making it centrally located for most al Qaeda affiliates. No wonder that Suri has been able to move money and recruits through Iran to various theaters, including al Qaeda central in Pakistan. Although most governments in the region have clamped down on al Qaeda, Iran's willingness to allow some activity sets it apart.

With the management council still under limited house arrest, Iran and al Qaeda remain at arm's length. But that could change if Washington's relationship with Tehran does. So far, the conflict between Iran and the West has been limited to diplomatic pressure and economic sanctions. It has also occasionally deteriorated into cyber attacks, sabotage, assassinations, kidnappings, and support to proxy organizations. But much like the struggle between the U.S. and Soviet Union during the Cold War, it has not spilled into overt conflict. Should an increase of those activities cause a broad deterioration in relations, however, or should the United States or Israel decide to attack Iranian nuclear facilities, Iran and al Qaeda could come closer together.

For one, Iran would likely respond to an attack by targeting the United States and its allies through proxies in Iraq, Afghanistan, and other countries. The regime might increase its logistical support to al Qaeda by providing money, weapons, housing, travel documents, and transit to operatives -- some of which it is already doing. In a worse scenario, Tehran might even allow al Qaeda officials in Iran to go to Pakistan to replenish the group's depleted leadership there, or else open its borders to additional al Qaeda higher-ups. Several of the operatives already in Iran, including Adel and Abu Hafs al-Mauritani, would be especially valuable in this regard, because of their prestige, experience in paramilitary and external operations, and religious credentials. In an even more extreme scenario, Iran could support an al Qaeda attack against the United States or one of its allies, although the regime would surely attempt to hide its role in any plotting. Based on Iran's cautious approach over the past decade, Tehran's most likely strategy would be to gradually increase its support to al Qaeda in response to U.S. actions. That way it could go slowly, and back away at any time, rather than choosing an all-or-nothing approach from the start.

It would be unwise to overestimate the leverage Tehran has over al Qaeda's leadership. The terrorist organization would almost certainly refuse Iranian direction. But given the group's current challenges, any support or tentative permission to plot on Iran's soil would be helpful. It could set about restoring its depleted senior ranks in Pakistan and other countries, or else rebuild within Iran itself. The organization might thus be amenable to working within Iranian constraints, such as seeking permission before planning attacks in the West from Iranian soil, as long as the taps were flowing.

It is true that the United States has limited leverage with Iran, but it still has several options. The first, and perhaps easiest, is to better expose the existence and activities of al Qaeda leaders in Iran. Al Qaeda has killed tens of thousands of Sunnis, Shias, and non-Muslims

PX699

over the past two decades and has unified virtually all governments in the world against it. Iran, too, has become an international pariah. Its limited aid to al Qaeda is worthy of further public condemnation. But Iran has largely escaped such scrutiny.

PX699

PX700

# HEZBOLLAH'S REGIONAL ACTIVITIES IN SUPPORT OF IRAN'S PROXY NETWORKS

## THE MIDDLE EAST INSTITUTE

MATTHEW LEVITT

JULY 2021





**WWW.MEI.EDU**

PX700

## ABOUT THE MIDDLE EAST INSTITUTE

The Middle East Institute is a center of knowledge dedicated to narrowing divides between the peoples of the Middle East and the United States. With over 70 years' experience, MEI has established itself as a credible, non-partisan source of insight and policy analysis on all matters concerning the Middle East. MEI is distinguished by its holistic approach to the region and its deep understanding of the Middle East's political, economic and cultural contexts. Through the collaborative work of its three centers — Policy & Research, Arts & Culture, and Education — MEI provides current and future leaders with the resources necessary to build a future of mutual understanding.

## ABOUT THE AUTHOR

Matthew Levitt is the Fromer-Wexler Fellow at The Washington Institute and director of its Jeanette and Eli Reinhard Program on Counterterrorism and Intelligence. Levitt is the author of *Hezbollah: The Global Footprint of Lebanon's Party of God* (Georgetown Univ. Press, 2013).

Cover photo: Hezbollah militants hold flags during the funeral procession of five of their colleagues who were killed in clashes with Turkish army in the Syrian province of Idlib, March 1, 2020. Photo by Marwan Naamani/picture alliance via Getty Images.



PX700

# CONTENTS

4    **I. Introduction: Hezbollah's Shifting Center of Gravity**

5    **II. Iran's Role in the Formation of Hezbollah**

6    **III. Hezbollah Development as an Iranian Proxy**

9    **IV. Hezbollah's Multiple Allegiances and Objectives**

10    **V. Personnel Decisions Underscore Regional Commitments**

11    **VI. Hezbollah Operational Activities across the Region**

11    *Deploying Troops to Foreign Battlefields*

13    *Training Regional Shi'a Militants*

15    *Regional Illicit Financial Activities*

17    *Procurement, Intelligence, Cyber, and Disinformation Operations*

18    **VII. Hezbollah Management of Iran's Regional Proxies**

22    **VIII. Conclusion: "We are not a party now, we're international"**

23    **Endnotes**

## ABSTRACT

As a Lebanese actor ideologically tied to Iran, Hezbollah has multiple allegiances and objectives that do not always align symmetrically. Hezbollah's regional activities are a reflection of the group's increasingly close alignment with Iran, rather than the interests of the Lebanese state or citizenry. Today, Hezbollah's regional adventurism is most pronounced in its expeditionary forces deployed in Syria and elsewhere in the region, but no less important are the group's advanced training regimen for other Shi'a militias aligned with Iran, its expansive illicit financing activities across the region, and its procurement, intelligence, cyber, and disinformation activities. Together, these underscore the scale and scope of the group's all-in approach to transforming from one of several Lebanese militias into a regional player acting at Iran's behest.

PX700



Photo above: Supporters of the Shiite Hezbollah movement watch as the movement's leader Hassan Nasrallah delivers a speech on a screen in the southern Lebanese city of Nabatieh on January 12, 2020. Photo by MAHMOUD ZAYYAT/AFP via Getty Images.



**Hezbollah's roles in the wars in Iraq and Syria significantly changed ... how the group's alliance with Iran plays out in practice throughout the region.**

# I. Introduction: Hezbollah's Shifting Center of Gravity

From its inception, Hezbollah has always been closely allied with Iran. Iran played a key, hands-on role in its formation, and Hezbollah's commitment to Iran is a primary reason for the inherent and often uncomfortable conflict between its competing goals in Lebanon and across the Middle East. Hezbollah has deep interests in Lebanon, where it engages in political, economic, social, and military activities. But the group is also engaged in a wide array of militant, terrorist, and criminal activities outside Lebanon that are equally fundamental to understanding the group in its totality. This includes Hezbollah training other Iranian proxy groups and even deploying key personnel and military units far beyond Lebanon's borders. These activities abroad, even more than its militia activity at home and its wars with Israel, have led countries around the world to task their law enforcement and intelligence agencies with countering Hezbollah's activities.

4

PX700

# "Following the ... assassination of Soleimani, Hezbollah assumed more of a leadership role coordinating the activities of a broad network of Shi'a militant proxies — the 'Resistance Axis' — on behalf of Iran's IRGC-QF."

But Hezbollah's roles in the wars in Iraq and Syria significantly changed the nature of how the group's alliance with Iran plays out in practice throughout the region, including significant deployments of Hezbollah personnel beyond Lebanon's borders and a well-organized training program to help Iran develop networks of Shi'a militant fighters. Recognizing this growing regional threat, in 2016 the Gulf Cooperation Council (GCC) branded Hezbollah a terrorist group and Gulf states have cracked down on Hezbollah supporters and financiers within their borders.[1] The Arab League and the Organization of Islamic Cooperation (OIC) have issued statements condemning Hezbollah as well,[2] leading to a war of words between the group and Gulf officials. In 2018, Morocco broke diplomatic ties with Iran over reported Hezbollah ties to the Polisario Front.[3]

The first signs of Hezbollah's shift to a regional posture in support of Iranian interests were structural and involved moving key personnel from positions focused on Israel to those involving Iraq, Yemen, and Syria. As Hezbollah trained more Shi'a fighters from around the region, and then led them in battles across Syria, the group emerged as the leader and coalescing force for a broad range of Shi'a militants tied to Iran and the Quds Force (QF), the branch of Iran's Islamic Revolutionary Guard Corps (IRGC) primarily responsible for foreign operations. Over time, IRGC-QF commander Gen. Qassem Soleimani personally assumed more of a command leadership position over Hezbollah's fighting forces, at times at the expense of the group's own commanders.

Then, following the January 2020 assassination of Soleimani alongside Iraqi Shi'a militia leader Abu Mahdi al-Muhandis, Hezbollah assumed more of a leadership role coordinating the activities of a broad network of Shi'a militant proxies — the "Resistance Axis"[4] — on behalf of Iran's IRGC-QF. Taken together, these events shifted Hezbollah's center of gravity in the region from being a Lebanese militia primarily focused on activities in Lebanon and opposition to Israel to a regional actor playing a leadership role for Iran's regional network of militant proxies on behalf of the IRGC-QF.

## II. Iran's Role in the Formation of Hezbollah[5]

Founded in 1982 by a group of young Shi'a militants, Lebanese Hezbollah (the "Party of God") was the product of an Iranian effort to aggregate under one roof a variety of militant Shi'a groups in Lebanon, themselves the products of the domestic and regional instability of the time. Hezbollah was the outgrowth of the country's complex and bloody civil war. For the first time, Lebanon's historically marginalized Shi'a Muslims attempted to assert economic and political power. A 1984 CIA report notes that "Iran began to develop close links with Lebanese Shias soon after the Israeli invasion in June 1982. Some 800 Revolutionary Guards were sent to Lebanon through Syria to help recruit Hezbollahi, provide political and religious indoctrination and military training, including instruction in terrorist tactics."[6] In 1987, the CIA assessed that "an Islamic fundamentalist movement probably would have developed in Lebanon without outside support, but Iranian aid has been a major stimulant."[7] Shortly after the Israeli invasion, hundreds of IRGC advisors and trainers set up a base in the Bekaa Valley with the goal of exporting the Islamic revolution to the Arab world.[8] Hezbollah Deputy Secretary-General Naim Qassem recalls how training camps supervised by the IRGC were set up in the Bekaa Valley as early as 1982 and how all members were required to attend these camps and learn how to confront the "enemy."[9]

In its early years, Hezbollah functioned as a "network of radical Shia paramilitary groups that agree[d] on major strategic goals such as the establishment of an Islamic republic but often differ[ed] on tactical or operational matters."[10] These militant networks were typically organized around specific family clans, such as the Musawi and Hamadi families.[11] In 1985, Hezbollah identified the organization's ideological platform: "We view the Iranian regime as the vanguard and new nucleus of the leading Islamic State in the world. We abide by the orders of one single wise and just leadership, represented by 'waliyat el faqih' [guardianship of the jurist] and personified by [Iranian Supreme

PX700

Leader Ayatollah Ruhollah] Khomeini."[12] Hezbollah has been Iran's proxy ever since, and it is estimated that Iran provides Hezbollah with as much as $700 million-1 billion per year.[13]

# III. Hezbollah Development as an Iranian Proxy[14]

Despite its foundation as a Lebanese political party, Hezbollah has always profited from Iran's material and ideological support. The close alignment between Iran and Hezbollah was exemplified early on by the latter's "name game." Hezbollah adopted the alias of the Islamic Jihad Organization to give it "a modicum of plausible deniability," muddling its relationship with Iran.[15] As early as 1983, the CIA observed that Islamic Jihad "more likely is a cover used by Iran for its terrorist operations, whether employing local Shias in Lebanon or locally recruited agents of other nationalities" and that "[s]urrogates provide Iran with an excellent means for creating the illusion that an independent, international organization is at work against U.S. interests."[16]

Soon, the U.S. intelligence community would collect information, later declassified, underscoring the close relationship between Hezbollah, its Islamic Jihad terrorist wing, and Iran. For example, instructions from Iran's Ministry of Intelligence to Lebanese terrorists in 1985 urged them to conduct a propaganda campaign in the name of Islamic Jihad, an event the National Intelligence Council found to be "the first definite link" between the Iranians and Islamic Jihad.[17] Throughout the 1980s, Iran and Hezbollah continued to seek a degree of public separation by means of using the alias Islamic Jihad, but CIA reports definitively established Islamic Jihad was Hezbollah, not some rogue militant group.

Islamic Jihad started off as a loosely organized group, but Iran helped it coalesce into the organized group we now know as Hezbollah. In March 1984, the CIA assessed that "Tehran could change the present character of 'Islamic Jihad' from a loose association of largely independent, irregularly organized Shiite factions into a more formalized, international organization."[18] Indeed, this predicted formalization and professionalization of Hezbollah into a full-fledged arm of Iran's terrorist apparatus occurred through an influx of money, weaponry, personnel, military and explosives training, and tactical guidance. Iranian embassy officials were responsible for coordinating radical

Shi'a activities within Lebanon at the behest of the Iranian senior leadership.[19] The Iranian ambassador in Damascus and the IRGC commander in the Bekaa Valley worked closely with the Council of Lebanon, an Iranian-created committee of radical Lebanese Shi'a leaders, to coordinate all fundamentalist activities in Lebanon.[20] Some Iranian "auxiliaries" were even embedded in Hezbollah units in the Bekaa Valley, with the IRGC sharing Hezbollah's communications and support network.[21]

Nor was the symbiotic relationship between Iran and Hezbollah premised purely along the military and terrorism dimension. Hezbollah also adheres the ideological, cultural, and religious tenets of the Iranian Revolution and the guardianship of the jurist, *waliyat al-faqih*. Hezbollah extremists "responded with zeal to Khomeini's revolutionary message."[22] The group shared a desire to establish a fundamentalist state and export it worldwide. In fact, early expansion in Hezbollah's base was likely due to the popular preachings of Iranian-trained clerics and a "fanatical devotion to Ayatollah Khomeini and the cause of sparking an Islamic revolution in Lebanon," the CIA concluded.[23] Shi'a religious hierarchy in Lebanon was tightly bound to Iran, "historically in both a religious and kinship sense."[24] Lebanese clerics received training in Iran, married into Iranian clerical families, and acted as mouthpieces and amplifiers of Iranian theological discourse, with the revolution "providing a well-formulated extremist ideology and a model for Shia fundamentalist activism."[25]

Beyond the educational and familial pathways, Iranian ideology permeated Lebanon by means of official channels. In addition to providing paramilitary and terrorist skills, the IRGC in Lebanon provided political and religious indoctrination.[26] Thus, the CIA concluded in 1987, although "an Islamic fundamentalist movement probably would have developed in Lebanon without outside support [...] Iranian aid has been a major stimulant."[27]

Over the years, U.S. government sources have variously referred to Hezbollah and its leaders as a "surrogate,"[28] "puppet,"[29] "the vanguard of an Iranian-influenced revolutionary movement,"[30] and "Iran's most important and longest-standing non-state partner and a core member of Tehran's 'Axis of Resistance.'"[31] Nonetheless, Hezbollah developed even from its earliest days along two often overlapping but sometimes competing tracks. For all of their pro-Iranian spirit, Hezbollah's leaders also sought to create an independent, domestic movement aligned with Iran but independent to make its own decisions. While considering

PX700

# "For all of their pro-Iranian spirit, Hezbollah's leaders also sought to create an independent, domestic movement aligned with Iran but independent to make its own decisions."

itself "a part of the Islamic nation in the world," the organization's founding statement said it intended "to determine our fate by our own hands."[32]

U.S. government sources were well aware of Hezbollah's chimeric attitude: "The Hizballah movement does not depend on Iran for its existence. Shia fundamentalism, whetted by decades of Shia deprivation and a brutal Israeli occupation, has firmly taken root in Lebanon and has achieved a momentum of its own," the CIA observed in a 1985 report.[33] Although a ceasing of Iranian support to Hezbollah would slow the latter's growth, Hezbollah could satisfy its material needs on its own, if the need arose.[34] Hezbollah was also asserting independence of action, carrying out operations without Iranian foreknowledge.[35] In an assessment of Iranian sponsorship of terrorism, the CIA found "mounting evidence that the Lebanese Shias—although respectful of Khomeini and the Iranian revolution—will no longer tolerate Iranian attempts to dictate their policies."[36] Case in point was the release of hostages. Tehran would be unlikely to be able to force Hezbollah to free all its hostages in Lebanon, particularly when the proxy's goals did not coincide with Tehran's.[37] Hezbollah, it seemed, had "become an autonomous terrorist problem in its own right."[38]

Mohammed Hussein Fadlallah, Hezbollah's foremost cleric in the group's early years, was particularly adamant about maintaining autonomy from Iran. Fadlallah maintained that the "revolutionary circumstances" in Iran were fundamentally different than those in Lebanon, and that Hezbollah would consult with — but not pander to — Iran.[39] Following Syria's occupation of West Beirut in February 1986, Fadlallah went so far as to block Hezbollah from executing Tehran's order to attack the Syrians.[40] As a result, Iranian leaders "circumvent[ed] Fadlallah's authority by dealing directly with Hizballah officials through the Iranian embassies in Beirut and Damascus and through the Iranian Revolutionary Guard contingent in the Bekaa Valley."[41] Over time, Fadlallah fell out of favor with Tehran, and within Hezbollah leadership circles, over his refusal to subscribe to the Iranian concept of *waliyat al-faqih*.

But one of Fadlallah's proteges, Imad Mughniyeh, who founded the group's Islamic Jihad terrorist unit, frequently consulted with Iranian intelligence and IRGC officials, according to U.S. intelligence sources. An Iranian official sat on the Hezbollah Shura Council in 1992, and around the same time two Iranian officials were members of Hezbollah's military committee. The IRGC ran Hezbollah's intelligence planning section until 1989, when a Lebanese candidate was finally deemed capable of doing the job. Over the years, senior IRGC-QF and Ministry of Intelligence and Security (MOIS) officials would periodically visit Lebanon to work with Hezbollah and assess the group's security.[42] And when Mughniyeh wanted to target U.S. interests, he would seek Iranian consent. For example, in December 1991 the CIA worried over intelligence suggesting that Hezbollah planned to attack U.S. interests in Beirut in the ensuing weeks. Iran would likely oppose more Hezbollah kidnappings, the CIA assessed, since Tehran wanted to preserve its political capital from the recent release of some hostages. However, the agency warned, "It is possible that Tehran has approved low-level terrorist operations against US interests—such as sniper attacks—to allow Hezbollah elements to vent their animosity toward the United States. These Hezbollah elements may include former hostage holder Imad Mughniyeh."

Two decades after the U.S. Marines barracks bombing, testimony in U.S. federal court established that Hezbollah carried out the bombings with Syrian and Iranian oversight. According to the testimony of former U.S. military officials, two days after the bombing — on October 25, 1983 — the chief of naval intelligence notified the deputy chief of naval operations of an intercepted message from September 26, 1983, just a few weeks before the barracks bombing. Sent from MOIS in Tehran, the message instructed the Iranian ambassador in Damascus, Ali Akbar Mohtashemi, to contact Hussein al-Musawi and to direct him to "take spectacular action against the United States Marines" and the multinational coalition in Lebanon.[43] In the words of Col. Timothy Geraghty, commander of the Marine unit in Beirut at the time of the bombing, "If there was ever a 24-karat gold document, this was it. This is not something from

PX700



Photo above: Ali Mekdad, Lebanese MP for the Shiite Hezbollah party, speaks to press on July 11, 2019. The lawmakers from the Lebanese Shiite movement condemned U.S. sanctions against three of its officials, saying they would "change nothing" in the group's rejection of U.S. policies in the region. Photo by JOSEPH EID/AFP via Getty Images.

"Hezbollah is both part of and above the sectarian political party system in Lebanon, participating in the system from within and functioning as a non-state actor pursuing its own goals, independent of and often at loggerheads with those of the central government."

8

PX700

**"Hezbollah cannot be truly understood without an appreciation for its political, social, and military activities in Lebanon. But its activities outside the country are equally fundamental."**

the third cousin of the fourth wife of Muhammad the taxicab driver."[44] U.S. signals intelligence had caught Iranian officials instructing a Hezbollah leader to carry out an attack targeting U.S. Marines in Lebanon, but the military bureaucracy prevented that information from getting where it needed to be in time to prevent the attack.[45]

Years later, a former Hezbollah member would testify in a U.S. federal court case that Ambassador Mohtashemi followed orders and contacted an IRGC member named Kanani, who commanded its Lebanon headquarters.[46] Mughniyeh and his brother-in-law, Mustafa Badreddine, were named operation leaders after a meeting that included Kanani, Musawi, and then-Hezbollah security official Hassan Nasrallah. Planning meetings were held at the Iranian embassy in Damascus, often chaired by Ambassador Mohtashemi, who helped establish Hezbollah in the first instance.[47]

## IV. Hezbollah's Multiple Allegiances and Objectives

Hezbollah is one of the dominant political parties in Lebanon, even as the group also maintains its own militia and a stockpile of advanced weapons systems — including precision-guided missiles — that it controls and deploys independent of the Lebanese government or Lebanese Armed Forces (LAF). Hezbollah also runs social, educational, health, and religious institutions in the country, which provide a wide range of services to its constituents beyond the often-meager services provided by the Lebanese government. Hezbollah members have held cabinet posts in the government and several group officials are members of parliament, even as the group makes life-or-death decisions for the Lebanese people in service of its own interests, often at Iran's behest, independent of the LAF and the central government.

Hezbollah is both part of and above the sectarian political party system in Lebanon, participating in the system from within and functioning as a non-state actor pursuing its own goals,

independent of and often at loggerheads with those of the central government.

At the same time, Hezbollah is also a pan-Shi'a movement and an Iranian proxy group, rounding out the foundation and context for the group's radical Shi'a ideology. In 1985, Hezbollah's original political platform included the establishment of an Islamic republic in Lebanon as a central pillar, although this emphasis has since been downplayed.[48] Also prominent in this document is the fight against "Western imperialism" and the continued conflict with Israel.

By virtue of its ideological commitment to Ayatollah Khomeini's revolutionary doctrine of *waliyat al-faqih*, Hezbollah is committed simultaneously to the decrees of Iranian clerics, the Lebanese state, its sectarian Shi'a community, and fellow Shi'a abroad. Hezbollah's other (often competing) goals have included resisting Israeli occupation of Lebanese territory and contesting, and ultimately seeking to eliminate, Israel's very existence; promoting the standing of Shi'a communities worldwide; undermining Arab states with Shi'a minorities in an effort to export the Iranian Shi'a revolution; and serving as the long arm of Iran in coordination with the IRGC-QF. The consequences of these competing ideological drivers was clear after Hezbollah dragged both Israel and Lebanon into a war neither state wanted by crossing the U.N.-demarcated "Blue Line" border between the two countries in July 2006, killing three Israeli soldiers while kidnapping two more. Hezbollah's multiple and sometimes mutually exclusive goals came to light again when the group sent forces to defend the regime of Bashar al-Assad in Syria, a decision which itself gave rise to several more such situations when the group's fighting in Syria boomeranged back into Lebanon.

To be sure, Hezbollah cannot be truly understood without an appreciation for its political, social, and military activities in Lebanon. But its activities outside the country are equally fundamental, including its criminal enterprises, terrorist networks, and military units deployed beyond Lebanon's borders.

PX700

# V. Personnel Decisions Underscore Regional Commitments

Hezbollah's transformation into a regional actor is underscored by the assignment of key personnel from the group's Southern Command along the border with Israel to new fronts around the region, including Iraq, Syria, and Yemen.

Hezbollah has long supported other Shi'a militant groups in the region, trained their operatives, and periodically participated in terrorist attacks with members of other Shi'a militant groups at the behest of Iran. As early as 1985, the CIA reported two years later, Hezbollah ran a training camp near Janta, Lebanon, for over 2,000 Shi'a militants, including about 60 from Saudi Arabia and Bahrain who were trained at the facility before being sent back to the Gulf states to conduct operations there.[49] And as early as December 1983, Lebanese Hezbollah and Iraqi Dawa operatives together attacked a series of targets in Kuwait.[50] Later, a couple of years into the Iraq war and with Iran deeply concerned about U.S forces in both Afghanistan and Iraq, Iran called on Hezbollah to take on more regional responsibilities separate from the group's core interests and activities in Lebanon and targeting Israel. The commitment with which Hezbollah responded to the call was most evident from key personnel assignments as Hezbollah dedicated top commanders to the group's new, regional missions.

Even before Hezbollah's 2006 war with Israel, the group acceded to Iranian requests to step up its role training Iraqi Shi'a militants. According to information revealed by the U.S. Treasury Department, sometime in 2005 "Iran asked Hezbollah to form a group to train Iraqis to fight Coalition Forces in Iraq. In response, Hassan Nasrallah established a covert Hezbollah unit to train and advise Iraqi militants" from Jaish al-Mahdi (JAM), and JAM Special Groups including Asa'ib Ahl al-Haq.[51] In May 2006, Hezbollah sent a master trainer — Ali Musa Daqduq al-Musawi — to Iran to coordinate the training program and make periodic visits to Iraq.[52] Daqduq was a Hezbollah special operations commander who had been a senior operative since 1983 and at one point headed Nasrallah's protective detail.[53] In Iraq, Daqduq served under Yusuf Hashim, the Hezbollah official in charge of Unit 3800, the designation for Hezbollah's unit operating in Iraq.[54]

In Yemen, too, the State Department explained, Hezbollah dispatched trusted and proven commanders "to provide training, materiel, and personnel" — alongside Iranian IRGC-QF officers — in support of Houthi rebels.[55] According to the U.S. government, Khalil Harb, a former special operations commander and a close adviser to Nasrallah, oversaw Hezbollah's activities in Yemen — managing the transfer of funds to the organization within the country — and travels to Tehran to coordinate them with Iranian officials.[56] Hezbollah also sent battle-hardened commanders like Abu Ali Tabtabai, a senior Hezbollah commander first sent from southern Lebanon where he faced off with Israeli forces in Syria, but was then quickly redeployed from there to Yemen to upgrade the Houthis' guerilla tactics training program.[57]

Hezbollah even dispatched operatives stationed in southern Lebanon to Egypt, where a Hezbollah cell first focused on smuggling Iranian weapons through Egypt to Hamas in the Gaza Strip and later shifted to target tourist and other destinations in the country. Muhammad Qabalan, a former Hezbollah infantry platoon commander, headed the unit in Egypt, working together with another Hezbollah operative formerly stationed in south Lebanon, Muhammad Mansour.[58]

Then there is the startling case of Syria. Around 2013, Hezbollah went so far as to make significant structural changes to its military command to oversee its massive commitment in Syria. The group added two new military commands — the first on the Lebanese-Syrian border and the second within Syria itself — to its existing ones in southern and eastern Lebanon.[59] Hezbollah then transferred key personnel from its traditionally paramount Southern Command, along Lebanon's border with Israel. Chief among these was Mustafa Badreddine, who took over the leadership of Hezbollah's foreign terrorist operations from his cousin, Imad Mughniyeh, after the latter was killed in 2008. Around 2012, Badreddine began coordinating Hezbollah military activities in Syria and quickly assumed the dual-hatted position of overseeing Hezbollah foreign operations as well as the group's Syrian command. Badreddine was a veteran and senior Hezbollah operative implicated in the 1983 bombing of U.S. barracks in Beirut, the 2005 assassination of former Lebanese Prime Minister Rafik Hariri, and terrorist bombings in Kuwait in the 1980s, among other attacks. His appointment was the strongest sign Hezbollah could give of its commitment to Syria's civil war. Indeed, according to U.S. intelligence officials, Nasrallah hesitated when IRGC-QF leaders first asked him to deploy Hezbollah forces to Syria to defend the Assad regime.

PX700

**"Hezbollah's most significant military commitment, by far, has been to Syria in defense of the Assad regime. This has involved thousands of Hezbollah boots on the ground and the training and commanding of other Shi'a militants."**

According to a *Wall Street Journal* account, "Nasrallah only agreed to the deployments after he received a personal appeal from Iran's supreme leader, Ayatollah Ali Khamenei, who made clear that Tehran expected Hezbollah to act decisively."[60] Once Nasrallah made the decision to engage in the Syrian civil war — first in 2011 and then in a bigger, more organized fashion in mid-2012 — he personally assumed responsibility for overseeing the activities.[61] Indeed, Nasrallah has directed the group's activities in Syria since at least September 2011, when he and Badreddine began holding weekly strategic coordination meetings with Assad in Damascus.[62] The organization's intense focus on the Syrian conflict was the main reason for its blacklisting by the U.S. Department of the Treasury in 2012.[63]

# VI. Hezbollah Operational Activities across the Region

Deploying key commanders to priority conflict zones facilitated the group's ability to commit significant added value to its and Iran's allies in these conflicts. Hezbollah's contributions vary from large and small military deployments, training local militias, capacity building efforts focused on weapons or technology transfers, propaganda and disinformation, cyber training and campaigns, illicit financial activities, intelligence collection efforts, and even terrorist plots and preoperational surveillance in the region.

## Deploying Troops to Foreign Battlefields

Hezbollah's most significant military commitment, by far, has been to Syria in defense of the Assad regime. This has involved thousands of Hezbollah boots on the ground and the training and commanding of other Shi'a militants from Syria, Iraq, Pakistan, and Afghanistan, among others.

Cognizant of the domestic challenges its fighting in Syria would create, Hezbollah first tried to hide its deployment to defend the Assad regime. But in August 2012, the U.S.

Treasury Department re-designated Hezbollah, this time exposing the group's support for Assad. At the time, the department noted how Hezbollah's "extensive support to the Syrian government's violent suppression of the Syrian people" underscored the group's involvement in a conflict beyond Lebanon's borders and "exposes the true nature of this terrorist organization and its destabilizing presence in the region." Beyond stressing the group's status as a regional actor, Treasury also pointed to the fact that Nasrallah himself "has overseen Hezbollah's efforts to help the Syrian regime's violent crackdown on the Syrian civilian population."[64] After an August 2013 speech in which Nasrallah defended the group's activities in Syria as part of its "resistance" against Israel, one Shiite Lebanese satirist commented: "Either the fighters have lost Palestine on the map and think it is in Syria (or) they were informed that the road to Jerusalem runs through Qusayr and Homs," locations in Syria where Hezbollah has fought with Assad loyalists against Sunni rebels.[65]

Up to 10,000 Hezbollah fighters have been deployed to Syria at a time, though the number of fighters in the country was typically lower than that as fighters rotated in and out on months-long tours of duty. Hezbollah trained other Shi'a militants to fight in Syria (see below), but the group's deployment to Syria stands out not only for the number of personnel deployed but also for their direct involvement in fighting across the country, from areas near the Lebanese border up north to Aleppo and down south near the border with Jordan and the Golan Heights. At Iran's behest, Hezbollah fighters played a decisive role turning the tide of the civil war in favor of the Assad regime. Naturally, given the extent of its battlefield deployments, Hezbollah suffered significant losses — more, in fact, than the group lost in all its battles and skirmishes with Israeli forces. An estimated 1,600-2,000 Hezbollah troops were killed in action in Syria, which, based on typical military estimates, suggests 4,800-6,000 wounded.[66] Senior Hezbollah commanders oversee the group's military activities in Syria. For example, the U.S. Treasury Department reported that Ibrahim Aqil and Fuad Shukr, both of whom sit on Hezbollah's Jihad Council, the group's highest

PX700

military body, have "played a vital role in Hizballah's military campaign in Syria by aiding Hizballah fighters and pro-Syrian regime troops against Syrian opposition forces in battles inside Syria."[67] In return for Hezbollah and Iran's contributions to the preservation of the Assad regime, Syria has allowed Hezbollah and Iranian operatives to establish a network of mostly Syrian operatives along the Syrian Golan in an effort to open a new front with Israel.[68]

Even prior to the Syrian civil war, Hezbollah fighters began deploying around the region — albeit in much smaller numbers — to support Iranian objectives in places like Iraq, and later, Yemen. A 2009 Australian report on Hezbollah's Islamic Jihad Organization (also known as the External Services Organization, or ESO) concluded that Hezbollah's activities in Iraq went much further than simply training Iraqi Shi'a militants tied to Iran: "Hizballah has established an insurgent capability in Iraq, engaging in assassinations, kidnappings and bombings. The Hizballah units have been set up with the encouragement and resources of Iran's Revolutionary Guards al Qods Brigades."[69]

The U.S. military also uncovered evidence suggesting Hezbollah may have run operations of its own in Iraq. A U.S. intelligence report includes the assessment of an Iraqi militant who believed one of his Hezbollah trainers in Iran seemed to have previously been involved in covert activities in Iraq.[70] But the clearest evidence came from the capture in southern Iraq of Ali Musa Daqduq al-Musawi, the senior Hezbollah operative sent to Iraq, together with Asa'ib al-Ahl-Haq leader Qais al-Khazali, in March 2007. One document seized in the raid in particular caught the attention of U.S. analysts: a 22-page memorandum that "detailed the planning, preparation, approval process and conduct of the [January 2007 Karbala Provisional Joint Coordination Center] operation," among others.[71]

Daqduq, the documents revealed, was personally involved in violent operations in Iraq. For example, in his personal diary Daqduq recorded his involvement in a plot to kidnap a British soldier. "The operation is to infiltrate two brothers to the base to detain a British soldier in the first brigade from the bathrooms by drugging him," Daqduq wrote.[72] Daqduq noted meeting with Special Groups operatives who described the attack, which failed when Iraqi soldiers intervened. This was not the only attack targeting British forces in which he was involved — other documents refer to attacks on British bases at the Basra Palace and the Shatt al-Arab Hotel.[73]

In one entry, Daqduq recorded meeting with Special Groups operatives who were involved in attacks targeting fellow Iraqis as well as coalition forces in Diyala Province with improvised explosive device (IED) bombings and small arms fire. He wrote about IED bombings in the first person, suggesting he was either personally involved in the attacks on the ground or, at a minimum, saw himself as integral to the plot: "Met with the brothers[,] the observers of Diyalah province and I listened regarding the operations. ... We conducted eight explosive charge operations on both sides."[74]

Hezbollah continued to aid Shi'a militias in Iraq, sending small numbers of skilled trainers to help fight the Islamic State and defend Shi'a shrines. In June 2014, Nasrallah pledged, "We are ready to sacrifice martyrs in Iraq five times more than what we sacrificed in Syria in order to protect shrines," noting that Iraqi holy sites "are much more important" than Shiite shrines in Syria.[75] Nasrallah was surely exaggerating, but to ensure the group was able to follow through on the spirit of his commitment, key Hezbollah operatives and supporters have invested in commercial front organizations in Iraq that provide the group both financial support and organizational infrastructure. For example, Husayn Ali Faour, described by the U.S. government as "a member of Hezbollah's Islamic Jihad" overseas terrorism unit, has also worked with Hezbollah financier Adnan Tabaja "to secure and manage construction, oil, and other projects in Iraq for Al-Inmaa Engineering and Contracting."[76]

Hezbollah also deployed senior operatives to Yemen. Some, like Abu Ali Tabtabai, would be deployed to Syria first, only to be redeployed to Yemen.[77] While Tabtabai oversaw training and provision of materiel to the Houthis, his assignment also included overseeing provision of Hezbollah "personnel in support of its destabilizing regional activities," according to the State Department.[78] According to Saudi officials, Hezbollah operatives fired a ballistic missile toward Riyadh international airport in November 2017. "It was an Iranian missile, launched by Hezbollah, from territory occupied by the Houthis in Yemen," Saudi Foreign Minister Adel al-Jubeir told CNN.[79]

Photo right: A man holds a poster of Lebanon's Hezbollah leader Hassan Nasrallah and Shiite Houthi movement's leader Abdul-Malik al-Houthi during a celebration by Houthi rebels to mark the anniversary of the birth of the Prophet Muhammad, October 29, 2020.

Photo by Hani Al-Ansi/picture alliance via Getty Images.

PX700

**"At least some Hezbollah commanders are open about the group's intent to expand its regional adventurism once it can begin to draw down forces in Syria. ... 'After we are done with Syria, we will start with Yemen; Hezbollah is already there.'"**

Others, like Khalil Harb, a former Hezbollah special operations commander and a close adviser to Nasrallah, oversaw Hezbollah's activities in Yemen — managing the transfer of funds to the organization within the country — and traveled frequently to Tehran to coordinate Hezbollah activities with Iranian officials.[80] Harb already had experience overseeing Hezbollah's regional activities, serving for several years around 2003-06 as head of the group's activities in Syria, Jordan, Israel, and Egypt.[81] Some would not only advise but actually operate rocket systems firing salvos at Saudi Arabia, while others were deployed to critical battlefields. As the Houthis closed in on Marib in May 2021, for example, a Saudi airstrike reportedly killed Hezbollah commander Mustafa al-Gharawi.[82] In 2019, Nasrallah conceded that Hezbollah operatives were on the ground in Yemen, adding: "We are not ashamed that we have martyrs from Hezbollah in Yemen."[83]

At least some Hezbollah commanders are open about the group's intent to expand its regional adventurism once it can begin to draw down forces in Syria. Writing in *Foreign Affairs*, Alexander Corbeil and Amarnath Amarasingam recall interviewing a Hezbollah commander who boasted: "After we are done with Syria, we will start with Yemen; Hezbollah is already there," he said. "Who do you think fires Tochka missiles into Saudi Arabia? It's not the Houthis in their sandals, it's us."[84]

## Training Regional Shi'a Militants

Hezbollah's hard turn toward a more activist regional posture first came in the context of the Iraq war. "Generally," U.S. military intelligence assessed in 2010, the IRGC-QF "directs and supports groups actually executing attacks, thereby maintaining plausible deniability within the international community."[85] Much as it did for Hezbollah in Lebanon in the 1980s, the IRGC-QF set out to build up an array of Shi'a militias in Iraq. The IRGC-QF did some training itself, but it often used Hezbollah to

> **"**
>
> **Hezbollah's hard turn toward a more activist regional posture first came in the context of the Iraq war.**



13

provide training and operational supervision on its behalf. The outsourcing of training to Hezbollah spoke volumes about Iran's regard for the group's professionalism as terrorist trainers. The use of Hezbollah also averted Iraqi militants' complaints about the religious indoctrination included in the Iranian training programs, which were generally uninspiring and taught by sheikhs who did not speak Arabic well.[86]

Hezbollah's activities in Iraq following the 2003 U.S. invasion were a function of the group's close alliance with Iran in general and the IRGC-QF in particular. Tehran's strategy in Iraq — and Hezbollah's role in that strategy as Iran's primary militant proxy group — was a logical extension of Iran's covert activities in Iraq and the region throughout the 1980s and 1990s, including proxies such as Hezbollah, the Dawa Party, and the Badr Organization.[87]

Mirroring the creation of Unit 1800, a unit dedicated to supporting Palestinian terrorist groups and targeting Israel, Hezbollah created Unit 3800, a unit dedicated to supporting Iraqi Shi'a terrorist groups targeting multinational forces in Iraq. The unit, established by Hezbollah leader Nasrallah[88] at Iran's request, trained and advised Iraqi militant groups. Almost immediately following the U.S. invasion of Iraq, reports emerged indicating Hezbollah operatives were reaching out to re-establish ties to Iraqi Shi'a groups. A July 29, 2003, U.S. intelligence report citing Israeli military intelligence stated that Hezbollah "military activists" were trying to make contact with Muqtada al-Sadr and his Mahdi Army. By late August they had succeeded, according to a report prepared by a U.S. military analyst. Based on information from a source with "direct access to the reported information," the report claimed Hezbollah had assembled a team of 30 to 40 operatives in Najaf "in support of Moqtada Sadr's Shia paramilitary group." Hezbollah was both recruiting and training new members of the Mahdi Army, the report added.[89]

In Tehran, Daqduq and Hashim met with the commander and deputy commander of IRGC-QF special external operations. In the year before British Special Forces captured him in Basra in late 2007, Daqduq made four trips to Iraq. He reported back to the IRGC-QF on the Special Groups' use of mortars and rockets, their manufacture and use of IEDs, and kidnapping operations. His overall instructions were simple: "He was tasked to organize the Special Groups in ways that mirrored how Hezbollah was organized in Lebanon."[90]

Hezbollah's training mission in Yemen has been much smaller, but no less effective. According to detained Houthi fighters, Hezbollah trained dozens of Houthi recruits at a time in two-month basic training courses in Yemen before the recruits were dispatched to the battlefield.[91] A video that gained media attention in early 2016 purported to show a Hezbollah trainer addressing a group of Houthi forces in Yemen about training for assassination operations targeting Saudi Arabia.[92] Around late 2014, when Iran instituted twice-weekly flights to Yemen on Mahan Air — an Iranian airline the IRGC-QF uses to move personnel and materiel to conflict zones[93] — Yemeni officials noted that "Lebanese Hezbollah and Iranian trainers entered on these flights and up to 300 Yemenis were sent to Iran for training."[94] A U.N. Panel of Experts similarly documented Houthi recruits being sent to Iran for training, as well.[95] In interviews with military analyst Michael Knights, Yemeni political and military leaders reported that "Hezbollah provided mentoring and training in infantry tactics, ATGM [anti-tank guided missile] operations, offensive mine warfare, and anti-shipping attacks."[96] Indeed, Hezbollah's training relationship with the Houthis appears to go back several years. Speaking to the *Financial Times* in 2015, a Hezbollah commander said the training relationship dates back to 2005. "They trained with us in Iran, then we trained them here [in Lebanon] and in Yemen."[97]

At the same time, Hezbollah continued training Shi'a militants from elsewhere in the Gulf, including Bahrain and Kuwait. For example, in 2018 Bahraini authorities arrested over 100 Shi'a militants who reportedly received militant training from Iranian proxy groups like Asa'ib Ahl al-Haq in Iraq and Hezbollah in Lebanon. In a statement, the authorities noted that "This is done through recruiting terrorist elements in Bahrain, arranging and coordinating training for them in terrorist camps, and providing them with funds, firearms, and explosive devices."[98] In Iraq and Lebanon, authorities charged, the militants received weapons and explosives training "at the behest of Iranian regime leaders who ordered the Iranian Revolutionary Guard Corps elements to unify the Bahrain-based terrorist elements to carry out their plots and acts of terrorism against Bahrain.[99] Similarly, in 2016 a Kuwaiti court convicted 23 militants on charges of spying for Iran and Hezbollah, buying and storing weapons and explosives, and undergoing Hezbollah militant training in Lebanon.[100]

Meanwhile, in Syria Hezbollah has been training and overseeing Shi'a militants from around the region. Together with the IRGC, Hezbollah forces in Syria took on a leading role not only overseeing the deployment of other Shi'a militias but also

PX700

**"As Hezbollah and IRGC-QF operations become more and more interconnected ... Hezbollah took on additional roles running illicit financial schemes intended to evade sanctions, fund the IRGC-QF, and through it finance key Iranian allies and proxies."**

forming local Shi'a militias allied with Iran. In May 2014, IRGC Gen. Hossein Hamedani declared the formation of "a second Hezbollah in Syria." In early 2014, several Shiite militias in Syria began to call themselves, *Hezbollah fi Suriya*, or "Hezbollah in Syria." Inspired by the success of Lebanese Hezbollah, the objective was to build a Syrian wing of the movement, to "carry out ideological as well as other regional power-projection goals."[101] While most of their actions so far have been limited to Syria, Hezbollah fi Suriya has made calls to unify with others in Iraq as well. The Hezbollahzation of these groups, in name, structure, and allegiance, signifies a major accomplishment for Tehran, allowing Iran to preserve harder-core influence and more effectively project power within Syria.[102]

## Regional Illicit Financial Activities

Hezbollah's regional activities expanded just as sanctions began to truly affect Iran's ability to finance its own and its proxies' illicit activities at will, which also coincided with other events that cut into Tehran's budget, like drops in the price of oil. This led Hezbollah to double down on its own transnational criminal moneymaking enterprises to fund its activities,[103] some of which, like Hezbollah's sharply increased regional trade in Captagon, specifically undermine security and public health in the Middle East.[104]

But as Hezbollah and IRGC-QF operations become more and more interconnected around the region, Hezbollah took on additional roles running illicit financial schemes intended to evade sanctions, fund the IRGC-QF, and through it finance key Iranian allies and proxies like the Assad regime, Hamas, the Houthis, Iraqi militias, and Hezbollah itself.

"Over the past year," the Treasury Department reported in September 2019,[105] "the IRGC-QF has moved oil worth hundreds of millions of dollars or more through [an illicit shipping] network for the benefit of the brutal Assad regime, Hezbollah, and other illicit actors." The IRGC-QF and Hezbollah directed this shipping network, which benefits both financially, Treasury noted.[106]

In fact, the precipitant event for this "oil-for-terror"[107] network was the May 2018 Treasury designation of Valiollah Seif,[108] Iran's Central Bank governor, and Ali Tarzali, assistant director of the Central Bank's International Department. As the Iraq war ended and Shi'a fighters shifted to Syria, Hezbollah developed extensive illicit financial networks in Iraq. Among the entities targeted in this 2018 action were Al-Bilad Islamic Bank in Iraq and the bank's chief executive, along with senior Hezbollah official Mohammad Qasir. "Iran's Central Bank Governor covertly funneled millions of dollars on behalf of the IRGC-QF through Iraq-based al-Bilad Islamic Bank to enrich and support the violent and radical agenda of Hezbollah," the Treasury secretary explained.[109] Qasir served as "a critical conduit"[110] for the IRGC-QF payments to Hezbollah, and with this illicit financing scheme exposed, Qasir and his IRGC-QF counterparts shifted toward a trade-based financing scheme involving smuggled Iranian oil.

Six months later, in November 2018, the Treasury Department exposed[111] a convoluted[112] Iranian illicit financing scheme in which Qasir and other Hezbollah officials, working together with Iranian operatives, Russian[113] companies, and the Central Bank of Syria, facilitated the shipment of millions of barrels of Iranian oil to the Assad regime in Syria. The Assad regime would then facilitate the movement of hundreds of millions of U.S. dollars to the IRGC-QF, which would transfer[114] the funds to Hamas and Hezbollah. In a letter[115] to a senior official at the Central Bank of Iran, Qasir (aka Mr. Fadi) and a Syrian associate confirmed receipt of $63 million as part of a scheme to benefit Hezbollah.

The Treasury Department revealed[116] that Qasir heads Unit 108, "the Hezbollah unit responsible for facilitating the transfer of weapons, technology, and other support from Syria to Lebanon." Leading Unit 108 made Qasir the perfect person to coordinate Iran's oil-for-terror scheme. He was also a logical choice because he came from a dedicated Hezbollah family: one brother was the group's first suicide bomber, while another is the son-in-law of Hezbollah leader Nasrallah.[117] Lineage aside, Qasir's close relationship with then-IRGC-QF

15

PX700



Photo above: An Iranian flag flutters on board the *Adrian Darya* oil tanker, formerly known as *Grace 1*, off the coast of Gibraltar on August 18, 2019. Gibraltar rejected a U.S. demand to seize the Iranian oil tanker at the center of a diplomatic dispute as it prepared to leave the British overseas territory after weeks of detention. Photo by JOHNNY BUGEJA/AFP via Getty Images.

commander Qassem Soleimani, Syria's Bashar al-Assad, and a long list of other key Iranian operatives made him the man for the job. In February 2019, Qasir appeared as a notetaker[118] in photographs and video clips of President Assad's secret visit to Tehran for meetings with Iranian President Hassan Rouhani and Supreme Leader Ayatollah Khamenei. For operational security, Assad's visit reportedly dispensed with traditional protocols. But Soleimani selected[119] Qasir, the head of Hezbollah's most sophisticated smuggling operations, to accompany him to these meetings.

Qasir was able to rely on a coterie of Hezbollah operatives to help him manage Iran's trade-based terror finance scheme. One of Qasir's associates is Hezbollah operative Mohammad Qasim al-Bazzal,[120] a "key financier for Hezbollah and the IRGC-QF."[121] Al-Bazzal uses a network of companies "to finance, coordinate, and obscure various illicit IRGC-QF-linked oil shipments."[122] Among the companies he employs, according to the U.S. government,

are Syria-based Talaqi Group,[123] which he co-founded with his wife,[124] and other "terrorist financing enterprises" he controls such as Hokoul S.A.L Offshore,[125] Nagham Al Hayat,[126] Tawafuk,[127] and ALUMIX.[128] Al-Bazzal oversaw Talaqi Group and ALUMIX's business shipping aluminum to Iran, and in early 2019 attempted[129] to evade U.S. sanctions by removing his name as owner and shareholder from Talaqi Group documents.

In September 2019, the Treasury Department took action[130] targeting multiple components of Iran's illicit oil shipping network, noting that it was "directed by and financially supports the Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) and its terrorist proxy Hezbollah." More specifically, it exposed the fact that Hezbollah officials oversaw and ran[131] this network of IRGC-QF front companies for the express purpose of concealing Iran's role in selling crude oil, condensate, and gas oil[132] for the benefit of the Assad regime, Hezbollah, and other Iranian proxies.

16

PX700

# "Hezbollah continues to play central roles in IRGC-QF financing schemes to support its proxies."

Qasir, al-Bazzal, and their companies featured prominently in the exposed network, along with Ali Qasir, Mohammad Qasir's nephew. Based in Tehran, Ali Qasir was serving as both a Hezbollah representative[133] to Iran and as Talaqi Group's managing director. In these capacities, he "assigned maritime vessels to deliver shipments for the terrorist network based on the IRGC-QF's guidance."[134] For example, Ali Qasir played[135] central roles in the *Adrian Darya 1* episode, including working with others to cover expenses and facilitate Iranian oil shipments to Syria for the benefit of the IRGC-QF. From his perch in Tehran, Ali Qasir has also represented[136] Lebanon-based Hokoul S.A.L. Offshore in negotiations over its supply of Iranian crude oil to Syria.

While relying heavily on these and other Hezbollah officials and front companies to broker the contracts, the sprawling oil smuggling network is overseen by IRGC-QF official and former Iranian Minister of Petroleum Rostam Qasemi.[137] Qasemi, who also heads the Iranian-Syrian Economic Relations Development Committee, relies on trusted associates like Mohammad Qasir's Hezbollah network and his son, Morteza Qasemi,[138] to finalize the illicit Iranian oil smuggling contracts, including some they attempted to pass off[139] as Iraqi-origin. In October 2020, the U.S. Rewards for Justice[140] program posted a $10 million reward[141] for information on the Hezbollah illicit financial network run by Mohammad Qasir, Ali Qasir, and Mohammad al-Bazzal.

Hezbollah continues to play central roles in IRGC-QF financing schemes to support its proxies. In June 2021, for example, the U.S. Treasury designated Iran-based Houthi financial logistician Sai'd al-Jamal, along with a group of facilitators from Turkey, the UAE, and Somalia, for running a network of front companies that together provided financing for the Houthis, the IRGC-QF, and others, including Hezbollah. Al-Jamal, Treasury added, "maintains connections to Hizballah and has worked with the group to send millions of dollars to support the Houthis."[142]

## Procurement, Intelligence, Cyber, and Disinformation Operations

Given Hezbollah's long history of weapons smuggling, it should not come as a surprise that Hezbollah plays a hands-on role in procuring weapons for itself and other Iranian proxy groups. Hezbollah procurement efforts in partnership with Iran significantly expanded in the context of the Syrian civil war.[143] By early 2015, U.S. Drug Enforcement Administration (DEA) investigations into Hezbollah operations exposed some of the group's extensive drug trafficking and money laundering activities, some of the proceeds of which, the DEA revealed, "are used to purchase weapons for Hizballah for its activities in Syria."[144] Meanwhile, an FBI undercover operation targeting Iman al-Kobeisi revealed that Hezbollah procurement networks had matured to the point that Iran was seeking to leverage Hezbollah's ability to gain access to weapons and sanctioned goods for its own direct needs.[145] In turn, Iran also took the opportunity to use Hezbollah networks to benefit some of its other proxies as well, including Houthi rebels in Yemen.

In 2013, Yemeni security forces interdicted the Iranian vessel *Jihan 1* off the coast of Yemen and arrested eight Yemenis and two Lebanese Hezbollah operatives. Believed to be heading for Houthi territory, the ship carried several tons of Iranian weapons and explosives.[146] In another case, U.S. authorities determined a Hezbollah weapons procurement officer sourcing IED components in China planned for the weapons to be sent to the Houthis in Yemen.[147]

Similarly, Bahraini authorities disrupted two Hezbollah attempts to smuggle explosives into the country from Iran in August 2020. According to Bahrain's Ministry of Interior, the suspects confessed Hezbollah was behind the operation.[148] Further west, Morocco broke off diplomatic relations with Iran over charges that Hezbollah operatives and Iranian agents, some of the latter under diplomatic cover, smuggled weapons to the Polisario Front in Western Sahara.[149] Morocco reportedly provided Iran names of Hezbollah operatives who visited Polisario-

PX700

controlled refugee camps "in order to supervise training courses, set up facilities and meet with Polisario officials."[150]

But Hezbollah has also engaged in other, still more covert regional exploits in close partnership with Iran, including intelligence collection and cyber and disinformation operations across the region. Consider, for example, the case of Iraq-based Hezbollah operative Muhammad Farhat. According to the U.S. Treasury Department, "as of 2017, Farhat was tasked with collecting security and intelligence information in Iraq and subsequently providing reports to senior Hezbollah and Iranian leadership." He also helped a Hezbollah and IRGC-QF effort "to analyze and report on the Iraqi security situation."[151]

In 2015, Kuwaiti authorities arrested a cell of several Kuwaiti and one Iranian Shi'a operatives on charges of spying for Iran and Hezbollah.[152] That same year, an Israeli airstrike in the Golan Heights targeted a joint Hezbollah and IRGC-QF intelligence collection effort, killing Hezbollah's Jihad Mughniyeh (son of the late Imad Mughniyeh) along with several other Hezbollah operatives and Iranian IRGC-QF Gen. Mohammad Ali Allahdadi.[153] Within a few short years, Israeli officials would reveal the new head of this Golan operation was none other than Ali Musa Daqduq al-Mousawi, the operative previously detained in Iraq.[154] In 2018, Bahraini authorities arrested a group of Shi'a suspected militants on charges of setting up a terrorist network in coordination with Iranian intelligence services.[155]

But perhaps the most glaring example of Hezbollah's regional intelligence operations is the case of U.S. military contract linguist Mariam Taha Thompson who, while stationed in Iraq, provided a Hezbollah contact intelligence about human sources involved in the January 2020 assassination of IRGC-QF commander Soleimani. According to her plea, Thompson admitted accessing and sharing dozens of intelligence files, including names of human assets, to provide to her Hezbollah contact.[156] Tellingly, what Hezbollah intelligence officers sought from Thompson was not information specific to Israel or Lebanon, but information of particular interest to Iran and its proxy network.

Hezbollah has long helped other Shi'a militant groups establish media and propaganda outlets, including television, radio, and online outlets. For example, both Kata'ib Hezbollah in Iraq and the Houthis in Yemen operate satellite television stations based out of Beirut, with support from Lebanese Hezbollah.[157] Now, Hezbollah also supports the disinformation and cyber activities of Iranian proxy Shi'a militant groups across the region.

Separate from the cyber espionage and sophisticated malware operations Hezbollah has been implicated in, typically in concert with Iran,[158] the group also runs disinformation boot camps in Lebanon for the purpose of building up the "electronic armies" of Iran's proxy groups around the region. "Since at least 2012," *The Telegraph* reported in August 2020, "Hizbollah has been flying individuals into Lebanon for courses teaching participants how to digitally manipulate photographs, manage large numbers of fake social media accounts, make videos, avoid Facebook's censorship, and effectively spread disinformation online."[159] Students from Bahrain, Iraq, Saudi Arabia, and Syria were among the thousands of "Iran-backed social media activists" who attended the 10-day courses, which were taught by Hezbollah specialists. In the words of an Iraqi politician who was involved in sending students to these courses, "The people we sent developed their skills in Beirut and when the returned they started training activists inside Iraq."[160] One of the groups to benefit from this Hezbollah training course was Kata'ib Hezbollah in Iraq, which now runs its own "online façade" group, Unit 10,000, which has developed its own "electronic armies capable of hacking, information operations and open source intelligence gathering."[161]

Iran and Hezbollah work together in the disinformation space in several other ways, as well, including Iran's creation of "the International Union of Virtual Media," established to promote Iranian and Hezbollah propaganda while obscuring the source of such information.[162] The U.S. Treasury Department sanctioned cyber threat actors backed by Iran's MOIS,[163] and the Office of the Director of National Intelligence concluded that Iran engaged in a "multi-pronged covert influence campaign" targeting the 2020 U.S. presidential election while Hezbollah "took some steps to attempt to influence the election."[164]

## VII. Hezbollah Management of Iran's Regional Proxies

The central theme running through the steady increase in Hezbollah's regional activism — be it in the form of fielding fighters to battlefields of strategic importance to Iran, training other Iranian proxies, collecting intelligence, engaging in illicit financial schemes, or promoting disinformation campaigns — is that it has been done at Iran's behest. Hezbollah's regional

PX700

# "The central theme running through the steady increase in Hezbollah's regional activism … is that it has been done at Iran's behest."

escalation coincided with a period of time during which Iranian operatives began to play increasingly important decision-making roles for Hezbollah. As Lebanon analyst Hanin Ghaddar has noted, Hezbollah's role as a regional actor did not start with its deployment to Syria, it was present in Iraq even earlier, "but it became more obvious and more structured in Syria — especially under IRGC [QF] commander Qassem Soleimani." Over time, Ghaddar explains, Soleimani became the one leading Hezbollah deployments and activities across the region.[165] Indeed, it was because of his dual-hatted role as head of the IRGC-QF and director of Iran's sub-state proxies that U.S. government lawyers concluded Soleimani was a legitimate target for a targeted assassination in January 2020. The extent of his personal leadership of these proxies became clear as U.S. analysts tracked his movements and mapped out his "pattern of life."[166]

The IRGC-QF began to take on this more pronounced day-to-day role directing Hezbollah operations after the 2008 assassination of Imad Mughniyeh, who held a unique position of confidence with Iranian leaders and IRGC-QF commanders. In fact, senior IRGC-QF and MOIS officials regularly visited Lebanon to work with Mughniyeh and assess the group's security practices. IRGC officials were familiar with Mughniyeh since his teen years, and decision-makers in Iran were known to consult with him when determining regional policy.[167] As Mughniyeh's relationship with the IRGC deepened, Hezbollah was able to achieve a measure of independence from Tehran and instead rely more heavily on his personal relationships. But Mughniyeh's assassination put a halt to this trend. Hezbollah leaders promised to avenge his death, but the group's plan, dubbed "Operation Radwan," experienced a series of setbacks. Hezbollah not only lacked the resources and capability to carry out such operations abroad, it no longer had Mughniyeh to guide its operations. The failure of the group's initial attempts to carry out vengeance for its terrorist chief forced Hezbollah closer to Iran as it suffered a series of thwarted attacks and failed to deliver the revenge it had promised.[168]

Hezbollah divided up Mughniyeh's responsibilities among several senior leaders, including his cousin and brother-in-law,

Mustafa Badreddine. But Badreddine never enjoyed the kind of relationship with the IRGC-QF that Mughniyeh had cultivated, and he even clashed with Soleimani over Hezbollah's mission in Syria, fueling tensions between the two leaders.[169] In fact, media reports from just before Badreddine's assassination in 2016 suggested that Iran was so displeased with its new Hezbollah counterpart that it wanted him removed from the battlefield.[170] Following Badreddine's death, Hezbollah's military operations became even more subservient to Tehran. While high-ranking Hezbollah commanders like Ibrahim Aqil, Fuad Shukr, and Talal Hamiyah went on to serve as Soleimani's link to Hezbollah's military apparatus, these men have never enjoyed the trust or sense of mutual respect once held by Mughniyeh.

As a result, the nature of the relationship between the IRGC-QF and Hezbollah shifted. In February 2012, Director of National Intelligence James Clapper characterized the relationship between Hezbollah and Iran as "a partnership arrangement, with the Iranians as the senior partner."[171] This "strategic partnership," as National Counterterrorism Center Director Matthew Olsen put it, is the product of a long evolution from the 1980s, when Hezbollah was just a proxy of Iran. Together, Olsen added, these strategic partners pursue their shared "aims against Israel and the United States."[172]

Within this partnership, one of Hezbollah's key roles was to serve as the managing partner for Iran's proxy network. As Hezbollah dispatched expeditionary forces beyond Lebanon's borders, its fighters typically commanded units including militants from other Shi'a groups. And through its training programs, Hezbollah established intimate working relationships with Shi'a militants across the region. Hezbollah managed these groups in close cooperation with Soleimani, who in the years before his death emerged from the shadows and became the public face of Iran's "fighters without borders," as some Iranians described Tehran's regional proxy network.[173]

In the wake of the Arab Spring, the fall of Saddam Hussein in Iraq, the Syrian civil war, and the rise of the Islamic State, Tehran

PX700



Photo above: Iranian men hold Iraqi Popular Mobilization Forces (C), Iran, Iraq, and Islamic Revolutionary Guards Corps (IRGC) flags while taking part a rally to mark the Islamic Revolution anniversary in Azadi (Freedom) Square in western Tehran on February 11, 2020. Photo by Morteza Nikoubazl/NurPhoto via Getty Images.



> The IRGC-QF officers stepping in to fill Soleimani's shoes are all longtime Hezbollah partners.

tapped Soleimani to build up Iran's regional proxy alliances. Soleimani built a devoted following among Iranian proxy groups, including both their leaders and foot soldiers. A hands-on commander, Soleimani established personal bonds with key militia commanders and mediated disputes over funding or prestige — until he was killed, alongside one of his key deputies, Abu Mahdi al-Muhandis, in January 2020.

Soleimani's force of personality and longtime connections made him uniquely qualified to oversee the management of Iran's growing proxy network. But since no one commander could replace him, the IRGC-QF is drawing on a brain trust of several of its more senior and experienced managers to collectively fill Soleimani's shoes. And as Iran's "strategic partner," Hezbollah leader Nasrallah and some of his key lieutenants are sure to play major roles. Indeed, the IRGC-QF officers stepping in to fill Soleimani's shoes are all longtime Hezbollah partners.

20

PX700

# "From Iran's perspective, it has built an extensive network of proxy organizations — some more tightly connected to Iran than others — which follow the Hezbollah model."

In August 2013, the U.S. Treasury Department sanctioned a group of Hezbollah operatives responsible for the group's regional activities beyond Lebanon's borders in places like Cyprus, Egypt, Iraq, Jordan, Turkey, Syria, and Yemen. At the time, the Treasury Department revealed that Mohammad Kawtharani had long served as "the individual in charge of Hizballah's Iraq activities."[174] Within weeks of Soleimani's death, the State Department issued a reward for information about Kawtharani and other members of Hezbollah's illicit financial networks, noting that he "has taken over some of the political coordination of Iran-aligned paramilitary groups formerly organized by Qassim Sulemani after Sulemani's death in January. In this capacity, he facilitates the actions of groups operating outside the control of the Government of Iraq that have violently suppressed protests, attacked foreign diplomatic missions, and engaged in wide-spread organized criminal activity." He also "assisted extremists transiting to Syria to support the Assad regime," according to the State Department.[175] A senior Iraqi Shi'a leader noted that Kawtharani "was trusted by Soleimani, who used to depend and call on him to help him in crises and in meetings in Baghdad."[176] Kawtharani's "right-hand man" is another Hezbollah official, his brother Adnan Hussein Kawtharani, who was also designated by Treasury in 2018. Adnan also "attended meetings in Iraq with sectarian armed groups and Hizballah officials."[177] Naturally, Kawtharani chaired urgent meetings of Iraqi militia leaders in Iraq after Soleimani's death.[178]

When the Treasury Department designated Adnan Kawtharani for his Hezbollah activities, it also listed Shibl Muhsin Ubayd al-Zaydi, a senior leader of the Kata'ib al-Imam Ali militia and an IRGC-QF operative. A close confidant of Soleimani's, al-Zaydi worked closely with Hezbollah and IRGC-QF officers to establish financial support networks in Iraq for Iran's proxy groups and fund Hezbollah's participation in the Syrian civil war.[179]

Consider also the man tapped to serve as the IRGC-QF deputy commander after Soleimani's death, Gen. Muhammad Hussein-Zada Hejazi. As Iran's regional strategy took on a decidedly more aggressive regional posture, Soleimani tapped Hejazi to command Department 2000, overseeing all IRGC-QF operations in the Levant. In 2013, when Iran began shipping precision-guided missiles to Hezbollah through Syria, Hejazi oversaw the program.[180] Iran announced Hejazi's sudden death under strange circumstances in April 2021.[181]

Similarly, as the IRGC-QF looked to increase its support to Houthi rebels on the ground in Yemen, it assigned IRGC-QF officials with established track records working with other elements of Iran's proxy network, often in cooperation with Hezbollah. When Iran dispatched an official diplomatic envoy to the Houthis, the man they tapped for the job was Hasan Irlu, an IRGC-QF official who had years of experience overseeing weapons transfers and training for Houthi fighters as well as supporting IRGC-QF operations elsewhere on the Arabian Peninsula. Irlu was close to Soleimani, but he also provided training to Hezbollah operatives in Iran.[182] In fact, on the day Soleimani was killed, one of his deputy commanders, Abdul Reza Shahlai, was also targeted in Yemen.[183] Shahlai survived, but the presence of an IRGC-QF deputy commander in Yemen with ties to previous attack plots in the United States, Iraq, and elsewhere was telling. No less important was Shahlai's extensive experience training Shi'a militias tied to Iran in Iraq and helping to plan their attacks, typically in concert with Hezbollah. At one point, Shahlai served as the final approving authority for all Iran-based training that Hezbollah provided for members of JAM Special Groups. In 2006, he instructed a senior Hezbollah official to coordinate anti-aircraft rocket training for JAM Special Groups. Shahlai partnered with Hezbollah's Ali Mousa Daqduq al-Musawi to plan the 2007 attack on U.S. forces at the Karbala Provincial Join Coordination Center.[184]

From Iran's perspective, it has built an extensive network of proxy organizations — some more tightly connected to Iran than others — which follow the Hezbollah model. In the words of IRGC Gen. Mazaher Majidi, "There was a time when we used to boast that we had Hezbollah of Lebanon in the region. Today, we have dozens of cohesive forces that are ready to carry out military operations and are acting like Hezbollah: in Syria, in Iraq, in Yemen, in Afghanistan, and even in Pakistan."[185]

PX700

# VIII. Conclusion: "We are not a party now, we're international"

Hezbollah is a distinctly Lebanese actor, but its ideological alliance with Iran goes back to the group's original founding and periodically dictates the prioritization of its sometimes-competing goals. Hezbollah's current quandary revolves around the push and pull of two different sets of frequently competing priorities: first, serving as a regional militant player as part of what Iran sometimes calls its "fighters without borders" under the IRGC-QF; and second, its self-portrayal as a distinctly Lebanese party at a time when the crony-sectarian political system of which it is a key part has come under such tremendous pressure.[186] Hezbollah has long played a dominant role in Lebanon, extending its influence through political and social activism as well as terrorism, political violence, and military strength. But it has long insisted that it acts only with Lebanon's best interests at heart. Today, with its extensive militant commitments across the region, Hezbollah can no longer maintain that fiction.

Speaking in 2015, a Hezbollah commander explained: "We shouldn't be called Party of God. We're not a party now, we're international. We're in Syria, we're in Palestine, we're in Iraq and we're in Yemen. We are wherever the oppressed need us. ... Hezbollah is the school where every freedom-seeking man wants to learn."[187] Today, Hezbollah acts as the managing partner for Iran's network of militant proxies. And in the wake of Soleimani's death, the group has taken on still more leadership responsibilities. Speaking after Soleimani's death, it was Hezbollah leader Nasrallah who called on Iran's proxies — the "Axis of Resistance," as he called them — to step up operations to force the U.S. military out of the region.[188] Looking ahead, Iranian proxies may operate in an even more coordinated fashion, with Houthi rockets targeting southern Israel and foreign terrorist operations carried out by Shi'a militants of varying nationalities operating at Iran's behest and Hezbollah's direction.[189] To counter the growing regional threat posed by Iran's proxy militant network, Western powers will have to work closely with regional allies to contain and disrupt the destabilizing activities of the IRGC-QF, Hezbollah, and other Shi'a militant groups active across the region.

PX700

# ENDNOTES

1.   "GCC Designates Hezbollah as a Terrorist Organization," entry in Washington Institute Hezbollah Worldwide Activities map, *Washington Institute for Near East Policy*, https://www.washingtoninstitute.org/hezbollahinteractivemap/#id=602.

2.   "Arab League Designates Hezbollah as a Terrorist Organization," entry in Washington Institute Hezbollah Worldwide Activities map, *Washington Institute for Near East Policy*, https://www.washingtoninstitute.org/hezbollahinteractivemap/#id=603; "Islamic Summit Slams Hezbollah for 'Terrorism'," Al Arabiya News, April 15, 2016, https://english.alarabiya.net/News/middle-east/2016/04/15/Islamic-summit-denounces-Hezbollah-for-backing-terrorism.

3.   "Why has Morocco Severed its Diplomatic Relations with Iran?" *Al Arabiya*, May 2, 2018 https://english.alarabiya.net/features/2018/05/02/Why-did-the-Kingdom-of-Morocco-sever-its-diplomatic-relations-with-Iran-.

4.   Timour Azhari, "Hezbollah vows retaliation against US for Soleimani killing," *Al Jazeera*, January 5, 2020, https://www.aljazeera.com/news/2020/1/5/hezbollah-vows-retaliation-against-us-for-soleimani-killing.

5.   This section originally appeared, in French, in Matthew Levitt, "Le Hezbollah au Liban: Concilier Allegeance a L'Iran, Militantisme Pan-Chiite et Politique Interieure," *Revue Politique et Parlementaire*, No 1098, Jan-Mars 2021, p. 145-164.

6.   "Iranian Terrorist Activities in 1984," CIA report included in "Iran Recruits and Trains Hizballahi" entry in Washington Institute Hezbollah Worldwide Activities map, *Washington Institute for Near East Policy*, https://www.washingtoninstitute.org/hezbollahinteractivemap/#year=1982&id=802.

7.   "Lebanon: Prospects for Islamic Fundamentalism [redacted]," A Research Paper.

8.   Daniel Byman, *Deadly Connections: States that Sponsor Terrorism* (New York: Cambridge University Press, 2005), p. 82.

9.   Naim Qassem, *Hizbullah: The Story from Within*, (London: Saqi Press, 2005), p. 66.

10.  "Lebanon: Prospects for Islamic Fundamentalism [redacted]," A Research Paper, Directorate of Intelligence, Central Intelligence Agency, July 1987, Approved for Release October 1997, http://www.foia.cia.gov/docs/DOC_0000138966/DOC_0000138966.pdf.

11.  Magnus Ranstrop, "Hezbollah Training Camps in Lebanon," in James Forest, Ed, *The Making of a Terrorist vol. 2, Training*, Westport: Praeger, 2005, p. 252.

12.  As cited in Center for Special Studies, Intelligence and Terrorism Information Center special information bulletin, "Hezbollah," June 2003, http://www.terrorism-info.org.il/malam_multimedia/English/eng_n/html/hezbollah.htm.

13.  Dan Williams, "Top Israeli general sees increased Iran spending on foreign wars," *Reuters*, January 2, 2018, https://www.reuters.com/article/us-iran-rallies-israel/top-israeli-general-sees-increased-iran-spending-on-foreign-wars-idUSKBN1ER0Q9.

14.  This section originally appeared, in French, in Matthew Levitt, "Le Hezbollah au Liban: Concilier Allegeance a L'Iran, Militantisme Pan-Chiite et Politique Interieure," *Revue Politique et Parlementaire*, No 1098, Jan-Mars 2021, p. 145-164.

15.  "April 1985 Terrorism Review," Central Intelligence Agency, April 8, 1985, 9, available at Matthew Levitt, "CIA Report Notes Hezbollah Harassment in Beirut," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=94.

16.  "December 1983 Terrorism Review," Central Intelligence Agency, December 1983, 6, available at Matthew Levitt, "CIA Report Assesses Islamic Jihad Is a Cover for Iran," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.

PX700

washingtoninstitute.org/hezbollahinteractivemap//#id=874.

17.  "February 1985 National Intelligence Council Threat Outlook," National Intelligence Council, February 1985, 5, available at Matthew Levitt, "National Intelligence Council Report Warns of Islamic Jihad Propaganda Campaign," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=85.

18.  "March 1984 Terrorism Review," Central Intelligence Agency, March 1984, 18, available at Matthew Levitt, "CIA Report Assesses Islamic Jihad Is Iranian Cover Name," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=877.

19.   "Iranian Terrorist Activities in 1984," Central Intelligence Agency, 1984, 4, available at Matthew Levitt, "Iran Recruits and Trains 'Hizballahi' Fighters," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020 https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=802.

20.  "Iranian Involvement with Terrorism in Lebanon," Central Intelligence Agency, June 26, 1985, 2, available at Matthew Levitt, "CIA Report Outlines Hezbollah-Iran Relationship," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=105.

21.  "Directory of Lebanese Militias: A Reference Aid," Central Intelligence Agency, June 1984, 11, available at Matthew Levitt, "CIA Report Predicts Continued Violence by Radical Shia Militias," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=70; "Lebanon's Hizballah: The Rising Tide of Shia Radicalism," Central Intelligence Agency, October 1985, 4, available at Matthew Levitt, "CIA

Report Details Hezbollah Use of Media Outlets to Cultivate Fundamentalism," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=120.

22.  "Iranian Terrorist Activities in 1984," Central Intelligence Agency, 1984, 2, available at Matthew Levitt, "Iran Recruits and Trains 'Hizballahi' Fighters," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=802.

23.  "Amal and Hizballah: The Line Between Politics and Terrorism," Central Intelligence Agency, August 16, 1985, 3-5, available at Matthew Levitt, "CIA Report Observes Many Hezbollah Sympathizers Within Amal Camp," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=109.

24.  "Amal and Hizballah: The Line Between Politics and Terrorism," Central Intelligence Agency, August 16, 1985, 5-6, available at Matthew Levitt, "CIA Report Observes Many Hezbollah Sympathizers Within Amal Camp," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=109.

25.  "Lebanon's Hizballah: The Rising Tide of Shia Radicalism," Central Intelligence Agency, October 1985, available at Matthew Levitt, "CIA Report Details Hezbollah Use of Media Outlets to Cultivate Fundamentalism," 1, Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=120.

26.  "Iranian Terrorist Activities in 1984," Central Intelligence Agency, 1984, 3, available at Matthew Levitt, "Iran Recruits and Trains 'Hizballahi' Fighters," Hezbollah Worldwide Activities

PX700

Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=802.

27. "Lebanon: The Prospects for Islamic Fundamentalism," Central Intelligence Agency, July 1987, iii, available at Matthew Levitt, "CIA Memo Notes Sheikh Muhammad Husayn Fadlallah's Attempt to Maintain Hezbollah's Independence from Iran," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=1032.

28. Iran Enhanced Terrorist Capabilities and Expanding Target Selection," Central Intelligence Agency, April 1992, 11, available at Matthew Levitt, "CIA Memo Notes Iran's Support for Hezbollah Plans to Attack U.S. Interests," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=1029.

29. "Directory of Lebanese Militias: A Reference Aid," Central Intelligence Agency, June 1984, 11, available at Matthew Levitt, "CIA Report Predicts Continued Violence by Radical Shia Militias," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=70.

30. "November 1983 Terrorism Review," Central Intelligence Agency, November 10, 1983, available at Matthew Levitt, "CIA Report Confirms Link between Amal of Islam and Hezbollah," 9, Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy,* October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=58.

31. "Iran Military Power: Ensuring Regime Survival and Securing Regional Dominance," Defense Intelligence Agency, August 2019, available at Matthew Levitt, "DIA Report Notes Hezbollah's Strong Ties to Iran and Autonomy on Lebanese Affairs," 59, Hezbollah

Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=718.

32. "Lebanon's Hizballah: The Rising Tide of Shia Radicalism," Central Intelligence Agency, October 1985, available at Matthew Levitt, "CIA Report Details Hezbollah Use of Media Outlets to Cultivate Fundamentalism," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=120.

33. "Iranian Involvement with Terrorism in Lebanon," Central Intelligence Agency, June 26, 1985, 2, available at Matthew Levitt, "CIA Report Outlines Hezbollah-Iran Relationship," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=105.

34. "Iranian Involvement with Terrorism in Lebanon," Central Intelligence Agency, June 26, 1985,19, available at Matthew Levitt, "CIA Report Outlines Hezbollah-Iran Relationship," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=105.

35. "Iranian Involvement with Terrorism in Lebanon," Central Intelligence Agency, June 26, 1985, 2, available at Matthew Levitt, "CIA Report Outlines Hezbollah-Iran Relationship," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=105.

36. "Iranian Involvement with Terrorism in Lebanon," Central Intelligence Agency, June 26, 1985, 3, available at Matthew Levitt, "CIA Report Outlines Hezbollah-Iran Relationship," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=105.

PX700

37. "December 1987 Terrorism Review," Central Intelligence Agency, December 21, 1987, 7, available at Matthew Levitt, "CIA Report Notes Potential Areas of Hezbollah Independence from Iran," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=889.

38. "Iranian Involvement with Terrorism in Lebanon," Central Intelligence Agency, June 26, 1985, 3, available at Matthew Levitt, "CIA Report Outlines Hezbollah-Iran Relationship," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=105.

39. "Lebanon: The Prospects for Islamic Fundamentalism," Central Intelligence Agency, July 1987, 15, available at Matthew Levitt, "CIA Memo Notes Sheikh Muhammad Husayn Fadlallah's Attempt to Maintain Hezbollah's Independence from Iran," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=1032.

40. "Lebanon: The Prospects for Islamic Fundamentalism," Central Intelligence Agency, July 1987, 2, available at Matthew Levitt, "CIA Memo Notes Sheikh Muhammad Husayn Fadlallah's Attempt to Maintain Hezbollah's Independence from Iran," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=1032.

41. "Lebanon: The Prospects for Islamic Fundamentalism," Central Intelligence Agency, July 1987, 6, available at Matthew Levitt, "CIA Memo Notes Sheikh Muhammad Husayn Fadlallah's Attempt to Maintain Hezbollah's Independence from Iran," Hezbollah Worldwide Activities Interactive Map and Timeline, *Washington Institute for Near East Policy*, October 19, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap//#id=1032.

42. James Risen, "U.S. Traces Iran's Ties to Terror through a Lebanese," *New York Times*, January 17, 2002.

43. *D. Peterson, et al., v. The Islamic Republic of Iran*, Ministry of Foreign Affairs and the Ministry of Information and Security, United States District Court, District of Columbia, Docket No. CA 01-2684, March 17, 2003, p. 53.

44. *D. Peterson, et al., v. The Islamic Republic of Iran*, Ministry of Foreign Affairs and the Ministry of Information and Security, United States District Court, District of Columbia, Docket No. CA 01-2684, March 17, 2003, 55.

45. "Hizballah Terrorist Plans against U.S. Interests," Central Intelligence Agency, December 6, 1991, https://www.cia.gov/library/readingroom/docs/DOC_0000258811.pdf.

46. *D. Peterson, et al., v. The Islamic Republic of Iran*, Ministry of Foreign Affairs and the Ministry of Information and Security, United States District Court, District of Columbia, Docket No. CA 01-2684, March 17, 2003, Memorandum Opinion, pp. 6–7.

47. *D. Peterson, et al., v. The Islamic Republic of Iran*, Ministry of Foreign Affairs and the Ministry of Information and Security, United States District Court, District of Columbia, Docket No. CA 01-2684, March 17, 2003, Memorandum Opinion, pp. 6–7, 6–7; Hala Jaber, *Hezbollah: Born with a Vengeance*, (New York: Columbia University Press, May 1997), 82.

48. Fadhil Ali, "New Hezbollah Manifesto."

49. "Lebanon: Hezbollah Spreading the Word," Central Intelligence Agency, December 21, 1987, available at Matthew Levitt, "Hezbollah Acts as Tutor to the Gulf States," Lebanese Hezbollah Select Worldwide Activity Interactive Map and Timeline, The *Washington Institute for Near East Policy*, https://www.washingtoninstitute.org/hezbollahinteractivemap/#id=884.

50. Matthew Levitt, "Six Kuwait Sites Bombed," Lebanese Hezbollah Select Worldwide Activity Interactive Map and Timeline, The *Washington Institute for Near East Policy*, https://www.

PX700

washingtoninstitute.org/hezbollahinteractivemap/#id=59.

51. "Treasury Designated Hizballah Commander Responsible for American Deaths in Iraq," November 19, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1775.aspx

52. Iraqi Shia resented and distrusted their Iranian sponsors and trainers. Hezbollah compensated for Iran's shortcomings. See Harmony document IR 012, cited in Felter and Fishman, "Iranian Strategy in Iraq."

53. See Multinational Force Iraq Situational Update by Brig Gen Keven J Gergner, July 2, 2007, available at Matthew Levitt, "Karbala Provincial Center Targeted in Attack," Lebanese Hezbollah Select Worldwide Activity Interactive Map and Timeline, The *Washington Institute for Near East Policy*, https://www.washingtoninstitute.org/hezbollahinteractivemap/#id=367; "Treasury Designated Hizballah Commander Responsible for American Deaths in Iraq," November 19, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1775.aspx.

54. Matthew Levitt, *Hezbollah: The Global Footprint of Lebanon's Party of God* (Georgetown University Press, 2013), Pp 300-301; "Treasury Sanctions Key Hizballah, IRGC-QF Networks in Iraq," U.S. Treasury Department, November 13, 2018, https://home.treasury.gov/news/press-releases/sm546.

55. "State Department Terrorist Designation for Haytham 'Ali Tabataba'I," U.S. Department of State, October 20, 2016, https://2009-2017.state.gov/r/pa/prs/ps/2016/10/263346.htm.

56. "Treasury Sanctions Hizballah Leadership," US Department of Treasury, August 22, 2013, https://www.treasury.gov/press-center/press-releases/Pages/jl2147.aspx.

57. Matthew Levitt, "Waking Up the Neighbors: How Regional Intervention Is Transforming Hezbollah," *Foreign Affairs*, July 23, 2015, https://www.foreignaffairs.com/articles/israel/2015-07-23/waking-neighbors; https://static.rewardsforjustice.net/uploads/LebanesePoster8_5x11ENG_508.pdf.

58. Matthew Levitt, "Hezbollah's Man in Egypt," *Perspectives on Terrorism*, vol 8, Issue2, April 2014, https://www.washingtoninstitute.org/policy-analysis/hezbollahs-man-egypt; See also https://www.treasury.gov/press-center/press-releases/Pages/jl2147.aspx.

59. Matthew Levitt, "Waking Up the Neighbors: How Regional Intervention Is Transforming Hezbollah," *Foreign Affairs*, July 23, 2015, https://www.foreignaffairs.com/articles/israel/2015-07-23/waking-neighbors.

60. Adam Entous and Siobhan Gorman, "Behind Assad's Comeback, a Mismatch in Commitments," *Wall Street Journal*, December 31, 2013 https://www.wsj.com/articles/SB10001424052702303453004579292543464208138.

61. "Treasury Designates Hizballah Leadership," U.S. Department of the Treasury, September 13, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1709.aspx.

62. "Treasury Sanctions Hizballah Leaders, Military Officials, and an Associate in Lebanon," U.S. Department of the Treasury, July 21, 2015, https://www.treasury.gov/press-center/press-releases/Pages/jl0121.aspx.

63. "Treasury Designates Hizballah Leadership," U.S. Department of the Treasury, September 13, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1709.aspx.

64. "Treasury Targets Hizballah for Supporting the Assad Regime," US Department of Treasury, August 10, 2012, http://www.treasury.gov/press-center/press-releases/Pages/tg1676.aspx.

65. Sarah Birke, "Hezbollah's Choice," Latitude (blog), *New York Times*, August 6, 2013, http://latitude.blogs.nytimes.com/2013/08/06/hezbollahs-choice.

66. "Mapping Militants: Hezbollah," Stanford, 2018, https://cisac.fsi.stanford.edu/mappingmilitants/profiles/hezbollah; Wounded in action estimate based on 1:3 ration of KIA to wounded.

PX700

67. "Treasury Sanctions Hizballah Leaders, Military Officials, and an Associate in Lebanon," U.S. Department of the Treasury, July 21, 2015, https://www.treasury.gov/press-center/press-releases/Pages/jl0121.aspx.

68. Judah Ari Gross, "IDF says it has exposed new Hezbollah cell in Syrian Golan Heights," *Times of Israel*, March 13, 2019, https://www.timesofisrael.com/idf-says-it-has-exposed-new-hezbollah-cell-operating-from-syrian-golan-heights/.

69. Australian Government, Attorney General's Department, "Hizballah External Security Organisation," May 16, 2009.

70. Harmony document IR005, cited in Joseph Felter and Brian Fishman, "Iranian Strategy in Iraq: Politics and 'Other Means,'" Combating Terrorism Center at West Point, October 13, 2008, p. 17. https://ctc.usma.edu/app/uploads/2010/06/Iranian-Strategy-in-Iraq.pdf.

71. U.S. Department of Defense, Office of the Assistant Secretary of Defense, "News Briefing with Gen. Petraeus from the Pentagon," April 26, 2007. https://www.globalsecurity.org/military/library/news/2007/04/mil-070426-dod01.htm.

72. "Ali Musa Daqduq: Translated Excerpt from Personal Journal," slides accompanying press briefing with Brig. Gen. Kevin Bergner.

73. Mark Urban, *Task Force Black*, p. 225; "Attacks on "Palace" in Basrah," slides accompanying press briefing with Brig. Gen. Kevin Bergner.

74. "Ali Musa Daqduq: Translated Excerpt from Personal Journal," slides accompanying press briefing with Brig. Gen. Kevin Bergner.

75. Maria Abi-Habib, "Shiite Militias Decamping From Syria to Fight in Iraq," *Wall Street Journal*, June 17, 2014. https://www.wsj.com/articles/shiite-militias-decamping-from-syria-to-fight-in-iraq-1403051977.

76. "Treasury Sanctions Hizballah Front Companies and Facilitators in Lebanon And Iraq," U.S. Department of the Treasury, June 10, 2015. http://www.treasury.gov/press-center/press-releases/Pages/jl0069.aspx.

77. "Haytham 'Ali Tabataba'i," Rewards for Justice, https://rewardsforjustice.net/english/haytham_tabatabai.html.

78. "Haytham 'Ali Tabataba'i," Rewards for Justice, https://rewardsforjustice.net/english/haytham_tabatabai.html.

79. Becky Anderson and Hilary Clarke, "Missile attack 'an act of war' by Iran, Saudi Foreign Minister says," *CNN*, November 6, 2017. https://www.cnn.com/2017/11/06/middleeast/saudi-foreign-minister-interview/index.html.

80. "Treasury Sanctions Hizballah Leadership: Action Targets Hizballah's Leadership Resonsible for Operations Outside of Lebanon," U.S. Department of the Treasury, August 22, 2013, https://www.treasury.gov/press-center/press-releases/Pages/jl2147.aspx.

81. "Treasury Sanctions Hizballah Leadership: Action Targets Hizballah's Leadership Resonsible for Operations Outside of Lebanon," U.S. Department of the Treasury, August 22, 2013, https://www.treasury.gov/press-center/press-releases/Pages/jl2147.aspx.

82. Ali Mahmoud, "Saudi Arabia-led coalition air strike kills high-ranking Hezbollah commander, says Yemeni official," *The National*, May 25, 2021. https://www.thenationalnews.com/gulf-news/saudi-arabia-led-coalition-air-strike-kills-high-ranking-hezbollah-commander-says-yemeni-official-1.1229791.

83. "Hassan Nasrallah admits the presence of members of Hezbollah in Yemen and the killing of a number of them," *Mareb Press*, February 16, 2019. https://marebpress.net/news_details.php?lng=arabic&sid=147754.

84. Alexander Corbeil and Amarnath Amarasingam, "The Houthi Hezbollah," *Foreign Affairs*, March 31, 2016, https://www.

PX700

foreignaffairs.com/articles/2016-03-31/houthi-hezbollah.

85.  U.S. Congress, Senate Committee on Armed Services, *Iran's Military Power: Hearing before the Committee on Armed Services*, 111th Cong., 2d sess., April 14, 2010, Statement of Lt. Gen. Ronald L. Burgess Jr.

86.  Harmony document IR 011, cited in Felter and Fishman, "Iranian Strategy in Iraq."

87.  Matthew Levitt, *Hezbollah: The Global Footprint of Lebanon's Party of God* (Washington DC: Georgetown University Press, 2013), Pp 286-291.

88.  The United States designated Nasrallah a Specially Designated Terrorist on January 23, 1995, https://www.gpo.gov/fdsys/pkg/FR-1995-01-25/pdf/95-2035.pdf; and a Specially Designated Global Terrorist on May 16, 2018, https://www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/20180516.aspx.

89.  Edward Pound, "Special Report: The Iran Connection," *U.S. News & World Report*, November 14, 2004.

90.  Jim Garamone, "Iran Arming, Training, Directing Terror Groups in Iraq, U.S. Official Says," *American Forces Press Service*, July 2, 2007. http://archive.defense.gov/news/newsarticle.aspx?id=46606.

91.  Islam Seif, "Houthi prisoners reveal they were trained by Hezbollah experts," *Al Arabiya*, February 28, 2018. https://english.alarabiya.net/News/gulf/2018/02/28/Houthi-prisoners-reveal-they-were-trained-by-Hezbollah-experts.

92.  "Fears of sanctions on Lebanon after new video 'shows Hezbollah in Yemen,'" *Al Arabiya*, February 25, 2016. https://english.alarabiya.net/webtv/reports/2016/02/25/Fears-of-sanctions-on-Lebanon-after-new-video-shows-Hezbollah-in-Yemen-.

93.  "FACT SHEET: Mahan Air's Support for Terrorism," U.S. Embassy in Austria, December 7, 2018. https://at.usembassy.gov/fact-sheet-mahan-airs-support-for-terrorism/.

94.  Michael Knights, "The Houthi War Machine: From Guerrilla War to State Capture," *CTC Sentinel*, September 2018, https://ctc.usma.edu/houthi-war-machine-guerrilla-war-state-capture/.

95.  "Letter dated 22 January 2021 from the Panel of Experts on Yemen addressed to the President of the Security Council," UN Security Council, January 22, 2021, https://reliefweb.int/sites/reliefweb.int/files/resources/S_2021_79_E.pdf.

96.  Michael Knights, "The Houthi War Machine: From Guerrilla War to State Capture," *CTC Sentinel*, September 2018, https://ctc.usma.edu/houthi-war-machine-guerrilla-war-state-capture/-state-capture/.

97.  Erika Soloman, "Lebanon's Hizbollah and Yemen's Houthis open up on links," *Financial Times*, May 8, 2015. https://www.ft.com/content/e1e6f750-f49b-11e4-9a58-00144feab7de.

98.  Ahmad Majidyar, "Bahrain says arrested 116 members of IRGC-established 'terror cell,'" *Middle East Institute*, March 5, 2018, https://www.mei.edu/publications/bahrain-says-arrested-116-members-irgc-established-terror-cell.

99.  Matthew Levitt, "169 Bahraini Hezbollah Members Indicted," Lebanese Hezbollah Select Worldwide Activity Map, *The Washington Institute for Near East Policy*, https://www.washingtoninstitute.org/hezbollahinteractivemap/#id=666.

100.  Matthew Levitt, "Hezbollah Operatives Storing Explosives Arrested in Kuwait," Lebanese Hezbollah Select Worldwide Activity Map, *The Washington Institute for Near East Policy*, https://www.washingtoninstitute.org/hezbollahinteractivemap/#id=577.

101.  Philip Smyth, "How Iran Is Building Its Syrian Hezbollah," *The Washington Institute for Near East Policy*, March 8, 2016, https://www.washingtoninstitute.org/policy-analysis/view/how-iran-is-building-its-syrian-hezbollah.

**29**

PX700

102. Philip Smyth, "How Iran Is Building Its Syrian Hezbollah," *The Washington Institute for Near East Policy*¸ March 8, 2016, https://www.washingtoninstitute.org/policy-analysis/view/how-iran-is-building-its-syrian-hezbollah.

103. Matthew Levitt, "Hezbollah: Party of Fraud," *Foreign Affairs*, July 27, 2011, https://www.foreignaffairs.com/articles/2011-07-27/hezbollah-party-fraud.

104. Joby Warrick and Souad Mekhennet, "Hezbollah operatives seen behind spike in drug trafficking, analysts say," *Washington Post*, August 4, 2020. https://www.washingtonpost.com/national-security/hezbollah-operatives-seen-behind-spike-in-drug-trafficking-analysts-say/2020/08/03/fa286b1a-d36a-11ea-8c55-61e7fa5e82ab_story.html.

105. "Treasury Designates Vast Iranian Petroleum Shipping Network That Supports IRGC-QF and Terror Proxies," U.S. Department of the Treasury, September 4, 2019, https://home.treasury.gov/news/press-releases/sm767.

106. Ibid.

107. Ibid.

108. "Treasury Targets Iran's Central Bank Governor and an Iraqi Bank Moving Millions of Dollars for IRGC-Qods Force," U.S. Department of the Treasury, May 15, 2018, https://home.treasury.gov/news/press-releases/sm0385.

109. Ibid.

110. Ibid.

111. "Treasury Designates Illicit Russia-Iran Oil Network Supporting the Assad Regime, Hizballah, and HAMAS," U.S. Department of the Treasury, November 20, 2018, https://home.treasury.gov/news/press-releases/sm553.

112. Visual Depiction of the Alchwiki Network, U.S. Department of the Treasury, November 20, 2018, https://home.treasury.gov/sites/default/files/136/alchwiki-network.png.

113. Photo of Mohammad Amer Alchwiki and Andrey Dogaev, U.S. Department of the Treasury, November 20, 2018, https://home.treasury.gov/sites/default/files/136/amer-alchwiki-andrey-dogaev.jpg.

114. "Treasury Designates Illicit Russia-Iran Oil Network Supporting the Assad Regime, Hizballah, and HAMAS," U.S. Department of the Treasury, November 20, 2018, https://home.treasury.gov/news/press-releases/sm553.

115. A letter from Alchwiki and Muhammad Qasir, a.k.a. Mr. Fadi, to Rasoul Sajjad of CBI confirming receipt of U.S. $63 million, U.S. Department of the Treasury, November 20, 2018, https://home.treasury.gov/sites/default/files/136/alchwiki-letter.png.

116. "Treasury Designates Illicit Russia-Iran Oil Network Supporting the Assad Regime, Hizballah, and HAMAS," U.S. Department of the Treasury, November 20, 2018, https://home.treasury.gov/news/press-releases/sm553.

117. Matthew Levitt, "Hezbollah's Procurement Channels: Leveraging Criminal Networks and Partnering with Iran," *The Washington Institute for Near East Policy*, March 21, 2019. https://www.washingtoninstitute.org/policy-analysis/hezbollahs-procurement-channels-leveraging-criminal-networks-and-partnering-iran.

118. Syrian Presidency (@Presidency_sy), "From the president's working visit," Twitter, February 25, 2019, 12:23 p.m., https://ctc.usma.edu/wp-content/uploads/2019/03/Levitt-March-image-3.png.

119. Matthew Levitt, "Hezbollah's Procurement Channels: Leveraging Criminal Networks and Partnering with Iran," *The Washington Institute for Near East Policy*, March 21, 2019. https://www.washingtoninstitute.org/policy-analysis/hezbollahs-procurement-channels-leveraging-criminal-networks-and-partnering-iran.

PX700

120. "Treasury Designates Illicit Russia-Iran Oil Network Supporting the Assad Regime, Hizballah, and HAMAS," U.S. Department of the Treasury, November 20, 2018, https://home.treasury.gov/news/press-releases/sm553.

121. "Rewards for Justice – Up to $10 Million Reward Offer for Information on Hizballah's Financial Networks: Muhammad Qasir, Muhammad Qasim al-Bazzal, and Ali Qasir," U.S. Department of State, October 23, 2020, https://2017-2021.state.gov/rewards-for-justice-up-to-10-million-reward-offer-for-information-on-hizballahs-financial-networks-muhammad-qasir-muhammad-qasim-al-bazzal-and-ali-qasir/index.html.

122. Ibid.

123. "Lebanese Hizballah's Financial Network," Rewards for Justice, https://rewardsforjustice.net/english/lebanese_hizballah_financial_network.html.

124. "Treasury Designates Vast Iranian Petroleum Shipping Network That Supports IRGC-QF and Terror Proxies," U.S. Department of the Treasury, September 4, 2019, https://home.treasury.gov/news/press-releases/sm767.

125. "Lebanese Hizballah's Financial Network," Rewards for Justice, https://rewardsforjustice.net/english/lebanese_hizballah_financial_network.html.

126. Ibid.

127. "Treasury Designates Vast Iranian Petroleum Shipping Network That Supports IRGC-QF and Terror Proxies," U.S. Department of the Treasury, September 4, 2019, https://home.treasury.gov/news/press-releases/sm767.

128. Ibid.

129. "Lebanese Hizballah's Financial Network," Rewards for Justice, https://rewardsforjustice.net/english/lebanese_hizballah_financial_network.html.

130. "Treasury Designates Vast Iranian Petroleum Shipping Network That Supports IRGC-QF and Terror Proxies," U.S. Department of the Treasury, September 4, 2019, https://home.treasury.gov/news/press-releases/sm767.

131. Ibid.

132. Ibid.

133. "Lebanese Hizballah's Financial Network," Rewards for Justice, https://rewardsforjustice.net/english/lebanese_hizballah_financial_network.html.

134. "This Week in Iran Policy," The U.S. Embassy in Georgia, October 2020, https://ge.usembassy.gov/this-week-in-iran-policy-5/.

135. Ibid.

136. "Treasury Designates Vast Iranian Petroleum Shipping Network That Supports IRGC-QF and Terror Proxies," U.S. Department of the Treasury, September 4, 2019, https://home.treasury.gov/news/press-releases/sm767.

137. Ibid.

138. Ibid.

139. Ibid.

140. "Lebanese Hizballah's Financial Network," Rewards for Justice, https://rewardsforjustice.net/english/lebanese_hizballah_financial_network.html.

141. "Rewards for Justice – Up to $10 Million Reward Offer for Information on Hizballah's Financial Networks: Muhammad Qasir, Muhammad Qasim al-Bazzal, and Ali Qasir," U.S. Department of State, October 23, 2020, https://2017-2021.state.gov/rewards-for-justice-up-to-10-million-reward-offer-for-information-on-hizballahs-financial-networks-muhammad-qasir-muhammad-qasim-al-bazzal-and-ali-qasir/index.html.

PX700

142. "Treasury Sanctions Network Financing Houthi Aggression and Instability in Yemen," U.S. Department of the Treasury, June 10, 2021. https://home.treasury.gov/news/press-releases/jy0221.

143. Matthew Levitt, "Hezbollah's Procurement Channels: Leveraging Criminal Networks and Partnering with Iran," *The Washington Institute for Near East Policy,* March 21, 2019. https://www.washingtoninstitute.org/policy-analysis/hezbollahs-procurement-channels-leveraging-criminal-networks-and-partnering-iran.

144. "DEA and European Authorities Uncover Massive Hizballah Drug and Money Laundering Scheme," U.S. Drug Enforcement Administration Press Release, February 1, 2016, https://www.dea.gov/press-releases/2016/02/01/dea-and-european-authorities-uncover-massive-hizballah-drug-and-money.

145. "Two Hezbollah Associates Arrested On Charges Of Conspiring To Launder Narcotics Proceeds And International Arms Trafficking," U.S. Department of Justice Press Release, October 9, 2015, https://www.justice.gov/usao-edny/pr/two-hezbollah-associates-arrested-charges-conspiring-launder-narcotics-proceeds-and.

146. "Yemen: Extremism and Terrorism," Counter Extremism Project, February 2018, https://www.counterextremism.com/countries/yemen.

147. "Treasury Sanctions Hizballah Procurement Agents and Their Companies," U.S. Department of the Treasury, November 5, 2015, https://www.treasury.gov/press-center/press-releases/Pages/jl0255.aspx.

148. Matthew Levitt, "Bahraini Authorities Disrupt Explosives Smuggling," Lebanese Hezbollah Select Worldwide Activity Map, *The Washington Institute for Near East Policy,* August 6, 2020, https://www.washingtoninstitute.org/hezbollahinteractivemap/#id=1037.

149. Mariam Elatouabi, "Diplomatic relations between Morocco and Iran sour over Western Sahara dispute," *Atlantic Council*, July 16, 2018, https://www.atlanticcouncil.org/blogs/menasource/diplomatic-relations-between-morocco-and-iran-sour-over-western-sahara-dispute/.

150. Haytham Mouzahem, "Morocco-Algeria tensions flare over claims of Hezbollah support to Polisario," *Al-Monitor*, May 22, 2018, https://www.al-monitor.com/pulse/originals/2018/05/lebanon-hezbollah-support-polisario-algeria-iran-morocco.html#ixzz6oYlsPvVt.

151. "Treasury Sanctions Key Hizballah, IRGC-QF Networks in Iraq," U.S. Treasury Department, November 13, 2018, https://home.treasury.gov/news/press-releases/sm546.

152. Matthew Levitt, "Hezbollah Operatives Storing Explosives Arrested in Kuwait," Lebanese Hezbollah Select Worldwide Activity Map, *The Washington Institute for Near East Policy,* https://www.washingtoninstitute.org/hezbollahinteractivemap/#id=577.

153. Matthew Levitt, "Hezbollah Operatives Storing Explosives Arrested in Kuwait," Lebanese Hezbollah Select Worldwide Activity Map, *The Washington Institute for Near East Policy,* https://www.washingtoninstitute.org/hezbollahinteractivemap/#id=557.

154. Matthew Levitt, "Israel Exposes Hezbollah Cell in Syrian Golan Heights," Lebanese Hezbollah Select Worldwide Activity Map, *The Washington Institute for Near East Policy,* https://www.washingtoninstitute.org/hezbollahinteractivemap/#id=688.

155. Matthew Levitt, "169 Bahraini Hezbollah Members Indicted," Lebanese Hezbollah Select Worldwide Activity Map, *The Washington Institute for Near East Policy,* September 25, 2018, https://www.washingtoninstitute.org/hezbollahinteractivemap/#id=666.

156. "Defense Department Linguist Pleads Guilty to Transmitting Highly Sensitive Classified National Defense Information to Aid a Foreign Government," Department of Justice, March 26, 2021, https://www.justice.gov/opa/pr/defense-department-linguist-pleads-guilty-transmitting-highly-sensitive-classified-national.

PX700

157. Michael Knights, "Back into the Shadows? The Future of Kata'ib Hezbollah and Iran's Other Proxies in Iraq," *CTC Sentinel*, October 2020, https://ctc.usma.edu/back-into-the-shadows-the-future-of-kataib-hezbollah-and-irans-other-proxies-in-iraq/; Michael Knights, "The Houthi War Machine: From Guerrilla War to State Capture," *CTC Sentinel*, September 2018, https://ctc.usma.edu/houthi-war-machine-guerrilla-war-state-capture/.

158. Jeff Moskowitz, "Cyberattack Tied to Hezbollah Ups the Ante for Israel's Digital Defenses," *Christian Science Monitor*, June 1, 2015, https://www.csmonitor.com/layout/set/print/World/Passcode/2015/0601/Cyberattack-tied-to-Hezbollah-ups-the-ante-for-Israel-s-digital-defenses.

159. Wil Crisp and Suadad al-Salhy, "Inside Hizbollah's Fake News Training Camps Sowing Instability Across the Middle East," *The Telegraph*, August 2, 2020, https://www.telegraph.co.uk/news/2020/08/02/exclusive-inside-hezbollahs-fake-news-training-camps-sowing/.

160. Wil Crisp and Suadad al-Salhy, "Inside Hizbollah's Fake News Training Camps Sowing Instability Across the Middle East," *The Telegraph*, August 2, 2020, https://www.telegraph.co.uk/news/2020/08/02/exclusive-inside-hezbollahs-fake-news-training-camps-sowing/.

161. Crispin Smith and Hamdi Malik, "Profile: Unite 10,000," Militia Spotlight Profiles, *The Washington Institute for Near East Policy*, April 25, 2021, https://www.washingtoninstitute.org/policy-analysis/profile-unit-10000.

162. Jack Stubbs and Christopher Bing, "Iran-Based Political Influence Operation, Bigger, Persistent, Global," *Reuters*, August 28, 2018, https://www.reuters.com/article/us-usa-iran-facebook-exclusive-idINKCN1LD2R9.

163. "Treasury Sanctions Cyber Actors Backed by Iranian Intelligence Ministry," U.S. Department of the Treasury, September 17, 2020, https://home.treasury.gov/news/press-releases/sm1127.

164. "Foreign Threats to the 2020 Federal Elections," Intelligence Community Assessment, National Intelligence Council, Office of the Director of National Intelligence, March 10, 2021, https://www.dni.gov/files/ODNI/documents/assessments/ICA-declass-16MAR21.pdf.

165. Hanin Ghaddar (Guest), "Hezbollah's Regional Challenge," Middle East Focus, *Middle East Institute*, May 20, 2021, https://middleeastinst.libsyn.com/hezbollahs-regional-challenge.

166. Adam Entous and Evan Osnos, "Qassem Suleimani and How Nations Decide to Kill," *The New Yorker*, February 10, 2020, https://www.newyorker.com/magazine/2020/02/10/qassem-suleimani-and-how-nations-decide-to-kill.

167. Hanin Ghaddar and Nader Uskowi, "Iran Will Spare Hezbollah in Its Conflict with Israel, for Now," *Washington Institute for Near East Policy*, June 5, 2018, https://www.washingtoninstitute.org/policy-analysis/iran-will-spare-hezbollah-its-conflict-israel-now.

168. Matthew Levitt, "Hizballah and the Qods Force in Iran's Shadow War with the West," *The Washington Institute for Near East Policy*, January 29, 2013, https://www.washingtoninstitute.org/policy-analysis/hizballah-and-qods-force-irans-shadow-war-west.

169. Hanin Ghaddar and Nader Uskowi, "Iran Will Spare Hezbollah in Its Conflict with Israel, for Now," *The Washington Institute for Near East Policy*, June 5, 2018, https://www.washingtoninstitute.org/policy-analysis/iran-will-spare-hezbollah-its-conflict-israel-now.

170. Yuval Ben-David, "Israel says 2016 killing of top Hezbollah commander was inside job," *Reuters*, March 21, 2017, https://www.reuters.com/article/us-mideast-crisis-israel-badreddine/israel-says-2016-killing-of-top-hezbollah-commander-was-inside-job-idUSKBN16S1L6.

171. James R. Clapper, "Unclassified Statement for the Record on the Worldwide Threat Assessment of the U.S. Intelligence Community for the Senate Select Committee on Intelligence," January 31, 2012, http://www.fas.org/irp/congress/2012_hr/013112clapper.pdf.

PX700

172. Matthew G. Olsen, "The Homeland Threat Landscape and U.S. Response," testimony before the Senate Committee on Homeland Security and Governmental Affairs, September 19, 2012.

173. Maryam Sinaiee, "New Vice-Commander of Iran's Qods Force Signifies Khamenei's Message of 'Fighters without Borders,'" Radio Farda, January 20, 2020. https://en.radiofarda.com/a/new-vice-commander-of-iran-s-qods-signifies-khamenei-message-of-fighters-without-borders-/30387595.html.

174. "Treasury Sanctions Hizballah Leadership: Action Targets Hizballah's Leadership Responsible for Operations Outside of Lebanon," U.S. Department of the Treasury, August 22, 2013, https://www.treasury.gov/press-center/press-releases/Pages/jl2147.aspx.

175. "Lebanese Hizballah's Financial Network," Rewards for Justice, U.S. Department of State, https://rewardsforjustice.net/english/lebanese_hizballah_financial_network.html.

176. "Tehran-backed Hezbollah steps in to guide Iraqi militias in Soleimani's wake," *Reuters*, February 11, 2020, https://www.reuters.com/article/us-iran-iraq-hezbollah-insight/tehran-backed-hezbollah-steps-in-to-guide-iraqi-militias-in-soleimanis-wake-idUSKBN20520Y.

177. "Treasury Sanctions Key Hizballah, IRGC-QF Networks in Iraq," U.S. Treasury Department, November 13, 2018, https://home.treasury.gov/news/press-releases/sm546.

178. "Tehran-backed Hezbollah steps in to guide Iraqi militias in Soleimani's wake," *Reuters*, February 11, 2020, https://www.reuters.com/article/us-iran-iraq-hezbollah-insight/tehran-backed-hezbollah-steps-in-to-guide-iraqi-militias-in-soleimanis-wake-idUSKBN20520Y.

179. "Treasury Sanctions Key Hizballah, IRGC-QF Networks in Iraq," U.S. Treasury Department, November 13, 2018, https://home.treasury.gov/news/press-releases/sm546.

180. "Hezbollah's Precision Guided Missile Project," IDF, Accessed June 17, 2021, https://www.idf.il/en/minisites/hezbollah/hezbollahs-precision-guided-missile-project/.

181. "Top Iranian General Hejazi Dies At 65," Radio Free Europe, April 19, 2021, https://www.rferl.org/a/iran-general-hejazi-dies-/31210721.html.

182. "Treasury Sanctions Iran's Envoy in Yemen and University Facilitating Recruitment for Qods Force," U.S. Treasury Department, December 8, 2020, https://home.treasury.gov/news/press-releases/sm1205.

183. John Hudson, Missy Ryan, and Josh Dawsey, "On the Day U.S. Forces Killed Soleimani, they Targeted a Senior Iranian Official in Yemen," *Washington Post*, January 10, 2020, https://www.washingtonpost.com/world/national-security/on-the-day-us-forces-killed-soleimani-they-launched-another-secret-operation-targeting-a-senior-iranian-official-in-yemen/2020/01/10/60f86dbc-3245-11ea-898f-eb846b7e9feb_story.html.

184. "Treasury Sanctions Five Individuals Tied to Iranian Plot to Assassinate the Saudi Arabian Ambassador to the United States," U.S. Department of the Treasury, October 11, 2011, https://www.treasury.gov/press-center/press-releases/pages/tg1320.aspx; "Treasury Designates Individuals and Entities Fueling Violence in Iraq," U.S. Department of the Treasury, September 16, 2008, https://www.treasury.gov/press-center/press-releases/Pages/hp1141.aspx.

185. "IRGC General Mazaher Majidi: Iran Carried Out Retaliatory Attacks Against Israeli Weapon Factory, Atomic Facilities, Oil Refineries; We Have Dozens Of Hizbullah-Like Forces In Syria, Iraq, Yemen, Afghanistan, And Pakistan," Hamedan TVI (Iran), MEMRI, May 7, 2021, https://www.memri.org/tv/irgc-general-mazaher-majidi-iran-retaliated-against-israel-weapons-factory-atomic-facilities-oil-refinery-hizbullah-like-forces.

186. Matthew Levitt, "'Fighters Without Borders': Forecasting New

PX700

Trends in Iran Threat Network Foreign Operations Tradecraft,"
*CTC Sentinel*, February 2020, https://www.washingtoninstitute.
org/policy-analysis/fighters-without-borders-forecasting-new-
trends-iran-threat-network-foreign.

187. Erika Soloman, "Lebanon's Hizbollah and Yemen's Houthis open
up on links," *Financial Times*, May 8, 2015. https://www.ft.com/
content/e1e6f750-f49b-11e4-9a58-00144feab7de.

188. "Sayyed Nasreallah: Suleimani Revenge Is Long Track, Trump
Biggest Liar in History of U.S. Presidency," *al-Manar*, January 12,
2020, https://english.almanar.com.lb/913904.

189. Matthew Levitt, "Fighters without Borders—Forecasting New
Trends in Iran Threat Network Foreign Operations Tradecraft,"
*CTC Sentinel*, February 2020, https://www.washingtoninstitute.
org/policy-analysis/fighters-without-borders-forecasting-new-
trends-iran-threat-network-foreign.

PX700





PX703

# Mahdi Army



**AT A GLANCE**
**Overview**
**Organization**
**Strategy**
**Major Attacks**
**Interactions**
**Maps**

**HOW TO CITE**
Mapping Militant Organizations. "Mahdi Army." Stanford University. Last modified May 2019.
https://cisac.fsi.stanford.edu/mappingmilitants/profiles/mahdi-army

**OVERVIEW**
The Mahdi Army, also known as the Jaysh al-Mahdi (JAM), is a Shiite militia led by Muqtada al-Sadr. The group was founded in 2003, and it was considered one of the most dangerous groups in Iraq until early 2008. In March 2008, the Iraqi Security Forces and coalition troops launched a major offensive against the Mahdi Army in Basra, which significantly undermined its capacity. After signing a ceasefire agreement with the coalition forces in 2008, Sadr reoriented the Mahdi Army to focus on social services provision for the Shiite community. In 2010, Sadr again redirected the focus of many members of the Mahdi army, this time to the upcoming parliamentary elections, before stepping out of the public eye in 2013. Then, in June 2014, he reemerged to revive the Mahdi Army in order to join the fight against the Islamic State and changed its name to the Peace Brigades. The Peace Brigades have been active in politics in recent years under the guidance of Sadr; Sadr's coalition won the most seats in the 2018 Iraqi primary elections.

## A. SUMMARY

**Formed:** April 2003

**Disbanded:** Active

**First Attack:** April 4, 2004: Members of the Mahdi Army carried out simultaneous attacks in Baghdad, Najaf, Kufa, and Amara, targeting American, Spanish, Salvadoran, and Iraqi coalition forces. Most of the casualties were the result of a clash between Mahdi Army militiamen and the Spanish garrison outside Najaf (35 killed, 200+ civilians, Mahdi Army fighters and coalition troops wounded).[1]

**Last Attack:** September 3, 2014: According to Peace Brigades Military Spokesman Ahmed al-Akili, the Peace Brigades (the successor organization to the Mahdi Army) and Iraqi Army soldiers killed over 30 Islamic State militants while retaking the Albu-Hasan district near Amerli (30+ killed, unknown wounded).[2]

## B. NARRATIVE SUMMARY

PX703

The Mahdi Army, also known as Jaysh al-Mahdi (JAM), was formed by Muqtada al-Sadr in June 2003 in response to the U.S. invasion of Iraq.[3]  Muqtada al-Sadr was the son of Grand Ayatollah Mohammed Sadiq al-Sadr, who founded the prominent Sadrist Movement in the 1980s, a vehemently nationalist political movement popular among Iraq's Shiite lower class. Mohammed Sadiq al-Sadr was assassinated in 1999, presumably by the Hussein regime. After his father's death, Muqtada al-Sadr succeeded him as the leader of the Sadrists as well as one of the most powerful and respected Shiite clerics in Iraq.[4] Following the U.S. invasion in 2003, Sadr called upon the Sadrists to join his new militia, the Mahdi Army, with the goal of expelling the U.S. coalition from Iraq and establishing an Iraqi Shiite government. Some of the group's initial three hundred fighters were recruited in Kuwait and Saudi Arabia. Together with their Iraqi counterparts, these militants were sent to Hezbollah camps in Lebanon for training.[5]

The Mahdi Army remained relatively unknown until April 2004 when its fighters clashed with American troops in the southern Iraqi city of Najaf.[6]  During the uprising, the Mahdi Army took control of Kut, Najaf, and parts of Basra before agreeing to a ceasefire with coalition forces in May 2004.[7] However, by August, the Mahdi Army had once again begun to target coalition forces.[8]  Over the following years, the group came to be viewed in many areas of Iraq as even more dangerous than Al Qaeda in Iraq and as second only to the U.S. forces in military strength.[9]

Although the Mahdi Army continued to focus its efforts on expelling U.S. troops from Iraq, Sadr also quietly backed several candidates in the 2005 Iraqi parliamentary elections. Sadr instructed the elected Sadrists to join the Iraqi Union Alliance coalition, which included the Daawa Party and the Supreme Council for the Islamic Revolution in Iraq (SCIRI). The Sadrists' participation was crucial to the success of the coalition and ultimately resulted in the ascension of Nouri al-Maliki as prime minister.[10] However, Sadr and Maliki were often at odds, and, by 2006, Sadr and the Mahdi army had begun to openly oppose the Iraqi government.[11]

During the period from roughly 2004 to 2007, accusations began to surface that the Mahdi Army was targeting Sunni Iraqis and stoking sectarian violence.[12] Sadr always denied running "death squads" that targeted Sunni civilians; however, the Mahdi Army, or at least rogue elements within it, was reportedly very active in the sectarian violence of 2006-2007.[13] During the sectarian strife, the 2006 and 2007 bombing of the Shiite Golden Mosque rallied the Shiite community around Sadr and the Mahdi Army. These shocks led to a growth in popularity for the Mahdi Army and provided opportunities for recruitment.[14]

Despite an increase in popularity following the Golden Mosque bombings, the group's provocation of a series of bloody skirmishes in early 2007 tarnished the Mahdi Army's reputation among even its Shiite supporters, which eventually forced Sadr to re-orient the group. This turning point occurred in August 2007 following a violent clash in Karbala between the Mahdi Army and another Shiite militia, the Badr Organization, in which 50 Shiite pilgrims were killed.[15] The Mahdi Army was blamed for the casualties. In light of the group's already tainted reputation as an instigator of sectarian violence, Sadr ordered his supporters to lay down their arms.[16] However, not all Mahdi Army members followed Sadr's order, and individual units began to operate independently.[17] Thus, the Mahdi Army split into the "noble" Mahdi Army and the "rogue" Mahdi Army. The noble Mahdi Army followed Sadr's ceasefire command and continued to obey his orders, while the rogue Mahdi Army continued to fight despite Sadr's orders. These rogue elements became known as the "Secret Cells" or "Special Groups."[18] It is unclear what became of the "rogue" Mahdi Army, although there is some evidence to suggest that it fragmented and merged with other existing militant organizations.

Sadr's inability to control his own organization was not a new phenomenon. As early as 2004, many Mahdi Army commanders had begun to self-finance when Sadr stopped receiving funds from his Iranian

PX703

mentor, Grand Ayatollah Kazem Husseini Haeri.[19] Additionally, in 2006 Qais al-Khazali, the leader of a military unit within the Mahdi Army, split from the larger organization and restructured his unit into Asa'ib Ahl al-Haq (AAH). AAH remained a prominent radical Shiite militant group in Iraq through January 2012 and was closely tied with the Iranian Quds Force, from which it received the majority of its funding.[20]

In late 2007 or early 2008, Sadr went into self-imposed exile in Qom, Iran. He resumed his clerical studies and continued to direct the Mahdi Army from afar.[21] On Sadr's orders, the group returned to military action in February 2008. This reemergence provoked a massive Iraqi Security Force offensive against Mahdi Army elements in Basra on March 26, 2008. Over 30,000 Iraqi Security Force troops were involved in the operation, and over 600 civilians and combatants were killed within the first few days of hostilities alone. The fighting ground to a stalemate, and Sadr finally agreed to an Iran-brokered ceasefire agreement on March 31, 2008. By the time hostilities ceased, over 2,000 Mahdi Army fighters had been killed.[22]

Following the 2008 ceasefire, Sadr reorganized the Mahdi Army into two distinct sub-groups: the non-violent Mumahidoon, which provided social services to Shiite communities; and the Promised Day Brigades (PDB), which served as a small elite military branch under the charge of Sadr. The majority of the Mahdi Army's members were reassigned to staff the Mumahidoon.[23] The Mumahidoon provided a wide range of services to Shiite communities in the suburbs of Baghdad and throughout Southern Iraq. There services included Koranic lessons, the organization of soccer teams, neighborhood reconstruction, and trash collection.[24] Nonetheless, members of Mumahidoon remained willing to take up arms again if ordered by Sadr.[25] The PDB was prohibited from attacking Iraqi citizens or Iraqi troops but did continue to assail U.S. forces through 2011. Credible information on the PDB's attacks on American forces is sparse; however, it is clear that the frequency of the attacks increased in the lead up the U.S. withdrawal in 2011.[26]

In preparation for the 2010 national elections, Sadr shifted the Mahdi Army's focus yet again, this time towards politics. From Iran, he reassigned the majority of Mumahidoon members to positions in his Iraqi National Alliance Party, the main Sadrist party running in the 2010 parliamentary elections.[27] In doing so, Sadr greatly weakened the social service provision capabilities of the organization. Regardless, the elections were a relative success for the Sadrists; the Iraqi National Alliance party won 40 out of 325 seats in the Iraqi parliament.[28] At the urging of Iran, Sadr and his Iraqi National Alliance party agreed to enter Maliki's coalition, even though they had violently opposed him from 2006-2008.[29] The party's support for Maliki ensured him a second term as Prime Minister, and the Sadrists won 8 out of the 32 cabinet seats in the new government.[30]

Sadr returned to Iraq in January 2011. With a newfound stake in the Maliki regime, he prohibited his followers from joining anti-government protests in February 2011.[31] However, Sadr's attitude toward Maliki had changed by September 2011. Sadr began holding small anti-Maliki rallies after becoming frustrated with what he viewed as Maliki's divisive policies and tyrannical tendencies. By December 2011, Sadr had reverted to openly opposing the Maliki government and called for new elections. [32]

On August 6, 2013, Sadr shocked his supporters and critics alike when he announced that he would retire from political activity and dismantle the Mahdi Army. It remains unclear what precipitated this proclamation. Despite the Mahdi Army's official demobilization, its members continued to follow Sadr, and the Sadrist movement remained prominent in Iraqi politics.[33] In June 2014, Sadr reversed his decision to dissolve the Mahdi Army. After the fall of Mosul to the Islamic State, Sadr called upon his supporters once again and reformed the Mahdi Army under a new name, the Peace Brigades (Saraya al-Salam).[34]

PX703

The Peace Brigades made its first public appearance on June 22, 2014, when hundreds of former Mahdi Army fighters outfitted in fatigues and brandishing assault rifles paraded down the streets of Sadr City.[35]

At its inception, the Peace Brigades had two main aims: the defeat of the Islamic State (IS) and the resignation of Prime Minister Nouri al-Maliki.[36] The latter of these goals was accomplished in the summer of 2014 when Maliki was replaced as Prime Minister by Haider al-Abadi, to whom Sadr quickly pledged his support. Since Abadi's ascension to power, the Peace Brigades worked closely with the ISF in the fight against IS.[37] Together, the alliance recaptured much of the Jurf al-Sakhar region. Additionally, it secured the city of Samarra in the Salah Ad Din province against an IS offensive in the winter of 2014-2015.[38]  In addition to its cooperation with the ISF, the Peace Brigades also joined several other Shiite militias in the fight against IS as a part of the Popular Mobilization Forces (PMF).[39] After several incidents of Shiite militias massacring Sunni civilians in February 2015, Sadr withdrew the Peace Brigades from the front lines. There was no evidence, however, that the Peace Brigades participated in the sectarian killings. In March 2015, Sadr once again deployed the Peace Brigades, this time to aid government soldiers in their offensive to retake Tikrit from IS.[40]

Although the Peace Brigades were allied with the Iraqi Government and hence indirectly cooperated with the United States in the fight against IS, tensions still existed between the Peace Brigades and U.S. forces; Sadr was a strong advocate for Iraqi sovereignty and against interference from the U.S. in Iraqi affairs.[41] In September 2014, Sadr ordered the Peace Brigades to withdraw from the front lines if the U.S. continued to intervene in the conflict.[42] The U.S. ignored Sadr's warning, and the Peace Brigades nevertheless remained at the front.[43] In May 2015, Sadr again threatened the U.S., this time warning that the Peace Brigades would attack U.S. personnel inside Iraq if the U.S. House of Representatives passed a bill authorizing direct aid to the Kurdish Peshmerga. The bill was passed, but there were no reports of attacks on U.S. forces by the Peace Brigades.[44]

In January 2016, Sadr reentered Iraqi politics. He called on Iraqi Prime Minister Haider al-Abadi to reform his government. Sadr demanded that the cabinet be comprised of skilled technocrats rather than career politicians, that the government absorb the Shiite militias—including the Peace Brigades— into the Iraqi Army, and that it "allocate a share for each Iraqi citizen from the oil revenues" collected by the Iraqi state.[45] Sadr gave Abadi a 45-day deadline to meet these demands. If these demands were not met, Sadr threatened to order his supporters to storm the Green Zone, a four mile strip encompassing Saddam Hussein's former palace, Iraqi government buildings, the U.S. Embassy, and several other American complexes. To underscore his threat, hundreds of thousands of Sadr's supporters set up a sprawling protest camp just outside the fortified walls of the Green Zone.[46]  When the deadline passed in early March 2016, Sadr himself strode into the Green Zone and declared that he was ready to sacrifice his life for the people's demands.[47]  He proceeded to set up a protest tent in the middle of the Green Zone where he remained for five days until Prime Minister Abadi announced that he had formed a new cabinet. Deeming his requests to have been sufficiently met, Sadr dispersed the protest camp.[48]

Since the end of his protest, Sadr and his Peace Brigades have engaged in various military and political activities. In May 2016, Sadr announced that the Peace Brigades were preparing to participate in an offensive to retake Mosul from the Islamic State and that his militias would target any U.S. forces participating in the offensive. It is unclear if Sadr's militias subsequently attacked U.S. forces.[49] In October 2016, Sadr attended a reconciliation meeting with the leaders of the Badr Organization, Asa'ib Ahl al-Haq, and Kata'ib Hezbollah in order to create a unified Shiite political alliance prior to Iraq's parliamentary elections.[50] In May 2018, Sadr's political alliance between the Sadrist Movement and Iraq's Communist Party, called the Sairoon Alliance, won the most seats out of any coalition in the Iraqi parliamentary elections.[51]

## ORGANIZATIONAL STRUCTURE

4

PX703

## A. LEADERSHIP

- **Muqtada al-Sadr** (June 2003 to Unknown): Moqtada al-Sadr is one of the most powerful Shiite clerics in Iraq and is the founder of the Mahdi Army. He has led the Mahdi Army since forming it in June 2003 and has been the architect of the group's many reorganizations and goal changes. He is also the leader of the Sadrist political movement and enjoys widespread personal support among Iraq's Shiite lower class.[52] He guided the Sairoon political alliance to victory in the 2018 parliamentary elections.[53]

- **Hazim al-Araji** (Present to Unknown): Araji is a senior aid to Muqtada al-Sadr. Sadr appointed him to be one of the leaders of the Mumahidoon when it was created in 2008.[54]

## B. NAME CHANGES

As the mission of the Mahdi Army has changed and evolved over the last decade, the group took on a series of different names. The Mahdi Army is also frequently referred to by its Arabic name, Jaysh al-Mahdi (JAM). While the names listed below represent the official name changes of the group as stated by its leadership, it has also been known as the Mahdi Army/JAM throughout its existence.[55]

- June 2003: The Mahdi Army. The Mahdi Army was formed by Muqtada al-Sadr in June 2003 in response to the U.S. invasion of Iraq.
- 2008: The Mumahidoon. Following the 2008 ceasefire with the Iraqi government, Sadr completely rebranded a large segment of his organization as the Mumahidoon, or "the Ones who Pave the Path," and focused on social service provision.[56]
- 2008: The Promised Day Brigades. When Sadr created the Mumahidoon, he also retained a small group of fighters for an elite "special forces" unit, which he named the Promised Day Brigades.[57]
- June 2014: The Peace Brigades (Saraya al-Salam). When Sadr restarted the Mahdi Army in 2014 to fight IS, he renamed the group the Peace Companies, usually mistranslated in English as the Peace Brigades.[58] The name change was likely an attempt to distance the revived Mahdi Army from the tarnished reputation it had earned during the bloody sectarian conflict in 2006-2007.[59]

## C. SIZE ESTIMATES

- April 2003: 300 (Long War Journal)[60]
- January 2004: 500-1000 trained fighters, 5,000-6,000 additional (GlobalSecurity.org)[61]
- April 2004: 3000 (FDCH Regulatory Intelligence Database)[62]
- June 2004: 6000-10000 (GlobalSecurity.org)[63]
- July 2006: 10,000 (Associated Press)[64]
- December 2006: 60,000 (BBC News)[65]
- January 2007: 60,000 (Council on Foreign Relations)[66]
- August 2008: 15,000 (United Press International)[67]
- June 2014: 10,000 (AlJazeera)[68]
- June 2014: 50,000 (The Telegraph)[69]
- June 2014: 20,000 (Alalam)[70]
- December 2017: 18,000 (Wilson Center)[71]

## D. RESOURCES

Although some of the initial recruitment for the Mahdi Army took place in Saudi Arabia and Kuwait, the vast majority of the Mahdi Army's members are Iraqi.[72]  In the group's early days, recruiters targeted young men near Shiite mosques and told them that they would be helping to defend their country against American invaders if they joined the organization.[73]  The group was particularly successful in attracting

PX703

young, unemployed men who had seen no benefit from "liberation" and were less secure than prior to the 2003 invasion.[74] The Mahdi Army saw a significant increase in their recruitment success after the Golden Mosque in Samarra was bombed in February 2006.[75] They were able to use the incident to portray themselves as the defenders of the Shiite faith in Iraq.[76]

Although Sadr has denied receiving Iranian aid, U.S. intelligence suspects that the Iranian Quds Force has supplied the Mahdi Army with weapons and financing.[77] At the very least, Iran harbored Sadr in Qom, allowing him to run Mahdi Army operations from their territory from 2008-2011.[78] Additionally, the Mahdi Army has received significant funding from individual Iranian patrons, most notably Grand Ayatollah Kazem Husseini Haeri, a mentor of Sadr's.

The Mahdi Army has also used extortion, car theft, weapons trafficking, the sale of armed protection to businesses, and kidnapping to finance its operations.[79] In the past, the Mahdi Army was involved in everything from the housing market (i.e., collecting rent from squatters) to electric power distribution in areas where the group had a strong presence (i.e., turning power on and off in various sectors).[80] They used the revenue from these practices to build a sophisticated weapons arsenal. In the two weeks following the 2008 ceasefire, the Iraqi Army found nearly 100 weapon caches belonging to the Mahdi Army.[81] Equipment found included "deadly explosively formed projectile roadside bombs, explosives, mortars, land mines, rockets, anti-aircraft rockets, rocket propelled grenades, hand grenades, mortar tubes, rocket launchers, AK-47s, sniper rifles, ammunition, and other bomb making materials and weapons."[82] There were 251 devices classified as either medium or heavy weaponry.[83]

### E.  GEOGRAPHICAL LOCATIONS

The Mahdi Army operated entirely within Iraq, mostly in Shiite districts within Baghdad and to the south.[84] Its historic strongholds include Sadr City, Najaf, and Basra. Since its re-formation in 2014, the Peace Brigades has extended its operations further to the west and north of the country in order to combat the Islamic State (IS). Specifically, the group has fought IS in Jurf al-Sakhar in the Babil province and in Samarra in the Salah Ad Din province.[85] In May 2016, Sadr announced that the Peace Brigades would participate in the offensive to retake Mosul from IS.[86] The group engaged in limited military activity between 2016-2018; however, the Peace Brigades did participate in the 2018 Iraqi elections.[87]

## STRATEGY
### A.  IDEOLOGY & GOALS

The Mahdi Army is a Twelver Shiite organization. In Islamic theology, the Mahdi is an apocalyptic figure who will assist Christ in preparing the world for the Yaum al-Qiyamah, or Judgment Day.[88] While Sunnis and other Shiite schools of Islam believe that the Mahdi has yet to arrive, the Twelver school of Shiite Islam believes that the Mahdi is a historical figure already on earth.[89] According to this theology, the Mahdi was the Twelfth Imam, Muhammad al-Mahdi, who disappeared in 873 but who still lives unseen among us, waiting to reappear at the end of days.[90]

In addition to its strong Shiite identity, the Mahdi Army is vehemently nationalist and populist.[91] It was formed in large part as a response to the U.S. occupation of Iraq in 2003 and fought against coalition forces until their withdrawal from Iraq in 2011.[92]

The goals of the Mahdi Army have evolved as the political landscape of Iraq has shifted over the past decade. The organization's original goal was the expulsion of coalition troops from Iraq.[93] However, after its 2008 ceasefire with the coalition forces and Iraqi government, Sadr created the Mumahidoon and reoriented the group towards social service provision.[94] Prior to the 2010 elections, Sadr again redefined the group's mission, focusing its efforts on building mainstream political support for his nationalist Shiite

PX703

agenda.[95]  Despite winning a prominent place in the Maliki Government in 2010, Sadr's disillusionment with the Maliki government grew throughout 2011 and eventually Sadr called for new elections and Maliki's resignation.[96]  With the rise of IS and the ousting of Maliki in 2014, the Mahdi Army again switched its aim, this time to defeating IS.[97] In addition to its military activities, Sadr and his Mahdi Army have also pivoted to adopt a larger role in Iraqi politics. (See Political Activities section below.)

### B.  POLITICAL ACTIVITIES

The Mahdi Army has roots in the Sadrist Movement, a nationalist Shiite political movement started by Muqtada Sadr's father, Mohammed Sadiq al-Sadr, during the Hussein regime.[98] Moqtada al-Sadr succeeded his father as the movement's leader in 1999, and the Sadrists have been closely tied to the Mahdi Army since its formation in 2003.[99]  Despite his previous opposition to Shiite parties such as the Daawa Party and the Supreme Council for the Islamic Revolution in Iraq (SCIRI), Sadr choose to join these groups in the United Iraqi Alliance coalition for the 2005 elections.[100] The Sadrist bloc's support was crucial to the coalition's victory in the election.[101] In return for backing Nouri al-Maliki in the coalition, Sadr ensured that his followers received several powerful positions in the cabinet.[102]

However, tensions between the Maliki Government and Sadr quickly arose, culminating in the Iraqi Security Forces' (ISF) 2008 offensive against the Mahdi Army in Basra. By this time Sadr had already fled to Iran, from where he reorganized the Mahdi Army first into a social service provision group and subsequently into a political party focused on the upcoming 2010 parliamentary elections.[103] In order to complete this reorganization, Sadr reassigned many Mahdi Army members to political roles in his Iraqi National Alliance party, the main Sadrist party in the 2010 election.[104] The Iraqi National Alliance party won 40 out of the 325 seats in the Iraqi parliament, making it a key coalition building party.[105] Sadr toyed with the idea of supporting Maliki's opposition; however, at the urging of Iran, he allied with Maliki. Maliki won the premiership, and Sadrists earned 8 of the 32 cabinet seats.[106] However, by 2011, Sadr once again began to oppose Maliki and called for the dissolution of the parliament and new elections.[107]

On August 6, 2013, Sadr surprised many when he announced that he was retiring from political activity.[108] Although the Mahdi Army was officially disbanded, the Sadrists continued to play a prominent role in the government and signaled their readiness to rearm if Sadr called upon them to do so. Sadr did just this following IS's conquest of Mosul in June 2014. At this time, Sadr returned from retirement and announced the remobilization of the Mahdi Army, which was now to be called the Peace Brigades.[109]

In January 2016, Sadr reentered Iraqi politics. He called on Iraqi Prime Minister Haider al-Abadi to reform his government. Sadr demanded that the cabinet be comprised of skilled technocrats rather than career politicians, that the government absorb the Shiite militias—including the Peace Brigades— into the Iraqi Army and that it "allocate a share for each Iraqi citizen from the oil revenues" collected by the Iraqi state.[110]  Sadr gave Abadi a 45-day deadline to meet these demands, after which time Sadr threatened to order his supporters to storm the Green Zone. The deadline passed in early March 2016, and Sadr joined the large protest organized by his supporters to pressure Prime Minister Abadi. Within days, Abadi announced that he had formed a new cabinet. Deeming his requests to have been sufficiently met, Sadr dispersed the protesters.[111]

Since then, Sadr has continued to engage in political activity. In October 2016, Sadr attended a reconciliation meeting with the leaders of the Badr Organization, Asa'ib Ahl al-Haq, and Kata'ib Hezbollah in order to create a unified Shiite political alliance prior to Iraq's parliamentary elections.[112] Additionally, in May 2018, Sadr's political alliance between the Sadrist Movement and Iraq's Communist Party, called the Sairoon Alliance, won the most seats out of any coalition in the Iraqi parliamentary elections.[113]

PX703

## C.  TARGETS & TACTICS

From 2004 to 2011, the Mahdi Army focused its attacks on coalition forces in an effort to compel them to withdraw from Iraq.[114] Although the majority of Mahdi Army fighters were poorly trained and equipped only with AK-47s, the group was adept at using Explosively Formed Projectiles/Penetrators (EFPs) and Improvised Rocket Assisted Mortars (IRAMs).[115] Their most effective weapons, however, were Improvised Explosive Devices (IEDs); in the period from January 2007 to June 2008 alone, there were over 1,500 Mahdi Army IED attacks on coalition forces.[116] These devices ranged from simple homemade explosives to sophisticated mines that used infra-red sensors as triggers—an innovation originally used by the Irish Republican Army (IRA).[117]

Although Sadr has always denied the Mahdi Army's participation in sectarian violence, the group reportedly often attacked Sunni Iraqis, especially in the period from 2004-2007. It appears that the Mahdi Army largely targeted Sunni militant groups, though there were also reports of Mahdi Army fighters beating, raping, and killing Sunni civilians.[118] After capturing territory, the Mahdi Army often forced Sunni residents to relocate and dumped bodies of Sunni fighters in Sunni neighborhoods as a fear tactic.[119] In places where Mahdi Army territory remained a mix of Sunni and Shiite citizens, Sunnis were often denied resources, such as gasoline.[120] There is also evidence that the Mahdi Army sponsored death squads during the sectarian civil violence in 2006-2007 that targeted Sunni neighborhoods in and around Baghdad, apparently with the aim of driving the Sunni civilians from their land.[121] However, it is unclear whether top Mahdi Army commanders actively sponsored this sectarian violence or whether it was the work of rogue commanders outside Sadr's control.[122]

After the creation of the Mumahidoon in 2008, the Mahdi Army moved away from armed resistance and instead focused on social service provision. The Mumahidoon provided local Shiite populations with Koranic lessons, recreational soccer teams, neighborhood reconstruction, and trash collection.[123]  At the same time, Sadr also ran the Promised Day Brigades, which was a more highly trained and better-equipped military force than the regular Mahdi Army had been.[124] Sadr asserted careful control over the Promised Day Brigades, limiting their targets to the coalition forces and enacting strict punishments attacks on civilians or Iraqi Security Forces.[125] Like the Promised Day Brigades, the rebranded Peace Brigades have appeared to have a higher level of training than the original Mahdi Army.[126]

## MAJOR ATTACKS

Disclaimer: These are some selected major attacks in the militant organization's history. It is not a comprehensive listing but captures some of the most famous attacks or turning points during the campaign.

1.  April 4, 2004: The Mahdi Army coordinated attacks in Sadr City, Najaf, Kufa, and Amara, killing at least 35 coalition troops and wounding over 200 more. This was the first major attack by any Shiite militia against the American-led coalition (35 killed, 200+ civilians, Mahdi Army fighters and coalition troops wounded).[127]
2.  August 13, 2004: Mahdi Army members kidnapped an American journalist and his Iraqi translator in Nasiriyah, the capital of the Dhi Qar province. The two hostages were released nine days later (0 killed, 0 wounded).[128]
3.  November 2004: The group engaged in a three week battle against American forces over an important Shiite shrine in Najaf (200+ killed, unknown wounded).[129]
4.  October 27, 2005: A group of Mahdi Army militiamen set several homes northeast of Baghdad on fire (20 killed).[130]
5.  August 28, 2006: The Mahdi Army clashed with Iraqi soldiers in Diwaniya (28 killed, 70 wounded).[131]

PX703

6. October 20, 2006: The group attacked Iraqi police stations in Amara following the arrest of a senior member of the Mahdi Army (15 killed, 90 wounded).[132]

7. May 16, 2007: Mahdi Army fighters attacked the Nasiriyah mayor's office with mortars and explosives. Militants also launched rocket propelled grenades (RPGs) at a police officer's home nearby. The attacks followed the arrest of two Mahdi Army militiamen the night before (12 killed, 75 wounded).[133]

8. June 2007: The Mahdi Army launched a series of attacks targeting Sunnis in Baghdad in an effort to force Sunni citizens to relocate away from predominantly Shiite neighborhoods (unknown casualties).[134]

9. August 2007: Mahdi Army members engaged in a firefight in Karbala against the Badr Organization, which resulted in the deaths of 50 Shiite pilgrims and injured over 200 more. Over 300 militants were arrested in conjunction with the violence and the Mahdi Army was largely blamed for the incident (50 killed, 300 wounded).[135]

10. August 2007: According to the Iraqi government, the Mahdi Army was responsible for the deaths of the governors of the Muthanna and Qadisiyah provinces, who were killed in two separate roadside bombings. The group denied any culpability (6 killed, Unknown wounded).[136]

11. October 2007: Following the assassination of a Mahdi Army commander, the group clashed with the Iraqi military and police in Basra. The Mahdi Army was in full control of the city and had captured 50 soldiers and police officers by the time fighting ceased (4 killed, 10 wounded).[137]

12. October 28, 2007: A brigade within the Mahdi Army took 11 Sunni and Shia tribal leaders hostage in northern Baghdad. The hostages were freed by the Iraqi Army in the following days (0 killed, 0 wounded).[138]

13. March 2008: Over the course of several weeks, Iraqi Security Forces attempted to wrest control of Basra from the Mahdi Army. There were retaliatory attacks by the Mahdi Army in Sadr City and throughout Baghdad. Ultimately, the Iraqi Security Forces were successful in taking control of the city from the Mahdi Army and in largely disarming the group in the region (2000 Mahdi Army members killed, 1000+ wounded).[139]

14. June 17, 2008: The Mahdi Army detonated a car bomb in a Shia neighborhood in Baghdad. Al Qaeda in Iraq was initially blamed for the attack (51 killed, 80 wounded).[140]

15. January 2, 2010: A Promise Day Brigade sniper shot a U.S. soldier, as seen in a video released by the group (1 killed, 0 wounded).[141]

16. September 3, 2014: According to Peace Brigades Military Spokesman Ahmed al-Akili, the Peace Brigades and Iraqi Army killed more than 30 Islamic State militants while retaking the Albu-Hasan district near Amerli (unknown casualties ).[142]

## INTERACTIONS

### A. DESIGNATED/LISTED

The Mahdi Army is not designated as a foreign terrorist organization by the United States, United Nations, or European Union.

### B. COMMUNITY RELATIONSHIPS

The Mahdi Army for the most part has had a positive relationship with the Iraqi Shiite population because of social services it has provided to them. Even before the establishment of the Mumahidoon in 2008, the Mahdi Army was engaged in public service provision.[143]  For example, in 2004, the Mahdi Army provided religious courts for resolving disputes, police patrols, and town councils for gaining popular input on social program planning in the areas the group controlled .[144]

The Mahdi Army has always been popular in Sadr City, a suburb of Baghdad named for Muqtada al-Sadr's father.[145]  In Sadr City, the group gained even greater popularity when it helped coordinate and execute reconstruction programs funded by the over $41 million grant given to the city by the Shiite

PX703

government in 2007.[146]  As one resident of Sadr City put it, the group "is an army of volunteers… They are clerics at night and heroes during the day. […] This army is a helping society. They clean the streets, protect our schools and distribute fuel and gas."[147]

However, as security in Iraq slowly improved over time, some communities became disillusioned with the corruption and "thug-like behavior" of the Mahdi Army.[148]  The group became known for its "crime, robberies, murders, and rapes," as well as for kidnapping both Sunnis and Shiites for ransom.[149]  In one Shiite neighborhood in Baghdad, residents were forced to pay over 3,000 Iraqi dinars to the local Mahdi Army in return for its protection.[150] As sectarian violence escalated, many citizens felt they were paying for protection from a problem of the Mahdi Army's own making.[151]

## C.  RELATIONSHIPS WITH OTHER GROUPS

The Mahdi Army has been tied to Hezbollah since its inception. In April 2003, many of the Mahdi Army's initial members were sent to Hezbollah camps for training.[152] On August 21, 2007, in an interview with *The Independent*, Sadr admitted to working closely with Hezbollah.[153]  He stated, "we have formal links with Hezbollah, we do exchange ideas and discuss the situation facing Shiites in both countries."[154]  The following day, Sadr's spokesman claimed the interview was fabricated, although he did not deny the connection with Hezbollah.[155]

Despite sharing a common ideology, the Mahdi Army has often politically and militarily clashed with the other major Shiite group in Iraq, the Badr Organization, which was closely affiliated with Nouri al-Maliki and his government.[156]  The most notable clash between the two groups occurred in October 2007, when a firefight between Mahdi Army and Badr Organization troops in Karbala resulted in the death of 50 Shiite pilgrims.[157] However, the groups have also experienced short periods of cooperation. For example, the Sadrists were a key component of Maliki's coalition following both the 2005 and 2010 parliamentary elections and were crucial to its success in both cases.[158]  However, shortly after both the 2005 and 2010 elections, Sadr's Mahdi Army and Maliki's Badr Organization reverted to open hostilities.[159]

Although occasionally at odds, the Mahdi Army, Asa'ib Ahl al-Haq, and Katai'b Hezbollah have had generally good relations. These groups released a joint statement against further U.S. intervention in Iraq on September 15, 2014, and they have often coordinated their efforts to protect Shiite neighborhoods.[160]  But whereas Asa'ib Ahl al-Haq and Katai'b Hezbollah are heavily financed and influenced by Iran and the Quds Force, the Mahdi Army is more nationalist and largely rejects Iranian interference in Iraqi affairs.[161]

The Mahdi Army has a history of conflict with Al Qaeda in Iraq and its successor group the Islamic State (IS).[162]  This opposition is not surprising given IS's hatred of Shiites and its brutal treatment of Shiite civilians. Following the IS takeover of Mosul, Sadr resurrected the Mahdi Army, now called the Peace Brigades, in order to combat IS.[163] The Peace Brigades joined several other Shiite militias in the fight against IS as a part of the Popular Mobilization Forces.[164] However, there appears to have been limited military activity involving the Peace Brigades and other groups between 2016-2018. The group remained politically active and participated in the 2018 Iraqi elections.[165] In May 2018, Sadr's political alliance between the Sadrist Movement and Iraq's Communist Party, called the Sairoon Alliance, won the most seats out of any coalition in the Iraqi parliamentary elections.[166]

## D.  STATE SPONSORS AND EXTERNAL INFLUENCES

Although Sadr studied in Iranian seminaries at several points in his life, his relationship with Iran was strained at best.[167]  Unlike the Kata'ib Hezbollah, Asa'ib Ahl al-Haqq, and the so-called "special groups," the Mahdi Army largely rejected Iranian influence (although it occasionally accepted Iranian aid).[168] This largely because the Sadrists, who formed the base of the Mahdi Army, believed that Iraq's Shiite Arabs,

PX703

rather than the "Persian interlopers," were the rightful leaders of the Iraqi Shiite community. In line with this belief, Sadrists have asserted that Iraq's government should put Iraqi interests first, regardless of the wishes of Iran.[169] Nevertheless, Iran has likely helped train, supply, and finance the Mahdi Army at various points in the group's history.[170] For instance, Iran harbored Sadr in Qom, allowing him to run Mahdi Army operations from their territory from 2007/2008 to 2011. Additionally, the Iranian Revolutionary Guard may have assisted Sadr in his efforts to reorganize the Mahdi Army during his exile. In return, Sadr acquiesced to Iran's insistence that he back Maliki in the 2010 parliamentary elections.[171]

There is also evidence that Hezbollah helped to train Mahdi Army fighters during the first years of the group's existence.[172] According to the U.S. military, 1,000-2,000 Mahdi Army troops visited Lebanon for extensive training with Hezbollah operatives in 2003.[173] The relationship between these two groups was largely facilitated by Iran, although Syrian officials may also have played a role.[174]

## Maps featuring Mahdi Army
- Iraq

---

[1] Burns, John F. "The Struggle for Iraq: Uprising." New York Times Online, 5 April 2004. Web. 27 June 2010.

[2] Amre Sarhan. "Shia paramilitary 'Peace Brigades' kill 30 IS fighters says Akili." IraqiNews, 4 Sept. 2014. Web. 7 July 2015.

[3] "Muqtada al-Sadr." Global Security.com, Date Unknown. Web. 21 July 2015.; "Profile: Moqtada Sadr." BBC NEWS, 19 Jan. 2012. Web. 9 July 2015.

[4] "Muqtada al-Sadr." Global Security.com, Date Unknown. Web. 21 July 2015.; Roggio, Bill, "Mugniyah Behind Establishment of Mahdi Army." The Long War Journal, 23 February 2008. Web. 10 July 2010.; "Profile: Moqtada Sadr." BBC NEWS, 19 Jan. 2012. Web. 9 July 2015."

[5] Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. 18 July 2014; Roggio, Bill, "Mugniyah Behind Establishment of Mahdi Army." The Long War Journal, 23 February 2008. Web. 10 July 2010.

[6] "Uprisings Against coalition Forces, 2004." Global Security, Date unknown. Web. 7 July 2015.

[7] Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. 18 July 2014.; "Uprisings Against coalition Forces, 2004." Global Security, Date unknown. Web. 7 July 2015.

[8] Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. 18 July 2014.

[9] Partlow, Joshua. "Mahdi Army, Not Al-Qaeda, is Enemy No. 1 in Western Baghdad." Washington Post, 16 July 2007. Web 8 July 2010.; "Mahdi Army." New York Times Online, 31 March 2010. Web. 26 June 2010.

[10] "Iraq's most powerful coalitions." AlJazeera, 4 March 2010. Web. 21 July 2015.; "Profile: Moqtada Sadr." BBC NEWS, 19 Jan. 2012. Web. 9 July 2015.

[11] "Profile: Moqtada Sadr." BBC NEWS, 19 Jan. 2012. Web. 9 July 2015.

[12] "Iraq's death squads: On the brink of civil war." Terrorism Monitor, The Jamestown Foundation, 10 April 2015. Web. 5 July 2015.

[13] McEvers, Kelly. "Sectarian Violence Rises Sharply in Iraq." NPR, 18 June 2013. Web. 21 July 2015

[14] "Rahimi, Babak. Second Samarra Bombing Strenghtens Status of Moqtasa al-Sadr."The Jamestown Foundation, Terrorism Focus 4(20): 27 June 2007.; "Iraq's death squads: On the brink of civil war." Terrorism Monitor, The Jamestown Foundation, 10 April 2015. Web. 5 July 2015.

[15] Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. 18 July 2014.; Rahimi, Babak. "The Return of Moqtada al-Sadr and the Revival of the Mahdi Army." The Combating Terrorism Center at West Point, 3 June 2010. Web. 18 July 2014.

[16] Wong, Edward, et al. "'shiite Cleric Wields Violence and Popularity to Increase Power in Iraq." The New York Times, 29 November 2005. Web. 10 July 2010.

[17] Wong, Edward, et al. "'shiite Cleric Wields Violence and Popularity to Increase Power in Iraq." The New York Times, 29 November 2005. Web. 10 July 2010.

PX703

[18] Roggio, Bill. "Mahdi Army Cell Leader Behind Deadly Baghdad Bombing." The Long War Journal, 18 June 2008. Web. 10 July 2010.; Roggio, Bill. "Attacking Sadr's Mahdi Army." The Long War Journal, 26 May 2007. Web. 8 July 2010.

[19] Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. 18 July 2014.

[20] Wyer, Sam. "Middle East Security Report 7: The Resurgence of Asa'ib Ahl al-Haq." The Institute for the Study of War, December 2012. Web. 6 August 2014.

[21] Rahimi, Babak. "The Return of Moqtada al-Sadr and the Revival of the Mahdi Army." The Combating Terrorism Center at West Point, 3 June 2010. 18 July 2014.; Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. 18 July 2014.

[22] Cordesman, Anthony H. & Mausner, Adam. "Iraqi Force Development." CSIS, 2008. Web. 21 July 2015.; Rahimi, Babak. "The Return of Moqtada al-Sadr and the Revival of the Mahdi Army." The Combating Terrorism Center at West Point, 3 June 2010. 18 July 2014.; Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. 18 July 2014.

[23] Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. 18 July 2014.

[24] Arango, Tim. "sadr's Path Could Determine How Iraq Turns." The New York Times, 21 September 2011. 16 October 2011.; Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War June 2009. Web. 18 July 2014.

[25] Arango, Tim. "sadr's Path Could Determine How Iraq Turns." The New York Times, 21 September 2011. 16 October 2011.; Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War June 2009. Web. 18 July 2014.

[26] Porter, Gareth, "What is Sadr's Game on Future U.S. Troop Presence?" IPS News, 14 July 2011. Web. 12 June 2012.; Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. Web. 18 July 2014.

[27] "Profile: Moqtada Sadr." BBC NEWS, 19 Jan. 2012. Web. 9 July 2015.

[28] Rahimi, Babak. "The Return of Moqtada al-Sadr and the Revival of the Mahdi Army." The Combating Terrorism Center at West Point, 3 June 2010. 18 July 2014.; "Profile: Moqtada Sadr." BBC NEWS, 19 Jan. 2012. Web. 9 July 2015.

[29] "Rowdy welcome in Najaf for Shia cleric Moqtada Sadr." The BBC, 6 January 2011. Web. 22 July 2014.; BBC. "Main Iraq Shia coalition nominates Nouri Maliki for PM." The BBC, 1 October 2010. Web. 22 July 2014.

[30] Rowdy welcome in Najaf for Shia cleric Moqtada Sadr." The BBC, 6 January 2011. Web. 22 July 2014.; BBC. "Main Iraq Shia coalition nominates Nouri Maliki for PM." The BBC, 1 October 2010. Web. 22 July 2014.

[31] Sarhan, Saad & Davis, Aaron C. "Cleric Moqtada al-Sadr returns to Iraq after self-imposed exile." The Washington Post, 6 Jan. 2011. Web. 21 July 2015.; "Rowdy welcome in Najaf for Shia cleric Moqtada Sadr." The BBC, 6 January 2011. Web. 22 July 2014.; BBC. "Main Iraq Shia coalition nominates Nouri Maliki for PM." The BBC, 1 October 2010. Web. 22 July 2014.; Arango, Tim. "sadr's Path Could Determine How Iraq Turns." The New York Times, 21 September 2011. Web. 16 October 2011.

[32] Schmidt, Michael S.; Healy, Jack. "In Blow to Government, Sadr Followers Call For New Elections." New York Times, 26 December 2011. Web. 23 July 2014.; Arango, Tim. "sadr's Path Could Determine How Iraq Turns." The New York Times, 21 September 2011. Web. 16 October 2011.

[33] Sadah, Ali Abel. "Sadr Reconsiders Political Role, Mahdi Army." Al-Monitor (trans. Sahar Ghoussoub), 28 August 2013. Web. 18 July 2014.

[34] Morris, Loveday. "Shiite 'peace brigades' send signal of aggression with major rally in Baghdad." New York Times, 22 June 2014. Web. 22 July 2014.

[35] Morris, Loveday. "Shiite 'peace brigades' send signal of aggression with major rally in Baghdad." New York Times. 22 June 2014. 22 July 2014.

[36] "Iraq's Sadr calls for emergency government: leader of powerful Shia group Mahdi army says "new faces" needed to tackle ISIL-led Sunni rebellion in country's north." Al Jazeera,27 June 2014. Web. 18 July 2014.

[37] Morris, Loveday & Salim, Mustafa. "Iraqi Shiite cleric recalls militiamen in fight against Islamic State." The Washington Post, 17 Feb. 2015. Web. 7 July 2015.

[38] Morris, Loveday &Salim, Mustafa. "Iraqi Shiite cleric recalls militiamen in fight against Islamic State." The Washington Post, 17 Feb. 2015. Web. 7 July 2015.; Hameed, Saif. "Iraq's Sadr readies militia to fight for Samarra." Reuters, 11 December 2014. Web. 7 July 2015.; "Peace Brigades (Mahdi Army formerly) attacking ISI." Liveleak, 26 July 2014. Web. 7 July 2015.

PX703

[39] Nada, Garrett, and Mattisan Rowan. "Part 2: Pro-Iran Militias in Iraq." Wilson Center. May 03, 2018. Accessed May 02, 2019. https://www.wilsoncenter.org/article/part-2-pro-iran-militias-iraq.

[40] Morris, Loveday &Salim, Mustafa. "Iraqi Shiite cleric recalls militiamen in fight against Islamic State." The Washington Post, 17 Feb. 2015. Web. 7 July 2015.

[41] El-Ghobashy, Tamer, and Mustafa Salim. "Public Enemy or Savior? An Iraqi City Could Reveal the True Moqtada Al-Sadr." The Washington Post. July 04, 2018. Accessed June 12, 2019. https://www.washingtonpost.com/world/public-enemy-or-savior-an-iraqi-city-could-reveal-the-true-moqtada-al-sadr/2018/06/15/f16d031a-6359-11e8-81ca-bb14593acaa6_story.html?utm_term=.2bdee80cc0ca.

[42] Mamoun, Abdelhak. "URGENT: al-Sadr threatens to target American troops if they return to Iraq." IraqiNews, 15 Sept. 2014. Web. 7 July 2015.; "Top Shia cleric threatens US troops if they entered Iraq." MEMO: Middle East Monitor, 16 Sept. 2014. Web. 7 July 2015.

[43] "Top Shia cleric threatens US troops if they entered Iraq." MEMO: Middle East Monitor, 16 Sept. 2014. Web. 7 July 2015.

[44] Shideler, Kyle. "Shia Militia Leader Explodes Over Possibility of U.S. Support for Kurdish Forces." Center for Security Policy, 20 April 2015. Web. 7 July 2015.

[45] Sly, Liz. "Firebrand cleric Muqtada al-Sadr returns to centre stage of Iraqi politics." The Sydney Morning Herald, 1 April 2016. Web. 4 April 2016.; Paton, Callum. "Iraq: Hundreds of thousands of Shiite Muqtada al-Sadr supporters protest corruption in Baghdad." International Business Times, 26 February 2016. Web. 4 April 2016.

[46] Paton, Callum. "Iraq: Hundreds of thousands of Shiite Muqtada al-Sadr supporters protest corruption in Baghdad." International Business Times, 26 February 2016. Web. 4 April 2016.

[47] Sly, Liz. "Firebrand cleric Muqtada al-Sadr returns to centre stage of Iraqi politics." The Sydney Morning Herald, 1 April 2016. Web. 4 April 2016.

[48] Sly, Liz. "Firebrand cleric Muqtada al-Sadr returns to centre stage of Iraqi politics." The Sydney Morning Herald, 1 April 2016. Web. 4 April 2016.; Paton, Callum. "Iraq: Hundreds of thousands of Shiite Muqtada al-Sadr supporters protest corruption in Baghdad." International Business Times, 26 February 2016. Web. 4 April 2016.

[49] Roggio, Bill. "Sadr's 'Peace Brigades' prepares for Mosul offensive." Long War Journal. Foundation for the Defense of Democracies. 17 May. 2016. Web. 17 Jan. 2017.; Roggio, Bill. "US troops 'are a target for us,' Iraq's Muqtada al Sadr says." Long War Journal. Foundation for the Defense of Democracies. 18 Jul 2016. Web. 17 Jan. 2017.

[50] al-Salhy, Suadad. "Iraqi Shia armed factions reportedly resolve disputes ahead of election." Middle East Eye. Middle East Eye, 19 Oct. 2016. Web. 17 Jan. 2017.

[51] Ibrahim, Arwa. "Muqtada Al-Sadr: Iraq's Militia Leader Turned Champion of Poor." Iraq | Al Jazeera. May 17, 2018. Accessed May 02, 2019. https://www.aljazeera.com/indepth/features/muqtada-al-sadr-iraq-militia-leader-turned-champion-poor-180517053738881.html.

[52] "Muqtada al-Sadr." Global Security.com, Date Unknown. Web. 21 July 2015. "Profile: Moqtada Sadr." BBC NEWS, 19 Jan. 2012. Web. 9 July 2015.

[53] Ibrahim, Arwa. "Muqtada Al-Sadr: Iraq's Militia Leader Turned Champion of Poor." Iraq | Al Jazeera. May 17, 2018. Accessed May 02, 2019. https://www.aljazeera.com/indepth/features/muqtada-al-sadr-iraq-militia-leader-turned-champion-poor-180517053738881.html.

[54] Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. Web. 18 July 2014.

[55] "Twelvers/Ithna Ashari Islam." GlobalSecurity.org, Date unknown. Web. 8 July 2015.

[56] Rahimi, Babak. "The Return of Moqtada al-Sadr and the Revival of the Mahdi Army." The Combating Terrorism Center at West Point, 3 June 2010. Web. 18 July 2014.; Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. Web. 18 July 2014.; Rahimi, Babak. "The Return of Moqtada al-Sadr and the Revival of the Mahdi Army." The Combating Terrorism Center at West Point, 3 June 2010. Web. 18 July 2014.; Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. Web. 18 July 2014.

[57] Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. Web. 18 July 2014.

[58] Morris, Loveday. "Shiite 'peace brigades' send signal of aggression with major rally in Baghdad." New York Times, 22 June 2014. Web. 22 July 2014.

[59] Boghani, Priyanka. "The Iraq War's Key Players: Where Are They Now?" Frontline, 29 July 2014. Web. 8 July 2015.

[60] Roggio, Bill. "Mugniyah Behind Establishment of Mahdi Army." The Long War Journal, 23 February 2008. Web. 10 July 2010.

PX703

[61] "Al-Mahdi Army / Active Religious Seminary / Al-Sadr's Group." GlobalSecurity.org, Date unknown. Web. 26 June 2010.

[62] "Sadr Group Losing Influence Among Iraq's Shiia, DOD Says," LexisNexis Academic, FDCH Regulatory Intelligence Database, Washington DC, 7 April 2004.

[63] "Al-Mahdi Army / Active Religious Seminary / Al-Sadr's Group." GlobalSecurity.org, Date unknown. Web. 26 June 2010.

[64] Mroue, Bassem, "Mahdi Army Gaining Followers Amid Talks of Crackdown," LexisNexis Academic, Associated Press, 13 July 2006.

[65] Jackson, Patrick. "Who Are Iraq's Mehdi Army?" BBC News, 30 May 2007. Web. 26 June 2010.

[66] Beehner, Lionel. "Feelers from Sadr's Stronghold." Council on Foreign Relations, 26 January 2007. Web. 10 July 2010.

[67] "Sadr Refroms Mehdi Army Amid Iraqi Crisis." LexisNexis Academic, United Press International, 20 May 2010.

[68] "Iraqi Shia groups rally in show of power." AlJazeera, 22 June 2014. Web. 21 July 2015.

[69] "Iraq crisis: Isis allies 'turn on jihadists' as 17 killed in clashes near Kirkuk." The Telegraph, 21 June 2014. Web. 21 July 2015.

[70] "Peace Brigades stage parades across Iraq." ALALAM, 21 June 2014. Web. 21 July 2015.

[71] Nada, Garrett, and Mattisan Rowan. "Part 2: Pro-Iran Militias in Iraq." Wilson Center. May 03, 2018. Accessed May 02, 2019. https://www.wilsoncenter.org/article/part-2-pro-iran-militias-iraq.

[72] Roggio, Bill. "Mugniyah Behind Establishment of Mahdi Army." The Long War Journal, 23 February 2008. 10 July 2010.

[73] Jackson, Patrick. "Who Are Iraq's Mehdi Army?" BBC News, May 30, 2007, retrieved on June 26, 2010 from http://news.bbc.co.uk/2/hi/middle east/3604393.stm.

[74] Jackson, Patrick. "Who Are Iraq's Mehdi Army?" BBC News, 30 May 2007. Web. 26 June 2010

[75] "Mahdi Army," New York Times Online, 31 March 2010. Web. 26 June 2014.

[76] "Mahdi Army," New York Times Online, 31 March 2010. Web. 26 June 2014.

[77] Roggio, Bill. "Muqtada al Sadr threatens to 'unfreeze the military wing,' attack US interests." The Long War Journal, 3 May 2015. Web. 9 July 2015.; Lyons, James. "Breaking the Chain," The Washington Times, p. A19, LexisNexis Academic, 12 December 2006.; Jackson, Patrick. "Who Are Iraq's Mehdi Army?" BBC News, 30 May 2007. Web. 26 June 2010.; "What is Iraq's Mehdi Army?" BBC News, 25 March 2008. Web. 17 July 2010.

[78] Rahimi, Babak. "The Return of Moqtada al-Sadr and the Revival of the Mahdi Army." The Combating Terrorism Center at West Point, 3 June 2010. Web. 18 July 2014.

[79] Partlow, Joshua. "Mahdi Army, Not Al-Qaeda, is Enemy No. 1 in Western Baghdad." Washington Post, 16 July 2007. Web. 8 July 2010.; Bruno, Greg. "Muqtada al-Sadr." Council on Foreign Relations, 16 May 2008. Web. July 10, 2010.

[80] Partlow, Joshua, "Mahdi Army, Not Al-Qaeda, is Enemy No. 1 in Western Baghdad." Washington Post, 16 July 2007. Web. 8 July 2010.

[81] Roggio, Bill, "In Pictures: Mahdi Army Caches Seized in Sadr City," The Long War Journal, 5 June 2008. Web. 8 July 2010.

[82] Roggio, Bill, "In Pictures: Mahdi Army Caches Seized in Sadr City," The Long War Journal, 5 June 2008. Web. 8 July 2010.

[83] Roggio, Bill, "In Pictures: Mahdi Army Caches Seized in Sadr City," The Long War Journal, 5 June 2008. Web. 8 July 2010.

[84] Roggio, Bill. "Mugniyah Behind Establishment of Mahdi Army." The Long War Journal, 23 February 2008. Web. 10 July 2010.

[85] Morris, Loveday; Mustafa, Salim. "Iraqi Shiite cleric recalls militiamen in fight against Islamic State." The Washington Post, 17 Feb. 2015. Web. 7 July 2015.; Hameed, Saif. "Iraq's Sadr readies militia to fight for Samarra." Reuters, 11 December 2014. Web. 7 July 2015.; "Peace Brigades (Mahdi Army formerly) attacking ISIS." Liveleak, 26 July 2014. Web. 7 July 2015.

[86] Roggio, Bill. "Sadr's 'Peace Brigades' prepares for Mosul offensive." Long War Journal. Foundation for the Defense of Democracies. 17 May. 2016. Web. 17 Jan. 2017.

[87] Ibrahim, Arwa. "Muqtada Al-Sadr: Iraq's Militia Leader Turned Champion of Poor." Iraq | Al Jazeera. May 17, 2018. Accessed May 02, 2019. https://www.aljazeera.com/indepth/features/muqtada-al-sadr-iraq-militia-leader-turned-champion-poor-180517053738881.html.

[88] "Twelvers/Ithna Ashari Islam." GlobalSecurity.org, Date unknown. Web. 8 July 2015.; "Ithna `Ashariyyah." Encyclopedia Britannica, 3 April 2014. Web. 8 July 2015.

14

PX703

[89] "Twelvers/Ithna Ashari Islam." GlobalSecurity.org, Date unknown. Web. 8 July 2015.; "Ithna `Ashariayyah." Encyclopedia Britannica, 3 April 2014. Web. 8 July 2015.

[90] "Twelvers/Ithna Ashari Islam." GlobalSecurity.org, Date unknown. Web. 8 July 2015.; "Ithna `Ashariayyah." Encyclopedia Britannica, 3 April 2014. Web. 8 July 2015.

[91] Rahimi, Babak. "The Return of Moqtada al-Sadr and the Revival of the Mahdi Army." The Combating Terrorism Center at West Point, 3 June 2010. 18 July 2014.

[92] Rahimi, Babak. "The Return of Moqtada al-Sadr and the Revival of the Mahdi Army." The Combating Terrorism Center at West Point, 3 June 2010. 18 July 2014.

[93] Rahimi, Babak. "The Return of Moqtada al-Sadr and the Revival of the Mahdi Army." The Combating Terrorism Center at West Point, 3 June 2010. 18 July 2014.

[94] Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. 18 July 2014.

[95] "Rowdy welcome in Najaf for Shia cleric Moqtada Sadr." The BBC, 6 January 2011. Web. 22 July 2014.; "Main Iraq Shia coalition nominates Nouri Maliki for PM." The BBC, 1 October 2010. Web. 22 July 2014.

[96] Arango, Tim. "'sadr's Path Could Determine How Iraq Turns." The New York Times, 21 September 2011. Web. 16 October 2011.; Schmidt, Michael S., Healy, Jack. "In Blow to Government, Sadr Followers Call For New Elections." New York Times, 26 December 2012. Web. 23 July 2014.

[97] Al Jazeera. "Iraq's Sadr calls for emergency government: leader of powerful Shia group Mahdi army says "new faces" needed to tackle ISIL-led Sunni rebellion in country's north." Al Jazeera, 27 June 2014. Web. 18 July 2014.; Morris, Loveday. "Shiite 'peace brigades' send signal of aggression with major rally in Baghdad." New York Times, 22 June 2014. Web. 22 July 2014.

[98] "Profile: Muqtada al-Sadr." Aljazeera, 7 March 2010. Web. 8 July 2015.; "Profile: Moqtada Sadr." BBC NEWS, 19 Jan. 2012. Web. 9 July 2015.

[99] "Profile: Moqtada Sadr." BBC NEWS, 19 Jan. 2012. Web. 9 July 2015.

[100] "Profile: Moqtada Sadr." BBC NEWS, 19 Jan. 2012. Web. 9 July 2015.

[101] "Profile: Moqtada Sadr." BBC NEWS, 19 Jan. 2012. Web. 9 July 2015.

[102] "Profile: Moqtada Sadr." BBC NEWS, 19 Jan. 2012. Web. 9 July 2015.

[103] Rahimi, Babak. "The Return of Moqtada al-Sadr and the Revival of the Mahdi Army." The Combating Terrorism Center at West Point, 3 June 2010. 18 July 2014.

[104] "Profile: Moqtada Sadr." BBC NEWS, 19 Jan. 2012. Web. 9 July 2015.

[105] Rahimi, Babak. "The Return of Moqtada al-Sadr and the Revival of the Mahdi Army." The Combating Terrorism Center at West Point, 3 June 2010. 18 July 2014.; "Profile: Moqtada Sadr." BBC NEWS, 19 Jan. 2012. Web. 9 July 2015.

[106] "Profile: Moqtada Sadr." BBC NEWS, 19 Jan. 2012. Web. 9 July 2015.

[107] Arango, Tim. "'Sadr's Path Could Determine How Iraq Turns." The New York Times, 21 Sept. 2011. Web. 16 October 2011.

[108] Sadah, Ali Abel. "Sadr Reconsiders Political Role, Mahdi Army." Al-Monitor, (trans. Sahar Ghoussoub), 28 August 2013. Web. 18 July 2014.

[109] Al Jazeera. "Iraq's Sadr calls for emergency government: leader of powerful Shia group Mahdi army says "new faces" needed to tackle ISIL-led Sunni rebellion in country's north." Al Jazeera, 27 June 2014. Web. 18 July 2014.

[110] Sly, Liz. "Firebrand cleric Muqtada al-Sadr returns to centre stage of Iraqi politics." The Sydney Morning Herald, 1 April 2016. Web. 4 April 2016.; Paton, Callum. "Iraq: Hundreds of thousands of Shiite Muqtada al-Sadr supporters protest corruption in Baghdad." International Business Times, 26 February 2016. Web. 4 April 2016.

[111] Sly, Liz. "Firebrand cleric Muqtada al-Sadr returns to centre stage of Iraqi politics." The Sydney Morning Herald, 1 April 2016. Web. 4 April 2016.; Paton, Callum. "Iraq: Hundreds of thousands of Shiite Muqtada al-Sadr supporters protest corruption in Baghdad." International Business Times, 26 February 2016. Web. 4 April 2016.

[112] al-Salhy, Suadad. "Iraqi Shia armed factions reportedly resolve disputes ahead of election." Middle East Eye. Middle East Eye, 19 Oct. 2016. Web. 17 Jan. 2017.

[113] Ibrahim, Arwa. "Muqtada Al-Sadr: Iraq's Militia Leader Turned Champion of Poor." Iraq | Al Jazeera. May 17, 2018. Accessed May 02, 2019. https://www.aljazeera.com/indepth/features/muqtada-al-sadr-iraq-militia-leader-turned-champion-poor-180517053738881.html.

[114] "Mahdi Army." New York Times Online, 31 March 2010. Web. 26 June 2010.

[115] Cordesman, Anthony H.; Ramos, Jose. "Sadr and the Mahdi Army: Evolution, Capabilities, and a New Direction." Center for Strategic and International Studies, 4 August 2008. 1 August 2014.

[116] Cordesman, Anthony H.; Ramos, Jose. "Sadr and the Mahdi Army: Evolution, Capabilities, and a New Direction." Center for Strategic and International Studies, 4 August 2008. 1 August 2014.

PX703

[117] Harkin, Greg; et al. "Revealed: IRA bombs killed eight British soldiers in Iraq." The Independent, 16 Oct. 2005. Web. 9 July 2015.

[118] Partlow, Joshua. "Mahdi Army, Not Al-Qaeda, is Enemy No. 1 in Western Baghdad," Washington Post, 16 July 2007. Web. 8 July 2010.

[119] Partlow, Joshua. "Mahdi Army, Not Al-Qaeda, is Enemy No. 1 in Western Baghdad," Washington Post, 16 July 2007. Web. 8 July 2010.

[120] Partlow, Joshua. "Mahdi Army, Not Al-Qaeda, is Enemy No. 1 in Western Baghdad," Washington Post, 16 July 2007. Web. 8 July 2010.

[121] "Iraq's death squads: On the brink of civil war." Terrorism Monitor, The Jamestown Foundation, 10 April 2015. Web. 5 July 2015.; Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. Web.18 July 2014.

[122] Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. Web.18 July 2014.

[123] Arango, Tim. 'sadr's Path Could Determine How Iraq Turns." The New York Times, 21 September 2011. Web. 16 Oct. 2011.; Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. Web.18 July 2014.

[124] Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. Web.18 July 2014.

[125] Cochrane, Marisa. "Iraq Report 12: The Fragmentation of the Sadrist Movement." Institute for the Study of War, June 2009. Web.18 July 2014.

[126] Morris, Loveday. "Shiite peace brigades' send signal of aggression with major rally in Baghdad." The Washington Post, 21 June 2014. Web. 9 July 2015.

[127] Burns, John F. "The Struggle for Iraq: Uprising." New York Times Online, 5 April 2004. Web. 27 June 2010.

[128] "A Chronology of Significant International Terrorism for 2004." National Counterterrorism Center, 27 April 2005.

[129] Baldauf, Scott, "End of the Siege: the Smoke Clears in Najaf." LexisNexis Academic, the Christian Science Monitor. 27 August 2004.

[130] Beehner, Lionel. 'shiite Militas and Iraq's Security Forces." Council on Foreign Relations, 30 November 2005. Web. 10 July 2010.

[131] Cave, Damien and Edward Wong, "Radical Militia and Iraqi Army in Fierce Battle." The New York Times, 29 August 2006. Web. 10 July 2010.

[132] Roggio, Bill. "Iraqi Army, Sadr's Mahdi Army Battle in Amara." The Long War Journal, 20 October 2006. Web. 10 July 2010.

[133] "2007 Report on Terrorism." National Counterterrorism Center, 30 April 2008.

[134] Collins, Chris, "More Than 300 Arrested in Iraq After Karbala Melee," LexisNexis Academic, McClatchy Newspapers, 31 August 2007.

[135] Roggio, Bill. "Iraq Report: Sadr's Denial." The Long War Journal, 21 August 2007. Web. 8 July 2010.

[136] Roggio, Bill. "Iraq Report: Sadr's Denial." The Long War Journal, 21 August 2007. Web. 8 July 2010.

[137] "Al-Jazeera TV says Iraq's Al-Mahdi Army "Fully Controls" Basra." LexisNexis Academic, Al Jazeera via BBC Monitoring Middle East, 23 October 2007.

[138] Roggio, Bill. "Iraqi Troops Free Tribal Leaders Kidnapped By Mahdi Army Commander." The Long War Journal, 29 October 2007. Web. 8 July 2010.

[139] The Operation Against the Mahdi Army." LexisNexis Academic, Agence France Presse, 27 March 2008. Roggio, Bill. "US Military Defines Mahdi Army as "Militia Insurgency Group." The Long War Journal, 30 November 2008. Web. July 10, 2010.

[140] Roggio, Bill. "Mahdi Army Cell Leader Behind Deadly Baghdad Bombing." The Long War Journal, 18 June 2008. Web. 10 July 2010.

[141] "Al-Manar TV shows video of group attacking US vehicles in Iraq," LexisNexis Academic, Al-Manar TV via BBC Monitoring Middle East, 8 May 2010.

[142] Amre Sarhan. "Shia paramilitary 'Peace Brigades' kill 30 ISIS fighters says Akili." IraqiNews, 4 Sept. 2014. Web. 7 July 2015.

[143] Baldauf, Scott. "End of the Siege: the Smoke Clears in Najaf." LexisNexis Academic, The Christian Science Monitor, 27 August 2004.

[144] Baldauf, Scott. "End of the Siege: the Smoke Clears in Najaf." LexisNexis Academic, The Christian Science Monitor, 27 August 2004.

PX703

[145] Cave, Damien, "'Shiite District, Flash Point in Baghdad, Rebuilds." The New York Times, 9 February 2007. 10 July 2010.

[146] Cave, Damien, "'Shiite District, Flash Point in Baghdad, Rebuilds." The New York Times, 9 February 2007. 10 July 2010.

[147] "Profile: The Mahdi Army." Al Jazeera, 20 April 2008. Web. 7 July 2010.

[148] "sadr Group Losing Influence Among Iraq's Shiia, DOD Says." LexisNexis Academic, FDCH Regulatory Intelligence Database, Washington DC, 7 April 2004.

[149] Ardonilo, Bill. "Iraqs Begin to "Despise" the Mahdi Army in Baghdad's Rusafa District." The Long War Journal, 3 May 2008. Web. 10 July 2008.

[150] Tavernise, Sabrina. "'Shiite Fighters are Arrested, Iraq Says." New York Times Online, 18 January 2007. Web. 27 June 2010.

[151] Ardonilo, Bill. "Iraqs Begin to "Despise" the Mahdi Army in Baghdad's Rusafa District." The Long War Journal, 3 May 2008. Web. 10 July 2008.

[152] Hilsum, Lindsey, "The pro- and anti-war camps, polarised and strident in the US and Britain, are contained inside the head of nearly every individual Iraqi," New Statesman, p. 14. 19 April 2004.

[153] Roggio, Bill, "Mahdi Army Trains with Hezbollah." The Long War Journal, 20 August 2007. Web. 8 July 2010.

[154] Roggio, Bill, "Mahdi Army Trains with Hezbollah." The Long War Journal, 20 August 2007. Web. 8 July 2010.

[155] Roggio, Bill, "Mahdi Army Trains with Hezbollah." The Long War Journal, 20 August 2007. Web. 8 July 2010.

[156] Spiegel, Peter. "Badr v. Sadr Militia Rivalry Worries British There are Fears that Shia Militias May Come To Dominate Political Life Just As Saddam's Ba"ath Party Did," The Financial Times, December 15, 2005, p. 11, InfoTrac Academic OneFile.; Carroll, Jill. "Iraq's Shiites Split Violently." LexisNexis Academic, Christian Science Monitor, p. 1, 26 August 2005.

[157] Kramer, Andrew. "Two Shiite Leaders in Iraq Reach a Peace Agreement." The New York Times, 7 October 2007. Web. 10 July 2010.

[158] "Profile: Moqtada Sadr." BBC NEWS, 19 Jan. 2012. Web. 9 July 2015.

[159] Kramer, Andrew. "Two Shiite Leaders in Iraq Reach a Peace Agreement." The New York Times, 7 October 2007. Web. 10 July 2010; "Profile: Moqtada Sadr." BBC NEWS, 19 Jan. 2012. Web. 9 July 2015.

[160] Chulov, Martin. "Iraq Crisis: rebranded insurgents gain whip hand on streets of Baghdad." The Guardian, 22 June 2014. Web. 10 July 2014.

[161] "Iraq's Sadr Slams Iran-Backed Militias." NOW, 29 April 2015. Web. 8 July 2015.; Krohley, Nicholas. "Moqtada al-Sadr's Difficult Relationship with Iran." Hurst Publishing, 7 August 2014. Web. 8 July 2015.; Rahimi, Babak, "The Future of Moqtada Al-Sadr's New Jaysh Al-Mahdi." Combating Terrorism Center, 15 Jan. 2009. Web. 8 July 2015.

[162] Fadel, Leila, et al., "Mahdi Army Makes a Final Push to Control Southwest Baghdad." LexisNexis Academic, McClatchy Newspapers, 9 June 2007.

[163] Morris, Loveday. "Shiite 'peace brigades' send signal of aggression with major rally in Baghdad." New York Times, 22 June 2014. Web. 22 July 2014.

[164] Nada, Garrett, and Mattisan Rowan. "Part 2: Pro-Iran Militias in Iraq." Wilson Center. May 03, 2018. Accessed May 02, 2019. https://www.wilsoncenter.org/article/part-2-pro-iran-militias-iraq.

[165] Ibrahim, Arwa. "Muqtada Al-Sadr: Iraq's Militia Leader Turned Champion of Poor." Iraq | Al Jazeera. May 17, 2018. Accessed May 02, 2019. https://www.aljazeera.com/indepth/features/muqtada-al-sadr-iraq-militia-leader-turned-champion-poor-180517053738881.html.

[166] Ibrahim, Arwa. "Muqtada Al-Sadr: Iraq's Militia Leader Turned Champion of Poor." Iraq | Al Jazeera. May 17, 2018. Accessed May 02, 2019. https://www.aljazeera.com/indepth/features/muqtada-al-sadr-iraq-militia-leader-turned-champion-poor-180517053738881.html.

[167] Rahimi, Babak, "The Future of Moqtada Al-Sadr's New Jaysh Al-Mahdi." Combating Terrorism Center, 15 Jan. 2009. Web. 8 July 2015.; Krohley, Nicholas. "Moqtada al-Sadr's Difficult Relationship with Iran." Hurst Publishing, 7 August 2014. Web. 8 July 2015.

[168] "Iraq's Sadr Slams Iran-Backed Militias." NOW, 29 April 2015. Web. 8 July 2015.; Krohley, Nicholas. "Moqtada al-Sadr's Difficult Relationship with Iran." Hurst Publishing, 7 August 2014. Web. 8 July 2015.; Rahimi, Babak, "The Future of Moqtada Al-Sadr's New Jaysh Al-Mahdi." Combating Terrorism Center, 15 Jan. 2009. Web. 8 July 2015.

[169] Krohley, Nicholas. "Moqtada al-Sadr's Difficult Relationship with Iran." Hurst Publishing, 7 August 2014. Web. 8 July 2015.

[170] Jackson, Patrick. "Who Are Iraq's Mehdi Army?" BBC News, 30 May 2007. Web. 26 June 2010.

PX703

[171] Rahimi, Babak. "The Return of Moqtada al-Sadr and the Revival of the Mahdi Army." The Combating Terrorism Center at West Point, 3 June 2010. Web. 18 July 2014.

[172] Gordon, Michael R.; Filkins, Dexter. "Hezbollah Said to Help Shiite Army in Iraq." The New York Times, 27 November 2006. Web. 10 July 2010.

[173] Gordon, Michael R.; Filkins, Dexter. "Hezbollah Said to Help Shiite Army in Iraq." The New York Times, 27 November 2006. Web. 10 July 2010.

[174] Gordon, Michael R.; Filkins, Dexter. "Hezbollah Said to Help Shiite Army in Iraq." The New York Times, 27 November 2006. Web. 10 July 2010.

PX703

PX711

**Policy Analysis** (/policy-analysis)   /

PolicyWatch 2277

# Hezbollah in Iraq: A Little Help Can Go a Long Way

by Matthew Levitt **(/experts/matthew-levitt)** , Nadav Pollak **(/experts/nadav-pollak)**

Jun 25, 2014

ABOUT THE AUTHORS



Matthew Levitt (/experts/matthew-levitt)

Matthew Levitt is the Fromer-Wexler Fellow and director of the Reinhard Program on Counterterrorism and Intelligence at The Washington Institute.



Nadav Pollak (/experts/nadav-pollak)

Nadav Pollak is a former Diane and Guilford Glazer Foundation fellow at The Washington Institute.



Brief Analysis

---

**Hezbollah's past operations in Iraq show that a limited number of experienced "consultants," working with Iran's Qods Force, could significantly increase the lethality of the local Shiite militias currently gearing up to counter the ISIS offensive.**

As Sunni militants from the Islamic State of Iraq and al-Sham (ISIS) captured Mosul two weeks ago and set their sights on Baghdad, Hezbollah leader Hassan Nasrallah offered to send fighters to Iraq to help turn the jihadist tide. In Syria, the Lebanese Shiite group's forces have already deployed in large numbers over the past several years and made all the difference in the Assad regime's battle for survival. In Iraq, Hezbollah would likely dispatch only small numbers of trainers and special operators. Yet given the group's past special operations and training activities in Iraq and its close ties with Iran's elite Qods Force, even a modest deployment would likely have a significant impact.

## INTENTIONS AND CAPABILITIES

On June 17, Nasrallah pledged, "We are ready to sacrifice martyrs in Iraq five times more than what we sacrificed in Syria in order to protect shrines," noting that Iraqi holy sites "are much more important" than Shiite shrines in Syria. To be sure, Hezbollah is heavily invested in the Syria war and will probably increase its presence there as Iraqi Shiites leave to defend their homeland from ISIS. Yet the group can make a significant contribution to the Shiite counteroffensive in Iraq without having to redirect many of its operatives or resources from Syria.

During the liaison, they have been relatively discreet in the number of special operations personnel deployed to train Iraqi Shiite militants and support sporadic special operations targeting coalition forces. As a 2009 Australian government report concluded, "Hezbollah has established an insurgent capability in Iraq, engaging in assassinations, kidnappings and bombings. The Hezbollah units have been set up with the encouragement and resources of Iran's Revolutionary Guards al-Qods Brigades." The Qods Force will likely request a similar initiative to aid the Shiite-led government in Baghdad today, turning these capabilities against ISIS with potentially far-reaching benefits for Iraqi Shiite militias.

## PAST ACTIVITY IN IRAQ

**B**eginning in 2003, Iran's Qods Force requested Hezbollah's services to help increase Tehran's influence in Iraq. To this end, Hezbollah created Unit 3800, whose sole purpose was to support Iraqi Shiite militant groups targeting multinational forces there. According to U.S. intelligence, Unit 3800 sent a small number of personnel to Iraq to train hundreds of fighters in-country, while others were brought to Lebanon for more advanced training. Hezbollah also provided funds and weapons to Iraqi militias, but its most dangerous contribution was in the realm of special operations. According to a 2010 Pentagon report, the group gave these militias "the training, tactics and technology to conduct kidnappings [and] small unit tactical operations," and to "employ sophisticated improvised explosive devices (IEDs), incorporating lessons learned from operations in Southern Lebanon."

The most prominent example of how this training helped the militias was probably the January 20, 2007, attack on the Joint Coordination Center in Karbala, which resulted in the deaths of four American soldiers. That well-executed operation was thoroughly planned with the help of the Qods Force and Hezbollah, as determined later through the capture of one of Hezbollah's best trainers in Iraq, Ali Musa Daqduq. Daqduq was heavily involved in training tactical units of Iraqi Shiites and even took part in some of the operations they conducted. He was also responsible for planning other operations such as the aborted kidnapping of a British soldier, and gave specific instructions to those he trained about the use of IEDs. Moreover, while operating in Iraq, he dealt directly with the Qods Force on certain occasions -- further evidence of the high level of coordination between Hezbollah and the Iranians on Iraq.

## CURRENT SITUATION

**S**ince American and multinational forces withdrew from Iraq, Unit 3800 has been put to work elsewhere in the region, primarily in Yemen. There, Hezbollah and Qods Force personnel have helped the Houthis, a Zaidi Shiite insurgent group, fight the government. Reports from the Treasury Department and the *New York Times* indicate that Hezbollah and Qods personnel coordinated their operations in Yemen, with the former in charge of transferring funds and training Shiite insurgents, and the latter in charge of transferring advanced weapons such as antiaircraft missiles. U.S. intelligence agencies detected these activities, which led former White House counterterrorism advisor John Brennan to state in October 2012, "We have seen Hezbollah training militants in Yemen and Syria." National Intelligence Director James Clapper reinforced this point in his January 2014 "Worldwide Threat Assessment," noting that "Iran will continue to provide arms and other aid to Palestinian groups, [Houthi] rebels in Yemen, and Shia militants in Bahrain to expand Iranian influence and to counter perceived foreign threats."

Besides branching out to Yemen, Unit 3800 received another boost to its capabilities and prestige in 2012, when Hajj Khalil Harb -- a longtime Hezbollah commander and close advisor to Nasrallah -- was appointed to lead it. Harb is an experienced operative who has held various key positions, especially in terms of working with other terrorist organizations and overseeing special operations. He served as deputy commander of Hezbollah's central military unit in Southern Lebanon during the late 1980s, where he gained his first substantial experience in special operations against Israeli forces. He later assumed command of Unit 1800, the Hezbollah force dedicated to assisting Palestinian terrorist groups by operating in the "ring countries" around Israel and infiltrating individuals into Israeli

territory to Syria, carries out collected on intelligence according to unconfirmed reports. He also traveled to Iran many times in his role as coordinator between Hezbollah, the Palestinians, and Tehran. After his role in Yemen became apparent to U.S. intelligence, the department designated him for sanctions in August 2013, citing his long body of work.

Appointing Harb to head Unit 3800 no doubt made a great deal of sense to Hezbollah's leaders given his experience working with other terrorist organizations, his close relations with the Iranians, and his expertise in special operations and training. The unit has likely benefited from his guidance and upgraded its capabilities since then. Deploying members of this unit to Iraq would also make sense given Harb's status as a former advisor to Nasrallah, who would presumably want an experienced commander in charge of such an important arena.

# CONCLUSION

The war in Syria requires a great commitment from Hezbollah in terms of personnel and weapons, and significant numbers of its fighters have already lost their lives in helping the Assad regime. Yet given its willingness to answer Iran's call for help in Syria, the group will probably answer the call to fight in Iraq as well. Nasrallah is already laying the groundwork to justify such involvement by invoking the same hollow excuse of "defending Shiites and Shiite holy places."

As in the past, Hezbollah's contribution does not have to include hundreds of fighters, but only a limited number of experienced trainers and special operations "consultants." This type of contribution would not overstrain the organization, and it could facilitate far-reaching achievements for Iraqi Shiite militias.

*Matthew Levitt is the Fromer-Wexler Fellow and director of the Stein Program on Counterterrorism and Intelligence at The Washington Institute. His latest book is* __Hezbollah: The Global Footprint of Lebanon's Party of God__ __(http://www.washingtoninstitute.org/policy-analysis/view/hezbollah-the-global-footprint-of-lebanons-party-of-god)__ *. Nadav Pollak is a research assistant at the Institute.* ❖

---

## RECOMMENDED



BRIEF ANALYSIS

Iran Takes Next Steps on Rocket Technology

Feb 11, 2022

◆

Farzin Nadimi

(/policy-analysis/iran-takes-next-steps-rocket-technology)



BRIEF ANALYSIS

## Saudi Arabia Adjusts Its History, Diminishing the Role of Wahhabism

Feb 11, 2022

◆

Simon Henderson

(/policy-analysis/saudi-arabia-adjusts-its-history-diminishing-role-wahhabism)



ARTICLES & TESTIMONY

## Podcast: Breaking Hezbollah's Golden Rule

Feb 9, 2022

◆

Matthew Levitt

(/policy-analysis/podcast-breaking-hezbollahs-golden-rule)

### TOPICS

Terrorism (/policy-analysis/terrorism)

### REGIONS & COUNTRIES

Iraq (/policy-analysis/iraq)

Lebanon (/policy-analysis/lebanon)

PX711

PX713





# CLC Tip Leads Coalition Troops to EFP Factory [Image 5 of 5]



**HUSSEINIYAH, IRAQ**
**10.31.2007**
**Photo by Staff Sgt. Russell Bassett** ⌕
**4th Stryker Brigade Combat Team, 2nd Infantry Division** 🔍 ⌕

Subscribe      25

Soldiers from Battery A, 2nd Battalion, 12th Field Artillery, 4th Stryker Brigade Combat Team, 2nd Infantry Division, from Fort Lewis, Wash., discovered a home, Oct. 31, in Husseiniyah, Iraq, that contained these 10 fully-formed explosively formed penetrators and enough material to make 150 more. A concerned local citizen led the Soldiers to the cache.

## IMAGE INFO

PX713

| | |
|---|---|
| Date Taken: | 10.31.2007 |
| Date Posted: | 11.02.2007 12:30 |
| Photo ID: | 63719 |
| Resolution: | 2000x1161 |
| Size: | 711.43 KB |
| Location: | HUSSEINIYAH, IQ |

| | |
|---|---|
| Web Views: | 559 |
| Downloads: | 51 |

**PUBLIC DOMAIN** 

This work, *CLC Tip Leads Coalition Troops to EFP Factory [Image 5 of 5]*, by Member: 1053597, identified by DVIDS, must comply with the restrictions shown on https://www.dvidshub.net/about/copyright.

## GALLERY

   



## MORE LIKE THIS

## ASSOCIATED NEWS

CLC tip leads Coalition troops to EFP factory

## CONTROLLED VOCABULARY KEYWORDS

*No keywords found.*

## TAGS

| | |
|---|---|
| EFP | 4-2 SBCT |
| Iraq | cache |

PX713

2-12 Field Artillery          explosively formed projectile

Husseiniyah

## OPTIONS

 Register/Login to Download

## LEAVE A COMMENT

24/7 TECHNICAL OPERATIONS
CENTER

678-421-6690

WEB SUPPORT

dvidsservicedesk@defense.gov

CUSTOMER SERVICE

M-F 7am to 4pm EST

M-F 11am to 8pm GST

1-888-743-4662

dvicustomerservice@defense.gov

UNITS

CONTENT

Images

Video

News

Audio

Graphics

Publications

Podcasts

Webcasts

Series

FEATURES

Coronavirus Update

DVI Records Center

 

PX713



PX713

PX801



Sardar Asad Bakhtiari Building at the Courtyard of BMI Headquarters

PX801



Bank Melli Iran

**Annual Report 2014-15**

www.bmi.ir



*Customer Trust*

*In BMI Comes First*

PX801

Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

# Table of Contents

| | |
|---|---|
| Preamble | 4 |
| Organizational Chart | 6 |
| BMI's Financial Status at a Glance (Abstract of Financial Data) | 8 |
| Principles of Islamic Banking | 10 |

## Chapter I: Introduction to BMI

| | |
|---|---|
| History | 14 |
| Strategic Objectives | 16 |
| BMI's Branches Network | 16 |
| BMI in the International Arena | 17 |
| E-Banking in Bank Melli Iran | 20 |
| Human Resources in BMI | 22 |

## Chapter II: Performance of BMI

| | |
|---|---|
| The Degree of Achievement of BMI in Realizing its Plans and Objectives | 26 |
| Anti-Money Laundering (AML) Efforts | 32 |
| Strategic Measures, Plans and Achievements of BMI | 34 |
| Social Responsibilities of BMI | 36 |

## Chapter III: Financial Statements

| | |
|---|---|
| Consolidated Balance Sheet | 40 |
| Consolidated Income Statement | 41 |
| Consolidated Retained Profit ( Loss) Turnover | 42 |
| Consolidated Comprehensive Income Statement | 43 |
| Consolidated Cash Flow Statement | 44 |
| Main Company Balance Sheet | 45 |
| Main Company Income Statement | 46 |
| Main Company Comprehensive Income Statement | 47 |
| Main Company Cash Flow Statement | 47 |
| Notes to Financial Statements | 48 |

PX801



**Bank Melli Iran**
Annual Report 2014-15
www.bmi.ir

## Preamble

### In the Name of God, the Compassionate, the Merciful



I would like to present my best greetings and tributes to the great nation of Iran; and express my gratitude and contentment for serving the honorable people of my homeland in the largest bank of the Islamic world in the "Wisdom and Hope Cabinet".

BMI is among the country's greatest economic foundations, which was established as a result of a "people movement" and has been beside the people and a cornerstone of the society during ups and downs of the recent century, and accordingly it has a special place in the hearts of the Iranian people. Such a prominent position is valuable heritage and an important deposit, and it is our inviolable duty for us to maintain, promote and transfer it to the future generations.

In the 20-Year Growth and Development Vision Plan of the Islamic Republic of Iran; planning and implementation of the "Resistive Economy" has an effective and key role. Therefore, the country's banking network as the Government's capable arm in realizing the Resistive Economy must perform its unique role efficiently and keep up among pioneer organizations in this field.

Taking advantage of 87 years of its useful and fruitful experience and expertise and having modified and redesigned its structures and processes, BMI has begun a new round of activity; and with reliance on Almighty God  and with the help of its about forty thousand devoted employees, it aims at the following objectives with the lowest cost, through the shortest path and with  desirable speed and quality:

- **Promoting BMI's position**
- **Being pioneer in market and improving profitability**
- **Improving efficiency especially in human resources**
- **Developing new banking products and services in order to gain more customer satisfaction**
- **Assisting the Government in implementing the policies for economic growth and development**

The annual report of the fiscal year 2014-15 is only a few pages of BMI's extensive and satisfactory performance resulting from the efforts of the employees throughout the homeland and in the international level. Realization of such an achievement is the outcome of the coordinated performance and purposeful collaboration of BMI's venerable managers and employees. I grab this opportunity to appreciate and gratitude each and every colleague; and hoping in the exemplary organizational unity and zeal of the energetic and hardworking colleagues, I expect a brighter result for the coming year.

I also appreciate and acknowledge our valuable loyal customers for their unwavering trust as well as the esteemed ministers and managers of the "Wisdom and Hope Cabinet" for their key supports and cooperation, whether as shareholders or as Assembly members of BMI.

Thanks and regards

**Abdolnaser Hemmati**
Chairman and Managing Director



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

Dr. A. Hemmati
Chairman and
Managing Director

Board of Directors

Mr. M.R. Hoseinzadeh
Board Member

Mr. J. Damghanyan
Board Member

Mr. B. Karimi
Board Member

Mr. S.V. Fatemi Ardakani
Board Member

Mr. Gh. Panahi
Board Member

PX801

## Organizational Chart





Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

**General Assembly of BMI**

Legal Inspectors

**Board of Directors**

Risk & Compliance High Committee

Audit High Committee

**Managing Director**

Subsidiaries and Affiliated Companies

Management Dept.

Consultants

Public Relations Dept.

Anti–Money Laudering Dept.

H.R.Monitoring Dept.

Risk & Compliance Dep.

Parliament Affairs Division

Security Affairs Division

Security Dept.

Documents, Computers & Data Protection Dept.

Technical and Physical Protection Dep.

Iranian National Savings Fund

Assistant Managing Director, Branches Affairs

Assistant Managing Director, IT & Communications Network Affairs

Assistant Managing Director, Claims Collection & Legal Affairs

Claims Collection & Legal Dept.

Claims Pursuance & Collection Dept.

Branches Affairs, Management of Dist. 2 of the Country

Branches Affairs, Management of Tehran Branches

Branches Affairs, Management of Dist. 1 of the Country

Network and Operations Support Dept.

Systems Security & Development Dept.

Modern Banking Services & Social Networks Dept.

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## BMI's Financial Status at a Glance (Abstract of Financial Data)

(Amounts in Billion Rials)

| Description | March 20,2014 | March 20,2015 |
|---|---|---|
| Profit and Loss Items | | |
| Total Earnings | 98,736 | 172,404 |
| Profit (Loss) Before Tax Deduction | (41,760) | 340 |
| Net Profit (Loss) | (41,760) | 255 |
| Balance Sheet Items | | |
| Balance of Deposits at the End of the Fiscal Year | 900,463 | 1,057,184 |
| Balance of Loans Granted at the End of the Fiscal Year | 777,827 | 901,593 |
| Total Assets | 1,151,009 | 1,327,746 |
| Total Equity | 38,694 | 39,673 |
| Capital | 99,066 | 99,066 |
| Balance of Retained Profit (Loss) at the End of the Fiscal Year | (74,517) | (74,428) |

## Total Deposits – Local and Foreign Currencies



8

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## Total Effective Deposits



Amounts in Billion IRR

| | 2014-15 | 2013-14 |
|---|---|---|
| | 958,120 | 771,293 |

## Number of ATMs



| | 2014-15 | 2013-14 |
|---|---|---|
| | 6,480 | 6,460 |

## Number of POSes



| | 2014-15 | 2013-14 |
|---|---|---|
| | 496,663 | 491,926 |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## Principles of Islamic Banking

**Usury Free Banking Services**

As the essential elements of the Islamic financial system constitute a correct realization of the concepts of usury, interest and profit; so the Iranian banks have coordinated all of their activities with the Islamic principles since the year 1983 coincided with the application of the Usury Free Banking Law. The usury-free system finances itself through the following two ways:

**Qardh-ul-Hassana (Interest-Free Loan) Deposits:**

Qardh-ul-Hassana (Interest-Free Loan) Deposits are divided into two kinds: "current" and "savings". Such deposits are opened with a bank based on a contract of loan without an interest. The holders of current accounts may benefit from receiving checkbooks, and in some specific cases, enjoy discounts in other banking services. The holders of savings accounts may benefit from incentives such as cash and non-cash prizes. In addition, the holders of such accounts are given the possibilities to manage their transactions and to issue payment orders from their accounts, as well as priority in receiving loans. The banks guarantees returning the principle of such deposits. These deposits are spent exclusively for granting interest-free loans.

**Time Deposits:**

Banks are permitted to open time deposits for a period ranging from one month (short-term) to one year (long-term). In such deposits; the bank as a trusted attorney for the depositors, invests the deposits in various economic sectors and divides the gained benefits among the depositors commensurate with the time and the amount of the investment deposits, having met the share of the bank's resources after deduction of its attorney-fee. In other words; the business is based on a partnership in profit and loss. Accordingly, no pre-determined amount as an interest is accrued to such deposits, but rather the banks divide among the depositors a part of the gained income as interim profit until determination of the definite profit. If the return on the deposits is higher than interim profit proclaimed before, the banks shall redistribute the profit among the holders of time deposits.

Iranian Banking law categories banking facilities contracts into the following two categories regardless of economic sectors:

1. Partnership contracts with expected return and profit, and

2. Exchange contracts with a fixed and predetermined return and profit.

**Partnership contracts:**

In this kind of contracts, the bank provides capital for a business, wholly or partially according to the customers' demand. The profit and return gained from the contract is divided between the bank and the customer based on the conditions specified in the contract. The contracts of this group that are more prevalent in the industry and production sector are as follows:

**Civil Partnership:**

By this contract, the bank finances the capital required for a person or a company's business. The customer's contribution maybe by cash or goods. The gained profit is divided between the parties as agreed and based on the conditions specified in the contract. The civil partnership contract is used in the fields of production, commerce and services. The issuance of the participation bonds in such fields is possible within the framework of civil participation. In addition, banks are permitted to issue participation

PX801



bonds to garantee the companies affiliated to the public and private sectors demonding finance.

**Legal Partnership:**

In a legal partnership, the bank provides a part of a company to be (or newly) established or purchases a number of shares of the available companies.

**Dormant Partnership (Muzaraba):**

The bank provide the applicant with the cash necessary to establish some facilities for expansion of the commercial affairs.

**Sharecropping (Mozareha):**

In mozareha, the bank provides the customer with a farmland for a definite period to practice agriculture and divide the earnings with the bank.

**Renting trees (Mossaghat):**

Based on such a contract, the bank (the proprietor) entrusts the representative (the customer) with the task and authority for irrigation and care of a number of trees in a specific land and for a definite period, and the earnings is divided between the two parties.

**Exchange contracts:**

In such kind of contracts; the bank provides capital for a business, wholly or partially according to the customer's demand. Unlike the partnership contracts; the bank's profit is agreed upon at the time of concluding the contract. Accordingly, the profit rate is determined and fixed before performing and completing the business. The amount of the contract guarantees the cost of purchase and the intended profit.

**Hire purchase:**

Hire purchase is a lease contract in which it is conditioned that if at the end of the lease contract the lessee has fulfilled all the terms and conditions specified in the contract in full, the property will be transferred to the lessee.

**Forward purchase (Salaf):**

In banking operations; the forward purchase means granting facilities for pre-puchasing the products of productive units (industrial, agricultural, mining) in cash for a specific price to provide some part of the working capital.

**Reward Contract (Jualah):**

Reward contract refers to requiring a person (employer) to pay and amount or a specified fee (reward) against performing a specific operation or services. The person who does the operation is referred to as contractor or agent.

**Factoring:**

Factoring is a contract in which a third party purchases time debts of a debtor in cash for an amount less than the nominal amount (as specified in the credit instruments and papers).

The banks may, in all the economic sectors, purchase the applicants' debts the subjects of time commercial instruments and papers (such as checks, promissory notes and money orders), provided that the maturity of such commercial instruments and papers do not exceed one year (or 2 years by obtaining a permission for some specific cases).

**Percentage (Murabaha)**

Percentage is a contract by which the supplier notifies the end cost of the goods and services to the applicant and then, by adding an additional amount or percentage as the profit, assigns them to the applicant  in cash for credit or by installments.

In order to meet the production, service and commercial units' needs for provision of raw material, spare parts, land, etc. and families' needs for housing, durable goods and services; the bank may provide and possess such goods and services and then assign them to the customer based on the applicant's order and demand in the framework of Murabaha contract.

PX801



Bank Melli Iran

PX801



# Part 1 : Introducing Bank

- History
- Strategic Objectives
- Branches Network

International Banking •
Electronic Banking •
Human Resources •

PX801



**Bank Melli Iran**
Annual Report 2014-15
www.bmi.ir

## History

The idea for establishing a bank in Iran was for the first time proposed to Nasseredin Shah Qajar in 1879, ten years before the establishment of Shahi Bank (Imperial Bank) by one of the major money exchangers in Tehran named as Haj Mohammad Amin Dar-ol-Zarb. Unfortunately, the proposal did not realize because of the interference by foreign powers and their agents and instead Shahi Bank was established.

After implementation of the constitutionalism, when the Government requested a permission for foreign borrowing, the national feelings were excited; and the parliamentarians, in order to cut off economic and political influence of the foreign banks, rejected the foreign borrowing and called for establishment of a national bank. Then a group of merchants and money exchangers participated in the bank. Finally, in December 1906 a declaration was published, indicating public feelings and desires for establishing a national credit bank in Iran.

The news of the establishment of a national bank with a capital of IRR 15 million was welcomed with public enthusiasm. But the sudden changes in the political situation, the beginning of World War I and entry of the occupying forces into Iran ruined all the efforts and endeavors for establishing a national bank and the great desire of the people was postponed for years.

Finally after the end of World War I and the withdrawal of occupiers from Iran, the Establishment Law of the Iranian National Bank (Bank Melli Iran) was approved by the Parliament on the session held on May 5th, 1927, and its statute was approved on July 5th, 1928, by the Finance Committee of Parliament. Ultimately on September 8th, 1928, Bank Melli Iran officially started its activity with a capital of IRR 20 million (according to the prescription by the Parliament) in Tehran.

On March 13th, 1932, Parliament approved the right for issuance of banknotes for a period of 10 years and it was officially granted to Bank Melli Iran for a period of ten years. The first banknotes of Bank Melli Iran were issued in April 1932.

Bank Melli Iran was responsible for the central bank's functions, such as the exclusive right for issuance of banknotes and the regulation of the country's money flow, until 1959, when Monetary and Banking Statute of Iran was approved by the Parliament; and as of August 1960, Bank Melli Iran's duties separated from those of Central Bank.

Now after long years of faithful service as one of the largest economic foundations of the country and as the greatest state bank; it performs its effective and constructive role decently.

## The Illustrative and Verbal Symbols of Bank Melli Iran

■  Any organization or institution takes advantage of some various symbols to be introduced to or reminded in the hearers' minds. Symbols may be either diverse or numerous or a single symbol may be sufficient. The trademark or the graphic logo and slogan sentences are of the major symbols. BMI as an economic foundation is not excluded from the rule and has always tried to benefit from such symbols by considration of time and place situation.

■  "Speaking of Confidence, BMI's Name Shines": This evocative famous sentence which has been welcomed by the art-loving compatriots, is both the written and verbal logo of BMI. Hearing this sentence from any person reminds Bank Melli Iran and this can be counted as a successful experience in making brand, which has been well established because of the scientific and expertise attitude along with poetical

14



art applied in its composition as well as its thematic relation to banking and special position of BMI. It illustrates the Bank's special position and consequently has high effectiveness.

■ The following three sentences are the other verbal logos of BMI:

● Customer Trust in BMI Comes First

● BMI is the Trustee of Iranian People.

● This Bank is National (referring to Melli which means national in Persian)

■ Beside the very known sentence "Speaking of Confidence, BMI's Name Shines", the logo of BMI has its specific functions, which has undergone some small changes in some historical junctures:

● The old logo of BMI, which was mainly used before the victory of the Islamic revolution of Iran.



● The new logo of BMI, in which the archeological pattern in the middle of the logo was replaced with the emblem of the Government of Islamic Republic of Iran, indicating that the Bank is a state Bank.



● The logo of BMI with turquoise color, which was used without any changes in itscomponents merely using the special coloring.



● The current logo of BMI, which is actually the same loge but simplified and with new coloring, has been designed and publicized to enunciate the entry into a better and lively world and to create more motivations for a better dynamism. This logo with its new features is the national logo of BMI, the technical specification of which has been communicated as a resolution and is now used in all official correspondence and promotional measures.



## The Vision Plan of Bank Melli Iran

The greatest Islamic Bank in the world and market leader in Iran, the Middle East and North Africa, rendering services to customers and the country in a profitable manner.

## The Mission Statement

In line with the objectives of the Government of Islamic Republic of Iran; BMI has focused on supporting the macro and micro economic activities by rendering products and services to the groups of customers based on Islamic banking while observing the principles of customer orientation, honesty, integrity and professional ethics. Understanding and accepting its social responsibilities and performing the social activities are among the major objectives of BMI. Improving the profitability, protecting the interests of beneficiaries, customers satisfaction, and employing efficient and motivated human resources, constitute our professional principles in the organizational activity.

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## Strategic Objectives

- Being a pioneer in banking market
- Providing customer-oriented and high quality services
- Improvement of profitability
- Improvement of international network efficiency
- Improvement of the productivity (effectiveness and efficiency)
- Converting BMI to a brisker and flexible organization
- Development and preservation of human resources

## BMI's Branches Network

BMI enjoys well-spread branches network, not only in Iran but also throughout the region and around the world. At the end of the fiscal year 2014-15, the number of BMI branches was 3,165 including 13 overseas branches, 575 branches in Tehran and 2,577 branches in other provinces.



Distinguished BMI Branch

16

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## BMI in the International Arena

**Services of International Division**

As the greatest Bank in the world of Islam and relying on its extensive domestic and overseas branches network; BMI provides the customers both inside and outside the country with various foreign exchange services.

The services of BMI in the non-commercial foreign currency section mainly include dealing foreign currencies accepted by the country's banking system, opening various foreign currency accounts (savings, current, deposit), granting profit to the balance of the foreign currency deposit accounts, issuing various bills of exchange and a series of providable foreign currency services in compliance with the foreign currency regulations of the Central Bank of Islamic Republic of Iran.

Major services in commercial FX section mainly include opening various letters of credit, documentary bills, issuing bills of exchange for import of raw materials for production of commercial commodities, issuing various guarantees required by the manufacturing and commercial units of the country, issuing guarantees for export of technical and engineering services of private sector, factoring of international commercial instruments, and granting foreign currency loans inside and outside the country for financing infrastructural projects inside the country and export of technical and engineering services abroad, accepting letters of credit and bills of exchange issued in favor of Iranian exporters.

Due to its prominent position in the country's banking system and because of benefiting from its extensive and powerful international network; BMI bears the responsibility of a major part of the country's foreign currency transactions in order to meet the needs of industrialists, entrepreneurs, businessmen, students, etc. Having brilliant historical record in coordination and regulation of international relations of Iranian banks; BMI is a well-known name at international banking society.

**BMI's Overseas Branches Network**

Considering the wide range of banking services and financial activities of customers around the world; BMI is at customers' service using its branches and four subsidiaries in foreign countries and taking advantage of agency services of foreign banks to meet the customers needs.

**a) Overseas Branches Network**

The first overseas branch of BMI was established in Hamburg, Germany, in 1965. From then, BMI has fortified its international presence by rapidly expanding its foreign network. Currently, BMI has 20 units in foreign countries including branches and subsidiaries (independent bank) in England, Germany, France, Russia, United Arab Emirates, Hong Kong, Afghanistan, Azerbaijan, Oman, Iraq and Bahrain.

**b) Subsidiaries in Foreign Countries**

BMI has two subsidiaries in England (Melli Bank PLC, London) and Russia (Mir Business Bank, of Moscow).

**c) Foreign Participations**

BMI is a shareholder of Future Bank (Bahrain) and Arian Bank (Afghanistan) and has stake in the affiliated institutions of the Islamic Development Bank (IDB) and in Samba Financial Group (Saudi Arabia).

PX801



**Bank Melli Iran**
Annual Report 2014-15

**Melli Bank PLC London**

This Bank was first established as a branch of BMI in England in 1967. The branch used to focus on providing financial services to European SME companies and organizations having commercial relations with Iran. Later in 2001, the branch was changed to Melli Bank PLC London, in compliance with the rules of FSA of the UK. The Bank wholly belongs to BMI, and keeping strong ties with its parent company, currently continues its activities in the financial markets of the UK.

To expand its economic activities in the Far East; Melli Bank PLC London purchased and took over BMI branch in Hong Kong in 2001.

**Mir Business Bank, Moscow**

This Bank was founded in 2002 through the investment of BMI and according to Russian State Laws. The activities of the Bank are mainly focused on developing the trade cooperation between Iran, Russia  and CIS countries and East Europe. The Bank also has a branch in Astrakhan province of Russia.

**Arian Bank, Afghanistan**

With the participation of two Iranian banks (Bank Melli Iran and Bank Saderat Iran) with equal shares; Arian Bank was established in Afghanistan in 2004. Rendering numerous financial services in various economic sectors, this bank not only expanded the trade relations of BMI, but also helped the development of economic relations between Iran and Afghanistan. Arian Bank currently has two branches in the cities of Kabul and Herat.



18

PX801



**Bank Melli Iran**

**Overseas Branches**

www.bmi.ir

PX801



**Bank Melli Iran**
Annual Report 2014-15
www.bmi.ir

## E-Banking in Bank Melli Iran

**E-Banking**

E-banking activities has brought many advantages for banks and their customers. Using e-banking has provided customers with the possibility of getting banking services without physical presence in branches. While saving time, it has catered the customers to banking services in non-working hours.

The benefits of e-banking for the banks include enhancing accuracy in payments, accelerated economic exchanges flow, enhancing safety factor, saving time, facilitated banking operations and so on.

It is noteworthy that BMI has for the first time presented the electronic banking in Iran as CIBA system (Consolidated System of Bank Melli Iran). In this regard, BMI has established a strong information technology section in recent years that has been the pillar of the Bank's achievements in terms of productivity, customers satisfaction and amelioriating profitability.

| Kinds of E-Banking Services of Bank Melli Iran | |
|---|---|
| Internet Banking System (SABA) | • Funds transfer between all kinds of BMI accounts or other accounts in all the banks which are members of SHETAB system<br>• Funds transfer between cards of BMI or other banks<br>• Managing current and savings accounts<br>• Arranging regulated payments order in consecutive time periods (in order to funds transfer and payment of loans installments)<br>• Paying loan installments (intra-bank and interbank) for card holder or others<br>• Blocking a card<br>• Paying bills<br>• Inquiry of checks or checkbooks |
| Telephone Bank | • Getting info of balance and the last three turnovers<br>• Getting account statement through facsimile<br>• Getting info on facilities<br>• Paying installments of facilities<br>• Reporting missing cards<br>• Getting account passwords |
| ATM Services | • Getting info of balance and the last 10 turnovers<br>• Funds transfer between accounts linked to same card and other cards<br>• Buying recharge for prepaid SIM cards<br>• Paying services bills and facilities installments<br>• Getting the second password and changing the first password of a card |
| Interbank Electronic Transfer System (SAHAB) | • Funds transfer between cards using Shetab Center facilities (SAHAB)<br>• Funds transfer between accounts through the Real-Time Gross Clearing System (SATNA)<br>• Funds transfer through SHETAB System (SAHAB) up to IRR 30,000,000, Inter-bank funds transfer through ATM up to IRR 500,000,000, through SABA System up to IRR 500,000,000 and through internet bank (the main site of BMI) up to IRR 500,000,000 |

20

PX801



| Services of Information Kiosk | • Funds transfer from an account to a card and **g**etting account statement and reporting missing card<br>• Checking balance and turnovers<br>• Funds transfer to other cards (SIBA)<br>• Paying loan installments<br>• Funds transfer between accounts of the same customer<br>• Buying and getting info of prepaid SIM cards |
|---|---|
| Mobile Bank | • Funds transfer to other accounts (with BMI)<br>• Funds transfer to an account by using the payment ID<br>• Interbank funds transfer (PAYA)<br>• Funds transfer "account to card" (of BMI)<br>• Getting account statements for cards and accounts<br>• Buying recharge for prepaid SIM cards<br>• Getting the last three charges<br>• Getting account balance<br>• Getting info about card holder's loans and paying the installments of the loans of the holder or others (intra-bank and interbank)<br>• Inquiring checks<br>• Paying bills<br>• Reporting missing cards<br>• Getting and checking ID of SHEBA system |

## E-Banking in Bank Melli Iran

The following table indicates BMI's e-banking situation in the fiscal years 2013-14 and 2014-15:

| Description | March 2014 | March 2015 | Ratio of Change |
|---|---|---|---|
| Number of Online Branches | 3,358 | 3,331 | (0.80) |
| Number of ATMs | 6,460 | 6,480 | 0.31 |
| Number of POSes | 491,926 | 496,663 | 0.96 |
| Number of Branches Equipped with Queue Management System | 2,471 | 2,583 | 4.53 |
| Number of Issued Bank Cards | 34,127,128 | 36,272,018 | 6.29 |
| Number of Telecommunication Landlines | 3,182 | 3,203 | 0.66 |
| Number of Wireless VSAT | 1,486 | 1,525 | 2.62 |
| Number of Web Kiosks of Branches | 580 | 590 | 1.72 |

PX801



## Human Resources in BMI

BMI considers its employees as its valuable stakeholders and believes that the up-to-date and relevant expertise and knowledge, in addition to encouraging each and every one of the employees, has a considerable effect on the Bank's development. The Bank believes that creating motivation and job satisfaction of the staff is a vital factor for achieving success.

Taking advantage of the expertise and commitment of its more than 37,000 employees, BMI provides its valuable clients with the most advanced and diverse banking services.

About 41% of the Bank's employees have higher education including associate degree, bachelor's degree and higher. With an average age of 38 years and average work experience of 15 years, the staff consists of young and energetic people that are determined to serve dear compatriots.

BMI has defined a policy for promoting and improving its employees, and by developing the culture of training and continuous learning, has always tried to enhance the personnel's professionalism and expertise. In addition, by supervising and appreciating the personnel's performance quality, BMI always tries to improve the procedures.

**Employment status**

The average number of permanent and temporary employees during the reported period and the previous fiscal year were as follows:

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | 2014-15 | 2013-14 | 2014-15 | 2013-14 |
| Permanent Employees | 45,325 | 47,335 | 37,553 | 38,059 |
| Temporary Employees | 11,252 | 10,594 | 48 | 170 |
| **Total** | **56,576** | **57,929** | **37,601** | **38,229** |



High School Diploma and Lower 18016
Bachelor Degree 13248
Undergraduate Deploma 4694
Master Degree 1526
Doctorate Degree 117

**Welfare of Staff**

BMI is committed about the health and welfare of the employees in all its units inside and outside the country. This commitment has been demonstrated through presenting various supports, gaining personnel satisfaction, and improving the business procedures. Of these welfare procedures, we can note Bank Melli Iran Hospital, which provides comprehensive health care services. Enjoying experienced personnel and using modern equipment, BMI hospital provides employees and their dependents with top-notch medical services. Undoubtedly, this is the most important concerns of human capital and it has a very effective and direct role in increasing productivity so that staff satisfaction is obviously reflected in customers satisfaction.

PX801



**The most important training activities of BMI in 2014-15**

1- Planning and reviewing programs for 17 training courses (needs assessment), including the Workshop of Banking Communication Skills Development for the personnel of Public Relation Unit (Call Center), the Course of Risk Management, the Course of Behavioral Skills for the Disciplinary Personnel, the course of Official Correspondence and Documentation Specific for the Disciplinary Personnel, the course of Banking Law II, the Specialized Course for Inspectors, etc.

2- Arranging 1556 courses for 46,556 people totally 1,747,328 person-hours.

3- Expansion of training workshops so that the 78 workshops held in 2013-14 increased by 5 times reaching 390 workshops in 2014-15, which was 25% of the total of programs in 2014-15. The number of workshops arranged for the year 2015-16 will form 50% of the total of training programs.

4- Arranging examination to evaluate the level of knowledge about foreign currency operations in order to identify the informed and powerful employees in the Foreign Exchange Division and to provide for promotion of the colleagues' level of knowledge in the Foreign Exchange Division; the results of which were as follows:

Total Number: 1,100 people

Number of participants: 709 people                Number of passing: 179 people

5- Arranging examination among the managers, assistants and section incumbents of branches to evaluate the level of knowledge about domestic currency operations to provide for promotion of the colleagues' level of knowledge to implement the meritocracy order, the results of which were as follows:

Total Number: 10490 People

Number of participants: 8032 people                Number of passing: 4382 people

6- Arranging examination for the appointments of the banking affairs incumbents as the banker for the purpose of enhancing the motivation and promotion of the colleagues working as cashier, the result of which were as follows:

Total Number: 3921 persons

Number of participants: 3648 people                Number of passing: 2026 people

7- Arranging 25 examinations for entrance and improvement of the experts level and for changing jobs with participation of 452 people every other week

8- Evaluating the effectiveness of training courses using the Patrick Model and implementing three levels of it including: the response level (evaluation form at the end of course) for 1359 training courses and workshops; learning level (through testing) for 1336 training courses and workshops; and behavioral level (by inquiring from the participant and his/her direct responsible person three months after the end of the course) for 268 training courses and workshops aiming at improving the training facilities, revising and correcting the resource sevaluating the teachers and the training executors.

9- Continuous monitoring of academic affairs for 411 students of Iran Banking Institute across the country including recording of the credit course selection sheets, transcripts, leaves of absence, transfers, etc.

10- Reviewing and reporting the graduation for 108 cases of the graduates of Iran Banking Institute to the General Department of Human Capital

11- Reviewing 613 proposals for master's degree theses and approval of 471 cases among them

12- Issuing 184 permits for using training missions for the veterans

13- Controlling some 5000 documents of the colleagues using educational loans

PX801



**Bank Melli Iran**
Annual Report 2014-15
www.bmi.ir

14- Granting student loans, scholarships, educational theses bonuses for 3,097 people of colleagues

15- Provision of 20,000 volumes of educational resources for the courses (printing, reproduction and Order)

16- Provision of 38.000 pcs of educational requirements

17- Sending 81,500 volumes/pcs of educational resources and requirements to the related affairs departments

18- Performing the affairs related to the specialized library (admittance, lending books and provision of resources)

19- Controlling the documents of 1,583 colleagues enrolling in the equivalent test of educational levels of Iran Banking Institute of whom 149 people were admitted

20- Continuous presence at the preliminary and final sessions for defense of the theses of master's degree students of Iran Banking Institute

21- Arranging 20 sessions of the Banks Training Affairs Commission considering that BMI holds the secretary position of the commission

22- Arranging 12 major sessions and 8 minor sessions of BMI's Training Steering Committee

### Integrated Chart of In-Service Training in 2014-15

**Number of Participants**

- Provinces Branches Affairs Departments
- Institutions Outside the Bank
- General Department of Training (at the place of department):
- Tehran Branches Affairs Departments

**Number of Courses**

- Provinces Branches Affairs Departments: 968
- Institutions Outside the Bank: 197
- General Department of Training (at the place of department): 191
- Tehran Branches Affairs Departments: 200

**Ordinary Annual General Meeting of BMI – Fiscal Year Ended March 20, 2015**



**Minister of Economic Affairs and Finance: BMI's performance is positive and appreciable.**



24

PX801



# Part 2 : performance

- The Degree of Achievement of BMI in Realizing its Plans and Objectives
- Anti–Money Laundering (AML) Efforts
- Strategic Measures, Plans and Achievements of BMI
- Social Responsibilities

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## The Degree of Achievement of BMI in Realizing its Plans and Objectives

**A Summary of Financial Performance**

Examining BMI's performance in attracting effective deposits on March 20, 2015, comparing with the objective in this section shows every effective deposit's growth as compared to the previous fiscal year. The highest growth rate belongs to long term deposits showing 32.46%.

The total effective deposits at the mentioned date witnessed a 24.22% growth as compared to March 2014.





■ The Port of Zurkhaneh (Iranian Traditional Gymnasium) at the Courtyard of BMI`s Headquarters

– An Impression of Seven Adventures of Rustam

– A Work of Master Abolhassan Sadiqi

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

**Operating Performance**

As it is shown in the following table; the volume of granted facilities has witnessed 15.91% growth.

**Facilities and Claims**

Amounts in Billion IRR

| Name of Sector | March 2014 | | March 2015 | | Ratio of Change March 2015 to March 2014 (%) |
|---|---|---|---|---|---|
| | Amount | Portion (%) | Amount | Portion (%) | |
| Granted Facilities and Receivables (Private Sector) | 566,109 | 72.78 | 642,209 | 71.23 | 13.44 |
| Granted Facilities and Receivables (Public Sector) | 11,448 | 1.47 | 19,723 | 2.19 | 72.28 |
| Granted Facilities and Receivables from Banks | 16,008 | 2.06 | 17,047 | 1.89 | 6.49 |
| Claims from Government | 131,432 | 16.90 | 174,901 | 19.40 | 33.07 |
| Investments and Joint Ventures | 22,220 | 2.86 | 28,432 | 3.15 | 27.96 |
| Debtors for LCs and Time Bills of Exchange | 14,909 | 1.91 | 7,297 | 0.81 | (51.06) |
| Facilities Granted to Affiliates | 15,701 | 2.02 | 11,984 | 1.33 | (23.67) |
| **Net Total** | **777,827** | **100.00** | **901,593** | **100.00** | **15.91** |

As the table below shows; the volume of the facilities granted to the most economic sectors including industry and mining, housing and construction, etc. has enjoyed a significant growth.

Amounts in Billion IRR

| Name of Sector | March 2014 | | March 2015 | | Ratio of Change March 2015 to March 2014(%) |
|---|---|---|---|---|---|
| | Amount | Portion (%) | Amount | Portion (%) | |
| Agriculture | 38,071 | 7.44 | 48,766 | 8.69 | 28.09 |
| Industry and Mining | 158,689 | 31.00 | 148,232 | 26.41 | (6.59) |
| Housing and Construction | 134,350 | 26.25 | 132,616 | 23.62 | (1.29) |
| Commerce and Services | 173,909 | 33.98 | 224,619 | 40.01 | 29.16 |
| Exports | 6.809 | 1.33 | 7,108 | 1.27 | 4.39 |
| **Total** | **511,828** | **100.00** | **561,341** | **100.00** | **9.67** |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

**Composition of Deposits**

BMI's performance regarding attracting resources through the volume of bank deposits was very desirable in the fiscal year 2014-15 considering its 17.40% growth as compared to the fiscal year 2013-14

## Composition of Deposits (Local and Foreign Currencies)

Amounts in Billion IRR

| Description | March 2014 | | March 2015 | | Ratio of Change March 2015 to March 2014(%) |
|---|---|---|---|---|---|
| | Amount | Portion (%) | Amount | Portion (%) | |
| Demand Deposits | 217,752 | 24.18 | 199,637 | 18.88 | (8.32) |
| Interest-Free-Loan Savings Deposits | 70,080 | 7.78 | 82,583 | 7.81 | 17.84 |
| Short-Term Investment Deposits | 209,844 | 23.30 | 257,794 | 24.39 | 22.85 |
| Long-Term Investment Deposits | 366,408 | 40.69 | 485,353 | 45.91 | 32.46 |
| Other Deposits | 36,379 | 4.05 | 31,817 | 3.01 | (12.54) |
| **Total** | **900,463** | **100.00** | **1,057,184** | **100.00** | **17.40** |

## Indicators of Operating Efficiency, Business Development and Agents

) % (

| Indicator | March 2014 | March 2015 |
|---|---|---|
| Ratio of Net Granted Facilities to Total Non-Governmental Deposits | 87.03 | 85.76 |
| Ratio of Earning Assets to Total Assets | 70.49 | 70.30 |
| Ratio of Non-Current Receivables to Total Facilities | 13.51 | 8.59 |
| Ratio of LCs Doubtful Claims to Total Liabilities under LCs | 78.72 | 47.11 |
| Ratio of LGs Doubtful Claims to Total Liabilities under LGs | 4.57 | 6.85 |
| Ratio of Administrative and Personnel Expenses to Total Revenues | 35.10 | 23.53 |
| Ratio of Deposits Interests to Joint Income | 106.00 | 93.03 |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## Indicators of Business Development

) % (

| Indicator | March 2014 | March 2015 |
|---|---|---|
| Growth of Facilities Granted to Non-Governmental Sector | 4.45 | 13.44 |
| Growth of Non-Governmental Deposits | 9.64 | 17.63 |
| Ratio of Total Non-Governmental Granted Facilities (Based on the Balance Sheet) to Total Assets | 49.18 | 48.37 |

## Efficiency

Amounts in Billion IRR

| Indicator | | March 2014 | March 2015 |
|---|---|---|---|
| Personnel | Deposits Per Capita (without Deposits of Banks) | 23.55 | 28.12 |
| | Deposits Per Capita (with Deposits of Banks) | 27.05 | 31.43 |
| | Facilities Per Capita | 20.35 | 23.98 |
| | Income Per Capita | 2.58 | 4.59 |
| | Expenses Per Capita | 3.68 | 4.58 |
| | Profit (Loss) Per Capita Before Tax | (1.09) | 0.01 |
| | Profit (Loss) Per Capita After Tax | (1.09) | 0.01 |
| Branches | Deposits Per Capita (without Deposits of Banks) | 263.99 | 314.54 |
| | Deposits Per Capita (with Deposits of Banks) | 303.12 | 351.66 |
| | Facilities Per Capita | 228.04 | 268.25 |
| | Income Per Capita | 28.95 | 51.30 |

29

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

**Performance of Foreign Operations Department**

In the fiscal year under report, the total foreign currency assets of BMI amounted to IRR 203,421 billion, which grew by 6.97% compared to the previous fiscal year (2013-14).

The following table indicates the performance of BMI's foreign branches which also shows BMI's highest return on capital from its foreign subsidiaries.

## Overseas Branches

(Amounts in Thousand Euros)

| Branch | Description | March 2014 | March 2015 |
|--------|-------------|-----------:|-----------:|
| Hamburg | Profit Before Tax | 52.64 | (139.93) |
| | Capital | 69,500 | 69,500 |
| | Return on Capital | 0.08 | (0.20) |
| Paris | Profit Before Tax | 204.50 | (1,194.45) |
| | Capital | 26,597 | 26,597 |
| | Return on Capital | 0.77 | (4.49) |
| Baghdad and Basrah | Profit Before Tax | 1,005.76 | 2,390.28 |
| | Capital | 19,906 | 27,307 |
| | Return on Capital | 5.05 | 8.75 |
| Baku | Profit Before Tax | 155.71 | 90.26 |
| | Capital | 20,523 | 45,526 |
| | Return on Capital | 0.76 | 0.20 |
| Musqat | Profit Before Tax | 431.48 | 64.37 |
| | Capital | 37,334 | 48,222 |
| | Return on Capital | 1.16 | 0.13 |
| United Arab Emirates (Seven Branches) | Profit Before Tax | 26,684.19 | 119,369.01 |
| | Capital | 195,588 | 252,752 |
| | Return on Capital | 13.64 | 47.23 |

30



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## BMI's Return on Capital in Foreign Banks

(Amounts in Thousand Euros)

| Bank Name | Description | March 2014 | March 2015 |
|---|---|---|---|
| Melli Bank PLC London | Profit Before Tax | 4,965 | 9,565 |
| | Capital | 192,785 | 192,785 |
| | Return on Capital | 2.58 | 4.96 |
| Mir Business Bank, Moscow | Profit Before Tax | (3,273) | 4,195 |
| | Capital | 21,972 | 17,306 |
| | Return on Capital | (14.90) | 24.24 |
| Future Bank, Bahrain | Profit Before Tax | 6,997 | 14,664 |
| | Capital | 52,777 | 68,217 |
| | Return on Capital | 13.26 | 21.50 |
| Arian Bank, Afghanistan | Profit Before Tax | 47 | 206 |
| | Capital | 6,453 | 8,025 |
| | Return on Capital | 0.73 | 2.57 |



BMI's Branch in Musqat – Oman

31

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## Anti-Money Laundering )AML( Efforts

Due to its leading position in the country's banking system, BMI has always been proactive and diligent in implementing the policies and guidelines of the Central Bank of Islamic Republic of Iran; Also, rendering healthy, excellent, accurate and efficient services in the shortest possible time is the priority of BMI's staff. For instance, BMI has taken important measures for the purpose of combating money laundering and the financing of terrorism, the most important ones have been the followings:

● Establishing the Department for Combating Money Laundering enjoying skilled and specialized professionals in financial, credit and foreign exchange affairs as well as in other banking divisions under direct supervision of the Managing Director of BMI;

● Establishing Anti-Money Laundering High Committee with the participation of top managers and senior professionals, the secretary of which is held by the Anti-Money Laundering Department, to strategically direct BMI's different units in the task of combating money laundering based on the national and international laws and regulations communicated by the Central Bank of Islamic Republic Iran and to monitor and to ensure good implementation of them;

● Establishing Anti-Money Laundering Sub-Committees in all regional directorates and independent branches to develop monitoring and to ensure strict implementation of anti-money laundering provisions communicated to all units;

● Training managers and employees at all levels to familiarize them with the anti-money laundering rules and directives and to update the knowledge of BMI's employees in this regard in cooperation with General Training Department;

● Developing and codifying the internal control procedures related to the combat against money laundering and to communicate them to the supervisory sections for applying quick and accurate risk assessment of the activities suspected of money laundering; and

● Establishing the Specialized Committee of Anti-Money Laundering Units of the Country's Banking Network, in order to create harmony and unity in the combat against money laundering.

**Measures Taken to Combat against Money Laundering:**

The followings are some of the measures taken in the field of combating againts money laundering led by the Anti-Money Laundering Department:

● preparing and installing the comprehensive online system for authentication of customers' identities in all branches of BIM in order to be used by the units at the time of rendering basic and non-basic services to customers;

● reflecting the rules of preventing money laundering in the instructions and software programs related to banking products and services;

● encouraging customers and clients to use the new systems of PAYA , SATNA, etc. and avoiding cash transfers to reduce the risks suspected of money laundering;

● installing the online system of FIDA in Anti-Money Laundering Department for getting Comprehensive foreign nationals' ID Number from the Financial Data and Anti-Money Laundering

PX801



Unit of the Ministry of Economic Affairs and Finance and sending them to the branches to open an account;

● active and effective participation in relevant national and international conferences and participating in the training courses of AML/CBT held in the Financial Data and Anti-Money Laundering Unit of the Ministry of Economic Affairs and Finance;

● completing and submitting the questionnaires provided by the foreign correspondent banks to establish correspondent relations in the post-sanctions conditions as well as providing BMI's correspondents with the questionnaires for observance of the standards of combating money laundering and the financing of terrorism received from Central Bank of Islamic Republic of Iran; And sending BMI's first 6-month performance report regarding the mentioned issue to Central Bank of the Islamic Repulic of Iran;

● Installing and operating the systems related to MPLS communication line, such as project control integrated management for transmission of data and the progress of implementing directives, sending reports on suspected transactions exceeding the prescribed ceiling and getting inquiry from the Ministry of Economic Affairs and Finance and also reporting BMI's performance in implementing the anti-money laundering directives through the mentioned system to the Financial Data and Anti-Money Laundering Unit of the Ministry of Economic Affairs and Finance;

● Submitting the performance reports of BMI's foreign units on the observance of the anti-money laundering laws and regulations at 6-month intervals to the Central Bank of the Islamic Republic of Iran;

● preparing the anti-money laundering monitoring checklist in order to facilitate the control on the related  affairs and to present it to the Inspection and Audit Affairs Division and to the departments of branches affairs throughout the country to be used by inspectors and auditors;

● compiling training booklets based on the latest Anti-Money Laundering directives and submitting them to the Training Department of BMI in order to be used in different training courses;

● technically examining the reports and checklists received regarding the performance of BMI's units in the field of combat against money laundering; and

● fulfilling various duties as specified in the project control integrated system of the Financial Data Unit in the field of teaching directives to the bank employees, periodic inspection of branches, etc. and sending the related documentations via the system to the Financial Data Unit.



A View of the Courtyard of BMI's Headquarters

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

### Strategic Measures, Plans and Achievements of BMI

Strategic Measures, Plans and Achievements of BMI in the fiscal year under report:

- Master Plan for the development of BMI;
- Re-engineering of business processes;
- Increasing lending capacity to support investment and entrepreneurship activities;
- Planning to reduce the risk of non-repayment of granted facilities and to collect claims;
- Enhancing the knowledge and specialized skills of human resources;
- Developing the electronic banking, diversifying products and increasing the efficiency;
- Participating in public affairs and designing new products;
- Designing microfinance credits schemes;
- Codifying and implementing the development plan of BMI and implementing the systems related to the plan;
- Developing the activities of granting interest-free-loans;
- Designing the organizational structure and business processes to form a downsized and brisk organization to facilitate rendering services to customers;
- Conducting feasibility study for the business continuity based on a holding structure;
- Entrusting authority to regional directorates;
- Reorganizing inefficient branches;
- Planning and taking effective measures to increase the profitability of subsidiaries;
- Designing and testing the new internet banking system with very high advantages;
- BMI's measures for transparency, pursuing and collecting outstanding claims;
- Expanding the facilitation branches with the mission of meeting the financial needs and solving the problems of small businesses, reducing banking fees, etc.;
- Concluding agreements of cooperation with some large organizations and ministries such as Ministry of Education, Islamic Azad University, Imam Khomeini Relief Committee, Ministry of Interior, Alborz Insurance Co., Organization for Civil Registration, the Judiciary, etc.;
- Systematically controlling the units to inspect and monitor their performance;
- planning and taking action to sell the surplus assets of BMI in order to improve the fixed assets in BMI's financial structure;
- Operating the business Internet banking (BIB) for the corporate clients;
- Implementing the Chakavak Plan in the units throughout the country;
- Implementing the new plan for insurance of employees in partnership with private sector;
- Optimizing financial payments to the employees with the aim of their satisfaction and facilitating their livelihoods;

PX801



- optimizing the welfare affairs and recreation centers of BMI;
- promoting the suggestions system for optimized implementation of the participatory management;
- establishing the customer's credit rating system;
- implementing the Service Plan regarding paying in accounts and cashing checks in collaboration with Bank of Industry and Mine, Exports Development Bank, and Ayandeh Bank;
- investment in infrastructure projects;
- planning to establish BMI's Customers Club; and
- cultural Affairs (participation in the construction of mosques and libraries and providing special services in Hajj rites, etc.).



PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## Social Responsibilities of BMI

Bank Melli Iran considers its important mission in the community to participate in social affairs and charitable projects and has an active and influential presence in the projects such as constructing school, constructing and completing mosques and prayer houses, health centers, orphanages and care centers for abandoned children, releasing the prisoners of unintentional crimes, equipping libraries and so on in order to fulfill its duties efficiently.

● Construction of schools and vocational schools in deprived areas: In this regard, the schools and technical schools constructed in Birjand, Ilam, Kohgiloyeh and Boyer Ahmad, Khorramshahr, West Azerbaijan, Zabul, Sanandaj, Borazjan, Beshagerd, Kerman, Hamedan, Quchan, Bojnourd, Semnan, and the earthquake-stricken area of Varzaqan in East Azerbaijan are notable.

● Participation and financial support in constructing the hospital in Jiroft; appreciation of top students supported by Tehran Public and Revolution Prosecution Office; close collaboration with Foundation of Specific Diseases, Mahak Charity Foundation, etc.; specially very active participation for consecutive years in support of the sacred motion of promoting the organ transplant and equipping selective branches for immediate issuance of Peyvand Card (Transplant Card); etc. are among other activities of BMI in line with fulfilling its social responsibilities.



**Bank Melli Iran at the Service of Science and Knowledge.**

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

# Donating Organs is Presenting Life

**Bank Melli Iran the Constant Companion and
Supporter of Organ Donors**

37

PX801



# Part 3 : Financial Statements

- Consolidated Balance Sheet
- Consolidated Income Statement
- Consolidated  Retained Profit (Loss) Turnover
- Consolidated Comprehensive Income Statement
- Consolidated Cash Flow Statement

- Main Company Balance Sheet
- Main Company Income Statement
- Main Company Comprehensive Income Statement
- Main Company Cash Flow Statement
- Notes to Financial Statements



**Bank Melli Iran**
Annual Report 2014-15
www.bmi.ir

## Consolidated Balance Sheet

| Assets | Note | March 20th, 2015 | (Restated) March 20th, 2014 | Liabilities and Equity | Note | March 20th, 2015 | (Restated) March 20th, 2014 |
|---|---|---|---|---|---|---|---|
| Assets: | | IRR Million | IRR Million | Liabilities: | | IRR Million | IRR Million |
| Cash | 5 | 29,304,656 | 26,786,731 | Due to Central Bank | 18 | 140,896,495 | 119,693,131 |
| Receivables from Central Banks | 6 | 158,308,672 | 132,747,826 | Due to Banks & Credit Institutions | 19 | 61,004,421 | 63,860,843 |
| Receivables from Banks & Credit Institutions | 7 | 71,011,004 | 56,696,618 | Liabilities due to acceptance of ducuments under LCs and Time Bills of Exchange | 20 | 8,722,935 | 16,324,782 |
| Receivables from Government | 8 | 174,900,994 | 131,431,653 | Demand Deposits | 21 | 198,489,950 | 217,725,747 |
| Granted Facilities to and Claims from Public Sector | 9 | 19,722,971 | 11,448,467 | Savings Deposits and the Similar | 22 | 82,582,547 | 70,080,436 |
| Granted Facilities to and Claims from Private Sector | 10 | 643,417,174 | 567,274,514 | Time Investment Deposits | 23 | 741,949,273 | 574,968,051 |
| Debtors under LCs and Time Bills of Exchange | 11 | 7,297,276 | 14,909,381 | Other Deposits | 24 | 31,803,362 | 36,333,047 |
| Participation Bonds and the Similar | 12 | 23,324,648 | 28,281,420 | Tax Reserve | 25 | 5,476,939 | 5,802,666 |
| Investments and Joint Ventures | 13 | 57,883,960 | 52,072,487 | Reserves and Other Liabilities | 26 | 60,719,103 | 52,477,128 |
| Tangible Fixed Assets | 14 | 128,972,264 | 123,126,040 | Dividends Payable | 27 | 3,806,830 | 2,488,180 |
| Intangible Assets, Goodwill | 15 | 6,024,657 | 4,942,649 | Reserve for employees' end of service reward | 28 | 16,167,788 | 12,708,196 |
| Other Assets | 16 | 127,337,063 | 98,787,730 | Items in Transit | 17 | 3,857,036 | - |
| Items in Transit | 17 | - | 8,631,607 | Total Liabilities | | 1,355,476,679 | 1,172,462,207 |
| | | | | Equity: | | | |
| | | | | Capital | 29 | 99,065,600 | 99,065,600 |
| | | | | Difference in FX rates | 30 | 16,654,489 | 17,545,774 |
| | | | | Legal Reserve | 31 | 1,919,729 | 1,450,486 |
| | | | | Capital Reserve | 32 | 3,834,860 | 3,278,496 |
| | | | | Other reserves | 33 | 8,485,669 | 6,193,466 |
| | | | | Surplus for Revaluation of Fixed Assets | 34 | 77,550 | 77,550 |
| | | | | Retained Profit (Loss) | | (68,926,885) | (66,996,454) |
| | | | | Total Equity of the Main Unit | | 61,111,012 | 60,614,918 |
| | | | | Minority share | 35 | 30,917,648 | 24,059,998 |
| | | | | Total Equity | | 92,028,660 | 84,674,916 |
| Total Assets: | | 1,447,505,339 | 1,257,137,123 | Total Liabilities and Equity | | 1,447,505,339 | 1,257,137,123 |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## Consolidated Income Statement

| Description | Note | 2014-15 | | (Restated) 2013-14 |
|---|---|---|---|---|
| | | IRR Million | IRR Million | IRR Million |
| A) Income from Banking Activities and Investments | | | | |
| Profit from Granted Loans | 36 | 97,938,034 | | 63,663,448 |
| Selling Goods and Income from Rendering Services | 37 | 117,228,533 | | 92,516,276 |
| Profit from Investments and Depositing | 38 | 28,514,198 | | 21,875,221 |
| Total Banking and Investment Income | | | 243,680,765 | 178,054,945 |
| Less: | | | | |
| Cost of Goods and Rendered Services | 39 | (93,277,552) | | (68,470,598) |
| Interim Profit for Investment Deposits | 40 | (119,265,259) | | (89,853,743) |
| | | | (212,542,811) | (158,324,341) |
| Group's Share from Banking Activities and Investments | | | 31,137,954 | 19,730,604 |
| B) Non-Joint Income of Depositors: | | | | |
| Profit and Commitment fees Received | 41 | 7,741,840 | | 6,590,990 |
| Commission Received | 42 | 7,111,162 | | 5,935,506 |
| Other Income | 43 | 36,048,526 | | 6,404,236 |
| Total Non-Joint Income | | | 50,901,528 | 18,930,732 |
| Total Income | | | 82,039,482 | 38,661,336 |
| C) Expenses | | | | |
| Profit Paid (Excluding Profit Paid to Depositors) | 44 | (6,704,869) | | (6,374,358) |
| Commission Paid | 45 | (6,845,657) | | (5,141,505) |
| **General Expenses** | 46 | **(50,392,824)** | | **(48,108,482)** |
| Other Expenses | 47 | (3,132,228) | | (2,341,508) |
| Total Expenses | | | (67,075,578) | (61,965,853) |
| Profit (Loss) Before Tax | | | 14,963,904 | (23,304,517) |
| Tax | | | (1,997,016) | (2,209,463) |
| Net Profit (Loss) | | | 12,966,888 | (25,513,980) |
| Minority's Share | 35 | | 11,841,253 | 14,675,621 |

41

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## Consolidated Retained Profit ) Loss( Turnover

(Amounts in million Rials)

| Description | Note | 2014-15 | (Restated) 2013-14 |
|---|---|---|---|
| Net Profit (Loss) | | 12,966,888 | (25,513,980) |
| Retained Profit at the Beginning of the Fiscal Year | | (52,934,694) | 10,806,288 |
| Annual Adjustments | 48 | (899,236) | (34,019,930) |
| Retained Profit at the Beginning of the Fiscal Year - Adjusted | | (53,833,930) | (23,213,642) |
| Allocable Profit (Loss) | | (40,867,042) | (48,727,622) |
| Changes in Minority's Share from Accumulated Profit and other Changes | 48-3 | 527,900 | 2,241,519 |
| Transfer to Legal Reserve | 31 | - | (38,704) |
| Transfer to other Reserves | 33-2 | - | (103,121) |
| Allocation of Profit: | | | |
| legal Reserves | 31 | (568,664) | (1,136,716) |
| Capital Reserve | 32 | (679,699) | (431,060) |
| Other Reserve | 33 | (358,636) | (6,235 ) |
| Transfer to the Cost of Project | 13 | (606,255) | (160,174) |
| Approved Dividend – Minority's Share | | (8,725,619) | (4,476,657) |
| 50% of the Expressed Profit as per the Para. C of Note 1, of the Budget Law of the Fiscal Year 2014-15 | | (127,547) | - |
| | | (11,066,420) | (6,210,842) |
| Transfer to Capital of subsidiaries | 33 | (1,601,167) | (995,160) |
| Retained Profit (Loss) at the End of the Fiscal Yedar | | (53,006,729) | (53,833,930) |
| Minority's Share | 35 | (15,920,156) | (13,162,524) |
| Retained Loss Attributable to the Main Unit's Shareholders | | **(68,926,885)** | **(66,996,454)** |

42



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## Consolidated Comprehensive Income Statement

| Description | Note | 2014-15 | (Restated) 2013-14 |
|---|---|---|---|
| | | IRR Million | IRR Million |
| Net Profit (Loss) | | 12,966,888 | (25,513,980) |
| Surplus for revaluation of Tangible Fixed Assets | 34 | - | 24,681 |
| Resultant from Changes in forgien Currency Rates Parities | 30 | (899,053) | 831,865 |
| Comprehensive Profit of the Fiscal year | | 12,067,835 | (24,657,434) |
| Annual Adjustments | 48 | (899,236) | (34,019,930) |
| Comprehensive Profit Identified from the Reporting Date of the Previous Fiscal Year | | 11,168,599 | (58,677,364) |
| Minority's Share from the Comprehensive Profit of the Fiscal Year | 35 | 8,733,661 | 10,754,011 |



Ceremony for presenting the winners of the Qarz-Al-Hasanah savings accounts

43

PX801



**Bank Melli Iran**
Annual Report 2014-15
www.bmi.ir

## Consolidated Cash Flow Statement

| Description | Note | 2014-15 | | (Restated) 2013-14 |
|---|---|---|---|---|
| | | IRR Million | IRR Million | IRR Million |
| Operational Activities | | | | |
| Net Cash Inflow Resulting from Operational Activities | 49-1 | | 12,541,286 | (2,032,860) |
| Return on Investments and Profit Paid for Financing: | | | | |
| Dividend Received | | 5,895,670 | | 4,667,461 |
| Dividend Paid to Shareholders of the Main Unit | | (250,000) | | (250,000) |
| Dividend Paid to Minority Shareholders | | (7,406,969) | | (4,196,809) |
| Net Cash Outflow Resulting from Return on Investments and Profit Paid for Financing | | | (1,761,299) | 220,652 |
| Income Tax: | | | | |
| Income Tax Paid | | | (2,322,071) | (2,240,456) |
| Investment Activities: | | | | |
| Funds Paid for Purchasing, Construction and Completion of Fixed Tangible and Intangible Assets | | (9,830,334) | | (5,277,474) |
| Funds Resulting from Selling Fixed Tangible Assets | | 987,766 | | 531,207 |
| Cash Outflow Resulting from Investment Activities | | | (8,842,568) | (4,746,267) |
| Cash Inflow (Outflow) Before Financing Activities | | | (384,652) | (8,798,931) |
| Financing Activities: | | | | |
| Funds Resulting from Capital Increase (Decrease) of Subsidiaries – Minority's Share | | 2,171,998 | | 136,429 |
| Net Cash Inflow Resulting from Financing Activities | | | 2,171,998 | 136,429 |
| Net Increase (Decrease) in Cash Funds | | | 1,787,346 | (8,662,502) |
| Balance of the Cash Funds at the Beginning of Fiscal year | 50 | | 31,679,333 | 40,341,835 |
| Effect of Changes in Foreign Currency Rates | | | (194,676) | - |
| Balance of Cash Funds at the End of Fiscal Year | 50 | | **33,272,003** | **31,679,333** |
| Non-Cash Transactions – Revaluation of Bank's Fixed Tangible Assets | | | - | - |

44



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## Main Company Balance Sheet

| Assets | Note | March 20th, 2015 | (Restated) March 20th, 2014 | Liabilities & Equity | Note | March 20th, 2015 | (Restated) March 20th, 2014 |
|---|---|---|---|---|---|---|---|
| Assets | | IRR Million | IRR Million | Liabilities: | | IRR Million | IRR Million |
| Cash | 5 | 21,042,984 | 18,355,641 | Due to Central Bank | 18 | 140,896,495 | 117,664,298 |
| Receivables from Central Bank | 6 | 158,177,134 | 132,021,750 | Due to Banks & Credit Institutions | 19 | 29,284,917 | 36,698,014 |
| Receivables from Banks & Credit Institutions | 7 | 65,576,456 | 52,282,244 | Liabilities due to Acceptance of Documents under LCs and Time Bills of Exchange | 20 | 8,722,917 | 16,324,782 |
| Receivables from Government | 8 | 174,900,994 | 131,431,653 | Demand Deposits | 21 | 199,637,191 | 217,751,632 |
| Granted Facilities to and Claims from Governmental Sector | 9 | 19,722,971 | 11,448,467 | Savings Deposits and the Similar | 22 | 82,582,547 | 70,080,436 |
| Granted Facilities to and Claims from Non-Governmental Sector | 10 | 642,208,977 | 566,109,093 | Time Investment Deposits | 23 | 743,146,702 | 576,252,060 |
| Debtors under LCs and Time Bills of Exchange | 11 | 7,297,276 | 14,909,381 | Other Deposits | 24 | 31,816,989 | 36,379,095 |
| Participation Bonds and the Similar | 12 | 17,262,178 | 20,964,783 | Reserves and Other Liabilities | 26 | 48,128,853 | 41,164,463 |
| Investments and Joint Ventures | 13 | 40,415,721 | 37,921,051 | Items in Transit | 17 | 3,857,036 | - |
| Tangible Fixed Assets | 14 | 102,998,486 | 102,750,330 | **Total Liabilities** | | **1,288,073,665** | **1,112,314,780** |
| Other Assets | 16 | 78,143,018 | 54,049,004 | **Equity:** | | | |
| Items in Transit | 17 | - | 8,765,683 | Capital | 29 | 99,065,600 | 99,065,600 |
| | | | | Difference in FX Rates | 30 | 2,259,729 | 2,259,729 |
| | | | | Conversion of Foreign Currencies, Subsidiaries Abroad | 30 | 8,970,393 | 8,450,973 |
| | | | | Capital Reserves | 33 | 1,110,144 | 1,071,881 |
| | | | | Other Reserves, Abroad | | 2,694,829 | 2,363,565 |
| | | | | Retained Profit (Loss) | | (74,428,165) | (74,517,448) |
| | | | | Total Equity | | 39,672,530 | 38,694,300 |
| **Total Assets** | | **1,327,746,195** | **1,151,009,080** | Total Liabilities and Equity | | **1,327,746,195** | **1,151,009,080** |
| Customers' Liabilities for L/Cs | | 36,837,455 | 27,666,381 | Bank's Liabilities Under L/Cs | | 36,837,455 | 27,666,381 |
| Customers' Liabilities for L/Gs | | 29,519,635 | 38,500,457 | Bank's Liabilities Under L/Gs | | 29,519,635 | 38,500,457 |
| Other Liabilities | | 11,487,846 | 28,713,646 | Other Liabilities | | 11,487,846 | 28,713,646 |
| Facilities Granted Using Administered Funds of FX Reserve Fund – Public Sector | | 41,683,634 | 36,459,106 | Administered Funds of Foreign Currency Reserve Fund - Public Sector | | 41,683,634 | 36,459,106 |
| Administered Funds and Similar Items | | 6,203,828 | 6,565,449 | Administered Funds and Similar Items | | 6,203,828 | 6,565,449 |
| Total Contra Accounts and Claims | 51-1 | **125,732,398** | **137,905,039** | Total Contra Accounts and Dues | 51-1 | **125,732,398** | **137,905,039** |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## Main Company Income Statement

| Description | Note | 2014-15 | | (Restated) 2013-14 |
|---|---|---|---|---|
| | | IRR Million | IRR Million | IRR Million |
| A) Bank's Income from Joint Activities | | | | |
| Profit and Commitment Fees Received from Granted Loans | 36 | | 98,033,320 | 64,068,317 |
| Profit from Investments and Joint Ventures | 38 | | 30,504,565 | 20,854,527 |
| Total Joint Income | | | 128,537,885 | 84,922,844 |
| Less: | | | | |
| Dividend Paid to Depositors | 40-1 | 108,692,806 | | 69,326,081 |
| Surplus of Payments to Depositors | 40-1 | 10,882,930 | | 20,694,746 |
| Interim Profit Paid to Depositors | 40 | | (119,575,736) | (90,020,827) |
| Bank's Share from Joint Incomes | | | 8,962,149 | (5,097,983) |
| B) Non-Joint Income: | | | | |
| Profit and Commitment Fees Received | 41 | 7,258,098 | | 5,993,837 |
| Commissions Received | 42 | 7,105,693 | | 5,875,590 |
| Other Income | 43 | 29,501,857 | | 1,944,135 |
| Total Non-Joint Income | | | 43,865,648 | 13,813,562 |
| Total Income of Bank | | | 52,827,797 | 8,715,579 |
| C) Expenses | | | | |
| Profit Paid (Excluding Profit Paid to Depositors) | 44 | (2,146,333) | | (2,249,235) |
| Commission Paid | 45 | (6,844,379) | | (5,077,209) |
| General Expenses | 46 | (42,463,129) | | (41,943,283) |
| Other Expenses | 47 | (1,033,831) | | (1,205,981) |
| Total Expenses | | | (52,487,672) | (50,475,708) |
| Profit (Loss) Before Tax | | | 340,125 | (41,760,129) |
| Less: | | | | |
| Tax | | | (85,031) | - |
| Profit (Loss) After Tax | | | **255,094** | **(41,760,129)** |
| Retained Profit Account Turnover | | | | |
| Net Profit (Loss) | | | 255,094 | (41,760,129) |
| Retained Profit at the Beginning of the Fiscal year | | (74,459,428) | | 2,322,966 |
| Annual Adjustments | 48 | (58,020) | | (35,080,285) |
| Retained Profit at the Beginning of the Fiscal Year - Adjusted | | | (74,517,448) | (32,757,319) |
| Allocable Profit | | | (74,262,354) | (74,517,448) |
| Allocation of the Profit: | | | | |
| Reserves | 33 | (38,264) | | - |
| 50% of the Expressed Profit as per the Budget Law of the Fiscal Year 2014-15 | | (127,547) | | - |
| | | | (165,811) | - |
| **Retained Profit (Loss) at the End of the Fiscal Year** | | | **(74,428,165)** | **(74,517,448)** |

46



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## Main Company Comprehensive Income Statement

| Description | Note | 2014-15 | (Restated) 2013-14 |
|---|---|---|---|
| | | IRR Million | IRR Million |
| Net Profit (Loss) | | 255,094 | (41,760,129) |
| Difference Resulting from Conversion of FX Balance Sheet of Subsidiaries Abroad | 30 | 519,420 | 452,652 |
| Comprehensive Profit (Loss) of the Fiscal year | | 774,514 | (41,307,477) |
| Annual Adjustments | 48 | (58,020) | (35,080,285) |
| Comprehensive Profit (Loss) Identified from the Reporting Date of the Previous Fiscal Year | | 716,494 | (76,387,762) |

## Main Company Cash Flow Statement

| Description | Note | 2014-15 | | (Restated) 2013-14 |
|---|---|---|---|---|
| | | IRR Million | IRR Million | IRR Million |
| Operational Activities | | | | |
| Net Cash Outflow Resulting from Operational Activities | 49-2 | | 8,867,931 | (15,758,662) |
| Return on Investments and Profits Paid for Financing: | | | | |
| Dividend Received | | 1,523,280 | | 386,129 |
| Dividend Paid to Shareholders | | (250,000) | | (250,000) |
| Net Cash Outflow Resulting from Return on Investments and Profit Paid for Financing | | | 1,273,280 | 136,129 |
| **Income Tax:** | | | | |
| Income Tax Paid | | | (130,594) | (1,077,340) |
| **Investment Activities:** | | | | |
| Funds Paid for Buying, Constructing and Completing Tangible Fixed Assets | | (1,655,450) | | (1,173,368) |
| Funds Received from Selling and Adjustment of Fixed Assets | | 455,054 | | 145,347 |
| Net Cash  Inflow (Outflow) Resulting from Investment Activities | | | (1,200,396) | (1,028,021) |
| Net Cash Outflow before Financing Activities | | | 8,810,221 | (17,727,894) |
| Loss from Conversion of Cash in Foreign Currencies | | | (207,061) | - |
| | | | 8,603,160 | (17,727,894) |
| Balance of Cash Funds at the Beginning of Fiscal year | 50 | | 19,825,112 | 37,553,006 |
| Balance of Cash Funds at the End of the Fiscal Year | 50 | | **28,428,272** | **19,825,112** |

47



# Notes to Financial Statements

## 1. Fundamentals for Compilation of the Financial Statements

The financial statements of the Group and Company are fundamentally prepared and regulated based on the historical cost prices, however, the current values are also used wherever appropriate.

## 2. Fundamentals of the Consolidation

**2.1.** The consolidated financial statements are the results of the integration of the items of the financial statements of Bank Melli Iran and its affiliates liable to the consolidation, after eliminating the intragroup transactions and balances as well as the unrealized profit and losses resulting from intragroup transactions.

**2.2.** For the affiliated companies took over during the fiscal year, the outcome of their operations is transfered to BMI as of the date of their effective control by BMI and for the affiliated companies sold and transferred, the result of their operating is included in cosolidated income statement until the time of their transfer.

## 3. A Summary of the Most Important Accounting Procedures

**3.1. Depositors' Share from Joint Profit**

In execution of the Usury Free Banking Operation Act approved on Aug. 30th, 1983 and its related by-laws and directives, and in compliance with Circulars No. 1799/MB dated Jan. 08, 2004 and No. 37852 dated May 06, 2014 of Central Bank of Islamic Republic of Iran; the income resulting from the activities related to granting financial facilities, investments in stocks and participation bonds, which are identified in the Bank's accounting practices, shall be considered as joint revenue and the depositors' portion is determined proportional to the net utilization of their resources in the mentioned activities.

**3.2. Tangible Fixed assets**

**3.2.1** Excluding the items specified under Note 2-3-4; the tangible fixed assets are recorded in the accounts based on their cost prices. The expenses for improvement and major repairs, which would cause either considerable increase in the capacity or useful life of the fixed assets or essentially improve the quality of their efficiency, are considered as capital expenses and are depreciated during the remaining useful life of the related assets. The expenses for maintenance and minor repairs, carried out to protect and restore the prospective economic interests of the business unit to the extent of the initially appraised performance standards of assets, when occurred are considered as current expenses and allowed in the profit and loss account of the period.

**3.2.2.** In execution of Article 62 of the 3rd Development Plan; the Bank's land and buildings account was recorded as IRR 20,276 billion at the ends of fiscal years 1992-93, and based on Article 39 of the Budget Law

PX801



of the fiscal year 2012-13 was revalued amounting to IRR 89,409 billion as recorded in the accounts; and in accordance with the mentioned law, the resulting surplus of the said reappraisal amounting to IRR 93,586 billion was recorded as the account of the Government's capital increase in the Bank.

**3.2.3.** As per depreciation table, subject of Article 157 of Direct Tax Code approved in March 1988 and its subsequent amendments thereof approved on March 19th, 2007; the depreciation of fixed assets inside the country (excluding immovables) are calculated based on the following rates and methods.

| Assets | Depreciation Rate | Depreciation Accounting Method |
|---|---|---|
| Building (excluding its site) | 7, 12 and 15% | Descending |
| Installations | 7% | Descending |
| Machinery | 10, 12, 15, 25, and 35% | Descending |
| | 8, 5, 10, 12, and 15-year | Direct Line |
| Furniture and Computer Hardware | 3, 5, and 10-year | Direct Line |
| Tools | 1 and 4-year | Direct Line |
| Vehicles | 25, 30, and 35% | Descending |

**3.2.4.** For the constructions revalued in the fiscal year ended March 20th, 2005; from the same year on, the depreciations are accounted as descending by 3.5% rate in compliance with the Note 10 of the Depreciation Bylaw, the subject of Article 151 of the Direct Tax Law.

**3.2.5.** In execution of the provisions of Article 62 of the 3rd Development Program Act; the goodwill for the Bank's business units was recorded in the books at reappraised costs. Furthermore, according to the Resolution passed in the 1077th session of the Money and Credit Council; depreciation of the Bank's assets are calculated in compliance with the depreciations tables, the subject of Article 151 of the Direct Taxation Act, so no depreciation is calculated for goodwill as of the beginning of the fiscal year 2006-07.

**4.3. Foreign Exchange Conversions**

**4.3.1. Bank Melli Iran**

**Accounts Inside the Country:** The forex monetary items are converted at the market rates on the date of balance sheet (that are announced everyday by Central Bank of Islamic Republic of Iran); and the nonmonetary FX items are converted at market rates at the date of transaction. The margin resulting from settlement or conversion of the forex monetary items is identified as an income or an expense for the period of its occurrence.

**Overseas Units:** All Monetary and non-monetary items (excluding the equity) in overseas branches and units are converted at current exchange rates on the date of balance sheet, but the equity is converted at market rates on their formation date (historical rates). The profit and loss items are converted at market rate on the date of transaction. The margin resulting from conversion of the financial statements of such units is recorded under the title of equity.

49

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

**4.3.2. Subsidiary Companies**

The foreign currency transactions and monetary items are calculated based on the reference rates at the date of balance sheet and non-monetary items are converted based on the historical end prices in terms of the registered foreign currency with the reference rates at the date of transaction. The margin resulting from settlement or conversion of the forex monetary items is identified as an income or an expense for the period of its occurrence. For the financial statements of the independent overseas units; all the assets and liabilities of the indepentent foreign unit are converted based on the conversion rates at the date of balance sheet and the income and expense items are converted based on the average rates during the period. All the margins resulting from the conversion are recorded under the title of equity and reflected in the profit and loss statement. In case and  independent overseas unit is sold; the margin resulting from the conversion is directly transferred to the account of accumulated profit (loss).

**4.4. Reserve for Staff›s End of Service Reward of the Group and Bank Melli iran**

The reserve for employees' end of service benefits is calculated and allowed for in the accounts based on one latest monthly fixed salary and continuous fringes for every year of their service.

**4.5. Goodwill**

The accounting of combining the business units of the acquisition type is done based on the purchase method. The excess of the cost of acquisition of investment in the affiliated companies liable to consolidation and the dependent companies liable to the method of specific value over the Group's share from the net fair book value of their identifiable assets and liabilities at the time of acquisition are identified as goodwill and depreciated within a 10-year period by the direct line method. The goodwill resulting from acquisition of the dependent companies is reflected in the consolidated balance sheet, being included in the book value of the long-term investments in the affiliated companies.

**4.6. The Procedure for Identifying Income**

**4.6.1. Bank Melli Iran**

Based on the approval of the Money and Credit Council; the incomes resulting from the facilities granted within the framework of the Islamic Contracts until March 20, 2004, have been identified on a cash basis. In execution of the circular No. 772/MB dated July 18th, 2005 of the Central Bank of Iran and in compliance with the accounting standards; all the incomes of the Bank are accounted and reflected in the financial statements on an accrual basis. Therefore, based on the mentioned circular, the incomes from the Bank's transaction are identified for up to the deferred category (up to 18 months).

**4.6.2. Affiliated Companies**

Identifying the incomes in affiliated companies is executed based on an accrual basis.

**4.7. Reserve for Doubtful Debts**

**4.7.1. Bank Melli Iran**

In compliance with the circular No. 2823/MB dated February 24th, 2006 issued by the Central Bank of Iran and the approvals of the sessions dated Dec. 30, 2006, and Feb. 17, 2007 of the Money and Credit Council; the reserve for doubtful claims are accounted as detailed below and allowed for in the accounts:

PX801



a) The general reserve is calculated as 1.5% of the balance of total facilities, for which special reserve has been taken.

b) The special reserve for non-current facilities is calculated after considering the value of collaterals by applying the following factors:

| Facilities | Factor |
|---|---|
| Overdue Facilities | 10% |
| Deferred Facilities | 20% |
| Facilities categorized Doubtful, according to the result of examining the customer's ability to pay back (under 5 years) | 50% |
| Facilities Overdue for 5 years or more | 100% |

It should be mentioned that for the facilities which are overdue for more than 5 years (doubtful 2), the total balance of the loan is applied without counting the value of the collaterals and during the following 5 years the special reserve (directly or invariably) is included by equal to 100% of the loans balance.

**4.7.2.** The reserve for doubtful claims in the subsidiary company are recorded in the accounts, after they have proven to be doubtful in collection.

### 4.8. Receivables from Government

Imperative facilities that are granted under the guarantee of the Strategic Supervision and Planning Vice-Presidency or the previous State Management and Planning Organization are categorized as receivables from the government; among which are the followings:

a. The principal, the profit and the penalties of the governmental and non-governmental due facilities;

b. Due profits guaranteed on their by the government's committments for the imperative facilities;

c. Claims of the Bank for redemption of the principal and profits of the participation bonds coupon guaranteed by the Government at maturity.

PX801



**Bank Melli Iran**
Annual Report 2014-15
www.bmi.ir

## 5. Cash

Cash breakdown on the date of balance sheet is as follows:

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Cash | 16,152,055 | 12,043,400 | 16,080,251 | 11,994,493 |
| Foreign Currencies | 12,029,780 | 8,382,592 | 12,029,780 | 8,382,592 |
| Cash, Overseas Branches | 1,487,864 | 1,923,621 | 1,445,428 | 1,903,852 |
| Funds in Transit – IRR | 132,876 | 438,284 | 56,234 | 377,211 |
| Funds in Transit – Foreign Currencies | 56,234 | 353,891 | 36,241 | 353,893 |
| Balance with other Banks | 8,050,796 | 8,301,343 | – | – |
| Total Cash Funds | 37,909,606 | 31,443,131 | 29,647,934 | 23,012,041 |
| Less | | | | |
| Funds Restricted by the Central Bank of Iran (CBI) | (8,604,950) | (4,656,400) | (8,604,950) | (4,656,400) |
| **Total** | **29,304,656** | **26,786,731** | **21,042,984** | **18,355,641** |

## 6. Receivables from Central Banks

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Statutory Deposits | 107,296,270 | 90,223,659 | 107,296,270 | 90,223,659 |
| Sight FX Deposits with CBI | 4,500,828 | 2,967,111 | 4,500,828 | 2,967,111 |
| Current Account with Central Banks of other Countries | 17,416,669 | 19,888,501 | 17,416,669 | 19,888,501 |
| Receivables from CBI – Unfulfilled FX Liabilities | 18,585,800 | 8,974,488 | 18,585,800 | 8,974,488 |
| Statutory Deposits with Central Banks of other Countries | 1,794,237 | 1,898,341 | 1,662,699 | 1,172,265 |
| Time Deposits with Central Banks of other Countries | 264,423 | 345,281 | 264,423 | 345,281 |
| Receivables from CBI for Dealing Foreign Currencies | 8,450,445 | 8,450,445 | 8,450,445 | 8,450,445 |
| **Total** | **158,308,672** | **132,747,826** | **158,177,134** | **132,021,750** |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 7. Receivables from Banks and Credit Institutions

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Checks Issued by other Banks Paid – Not Cleared | 15,411,327 | 8,127,985 | 15,411,327 | 8,127,985 |
| Sight Foreign Currency Deposits with Domestic Banks | 12,648,138 | 10,042,445 | 12,648,138 | 10,042,445 |
| Time Foreign Currency Deposits with Domestic Banks | 8,668,230 | 8,337,809 | 8,668,230 | 8,337,809 |
| Foreign Currency Loan and Credit to Foreign Banks | 144,113 | 284,617 | 2,839,233 | 2,771,463 |
| Sight Foreign Currency Deposits with Foreign Banks | 2,949,759 | 7,366,738 | 2,973,394 | 2,472,338 |
| Time Foreign Currency Deposits with Foreign Banks | 12,677,776 | 6,946,420 | 4,524,473 | 4,939,600 |
| Time Foreign Currency Deposits with Foreign Banks – Overseas Branches | 2,960,926 | 756,929 | 2,960,926 | 756,929 |
| Facilities and Interest-Free-Loans Granted to Banks | 181,798 | 206,076 | 181,798 | 206,076 |
| Receivables from Bank Saderat Iran and Bank of Industry and Mine | 14,025,679 | 13,024,146 | 14,025,679 | 13,024,146 |
| Sight Foreign Currency Deposits with Foreign Banks – Overseas Branches | 1,073,538 | 1,248,981 | 1,073,538 | 1,248,981 |
| Foreign Currency Collateral Deposits with Foreign Banks | 259,810 | 301,706 | 259,810 | 301,706 |
| Sight Foreign Currency Deposits with Foreign Branches of Iranian Banks – After Cleaning | 9,119 | 46,057 | 9,119 | 46,057 |
| Loan and Credit Granted to Iranian Banks – Overseas Branches | 476 | 895 | 476 | 895 |
| | 315 | 5,814 | 315 | 5,814 |
| **Total** | **71,011,004** | **56,696,618** | **65,576,456** | **52,282,244** |

53

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 8. Due from Government

Due from Government (wholly related to the main unit) separated in terms of the type of facilities are as follows:

| Description | Government Sector | | Non-Government Sector | | Total Claims form Government | |
| --- | --- | --- | --- | --- | --- | --- |
| | | (Restated) | | (Restated) | | (Restated) |
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million | IRR Million | IRR Million |
| Profit and Commitments Fees Receivable | 57,515,918 | 43,032,529 | 11,245,377 | 6,946,739 | 68,761,259 | 49,979,268 |
| Matured Participation Bonds – Guaranteed by Government | 54,096,104 | 32,713,256 | - | - | 54,096,104 | 32,713,256 |
| Profit and Commission Committed by Government | - | - | 39,314,648 | 26,534,054 | 39,314,648 | 26,534,054 |
| Reward Contract | 7,241,469 | 7,261,976 | 8,473,524 | 6,933,157 | 15,714,993 | 14,195,133 |
| Principal Debt of Iran Sugar Co. | 6,112,687 | - | 5,000,000 | 5,000,000 | 11,112,687 | 5,000,000 |
| Muzaraba (Partnership) Contract | 8,280,253 | 14,606,733 | 431,971 | 431,791 | 8,712,224 | 15,038,524 |
| Profit Received | 2,876,428 | 2,878,333 | 4,118,426 | 3,368,765 | 6,994,854 | 6,247,098 |
| 40% of the Profit Expressed for Previous Years and 50% for the Fiscal Years 2013-14 and 2014-15 | 1,911,630 | 1,789,176 | - | - | 1,911,630 | 1,789,176 |
| Future Deals (Salaf) | 3,735 | 3,735 | 1,088,863 | 1,096,731 | 1,092,598 | 1,100,466 |
| Installment Selling | 49,226 | 88,196 | 496,145 | 423,157 | 545,371 | 511,353 |
| Interest-Free Loan (Qardh-ul-Hassana) | 294,695 | 85,102 | 16,838 | 19,216 | 311,533 | 104,318 |
| Civil Participation | 44,378 | 131,110 | 105,385 | 70,636 | 149,763 | 201,746 |
| Hire Purchase | 1,032 | 1,032 | 64 | - | 1,096 | 1,032 |
| Other | - | - | 2,556 | 24,492 | 2,556 | 24,492 |
| | 138,427,555 | 102,591,178 | 70,293,797 | 50,848,738 | 208,721,352 | 153,439,916 |
| Less: | | | | | | |
| Reserve for Doubtful Debts | (2,047,740) | (1,511,228) | (586,617) | (462,242) | (2,634,357) | (1,973,470) |
| Profit for Future Years Facilities Committed by Government | - | - | (31,186,001) | (20,003,633) | (31,186,001) | (20,003,633) |
| Outstanding Profit of Facilities and Participation Bonds (6% of Recognizance) | - | (2,144) | - | (29,016) | - | (31,160) |
| Total Deductions | (2,047,740) | (1,513,372,) | (31,772,618) | (20,494,891) | (33,820,358) | (22,008,263) |
| **Total** | **136,379,815** | **101,077,806** | **38,521,179** | **30,353,847** | **174,900,994** | **131,431,653** |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 9. Facilities Granted and Due from Public Sector

Facilities granted and due from public sector (wholly related to the main unit) are mentioned below:

| Description | Facilities Granted and Receivables March 20, 2015 IRR Million | Facilities Granted and Receivables (Restated) March 20, 2014 IRR Million | Imperative Facilities Granted March 20, 2015 IRR Million | Imperative Facilities Granted (Restated) March 20, 2014 IRR Million | Housing Facilities Granted March 20, 2015 IRR Million | Housing Facilities Granted (Restated) March 20, 2014 IRR Million | Total Facilities Granted and Receivables from Government Sector March 20, 2015 IRR Million | Total Facilities Granted and Receivables from Government Sector (Restated) March 20, 2014 IRR Million |
|---|---|---|---|---|---|---|---|---|
| Facilities Granted in Local Currency | 7,984,149 | 6,968,905 | 469,115 | 221,542 | 3,814,973 | 4,208,586 | 12,268,237 | 11,399,032 |
| Profit Received | 5,344,004 | 5,203,862 | - | - | - | - | 5,344,004 | 5,203,862 |
| Commitment fees Received | 189,239 | 402,720 | - | - | - | - | 189,239 | 402,720 |
| Debtors for LCs Paid | 8,513,373 | 1,236,060 | - | - | - | - | 8,513,373 | 1,236,060 |
| Debtors for LGs Paid | 53,609 | 41,112 | - | - | - | - | 53,609 | 41,113 |
| Other | - | 39,537 | - | - | - | - | - | 39,537 |
| Less: | | | | | | | | |
| Reserve for Doubtful Debts | - | - | - | - | - | - | (802,467) | (735,618) |
| Future Years Facilities Profit | - | - | - | - | - | - | (5,785,451) | (6,003,983) |
| Deferred Profit of Facilities | - | - | - | - | - | - | (57,573) | (134,256) |
| Total | 22,084,374 | 13,892,196 | 469,115 | 221,542 | 3,814,973 | 4,208,586 | 19,722,971 | 11,448,467 |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 10. Facilities Granted and Due from Private Sector

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | **March 20, 2015** | **March 20, 2014** | **March 20, 2015** | **March 20, 2014** |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Facilities Granted in Local Currency | 601,578,445 | 541,361,097 | 601,640,253 | 541,673,745 |
| Facilities Granted in Foreign Currencies | 51,209,250 | 55,924,479 | 51,209,250 | 55,924,479 |
| Profit Received | 41,494,800 | 26,711,645 | 41,494,800 | 26,711,645 |
| Commitment Fees Received | 5,021,677 | 7,703,124 | 5,021,677 | 7,703,124 |
| Debtors for LCs Paid | 29,935,802 | 32,170,013 | 29,935,802 | 32,170,013 |
| Debtors for LGs Paid | 3,978,990 | 2,798,649 | 3,978,990 | 2,798,649 |
| Facilities Granted by Branches and Subsidiaries Abroad | 41,248,443 | 40,718,400 | 39,978,438 | 39,240,331 |
| Other | **227,495** | - | **227,495** | - |
| | 774,694,902 | 707,387,407 | 773,486,705 | 706,221,986 |
| Reserve for Doubtful Debts | (29,092,503) | (46,773,714) | (29,092,503) | (46,773,714) |
| Future Years Profit and Income | (79,667,180) | (71,626,726) | (79,667,180) | (71,626,726) |
| Deferred Profit of Facilities | (22,328,342) | (21,515,301) | (22,328,342) | (21,515,301) |
| Muzaraba- funds received | **(189,703)** | **(197,152)** | **(189,703)** | **(197,152)** |
| Total | **643,417,174** | **567,274,514** | **642,208,977** | **566,109,093** |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 11. Debtors for Time LCs

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Debtors for Time LCs – Private Sector | 3,665,134 | 10,929,521 | 3,665,134 | 4,206,906 |
| Debtors for Time LCs – Public Sector | 3,743,269 | 4,206,907 | 3,743,269 | 10,929,522 |
| Total | 7,408,403 | 15,136,428 | 7,408,403 | 15,136,428 |
| Less: | | | | |
| Reserve for Doubtful Debts | (111,127) | (227,047) | (111,127) | (227,047) |
| Total | 7,297,276 | 14,909,381 | 7,297,276 | 14,909,381 |

## 12. Participation Bonds and Other Similar Bonds

The balance of above accounts consists of the following items:

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Participation Bonds of Public Sector | 17,861,715 | 21,970,939 | 16,958,099 | 20,964,285 |
| Securities in Foreign Currencies | 92 | 50 | 92 | 50 |
| Investment Deposits with Other Banks | 5,099,321 | 4,771,012 | - | - |
| Securities of Private Sector in Foreign Currencies | 363,520 | 1,539,419 | 303,987 | 448 |
| Total | 23,324,648 | 28,281,420 | 17,262,178 | 20,964,783 |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 13. Investments and Joint Ventures

Investments and joint ventures consist of the following:

| Description | Group | |
|---|---|---|
| | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million |
| Investment in Stocks of Affiliated Companies | 31,598,834 | 24,375,518 |
| Investment in Stocks of Other Companies: | | |
| Listed Companies | 9,053,714 | 7,692,940 |
| Other Companies – Domestic | 2,025,496 | 653,397 |
| Other Companies and Economic Units – Abroad | 184,967 | 179,540 |
| **Total** | **42,863,011** | **32,901,395** |
| Facilities Granted to Affiliated Companies | 8,429,940 | 11,980,839 |
| Direct Investment in Highway Construction Projects | 4,750,594 | 4,959,808 |
| Investment in Real Estate | 1,834,096 | 2,222,989 |
| Construction of Clearinghouse | 6,241 | 6,241 |
| Other | 78 | 1,215 |
| **Total** | **57,883,960** | **52,072,487** |

58

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 14. Table of the cost and accumulated depreciation of tangible fixed assets of the main unit )BM( )s as follows:

| Description | Cost Price - IRR Million | | | | | Accumulated Depreciation-IRR Million | | | | | Book Value-IRR Million | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | March 20, 2014 | Added During the Fiscal Year | Sold | Adjustments and Transfers | March 20, 2015 | March 20, 2014 | Added During the Fiscal Year | Sold | Adjustments and Transfers | March 20, 2015 | March 20, 2015 | March 20, 2014 |
| Land | 89,264,249 | 6,676 | (136,501) | 61,500 | 89,195,924 | - | - | - | - | - | 89,195,924 | 89,264,249 |
| Building | 9,958,596 | 202,467 | (27,823) | 229,544 | 10,362,784 | 2,806,143 | 336,221 | (9,023) | 2,398 | 3,135,739 | 7,227,045 | 7,152,453 |
| Total Immovable Properties Inside the County | 99,222,845 | 209,143 | (164,324) | 291,044 | 99,558,708 | 2,806,143 | 336,221 | (9,023) | 2,398 | 3,135,739 | 96,422,969 | 96,416,702 |
| Furniture, Accessories, Software, Vehicles | 5,869,920 | 842,837 | (293,041) | 561,254 | 6,980,970 | 3,728,215 | 779,548 | - | (121,763) | 4,386,000 | 2,594,970 | 2,141,705 |
| Total Tangible Fixed Assets inside the country | 105,092,765 | 1,051,980 | (457,365) | 852,298 | 106,539,678 | 6,534,358 | 1,115,769 | (9,023) | (119,365) | 7,521,739 | 99,017,939 | 98,558,407 |
| Fixed Assets to be Completed | 1,682,081 | 95,694 | - | (222,483) | 1,555,292 | - | - | - | - | - | 1,555,292 | 1,682,081 |
| Capital Prepayments | 341,654 | 115,450 | - | (70,212) | 386,892 | - | - | - | - | - | 386,892 | 341,654 |
| Total Fixed Assets to be Completed and Prepayments | 2,023,735 | 211,144 | - | (292,695) | 1,942,184 | - | - | - | - | - | 1,942,184 | 2,023,735 |
| Fixed Assets in General Stock | 395,420 | 422,769 | - | (490,857) | 327,332 | - | - | - | - | - | 327,332 | 395,420 |
| SubTotal, Domestic Branches | 107,511,920 | 1,685,893 | (457,365) | 68,746 | 108,809,194 | 6,534,358 | 1,115,769 | (9,023) | (119,365) | 7,521,739 | 101,287,455 | 100,977,562 |
| Immovable Properties, Abroad | 812,507 | - | - | (102,545) | 709,962 | 164,840 | 42,535 | - | (42,986) | 164,389 | 545,573 | 647,667 |
| Furniture and Vehicles Abroad | 227,474 | - | - | 66,242 | 293,716 | 199,469 | 21,174 | 3,187 | - | 223,830 | 69,886 | 28,005 |
| Total Tangible Fixed Assets | 108,551,901 | 1,685,893 | (457,365) | 32,443 | 109,812,872 | 6,898,667 | 1,179,478 | (5,836) | (162,351) | 7,909,968 | 101,902,914 | 101,653,234 |
| Intangible Assets: | | | | | | | | | | | | |
| Computer Software | 122,308 | - | - | - | 122,308 | 121,902 | - | - | - | 121,902 | 406 | 406 |
| Goodwill Inside the Country | 1,096,690 | 2,000 | (3,524) | - | 1,095,166 | - | - | - | - | - | 1,095,166 | 1,096,690 |
| Total | 1,218,998 | 2,000 | (3,524) | - | 1,217,474 | 121,902 | - | - | - | 121,902 | 1,095,572 | 1,097,096 |
| Grand Total/Fixed Assets | 109,770,899 | 1,687,893 | (460,889) | 32,443 | 111,030,346 | 7,020,569 | 1,179,478 | (5,836) | (162,351) | 8,031,860 | 102,998,486 | 102,750,330 |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 15. Intangible Assets and Goodwill

| Description | Group | |
| --- | --- | --- |
| | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million |
| Intangible Assets | 1,642,919 | 1,547,111 |
| Goodwill Resulting from Taking Over Affiliated Companies Stocks | 4,381,738 | 3,395,538 |
| | **6,024,657** | **4,942,649** |



60

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 16. Other Assets

| Description | Group March 20, 2015 | Group March 20, 2014 | Main Unit March 20, 2015 | Main Unit March 20, 2014 |
|---|---|---|---|---|
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Cash Funds Restricted by CBI | 8,604,950 | 4,656,400 | 8,604,950 | 4,656,400 |
| Sundry Debtors – Local Currency | 31,586,333 | 28,739,765 | 35,215,578 | 32,877,397 |
| Collaterals Possessed | 14,064,774 | 6,350,047 | 14,064,774 | 6,350,047 |
| Sundry Debtors – Overseas Branches | 233,963 | 668,162 | 233,963 | 668,162 |
| Sundry Debtors – Foreign Currencies | 377,847 | 462,742 | 377,847 | 462,742 |
| Profit and Commission Received - Overseas Branches | 674,998 | 916,628 | 674,998 | 916,628 |
| Total Inventory of Stock | 356,816 | 227,156 | 356,816 | 227,155 |
| Tax Stamp | 65,738 | 44,160 | 65,738 | 44,160 |
| Gold and Silver | 206,980 | 209,901 | 206,980 | 209,901 |
| Blocked Cash | 44,167 | 57,193 | - | - |
| Trade Accounts and Notes Receivable | 30,986,004 | 22,719,842 | - | - |
| Other Receivable Accounts and Instruments | 6,831,767 | 4,719,037 | - | - |
| Stock of Goods and Products | 26,046,002 | 23,105,402 | - | - |
| Properties and Real Estates | 90,840 | 32,146 | - | - |
| Orders and Prepayments | 6,045,485 | 5,061,592 | - | - |
| Goods of Future Deal (Salaf) Transactions | 742 | 851 | 742 | 853 |
| Dividend Received | 1,377,352 | 1,346,577 | 19,003,643 | 8,317,464 |
| Assets held for Sales | 37,113 | 54,375 | - | - |
| Other | 368,203 | 97,659 | - | - |
| **Total** | **128,000,074** | **99,469,635** | **78,806,029** | **54,730,909** |
| Less: Reserve for Doubtful Debts | (663,011) | (681,905) | (669,011) | (681,905) |
| | **127,337,063** | **98,787,730** | **78,143,018** | **54,049,004** |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 17. Items in Transit

The items in transit (all related to Bank Melli Iran) are as follows:

| Description | Debit March 20, 2015 IRR Million | Debit March 20, 2014 IRR Million | Description | Credit March 20, 2015 IRR Million | Credit March 20, 2014 IRR Million | Balance March 20, 2015 IRR Million | Balance March 20, 2014 IRR Million |
|---|---|---|---|---|---|---|---|
| Centralized Account with Head Office- Local Currency | 905,578,380 | 840,707,360 | Centralized Account with Head Office–Local Currency | 877,074,069 | 781,730,981 | 28,504,311 | 58,976,379 |
| Escrow Account | 21,154,700 | 146,475 | Escrow Account between Centralized Account wit Head Office and Manual Accounts | 2,727,750 | 5,001,519 | 18,426,950 | (4,855,044) |
| Centralized Account with Head Office- Foreign Currencies | 375,201,218 | 378,360,835 | Centralized Account with Head Office–Foreign Currencies | 374,280,466 | 379,471,569 | 920,752 | (1,110,734) |
| Exchange of Clearinghouse Instruments | 1,836 | - | Exchange of Clearinghouse Instruments | 1,493 | - | 343 | - |
| Foreign Exchange Transactions' Value in Local Currency | 425,244,584 | 403,580,376 | Foreign Exchange Transactions' Value in Local Currency | 425,244,584 | 403,580,376 | - | - |
| Foreign Exchange Transactions (FX Position) | 406,912,652 | 416,587,310 | Foreign Exchange Transactions (Foreign Exchange Position) | 406,912,652 | 416,587,310 | - | - |
| Internal Debtors - Foreign Currencies | 348,568 | 1,514,969 | Internal Debtors - Foreign Currencies | 479,104 | 403,119 | (130,536) | 1,111,850 |
| Internal Debtors - Local Currency | 17,681,324 | 159,990,000 | Internal Creditors - Local Currency | 68,248,484 | 204,321,510 | (50,567,160) | (44,331,510) |
| Internal Debtors – Overseas Branches | - | 44,989 | Internal Creditors – Overseas Branches | 1,166 | 2,881 | (1,166) | 42,108 |
| Time Deposits with Overseas Branches in Foreign Currencies | 1,351,232 | 7,744,851 | Head Office Time Deposits in Foreign Currencies | 1,244,847 | 12,734,061 | 106,385 | (4,989,210) |
| Sight Deposits with Overseas Branches in Foreign Currencies | 4,021,939 | 4,308,693 | Head Office Sight Deposits in Foreign Currencies | 3,965,043 | 4,146,868 | 56,896 | 161,825 |
| Sight Deposits with BMI's Overseas Branches in Foreign Currencies | 4,921,294 | 959,261 | Sight Deposits of Other Overseas Branches | 4,835,967 | 937,634 | 85,327 | 21,627 |
| Time Deposits with BMI's Overseas Branches in Foreign Currencies | 10,593,147 | 19,527,847 | Time Deposits of Other Overseas Branches | 10,660,040 | 19,855,587 | (66,893) | (327,740) |
| Loan and Credit to Overseas Branches in Foreign Currencies | 176,287 | 211,858 | Loan and Credit Received by Head Office | - | - | 176,287 | 211,858 |
| Capital Paid to Overseas Branches – in Foreign Currency | 5,200,026 | 4,400,553 | Capital of Overseas Branches | 5,200,026 | 4,400,553 | - | - |
| Due from Head Office | 10,969,912 | 15,250,262 | Due to Overseas Branches, Overdrafts in Foreign Currencies | 12,338,444 | 11,395,988 | (1,368,532) | 3,854,274 |
| Capital of Branches in Free Zones | 62,695 | 62,695 | Paid up Capital | 62,695 | 62,695 | - | - |
| **Total General Ledger** | **2,189,419,794** | **2,253,398,334** | **Total** | **2,193,276,830** | **2,244,632,651** | **(3,857,036)** | **8,765,683** |
| Mir Business Bank of Moscow | - | - | | - | 134,076 | - | (134,076) |
| Total as per Consolidated Financial Statements | **2,189,419,794** | **2,253,398,334** | | **2,193,276,830** | **2,244,766,727** | **(3,857,036)** | **8,631,607** |

62



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 18. Due to Central Bank of the Islamic Republic of Iran (CBI)

Due to Central Bank of the Islamic Republic of Iran (all related to BMI) are as follows:

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Due to Central Bank, Overdraft (Mir Business Bank Moscow) | - | 631,398 | - | - |
| Due to Central Bank, Overdraft | 62,263,728 | 29,839,924 | 62,263,728 | 29,839,924 |
| Facilities Received Through Reserve Currency Fund | 37,821,596 | 41,092,238 | 37,821,596 | 41,092,238 |
| Time Deposits of Central Bank in Foreign Currencies | 24,179,231 | 35,380,152 | 24,179,231 | 33,982,717 |
| Due to Central Bank for Unfulfilled Liabilities in Foreign Currencies | 8,139,670 | 4,383,206 | 8,139,670 | 4,383,206 |
| Facilities Received From Central Bank | 6,292,270 | 6,166,213 | 6,292,270 | 6,166,213 |
| Due to Central Bank for Reserve of Contracts Profit | 2,200,000 | 2,200,000 | 2,200,000 | 2,200,000 |
| | **140,896,495** | **119,693,131** | **140,896,495** | **117,664,298** |

## 19. Due to Banks and Credit Institutions

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Qarz-Al-Hasanah Current Accounts of Banks-Vostro Accounts | 3,960,755 | 3,963,018 | 3,960,755 | 3,963,018 |
| Sight Deposits of Iranian Banks in Foreign Currencies | 3,135,168 | 4,391,219 | 3,135,168 | 4,391,219 |
| Sight Deposits of Iranian Banks in Foreign Currencies - Overseas Branches | 6,445,747 | 5,836,158 | 6,445,747 | 5,836,158 |
| Sight Deposits of Foreign Banks in Foreign Currencies | 328,203 | 1,008,252 | 328,203 | 1,008,252 |
| Sight Deposits of Foreign Banks in Foreign Currencies- Overseas Branches | 200,547 | 364,464 | 200,547 | 364,464 |
| Time Deposits of Foreign Banks in Foreign Currencies | 5,642,803 | 4,551,765 | 6,055,613 | 5,419,908 |
| Time Deposits of Iranian Banks in Foreign Currencies- Overseas Branches | 932,239 | 969,628 | 932,239 | 969,628 |
| Interbank Accounts - After Clearing | 8,226,645 | 14,745,367 | 8,226,645 | 14,745,367 |
| Due of Subsidiary Banks to Banks and Credit Institutions | 3,394,307 | 1,471,272 | - | - |
| Loans Received from Other Banks by the Affiated companies | 28,738,007 | 26,559,700 | - | - |
| **Total** | **61,004,421** | **63,860,843** | **29,284,917** | **36,698,014** |

PX801



**Bank Melli Iran**
Annual Report 2014-15
www.bmi.ir

## 20. Liabilities for Acceptance of Documents Under LCs and Time Bills of Exchange

Liabilities for acceptance of documents under LCs and time bills of exchange (all related to BMI) are as follows:

| Description | March 20, 2015 | March 20, 2014 |
|---|---|---|
| | IRR Million | IRR Million |
| BMI's  Liabilities for Acceptance of Documents Under LCs and Time Bills of Exchange | 8,722,935 | 16,292,601 |
| BMI's Liabilities for Acceptance of Documents Under LCs and Time Bills of Exchange in Local Currency – Private Sector | - | 32,181 |
| **Total** | **8,722,935** | **16,324,782** |

## 21. Sight Deposits

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Qarz-Al-Hasanah Current Accounts – Local Currency | 135,350,507 | 128,260,797 | 136,294,183 | 128,507,158 |
| Qarz-Al-Hasanah Current Accounts  – Foreign Currencies | 18,820,248 | 21,639,045 | 18,820,248 | 21,639,045 |
| Sundry Creditors – Local Currency | 16,556,668 | 23,876,826 | 16,907,153 | 24,128,918 |
| Bank Checks Sold | 13,599,916 | 29,401,199 | 13,599,916 | 29,401,199 |
| Customers Current Accounts – Subsidiaries and Branches Abroad | 5,623,456 | 4,486,421 | 5,476,536 | 4,013,852 |
| Common Account of Civil Participation | 4,366,308 | 3,806,995 | 4,366,308 | 3,806,995 |
| Unclaimed Balances in Local Currency | 1,406,964 | 1,477,481 | 1,406,964 | 1,477,481 |
| Sundry Creditors – Foreign Currencies | 1,361,797 | 1,530,569 | 1,361,797 | 1,530,569 |
| Sundry Creditors – Overseas Branches | 558,107 | 1,261,856 | 558,107 | 1,261,856 |
| Unclaimed Balances – Overseas Branches | 331,764 | 331,238 | 331,764 | 331,238 |
| Profit & Commision paid – Overseas Branches | 300,851 | 896,409 | 300,851 | 896,409 |
| Administered Funds Not Consumed | 113,573 | 306,368 | 113,573 | 306,369 |
| Bills on Us - Local Currency | 93,050 | 425,951 | 93,050 | 425,951 |
| Bills on Us - Foreign Currencies | 6,624 | 24,490 | 6,624 | 24,490 |
| Unclaimed Balances in Foreign Currencies | 117 | 102 | 117 | 102 |
| **Total** | **198,489,950** | **217,725,747** | **199,637,191** | **217,751,632** |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 22. Savings Deposits and the Similar

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Qarz-Al-Hasanah Savings Accounts in Local Currency | 78,679,497 | 66,534,055 | 78,679,497 | 66,534,055 |
| Qarz-Al-Hasanah Savings Accounts in Foreign Currencies | 2,385,558 | 2,314,737 | 2,385,558 | 2,314,737 |
| Customers Savings Accounts – Overseas Branches | 1,441,479 | 1,173,494 | 1,441,479 | 1,173,494 |
| Special Qarz-Al-Hasana Deposits Not Consumed | 74,172 | 56,547 | 74,172 | 56,547 |
| Specific Qarz-Al-Hasana Deposits for the Young | 1,841 | 1,603 | 1,841 | 1,603 |
| | **82,582,547** | **70,080,436** | **82,582,547** | **70,080,436** |

## 23. Term Investment Deposits

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Long-Term Investment Deposits | 484,943,357 | 365,772,577 | 485,353,269 | 366,407,577 |
| Short-Term Investment Deposits | 252,731,386 | 204,980,579 | 253,518,902 | 205,629,588 |
| Special Short-Term Investment Deposits | 4,274,530 | 4,214,895 | 4,274,531 | 4,214,895 |
| | **741,949,273** | **574,968,051** | **743,146,702** | **576,252,060** |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 24. Other Deposits

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Customers Term Deposits – Overseas Branches | 11,652,928 | 14,686,275 | 11,652,928 | 14,686,275 |
| Term Deposits in Foreign Currencies | 9,146,695 | 9,147,392 | 9,146,695 | 9,147,392 |
| Advances Received from Customers for LCs in Foreign Currencies – Public Sector | 5,628,166 | 6,422,169 | 5,628,166 | 6,422,169 |
| Advances Received from Customers for LCs in Foreign Currencies – Private Sector | 2,227,305 | 2,433,111 | 2,227,305 | 2,433,111 |
| Cash Deposits for LGs – In IRR – Private Sector | 1,470,347 | 1,504,341 | 1,483,974 | 1,550,388 |
| Cash Deposits for LGs – In Foreign Currencies | 294,998 | 397,896 | 294,998 | 397,897 |
| Advances Received from Customers for LCs – Private Sector | 530,070 | 902,712 | 530,070 | 902,712 |
| Advances Received from Customers for Internal LCs – Private Sector | 210,778 | 319,768 | 210,778 | 319,768 |
| Deposits as Advance Payments Received from Customers for LCs – Private Sector | 140,264 | 5,463 | 140,264 | 5,463 |
| Deposits for LCs Opened – Overseas Branches | 93,910 | 84,300 | 93,910 | 84,300 |
| Advance Payments Received from Customers for other Facilities – Private Sector | 16,469 | 17,087 | 16,469 | 17,087 |
| Cash Deposits for LGs – in IRR – Public Sector | 6,998 | 7,922 | 6,998 | 7,922 |
| **Cash Deposits for Issued LGs – Overseas Branches** | 384,434 | 404,611 | 384,434 | 404,611 |
| | **31,803,362** | **36,333,047** | **31,816,989** | **36,379,095** |

## 25. Reserve for Tax

The Balance of tax reserve for the Group is as follows:

| Description | Group | |
|---|---|---|
| | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million |
| Tax Reserve for BMI | 2,800,808 | 2,847,043 |
| Tax Reserve for Affiliated companies | 2,676,131 | 2,955,623 |
| | **5,476,939** | **5,802,666** |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 26. Reserves and Other Dues

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Reserve for Haj Pilgrims | 18,193,777 | 14,847,113 | 18,193,777 | 14,847,112 |
| Reserve for Staff Leave and End of Service Reward | - | - | 13,582,350 | 10,897,598 |
| Reserve for Profit of Deposits Committed to be Paid by the Bank | 5,939,817 | 2,178,490 | 5,939,817 | 2,178,490 |
| Reserve for Prizes of Qarz-Al-Hasanah Deposits | 1,086,707 | 812,576 | 1,086,707 | 812,576 |
| Tax Reserve | - | - | 2,800,808 | 2,847,043 |
| Bills on Branches – Local Currency | 1,138,616 | 5,291,928 | 1,138,616 | 5,291,928 |
| Other Reserves – Overseas Branches | 1,125,915 | 759,251 | 1,125,915 | 759,251 |
| Reserve for Personnel and Administrative Expenses | 2,929,642 | 1,927,225 | 2,929,642 | 1,927,225 |
| Outstanding Profit and Commissions | 865,966 | 972,862 | 865,966 | 972,862 |
| Advance Payments Received by National Organization of Land and Housing | 405,665 | 570,788 | 405,665 | 570,788 |
| Other Reserves | 59,590 | 59,590 | 59,590 | 59,590 |
| Other Amounts Payable In commercial Accounts | 15,225,935 | 10,736,039 | - | - |
| Advance Payments Received | 4,016,484 | 3,856,842 | - | - |
| Other Accounts and Payable Instruments | 9,730,989 | 10,464,424 | - | - |
| | 60,719,103 | 52,477,128 | 48,128,853 | 41,164,463 |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 27. Payable Dividends

Payable dividends of the Group (all related to affiliated companies) are categorized hereunder:

| Description | March 20, 2015 | March 20, 2014 |
|---|---|---|
| | IRR Million | IRR Million |
| Minority Share of National Development Group Affiliated Companies (including Shafa Daru Group and Behshar Industries Group) | 2,152,964 | 762,874 |
| Minority Share of Shafa Daru Group Affiliated Companies | 567,656 | 168,633 |
| Minority Share of Iran Transfo Group Affiliated Companies | 915,546 | 1,445,998 |
| Minority Share of BMI's Affiliated Companies (Direct) | 170,664 | 110,675 |
| | **3,806,830** | **2,488,180** |

## 28. Reserve for Staff End of Service Reward

The turnover of the mentioned account is as follows:

| Description | March 20, 2015 | March 20, 2014 |
|---|---|---|
| | IRR Million | IRR Million |
| Balance at the Beginning of the Fiscal Year | 1,810,595 | 1,361,169 |
| Amounts Paid During the Fiscal Year | (279,069) | (250,933) |
| Reserve Provided | 1,000,324 | 640,073 |
| Adjustments | 53,587 | 60,286 |
| Balance at the End of the Fiscal Year | 2,585,437 | 1,810,595 |
| Plus: | | |
| Reserve for End of Service Reward for Staff and Retired Employees – Note 26 | 13,582,351 | 10,897,601 |
| | **16,167,788** | **12,708,196** |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 29. Capital

The capital of Bank Melli Iran at the end of the fiscal year 2014-15 equaled to IRR 99,065,600 million, all of which belong to the Government of the Islamic Republic of Iran as detailed in table below:

(Amounts in IRR million)

| Source of Capital Increase | Date of Registration | Fiscal Year | Previous Capital | Amount of Capital Increase | Last Capital |
|---|---|---|---|---|---|
| Primary Capital | May.05,1927 | 1928-29 | 0 | 0 | 20 |
| Undivided Profit and Reserves | - | 1977-78 | 20 | 24,980 | 25,000 |
| Revaluation | Dec.25,1994 | 1992-93 | 25,000 | 1,120,000 | 1,145,000 |
| Special Participation Bonds (Article 53 of the Third Development Plan Act) | Sep.29,2001 | 2000-01 | 1,145,000 | 1,115,000 | 2,260,000 |
| Revaluation of Immovable Properties | June.01,2005 | 2004-05 | 2,260,000 | 16,700,000 | 18,960 |
| Change in Foreign Currency Rates | June.01,2005 | 2004-05 | 18,960,000 | 3,440,000 | 22,400,000 |
| Cash Paid by Shareholder | Mar.26,2013 | 2012-13 | 22,400,000 | 900,000 | 23,300,000 |
| Revaluation of Immovable Properties | Mar.27,2013 | 2012-13 | 23,300,000 | 75,765,600 | 99,065,600 |

## 30. Difference in Foreign Currencies Rates

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Difference in Foreign Currency Rates | 2,259,729 | 2,259,729 | 2,259,729 | 2,259,729 |
| Difference in Conversion of the Balance Sheet of Affiliated Companies and Subsidiaries | 14,394,760 | 15,286,045 | 8,970,393 | 8,450,973 |
| | **16,654,489** | **17,545,774** | **11,230,122** | **10,710,702** |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 31. Legal Reserve

In compliance with articles 140 and 238 of the Amendment of Commerce Code approved in 1968, some amounts of the allocable profit of the subsidiary companies are transferred to the legal reserve. These articles also require the transfers to the legal reserve be continued until the balance equals 10 percent of the same company's capital. The legal reserve may neither be transferred to the company's capital nor, unless at the time of the company's dissolution, be distributed among the shareholders. The balance of the Group's legal reserve is categorized as follows:

| Description | March 20, 2015 | March 20, 2014 |
|---|---|---|
| | IRR Million | IRR Million |
| Balance at the Beginning of the Fiscal Year | 1,450,486 | 898,200 |
| Transfer from Allocable Profit | 447,044 | 546,659 |
| Adjustments | 22,199 | 5,627 |
| | **1,919,729** | **1,450,486** |

## 32. Capital Reserve

Turnover of capital reserve account of the Group (all related to the National Development Group Investment Company) is as follows:

| Description | March 20, 2015 | March 20, 2014 |
|---|---|---|
| | IRR Million | IRR Million |
| Balance at the Beginning of the Fiscal Year | 3,278,496 | 3,434,357 |
| Transfer from Allocable Profit | 547,965 | 344,343 |
| Transfer to Other Reserves | (814,251) | (508,055) |
| Adjustments | 822,650 | 7,851 |
| | **3,834,860** | **3,278,496** |

70

PX801



## 33. Other Reserves

Balance of other reserves on the date of balance sheet is as follows:

| Description | Group | | Main Unit | |
| --- | --- | --- | --- | --- |
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Legal Reserve of Bank Melli Iran | 1,110,144 | 1,071,881 | 1,110,144 | 1,071,881 |
| Other Reserves of Overseas Units | 2,694,830 | 2,363,565 | 2,694,829 | 2,363,565 |
| Other Reserves of Inland Units | 4,680,695 | 2,758,020 | | |
| | **8,485,669** | **6,193,466** | **3,804,973** | **3,435,446** |

## 34. Surplus of Tangible and Intangible Fixed Assets Revaluation:

Surplus of tangible and intangible fixed assets revaluation amounting to IRR 77,550 million (IRR 77,500 million in the previous year) is wholly related to the surplus of tangible fixed assets revaluation of Mir Business Bank, Moscow which has been made in the fiscal years 2011-12 and 2013-14

## 35. Minority's Share

| Description | Group | |
| --- | --- | --- |
| | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million |
| Capital | 9,450,749 | 8,093,426 |
| Interim Capital Increase | 2,150,092 | 47,065 |
| Reserves | 3,054,026 | 2,394,349 |
| Firouzkouh Cement Company's Balance Sheet Fair Value Surplus at the Date of Acquisition | 95,721 | 107,961 |
| Accumulated Difference of FX Conversion | 246,904 | 254,673 |
| Retained Profit (Loss) | 15,920,156 | 13,162,524 |
| | **30,917,648** | **24,059,998** |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 36. Profit for Facilities Granted

Profit for facilities granted related to joint incomes (all related to BMI) includes the following accounts:

| Description | Group | | Main Unit | |
| --- | --- | --- | --- | --- |
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Profit Received for Facilities of Islamic Contracts | 57,118,619 | 44,038,933 | 57,213,905 | 44,443,802 |
| Commitment fees Received from Facilities Granted | 40,819,415 | 19,624,515 | 40,819,415 | 19,624,515 |
| | **97,938,034** | **63,663,448** | **98,033,320** | **64,068,317** |

## 37. Sales and Income Generated from Rendering Services

Sales of products and income generated from rendering services (all related to affiliated companies) are as follows:

| Description | March 20, 2015 | March 20, 2014 |
| --- | --- | --- |
| | IRR Million | IRR Million |
| Selling the Products Produced by Group: | | |
| Domestic | 66,817,160 | 49,731,213 |
| Export | 20,746,017 | 23,153,558 |
| Total | 87,563,177 | 72,884,771 |
| Selling Purchased Products | 20,490,394 | 17,016,026 |
| Return from Sales and Discounts | (1,480,264) | (79,150) |
| Total Sales of Goods and Products | 106,573,307 | 89,821,647 |
| FX Sales – Money Exchange Services | 7,528,347 | - |
| Income from rendering services | 1,547,285 | 1,659,120 |
| Highway Tolls Collected and Other Side incomes | 775,918 | 579,887 |
| Selling Properties and Construction Projects | 803,676 | 455,622 |
| Total Goods Sales and Income Generated from Rendering Services | **117,228,533** | **92,516,276** |

72

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

### 38. Profit Resulting from Operational Investments

Profit Resulting from Operational Investments is detailed as follows:

| Description | Group | | Main Unit | |
| --- | --- | --- | --- | --- |
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Dividend of Affiliated Companies | | | 13,869,047 | 8,158,570 |
| Dividend of Dependent Companies | 6,955,141 | 5,788,749 | 135,770 | 200,496 |
| Dividend of Other Companies | 1,931,915 | 1,885,932 | 136,802 | 288,459 |
| Total | 8,887,056 | 7,674,681 | 14,141,619 | 8,647,525 |
| Profit (Loss) Resulting from Selling Investments | 1,740,341 | 1,478,020 | | 317,959 |
| Profit (Loss) Resulting from Selling Construction and Construction Projects | 1,302,480 | 191,413 | - | - |
| Profit of Participation Bonds and Bank Deposits | 16,604,698 | 12,124,877 | 16,362,946 | 11,889,043 |
| Total | 28,534,575 | 21,468,991 | 30,504,565 | 20,854,527 |
| Plus (Less) | | | | |
| Surplus (Deficit) of Investments' Values | (20,377) | 406,230 | - | - |
| | 28,514,198 | 21,875,221 | 30,504,565 | 20,854,527 |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 39. Cost of Goods and Rendered Services

| Description | March 20, 2015 | March 20, 2014 |
|---|---|---|
| Consuming Materials | 42,801,388 | 42,629,071 |
| Direct Wages | 2,166,296 | 1,691,933 |
| Manufacturing Overhead Expenses | 12,001,962 | 9,680,155 |
| Costs Not Absorbed in Manufacturing | (305,657) | (201,664) |
| Total Costs of Manufacturing | 56,663,989 | 53,799,495 |
| Goods in the Process of Production by Companies Included in Consolidation at the Beginning of Fiscal Year | - | 45,071 |
| Increase (Decrease) in Goods in the Process of Production | (510,557) | (854,921) |
| Cost of Products | 56,153,432 | 52,989,645 |
| Product Produced by the Companies Liable to Consolidation at the Beginning of Fiscal Year | - | 15,056 |
| Purchase of Finished Product | 30,536,049 | 18,599,044 |
| Adjustments, Internal Consumptions, Etc. | (66,757) | 17,415 |
| Increase (Decrease) in Finished Goods Inventory | (1,942,923) | (4,215,273) |
| Cost of Products Sold | 84,679,801 | 67,405,887 |
| Cost of Foreign Currencies Sold | 7,514,754 | - |
| Cost of Services Rendered | 723,374 | 925,161 |
| Cost of Properties Sold | 359,623 | 139,550 |
| | **93,277,552** | **68,470,598** |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 40. Interim Profit Paid to Depositors

Interim profit paid to depositors (all related to BMI) is detailed as follows:

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Long-Term Deposits | 81,032,276 | 56,535,479 | 81,342,753 | 56,702,563 |
| Short-Term Deposits | 26,220,247 | 23,810,228 | 26,220,247 | 23,810,228 |
| Deposits of Haj and Pilgrimage Organization | 12,012,736 | 9,508,036 | 12,012,736 | 9,508,036 |
| | **119,265,259** | **89,853,743** | **119,575,736** | **90,020,827** |

## 41. Profit and Commitment Fees Received

Profit and commitment fees received (in non-joint activities) consist of the following items:

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Commitment Fees Received from Other Receivables | 1,072,245 | 1,368,353 | 1,072,245 | 1,368,353 |
| Profit from Deposits in Foreign Currencies | 369,691 | 82,895 | 417,843 | 119,805 |
| Profit – Overseas Branches | 4,318,187 | 3,148,578 | 4,318,187 | 3,148,578 |
| Reward for Statutory Deposit | 964,339 | 832,724 | 964,339 | 832,724 |
| Profit – Old Transactions | 485,484 | 524,377 | 485,484 | 524,377 |
| Profit – Subsidiaries | 531,894 | 634,063 | - | - |
| | **7,741,840** | **6,590,990** | **7,258,098** | **5,993,837** |

PX801



**Bank Melli Iran**
Annual Report 2014-15
www.bmi.ir

## 42. Commission Received

Commission received include the following items:

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Commission - Domestic Branches | 6,976,895 | 5,391,309 | 6,976,895 | 5,391,309 |
| Commission - Foreign Branches | 128,798 | 484,281 | 128,798 | 484,281 |
| Commission - Subsidary Banks | 5,469 | 59,916 | - | - |
| | **7,111,162** | **5,935,506** | **7,105,693** | **5,875,590** |

## 43. Other Income

Other income include the following items:

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Miscellaneous Income - Domestic Branches | 27,768,838 | 1,325,785 | 27,785,868 | 1,325,785 |
| Miscellaneous Income - Foreign Branches | 1,715,989 | 618,350 | 1,715,989 | 618,350 |
| Other Income- Subsidiary Banks | 346,259 | 24,061 | - | - |
| Conversion of Foreign Currency Assets and Liabilities | 190,954 | 471,314 | - | - |
| Profit from Selling Tangible Fixed Assets | 268,003 | 353,897 | - | - |
| Profit from Deposits with Other Banks | 1,733,947 | 1,552,472 | - | - |
| Commission and Penalties Received from Customers | 67,986 | 59,655 | - | - |
| Selling Wastes | 175,049 | 116,838 | - | - |
| Selling Stocks | 2,576,936 | 245,767 | - | - |
| Other | 1,204,565 | 1,636,097 | - | - |
| | **36,048,526** | **6,404,236** | **29,501,857** | **1,944,135** |

PX801



Bank Melli Iran
Annual Report 2014-15
www.bmi.ir

## 44. Profit Paid )Excluding the Depositors' Profit(

Profit paid (excluding profit paid to depositors) is detailed as follows:

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Profit Paid | 628,913 | 457,256 | 628,913 | 457,256 |
| Profit Paid – Overseas Branches | 1,497,100 | 1,791,978 | 1,517,420 | 1,791,979 |
| Profit Paid – Subsidiary Banks | 64,538 | 55,208 | - | - |
| Profit Paid – Other Affiliated Companies | 4,514,318 | 4,069,916 | - | - |
| | **6,704,869** | **6,374,358** | **2,146,333** | **2,249,235** |

## 45. Commission Paid

Commission paid includes the following accounts:

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Commission Paid – Domestic Branches | 5,960,519 | 4,909,816 | 5,960,519 | 4,909,816 |
| Commission Paid – Overseas Branches | 883,860 | 167,393 | 883,860 | 167,393 |
| Commission Paid – Subsidiary Banks | 1,278 | 64,296 | - | - |
| | **6,845,657** | **5,141,505** | **6,844,379** | **5,077,209** |

PX801



**Bank Melli Iran**
Annual Report 2014-15
www.bmi.ir

## 46. Expenses

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Domestic Branches and Units | | | | |
| Personnel Expenses | 34,072,374 | 28,052,691 | 30,905,461 | 25,771,487 |
| Doubtful Debts | 348,329 | 5,960,099 | - | 5,830,904 |
| Administrative Expenses | 12,926,676 | 10,671,029 | 9,055,038 | 7,660,601 |
| Expenses for Depreciation of Tangible Fixed Assets | 1,360,704 | 1,286,416 | 1,117,072 | 1,116,339 |
| Total | 48,708,083 | 45,970,235 | 41,077,571 | 40,379,331 |
| Overseas Branches | 1,385,558 | 1,563,952 | 1,385,558 | 1,563,952 |
| Overseas Subsidiary Units | 229,183 | 574,295 | - | - |
| | **50,392,824** | **48,108,482** | **42,463,129** | **41,943,283** |

## 47. Other Expenses

Other expenses include the following accounts:

| Description | Group | | Main Unit | |
|---|---|---|---|---|
| | March 20, 2015 | March 20, 2014 | March 20, 2015 | March 20, 2014 |
| | IRR Million | IRR Million | IRR Million | IRR Million |
| Result from Foreign Currency Transactions | | 420,897 | | 420,897 |
| Expenses for Rewards of Qarz-Al-Hasanah Deposits | 1,033,300 | 785,080 | 1,033,300 | 785,080 |
| Expenses Not Absorbed in Production | 304,353 | 201,664 | - | - |
| Depreciation of Goodwill | 762,771 | 704,153 | - | - |
| Conversion of Foreign Currency Assets and Liabilities | - | 164,714 | - | - |
| Exceptional Expenses | 24,405 | - | - | - |
| Loss Resulting from Devaluation of Investments | 962,007 | - | - | - |
| Loss of Transactions | 531 | 4 | 531 | 4 |
| Other | 44,861 | 64,996 | - | - |
| | **3,132,228** | **2,341,508** | **1,033,831** | **1,205,981** |

78





PX801