# PX802

# The General Terms and Conditions

 nioc-intl.ir/EN/CrudeGTC.aspx



## GENERAL

1. The General Terms and Conditions (GTC) of NIOC'S crude oil sale contract on F.O.B. basis at the Iranian oil terminals are as hereunder.

## DETERMINATION OF QUALITY/QUANTITY

1. The quality of oil is of the type and grade generally made available to BUYER's at loading port concerned.

2. The quantity of each cargo delivered to BUYER's vessel shall be determined by shore measurements carried out by SELLER at the loading port in the manner customary in that port. Correction for variation in temperature shall be made in accordance with the ASTM-IP measurement tables. The quantity of sediment and water measured in oil shall be deducted from the quantity of the cargo in accordance with procedures set by ASTM-IP. The quantity and quality so determined shall be duly reflected in the certificate (s) issued under Section 5 hereof.

3. Provision shall be made for taking of representative sample of oil delivered to a vessel. Such sample shall be retained for 120 days after the loading of the vessel. SELLER will deliver to the vessel concerned a sealed line sample under receipt of the master if so requested by BUYER in writing or by telex at least 5 days before arrival of the vessel.

4. An independent inspector appointed by BUYER (at BUYER'S cost) with prior notice and approval of SELLER may witness measurement of quantity/quality of oil delivered to the vessel.

## PAYMENT

PX802

1. Unless otherwise notified by SELLER, the payment for each shipment hereunder shall be made by BUYER in U.S. Dollars.

2. BUYER shall establish an irrevocable, confirmed and transferable Letter of Credit in favour of SELLER for each shipment deliverable hereunder, covering the anticipated value of oil comprising such shipment. The amount of Letter of Credit should cover the total nominated quantity plus the percentage of tolerance on the basis of provisional price agreed upon in the Contract. BUYER shall arrange that such Letter of Credit be duly confirmed to SELLER by one of the banks acceptable by SELLER. BUYER shall ensure that at least 10 days prior to the expected date of arrival at the loading port of the vessel, nominated by BUYER. the confirmation of the Letter of Credit concerned is duly received by SELLER in a manner acceptable to SELLER. SELLER shall not be responsible for any delay caused to vessel due to the Letter of Credit not having been received by SELLER as stipulated hereinabove.

3. Should SELLER agree to supply bunker to the vessel nominated by BUYER. BUYER shall establish a separate Letter of Credit covering the anticipated value of bunker in accordance with paragraph 3.2 above.

4. Such Letter of Credit shall specify the financial basis upon which BUYER has established the Letter of Credit.

   1. Against BUYER's own credit line with the Letter of Credit Opening Bank.
   2. Against Bank Guarantee(s) issued by a third bank acceptable to the Letter of Credit Opening Bank in which the name of such bank be declared.
   3. Against Letter of Credit opened in favour of BUYER by a third party which constitutes the basis of Letter of Credit opened in favour of SELLER in which case the name of such party be declared.

5. Payments against Letters of Credit, referred to under paragraphs 3.2 and 3.3 above, shall be made on the due date concerned upon the presentation by SELLER << either to confirming bank directly or to Tehran representative office of L/C confirming bank >> concerned of the following documents:

   1. Original Commercial Invoice plus two copies.
   2. Full set of Bill of Lading in triplicate, made out to the order of shipper's (NIOC) account (BUYER's complete registered name) and duly blank endorsed. The said Bill of Lading should be signed by the master of vessel or owner's authorized agent. Such Bill of Lading should be marked "INSURANCE AND FREIGHT PAYABLE AS AGREED"
   3. Original certificate(s) of quantity and quality plus two copies.


   In case NIOC finds it impossible to submit the documents listed in the L/C documentation clause within the usance period (i.e. payment period mentioned in crude oil sale contract and its related letter of credit) then, payment shall be made against SELLER'S telex invoice to the L/C confirming bank on contractual due date.

6. SELLER may refuse delivery of the cargo and defer carrying out any of GTC's obligations if the Letter of Credit or the payment is not received by SELLER in a manner acceptable to SELLER, in accordance with the provisions of Section 3 hereof.

PX802

7. BUYER shall be liable to pay interest, at a rate mentioned in the Contract if the value of any shipment is not paid by BUYER at the contractual due date.

8. irrespective of whether the due date of payment falls on a Saturday, Sunday or any other banking or official holidays, the payment should nevertheless be value-dated on such due date. However, should the due date of payment falls on a non-banking day, as stated above, payment may be value-dated on the immediately succeeding banking day provided interest for the days overdue is also paid as stipulated in the Contract.

9. The text of NIOC standard L/C shall be considered as integral part of the crude oil sale contract.

10. BUYER shall instruct the bank concerned to accept the documents in question as and when presented by SELLER without regard to date of validity stated in the Letter of Credit.

11. BUYER undertakes not to withhold instructions to vessels agent in Iran to amend/reissue the Bill of Lading immediately upon receiving SELLER's request to this effect which may be necessitated for the purpose of payment of the value of cargo to SELLER.

## DELIVERY

PX802

1. SELLER undertakes to deliver and BUYER undertakes to receive from SELLER the quantity deliverable under the Contract in full or part cargo lots by vessels nominated and acceptable for this purpose.

2. BUYER shall receive oil in bulk, to be provided by SELLER at the loading terminal, in the Persian Gulf, designated by SELLER.

3. Delivery shall be deemed completed and title shall pass as oil passes the flanges connecting SELLER's pipeline or delivery hose with vessel's intake pipe, at which point SELLER's responsibility shall cease and BUYER shall assume all risks of loss, damage, deterioration or shrinkage to oil so delivered.

4. Any loss or damage to oil, or any property of SELLER or of any other person and also damages resulting from any type of pollution caused by the vessel, during berthing, loading and unberthing shall be borne by BUYER.

5. The vessel shall load at any safe place or wharf reachable on her arrival, which shall be designated and provided by SELLER, provided that the vessel can proceed thereto, lie at and depart therefrom always safely afloat. Each vessel shall comply with all applicable Government and SELLER's regulations at any time in force at the loading port.

6. All loading and docking procedures shall be subject to the Port Regulations of the loading terminals (including but not limited to Conditions of Use of the Oil Terminal and Tug Requisition) as may be in force from time to time.

7. Unless otherwise agreed, the quantity of oil deliverable under the Term Contract shall be evenly spread, as far as practicable, over each three months period starting from the date of commencement of the Contract (referred to hereafter as "quarter"). BUYER shall notify SELLER 50 days before the beginning of each quarter the quantity of oil, grade by grade, to be lifted during each month of the said quarter. Such programme of lifting shall be deemed acceptable to SELLER. But if not acceptable, SELLER shall notify BUYER within 20 days of the receipt thereof accordingly, and the two parties shall agree on a mutually acceptable programme not later than 30 days before the commencement of the quarter concerned. If thereafter BUYER fails to lift the quantity so agreed upon during the quarter concerned, BUYER shall lose his entitlement to lift such quantity during any subsequent quarter. Furthermore, SELLER shall have the right to suspend or terminate , the Contract at his discretion and such suspension or termination shall not give rise to any claim, whatsoever, by BUYER. Further deliveries as well as the delivery of the unlifted quantities in any subsequent quarters shall be solely at SELLER's discretion.

8. BUYER shall furnish SELLER with the nomination of vessel for its lifting latest by the 5th of each month for the subsequent month. Such nomination shall be deemed acceptable to SELLER unless SELLER notifies BUYER by cable or telex to the contrary latest by 15th. In such event, the parties shall mutually agree to arrange for an acceptable date or to arrange for another vessel to be nominated for the loading. Such nomination may include to be nominated (TBN).

9. Nomination referred to in paragraph 4.8 above shall include name of vessel (except in the case of TBN), the quantity by grade of oil to be loaded and a 5 days range as laycan which, subsequently, should be narrowed down to three days by mutual agreement.

PX802

10. Not less than 10 days before the arrival of the vessel, BUYER shall inform SELLER about the final date of arrival of the vessel, and give written instructions regarding the Vessel, the making up and disposition of the Bill of Lading and the order for port(s) of loading and discharging.

11. Unless otherwise agreed. BUYER may substitute another vessel of similar type and size, provided SELLER is notified by cable at least 5 days before the arrival of the vessel at loading port. The schedule date of arrival of any vessel thus substituted as well as the quantity and quality of oil to be lifted thereby shall not, without the consent of SELLER, differ from the last accepted scheduled date, quantity and quality concerning the vessel for which the substitution is made.

12. BUYER shall arrange for the vessel to report by radio to SELLER at the loading port 7 days in advance of, and again 72 hours, 48 hours and 24 hours prior to arrival at such port, stating expected date and time of arrival (ETA). If the vessel's last port of call is less than 7 days steaming time from the loading port, the vessel shall report to SELLER as aforesaid, promptly after departure from its last port of call.

13.
   1. Loading shall be subject to the vessel arriving within the agreed date range and the observance of the principle of "First - Come - First - Served" in accordance with the custom and practice of the loading port. Subject to the provisions of paragraph 4.14 (A), SELLER shall not be obligated to load the vessel at any time if she arrives after the above mentioned time unless SELLER notifies BUYER of its willingness to do so.
   2. For the vessels arriving before the accepted date range, unless otherwise agreed, the Notice Of Readiness (N.O.R) shall be accepted from 00.01 hour of the first day of the agreed accepted date range. Thus laytime shall commence 6 hours on the first day of the agreed date range or all made fast, whichever occurs first. In the event it was agreed by SELLER to load any vessel before the accepted date range, under this paragraph, the laytime shall start from period saved in such case should be considered while calculating the probable demurrage cases arising by BUYER at the end of relevant contractual liftings.
   3. For the vessels berthing on arrival N.O.R. shall be tendered upon the boarding of the pilot. Otherwise, N.O.R. should be tendered upon anchoring.

14.
   1. If a vessel arrives after the last day of the agreed date range and tenders N.O.R., it shall await its proper turn and laytime shall not commence until loading commences.
   2. Should a vessel nominated by BUYER and confirmed by SELLER not arrive at the customary anchorage area on the date agreed upon in the schedule, BUYER shall compensate the SELLER demurrage at a rate specified in paragraphs 4.20(A), (B), and (C) whichever is more. The provisions of paragraph 4.14(B) shall only apply in case the SELLER incurs demurrage charges to other BUYERS due to such delay.

PX802

15. The period of time allowed within which to complete loading of the vessel shall be increased by any amount of time consumed due to:

1. Breakdown of terminal loading equipments or any oilier operational reasons and inability of the vessel's facilities to receive the cargo within the time allowed.
2. Delays to the vessel reaching her berth, caused by conditions not reasonably within SELLER's control.
3. Fridays and other statutory holidays in Iran and/or regulations and instruction laid down by SELLER and/or the Ports Authorities which may prohibit loading at anytime.
4. Delays caused by weather conditions or by Force Majeure resulting in port closure. In such cases the period of port closure and a period equal to port closure after the port reopens or up to commencement of loading whichever occurs first shall be added to the laytime
5. Vessels awaiting suitable tide.
6. Handling ballast or discharging slops or bunkering.
7. Vessels awaiting customs and immigration clearance.
8. Vessels awaiting agent's completing all formalities.
9. Maximum 4 hours for the preparation and submission of documents on Board.
10. Vessels awaiting Letter of Credit clarification, amendment(s) and/or confirmation.

PX802

16. Because of non-availability of ballast treating facilities at the loading terminals, vessels calling at our terminals should have either segregated ballast tanks or clean ballast.

    1. Ballast water at loading terminal will be considered clean and oil content in the ballast water discharged at loading terminals should not exceed 15 ppm. However, if any sheen appears, the master of the vessel shall have to prove to SELLER through a monitor record that oil content of the discharged ballast does not exceed 15 ppm.

    2. In case of absence of monitoring system on board the vessel, the ballast water other than contained in segregated tanks shall be considered dirty ballast and treated accordingly. NIOC'S pilot will check items (A) and (B) above and in case ballast water on board the vessel does not comply with the conditions of this paragraph 4.16, ballast water will be considered as dirty ballast and should not be discharged and must be kept in segregated ballast tanks at the owner's or receiver's risk.

    3. Maximum 6 hours is allowed for discharging ballast and any time in excess of that shall be counted as excess berth occupancy and treated in accordance with the paragraph 4.17(C).

    1. SELLER, shall be allowed the following laytimes, pro rata for part cargo:

| Over 320,000 | dwt | 64 hours |
| 250,000 to 320,000 | dwt | 56 hours |
| 200,000 to 250,000 | dwt | 48 hours |
| Less than 200,000 | dwt | 40 hours |

    2. Additional 2 hours allowance shall be considered for each additional grade loaded.

    3. BUYER shall be allowed the following berth occupancy times, pro rata for part cargo:

| Over 320,000 | dwt | 54 hours |
| 250,000 to 320,000 | dwt | 48 hours |
| 200,000 to 250,000 | dwt | 42 hours |
| Less than 200,000 | dwt | 36 hours |

Berth occupancy commences from the first rope in and finishes at last rope off.

17. Loading shall be deemed completed when hoses are disconnected.

PX802

18. Vessels subject to clause 4.17(C) shall vacate berth as soon as loading is completed. Loss or damage incurred by SELLER as a result of vessel's failure to vacate berth promptly, including such may be incurred due to resulting delay in the docking of other vessels awaiting at the loading port, shall be paid by BUYER to SELLER as demurrage. Any such demurrage shall be calculated at the rate specified in paragraph 4.20 hereunder.

19. If the actual used lay time at the loading port exceeds the allowed lay time. SELLER shall pay demurrage to BUYER subject to the provisions of paragraphs 4.6, 4.13 (A), (B), (C) and 4.17 (A), (B), (C) hereof equal to the time certified by the authorities of the loading port. Such demurrage shall be calculated as stipulated in (A), (B) and (C) hereunder, whichever is less:

   1. At the AFRA rate applicable to vessel of the type to move such cargo in similar trade under market conditions prevailing on the date SELLER is notified by BUYER or the name of such vessel pursuant to paragraph 4.8 hereof.
   2. Where the vessel being loaded is under charter, the demurrage shall be paid at the rate provided for in the charter party of the vessel
   3. The demurrage expenses actually incurred by BUYER.
   4. In the event that the vessel used is owned by or time chartered by buyers the demurrage rate applicable shall be calculated in accordance with 4.20 (1) above.

20. BUYER shall, at all times, be responsible for the observance and performance of all provisions, requirements and obligations set out herein with respect to the vessel nominated by BUYER.

21. BUYER shall give preferential consideration, on reasonable conditions, to transportation of oil by the National Iranian Tanker Company as well as the insurance of the cargo by the Insurance Company of Iran. For these purposes BUYER shall make the necessary arrangements with the said companies directly.

22. Any claim(s) not properly documented and received by NIOC within three months from the date of Bill of Lading shall not be taken into consideration at all and BUYER shall have no right to raise any claim(s), whatsoever, afterwards in this respect.

## CERTIFICATION AND DOCUMENTATION

   1. SELLER shall provide BUYER with certificate(s) of quantity and quality issued at the loading port by SELLER, and shall cable advice of provisional quantity loaded and the sailing date of the vessel. The quantity and quality specified in the respective certificate(s) shall be the Invoice and the Bill of Lading quantity and quality. Such certificate(s) shall be accepted by both parties as binding and conclusive.
   2. Unless otherwise notified by BUYER and subject to mutual agreement between BUYER and SELLER, documents for each shipment shall be issued and distributed by SELLER as per Annex " B" hereof. Should BUYER require any changes to be made in the preparation of copies or distribution of the documents listed in the said Annex "B", BUYER shall notify same to SELLER at least 10 days before the arrival of the vessel for which the change is required.

PX802

## CHARGES AND DUE

1. It is understood that oil supplied hereunder shall not be subject to any taxation, fee or charge of any nature or license fee in the Islamic Republic of Iran. BUYER and/or agent of the vessel nominated hereunder shall, however, be liable for payment of the port dues as well as all charges in respect of the services utilized by the vessel at the Iranian loading ports. SELLER shall, in no case, be responsible for payment of any taxes, levies or charges arising outside the Islamic Republic of Iran.

## FORCE MAJEURE

1. Any failure by a party to comply with the terms of the Contract which is attributable solely to Force Majeure shall not be regraded as a failure to perform its obligation(s). For the purpose of this Section, Force Majeure shall mean any event beyond the reasonable control or a party and shall include (but not be limited to) war, civil commotion, strike, storm, tidal wave, flood, epidemic, explosion, fire, lightning or earthquake.
2. If due to any cause beyond the control of SELLER his ability to deliver oil at the loading port concerned is decreased or diminished, SELLER shall be entitled to reduce or suspend deliveries, at SELLER's discretion and such reduction or suspension shall not give rise to any claim, whatsoever, by BUYER.

## ASSIGNMENT

1. This Contract shall not be assigned by either party without the prior written consent of the other party.

## APPLICABLE LAW AND JURISDICTION

1. The Contract shall be governed by and construed according to the law of the Islamic Republic of Iran, and the parties hereto shall submit to the sole jurisdiction of competent courts of the Islamic Republic of Iran.

## NOTICES

1. Any notices or communication required in connection with the Contract shall be in writing and deemed to have been served at the expiry of the time normally required to make delivery by registered mail or by prepaid telegraph, cable or telex or radio, as the case may be, to the addresses as stated in the Contract or at such other addresses as the parties may from time to time by written notice designate for this purpose.

## RESALE

1. BUYER undertakes not to sell or cause to be sold in the Iranian territory part or whole of oil delivered to BUYER.

## DESTINATION

PX802

1. Oil sold hereunder is intended for export to the destination(s) indicated in the Contract, or any other destination(s) approved by SELLER thereafter.

2. For the purposes of this Section BUYER shall furnish SELLER within reasonable time (not exceeding six months) with the original certificate of discharge of cargo issued by the relevant port/customs authorities at the port of destination.

3. BUYER undertakes that oil delivered to BUYER hereunder shall not be brought into such territories as may, from time to time, be restricted for this purpose by SELLER. On the date of the signature of the Contract, such restriction applies to Israel.

4. BUYER'S failure to comply with provisions stipulated in paragraphs 12.2 and 12.3 shall be deemed as breach of Contract. In such event, SELLER shall have the right to suspend or terminate the Contract at SELLER's discretion and such suspension or termination shall not give rise to any claim, whatsoever, by BUYER.

## TRANSSHIPMENT AND PARTIAL SHIPMENT

1. Transshipment and partial shipment of oil sold under the Contract is prohibited, unless otherwise agreed by SELLER.

## BUNKER

1. BUYER, subject to availability of bunker, undertakes to bunker its vessel(s) nominated for lifting oil under the Contract at such loading terminals where SELLER may make bunkering facilities available. The applicable price for any such liftings shall be the prevailing NIOC's official price for bunker at the relevant terminal(s).

## CONFIDENTIALITY

1. Both parties to the Contract undertake to treat the contents of the Contract as strictly confidential.

## BREACH OF CONTRACT

1. Failure on the part of BUYER to carry out in part or in full the terms of the Contract, as well as any attachments hereto or any deviation by BUYER from the said terms, shall be deemed as breach of Contract by BUYER. In such event, SELLER shall be entitled to suspend or terminate the Contract at SELLER's discretion and take such other appropriate measures to redeem its rights.

PX802

PX810



**Introduction to National Iranian Oil Company**

N.I.O.C.

■Directorates ■Organizations ■Subsidiary Companies

PX810



PX810



In the Name of God

# Introduction to National Iranian Oil Company

- **Directorates**
  - **Organizations**
    - **Subsidiary Companies**

National Iranian Oil Company
Public Relations

Compiled and prepared under supervision of
NIOC Public Relations

PX810



PX810

## Table of Content

□ Preface ............................................................................................ 5
□ NIOC Organization Chart ................................................................ 6

**Directorates**

□ International Affairs Directorate ....................................................... 11
□ Research and Technology Directorate ........................................... 12
□ Incorporated Planning Directorate ................................................ 13
□ Oil and Gas Production, Coordination and Supervision Directorate ............ 14
□ Information Technology and Communication Directorate ......................... 15
□ Finance Affairs Directorate ............................................................ 16
□ Human Resources Development Directorate ................................. 17
□ Legal Affairs Directorate ............................................................... 18
□ Exploration Directorate .................................................................. 19
□ HSE Directorate Civil Defense and Crisis Management ........................... 20
□ Management of Monitoring Development Plan of Oil-rich Regions ............ 21
□ Manufacturing Support & Procurement .......................................... 22

**Assemblies Affairs and Chairman of the Board of Directors**

□ Research Institute of Petroleum Industry (RIPI) ...................................... 25
□ Petroleum Industry Health Organization (PIHO) .................................... 26
□ National Iranian Gas Exports Company (NIGEC) ........................... 27
□ Iran Fuel Conservation Organization (IFCO) ................................. 28
□ Employees Pension, Saving and Welfare Fund ............................. 29

**Production Companies**

□ National Iranian South Oil Company (NISOC) ................................ 33
□ Karoun Oil and Gas Production Company (KOGPC) ...................... 34
□ Gachsaran Oil and Gas Production Company (GOGPC) ........................ 35
□ Aghajari Oil and Gas Production Company (AOGPC) ............................ 36
□ Maroun Oil and Gas Production Company (MOGPC) ...................... 37
□ Masjed Soleyman Oil and Gas Production Company (MSOGPC) .............. 38
□ Oil Transportation Services and Logistics Company .............................. 39
□ South Turbine Engineering Services and Industrial Equipment Company (STESIEC) 40
□ Iran Drilling Services Company (IDSC) ......................................... 41
□ Oil Welfare Services Company ...................................................... 42
□ Iranian Central Oil Fields Company (ICOFC) ................................ 43
□ West Oil and Gas Production Company .......................................... 44
□ East Oil and Gas Production Company .......................................... 45
□ South Zagros Oil and Gas Production Company ..................................... 46
□ Pars Oil & Gas Company (POGC) ................................................ 47
□ Iranian Offshore Oil Company (IOOC) .......................................... 48
□ Arvandan Oil and Gas Company (AOGC) ..................................... 49
□ Khazar Exploration and Production Company (KEPCO) ......................... 50

**Technical Services Companies**

□ National Iranian Drilling Company (NIDC) ..................................... 53
□ Petroleum Engineering and Development Company (PEDEC) ................. 54
□ Iran Oil Terminals Company (IOTC) .............................................. 55
□ Pars Special Economic Energy Zone (PSEEZ) ...................................... 56

PX810



PX810

## Preface

Since 1951, National Iranian Oil Company (NIOC) has been directing and making policies for exploration, drilling, production, research and development, refining, distribution and export of oil, gas, and oil products.

NIOC, with a vast amount of oil and gas reserves, is among the world's largest oil companies.

With advances in technology and growing complexities of economic and political relations, NIOC has risen to a privileged status. Therefore, national and regional policies and cooperation with industrial countries in line with energy supply and stabilizing global oil markets are on the agenda of NIOC.

NIOC, in accordance with Article 44 of the Constitution, has delegated authority to different sectors of petroleum industry, while supervising oil industry activities. The company has also taken major steps toward establishing business enterprises, funded financial resources for development, helped to update technologies for exploration, drilling and production through reliance on the knowledge of Iranian experts.

NIOC consists of production companies, technical service companies, directorates, divisions (administrative units) and organizational units, which are introduced in this book.

We hope that the present company profile which is the outcome of the efforts of our colleagues in NIOC administrative divisions, directorates, organizations, production and technical companies, would provide the readers with enough information about the company.



National Iranian Oil Company
Public Relations

PX810



NIOC Organizational Chart
Petroleum Ministry
Board of Directors
Manging Director
Managing Director's Office
Deputy Managing Director for Investment and Development Affairs
Assebly Affairs and Office of the Chairman of the Board
Research Institute of Petroleum Ministry
Petroleum Industry Health Organization
National Iranian Gas Export Company
Iranian Fuel Conservation Organization
Pension, Saving & Welfare Funds
Administrative Departments
Public Relations
Selection Core
Security
Inspection and Investigation
Internal Audit

PX810



Production Companies
National Iranian South Oil Company
Production Companies
Karoun Oil & Gas Production Company
Gachsaaraan Oil & Gas Production Company
Aaqaajari Oil & Gas Production Company
Maroun Oil & Gas Production Company
Masdjed Soleyman Oil & Gas Production Company
Technical Services
Transportation & Oil Support Services Company
South Engineering Services & Turbine Industrial Equipment Company
Iran Drilling Services Company
Oil General Welfare Services Company
Iranian Central Oil Fields Company
West Oil and Gas Production Company
East Oil and Gas Production Company
Zagros Oil and Gas Production Company
Pars Oil and Gas Company
Iranian Offshore Oil Company
Arvandan Oil and Gas Company
Khazar Exploration and Production Company
Directorates
International Affairs Directorate
Research and Technology Directorate
Incorporated Planning Directorate
Oil and Gas Production, Coordination and Supervision Directorate
Information Technology and Communication Directorate
Finance Affairs Directorate
Human Resources Development Directorate
Legal Affairs Directorate
Exploration Directorate
HSE Directorate Civil Defense and Crisis Management
Management of Monitoring Development Plan of Oil-rich Regions
Manufacturing Support & Procurement
Technical services Companies
National Drilling Oil Company
Petroleum Engineering and Development Company
Iranian Oil Terminals Company
Pars Special Economic Energy Zone

PX810



PX810



**Directorates**

N.I.O.C.

PX810



PX810

## International Affairs Directorate

International Affairs Directorate is one of the subordinates of NIOC. Six deputies and a general Manager work under International Affairs Director: Crude Oil Marketing and Operation, Oil Products' Marketing and Operation, Research and Planning, Business Development, Administration and Protocols, Financial Affairs; and Division of Claims and Insurance. The directorate has five overseas offices in Europe and Asia including London, Rotterdam, Bombay, Singapore and Beijing. The whole directorate is responsible for marketing, sales, planning and coordination of all executive operation pertaining to export and import of crude oil and oil products in the crude and products' markets in the world.

In order to perform the above mentioned missions and in order to achieve the determined objectives, some reports are prepared and offered to the staff so that they could precisely study every single market and adopt the required decisions. The reports are: analytical daily reports on crude and products' global markets including the price of exported and imported crude and products in every single market, refining margin status, crude and products' supply and demand, trend of changes in the price and cost of transportation and renting tankers; and other factors and parameters effective in them in every single market.

### Major Activities

- Negotiating and corresponding with oil customers in line with implementation of contracts
- Preparing daily, weekly and monthly reports on oil global markets aimed at understanding the daily conditions of every single market, and maintaining and strengthening Iran's status in markets and finally benefitting from the reports in determining the official prices of exporting crude oil or products, and oil products' swap.
- Composing and signing crude and products' sales contracts through negotiations with oil companies
- Planning and operational coordination of all oil cargoes: export, import or products' swap
- Renting fixed or floating tanks for crude oil or products' storage, taking into consideration the global and/or regional conditions of every market

### Overseas Offices

The philosophy behind establishment of overseas offices is the necessity of presence in the major oil markets, keeping in touch with the market players, holding face to face negotiations and meetings with customers. The overseas offices are also responsible for negotiating on new contracts and following up the manner of implementation of the current contracts (regarding delivery of oil and products' cargoes), preparing and offering the most important information, news, and analytical reports on oil and products' global and regional markets, reviewing refining margin, oil and crude supply and demand, and a lot of other cases.

Address: Fourteenth floor, NIOC First Central Building, Hafez Crossing, Taleghani Ave.
Tehran  P.O.Box: 15875-1863
Tel.: (+98 21) 616122701, 61612211, 616222212, 61622664   Fax: (+98 21) 88945732, (+98 21) 88938996
Email: admin@nioc-intl.ir,   Website: www.nioc-intl.ir

11

PX810

Introduction to National Iranian Oil Company

# Research and Technology Directorate



## History

With respect to optimized consumption of the country's limited oil reserves, utilizing the latest scientific and technological achievements in line with proper recovery from oil and gas reserves, on one hand; and removing the problems ahead of various steps of discovering new oil reserves (exploration), drilling, production with the lowest cost and highest efficiency on the other, has highlighted the necessity of implementation of research activities more than before. Based on this important issue, according to the approval of deputy Petroleum Minister's council, then minister officially announced the necessity of taking some measures: petroleum industry research system is expected to contribute to policy making, creating the required coordination to achieve growth, creativity, advancement and innovation in implementing research activities ,Particularly in oil upstream to foster dynamism in research ,and to choose effective approaches in exploration, drilling, production, and especially in EOR.

NIOC Research and Technology Directorate is fourteen years old now. The directorate and other research and technology departments in NIOC subsidiaries, play an important role in the petroleum industry. The directorate and the departments in the subsidiary companies pave the ground for training the specialists to obtain highest educational degrees.

## Objectives

- Identifying the current and future needs and challenges of NIOC concentrating on the fields of target technology
- Potential effectiveness of projects in quantitative improvement of production and development of the reservoirs
- Creating constant link between research and technology department and the objectives of the predetermined programs and upstream documents
- Utilizing the existing capabilities of universities and higher education institutes at home and abroad as well as research centers inside the petroleum industry
- Conducting applied research projects to be used in EOR projects
- Contributing to production optimization in oil and gas fields

- Developing new technologies and meeting petroleum industry technical and specialized needs
- Paving grounds for technology transfer
- Endeavoring to convert NIOC from an operation-oriented company to knowledge- based one
- Obtaining and enjoying from knowledge borders, and developing modern technologies in the upstream sector
- Making efforts to create the required infrastructure to upgrade technology and productivity level
- Using universities and research institutes academic knowledge as the supreme consultants in selected oil and gas fields – storages technology.

## Activities

The activities of the Research and Technology Directorate are divided into two parts: domestic activities and international cooperation in terms of enhanced recovery from oil and gas reservoirs.

### A- Domestic Activities

- Supervising and directing approved research projects in the competent universities as well as research- scientific centers
- Sponsoring MA/MSc and PhD students' projects
- Information dissemination

### B- International Cooperation

- IOR and EOR research within the framework of international consortium for enhanced recovery
- Activity in National Oil Companies (NOCs)
- Activity in World Petroleum Congress (WPC)



12  Address: No. 22, Negar Alley, Vanak Sq., Valiasr Ave., Tehran
Tel.: (+98 21) 88874500-5,  Fax: (+98 21) 88661307
Email: info@nioc.ir

PX810



## Incorporate Planning Directorate

### History

The establishment of Incorporate Planning Directorate dates back to 1973, when the responsibility of reserves, oil plants and South oil fields were delegated to NIOC by consortium. In those days, the directorate had seven staff. On 11 September1979 in parallel with establishment of Petroleum Ministry, there were some gradual changes in structure and missions of the directorate which led to merger of Planning Departments of the ministry and NIOC.In2002, these two departments separated again, and NIOC Incorporate Planning started work separately. The directorate has four deputies responsible for: planning and incorporating projects and plans, reviewing hydrocarbon resources (Oil and Gas), economic and financial Feasibility study of the projects, supervising energy consumption optimization and projects' evaluation. The directorate has two departments as well: Management and systems information center, and administrative services.

### Objectives and Activities

Achieving an exquisite position in production planning and investment, technical and economic studies of projects, allocating resources and supervising implementation of NIOC projects through:

- NIOC short, mid and long planning
- Strategic planning through using all capacities and opportunities
- Updating supply and demand information of energy carriers in the hydrocarbon resources section
- Hydrocarbon resources management in the aspects of in place resources confirmation, resources quantity, recovery factors and production and consumptions
- Monitoring and cooperation in fields development specially in joint fields
- Final confirmation or decision making in the provided MDPs
- Monitoring and developing EOR/TOR projects
- Oil and gas processing establishment management and revising them

- Oil and gas transfer method management to the export terminals
- Directing and prioritizing investment projects aimed at materialization of plans
- Leading research projects toward preserving oil and gas reservoirs
- Supervising and controlling projects through implementation of PMIS
- Feasibility studies of projects and conducting economic evaluation of projects
- Analyzing the economic result of projects and plans and prioritizing investments
- Planning to achieve optimization in the assets basket, and portfolio management
- Applying quota system for capital credits, and screening development projects within the framework of the board approved plans and policies
- Studying and analyzing credit and capital resources, calculation of revenues, costs and resources, capital usages
- Financial and credit planning of projects based domestic resources, cash, and other credit resources
- Supplying, equipping and allocating credit resources like banking credits, finance financial facilities, refinance similar to credits of oil and gas mutual insurance, energy fund, foreign currency credit lines,…
- Reviewing and studying the fundamentals of pricing of crude, gas condensates, oil and gas products, refinery and petrochemicals feedstock
- Obtaining approvals for development and capital projects from Economy Supreme Council, Oil Working Group, Economic Policies Headquarters, and other legal and authorities
- Requesting issuance of permit for investors from NIOC domestic resources (article 87, law for developing a part of government's financial regulations) by Economy Supreme Council
- Considering and following up exchange of accords on projects for possessing capital assets with division of Strategic Planning and Supervision of the President's Office
- Cooperating in budgeting, control, and composing articles, notes, and proposed edicts for the budget law, law for the five –year development plan, and other upstream documents



Address: Fourth floor, NIOC Third Central Building, No.18
Roudsar St., Tehran
Tel.: (+98 21) 88945251,   Fax:  (+98 21) 88946371
Email: servan777@yahoo.com

13



Introduction to National Iranian Oil Company

# Oil and Gas Production, Coordination and Supervision Directorate

### History

The directorate is one of the administrative directorates of NIOC established in 2003.It aims at enhancing efficiency and effectiveness of services as well as creating coordination between upstream and downstream sectors in the Petroleum Ministry, coordinating and supervising the performance of production and service companies affiliated to NIOC, production continuation based on maximum use of resources and ensuring that oil and gas plans are properly implemented.

The directorate has four deputies: oil production supervision, gas production supervision, Gas exchanges, and oil and gas quantity and quality measurement supervision, oil and gas coordination Division. The four deputies run these divisions benefitting from skilful staff to realize the missions of the directorate.

### Objectives and Activities

- Supervising production and distribution of crude, gas, gas liquids, gas condensates, and other oil products, injecting water and gas according to the plans, while ensuring safeguarded production
- Following up projects and plans effective in production as well as EOR projects
- Coordinating between production and distribution origins to meet domestic and export needs



- Ensuring the proper performance of systems for oil and gas quantity and quality measurement systems
- Coordinating and supervising and performance of the maintenance / overhaul plans of production companies and those companies that receive feedstock from NIOC
- Coordinating and constant supervision to enhance production from oil and gas shared fields/reservoirs
- Coordinating and supervising implementation of contracts, following up and developing contracts for domestic sales
- Coordinating and supervising implementation of oil and gas production plans, and supervising the operation of production companies in oil and gas fields
- Following up the project for equipping upstream plants with accurate measurement systems
- Supervising launch of oil and gas dispatching systems, and directing research projects
- Empowering manpower through upgrading know-how by holding constant and target-oriented training courses
- Supervising the projects pertaining to improving quality of products
- Expanding relationship with research centers and universities to remove production bottlenecks
- Coordinating and making decision in case of crude production increase or decrease, ensuring safeguarded production from oil and gas fields
- Adopting the required decisions, and taking preventive and remedial measures to prevent the slump of crude oil quality

14

Address: NIOC Fourth Central Building, Corner of Roudsar St. and Hafez Avenue, Tehran,  Zip Code: 1599716517
Tel.: (+98 21) 88802955,  Fax: (+98 21) 88820957
Email: niocpro@nioc.org

PX810

# Information Technology and Communications Directorate

Undoubtedly, ranking the first in terms of economic, scientific and technological affairs which is at top of the agenda and twenty-year objectives of I.R. Iran cannot be realized unless knowledge based development replaces basic resources development.  As pioneer in the oil industry, Information Technology and Communication Directorate  paves the ground for growth and elevation of oil , gas and petrochemical industries in knowledge based fields through benefitting from advanced information technology  and communication as well as the knowledge of experienced experts and specialists. As the strategic partner and facilitator, the directorate assists all operational and administrative departments and supports them. The directorate has managed to take effective measures in resources management and upgrading productivity and quality of services through designing, developing, operating and supporting advanced systems.



