# PX939

## CHARGE SHEET

### I. PERSONAL DATA

**1. NAME OF ACCUSED:**
Ali Musa Daqduq al Musawi

**2. ALIASES OF ACCUSED:**
Ali Musa Daqduq; Hamid Jabur al Lami; Abu Husayn Sajad; Hamid al Lebnani

**3. ISN NUMBER OF ACCUSED (LAST FOUR):**
311933

### II. CHARGES AND SPECIFICATIONS

**4. CHARGE:**   VIOLATION OF SECTION AND TITLE OF CRIME IN PART IV OF M.M.C.

SPECIFICATION:

SEE ATTACHED CONTINUATION SHEET OF BLOCK II. CHARGES AND SPECIFICATIONS

### III. SWEARING OF CHARGES

| 5a. NAME OF ACCUSER (LAST, FIRST, MI) | 5b. GRADE | 5c. ORGANIZATION OF ACCUSER |
|---|---|---|
| KORCZYNSKI, Kiersten J. | O-3 | Office of Military Commissions |

**5d. SIGNATURE OF ACCUSER**

**5e. DATE (YYYYMMDD)**
20120103

AFFIDAVIT: Before me, the undersigned, authorized by law to administer oath in cases of this character, personally appeared the above named accuser the 3rd day of January, 2012, and signed the foregoing charges and specifications under oath that he/she is a person subject to the Uniform Code of Military Justice and that he/she has personal knowledge of or has investigated the matters set forth therein and that the same are true to the best of his/her knowledge and belief.

| Wayne P. Marta | Office of Military Commissions |
| *Typed Name of Officer* | *Organization of Officer* |
| O-5 | Judge Advocate |
| *Grade* | *Official Capacity to Administer Oath* (See R.M.C. 307(b) must be commissioned officer) |

**MC FORM 458 JAN 2007**

PX939

### IV. NOTICE TO THE ACCUSED

6. On _____ . _____ the accused was notified of the charges against him/her  (See R.M.C. 308).

_____
*Typed Name and Grade of Person Who Caused*
*Accused to Be Notified of Charges*

Office of Military Commissions
*Organization of the Person Who Caused*
*Accused to Be Notified of Charges*

_____
*Signature*

### V. RECEIPT OF CHARGES BY CONVENING AUTHORITY

7. The sworn charges were received at _____ hours, on _____ , at _____

_____
*Location*

For the Convening Authority: _____

_____
*Typed Name of Officer*

_____
*Grade*

_____
*Signature*

### VI. REFERRAL

| 8a. DESIGNATION OF CONVENING AUTHORITY | 8b. PLACE | 8c. DATE (YYYYMMDD) |
|---|---|---|
| | | |

Referred for trial to the (non)capital military commission convened by military commission convening order _____

_____ subject to the following instructions[1]: _____

By _____ of _____
*Command, Order, or Direction*

_____
*Typed Name and Grade of Officer*

_____
*Official Capacity of Officer Signing*

_____
*Signature*

### VII. SERVICE OF CHARGES

9. On _____ . _____ I (caused to be) served a copy these charges on the above named accused.

_____
*Typed Name of Trial Counsel*

_____
*Grade of Trial Counsel*

_____
*Signature of Trial Counsel*

### FOOTNOTES

[1]See R.M.C. 601 concerning instructions.  If none, so state.

MC FORM 458 JAN 2007

PX939

CONTINUATION SHEET- MC FORM 458 JAN 07, Block II Charges and Specifications in the case of UNITED STATES OF AMERICA V. ALI MUSA DAQDUQ AL MUSAWI

**CHARGE I:  Murder in Violation of the Law of War, in Violation of 10 U.S.C. § 950t(15)**

SPECIFICATION 1:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, intentionally and unlawfully kill Captain Brian Scott Freeman, U.S. Army, in violation of the law of war by, to wit: misusing the U.S. military or Iraqi police uniform in the course of shooting the said Captain Freeman with a firearm while the said Captain Freeman was a protected person placed out of combat.

SPECIFICATION 2:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, intentionally and unlawfully kill First Lieutenant Jacob Noal Fritz, U.S. Army, in violation of the law of war by, to wit: misusing the U.S. military or Iraqi police uniform in the course of shooting the said First Lieutenant Fritz with a firearm while the said First Lieutenant Fritz was a protected person placed out of combat.

SPECIFICATION 3:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, intentionally and unlawfully kill Specialist Jonathan B. Chism, U.S. Army, in violation of the law of war by, to wit:  misusing the U.S. military or Iraqi police uniform in the course of shooting the said Specialist Chism with a firearm, while the said Specialist Chism was a protected person placed out of combat.

SPECIFICATION 4:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, intentionally and unlawfully kill Private First Class Shawn Patrick Falter, U.S. Army, in violation of the law of war by, to wit: misusing the U.S. military or Iraqi police uniform in the course of shooting the said Private First Class Falter with a firearm, while the said Private First Class Falter was a protected person placed out of combat.

SPECIFICATION 5:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, to intentionally and unlawfully kill Private First Class Jonathan Miles Millican, U.S. Army, in violation of the law of war by, to wit: by misusing the U.S. military or Iraqi police uniform in the course of attacking the said Private First Class Millican with firearms and grenades.

**CHARGE II:  Intentionally Causing Serious Bodily Injury in Violation of 10 U.S.C. § 950t(13)**

SPECIFICATION 1:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, with unlawful force or violence and in violation of the law of war, in the context of and associated with hostilities, intentionally cause serious bodily injury to Staff Sergeant Billy

PX939

CONTINUATION SHEET- MC FORM 458 JAN 07, Block II Charges and Specifications in the case of UNITED STATES OF AMERICA V. ALI MUSA DAQDUQ AL MUSAWI

Wallace, U.S. Army, to wit: shrapnel wounds to his face by attacking him with firearms and grenades while wearing the U.S. military or Iraqi police uniform.

SPECIFICATION 2:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, with unlawful force or violence and in violation of the law of war, in the context of and associated with hostilities, intentionally cause serious bodily injury to Sergeant First Class Sean Bennett, U.S. Army, to wit:  shrapnel wounds to his left arm and loss of hearing by attacking him with firearms and grenades while wearing the U.S. military or Iraqi police uniform.

SPECIFICATION 3:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, with unlawful force or violence and in violation of the law of war, in the context of and associated with hostilities, intentionally cause serious bodily injury to Sergeant Jesse Hernandez, U.S. Army, to wit: shrapnel wounds to his left forearm and abdomen by attacking him with firearms and grenades while wearing the U.S. military or Iraqi police uniform.

CHARGE III:  Using Treachery or Perfidy in Violation of 10 U.S.C. § 950t(17)

SPECIFICATION:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, invite the confidence and belief of one or more persons at the Provincial Joint Coordination Center (PJCC) that they were entitled to protection under the law of war and did intentionally make use of and betray that confidence and belief in killing, injuring, and capturing such person or persons, by, to wit: relying upon the belief and confidence of those at the PJCC that the uniforms of U.S. and Iraqi forces would not be misused to facilitate a surprise attack; by then approaching the PJCC while wearing the uniforms of the U.S. military and Iraqi police; by carrying weapons modified to look like U.S.-made weapons; by operating sport utility vehicles modified to look like a U.S. security convoy; by penetrating the security perimeter of the PJCC, entering the PJCC headquarters building, and launching an armed assault on the PJCC; and by capturing, killing, and injuring multiple persons, all U.S. servicemembers.

CHARGE IV: Terrorism in Violation of 10 U.S.C. § 950t(24)

SPECIFICATION:    In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, intentionally kill or inflict great bodily harm on one or more protected persons, or intentionally engage in an act evincing a wanton disregard for human life, in a manner calculated to influence or affect the conduct of the government and civilian population of the United States by intimidation and coercion, and to retaliate against U.S. government conduct, by intentionally killing protected U.S. military personnel placed out of combat, to wit:  Captain Brian Scott Freeman, U.S. Army, First Lieutenant Jacob Noal Fritz, U.S. Army, Specialist Jonathan B. Chism, U.S. Army, and Private First Class Shawn Patrick Falter, U.S. Army.

PX939

CONTINUATION SHEET- MC FORM 458 JAN 07, Block II Charges and Specifications in the case of UNITED STATES OF AMERICA V. ALI MUSA DAQDUQ AL MUSAWI

**CHARGE V: Providing Material Support For Terrorism in Violation of 10 U.S.C. § 950t(25)**

SPECIFICATION: In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, between about May 2006 and about January 2007, at various locations in Iraq and Iran, in the context of and associated with hostilities, provide material support and resources to be used in preparation for and in carrying out an act of terrorism against U.S. forces in Iraq, knowing or intending that such material support and resources were to be used for that purpose, to wit: advice, training and planning to Qays al-Khazali, Layth al-Khazali, and other members of Asa'ib Ahl al-Haqq, known and unknown, for the purpose of killing or inflicting great bodily harm upon one or more protected persons in or near Karbala, Iraq, on or about 20 January 2007.

**CHARGE VI: Spying in Violation of 10 U.S.C. § 950t(27)**

SPECIFICATION: In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, at or near Karbala, Iraq, from about May 2006 through about January 2007, in the context of and associated with hostilities, collect certain information, to wit: video surveillance of the Provincial Joint Coordination Center, and visual observation of security measures and procedures for responding to attack; by clandestine means or while acting under false pretenses, intending or with reason to believe that the information would be used to injure the United States, for the purpose of conveying such information to an enemy of the United States, in violation of the law of war.

**CHARGE VII: Attempted Murder in Violation of the Law of War, in Violation of 10 U.S.C. § 950t(28)**

SPECIFICATION 1: In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, intentionally and unlawfully attempt to kill Sergeant First Class Sean Bennett, U.S. Army, by attacking him with firearms while wearing the U.S. military or Iraqi police uniform in violation of the law of war.

SPECIFICATION 2: In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, intentionally and unlawfully attempt to kill Staff Sergeant Billy Wallace, U.S. Army, by attacking him with firearms while wearing the U.S. military or Iraqi police uniform in violation of the law of war.

SPECIFICATION 3: In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, intentionally and unlawfully

PX939

CONTINUATION SHEET- MC FORM 458 JAN 07, Block II Charges and Specifications in the case of UNITED STATES OF AMERICA V. ALI MUSA DAQDUQ AL MUSAWI

attempt to kill Sergeant Jesse Hernandez, U.S. Army, by attacking him with firearms while wearing the U.S. military or Iraqi police uniform in violation of the law of war.

**CHARGE VIII:  Attempted Taking Hostages in Violation of 10 U.S.C. § 950t(28)**

SPECIFICATION 1:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, attempt to seize, detain or hold Captain Brian Scott Freeman, U.S. Army, and to thereafter threaten to kill, injure, or continue to detain the said Captain Freeman, with the intent of compelling the United States, its coalition partners, or the government of Iraq to release detained insurgents or other anti-U.S. detainees, which resulted in the death of the said Captain Freeman.

SPECIFICATION 2:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, attempt to seize, detain or hold First Lieutenant Jacob Noal Fritz, U.S. Army, and to thereafter threaten to kill, injure, or continue to detain the said First Lieutenant Fritz, with the intent of compelling the United States, its coalition partners, or the government of Iraq to release detained insurgents or other anti-U.S. detainees, which resulted in the death of the said First Lieutenant Fritz.

SPECIFICATION 3:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, attempt to seize, detain or hold Specialist Jonathan B. Chism, U.S. Army, and to thereafter threaten to kill, injure, or continue to detain the said Specialist Chism, with the intent of compelling the United States, its coalition partners, or the government of Iraq to release detained insurgents or other anti-U.S. detainees, which resulted in the death of the said Specialist Chism.

SPECIFICATION 4:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, attempt to seize, detain or hold Private First Class Shawn Patrick Falter, U.S. Army, and to thereafter threaten to kill, injure, or continue to detain the said Private First Class Falter, with the intent of compelling the United States, its coalition partners, or the government of Iraq to release detained insurgents or other anti-U.S. detainees, which resulted in the death of the said Private First Class Falter.

**CHARGE IX:  Conspiracy in Violation of 10 U.S.C. § 950t(29)**

SPECIFICATION:    In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, between about May 2006 and about March 2007, at various locations in Iraq and Iran, in the context of and associated with hostilities, conspire and agree with Qays al-Khazali, Layth al-Khazali, and other members and associates of Asa'ib Ahl al Haqq (AAH), Lebanese Hezbollah (LH), and the Iranian

PX939

CONTINUATION SHEET- MC FORM 458 JAN 07, Block II Charges and Specifications in the case of UNITED STATES OF AMERICA V. ALI MUSA DAQDUQ AL MUSAWI

Revolutionary Guard-Quds Force (IRGC-QF), known and unknown, to commit one or more substantive offenses triable by military commission, to wit: Murder in Violation of the Law of War, Taking Hostages, Intentionally Causing Serious Bodily Injury, Using Treachery or Perfidy, Terrorism, and Providing Material Support for Terrorism; and with knowledge of the unlawful purposes of the agreement, knowingly committed one or more of the following overt acts in order to accomplish some objective or purpose of the agreement:

(1)      Between about May 2006 and about March 2007, traveled to Iran to meet with members of the IRCG-QF Department of Special External Operations for the purpose of discussing how to provide support and training to Iraqi insurgent groups, including the AAH, in conducting kidnapping and sniper and ambush attack operations;

(2)      Between about May 2006 and about March 2007, traveled into various locations in central and southern Iraq, including, but not limited to, Karbala and Basra, to meet with various leaders of AAH and other insurgent groups, to assess their organization, operational capabilities, training, and financial requirements;

(3)      Between May 2006 and about March 2007, met with various insurgent leaders in central and southern Iraq, and advise and train members of insurgent groups, including AAH, in the manufacture and employment of improvised explosive devices and explosively formed projectiles, rocket attacks, kidnapping, and sniper and ambush attacks;

(4)      Between about May 2006 and about January 2007, met with AAH leaders Qays al-Khazali, Layth al-Khazali, and other AAH members at various locations in Iraq and Iran, to plan and train for an attack on the Provisional Joint Coordination Center in Karbala, Iraq;

(5)      Between about May 2006 and about January 2007, advised and counseled AAH leaders Qays al-Khazali, Layth al-Khazali, and other AAH members at various locations in Iraq and Iran, to conduct surveillance of the Provisional Joint Coordination Center in Karbala, Iraq for the purpose of conducting an attack on the Provisional Joint Coordination Center and taking hostages;

(6)      Between about May 2006 and about January 2007, met with AAH leaders Qays al-Khazali, Layth al-Khazali, and other AAH members at various locations in Iraq and Iran, to advise and direct them on using U.S. military and Iraqi police uniforms, and disguising vehicles

and weapons to appear as though they belonged to U.S. forces, for the purpose of conducting an attack upon the Provisional Joint Coordination Center in Karbala, Iraq and taking hostages;

(7)      Between about May 2006 and about January 2007, at various locations in Iraq and Iran, drafted a planning document for the execution of the attack against the Provisional Joint Coordination Center in Karbala, Iraq which included preliminary surveillance and videotaping of the Provisional Joint Coordination Center and security measures, entry into the Provisional Joint Coordination Center while misusing U.S. and Iraqi uniforms as a disguise, the use of explosive

PX939

CONTINUATION SHEET- MC FORM 458 JAN 07, Block II Charges and Specifications in the case of UNITED STATES OF AMERICA V. ALI MUSA DAQDUQ AL MUSAWI

and incendiary devices to kill or neutralize U.S. and coalition forces within the compound during the attack, and the kidnapping of U.S. military personnel to hold as hostages;

(8)     Between about October 2006 and about March 2007, at various locations in Iraq and Iran, possess a video recording depicting Staff Sergeant Altaie, U.S Army, a soldier kidnapped by insurgent forces and held hostage by AAH;

(9)     Between about May 2006 and about March 2007, at various locations in Iraq and Iran, maintain video recordings depicting various ambush and rocket attacks for use as training materials for insurgent groups in Iraq; and

(10)     Between about January 2007 and about March 2007, prepare an after action assessment of the attack on the Provisional Joint Coordination Center in Karbala, Iraq.

PX939

PX942

**SECDEF WEEKLY UPDATE 17 – 23 MAR 07**

**Commander's Assessment:**

Mr. Secretary:

This week's most significant event was the capture of prominent Sadrist and leader of an Iranian-linked EFP network, Qais Khazali, and his brother Layth, also a ranking member of the network.  We have incontrovertible evidence implicating them in the murder of five US soldiers in Karbala in January, which we shared with the Prime Minister and which he has

1.4(c)

1.4(c)

explained this to the PM, but noted that it is good, for the long term, that Qais has been detained.  The PM understands and was visibly disappointed to learn that the individual with whom he was dealing through an intermediary, was implicated in the Karbala operation.

Other significant operations in the past week netted the leadership of the Baghdad "Rusafa car bomb network," to include finding two ready-to-deploy car bombs, the capture of an enormous chlorine truck bomb in Ramadi (after it failed to detonate), the detention of Brigadier Hamid (a Sadr extremist heading up the Ministry of Health Facilities Protection Service before he was dismissed), and the capture of a former Saddam Fedayeen in Mosul we believe to be an important foreign fighter facilitator.

Amidst these high profile events, the number of attacks in Baghdad last week was up by 16%, but the number of casualties was down to 358, a 2% drop from the week before.

There were 15 car bomb or suicide car bomb attacks in Baghdad last week (4 of which were found and cleared) compared to 18 in the previous week (with 3 found and cleared), but virtually all were stopped at checkpoints and the casualties were less as result.  Attacks nationwide were up 5% last week; however, civilian casualties decreased 45% nationwide last week, and overall casualties (civilian, Coalition, ISF) decreased by 28% to 848 total, the lowest level in the past 10 weeks.  These weekly statistics cut off on Friday, however, and do not include the Saturday bombing, by two car bombs, of the police station in Baghdad that killed 32 people, or the car bomb attack on the Shi'a mosque south of Baghdad, also on Saturday, that killed 4 and wounded 39.

The suicide bombing against Sunni Deputy Prime Minister Zubaie on Friday, moreover, was certainly a setback and serves as another example of Al Qaeda targeting Sunni leaders for cooperating with the elected government.  We are using that event to offer once again training to the Protective Security Details of various ministers.  (DPM Zubaie's team had been offered 100 slots at various points, but only filled about 10.)

We are at a delicate juncture with respect to various Shi'a elements due to our detention of Shi'a extremists linked to political parties (mostly Sadrists), and this is thus a pivotal moment for the Maliki Government.  The Khazali and Hamid captures have exacerbated ongoing intra-Shi'a conflicts as the Sadrist movement begins to splinter a bit.  The release of Sheik Shaybani, one of Sadr's former top advisors and requested by the Prime Minster, posed no risk in my assessment and has had a positive effect that partially offsets some of the distress over the prominent arrests.  Another positive indicator was that we expected

SECDEF WEEKLY UPDATE 17 – 23 MAR 07

large protests in Sadr City on Friday over the detentions that did not actually materialize in any significant size.

Nonetheless, the next several weeks will continue to be touchy. We are actioning targets in Sadr City by exception only. During this time we'll get a better feel for who has an important role to play in moderation of extremist violence and in bringing about reconciliation in Iraq as well as more clearly identifying who the irreconcilables are. Identifying the latter is particularly important as we help Iraq develop sustainable solutions to their security challenges. These developments could potentially lead to an eruption of Shi'a violence, but they could also strengthen the Maliki government if he is able to navigate confidently through these currents in the next couple of weeks.

I had good visits with President Talibani and with Kurdish Regional Government President Barzani this past weekend. They remain fully cognizant of the importance of a moderate, unified Kurdish block supporting PM Maliki's government.

I also spent some time in Mosul and Tal Afar where I found the Iraqi Security Forces and their leaders in the area to be resolute and impressive. Though it is clear that Mosul and Ninevah Province face a host of ethnic, extremist, sectarian, and basic services challenges, the relative strength of their security forces is heartening. In fact, it is possible to envision Mosul reaching what might be termed a "sustainable level of violence" in the months ahead. It is notable that the city itself – Iraq's third largest at over 1.5 million – is being secured by one coalition battalion, an Iraqi Division (minus battalions in Baghdad), and Iraqi police. The latter have taken over security at the prison, as well. Thus, I do no subscribe to the assessment of last ⟨1.4(c)⟩ that the situation in Mosul is spiraling downward. Again, the folks in Mosul have their work cut out for them, but I don't think the situation is on the brink of collapse, as was the case in November 2004.

Another new development this week was Al Qaeda's use of two children to lower suspicion at a vehicle checkpoint, who were literally sacrificed as they were left in the car that exploded, but only after its driver had run away. We also have evidence AQI bombers routinely travel with children in cars as they conduct surveillance, recons, etc. We're adjusting to this tactic at our checkpoints and will ensure that our information operations highlight this event that is certainly as reprehensible to Islamic culture as it is to ours.

Though achievements on the Iraqi governmental front have not been what we'd hoped in recent weeks (though the long-awaited de-Ba'athification Reform Bill may actually be presented this week before Zal leaves), we should probably keep out expectations more modest than perhaps is the case. Their big legislative packages of Hydrocarbon and provincial powers bills, de-Ba'athification reform, the Article 140 process, and constitutional review are similar to us expecting our Congress to pass the Supplemental, Social Security Reform, and National Healthcare Reform by May. While we're certainly not apologizing for them, especially as they all take time off to celebrate each sect's and ethnic group's holidays, it is helpful for all of us to keep in mind how big a task they have in front of them.

We're tracking what intelligence we can on the Iranian capture of the British Marines to assist CENTCOM's effort. In MNF-I's area, we continue to be concerned over Iranian aid and training to groups that have splintered from JAM. We'll continue to watch this closely, in particular the more formalized training effort of militias in Iran as well as their supplying of EFPs, munitions, and sniper rifles to extremists on both sides of the Sunni-Shi'a divide. In an important development, Foreign Minister Zibari confirmed to me during my meeting

**SECDEF WEEKLY UPDATE 17 – 23 MAR 07**

with KRG President Barzani that he had denied Iran's request to staff a new diplomatic mission in the Kurdish region with known Qods Force senior leaders.

We had a constructive meeting with UN SecGen Ban on Thursday when he was here, and we welcome his call for increased UN presence.  Needless to say, the rocket that hit near the Iraqi "White House" was unfortunate and enraged PM Maliki.  The visit did remind us, however, that we need to begin now on a comprehensive effort to renew the UNSCR while also beginning to work with Iraq to craft the long-term security arrangements and authorities that will satisfactorily promote the interests of both Iraq and our own nation.  I know the interagency is working this, but it likely could use high priority from the principals.

In the coming week, we have CODEL McCain visiting, and we've worked his itinerary to include walking through one of the markets downtown.  We're also taking the Prime Minster to speak at the Iraqi Special Operations Forces Brigade graduation this week, which should help ease the lingering doubts the Prime Minister has about that unit (doubts that were largely generated by some Shi'a leaders attempting to discredit that elite unit after it conducted operations against Shi'a targets).

Finally, Ambassador Crocker and I provided planning guidance to our Joint Strategic Assessment Team this past week.  Based on their findings and other ongoing planning, we'll work with ADM Fallon to make initial recommendations in a few weeks as to options for sustaining the surge level of effort.  We've had a productive visit with ADM Fallon over the weekend.  He'll be with us a couple more days, and we are looking forward to working together to advance the ball.

Below are regional assessments and some other information.

*MULTINATIONAL DIVISION-NORTH:  The Stryker battalion we moved into Baqubah seems to have had a calming effect on the tense situation there, though we just received a report of some tough casualities being sustained by that unit in an IED strike.  With our backing, though, the Iraqi Police and Iraqi Army continue to expand their presence in Baqubah, where they are running efficient checkpoints, one of which was targeted by a car bomb that was properly searched, leading to its detonation at the checkpoint rather than in the town.  To the east, in Balad Ruz, which is also on a sectarian "fault line," the Mayor has expressed confidence in the level of security established and is focusing on restoration of services to the area.

On 19 March, multiple VBIEDs detonated in Kirkuk, targeting a former Iraqi Army Officer's home, the Emergency Response Unit, and the Human Rights Building.  An IED also detonated at a local market as part of the same attack.  Reports estimated 4 Iraqi Security Forces wounded in action, 13 local nationals killed, and 40 injured.  A VBIED also targeted a PUK compound north of Mosul.  Though these events are of concern, Kirkuk and Mosul both remain capably served by their local security forces with Coalition support.

*MULTINATIONAL FORCE-WEST:  Casualties in MNF-West were down 80% last week.  Tribal opposition to AQI elements continues to expand along with our security presence, with emphasis in the past week on pushing additional forces to the Habbiniyah area and further clearing operations in Ramadi.  The Fallujah City Council completed selection of its members, including a Chairman, Deputy Chairman, and Secretary.  The process has been initiated for the election of a new mayor.

*MULTINATIONAL DIVISION-CENTER SOUTH:  Jaish al Mahdi activity in Diwaniyah continues to be problematic.  Indicators last week that they were targeting Coalition forces

**SECDEF WEEKLY UPDATE 17 – 23 MAR 07**

were borne out with an indirect fire attack on Camp Delta that wounded 8 Polish troops. The PM is eager to see an Iraqi-led operation conducted against extremist JAM elements in Diwaniyah, and we are working to that end.

**\*MULTINATIONAL DIVISION-SOUTHEAST:**  The past week was relatively calm and some of angst over the raid on the detention facility has dissipated.  We're working with the Government of Iraq to release a joint, minimalist statement of what occurred during that raid on 4 March.  Nonetheless, the fact that we caught Qais and Layth Khazali in Basra with plans for attacks on the Basra Airport are further indications of simmering JAM intent there – and the skirmish between JAM and other militias this past week further demonstrated the challenges under the surface there.

**\*MULTINATIONAL DIVISION-BAGHDAD:**  Operation FARDH AL-QANOON continues and the leadership of the third surge brigade and the additional Division headquarters are on the ground and preparing to bring in the rest of their forces.  Operations in Sadr City remain delicate, though the Joint Security Station continues to function and Iraqi and US Forces provided medical assistance to more than 450 Sadr City residents this past week.  High profile attacks remain elevated in Baghdad, on pace to equal January and February's totals. Increased vigilance at the growing number of checkpoints is helping reduce casualties overall though.

**_LINES OF OPERATION:_**

**_SECURITY_**
- Anti-Death Squad Roll-up:  6 Operations (3 in Baghdad) netted – 6 Detainees; 0 Enemy Killed in Action

- Anti-Al Qaeda in Iraq / Extremist Special Operations Roll-up:  37 Operations (4 in Baghdad); 97 Detainees; 2 Enemy Killed in Action; 3 Dry Holes

**_GOVERNANCE_**
- The Council of Representatives is scheduled to reconvene this week.  Along with progress on the milestone legislation, they need to promptly extend the State of Emergency for another 30 days.

- While reconciliation efforts remain somewhat stagnated, recent reports that Vice President al-Hashimi continues to push for GoI talks with various non-Al-Qaeda Iraq insurgent groups combined with the announced UN-sponsored de-Ba'athification reform and reconciliation initiative for April in Amman, Jordan, indicate some movement on this critical front.

- Reported shifts in political bloc realignments have not publicly manifested themselves. Changes in the cabinet remain to be implemented, but indicators are that negotiations continue among the various parties.

**_TRANSITION_**
- The Rule-of-Law Green Zone effort is on track to support activities 1 April on an interim basis.

- Maysan's transition to Provincial Iraqi Control has been moved to 18 April.

██████████████

**SECDEF WEEKLY UPDATE 17 – 23 MAR 07**

- The second rotation plan for Iraqi Army units in Operation FARDH AL-QANOON has been confirmed, though we still need to see the details of how the Iraqis will execute the reliefs in place for the various units.

## *ECONOMIC DEVELOPMENT*

- Official Iraqi statistical reports indicate some prices have dropped recently and mark a shift towards lower inflation.  It is too early to definitively state inflation is under control, but it is judged as a positive indicator.

