UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER BROOK FISHBECK, et al.,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al.,  )<br>)<br>Defendants  )<br>_____)  | Civil Action No. 1:18-cv-02248-CRC |

**NOTICE OF ERRATA**

Plaintiffs, through their undersigned counsel, respectfully submit this Errata to the Memorandum in Support of Motion Regarding Defendants' Material Support for the Subject Terrorist Organizations (Dkt. 84-1) as follows:

1. On May 2, 2022, Plaintiffs filed their Memorandum in Support of Motion Regarding Defendants' Material Support for the Subject Terrorist Organizations (Dkt. 84-1).

2. Due to an inadvertent error, the text following PX942 in footnote 63 on page 26 of the brief should state, "*See, e.g.,* **PX242,** *infra,* p. 65 ("The major Shi'a militant networks all owed their potency – and even existence – to the Iranian regime's Quds Force and its powerful commander, Qassem Soleimani."), Gartenstein-Ross Sunni Decl., pp. 60-61."

3. Footnote 120 on page 35 should state, "**PX412**, Notice Prohibiting Transactions with Terrorists Who Threaten To Disrupt the Middle East Peace Process, E.O. 12947, 62 Fed. Reg. 5079-80 (January 23, 1995); Levitt Decl., ¶ 63, Fn. 79."

1

4. Footnote 121 on page 35 should state, "**PX81**, U.S. Department of State, Designation of Foreign Terrorist Organizations – Public Notice No. 2612, 62 Fed. Reg. 5260-61 (October 8. 1997); Levitt Decl., ¶ 63, Fn. 79."

5. Footnote 131 on page 37 should state, "Levitt Decl., ¶¶ 87-96 (*citing* **PX680**, **PX696**, **PX637**, **PX611**, **PX663**), 100 (*citing* **PX670**, **PX684**), 102-103 (*citing* **PX634**, **PX612**), 163-174 (**PX964**, **PX300**, **PX42**, **PX939**, **PX40**)."

6. In footnotes 264 and 265 on page 59, **PX934** should replace references to PX57.

7. On page 8, the first sentence should state, "…Deputy Assistant Secretary for Intelligence and Analysis at the U.S. Treasury Department, where he focused on the terrorism and financial intelligence branch and acted as deputy chief of the Office of Intelligence and Analysis."

8. On page 46, the second sentence of the last paragraph should state, "This is evidenced by Iran's ability to regulate the amount and intensity of attacks being committed by the Special Groups in particular areas or at specific times."

9. On page 88, the last two sentences of the first paragraph should state, "This included Iran continuing to allow recruits and senior leaders alike to "access to guest houses operated by Tehran" which "also directly supported the operations of al-Qaeda leaders and facilitators[.]" Iran's support for AQ, particularly its provision of safe haven, was later revealed to be the result of "an alliance with al-Qaeda to move money and recruits from the Persian Gulf to the group's leadership in Afghanistan, Pakistan, and Iraq, with these personnel and assets moving through Iran.""

10. On pages 71, 100, and 113, the last two items on the following list should be renumbered as 11) financial services; and 12) expert advice and assistance.

11. On page 100, the first two sentences of the second paragraph should state, "Defendants' material support to the Zarqawi Organization began prior to 2003, and continued through 2011, as that organization evolved to eventually become the Islamic State of Iraq. Dr. Rubin and Dr. Gartenstein-Ross discuss and identify the following forms of material support Defendants provided to the Zarqawi Organization/AQI during the relevant time period, including…"

12. On page 104, the third to last sentence should state, "IRGC and MOIS's support to the Zarqawi Organization/AQI included the provision of this material support, not only in Baghdad, but also in predominantly Sunni governorates throughout Iraq."

The corrected pages for Plaintiffs' Memorandum that reflect these changes are attached hereto as Exhibit A.

Dated: May 17, 2022

Respectfully submitted,

By: /s/ Christopher G. Paulos
Christopher G. Paulos
DC Bar No. 1615782
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7067
Facsimile: (850) 436-6067
Email: cpaulos@levinlaw.com

Jeremy A. Tor (*Pro Hac Vice*)
Ohio Bar No. 0091151
**SPANGENBERG, SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East., Suite 1700
Cleveland, Ohio 44114
Telephone: 216-696-3232
Facsimile: 216-696-3924
Email: jtor@spanglaw.com

*Counsel for Plaintiffs*