## Missions, Values and Outlook
- Development in learning, pioneer and thoughtful oil industry
- Organizational creativity and prudence
- Pioneer in knowledge and wisdom based learning in the oil industry
- Elevation and briskness through full-fledged and integrated incorporation of oil business through using information technology
- Superiority in quality, security and reducing costs in terms of standard oriented affairs
- Pioneer in accountability toward community, and environment in the oil industry
- Pioneer in moving toward the oil industry which is based on superior knowledge and wisdom in creating values; it has plans to become the leading department in the next two decades

## Objectives
- Moving toward oil industry based on wisdom and thoughtfulness while concentrating on information technology

- Creating proper and desirable IT environment for development of the industry
- Improving efficiency and effectiveness of managerial and executive pillars through using IT in the oil industry
- Upgrading knowledge while focusing on creativity to enhance efficiency and effectiveness
- Inclusive and integrated deployment of IT across the oil industry
- Planning and making electronic business processes smart in oil industry
- Integration with other units in line with safeguarding oil and gas reservoirs through using IT
- Breaking into domestic and overseas IT services markets





Address: Third floor, NIOC New Central Building
Hafez St., Taleghani Ave., Tehran
Tel.: (+98 21) 88935080, Fax: (+98 21) 61622823
Website: ict.nioc.ir

15



Introduction to National Iranian Oil Company

# Finance Affairs Directorate

### History
After the victory of the Islamic Revolution in 1979 and the annulment of the Consortium Agreement, Directorate for Finance Affairs of this company was established with a new structure to meet the needs of all NIOC's in-house organizations and subsidiaries.

### Mission
Effective and efficient management of financial resources in conformity with the objectives of NIOC so as to generate value for the company
Registration of financial effects of all transactions and financial operations in legal offices based on relevant regulations

### Objectives
- Management of capital structure through making policies on providing investment costs and working capital
- Decision-making about long-term investment policies
- Providing the necessary finance for long-term investments and commitments
- Effective management of assets through capital budgeting
- Designing control mechanisms and systems
- Registration of financial operations and preparing financial statement

### Field of Activity
**Definition of Financial Regulations and Methods**
The main task assigned to this directorate is to define financial methods and regulations, promulgate financial instructions, bylaws and directives to all financial sections of the NIOC, accurate operation of all Internet systems and resolving possible problems through IT Directorate. The fields of activity consist of budgeting methods, financial methods, commodity transportation methods, payment methods, development of financial systems.

### Central Accounting
This section consists of oil accounting, financial accounting, treasury, auditing and payments. It handles the company's payments and receipts in rials and hard currency, pays salaries, calculates revenues, calculates crude oil and other equipment costs, records revenues, costs and debts, prepares principle and consolidated financial statements, holds banking guarantees, opens letters of credit and handles the necessary permits.

### Oil Contracts Financial Affairs
This section is comprised of five subsections dealing with crude oil, oil products and gas condensate, sales, finance, foreign participation and buy-backs.
- Reviewing and executing contracts for selling crude oil, oil products and condensates, controlling loading and transportation documents, taking banking guarantees from crude oil buyers, issuing sale invoices, following up on reimbursements within the framework of minor and major regulations

- Offering secure approaches for receiving payments for oil products and gas condensate under sanction conditions and responsibility to monitoring organs

The accounting unit is responsible for all operations pertaining to the registration of sales and payments of crude oil, gas condensate and other oil products.

The unit in charge of foreign participation and buy-back is mainly tasked with reviewing buy-back contracts and other financing contracts for conformity with the law, settlement with contractors and beneficiaries to buy-backs including Ministry of Finance and finally reporting to relevant authorities.

### Budgeting and Costs Control
**a.Activity:** Budgeting for NIOC and its subsidiaries, allocation of resources to subsidiaries, controlling mobile and immobile assets of NIOC as well as immobile assets of production companies, reporting to watchdogs (State Inspectorate and Auditing Organization)

**b.Units:** Allocation of resources, consolidated budgeting, control of assets, capital expenditure control, current expenditure control, budget reports

Address: Room 1417, 14th floor, NIOC First Central Building, Hafez Crossing Taleghani Ave.
Tel.: (+98 21) 61623990, (+98 21) 61623338, (+98 21) 88940142
Fax: (+98 21) 88943404, (+98 21) 88942619
Email: movahedzadeh@nioc.ir

PX810

Introduction to National Iranian Oil Company

# Human Resources Development Directorate

Human Resource Development Management Committee, under the direct supervision of the Director of National Iranian Oil Company, is carrying out the duties and responsibilities assigned to them. Its main mission is to provide, develop, maintain and implement effective and efficient human resources, commensurate with the company's goals. Also all activities and measures of this management are under a strategic management programs.

## Perspective

Management of human resource development is an integrated, up to date, and legitimacy system and with a more efficient and effective structure, positions and work processes, takes steps in line with the objectives of the National Iranian Oil Company to create human capital capable and committed to meet the needs of enterprises, security and development, so that the goals of the organization, employees and society to be realized.

## Objectives

- Strengthen the relationship between domestic and international interest organizations
- Creating institutional capacity of professional ethics and organizational culture committed to the approach of meritocracy
- Extension of employee participation in decision-making and organizational decisions
- Change educational culture to culture of learning and career oriented education
- Using internal capacity
- Using scientific method at work
- Benefit from the latest scientific and experimental approaches in successful international companies in human resource development programs
- Increasing the alignment and integration of individual and organizational goals with social goals

Human Resources Directorate: Time line



- Developing and strengthening research and development and applied research in the field of human resources
- Develop and strengthen consultation and Work Ethics



## Strategies

- Improve the quality and quantity of the organizational structure
- Optimization of human resource pyramid
- Improve the quality and empowerment of human resources
- Institutionalization of effective succession planning system
- Improve competencies and management capabilities of managers
- Supply of quality manpower
- Improve the quality and quantity of sports facilities
- Improve the quality and quantity and distribution of health services
- Review and improve organizational processes
- The establishment of knowledge management
- Improve the quality and compensation system



Address: Secretariat of the Human Resources Development Directorate
Room 504, 5th floor, NIOC First Central Building, Hafez Crossing, Taleghani Ave. Tehran,  P.O.Box:15875-1863,  Tel.: (+98 21) 61622597, (+98 21) 61622265
Direct Tel. of the Head of Office: (+98 21) 61623400,  Fax: (+98 21) 88941103
Email: hrm@nioc.ir,  Website: hrm.nioc.ir

17

PX810







# Legal Affairs Directorate

### History

Management of Legal Affairs of the National Iranian Oil Company as the supreme legal expert cooperates to contribute achieving the goals of the country's oil industry under the direct supervision of the deputy minister and CEO of NIOC in external and internal sections.

### a) External Section

- **Advisory:** comment on all legal issues in order to create a single legal practice in the oil industry, providing answers to questions of all units, management and subsidiary companies subject to the laws and regulations. Supervision of instructions, regulations and directives of the oil industry.
- **Contracts:** review and comment on all contracts and tender documents.
- **Claims:** Set petitions, complaints and participate in judicial and quasi-judicial proceedings and preparing defense claims and respond to regulatory authorities.
- **Land Registry:** land affairs, including gain, acquisition, possession, etc.
- **Settlement Agreement:** review of the process and implementation of contracts and how and why a dispute over contracts and proposals to resolve differences.

### b) Internal Section

- **Contracts:** drawing up three generations of service contracts known as buy-back in the upstream sector, cooperation in the regulation of the new generation of the IPC for upstream integrated activities (exploration, development, production and operation) to monitor and advance contract negotiations with the foreign and multinational oil companies (IOCs), adjust the financing agreements (Finance) in relation to oil industry plans, the regulation of foreign exchange contracts presented in cooperation with known country's banks, set up official documents related to the negotiations with oil neighboring states and other countries in the form of negotiated agreements (MOU), meetings reports (MOM) and etc.
- **Claims:** Legal follow-up investigation of potential claims of NIOC against foreign sides, defense of lawsuits filed against NIOC, in the International Commercial courts, observing the legal aspects of sanctions and their impact on the country's oil industry, protest against the sanctions imposed against Iran's oil industry and follow international protest legally, participation in lawsuits Committee for the Organization of Petroleum Exporting Countries (OPEC)

**18**

Address: 9th floor, NIOC First Central Building, Hafez Crossing, Taleghani Ave., Tehran, P.O.Box:15875-1863
Tel.: (+98 21) 88944736,   Fax: (+98 21) 88944633
Website: www.hoghi.nioc.ir

# Exploration Directorate

### History

Oil and gas exploration started in Iran in the final years of the Qajar rule. Iran awarded a concession to William Knox D'Arcy in 1909. Seven years later, exploration entered a new phase in Iran with the discovery of Masjed Soleyman oil field. Except for eight years of war from 1980 to 1988 following the 1979 Islamic Revolution, oil exploration has continued without any halt. In recent years, exploration has picked up speed as Iran has developed technology for exploration and attracted investment in its oil and gas fields. Huge oil and gas fields like Azadegan, Yadavaran and South Pars have been discovered by engineers at the NIOC Exploration Directorate.

NIOC Exploration Directorate is the oldest body with experience in discovering oil and gas reserves. As the beating heart of the petroleum industry, it has been instrumental in the revival of the petroleum industry in recent years. As a knowledge-based organization, the NIOC Exploration Directorate has been planning research projects based on the NIOC major policies. The Exploration Directorate also drafts agreements for oil and gas exploration projects.

The activities of the Exploration Directorate in recent years have resulted in big recovery from hydrocarbon reservoirs and promoted Iran's status among OPEC member states.

The long-term objective pursued by the NIOC Exploration Directorate in the 2025 horizon is to acquire the top spot in oil and gas exploration in the region.

### Objectives and Priorities

The Exploration Directorate is one of the main and strategic directorates of NIOC. It is tasked with exploring hydrocarbon reserves in Iran's sedimentary regions. To that effect, the Exploration Directorate makes plans and policies and supervises all exploration activities in offshore oil and gas reservoirs. With five sub-directorates and eight administrative units, the Exploration Directorate pursues the following objectives:

- Exploration of oil and gas from joint hydrocarbon fields
- Exploration of oil from new fields to maintain oil production capacity



- Exploration of oil and gas deeper into under-development field
- Enhanced oil recovery from operating fields in order to relieve pressure on old reservoirs
- Exploration of oil and gas beneath the Paleozoic layer, in oil rings of gas fields, stratigraphic traps, salt domes
- Exploration of gas in oil-rich regions for gas injection into operating fields
- Exploration of gas in independent fields in order to substitute oil products
- Development of exploration activities in sedimentary regions
- Maximizing the rate of success in exploring new resources through conducting extensive exploration studies and prioritizing exploration objectives to reduce risks and costs
- Indigenizing all stages of hydrocarbon fields exploration
- Access to technology for exploration from non-conventional hydrocarbon reservoirs
- Management and development of exploration technical knowledge
- Protecting the environment throughout exploration operations

Address: 1st Dead-end, Seoul St., Sheikh Bahei Sq., Tehran
Zip Code: 1994814695,   P. O. Box: 19395-6669
Tel.: (+98 21) 82700,   Fax: (+98 21) 88604666-9
Email: info@niocexp.ir,   Website: www.niocexp.ir

19

PX810



Introduction to National Iranian Oil Company

## HSE Directorate Civil Defense and Crisis Management

### History

The Health, Safety and Environment (HSE) Directorate was established in December 2000 and started its activity by studying the HSE, civil defense and management crisis at NIOC before improving them based on international models.

### Mission

This directorate was established to coordinate activities pertaining to HSE, firefighting and technical inspection and also to prepare the necessary infrastructure for the establishment of integrated HSE system, civil defense and management crisis at NIOC. HSE safeguards the petroleum industry against potential dangers.

### Objectives

- Protecting the environment and reducing environmental damage
- Protecting manpower and reducing job-related diseases
- Securing equipment and protecting the NIOC assets
- Institutionalizing the culture of honoring regulations, standards and HSE in all NIOC activities

### Major Activities

- Planning and elucidating policies in HSE sector for NIOC
- Adopting comprehensive annual HSE, civil defense and crisis management plan
- Elucidating HSE regulations and standards for NIOC
- Defining criteria and indices to assess the effectiveness and efficiency of HSE management system for NIOC
- Establishment of an integrated management system for accidents
- Application of periodic auditing and assessment to study factors affecting HSE elements
- Monitoring the establishment of integrated capital system in order to ensure effective technical inspection in all stages
- Management of waste, wastewater, air pollution, crude oil desulphurization and bioremediation





**20**

Address: 5th floor, Laleh Building, NIOC 8th Central Building No. 17, Yaghma valley, Jomhouri Ave., Between Hafez and Vali-easr Ave., Tehran,  P. O. Box: 1969813771
Tel.: (+98 21) 8874500-6,  Fax: (+98 21) 66709723
Website: rtd.nioc.ir

PX810

# Management of Monitoring Development Plan of Oil-rich Regions



## History

Iran's Petroleum Ministry launched the "Contribution to Development of Oil-Rich and Gas-Rich Regions" in 2000 in order to partly compensate for the impoverishment of oil and gas-rich provinces. Ten provinces were initially covered by this project. Following visits by Supreme Leader Ayatollah Ali Khamenei and government officials, the project was expanded to 31 provinces. A total of 36448 billion rials  in credit was earmarked for the implementation of 3619 public benefit projects, 3382 of which have so far become operational.

## Objectives and Activities



- Upgrading facilities and expanding universities' premises
- Improving public health and reducing losses
- Increasing sports facilities
- Helping needy classes in the society
- Quantitative and qualitative development of roads
- Safeguarding valuable natural and environmental resources
- Optimal use of water resources and increasing power generation and transmission

## A review of activities conducted for aiding impoverished oil and gas-rich provinces

| The Ministry/The Beneficiary | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| National Iranian Oil Company | Other (Services) | Desertification and Watershed | Seminary | Welfare Organization | Emam Khomeini Relief Committee | Ministry of Urban Development | Ministry of Sport and Youth | Ministry of Education | Ministry of science Research and Technology | Ministry of Healthcare | Completed Projects | Number of Projects | |
| 3 | 17 | 12 | 9 | 1 | 1 | 42 | 77 | 34 | 22 | 19 | 0 | 237 | **Activities in Progress** |
| 1 | 102 | 0 | 55 | 175 | 316 | 29 | 987 | 858 | 299 | 560 | 3382 | 3382 | **Done** |
| **4** | **119** | **12** | **64** | **176** | **317** | **71** | **1064** | **829** | **321** | **574** | **3382** | **3619** | **Total** |

- All the projects related to the credits allocated for all projects in the oil-rich areas, the decisions of the Steering Committee of government provincial trips, representatives of Parliament and provincial authorities requests and the Ministry's supreme authority.

Address: 5th floor, NIOC 4th Central Building, Roudsar St., Hafez Ave., Tehran
Tel: (+98 21) 88903446,  (+98 21) 61624995,  Fax:  (+98 21) 88802954

PX810



Introduction to National Iranian Oil Company

# Manufacturing Support and Procurement



### Management
The goals of Manufacturing Support and Procurement is to purchase commodities in a large scale to support the domestic production industry, transformation of technical knowledge into the country, prevent the outflow of foreign currency outside the country, offer technical and business-related services required by National Iranian Oil Company and its subsidiaries, and also compile, record and update the ACL and AVL foreign and domestic manufacturers vendor list.

### The management departments are as follows:
### Deputy Director in Procurement:

**1.Domestic Mass Purchases**
Considering the economic efficiency and in order to support domestic production industry, NIOC and its subsidiaries' required commodities, are mass purchased. The goal is to sustain and construct proper infrastructures for domestic producers employing the leverage of "Purchase" to have joint investment with the major foreign producers and also taking part in and observing business methods developments and internal procurement policy based on the aggregate demand.

**2.Foreign Mass Purchases**
Directing, supervising and implementing the entire matters related to foreign purchases and following all the commodities required by NIOC and its subsidiaries are referred to the management. Also, support operations for purchasing are provided in such a way that the required commodities would be in accordance with specifications set by foreign producers in the shortest possible time.

### Deputy Director of Engineering and Supporting Domestic Production

Developing policy, procedures and guidelines in order to support domestic producers and supervise the strategic plans of NIOC and its subsidiaries in the field.

### Evaluation of Resources
One of the most important business sectors of the oil industry on the supply and procurement of goods and equipment and the required consumption of oil, gas , refining and petrochemicals, is the evaluation of resources which plays an effective role in increasing purchasing process in a way that it introduces producers and providers to the foreign and domestic purchasing offices. Moreover, this unit works as NIOC's main lever of commerce named AVL vendor list.

### Technical Inspection
Supervision and technical inspection of all NIOC's contracts and its subsidiaries, technical inspection affairs with the international inspection companies as the third party, applicants, purchasers, and foreign and domestic producers are among the department's responsibility Document analysis, observing technical issues on the basis of standards and operational needs and also working as an expert and the head of an inspection team for the duties, issuing certification of inspection and mismatches, etc., for domestic and foreign vendors are also among this department's duty.

### Customs Affairs, Transport and Clearance
This department is considered as one of the basic principles of supply chain which is deeply believes in customer-oriented services and reliance on expert, loyal and experienced manpower and using the facilities such as transportation and discharge system, representative offices in the main ports ,specific warehouses and sale of surplus.

### Deputy Director of the Professional Services of Goods
Steering and supervising the formulation and coordination of policies and business practices, product mechanization services, classification and product standardization, implementation of a uniform system of the products insurance and procurement services related NIOC and its subsidiaries.

22

Address: No. 226, Corner of Shahid Mousa Kalantari St., Qarani Ave., Tehran
Zip Code: 1598844816,  P. O. Box: 158151775
Tel.: (+98 21) 82019 - 82015500 - 88902613,   Fax: (+98 21) 82014923
Website: www.kalanaft.com,   Email: info@kalanaft.com



**Assemblies Affairs
and Chairman
of the Board
of Directors**

PX810



PX810

# Research Institute of Petroleum Industry (RIPI)

## History

Research Institute of Petroleum Industry was initially established under the title of "Iran Petroleum Industry Research Development Office" in 1959. Its primary aim was carrying out research on application of petroleum materials. After revolution of Islamic Republic of Iran, the office was changed into a center for "Research and Scientific Services" and it has continued its activities in order to achieve the objectives. In 1989, upon the formal agreement of the development council of Department of Culture and Higher Education, the center was called "Research Institute of Petroleum Industry" and with the aim of carrying out fundamental, applied, and developmental researches has continued doing its activities.

The research activities of RIPI are divided into three main sections, namely "Research and development of upstream petroleum industry paradise", "research and development of downstream petroleum industry paradise" and "research and development of energy and environment paradise".

## Faculty of Research and Development in Upstream Petroleum Industry (FRDUPI)

FRDUPI is comprised of three independent research divisions: "Geosciences Division", "Petroleum Engineering Division" and "Reservoir Studies and Field Development Division". Apart from the three mentioned divisions, FRDUPI has also organized a "Center for Upstream Software Development".

With an emphasis on human resources, knowledge, experienced and efficient and modern equipment, with a teamwork approach, the faculty tries to doing basic research and applied studies, scientific and laboratory services and scientific consulting and management technological to meet the needs of upstream oil industry and to handle challenges of operation in the country.

## Faculty of Research and Development in Downstream Petroleum Industry

The faculty consists of five Institutes of Technology refining and processing of oil, Institute of Process and IT equipment, Catalyst Institute, Institute of Chemical Technology, Polymer and Petrochemicals, the development of nanotechnology and carbon group, oil technology research and development center in Kermanshah.

## Faculty of Energy and Environmental Research and Development

Consisting of three Research Divisions: Environment and Biotechnology, Industrial Protection, and Energy Technologies and a Research Group (i.e. Analytical Chemistry), conducts numerous R&D plans in order to develop the know-how and technologies required by Iran's oil industry.

Furthermore, it has the mission of offering trouble shooting services to the domestic oil industry in the fields of Energy, Industrial protection and Environment.

The faculty also has a project to develop Sirri Island to a Green Island and took over the project in Assaluyeh for quantification and modeling of air pollution in the area.

## RIPI Vision and Mission

Pioneer in development of technology and technological solutions in the petroleum industry and is committed to sustainable development in 1404 perspective plan

The mission of RIPI consists of production, transmission and supply of technologies for the oil industry, development of new products, continuous improvement of operational processes and discovery programs, development and optimal utilization of energy resources. We have an active presence in the world and enjoying the mechanisms of open innovation system, improve core competencies, develop strategic relationships with academic institutions and national and international researches and product developers, to accomplish our mission. Intellectual capital is the main source of our drive towards excellence. We are committed to ethical values and sustainable development, and we are active in the design and making the environmental standards operational.

## Long-term goals of RIPI

### Technology Areas

**Research and technology development in below fields:**
- Exploration, development and optimal utilization of hydrocarbon resources
- Standardization, providing procurement, equipment and strategic materials needed for oil industry
- Development, improvement and optimization of process technologies for the oil industry
- Solving environmental problems, processes development and energy optimization

### Communications and Customers
- Development of relations with national and international academic, research and industry centers to develop, transfer, localization technologies needed for oil industry
- Strengthening of interaction with foreign and domestic capital markets and technology
- Customer relation management

### Structure and Processes Fields
- Deployment of knowledge management
- Complete production chain and commercialization of technology
- Create mechanisms to manage portfolio
- Align the structure, processes and organizational methods

## Strategic Goals

### Area Sources
- Strengthening human Resources
- Integrating performance management with compensation
- Create a portfolio management process with the impact of the key performance indicators in order to increase productivity

Address: RIPI, Azadi Stadium Complex Blvd, Tehran,  P. O. Box: 14665-1998
Tel.: (+98 21) 48252085, (+98 21) 48252625,  Fax: (+98 21) 44739712
Email: www.ripi.ir

25

PX810



## Petroleum Industry Health Organization (PIHO)

### History

With the start of oil gush in Masjed Soleyman and the ensuing expansion of oil activities in southern Iran, a number of healthcare centers were established by Anglo-Persian Oil Company (APOC). MIS hospital was a 115-bed facility established in Masjed Soleyman in The Middle East's first petroleum industry hospital was established in 1914. It was the first such healthcare center in the Middle East. Industrial medicine facilities were set up in the oil-rich city of Abadan in 1950. Similar facilities opened in the Aghajari, Tehran, Kermanshah, Isfahan and Mashhad.

Now, the Petroleum Ministry's Health and Treatment Organization runs nine specialized hospitals and polyclinics while it has contracts with more than 4,000 healthcare centers.



### Objectives

- Providing direct and indirect healthcare services to Petroleum Ministry, NIOC, National Iranian Gas Company (NIGC), National Petrochemical Company (NPC), National Iranian Oil Refining and Distribution Company (NIORDC) and their subsidiaries' staff and their families
- Providing occupational medicine services to the petroleum industry
- Procurement of medications and medical equipment
- Providing healthcare services in other cases with the approval of General Assembly
- Upgrading health indices
- More effective accountability to non-medical needs of patients
- Boosting healthcare quality and productivity
- More communications with petroleum industry staff
- Knowledge orientation



26   Address: No.26 & 27; Behafarin St., Karimkhan Ave., Valiasr Sq, Tehran
SMS: 30003992, Tel.: (+98 21) 88944010 - 83306,  PR Tel. and  Fax: (+98 21) 88935711, (+98 21) 88892156
Email: info@piho.org,  Website: www.piho.org

PX810

## National Iranian Gas Exports Company (NIGEC)

### History and Mission

National Iranian Gas Exports Company (NIGEC) is an international company equipped with professional and specialized manpower. The company was established in 2001 in order to make Iran an effective country in gas transactions in the region and the world. Iran's unique geographical position due to its location at the crossroad of East Asia and Indian Subcontinent with the Persian Gulf, Central Asia, Russia, Europe and Africa, makes it possible for the country to get involved in gas trade (imports and exports, storage, swap, transit and barter).



### Objectives and Activities

- Setting the stage for Iran to put its potentials into practice and play an effective role in world markets, attract foreign investment and create jobs for economic blossoming
- Boosting international cooperation through export of gas and gas derivatives for effective presence in clean and environment-friendly energy trade
- Strengthening diplomatic interactions through gas transactions
- Building strong political and economic relations with gas buyers
- Promoting Iran to the status of an effective country in gas trading
- Integration in the gas industry value chain
- Flexibility in gas supply and exports and building commercial alliances with buyers and investors
- Marketing and negotiations for finalizing natural gas sale agreements and gas swap with a view to winning a good share of world gas market





Address: No.214, between Saboonchi and Ghanbarzadeh St., Khoramshahr Ave., Tehran
Tel.: (+98 21) 88518601,    Fax: (+98 21) 88518600,    PR Tel.: (+98 21) 88511100
Email:info@nigec.com,    publicrelations@nigec.ir,   nigec2012@gmail.com,   Website: www.nigec.ir

27

PX810



## Iran Fuel Conservation Organization (IFCO)

### History
Petroleum Ministry of the Islamic Republic of Iran established Iran Fuel Conservation Organization (IFCO) in 2000 in line with the country's strategic policies in the energy sector and by virtue of Article 121 of the Third Five-Year Economic, Social and Cultural Development Plan with a saving energy, protecting the environment and taking measures for efficient energy use.

### Activities
IFCO activities are generally based on studies, surveys and preparations for centralized fuel consumption. It includes all stages of fuel production and consumption. To that effect, ICFO has been tasked with:
- Optimizing fuel consumption in transportation systems and vehicles
- Optimizing fuel consumption in the industrial sector
- Increasing technological growth and boosting quality of products for efficient energy use
- Promoting the culture of energy efficiency in the society through books, magazines and articles and media programs
- Financial and scientific support for research projects of universities and institutes about energy consumption management



28   Address: No.23, Eastern Daneshvar St., Northern
Shiraz St., Molasadra Ave., Tehran,  Zip Code: 1991813941
P.O.Box:19395-1477,  Tel.: (+98 21) 88604760-6,  Fax: (+98 21) 88604829
Email: info@ifco.ir,  Website: www.ifco.ir

PX810

# Employees Pension, Saving and Welfare Fund

### History

Petroleum Industry Pension Fund was established in 1947 and its Articles of Association were revised in 1960 and 1977. The fund belongs to its members who are all petroleum industry staff.

According to NIOC's charter, the fund is operated by a Board of Trustees who is in fact members of the Board of Directors of NIOC.

In January 1999, the fund's Board of Trustees adopted a decision according to which below sections have been added to the fund's charter
• Board of Directors
• Director of Fund
• Inspection

### Objectives

Providing the necessary fund for paying pensions to petroleum industry retirees was the main objective of the establishment of this fund.

### A Brief Account of the Statute

Pension funds contribute to investment with a view to protecting the interests of employees and retirees. To that end, the fund enjoys every right including purchase, sale and hiring of movable and immovable properties as well as commercial and economic activities.



### Organs
• Board of Trustees (NIOC's Board of Directors)
• Board of Directors
• Director of fund
• Inspection

Board of Trustees: According to article 35 of the NIOC statute, NIOC Board of Directors is the Fund's board of trustees.

### Director of Fund

The director of the fund is the highest executive in the fund's hierarchy. He is charged with coordinating affairs and safeguarding the fund's assets. He represents the fund before government, police and judiciary officials as well as natural and legal persons.

Address: No. 671, 6th NIOC Central Building, Hafez St., Taleghani Ave., Tehran Zip Code: 1598714513
Tel.: (+98 21) 88897001-9   Fax: (+98 21) 88917278
Email: prbazneshaste@yahoo.com

29



PX810



**Production Companies**

N.I.O.C.

PX810



PX810

# National Iranian South Oil Company (NISOC)

### History and Structure

Oil-rich regions in southern Iran have been the main suppliers of crude oil in Iran since oil gushed out of Well No. 1 in Masjed Soleyman in May 1908. Before the 1979 Islamic Revolution, Iran's southern oil-rich regions were run by Iran Oil Services Company and Non-Industrial Services Company. After the Islamic Revolution and the start of Iraqi imposed war, Oil-Rich Regions Directorate was renamed Offshore Production Directorate whose activities involved the entire country. Finally in 2000, Petroleum Ministry reconsidered the organizational structure of this directorate and National Iranian South Oil Company (NISOC) was created. NISOC has seven directorates for production, technical affairs, financial affairs, engineering and construction, human resources, consolidated planning and commodity procurement. NISOC has five offshoots: Karoun Oil and Gas Production Company, Maroun Oil and Gas Production Company, Aghajari Oil and Gas Production Company, Gachsaran Oil and Gas Production Company and Masjed Soleyman Oil and Gas Production Company. Each of these five companies operates a group of hydrocarbon fields. In 2004, four specialized companies were established under NISOC: South Turbine Engineering Services Company, Iran Drilling Services Company, Oil Transportation Services and Logistics Company and Oil Welfare Services Company.



### Activities

NISOC runs more than 45 hydrocarbons of different sizes expanding on 400,000 square kilometers of land stretching from Bushehr province to the north of Khuzestan province. NISOC accounts for around 80 percent of the country's crude oil and 16 percent of gas production. Major fields like Ahvaz, Gachsaran, Maroun, Aghajari, Karanj, Parsi and Bibi Hakimieh are under NISOC.

### Objectives and Master Plans

- Enhanced recovery from hydrocarbon reservoirs
- Preserving the quality of crude oil
- Integrated management of hydrocarbon reservoirs
- No-flaring
- Effective measures for preventing environmental pollution
- Planning for safeguarding strategic facilities
- Securing oil production for exports and refining
- Optimization of processing, control and measurement facilities
- Drilling new oil and gas wells and repairing existing wells
- Maximum gas liquids recovery, supplying ethane to downstream units and enough gas for injection

Address: 5th floor, Block 2, 5-storey Building, Naft St., Fadaeian Islam Ave., Ahvaz, P.O.Box: 61735 -1333
Tel.: (+98 61) 34448090-9,  Fax: (+98 61) 34452027 - 34456009
Email: nisoc@nisoc.ir,   Website: www.nisoc.ir

PX810



Introduction to National Iranian Oil Company

# Karoun Oil and Gas Production Company (KOGPC)

### History

Karoun Oil and Gas Production Company (KOGPC) was registered in 1998 within the framework of NIOC's strategic objective for production, processing and transfer of crude oil, gas and liquefied gas as well as water treatment. The company, which started work in 2000, runs seven big industrial plants and 6,000 kilometers of transmission pipeline sprawling on 15,000 square kilometers in the city of Ahaz and its surroundings. KOGPC produces more than 1 mb/d (25 percent of Iran's total oil production), 700 mcf/d of gas and 65,000 b/d of gas condensate from Ahvaz, Mansouri, Abteimour, Darkhoein and Ramin oil reservoirs. The company is also tasked with supplying 150,000 to 250,000 b/d of water for drinking and industrial purposes in Ahvaz.

### Objectives

KOGPC tasked with recovery from hydrocarbon reservoirs, defined policies and installed modern management systems in the early years of its establishment in order to move towards its objectives.

The main policies pursued by KOGPC are as follows:

- Production under sustainable development conditions
- Making efforts for improving organizational procedures
- Upgrading level of knowledge and skills of the staff
- Reducing job-related accidents
- Providing safe working environment
- Preventing environmental pollution emission
- Waste and wastewater management
- Expanding green space
- Efficient energy use

KOGPC received Integrated Management system (IMS) international certificates in 2005 and managed to renew it for eight years.

Commitment, solidarity, respect for human dignity, discipline and order, self-belief and self-reliance, dynamism and creativity, industriousness and endeavors, sacrifice, safety and anti-pollution mentality are organizational values in KOGPC.

The company is determined to reach the planned gas capacity from hydrocarbon reservoirs and become NISOC's top oil producer.



**34**

Address: KOGP Central Building, Karoun Industrial Zone, Ahvaz
Tel.: (+98 61) 34167270,  Tele-fax: (+98 61) 32249805
Email: karoon@nisco.ir,  Website: www.kogoc@nisco.ir

## Gachsaran Oil and Gas Production Company (GOGPC)

### History

Gachsaran Oil and Gas Production Company (GOGPC), a subsidiary of NISOC, is the second largest crude oil producer. The head office of GOGPC is located in the Kohguiluyeh Boyer Ahmad province, but its installations are also in Khuzestan, Bushehr and Fars provinces. GOGPC has become the hub of crude oil exports because a main pumping station is run by this company.



### Objectives

GOGPC produces 610,000 b/d of crude oil, 1 bcf/d of natural gas and 54,000 b/d of gas condensate. This level of production underlines the significance of this company's position in Iran's economy.

Maximum recovery from Gachsaran and Bibi Hakimieh will be possible only after gas injection into these reservoirs. For that purpose, gas has been injected into eighteen walls of Gachsaran since 1977. Bibi Hakimieh has been fed with gas since 1995.

### Activities

This company is responsible for production from 15 operating oil fields, three planned fields and six unplanned fields.

GOGPC operates 750 wells, ten production units, five desalting factories, twelve pressure booster and gas injection stations, three gas and liquefied gas refineries, eight chemical labs, six water supply units, slug catchers, 74 wellhead separators, 102 gas and oil separation units, three power stations and 6,700 kilometers of pipeline with diameters as much as 52 inches. Moreover, in order to realize enhanced production objectives, the company has embarked on major projects for gas gathering, construction of desalting units and development of new oil fields. Among them are development of Chaharbisheh, Pazanan and Roudak fields, establishment of Gachsaran 3 and 4 and Bibi Hakimieh 1 desalting factories, construction of new gas injection stations in Gachsaran and Bibi Hakimieh, gas and liquefied gas refinery precondensation station and renovation of Goureh pumping station.



Address: Central Building Gachsaran Oil and Gas Production Company, Gachsaran,   P. O. Box: 191
Tel.: (+98 74) 32222581,   Fax: (+98 74) 32222759
Email: gsravabet@nisoc.com  Website: www.gsogpc.nisoc.ir

PX810



Introduction to National Iranian Oil Company



# Aghajari Oil and Gas Production Company (AOGPC)

### History

Aghajari Oil and Gas Production Company (AOGPC), based in the city of Omidieh, cover 25,000 square kilometers of land in three provinces: Khuzestan, Kohguiluyeh Boyer Ahmad and Bushehr. As an offshoot of NISOC, AOGPC is steering oil and gas production, processing and transfer from eight oil fields – Aghajari, Karanj, Paranj, Parsi, Ramshir, Pazanan, Rag Sefid and part of Maroun.

### Activities

This company produces more than 575,000 b/d of light and heavy crude oil, portion of which is used for feeding Isfahan and Abadan refineries. The rest is delivered to Kharg terminal for exports. AOGPC also produces 794 mcf/d of natural gas, 181,000 b/d of condensate and 152,000 b/d of naphtha. The gas is mainly used for injection into reservoirs, the condensate feeds Bandar Imam Petrochemical Company and the naphtha is sent to Bou Ali Petrochemical Company.

NISOC is testing its enhanced recovery projects in AOGPC and its first experience was gas injection to Pazanan. The second project was miscible injection of gas into Ramshir field in 2002. Then, the world's largest gas injection project was conducted in Aghajari field with the injection of 56 mcm/d of gas produced from phases 6, 7 and 8 of South Pars gas field. This project will raise Aghajari field's output by 50,000 b/d to reach 200,000 b/d.

Having under and upper ground pipelines and also export oil pump station, Aghajari is one of the most important companies among the other subsidiaries of NIOC.



**36**

Address: Naft Blvd, Omidiyeh, Khuzestan P. O. Box: 136
Tel.: (+98 61) 52622874,  Fax: (+98 61) 52627736 – (+98 61) 52622997,  PR Tele-fax: (+98 61) 3227730
Email: info@aogpc.nisoc.ir,  Website: www.agogpc.nisoc.ir

PX810

# Maroun Oil and Gas Production Company (MOGPC)

### History

Maroun Oil and Gas Production Company (MOGPC) started crude oil and gas recovery from hydrocarbon fields located east of River Maroun, including Maroun, Koupal and Shadegan fields, in 2000.

### Objectives

MOGPC produces 600,000 b/d of oil on average, delivered partly to Isfahan oil refinery and partly to Kharg terminal for exports. It also produces 500 mcf/d of gas and more than 27,000 b/d of liquefied gas and condensate used to feed petrochemical plants.

One of Iran's biggest gas injection facilities is run by this company which is targeting enhanced recovery and steering of reservoirs.

### Activities

MOGPC has been developing Maroun field in order to boost its recovery rate. Successful drilling operations in Maroun, which is one the most pressurized hydrocarbon fields in the world, has been one of the most difficult development projects of the petroleum industry in recent years.

Moreover, containment of blowout in Well No. 104 of Maroun in January 2010 after two weeks of struggle with blaze was a breakthrough achievement for NISOC.