- Turkey hosted a meeting of the International Reconstruction Fund Facility for Iraq (IRFFI) Donor Committee to discuss the donor countries' commitment to Iraq's reconstruction and highlight implementation of the financial commitments, the Iraqi national strategy of reconstruction, and the role of the World Bank in the economic development process.

- The International Economic Conference in Dubai was deemed highly successful, netting over $300M in foreign contracts for the Kurdish Region.

**Very Respectfully, Dave**

Declassified on: January 2015
Declassified by:  CENTCOM CoS

██████████████

PX942

████████████████

**SECDEF WEEKLY UPDATE 24 – 30 MAR 07**

**Commander's Assessment:**

Mr. Secretary:

The anticipated extremist backlash to Operation Fardh al Qanoon manifested itself over the past week. On the Sunni side of the equation, Al Qaeda—Iraq elements conducted a series of high profile attacks around the country with suicide car and vest bombers. Their targets were predominately Shi'a, but also Sunni in some cases, as they continue to attempt both to reignite sectarian violence and eliminate their opposition in Sunni areas. On the Shi'a side, elements of Jaish al Mahdi (JAM) placed well-aimed but sporadic rocket and mortar fire on the International Zone and Camp Victory this week, resulting in the death of two Americans (one soldier, one contractor) on Tuesday at the Embassy, but they did not resort to violence on a large scale. Underlying tensions over the diminished role of their organization and the desire to react to Sunni extremists continues to percolate through the disaffected leadership of JAM.

Al Qaeda—Iraq remains a potent enemy, though their attacks on Sunni Iraqis coupled with the additional forces we will receive should tilt the balance in our favor as we work to clean out their car bomb factories, block off market places, and cut their lines of communication. Nonetheless, they demonstrated considerable operational reach in the past week with attacks that killed over 160 civilians using car and suicide vest bombs in Baqubah to the northeast of Baghdad, in Tal Afar (west of Mosul in the north), and in Baghdad.

The dump truck bomb in Tal Afar targeted a Shi'a market and sparked reprisal attacks by Shi'a Police that killed 37 citizens; however, the damage done, though considerable, was stopped from being worse by the quick action of MG Khorshid and Iraqi Army forces who clamped down on the renegade police, some of whom are now in custody and will be processed in the criminal justice system. We have sent leadership and assistance teams to help deliver goods, including a flight by an Iraqi C-130. I believe we have a good shot at helping pull the community back together, though the trip we had set up for the Prime Minister to deliver financial aid and demonstrate outreach on Sunday was unfortunately scrubbed due to weather.

Al Qaeda also targeted Iraqi Security Forces during the week in Baghdad and in Fallujah, where a complex attack on Iraqi Police with 2 truck bombs (one with chlorine), indirect fire, and 2 suicide vests was beaten back by the police forces. It has become more obvious that the larger Al Qaeda movement sees Iraq as its central front, as do we. Their Salafist ideology is alien to Iraq, and we'll continue to push the wedge between them and Sunni Arab Iraqis. The fact that Al Qaeda in Iraq killed a son of the Sheik of the Zobaie tribe (of which Deputy PM Zobaie is a leader) on Tuesday in a firefight with members of the 1920 Revolutionary Brigade, a Sunni group formerly opposed to the Government of Iraq but now considering tacit cooperation with Coalition and Iraqi Security Forces, is helping to drive that wedge deeper.

A new and troublesome development on the Shi'a extremist side is Sadr's call for an anti-Coalition march in Najaf on April 9th. This is certainly partially driven by Sadr's perception that he is losing his grip on JAM and partially due to our detention of Khazali and other Sadr extremist leaders. I will issue a press release that highlights that their right to assemble was given to them by our soldiers, and we will run a concerted information operations campaign over the next week to show that markets have re-opened and that security is improving.

████████████████

**SECDEF WEEKLY UPDATE 24 – 30 MAR 07**

The Baghdad Security Plan continues on track despite the tough week, with the majority of high-profile events taking place outside Baghdad.  There continue to be 61,000 Iraqi Security Forces in Baghdad supported by over 32,000 Coalition Forces, with another 20,000 Iraqis and 13,000 Coalition Forces in the Baghdad Belts.  Unit strengths are beginning to drop in the Iraqi units fighting in Baghdad, as elements suffer casualties, leave rotations and AWOLs, but over the next two months, large classes of soldiers will come out of basic training to refill those units.  Baghdad will remain the main effort.  We will continue our steady expansion in the city and root out extremist elements on both sides – following them outside Baghdad as necessary.

Extremists on both sides will continue to seek to undermine the successes of Operation Fardh al Qanoon and are vexed about both the continuing build-up of US forces and the stiffening of the Iraqi leadership's resolve against them.  Resolve against Al Qaeda in Iraq by the Government of Iraq is a given.  It is becoming clearer that Prime Minister Maliki has also come to the realization that he cannot govern effectively if he must constantly deal with Shi'a extremists hijacking of ministries and security forces.  This has been a hard realization for him since a key component of his political support came from the Sadrist bloc.  Although this bloc was originally and is still partially a legitimate political organization, it retains an undeniable and unhealthy relationship with the illegitimate extremists that sprang from it.  This dynamic is a crucial variable in the coming weeks that could tip the balance in either direction, and we will monitor it closely.  To help ameliorate the situation as much as possible, I conducted an outreach session with a key Sadrist Council of Representative Member last night that was promising in tone if not deliverables.

Interrogation of the members of the Khazali Network and examination of documents on the computers seized with them are turning up evidence of extensive Iranian involvement in Iraq – as well as considerable evidence of attacks by network members on Coalition Forces. The fact that Sadr has not condemned his capture and Iran is asking for a trade of Qais for the 15 UK Marines points to the strong possibility that Qais was working for the Iranians and outside of Sadr's blessing.  We are also monitoring Iranian involvement in the ongoing intra-Shi'a struggle between JAM and SCIRI to the south of Baghdad in Diwaniyah.

The Joint Strategic Assessment Team reported out in its first session with the Ambassador and me on Saturday.  The team has a number of real notables (e.g., the Ambassador to Algeria, Robert Ford, a true Arabist who spent two years in Iraq) and their assessment of the situation here was accurate, forthright, and a bit disheartening.  They are now working on recommendations for adjustments to the Embassy/MNF-I Campaign Plan, and we will share the major insights with you when they're done.

We had CODEL McCain with us today.  At his request, we drove to the Green Zone via the infamous (but safe, of late) Airport Road and then spent over an hour in a large and booming market in east Baghdad, where he bought a number of carpets and helped the local economy – wearing a baseball cap.  We also took him to a JSS and had time with constituent troopers.

I look forward to seeing you at the SVTC.  Below are regional assessments and some other information.

*MULTINATIONAL DIVISION-NORTH:  The focus in Diyala Province continues to be on calming the ethnic fault lines while rooting out extremist cells, with the secondary effort on improving the capabilities of Iraqi Security Forces.  One successful event on the secondary

██████████████

**SECDEF WEEKLY UPDATE 24 – 30 MAR 07**

front was a training event led by a transition team near Shakarat, to the northeast of Baghdad, with local Iraqi Police and a Strategic Infrastructure Battalion that are typically reluctant to work together.  In Ninewah Province, Coalition Forces hosted the Ninewah governor at a leadership conference to discuss government services required to improve the situation in the province and improve communication between government agencies. Those agencies are getting a real-time work out in the aftermath of the Tal Afar bombing and we are continuing to work with them and our 13th Sustainment Command and the Iraqi Air Force to provide humanitarian assistance, including tents, water, and food to those displaced by the attack.

*MULTINATIONAL DIVISION-BAGHDAD:  Operation FARDH AL-QANOON continues and the third surge brigade is beginning its movement into Iraq.  As one example of increasing Iraqi Security Force tactical effectiveness, in south Baghdad 400 Iraqi Army soldiers supported by 30 Coalition soldiers successfully established an outer cordon before daylight, which facilitated the capture of over 30 Anti- Iraqi Forces, several of which were on the unit's High Value Individual list.  Multi-National Division -Baghdad estimates 134 of 653 shops are open in the Doura markets in the eastern part of the Rashid District in south Baghdad and are gaining confidence in the security situation.  This is the market area I toured on Saturday, and I agree with their assessment though it is still a fragile situation.  In northern Baghdad, atmospherics in the Ghazaliyah area indicate local nationals are supportive of the security presence and are showing a growing desire to engage with the Coalition in improving the neighborhood.

*MULTINATIONAL FORCE-WEST:  Coalition Forces in the west assess the rejection of Al Qaeda Iraq is intensifying, although this rejection will not necessarily translate to pro-Coalition sentiment with all parties.  Tribal leaders will understandably continue to vie for influence in the area.  Our forces have continued efforts to establish relationships with Iraqi Judges in al-Qaim on the border with Syria to assist in reconstituting the criminal justice system.  In Rutbah in the far western desert, Coalition forces assisted the Provincial Governor in delivering allocated government funds for improvements in education, municipalities, and sewage systems.  A new mayor has also been chosen by the City Council in Fallujah.  He was involved in consequence management after the complex attack and seemed to be well accepted by Iraqi Police and Army soldiers who were injured by chlorine inhalation during the attack on Wednesday.

*MULTINATIONAL DIVISION-CENTER SOUTH:  Jaish al Mahdi activity in Diwaniyah continues to be problematic with indicators that intra-Shi'a conflict with Badr Corps elements is brewing.  JAM continues to target Coalition forces with indirect fire at the camp there.  We continue to work with the Prime Minister to go ahead with an Iraqi-led operation against extremist JAM elements in Diwaniyah.

*MULTINATIONAL DIVISION-SOUTHEAST:  The 10th Division Iraqi Army Commanding General and Provincial Director of Police have arrived at an agreement for security responsibilities in Basrah, though the police were slow to react to the civil disturbance in Basrah near the Governor's residence.  Atmospherics indicate the population of Basrah is increasingly frustrated by Jaish Al Mahdi, though we will continue to monitor JAM's activities there as they continue to act as proxies for Iranian interests.   Recent operations against them (including the detention of the Khazali Network members) have left them disrupted and less effective.

████████████████

PX942

**SECDEF WEEKLY UPDATE 24 – 30 MAR 07**

### *LINES OF OPERATION:*

### *SECURITY*
- Anti-Al Qaeda in Iraq / Extremist Special Operations Roll-up:  40 Operations (9 in Baghdad); 84 Detainees; 13 Enemy Killed in Action; 1 Enemy Wounded in Action.

### *GOVERNANCE*
- Iraqi efforts to develop international and regional legitimacy in the past week included President Talabani's participation in the Arab League Summit in Saudi Arabia, Vice President Hashemi's Turkey visit, and Prime Minister Maliki's apparent agreement to support Istanbul as the location for the follow-up Neighbors Conference in April (though this may not be definite yet).

- The Council of Representatives reconvened after a short holiday break and has had about 170 members attend, thereby achieving a quorum at its recent sessions.  Among the business conducted, the State of Emergency was extended for another 30 days.

### *TRANSITION*
- Maysan Province transitions to Provincial Iraqi Control (PIC) on 18 April, and agreement has been reached on transitioning the three Kurdish Provinces to Iraqi Control as well – an action held up by bargaining over Peshmerga salaries.
- The Rule of Law Green Zone begins operating 2 April with the high profile, televised trials of a JAM extremist and a Sunni market bomber.
- Efforts to improve professionalism in the National Police through the re-bluing process continue.  2nd National Police Brigade just graduated from training and 7th National Police Brigade starts training this week.

### *ECONOMIC DEVELOPMENT*
- Very few of the ministries, to include the critically needy Ministries of Oil and Electricity, have even opened bank accounts to receive their capital budget allocation from the 2007 GoI budget.  I will bring this up personally to the Prime Minister.

**Very Respectfully, Dave**

Declassified on:  January 2015
Declassified by:  CENTCOM CoS

**SECDEF WEEKLY UPDATE  3 – 9 June 07**

<u>MNF-I Commander's Assessment:</u>

Mr. Secretary:

This week's assessment finds us a bit heartened on the security front, though there have been some significant ups and downs. Most importantly, though, the surge's full contingent is now on the ground and getting set, and we will begin a number of new operations later this week. This will include offensive operations in eastern Anbar, Diyala Province, and locations in the southern and northern Baghdad belts, as well as in several problem areas in Baghdad. This will be the first opportunity we've had to put pressure on so many key locations simultaneously, and though this will entail tough fighting, it is essential to our effort to continue to pressure AQI, in particular.

This past week we briefed DPM Barham Saleh and NSA Mowafak al-Rubaie on what we have learned about Iranian and Lebanese Hezballah activity in Iraq from those we've detained. They were properly taken aback and left for Iran on Sunday determined to take a strong message to Tehran. The evidence is impressive. The five-page Qais Khazali sworn statement, made last week and marked with his inked fingerprints, is an unequivocal indictment of Iranian interference. His statement, along with those of his brother and other detainees, provides incontrovertible evidence that Iran is arming, funding, training, equipping, and advising Shi'a extremists operating in Iraq. Iranian interference began shortly after the Coalition began operations, but advanced significantly after the Najaf operation in 2004. The statements of those interrogated are buttressed by dozens of documents taken from the captured laptops. As Qais asserted, without Iranian funding, JAM special groups would not be able to function. We will brief the Prime Minister this Tuesday on the same material.

Iranian sponsorship of extremists has an obvious operational impact on our forces. Our troops had a fairly significant fight with JAM near Khalis (north of Baghdad) on Tuesday that JAM initiated, resulting in 19 of them being killed on the objective to our one wounded and two Iraqi Army KIAs. We also received reports this week of 100 JAM members who had been trained in Iran and have infiltrated back into Iraq, with the goal of targeting Sunnis and attacking one of our FOBs in south Baghdad. The reports indicate they received training in sniper operations, explosives, small unit tactics, ambushes, and IED emplacement. We're continuing to follow up the intelligence we collect with near nightly targeted operations, and these operations seem to be making a difference, as there is some sense that it is becoming harder for JAM special groups to replace their losses.

We remain cognizant of AQI and JAM extremists' desires to kidnap Americans. We put out additional guidance to all Coalition members this past week alerting them of the increased threat. On a related note, UK diplomats and UK and US special operators continue work to locate the five UK citizens who were kidnapped last week by elements associated with JAM. They have received some help from well-placed Iraqis, but intelligence has been intermittent and not yet sufficiently detailed, though we have run several operations on various tips. We'll continue to assist our allies in every way

1

000305

PX942

███████████████

**SECDEF WEEKLY UPDATE  3 – 9 June 07**

possible.  With regards to our two missing soldiers, we found on Sunday their ID cards, other materials, and a multimedia "studio" between Samarra and Balad, north of Baghdad.  We're exploiting the materials taken in that operation now but have not found anything of enormous note yet.

We concluded a push in the tough East Rashid district of Baghdad on Saturday, with favorable results.  Holding the neighborhood will be an intense summer's worth of work, however, especially given the continual need to professionalize and strengthen the ISF.  We'll continue to provide security for the build phase in East Rashid as well as in the neighboring West Rashid district, which has seen some JAM re-infiltration in past weeks that we're working to clear out and where a Sunni mosque being secured by apparently compromised National Police was blown up two days ago.  We have taken this case and several others to the Minister of Interior and the Prime Minister.

On a positive note, some Sunni Baghdadis have joined the fight against AQI this past week, and we are supporting their efforts.  Over the last several days, many Sunnis in Ameriyah (west Baghdad) have worked with our troops, pointing out which houses hide AQI, where IEDs are planted, where large caches are located, and so forth.  Ameriyah stands as a promising example of the general concept of local people helping secure local neighborhoods.  The key is to formalize the volunteers as quickly as possible by linking them with Iraqi and Coalition forces, as we did in Anbar.  We are trying to replicate the concept elsewhere, but each case is different, and locals can be subject to severe intimidation if we don't get it right.

This past week did witness another round of retaliatory mosque bombings in Baghdad.  The attack in the vicinity of the Shi'a shrine in Khadimiyah was thwarted by alert ISF, who forced two VBIEDs to explode prematurely and defused two others; however, the Sunni al-Fattah Pash Mosque located in the Bayaa area of West Rashid was seriously damaged, as I noted earlier.

Our special operators have continued their work at a very impressive pace.  In one operation of note, on Saturday, our Corps-level ⁱ·⁴⁽ᵃ⁾ rolled up an AQI training camp in MNF-West's area and captured 37 personnel by staying at the location for a couple of days and arresting fighters as they reported for training.  Two were couriers back to a mid-level AQI official, and further operations are planned to strike related targets.

There were quite a few sensational attacks over the course of the week dispersed throughout the country.  Though many were bad, none reached the levels of slaughter seen a couple of months ago.  In Diyala Province, AQI elements attacked the Baqubah police chief's home, killing his wife and 13 others, though he was not there at the time of the attack.  He has been a solid leader, and we hope he can overcome this tragedy and help turn others against the barbarism that AQI inflicts upon Iraqis.  Also in MND-North, a VBIED and a suicide bomber struck civilians on Thursday in a medical clinic in Daquq, a small town 40 kilometers south of Kirkuk, killing 18 and wounding 20.  A VBIED attack, not normally seen that far south, struck a Provincial Joint Coordination Center in Basrah on Thursday, killing 12 civilians and wounding 32.  On Saturday, indirect fire on Camp Bucca killed 6 detainees and wounded 57, though the vast majority were treated and released.  Also on Saturday, in

███████████████

000306

PX942

██████████████

SECDEF WEEKLY UPDATE  3 – 9 June 07

Iskandariyah, just south of Baghdad, a VBIED attack on an observation post killed 10 Iraqi Army soldiers and wounded 20.  It is not obvious why the sensational attacks were spread around the country to the extent they were.  Still, this past week's sensational attacks were largely unsuccessful at killing or wounding the numbers of innocent civilians injured in the past, and despite the losses, it was somewhat heartening that checkpoints are working as designed and minimizing the damage.

I discussed VBIEDS in my update last week and their overall downward trend over the last couple of months.  We saw a slight up-tick in the number of VBIEDs over the past week (11 explosions versus 9 the week prior and 7 found and cleared versus 3 the week prior) but what we've also seen is a steady decline in the overall lethality of VBIEDs over the past 6 weeks.  We are also finding a significantly expanded use of homemade explosives (HME) in these car and truck bombs (our troopers captured one today that had some 7,000 lbs of HME).  Thus, we are digging into the question of whether the drop in quantity and quality has been because of our targeted operations and cache finds or because AQI is saving up the stockpiles for a surge of their own.

The number of civilian casualties was down over the last week nationwide and in Baghdad, and attacks on civilians decreased for the 4th straight week.  Total casualties in Baghdad (Civilian, ISF, and CF) were down by 20% from the week prior.  Sectarian deaths in Baghdad were down to half of the week prior and the level of violence (murder plus attacks) in Baghdad dropped by a bit more than half, after the generally upward trend over the past several weeks.  All these indicators are at least heading in the right direction, and we'll obviously work to sustain them.  Continued operations and political accommodation can move them further along.

We also had a less deadly week as our troops continued their push.  While it is still early in the monthly reporting period, so far we are behind the casualty rate of May (25 US KIA through 9 June, less than 3 per day versus May's rate of 4 per day; if the rate holds through the remainder of the month, touch wood, the projection is 85 US KIA).  The second half of June will be tougher as we go fully on the offensive in hot spots heretofore AQI sanctuaries, so the rate may increase, though we will do all possible to find the buried IEDs which remain the biggest killer (18 of our 25 KIA) and cause the multiple casualty events.

Operationally, therefore, we will finally have the forces in place to take this fight to the enemy.  Beyond that, the pressure we will be able to put on both Sunni and Shi'a extremists across the area of operations may bring about increased offers for tribal engagement and political accommodation with reconcilable groups on both sides.

I remain concerned, nonetheless, that continued lack of political progress, as was evident in the past week, will undermine the security effort.  Our concern stems from a lack of discernible movement on the big pieces of legislation, political reshuffling plots in the GOI, and pushback on tribal engagement close to or within Baghdad that combine to obstruct the reconciliation effort.

On the legislative front, the PM told Ryan Crocker and me today that he will focus exclusively on legislation this week and understands the urgency,

3

██████████████

PX942

SECDEF WEEKLY UPDATE  3 – 9 June 07

stating that the basic oil law and revenue sharing will be submitted together to the CoR in the near future.  He'll also focus on provincial elections and the de-Ba'athification Law reform.  As usual, however, several key leaders are traveling, and that makes his effort doubly hard.

Various political parties claim they are working to create a new parliamentary coalition to bring down the Shiite-led government and this weighs heavily on PM Maliki.  Sunni officials acknowledged that such a bloc would not be able to form a majority in the 275-member assembly dominated by Shiite-led groups, but believe such a bloc could influence the government "in the right direction." It certainly worries the PM.

A number of regional issues surfaced over the past week.  In a positive development, we're getting indications the King of Saudi Arabia issued some kind of decree that precludes young men from traveling to Damascus, the key initial port of entry for foreign fighters making their way through Syria.  If that's true, it would be great to see if replicated in other countries that provide suicide bombers and flights to Iraq via Syria.  On the downside, tension on the north border between Turkey and the PKK guerillas has worsened over the past week, as you know, with substantial cross-border artillery fire, but not the ground incursion reported by some press.

While little progress was made on the official GOI front this week, I did have an encouraging meeting with a senior Sadrist member.  He sent positive signals regarding talking in earnest with the Coalition.  We remain open to this dialogue given Sadr's influence over a sizable number of actual and potential combatants, and we suggested that not targeting our forces would be a key first step.  I'll provide more details on this meeting and subsequent communications during our SVTC on Tuesday.

In another mildly encouraging development, Iraqi religious leaders are beginning to expound and act on upon the peaceful aspects of their faith. Sunni and Shi'a religious clerics met in Baghdad last week and agreed to form a Muslim Scholars Union in order to marginalize violence.  We expect the Union to begin implementing the reconciliation accord composed by clerics in Mecca in October 2006.  Additionally, an Inter-Religious Council meeting will be held in the International Zone this week from 11-13 June, thanks to money from OSD and MNF-I organizational support.  Prime Minister Maliki and Vice President Hashimi will attend (and we've run the traps on security for the event).

Also encouraging was the delivery to New York today of the approved UNSCR mid-term renewal letter signed out by the Iraqi Minister of Foreign Affairs. MoFA officials will present the letter, which was fully vetted through our Embassy, to the Security Council on 13 June.

On Saturday I took a trip to the oil refinery at Baiji, about an hour north of Baghdad.  This enormous refinery complex is one of the key components in Iraq's petroleum and electrical power generation infrastructure.  Like most endeavors, it takes a fair number of talented individuals to make it run, and Iraq has a good leader there who has been taking on corruption since taking charge four months ago.  Baiji's role is to produce refined petroleum and other

4

000308

PX942

SECDEF WEEKLY UPDATE  3 – 9 June 07

products for domestic use, as well as electricity, and in doing so helps power the economies of all of northern Iraq.  All three refineries were operating there on Saturday for the first time in years.

We reached a milestone in electricity generation this week as well, passing 5,000 megawatts for the first time in months (5,300 on Friday), if not years.  By comparison, pre-war levels were 4,200 MW.  Of course, we've made tremendous investments to get the level back to where it is now given the dilapidated state of the infrastructure and the damage done by insurgent attacks.  We still have a way to go, especially as Iraqi demand continues to grow at a substantial pace and is 8,500 megawatts at peak requirement at present.

We briefed ADM Fallon on the Joint Campaign Plan on Sunday, and look forward to presenting it to you during your visit, as well as discussing what I see as encouraging and discouraging trends, detention issue developments, and the near-term operational way-ahead.

Finally, thank you for support of 16th MP Brigade HQs extension.  That element is a key component of our detention effort and will help us get through a tough summer as our detainee population increases as a result of our operations.

I look forward to seeing you at the SVTC on Tuesday.


Very Respectfully, Dave

Declassified on:  February 2015
Declassified by:  CENTCOM CoS

000309

PX942

SECDEF WEEKLY UPDATE  10 – 16 June 07

**MNF-I Commander's Assessment:**

**Mr. Secretary:**

I appreciate the time that we had on Saturday to discuss the issues facing Iraq and to get you out to see a Joint Security Station, in addition to your other meetings.  As you saw, the JSSs are where the change in our strategy is truly being implemented, as our troops and their Iraqi counterparts help bring security to the neighborhoods they are patrolling.

Your visit with us ended a tumultuous week, but not necessarily a negative one.  AQI's attack on the two minarets of the Golden Mosque in Samarra on Wednesday can only be described as a terrible blow, but the Iraqi reaction to the attack, from both leaders and people, has been very different from the reaction following the February 2006 attack.  The Iraqi reaction has been swift, and our message to them is that now is the time to turn adversity into opportunity.

We have been pleased by the Iraqi response so far.  The Prime Minister, supported by other governmental leaders, immediately flew to the site, ordered a curfew, and moved additional troops to Samarra.  He organized the forces in Samarra under a proven Iraqi Sunni general, and we have reinforced him with Coalition assets.  Grand Ayatollah Sistani, Ayatollah Hakim, Muqtada al Sadr, and other religious leaders called for restraint, though Sadr characteristically blamed the Coalition and called for peaceful demonstrations, the most notable one in Sadr City that drew some 5,000 people.  Saturday's announcement of the GOI agreement with UNESCO and the Turkish construction firm to rebuild the mosque sent a number of important messages about resolve and cooperation among sects and ethnic groups.

The feeling over the first few days since the attack can be characterized as very tense but generally calm, though there was a very high level of relatively ineffective attacks on Coalition Forces in the first 24 hours.  The initial reactions, in which fewer than a dozen mosques have been attacked, are somewhat muted in comparison to the 2006 bombing, when 46 Sunni mosques were attacked within the first 96 hours.  Still, there have been retaliatory actions against ten Sunni mosques, most notably in Basra, where Sunnis are decidedly in the minority and where the Talha bin Obeid-Allah shrine, the largest Sunni mosque is that city, was destroyed on Friday (and the shrine guards were arrested by Basra authorities).

While we certainly recall that it took time for the sectarianism to spike after the February 2006 bombing, the initial indicators after this recent attack are at least reasonably reassuring.  Unlike the first bombing, this time there is a government in charge instead of in transition.  The government has more adequate security forces and is supported by messages of moderation from various influential sectors.  Another factor we stressed in our early contacts with GOI leaders was not to let the aftermath of this attack derail the offensive operations we have just begun by requiring us to divert resources to deal with Shi'a militia activity.  They generally took that message to heart, and as bad as

1

█████████████

SECDEF WEEKLY UPDATE  10 – 16 June 07

this event was, we hope it can further steel Iraqis against Al Qaeda instead of dividing them against themselves as Al Qaeda hoped.

During your visit, we provided you an overview of the coordinated offensive that our units kicked off on Thursday night.  The push in eastern Anbar, Diyala Province, the southern and northern Baghdad belts, and several remaining tough spots in Baghdad, shaped by our special operations forces, is designed to knock AQI off plan, and I believe it will.  I'll brief the plan's concept of operations to the President in Monday's NSC SVTC and should have a few more updates on the early efforts by then.  The big push into Baqubah in Diyala Province is still 24-48 hours away and that will entail some very tough fighting against Al Qaeda, who has had time to dig in an elaborate defense.  As you recall from spring of 2006, Zarqawi declared Baqubah to be the capital of the new Caliphate and was killed only a few kilometers west of the city last August.

Our coordinated offensive is strengthened by ongoing tribal efforts as exemplified in Anbar Province, which is by now a proven example for other Sunni AQI rejection movements.  Additional anti-AQI Sunnis could reinforce the offensive considerably, but some of the efforts are being delayed by the GOI's reluctance to arm Sunni groups close to Baghdad.  Given Iraq's history, it is understandable that Shi'a leaders are reticent to arm those they fear could turn against them.  And a few months ago we would have been, too.  But we generally think we have reached the point where it is necessary to take some risk and exploit the opportunity that exists, while taking steps to try to build the allegiance of these groups to the GOI.