Address:  Ahvaz- Mahshar Road (12km), Ahvaz,  P. O. Box: 61735-1301
Tel.: (+98 61) 34188436-7,  Fax :(+98 61) 34434073
Email: marun@nisoc.ir,  Website: mogpc.nisoc.ir

37

PX810



Introduction to National Iranian Oil Company

## Masjed Soleyman Oil and Gas Production Company (MSOGPC)

### History

Masjed Soleyman, where oil was discovered more than a century ago, is the entry gate of world oil companies into the Middle East. The first oil gush in Masjed Soleyman in May 1908 drew the attention of the world oil cartels to the Middle East oil. More than a century has since passed, but Masjed Soleyman, known in oil jargon as MIS, remains famous. Today, MIS is known as Masjed Soleyman Oil and Gas Production Company (MSOGPC).

### Objectives

MSOGPC was created after four oil-rich regions – Lab Sefid, Qale Nar, Haftkal and Naft Sefid – were annexed to Masjed Soleyman. The company is tasked with production from oil and gas fields in north of Khuzestan province. It is currently producing up to 145,000 b/d of oil from Masjed Soleyman, Par Siah, Anbar, Karoun, Zialei, Naft Sefid, Haftkal, Balaroud, Palangan, Qale Nar, Kaboud and Lab Sefid fields.

MSOGPC produces 120 mcf/d of sour gas from Jurasik reservoir for delivery to Mahshahr Petrochemical Plant, 30 mcf/d of gas from Naft Sefid for injection into Haftkal's Asmari reservoir, 20 mcf/d of gas from Lab Sefid's Bangestan reservoir for injection into Lab Sefid's Asmari reservoir and 62 mcf/d of associated gas from Zilaei reservoir for delivery to Ahvaz NGL 1600.

### Activities

MSOGPC is operating development and renovation projects in order to enhance production capacity. Some of these projects are as follows:

- Construction of gas and liquefied gas factory
- Development of Balaroud oil field
- Construction of desalting units in Lab Sefid, Haftkal and Naft Sefid
- Construction of facilities for gathering condensate in Masjed Soleyman's Jurasik reservoir
- Optimization and renovation of oil and gas processing system in Naft Sefid field
- Construction of production and desalting facilities in Masjed Soleyman
- Gas gathering in Haft Shahidan
- Construction of associated gas injection station in Lab Sefid's Bangestan reservoir
- Optimization of power supply system in Masjed Soleyman oil and gas plants
- Associated gas gathering and injection into Qale Nar's Bangestan reservoir
- Development of Karoun gas reservoir
- Optimization of Haftkal oil field processing
- Inspection of pipeline by pigging
- Construction of desalting unit in Qale Nar and Kaboud



38

Address: Masjed Soleyman, Khuzestan   P.O.Box:354
Tel.: (+98 61) 43220123, (+98 61) 43228001, Fax: (+98 61) 43228001
Email: mis@nisoc.ir,  Website: www.mis.nisoc.ir

PX810

# Oil Transportation Services and Logistics Company

### History

As new methods are being developed for recovery from oil reservoirs, transportation services have seen major changes. Before the victory in1979 of the Islamic Revolution and in the years after, transportation services were done under supervision of NISOC. In 1982, the Department for Transportation in South Oil Regions was established under authority of NISOC Department for Operations. In 1988, the transportation department was placed under authority of NISOC Department for Services and Logistics. Finally in March 2004, Oil Transportation Services and Logistics Company. was established.



### Objectives

- Reducing government's direct executive operations in economic and minor activities
- Reducing costs of economic institutes
- Improving efficiency of economic institutes
- Spurring growth of capital markets
- Minimizing government's bureaucratic interference in the state-run economic institutes' affairs
- Acquiring capital receipts for state Treasury

### Tasks

- Offering transportation services for passengers and cargos
- Letting, purchase or sale of transportation vehicles
- Hiring transportation contractors, airliners and passenger and cargo trains
- Contracting activities, commercial operations as well as engineering and training services



### Field of Activity and Capabilities

- Light transportation (intra-urban and inter-urban)
- Heavy transportation (intra-urban and inter-urban)
- Commodity transportation
- Tanker transportation
- Trucks
- Road, construction and facilities
- Pipeline operations

Address: Central Building, Karoun Industrial Zone, Ahvaz
Tel.: (+98 61) 34167383,  Fax: (+98 61) 32241753,  Website: www.nisco.tossc.ir

39

PX810



Introduction to National Iranian Oil Company



# South Turbine Engineering Services and Industrial Equipment Company (STESIEC)

### History

Since oil was discovered in Masjed Soleyman more than a century ago, an organization was established to handle reparation of processing machinery and equipment.

In early 2004, South Turbine Engineering Services and Industrial Equipment Company (STESIEC) were established in order to optimize costs. The company now handles all reparations.

### Activities

South Turbine Engineering Services and Industrial Equipment Company (STESIEC) is currently in charge of basic reparation of machinery and equipment in NISOC-run facilities. Basic reparation of machinery like gas turbines, gas compressors, oil transmission pumps and electro-engines, and processing equipment like reservoirs, low-pressure and high-pressure separators, thermal transducers, safety valves, gearboxes, cooling fans and all processing equipment is among tasks assigned to STESIEC. The company has two workshops in the cities of Ahvaz and Aghajari, besides two basic reparation offices in NISOC-run regions.

Basic reparation of crude oil storage facilities, separators, towers and furnaces, radiators and transducers, modifications to machinery and processing equipment are part of the capabilities of this company.

In recent years, the company has managed to indigenize the manufacturing of turbine blades owing to its long years of experience in reparation. The domestic manufacturing of turbine blades facilitates Iran's entry into the group of manufacturers of gas turbines.



Address: Two –Storey Central Building, Naft St., Fadaeiyan Islam Ave., Ahvaz
Tel.: (+98 61) 34123988, Tele-fax: (+98 61) 32263298
Email: pr_setesco@nisco.ir,   Website: www. nisco.ir

PX810

# Iran Drilling Services Company (IDSC)

## History

Iran Drilling Services Company (IDSC) is a NISOC subsidiary based in the southwestern city of Ahvaz. It established in late 2004 and offers services to NISOC-run 50 small and big oil and gas fields on more than 400,000 square kilometers in four provinces of Fars, Khuzestan, Bushehr and Kohguiluyeh Boyer Ahmad. IDSC provides wellhead and downhole services by using reparation rigs, advanced coiled tubing, cementing, acidizing and nitrogen injection pumps.

IDSC has cooperated with Pars Oil and Gas Company (POGC) in completing wells in Phase 1 of South Pars gas field and with Petroleum Engineering and Development Company (PEDEC) in the development of Tabnak, Qeshm and Sarajeh gas fields, Shanol, Varoi and Homa oil fields as well as development of heavy crude field development and gas injection into Aghajari.

IDSC is also providing services to projects operated by Zagros Oil and Gas Production Company, National Iranian Drilling Company, Iran Central Oil Fields Company and the private Mapsa Company.

## Tasks

- Repairing and completing oil and gas wells with rigs
- Offering down-hole technical services including well repair and completion
- Offering services with coiled tubing devices for unblocking wells, logging, securing wells, injection and residue measurement
- Offering acidizing services, well revival and nitrogen injection
- Planning, steering, coordination, inspection and monitoring
- Training

## Objectives

Equipped with three light repair rigs, one suction rig, three nitrogen injection pumps, six nitrogen storage facilities, four cementing and acidizing pumps, six coiled tubing systems, twelve well survey trucks, nine cranes, one logging rig a number of down-hole measurement devices, IDSC is offering relevant wellhead and down-hole services.

Since 2009, this company has cooperated with the private sector in South Pars and North Pars fields. It is determined to equip itself with four onshore repair rigs, acidizing and cementing pumps, coiled tubing devices and other necessary materiel for down-hole and wellhead operations.

In 2004, the company was awarded integrated management system (IMS) certificate. It has since received ISO 9001:2008, ISO/TS 2900: 2007, ISO 14001: 2004 and OHSAS 18001: 2007. It plans to receive HSE certificate.

Once privatized, IDSC will expand its services by hiring new staff and using new equipment.



Address: Room 102, Ground Floor, Drilling Services Company Central Building, Khoram Kooshk, Ahvaz
P. O. Box: 61735/1425
Tel.: (+98 61) 32257666, 34122519,  Fax: (+98 61) 32263212
Website: www.idsc.nisoc.ir

PX810



## Oil Welfare Services Company

### History

NIOC, with long experience in non-industrial services, is among the first Iranian companies to have pursued development of welfare services with a view to increasing productivity.

In 2004, NISOC embarked on structural changes and established Oil Welfare Services Company to offer non-industrial services.

### Activities

Offering welfare, cultural, artistic, travelling, maintenance of administrative buildings, housing, sports and library services to the staff and their families, construction and development of green space in order to realize its objectives of attracting specialized manpower are among the activities of this company.





42

Address: Khoram Kooshk Garden, Khoram Kooshk, Ahvaz,  P. O. Box: 61735-1400
Tel.: (+98 61) 32263141,   Fax: (+98 61) 32263141
Website: www.ogwsc.nisoc.ir

PX810

# Iranian Central Oil Fields Company (ICOFC)

### History

Iranian Central Oil Fields Company (ICOFC) is one of the main five production companies in the NIOC hierarchy. Established in 1998, it handles oil and gas production from 76 fields (44 gas and 32 oil fields) in fourteen Iranian provinces. Of these 76 fields, 13 oil fields and 14 gas fields are in the phase of production. Development of other fields is among future plans of ICOFC which is expected to expand its activities to 19 provinces as new blocks are being explored.

### Activities

ICOFC's production activities are done through three offshoots. Exploration and development of fields, drilling, well repair and completion, oil and gas reservoirs management and implementation of projects are all under authority of ICOFC. Here are the three offshoots of ICOFC and their radius of activity:

• South Zagros Oil and Gas Production Company based in Shiraz, Fars province

• East Oil and Gas Production Company based in Mashhad, Khorasan Razavi province

• West Oil and Gas Production Company based in Kermanshah, Kermanshah province

### Objectives

• Enhanced recovery from oil and gas fields

• Using new technology for boosting productivity and production

• Designing, planning, implementing and controlling oil and gas reservoirs development projects

• Continued monitoring of planning for projects in subsidiaries

• Monitoring HSE standards observation

• Boosting the level of technical knowledge and expertise of the staff





Address: No. 30, Roodsar St., Hafez St., Tehran

Tel.: (+98 21) 87520,  Fax: (+98 21) 88946200,  PR Tel.: (+98 21) 88650092, PR Fax: (+98 21) 88650091

Website: www.icofc.ir

43



# West Oil and Gas Production Company

### History

West Oil and Gas Production Company is one of three ICOFC subsidiaries. It started work in 1999 by producing, processing and delivery crude oil. This company covers Kermanshah, Ilam, Lorestan and north of Khuzestan provinces. Any oil or gas field coming on-stream in the future will be under authority of West Oil and Gas Production Company.

### Operation Centers

- Cheshmeh Khosh production center
- Cheshmeh Khosh desalting center
- Dehloran production center
- Naft Shahr production center
- Naft Shahr desalting center
- Sarkan/Malkouh production center
- Tang Bijar and Kamankouh production center

### Objectives

- Increasing the level of customers' satisfaction
- Reducing environmental consequences for sustainable development
- Reducing job accidents and traumas

### Main Mission

- Steering oil and gas production, processing and transfer operations
- Maintenance, optimization and repair of all installations
- Modification of installations
- Drilling new wells in active fields
- Conducting capital projects
- Enhanced recovery from reservoirs
- Maximum recovery from joint oil reservoirs

### Area of Activity

This company is mainly active in the west, but the company's General Assembly will later on decide about the precise geography of the region it covers.



44

Address: No.42, Woman Blvd., Naft Sq., Kermanshah
Tel.: (+98 83) 38370072, Fax: (+98 83) 38391546,  (+98 83) 38391548
PR Fax: (+98 83) 38374184
Website: www.wogpc.ir

PX810

# East Oil and Gas Production Company

### History and Mission

East Oil and Gas Production Company was established in December 1998 in line with the policy of non-centralized management in the oil sector. Two years later, it officially started work. Its office is based in the city of Mashhad in northeastern Iran. The pillars of this company are its General Assembly, Board of Directors and Managing-Director, legal inspector and stockholders. The company's shares all belong to NIOC and are non-transferrable.



### Mission and Main Objectives

- Steering production, processing and transfer of oil and gas
- Maintenance, optimization and reparation of installations (production units, pipelines, pressure booster stations, wellhead installations, electricity and telecom facilities, roads)
- Modifications to installations
- Drilling new wells in active fields

### Geographical Operation Zone

The company is operating projects mainly in the east of the country. Currently, it is active in Khorasan Razavi province and is in charge of production from Mozdouran sour gas reservoir as well as Shourijeh B, Shourijeh D and Gondbadli sweet gas reservoirs in the northeastern city of Sarakhs.  The company has already drilled 57 wells for sour and sweet gas production, constructed four gas gathering centers, a gas measurement center, 430 kilometers of underground pipeline for gathering and transferring gas, 300 kilometers of high-voltage electricity supply, telecom system and several hundred kilometers of paved road. The sour gas produced from Khangiran contains 3.6 percent $H_2S$ and 6.6 percent $SO_2$. It is one of the most dangerous sour gases in the world. Designing wellhead installations for recovering such dangerous gas is among the honors of this company. Gas supply to Shahid Hasheminejad gas refinery and the dehydration units of National Iranian Gas Company (NIGC) in Khangiran are among the tasks assigned to East Oil and Gas Production Company. In the near future, it will have also to storage gas in Shourijeh D storage facility as well as to produce gas from Tous field. Moreover, the NIOC Exploration Directorate has conducted seismic testing in northeast Iran. East Oil and Gas Production Company will supply gas to Khorasan Razavi, North Khorasan, and South Khorasan, Golestan and Mazandaran and part of Semnan provinces. Therefore, this company makes great contribution to Iran's economic blossoming, particularly in the energy sector.



Address: No.18, Corner of Payam 6, Payam St., Ershad Blvd, Khayam Blvd, Mashad,  Zip Code: 9185835543, P.O. Box: 91725-768
Tel.: (+98 51)37047000,  Fax: (+98 51)37680766
Address of Operational Zone: Khangiran, Sarakhs,  Zip Code: 9388176541
P. O. Box: 558,  Tel.: (+98 51)33237000,  Fax: (+98 21) 66703000

45



Introduction to National Iranian Oil Company

# South Zagros Oil and Gas Production Company

### History

South Zagros Oil and Gas Production Company is one of three subsidiaries of Iranian Central Oil Fields Company (ICOFC). It produces 235 mcm/d of gas, which is nearly 40 percent of the country's total output.

The company operates eleven oil and gas fields located in five regions: Nar and Kangan, Aghar and Dalan, Parsian, South Sorkhoun and Gashou, Sarvestan and Saadatabad. The eleven fields include Aghar, Dalan, Nar, Kangan, Tabnak, Sorkhoun, Homa, Varavi, Shanoul, Sarvestan and Saadatadab fields in Fars, Bushehr and Hormuzgan provinces.

Meanwhile, development of Khesht oil field located near the city of Kazeroun in Fars province started in 2007 and the field is expected to start production soon. Development of Dey and Sepid Zakhour gas fields in Fars province is also under way. South Zagros Company is based in Shiraz.

### Objectives

The company was established in line with the policy of non-centralized management. It was established in 1998 and started work nearly a year later.

### Tasks

South Zagros Company operates fields located in Fars, Bushehr and Hormuzgan provinces. Its main task is to supply gas to Farashband, Fajr Jam, Sorkhoun and Parsian gas refineries and Shiraz oil refinery, to inject sour gas into Maroun oil reservoir, send gas condensate to Fajr Jam, Sorkhoun, Parsian and Shiraz refineries as well as to Taheri Port for exports.

Besides the current gas fields, development of Khesht oil field as well as Dey, Sepid Zakhour, Seif Baghoun and Halgan gas fields will soon be added to the company's field of activity.





46

Address: NIOC Building, next to Parvaneh Alley, Karimkhan Zand Blvd., Shiraz,  Zip Code: 71357-131113
Tel.: (+98 71) 32314400,  Fax: (+98 71) 32138313-14
Email: info@szogpc.com,   website: www.szogpc.com

PX810

## Pars Oil and Gas Company (POGC)

South Pars gas field is one of the biggest gas reservoirs in the world. Shared by Iran and Qatar in the Persian Gulf, the field is an internationally known source of energy.

The field covers a 9,700-square-kilometer area, 3,700 square kilometers of which in Iran's territorial waters.

Iran's share of South Pars holds 14 tcm of gas, more than 8 percent of the world and nearly half of Iran total gas reserves and 18 billion barrels of gas condensate.

Accelerated recovery from the country's largest gas reservoir necessitated establishment of an independent body to handle the project.

Pars Oil and Gas Company (POGC), an offshoot of NIOC, was established in December 1998 and was assigned the development of all phases of South Pars, North Pars, Golshan and Ferdowsi gas fields as well as development of the oil layer of South Pars.



### Activities

So far, phases 1 to 10 of South Pars gas field have become operational and phases 11 to 24 are still under development.

### Objectives

South Pars gas field underwent development in response to growing demand for natural gas across the world and also for injecting gas into oil fields as well as production of gas and condensate for exports and feeding refineries and petrochemical plants.

Pars 1 (Assaluyeh) and Pars 2 (Kangan) sites, located respectively 270 and 220 kilometers southeast of Bushehr, have been designed for onshore installations and refineries.





Address: NO.1, Parvin Etesami St., Fatemi Ave., Tehran   P. O. Box: 1414713111
Fax: (+98 21) 88989273,   Tel.: (+98 21) 88966031- 40,  (+98 21) 88989274
Email: info@ pogc.ir,   Website: www.pogc.ir

47

PX810



Introduction to National Iranian Oil Company

# Iranian Offshore Oil Company (IOOC)

## History

After the victory of the Islamic Revolution, all oil contracts with foreign companies were declared null and void by the Council of Revolution. Iran's joint companies with foreign countries were also dissolved.

In 1980 when the Iraqi imposed war against Iran started, Iranian Offshore Oil Company (IOOC) was established to handle all oil and gas fields in the Persian Gulf. Before the revolution, US and European companies were operating these projects. IOOC faced a big challenge during the 1980-1988 devastating war which severely damaged offshore and onshore facilities in order to bring a halt to Iran's oil supply. IOOC was established after the following five companies were dissolved: Iran-Italian Petroleum Company (Sirip), Lavan Petroleum Co. (Lapco), Iran Pan American Co. (Opac) and Iranian Marine Int. Oil Co. (Iminoco).

Sirip was operating Hendijan, Bahregansar and Norouz oil fields, Aipac was in charge of Forouzan, Soroush, Abouzar and Doroud fields, Lapco was running Salman and Balal fields, Iminoco was active in Resalat and Reshadat fields while Sofiran was in charge of oil fields in Siri island.

## IOOC's Message

Unitization with a view to guaranteeing the national interests of regional countries particularly those sharing oil and gas fields with Iran

## Main Objectives

- Exploration and development of oil and gas fields
- Boosting production quantity and quality
- Development of software and hardware knowledge
- Contribution of staff in decision-makings
- Meritocracy
- Adherence to social, safety, health and environmental responsibilities
- Optimal management of financial resources

## IOOC's Directorates

Production Affairs Directorate, Technical Affairs Directorate, Financial Affairs Directorate, Exploration Projects Directorate, Engineering and Construction Directorate, Commodity Procurement Directorate, Human Resources Directorate, Planning Directorate, Joint Fields Directorate

## Zones of Operation

**Bahregan:** Hendijan, Bahregansar, Norouz, Soroush and Mahshahr fields

**Kharg:** Forouzan, Abouzar, Doroud, Esfandiar, Arash, Farzad A and Farzad B fields

**Siri:** Alvand, Esfand, Sivand, Dena, Nosrat, Farour A, Farour B fields

**Lavan:** Resalat, Reshadat, Salman, Balal and Alfa oil fields, Lavan and Salman gas fields

**Kish:** Kish gas field

**Qeshm:** Iran's highest quality oil (46 degrees API) is produced in Hangam field in Qeshm. Hormuz A, B, D and F and Towsan and Taftan fields are also located in this zone.

## Activities

IOOC is one of the largest offshore oil and gas production companies in the world. It is tasked with extracting oil and gas from fields sprawling on more than 1,200 square kilometers of Persian Gulf (except for South Pars and North Pars) and the Sea of Oman. With half a century experience, IOOC is mainly operating in the Persian Gulf where are located seven top oil producers Iraq, Kuwait, Saudi Arabia, Bahrain, Qatar, United Arab Emirates (UAE) and Oman. That is why the Persian Gulf is known as the world's energy hub and oil and gas exploration and production activities in the Persian Gulf are of great significance. Iran, Iraq, Saudi Arabia, Qatar and UAE hold together 63 percent of proven oil and 40 percent of proven gas reserves in the world.

48

Address: No.12, Khakzad Alley, Toraj St., Valiasr Ave., opposite Balal Mosque, Tehran
Zip Code: 19-395,  P.O. Box: 5591,  Tel. Center: (+98 21) 22664470-85,  23941
Managing Director's Office: (+98 21) 22664393-5,  Managing Director's Fax: (+98 21) 22664407
PR Tel.: (+98 21) 22664402-3, PR Fax: (+98 21) 22664216
Email: info@iooc.co.ir,  Website: www.iooc.co.ir

## Arvandan Oil and Gas Company (AOGC)

### History
The organizational structure of Arvandan Oil and Gas Company was approved by NIOC's Department of Structure and Productivity Engineering in January 2005. First, 458 positions were defined in the company, but now 863 posts have been defined as oil activities have expanded.

### Mission
Exploration, development and enhanced recovery of crude oil and natural gas from hydrocarbon reservoirs in the east of Karoun River as well as processing and transportation of natural products of oil to storage facilities or to export terminals



### Objectives
- Compliance with HSE standards
- Raising crude oil output to 1 mb/d by 2025
- Ultimate recovery based on asset management
- Recovery from fields shared with neighbors
- Delivery of oil products through pipeline

### Operation Zones:
- North Azadegan
- South Azadegan
- Yadavaran
- Darkhoein,
- Jofair
- Band Karkheh
- Arvand
- Sousangerd
- Omid
- Moshtaq
- Khorramshahr
- Sohrab
- Sepehr
- Yaran



Address: 2nd floor, No.20, 5th St., Khaled Eslamboli Ave.
Tel.: (+98 21) 8872426, Fax: (+98 21) 88724251
Office in Khoramshahr: Naser Khosrow Ave., Ayatollah Khamenei Blvd. Khoramshahr
Tel.: (+98 61) 53521980 - 4,   Fax: (+98 61) 53521985
Email: info@aogc.ir

49

PX810

## Khazar Exploration and Production Company (KEPCO)

Discovery of oil in the deep waters of the Caspian Sea for the first time in the history of Iran oil industry Mission

The company mission includes: mission and performance of contracts in exploration, development and production of crude oil and natural gas, processing and transport of crude oil and petroleum products in reservoirs and ports. And also other tasks approved by the General Assembly to participate in the geographic area of the Caspian Sea, including the provinces of Golestan, Gilan and Mazandaran.

### Achievements and activities performed in KEPCO

#### Plans and projects:

- Iran's semi-submersible drilling platform operation named Amir Kabir
- Operation of the support and multi-purpose vessels named Caspian I and II
- Providing a deep water technology road map aimed at increasing energy security and supply of technologies for the future
- Cooperation with academia, research and academic projects required for operations
- Regional cooperation with neighboring countries in Caspian area in the security, environment protection and etc.
- Establishment and improvement of HSE management system in order to achieve the objectives of safety, health and environment
- Performance of environmental projects and projects in accordance with the standards of deep water (preparing maneuvers for a possible release of oil pollution, etc.)...
- Review and update the information on the South Caspian Study Group (SCSG) and probable reserves in the south Caspian
- Discovery of oil in the reservoir layer Sardar Jangal and exploration of about two billion barrels of oil in the wells srj-x1F
- Successful completion of the drilling and testing of second exploratory well in the Sardar Jangal construction (srj-x2c) at a depth of 3488 meters in September 2014
- Perform and completion of two-dimensional seismic survey in Golestan Province (Turkmen Sahra border region), a distance of 1250 km

### Ongoing and future projects:

- The final stages of setting up floating platform named Caspian III
- Performance of comprehensive plan to combat oil pollution of the Caspian in cooperation with oceanographic institute
- Exploratory drilling in onshore region of Golestan province
- Exploratory drilling operations in the Caspian Sea blocks potential
- Research projects in upper ground geological studies in Gorgan and Gonbad desert and comparison and equivalence it with the west Kope Dagh




50

Address: No.19, 11th Alley, Khaled Eslamboli St., Argentina Sq., Tehran
Tel Center: (+98 21) 88722430-33,  Fax: (+98 21) 88711386
PR Tel: (+98 21) 88557850 - 88557854,  PR Fax: (+98 21) 88722430, Ext.:274
Email: info@kepco.ir,   Website: www.kepco.ir

PX810



Technical Services
Companies

N.I.O.C.

PX810



PX810

# National Iranian Drilling Company (NIDC)

### History

After the victory in 1979 of the Islamic Revolution and the ensuing departure of foreign technicians, National Iranian Drilling Company (NIDC) was established in January 1980 at the order of Ayatollah Ruhollah Khomeini, the founder of the Islamic Republic.

### Objectives

- Drilling and completion of exploration, appraisal, development and repair oil wells (onshore and offshore)
- Providing technical and engineering services to oil and gas wells
- Supporting domestic manufacturers in procuring drilling equipment
- Management, steering, planning and execution by Iranian engineers
- Enhanced recovery from oil and gas reservoirs
- Indigenization of drilling industry specialties
- Expanding activities overseas through exporting technical and engineering services

### Field of Activity

Operating more than 70 offshore and onshore drilling rigs, NIDC is among the largest subsidiaries of NIOC. Its operations cover the whole of Iran, starting from Sarakhs and Khangiran in northeast to Persian Gulf as well as central, western and southwestern regions. It is operating in more than ten oil and gas-rich provinces.

### Technical and Engineering Services

Drilling industry is a chain industry which has been formed by different specialties. Equipped with advanced machinery and experienced staff, NIDC provides appropriate services in oil and gas well drilling. These services include cementing, acidizing, pipe laying, air drilling, nitrogen injection, coiled tubing, underbalanced drilling, horizontal and directional drilling.





Address: NIDC, Airport Sq., Pasdaran Blvd, Ahvaz,  P.O.Box:61635-901
Tel.: (+98 61) 43444015-7,  Fax: (+98 61) 34433338
PR Telephone: (+98 61)  34145750,  PR Fax: (+98 61)  34442195
Website: www.nidc.ir

53

PX810



# Petroleum Engineering and Development Company (PEDEC)

## History

Petroleum Engineering and Development Company (PEDEC) started work in 1994 in order to supervise development of oil and gas fields.

## Objectives

- Monitoring implementation of engineering and development projects, both offshore and onshore
- Management of knowledge-based human resources for attracting experts
- Effective and constructive communications with Petroleum Ministry companies and other organs in oil fields in southern Iran
- Providing public benefit services and developing infrastructures in impoverished regions where oil fields are under development.

## Activities

The projects under way by PEDEC are as follows:

- Development of West Karoun fields: North Azadegan, South Azadegan, Yadvaran, North Yaran, South Yaran, third phase of Darkhoein and Band Karkheh oil fields, construction of gas and LNG factory, power plant, pumping facility and Dasht-e Azadegan Hospital

- Development of Azar and Changouleh, heavy crude oil fields, Kish gas field, construction of strategic crude oil storage facilities, metering and dispatching projects, Mansouri oil field development, Zaghe oil field development, Bahregan oil export terminal development





**54** Address: No. 61, Shahid Kalantari St., Qarani Ave., Tehran
Tel.: (+98 21) 88898650 - 60,  Fax: (+98 21) 88919731
Email: info.pedec.ir,   Website: www.pedec.ir

PX810

# Iran Oil Terminals Company (IOTC)

## History

Iran Oil Terminals Company (IOTC) is one of subsidiaries of NIOC. It is active in storage, measurement, lab services, crude oil, oil products and gas condensate exports and imports and marine services. The main task assigned to this company is to help continued oil and gas production through storage, loading, offloading and swap, to complete the oil and gas value chain and to play an instrumental role in the stability and flexibility of national, regional and international energy supply chain.

## Operation Zones

### • Kharg Oil Terminal

Kharg Island is the largest crude oil exports hub in Iran. More than 40 crude oil storage tanks with a nominal capacity of 22 million barrels of crude, two big exports docks (T and Azarpad) receive crude oil from IOOC and NISOC for delivery to international buyers.

### • North Oil Terminal

This oil terminal was established due to the strategic position of the Islamic Republic of Iran in the Caspian Sea and its pivotal role in the transfer of crude oil from Central Asian states to other countries and due to infrastructural installations for swapping crude oil with Caspian Sea littoral states.

### • Assaluyeh Oil Terminal

Assaluyeh is a port in the southern Bushehr province. Since the Iranian government decided to develop oil and gas fields it shares with neighboring countries, Pars Special Economic Energy Zone was established with Assaluyeh as its center. Oil terminal installations were also taken into account in this region. At present, modern systems have been established for exporting gas condensate.

### • Mahshahr Oil Terminal

Mahshahr Oil Terminal stores products from Abadan Refinery and handles imports and exports of oil products. The main activities of IOTC in Mahshahr are focused on marine operations to Abadan Oil Refining Company.





Address: No. 28, 1st floor, Beyhaghi St., Argentina Sq., Tehran
Tel.: (+98 21) 88536203,  Fax: (+98 21) 88534829
Address: IOTC Public Relations, Headquarters Building, Kharg Island
Tel.: (+98 77) 33823701,  (+98 77) 33824024, Fax: (+98 77) 33822982
Fax: (+98 77) 33822982,  Website: www.iotco.ir

55

PX810

# Pars Special Economic Energy Zone (PSEEZ)

### History

Pars Special Economic Energy Zone (PSEEZ) is the largest special economic zone involved in oil, gas and petrochemical industries. It also houses a wide spectrum of downstream and semi-heavy industries as well as commercial services. This zone was established in 1998 for recovery from South Pars gas field and other economic activities in the oil, gas and petrochemical sectors.

The field covers a 9,700-square-kilometer area, 3,700 square kilometers of which in Iran's territorial waters.

Iran's share of South Pars holds 14 tcm of gas, more than 8 percent of the world and nearly half of Iran total gas reserves and 18 billion barrels of gas condensate.

### Activities

PSEEZ, representing Petroleum Ministry and NIOC, is charged with administering South Pars, North Pars and Pars Kangan zones. The main activities include construction of infrastructures like railroads, ports, airport and utilities.

PSEEZ covers 46,000 ha of land – 14,000-ha South Pars (Pars 1), 16,000-a North Pars (Pars 2) and 16,000-ha Pars Kangan (Pars 3). Besides South Pars, it also develops Golshan, Ferdowsi, Mand, North Pars and Farzad gas fields.

PSEEZ's assets belong to the Iranian government. It is subject to Iran's Trade Law.

The fundamental objectives behind the establishment of PSEEZ include preparing conditions for benefiting from oil and gas relative advantages, creating infrastructures for domestic and foreign investment in petrochemical sector, benefiting from upstream sectors to generate value-added, create jobs, increase national revenues, bring in foreign technology, benefitting from the transit capacities of the region for supporting production, encouraging investors to finance development projects, providing more cultural, healthcare and sports services and finally sustainable development of the special zone based on human development.





56

Address: PSEEZ, Assaluyeh, Bushehr Province
P. O. Box: 75391-154
PR Tel.: (+98 77) 31376330,  PR Fax: (+98 77) 31372115
Email: info@pseez.ir,  Website: www.pseez.ir

PX810



PX810



National Iranian Oil Company
Public Relations

Address: NIOC Third Central Building, No.18, Roudsar St., Hafez Ave., Tehran, Iran
Tel.: (+98 21) 88946390, (+98 21) 61627415, Fax: (+98 21) 88943601
www.nioc.ir

PX810

PX903

ISGQ-2005-00037289
**Full Translation of pages 2-5**

## Page 2

*309/28 Jul*

Al-Husayn Brigade Headquarters
Security
Ref no. 29
Date: 25 Jul 2001

To: Karbala' Volunteers Division Command (Security)
Subject: Security Measures

In reference to your correspondence, number 102/197, dated 15 Jul 2001, we reviewed the information and took the necessary actions.
Please review.

Major 'Ubadah Muhammad Rajab
Al-Husayn Brigade
Jul 2001

*Under processing*
*28 Jul*

## Page 3

*309/28 Jul*

Karbala' Volunteers Division Command (Security) Headquarters
Security
Ref no. 102/197
Date: 25 Jul 2001

To: Security Officers of Yafa, Ariha and Al-Husayn Brigades
Subject: Security Measures

The Iranian regime supplied its agents with explosives in addition to 107 mm and 122 mm rockets.  Those agents adopted new methods in their sabotage actions using conically shaped bombs and empty tin milk cans after filling them with TNT.
In addition, the Iranian regime supplied Badr Corp with mines, guided missiles, launchers, timing devices and pistols with silencers to carry out sabotage activities in Iraq.
Therefore, the Division Commander orders that you conduct patrols and monitor the area near your camps, and intensify the guard duty and patrols in order to prevent those agents from achieving their intentions.  Also, you must use your sources to gather information about this affair in each sector.
Please review and take the necessary actions.
Signature

Intelligence Brigadier General
Security Officer of Karbala' Volunteers Division Command
15 Jul 2001

PX903

**Page 4**

Presidency of the Republic
General Military Intelligence Directorate
Al-Quds Army Intelligence System
Ref no. 2/2/516
Date: 11 Jul 2001

To: Karbala' Division, Al-Quds Army, Security
Subject: Information

In reference to our directorate secret and confidential correspondence, number 8/43/1/10420, dated 03 Jul 2001, we received the following information:

1- The Iranian regime supplied Badr Corp with significant quantities of explosives, and sophisticated timing and electronic devices to carry out sabotage activities in Iraq.  Badr Corp members were trained to use these devices in the Dayzful and Bakhtran regions.

2- The Iranian and Kuwaiti regimes achieved an agreement with Badr Corp to support the so called "Supreme Council of the Islamic Revolution" if they increase their sabotage activities in Iraq.

3- The agent Karim Mahud ordered some of his followers to execute sabotage activities in Baghdad upon orders from the Iranian Regime.

4- On 25 May 2001, Badr Corp agents brought 107 mm and 122 mm rockets to Al-Furat Al-Awsat Governorate and Al-Furat Al-Janubi Governorate. Also, they brought other rockets through the northern region to deliver them to Diyala, Salah-al-Din and Baghdad Governorates.

5- The agents received orders to intensify their sabotage and informative activities, focusing on Al-Basrah and Baghdad Governorates. Their activities include distributing hostile pamphlets and contacting the heads of clans…

1-2
Secret and Confidential

*We called the formations security officers at 18:30 hrs on 15 Jul, and briefed them about this information and about the security measures to be taken.*

*Signature*



*15 Jul*

**Page 5**

… near Dhi Qar Governorate, especially those near Al-'Abrat region.

6- Badr Corp recruits the Iraqi volunteers existing in Iran. Also, the criminal, Muhammad Baqir Al-Hakim, increased the salaries of their agents.

7- Badr Corp agents adopted new methods in their sabotage actions using conically shaped bombs filled with TNT, weighing 5-6 kg and using a locally made metal base. Also, using empty tin milk cans after filling them with TNT, connected to Cortex fuse, a detonator and a timing device.

8- Badr Corp is at a top alert condition. They ordered the personnel on leave and the reserve forces to join their units, and they have opened a new headquarters in eastern Al-Ahwar (TC; Illegible word) the sand barrier.  In addition, they brought ambulance and transport vehicles to the northern part of Shat 'Ali.

PX903

9- The Iranian regime supplied Badr Corp with mines, guided missiles, launchers, timing devices and pistols with silencers. These weapons are available in their camps in Al-Ahwar and Karmanshah.

10- The criminal Muhammad Baqir Al-Hakim coordinated with the Iranian regime to print 10,000 pamphlets (small booklets and a flyer) urging citizens to revolt against the state. Their agents would bring them to Iraq to distribute them in the southern and Al-Furat Al-Awsat governorates.