We'll continue to work with the GOI to address their concerns, and we're pushing additional local force initiatives in several areas, to include in the southern belts and Abu Ghraib again, attempting to use the already successful effort in Ameriyah in Baghdad as an example.  We also need to push local authorities and the GOI in Diyala Province, which has a nascent "awakening movement" of its own, but whose leadership seems to be comprised solely of Shi'a.  Without Sunni representation in the political movement, called the "Diyala Support Committee," the Iraqis will not be able to sustain the fight against AQI in a very mixed-sect province.  We are helping the GOI rectify this.

In the meantime, Stan McChrystal's special operators had a big weekend on both sides of the Sunni-Shi'a target list.  On the Sunni side, they disrupted the Baghdad AQI presence by picking up another high level courier as well as two others instrumental in the Baghdad VBIED network.  Stan's team has also provided much needed depth in Mosul by continuing to disrupt the AQI network there, keeping the leadership off balance, and helping to prevent their exploitation of a fairly light Coalition Presence (though ISF have been hanging tough there over the past couple of months).

On the Shi'a side, our high-end SOF captured Ibrahim al-Hilfi (who the Prime Minister had asked us to pick up), a very senior JAM Special Cells commander who we believe was directed by JAM leadership to conduct mortar/rocket attacks against the International Zone and other locations, and three Special Groups members, to include one who we believe recently received training in Syria.  On a related point, we've had no other solid intelligence leads in the

2

█████████████

SECDEF WEEKLY UPDATE  10 – 16 June 07

past week on the five Britons in JAM captivity though we're obviously doing everything we can (the same holds true for our two missing soldiers as well, unfortunately).

Troops in Baghdad captured 5 mortar systems and hundreds of rounds along with their operators in Sadr City in the early morning hours of Wednesday.  As a result, indirect fire was down throughout the week, though we received six attacks from Wednesday through Saturday, four of which emanated from the West Rashid District (and one of the areas we'll continue to target with the offensive) rather than Sadr City.  We also uncovered an enormous cache last Tuesday that contained 4 VBIEDs as well as a large amount of nitric acid. These cache finds are gradually paying off.  In fact, the number of VBIED explosions in Iraq dropped to 3 last week (helped by the vehicle curfew, in Baghdad, to be sure) from 11 the week before, a continuation of a downward trend since March.

Nationwide, last week's civilian casualties were down 36% from the previous week, the 6th straight week of decreases.  In Baghdad they were down 22% during the same time frame.  Coalition casualties were also down nationwide last week by 21% while ISF casualties were up by 27%.   The upcoming week is likely to be more challenging, though, with the lifting of the curfew in Baghdad, the continuation of our offensive, and some likely delayed reaction to the Samarra Mosque bombing (though we've asked our Shia friends to ask Sadr to lay off us so we can focus on AQI and his out-of-control secret cells).

We continue to educate senior Iraqi leaders on Iranian influence in Iraq.  To date we've given the Iranian involvement briefing to the Deputy PM, the National Security Advisor, the Minister of Interior, and the Minister of Foreign Affairs.  They have all seemed compelled by the video testimony and the documents of Qais Khazali, his brother Laith, and Hamid "the Mute," the Lebanese Hezbollah trainer.  All have expressed the desire to show the taped confessions on national Iraqi television (which we can't legally do because of Khazali's detainee status – but we are working other options to communicate the same message).  And in a follow up from last week, Dr. Rubaie returned from Iran and indicated he had taken a hard line with Soleimani, the Quds Force commander, to include walking out of the room on him at one point to express his displeasure.

The MNF-I Intel Chief also met with members of the Office of the Commander in Chief (OCINC) this past week.  While the OCINC Chief had told me we'd have access to records justifying recent OCINC arrests of Sunni Intel officers, the meeting made it clear that they were not interested in providing transparency of their activities.  From our perspective, OCINC is a distinctly Iraqi creation that we must co-opt, as putting an end to it seems highly unlikely; however, we will also protest the actions of members of the OCINC that are clearly sectarian in nature.  (Update:  we were told tonight that one key member of OCINC will be fired – a Brigadier Adnan, who has been behind arrests of Sunni Intel Officers on virtually no basis.)

With only six Council of Representatives sessions remaining before the originally scheduled summer recess, the passage of a majority of the benchmark legislation appears less likely, though it is expected the session

3

PX942

**SECDEF WEEKLY UPDATE  10 – 16 June 07**

will be extended and the negotiators are back at work on the Hydrocarbon Framework Agreement and the Revenue Sharing Law.  Several other factors could challenge near-term legislative action, as well.  The Sadr block has threatened to pull out of the Council of Representatives, using the excuse of the Samarra bombing.  And Speaker Mashhadani is on administrative leave after his rebuke by the Council of Representatives (though his fate is still uncertain and he seems determined to stay).  On a positive note, the Council of Representatives did, on 14 June, pass the amendments to the Military Trials Procedures Law, which establishes the military court system.

Senators McCaskill (D-MO) and Carper (D-DE) visited late Saturday afternoon, and Ryan and I again spent time trying to paint the picture of how we see the situation and the chance for political progress in the coming months.  As with most CODELs, they exuded a sense of urgency that was also tempered by a realistic assessment that we cannot simply pull out of Iraq without serious consequences to our national interests.

Having briefed ADM Fallon and you on the Joint Campaign Plan, we plan to review the plan one more time this week and approve it on Saturday.  As discussed, I believe it frames the objectives we're trying to accomplish realistically.

Again, it was good to have you with us in Baghdad, and I look forward to seeing you at the      1.4(g)      on Monday.


**Very Respectfully, Dave**

Declassified on:  February 2015
Declassified by:  CENTCOM CoS

000313

PX942

# PX949

**SECDEF WEEKLY UPDATE 17-23 MAR 07**
**Commander's Assessment**

*Responsibility for Attack on PJCC*

"This week's most significant event was the capture of prominent Sadrist and leader of an lranian-linked EFP network, Qais Khazali, and his brother Layth, also a ranking member of the network. We have incontrovertible evidence implicating them in the murder of five US soldiers in Karbala in January, which we shared with the Prime Minister and which he has explained this to the PM."

NOTES:
- Description of Qais Khazali as the "leader of an Iranian-linked EFP network" speaks to the connection between AAH and the Sheibani Network (given that Sheibani was the main network responsible for smuggling EFPs from Iran to Iraq)
- Denotes clear responsible for Karbala – "incontrovertible evcidence implicating them in the murder of five US soldiers in Karbala in January"

*Validation of Timeline / Historical Context*

"The Khazali and Hamid captures have exacerbated ongoing intra-Shi'a conflicts as the Sadrist movement begins to splinter a bit."

*Iranian Support to JAM*

"ln MNF-l's area, we continue to be concerned over lranian aid and training to groups that have splintered from JAM. We'll continue to watch this closely, in particular the more formalized training effort of militias in lran as well as their supplying of EFPs, munitions, and sniper rifles to extremists on both sides of the Sunni-Shi'a divide."

**SECDEF WEEKLY UPDATE 24-30 MAR 07**
**Commander's Assessment**

*Fracturing of JAM and Diminishing Command and Control*

"Underlying tensions over the diminished role of their organization and the desire to react to Sunni extremists continues to percolate through the disaffected leadership of JAM."

"A new and troublesome development on the Shi'a extremist side is Sadr's call for an anti-Coalition march in Najaf on April 9th. This is certainly partially driven by Sadr's perception that he is losing his grip on JAM and partially due to our detention of Khazali and other Sadr extremist leaders."

PX949

**SECDEF WEEKLY UPDATE 3-9 JUNE 07**
**Commander's Assessment**

*Iranian Support to Special Groups*

"This past week we briefed DPM Barham Saleh and NSA Mowafak al-Rubaie on what we have learned about lranian and Lebanese Hezballah activity in lraq from those we've detained."

"The evidence is impressive. The five-page Qais Khazali sworn statement, made last week and marked with his inked fingerprints, is an unequivocal indictment of lranian interference. His statement, along with those of his brother and other detainees, provides incontrovertible evidence that lran is arming, funding, training, equipping, and advising Shi'a extremists operating in lraq. lranian interference began shortly after the Coalition began operations, but advanced significantly after the Najaf operation in 2004. The statements of those interrogated are buttressed by dozens of documents taken from the captured laptops. As Qais asserted, without lranian funding, JAM special groups would not be able to function."

*Effect of Iranian Support/Training*

"lranian sponsorship of extremists has an obvious operational impact on our forces."

*Type of Iranian Training*

"We also received reports this week of 100 JAM members who had been trained in lran and have infiltrated back into lraq, with the goal of targeting Sunnis and attacking one of our FOBs in south Baghdad. The reports indicate they received training in sniper operations, explosives, small unit tactics, ambushes, and IED emplacement."

*Kidnapping as an M.O.*

"We remain cognizant of AQI and JAM extremists' desires to kidnap Americans We put out additional guidance to all Coalition members this past week alerting them of the increased threat."

**SECDEF WEEKLY UPDATE 10-16 JUNE 07**
**Commander's Assessment**

*Special Groups as Separate from Sadr*

"(though we've asked our Shia friends to ask Sadr to lay off us so we can focus on AQI and his out-of-control secret cells)."

*Iranian Influence in Iraq*

PX949

"We continue to educate senior lraqi leaders on lranian influence in lraq. To date we've given the lranian involvement briefing to the Deputy PM, the National Security Advisor, the Minister of Interior, and the Minister of Foreign Affairs.They have all seemed compelled by the video testimony and the documents of Qais Khazali, his brother Laith, and Hamid "the Mute," the Lebanese Hezbollah trainer."

### *Misc*

"On the Shi'a side, our high-end SOF captured lbrahim al-Hilfi (who the Prime Minister had asked us to pick up), a very senior JAM Special Cells commander who we believe was directed by JAM leadership to conduct mortar/rocket attacks against the lnternational Zone and other locations, and three Special Groups members, to include one who we believe recently received training in Syria
"And in a follow up from last week, Dr. Rubaie returned from lran and indicated he had taken a hard line with Soleimani, the Quds Force commander, to include walking out of the room on him at one point to express his displeasure."

PX949

PX951

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 23 February 2018

SECRET//REL TO USA, AUS, CAN, GBR, N

**Shi'a SDE
Tactical Interrogation Report**

FROM: **Shi'a SDE**
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: Qayis Hadi Sa'id ((al-Khazali))
Report No: 200243-049
Alias:  None
Shayikh:  Unknown
Category:  2A
Captive Tag #:   1.4(a)
Date of Capture: 20 0100 MAR 07
Interrogator: 3.5(c)
Date/Time:  171930CFFEB08
Language Used:  AD
Interpreter: 3.5(c)
Maps Used:  None
Significance:  Detainee is a suspected anti Iraqi forces (AIF) group leader, and is associated with weapons smuggling from Iran, extra judicial killing (EJK) activity, and the attack on the Karbala PJCC



**WARNING:  (U) THIS IS AN INFORMATION REPORT, NOT FINALLY
EVALUATED INTELLIGENCE.  REPORT CLASSIFIED
SECRET//REL TO USA, AUS, CAN, GBR, NZL**

<u>**Summary**</u>:

- **Discussed some minor political issues relevant to himself and the Sadrist movement**


    With regards to the kidnappers of the five British hostages, although it is important for CF to not negotiate for the hostages, there must be some political consideration for the demands of the kidnappers.  Groups like this are looking to be heard and a failure to engage them, or representatives of their interests, will only push them to become more violent or extreme, and perhaps agents of Iran.

    Akram al-Kabi is not a member of the Iraq national Gathering (ING).  The ING has a relationship with the Islamic Supreme Council of Iraq (ISCI).


SECRET//REL TO USA, AUS, CAN, GBR, NZL

1

PX951

**SECRET//REL TO USA, AUS, CAN, GBR, NZL**



    The ING is certain to fail in its political efforts because of this relationship with ISCI.  If released, the Detainee intends to return to the Najaf Hawza to continue his religious study, or enter Iraq national politics by forming his own Sadrist group.  He likes the idea of aligning Sadrists based on those who stayed in Iraq after the fall of the Saddam regime and those who fled to Iran.



**OVERALL CLASSIFICATION OF TIRS IS**

**SECRET//REL TO USA, AUS, CAN, GBR, NZL**

**Classified By: Unit SCG**
**Reason: 1.5 (a)**
**Declassify On: 25X1**

PX951

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 23 February 2018

SECRET//REL TO USA, AUS, CAN, GBR, N

**Shi'a SDE
Tactical Interrogation Report**

FROM: **Shi'a SDE**
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: Qayis Hadi Sa'id ((al-Khazali))
Report No: 200243-050
Alias:  None
Shayikh:  Unknown
Category:  2A
Captive Tag #:  [ 1.4(a) ]
Date of Capture:  20 0100 MAR 07
Interrogator:  [3.5(c)]
Date/Time:  211930CFEB08
Language Used:  AD
Interpreter:  [3.5(c)]
Maps Used:  None
Significance:  Detainee is a suspected anti Iraqi forces (AIF) group leader, and is associated with weapons smuggling from Iran, extra judicial killing (EJK) activity, and the attack on the Karbala PJCC



**WARNING:  (U) THIS IS AN INFORMATION REPORT, NOT FINALLY
EVALUATED INTELLIGENCE.  REPORT CLASSIFIED
SECRET//REL TO USA, AUS, CAN, GBR, NZL**

<u>**Summary:**</u>

- **Discussed effects of the extension of the JAM ceasefire by Muqtada al-Sadr**

    There are advantages to extending the JAM ceasefire.  If extended, Muqtada al-Sadr (MAS) will gain favor with the CF and the Government of Iraq. He will further open himself up to political engagement and move further away from the image of a security threat in the country.

    MAS committed a major oversight with the previously issued JAM ceasefire.  Prior to the ceasefire, he had an opportunity to come to an agreement with CF over the conditions for a ceasefire.  By failing to raise any issues, he missed out on the opportunity and allowed CF to continue operating as they have been prior to the ceasefire.  The last ceasefire did not necessarily affect the

**SECRET//REL TO USA, AUS, CAN, GBR, NZL**

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

targeting and operations of the CF.  CF could still conduct raids and arrests, while JAM had to adjust its activities and behavior.  There were no reciprocal aspects to the last ceasefire and this projects weakness on behalf of MAS and JAM.  Mutual concessions would have given the appearance of both sides being on equal footing.  This is the approach that should be taken towards any new ceasefire extension.  Overall, a decision to extend it would in itself be of benefit to the Sadrist movement.



1.4(c)

1.4(c)

1.4(c)

**OVERALL CLASSIFICATION OF TIRS IS**

**SECRET//REL TO USA, AUS, CAN, GBR, NZL**

**Classified By: Unit SCG**
**Reason: 1.5 (a)**
**Declassify On: 25X1**

PX951

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 23 February 2018

SECRET//REL TO USA, AUS, CAN, GBR, N

## Shi'a SDE
## Tactical Interrogation Report

FROM: **Shi'a SDE**
TO: Coalition Forces

SUBJ:  **TACTICAL INTERROGATION REPORT**

Name of Detainee: Qayis Hadi Sa'id ((al-Khazali))
Report No: 200243-050
Alias:  None
Shayikh:  Unknown
Category:  2A
Captive Tag #:    1.4(a)
Date of Capture: 20 0100 MAR 07
Interrogator: 3.5(c)
Date/Time:  211930CFEB08
Language Used:  AD
Interpreter: 3.5(c)
Maps Used:  None
Significance:  Detainee is a suspected anti Iraqi forces (AIF) group leader, and is associated with weapons smuggling from Iran, extra judicial killing (EJK) activity, and the attack on the Karbala PJCC



**WARNING:  (U) THIS IS AN INFORMATION REPORT, NOT FINALLY
EVALUATED INTELLIGENCE.  REPORT CLASSIFIED
SECRET//REL TO USA, AUS, CAN, GBR, NZL**

<u>Summary</u>:

- **Discussed effects of the extension of the JAM ceasefire by Muqtada al-Sadr**

There are advantages to extending the JAM ceasefire.  If extended, Muqtada al-Sadr (MAS) will gain favor with the CF and the Government of Iraq. He will further open himself up to political engagement and move further away from the image of a security threat in the country.

MAS committed a major oversight with the previously issued JAM ceasefire.  Prior to the ceasefire, he had an opportunity to come to an agreement with CF over the conditions for a ceasefire.  By failing to raise any issues, he missed out on the opportunity and allowed CF to continue operating as they have been prior to the ceasefire.  The last ceasefire did not necessarily affect the

**SECRET//REL TO USA, AUS, CAN, GBR, NZL**

1

**PX951**

SECRET//REL TO USA, AUS, CAN, GBR, NZL

targeting and operations of the CF.  CF could still conduct raids and arrests, while JAM had to adjust its activities and behavior.  There were no reciprocal aspects to the last ceasefire and this projects weakness on behalf of MAS and JAM.  Mutual concessions would have given the appearance of both sides being on equal footing.  This is the approach that should be taken towards any new ceasefire extension.  Overall, a decision to extend it would in itself be of benefit to the Sadrist movement.



OVERALL CLASSIFICATION OF TIRS IS

SECRET//REL TO USA, AUS, CAN, GBR, NZL

**Classified By: Unit SCG**
**Reason: 1.5 (a)**
**Declassify On: 25X1**

PX951

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 23 February 2018

SECRET//REL TO USA, AUS, CAN, GBR, N

**Shi'a SDE**
**Tactical Interrogation Report**

FROM: **Shi'a SDE**
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: Qayis Hadi Sa'id ((al-Khazali))
Report No: 200243-054
Alias: None
Shayikh: Unknown
Category: 2A
Captive Tag #: [1.4(a)]
Date of Capture: 20 0100 MAR 07
Interrogator: [3.5(c)]
Date/Time: 171800CMAR08
Language Used: AD
Interpreter: [3.5(c)]
Maps Used: None
Significance: Detainee is a suspected anti Iraqi forces (AIF) group leader, and is associated with weapons smuggling from Iran, extra judicial killing (EJK) activity, and the attack on the Karbala JPCC

**WARNING:  (U) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.  REPORT CLASSIFIED SECRET//REL TO USA, AUS, CAN, GBR, NZL**

Summary:

- **Provided information on the Iraqi Islamic Movement**

The Iraqi Islamic Movement (IIM) was a political organization started after the fall of the Saddam regime.  The IIM was not a paramilitary group.  It was mostly made up of intellectuals and academics.  The group had some momentum initially, but it subsided at around the time the Shi'a problems with CF began in 2004.  The membership of the group was not interested in pursuing aggressive objectives and guidance of MAS.

Hajji Shibl was one of the original members.  Some others were Shayikh Jabir ((al-Khafaji)), Mustafa ((al-Ya'kubi)), and Abu Haydar ((al-Gharawi)).  Detainee was not a member of the IIM.  Detainee did help come up with the idea or

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

concept of the IIM, as a new political group. Abu Haydar was from the OMS, but he was not in charge of all OMS offices in Iraq. However, he was the first commander of the JAM.

Detainee never advised MAS to issue a fatwa against Hajji Shibl. Hajji Shibl was confused and mistaken on this matter, and Detainee had discussed it with Hajji Shibl in the past. Hajji Shibl initially believed this because Detainee was the close advisor of MAS at the time the fatwa in question was supposedly issued. Claims of jealousy on Detainee's part towards Hajji Shibl are unfounded. Detainee and Hajji Shibl are not peers or competitors in anyway. There is no basis on which the Detainee could hold jealousy towards Hajji Shibl. Detainee was a Hawza student, and Hajji Shibl was involved in other matters.



1.4(c)

1.4(c)

1.4(c)

**OVERALL CLASSIFICATION OF TIRS IS**

SECRET//REL TO USA, AUS, CAN, GBR, NZL

**Classified By: Unit SCG**
**Reason: 1.5 (a)**
**Declassify On: 25X1**

2

PX951

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 23 February 2018

SECRET//REL TO USA, AUS, CAN, GBR, N

## Shi'a SDE
## Tactical Interrogation Report

FROM: **Shi'a SDE**
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: Qayis Hadi Sa'id ((al-Khazali))
Report No: 200243-055
Alias: None
Shayikh: Unknown
Category: 2A
Captive Tag #: [1.4(a)]
Date of Capture: 20 0100 MAR 07
Interrogator: [3.5(c)]
Date/Time: 281600CMAR08
Language Used: AD
Interpreter: [3.5(c)]
Maps Used: None
Significance: Detainee is a suspected anti Iraqi forces (AIF) group leader, and is associated with weapons smuggling from Iran, extra judicial killing (EJK) activity, and the attack on the Karbala JPCC



**WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE. REPORT CLASSIFIED SECRET//REL TO USA, AUS, CAN, GBR, NZL**

**Summary:**

- **Detainee discussed possible effects of the JAM militia activities in Basrah**

   Once the latest JAM activity began in Basrah and other parts of Iraq, there may have been several reasons for MAS remaining silent. He may have been waiting to see how the situation developed. If the active JAM militias in Basrah and other parts of the country were comprised of very large numbers of Sadrists, it may appear that MAS has lost control over JAM and its adherence to his ceasefire. Among the Sadrists there are two primary camps- those who are loyal to MAS no matter what happens, and those who will act in their own way in order

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

to serve their interests as Sadrists.  It may not be appropriate to label the fighting JAM elements as "rogue" if they consist of a great majority of Sadrists.

If there is no political resolution to resolve the situation in southern Iraq, the ISF will have to continue the offensive operations against JAM.  The ISF will most likely need the assistance of CF to defeat the JAM elements.  This will result in further splintering of JAM into smaller factions.  They will form new squads similar to the Special Groups, and will likely seek reprisal against the GOI parties and individual politicians.

A possible resolution for the crisis in Basrah would be to open a dialogue among CF, GOI, and Sadrists.  There should be extensive declarations made in the media to highlight the negotiations and the specific agreements made by all sides.  It should be highlighted that there will be no protections for those who continue fighting and do not abide by a negotiated ceasefire.  This will provide a clear definition for who can be targeted by CF/ISF and who should not be.

The current JAM AIF activities may spread out to other areas in southern Iraq.  Nasiriyah and Amarah may see growing pockets of violence.  This is particularly dangerous because SG and JAM commanders have good relationships at the provincial level.  The political leadership of the Sadrist trend should open a dialogue with the GOI leadership, and contact should be made with the JAM groups to observe whatever agreement is made.  The structure in the provinces is such that one person should be the able to issue directives to resolve the current problems.

The GOI is dealing with the JAM/Sadrists in this manner (offensive military operations) because there is no balance within the government.  ISCI is the dominant force in the GOI and it is prone to dealing with the Sadrist aggressively.  PM Maliki sees the Sadrists as something he cannot deal with, and so ISCI appears more available and favorable to him.



1.4(c)

1.4(c)

SECRET//REL TO USA, AUS, CAN, GBR, NZL

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

---
1.4(c)
---

### OVERALL CLASSIFICATION OF TIRS IS

SECRET//REL TO USA, AUS, CAN, GBR, NZL

**Classified By: Unit SCG**
**Reason: 1.5 (a)**
**Declassify On: 25X1**

Approved for Release

PX951

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 23 February 2018

~~SECRET//REL TO USA, AUS, CAN, GBR,~~

**Shi'a SDE**
**Tactical Interrogation Report**

FROM: **Shi'a SDE**
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: Qayis Hadi Sa'id ((al-Khazali))
Report No: 200243-056
Alias: None
Shayikh: Unknown
Category: 2A
Captive Tag #: [1.4(a)]
Date of Capture: 20 0100 MAR 07
Interrogator: [3.5(c)]
Date/Time: 081600CMAR08
Language Used: AD
Interpreter: [3.5(c)]
Maps Used: None
Significance: Suspected AIF group leader, ASW weapons smuggling from Iran,
EJK's, and the attack on the Karbala JPCC

**WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY**
**EVALUATED INTELLIGENCE. REPORT CLASSIFIED**
~~**SECRET//REL TO USA, AUS, CAN, GBR, NZL**~~



**Summary:**

- **Discussed root causes for PM Maliki's call for disbandment of JAM**

The GOI appears to be dealing with the Sadrists movement in a unilateral and unclear manner. Prior to Detainee's capture by CF, PM Nuri al-Maliki had a good relationship with the Sadrists. The PM particularly had good relations with Detainee and they had an indirect line of communication with each other. During this time the PM knew people he could talk to within the Sadrist movement.

Since the ISF were not able to suppress the Shi'a militias, the Sadrists appeared to have taken a successful stand against the GOI. PM al-Maliki appeared to have taken this public defeat personally, since he himself was coordinating the offensive from within Basra. Although there were conditions

SECRET//REL TO USA, AUS, CAN, GBR, NZL

agreed upon with MAS for the cessation of fighting in the South and the retreat of JAM, the PM appears to be aiming to retaliate against the Sadrists politically. Rather than just settling for an end to fighting, a retreat, and a handover of firearms; he is calling for the disbanding of JAM altogether.

By placing this as a stipulation on the Sadrists before they can participate and run in upcoming elections, the PM is placing a significant political roadblock in their way.  Knowing that the Sadrist rely on JAM for protection and as a counterbalance to other militant groups, the PM knows this term will be unacceptable.  This is an indirect way of politically disarming the Sadrist movement, and repaying them for withstanding, if not defeating, the ISF offensive he led in Basra.  If the Sadrists are not included in key political processes, they will not be able to set any kind of footprint in the government.



1.4(c)

1.4(c)

1.4(c)

**OVERALL CLASSIFICATION OF TIRS IS**

**SECRET//REL TO USA, AUS, CAN, GBR, NZL**

**Classified By: Unit SCG**
**Reason: 1.5 (a)**
**Declassify On: 25X1**

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 23 February 2018

SECRET//REL TO USA, AUS, CAN, GBR, N

**Shi'a SDE
Tactical Interrogation Report**

FROM: **Shi'a SDE**
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: Qayis Hadi Sa'id ((al-Khazali))
Report No: 200243-057
Alias: None
Shayikh: Unknown
Category: 2A
Captive Tag #: [ 1.4(a) ]
Date of Capture: 20 0100 MAR 07
Interrogator: [3.5(c)]
Date/Time: 11 APR 08/ 1600hrs
Language Used: AD
Interpreter: [3.5(c)]
Maps Used: None
Significance: Suspected AIF group leader ASW weapons smuggling from Iran, EJK's, and the attack on the Karbala JPCC



**WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY
EVALUATED INTELLIGENCE. REPORT CLASSIFIED
SECRET//REL TO USA, CAN, GBR, NZL**

<u>Summary</u>:

- **Detainee provided his opinion on MAS's intent with a recent public statement to Iraqis**

This recent statement released by MAS is dated, in the sense that it was a message he would have best released earlier after the CF invasion of Iraq. Today, something else is needed as the situation has changed dramatically in the last four years.

MAS is communicating with clearer and more precise ideas. He was significantly hurt by PM Maliki's most recent stance towards Sadrists. The focus of the message appears to be to minimize damage from the recent clash with the GOI and deflect fault and blame towards CF.

**SECRET//REL TO USA, AUS, CAN, GBR, NZL**

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

MAS is attempting to appeal to everyone, in order to mobilize the greatest amount of supporters. By appealing to the national identity Iraqis share, and Muslims, MAS is attempting to attract ISF members to his camp. He particularly does this by offering extremist views and prejudice in the government in order to further pull ISF members towards him. He also addresses the condition of CF detainees, in order to gain support from the families and friends of detainees, and highlight the "injustices" of the CF on common Iraqi men.

By pulling people away from the ISF ranks, the underlying intent is to embarrass the government. He points out how Maliki could not affect the situation relative to U.S. contracts in Iraq and how he is under the control of CF in determining what happens inside the country. He cannot defeat CF politically but he can defeat the Iraqi people.