11- The order is issued to take all measures to prevent them from achieving their intentions, use your sources to gather information about the subject in all sectors, and keep the information from leaking to lower ranks.

Please review and take the necessary actions.

Signature

Staff Brigadier General
Director of Al-Quds Army Intelligence System
11 Jul 2001

> *To the commander*
> *We called the formations security officers to come to our headquarters to brief them about this information and about the security measures to be taken.*
> *Pleased review and order*
>
> *Intelligence Brigadier General*
> *Division security Officer*
> *15 Jul 2001*

*1- Inform all units' intelligence officers about the subject to monitor the areas near their camps and intensify the guard duties.*
*2- Intensify the guard duties in our headquarters.*
*3- Monitor all roads and areas near our headquarters*
*Signature*

*15 Jul*

2-2
Secret and Confidential

PX903



PX903



بسم الله الرحمن الرحيم

سري وشخصي

مقر
زيارة فرقة متطوعي كربلاء
(الأمن)
العدد   ١٠٤ / ١٩٧
التاريخ   ١٥ تموز ٢٠٠١

الى / ضابط أمن لواء ( يافا - أريحا - الحسين )
الموضوع / اجراءات أمن

بالنظر لقيام النظام الايراني بتزويد عملائه بكميات من المتفجرات
وصواريخ عيار ( ١٠٧ و ١٢٠ ملم ) واستخدام العملاء اساليب
جديدة في اعمال التخريب باستخدام عبوات تجمعية الشكل وعلى
الحليب الفارغة بعد ملئها بمادة ( TNT ) اضافة الى تزويد
هؤلاء بعد الحين بكميات من الالغام والصواريخ الموجهة
والقاذفات والمسدسات كاتمة الصوت واجهزة توقيت
بهدف القيام باعمال تخريبية في عدد من محافظات القطر
فعدنسب السيد قائد الفرقة تيامكم وجهدكم بمراقبة المناطق
القريبة من معسكراتكم والتأكيد على المراصات والدوريات
واتخاذ كافة الاجراءات لمنع العملاء من تقديم عائهم وتحذير
معاونكم بجمع المعلومات عن هذا الموضوع كل حسب ما هو
مسؤوليته .
نرجو الاطلاع واتخاذ ما يقتضي

القدامى
ضابط أمن فرقة متطوعي كربلاء
١٥ تموز ٢٠٠١

سري وشخصي

PX903



Case 1:18-cv-02248-CRC   Document 85-10   Filed 05/06/22   Page 79 of 182

اجعل عدوك امام عينيك
وأسرتك ولاتصغه خلف ظهرك

الرئيس القائد
صدام حسين (حفظه الله ورعاه)

رئاسة الجمهورية
ومديرية الاستخبارات العسكرية العامة
منظومة استخبارات جيوش القدس
العدد / ٢/٢
التاريخ /
الموافق / ١١ تموز ٢٠١

بسم الله الرحمن الرحيم

(سري وشخصي)

الى / فرقة (كربلاء) جيش القدس / الامن
الموضوع / معلومات

كتاب مديريتنا السري والشخصي ٨ / ٢٣ / ١ /٢٠ /١٠ في ٧ تموز ٢٠١

جاءتنا معلومات تفيد ما يأتي :

١- قيام النظام الايراني بتزويد فيلق بدر الحبيل بكميات كبيرة من المتفجرات ومعدات التوقيت واجهزة الكترونية حديثة بهدف القيام باعمال تخريبية داخل المحفل وتم تدريب عناصر الفيلق الحبيل على كيفية استخدامها حيث تم فتح دورات لهم في منطقتي ديرزول وخزاعل .

٢- حصول اتفاق بين الحلفاء الايرانيين و الكويتيين وقيادة فيلق بدر الحبيل لدعم ما يسمى بالجيش الاعلى للثورة الاسلامية في العراق مقابل تنشيط عملهم التخريبي داخل القطاع .

٣- قيام الحبيل كريم ماهود بدفع مجموعة من عملائه لتنفيذ عمليات تخريبية داخل بغداد ويطلب من النظام الايراني .

٤- قيام عبارو فيلق بدر الحبيل بادخال عبوات ناسفة عيار ( ١١٧ و١٢٠ملم) يوم ٣٠ أيار ١٠ وتم توزيعها في محافظات الفرات الاوسط والجنوبية واخرى عن طريق المنطقة الشمالية بهدف ايصالها الى محافظات ( ديالى - صلاح الدين - بغداد ) .

٥- صدرت توجيهات الاحزاب بتكثيف نشاطهم التخريبي والاعلامي في الداخل وحصل التركيز في ذلك على محافظات البصرة وبغداد ويتضمن هذا النشاط توزيع المنشورات المعادية والتحريك على رؤساء العشائر

( ٢ - ١ )

(سري وشخصي)

في محافظة ذي قار وخاصه التربية من منطقة الجبرات.

٦. قيام خلوة بدر والعميل بفتح باب النطوع للاحراقيين المتواجدين داخل ايران وزيادة رواتب الحصار ومن قبل المجرم محمد باقر الحكيم.

١٠٧. استخدام الخلية العميل اساليب جديدة في مواد التفجير لتنفيذ عملياتهم الاجرامية وفي استخدام عبوه تفجيرية الاشكال محتوية على مادة (T.N.T) زنه ٥-٦ كغم مع استخدام كواتم مدببة صنع محلي وكذلك استخدام الحليب كعبوات خارجية بعد ملئها بمادة (T.N.T) وتزويدها على فتيل تفجير كور تكس، ويقاد احتوصاعة توقيت.

٨٠. دخل الخلية العميل بحاله اذار ١٠٠ % وتم استدعاء المخازين والقوات الاحتياطيه للالتحاق الى وحداتهم وتم ختم مشورات لهم جديدة في الوهود التركية وحصل الساتر الايراني وتم جلب سجلت تسماعاف والانذار الم المنطقه الشماليه في شط علي.

٩. قيام الجانب الايراني بتزويد خلوة بدر والعميل بكميات من السلاح والمواليخ الموجها والقاذافات والملبس ساكتكائية الصوت واجهوزة اللاسلكيه وتوزيع احد هذه المواد في معسكرهم في الوهود وكرم منشاه.

١٠. قيام العميل محمد باقر الحكيم بالاتنسيق مع النظام الايراني بطبع (١٠) الاف منشور على شكلي كراسات محفوره والاخرى على شكل ورقة كتب عليها اعبارات تحت المواطنون على الشوى ضد الدوله وتصيتق الحملة بادخالها الى القطر لتوزيعها جماع بغداد والمحافظات الجنوبيه والفرات الاوسط.

١١٠. تنسبب اتخاذ كافه الاجراءات لمنع الحصارو من تحقيق غايتهم وتسخير مصادرهم لجمع المعلومات عن هذا الموضوع كل حسب جاحه مدروف لليته وبعد تصميمها الى مستوى ادنى.

للتفضل بالاطلاع واتخاذ مايلزم.

<table>
<tr><td>السيد القائد الحترم</td><td></td><td>العميد الركن<br>مدير منظومة استخبارات جيش القدس</td></tr>
</table>

العميد الركن
مدير منظومة استخبارات جيش القدس
١١ تموز ٢٠٠١

PX906

Summary: This is a letter dated 13 OCT 2010 from Abu-'Abd-al-Rahman Anas al-Subay'i to unidentified shaykh (TN: Possibly UBL), giving him a summary per the shaykh's request for the previous period, which was the imprisonment in Iran. Al-Subay'i mentioned that after the fall of the Islamic Emirate of Afghanistan, many of the Arab Mujahidin left for Iran. The first group was arrested after they entered, but they were deported, after their pictures and fingerprints were taken, to countries of their choosing. Most of them chose to go back to the same countries where they came from, such as Morocco, Yemen, Great Britain, and Saudi Arabia. Due to the instruction by Mullah Muhammad 'Umar for the Arabs to leave Afghanistan, the tightening of the border with Pakistan, and the arrest of the mujahidin in Pakistan, the Arab mujahidin started fleeing to Iran again. The Iranians were watching the mujahidin through their Iranian supporters and started arresting them in groups, where they were detained in a secured place. The writer described how the Iranians divided the Arab mujahidin into four groups. The first group contained the leadership of al-Qa'idam to include Shaykh Sulayman Abu-Ghayth, Shaykh Muhammad al-Islambuli, the shaykh's sons, Abu-Muhammad al-Masri, Sayf al-'Adl, Jihad son of Abu-Jihad, and the Persian individual responsible for the group, which means most of the group in Shiraz (TN: More groups and names mentioned in the source document). After four years in this concentration camp, they were moved to another place in Karaj area, which is a guarded residential place that was an attachment for a training airport, but many refused to be transferred to this residential area.

(Full translation)

Page 1

In the name of God, the Most Gracious, the Most Merciful

Dear Brother and Honorable Shaykh, may God protect him and keep him safe

Peace and God's mercy and blessings be upon you,

Praise be to God whom we call on for help and who suffices everything for us. I hope that this message finds you and your kind friends. I also hope that God fights his enemies for He is the only one who has the strength to do that. I

am going to take this rare opportunity to ask God Almighty
to bless you during the Fitr Holiday (TN: Festival of the
breaking of the Fast). May He make it a good beginning for
us and for the entire Muslim community. I am also going to
pray to God that He accepts our [fasting] during the month
of Ramadan and to save us all from hellfire. He is
compassionate and generous.

Dear brother,

In the beginning, I want to criticize  you the same way a
younger brother would criticize his older brother for not
letting us know how you are doing. God only knows how much
I want to see you, to know how you are doing, and how your
health is. (TN: our concerns about) Your health preoccupied
us while incarcerated in that land of the oppressive
people. We were especially concerned because of delay in
your news and audio speeches. I hope you know how much you
mean to us. I ask God to reunite us with the Prophet, peace
and prayers be upon him, along with the martyrs, the pious
ones, and righteous. I ask God to reward us with martyrdom
for His sake in a way, time, and place that would please
Him. May God comfort our hearts by allowing us to strike
His enemy and the enemy of the believers. Amen, Amen, Amen

Dear brother,

If you asked about our circumstances during this past
period, it is no secret how out of place this religion is
among these people whose mannerisms resemble those of the
Jews and the hypocrites from everything we have seen of
them. Praise be to God, He saved us from them. He has
instilled fear in their weak hearts so that they get what
they deserve in this life before the afterlife. This was a
time for self-reflection and to take advantage of
everything that God made available to us during that
period. Praise be to Him.

I have received your kind request to summarize the events
of this past period, and I will do my best to do so.

Dear brother,

After the fall of the Islamic Emirate in Afghanistan, many
of those who left Afghanistan moved to the rejectionist
Persian country. The first group was betrayed upon their
arrival to Iran and was detained. By the grace of God, they

PX906

were deported to countries of their choice. This was only
after many of them were photographed and their fingerprints
were taken. May God seek revenge on them (TN: the Iranian
authorities). Some of the countries the brothers chose were
countries from which they had come.

Page 2

Some of the countries were Morocco, Yemen, Saudi Arabia,
and Britain, along with other countries. Whether
intentionally or unintentionally, other countries, like
Malaysia, China, Indonesia, Singapore, and others,
overlooked the arrival of the brothers. Of course, the
families of those brothers were detained in hotels and then
they were taken to a school in Arak area (TN: City in
Iran).

After the case of the first group of brothers was closed,
many families, along with the Arab brothers, left
Afghanistan based on advice from Mullah Muhammad 'Umar, God
bless him and us, to evacuate the border area between
Afghanistan and Pakistan so as to ease the pressure on the
mujahidin and the Muslims in the area who do not have many
resources. After Pakistan started closing in on us, and
detentions were taking place in main cities like Karachi,
Lahore and smaller cities, a second group started to move
toward Iran and tried to spread out within cities like
Zahedan, Shiraz, Mashhad, Tehran, Karaj and others. This
was approximately after the 'Id al-Adha in 1422 (TN:
February 2002). At the end of Ramadan 1423 (TN: November
2002), approximately one year after the fall of the Islamic
Emirate of Afghanistan, the second campaign against the
Arab mujahidin in Iran started. There was an effort to
locate them and to monitor their Iranian supporters who
were aiding and abetting them. They were renting out homes
for them and buying them mobile phones because it is
difficult to do so, for Iran requires official
documentation for such matters whether one is Iranian or
foreign. Of course, the detentions did not stop throughout
this year, but only some were detained and not all. Homes
were being monitored, with the exception of a few homes of
those who did not deal with these supporters either because
it was not necessary or because of security considerations.
After the monitoring was discovered, some changes were made
to the security protocol. In fear that they would lose
sight of the brothers once again, the Iranian intelligence
and authorities went in and arrested the brothers. Without

PX906

doubt, the brothers, without their families, were imprisoned. The families were all rounded up and later met up with the brothers in tightly secured and fortified detention centers. The detention centers were run by three security systems: The intelligence, the Revolutionary Guard, and the judicial authority in the prison system. There was also [security] from the offices of their evil leader Khameini. May God humiliate him in this life before the afterlife for what he has done to the mujahidin, their families, and their children. They (TN: the Iranian authorities) were united in their wiliness, which they have inherited from their fathers, and came up with the idea of gathering the [mujahidin] in one place (This is what they tried to deceive to make it look like, but it was really the detention of families along with women and children). They achieved what they wanted to do in the beginning, and the brothers were split into four groups

The first group included al-Qa'ida leaders Shaykh Sulayman Abu-Ghayth; Shaykh Muhammad al-Islambuli; and your sons Sa'ad, 'Uthman, Muhammad, and Ahmad Hasan. It also included Abu-Muhammad al-Masri, Sayf al-'Adl, Jihad Ibn Abu Jihad, and the Iranian brother who took care of them (this is almost  all the members in the Shiraz area).

The second group included brothers from the Islamic Fighting Group. They are Shaykh Abu al-Mundhir, Shaykh Salih, Shaykh Musa, Abu-Hazim, Abu-Malik, Shakir-Allah, and Siraj (the al-jazeera cameraman). Also there are Abu al-Ward, 'Abd-al-Ghaffar, Hatib, and 'Abdallah. A few months later, Shaykh 'Abdallah Sa'id and al-Zubayr al-Maghribi, who were living in Tehran, were arrested along with the Iranian brother who took care of them.

Page 3

The third group included Shaykh Abu Hafs al-Muritani, who was arrested first. He was followed by Abu-al-Samh, Abu-Dujanah, Abu-al-Miqdad 'Abd-al-'Aziz al Masriyyin, Abu-'Abdallah al-Jaza'iri, Abu Suhayb al-'Iraqi, Abu al-Harith al-'Iraqi, Harun al-Kurdi and others (Basically the brothers who are living in the Karaj area) and the Iranian brother who took care of them.

The fourth group included Abu  Ziyad al-Mawsili , Abu 'Amr and Salim, Abu Hammam al-Sa'idi, 'Abd-al-Muhaymin, Bassam,

Abu Islam al-Busnah, Abu Hafs al-'Arab, Khubab, and Salah al-Yamani (who lived in Mashhad).

As for those who were not in those groups, they are:

The single men: Qassam and al-Dahhak (he was arrested then joined with the group that was imprisoned in Tehran (I was in that group)). After the others were reunited with their families and before sending us off to Karaj, about four years later, he was separated from us in a deceitful way. They charged him with cursing KhameinI, God's greatest evil.

Among the single men were Suhayb and Hanzala the Jordanians, 'Abd-al-Rahman al-Kurdi, 'Abd-al-Ghaffar al-Libi, Salah al-Libi, another brother who came from Libya, and the son of another brother who had come from Britain. I think that I heard the brothers say that the son of Abu Jihad and the son of Shaykh al-Islambuli (TN: were among the single men).

Those who are married and families: Abu Tarik al-Masri and his family, Shaykh Abu al-Walid al-Masri (Tehran), the widows and the wives of the imprisoned brothers who were in Mashhad like the families of Shaykh Abu Khabbab, Shakir al-Masri, Abu al-Hasan al-Masri and his married daughters. From Shiraz, I think that it was the family of Shaykh Abu-Hafs al-Kumandan (TN: the commander).

Dear Shaykh,

In the end, as far as I know, the situation settled as follows:

The first group, whose location was referred to as Sisast, or 300 in Farsi, was divided within the first detention center in Tehran and was located in a military area. This area was basically a training ground for the groups that were sympathized with by the rejectionist regime in Iran. This is based on evidence I saw that would point to that. There was evidence such as prohibited items, traces of bullets, mortars, and other things. (This was after we were reunited with families, about a year after detention.)

Group A: This includes your family (including the families of your children), the family of Shaykh Abu Hafs the commander, the family of Abu Muhammad al-Masri, the

families of Sayf al-'Adl, the family of Shaykh Sulayman, and the families of Shaykh al-Islambuli and his son, and Jihad (the son of Abu Jihad), I think.

Group B: In the same detention center were Shaykh Abu Hafs al-Muritani; Shaykh Abu al-Samh; Shaykh Abu Salih; Abu 'Amr; Abu Hafs; the Egyptians Abu Dujanah, Abu Humam al-Sa'idi, and Abu Ziyad al-Musali; the Libyans 'Abdallah and Abu Malik; along with the single men Qassam and al-Dahhak.

Page 4

Group C: They were sent to the same detention center a few months later. It included Abu 'Abdallah al-Muhajir, Abu al-Ward al-Libi, and Abu Tariq al-Masri. This group was reunited with Group B after Group B broke some of the hidden cameras and some doors to protest how Group C was being treated. This was especially after they discovered that the hidden cameras in the ceilings of their rooms were wired and powered on. The rejectionists and enemies of God denied that these cameras worked. This is just another example of their hypocrisy. May God fight them and embarrass them.

Dear Shaykh,

After four years of facing off with the enemies of God in charge of this infamous detention center, and after their promises to provide some sort of basic resources for us or education for our children, we were moved to another compound in Karaj. This was in the Kihan Mahr area and it consisted of a living compound that was part of an airport training facility that may have been used for private landings. Anyway, they prepared 12 housing units by fortifying them with six- or seven-meter high fences that were finished off with barbed wiring and cameras, and large metal gates. There were also two outer fences that were slightly shorter, in addition to the airport security and the towers within it. More importantly, the housing units had been renovated and offered a better living standard. I am not going to lie to you; this is not what a mujahid who cares about his religion and his morals wants. It is no secret that some of us did not even want to move there. Personally, I asked to be transferred anywhere else, even to Israel. I told them that it was probably more worthy than they were. There was also a need for those whose children were getting to an age where this place could not

provide them with the resources they needed. Of course, Abu Dujanah was moved to a fortified house in Tehran where the treatment was better. Abu Hafs was also moved and was joined with Group A.

Dear brother,

Before I came here, specifically on 05 March 2010, after a huge act of disturbance in the new compound, Special Forces wearing black clothes and masks stormed the detention center and assaulted the men, children, and some houses. The men were detained for 101 days. Praise be to God, we returned to our families. It seemed to be that this operation was a plan to break our bones and by the grace of God, they were unable to break us and God defeated them. Afterward, they started to release prisoners from our detention center and, praise be to God, they started with me and my family. I arrived safe and sound to the rest of my family, thank God. I ask God to humiliate them and aid us in seeking revenge against them. By the grace of God, I have rejoined the jihad effort, and I ask God to grant us and the mujahidin the great honor of martyrdom for He is capable of everything.

Our dear shaykh, I am sorry that this is so long. I tried to summarize toward the end as much as possible. I hope that my summarizing did not leave anything out. Again, I express my apology for the length of this.

Page 5

In closing, I ask God to reunite us with you soon under the banner of Islam, the Islamic State, and the banner of jihad, which will continue with the promise of God to His worshippers to aid them. I send the regards of my family to yours and my regards to your son Khalid. I ask God to accept from you what you and your honorable family have given as sacrifice for the religion of God. My God elevate your status and grant us faithfulness in our words and our deeds. Also, I remind you to pray for us and our children to be good and useful for His faith. I think that this is something you will not forget. I ask God to reunite us while we are doing well with faith and life. I ask God to protect you so that you continue to be a thorn in the throats of His enemies and a joy to those who are patient and on the path of jihad and the religion.

PX906

The last of our prayers is praise be to God, the lord of
the universe.

Always,
Your brother, Abu-'Abd-al-Rahman Anas al-Subay'i
13 October 2010

PX906

# PX907

To the honorable Shaykh, may God protect you and guide you,

Greetings. I pray to God for this letter to find you well and in good health.

We are doing well and recently things have been calmer. The brothers are more careful and keeping low profile.

Shaykh Abu Muhammad is fine and communication with him continues, but he told us that for two months his carrier will not be coming. Hopefully we will communicate with him towards the end of April.

-Regarding ((Hamzah)):
I am embarrassed to talk to you about this. I hope that you will understand my point of view. As you know, I do not have an interest in this and all I want is safety, security, and success. You are his father and you are our Amir and we will obey. I have the feeling that you are not aware of the security situation here. I tried to find a way to send him to you on the main road, but I was not able to find one due to the intensified security procedures and searches. We can look into sending him by smuggling him in like the Mujahidin brothers. We can arrange for him to go to Baluchistan and from there we can arrange with the brother ((Abu 'Abdallah)) al-Sindi and his friends to receive him there and then decide if he should stay there or send him to Peshawar as you wanted.

In summary, there are three options:

-The first option: We can send him to you through our middle-man, but this is bad option and should not be utilized due to the security situation and because it might lead to the capture of our middle-man. So this option doubles the risk.

We can alter this option by sending Hamzah with an individual other than our middle-man (he will have nothing to do with our middle-man). We will give him the phone numbers of your middle-man (Aslam or someone else) and he can call him once they get there and hand him Hamzah.

The second option: Is for me to send him to Peshawar through other individuals (other than our courier) like all the brothers who go from our area to Peshawar. It is a smuggling route. They go from the Waziristan region, Federally Administered Tribal Areas, Pakistan towards the Khyber tribes and from there they go down to Peshawar (they go down to Bara, I believe, or somewhere nearby) and then enter Peshawar. This route is dangerous, but less dangerous than the first one. This way, our carrier will avoid any danger because Hamzah will be taken by other mujahidin brothers.

Page: 2

PX907

The question is should we tell the brothers who will be escorting him who this individual is in order to take the matter seriously or should we just say take him to Peshawar and he will find his way there? Even with that, people might know who he is.

The third option: is to send Hamzah to Balochistan. This is easier for us and we can send him from south Waziristan. We can send him to people there and he can stay there until 'Abdallah al-Sindi arrives and gets him. This is the least dangerous option and the easiest. I recommend this option. As I told you, you can arrange with 'Abdallah al-Sindi (directly or through me if he sends his phone numbers).

Notes: I talked to brother ((Munir)) about sending Hamzah, and he agrees with me that we should not send him due to the situation that I described to you. I did not discuss this with ((Abu Yahya)) because we did not meet for the last three months and I did not write to him about this in our correspondence.

-Here, we are talking only about Hamzah as a man. As for the family (his wife and two children), there is no problem in sending them the regular route (first option). The idea is to send Hamzah and his family separately.

However, If we decide on the Balochistan option (third option), he can go with his family.

-Brother 'Abdallah al-Sindi sent me ((Khalid))'s identification documents and drivers license and they can be used by Hamzah when he moves. You either tell us what to do with the identification documents or I will give them to Hamzah to use if you go with one of these options.

Attention: If the decision is to go with The Baluchistan route, I will need some time to complete the arrangement (not too long). I want to warn you and remind you of the difficulty of the situation here and for you not to get worried.

As for Hamzah, he and his family are fine. He wants to receive training and to learn. I wanted your permission to give him some space to move in a manner that we will carefully arrange for, in order for him to attend some special training. Anyway, he took his family to the house of our brother ((Abu Khalil)).
.

Other topics:

-Sorry to inform you that more than two months ago, brother ((Abu al-Harith)) al-Sindi (the brother-in-law of Abu 'Abdallah al-Sindi) was detained by the Pakistani intelligence in Karachi.

Page: 3

PX907

- So far I did not get any responses from the family of B M (TN: sic) in spite of the fact that I received a response from brother Abu 'Abdallah al-Sindi and Khalid's identification documents that I told you about earlier. Brother, 'Abdallah al-Sindi did not give any more details, but promised to soon send the phone numbers that we asked him for.

-I sent the Quran of (('Um Hamzah)) and hopefully you received it.

Also we started transferring ten million rupees to brother Aslam. I wrote to him and asked him to exchange them to dollars, euros and keep them so that you (TN: in plural form) can have them.

Regarding the money that we have, we exchanged a large part of the rupees to gold, dollars and euros.

Of course, there are lots of expenses that we paid for in rupees directly in support of several jihadi groups in the tribes (Shura Shamali, Ms'udis, Khalifah Haqqani, Tehrik e-Taliban Pakistan, and others. This is in addition to groups of immigrants) because we have to support people. Everyone heard of the deal. We also paid for the expenses of sponsorships. We do not have many debts. Praise be to God. We also bought weapons, ammunition, and equipment in preparation for any possible war. We also renewed some of the budgets for some workshops and collaborating groups. We also raised some of the budgets.

Praise be to God, the flow of money from outside and from inside Pakistan these days is good.

-We are watching the Arab revolutions and the changes in the Arab countries. Praise be to God for the fall of the tyrants of Tunis and Egypt. Now we are watching the situation in Libya, Yemen, and Syria. Attached is some of what the brothers wrote to me about these revolutions.

In general we believe that these are major changes and have good things in them.

Did you think about issuing a statement to the nation to show solidarity with the people, express happiness for the fall of the tyrants, and support the revolutions against injustice, corruption, brutality and oppression? It should contain instructions and reminders to the youth and the entire nation. It should be generic and not go into details. It should also urge people to continue on the path of jihad, repentance, and return to God. It should also contain a warning about the deceitfulness of the Americans and others. It should also say that the Jewish state is about to end, and so on.

Perhaps you are waiting for these revolutions to mature and see what shape they take. I am sure that you will talk about these revolutions on your tape for the tenth anniversary of 11 September 2001.

Attached are some of the thoughts and reflections on the major changes. This is a paper that I wrote to the brothers here in order to discuss it.

Page: 4

I will attach some of what I wrote and what was published here on that issue.

I will also attach two letters from ((al-Tayib)) Agha and my response to them, and the latest correspondence with Algeria, Somalia, and Yemen, and my response to the brothers in Algeria. Attached also is my letter to the brothers in Somalia and another letter to ((Abu Basir)). As you can see, the brothers in Somalia are suggesting that you write letter to brother Hasan ((Zahir)) (variant: Dhahir) to encourage him and lift his sprit. Also, attached are some administrative books and other files from the internet.

Reagrding Shaykh ((Yunis)), he is fine and I sent to him your latest letter, and God willing he received it. A month ago, he wrote to me and told me that he might go to Somalia directly if he can make the arrangement. Through the Baluchi, they found some trusted smugglers to get them there directly (during their stay in Balochistan for the last ten months, they got to know the sea routes). He and his friends decided that going to Iran and staying in it is not appropriate. That is a summary of what he wrote to me. I wrote to him a response a few days ago and asked him to confirm the security of the route. I also suggested an idea for him and his friends to study and consider. The idea came to me in light of the popular revolutions. The idea in short is to distribute his brothers in Tunis and Syria and other locations. This is going to require the Syrian brothers to wait until the revolution succeeds and the Asad regime falls and the country turns into chaos.

Just to remind you, Shaykh Yunis has three Syrian brothers, one Tunisian, and one Algerian (used to live in Germany) with him. The Tunisian can travel to Tunis now and he can easily enter Tunis. Some of people from here traveled to Tunis and were able to get in. The three Syrians hopefully will be able to get in soon. All that remains is him and the Algerian brother. It might be appropriate for them to go to Somalia or easily hide in Iran or some other place since there is only two of them.

The changes that took place in the Arab region are big and many things will change with them.

Regarding Libya, the latest that we received is that the brothers are starting to organize themselves and they have activities and role there. Brothers from the Combating Group who got out of prisons and others in East Libya (in Binghazi, Darnah, and al-Bayda' and its surroundings) say that there is an active Islamic jihadi revival and that they have been waiting for this chance for a long time. I believe that the brothers' names, activities and recordings will start to appear soon.

Also regarding Libya, as result of the excitement among the brothers with this opportunity for Jihad in Libya, brother ((Anas al-Subay'i)) al-Libi and other brothers asked for permission to go to Libya.

PX907

Attached is a letter from Anas (whose name here now is 'Abd al-Qayyum). He wrote to Abu Yahya and Abu Yahya forwarded it to me. He accuses me of being late in responding to him. I have a very good reason for being late. I am trying to stay away, lower my profile, and decrease my communications and movement. Also, so far, I did receive those letters that he talks about.

At any rate, I made a copy of his letter for you to look at. I also attached what I wrote to Abu-Yahya in order to inform him and other brothers there.

In short, we gave him permission to go to Libya.

For clarification: Anas' morale has been very bad since he came to us from Iran, and you know that from Iran he sent his wife and children, even the oldest two ('Abdallah and 'Abd al-Rahman) who are young men. When he arrived here, he seemed upset, worried, and depressed.

Page: 5

In general, he is hard to get along with and he is not comfortable with most brothers. The brothers, with my knowledge and Abu Yahya's knowledge, always tried to give him an empty space to get him comfortable in and to have one or two brothers serve him. In short, his situation was worrying and he was calling his wife in Libya, in spite of knowing that communication was banned and in spite of knowing that he is considered dangerous and wanted by the Americans. He used the phone repeatedly. When the current Libyan revolution started and when he learned that brother 'Urwah al-Libi, aka Abu Malik al-Libi, who was with him in prison in Iran and travelled there and called him and encouraged him and informed him that route was easy, he got very excited and wrote what he wrote.

We ask God for success and aid to us and to all the brothers.

Did you read the file that I sent to you a few months ago under the title "Terrorize Them" and did you comment on it? The brother has thoughts, requirements, and activities. He needs some instructions from you or Abu Muhammad because honestly, he does not listen to me or to others here.

Regarding the brothers in Iran, a coordinator for me there sent some generic news without details. He said that some of the higher brothers got out and they are wondering what to do with them. I responded to him immediately and asked him for details and told him that all high brothers should come to us and we are waiting for them.

Brother ((Abu al-Samah)) al-Masri left and now he is in Iran. It seems that he resumed media activities and communications under the title "Jama'at al-Jihad" as you can see in an attached file.

PX907

Also, brother (('Abdallah Rajab)) al-Libi (previously known as Abu al-Ward) left and he is in Iran too.

Also, Abu Malik al-Libi, who is one of the prominent brothers in the Combating Group, left to Libya. He stayed in Iran and he did not come to us. About a month ago, he traveled to Libya and he got there safely. He called some of the brothers. We are also in touch with him through the internet and we await his messages. He is one of the important brothers in the field and we expect him to have a role in Libya.

I believe that in the past, I told you that the sons of ((Abu al-Khayr)) al-Masri and their families (one of them is married to the daughter of ((Abu Muhammad)) al-Masri and he is the brother-in-law of Hamzah. I do not know who the other one is married to) left and they are now in Baluchistan. We made arrangement for them there and told them to disappear in there until further notice. I sent a letter to them and explained our situation to them. They are in Baluchistan with one of the good and trustworthy brothers. We might take Hamzah to them and keep him under the Baluchi brothers.

This is the summary of the letter.

Page: 6

I wrote to brother 'Urwah in my response to him that we can think about this and can reach something acceptable on this matter. I will forward the idea to the leadership. He might have already informed the Libyan brothers and they might have informed the Brits. We do not have confirmation, of course. Perhaps 'Urwah will have something new in the next message, despite of being very busy in Libya.

This is what happened.

Note: I got rid of all the cards (chips) that were between us in the past. I broke them and destroyed them. Now I use new cards with you. Please, I need you to break and destroy the previous cards and use new ones. We should do this each time we change the cards.

Also, please forgive me for sending a short letter to brother Aslam, which I need you to give to him. It states that the sum of money that I sent to him with your letters is his agreed upon sponsorship.

We await your letters and news

God's peace, mercy and blessing be upon you

Mahmud

5 April 2011

PX907

(End Text of Letter)

PX907

PX911

**(Page 1)**

In the name of God the merciful and compassionate

Thanks to God, for he promised and delivered, threatened and forgave prayers and peace be upon our master and master of all nobles Muhammad, his family, and his followers the perfect nobles.

Honorable brother Karim, may God protect him. Peace and mercy of God may be upon you. Hope you and all who are with you are in a good cheer, and for God to bring us all together to achieve his will on earth and to win the afterlife.

1- I received your honorable message that was ended abruptly without an ending, signature, and date. I wonder what the cause was for this error; but thank God for including the good news and glad tidings. I ask God to grant us speedy victory and empowerment.

2- I have a few remarks concerning the matter of your threats to Iran, and I hope that you and your brothers will accommodate it:

A- You did not consult with us on that serious issue that affects the general welfare of all of us. We expected you would consult with us for these important matters, for as you are aware, Iran is our main artery for funds, personnel, and communication, as well as the matter of hostages.

B- I don't understand why you have announced your threats. You could have executed without being threatening; for threats are a tough test for your ability to deliver. And now, the passing of the grace period without carrying out your threats effects the believability of your words, and your threats will be meaningless. I am not trying to provoke you to carry out your threats. On the contrary, I am against being threatening, period. However, I am discussing the matter of "threat announcing" for it is politically a losing proposition for you.

G- Another matter that I need you to discuss with your brothers, which is the information received indicating that some of the individuals that you are depending on to carry out the threats are not organized or infiltrated.  So please re-evaluate the matter.

PX911

D- The summary of my opinion on the subject is:

1- There is no need to fight with Iran, unless you are forced to

**(Page 2)**

because of the great harm caused by them, and unless you are
able to inflect them with harm. Hence, if you are not in the
position to deliver either, then my advice is to refrain from
attacking them; and devote your total resource to the
fortification of the nation, and the fight against the crusaders
and the apostates. It is also my opinion about the other fronts
such as Lebanon and the likes.

2- If you decide on confronting Iran and feel you are able to
hurt them, it is my opinion that you do not announce your
intentions and threats, instead deliver your strikes in silence,
leaving indications or announce that you are responsible for the
act, and to protect your reputation in case your plans were not
successful. Bear in mind that the negotiation with Iran is
easier if the incurred damages are great. This is my opinion and
God knows the correct course of action.

3- Another issue that is closely related to the previous one' is
the taking of Iranian hostages for negotiation. I suggest
starting the negation on exchanging the person that I have asked
to receive the file on his statements, which I have not received
yet, or any other person, for our captives, specifically the
ones sentenced to death or to a long term incarceration in their
countries.

4- Regarding the issue of not attacking the dissenter by her
name; the issue is under discussion among the brethren and I,
and my position is the collective decision for the group and not
just my own. We associated the matter with receiving hostages
from them for it will give us great latitude in confronting
them. In general the discussion is still progressively ongoing.

The other issue is the attack on my brothers with Abu al-
((Yazid)), and with you. These statements represent and bind us.
Hence I was not tasked with it, but it is the opinion of the
brothers that I handle the matter indirectly observing the

PX911

developments. That was the collective opinion of your brothers, and God knows what's right.

5- Regarding Turkey; it is my opinion that our work in Turkey not be tied to the reactions to our works, but is based on the situations advantages and disadvantages, hence I suggest the suppression of activities unless there is a chance for a large operation against the Jews or the Crusaders, and only after your determination of the advantages and disadvantages. And perhaps the deterioration between them and Kurdistan is beneficial to you, God knows.

6- Regarding sending you brothers; the problem is the road.

7- Hajji Harun said he has reached an agreement with you to work in your two countries. Please provide me with the details of the agreement, for I need to understand it, and God bless you.

8- Lastly, I leave you in the custody of God. Destroy this message after reading, peace, your loving brother.


18 October 2007

PX911

PX919

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 23 February 2018

~~SECRET//ORCON//REL TO USA, AUS, CAN, GI~~

**Shi'a SDE
Tactical Interrogation Report**

FROM: **Shi'a SDE**
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: Qayis Hadi Sa'id ((Al-Khazali))
Report No: 200243-008
Alias:  None
Shayikh:  Unknown
Category:  2A
Captive Tag #: [1.4(a)]
Date of Capture: 20 0100 MAR 07
Interrogator: [3.5(c)]
Date/Time:  181730 JUN 07
Language Used:  AD
Interpreter: [3.5(c)]
Maps Used:  None
Significance:  detainee is a suspected anti-Iraqi forces (AIF) group leader, and is associated with weapons smuggling from Iran, extra judicial killing (EJK) activity, and involvement with the attack on the Karbala PJCC.