JAM and the SG will most certainly be aligned against ISF/CF. MAS knows well that the SG are the actual resistance against CF for the Sadrists. If MAS orders the JAM to fight, they will integrate with the SG, who is more proficient and successful at fighting the CF. JAM will join the SG fighting lines and strengthen them.

Iran has a stake in mediating the GOI conflict with the Sadrists. Iran wishes to maintain a strong political relationship with the GOI, but at the same time it has heavy influence over Sadrists. The Sadrists form a majority of the Shi'a population. MAS's time staying in Iran allows Iran to have access and influence over a significant movement and population. This can be used as a counter to the GOI when it is not responsive to Iran.



| 1.4(c) |
| --- |

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL



**Muqtada al-Sadr Asks Followers to Postpone 9 Apr Demo, Threatens to 'End Freeze' (Al Amarah/**

**Translation:**

O men and soldiers of God, O lovers of God and God's party, O followers and supporters of the Imam, O Army of the Imam and his followers. I send you greetings of God. May the peace and blessings of God be upon you. By God you have filled the hearts of the enemy with pain, and accomplished an achievement that displeases the infidels. I congratulate you on God's victory and imminent conquest. With your love for and obedience to your seminary and by your unity

SECRET//REL TO USA, AUS, CAN, GBR, NZL

SECRET//REL TO USA, AUS, CAN, GBR, NZL

and solidarity, you have sent terror into the hearts of the occupier and his lackeys. By your standing in one line like an impregnable wall against the attacks of the enemy and his followers, you have proven your strength and ability to liberate Iraq in the future. May God support your efforts. Continue your jihad and resistance to the occupier who desecrated our land, transgressed on our sanctity, and indiscriminately killed our men, women, children, and old men, never distinguishing between them at all. The occupier bombed our cities, encroached on our honor and property, and attacked our ulama', doctors, professors, employees, religious authorities, land, and unity. The occupier sowed discord among us and brought with it a project he called democracy, which was taken as a pretext to strike at the Iraqi people and to oppress, kill, arrest, and displace them by the occupiers and some of those who collaborate with them.

However, I am certain that our army and splendid Iraqi police, who look to God for support, who have the love of the country deep in their hearts, and who have made of the Iraqi people their brothers, will not make any move to kill or arrest their children, brothers, fathers, and mothers. Their hands will not be stained with the blood of their people and will not torture their people and their families in American and other jails, as the occupiers and Haddam [Literally 'destroyer,' in allusion to Saddam Husayn] did to us.

O brave Iraqi Army and steadfast Iraq police. We have opened our hearts for you. These hearts are full of love for you. We have stretched out our hands to you, holding either olive branches or the book of God. Are you of those who love Islam and peace? If you are then support your besieged brothers, your sons in jails, and the wounded of Iraq who are more numerous than Iraqi hospitals can accommodate and because the Iraqi doctors and medicines are not sufficient to treat them. Be united with your mujahidin brothers to liberate Iraq and realize its independence and the unity of its territory and people. Elections, democracy, the Americans, the occupiers' spies, Ba'thists, or despicable sectarians and party followers, will not be able to keep us apart. May God reward you as he rewarded the pious ones and I pray to God to make you a shield for Iraq and its people and for the Iraqi territorial integrity and unity, and not a shield for the occupiers and their lackeys. God's obedience is above everything else. Another point is that we can see the extent of the security deployment that al-Maliki's government has carried out, the extent of its escalation against the people all over Iraq, as though the entire Iraqi people or the majority are criminals pursued by justice. I regrettably recall what one of the oppressors said when he considered the entire Iraqi people, of all components and religions, to be followers of the occupiers.

If this security deployment proves anything, it proves that the government is still under the abhorrent US pressure, the US deceptive worldly and hated policies, and the US oppressive authority. Therefore, the government is trying to prevent the annual demonstration by millions against the occupation, preventing the believers from participating in the elections, and trying hard to entrench the pillars of the US project to divide Iraq on sectarian and ethnic foundations.

SECRET//REL TO USA, AUS, CAN, GBR, NZL

By God, Haddam never prevented the march toward the Imam al-Husayn openly but set up numerous barricades and checkpoints, sent out his eyes and spies, brandished weapons, and took other measures to which they have become accustomed. Now we can see them with our own eyes.

Therefore, I appeal to the beloved Iraqi people who want to demonstrate against the occupation to postpone their demonstrations because I fear for them and because I want to spare their blood. By God, I am afraid that the hands of the Iraqis will be used against you, even though I would be honored if the hands of the Americans were used against you. You must be aware that last year one of the most prominent members of the current government threatened to stage a demonstration by millions in support of the occupation, as you have staged a demonstration by millions against the occupation. Now I defy him to implement what he said because what he said proves what he told me a few years ago; namely, that he fears the occupiers. If you fear the occupiers, the heroic mujahidin and the steadfast Iraqis will not care and we will raise our roaring cries and stage our demonstration of millions on other occasions, God wiling. These demonstrations will shake the thrones of the lackeys as well as the thrones of their masters.

I call on the Iraqi government, if there is one, to work for protecting the Iraqi people. Enough shedding of Iraqi people's blood and desecrating their honor. Let it protect them from the despicable sectarianism and partisan affiliations which has become rife in the government's departments and within its ranks. Let it protect the Iraqi people from the booby-traps and US militias, which take the cover of companies. Let it ask the occupiers to leave or to draw up a timetable for their presence on our sacred land instead of demanding the impossible. Let it work for providing services, security, stability, independence, and decent living, which Iraq is in need of. Let it work for seeking God's satisfaction by obeying its religious authorities and ulama'. Let it protect its religious, denominations, and minorities, such as Christians, Shabak, and Chaldo-Assyrians, and protect their sacred places and their clergymen instead of killing its people and threatening them with extinction.

Let the Iraqi government know that the Al-Mahdi Army will stand hand in hand with the Iraqi people to provide the security, stability, independence, liberation, unity, brotherhood, and amity that they need, and will end the freeze [on Al-Mahdi Army activities] if interests so require, in order to implement our aims, creed, religion, constant principles, and patriotism. We will do that in a separate statement.

Finally I say peace be upon the martyrs and families of Iraq who were killed first by the infidel Ba'thists, then at the hands of the occupiers, then at the hands of the lackeys of the occupation, and then at the hands of the terrorists. Peace be upon the Iraqi detainees. I raise my voice and urge their release. I urge implementing arrest warrants in a fair manner and using them against intruders

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

and those whose hands have been perpetrating murder, torture, and other atrocities. May the peace and blessings of God be upon the protesters, the demonstrators, the mujahidin, and the brothers in their unity.

Approved for Release

SECRET//REL TO USA, AUS, CAN, GBR, NZL

SECRET//REL TO USA, AUS, CAN, GBR, NZL

Approved for Release

بسم الله الرحمن الرحيم

مع تحيات أهل المنطقة الشرقية : الإخوة الكرام في أرض الحرمين نرجو الله أن يحفظكم ...

...

SECRET//REL TO USA, AUS, CAN, GBR, NZL

SECRET//REL TO USA, AUS, CAN, GBR, NZL

Approved for Release



SECRET//REL TO USA, AUS, CAN, GBR, NZL



**OVERALL CLASSIFICATION OF TIRS IS**

SECRET//REL TO USA, AUS, CAN, GBR, NZL

**Classified By: Unit SCG**
**Reason: 1.5 (a)**
**Declassify On: 25X1**

Approved for Release

J-2A 00368-18                                              147    02/21/18

PX951

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 23 February 2018

SECRET//REL TO USA, AUS, CAN, GBR,

**Shi'a SDE
Tactical Interrogation Report**

FROM: **Shi'a SDE**
TO: Coalition Forces

SUBJ:  **TACTICAL INTERROGATION REPORT**

Name of Detainee: Qayis Hadi Sa'id ((al-Khazali))
Report No: 200243-058
Alias:  None
Shayikh:  Unknown
Category:  2A
Captive Tag #:    1.4(a)
Date of Capture: 20 0100 MAR 07
Interrogator: 3.5(c)
Date/Time:  21 APR 08/ 2200hrs
Language Used:  AD
Interpreter: 3.5(c)
Maps Used:  None
Significance:  Suspected AIF group leader ASW weapons smuggling from Iran,
EJK's, and the attack on the Karbala JPCC

**WARNING:  (U) THIS IS AN INFORMATION REPORT, NOT FINALLY
EVALUATED INTELLIGENCE.  REPORT CLASSIFIED
SECRET//REL TO USA, AUS, CAN, GBR, NZL**

**Summary:**

- **Detainee provided his thoughts on the recent threat made by MAS'
for "Open War"**


    Someone is clearly advising MAS and helping him navigate through the
current situation with the GOI.  It is not right for PM Maliki to take a position
against the entire Sadrist trend.  If the PM takes on the Sadrists, he will
eventually lose on the moral side even if he achieves a military victory.  He will
appear like a strongman who has defeated common Iraqi people and create long
term animosity with the Sadrists.  This condition will be beyond recovery, even
with Detainee's leadership and guidance.  Sadrists all have friends and family
everywhere.  People will have a difficult time sympathizing with the PM/GOI if
friends and relatives are killed, wounded, displaced, or fired from government

SECRET//REL TO USA, AUS, CAN, GBR, NZL

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

jobs.  This also includes Iraqis who are not Sadrists but live in Sadrist areas.  They will be especially disgruntled from any collateral damage which would occur.

Even though, PM Maliki is calling for the disbandment of the JAM militia, he is not calling for the same of all militias.  The Badr Corps is a militia but appears to be exempt from this demand.  This is because the Badr Corps is responsive to the governmentl.  It may be considered to not be a militia, because it falls under the control of the GOI, but it is actually more dangerous to have a GOI-internal militia, which acts in its own interest, under the government's protection.  It used to be that the ISCI and the Badr Organization would pay the Badr militia members, now it has become GOI which pays the Badr members.  Earlier when Badr came into the GOI, it was the Badr leadership which took the positions within the government.  Then they began to recruit, asking people to join the Badr Organization so that the new members could be given a government job.  This is simple because Badr is not built on religious affiliation but rather, on political affiliation.  Badr may appeal to followers of Sistani or any other religious authority.

JAM has about 50,000 members.  The Special Groups (SG) are much less.  However, MAS will certainly approach the SG leadership for support and alignment.  Although they are separate, SG would support MAS and JAM through this crisis.  The survival of the Sadrists is threatened in this current matter.  If JAM has 50,000 members, once this crisis is over, there will be 40,000 who will seek revenge against the GOI.  The Sadrists will retaliate in significant ways.  The ministries and high-level officials are all easy targets because they do not travel round in armored vehicles like the CF.  The IP will also become a legitimate target for Sadrists if they are fired from the IP ranks.  Because the Sadrists do not hold any ministries, positions, or political power, they are not concern with losing anything as a result of conflict with the government.  If the provincial council will prevent any group with a militia from running in the elections, and there are no Sadrist members in the IP or IA, MAS will receive tremendous support for resisting the CF and GOI.  Historically, MAS' popularity has increased whenever he has taken a vocal anti-CF position.

To this point, MAS has only made political demands: to stop the fighting in Basrah, and the curfew in Sadr City.  He has not yet lifted the ceasefire.  When the GOI canceled Friday prayers at the mosque, the Sadrist obeyed the directive.  MAS appears to be trying to make efforts to reach a solution other than fighting.  The threat of "open war" is IF the GOI does not stop its activities against the Sadrists.  MAS is looking to resolve the crisis politically if possible.  It is PM Maliki who appears to be taking a strictly military route.  MAS may actually view Maliki as worse than CF.  CF and the US government should not pay much attention to his public statements, such as those about the US Secretary of State or other politicians.  CF should not deal with him as a mature political figure, as if everything he says has a plan behind it.  This is because he consistently

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

changes his mind and positions.  CF should do what they assess to be right and best, regardless of the statements MAS releases.

If Detainee was leading the Sadrists through the current crisis, he would have several goals which he would look to achieve in the resolution of the matter.  He would work to regain GOI consideration to allow Sadrists back into the government and participate in the elections.  He would also work for the release of any detainees who were captured during the operations in Basrah, Sadr City, and other Shi'a pockets of violence in the south.  This would exclude those who were arrested for strictly criminal offenses and those who had warrants for their arrest prior to the operation.  He would also work for compensation and reconstruction for the people who have been displaced and areas which have been severely damaged from the fighting.

MAS is certainly receiving advice on these current matters, most likely from Mr. Mustafa and Mr. Haydar.  These would be the obvious people.  Fortunately, they are wise and would work for peaceful resolution.  MAS currently has a good relationship with Iran.  Iran will certainly try to influence him.  Iran also has an interest in preserving the GOI, where they have positive influence.  Iran will likely work to resolve this matter with minimal damage to both of its interests who are at odds with each other at the moment.



OVERALL CLASSIFICATION OF TIRS IS

SECRET//REL TO USA, AUS, CAN, GBR, NZL

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

SECRET//REL TO USA, AUS, CAN, GBR, NZL

**Classified By: Unit SCG**
**Reason: 1.5 (a)**
**Declassify On: 25X1**



J-2A 00368-18

4

151    02/21/18

PX951

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 23 February 2018

SECRET//REL TO USA, AUS, CAN, GBR, NZL

Shi'a SDE
**Tactical Interrogation Report**

FROM: **Shi'a SDE**
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: Qayis Hadi Sa'id ((al-Khazali))
Report No: 200243-059
Alias: None
Shayikh: Unknown
Category: 2A
Captive Tag #: 1.4(a)
Date of Capture: 20 0100 MAR 07
Interrogator: 3.5(c)
Date/Time: 25 APR 08/ 1400hrs
Language Used: AD
Interpreter: 3.5(c)
Maps Used: None
Significance: Suspected AIF group leader ASW weapons smuggling from Iran, EJK's, and the attack on the Karbala JPCC

**WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE. REPORT CLASSIFIED SECRET//REL TO USA, AUS, CAN, GBR, NZL**

<u>Summary</u>:

- **Detainee provided additional assessments of the GOI/Sadrist crisis**

    Sadrists and Iran do not have a strategic relationship, it is relatively recent. Muhammad Sadiq al-Sadr (MSS) was against dealings with Iran, and the movement is based on his teachings and principles. Although different stories in the media may suggest that Tehran will evict MAS from Iran, it is not likely. Iran understands the size and significant of the Sadrists in Iraq.

    Iran has a religious, economic, social, and cultural project in Iraq. There are three parts to Iran's Shi'a constituency in Iraq- the GOI, ISCI, and the Sadrists. Although some may believe Iran would look to strengthen its ties to the GOI and

SECRET//REL TO USA, AUS, CAN, GBR, NZL

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

ISCI at the expense of the Sadrists, this is not true.  ISCI has less popularity, and although Iran supports the GOI (because it is a Shi'a government), the current administration has a limited time left.  Instead, Iran will attempt to go halfway with all of its commitments and interests in Iraq, to maintain a balance.  The Iranian government will offer advice and assistance politically, while the IRGC-QF will conduct other work behind the scenes.

Detainee was asked if it would be possible that ISCI is pushing the GOI to go after the Sadrists in order to affect the elections, particularly because Iran might fear the nationalist part of the Sadrist movement.  Detainee believes Iran knows it is not in its own interests to have Shi'a divided and fighting each other in Iraq, because Iran views itself as the motherland for all Shi'a.  In addition, if they make enemies of the Sadrists, half of the Shi'a population will be against them.

There appear to have been psychological effects on PM Maliki.  He is trying hard to repair the image of the GOI.  Detainee knows the PM is not an evil man, but believes he is behaving very emotionally.  Maliki needs to be careful, because MAS is stubborn.  If Maliki escalates, MAS will escalate as well.  MAS threatened with "open war" now, but a threat of "World War 3" could be next.  MAS would go to extremes.  He does not have much to lose, and so the outcome will not be good for anyone if the crisis with the Sadrists continues.  It could result in a Sadrist partnership with Iran.  The GOI will never be able to break the backs of the Sadrists.

The GOI security apparatus is not as powerful as Saddam's was.  Saddam restricted Friday prayer after the death of MSS, and Sadr City had homes destroyed, yet they still remained strong.  This is because the Sadrists are a public support group, not a political one.  GOI cannot easily change their direction, or change what makes up the Sadrists.  The GOI might weaken them, but it cannot eliminate them.

MAS has nothing to lose because the GOI is depriving him of everything.  There is no participation in elections or politics, and the GOI is reactivating the investigation into the murder of Majid al-Khu'i.  Reopening of that file is not a legal issue, but it is politically motivated.  If there truly was a GOI victory in Basrah, they could stop now.  However, the PM continues to push the Sadrists.

MAS faults CF for all problems in Iraq.  He characterizes the GOI as a follower of CF.  Detainee believes the Coalition actually **can** bring the PM to moderation on his current stance towards the Sadrists.  The PM could be influenced towards different directions than the one he has taken now.  There is question about how CF is able to pursue negotiations when MAS presents an obstacle with his harsh public stance towards them.  However, CF should not take MAS seriously.  He is using language as a tool but he has not employed actual measures.  He has threatened with "open war" and to lift the freeze, but he has not actually ordered any actions.

SECRET//REL TO USA, AUS, CAN, GBR, NZL

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

The SG formed in the face of a severe military threat.  The SG are few, but they are effective.  Now the Sadrist could probably form more SG.  The SG are now closer to JAM in the midst of this crisis.  MAS would take steps to please the SG, especially Akram al-Kabi, to push this along.  This is why he recently called for the Detainee's release, even though he knows Detainee is an adversary.  MAS would do this for the SG and their supporters.  A JAM and SG merger would not be a problem for Iran.  Iran would want the Sadrists united.  Iran wants a stable government in Iraq, but it still wants JAM/SG to be able to oppose and create problems for CF.

As the U.S. and Iraq work to solidify a long-term agreement, MAS would be very public about his rejection of any arrangements.  He will portray his stay in Iran as that of a freedom fighter in exile.  He regularly highlights the "occupation" in his speeches.  He could begin to compare himself to Muhammad Bakr al-Hakim and argue that he is able to speak freely because he outside of Iraq.



**OVERALL CLASSIFICATION OF TIRS IS**

SECRET//REL TO USA, AUS, CAN, GBR, NZL

**Classified By: Unit SCG**
**Reason: 1.5 (a)**
**Declassify On: 25X1**

SECRET//REL TO USA, AUS, CAN, GBR, NZL

3

PX951

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 23 February 2018

SECRET//REL TO USA, AUS, CAN, GBR, N

**Shi'a SDE**
**Tactical Interrogation Report**

FROM: **Shi'a SDE**
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**



Name of Detainee: Qayis Hadi Sa'id ((al-Khazali))
Report No: 200243-061
Alias: None
Shayikh: Unknown
Category: 2A
Captive Tag #: [1.4(a)]
Date of Capture: 20 0100 MAR 07
Interrogator: [3.5(c)]
Date/Time: 17 MAY 08/ 1600hrs
Language Used: AD
Interpreter: [3.5(c)]
Maps Used: None
Significance: Suspected AIF group leader ASW weapons smuggling from Iran, EJK's, and the attack on the Karbala JPCC

**WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY
EVALUATED INTELLIGENCE. REPORT CLASSIFIED
SECRET//REL TO USA, AUS, CAN, GBR, NZL**

<u>Summary</u>:

- **Detainee provided views and recommendations for GOI-Sadrist reconciliation**

**How can the GOI and Sadrist Trend reconcile?**
    The OMS committee in Sadr City has been representing the Sadrist Trend (ST) on behalf of MAS. The three individuals who have been speaking on behalf of MAS with regards to the current situation in Sadr City are Sabah al-Ubaydi, Walid al-Karimawr, and Liwa al-Sumaysi. They have been strictly addressing issues on a political level, since MAS sees himself as a religious leader and is trying to project himself in that role.

SECRET//REL TO USA, AUS, CAN, GBR, NZL

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

The CF and GOI should be able to continue to engage these individuals on all other matters pertaining to the ST.  These men should be invited into further dialogue since the talks on the Sadr City problem achieved some degree of success.  MAS would endorse this type of engagement.  These men are in contact with MAS, and they act in his name as proxies since MAS will not come to Iraq.

Salah al-'Ubaydi has a letter of authorization from MAS to discuss the Sadr City issue, but this should be able to be extended to other matters if the ST is approached properly.  With regards to the previous statements MAS had made against the GOI, Hamid al-Musawi has later made speeches on behalf of MAS condemning the spilling of ISF blood.  MAS still maintains an anti-CF stance, but there should be no drastic issues with the GOI that cannot be overcome.

The political situation with the GOI and ST has become more complex since the March 2007 offensive in Basrah.  Prior to that, the ST was under the impression that the Da'wa Party was a close ally, but that is no longer the case.  This is going to make it more difficult for the GOI to reconcile politically with the ST.

Ibrahim al-Ja'fari may serve as a conduit to restoring a relationship between the ST and the GOI.  The ST maintains a good relationship with Ibrahim al-Ja'fari.  If there are good relations between al-Ja'fari and the GOI, this could work in the ST's favor.  However, it is doubtful the Ja'fari-GOI relationship is good because al-Ja'fari and PM Maliki (Da'wa Party) are strong rivals.  However, al-Ja'fari would be more viable in reconciling the ST with the GOI by way of the CF, since it is more likely that the Ja'fari-CF relationship is positive and strong, and therefore could be leveraged against the GOI.  The GOI could also used certain people in the ST with who they still maintain strong ties, such as Adnan al-Shahmani.

**How should CF assist the GOI and Sadrist Trend in countering the threat of Iranian influence?**

The ST does not have a historically good relationship with Iran.  What will make the ST reject Iran are the feelings of persecution and being fought against.  This is a sentiment which is increasing towards the GOI/CF and not Iran.  Lately, the prisons in Iraq are holding a higher percentage of Sadrists.  This, and other negative reflections of GOI policy on Sadrists, must change.  It is important that Sadrists are not pushed towards Iran if Iran's influence in Iraq is to be curtailed.  In addition, those Sadrists who are living in Iran must also be compelled to return to Iraq.  This adds residual advantages for the Iranian influence.  Significant forms of assistance must be extended towards the Sadrists beyond the mere increase of rations.

There many Sadrists not involved with Iran.  For those involved, it is a form of escape from their problems.  Sadrists are nationalists, and the GOI should do

SECRET//REL TO USA, AUS, CAN, GBR, NZL

more to instill a sense of belonging.  By taking a harsh stance against the ST, the GOI is failing to appeal to this sense of patriotism which the ST is known for.

Iran has very smart politicians running the country.  They know how to capitalize on the situations created in Iraq.  CF still do not know how to take advantage of such opportunities.  For example, during the GOI offensive in Basrah, the Detainee advised that CF take the initiative to reach a peaceful end to the conflict.  However, Iran came forward first, with MAS, to build and present a peace plan.  Included in this, there was a demand presented by Iran calling for CF to cease targeting of Sadrists.  This made Iran appear as the protectors of the ST.

A committee from the Unified Iraqi Alliance (UIA) recently traveled to Iran to present and discuss evidences portraying Iran's malign interference in Iraq's stabilization.  Afterwards they returned to Iraq with a plan for resolving the issues in Sadr City.  The matter resulted in the UIA giving significant credit to Iran for their assistance in creating a resolution.

**In the absence of direct dialogue, how can CF assist reintegration of JAM into ISF/civil society?**
CF needs to use Iraqi mediators to help interface with the ST.  The situation in Sadr City does not make the CF appear as friends of the ST.  In the past, the Detainee relied on the GOI and the PM as supporters.  Now he is not certain that support can be counted on.  Right now, starting the dialogue between the ST and GOI is difficult.  CF could stimulate this by identifying and using an intermediary who has credibility and the trust of all parties.

Certain individuals in the ST inadvertently serve as symbols to people in certain regards.  Ayatollah Kazim al-Ha'iri is a religious symbol for Sadrists.  There are also symbolic figures for politics, economic, and social matters.  Fadil al-Maliki and Khamal al-Haydai are such symbolic figures.  MAS is the figure for the overall ST.  Identifying important figures and engaging them as a conduit to the ST will help increase the CF influence within the ST.



1.4(c)

Detainee suggests using various Shi'a political figures to assist with the release of Shi'a detainees and the reintegration of detainees and JAM members into civil society.  This would also include transitioning JAM into the ISF.  This will help increase the CF sphere of political influence in ST much the same way that al-Shashimi did.  The Shi'a representative selected will be one of the people who will help change views on the CF.  The detainees will have a sense that there is

SECRET//REL TO USA, AUS, CAN, GBR, NZL

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

someone who CF has working for them.  It is initiatives like these which cause Sadrists to think of what MAS has done for them in resolving these socio-political I issues.  The CF's use of intermediaries in this regard will give them a direct line to the detainee and JAM communities necessary to ensure successful reintegration.



**OVERALL CLASSIFICATION OF TIRS IS**

SECRET//REL TO USA, AUS, CAN, GBR, NZL

**Classified By: Unit SCG**
**Reason: 1.5 (a)**
**Declassify On: 25X1**

SECRET//REL TO USA, AUS, CAN, GBR, NZL

PX951

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 23 February 2018

SECRET//REL TO USA, AUS, CAN, ~~N~~

**Shi'a SDE
Tactical Interrogation Report**

FROM: **Shi'a SDE**
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: Qayis Hadi Sa'id ((al-Khazali))
Report No: 200243-062
Alias: None
Shayikh: Unknown
Category: 2A
Captive Tag #:  [ 1.4(a) ]
Date of Capture: 20 0100 MAR 07
Interrogator: [ 3.5(c) ]
Date/Time: 30 MAY 08/ 1800hrs
Language Used: AD
Interpreter: [3.5(c)]
Maps Used: None
Significance: Suspected AIF group leader ASW weapons smuggling from Iran, EJK's, and the attack on the Karbala JPCC

**WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE. REPORT CLASSIFIED SECRET//REL TO USA, AUS, CAN, GBR, NZL**

<u>Summary</u>:

- **Detainee provided information on the different Hizballah groups in Iraq**
- **Detainee discussed the groups of Abu Mustafa al-Shaybani**
- **Detainee discussed aspects of Iranian influence in Iraq**

Detainee is aware of three groups by the name Hizballah inside of Iraq. This does not include Lebanese Hizballah.

1) Falling under the auspices of ISCI is a group by the name Hizballah, which is under the leadership of FNU MNU LNU al-Sari. Al-Sari is a member of Parliament or has a position in one of the ministries. The Hizballah falling under

SECRET//REL TO USA, AUS, CAN, GBR, NZL

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

ISCI is bound to be influenced by Iran since those who belong to Hizballah resided in Iran for 20 years during the Saddam Hussein regime.

2)  The second Hizballah is Iraqi Hizballah which falls under the leadership of Karim Mahud al-Muhammadawi.  Karim Mahud is known for having an opposition group during the Saddam Hussein regime.  Karim Mahud is from the Amarah area and was considered as a prince for his resistance against Saddam.  During Bremer's tenure, Karim Mahud had a prominent role in the redevelopment of Iraq.  Karim Mahud continues to hold a position within the current Iraqi government.

3)  Detainee has only recently heard of the third Hizballah, the Hizballah Battalions.  Detainee had no knowledge to the Hizballah Battalions prior to Detainee's capture.  Detainee heard that Sayid Naji was the leader of the Hizballah Battalions.  Sayid Naji is a Sadrist but is not an especially influential Sadrist.  Sayid Naji is from Basra and Sayid Naji's influence does not spread outside of Basra.

Although, these groups all have go by the name Hizballah, Detainee has no knowledge of the different Hizballah groups associating with one another or with Lebanese Hizballah.  Hizballah is a term used twice in the Koran and thus has an attractive connotation for resistance groups.