**WARNING:  (U) THIS IS AN INFORMATION REPORT, NOT FINALLY
EVALUATED INTELLIGENCE.  REPORT CLASSIFIED
~~SECRET//ORCON//REL TO USA, AUS, CAN, GBR, NZL~~**

<u>Summary:</u>

- **Detainee talked about Iranian relations with JAM Special Groups**

Training for Jaysh al-Mahdi (JAM) Special Groups is conducted inside of Iran at the IRGC bases.  Detainee knows there are three bases near Tehran for this training but has only been to one, the Imam Khomeini base.  This base is about two to two and a half hours outside of Tehran; Detainee does not know which compass direction for sure but suspects either east or west as he was not heading toward Qom, Iran or the sea.  There are Iranians and Lebanese Hezbollah conducting the training at these bases.  The Iranians are experts in full scale warfare while the Lebanese are experts in urban or guerilla warfare.

JAM receives assistance from Iran in the form of training, weapons, and funding. The money comes through Hawalas and Sayyid Mustafah Al-Yagubi was

**SECRET//ORCON//REL TO USA, AUS, CAN, GBR, NZL**

PX919

SECRET//ORCON//REL TO USA, AUS, CAN, GBR, NZL

previously responsible for getting the money.  Al-Yaqubi is now in Iran and sends the money to either Shayikh Jabar AL-Khafaji or Shayikh Muhammad AL-Sa'adi in the JAM Logistics Committee for Managing the Army office.  This committee was put together about a year ago by MAS and Detainee oversaw this committee for a period of time.  The money received by the committee is distributed as follows: Special Groups, Regular JAM, Social Services and Veteran Services for families of Martyrs.  The average amount sent is two million USD per months.

Although Iran provides support they do not dictate the targets for Special Groups.  Iran does provide suggestions for Special Group target selections but does not get specific.  For example, Iran suggested focusing attention on Basrah and attacking British forces to force a withdrawal of British troops.  This would place American forces in a critical situation and increase the likelihood of a withdrawal by Americans.

Abu Mustafah Al-Shaybani is not a Sadrist and Detainee does not know if he has any connections to the Hezbollah.  Shaybani is considered Badr.

Detainee knows that Iran has a desire to open a dialogue with Sunnis because they have a strong desire to retake control of the Iraqi government.  Iran wants a strong influence in Iraq for both the short and long term.  Iran knows that Sunnis will always have a negative attitude towards Iranians and stand opposed to them.  Iran wants to workout a relationship for the future with Sunnis to fight Americans militarily and politically in Iraq.  Iran's main goal is to have Salafi, Wahabi, Sunni, and Shi'a to combine forces and fight the occupying forces of Iraq.  Iran knows the Shi'a are not sufficient alone so they have created a relationship with the Kurdish and needs a relationship with the Sunni as well.  Detainee believes that Iran would like to make Iraq a colony of Iran.

Shi'a in Iraq fighting CF are either Sadrists or Badrists.  The Sadrists are not loyal to Iran but the Badrists are totally loyal to Iran.  For example, at one point in time there were problems with Iran and one of the Sadrists said that if these problems persist then they should all go and blow up the Iranian Embassy.  When Badr and Sadr fought over the burning of the Sadr office in An-Najaf and over three hundred Badr offices all over Southern Iraq, Badr complained to Iran about being attacked with Iranian weapons.  Sadr responded by saying all they had was Iranian weapons.  Iran had a strong reaction to this incident and called for Muqtada al-Sadr to Iran to speak with him about this issue.  MAS sent Detainee in his place.  Iran expressed their concern for the mistake and said they did not want a repeat of this incident and asked for an improvement in relations between Sadr and Badr personnel and leadership.  As a result, a few days during Ramadan, Sadr invited Badr to break the fast with them in Al-Khadhimiyah.  Later, Badr invited Sadr to Al-Jadhiriyah to break the fast with them.  Detainee stated, "When we walked up to the Badr headquarters one of the Sadr guys asked why we don't just occupy this place, it is really nice and the security is too heavy?"

SECRET//ORCON//REL TO USA, AUS, CAN, GBR, NZL

Special Groups does not receive any technical training on producing weapons or explosives.  They can copy the small explosives but the problem is they cannot copy the remotes.  Without the remotes they have to use wires and that is no good in an urban environment.  Wires are fine in the countryside but remote detonation in needed for the city areas.  Plus, C-4 is not readily available in Iraq so it is more practical to simply buy the completed bombs with remotes.  Special Groups has requested training on remotes but was denied.  The remotes are available only from Iran.

The most respected Shi'a leaders ranked from highest to lowest are as follows:
1) Sistani
2) Kathim Al-Ha'iri
3) Muhammad Sayyid Al-Hakim
4) Muhammad As-Haq AL-Fayadh
5) Bashir Al-Pakistani aka Bashir Al-Najafi



**OVERALL CLASSIFICATION OF TIRS IS**

**SECRET//ORCON//REL TO USA, AUS, CAN, GBR, NZL**

**ALL TIRs ARE SENT LIMITED DISTRIBUTION**
**DO NOT DISSEMINATE WITHOUT APPROVAL OF ORIGINATOR**

**Classified By: Unit SCG**
**Reason: 1.5 (a)**
**Declassify On: 25X1**

PX920

SOCOM-2012-0000011-HT

Page 1

Dear Brother 'Adnan (Hafiz ((Sultan))):

I also asked you in previous letters to quickly write to
((Karrumi)), ((Abu-'Umar)), and their people with decisive,
purposeful, guidance, because I am worried about the brothers
making political gaffes. You must have heard Abu-'Umar's bad
[speech] recently, and in my view [he made some] obvious
mistakes. There were some things that should not have been
said in a speech by a commander. The fact that they were
mentioned in his speech - especially in the context of
principles and being rewarded (TN: by God, for good deeds) -
indicates that they are extremists and implies they are deeply
entrenched and in a hurry [to act]... such things are a turn-
off and [show] lack of judgment.

I wrote to them myself and chastised them and came down on
them fairly hard.

I am afraid that if they continue using techniques such as
this, they will spoil [things and] alienate the people, who
could be won over by enemy after enemy. That would give our
enemies and rivals an opportunity to exploit [the people], and
they would wage a ruthless campaign of lies and malicious
slander to distort (TN: the image of Abu-'Umar and al-Karrumi)
and alienate [the people against them]. This requires closing
any doors we can on the enemy and cutting them off; however,
our brothers are making things worse by opening themselves up
to evil and hostility!

What I mean is: Do not let Mahmud ( (('Atiyah)) ) alone. I
want you to have open and private messages issued publicly and
in secret by 'Abd-al-Shafi (Kalim) - and even al-Sadiq (
((Zamrai)) ), if possible - to al-Karrumi, Abu-'Umar, and
their brothers, with guidance and advice. Send them direct and
semi-direct messages that clearly and specifically talk about
issues of "grassroots" politics, how to deal with the public
and other factions, avoid rushing things, and undertake
matters of great significance only [after obtaining] advice.
[They should also be advised to] make every effort to bring
people on board, to not describe any of the other mujahidin as
illegitimate, and so forth, as appropriate. Such talk is
premature, as people have different ideas, interpretations,
and views.

Please move quickly on this.

Dear brother, write [to them] yourself, since al-Karrumi knows
you and always asks me about you, calling you "(maternal)
Uncle so-and-so." Have 'Abd-al-Hafiz (TN: AKA ((Abu-Yahya))

SOCOM-2012-0000011-HT

al-Libi, senior LIFG religious scholar and member of al-Qa'ida's Shari'ah Committee) write to the brothers, and he should never tire of writing and pressuring them; also have Ahmad (('Abd-al-'Azim)) write, as he is very influential with them and they admire him a lot. Anyone else who is influential [should write to them as well].

Another very important issue is that you must write to our brothers in the Ansar al-Sunnah (AAS), who are waiting for your responses to their earlier correspondence and grievances. Ask for help from 'Abd-al-Hafiz and Ahmad (TN:  AKA ((Abu-Layth)) al-Libi, senior LIFG official and al-Qa'ida regional commander), and also try to have a letter issued to them from 'Abd-al-Shafi. At the very least, write to them using normal, polite language that would not cost them anything. They could be very simple, positive words of promise and that things will work out; that you will follow up [with them], offer advice and guidance; that you have written to the brothers and will [continue to] write. You should also urge them, the AAS, to unite with their brothers, as 'Abd-al-Hafiz did on the tape [recording]. You should mention that you believe duty requires this, and despite the failings and problems that exist, disunion is worse than all of that. On the contrary, together with their brothers, God willing, they will be an agent of reform and redemption, etc.

Of course, dear Brother, I have written to the AAS several times, most recently two days ago. I am in touch with them, offering advice and guidance to have them think better [of us], and trying to patch things up and bring them and al-Karrum closer together. But I protest to God so much about my isolation and being alone - there is no power or strength save in God - that I worry people will tire of me and [what I say] will become old and worn out to them!!

But I protest only to God.

"For me God sufficeth, and He is the best disposer of affairs." (TN: quote from the Qur'an)

Page 2

(TN: The following begins as though it might be a separate message from that on page 1:)

Dear Brother,

We need guidance from you on the issue of using chlorine gas technology. It was reported that the brothers in Iraq have used it, but this was implicitly denied in a statement issued by the Islamic State of Iraq.

PX920

SOCOM-2012-0000011-HT

Also, the brothers where Mahmud is (TN: possible reference to 'Atiyah (('Abd-al-Rahman)) being in Iran) have the potential to use [chlorine gas] on the forces of the apostates, Jalal ((Talibani)) and Mas'ud ((Barzani)), and have already considered using it. However, I informed them that matters as serious as this required centralized [coordination] and permission from the senior [al-Qa'ida] leadership, because the gas could be difficult to control and might harm some people, which could tarnish our image, alienate people from us, and so on. Like we say, "it's not our business," or, "we already have enough problems," God help us.

They have put it on hold for now, but the best thing would be for you, brother 'Adnan, to examine this issue with your experts there and give us a clear pronouncement on that to tell the brothers!

God bless you and help you.

-- I have not received any news from Karrumi since the last message I sent you. I am expecting messages from them but have not received any yet. On the whole, though, their reports on the field and regarding trade are very good, and there is progress, praise God. However, the fighting against them is fierce in every respect, and I am constantly worried about only a few mistakes. None of the enemies scare me, I swear. No matter who they are, or how intimidating they may be, they are even more despicable and trivial than that. But I do worry about ours and our brothers' mistakes, bad behavior, and lack of wisdom at times. That is why I always strongly urge you, Brother, to work together, follow through, and offer lots of guidance and assurance; perhaps God will deliver us and open the way to our brothers.

At any rate, our brothers are fine and well, and their reports from the field are promising. Many of the accusations against them are pure lies and fiction, and the campaign against them is fierce; they need help. We ask God to give them strength, deliver them and make them victorious over the ungodly and the unjust. Amen.

-- Maybe I will attach a file to this message with a selected collection of articles, statements and other items from the Internet, for your benefit.

-- We will try to make arrangements with the brothers in Lebanon to have one of their representatives visit us in the near future. God grant us success.

PX920

SOCOM-2012-0000011-HT

-- The al-Nasayib are well and doing fine. At the bottom I will paste the latest message from them. They send many regards, and have also requested some things from you.

-- Finally, many regards to you, the beloved one, and to Mansur, ((Abu-Khalil)), and any other dear ones around you who know us. Unfortunately, right now we are in a situation where we can only say "hello" to those we know [personally], and just barely!!

May God preserve, watch over and bless you all.
Peace be with you, and God's mercy and blessings.
Your admirer

9/4/(1432 H) - corresponding to 28 March (2011)

This is the message from al-Nasayib: (the brothers in Algeria)

Dear Brother, peace be with you, and God's mercy and blessings.

As for us, by God, we are fine, praise to Him, as is the whole family. Things are steadily improving: morale is rising, support is growing, and military activity has been improving recently. Every week there is a bombing, an encounter or ambushes. Overall, based on what I have been seeing, there is a resurgence. We ask God to make things easier and [help us]

Page 3

surmount the difficulties. Regarding the enemy, they were thrown off by the recent strikes and have responded with continuous random shelling of the mountains. This has been very good for the brothers, as much of the ammunition has not detonated and the brothers are using it. The brothers are also used to the scare-tactic combing operations, which have been unsuccessful, thank God, except for last week, when five brothers were martyred in an all-day encounter; we ask God to accept them. Overall, the brothers have been impacted [most] by ambushes in the north of the country using infrared sensors (which were provided to the Algerian tyrant by the Americans). As for the desert, the brothers are concerned about the Russian Cobra helicopters (MI-34) with laser-guided missiles; they are impacting on the four-wheel-drive vehicles, which are indispensible in the Sahara Desert. Underlying that is the problem of badly needed money for good-quality weapons to counter these menacing helicopters; the mujahidin don't have single one of them, nor a single missile. Brother, it would be very good if the brothers there could let us know their expertise in that regard, that is, ways to counter the 6-km infrared sensors and MI-34 helicopters.

PX920

SOCOM-2012-0000011-HT

I cannot forget the response from the Libyan brothers along
the front lines. The commander in the east informed us that
four new brothers joined them last week, following a group of
about 30 brothers before that, and there are more who want to
come join. We ask that God enable our brothers to bring them
in and train them in Tabsa [Algeria].

Peace be with you, and God's mercy and blessings.

PX920

PX921

SOCOM-2012-0000019-HT

Page 1

(TN: Religious opening, then:)

Dear Brother Shaykh Mahmud, God protect him,
Peace be with you, and God's mercy and blessings.
I hope this letter finds you, your family and all the brothers
well and in good health, and closest and most obedient to God
Almighty.

I begin this message with condolences for myself and you on the
death of our dear brother Shaykh Sa'id, God rest his soul. May
the Almighty honor him with what he desires, accept him as one
of the martyrs, and count his forbearance and steadfastness
among his good deeds.

God bless him, he spent nearly three decades in the theater of
Jihad aiding the religion of God.

(TN: Rest of paragraph is a eulogy of the life and deeds of the
above Shaykh Sa'id.)

I also offer condolences on the deaths of our dear brothers Abu-
'Umar al-Baghdadi and Abu-Hamzah al-Muhajir and those who waged
Jihad with them until they died. We ask God Almighty to
compensate us for our hardship and bring some good from it for
us, and that he

Page 2

accept them among the martyrs and let them dwell in Heaven, for
He is most capable of that.

(TN: Paragraph seeking God's protection and guidance for all the
Mujahidin, then:)

In keeping with the words of the Prophet on forbearance, and to
fulfill our duties regardless of the hardship faced, I begin my
words with you on Jihad activities in general.

First, I wish to inform you that you have been appointed
successor to the departed Shaykh Sa'id for a period of two years
from the date on which you receive this letter. I ask Almighty
God to help you carry out this responsibility well, and augment
your success, forbearance, piety and good character which if the
leader possesses, his followers will benefit all the more so.

PX921

SOCOM-2012-0000019-HT

As you well know, the best people are the ones most agreed on by the people, and the key attributes that bring people together and preserve their staying behind their leader are his kindness, forgiveness, sense of fairness, patience, and good rapport with him, as well as showing care for them and not tax them beyond their ability.

What must always be in the forefront of our minds is: managing people at such times calls for even greater wisdom, kindness, forgiveness, patience and deliberation, and is a complex task by most any measure.

Page 3

But, to begin again talking about Jihad activities:

We are now in a new phase of assessing Jihad activities and developing them beyond what they were in the past in two areas, military activity and media releases. Our work in these two areas is broad and sweeping, encompassing the headquarters and regional areas.

I put before you some ideas in my mind that time has enabled me to, so we can brainstorm and improve on them, in addition to a document that was attached to your message under the name "attachment for Shaykh Mahmud," which contained some of what I had sent to Shaykh Sa'id, God rest his soul, about this new stage.

Regarding military activities:

The conditions that grew more serious after the attacks on New York and Washington and the Crusader campaign against Afghanistan filled Muslims with sympathy toward their fellow Mujahidin, as it became patently clear that the Mujahidin are the vanguard and standard-bearers of the Islamic community in fighting the Crusader-Zionist alliance that has caused the people to endure various forms of pain and degradation.

One indication of that is the wide-scale spread of Jihadist ideology, especially on the Internet, and the tremendous number of young people who frequent the Jihadist websites—a major achievement for Jihad, through the grace of God, despite our enemies and their efforts.

On the other hand, after the war expanded and the Mujahidin spread out into many regions, some of the brothers became

PX921

SOCOM-2012-0000019-HT

totally absorbed in fighting our local enemies, and more mistakes have

Page 4

been made due to miscalculations by the brothers planning the operations or something that arises before it is carried out, in addition to some who have expanded the "barricade argument" (TN: on whether it is acceptable to kill Muslims being used as human shields by the enemy) which has resulted in the killing of Muslims (we ask God to have mercy on them and forgive them, and compensate their families). I reckon that the barricade argument was been debated centuries ago amid circumstances different from those of today, and it needs to be revisited based on the modern-day context and clear boundaries established for all the brothers, so that no Muslims fall victim except when it is absolutely essential.

Amongst the mistakes made were the killing of some, the Muslims did not understand the justification behind allowing their killing. As you may know, one of the principles of Shari'ah is to bring in the interests and repulse evil. This is what the Messenger of Allah, Peace and Prayers be upon him had done with the head of hypocrisy 'Abdallah Bin Abi; not to underestimate the fact that these issues, amongst others, led to the loss of the Muslims sympathetic approach towards the Mujahidin. What also led to the loss of the Mujahidin was exploitation of the foes to several of their mistakes and tainting their picture before the crowds of the nation; the purpose was to split them from their popular bases, and needless to say that this issue involving the loss of the nation's audience paralyzed the Jihadist movements.

Here is an important issue that we should pay attention to; carrying out several attacks without exercising caution, which impacted the sympathy of the nation's crowds towards the Mujahidin. It would lead us to winning several battles while losing the war at the end. It requires an accurate criteria for the ramifications of any attack prior to carrying it out; also weighing the advantages and disadvantages, to then determine what would be the most likely to carry out.

Page 5

There is the need to collect anything within the capacity to collect - such as information, especially the Afghanistan commando operations carried out by the Mujahidin or others, the

PX921

SOCOM-2012-0000019-HT

Palestinian Liberation Organization; also to study the
advantages and disadvantages as the study would include two
aspects:

The aspect of the operational steps required to ensure the
success of the operation, or the hindrances leading to its
failure, as well as the impact on the foe.

The other aspect involves the impact on the nation's impression
towards the Mujahidin and being sympathetic towards them. The
operations that bear extreme negative impact on the partisans of
the Jihad include targeting the apostates in mosques or nearby –
such as the assassination attempt of Dustum during the holiday
worship location, and the assassination of General Muhammad
Yusuf in one of the Pakistani mosques. It is extremely sad for
an individual to fall into the same mistake more than once.

I would also like to seek your advice on an opinion as follows:
whatever exceeds our capability or what we are unable to
disburse on attacks inside America, as well as on the Jihad in
open fronts, would be disbursed targeting American interests in
non-Islamic countries first, such as South Korea. We shall avoid
carrying out attacks in Islamic countries except for the
countries that fell under invasion and direct occupation.

There are two major reasons to avoid carrying out attacks in
Islamic countries as follows: the first involves attacks amongst
the Muslims which would increase the possibility of victims
amongst them; even though the brothers were previously warned
not to expand the shield issue (TN: possibly killing Muslims who
are being used as human shields by the enemy), that was not made
clear to them. The operational fact continues to expand in terms
of the shield.

Page 6

Firstly, it holds us responsible before Allah, praise and glory
be to him, while in reality it holds us responsible for the
losses and damages in the call to Jihad.

The second reason is the extremely great damage that impacts the
brothers in the region where the work begins, following the
alert of the state against the youths who are engaged in the
Jihad work or even the preaching work. Tens of thousands are
being arrested, similar to what happened in Egypt, and the
arrest of thousands such as in the country of the two holy
sanctuaries (TN: Saudi Arabia), while the issue is one involving

PX921

SOCOM-2012-0000019-HT

time. The fact requires that we maintain the attrition of the head of disbelief (TN: Kufar) and the life artery of these apostate organizations on open fronts without bearing additional losses on the Jihad; by that, eliminating the ruler's despotism with these large numbers of devoted youths and Muslim prisoners.

When the global disbelief reaches the level of attrition, it would lead to its collapse; we would then engage in a conflict with the rulers, after they have been weakened following its weakness. We would then find the brothers there with their entire strength and energy.

Some of the disadvantages in carrying out attacks against the Americans in Islamic countries, where the components for success had not been prepared and the removal of the ruler is in an effort for the Americans not to accuse it of failing, the regime shall have a huge reaction towards the Mujahidin; this would lead to defending themselves and avenging the regime. The brothers and the regime would then engage in a war which we did not begin against it, because the power of the brothers is not ready for it, as such it would be one result.

The disadvantages in engaging as previously mentioned would change the general line – meaning to avoid wasting our energy with these regimes at this stage; that, in addition to losing the sympathy of the Muslims towards us.

Page 7

This is when we lose the perception of the Muslims towards us, which is that we are the ones defending the Muslims and fighting their biggest enemy, the Crusader Zionist alliance - without killing those that the general public consider Muslims.

So, if we fight the rulers while being in this situation, and we do not respond other than with direct defense during their offense against us, and this issue is being repeated several times, it would appear that we are wronged and the rulers are the tyrants; it would increase the hatred of the people towards them and make them feel that the rulers did not defend our brothers in Palestine, Iraq and Afghanistan. They were not content with that, but they fought the Mujahidin that defend our people there.

However, if we engage in a fight against the rulers outside the direct defense, we would have eliminated the damage the rulers would have carried out in their fight against us; the reason is

SOCOM-2012-0000019-HT

that it would reveal the truth, and the media shall demonstrate to the people that we are the ones fighting the government and killing the Muslims. Between the roar of the killing and the fight, the people shall forget who began the fight against the other – as such we shall lose the people and strengthen the stance of the government without cutting its hostility against us.

What aids the success of our fight against the Americans in non-Islamic countries and reducing its cost, is for limited groups, distanced from the Muslim and devout circles, to launch from countries with the Mujahidin presence without announcing their launching location; this is to avoid the reaction against the Mujahidin in that country. Given the potential for the foes to reveal that issue, it would be better for the training to be carried out and launched from the open fronts where naturally the foes would be exerting their utmost efforts.

Page 8

Amongst the opportunities to be exploited in targeting the Americans is the state of security laxity found in countries where we had not carried out any attacks.

Given that the difference of the impact of attacks against the foes inside or outside of America is substantial, we need to confirm to the brothers that every effort that could be spent on attacks in America would not be spent outside of it.

The overflow of the work (TN: meaning attacks) outside of America and the work in non-Islamic countries could be spent in targeting the U.S. interests in the Islamic countries where we have no bases or partisans or Jihadist Islamic groups that could be threatened by danger. The Islamic groups there would express their stance against us and renounce us – a fact that would prevent the regime from retaliating against them following our attacks. The condition is to be extremely cautious and take necessary measures to avoid misleading the Muslims in these operations.

With respect to the media publications, I would say:
It is important for you to focus a portion of your interest on the Mujahidin publications; provide them with advice and guidance to avoid the mistakes that would impact either the reputation of the Mujahidin and the sympathy of the nation's masses or that would impact the mind and the character of the youths - who rely mainly in their culture on the publications

PX921

SOCOM-2012-0000019-HT

issued by the Mujahidin and their partisans. Needless to say, the substantial damages that this fact would have and the loss of great opportunities from a proper care and valuable guidance to millions of youths who listen to what the Mujahidin have to say in their lectures, movies and writings.

Page 9

Based upon the aforementioned: I request that you prepare a memorandum that would include general guidelines on how the Mujahidin publications should be; focus on the basics and the Shari'ah literature (TN: rules) such as violation of the Muslim blood and their honor, as well as the importance in committing to the Hadith of the messenger of Allah, peace and prayers be upon him (not he who believes in stabbing, in blasphemy, the obscene, and the disgusting) as narrated by al-Bukhari.

Once the memorandum is prepared, we shall discuss it and send it to all the regions, along with sending the general policy in the military work. We shall then inform you of the committee that we are in the process of forming (I sent its formation to Shaykh Sa'id – May God have mercy on him); that committee will have the privilege of reviewing and postponing any publications assessed to be outside the general policy that we sought to keep in conformity with the Shari'ah teachings and which, God willing, would achieve the interest of Islam and the Muslims.

We ask every emir in the regions to be extremely keen and focused on controlling the military work and not to expand the barricade, due to the several attacks carried out by the Mujahidin whereby several Muslims had fallen; we could have reached the target without injuring the Muslims with some effort and deliberation. Also the need to cancel other attacks due to the possible and unnecessary civilian casualties – for example, the attacks targeting several infidel Imams during their visits to public locations where most of the Muslims are located, as they should be targeted away from the Muslims.

Making these mistakes is a great issue; needless to say, the greatness of the Muslim blood violation in addition to the damage impacting the Jihad. As a result, the alienation of most of the nation from the Mujahidin.

Page 10

For the brothers in all the regions to apologize and be held responsible for what happened. They would be questioned about

PX921

SOCOM-2012-0000019-HT

the mistake causing the flaw that occurred and about the measures to be taken to avoid repeating the same mistakes.

With respect to the human error outside the human will, as it is repeated in wars, the need to apologize for these errors and be held responsible, as the aspects of the flaw would be explained. Perhaps some of those killed and who were killed mistakenly were amongst the immoral; there is no need to reveal their immorality while the people are wounded and the foes are keen in demonstrating our indifference about them.

Should some of the brothers in the regions fail to carry out their duties in this respect, we should then assume the responsibility and apologize for what had happened.

The need to confirm to all the Mujahidin brothers the importance of clarity, honesty, loyalty and promises and be cautious of the betrayal.

The emirs in the regions would also be requested to task one of the qualified brothers with them, to follow up on the media section from all aspects as mentioned in the memorandum: from a Shari'ah standpoint - care for the general taste of the nation's crowds, so long as it does not conflict with the Shari'ah.

The same brother would be requested to always seek the development of his aptitude and his knowledge in all arenas associated with his mission, such as: reading books on dealing with the people because he would be largely dealing with the brothers, reading books concerning the production.

Page 11

The purpose is for the Mujahidin publications to be a good potential for the competition and to gain the crowds. The main goal is to spread awareness amongst the people of the nation, to rescue them from the aberration of the rulers.

He, in turn, would seek to improve the aptitude of the brothers contributing in the media section; he would also provide advice in general for those issuing the statements, lectures, books, articles and those who comment on the Jihad films. He would be appointed as the Jihadist media individual in this region, characterized by objectivity and accepted by the people of the nation.

PX921

SOCOM-2012-0000019-HT

This brother would be in charge of the media as is the case in the regions — otherwise the position of the General Manager of the Media divisions would be updated in every region; no publications would be made unless he reviews them, to include the leadership speeches. He would have the right to stop any publication that includes a term considered outside the general policy, whether in the context or timing. The subject would be reviewed with the individual who issued it, and he would be informed of its conflict with the general policy; as well as the dispersion of the nation's views from the larger Mujahidin goals, such as the case of Palestine, while appointing the foe to defame the reputation of the Mujahidin — therefore the fear of the Mujahidin during this phase is substantial with respect to their conduct and expressions.

Some of the examples to this was when the general populace were in the peak of dealing with the Freedom Fleet heading towards Gaza to break the blockade and deliver the civil relief to our people there, and at the time when the Jews stopped it with an armed force and killed several of those in it, activating Turkey in this respect.

Page 12

The Freedom Fleet attack dominated the media in a very large way, as the western politicians were forced to discuss it; they criticized the Israelis for publishing on one of the websites a speech for the deputy of Abu Basir in Yemen, our brother Sa'id al-Shahri. What was shown in the media was his speech concerning the arrest of one of our sisters in the country of the two holy sanctuaries and the Mujahidin demanding to carry out kidnappings against the westerners, the princes of Al Sa'ud (TN: the Sa'ud family) and the senior security employees in exchange for her release.

Following the issuance of this speech, al-Arabiyah Television channel exploited it widely and focused on it. It made it the number one piece in its news reports and hosted men and youth from the general populace on the streets as they had claimed. That to include (TN: the hosting of) several ill-informed scholars and state men — no doubt they accept each other, especially those who ignore their status amongst the people; the purpose was to discuss the tape, showing honesty and each mentioning individually that the Mujahidin are not interested in the Palestinian cause, and the blockade of our brothers in Gaza — rather that their concern is to fight, corrupt and argue with the security men and not with the usurper Jews.

PX921

SOCOM-2012-0000019-HT

No doubt, issuing this lecture was driven by jealousy of the blood and honor of the Muslims; however it was not in conformance with the events. The reason was because there were one and half million Muslims at that time under siege, and most of them were women and children. They have more than ten thousand prisoners with the Jews, many of whom are sisters and children in tragic circumstances. The issuance of this speech, especially at this time, conflicted with our policy of focusing on the bigger foe, and concealed our interest in the main issues that were the main reasons in initiating the Jihad.

Page 13

It announced to the people that we are in a fight and argument with the rulers to avenge our brothers, those that were killed and detained far from the cases and interests of the general nation, due to which it held our brothers responsible for the killing and imprisonment. It also gave the Muslims an impression of us that we were overcome by the region-like command or parties or both; they heard our brother talk about the sister from the Arab Peninsula and from al-Qa'ida organization, but they did not hear him talk about our sister in Palestine – this is contrary to our reality and our general policy, as it weakens our stance when we say that we are an international organization fighting for the liberation of Palestine and all of the Muslim countries to erect an Islamic caliphate that would rule according to the Shari'ah of Allah.

This mistake was repeated, in a statement in which the brothers in Yemen adopted the big operation, the operation of 'Umar al-Faruq – May God release him when they said, it was a reaction to the U.S. bombing of al-Mahfad; linking this large operation with other than the Palestinian cause covers some of the stances that show the victory of the brothers in Yemen for the Palestinian cause. That, in addition to their absorption on a daily basis in the fight against the Yemeni government and the strong focus on the key figures of the Peninsula rulers in their lectures; it drew the people's attention, that the first and biggest foe of the Mujahidin in the Arab Peninsula are the rulers of Yemen and the country of the two holy sanctuaries.

This was repeated in the comments of the brothers concerning the attack of our brother Humam al-Balawi, may God have mercy on him, when they mentioned it was a revenge for the murder of Mahsud, may God have mercy on him. It was necessary to discuss Palestine first.

PX921

SOCOM-2012-0000019-HT

Page 14

In an effort to avoid such stances the international perception and the general policy should be present and clear in our minds; as such we would avoid being distracted or absorbed in its expansion at the expense of what is more of a priority and importance.

The priorities in the preaching work are to clarify the meaning of the term al-Tawhid (TN: monotheism) and its requirements and to warn the people from falling in its contradictions; that, to include the instigation of the Jihad against the Crusader Zionist alliance.

The priority in the military work is to focus and provide the lion's share for the head of international disbelief or to focus on the apostate and excessively talk about them which the people of the nation do not understand; consequently they would not react to it, as many of them would repel from it. This would make us the splinter in an environment that does not harbor the Jihadist movement, and does not provide us with support to pursue the Jihad and its continuity.

I believe there is a need to look into publishing pictures of the apostates' killing those of the apostate organizations who deal with the Americans against the Muslims.

Once the brothers in the regions are committed to the memorandum, it would be advisable for you and for Shaykh Abu Yahya to write some articles and provide advice to those working in the Jihad media in general to include the author partisans to the Mujahidin on the internet. Shaykh Yunis wrote to me about the importance of preparing a memorandum indicating our stance on the Takfir issue without the Shari'ah criteria. I wrote to him and told him I would send him what you had sent. I had attached it in the last letter, and asked him to follow up on sending his comments to you so you could write it in your style, in light of the fact that the foes know his true personality through the prisoners who also recognize his style when they peruse his articles on the internet.

Page 15

Before concluding the discussion concerning the media publications, I would say:

SOCOM-2012-0000019-HT

We are in need of an advisory reading, with constructive
criticism to our entire policy and publications at the center
and in the regions internally; as such have two available
brothers ready for this mission.

From abroad, seek safe routes to achieve a contact with one of
the knowledge seekers so long as he is credible and trusted;
inform him that we are in a new phase of amendment and
development and require an advisory reading and development of
our entire policy and publication at the center and in the
regions. The purpose is to amend our mistakes and develop our
Jihadist work according to their suggestions and opinions,
especially in corresponding with the masses of the nation in
context and shape.

Taking into consideration the importance not to publish it and
the importance of the secrecy in all of that, as we ask God to
grant us success.

Important comment: After you provide me with your opinions and
suggestions, and after we consult amongst each other, we need to
send what we agree upon to the brothers, the leaders of the
regions and ask them for their responses to what we would be
sending them.

I intend to issue a statement, in which I would discuss starting
a new phase to amend what we have issued – as such we would
regain the trust of a large portion of those who had lost their
trust in the Mujahidin; we would increase the lines of
communication between the Mujahidin and their nation.

This would require, prior to telling and reassuring the people
that the intent from all aspects would have become clear to the
brothers in the center and in the regions – that it would be
established and implemented on the ground; the purpose is not to
contradict our statements with some of our conduct. First, for
all the brothers contributing in the media of al-Qa'ida in the
center, the need to commit to avoiding everything that would
have a negative impact on the perception of the nation towards
the Mujahidin; also ensure everything possible that would bring
the Mujahidin and their nation closer.

Page 16

The basis for that is to take into consideration the general
opinion or the general taste within the Islamic Shari'ah
criteria; it is a very important issue that the Messenger of

PX921

SOCOM-2012-0000019-HT

Allah, peace and prayers be upon him had done – as was said in the Hadith (if your people were not newly ignorant, the Ka'bah would not have been destroyed and would only have two gates) narrated by al-Tarmazi.

The issues taking over the public opinion are the alienation from harshness and leaning towards friendliness and objectivity; also repulsion from repetition in lectures unless it is absolutely necessary.

It is therefore necessary to focus on expansion, and increase the knowledge in factual jurisprudence and developments of the events; the purpose is for our lecture to touch the crowds of the nation and their aspirations, while treating the important doctrinal issues.

In summary: committing to the general lines, designed according to the Shari'ah policy in our Jihadist operations and our media publications is an extremely important issue; it will achieve, God willing, great gains for the Jihadist movement – most importantly gain the crowds of the nation, correct the wrong impressions in the minds of the Mujahidin. Additionally, an increase in the attrition of the head of disbelief, because the plan was to focus more on it.

I add here two issues that appear important to me in the stability of the Jihadist work and its progress. I would like for you to research it amongst you- first: the need to circulate a new administration arrangement, sent to all the regions after we discuss it amongst us, and which would include the following points:

Page 17

A. If any contingency situation results in the absence of the Emir from his leadership of the Mujahidin, the Deputy Emir will automatically and temporarily take on the responsibility of managing the affairs of the Mujahidin for several days, with his title being "Acting Emir". The Mujahidin in his territory will be informed of this, and he is not to be called "The Emir". Furthermore, he will not be announced in the meeting except after consulting with the brothers and gaining their agreement to that or some other action.

Consultation among brothers in any region will take place internally, though they will also consult with "Central al-Qa'ida). This term was coined in the media to distinguish

PX921

SOCOM-2012-0000019-HT

between al-Qa'ida in Afghanistan and Pakistan and al-Qa'ida in the other territories. In my opinion, there is no problem with using this term in principle in order to clarify the intended meaning.

B. The term of an Emir chosen by the influential people in each territory, in consultation with the central group, shall be two years, with the potential to be renewed. If there is delay in consulting with the central group due to a difficulty in communications, the term shall be one year, also with the potential to be renewed. It shall be taken into consideration that this term is most similar to the leadership of a Wali (TN: governor) in Muslim territories during the time of the caliphate, and is not like the grand imamate.

C. The Shura council in each territory will provide the Emir with recommendations and will write an annual report to be sent to the central group detailing the local situation, to include the progress of the local Emir in his activity and his dealings with the Mujahidin.

Page 18

I also think that if the brothers in any territory deem to elevate the position of any of the brothers to a position of importance, such as First Deputy or Second Deputy, then that should be done in consultation with the central group. If there is a problem with communications, then the matter will be temporary until consultation can be completed.

This is with the stipulation that the CV of the brothers nominated to the position is sent.