Detainee has no knowledge of Abu Mustafa al-Shaybani having relationships with any of the Hizballah groups in Iraq.  Abu Mustafa al-Shaybani's resistance group belongs to Khamana'i.  Abu Mustafa al-Shaybani serves as leader and supervisor for the groups belonging to Khamana'i.  These groups specialize in attacks against CF.  The numbers of these groups are relatively few but its members are well trained.  Abu Mustafa al-Shaybani's group does not cooperate or coordinate with SG or the Sadrists.  Abu Mustafa al-Shaybani's group is completely self-sufficient in terms of getting supplies, training, and executing attacks.  Abu Mustafa al-Shaybani stays in Iran.  Detainee does not know who inside Iraq leads Abu Mustafa al-Shaybani's resistance groups.

Abu Mustafa al-Shaybani was a leader in the Badr Corps, therefore, it is logical that he continues to have strong ties to Iran.  Detainee does not know of Abu Mustafa al-Shaybani having ties with Quds Force, but he had ties with Iranian intelligence.  Abu Mustafa al-Shaybani along with Abu Mahdi al-Muhandis are well trusted by Iran, more so than ISCI and Badr.  However, Abu Mustafa al-Shaybani and Abu Mahdi al-Muhandi have relatively little effect over the situation in Iraq among the Shi'a faction.

SECRET//REL TO USA, AUS, CAN, GBR, NZL

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

Detainee selected three different elements that Iran uses to control the situation in Iraq: 1) Abu Mustafa al-Shaybani and Abu Mahdi al-Muhandis, 2) ISCI and the Badr Organization, and 3) the Sadrists.

Iran trusts Abu Mustafa al-Shaybani and Abu Mahdi al-Muhandis the most with attempting to implement the Iranian agenda in Iraq.  Abu Mustafa al-Shaybani and Abu Mahdi al-Muhandis are very loyal to Iran.  However, this element is the smallest in size and has the least ability to affect the situation in Iraq.

After Abu Mustafa al-Shaybani and Abu Mahdi al-Muhandis, Iran trusts ISCI and the Badr Organization.  ISCI and the Badr Organization have more effect on the situation in Iraq than Abu Mustafa al-Shaybani and Abu Mahdi al-Muhandis, which is for the most part through the government.

The trust between Iran and the Sadrists is weakest among the three elements. However, the Sadrist have the greatest potential to change the situation in Iraq. Iran wants access to this untapped potential.

Iran tries to play all of the cards in Iraq, or, in other words, Iran tries to use all possible routes in order to control Iraq.  Controlling the Sadrists would be the most significant way for Iran to take hold of Iraq.  Iran realizes that its old ties to ISCI and Badr are strong, but ISCI and Badr are made up of old men now.  The Sadrists are young and will take the lead among Shi'a in Iraq.

Soon after the fall of the Saddam Hussein regime, Iran sent Abu Mustafa al-Shaybani to Najaf and to the OMS there.  Abu Mustafa al-Shaybani carried with him a letter signed by Sayid Kazim al-Ha'ari.  The letter stated that the Sadrists, including Muqtada al-Sadr, could trust Abu Mustafa al-Shaybani.  Detainee does not know how Abu Mustafa al-Shaybani acquired the letter from Sayid Kazim al-Ha'ari.  Abu Mustafa al-Shaybani's meeting with the Sadrists after the fall of Saddam appears to be Iran trying to gain influence over the Sadrists.  If he had been successful, Abu Mustafa al-Shaybani would have become the leader of the military wing of the Sadrist trend and Abu Mahdi al-Muhandis would have become the political leader.  However, Abu Mustafa al-Shaybani failed miserably in attracting interest from the Sadrists.  Abu Mustafa al-Shaybani had a foul personality that was rejected by Sadrists.

Although Iran's plan to put Abu Mustafa al-Shaybani and Abu Mahdi al-Muhandis in leadership positions failed, CF should be concerned that Iran is acquiring different proxies to lead over the Sadrists, they being Muqtada al-Sadr as political leader and Akram al-Ka'bi as military leader.  Muqtada al-Sadr and Akram al-Ka'bi have been in Iran now for an extended period of time.  Over that period of time it is natural for the Iranians to have gained some influence over them.  The Iranians are patient and calculating, supporting Muqtada al-Sadr and Akram al-Ka'bi while they are in Iran.  So far Muqtada al-Sadr and Akram al-Ka'bi are still

SECRET//REL TO USA, AUS, CAN, GBR, NZL

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

independent from Iran but over time this might change.  In Lebanese Hizballah, Nasirallah is revered by his followers but his allegiance to Iran.  The same could occur for the Sadrist trend and Muqtada al-Sadr.

Muqtada al-Sadr and Akram al-Ka'bi do not have a good relationship.  Akram al-Ka'bi continuously criticizes Muqtada al-Sadr's policies.  Yet, both are susceptible to Iranian influence because they have to stay in Iran because they fear capture by CF.

Detainee has no knowledge of Lebanese Hizballah (LH) conducting operations in Iraq independent form Iran.  LH is loyal to Iran.  LH would not conduct any operations without the direction or approval of Iran.

Detainee has no knowledge of Abu Mustafa al-Shaybani having any ties to LH.

Abu Mustafa al-Shaybani had no role in setting up SG.

The members of Abu Mustafa al-Shaybani's groups are not Sadrists.  Abu Mustafa al-Shaybani cannot recruit members of SG.  SG members already have positions and would not leave SG.  However, it is possible that Abu Mustafa al-Shaybani's groups might try to recruit regular JAM members.  Regular JAM members are not involved in any activity with the current ceasefire.  Under the current circumstances, JAM is like a workforce and SG and Abu Mustafa al-Shaybani's groups are like companies hiring employees.  However, SG is more likely to recruit members because Abu Mustafa al-Shaybani has little influence over the Sadrists.

CF needs to find a way to explain to the Iraqi people that CF is not against the Sadrist trend.  As the Iraqi government forces battled against Sadrists in Basra and other areas, Sadrists viewed this as a plan of CF.  The Sadrists view themselves as opposed by CF and their own government.  The Sadrists have nowhere to turn other than Iran.  At the beginning of the occupation, the Sadrists considered themselves closer to the US than Iran but as the occupation continued and the Sadrists suffered, they increasingly turned to Iran.  Iran continues to take advantage of CF mistakes.

CF ought to observe Iran's strategy in gaining influence in Iraq and imitate the strategy.

CF need to identify the reasons the Sadrists fight.  Once CF identify the thing the Sadrists fight for, CF can develop a resolution to the problem and take away the Sadrists reason to fight.  However, Iran will continue to be a problem for the US as Iran will not cease interfering in Iraq.

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL



1.4(c)

1.4(c)

1.4(c)

## OVERALL CLASSIFICATION OF TIRS IS

## SECRET//REL TO USA, AUS, CAN, GBR, NZL

**Classified By: Unit SCG**
**Reason: 1.5 (a)**
**Declassify On: 25X1**

Approved for Release

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 23 February 2018

SECRET//REL TO USA, AUS, CAN, GBR, N

**Shi'a SDE
Tactical Interrogation Report**

FROM: **Shi'a SDE**
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: Qayis Hadi Sa'id ((al-Khazali))
Report No: 200243-063
Alias: None
Shayikh: Unknown
Category: 2A
Captive Tag #: [1.4(a)]
Date of Capture: 20 0100 MAR 07
Interrogator: [3.5(c)]
Date/Time: 05 May 2008/ 2000hrs
Language Used: AD
Interpreter: [3.5(c)]
Maps Used: None
Significance: Suspected AIF group leader ASW weapons smuggling from Iran, EJK's, and the attack on the Karbala JPCC

**WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY
EVALUATED INTELLIGENCE. REPORT CLASSIFIED
SECRET//REL TO USA, AUS, CAN, GBR, NZL**

<u>Summary:</u>

- **Detainee discussed the status of forces agreement**
- **Detainee viewed photographs of Ja'far al-Fartusi and 'Ali Shari'ah**



1.4(c)

The US has the right to set many terms in establishing the status of forces agreement (SOFA) in order to establish the security of its own forces, but the US should also be flexible and grant favorable terms to the Iraqis as well. It is now the responsibility of the US to defend Iraq from outside influences and establish a successful government. After World War II, the US made deals with Germany

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

and Japan.  Germany and Japan were made into model states of how to rebuild a nation.  The US should try to establish the SOFA after the pattern of those agreements with Germany and Japan.  The new SOFA has the potential to make a very positive effect on the current situation in Iraq and change what Iraqis think of the US.

Terms such as controlling detainees and making arrests are acceptable.  Granting immunity for US soldiers is also acceptable but it is not acceptable to grant immunity to security contractors such as Blackwater.  They have earned a bad reputation in Iraq and do not deserve to receive immunity.

The agreements made with Germany and Japan were different in that the war was fought against those two countries, while in Iraq, the US is not fighting Iraq but resistance groups in Iraq.  The SOFA should adapt to this by reaching out to the resistance groups on the Sunni and Shi'a sides to find out their interests.  The SOFA will not be a success without reaching out to the resistance groups.  The different resistance groups have a variety of different interests but one that is common across Sunni and Shi'a groups is getting more involvement in the Iraqi government from all factions of Iraqi society.  There are many parties not being included in the Iraqi government and there are still many positions that continue to be open for no reason.  The Iraqi government shows successes in the media but the successes are not tangible in real life.  They are only cosmetic.  The government takes credit for expelling AQ from the area when the credit should all go to the Awakening.

Development in Iraq is poor despite the fact that there is a surplus of billions of USD that has been accumulated in the past two years.  This money is not being transferred into services and utilities.  The entire economic situation is illogical.  The leaders in the government do not represent their constituencies and providing for them their basic needs like water and electricity.  Iraq has the resources to rebuild as Germany and Japan did.

Detainee does not hear on the radio or read in the papers the standpoint of the US concerning the SOFA.  The media is only showing one side of the argument, which shows Iraqi leaders from all factions disputing terms of the SOFA.  This includes Muqtada al-Sadr (MAS) calling for demonstrations.  MAS is doing this to appear as a resistance leader.  MAS has not even understood the terms of the SOFA but reacts negatively to it.  The Iraqis have no choice but to believe the SOFA is a negative thing for Iraq that is only granting the US more control of their country.  The US must explain the significance of the SOFA and the aspects that will positively affect the Iraqi people.  The US should use the models of Germany and Japan in the media to encourage the Iraqi people that there is hope for a positive future.

SECRET//REL TO USA, AUS, CAN, GBR, NZL

PX951

I feel bad for this guy if CF think this is Ja'far al-Fartusi. If the_ ca_ture this _u_, it is a mistake and the_ should let him _o. 1.4(c)

1.4(c)

Ja'far al-Fartusi

The one on the left is 'Ali Shari'ah. I do not know the other one.

Unidentified

I do not know them.

Unidentified

'Ali Shar'iah was the JAM commander in Karbala at one time. At Detainee's time of capture, 'Ali Shari'ah no longer had the position of JAM commander. Detainee knows of no special relationship between 'Ali Shari'ah and Muqtada al-Sadr. 'Ali

Approved for Release

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

Shari'ah is an associate of 'Abbas Kufi who was also a JAM commander in Karbala.  Five to six months ago Detainee heard in the news that 'Ali Shari'ah was sent by Muqtada al-Sadr to be involved in negotiations.



## OVERALL CLASSIFICATION OF TIRS IS

SECRET//REL TO USA, AUS, CAN, GBR, NZL

**Classified By: Unit SCG**
**Reason: 1.5 (a)**
**Declassify On: 25X1**

SECRET//REL TO USA, AUS, CAN, GBR, NZL

PX951

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 23 February 2018

SECRET//REL TO USA, AUS, CAN, GBR, ~~NZL~~

Shi'a SDE
**Tactical Interrogation Report**

FROM: **Shi'a SDE**
TO: Coalition Forces

SUBJ:  **TACTICAL INTERROGATION REPORT**

Name of Detainee: Qayis Hadi Sa'id ((al-Khazali))
Report No: 200243-064
Alias:  None
Shayikh:  Unknown
Category:  2A
Captive Tag #:  [ 1.4(a) ]
Date of Capture: 20 0100 MAR 07
Interrogator: [3.5(c)]
Date/Time:  17 June 2008/ 2000hrs
Language Used:  AD
Interpreter: [3.5(c)]
Maps Used:  None
Significance:  Suspected AIF group leader ASW weapons smuggling from Iran,
EJK's, and the attack on the Karbala JPCC

**WARNING:  (U) THIS IS AN INFORMATION REPORT, NOT FINALLY
EVALUATED INTELLIGENCE.  REPORT CLASSIFIED
SECRET//REL TO USA, AUS, CAN, GBR, NZL**

Summary:

- **Detainee commented on the Muqtada al-Sadr statement of 13 June
2008**

The new resistance group that is referred to by Muqtada al-Sadr (MAS) in his 13
June 2008 statement is not SG, but a new group founded out of JAM.  Detainee
initially believed that the group may be SG, but when Detainee heard that the
new group would be directly subordinate to MAS, Detainee changed his opinion.
Akram al-Ka'bi would not enter an agreement giving MAS control of SG.  MAS
and Akram al-Ka'bi may have reconciled while both were in Iran with the
intervention of Iran, but Akram al-Ka'bi would not give up control of SG to MAS.
Iran aims to have both SG and MAS' group separately under Iran's influence.
Additionally, Kata'ib Hizballah would be another group with ties to Iran.  These

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

groups do not have to be connected with each other in order to serve the interests of Iran.

MAS has started his own resistance groups before out of JAM, which were called the golden companies. With the golden companies, MAS had wanted to form an improved and self-sufficient resistance group. The golden companies had the personnel but not the money and weapons. Currently, MAS has been in Iran for some time and has likely acquired the money and weapons needed to form a resistance group. MAS only needs the personnel, of which he has a large pool to select from, members of JAM. MAS excels as a resistance leader and not as a politician. With the formation of a new resistance group, MAS moves into his ideal position as resistance leader, son of the Martyr Sadr, defender of Iraq.

If the Iraqi government forces had not acted against the Sadrists in Sadr City and Basrah, the formation of MAS new group would not have happened. The Sadrists have been forced into a corner. Even though Iraqi security forces (ISF) have been conducting many of the operations, they have been backed by US forces. MAS will not announce that the new group is against the ISF or Iraqi government for political reasons. MAS needs to appear as a nationalist and get other Iraqis to sympathize with his resistance cause. Yet, ISF and certain Iraqi politicians that side against the Sadrists are likely to be secretly targeted by MAS new group.

Pressuring Amarah will cause a reaction among the Sadrists. Amarah is like the second Sadr City. However, in Amarah the people are less civilized, more tribal and chaotic than in Sadr City. The people in Amarah are considered like Mongolians compared to those in Baghdad. Once air strikes begin in Amarah and houses are raided and destroyed, propaganda against the US will increase and the Sadrists will mobilize. The Sadrists do not react well to CF when the Sadrists are cornered. The situation between CF and the Sadrists cannot be resolved militarily. A political solution is necessary to convince the groups to stop fighting.



1.4(c)

PX951

**SECRET//REL TO USA, AUS, CAN, GBR, NZL**



### OVERALL CLASSIFICATION OF TIRS IS

**SECRET//REL TO USA, AUS, CAN, GBR, NZL**

**Classified By: Unit SCG**
**Reason: 1.5 (a)**
**Declassify On: 25X1**

*Approved for Release*

**SECRET//REL TO USA, AUS, CAN, GBR, NZL**

**PX951**

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 23 February 2018

SECRET//REL TO USA, AUS, CAN, GBR, N̶

Shi'a SDE
**Tactical Interrogation Report**

FROM: **Shi'a SDE**
TO: Coalition Forces

SUBJ: **TACTICAL INTERROGATION REPORT**

Name of Detainee: Qayis Hadi Sa'id ((al-Khazali))
Report No: 200243-066
Alias: None
Shayikh: Unknown
Category: 2A
Captive Tag #:  [1.4(a)]
Date of Capture: 20 0100 MAR 07
Interrogator: [3.5(c)]
Date/Time: 28 AUG 2008/ 2000hrs
Language Used: AD
Interpreter: [3.5(c)]
Maps Used: None
Significance: Suspected AIF group leader ASW weapons smuggling from Iran, EJK's, and the attack on the Karbala JPCC

**WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE. REPORT CLASSIFIED SECRET//REL TO USA, AUS, CAN, GBR, NZL**

Summary:

- **Revealed his perspective on the strategic value of the five British hostages held by the Special Groups**

Initially, when the Special Groups (SG) kidnapped the five British hostages from the Ministry of Finance, the intent was to make an exchange for the Detainee and others who were capture with him. However, as time had passed and as intermediaries have communicated that the U.S. and U.K. governments would render an exchange for the hostages, the SG leadership had to adjust their strategy for how they would use the hostages. At this point, considering the Detainee's time in detention (1 ½ years) the hostages are being used as a "guarantee." The SG do not trust that the CF will eventually release the Detainee and they are not certain of what the CF may subject the Detainee to. The SG



SECRET//REL TO USA, AUS, CAN, GBR, NZL

1

PX951

SECRET//REL TO USA, AUS, CAN, GBR, NZL

believe control of the five hostages will ensure that the Detainee's situation is satisfactory relative to the SG.



**OVERALL CLASSIFICATION OF TIRS IS**

SECRET//REL TO USA, AUS, CAN, GBR, NZL

**Classified By: Unit SCG
Reason: 1.5 (a)
Declassify On: 25X1**

# PX959

**SUBJECT:** REDACTED INTERROGATION REPORT 027

**DATE:** SPRING 2007-EARLY 2008

**SOURCE:** DEBRIEFING OF [DETAINEE] UNDER COALTION FORCES CONTROL

**UNCLASSIFIED** (AS REDACTED)

### Summary:

[Detainee] map tracked to a marsh area near Qal 'at Salih where boats bring weapons from Iran (IR).



This area is used heavily by small boats carrying weapons from IR.  The boat handlers most likely use the same drivers each trip and make arrangements prior to leaving IR.  Drugs and contraband are smuggled into IZ by the same routes.  The area is dangerous and everyone carries weapons even while fishing.  The boats carrying weapons are covered with reeds and are easily hidden.  The boats can be unloaded anywhere along the shoreline, and the weapons are placed in the beds of pickup trucks, which are then covered with bundles of reeds.  Most smugglers use local dirt roads to avoid CF checkpoints.

██████ receives the weapons and stores them at an unknown location.  [Detainee] has no knowledge of the individuals ██████ employs in these operations, or who ██████ receives orders from.  Most weapons are smuggled from IR by boat since vehicles can be x-rayed at CF checkpoints.

[Detainee] met ██████ through Muhammad Shakir, and knows that prior to capture by CF, ██████ was a bodyguard for Muqtada al-Sadr and was a JAM commander in Baghdad, IZ.  ██████ was a close friend of ██████, ██████ aka ██████ and ██████'s brother ██████.

█████ is in charge of SG in Baghdad, IZ, and is responsible for rocket attacks against CF.  ▐████ placed ██████ in position, but █████ receives rockets from ██████

[Detainee] has no knowledge of Iraqi or Lebanese Hizballah leaders, media, or areas of operation.

PX959

PX960



Declassified by BG David Julazadeh
Acting USCENTCOM Chief of Staff
Declassified on 28 March 2018

**SECRET**

SECRET//REL TO USA, MNCI

### Strategic Debriefing Element - Recommendation for Continued Internment

ISN: **311933 Ali Musa Daqduq al-Musawi aka Abu Husayn Sajad AKA "Hamid the Mute"**   | 1.4(a) |
DATE: 05 October 2008

Detainee 311933 admitted to being Lebanese Hezbollah and admitted to an active role in Iraq as an agent of Iranian state sponsored terrorism. Detainee 311933 admitted that Abdul Reza Shahlai, Iranian Revolutionary Guard Corps – Quds Force (IRGC-QF) Department 9000 (Lethal Aid) Deputy Chief facilitated Detainee 311933's illegal entry into Iraq on four separate occasions. IRGC-QF is one of the primary agents of Iranian state sponsored terrorism. Detainee 311933 admitted that his role was to arrange for training of Shi'a extremist groups, facilitating training and weapons procurement for Special Groups. Special Groups have conducted numerous AIF and ACF attacks throughout Iraq. Detainee 311933 admitted to a significant operational planning role in the abduction and murder of 5 U.S. Service Members.

Detainee 311933 was arrested with Iraqis (detainees ISN 200243 and ISN 200242) targeted for direct association with the SGT al-Tai kidnapping/DSTWUN case. Detainee 311933 was arrested in a house containing numerous documents and computer files associated with the 20 JAN 07 Provincial Joint Coordination Center (PJCC) attack in Karbala that resulted in the abduction and death of 5 U.S. service men. This material indicates this detainee played a leading role in the planning and direction of this attack. Detainee 311933 claimed a journal recovered on his capture objective that detailed the operational and logistics planning for the PJCC attack, directly implicating himself in the attack.

This was a very well planned and executed attack, indicating the threat Detainee 311933 poses to the security and stability of Iraq and to US interests in the region. The PJCC attack was conducted by approximately 12 terrorists posing as US or Iraqi military driving five SUVs similar to those used by US convoys IOT avoid CPs. They surrounded the PJCC building and used both grenades and small arms fire to enter.

One U.S. soldiers was killed in the building and four were abducted. Five abandoned SUVs were found approximately 20 kilometers from the PJCC compound on an uninhabited road. Two soldiers were found handcuffed together and shot to death in the rear of a vehicle, a third was found shot to death in the front of a vehicle, and the fourth later died of gunshot wounds from the attack.

Detainee 311933 has admitted personal knowledge of the terrorist activities of other detainees biometrically matched to the PJCC attack, specifically through latent print matches to the SUVs used in the attack. Detainee 311933 claimed knowledge of the intent of at least one of these individuals (ISN 330280), to take CF soldiers hostage, his history with successful rocket attacks, and his desire to obtain EFPs. Detainee 311933 identified 330280 as a senior SG Middle Region leader.

Alternately, the 330280 stated that detainee 311933 advised 200243 on military operations, training, planning, and the importance of acquiring new weapons systems. Detainee 311933 ultimately had final approval for any operations..

Additional detainee reporting further highlights the significant role that LH plays in the training of Shi'a extremist groups in Iraq. Senior Shi'a extremist leaders obtain administrative, logistics, financial, religious and small unit tactics leadership training in Lebanon. Multiple detainees have claimed that the training received

MDR 18-0024

**SECRET**

SECRET//REL TO USA, MNCI

003  03/29/18

000330

PX960



~~SECRET~~
SECRET//RE~~L TO USA~~ MNK

from LH instructors in Iran is of a notably higher quality than those from Iranian instructors, also noting the difficulty overcoming language obstacles.  Specifically, another CF detainee admitted to receiving operational planning in Lebanon that is commensurate with the role seen by Detainee 311933 in the PJCC attack and in his role as the advisor for 200243.

   Statements from Detainee 311933 himself, SSE from the point of capture, and statements from multiple additional detainees consistently represent Ali Musa Daqduq, aka Hamid Muhammad Jabur al-Lami aka Abu 'Alawi, Detainee 311933, as a significant threat to Iraq and to US interests in the region.  His continued detention is required to safeguard the security and stability of Iraq.





SECRET
SECRET//REL TO USA, MNCI

004   03/29/18

000331

PX960

Declassified by BG David Julazadeh
Acting USCENTCOM Chief of Staff
Declassified on 28 March 2018

## ~~SECRET~~

### SECRET//NOFORN

### HEADQUARTERS
**TASK FORCE** 1.4(a)
**BALAD, IRAQ**



REPLY TO
ATTENTION OF

TF 1.4(a)

22 May 2009

MEMORANDUM FOR Commander, TF 1.4(a)

SUBJECT:  TF 1.4(a) Request to Transfer for 'Ali Musa Daqduq (CT #0704- 1.4(a) ) (ISN: 311933) (S//NF)

1.  (S//NF) TF 1.4(a) requests the transfer of 'Ali Musa Daqduq (CT #0704- 1.4(a) ) (ISN: 311933) from Camp Remembrance II to a TF 1.4(a) Facility, for a period of less than 24 hours for further intelligence exploitation. Detainee was captured by Coalition Forces on 20 March 2007 and was trasnfered to Camp Remembrance II on 04 April 2007.  The intent is to transfer detainee from TF 1.4(a) custody to TF 1.4(a) custody for further intelligence exploitation. Upon his transfer to TF 1.4(a) custody, I will authorize the use of [ 1.4(c) ] by our Task Force to obtain additional actionable intelligence.

2.  (S//NF) 'Ali Musa Daqduq (CT #0704- 1.4(a) ) (ISN: 311933), is an unlawful enemy combatant. Detainee was captured on a Coalition Forces (CF) raid to disrupt JAM SG activities in Iraq. Detainee was captured with the leader of AAH, Qayis Hadi Sa'id ((al-Khaz'ali)) and his brother Layith Hadi Sa'id ((al-Khaz'ali)). Detainee is a Lebanese Hizballah Commander and was an advisor to AAH leadership. Detainee was involved in the planning of the Karbala PJCC attack in January 2007 and the reconnaissance of various CF bases and ports. Detainee took his direction from IRGC-QF Officer Hajji Yusif and LH Unit 2800 Commander Yusif Hashim.

3.  (S//NF) TF 1.4(a) esses detainee will be able to provide insight into, and provide targetable intelligence on [ 1.4(a) ] in Iraq. Current State of [ 1.4(a) ] to other Extremist Groups. Detainee can also provide detailed information in support of current interrogations of TF 1.4(a) opperational leaders in [ 1.4(a) ]

4.  (U) Detainee will be treated humanely and in accordance with applicable Army Regulations and the Geneva Conventions. The detainee will continually be evaluated to determine if he needs further separation. Interrogations will be conducted in accordance with MNF-I Policy 07-01.

DERIVED FROM: JSOC Manual 3505
DATED: 03 May 2006
DECLASSIFY ON: 4 June 2033

MDR 18-0024

## ~~SECRET~~



## ~~SECRET~~

### ~~SECRET//NOFORN~~

TF 1.4(a) J2
SUBJECT: TF 1.4(a) Request to Transfer for 'Ali Musa Daqduq (CT #0704 1.4(a) (ISN: 311933)
(S//NF)

5.  (U) The POC for this action is [ 3.5(c) ]   SVOIP [ 3.5(c) ]

WILLIAM H. McRAVEN
Vice Admiral, USN
Commander

Approved for Release

## ~~SECRET~~
~~SECRET//NOFORN~~

002  03/29/18

000329

PX960

PX964

## CHARGE SHEET

### I. PERSONAL DATA

**1. NAME OF ACCUSED:**
Ali Musa Daqduq al Musawi

**2. ALIASES OF ACCUSED:**
Ali Musa Daqduq; Hamid Jabur al Lami; Abu Husayn Sajad; Hamid al Lebnani

**3. ISN NUMBER OF ACCUSED (LAST FOUR):**
311933

### II. CHARGES AND SPECIFICATIONS

**4. CHARGE:**     VIOLATION OF SECTION AND TITLE OF CRIME IN PART IV OF M.M.C.

**SPECIFICATION:**

SEE ATTACHED CONTINUATION SHEET OF BLOCK II. CHARGES AND SPECIFICATIONS

### III. SWEARING OF CHARGES

| 5a. NAME OF ACCUSER (*LAST, FIRST, MI*) | 5b. GRADE | 5c. ORGANIZATION OF ACCUSER |
|---|---|---|
| KORCZYNSKI, Kiersten J. | O-3 | Office of Military Commissions |

**5d. SIGNATURE OF ACCUSER**

**5e. DATE (YYYYMMDD)**
20120103

AFFIDAVIT. Before me, the undersigned, authorized by law to administer oath in cases of this character, personally appeared the above named accuser the 3rd day of January, 2012, and signed the foregoing charges and specifications under oath that he/she is a person subject to the Uniform Code of Military Justice and that he/she has personal knowledge of or has investigated the matters set forth therein and that the same are true to the best of his/her knowledge and belief.

| Wayne P. Marta | Office of Military Commissions |
|---|---|
| Typed Name of Officer | Organization of Officer |
| O-5 | Judge Advocate |
| Grade | Official Capacity to Administer Oath |
| | (See R.M.C. 307(b) must be commissioned officer) |
| | |
| Signature | |

MC FORM 458 JAN 2007

PX964

## IV. NOTICE TO THE ACCUSED

6. On _____ , _____ the accused was notified of the charges against him/her  (See R.M.C. 308).

_____
Typed Name and Grade of Person Who Caused
Accused to Be Notified of Charges

Office of Military Commissions
_____
Organization of the Person Who Caused
Accused to Be Notified of Charges

_____
Signature

## V. RECEIPT OF CHARGES BY CONVENING AUTHORITY

7. The sworn charges were received at _____ hours, on _____ , at _____

_____
Location

For the Convening Authority: _____
Typed Name of Officer

_____
Grade

_____
Signature

## VI. REFERRAL

| 8a. DESIGNATION  OF CONVENING AUTHORITY | 8b. PLACE | 8c. DATE (YYYYMMDD) |
|---|---|---|
|  |  |  |

Referred for trial to the (non)capital military commission convened by military commission convening order _____

_____

_____ subject to the following instructions[1]: _____

_____

By _____ of _____
Command, Order, or Direction

_____
Typed Name and Grade of Officer

_____
Official Capacity of Officer Signing

_____
Signature

## VII. SERVICE OF CHARGES

9. On _____ , _____ I (caused to be) served a copy these charges on the above named accused.

_____
Typed Name of Trial Counsel

_____
Grade of Trial Counsel

_____
Signature of Trial Counsel

## FOOTNOTES

[1] See R.M.C. 601 concerning instructions.  If none, so state.