Second: Attention should be paid to creating command structures and devising plans to develop and refine the energies called upon for Jihad. The Muslim Nation, in general, suffers from a lack of qualified leadership, and it comes as no surprise to you that the fields of Jihad are where leaders are made.

Finally: I want you to inform me of your recommendations that will help with elevating the level of activity on all fronts and in all territories. You no doubt understand the great importance of the progress of our work in the territories through general policies that are controlled by Islamic law in order to achieve our interests and reject corruption.

SOCOM-2012-0000019-HT

I reviewed your opinions regarding the issue of establishing an
Islamic state before the elements of success have been completed
and the issue of escalation in Yemen. I wanted to share with you
my opinion in these two matters in order to establish a fruitful
and constructive discussion, God willing.

However, talking about them brings sorrow, and I am compelled to
talk at length about them and their importance and the risks in
them. If I am unable to give these matters their due time within
these pages, then perhaps I can finish the discussion in the
next message. I'll begin with the matter of escalation in Yemen.
To begin I would say that Yemen is the Arab country most suited
to the establishment of an Islamic state, but this does not mean
that the necessary fundamental elements for

Page 19

success for such a project have yet been realized. Henceforth,
we must increase our efforts to preserve Yemen and not drag it
into a war before the necessary preparations are made on a
number of important fronts. I anticipate that we will not
escalate in Yemen for the following reasons:

A. Escalation in Yemen would siphon off a large portion of the
energy of the Mujahidin without doing the same to the head of
the infidels (America) directly. Thus, the majority of harm
would be inflicted on the Mujahidin in general, and would impact
the greater war between the infidels and Islam. Yemen represents
an important center of gravity in supporting fronts with men,
and if war broke out there, then the supply lines to other
fronts would be disrupted or weakened.

Furthermore, Yemen represents a focal point in terms of
supplies, as a reserve force for the Mujahidin, and it has
become a proven fact in military science that in a war between
two sides, neither side should commit all its forces to the
fight; rather, it is important for a force to remain as a fork
with several prongs in reserve. It seems to me at this point
that Yemen remains a force of supplies and reserves for the
Mujahidin at the open fronts, and a powerful tool to restore the
caliphate when circumstances are conducive to doing so. Thus
far, circumstances are not yet suited to opening up a front in
Yemen that would bring about the desired results. The Islamic
nation, as an army, has several battalions. So when the enemy's
tanks advance, we need to advance anti-tank battalions, and when
the enemy's aircraft conduct raids, our anti-aircraft battalions
must show themselves, all the while camouflaging and concealing

PX921

SOCOM-2012-0000019-HT

our other battalions in order to protect them from being bombed, so as to not lose them.

Page 20

So this is the state of things in our battle with the infidels of the world. We want to cause him to only bleed in this mission, while preserving the other armies as a reserve force that enters the battlefield at the appropriate time.

B. The emergence of a force in control of the Mujahidin in Yemen is a matter that provokes our enemies internationally and locally and puts them on a great state of alert, which is quite different from the emergence of the strength of the Mujahidin in any nation not in the heart of the Islamic world, despite the enemy's increased alert posture at the appearance of the Mujahidin in any location.

Thus, their situation in Yemen would be like that of anyone fighting for his life, for Yemen is the launching point toward all other oil nations. Control of these nations means control of the world, so they are willing to die and make every effort to break the backs of the Mujahidin there. At the same time, the capabilities of our brothers there are not yet such that they can enter this sort of struggle, neither in terms of their administration or their financial resources. The finances do not permit them to provide the basic life support services to whomever would take on the burden, whether they want to or not, particularly since Yemen is suffering from a food and health services crisis even before entering into a war, and all that this implies. The issue of providing for basic needs is a matter that must be taken into consideration before taking control of nations or cities. If a controlling force, that enjoys the support of the majority where it has taken control, fails to provide for the basic needs of the people, it will lose their support and will find itself in a difficult position that will grow increasingly difficult with each passing day. People will not bear seeing their children die as a consequence of a lack of food or medicine. This is in addition to providing necessities to fighters and what we call logistical support.

Page 21

I would add that the initiative is in our hands, and we have the room to look for the appropriate time to begin Jihad in Yemen. In the words of Almighty God, "Against them make ready your strength to the utmost of your power, including steeds of war,

PX921

SOCOM-2012-0000019-HT

to strike terror into (the hearts of) the enemies, of God and
your enemies, and others besides, whom ye may not know, but whom
God doth know. Whatever ye shall spend in the cause of God,
shall be repaid unto you, and ye shall not be treated unjustly."
(60). We still have a large force we are able to gather and
prepare, and if we suppose that the suitable conditions for
establishing an Islamic state in Yemen that can be preserved are
realized in three years, for example, then beginning Jihad
before that time is unwise because the forces would be
squandered and it would take longer to prepare, all while not
achieving their primary goal, which is to establish the
religion.

It is our desire, and the desire of the brothers in Yemen, to
establish the religion and restore the caliphate, to include all
the countries of the Islamic world. God willing, that will be
followed by other conquests that we are able to achieve by
continuing to wage Jihad at the fronts that are prepared for
combat, while holding off at the fronts that are not yet
prepared, such as Yemen, until they become prepared and until
combat at those fronts will produce results that aid in
establishing a guided caliphate, God willing. What demonstrates
the dangers in beginning a fight before the necessary elements
have been put in place is the failure of the coup attempted by
the socialists in Yemen, which was due to their haste in
beginning before putting in place the elements necessary to
success. These included securing the loyalty of the surrounding
tribes and other such items, despite the fact that what pushed
them to do this was the increase in assassinations among their
cadre, be it assassination by way of murder at the hands of the
Mujahidin or the assassination by granting money from the
president, which drew them to him.

As you know, the duty of Jihad does not mean establishing it in
every territory, including the territories in which the elements
of success have not been achieved. Jihad is a means to establish
the religion, and it might

Page 22

be brought down by an inability to do so without being brought
down by the preparation for it. This would be the case if most
of those with experience in Jihad decided that the elements
necessary for success had not been achieved such that the
desired results could be realized.

PX921

SOCOM-2012-0000019-HT

By God's grace, Jihad is underway at several fronts, and these are sufficient, by His will and His glory, as well as by the steadfastness of the Mujahidin there, to perform the function of bleeding the head of the infidels, America, such that it is defeated, God willing. Then, the Islamic Nation will be able to expel that which has stricken it with weakness, servility, and degradation.

The interest of the Mujahidin in knowing that which effects the enlightenment of the people of the Islamic Nation and is met with acceptance by the people is sufficient, God willing, to rescue the nation from the oppression of the ignorant and the misled.

Thus, the plague that exists in the nations of Muslims has two causes: The first is the presence of American hegemony and the second is the presence of rulers that have abandoned Islamic law and who identify with the hegemony, serving its interests in exchange for securing their own interests. The only way for us to establish the religion and alleviate the plague which was befallen Muslims is to remove this hegemony which has beset upon the nations and worshippers and which transforms them, such that no regime that rules on the basis of Islamic law remains. The way to remove this hegemony is to continue our direct attrition against the American enemy until it is broken and is too weak to interfere in the matters of the Islamic world.

After this phase comes the phase in which the second cause - rulers who have abandoned Islamic law - are toppled, and this will be followed by the phase in which God's religion is established and Islamic law rules.

The focus must be on actions that contribute to the intent of bleeding the American enemy. As for actions that do not contribute to the intent of bleeding the great enemy, many of them

Page 23

dilute our efforts and take from our energy. The effect of this on the greater war in general is clear, as is the resulting delay in the phases leading to the establishment of an Islamic caliphate, God willing.

Based on this, there is no overriding pressure or great need to exhaust and deplete the front in Yemen before the elements of success there have been achieved. Putting reserve forces and

SOCOM-2012-0000019-HT

supply lines for the Mujahidin into the quagmire is a difficult thing, for the reasons I've already mentioned, including that the scope of the struggle will be greater than the capabilities in a number of ways.

So it seems to me that halting the escalation in Yemen is in the general interest of the Mujahidin and is similar in many ways to what took place in the Battle of Mu'tah, as the Prophet described it, and the actions of Khalid Bin al-Walid. He achieved victory when he withdrew the army; the victory in the circumstances of that battle came in his rescuing the companions (TN: of the Prophet Muhammad) from the destruction of their army in the battle. Their army was completely outnumbered by the Roman army, and there were no elements in place for success, and they weren't on the verge of a complete disaster. They had the ability to go and regroup, much like we do now. They even had the ultimate Prophet, who eventually praised them, telling them they were fighters, not fleers.

As for the matter of establishing the state before putting in place the elements necessary for success:

A. It seems to me that being deliberate in this matter is a good thing, and to explain further, establishing the state before the elements necessary for success are put in place most often will lead to aborting the effort wherever it takes place, because establishing a state and then toppling the state represents a burden that exceeds the energy of the people.

Page 24

Weighing people down with something that exceeds their energies is fraught with negative results and leads to the shock of Jihad for the people of a territory in which the movement is suppressed, and it may exceed them. This is true whether the movement was suppressed after establishing the state or while it seeks to do so, as was the case in Syria when the Muslim Brotherhood tried to begin their Jihad and establish an Islamic state before they were prepared to do so and before the elements necessary for success were in place. This led to a shock for the Muslims in Syria at the emergence of Jihad, and many people decided it was less harmful to remain with the current regime than what would happen to them if they took part in the Jihad.

Following this shock, Jihad lost a generation of men who had been passionate about the victory of the religion, including men who had given their lives for this cause. The winds of Jihad

PX921

SOCOM-2012-0000019-HT

were still for nearly twenty years in Syria until a new
generation came along that had not experienced that shock. The
overwhelming majority of those who answered the call to Jihad in
Afghanistan and Iraq were those who had not witnessed the Hamah
experience and the murder committed by the regime there.

B. Jihad as a means to bring down countries and to gain control
of them does not require beginning such a plan based on the hope
that people will fight to establish a nascent state. Instead, it
requires close study and inspection and confirmation that the
elements necessary to success are in place. And it requires
searching for the appropriate time. So we cannot waste a golden
opportunity, and we must not begin before the appropriate
opportunity is at hand. A man might measure the results of
establishing an Islamic state before toppling its enemies
against the results of the fall of the Islamic emirate in
Afghanistan, which we pray to God does not happen again. Such a
comparison shows a big difference, due to a number of factors.
The first factor is that the people of the Islamic world are
divided into

Page 25

two groups, the Arabs and the non-Arabs. Given that the enemies
have knowledge of and experience with the Arabs and their
history, they have learned that Arabs have dangerous qualities
that make them suitable to quickly carry out the call to Jihad,
and that the Qur'an and the Hadith are sufficient to justify
that. On top of that is the speed with which they comprehend the
texts of these without the need for translation. Based on this
knowledge, the enemies have focused the bulk of their campaign
against the Islamic world on the Arabs, particularly in the
destructive media bombardment against Arab culture and their
characteristics. This all serves the interests of the west;
sufficient proof of this lies in the fact that the first
language in which BBC broadcasts are transmitted after English
is Arabic. This, when Arabs represent 2.5% of the world's
population, while other people, including China by itself,
represent a fifth of the world's population. The same is true
for the Indian sub-continent, which represents another fifth of
the population, while the number of Muslims in India is greater
than the number of all the Arab Muslims. It was possible for the
voice of the British Empire to reach 40% of the world's
population through just its broadcast, but their primary concern
was with destroying the Arabs via the media.

PX921

SOCOM-2012-0000019-HT

The second factor is the continued American occupation
manifested in military forces on the ground. This is a very
important factor in awakening people and inciting them to
continue fighting, as opposed to the situation in countries in
which the external enemy brings down the Islamic state
established there without putting its military forces on the
ground. Instead, they are satisfied to support the local or
regional enemy, particularly if the country hasn't been
destabilized by significant internal dispute, as is the case in
Iraq.

Page 26

The third factor is that the Afghan people are religiously
devout by nature and live spartan lives. They are extremely
sensitive to the presence of foreigners in their country, where
there are many primitive villages in the mountains and rural
areas cut off from the cities. The residents in such areas are
aware of their freedoms and their strength, and know they are
far from the control of the security forces that are weak even
in the major cities.

These factors are important in completing the elements necessary
for successfully establishing a Muslim state, but they do not
apply to all countries in the region. The people in many of
these countries are still not prepared to enter the fight
against governments and to bring them down. Many people have no
idea how they would respond, and those who do understand that or
who want to do away with these governments for some other
reason, such as poverty or administrative corruption, do not
believe that the solution is to fight them and to bring them
down, because America is the dominant force in the region and
will bring down any state that is established after its
representatives are toppled.

In this phase, Afghanistan, Iraq, and Somalia are exceptions to
the countries in the region.

Here we have an important issue, which is that one of the most
important factors that will aid in the success of Jihad and its
continuation is calling on Muslims to fight the enemy whose
hostility they know and whom they know it is permissible to
fight against, as is the case with the American enemy. As for
the local enemy, such as if the Yemenis were to begin a long
battle against the security services, this is a matter that will
weigh on the people. As time goes by, they will begin to feel
that some of them have been killed and they will start to want

PX921

SOCOM-2012-0000019-HT

to stop the fighting. This would promote the ideology of secular governments that raise the motto of pleasing all sides.

Page 27

Our goal is not to expend our energy in Yemen, to use the greater part of our strength in supplies and reserves, and to wear down and ultimately topple an apostate regime, only to establish another apostate regime.

This is on the assumption that the people would revolt with us to topple that regime. However, while it is the nature of tribes to be daring in fighting among themselves, they are cautious and hesitant to enter a struggle against a sizeable opponent. (They will do so only) after they make sure that the force and timing sufficiently predicts that the revolution has a good margin of success. This is when one of the most important factors for establishing a stable Muslim country in Yemen is dependent on substantial tribal support and adoption and gaining their trust so that they enter the struggle and contribute to establishing the government and protecting it. It is worth mentioning here that the entity that the tribes are going to confront in their fight will be just the Yemeni government, it will be international and regional apostasy.

It is also worth mentioning that the situation on the ground imposes the importance of differentiating between the North and the South, as the situation in the South cannot wait any longer. This is due to the people's intense anger toward the government and the huge amount of injustice inflicted on the people by the government, in addition to the mobilization conducted by al-Hirak. These two factors made large sectors of the people in the South dare to revolt, prepare for armed confrontation, and fight against the government. As for North Yemen, I see that it is in the same condition as the rest of the countries in the region, as far as the people not being ready to fight against the government. So I see that we do not seek a truce in the South, as it goes against the fabric of the people in their movement to lift off the injustice put upon them. It will lead to us losing most of the government opponents; we should not follow their lead, but we benefit from the tense atmosphere in spreading our call to Allah among the Muslim ranks in the South.

Page 28

This is because the current anger is led by al-Hirak, and it is allied to the United States and the Gulf states. Accordingly,

SOCOM-2012-0000019-HT

not declaring a truce does not mean that we escalate against the government in the South and enter into a fight against the military, as it would not bring the desired outcome. This is because the sons of the northern tribes will be targeted in the fight. The commoners in these tribes do not realize that the military are apostates. So the tribes will think that we increased the bloodshed, and people will talk among the tribes saying that al-Qa'ida kills a lot. This would distance many people from us and might lead to a tribal uprising to fight against us in revenge for their sons. This also means that we do not jump to establish an Islamic state in the South at the first chance of the government losing control in the South. The reason for this is what we mentioned earlier, that we are not yet ready to cover the people with the umbrella of Islamic rule. The reasons are that the people have needs and requirements, and the lack of these requirements is the main reason for their revolt against the ruler. We cannot provide for these needs in light of the battle and siege of the whole world against us. It is human nature that they will go with whoever better provides them with these needs and requirements. The animosity of the world and its siege against the Mujahidin is well known to the people, so no matter how much they love the Mujahidin, they will not stand beside them under these circumstances.

It is apparent from this that most people in Yemen, if given a choice between a government formed by al-Qa'ida or a government formed directly or indirectly by any of the Gulf states – such as if they give support to 'Ali Salim al-Bayd or any other who has administrative ability – they will choose the government that is formed by the Gulf states, either in the North or the South. The simple reason for this is

Page 29

that they think that these are Muslim governments and that they have the ability to provide them the necessities of their livelihoods. These are the demands of the people.

To stay away from wishful thinking and hope, we have to look at the people's revolution in the South like it is a boulder rolling down the side of a mountain. It is a benefit to whoever takes it; however, stopping it to our benefit is difficult, as it naturally will end up with the person who has the ability to control it, and who is at the current time, the Yemeni opposition, which is supported by the Gulf states.

SOCOM-2012-0000019-HT

However, looking at the indications, it seems that at the time
the US is weakening - and accordingly, its agents are weakening
- the Mujahidin are preparing to cover the people with the
umbrella of the Caliphate. We will be the prime choice nearest
to them, as they are Muslims in Muslim countries, and it is
natural for that environment to receive the Mujahidin to
reestablish the Caliphate and rule with Allah's Shari'ah. This
is what scares the adversaries more than the Mujahidin; they are
scared of the rejectionists (TN: the Shi'a).

Based on the above, we should not begin to attempt to establish
a government in Yemen, even if the people revolted against
government and toppled it, either in South Yemen or in all of
Yemen. This is regardless of how bad the nominees to control
that government are, because the outcome will be worse on Islam
and Muslims if we start something that does not have all factors
of success put together. This would put us in trouble with the
people and put the Mujahidin forces in the sights of the enemy
fire. This is because in the view of the rulers of the Land of
the Holy (Mosques) (TN: Saudi Arabia), we are their worst
enemies and our presence in Yemen threatens their royalty's
existence, in addition to their abiding by the American wishes
for them to fight us, so they will pump huge funds into
recruiting the Yemeni tribes to kill us.

Page 30

They will win over the swords of the majority, which will put
the Mujahidin force in Yemen under enemy fire and in a very
serious situation.

Miscellaneous Points:

1- Please give me the news about the condition of the sons of
our brother Shaykh Sa'id, Allah have mercy on his soul. (Tell
me) how he was martyred and how the enemy discovered his
location. I had been planning to mourn him and talk to the
nation about him; however, I did not get a confirmation of the
news from your side.

Please relay my regards and condolences to Shaykh Abu Muhammad,
and give me the news about his condition. For several months, I
have been sending messages to him, and Shaykh Sa'id told me that
he had not yet received a courier from him. It then became
noticeable that he has not been heard in the media in recent
times. I hope that the problem is something good, and I advise
that he get a companion (TN: bodyguard) from the Arab brothers.

SOCOM-2012-0000019-HT

2- I had mentioned in several previous messages to Shaykh Sa'id, Allah have mercy on his soul, the importance of the exit from Waziristan of the brother leaders, especially the ones that have media exposure. I stress this matter to you and that you choose distant locations to which to move them, away from aircraft photography and bombardment, while taking all security precautions. Also work on bringing out the brothers who have distinguished talents after they have been battle hardened, either by exposure to a big battle or by staying at the front for approximately one month.

Page 31

3- It would be nice if you would send me the names of some who are qualified to be your deputy.

4- It would be nice if you would nominate a brother to be responsible for the general duty of the external work in all the regions. If it is not possible to nominate someone for this, then you take over that responsibility.

Knowing that Shaykh Yunis (Var: Younis) is the official responsible for external work in Africa and west Asia, please inform him of that.

I sent a message in the past to Shaykh Sa'id and to you about the importance of external work, I hope it has reached you. In any case, I have attached it to your messages.

5- It would be nice if you would nominate one of the qualified brothers to be responsible for a large operation in the US.

6- It would be nice if you would pick a number of the brothers, not to exceed ten, and send them to their countries individually, without any of them knowing the others, to study aviation. It would be better if they are from the Gulf states, as study there is at the government's expense. They have to be picked with the utmost care and with very accurate specifications, one of which is that they are willing to conduct suicide actions and are prepared to do daring, important, and precise missions that we may ask of them in the future.

Page 32

So please pay top attention to this matter due to its utmost importance. Establish a mechanism to monitor and follow up on

PX921

SOCOM-2012-0000019-HT

the brothers going to study aviation so that we reduce the
chances of them slackening from conducting Jihad.

7- It would be nice if you would ask the brothers in all regions
if they have a brother distinguished by his good manners,
integrity, courage, and secretiveness, who can operate in the
US. (He should be able to) live there, or it should be easy for
him to travel there. They should tell us this without taking any
action and also tell us whether or not he is willing to conduct
a suicide operation.

8- It would be nice if you would send the message to the
brothers in all regions, without exception, that whoever has an
operation outside the region where he is located must coordinate
with you. This is so there will no conflicts between operations
or failures where the brothers could be exposed or captured.

9- It would be nice if you would send two messages - one to
Brother Abu Mus'ab 'Abd-al-Wadud, and the other to Brother Abu
Basir Nasir al-Wahishi - and ask them to put forward their best
in cooperating with Shaykh Yunis in whatever he asks of them.
Hint to the brothers in the Islamic Maghreb that they provide
him with the financial support that he might need in the next
six months, to the tune of approximately 200,000 euros.

These two messages are to be coordinated with Shaykh Yunis, and
arrange a name for him that does not divulge his nationality.
Arrange for a secure method of communications and coordination
between them and Shaykh Yunis. Stress the utmost secrecy in work
and restrict

Page 33

the knowledge of Shaykh Yunis affair to the leadership in the
regions in which he has to work with the brothers.

Also indicate to the brothers in Yemen when talking about
coordination before conducting any work outside the peninsula,
that working in the sea, even within the territorial waters of
the peninsula, is to be considered external work that requires
coordination with you.

Pay attention to explaining the importance of coordination, as
well as the dangers of neglecting it, to all the brothers in all
the regions. In general, it would be good to clarify the wisdom
or the reason behind this in most of what we ask the brothers
for, unless it exposes operational secrets.

PX921

SOCOM-2012-0000019-HT

10- Please write a report about Brother Shaykh Yunis at the first opportunity. Include (information on) his birth, education, social status, his best qualifications and experiences, as well as his manner and dealings with the Mujahidin and his relationship with them, the date of his becoming religiously adherent, and his joining Jihad. If it is not easy on you that the report be complete and comprehensive, it is alright to ask the brothers in the Islamic Maghreb for help after you send me whatever you already have.

11- In a previous message, we asked the security official, Brother Abu al-Wafa' and also his deputy for a report about the conditions on your side; however, we have not yet received them, it would be good if you would follow up on this matter.

12- Please report to me in detail about the financial situation on your side and about your vision and plans to improve it.

Page 34

Your earmarking of the budget should set aside enough salaries for the brothers and the families for a year, regardless of the finical forecast for the coming days.

13- It would be good of you to provide us with detailed information about our brother Abu Bakr al-Baghdadi, who was appointed as a replacement for our brother Abu 'Umar al-Baghdadi, Allah have mercy on his soul, and his first lieutenant and deputy al-Nasir Lidin Allah, AKA Abu Sulayman. It would be better for you to ask several sources among our brothers there, whom you trust, about them so that the matter becomes clear to us. I also would like that you ask our brothers in Ansar al-Islam Organization where they stand on the new Emirs, Abu Bakr al-Baghdadi and his brothers.

I do remind you to put forward your maximum effort to achieve unity and resolve any conflicts between all of the Jihadi entities in Iraq.

In these efforts to achieve unity, there should be a special message directed to our brothers there that stresses the importance of unity and collectiveness and that they maintain a basic foundation of the religion, so it must get precedence over names, titles, or entities if they obstruct the achievement of that great duty.

PX921

SOCOM-2012-0000019-HT

14- I want to remind them of the importance of the people's first impression of who is addressing them, especially when he bears great responsibility. Since we carry the responsibility of a call that we want to deliver to the people, this takes care to find out what suits the people and the path from which you can reach them, deliver the faith to them, and convince them with it.

Page 35

Part of this is to eliminate any strange appearance that will make them wonder and to adopt what they are used to, such as appearing in the media in true name, even if just a first name, and also appearing in Arab dress, as it is closer to the people than the dress of the people in these areas. (I also want to remind you that) people like short audio and video speeches and to disseminate what you can on the Internet.

These are just opinions and I am open to your opinion.

15- You should send (a message) to the brothers in all the regions saying that a minimum of two brothers should be sent for suicide operations; they should not send a single suicide brother. We have experienced this in many operations where the percentage of success was very low, due to the psychological effects that overcome the brother in such cases. The most recent of which was the operation in which our brothers targeted the British Ambassador in Yemen, and one of our brothers, Allah have mercy on his soul, conducted it. Regardless of the heroism of the brother and his steadfastness, the psychological factors that affect the person in such cases necessitate the presence of a companion that will support and bolster him.

Some people will say that some of the Prophet's companions conducted operations alone. This is a very different example: They were not suicide operations, and that is where the big difference lies.

16- I asked Shaykh Sa'id, Allah have mercy on his soul, to task brother Ilyas to prepare two groups - one in Pakistan and the other in the Bagram area of Afghanistan - with the mission of

Page 36

anticipating and spotting the visits of Obama or Petraeus to Afghanistan or Pakistan to target the aircraft of either one of them. They are not to target visits by US Vice President Biden,

PX921

SOCOM-2012-0000019-HT

Secretary of Defense Gates, Joint Chiefs of Staff (Chairman) Mullen, or the Special Envoy to Pakistan and Afghanistan Holbrook. The groups will remain on the lookout for Obama or Petraeus. The reason for concentrating on them is that Obama is the head of infidelity and killing him automatically will make Biden take over the presidency for the remainder of the term, as it is the norm over there. Biden is totally unprepared for that post, which will lead the US into a crisis. As for Petraeus, he is the man of the hour in this last year of the war, and killing him would alter the war's path.

So please ask brother Ilyas to send to me the steps he has taken into that work.

17- It would be good if you coordinate with our brothers of the Pakistan and Afghanistan Taliban in regards to the external work, so that there is complete cooperation between us, and tell them that we started planning work inside America many years ago, and gained experience in that field, and we and they are brothers so we should not fall into the error that hurts the Muslims and benefits the enemy, due to lack of coordination between us. So, for example, the operation of brother Faysal Shahrazad, Allah release his imprisonment, was possible to avoid his capture and the errors that happened easily by one who had experience

Page 37

in that area, so if a brother purchased the vehicle and then travelled from America to Waziristan before the operation, it would have made it difficult to capture the brother that fast, and based on that, draw their attention to the importance of cooperation among us and the possibility of the two sides adopting the operation reduces the possibility of these errors, after which the Americans commented that the Mujahidin have become unable to conduct a large operation that is well planned.

18- You have to keep in mind the possibility, though remote, that the journalists may be involuntarily monitored, in a way that we or they do not know about, either on ground or by satellite, especially Ahmad Zaydan, and it is possible that a tracking chip could be put into some of their personal effects before coming to the meeting place to conduct any business with them, or to conduct an interview with one of the brothers, and as you know Ahmad Zaydan has interviewed a number of the Taliban leaders and also with Shaykh Sa'id Allah, have mercy on his soul, and the Americans did not kill any of them or know his

SOCOM-2012-0000019-HT

location from surveying Ahmad Zaydan except that it may be a
matter that might attract their attention, as they identified
the house where the brothers Abu 'Umar al-Baghdadi and Abu
Hamzah al-Muhajir Allah, have mercy on their souls, were staying
in, across satellites, by monitoring some brothers who were
released from prison and who went to them after that.
And based on that, it would be prudent and a defeat to the enemy
to avoid any meetings with journalists.

Page 38

And paying attention to aircraft and satellite surveillance
cannot be avoided with training on counter surveillance or
changing vehicles or conducting meetings with journalists in a
place away from the location of the Mujahidin, or bringing the
journalists by night so that they do not find the way and the
other procedures like that.

But you should use the secure means in contacting the media and
journalists which are using the mail.

So please inform our brothers of the Taliban in Pakistan and
Afghanistan about that for fear on their safety.

19- It is obvious that remaining on the same M.O. in
communications between us makes it weak from a security point of
view, as it makes it easy on the enemy to find out the method
that we use in communicating, so initially we have to employ the
following steps:

A- That the two brothers' couriers from my side and yours should
not meet to exchange messages except in a closed market or mall.
B- That the brother who is bringing the messages out of
Waziristan report to you after every trip to inform you if the
security situation is normal or elevated and changed, like
increased scrutiny, questioning, or photography, whether aimed
at specific persons or at all the passersby

Page 39

or that the search elements have been replaced with elements
that are more alert and attentive.

20- Regarding our brother Abu Talhah al-Almani, Shaykh Sa'id
Allah, have mercy on his soul and accept him among the martyrs,
told me that the brother was on his way to a suicide operation,
so if he has executed the operation, we ask Allah to take him

SOCOM-2012-0000019-HT

among the martyrs and put him in paradise, and if his operation
has been delayed and you see that he has a special talent that
is lacking in the external work section, then it would be good
to tell him that, and that if he postpones his desire to conduct
a suicide operation that he write to me his vision of external
work.

21- It would be nice to ask our brothers of Pakistan Taliban to
deny their connection to the recent operation in Lahore against
(phonetic: al-Briluwiyah). (TN: possibly referring to: (The News
Online, 2 Jul) Lahore: Two back-to-back suicide bombings and a
cracker blast killed at least 42 people and injured over 175
inside the crowded shrine of Data Gunj Bukhsh in Lahore on
Thursday night.)

And also ask them about the truth in the news that talks about
beginnings of negotiations and truce talks between them and the
Pakistani government, and what is theirs and your opinion on
that, knowing that much of what I have said about Yemen can be
applied to the situation on your side.

22- It would be nice to inform us of the truth about what was
mentioned of arresting our brother 'Azzam al-Amriki.

23- It would be nice if you can send us the book of Shaykh Abu
Yahya (Enemy Usage of Bystanders in Present Jihad), and his
book (Studies in Decisive Unanimity) and it would be better that
you provide us with each theological work published by you.

Page 40

24-Enclosed is a message for Shaykh Yunis, please deliver it to
him if he is on your side or if he has travelled, but there is a
secure mode of delivering it; and if there is no secure method
to deliver it, then please destroy it.

25- It would be nice to inform me of whom you have of the
brothers who have no objection to accompanying me, and they are
natives of this country and their situation is suitable for that
matter. I asked Shaykh Sa'id Allah, have mercy on his soul, to
tell me who he has and he mentioned some of the brothers, except
that their situation, security wise, was not suitable to our
conditions, and it seems that he had limited choices, so please
continue the search and provide me with names and resumes of the
brothers that you think are qualified. You know the features
that they must have, like being tested until there is no doubt
and that he is not wanted by the authorities for lawsuits or

PX921

SOCOM-2012-0000019-HT

crimes, and that he owns an official ID card that is valid or
can renew it if it has expired, and that he is able to rent
houses and purchase requirements.

And that he be secretive even from his family and friends, and
to be well-mannered, quiet, patient, aware, and knowledgeable of
the enemy tricks, and able to stay away from his family if that
becomes risky.

And that he is not from an area known to have many Mujahidin and
that he does not inform you of his real name or the location
where his family lives.

Page 41

And please pay attention to that subject and inform me within
two months, as the notice that my companion has given me is
limited.

26- Brother 'Abdallah al-Halabi ('Abd-al-Latif) informed me that
my family in Iran is on the way to come to the brothers in
Pakistan or Waziristan, so as a precaution and to safeguard
everyone, we have to assume that their arrival will be different
than what we are used to when our brothers arrived who were
coming from Iran in the past, for several reasons of which is
that my son Ladin has been allowed by the Iranians to exit Iran
and go to Syria as a show of good will to the rest of the
detainees, and that they will be released, and he will be keen
on informing the family that his brothers will be exiting soon
from Iran. No doubt that such news will exchanged over the
phone, while the phones are monitored, thus the information will
be available to the adversaries. Accordingly, if the
intelligence commander in the area is aware, he will think that
they are headed to me and will survey them to find the place
that they will settle in.

And regardless of the possibilities in monitoring them, we have
to be on the cautious side and take the following steps to break
the surveillance:

They will go to the tunnel between Kuhat and Peshawar, and
arrange a meeting between them and another brother. The meeting
must be precise in timing and it will be inside the tunnel, and
they will change cars inside the tunnel, so they will ride in
the car with the brother that they will meet instead of the car
they were riding in, and the brothers who are going to drive the
car must be instructed on the strict adherence to the timings.

PX921

SOCOM-2012-0000019-HT

Page 42

After changing cars, the brother who is driving the car that is subject to surveillance will drive to an area that is unsuspected, and the people coming from Iran will go to Peshawar, go to one of the closed markets, and change cars again, then head to a safe place in Peshawar until we arrange for them to come, with Allah's will.

The main thing about succeeding in avoiding surveillance is to go to the tunnel and to move after getting out of it in overcast weather, even if that would lead to them waiting for some time, knowing that the Peshawar area and its surroundings is often overcast.

They also should be warned on the importance of getting rid of everything they received from Iran, like baggage or anything, even as small as a needle, as there are eavesdropping chips that are developed to be so small that they can even be put inside a medical syringe; and since the Iranians are not to be trusted, then it is possible to plant chips in some of the coming people's belongings.

This process will be done only with Um Hamzah. As for my sons 'Uthman and Muhammad, it would be nice to arrange a safe place for them in Pakistan.

Page 43

And it is preferred that we communicate with the Iranians if they release my family and do not release my daughter Fatimah, as they promised that after the release of their prisoner with us that they will release my family, which includes my daughter Fatimah, and she is connected to her husband, and it is not fair to separate women from their husbands, so she should be released with her husband and his wife Um Hafs (TN: his other wife).

As for what concerns my son Hamzah, you had an opinion that the arrival of the brothers to us be stopped due to the current difficult situation, so after thinking it over, I sent to Shaykh Sa'id Allah, have mercy on his soul, an opinion that he agreed on with me, which is that we receive all the brothers arriving, so that they remain as a lifeline and replenishment for what we lose of talents and cadres, and to limit the time that they remain in Pakistan to two or three weeks, whereby they are given a quick training course that is heavy on ideology in addition to

SOCOM-2012-0000019-HT

weapons usage basics, and through that we get to identify the
talents and abilities of the coming brothers, so that whom we
find is distinguished and capable on call and recruitment. We
will send him to his country to conduct specific missions like
inciting for Jihad over the internet, collecting donations, or
recruiting some distinguished brothers, and we will keep a
limited number of them to develop their energy with you in
Waziristan. As far as the rest of the youth, you send the ones
that show toughness and discipline, and adherence to Islamic
manners to the front with the Taliban, and you tell him that he
will live like they live and those that you notice who do not
have it, then you apologize to them and tell them that when the
conditions improves, we will send a call out for him and his
like to respond and join.

Page 44

And based on that, there is an issue that I wanted to consult
with you on, which is that my son Hamzah be sent to Qatar, where
he studies religious sciences, and perform the duty of informing
the nation and delivering some of what we ask him to deliver to
the nation, spread the Jihad doctrine, and refute the wrong and
the suspicions raised around Jihad within the freedoms allowed
there.

There is no doubt that the nation needs to be approached and
closely interacted with, and the knowledge of its realities and
the approaches that need to be used in delivering the
information, while the Mujahidin do not get that opportunity
because of their distance and the apostates chasing them
worldwide, which denies them the chance to find out the needs of
the nation and to respond to these needs.

Except that Hamzah is one of the Mujahidin and he bears their
thoughts and worries and at the same time he can interact with
the nation, as it is difficult to indict him and to ask Qatar to
extradite, him because he was imprisoned when he was a child, so
there are no crimes outstanding against him.

27- In the past, I watched some of programs about me, the most
recent of which was "al-Islamiyun" program (TN: the Islamists).
In one of its episodes was a repeated matter that relied on
incorrect information, and in some case inaccurate information,
and as you know, if the person does not disclose his history
then the media people and the historians will make up some
history for him with whatever information is available to them,
whether right or wrong.

PX921

SOCOM-2012-0000019-HT

So in order not have a mix-up on that subject, I thought that you could arrange with Ahmad Zaydan to prepare a program documented by us with real information, which I might send to you in a future message.

And part of the agreement is that the work would be joint between al-Jazeera and al-Sahab, so that they have the copyrights preserved to them.

In closing: We wait to hear your news and messages, and we pray to Allah to guide us all on what he likes and on what pleases him, and to get us together with his help and will, and cover us with his mercy, and praise Allah.

Page 45

Your brother Zamrai.


--The attached is what Shaykh Yunis wrote:

Our status and the two pitfalls endangering us which we need to eradicate.