**MC FORM 458 JAN 2007**

PX964

CONTINUATION SHEET- MC FORM 458 JAN 07, Block II Charges and Specifications in the case of UNITED STATES OF AMERICA V. ALI MUSA DAQDUQ AL MUSAWI

**CHARGE I: Murder in Violation of the Law of War, in Violation of 10 U.S.C. § 950t(15)**

SPECIFICATION 1:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, intentionally and unlawfully kill Captain Brian Scott Freeman, U.S. Army, in violation of the law of war by, to wit: misusing the U.S. military or Iraqi police uniform in the course of shooting the said Captain Freeman with a firearm while the said Captain Freeman was a protected person placed out of combat.

SPECIFICATION 2:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, intentionally and unlawfully kill First Lieutenant Jacob Noal Fritz, U.S. Army, in violation of the law of war by, to wit: misusing the U.S. military or Iraqi police uniform in the course of shooting the said First Lieutenant Fritz with a firearm while the said First Lieutenant Fritz was a protected person placed out of combat.

SPECIFICATION 3:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, intentionally and unlawfully kill Specialist Jonathan B. Chism, U.S. Army, in violation of the law of war by, to wit:  misusing the U.S. military or Iraqi police uniform in the course of shooting the said Specialist Chism with a firearm, while the said Specialist Chism was a protected person placed out of combat.

SPECIFICATION 4:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, intentionally and unlawfully kill Private First Class Shawn Patrick Falter, U.S. Army, in violation of the law of war by, to wit: misusing the U.S. military or Iraqi police uniform in the course of shooting the said Private First Class Falter with a firearm, while the said Private First Class Falter was a protected person placed out of combat.

SPECIFICATION 5:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, to intentionally and unlawfully kill Private First Class Jonathan Miles Millican, U.S. Army, in violation of the law of war by, to wit: by misusing the U.S. military or Iraqi police uniform in the course of attacking the said Private First Class Millican with firearms and grenades.

**CHARGE II: Intentionally Causing Serious Bodily Injury in Violation of 10 U.S.C. § 950t(13)**

SPECIFICATION 1:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, with unlawful force or violence and in violation of the law of war, in the context of and associated with hostilities, intentionally cause serious bodily injury to Staff Sergeant Billy

PX964

CONTINUATION SHEET- MC FORM 458 JAN 07, Block II Charges and Specifications in the case of UNITED STATES OF AMERICA V. ALI MUSA DAQDUQ AL MUSAWI

Wallace, U.S. Army, to wit: shrapnel wounds to his face by attacking him with firearms and grenades while wearing the U.S. military or Iraqi police uniform.

SPECIFICATION 2: In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, with unlawful force or violence and in violation of the law of war, in the context of and associated with hostilities, intentionally cause serious bodily injury to Sergeant First Class Sean Bennett, U.S. Army, to wit: shrapnel wounds to his left arm and loss of hearing by attacking him with firearms and grenades while wearing the U.S. military or Iraqi police uniform.

SPECIFICATION 3: In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, with unlawful force or violence and in violation of the law of war, in the context of and associated with hostilities, intentionally cause serious bodily injury to Sergeant Jesse Hernandez, U.S. Army, to wit: shrapnel wounds to his left forearm and abdomen by attacking him with firearms and grenades while wearing the U.S. military or Iraqi police uniform.

CHARGE III: Using Treachery or Perfidy in Violation of 10 U.S.C. § 950t(17)

SPECIFICATION: In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, invite the confidence and belief of one or more persons at the Provincial Joint Coordination Center (PJCC) that they were entitled to protection under the law of war and did intentionally make use of and betray that confidence and belief in killing, injuring, and capturing such person or persons, by, to wit: relying upon the belief and confidence of those at the PJCC that the uniforms of U.S. and Iraqi forces would not be misused to facilitate a surprise attack; by then approaching the PJCC while wearing the uniforms of the U.S. military and Iraqi police; by carrying weapons modified to look like U.S.-made weapons; by operating sport utility vehicles modified to look like a U.S. security convoy; by penetrating the security perimeter of the PJCC, entering the PJCC headquarters building, and launching an armed assault on the PJCC; and by capturing, killing, and injuring multiple persons, all U.S. servicemembers.

CHARGE IV: Terrorism in Violation of 10 U.S.C. § 950t(24)

SPECIFICATION: In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, intentionally kill or inflict great bodily harm on one or more protected persons, or intentionally engage in an act evincing a wanton disregard for human life, in a manner calculated to influence or affect the conduct of the government and civilian population of the United States by intimidation and coercion, and to retaliate against U.S. government conduct, by intentionally killing protected U.S. military personnel placed out of combat, to wit: Captain Brian Scott Freeman, U.S. Army, First Lieutenant Jacob Noal Fritz, U.S. Army, Specialist Jonathan B. Chism, U.S. Army, and Private First Class Shawn Patrick Falter, U.S. Army.

PX964

CONTINUATION SHEET- MC FORM 458 JAN 07, Block II Charges and Specifications in the case of UNITED STATES OF AMERICA V. ALI MUSA DAQDUQ AL MUSAWI

CHARGE V: Providing Material Support For Terrorism in Violation of 10 U.S.C. § 950t(25).

SPECIFICATION: In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, between about May 2006 and about January 2007, at various locations in Iraq and Iran, in the context of and associated with hostilities, provide material support and resources to be used in preparation for and in carrying out an act of terrorism against U.S. forces in Iraq, knowing or intending that such material support and resources were to be used for that purpose, to wit: advice, training and planning to Qays al-Khazali, Layth al-Khazali, and other members of Asa'ib Ahl al-Haqq, known and unknown, for the purpose of killing or inflicting great bodily harm upon one or more protected persons in or near Karbala, Iraq, on or about 20 January 2007.

CHARGE VI: Spying in Violation of 10 U.S.C. § 950t(27)

SPECIFICATION: In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, at or near Karbala, Iraq, from about May 2006 through about January 2007, in the context of and associated with hostilities, collect certain information, to wit: video surveillance of the Provincial Joint Coordination Center, and visual observation of security measures and procedures for responding to attack; by clandestine means or while acting under false pretenses, intending or with reason to believe that the information would be used to injure the United States, for the purpose of conveying such information to an enemy of the United States, in violation of the law of war.

CHARGE VII: Attempted Murder in Violation of the Law of War, in Violation of 10 U.S.C. § 950t(28)

SPECIFICATION 1: In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, intentionally and unlawfully attempt to kill Sergeant First Class Sean Bennett, U.S. Army, by attacking him with firearms while wearing the U.S. military or Iraqi police uniform in violation of the law of war.

SPECIFICATION 2: In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, intentionally and unlawfully attempt to kill Staff Sergeant Billy Wallace, U.S. Army, by attacking him with firearms while wearing the U.S. military or Iraqi police uniform in violation of the law of war.

SPECIFICATION 3: In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, intentionally and unlawfully

PX964

CONTINUATION SHEET- MC FORM 458 JAN 07, Block II Charges and Specifications in the case of UNITED STATES OF AMERICA V. ALI MUSA DAQDUQ AL MUSAWI

attempt to kill Sergeant Jesse Hernandez, U.S. Army, by attacking him with firearms while wearing the U.S. military or Iraqi police uniform in violation of the law of war.

**CHARGE VIII:  Attempted Taking Hostages in Violation of 10 U.S.C. § 950t(28)**

SPECIFICATION 1:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, attempt to seize, detain or hold Captain Brian Scott Freeman, U.S. Army, and to thereafter threaten to kill, injure, or continue to detain the said Captain Freeman, with the intent of compelling the United States, its coalition partners, or the government of Iraq to release detained insurgents or other anti-U.S. detainees, which resulted in the death of the said Captain Freeman.

SPECIFICATION 2:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, attempt to seize, detain or hold First Lieutenant Jacob Noal Fritz, U.S. Army, and to thereafter threaten to kill, injure, or continue to detain the said First Lieutenant Fritz, with the intent of compelling the United States, its coalition partners, or the government of Iraq to release detained insurgents or other anti-U.S. detainees, which resulted in the death of the said First Lieutenant Fritz.

SPECIFICATION 3:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, attempt to seize, detain or hold Specialist Jonathan B. Chism, U.S. Army, and to thereafter threaten to kill, injure, or continue to detain the said Specialist Chism, with the intent of compelling the United States, its coalition partners, or the government of Iraq to release detained insurgents or other anti-U.S. detainees, which resulted in the death of the said Specialist Chism.

SPECIFICATION 4:  In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, on or about 20 January 2007, at or near Karbala, Iraq, in the context of and associated with hostilities, attempt to seize, detain or hold Private First Class Shawn Patrick Falter, U.S. Army, and to thereafter threaten to kill, injure, or continue to detain the said Private First Class Falter, with the intent of compelling the United States, its coalition partners, or the government of Iraq to release detained insurgents or other anti-U.S. detainees, which resulted in the death of the said Private First Class Falter.

**CHARGE IX:  Conspiracy in Violation of 10 U.S.C. § 950t(29)**

SPECIFICATION:    In that Ali Musa Daqduq al-Musawi, an alien unprivileged enemy belligerent subject to trial by military commission, did, between about May 2006 and about March 2007, at various locations in Iraq and Iran, in the context of and associated with hostilities, conspire and agree with Qays al-Khazali, Layth al-Khazali, and other  members and associates of Asa'ib Ahl al Haqq (AAH), Lebanese Hezbollah (LH), and the Iranian

PX964

CONTINUATION SHEET- MC FORM 458 JAN 07, Block II Charges and Specifications in
the case of UNITED STATES OF AMERICA V. ALI MUSA DAQDUQ AL MUSAWI

Revolutionary Guard-Quds Force (IRGC-QF), known and unknown, to commit one or more
substantive offenses triable by military commission, to wit: Murder in Violation of the Law of
War, Taking Hostages, Intentionally Causing Serious Bodily Injury, Using Treachery or Perfidy,
Terrorism, and Providing Material Support for Terrorism; and with knowledge of the unlawful
purposes of the agreement, knowingly committed one or more of the following overt acts in
order to accomplish some objective or purpose of the agreement:

(1)    Between about May 2006 and about March 2007, traveled to Iran to meet with
members of the IRCG-QF Department of Special External Operations for the purpose of
discussing how to provide support and training to Iraqi insurgent groups, including the AAH, in
conducting kidnapping and sniper and ambush attack operations;

(2)    Between about May 2006 and about March 2007, traveled into various locations
in central and southern Iraq, including, but not limited to, Karbala and Basra, to meet with
various leaders of AAH and other insurgent groups, to assess their organization, operational
capabilities, training, and financial requirements;

(3)    Between May 2006 and about March 2007, met with various insurgent leaders in
central and southern Iraq, and advise and train members of insurgent groups, including AAH, in
the manufacture and employment of improvised explosive devices and explosively formed
projectiles, rocket attacks, kidnapping, and sniper and ambush attacks;

(4)    Between about May 2006 and about January 2007, met with AAH leaders Qays
al-Khazali, Layth al-Khazali, and other AAH members at various locations in Iraq and Iran, to
plan and train for an attack on the Provisional Joint Coordination Center in Karbala, Iraq;

(5)    Between about May 2006 and about January 2007, advised and counseled AAH
leaders Qays al-Khazali, Layth al-Khazali, and other AAH members at various locations in Iraq
and Iran, to conduct surveillance of the Provisional Joint Coordination Center in Karbala, Iraq
for the purpose of conducting an attack on the Provisional Joint Coordination Center and taking
hostages;

(6)    Between about May 2006 and about January 2007, met with AAH leaders Qays
al-Khazali, Layth al-Khazali, and other AAH members at various locations in Iraq and Iran, to
advise and direct them on using U.S. military and Iraqi police uniforms, and disguising vehicles

and weapons to appear as though they belonged to U.S. forces, for the purpose of conducting an
attack upon the Provisional Joint Coordination Center in Karbala, Iraq and taking hostages;

(7)    Between about May 2006 and about January 2007, at various locations in Iraq and
Iran, drafted a planning document for the execution of the attack against the Provisional Joint
Coordination Center in Karbala, Iraq which included preliminary surveillance and videotaping of
the Provisional Joint Coordination Center and security measures, entry into the Provisional Joint
Coordination Center while misusing U.S. and Iraqi uniforms as a disguise, the use of explosive

CONTINUATION SHEET- MC FORM 458 JAN 07, Block II Charges and Specifications in the case of UNITED STATES OF AMERICA V. ALI MUSA DAQDUQ AL MUSAWI

and incendiary devices to kill or neutralize U.S. and coalition forces within the compound during the attack, and the kidnapping of U.S. military personnel to hold as hostages;

(8)     Between about October 2006 and about March 2007, at various locations in Iraq and Iran, possess a video recording depicting Staff Sergeant Altaie, U.S Army, a soldier kidnapped by insurgent forces and held hostage by AAH;

(9)     Between about May 2006 and about March 2007, at various locations in Iraq and Iran, maintain video recordings depicting various ambush and rocket attacks for use as training materials for insurgent groups in Iraq; and

(10)     Between about January 2007 and about March 2007, prepare an after action assessment of the attack on the Provisional Joint Coordination Center in Karbala, Iraq.

PX964

PX974

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 6 April 2018

SECRET // ORCON // NOFORN // X1

1.4a

**TACTICAL INTERROGATION REPORT:**
**REPORT NUMBER (U):**    1.4a
**REPORT DATE (DOI) (U):** 21 MAR 07
**REPORTING UNIT (U):**    1.4a
**COUNTRY (U):** IRAQ (IZ)

1.4c

**SUMMARY (S//REL TO USA AND MCFI):**

- THE FIRST INTERROGATION OF N1228A
- DETAINEE IDENTIFIED HIMSELF AS QAYIS HADI SA'ID 'L0KHAZALI
- DETAINEE IDENTIFIED HIS BROTHER LAY H HADI S^'ID AL-KHAZALI
  - 1.4a
- DETAINEE PROVIDED INFORMATION N IRANI^N FUNDING OF THE SADR TREND AND MUQTADA AL-SADR
- DETAINEE IDENTIFIED IRGC-QF OFFICERS IN CONTACT WITH MAS, AND SENIOR SADR TREND MEMBERS
- DETAINEE IDENTIFIED IRGC-QF MEMBERS TRAVELING TO AL-NAJAF, IRAQ
- DETAINEE PROVIDED INFORMAT ON ON SADR TREND INTERNAL POLITICS AND ATMOSPHERICS

**TEXT (S//REL TO US   AND MCFI):**
**1. BIOGRAPHICAL DATA (S//REL TO USA AND MCFI):**
**GIVEN NAME:** QAYIS
**FATHER'S GIVEN NAME:** HADI
**GRANDFATHER'S GIVEN NAME:** SA'ID
**CLAN NAME:** NONE
**TRIBAL NAME:** AL-KHAZALI
**ALIAS:** NONE
**EYE COLOR:** BROWN
**HAIR COLOR:** BLACK
**HEIGHT:** 5 FEET EIGHT INCHES
**WEIGHT:** 160 LBS



**DISTINGUISHING FEATURES:** IRREGULAR SHAPED PORTWINE BIRTHMARK, LEFT FRONT SHOULDER, ARMPIT AREA.
**ADDRESS:** AL-SALAH NEIGHBORHOOD, IN THE VICINITY OF AL-SALAH MOSQUE, KUFA, IRAQ.
**PHONE NUMBER:** NONE

SECRET // ORCON // NOFORN // X1

PX974

SECRET // ORCON // NOFORN // X1

1.4a

**MOBILE NUMBER:** CLAIMS TO HAVE LOST HIS CELLULAR TELEPHONE SEVERAL DAYS PRIOR TO CAPTURE.
**POB:** BAGHDAD, IZ
**DOB:** 24 APRIL 1974
**MARITAL STATUS:** DIVORCED
**NATIONALITY:** IRAQI
**RELIGION:** SHI'A/ISLAM
**EDUCATION:** ELEMENTARY AND MIDDLE SCHOOL, 1995-PRESENT, THE SHI'A HAWSA RELIGIOUS TRAINING INSTITUTE IN AL-NAJAF, IZ.
**LANGUAGES (PROFICIENCY):** ARABIC (NATIVE), ENGLISH (ABLE TO SPEAK HALTINGLY).
**MOSQUE:** NONE
**IMAM:** NONE
**MILITARY EXPERIENCE:** PAID HIS WAY OUT OF TH  IRAQI AR'  Y IN 1997 FOR 1.5 MILLION IRAQI DINAR.
**SPECIAL SKILLS:** NONE
**OCCUPATION:** POLITICIAN

**MEDICAL (U):** CLEARED FOR DETENTION / INTERROGATION / LAST CHECK UP: 21 MAR 07

**DETAINEE NUMBER:** N1228A

**FATHER:** HADI SA'ID AL-KHAZALI
**MOTHER:** DNA
**BROTHERS:** DNA
**SISTERS:** DNA
**WIFE:** DIVORCED
**CHILDREN:** 1 BOY, AWAIS (6), 1 GIRL, MAIS (8).  BOTH LIVE WITH THEIR MOTHER IN BAGHDAD, IZ.

**2. CIRCUMSTANCES OF CAPTURE:**
**CONOP:** 1.4a
**DTG OF CAPTURE:** 20 MAR 0300C 2007
**PLACE OF CAPTURE:**
**APPREHENDING UNIT:**
**REASON FOR CAPTURE:** DETAINEE IS A SUSPECTED AIF GROUP LEADER, AND IS ASSOCIATED WITH WEAPONS SMUGGLING FROM IRAN, EJK ACTIVITY, AND INVOLVEMENT WITH THE ATTACK ON THE KARBALA PJCC.
**CURRENT LOCATION:** 1.4a

**WEAPONS, DOCUMENTS AND EQUIPMENT (S//REL TO USA AND MCFI):**

**INTERROGATOR:** 3.5c
**LANGUAGE USED:** ARABIC

SECRET // ORCON // NOFORN // X1

PX974

SECRET // ORCON // NOFORN // X1

| 1.4a |
|------|

**INTERPRETER (NATIVE DIALECT):** [ 3.5c ]

**3. SUMMARY OF INTERROGATION / INTELLIGENCE GAINED (S//REL TO USA AND MCFI):**

DETAINEE PROVIDED A FALSE NAME TO INTERROGATORS, BOTH DURING THE SCREENING PROCESS, AND INITIALLY DURING THE INTERROGATION. AFTER EXTENDED APPROACH WORK, DETAINEE FINALLY IDENTIFIED HIMSELF AS QAYIS HADI SA'ID AL-KHAZALI. AT THE SAME TIME DETAINEE IDENTIFIED HIS BROTHER, LAYTH HADI SA'ID AL-KHAZALI [ 1.4a ] WHO HAD ALSO BEEN PROVIDING A FALSE NAME SINCE HIS TIME OF CAPTURE

[ 1.4c ]

DETAINEE WAS A TRUSTED STUDENT OF MUHAMMAD AL-SADR, MUQTADA AL-SADR'S (MAS) FATHER, AND A STUDENT AT THE SHI'A HAWZA RELIGIOUS INSTITUTE IN AL-NAJAF PRIOR TO THE FALL OF THE SADDAM HUSSEIN REGIME IN 2003. DETAINEE WAS ONE OF THE FOUNDING MEMBERS AND ORGANIZERS FOR THE OFFICE OF THE MARTYR SADR (OMS), AND ONE OF THE FIRST CLOSE ADVISERS TO MAS.

DETAINEE ACCOMPANIED MAS TO THE FUNERAL OF AYATOLLAH KHOMEINI (NFI) IN TEHRAN, IRAN (IR), RIGHT AFTER THE FALL OF THE SADDAM HUSSEIN REGIME. WHILE IN TEHRAN FOR THE FUNERAL, IRANIAN GOVERNMENT OFFICIALS TREATED MAS LIKE A VERY IMPORTANT DIGNITARY. HE RECEIVED NUMEROUS REQUESTS FOR AUDIENCES FROM IRANIAN GOVERNMENT OFFICIALS FOR TALKS. DETAINEE BOTH WITH MAS, AND IN PRIVATE MET WITH TWO IRANIAN OFFICIALS KNOWN TO HIM AS HAJJ YUSIF (NFI) AND SHEIKH ANSARI (NFI). DETAINEE DESCRIBED THESE TWO OFFICIALS AS MEMBERS OF IRANIAN "INTAL'AT" [ 1.4c ] [ 1.4c ] DURING THIS VISIT MAS MADE AGREEMENTS, AND ARRANGEMENTS FOR FUNDING SUPPORT FROM THE IRANIAN GOVERNMENT [ 1.4c ]

[ 1.4c ]

DETAINEE STRUCK A PERSONAL RELATIONSHIP WITH SHEIKH ANSARI DURING HIS INITIAL VISIT TO IRAN, AND ALSO HAJJ YUSIF, ALTHOUGH HE DESCRIBES HIS RELATIONSHIP WITH SHEIKH ANSARI AS BEING CLOSER. DETAINEE HAS MADE AN UNKNOWN NUMBER OF TRIPS TO TEHRAN, IRAN SINCE 2003, USUALLY TO SPECIFICALLY VISIT SHEIKH ANSARI, ALTHOUGH HAJJ YUSIF IS PRESENT ALSO DURING THESE VISITS [ 1.4c ]
[ 1.4c ]

SECRET // ORCON // NOFORN // X1

PX974

SECRET // ORCON // NOFORN // X1

SHEIKH YUSIF'S OFFICIAL POSITION WITH THE IRANIAN ISLAMIC REVOLUTIONARY GUARD CORP (IRGC) IN REGARDS TO THE AL-SADR TREND IS CULTURAL AFFAIRS OFFICER TO THE OMS.

HAJJ YUSIF AND SHEIKH ANSARI HAVE BOTH VISITED DETAINEE IN AL-NAJAF ON MORE THAN ONE OCCASION.  HAJJ YUSIF FIRST VISITED AL-NAJAF IN EARLY 2004, AND ATTEMPTED TO GAIN AN AUDIENCE WITH MAS BUT WAS REJECTED

DETAINEE ALSO MET ANOTHER MEMBER OF THE IRGC IN AL-NAJAF NAMED AL-MUSAWI (NFI) WHO WAS INVOLVED WITH HAJJ YUSIF AND SHEIKH ANSARI AT THE CULTURAL AFFAIRS OFFICE.  DETAINEE BELIEVED THAT ALL THREE OF THESE IRGC OFFICERS WERE ALSO MEMBERS OF THE QUDS FORCE (QF) SECTION OF THE IRGC.  DETAINEE BELIEVED THAT THE NAMES OF ALL THREE OF THESE INDIVIDUALS WAS FALSE, AND THAT THESE WERE ALIAS NAMES THEY USED WHILE "WORKING".

DETAINEE WAS HEAVILY INVOLVED IN THE FINANCING OF THE OVERALL SADR TREND DURING THE FIRST YEARS OF ITS OPERATION, AND WAS IN CHARGE OF THE FINANCING, CONSTRUCTION, AND OPERATION OF ALL OF THE OMS OFFICES IN IRAQ



DETAINEE WAS HEAVILY INVOLVED IN THE IRAQI GOVERNMENT ONGOING POLITICAL PROCESS, AND THE AL-SADR TRENDS INFLUENCE IN THAT PROCESS.  DETAINEE DEVELOPED MANY RELATIONSHIPS WITH MEMBERS OF THE IRAQI GOVERNING COUNCIL, AND MEMBERS OF BOTH IRAQI PRIME MINISTER IBRAHIM AL-JA'FARI AND NURI AL-MALAKI'S STAFFS IN HIS EFFORTS TO HELP EXERT SOME INFLUENCE FOR THE AL-SADR TREND INSIDE OF THE IRAQI GOVERNMENT.  DETAINEE WAS ALSO HEAVILY INVOLVED IN THE INNER WORKINGS AND POLITICS INSIDE OF THE OMS.  IN THE MIDDLE OF 2005, MAS BEGAN MAKING ACCUSATIONS, AND INNUENDO THAT DETAINEE WAS GAINING TOO MUCH POWER AND INFLUENCE WITHIN THE SADR TREND.  THIS WAS EGGED ON BY OTHER CLOSE LIEUTENANTS OF MAS THAT HAD BECOME JEALOUS OF DETAINEES GROWING POPULARITY AND INFLUENCE WITHIN THE SADR TREND AND THE IRAQI GOVERNMENT, AS WELL AS WHAT WAS PERCEIVED AS VERY CLOSE TIES TO IRAN, AND THE MONEY THEY WERE

SECRET // ORCON // NOFORN // X1

PX974

SECRET // ORCON // NOFORN // X1

> 1.4a

PROVIDING MAS.  A VERY VOCAL RUNNING DISAGREEMENT BROKE OUT
BETWEEN MAS AND THE DETAINEE, AND MAS ACCUSED HIM OF TRYING TO
USURP POWER FROM HIM.  THIS ALTERCATION BECAME SO DISRUPTIVE IN
OMS AND SADR TREND OFFICES THAT SHEIKH MUSTAFA AL-YAQUBI,
ANOTHER OF MAS'S LONG TIME LIEUTENANTS WAS FORCED TO STEP IN AND
MODERATE BETWEEN THE TWO.  CONCESSIONS WERE MADE BY BOTH MAS
AND DETAINEE, AND SHEIKH MUSTAFA WAS ABLE TO SMOOTH THINGS OVER.
AFTER THE ALTERCATION DIED DOWN, MAS AGAIN OFFERED TO PUT
DETAINEE IN CHARGE OF ALL SADR TREND FINANCES WHICH HE DID FOR A
SHORT TIME, BUT RELINQUISHED THIS DUTY BACK TO SADR'S OFFICE AFTER
A COUPLE OF MONTHS.