Presently we are experiencing the most favorable atmosphere in the history of the Islamic nation. There is a base of youths adopting our teachings and following our path without any efforts on our parts to teach them the faith. They are ready for anything posted for them on the "spider web" (TN: Internet), after validating the source.

Page 46

It is the main principle of the empowerment strategy, as the saying goes; swords conquer and knowledge enlightens; and capturing the hearts comes before controlling nations. It makes the establishment of the religion easier; and the best example is the model of Fayruz al-Daylami, who accomplished his task without seeing the Prophet Muhammad. Also, because Fayruz knew in his heart what was needed to be done, and did it. Therefore, spreading our cause and simplifying its principles so it is easy to understand and clarify its applicability in answering all the mundane and religious questions. The model will speed up the conquering, the victory, and uncover any hidden surprises from the unexpected in our midst, which is a point realized by the enemy of God among the Christians. They have found a class of

PX921

SOCOM-2012-0000019-HT

followers in our countries who are educated in their culture to
work for them. It behooves us to facilitate the Jihad road
before our ores in unimaginable, easy, and clean-to-achieve
ways; and to protect against two dangerous pitfalls: one is
security related and the other is inflexibility and narrow-
mindedness, on which I will elaborate later.

Having the youth base represent the right soil for our cause,
without having to publicize our activities. The leadership cadre
here in Khurasan has been praised and trusted by everyone, and
it is doing that on our behalf, allowing us freedom of movements
and innovation in the methods, the ways of smuggling, and
counterfeiting; and mastering these skills, will allow us to
teach the art of mingling among the people executing our strikes
and hiding without a trace.

Now the pitfalls:
1- Security pitfall: I will issue a small guideline, signed by
the organization, for awareness and directions for anyone
thinking about Jihad to prevent the brother from burning himself
before burning the enemy. I will also add a suggestion to
indicate they are preparing the stage for the coming nation, to

Page 47

disguise our intentions from our enemy, leading him to thinking
it is a dream attributable to the demise of our cadres and the
adversity we are under. We will utilize the right individual at
the right stage, either before or after the creation of the
nation. The format of the guideline will be video, audio,
written and translated to all languages available to us. It will
save time in training and make any newcomer an arrow ready to
fly.

2- We have to make our position unequivocally clear on the issue
of inflexibility and narrow-mindedness; and must have concise,
written instructions published for all of the awakening youths
to know our stand. The benefits are undeniable on having a
guideline to abide by, for ourselves as well as our friends, and
to rid ourselves of the accusation of inflexibility and narrow-
mindedness, and it will also broaden the horizons of our
brethren. We are approaching a stage where narrow-mindedness is
a killer, and ignorance of Shari'ah is damning. Lately, the term
"the Salafist approach to Jihad" is spreading on the Internet,
accusing individuals of not following the approach. It is a very
dangerous situation, especially because it is attributed to us

SOCOM-2012-0000019-HT

and the rise of new groups advocating for a stringent form of the faith.

The certainty in issues related to Jihad is mere guessing used to typify and classify people in a way that is not free from the hands and intervention of state security apparatus. It is a possibility that cannot be ruled out. This typifying (TN: religious stereotyping), boasting with titles, isolates and segregates us from the

Page 48

nation. You have experienced it in Peshawar and have seen its outcome in Algeria. If this concept gains footing, it will put the individuals in a situation where they refrain from speaking the truth for the fear of typifying (TN: religious stereotyping). Therefore, it is a must to eliminate it while in its infancy, and expand peoples' horizons, guiding them gently to the truth. We are not monopolizing the Salafi way or any other doctrine, but we are members of the entire nation, reciting the words of its scholars on righteousness, and we do not hold any grudges or are unreachable by the followers of any dogma. We are all from one nation and we are all held by our words, and none but the ones descried in the Cow verse are left. The matter of the practical Jihad operations is vast, and the issues we are facing now are agreed upon by the prominent scholars of our nation.

We must avoid the stigma of being a one-dimensional sect, opposed to all others. We are Muslims following the teachings of Islam and we are not the owners of the Salafist way, and must avoid typifying (TN: religious stereotyping) each other. It is important to have a memorandum issued from Shaykh Abu-Yahya and Shaykh Mahmud clarifying the issues of penitence, atonement, and the virtue of patience; refraining from accusing and judging without being qualified to judge; in addition to expanding the awareness of the followers in the arenas of politics and Shari'ah, which I believe publishing a letter in the form of questions and answers well help greatly.

(TN: No signature, or date)

Page 49

(TN: Blank)

PX921

PX925

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 6 April 2018

SECRET // ORCON // NOFORN // X1

1.4a

**TACTICAL INTERROGATION REPORT:**
**REPORT NUMBER (U):** 1.4a
**REPORT DATE (DOI) (U):** 24 MAR 07
**REPORTING UNIT (U):** 1.4a
**COUNTRY (U):** IRAQ (IZ), IRAN (IR)

1.4c

**SUMMARY (S//REL TO USA AND MCFI):**

- THE SEVENTH INTERROGATION OF N1228A
- DETAINEE OFFERED INSIGHT ON THE MONEY DISTRIBUTION FROM IRAN
- TALKED ABOUT HOW INSURGENT GROUPS SPLIT AND SPLINTER INTO NEW GROUPS
- DESCRIBED HIS OWN SPLINTERING AWAY FROM JAM

**TEXT (S//REL TO USA AND MCFI):**
**1. BIOGRAPHICAL DATA (S//REL TO USA AND MCFI):**
**GIVEN NAME:** QAYIS
**FATHER'S GIVEN NAME:** HADI
**GRANDFATHER'S GIVEN NAME:** SA'ID
**CLAN NAME:** NONE
**TRIBAL NAME:** AL-KHAZALI
**ALIAS:** NONE
**EYE COLOR:** BROWN
**HAIR COLOR:** BLACK
**HEIGHT:** 5 FEET EIGHT INCHES
**WEIGHT:** 160 LBS



**DISTINGUISHING FEATURES:** IRREGULAR SHAPED PORTWINE BIRTHMARK, LEFT FRONT SHOULDER, ARMPIT AREA.
**ADDRESS:** AL-SALAH NEIGHBORHOOD, IN THE VICINITY OF AL-SALAH MOSQUE, KUFA, IRAQ.
**PHONE NUMBER:** NONE
**MOBILE NUMBER:** CLAIMS TO HAVE LOST HIS CELLULAR TELEPHONE SEVERAL DAYS PRIOR TO CAPTURE.
**POB:** BAGHDAD, IZ
**DOB:** 24 APRIL 1974
**MARITAL STATUS:** DIVORCED
**NATIONALITY:** IRAQI
**RELIGION:** SHI'A/ISLAM

SECRET // ORCON // NOFORN // X1

SECRET // ORCON // NOFORN // X1

| 1.4a |
|---|

**EDUCATION:**  ELEMENTARY AND MIDDLE SCHOOL, 1995-PRESENT, THE SHI'A HAWZA RELIGIOUS TRAINING INSTITUTE IN AL-NAJAF, IZ.
**LANGUAGES (PROFICIENCY):**  ARABIC (NATIVE), ENGLISH (ABLE TO SPEAK HALTINGLY).
**MOSQUE:**  NONE
**IMAM:**  NONE
**MILITARY EXPERIENCE:**  PAID HIS WAY OUT OF THE IRAQI ARMY IN 1997 FOR 1.5 MILLION IRAQI DINAR.
**SPECIAL SKILLS:**  NONE
**OCCUPATION:**  POLITICIAN

**MEDICAL (U):**  CLEARED FOR DETENTION / INTERROGATION / LAST CHECK UP: 24 MAR 07

**DETAINEE NUMBER:**  N1228A

**FATHER:**  HADI SA'ID AL-KHAZALI
**MOTHER:**  DNA
**BROTHERS:**  DNA
**SISTERS:**  DNA
**WIFE:**  DIVORCED
**CHILDREN:**  1 BOY, AWAIS (6), 1 GIRL, MAIS (8).  BOTH LIVE WITH THEIR MOTHER IN BAGHDAD, IZ.

**2.  CIRCUMSTANCES OF CAPTURE:**
**CONOP:**  1.4a
**DTG OF CAPTURE:**  20 MAR 0300C 2007
**PLACE OF CAPTURE:**  BASRAH, IZ.
**APPREHENDING UNIT:**  1.4a
**REASON FOR CAPTURE:**  DETAINEE IS A SUSPECTED AIF GROUP LEADER, AND IS ASSOCIATED WITH WEAPONS SMUGGLING FROM IRAN, EJK ACTIVITY, AND INVOLVEMENT WITH THE ATTACK ON THE KARBALA PJCC.
**CURRENT LOCATION:**  1.4a

**WEAPONS, DOCUMENTS AND EQUIPMENT (S//REL TO USA AND MCFI):**

**INTERROGATOR:**  3.5c
**LANGUAGE USED:**  ARABIC
**INTERPRETER (NATIVE DIALECT):**  3.5c

**3. SUMMARY OF INTERROGATION / INTELLIGENCE GAINED (S//REL TO USA AND MCFI):**

DETAINEE BEGAN BY TALKING ABOUT THE PHILOSOPHICAL DIFFERENCES BETWEEN SUNNI AND SHI'A WHICH LED INTO THE CHARACTERISTICS OF

SECRET // ORCON // NOFORN // X1

PX925

SECRET // ORCON // NOFORN // X1

1.4a

MUHAMMAD SADIQ SADR AS COMPARED TO OTHER LEADERS.  SADR'S BI-LAWS ARE NOT AS FANATICAL AS MOST AND SEEM TO BE THE PERFECT MIX OF RELIGION AND THE REAL WORLD. 1.4c

1.4c

AL QAEDA ARE KILLING FELLOW SUNNIS RIGHT NOW AND ACCORDING TO DETAINEE, THAT IS SOMETHING THE U.S. NEEDS TO EXPLOIT IN ORDER TO HELP DRIVE AL QAEDA OUT OF IRAQ.  IF U.S. FORCES COULD CONVINCE THE IRAQI SUNNI POPULATION OF THIS, THE IRAQI SUNNIS WILL TAKE CARE OF GETTING AL QAEDA OUT OF IRAQ.

MUQTADA SADR BELIEVES THAT HIS MOVEMENT NEEDS TO BE CENTRALIZED. DETAINEE BELIEVES PEOPLE LIKE HIMSELF AND ABU DURA NEED TO BE FREE TO DO WHAT THEY WANT.  DETAINEE ADMITTED THIS HURTS THE OVERALL MOVEMENT AND PROBABLY IMPEDES THE PROCESS OF ACHIEVING THE GOALS OF THE SHI'A BUT HE SAID IT DOES NOT HURT SHI'A MUSLIMS SINCE ONE SHI'A WOULD NEVER KILL ANOTHER SHI'A INTENTIONALLY.  BUT THE SADR MOVEMENT IS LIKE ANYTHING ELSE, WHEN SOMETHING GETS TOO BIG, IT HAS TO SPLIT AND THIS WAS THE CASE FOR THE MAHDI ARMY.  IT HAD GOTTEN TO A POINT WHERE THE DETAINEE HAD TO SPLIT OFF AND START HIS OWN GROUP.  THE IMPETUS FOR THE BREAK OF A GROUP FROM THE SADR MOVEMENT IS USUALLY THAT A TEACHER SUCH AS MUQTADA SADR WILL GROW AWAY FROM HIS OLDER STUDENTS (SOMEONE SUCH AS DETAINEE) AND START SPENDING MORE ENERGY ON THE YOUNGER STUDENTS.  THIS USUALLY SPARKS A SORT OF JEALOUSY IN THE OLDER STUDENTS AND AFFECTS THE IDEOLOGY OF THE OLDER STUDENT.  THIS WIDENS THE GAP BETWEEN THE TEACHER AND THE OLDER STUDENT UNTIL THE OLDER STUDENT STARTS HIS OWN GROUP AND BECOMES THE TEACHER CONTINUING THE CYCLE.

WHEN IT BECAME EVIDENT THAT DETAINEE WAS POSSIBLY BREAKING AWAY FROM THE MAHDI ARMY, MUQTADA SADR TOOK THE DETAINEE'S AUTHORITY AWAY FROM HIM.  AT THAT TIME, THE DETAINEE WAS IN CHARGE OF EVERY ASPECT OF THE SADR ARMY.  ABBAS AL KHUFI AND ALA AL-LAMI CAME TO THE DETAINEE AND TOLD HIM THEY WERE NOW IN CHARGE.  AT THAT POINT THEY CREATED A COMMITTEE WHICH TOOK OVER ALL OF DETAINEE'S DUTIES.  SHEIKH MUHAMMAD SA'ADI WAS THE HEAD OF THE COMMITTEE.  THIS WAS TWO YEARS AGO AND THE DETAINEE BECAME NOTHING MORE THAN A MORAL SUPPORTER OF THE OPERATIONS OF THE MAHDI ARMY. 1.4c

1.4c

SECRET // ORCON // NOFORN // X1

PX925

SECRET // ORCON // NOFORN // X1

1.4a

1.4c

DETAINEE WAS ASKED IF ANY OF THE SPLITS AWAY FROM THE GROUP WERE FOR FINANCIAL REASONS SUCH AS CREATING DIRECT FUNDING FOR THE NEW GROUP FROM IRANIAN SOURCES.  DETAINEE SAID TEMPORARY SPLITS ARE FOR FINANCIAL REASONS BUT PERMANENT SPLITS ARE USUALLY IDEOLOGICAL.  ABU DURA AND MUHAMMAD SHAKIR PROBABLY SPLIT FOR FINANCIAL REASONS.  DETAINEE SAID THE EXTRA MONEY ONE RECIEVES FROM BREAKIG AWAY FROM A GROUP DOES NOT COME FROM IRAN BUT INSTEAD COMES FROM CRIMES USUALLY NOT PERMITTED IN LARGER GROUPS SUCH AS STEALING AND KIDNAPPING.  THE REASON DETAINEE DOES NOT THINK THAT DURA AND SHAKIR ARE GAINING FINANCIALLY FROM IRAN IS THAT IRAN IS VERY CONSCIOUS OF THEIR RELATIONSHIP WITH THE SADR MOVEMENT AND DO NOT WANT TO DO ANYTHING TO DISRUPT THAT.  SINCE THE SADR MOVEMENT DESIRES TO HAVE A CENTRALIZED EFFORT, IRAN SUPPORTS THIS BY ONLY GIVING MONEY DIRECTLY TO THE SADR MOVEMENT AND LETTING THEM DOLE THE MONEY OUT TO WHATEVER SPLINTER GROUPS MUQTADA AL SADR FEELS LIKE SUPPORTING.

DETAINEE EXPLAINED THAT IRAN SUPPORTS MANY GROUPS IN IRAQ AND NOT JUST SHI'A GROUPS.  [1.4c]  THEY SUPPORT SHI'A, SUNNI, KURDISH, BADR, SCIRI, AND MANY MORE.  DETAINEE CLAIMS THAT IRAN WOULD NOT SUPPORT HIS GROUP UNLESS IT WAS APPROVED BY SADR.  DETAINEE ALSO SAID THAT IF IRAN STARTS SUPPORTING A NEW GROUP, IT DOES NOT AFFECT THE MONEY GOING TO OTHER GROUPS.  DETAINEE MADE THE POINT THAT WE SPEND BILLIONS ON THE WAR WHILE IRAN SPENDS MILLIONS.  AND EVEN THOUGH WE SPEND SO MUCH MORE, IRAN IS ABLE TO BE MUCH MORE EFFECTIVE.

DETAINEE WAS ASKED IF HE WAS STILL INTERESTED IN THE RECONCILIATION PROCESS AND HE SAID HE WAS BUT WANTED TO KNOW THE CONDITIONS AGAIN.  AFTER BEING TOLD THAT HE WOULD BE CONSIDERED FOR RECONCILIATION AFTER WE WERE COMFORTABLE WITH HOW MUCH INFORMATION HE PROVIDED HE SAID THAT NO MATTER WHAT, HE COULD NOT GIVE INFORMATION TO AMERICANS THAT WOULD INCRIMINATE HIS FRIENDS.  DETAINEE WAS ASKED IF HE COULD GIVE THE INFORMATION TO ANOTHER MUSLIM AND HE SAID HE WOULD NOT GIVE THE INFORMATION TO ANYONE NOT EVEN SADR HIMSELF.  DETAINEE CLAIMED THIS WAS HIS MORAL PRINCIPLE AND IT CANNOT BE BROKEN.

DETAINEE WENT FURTHER INTO THE REASONS FOR HIS HATRED OF AMERICANS.  HE SAID WHEN U.S. FORCES FIRST CAME TO IRAQ AND REMOVED SADDAM, HE LOVED US, JUST LIKE EVERY OTHER IRAQI.  BUT

SECRET // ORCON // NOFORN // X1

PX925

SECRET // ORCON // NOFORN // X1

> 1.4a

WHEN PAUL BREMMYR SAID "WE (U.S.) ARE OCCUPIERS" THAT CHANGED EVERYTHING AND HE, LIKE MOST PEOPLE, BECAME MILITANT AGAINST US. WHEN ASKED IF HE WOULD FEEL THE SAME IF IT WAS IRAN OCCUPYING HIS COUNTRY HE SAID YES.

> 1.4c
>
> 1.4c

DETAINEE SAID EVEN IF WE KEEP HIM IN JAIL, THERE WILL BE MANY MORE AS BAD AS HIM THAT WILL PICK UP WHERE HE LEFT OFF.  DETAINEE CLAIMS THE ONLY VIABLE SOLUTION IS FOR US TO PROMISE AND MAKE THE PEOPLE BELIEVE THAT IF THEY STOP FIGHTING, WE WILL LEAVE THEIR COUNTRY.  IF WE COULD DO THAT, PEOPLE LIKE HIM AND AL-SHAIBANI WOULD BE ABLE TO CONVINCE PEOPLE TO STOP FIGHTING.  DETAINEE SAID WITHOUT IT, THE WAR WILL NEVER END STATING THAT EVEN IF WE KILL HIM, THERE WILL BE ANOTHER PERSON JUST LIKE HIM OR MAYBE WORSE TO TAKE HIS PLACE.

**INTERROGATION APPROACH / TECHNIQUES (S//REL TO USA AND MCFI):**

> 1.4c

**4.  COMMENTS (S//REL TO USA AND MCFI):**

**INTERROGATOR COMMENTS (S//REL TO USA AND MCFI):**

> 1.4c
>
> 1.4c

> 1.4c

**SENIOR INTERROGATOR COMMENTS:**  NONE

**5.  POINTS OF CONTACT (U):**

SIPR EMAIL

> 3.5c

**NOTE:  ALL ARABIC SPELLINGS ARE IAW DI POLICY NO. 033, "SPELLING NAMES OF FOREIGN PERSONS IN DI PRODUCTS," DATED 02 DEC 03 AND DDCICM DIRECTIVE, "INTELLIGENCE COMMUNITY STANDARD FOR THE TRANSLITERATION OF ARABIC NAMES IN FINAL WRITTEN REPORTS AND PRODUCTS," DATED 04 JUN 03, IN COMPLIANCE WITH SECTION 352 OF THE INTELLIGENCE AUTHORIZATION ACT OF 2003.**

SECRET // ORCON // NOFORN // X1

PX925

SECRET // ORCON // NOFORN // X1

1.4a

**PREP (U):** 3.5c

**AQC (U):** BAGHDAD, IRAQ (2007/03/24)

**ENCL (U):** NONE

**DISSEM (U):** FIELD – NONE

**WARNING (U):** REPORT CLASSIFIED SECRET // REL TO USA AND MCFI

**DRV FROM (U):** MNF-IMNC-I SGC VERSION 3, 27 MAY 04.

**DECL ON:** X1

Approved for Release

PX926

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 6 April 2018

**SECRET // REL TO USA AND MCFI**

1.4a

**TACTICAL INTERROGATION REPORT:**
**REPORT NUMBER (U):** ⬚ 1.4a
**REPORT DATE (DOI) (U):** 26 MAR 07
**REPORTING UNIT (U):** ⬚ 1.4a
**COUNTRY (U):** IRAQ (IZ), IRAN (IR)

1.4c
1.4c
1.4c
1.4c

**SUMMARY (S//REL TO USA AND MCFI):**

- THE TENTH INTERROGATION OF N1228A
- DETAINEE VERIFIED THAT IRANIAN IRGC OFFICERS ARE TRAINING ARMED GROUPS FROM IRAQ IN IRAN
- DETAINEE PROVIDED INFORMATION ON IRANIAN FACILITATION FOR TRAINING ARMED IRAQI GROUPS
- DETAINEE PROVIDED TTP INFORMATION FOR IRGC SPONSORED TRAINING IN IRAN OF ARMED IRAQI GROUPS
- DETAINEE PROVIDED THE WORKING NAMES OF TWO IRGC OFFICERS FACILITATING TRAINING FOR SADR TREND "SPECIAL GROUPS"
- DETAINEE PROVIDED INFORMATION ON THE "AL-KHAMEINI" ARMED IRAQI GROUPS OPERATING IN IRAQ

**TEXT (S//REL TO USA AND MCFI):**
**1. BIOGRAPHICAL DATA (S//REL TO USA AND MCFI):**
**GIVEN NAME:** QAYIS
**FATHER'S GIVEN NAME:** HADI
**GRANDFATHER'S GIVEN NAME:** SA'ID
**CLAN NAME:** NONE
**TRIBAL NAME:** AL-KHAZALI
**ALIAS:** NONE
**EYE COLOR:** BROWN
**HAIR COLOR:** BLACK
**HEIGHT:** 5 FEET EIGHT INCHES
**WEIGHT:** 160 LBS
**DISTINGUISHING FEATURES:** IRREGULAR SHAPED PORTWINE BIRTHMARK, LEFT FRONT SHOULDER, ARMPIT AREA.
**ADDRESS:** AL-SALAH NEIGHBORHOOD, IN THE VICINITY OF AL-SALAH MOSQUE, KUFA, IRAQ.
**PHONE NUMBER:** NONE



**SECRET // REL TO USA AND MCFI**

SECRET // REL TO USA AND MCFI

| 1.4a |
| --- |

**MOBILE NUMBER:**  CLAIMS TO HAVE LOST HIS CELLULAR TELEPHONE SEVERAL DAYS PRIOR TO CAPTURE.
**POB:** BAGHDAD, IZ
**DOB:** 24 APRIL 1974
**MARITAL STATUS:** DIVORCED
**NATIONALITY:** IRAQI
**RELIGION:** SHI'A/ISLAM
**EDUCATION:** ELEMENTARY AND MIDDLE SCHOOL, 1995-PRESENT, THE SHI'A HAWZA RELIGIOUS TRAINING INSTITUTE IN AL-NAJAF, IZ.
**LANGUAGES (PROFICIENCY):** ARABIC (NATIVE), ENGLISH (ABLE TO SPEAK HALTINGLY).
**MOSQUE:** NONE
**IMAM:** NONE
**MILITARY EXPERIENCE:** PAID HIS WAY OUT OF THE IRAQI ARMY IN 1997 FOR 1.5 MILLION IRAQI DINAR.
**SPECIAL SKILLS:** NONE
**OCCUPATION:** POLITICIAN

**MEDICAL (U):** CLEARED FOR DETENTION / INTERROGATION / LAST CHECK UP: 26 MAR 07

**DETAINEE NUMBER:** N1228A

**FATHER:** HADI SA'ID AL-KHAZALI
**MOTHER:** DNA
**BROTHERS:** DNA
**SISTERS:** DNA
**WIFE:** DIVORCED
**CHILDREN:** 1 BOY, AWAIS (6), 1 GIRL, MAIS (8).  BOTH LIVE WITH THEIR MOTHER IN BAGHDAD, IZ.

**2. CIRCUMSTANCES OF CAPTURE:**
**CONOP:** ☐ 1.4a
**DTG OF CAPTURE:** 20 MAR 0300C 2007
**PLACE OF CAPTURE**: BASRAH, IZ
**APPREHENDING UNIT:** ☐ 1.4a
**REASON FOR CAPTURE:** DETAINEE IS A SUSPECTED AIF GROUP LEADER, AND IS ASSOCIATED WITH WEAPONS SMUGGLING FROM IRAN, EJK ACTIVITY, AND INVOLVEMENT WITH THE ATTACK ON THE KARBALA PJCC.
**CURRENT LOCATION:** ☐ 1.4a

**WEAPONS, DOCUMENTS AND EQUIPMENT (S//REL TO USA AND MCFI):**

**INTERROGATOR:** ☐ 3.5c
**LANGUAGE USED:** ARABIC

SECRET // REL TO USA AND MCFI

PX926

SECRET // REL TO USA AND MCFI

| 1.4a |
| --- |

**INTERPRETER (NATIVE DIALECT):** | 3.5c | (IRAQI)

**3. SUMMARY OF INTERROGATION / INTELLIGENCE GAINED (S//REL TO USA AND MCFI):**

DETAINEE VERIFIED THAT JAYSH AL-MAHDI (JAM) MEMBERS, AND MEMBERS OF THE SADR TREND "SPECIAL GROUPS" ARE RECEIVING MILITARY TRAINING AND SUPPORT FROM IRANIAN SOURCES.  IN ADDITION, MEMBERS OF THE BADR ORGANIZATION, AND THE "AL-KHAMEINI GROUPS" ARE RECEIVING TRAINING THERE (

| 1.4c |
| --- |
| 1.4c |
| 1.4c |
| 1.4c |
| 1.4c, |
| 1.4c |
| 1.4c |
| 1.4c |

THE AL-KHAMEINI GROUPS OPERATE THROUGHOUT IRAQ, HOWEVER THEY DO NOT ACTIVELY COOPERATE WITH THE SADR TREND SPECIAL GROUPS OR JAM.  DETAINEE DID NOT KNOW IF THEY COOPERATED WITH THE BADR ORGANIZATION OR NOT.

THE IRANIANS ARE EXTREMELY SECURITY CONSCIOUS OF THE LINES OF TRANSPORT AND FACILITATION FOR TRAINING GROUPS IN IRAQ.  FOR THAT REASON, ALL COMMUNICATION BETWEEN THE TWO IS KEPT TO A MINIMUM.  MOST OF THE CONTACT IS DONE ON A PERSONAL BASIS.  A GROUP LEADER OR THE TRAINING FACILITATOR FOR A GROUP WILL HAVE A PERSONAL RELATIONSHIP WITH A SINGLE IRANIAN OFFICER IN CHARGE OF FACILITATING THE TRAINING PROCESS FOR THAT GROUP.  ALL TRANSPORTATION, BORDER CROSSING, AND THE SCHEDULING OF TRAINING DATES WILL BE DONE THROUGH THAT IRANIAN OFFICER.

INITIALLY THE GROUP LEADER WILL NOTIFY HIS IRANIAN CONTACT WHEN THERE IS A GROUP READY TO TRAIN.  THE TRAINING GROUPS WILL USUALLY BE COMPRISED OF 10-20 INDIVIDUALS MAXIMUM.  THE IRANIAN CONTACT WILL NOTIFY THE GROUP LEADER OF THE DATES, PARTICULARS OF THE CHOSEN BORDER CROSSING, AND TRANSPORTATION FOR EACH TRAINING GROUP.  TO AVOID SUSPICION, MEMBERS OF THE GROUP TO BE TRAINED WILL TRAVEL SINGULARLY OR, AT THE MOST, IN COUPLES TO THE BORDER FOR THE CROSSING INTO IRAN.  ONCE ON THE IRANIAN SIDE THEY WILL BE PICKED UP, AND PROVIDED TRANSPORTATION TO THE TRAINING FACILITY

| 1.4c |
| --- |
| 1.4c |

SECRET // REL TO USA AND MCFI

**PX926**

SECRET // REL TO USA AND MCFI

1.4a

1.4c
1.4c
1.4c
1.4c

1.4c    1.4c

THE IRANIAN OFFICERS WHO TAKE CARE OF THE FACILITATION OF THE TRAINING FOR IRAQI GROUPS ARE IRANIAN ISLAMIC REVOLUTIONARY GUARD CORP (IRGC) OFFICERS.  THERE ARE APPROXIMATELY FIVE OF THEM IN CHARGE OF ALL OF THE IRAQI GROUPS FOR THE SAKE OF SECURITY. DETAINEE HAS ONLY MET TWO OF THEM, 1.4c
1.4c .

THERE ARE THREE SEPARATE TRAINING CAMPS (CNA) LOCATED NORTH OF TEHRAN, IR, BUT VERY CLOSE TO THE CITY 1.4c
1.4c
1.4c    ALL OF THE CAMPS HAVE NAMES, BUT DETAINEE WAS ABLE TO REMEMBER ONLY ONE OF THEM AS CAMP IMAM AL-KHAMEINI.

THE TRAINING INSTRUCTORS AT THE CAMP ARE ALL IRANIANS, AS THEY SPOKE FARSI, AND HAD TO HAVE INTERPRETERS TO TRANSLATE THERE INSTRUCTIONS IN TO ARABIC.

THE TRAINING IS PROGRESSIVE, 1.4c
1.4c
1.4c
1.4c
1.4c
1.4c
1.4c
1.4c
1.4c
1.4c

ALTHOUGH THERE IS NO COOPERATION BETWEEN THEM, SEVERAL DIFFERENT GROUPS FROM VARIOUS TRENDS IN IRAQ MAY BE TRAINING AT THE SAME TIME AT THE TRAINING CAMPS 1.4c
1.4c
1.4c
1.4c

SECRET // REL TO USA AND MCFI

PX926

SECRET // REL TO USA AND MCFI

1.4a

**INTERROGATION APPROACH / TECHNIQUES (S//REL TO USA AND MCFI):**

1.4c

**4. COMMENTS (S//REL TO USA AND MCFI):**

**INTERROGATOR COMMENTS** 1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

1.4c

**SENIOR INTERROGATOR COMMENTS:** NONE

SECRET // REL TO USA AND MCFI

PX926

SECRET // REL TO USA AND MCFI

| 1.4a |
| --- |

## 5.  POINTS OF CONTACT (U):

SIPR EMAIL

| 3.5c |
| --- |

| 3.5c |
| --- |

| 3.5c |
| --- |

**NOTE:  ALL ARABIC SPELLINGS ARE IAW DI POLICY NO. 033, "SPELLING NAMES OF FOREIGN PERSONS IN DI PRODUCTS," DATED 02 DEC 03 AND DDCICM DIRECTIVE, "INTELLIGENCE COMMUNITY STANDARD FOR THE TRANSLITERATION OF ARABIC NAMES IN FINAL WRITTEN REPORTS AND PRODUCTS," DATED 04 JUN 03, IN COMPLIANCE WITH SECTION 352 OF THE INTELLIGENCE AUTHORIZATION ACT OF 2003.**

**PREP (U):** | 3.5c |
**AQC (U):** BAGHDAD, IRAQ (2007/03/26)
**ENCL (U):** NONE
**DISSEM (U):** FIELD – NONE
**WARNING (U):** REPORT CLASSIFIED SECRET // REL TO USA AND MCFI
**DRV FROM (U):** MNF-IMNC-I SGC VERSION 3, 27 MAY 04.
**DECL ON:** X1

Approved for Release

SECRET // REL TO USA AND MCFI

**PX926**

PX928

UNCLASSIFIED

**UNCLASSIFIED REPORT ON
MILITARY POWER OF IRAN
April 2010**

**Congressionally Directed Action (CDA) – Military Power of Iran**

Section 1245 of the Fiscal Year National Defense Authorization Act requires the
Secretary of Defense to submit an unclassified and classified report to Congress on the
current and future military strategy of Iran.  Below is the unclassified report in response
to the congressional direction.

**Goals of Iranian Strategy**

Since the revolution, Iran's first priority has consistently remained the survival of the
regime.  Iran also seeks to become the strongest and most influential country in the
Middle East and to influence world affairs.  The theocratic leadership's ideological goal
is to be able to export its theocratic form of government, its version of Shia Islam, and
stand up for the "oppressed" according to their religious interpretations of the law.  In
recent years, Iran's ideological goals have taken a back seat to pragmatic considerations.

To ensure regime survival, Iran's security strategy is based first on deterring an attack.
For years it has publicly discussed its "20-Million Man Army" and its asymmetric
warfare doctrine as deterrents to any would-be invader.  Iran has also extended its
outreach and support to governments and dissident groups that oppose U.S. interests.
Diplomacy, economic leverage, soft power, and active sponsorship of terrorist and
paramilitary groups are tools Iran uses to drive its aggressive foreign policy.  In
particular, it uses terrorism to pressure or intimidate other countries and more broadly to
leverage it as a strategic deterrent.  The most notable example of this strategy includes
Iran's support for Lebanese Hizballah as well as its influence over proxy groups in Iraq.

Iran's military strategy is designed to defend against external or "hard" threats from the
United States and Israel.  Iran's principles of military strategy include deterrence,
asymmetrical retaliation, and attrition warfare.  Iran's nuclear program and its willingness
to keep open the possibility of developing nuclear weapons is a central part of its
deterrent strategy.  Iran can conduct limited offensive operations with its strategic
ballistic missile program and improved naval forces.

**Trends in Iranian Strategy**

According to press statements, Iran's 20 year outlook plan (2005-2025) provides the
framework for the policies of the 5 year plan (2010-1015) and seeks to make Iran a "top
regional power."  Among other objectives, the 5 year plan seeks to expand bilateral,
regional, and international relations, strengthen Iran's ties with friendly states, and
enhance Iran's defense and deterrent capabilities.

UNCLASSIFIED

**UNCLASSIFIED**

Iran seeks to increase its stature by countering U.S. influence and expanding ties with regional actors while advocating Islamic solidarity.  It also seeks to demonstrate to the world its "resistance" to the West.  Iran is attempting to secure political, economic, and security influence in Iraq and Afghanistan while undermining U.S. efforts by supporting various political groups, providing developmental and humanitarian assistance, and furnishing lethal aid to Iraqi Shia militants and Afghan insurgents.  In an attempt to increase influence in the Levant, Iran provides weapons, training and money to Lebanese Hizballah, its strategic partner.  Iran has also signed economic and security agreements with other nations, particularly in Latin America and Africa, and is attempting to do the same in the broader Middle East region.

The Iranian regime uses the Islamic Revolutionary Guard Corps- Qods Force (IRGC-QF) to clandestinely exert military, political, and economic power to advance Iranian national interests abroad.  IRGC-QF global activities include: gathering tactical intelligence; conducting covert diplomacy; providing training, arms, and financial support to surrogate groups and terrorist organizations; and facilitating some of Iran's provision of humanitarian and economic support to Islamic causes.

Iran provides Lebanese Hizballah and Palestinian terrorist groups – notably, HAMAS, Palestinian Islamic Jihad, and the Popular Front for the Liberation of Palestine (PFLP-GC) – with funding, weapons, and training to oppose Israel and disrupt the Middle East Peace Process.  The IRGC-QF is Iran's primary vehicle for providing materiel and lethal support to Lebanese Hizballah, which Iran views as an essential partner for advancing its regional policy objectives.

**Iranian Strategy in the Region**

**Iraq.**  Iran continues to drive a multi-pronged strategy in Iraq, including continued support to select Iraqi surrogate groups.  The IRGC-QF Ramazan Corps is responsible for carrying out Iran's policy in Iraq.  To more effectively execute Iran's policy, the IRGC-QF posts its officers in Iran's diplomatic missions throughout Iraq, including Iran's outgoing Ambassador to Iraq, Hassan Kazemi-Qomi.  The incoming Ambassador to Iraq, Hassan Danafar, is also a Qods Force officer.

Iran continues to provide money, weapons and training to select Iraqi Shia militants and terrorists despite pledges by senior Iranian officials to stop such support.  The weapons include:

- Explosively Formed Penetrators (EFPs) with radio-controlled, remote arming and passive infrared detonators
- Improvised Explosive Devices (IED)
- Anti-aircraft weapons
- mortars
- 107 and 122 millimeter rockets
- rocket-propelled grenades and launchers
- explosives

**UNCLASSIFIED**

**2**

PX928

**UNCLASSIFIED**

- small arms.

Iran also offers strategic and operational guidance to militias and terrorist groups to target U.S. Forces in Iraq and undermine U.S. interests. In addition to providing arms and support, IRGC-QF is responsible for training Iraqi insurgents in Iran, sometimes using Lebanese Hizballah instructors. Lebanese Hizballah provides insurgents with the training, tactics and technology to conduct kidnappings, small unit tactical operations and employ sophisticated IEDs. In addition to weapons and support, Iran continues training Shia militants in the use of IEDs, EFPs, and the counter-measures designed to defeat these weapons and the networks that design, build, emplace and fund them draw persistent counter-responses. The flow of new IED technologies and highly creative emplacement and employment methods underscore the enemy's ability to adapt and react quickly and efficiently to CF countermeasures.