AFTER SEVERAL MONTHS OF CONSTANTLY ESCALATING SECTARIAN
VIOLENCE, IT WAS DECIDED BY SENIOR MEMBERS OF THE IRAQI
GOVERNMENT, SENIOR SUNNI TREND LEADERS, AND SADR TREND MEMBERS
REPRESENTING THE SHI'A FACTION TO ATTEMPT RECONCILIATION BETWEEN
ALL PARTIES.  THE IRAQI PM'S OFFICE WAS REPRESENTED BY SAMI AL-
ASKARI A SENIOR PM ADVISOR.  DETAINEE WAS INVOLVED IN MUCH OF THE
INITIAL GROUNDWORK FOR ALL PARTIES TO COME TO A COMPROMISE AS
THE SENIOR REPRESENTATIVE FOR THE SADR TREND.  AN AGREEMENT WAS
TENTATIVELY REACHED BY ALL PARTIES CONCERNED TO UNITE TO CALL AN
END TO THE VIOLENCE.  HOWEVER, WHEN DETAINEE CONTACTED MAS BY
PHONE TO TELL HIM OF THE AGREEMENT, HE REFUSED TO BE INVOLVED
WITHOUT RECEIVING WRITTEN COPIES FROM ALL PARTIES OF EXACTLY
WHAT THEY WERE PROMISING TO ACCOMPLISH.  MAS DEMANDED THAT
DETAINEE TEXT MESSAGE ALL THE PAPERWORK INVOLVED IN THE
AGREEMENT TO HIM IN AL-NAJAF.  DETAINEE EXPLAINED IT WAS TOO MUCH
PAPERWORK TO BE SENT OVER A TEXT SERVICE, TO WHICH HE DEMANDED
DETAINEE SEND THE PAPERWORK BY MESSENGER.  DETAINEE EXPLAINED
THIS WOULD TAKE TO LONG, AND ANY DELAY WOULD JEOPARDIZE THE
AGREEMENT PROCESS.  MAS RESPONDED TO THIS BY DENYING DETAINEE THE
RIGHT TO SIGN OFF ON THIS AGREEMENT IN HIS NAME, OR THE NAME OF THE
SADR TREND, AND TOLD DETAINEE ONLY HE  MAS  COULD SIGN ANY
AGREEMENT OF THIS NATURE

> 1.4c
>
> 1.4c

> 1.4c

AS A RESULT OF THE LACK OF PARTICIPATION OF MAS, THE
AGREEMENT FELL APART.

IN MID TO LATE 2006, DETAINEE AGAIN BEGAN BEING REPROACHED BY MAS
FOR HIS GROWING INFLUENCE WITHIN THE OMS, SADR TREND, AND IRAQI

SECRET // ORCON // NOFORN // X1

PX974

SECRET // ORCON // NOFORN // X1

[ 1.4a ]

GOVERNMENT CIRCLES [ 1.4c ]
[ 1.4c ]
[ 1.4c ]           T THE    ME TIME,   THER
ADVISORS OF MAS WERE BECOMING POLITICALLY JEALOUS OF DETAINEE'S
INFLUENCE AND FOLLOWING, AND BEGAN SPREADING RUMORS ABOUT HIM
TO DISCREDIT HIM EVEN FURTHER WITH MAS [ 1.4c ]
[ 1.4c ]

DETAINEE MADE A COMPLETE BREAK WITH MAS AND THE SADR TREND AT
THIS TIME, AND BEGAN FORMING A FOLLOWING OF HIS OWN, AND BEGAN TO
BE INVOLVED MORE IN THE POLITICAL PROCESS OF IRAQ, AND CONSIDERS
HIMSELF A FULL TIME "POLITICIAN".

[ 1.4c ]

4. COMMENTS (S//REL TO USA AND MCFI):

[ 1.4c ]

Approved for Release

SECRET // ORCON // NOFORN // X1

PX974

SECRET // ORCON // NOFORN // X1

<div style="border:1px solid red; padding:4px;">1.4a</div>

<div style="border:1px solid red; padding:20px; text-align:center;">1.4c</div>

<div style="border:1px solid red; padding:10px; text-align:center;">1.4c</div>

**SENIOR INTERROGATOR COMMENTS:**  NONE

**5.  POINTS OF CONTACT (U):**

<div style="border:1px solid red; padding:20px;">3.5c</div>

**NOTE:  ALL ARABIC SPELLINGS ARE IAW DI POLICY NO. 033, "SPELLING NAMES OF FOREIGN PERSONS IN DI PRODUCTS," DATED 02 DEC 03 AND DDCICM DIRECTIVE, "INTELLIGENCE COMMUNITY STANDARD FOR THE TRANSLITERATION OF ARABIC NAMES IN FINAL WRITTEN REPORTS AND PRODUCTS," DATED 04 JUN 03, IN COMPLIANCE WITH SECTION 352 OF THE INTELLIGENCE AUTHORIZATION ACT OF 2003.**

**PREP (U):** <span style="border:1px solid red;">3.5c</span>
**AQC (U):** BAGHDAD, IRAQ (2007/03/21)
**ENCL (U):**  NONE
**DISSEM (U):**  FIELD – NONE
**WARNING (U):**  REPORT CLASSIFIED SECRET // REL TO USA AND MCFI
**DRV FROM (U):**  MNF-IMNC-I SGC VERSION 3, 27 MAY 04.

SECRET // ORCON // NOFORN // X1

PX974

SECRET // ORCON // NOFORN // X1

1.4a

**DECL ON:** X1

Approved for Release

MDR J-2A 00368-18

024  04/03/18

PX974

PX977

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff

SECRET // REL to USA and MCFI

1.4a

**TACTICAL INTERROGATION REPORT:**
**REPORT NUMBER (U):** [1.4a]
**REPORT DATE (DOI) (U):** 05 APR 07
**REPORTING UNIT (U):** [1.4a]
**COUNTRY (U):** IRAQ (IZ), IRAN (IR)

1.4c

**SUMMARY (S//REL to USA and MCFI):**

- THE TWENTY-EIGHTH INTERROGATION OF N1228A
- DETAINEE PROVIDED INFORMATION ON SELECT INDIVIDUALS' TIES TO LEBANESE HEZBOLLAH
- DETAINEE PROVIDED INFORMATION ON MUSTAFA AL-YAQUBI AND 'ABBAS AL-KUFI'S SUITABILITY FOR RECONCILIATION IN IRAQ

**TEXT (S//REL to USA and MCFI):**
**1. BIOGRAPHICAL DATA (S//REL TO USA AND MCFI):**
**GIVEN NAME:** QAYIS
**FATHER'S GIVEN NAME:** HADI
**GRANDFATHER'S GIVEN NAME:** SA'ID
**CLAN NAME:** NONE
**TRIBAL NAME:** AL-KHA...
**ALIAS:** NONE
**EYE COLOR:** BROWN
**HAIR COLOR:** B...
**HEIGHT:** 5 FEET EIGHT" INCHES
**WEIGHT:** 160 LBS



**DISTINGUISHING FEATURES:** IRREGULAR SHAPED PORTWINE BIRTHMARK, LEFT FRONT SHOULDER, ARMPIT AREA.
**ADDRESS:** AL-SALAH NEIGHBORHOOD, IN THE VICINITY OF AL-SALAH MOSQUE, KUFA, IRAQ.
**PHONE NUMBER:** NONE
**MOBILE NUMBER:** CLAIMS TO HAVE LOST HIS CELLULAR TELEPHONE SEVERAL DAYS PRIOR TO CAPTURE.
**POB:** BAGHDAD, IZ
**DOB:** 24 APRIL 1974
**MARITAL STATUS:** DIVORCED
**NATIONALITY:** IRAQI
**RELIGION:** SHI'A/ISLAM

Approved for Release

MDR J-2A 00368-18                                                        030   04/03/18

PX977

SECRET // REL to USA and MCFI

1.4a

**EDUCATION:** ELEMENTARY AND MIDDLE SCHOOL, 1995-PRESENT, THE SHI'A HAWZA RELIGIOUS TRAINING INSTITUTE IN AL-NAJAF, IZ.
**LANGUAGES (PROFICIENCY):** ARABIC (NATIVE), ENGLISH (ABLE TO SPEAK HALTINGLY).
**MOSQUE:** NONE
**IMAM:** NONE
**MILITARY EXPERIENCE:** PAID HIS WAY OUT OF THE IRAQI ARMY IN 1997 FOR 1.5 MILLION IRAQI DINAR.
**SPECIAL SKILLS:** NONE
**OCCUPATION:** POLITICIAN

**MEDICAL (U):** CLEARED FOR DETENTION / INTERROGATION / LAST CHECK UP: 05 APR 07

**DETAINEE NUMBER:** N1228A

**FATHER:** HADI SA'ID AL-KHAZALI
**MOTHER:** DNA
**BROTHERS:** DNA
**SISTERS:** DNA
**WIFE:** DIVORCED
**CHILDREN:** 1 BOY, AWAIS (6), 1 GIRL, MAIS (8). BOTH LIVE WITH THEIR MOTHER IN BAGHDAD, IZ.

**2. CIRCUMSTANCES OF CAPTURE:**
**CONOP:** 1.4a
**DTG OF CAPTURE:** 20 MAR 0300C 2007
**PLACE OF CAPTURE:** BASRAH, IZ.
**APPREHENDING UNIT:** 1.4a
**REASON FOR CAPTURE:** DETAINEE IS A SUSPECTED AIF GROUP LEADER, AND IS ASSOCIATED WITH WEAPONS SMUGGLING FROM IRAN, EJK ACTIVITY, AND INVOLVEMENT WITH THE ATTACK ON THE KARBALA PJCC.
**CURRENT LOCATION:** 1.4a

**WEAPONS, DOCUMENTS AND EQUIPMENT (S//REL to USA and MCFI):**

**INTERROGATOR:** 3.5c
**LANGUAGE USED:** ARABIC
**INTERPRETER (NATIVE DIALECT):** 3.5c

**3. SUMMARY OF INTERROGATION / INTELLIGENCE GAINED (S//REL to USA and MCFI):**

1.4c

SECRET // REL to USA and MCFI

PX977

SECRET // REL to USA and MCFI

1.4a

1.4c

GASSEM SOLEIMANI IS VERY PROMINENT AND INFLUENTIAL IN THE IRANIAN REVOLUTIONARY GUARDS CORPS (IRGC).  HE IS THE COMMANDER OF THE AL-QUDS ARMY.  GASSEM'S GROUP MAINTAINS MILITARY AND TRAINING RELATIONS WITH LEBANESE HEZBOLLAH.  DETAINEE DOES NOT HAVE THE DETAILS OF THE ARRANGEMENTS BETWEEN THESE TWO GROUPS, BUT MILITARY RELATIONS BETWEEN THEM WOULD BE EXPECTED.  ONLY SOMEONE FROM THE QUDS FORCE OR LEBANESE HEZBOLLAH WOULD KNOW THE EXTENT OF THEIR TIES AND RELATIONS.  LEBANESE HEZBOLLAH IS WELL KNOWN FOR KEEPING SECRETS IN CONFIDENCE.  IRAQI HEZBOLLAH, WHICH SHARES A SIMILAR NAME, DOES NOT HAVE ANY TIES WITH LEBANESE HEZBOLLAH.  THE TWO IRAQI PARTIES WHO USE THE HEZBOLLAH NAME LIKELY CHOSE IT BECAUSE OF ITS APPEARANCE IN THE QURAN.  LEBANESE HEZBOLLAH HAS AN INDIRECT ROLE IN IRAQ, WHERE ITS VAST EXPERIENCE AND KNOWLEDGE IS BEING BROUGHT TO BEAR IN AN ADVISORY CAPACITY.  ACCESS TO LEBANESE HEZBOLLAH ADVISORS IS POSSIBLE THROUGH THE IRGC BY USING PROPER CHANNELS.  A PROMINENT OMS OFFICIAL COULD CONTACT AL-KAWTHARINI INFI FOR ADDITIONAL CONTACT TO LEBANESE HEZBOLLAH.

1.4c

1.4c

DETAINEE DOES NOT KNOWN SHEIKH HAJJI YUSIF'S RELATIONSHIP WITH LEBANESE HEZBOLLAH.  IT DOES NOT APPEAR THAT HE HAS SIGNIFICANT TIES, BECAUSE HE SPENDS MOST OF HIS TIME INVOLVED WITH IRAQI ISSUES, SUCH AS GREETING IRAQIS ENTERING IRAN FOR TRAINING OR MEETINGS WITH THE IRGC.  HE MEETS IRAQIS AT THE AIRPORT OR BORDER AND PROVIDES DIRECTIONS ABOUT WHERE TO GO AND WHAT TO DO ONCE THEY REACH IRAN.

1.4c

1.4c

ABU MAHDI MUHANDIS WAS THE COMMANDER IN CHIEF OF THE BADR CORPS IN APPROXIMATELY 1980.  HE EXPERIENCED CONSIDERABLE DIFFICULTIES WITH MUHAMMAD BADR HAKIM, BUT RETAINED CLOSE TIES WITH IRAN SINCE THAT TIME, AND NOW SERVES AS A MEMBER OF IRAQ'S PARLIAMENT.  HIS CLOSEST TIES IN IRAN ARE WITH THE IRGC.  AS A MEMBER OF IRAQ'S PARLIAMENT HE LIKELY DEVELOPED ADDITIONAL POLITICAL TIES WITH OTHER ENTITIES AND INDIVIDUALS IN IRAN.  HE RESIDE IN TEHRAN, IRAN.  HE DOES NOT LIKELY HAVE A PERMANENT RESIDENCE IN IRAQ.

MUSTAFA AL-YAQUBI HAS FREQUENT CONTACT WITH LEBANESE HEZBOLLAH.  HE SPEAKS OFTEN BY PHONE WITH AL-KAWTHARINI, WHO IS LEBANESE HEZBOLLAH'S POLITICAL SPOKESPERSON ON IRAQ ISSUES.  AL-KAWTHARINI HAS SERVED IN THAT POSITION SINCE SHORTLY AFTER

SECRET // REL to USA and MCFI

PX977

SECRET // REL to USA and MCFI

1.4a

SADDAM HUSSEIN'S REGIME FELL.  AL-KAWTHARINI IS A FORMER STUDENT
OF THE NAJAF AL-HAWZA, BUT HE IS LEBANESE – ONE OF TWO LEBANESE
STUDENTS WHO ATTENDED.  HE AND MUSTAFA DISCUSS MAJOR EVENTS
THAT TAKE PLACE IN IRAQ.  OTHER THAN POLITICAL DISCUSSIONS, MUSTAFA
DID NOT TELL DETAINEE THAT HE EVER DISCUSSED WEAPONS OR FUNDING
WITH AL-KAWTHARINI.  MUSTAFA WENT TO LEBANON WITH MUQTADA AL-
SADR AS PART OF A MIDDLE EAST TRIP THAT TOOK THEM TO SAUDI ARABIA,
KUWAIT, SYRIA AND JORDAN.  WHEN THEY ARRIVED IN LEBANON, HOWEVER,
DUE TO AN ATTACK IN IRAQ, THEY LACKED THE OPPORTUNITY TO MEET
WITH THE LEADER OF LEBANESE HEZBOLLAH, NAZRALLAH BARI.  SAYID
HASSAN NAZRALLAH NABIH BARI IS THE HEAD OF PARLIAMENT IN LEBANON,
AND PART OF LEBANESE HEZBOLLAH.  DETAINEE HAS NOT MET HIM.

MUHAMMAD TABATABAI DOES NOT HAVE RELATIONS            EBANESE
HEZBOLLAH.  MUHAMMAD IS NOT WELL KNOWN AS SOMEONE WHO HAS
FREQUENT SOCIAL RELATIONS OR OTHER RELATIONS.  HE HAPPENS TO BE
FRIENDS WITH DETAINEE AND A FEW OTHERS, INCLUDING MUSTAFA AL-
YAQUBI, BUT OTHERWISE IS SOMEWHAT ISOLATED.  HIS CLOSEST FRIENDS
ARE COLLEAGUES FROM THE OFFICE OF MARTYR SADR.  BASED ON
MUHAMMAD'S LIMITED CONTACTS, DETAINEE DOES NOT BELIEVE THAT HE IS
CONNECTED WITH LEBANESE HEZBOL

1.4c

MUSTAFA AL-YAQUBI IS A VERY OBJECTIVE PERSON.  HE HAS A GREAT DEAL
OF INFLUENCE BECAUSE OF HIS BACKGROUND AND STRONG TIES TO
MUQTADA AL-SADR.  BECAUSE HE PRESENTLY WORKS AS THE "RIGHT HAND"
OF MUQTADA AL-SADR (MAS), HE WOULD ONLY WORK ON RECONCILIATION
IF MAS APPROVED, OR IF MAS LEFT THE DECISION UP TO MUSTAFA.  MUSTAFA
SHOULD BE APPROACHED THROUGH HIS CLOSEST FRIEND, SALAH AL-
UBAYDI.  SALAH IS VERY WELL KNOWN, A GOOD NEGOTIATOR, AND
SOMEONE WHO FACILITATES PEACEFUL SOLUTIONS TO PROBLEMS. 1.4c
1.4c
1.4c   IF SALAH CONVEYED THE PROPOSAL TO MUSTAFA HE
WOULD BE MORE LIKELY TO ACCEPT IT.  BECAUSE MUSTAFA IS IN IRAN,
SALAH MAY NEED TO TRAVEL THERE IN ORDER TO TRACK HIM DOWN AND
DELIVER THE PROPOSAL.  IF SALAH WAS NOT AVAILABLE, DETAINEE COULD
DELIVER THE PROPOSAL TO MUSTAFA.

'ABBAS AL KUFI IS NOT A DESIRABLE CANDIDATE FOR RECONCILIATION.  HE
IS A PUPPET OF MAS. 1.4c
1.4c                                                                IN THE PAST,
'ABBAS WORKED AS AN ELECTRICIAN.  HE LACKS SIGNIFICANT EDUCATION.

SECRET // REL to USA and MCFI

PX977

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 6 April 2018

SECRET // REL to USA and MCFI

[1.4a]

HE DID NOT DO GOOD DEEDS FOR THE OFFICE OF MARTYR SADR.  MAS PUTS
TOO MUCH TRUST IN 'ABBAS. [1.4c]
[1.4c] DUE TO HIS RECENT JOB AS THE HEAD OF JAYSH AL-
MAHDI, HE HAS SOME RECOGNITION, BUT AS SOON AS HE IS OUT OF THAT
POSITION HE WILL LOSE THAT INFLUENCE. [1.4c]
[1.4c] MAS CHANGES POSITIONS SUCH AS THE
HEAD OF JAM EVERY FEW MONTHS.

[1.4c]

**4.  COMMENTS (S//REL to USA and MCFI):**

**INTERROGATOR COMMENTS (S//REL to USA and MCFI):** [1.4c]
[1.4c]

[1.4c]

**SENIOR INTERROGATOR COMMENTS:**  NONE

**5.  POINTS OF CONTACT (U):**

[3.5c]

NOTE:  ALL ARABIC SPELLINGS ARE IAW DI POLICY NO. 033, "SPELLING
NAMES OF FOREIGN PERSONS IN DI PRODUCTS," DATED 02 DEC 03 AND
DDCICM DIRECTIVE, "INTELLIGENCE COMMUNITY STANDARD FOR THE
TRANSLITERATION OF ARABIC NAMES IN FINAL WRITTEN REPORTS AND
PRODUCTS," DATED 04 JUN 03, IN COMPLIANCE WITH SECTION 352 OF THE
INTELLIGENCE AUTHORIZATION ACT OF 2003.

**PREP (U):** [3.5c]
**AQC (U):** BAGHDAD, IRAQ (2007/04/05)
**ENCL (U):** NONE
**DISSEM (U):**  FIELD – NONE
**WARNING (U):**  REPORT CLASSIFIED SECRET // REL to USA and MCFI
**DRV FROM (U):**  MNF-IMNC-I SGC VERSION 3, 27 MAY 04.
**DECL ON:**  X1

PX977

PX979

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 6 April 2018

SECRET // ORCON // to USA and GBR

1.4a

**TACTICAL INTERROGATION REPORT:**
**REPORT NUMBER (U):**   1.4a
**REPORT DATE (DOI) (U):** 22 APR 07
**REPORTING UNIT (U):**   1.4a
**COUNTRY (U):** IRAQ (IZ), IRAN (IR)

**SOURCE PARAGRAPH (S//REL to USA and MCFI):**   1.4c

1.4c

**SUMMARY (S//REL to USA and MCFI):**

- THE FIFTY-NINTH INTERROGATION OF N1228A
- DETAINEE COULD NOT IDENTIFY COMPUTERS AND FLASH-DRIVES TAKEN FROM THE OBJECTIVE
- IDENTIFIED PICTURE OF ABU MUSTAFA AL-SHAIBNANI.
- GAVE FURTHER DETAILS OF REASON DETAINEE WS IN BASRAH AT THE TIME OF CAPTURE
- INFORMATION ON HEZBOLLAH IN IRAQ
- MUQTADA SADR MADE HIS PARLIAMENTARY MEMBERS PRE-SIGN A RESIGNATION LETTER IN CASE HE WANTED TO GET RID OF THEM DOWN THE ROAD.
- GAVE OTHER ALIASES OF LEBANESE HEZBOLLAH LIAISON TO IRAQ SAYID AL-MUSAWI
- MUQTADA SADR SUPPORTED BUT DID NOT CONTROL THE SPECIAL GROUPS.

**TEXT (S//REL to USA and MCFI):**
**1. BIOGRAPHICAL DATA (S//REL TO USA AND MCFI):**
**GIVEN NAME:** QAYIS
**FATHER'S GIVEN NAME:** HADI
**GRANDFATHER'S GIVEN NAME:** SA'ID
**CLAN NAME:** NONE
**TRIBAL NAME:** AL-KHAZ'ALI
**ALIAS:** NONE
**EYE COLOR:** BROWN
**HAIR COLOR:** BLACK
**HEIGHT:** 5 FEET EIGHT INCHES
**WEIGHT:** 160 LBS
**DISTINGUISHING FEATURES:** IRREGULAR SHAPED PORTWINE BIRTHMARK, LEFT FRONT SHOULDER, ARMPIT AREA.



SECRET // ORCON // to USA and GBR

PX979

SECRET // ORCON // to USA and GBR

1.4a

**ADDRESS:** AL-SALAH NEIGHBORHOOD, IN THE VICINITY OF AL-SALAH MOSQUE, KUFA, IRAQ.
**PHONE NUMBER:** NONE
**MOBILE NUMBER:** CLAIMS TO HAVE LOST HIS CELLULAR TELEPHONE SEVERAL DAYS PRIOR TO CAPTURE.
**POB:** BAGHDAD, IZ
**DOB:** 24 APRIL 1974
**MARITAL STATUS:** DIVORCED
**NATIONALITY:** IRAQI
**RELIGION:** SHI'A/ISLAM
**EDUCATION:** ELEMENTARY AND MIDDLE SCHOOL, 1995-PRESENT, THE SHI'A HAWZA RELIGIOUS TRAINING INSTITUTE IN AL-NAJAF, IZ.
**LANGUAGES (PROFICIENCY):** ARABIC (NATIVE), ENGLISH (ABLE TO SPEAK HALTINGLY).
**MOSQUE:** NONE
**IMAM:** NONE
**MILITARY EXPERIENCE:** PAID HIS WAY OUT OF THE IRAQI ARMY IN 1997 FOR 1.5 MILLION IRAQI DINAR.
**SPECIAL SKILLS:** NONE
**OCCUPATION:** POLITICIAN

**MEDICAL (U):** CLEARED FOR DETENTION / INTERROGATION / LAST CHECK UP: 22 APR 07

**DETAINEE NUMBER:** N1228A

**FATHER:** HADI SA'ID AL-KHAZ'ALI
**MOTHER:** WOULD NOT ANSWER (WNA)
**BROTHERS:** WNA
**SISTERS:** WNA
**WIFE:** DIVORCED
**CHILDREN:** 1 BOY, AWAIS (6), 1 GIRL, MAIS (8).  BOTH LIVE WITH THEIR MOTHER IN BAGHDAD, IZ.

**2. CIRCUMSTANCES OF CAPTURE:**
**CONOP:** 1.4a
**DTG OF CAPTURE:** 20 MAR 0300C 2007
**PLACE OF CAPTURE:** BASRAH, IZ.
**APPREHENDING UNIT:** 1.4a
**REASON FOR CAPTURE:** DETAINEE IS A SUSPECTED ANTI-IRAQI FORCES (AIF) GROUP LEADER, AND IS ASSOCIATED WITH WEAPONS SMUGGLING FROM IRAN, EXTRA JUDICIAL KILLING (EJK) ACTIVITY, AND INVOLVEMENT WITH THE ATTACK ON THE KARBALA PJCC.
**CURRENT LOCATION:** 1.4a

SECRET // ORCON // to USA and GBR

Approved for Release

PX979

SECRET // ORCON // to USA and GBR

1.4a

**WEAPONS, DOCUMENTS AND EQUIPMENT** (S//REL to USA and MCFI):

**INTERROGATOR:** 3.5c
**LANGUAGE USED:**  ARABIC
**INTERPRETER (NATIVE DIALECT):** 3.5c

**3. SUMMARY OF INTERROGATION / INTELLIGENCE GAINED** (S//REL to USA and MCFI):

DETAINEE LOOKED AT THE FOLLOWING PICTURES AND WAS ASKED TO
IDENTIFY THE FLASH-DRIVES, HARD-DRIVES, AND COMPUTER.  DETAINEE
SAID HE DID NOT KNOW WHO OWNED THE FLASH-DRIVES, THE HARD-DRIVES
OR THE COMPUTER.





SECRET // ORCON // to USA and GBR

**PX979**

SECRET // ORCON // to USA and GBR

1.4a

DETAINEE IDENTIFIED THE PICTURE BELOW AS ABU MUSTAFA AL-SHAIBANI.



DETAINEE DOES NOT KNOW WHO KIDNAPPED THE FOUR AMERICAN CONTRACTORS AND ONE AUSTRIAN CONTRACTOR IN BASRAH BUT HAS HEARD THAT IT WAS SAYID NAJJI WHO DID IT. SAYID NAJJI IS IN U.S. CUSTODY. HE ALSO HEARD THAT MAYBE IT WAS SELAFI OR SUNNIS WHO HAD DONE IT. DETAINEE HAD NO FURTHER INFORMATION (NFI) ON THE ISSUE.

DETAINEE WAS TOLD ABOUT THE GOVERNMENT OFFICIALS RESIGNING AND HE SAID THAT THE REASON THEY RESIGNED IS THAT WHEN THEY WERE OFFERED THE POSITION BY THE SADR MOVEMENT THEY WERE FORCED TO PRE-SIGN A LETTER OF RESIGNATION FOR MUQTADA AL SADR TO USE AGAINST THEM IN JUST SUCH A SITUATION. THEY WERE ALSO FORCED TO GIVE A PORTION OF THEIR SALARIES TO CHARITY. THE ONLY ONES WHO DID NOT SIGN THE RESIGNATION LETTER ARE HAJJI SALAM AND HASSAN DUMA. DETAINEE WAS THEN TOLD THAT IT WASN'T PARLIAMENTARY MEMBERS WHO RESIGNED BUT MINISTERS. AND HE SAID THAT WAS DIFFERENT. THAT WAS PROBABLY MORE OF A RESULT OF THE INFLUENCE OF IRAN ON MUQTADA.

WHEN DETAINEE ARRIVED IN BASRAH THE DAY BEFORE HE WAS CAPTURED HE MET JASIM AL-SA'IDI. DETAINEE WAS TIRED FROM THE TRIP SO THERE WERE NO DETAILED DISCUSSIONS HELD THAT NIGHT. THAT WAS THE NIGHT THEY WERE DETAINED. THE MAIN PURPOSE OF THE VISIT TO BASRAH WAS TO ATTEND THE CONDOLENCE WAKE FOR THE DEATH OF SALAM AL-MALIKI'S FATHER. ONE WEEK PRIOR TO THIS DETAINEE HAD GONE TO SEE ABU FIRAS AL-MUTAYYIRI IN BAGHDAD TO PASS ON HIS CONDOLENCES ON THE DEATH OF TWO OF ABU FIRAS' SISTERS AND THE SISTERS' TWO CHILDREN. DETAINEE SAID THAT THE RELATIONSHIP BETWEEN ABU FIRAS AL-MUTAYYIRI AND SALAM AL-MALIKI WAS NOT GOOD, BUT THAT NIGHT HE

SECRET // ORCON // to USA and GBR

PX979

SECRET // ORCON // to USA and GBR

1.4a

HAD CONVINCED ABU FIRAS AND HIS BROTHER AHMAD AL-MUTAYYIRI TO
TRAVEL TO BASRAH TO ATTEND THE WAKE FOR AL-MALIKI'S FATHER.
DETAINEE SAID THAT THE BAD RELATIONSHIP BETWEEN ABU FIRAS AND AL-
MALIKI STARTED BECAUSE WALID AL-ZAMILI HATED SALAM AL-MALIKI, AND
ABU FIRAS REPORTED DIRECTLY TO WALID AL-ZAMILI.  IN ADDITION ABU
FIRAS WAS A PROUD MAN, WHO WANTED TO BE RESPECTED AND FLATTERED,
AND SALAM AL-MALIKI HAD NOT FLATTERED HIM.