**Afghanistan**. Iran continues to actively try and influence events in Afghanistan through a multi-faceted approach involving support for the Karzai government, economic and cultural outreach to the population, while covertly supporting various insurgent groups and political opposition groups. Tehran's support for the Government of Afghanistan is reflected in its diplomatic presence as well as numerous Iranian NGOs active in the country. Tehran has also pledged over a billion dollars in aid, but has actually paid only small fraction. Iran has used the threat of repatriating the large Afghan refugee population residing in Iran as a lever to influence the Government of Afghanistan, especially in the harsh winter months. Iranian officials met with President Karzai and his main opponent Abdullah throughout the campaign and worked hard to appear as the consensus maker during the post election period. Tehran has also leveraged long time relationships with numerous officials such as Gulbuddin Hekmatyar and Ismail Khan, both of whom lived in Iran for a period of time. Arms caches have been recently uncovered with large amounts of Iranian manufactured weapons, to include 107mm rockets, which we assess IRGC-QF delivered to Afghan militants. While it is difficult to determine the exact time the arms were brought into Afghanistan, their recent manufacture date suggests lethal support is ongoing. Tehran's support to the Taliban is inconsistent with their historic enmity, but fits with Iran's strategy of backing many groups to ensure that it will have a positive relationship with the eventual leaders.

**Lebanon.** Iran has been involved in Lebanon since the early days of the Islamic Republic, especially seeking to expand ties with the country's large Shia population. The IRGC played an instrumental role in the establishment of Lebanese Hizballah in 1982 and has continued to be vital to the development of the organization. The IRGC-QF provides financial, weapons, training, and logistical support to Lebanese Hizballah. In turn, Lebanese Hizballah has trained Iraqi insurgents in Iraq, Iran and Lebanon, providing them with the training, tactics and technology to conduct kidnappings, small unit tactical operations and employ sophisticated improvised explosive devices (IEDs), incorporating lessons learned from operations in southern Lebanon.

**Size and Capabilities of Iranian Conventional Forces**

**UNCLASSIFIED**
**3**

PX928

**UNCLASSIFIED**

According to the Constitution of the Islamic Republic, the Supreme Leader, is commander-in-chief of the armed forces, which consist of three main components: the regular military (sometimes referred to as the Artesh); the Islamic Revolutionary Guard Corps (IRGC) or Pasdaran, and the Law Enforcement Force (LEF). These forces are responsible for defending Iran's borders and providing for internal security. The LEF is formally subordinate to the Ministry of Interior, and plays a key role in internal security and frontier security.

**Ground Forces**

The strength of the Islamic Republic of Iran Ground Force (IRIGF) is estimated at 220,000 personnel, 4 armored, 6 infantry, 2 commando divisions; several independent armor, infantry, airborne, commando brigades, and artillery groups.

The strength of the IRGC Ground Resistance Forces (IRGC-GRF) is estimated at 130,000 personnel, 31 Provincial Corps (two in Tehran Province) generally comprised of armor and infantry brigades, and artillery groups. Additionally, each brigade is allocated ten Basij battalions, called Imam Hossein Battalions, which will support the brigade in its combat operations.

| Ground Systems | Estimated Inventory |
|---|---|
| Tanks | 1,800 - 1,900 |
| Armored Vehicles | 1,800 - 1,900 |
| Artillery | 2,300 – 2,800 |
| Multiple Rocket Launchers | 900 |
| Mortars | 5,000+ |
| Air Defense Artillery | 1,100+ |
| Man Portable Air Defense Systems | Numerous |
| Anti-Tanks Weapons | Numerous |

**Iranian Ground Systems**

**UNCLASSIFIED**
**4**

PX928

**UNCLASSIFIED**

**Naval Forces.**

The strength of the Islamic Republic of Iran Navy (IRIN) is estimated at 18,000 personnel with 4 naval districts. However, the exact squadron structure is unknown, but includes submarine, missile boat, patrol boat and auxiliary units, naval aviation units, naval riflemen, and marine commando units

The strength of the Islamic Revolutionary Guard Corps Navy (IRGC-N) is estimated at 20,000 personnel. The exact force structure is not known, but includes missile, torpedo and small patrol boat units, several anti-ship coastal defense missile batteries, naval riflemen and commando units.

| Naval System | Estimated Inventory |
|---|---|
| Submarines (attack / midget) | 3 / 4 |
| Corvette | 4 |
| Guided Missile Patrol Boats | 18 |
| Patrol Boats / Craft* | 80 |
| Coastal Defense (Launchers / Missiles) | 12 / 100+ |
| Naval Mines | 3,500 |
| Helicopters | 32 |

**Iranian Naval Systems**
***In addition, the IRGCN controls hundreds of small patrol boats.***

**Air Forces**

The strength of the Islamic Republic of Iran Air Force (IRIAF) is estimated at 52,000 personnel, 10 fighter bases, 19 fighter/fighter bomber and trainer squadrons, 1 reconnaissance squadron, and 10 transport/tanker squadrons.

The strength of the Islamic Revolutionary Guard Corps Air Force (IRGC-AF) is estimated at 5,000 personnel. The force structure is unclear, but it includes some ground attack and transport trainer units.

| Aircraft | Estimated Inventory |
|---|---|
| Fighters / Fighter Bombers | 338 |
| Reconnaissance | 9 |
| Transport | 96 |
| Tankers | 4 |
| Helicopters | 60 |

**Iranian Aircraft**

The IRIAF remains largely dependent on 1970's-vintage U.S. aircraft like the F-4 Phantom II, the F-14A Tomcat, and the F-5E Tiger II. Iran's most advanced fighter is the MiG-29 Fulcrum, and Tehran has managed to keep a substantial portion of its fleet of

**UNCLASSIFIED**
5

PX928

UNCLASSIFIED

U.S.-supplied aircraft flying. While Iran has not procured new aircraft in over 10 years, it has been seeking to meet some of its requirements by developing its own indigenous combat aircraft, most of which are derivatives of U.S.-built F-5A Freedom Fighters and F-5E Tiger IIs. One noteworthy project is the twin-tailed Saeqeh (Thunderbolt), of which several examples have apparently been built.

Iran's exercises and military literature make it clear that its air planners understand the value of airborne early warning and C4I systems, airborne intelligence, electronic warfare platforms, unmanned aerial vehicles (UAVs) and airborne refueling. Where UAVs are concerned, Iran has an active program and two families of reconnaissance, target and lethal UAVs. However, the IRIAF has not been able to progress in other areas. For instance, the IRIAF's lone airborne early warning and control system (AWACS) platform crashed in September 2009, killing all seven people on board. Iran is also building indigenous precision-guided munitions for the IRIAF, but recent large-scale exercises showed fighters delivering conventional unguided munitions.

**Air Defense**

The strength of the air defense forces is estimated at 12,000 personnel, a headquarters and five regional air defense sectors, small, but growing number, of surface-air-missile (SAM) sites, as well as numerous anti-aircraft artillery (AAA) sites.
- Major SAM systems include: I-HAWK, CSA-1, SA-5, SA-6, SA-15, FM-80, Rapier
- AAA gun systems include: 100mm, 57mm, 35mm, 23mm guns

In 2009, Iran established a separate air defense force under the command of BG Ahmad Miqani, as a fourth force in the Artesh. The new service consolidates equipment and personnel under a single commander and has authority over both regular and IRGC air defense units. Iranian officials gave a number of reasons for creating an air defense force, including the need to better defend the nuclear sites, improve the maneuverability and capability of the air defense forces, and consolidating information-gathering and air defense forces in a single service. Iran is unlikely to seek to develop a fully integrated nationwide air defense system. Instead, it seems to prefer a point defense strategy, with its strongest defenses located around key strategic centers.

Tehran continues to invest heavily in advanced air defenses, and the potential acquisition of the Russian SA-20 surface-air-missile system (SAM) remains a major part of its air defense modernization efforts. Iran's procurement of modern SAMs with automated command, control and communications systems will be a significant upgrade to existing Iranian air defense capabilities and improve its ability to protect senior leadership and key nuclear and industrial facilities. Iran acquired modern TOR-M1 short range surface-to-air missiles in 2007 and has displayed newly acquired and indigenously built radar systems at its Holy Defense Week parade.

UNCLASSIFIED
6

PX928

**UNCLASSIFIED**

**Effectiveness of Iranian Conventional Forces**

Iran maintains very sizeable military forces, but they would be relatively ineffective against a direct assault by well trained, sophisticated military such as that of the United States or its allies. At present, Iran's forces are sufficient to deter or defend against conventional threats from Iran's weaker neighbors, such as post-war Iraq, the GCC, Azerbaijan and Afghanistan, but lack the air power and logistical ability to project power much beyond Iran's borders or to confront regional powers such as Turkey or Israel.

**Iranian Military Doctrine**

Iran has historically placed the majority of its conventional force strength to include armor, mechanized infantry, and infantry units close to its borders with Iraq and Turkey. This reflects Iran's perception of threats and defensive military doctrine, which is designed to slow an invasion and force a diplomatic solution to hostilities. Iranian military training and public statements echo this defensive doctrine of delay and attrition. Iran continues to build its capability to counter more advanced adversaries, including the recent merger of the Basij Resistance Forces (600,000 estimated personnel) with the IRGC ground forces.

**Military Funding**

According to the 2010 Military Balance, Iran's total defense spending is about 2.8 percent of GDP –approximately $9.6 billion in FY2008-09. Iran's defense spending as a share of GDP is relatively low compared to the rest of the region. However, we do not have precise information on how much funding is allocated to each branch of Iran's military or to special operations forces. Additionally, defense spending may not necessarily reflect all of Iran's expenditures in defense-related activities.

**Special Forces and IRGC–Qods Force**

Iran established the Islamic Revolutionary Guard Corps – Qods Force (IRGC-QF) in 1990 as an elite unit within the IRGC. Although its operations sometimes appear at odds with the public voice of the Iranian regime, it is not a rogue outfit; it receives direction from the highest levels of government , and its leaders report directly, albeit informally, to Supreme Leader Ali Khamenei, employing complementary diplomatic and paramilitary strategies

The IRGC-QF stations operatives in foreign embassies, charities, and religious/cultural institutions to foster relationships with people, often building on existing socio-economic ties with the well established Shia Diaspora. At the same time, IRGC-QF engages in paramilitary operations to support extremists and destabilize unfriendly regimes. IRGC and IRGC-QF have been involved in or behind some of the deadliest terrorist attacks of the past 2 decades, including the 1983 and 1984 bombings of the U.S. Embassy and annex in Beirut, the 1983 bombing of the Marine barracks in Beirut, the 1994 attack on the AMIA Jewish Community Center in Buenos Aires, the 1996 Khobar Towers

**UNCLASSIFIED**
7

PX928

**UNCLASSIFIED**

bombing in Saudi Arabia, and many of the insurgent attacks on Coalition and Iraqi Security Forces in Iraq since 2003. It generally directs and supports the groups that actually execute the attacks, thereby maintaining plausible deniability within the international community.

Support for these extremists takes the form of providing arms, funding, and paramilitary training. In this, IRGC-QF is not constrained by ideology; many of the groups it supports do not share, and sometimes openly oppose, Iranian revolutionary principles, but Iran supports them because they share common interests or enemies.

IRGC-QF maintains operational capabilities around the world. It is well established in the Middle East and North Africa, and recent years have witnessed an increased presence in Latin America, particularly Venezuela. If U.S. involvement in conflicts in these regions deepens, contact with the IRGC-QF, directly or through extremist groups it supports, will be more frequent and consequential.

Each Provincial Corps in the IRGCGRF possesses a unit, called Saberin, which has limited special operations capabilities. These units rotate to the northwest to perform counter-insurgency against Kurdish PJAK and to the southeast to operate against Jundallah.

**Iranian Support to Terrorists and Regional Militant Groups**

We assess with high confidence that over the last three decades, Iran has methodically cultivated a network of sponsored terrorist surrogates capable of conducting effective, plausibly deniable attacks against Israel and the United States.

We judge Tehran provides support to terrorist and militant groups to support Iran's strategic interests in each situation. Elements of Iran's Islamic Revolutionary Guard Corps (IRGC) have provided direct support to terrorist groups, assisting in the planning of terrorist acts or enhancing terrorist group capabilities. Through the IRGC-QF Iran provides material support to terrorist or militant groups such as: HAMAS, Lebanese Hizballah, Palestinian Islamic Jihad, Taliban, and Iraqi Shia groups. In addition to the underlying relationship and Iran's strategic goals, the operating environment also factors into the type, quality, and quantity of aid Iran provide to a terrorist or insurgent group.

Iran, through its longstanding relationship with Lebanese Hizballah, maintains a capability to strike Israel directly and threaten Israeli and U.S. interests worldwide. With Iranian support, Lebanese Hizballah has successfully exceeded 2006 Lebanon conflict armament levels. On 4 November, Israel interdicted the merchant vessel FRANCOP, which had 36 containers, 60 tons, of weapons for Hizballah to include 122mm katyushas, 107mm rockets, 106mm antitank shells, hand grenades, light-weapon ammunition. The IRGC-QF operates training camps in Lebanon, training as many as 3,000 or more LH fighters. Additionally, Iran also provides roughly $100-200 million per year in funding to support Hizballah.

Iran provides Kata'ib Hizballah (KH)—an Iraqi Shia terrorist group—and other Iraqi

**UNCLASSIFIED**
**8**

PX928

**UNCLASSIFIED**

militant groups with weapons and training. Inside Iran, the IRGC-QF or Lebanese Hizballah-led training includes: small arms, reconnaissance, small unit tactics, and communications. Some individuals or groups receive more specialized training in assassinations, kidnappings, or explosives. Iranian materiel assistance and training increased the lethality of roadside Improvised Explosive Devices (IED) and improvised rockets, enhancing the capabilities of the supported groups.

Iran's support to Palestinian groups—including HAMAS, Palestinian Islamic Jihad, and the Popular Front for the Liberation of Palestine-General Command—produced improvements in the groups' capabilities and increased the threat to Israeli and U.S. interests in the region. Iranian training and material support assisted HAMAS in the development of the Qassam rocket, extending the range to 40km. Iran continues to supply weapons, money, and weapons components to Palestinian extremist groups that are then smuggled into Gaza through tunnels in the Philadelphi corridor. Iran may have assisted Gaza-based Palestinian groups in producing rockets whose range may now exceed 40km.

The IRGC-QF provided limited and measured lethal support to select Afghan insurgent and terrorist groups since at least 2006. Iranian supplied 107mm rockets, plastic explosives, and mortar rounds that have been recovered in Taliban-affiliated cache locations. We judge Iranian lethal aid and financial assistance potentially increase these groups' operational capabilities.

**Iranian Unconventional Capabilities**

Iran's unconventional forces, to include its paramilitary forces that are trained according to its asymmetric warfare doctrine, would present a formidable force on Iranian territory. These forces would include commando and special forces units, smaller specially trained teams embedded within the conventional force units, selected Basij forces, and combat patrols of the Law Enforcement Forces. The combined numbers of personnel could exceed one million.

However, Iran has a limited capability to project force beyond its borders. Attacks on U.S. forces in other countries would likely be limited to surrogates or small numbers of trained personnel disguised as civilians.

**Iranian Funding for Special Operations Forces**

According to the 2010 Military Balance Iran's total defense spending is about 2.8 percent of GDP or approximately $9.6 billion in FY2008-09. Iran's defense spending as a share of GDP is relatively low compared to the rest of the region. However, we do not have precise information on how much funding is allocated to each branch of Iran's military, its special operations forces, and terrorist groups.

**UNCLASSIFIED**
9

UNCLASSIFIED

**Iranian Nuclear Weapons Capabilities and Developments**

Iran is developing technological capabilities applicable to nuclear weapons and, at a minimum, is keeping open the option to develop nuclear weapons, if it chooses to do so. Iran continues its uranium enrichment and heavy water nuclear reactor activities in violation of multiple U.N. Security Council resolutions and also continues to develop ballistic missiles which could be adapted to deliver nuclear weapons.

Iran has installed over 8,000 centrifuges at Natanz and accumulated more than enough low enriched uranium for a nuclear weapon, if further enriched and processed. However, according to the IAEA, Iran also appears to be experiencing some problems at Natanz and is only operating about half of the installed centrifuges, which constrains its ability to produce larger quantities of low-enriched uranium.

For several years, Iran has been constructing an underground enrichment facility near Qom, and has stated it intends to begin enrichment operations there in 2011. Iran has been building this facility in contravention of U.N. resolutions and in violation of its international nuclear safeguards obligations.

Tehran has also refused to cooperate with the International Atomic Energy Agency's requests for access to facilities, documents, and personnel as part of its investigation of Iran's past nuclear weapons-related work. Iran's nuclear activities and related lack of openness with the international community pose a significant threat to the peace and stability of the Middle East.

Iran has gone to lengths to protect its nuclear infrastructure from physical destruction and has placed an emphasis on a number of factors to include locating facilities in buried, hardened facilities and is attempting to acquire sophisticated air defense systems, like the Russian S300, to be installed at nuclear installations.

PX928

**UNCLASSIFIED**

**Iranian Missile Capabilities**

**Ballistic Missiles**

Regular Iranian ballistic missile training continues throughout the country.  Iran continues to develop ballistic missiles that can range regional adversaries, Israel, and central Europe, including Iranian claims of an extended-range variant of the Shahab-3 and a 2,000-km medium range ballistic missile (MRBM), the Ashura.  Beyond the steady growth in its missile and rocket inventories, Iran has boosted the lethality and effectiveness of existing systems with accuracy improvements and new sub-munition payloads.

| Missile | Deployed | Range (mi) | Propellant Type | Deployment Mode |
|---------|----------|------------|-----------------|-----------------|
| Tondar | Yes | 93 | 1st Solid / 2nd Liquid | Road-Mobile |
| Fateh-110 | Yes | 120+ | Solid | Road-Mobile |
| Shahab 1 | Yes | 185 | Liquid | Road-Mobile |
| Shahab 2 | Yes | 310 | Liquid | Road-Mobile |
| Shahab 3 | Yes | 800 | Liquid | Road-Mobile |
| Shahab 3 Variant | Possibly | 1200+ | Liquid | Road-Mobile |
| Sejil MRBM | No | 1200+ | Solid | Undetermined |

**Iranian Ballistic Missiles**

With sufficient foreign assistance, Iran could probably develop and test an intercontinental ballistic missile (ICBM) capable of reaching the United States by 2015.  Iran could also have an intermediate-range ballistic missile (IRBM) capable of threatening Europe.  In late 2008 and early 2009, Iran launched the Safir, a multi-stage space launch vehicle, which indicates progress in some technologies relevant to ICBMs.

Over the past two decades, Iran has placed a significant emphasis on developing and fielding ballistic missiles to counter perceived threats from Israel and coalition forces in the Middle East and to project power in the region.  Iran actively began acquisition and production programs in the 1980s during the Iran-Iraq war to address its inability to counter Iraqi missile attacks.  In developing and expanding its missile program, Iran has received assistance from North Korea and China.  At present, Iran is assessed to have the largest deployed ballistic missile force in the Middle East with approximately 1000 missiles that range from 90–1200 miles.  To demonstrate is missile capabilities; Iran has conducted a total of four highly publicized exercises ("Noble Prophet"), since 2006.

Short-range ballistic missiles provide Tehran with an effective mobile capability to strike coalition forces in the region.  Iran continues to improve the survivability of these systems through technological advances, such as solid-propellant and the use of anti-missile defense tactics.

**UNCLASSIFIED**
11

PX928

**UNCLASSIFIED**

Iran has also developed medium-range ballistic missiles to target Israel and continues to increase the range, lethality, and accuracy of these systems.  For example, the Shahab 3, based on the North Korean No Dong, can reach all of Israel. The Ashura or "Sejil" is an indigenous, two-stage missile that is in development.  It uses solid-propellant technology, which reduces the launch preparation time and footprint.

**Cruise Missiles**

Coastal defense cruise missiles (CDCMs) are an important layer in Iran's defense of or denial of access to the Gulf and Strait of Hormuz.  Iran can attack targeted ships with anti-ship cruise missiles (ASCMs) from its own shores, islands, and oil platforms using relatively small mobile launchers.

The C801/802 is Iran's primary CDCM, first imported from China in 1995.  The C801/802 is capable of engaging targets at a range of six nautical miles, and has greater accuracy, a lower cruising altitude, and a faster set-up time than the Seersucker missile Iran used during the Iran-Iraq War.  The C801/802 allows Iran to target any point within the Strait of Hormuz and much of the Persian Gulf and Gulf of Oman.  Iran has also worked with China to develop shorter range missiles, including the C701, for deployment in narrow geographic environments.

Iran can readily deploy its mobile CDCM launchers anywhere along its coast.  These systems have auto control and radar homing guidance systems, and some can target using a remote air link.  Mobile CDCMs, combined with multiple rocket launchers (MRLs), coastal artillery, and ballistic missiles, Iran hopes to overwhelm enemy air defenses.

**Iranian Funding for Nuclear Weapons and Ballistic Missiles**

We have no information on Iran's missile funding nuclear or weapons program budget.

**UNCLASSIFIED**
**12**

PX928

PX934

Declassified by BG David Julazadeh
Acting USCENTCOM Chief of Staff
Declassified on 28 March 2018

~~SECRET~~ **SECRET** DISTR



# DEPARTMENT OF DEFENSE
TASK FORCE 1.4(a)
MULTI-NATIONAL FORCE-IRAQ
APO AE 09342

REPLY TO
ATTENTION OF:
Magistrate Office

8/13/2007

## MEMORANDUM

Subj: MAGISTRATE REVIEW PURSUANT TO CPA MEMO 3 (REVISED)

| | |
|---|---|
| Detainee Name: | **QAIS HADY SAID HUSSAN** |
| Nationality: | **Iraqi** |
| Juvenile: | **NO** |
| ISN: | **200243** |
| Companion ISN(s): | **200242, 200243, 311933, 311688, 312219, 311820, 312102, 312485** |
| CTN: | 1.4 a |
| Companion CTN(s): | 1.4(a) |
| Capture Date: | **3/20/2007** |
| MSC: | **MNDCS** |
| USSF: | **YES** |
| Capture Location: | **Al Basrah** |
| Internment Facility: | **Cropper** |
| Reason(s) for internment: | |

**leading insurgent cells**
**member of a major terrorist group**
**insurgent support**
**smuggling weapons**

The following item(s) were found on the Detainee or at the place of capture:

| | |
|---|---|
| 4 pistol(s) | computer(s) |
| 18 cell phone(s) | |

| | |
|---|---|
| Explosives test results: | **not indicated** |
| Test method: | |
| Level: | |
| Explosive type: | |

Disposition Recommendation:   **CCCI**

I have carefully reviewed all available evidence and intelligence materials contained within Detainee's file.

## 1.  Summary of Information Releasable at the CRRB.

Detainee is a first time capture.  He was captured by other forces during a raid because he was suspected of insurgent activities.

Detainees were captured during a targeted raid by a 1.4(d) forces captured 200243   1.4(a)   200242   1.4(a)
311933   1.4(a)  (a Lebanese Hezbollah officer), 311688   1.4(a)   312219   1.4(a)   311820   1.4(a)
312102   1.4(a)   and 312485   1.4(a)    The hard drives contained numerous insurgent related documents and photographs, including:  a journal detailing upcoming operations or meetings; "how to" manuals on

000323

PX934

**SECRET**

operating arms / munitions systems – including various missile and RPG launchers; old U.S. military training materials; photographs of MNF equipment and resources; Google Earth aerial photographs of regions and cities in Iraq, including Baghdad and Balad; Google Earth aerial photographs of an MNF base; maps of regions and cities in Iraq; photographs of U.S. service members performing their jobs; photographs of destroyed U.S. military equipment; photographs of an unknown shipyard; photographs of a destroyed MNF dining facility; and, propaganda videos by ISI showing missile testing, dead bodies, and destroyed vehicles. Of note, photographs were also found of items from the wallet of [ 3.5(c) ] a U.S. soldier killed in a complex attack on the Provincial Joint Coordination Cell in Karbala on 20 JAN 07 – including his SSA card, credit cards, identification cards, and family photographs.  Documents seized include: spreadsheets detailing weapons and targets; step-by-step instructions for operations / attacks; and numerous letters equivalent to after-action reports detailing attacks, including, for example: an ambush of and IED attack on a MNF convoy in Karbala, resulting in 4 x MNF KIA; an IED attack on a British patrol which destroyed two Land Rovers and killed the occupants; and a sniper attack on a British patrol which killed a British soldier.

2. **Summary of Information Not Releasable at the CRRB.**  Intelligence reporting not releasable to Iraq contains the following additional information:

*JAM / History / Involvement of Qayis and Layth:*  Qayis, 200243 [ 1.4(a) ] was the primary leader of the Shi'a special groups and a former advisor to Muqtada al Sadr (MAS).  In this position, Qayis had significant links to Iran.  This affiliation was used to procure weapons and funding for use by JAM and special groups against MNF.

Qayis and his brother Layth (200242, [ 1.4(a) ] are members of the Sadr Trend, a group of followers of the late Muhammad al Sadr.  The Sadr Trend is a reference to MAS' father and his ideas – not MAS himself.  Most people within the Sadr movement believe that Ayatollah Ha'iri was the one chosen by Muhammad al Sadr to lead the movement when the elder Sadr died (rather than MAS).  Qayis and Layth are staunch followers of Ha'iri.  Nevertheless, when MAS took control of the organization, Qayis and Layth remained members.  According to Layth, the Sadr Trend has the following "tiers" under MAS:  Tier 1 included Qayis and 11 persons of "great influence"; Tier 2 included OMS officials, Hazwa students, persons of "notable influence" (e.g., government officials); and Tier 3 included JAM general army, general and special groups.

Under the leadership of MAS, Qayis acted as the National Administrator for all Offices of the Martyr Sadr (OMS) throughout Iraq.  Layth worked under Qayis and was also a close associate and advisor of MAS, particularly after Qayis was dismissed from JAM.

Layth was heavily involved with financing the Sadr Trend, including financing, constructing and operating all OMS offices in Iraq.  Qayis and Layth also actively collected donations and facilitated weapons transport into Sadr City.  Additionally, Qayis and Layth actively disseminated money to families of martyrs and others from Sadr City.

After MNF stepped up efforts to attack MAS, MAS issued a mandate ordering the creation of "special groups" separate and distinct from JAM intended to carry out attacks on Americans and Wahabbis.  The groups relied primarily on IEDs, which resulted in fewer deaths of JAM members.  When special groups were formed, Qayis and Akram al Kabi were named the general supervisors, or members of the Ishraf Committee (Ishraf means oversight and supervision).  Qayis and Layth were directly involved with special groups, and in this position they would negotiate and procure weapons and IEDs from Iran and distribute them to JAM.  Layth was instrumental in acquiring surface-to-air missiles (SAMS), RPGs, bazookas and stella missiles for special groups.

In August 2006, MAS asked Qayis to lead a delegation to Tehran to discuss the situation in Iraq and Iranian support for JAM.  According to reporting, Ali Khomeini met with Qayis and recruited him to lead a special group known as Asayb al-Haq, or the K2 network.  The K2 network would operate without the knowledge or authorization of MAS.  Qayis agreed.  Iran was interested in working with Qayis because of his influence on MAS.  Layth served as a liaison between the secret network formed by Qayis and the Iranians.  In this position, Layth traveled frequently between Iraq, Iran and Syria.

PX934

SECRET

During this time, Qayis' popularity and influence grew within the OMS offices, the Sadr Trend, and Iraqi government circles. MAS became concerned with Qayis' affiliations with Iran and with attempts to usurp his own power. While willing to accept financial aid from Tehran, MAS was self-conscious about that financial support and wanted to be the primary point of contact with Iran. Also during this time, MAS grew concerned that the special groups were not reporting to him or seeking his authorization. One such attack that was conducted without his authorization was on the Provincial Joint Coordination Cell (PJCC) in Karbala (see discussion below). As a result, MAS began an effort to centralize power within the organization and bring special groups within his domain. Suspicious of his power and influence, MAS dismissed Qayis because he had carried out unauthorized operations, formed a secret network, and acquired advanced weapons from Iran. MAS accused him of insubordination, betrayal, treachery and treason. MAS then relieved him of his duties and deprived him of all his related authorities. MAS also dismissed Akram, and put a man named Abbas al-Kufi in charge of special groups. After the dismissal of Qayis, several JAM members conducted unpopular killings and attempted to blame the deaths on Qayis and Layth. Layth remained affiliated with JAM in order to attempt to persuade people that he and his brother were not the enemies of JAM.

When Abbas failed to control the special groups, MAS realized that he needed to merge special groups with JAM in order to exert control over them. MAS formed a committee of 12 persons to reorganize JAM. MAS then appointed Layth to serve on the committee, which was perhaps an attempt by MAS to turn the brothers against each other or to further humiliate Qayis. During this time, Qayis stayed in contact and provided advice to special group leaders, which infuriated MAS. Qayis met with JAM special groups and members of the Sadr Trend, providing religious advice on the permissibility of attacking Americans and on whether an attack is justified under moral and Islamic law (the Sha'ara). Qayis, Akram and Muhammad Tabtaban'i also attempted to discredit MAS in the Sadr Trend. Muhammad delivered a speech at a local mosque that was highly critical of MAS. MAS was enraged and sought to have Muhammad killed. Qayis subsequently used his special group to protect Muhammad. According to Qayis, MAS also targeted him.

*Links in the Iraqi government:* Salam al-Maliki is Qayis' point of contact and an indirect link to Prime Minister Nuri al-Maliki (no relation). Salam and Qayis meet regularly and know each other very well. Salam's involvement with the Sadr Trend is unknown. Qayis originally gave Salam a job within the Ministry of Transportation. Salam later became a Member of Parliament and could act as a conduit between Qayis and PM al-Maliki. PM al-Maliki knows of Qayis' principles and activities, but may not have a complete understanding. PM al-Maliki recognizes Qayis as a person of great influence, and has attempted to use Qayis to counterbalance MAS. Qayis even suggested to his interrogators that he had been offered immunity (NFI). According to Qayis, Salam was dismissed from the government by MAS after he attended a luncheon with General Petraeus.

*Iranian Influence:* Reporting indicates that Iran is actively operating in Iraq. Iran's Quds force is running secret terror networks throughout Iraq. Iranian groups are even operating in Shi'a dominated areas purely independently of MAS. According to Qayis, who no longer trusts or supports Iranian influence, Iran has undertaken a strategic "project" for the future of Iraq through the control of social issues, politics, religious issues, and education.

Iran does not work as closely with the Sadr Trend as it does with the Badr Brigade, although Iran does provide support, weapons and training. Qayis admitted traveling 5-6 times to Tehran to meet with the Quds Force (Iranian Islamic Revolutionary Guard). Qayis also told MNF that the Sadr Trend receives two million USD / month from Iran.

*Weapons Smuggling from Iran:* Qayis and Layth are both involved in weapons smuggling from Iran. Weapons smuggling occurs primarily by boat along the rivers and through the marshlands between Iraq and Iran. Weapons smuggled include handguns, rifles, PKCs, launchers, mortars, Katusha rockets, ammo and IEDs. Both Iran's Ministry of Itla'at (intel) and the Quds Force play roles in smuggling weapons into Iraq. Qayis told the interrogator that "All movement of weapons entering the country was subject to my approval." According to the interrogator, by this Qayis meant that he was responsible for the existence of weapons traffic, not the day-to-day shipments.



000325

PX934

SECRET//REL TO USA SECRET PLAY IN IRQ

***Training in Iran:***  Qayis told his interrogators that there are three training camps north of Tehran. The Sadr Trend members receive military training in these camps, including EFP training.  Layth became a JAM explosives expert after receiving extensive explosives training from Iran.

***PJCC Attack:***  On 20 JAN 07, unknown attackers raided the Karbala, Iraq Provincial Joint Coordination Cell (PJCC).  The attackers used TTPs consistent with a professionally trained small unit, direct action, raiding force.  The attackers wore US digital ACU camouflage uniforms and body armor, carried M16/M4 weapons, and spoke English.  They passed themselves off as the PSD for an Iraqi Police (IP) General and were able to pass through at least two ISF checkpoints using security vehicle passes. [1.4(c)] intelligence indicates that Sheik Ra'ad, a suspected planner of the attacks, was present at the Iranian Consulate in Karbala during the attack.  The attackers initially took four U.S. Army prisoners but after an unsuccessful effort to exfiltrate, they killed the four prisoners, abandoned the vehicles and escaped on foot.  A total of five U.S. Army soldiers were killed in the attack.

Reporting indicates that Qayis was in Karbala to bless the attack five days prior to the attack. Reporting also suggests the attack was not sanctioned by IRGC-QF (Iranian Quds Force).  It is likely that MAS was also not informed of the PJCC attack in advance.  Reporting suggests that the activities of the special groups were often not within his control, which ultimately caused MAS to dismiss Qayis and seek to reorganize JAM.

During interrogation, Qayis admitted approving and authorizing the attack on the PJCC in Karbala. The purpose of the attack was to capture MNF hostages to be used to trade for Sadr Trend members currently in MNF custody.

***Kidnapping of SPC Al-Tai:*** [1.4(c)] reports indicate that Qayis had possession of Ahmed al Ta'i.  Reporting conflicts on how Qayis acquired him and how long he may have been in Qayis' custody. [1.4(c)] Qayis told interrogators that al Ta'i had been kidnapped by special groups and that it was possible special groups tried to sell al-Ta'i to the Iranians, but also said he believed al-Ta'i had been in Iraq the entire time of his captivity.  Layth admitted knowledge about the kidnapping of al-Ta'i and admitted he had some leverage, with the help of his brother Qayis, to negotiate for al-Ta'i's release.  Layth also told interrogators that al-Ta'i's captors are from the Sadr group and support MAS.  After his arrest, Qayis wrote a letter to the kidnappers of al-Ta'i requesting his release from captivity.

***Lebanese Hezbollah:***  According to Qayis, members of the Sadr movement have deep respect for Lebanese Hezbollah.  The political relationship with Hezbollah began after the Saddam Regime.  Any military relationship is limited, however Hezbollah sends trainers to Iran to train Iraqi fighters on EFPs.  Iran and Hezbollah have a very strong relationship.

311933 [1.4(a)], a member of Lebanese Hezbollah, was captured with 200242 and 200243.  311933 provided MNF with details on training camps in Iran.  311933 also admitted being tasked by Hajj Yusif to collect intelligence on British ship movements.  Photographs of an unknown shipyard were found at the raid site.  311933 was also found in possession of a thumb drive containing an after-action report detailing an attack on a government building in Karbala.

Layth denied any affiliation with Lebanese Hezbollah.  When subjected to polygraph examination, deception was indicated regarding whether he had met with Lebanese Hezbollah or Iran's Qud's force.

**3. Findings.**  Detainee is a Security Internee pursuant to United Nations Security Council Resolution (UNSCR) 1546, 1723, and Coalition Provisional Authority (CPA) Memorandum 3 (Revised).  The evidence and intelligence contained or referenced in this file is **sufficient** to constitute reasonable grounds to believe Detainee was engaged in criminal activity, interfered with coalition mission accomplishment, or that internment is necessary for imperative reasons of security to MNF-I and/or to the people of Iraq.  I find the evidence and intelligence contained or referenced in this file **consistent** with MNF-I criteria for transfer to a theater level internment facility.

000326

PX934



SECRET REL TO USA ~~SECRET~~ DISPLAY IS IRQ

4. **Threat Assessment.** Based upon my review of both releasable and nonreleasable information, I assess the Detainee to be a **HIGH** security threat.

5. **Recommended Disposition.** I recommend Detainee's file be processed for review in the Central Criminal Court of Iraq.

6. **Additional Evidence Needed:**

**Comments:**

7. **Notice of Internment and Appellate Rights.** Pursuant to standard operating procedures, Detainee will be served with the allegations against him via a Notice of Status and Appellate Rights (in Arabic). The date served is annotated on an English version of this Notice, and the Notice is then added to the case file.

8. I can be reached at DSN [ 3.5(c) ]

[ 3.5(c) ]

LT, JAGC, USN
Magistrate Attorney

Approved for Release

000327

PX934