1.4c

DETAINEE SAID THAT THAT HAMID MUHAMMAD JABUR AL-LAMI (N1230A)
ALSO USED THE NAMES SAYID ABU HUSAYN AL-MUSAWI, SAYID HUSAYN
AND ABU YASIR.

1.4c

1.4c

THERE WAS A POLITICAL RELATIONSHIP BETWEEN HEZBOLLAH AND THE
OMS AND THIS HAD BEEN CONDUCTED THROUGH MUHAMMAD AL-
KAWTHARANI AND MUSTAFA AL-YA'QUBI. THIS RELATIONSHIP HAD STARTED
AROUND THE TIME OF THE BATTLE OF NAJAF IN 2004. DETAINEE WAS
CERTAIN THAT LEBANESE HEZBOLLAH ALSO HAD A RELATIONSHIP WITH
OTHER GROUPS IN IRAQ, SUCH AS THE BADR CORPS, SCIRI AND THE OFFICE OF
GRAND AYATALLAH 'ALI AL-SISTANI, AS WELL AS SUNNI GROUPS THROUGH
THE HEZBOLLAH CONNECTION TO THE MUSLIM BROTHERHOOD.

THE MILITARY RELATIONSHIP WAS BETWEEN HEZBOLLAH AND THE SPECIAL
GROUPS AND NOT WITH THE OMS.  DETAINEE SAID THAT THE MILITARY
RELATIONSHIP WITH HEZBOLLAH STARTED ONE YEAR AGO.  IN THE
BEGINNING SAYID HUSAYN HAD SHOWN THEM AN IRANIAN PASSPORT AND
HAD SPOKEN FARSI.  SAYID HUSAYN DID NOT WANT THE NEWS TO SPREAD
THAT HE WAS FROM HEZBOLLAH.  DETAINEE DID NOT KNOW OF OTHERS
INVOLVED FROM HEZBOLLAH AND WOULD NOT HAVE RECOGNIZED THEM
ANYWAY AS THEY WOULD HAVE SPOKEN FARSI ALSO.  ANYTHING THE
IRANIANS ASKED OF HEZBOLLAH THEY WOULD GET AS THEY CONSIDERED
HEZBOLLAH A PRODUCT OF THE IRGC.  DETAINEE SAID THAT THE ROLE OF

SECRET // ORCON // to USA and GBR

PX979

SECRET // ORCON // to USA and GBR

| 1.4a |
|---|

SAYID HUSAYN WAS NOT TO PLAN OR HELP CARRY OUT OPERATIONS OR ATTACKS, BUT TO EVALUATE THE TRAINING NEEDS OF THE SPECIAL GROUPS AND ADVISE THEM ON COURSES, WEAPONS EFFECTIVENESS ETC. SAYID HUSAYN CAME TO IRAQ FOR SHORT PERIODS ONLY. DETAINEE DID NOT KNOW HOW SAYID HUSAYN TRAVELED FROM LEBANON TO IRAN. DETAINEE SAID THAT SAYID HUSAYN ENTERED IRAQ FROM IRAN VIA THE MARSHLAND SMUGGLER ROUTES AND WAS BROUGHT IN BY ABU MUSTAFA AL-GHARAWI. DETAINEE CONFIRMED THAT MUQTADA AL-SADR KNEW ABOUT THE RELATIONSHIP BETWEEN HEZBOLLAH AND THE SPECIAL GROUPS AND HAD NOT ACTED TO PREVENT THE RELATIONSHIP. DETAINEE HAD MET MUQTADA TWICE IN THE LAST YEAR. DETAINEE DID NOT WANT TO SAY HOW AL-SADR KNEW ABOUT THIS RELATIONSHIP.

DETAINEE DID NOT THINK THAT THERE WAS A RELATIONSHIP BETWEEN HEZBOLLAH AND MAINSTREAM JAM LEAD BY ABBAS AL-KHUFI. IN PART THIS WAS BECAUSE ABBAS AL-KHUFI WAS DISORGANIZED AND IRAN AND HEZBOLLAH DID NOT WISH TO WORK WITH HIM. DETAINEE SAID THAT MUQTADA AL-SADR WAS NOT UPSET THAT HEZBOLLAH AND IRAN WERE WORKING WITH THE SPECIAL GROUPS. AL-SADR KNEW OF HEZBOLLAH SUPPORT FOR THE SPECIAL GROUPS AND CONSIDERED THESE SPECIAL GROUPS TO BELONG TO HIM.

DETAINEE ELABORATED THAT MUQTADA AL-SADR BELIEVED THAT THE SPECIAL GROUPS WERE UNDER HIS CONTROL. THE MAJORITY OF SADRISTS INCLUDING THE SPECIAL GROUPS RESPECTED MUQTADA AL-SADR, AND AL-SADR LIKED TO BELIEVE THAT HE WAS LEADER OF THE RESISTANCE. DETAINEE DENIED THAT MUQTADA AL-SADR HAD ISSUED ANY ORDERS FOR JAM AND THE SPECIAL GROUPS NOT TO ENGAGE IN VIOLENCE AGAINST MNF(I).

| 1.4c |
|---|

| 1.4c | DETAINEE |
|---|---|

SAID THAT AL-SADR HAD SENT A COMMITTEE TO SADR CITY TO FOLLOW UP THE WORK OF THE GROUPS. THE COMMITTEE HAD SAID THAT AL-SADR DID NOT APPROVE ATTACKS AGAINST SUNNIS, BUT HAD SAID NO SUCH THING ABOUT ATTACKS AGAINST THE COALITION FORCES (CF). AL-SADR COULD NEVER ISSUE AN ORDER TO STOP VIOLENCE AGAINST THE CF AS HE WOULD LOSE CREDIBILITY. DETAINEE SAID THAT AS HE HAD EXPLAINED PREVIOUSLY, THE SPECIAL GROUPS HAD ALWAYS EXISTED ALONGSIDE JAYSH AL-MAHDI. ONLY A SMALL NUMBER COULD CONSIDER THEMSELVES SPECIAL GROUPS. JALIL AL-NURI, ABU DURA, ALL OF THEM HAD THEIR OWN SPECIAL GROUP BUT AL-SADR CONSIDERED HIMSELF THE RULER OF THE SADRISTS AND HEAD OF THESE GROUPS.

| 1.4c |
|---|

| 1.4c | DETAINEE SAID THAT AL-SADR SOUGHT NOT TO |
|---|---|

INTERFERE. AL-SADR WANTED ALL THE BENEFITS THAT WOULD ACCRUE FROM THE VIOLENCE BUT HE DID NOT WANT THE HARM ASSOCIATED WITH

SECRET // ORCON // to USA and GBR

PX979

SECRET // ORCON // to USA and GBR

| 1.4a |
| --- |

IT.  DETAINEE WAS ASKED WHETHER THIS WAS POSSIBLE AS AL-SADR LIKED TO CONTROL EVERYTHING.  DETAINEE MAINTAINED THAT AL-SADR DID NOT INTERFERE IN THE DETAILS SO THAT HE WAS NOT AFFECTED POLITICALLY. DETAINEE SAID THAT AL-SADR HAD EXPELLED HIM FROM THE SADR TREND WHEN HE SAW THAT DETAINEE COULD BECOME AS STRONG AS AL-SADR.  AL-SADR HAD ALSO EXPELLED ABU DURA FOR CREATING PROBLEMS BETWEEN THE SADRISTS AND THE SUNNIS.

DETAINEE EXPLAINED THAT AL-SADR DID NOT WISH TO MICROMANAGE, BUT RATHER TO CONTROL EVERYTHING AS HE WAS AFRAID OF ANOTHER PERSON BECOMING PROMINENT. THE WAY AL-SADR WAS ACHIEVING THIS CONTROL WAS BY REMOVING STRONG PERSONALITIES FROM PROMINENT POSITIONS. HE WOULD REPLACE THEM WITH INDIVIDUALS WHO MIGHT NOT BE AS INTELLIGENT, BUT WHOM HE COULD BE CERTAIN WOULD BE LOYAL TO HIM. AL-SADR'S FEAR OF HAVING STRONG PEOPLE AROUND HIM WAS STRONGER THAN HIS WILL TO ORGANIZE.  THIS WAS WHY AL-SADR HAD EXPELLED SO MANY PROMINENT PERSONS FROM POSITIONS IN THE SADRIST LEADERSHIP.

| 1.4c |
| --- |

| 1.4c | DETAINEE SAID THAT THE ORDER MUST BE |

ISSUED FOR LOGICAL REASONS.  FOR EXAMPLE THAT THERE WOULD BE A WITHDRAWAL FROM THE CENTRE AND SOUTH OF IRAQ AND THAT JOB OPPORTUNITIES WOULD BE CREATED. DETAINEE BELIEVED THAT HE WOULD BE ABLE TO INFLUENCE THE MOST IMPORTANT FIGURES.  HE WOULD GATHER A GROUP OF 25 OR 50 IN A DISCUSSION, THIS GROUPS WOULD THEN CONVINCE OTHERS.  DETAINEE EXPLAINED THAT AL-SADR COULD NOT BE CONVINCING AND HIS POPULARITY WAS AMONGST THE SIMPLE PEOPLE. BUT THAT DETAINEE COULD INFLUENCE THE WELL EDUCATED SADRISTS.

**INTERROGATION APPROACH / TECHNIQUES (S//REL to USA and MCFI):**

| 1.4c |
| --- |

**4.  COMMENTS (S//REL to USA and MCFI):**

| 1.4c |
| --- |

SECRET // ORCON // to USA and GBR

Approved for Release

PX979

SECRET // ORCON // to USA and GBR

> 1.4a

> 1.4c

> 1.4c

**SENIOR INTERROGATOR COMMENTS:**  NONE

**5.  POINTS OF CONTACT (U):**

> 3.5c

**NOTE:  ALL ARABIC SPELLINGS ARE IAW DI POLICY NO. 033, "SPELLING NAMES OF FOREIGN PERSONS IN DI PRODUCTS," DATED 02 DEC 03 AND DDCICM DIRECTIVE, "INTELLIGENCE COMMUNITY STANDARD FOR THE TRANSLITERATION OF ARABIC NAMES IN FINAL WRITTEN REPORTS AND PRODUCTS," DATED 04 JUN 03, IN COMPLIANCE WITH SECTION 352 OF THE INTELLIGENCE AUTHORIZATION ACT OF 2003.**

**PREP (U):** 2-A2475
**AQC (U):** BAGHDAD, IRAQ (2007/04/22)
**ENCL (U):**  NONE
**DISSEM (U):**  FIELD – NONE
**WARNING (U):**  REPORT CLASSIFIED SECRET // REL to USA and MCFI
**DRV FROM (U):**  MNF-IMNC-I SGC VERSION 3, 27 MAY 04.
**DECL ON:**  X1

SECRET // ORCON // to USA and GBR

PX979

PX980

Declassified by: MG Terry Ferrell
USCENTCOM Chief of Staff
Declassified on: 6 April 2018

SECRET // REL to USA and MCFI

1.4a

**TACTICAL INTERROGATION REPORT:**
**REPORT NUMBER (U):** 1.4a
**REPORT DATE (DOI) (U):** 10 APR 07
**REPORTING UNIT (U):** 1.4a
**COUNTRY (U):** IRAQ (IZ), IRAN (IR)

1.4c

**SUMMARY (S//REL to USA and MCFI):**

- THE THIRTY-SEVENTH INTERROGATION OF N1228A
- DETAINEE PROVIDED DETAILED INFORMATION ON ASAD AL-BASRI

**TEXT (S//REL to USA and MCFI):**
**1. BIOGRAPHICAL DATA (S//REL TO USA AND MCFI):**
**GIVEN NAME:** QAYIS
**FATHER'S GIVEN NAME:** HADI
**GRANDFATHER'S GIVEN NAME:** SA'ID
**CLAN NAME:** NONE
**TRIBAL NAME:** AL-KHAZ'ALI
**ALIAS:** NONE
**EYE COLOR:** BROWN
**HAIR COLOR:** BLACK
**HEIGHT:** 5 FEET EIGHT INCHES
**WEIGHT:** 160 LBS
**DISTINGUISHING FEATURES:** IRREGULAR SHAPED PORTWINE BIRTHMARK,
LEFT FRONT SHOULDER, ARMPIT AREA.
**ADDRESS:** AL-SALAH NEIGHBORHOOD, IN THE VICINITY OF AL-SALAH
MOSQUE, KUFA, IRAQ.
**PHONE NUMBER:** NONE
**MOBILE NUMBER:** CLAIMS TO HAVE LOST HIS CELLULAR TELEPHONE
SEVERAL DAYS PRIOR TO CAPTURE.
**POB:** BAGHDAD, IZ
**DOB:** 24 APRIL 1974
**MARITAL STATUS:** DIVORCED
**NATIONALITY:** IRAQI
**RELIGION:** SHI'A/ISLAM
**EDUCATION:** ELEMENTARY AND MIDDLE SCHOOL, 1995-PRESENT, THE SHI'A
HAWZA RELIGIOUS TRAINING INSTITUTE IN AL-NAJAF, IZ.
**LANGUAGES (PROFICIENCY):** ARABIC (NATIVE), ENGLISH (ABLE TO SPEAK
HALTINGLY).
**MOSQUE:** NONE



Approved for Release

SECRET // REL to USA and MCFI

1.4a

**IMAM:** NONE
**MILITARY EXPERIENCE:** PAID HIS WAY OUT OF THE IRAQI ARMY IN 1997 FOR 1.5 MILLION IRAQI DINAR.
**SPECIAL SKILLS:** NONE
**OCCUPATION:** POLITICIAN

**MEDICAL (U):** CLEARED FOR DETENTION / INTERROGATION / LAST CHECK UP: 10 APR 07

**DETAINEE NUMBER:** N1228A

**FATHER:** HADI SA'ID AL-KHAZ'ALI
**MOTHER:** DNA
**BROTHERS:** DNA
**SISTERS:** DNA
**WIFE:** DIVORCED
**CHILDREN:** 1 BOY, AWAIS (6), 1 GIRL, MAIS (8). BOTH LIVE WITH THEIR MOTHER IN BAGHDAD, IZ.

**2. CIRCUMSTANCES OF CAPTURE:**
**CONOP:** 1.4a
**DTG OF CAPTURE:** 20 MAR 0300C 2007
**PLACE OF CAPTURE:** BASRAH, IZ.
**APPREHENDING UNIT:** 1.4a
**REASON FOR CAPTURE:** DETAINEE IS A SUSPECTED AIF GROUP LEADER, AND IS ASSOCIATED WITH WEAPONS SMUGGLING FROM IRAN, EJK ACTIVITY, AND INVOLVEMENT WITH THE ATTACK ON THE KARBALA PJCC.
**CURRENT LOCATION:** 1.4a

**WEAPONS, DOCUMENTS AND EQUIPMENT (S//REL to USA and MCFI):**

**INTERROGATOR:** 3.5c
**LANGUAGE USED:** ARABIC
**INTERPRETER (NATIVE DIALECT):** 3.5c

**3. SUMMARY OF INTERROGATION / INTELLIGENCE GAINED (S//REL to USA and MCFI):**

DETAINEE SAW ASAD AL-BASRI IN NAJAF APPROXIMATELY THREE TO FOUR MONTHS AGO. THEY WERE THERE FOR AN ANNUAL RELIGIOUS CELEBRATION. DETAINEE CANNOT RECALL WHICH CELEBRATION, BUT IF IT COMMEMORATED THE DEATH OF IMAM 'ALI THEN IT TOOK PLACE AT THE END OF RAMADAN – OTHERWISE IT TOOK PLACE THE FIRST DAY OF THE ISLAMIC MONTH RASUL. DURING THE VISIT, DETAINEE SAW ASAD AL-BASRI, BY CHANCE, IN THE VICINITY OF A HOLY SHRINE. THEY EXCHANGED

Approved for Release

SECRET // REL to USA and MCFI

PX980

SECRET // REL to USA and MCFI

1.4a

GREETINGS, ASKED HOW THE OTHER WAS DOING, AND WISHED EACH OTHER A GOOD VISIT.  DETAINEE DENIES DISCUSSING ANYTHING ELSE WITH ASAD AT THAT TIME.

DETAINEE OCCASIONALLY SPEAKS WITH ASAD AL-BASRI BY TELEPHONE. ASAD IS A "NEW" FRIEND OF DETAINEE, BUT THEY DO NOT HAVE A CLOSE RELATIONSHIP, AND DID NOT DEVELOP A FRIENDSHIP.  DETAINEE DID NOT KNOW ASAD AL-BASRI PRIOR TO THE FALL OF SADDAM HUSSEIN'S REGIME. UNLIKE DETAINEE, AKRAM AL-KA'BI IS CLOSE FRIENDS WITH ASAD.

ASAD AL-BASRI IS PERCEIVED AS AN INSURGENT LEADER BECAUSE, WHEN AMERICAN FORCES WERE FIGHTING THE SADRISTS IN NAJAF, ASAD MANAGED THE BASRAH OFFICE OF MARTYR SADR (OMS).  ASAD WAS IN CHARGE OF THE DEFENSE OF THE BASRAH OMS, AND GAVE ORDERS TO JAYSH AL MAHDI (JAM) DURING THEIR CLASHES WITH THE BRITISH.  ASAD'S REPUTATION AS A HERO CARRIED ON AFTER THAT CONFLICT.   1.4c   1.4c   1.4c   ASAD IS MISTAKENLY PERCEIVED AS A MILITARY LEADER.  ASAD DOES NOT DISCUSS MILITARY OPERATIONS WITH DETAINEE.  INSTEAD, DETAINEE AND ASAD DISCUSS POLITICS AND RELIGION.

UNLIKE MANY AL-SADR FOLLOWERS, WHO BLAME IRAN FOR THE DEATH OF THE LATE MUHAMMAD AL-SADR, ASAD IS OPEN-MINDED WITH RESPECT TO IRAN.   1.4c   1.4c   HE HAS LIKELY BEEN CONTACTED BY IRAN.   1.4c   1.4c   1.4c   THE REASONS WHY IRAN WILL FOCUS THEIR EFFORTS ON ASAD ARE: THAT HE IS WELL RESPECTED IN BASRAH, HE HAS CONNECTIONS AND INFLUENCE THAT CAN AFFECT PEOPLE'S ACTIONS, HE WAS THE FORMER MANAGER OF THE BASRAH OMS, AND HE IS AN OLD STUDENT FROM THE NAJAF AL-HAWZA.   1.4c   1.4c   IRAN IS MORE LIKELY TO USE A PERSON WITH INFLUENCE TO ADVANCE ITS ENDS, LIKE ASAD, THAN A POLITICIAN.  IRAN FEELS THAT IT MUST PLAY A LARGE ROLE IN IRAQ.

IF ASAD AL-BASRI TRAVELS TO IRAN, HE LIKELY DOES SO TO SEEK FINANCIAL ASSISTANCE.   1.4c   1.4c   ASAD WOULD SEEK THAT SUPPORT THROUGH ITLA'AT; THE BEST WAY TO ACCESS SUPPORT FROM THE IRANIANS.  SINCE THE IRANIANS ARE IN BASRAH, AND ASAD WAS THE FORMER MANAGER OF THE BASRAH OMS, ASAD IS SUFFICIENTLY WELL CONNECTED TO CONTACT THE IRANIANS.  THE AMOUNT OF MONEY HE COULD RECEIVE FROM THE

SECRET // REL to USA and MCFI

PX980

SECRET // REL to USA and MCFI

> 1.4a

IRANIANS DEPENDS ON THE NATURE OF HIS ACTIVITIES AND REQUESTS. ASAD COULD RECEIVE MONEY FOR SELECT SOCIAL PROBLEMS, SUCH AS SUPPORTING THE FAMILIES OF MARTYRS; POLITICAL CONNECTIONS, SUCH AS BACKING A CANDIDATE IN A RACE (NOT BRIBERY), AND FOR THE SUPPORT OF HIS SPECIAL GROUPS, IF HE HAS THEM.  IF HE HAS SPECIAL GROUPS, HE WOULD NEED MONEY TO BUY WEAPONS, CARS AND OTHER VEHICLES, AND TO PAY OTHER EXPENSES.  DETAINEE CLARIFIED THAT HIS COMMENTS ABOUT THE IRANIANS MONEY FOR POLITICAL CONNECTIONS WERE SPECULATIVE, AND DEPENDED ON SOMEONE, LIKE ASAD, SEEKING OFFICE.

ASAD AL-BASRI IS PLANNING TO PROVIDE RELIGIOUS INDOCTRINATION TRAINING TO ALL JAM MEMBERS.  1.4c
1.4c           MANY STUDENTS OF THE NAJAF AL-HAWZA, INCLUDING ASAD, BELIEVE THAT THE MAIN PROBLEM OF AL-SADR FOLLOWERS GENERALLY, AND JAM IN PARTICULAR, IS THE LACK OF EDUCATION, CULTURE, AND RELIGIOUS AWARENESS.  HOWEVER, LITTLE ATTENTION IS PAID TO THIS ISSUE.  ASAD IS PREPARING A BOOK TO ADDRESS THIS PROBLEM.  ASAD HAS A RELATIONSHIP WITH THE OMS CULTURAL INSTITUTE, LOCATED IN NAJAF.  'ABD-AL- RAZZAQ AL-NADDAWI, WHO IS THE DIRECTOR OF THE CULTURAL COMMITTEE, HAS TWO PEOPLE WORKING WITH HIM (NFI), AND ONE PERSON, 'ALI AL-KHARSAN, WHO IS RESPONSIBLE FOR TEACHING CULTURE TO JAM.  ASAD HAS A MEETING IN NAJAF WITH THESE INDIVIDUALS ABOUT THIS PROJECT.  ASAD IS INTENT ON COMPLETING AND DISSEMINATING IT EVEN WITHOUT THE CONSENT OF OMS.

IN THE EFFORT TO EDUCATE ALL OF JAM, ASAD IS INTERESTED IN TEACHING THREE SUBJECTS.  THE FIRST SUBJECT IS A SIMPLIFIED VERSION OF SHARIA, BECAUSE THE VERSION TAUGHT AT AL-HAWZA IS LONG AND REQUIRES AN EDUCATED PERSON TO UNDERSTAND IT.  THE SECOND SUBJECT IS MANNERS, INCLUDING LEARNING TO HELP OTHERS AND ACCEPTING THE PROHIBITION ON LYING.  LYING IS PERMITTED IF REQUIRED TO SAVE THE LIFE OF A RESPECTED PERSON.  DETAINEE LIED JUSTIFIABLY ABOUT HIS IDENTITY FOLLOWING HIS ARREST, BECAUSE HE ASSUMED THAT HIS CAPTORS WANTED TO HARM HIM.  LYING IS PERMISSIBLE TO PREVENT GETTING HURT.  1.4c
1.4c
1.4c           THE THIRD SUBJECT ASAD WANTS TAUGHT IS THE ELEMENTS OF ISLAM, INCLUDING BELIEF IN ONE GOD, SUBMISSION TO GOD, ACCEPTANCE THAT GOD IT ALWAYS FAIR, LEARNING WHAT PROPHETS FOLLOWED MUHAMMAD, AND UNDERSTANDING THE SECOND LIFE FOLLOWING THE END OF THE WORLD.  ASAD'S PLAN IS TO HAVE THESE LESSONS PRINTED IN SMALL BOOKS AND DISTRIBUTED TO ALL JAM MEMBERS.

MOST OF THE NAJAF AL-HAWZA STUDENTS FROM BASRAH ARE FRIENDS OF ASAD AL-BASRI, IF NOT ALL OF THEM.  DETAINEE DECLINED TO PROVIDE

SECRET // REL to USA and MCFI

PX980

SECRET // REL to USA and MCFI

THEIR NAMES.  ASAD'S YOUNGER BROTHER, AHMAD, IS A STUDENT AT THE NAJAF AL-HAWZA.  AHMAD DID NOT PARTICIPATE IN THE OMS OR JAM.

1.4c

IF DETAINEE WAS ASKED WHETHER TO INTENSIFY OPERATIONS IN BASRAH HE WOULD HAVE APPROVED MORE ATTACKS 1.4c 1.4c BUT HE WAS NEVER ASKED TO APPROVE THIS FOR TWO REASONS.  FIRST, THE SITUATION DID NOT NEED CLARIFYING, AS THE INSURGENTS (DETAINEE REFERS TO THEM AS "THE RESISTANCE") INCREASED ATTACKS AND OPERATIONS UNTIL ALL WEAPONS WERE EXHAUSTED IN AN EFFORT TO FORCE THE BRITISH TO LEAVE.  SECOND, ADDITIONAL WEAPONS AND FINANCIAL HELP WERE AVAILABLE IN BASRAH BECAUSE OF THE IRANIANS, WHO ARE CLEVER AND INTENT ON MAKING SURE THAT THERE ARE MORE WEAPONS IN BASRAH.  IT IS WELL KNOWN THAT THE IRANIANS AND THEIR SUPPORTERS ARE PRESENT IN BASRAH, AND THAT THEY ARE STRONGER THERE THAN IN ANYWHERE ELSE IN IRAQ.

DETAINEE HAS CLOSE RELATIONS WITH MUSTAFA AL-YAQUBI, MUHAMMAD TABTABAN'I, SHEIKH 'ABD-AL-ZAHRA AL-SUWAYDI, AND SHEIKH AHMAD AL-MUTAYIRI, BECAUSE THEY ARE FROM SADR CITY AND WORKED AT THE OMS TOGETHER.  DETAINEE HAD A CLOSE WORKING RELATIONSHIP WITH AKRAM AL-KA'BI AND SHEIKH 'ABD-AL-HADI AL-DARRAJI AT THE OMS.

1.4c

4.  **COMMENTS (S//REL to USA and MCFI):**

1.4c

SECRET // REL to USA and MCFI

SECRET // REL to USA and MCFI

| 1.4a |
| --- |

| 1.4c |
| --- |

**SENIOR INTERROGATOR COMMENTS:** NONE

**5. POINTS OF CONTACT (U):**

| 3.5c |
| --- |

**NOTE: ALL ARABIC SPELLINGS ARE IAW DI POLICY NO. 033, "SPELLING NAMES OF FOREIGN PERSONS IN DI PRODUCTS," DATED 02 DEC 03 AND DDCICM DIRECTIVE, "INTELLIGENCE COMMUNITY STANDARD FOR THE TRANSLITERATION OF ARABIC NAMES IN FINAL WRITTEN REPORTS AND PRODUCTS," DATED 04 JUN 03, IN COMPLIANCE WITH SECTION 352 OF THE INTELLIGENCE AUTHORIZATION ACT OF 2003.**

**PREP (U):** | 3.5c |
**AQC (U):** BAGHDAD, IRAQ (2007/04/10)
**ENCL (U):** NONE
**DISSEM (U):** FIELD – NONE
**WARNING (U):** REPORT CLASSIFIED SECRET // REL to USA and MCFI
**DRV FROM (U):** MNF-IMNC-I SGC VERSION 3, 27 MAY 04.
**DECL ON:** X1

Approved for Release

PX980

# PX1001

## (Video Will Be Submitted to the Court)