# EXHIBIT A

Deputy Assistant Secretary for Intelligence and Analysis at the U.S. Treasury Department, where he focused on the terrorism and financial intelligence branch and acted as deputy chief of the Office of Intelligence and Analysis. He also served as a State Department counterterrorism advisor to the special envoy for Middle East regional security. Dr. Levitt has authored a leading scholarly book on Hezbollah and has also been qualified as an expert on numerous occasions in both civil and criminal terrorism cases. For this case, Dr. Levitt offers expert opinions about Iran's material support for terrorism, including its use of the Lebanese FTO Hezbollah as a proxy for its terrorist activities and its deployment of the IRGC to finance, train, supply, and arm terrorist groups in Iraq. In addition, he will explain the flow of material and fighters from Iran to terrorist groups in Iraq. Dr. Levitt opines on the following topics: (1) Iran's interest in Iraq and use of FTO proxies, including Hezbollah and other terrorist groups; (2) Iran's support of Hezbollah and an overview of Hezbollah generally, including its founding, ideology, and structure; (3) Hezbollah's role in Iraq as a proxy of Iran; (4) Hezbollah's relationships with and training of Jaysh al-Mahdi and the Special Groups in Iraq; and (5) Iran's strategic goals in Iraq post-2003, including Iran's agents and instrumentalities and their presence and roles in Iraq, Iran's terrorist proxies in Iraq, and Iran's material support of Hezbollah and other terrorist groups in Iraq. Dr. Levitt's expert analysis and opinions are set forth in his attached written report and accompanying declaration.

- **Michael Rubin, PhD,** is a Resident Scholar at The American Enterprise Institute and a Senior Editor of the Middle East Quarterly. He served as a Political Adviser to the Coalition Provisional Authority in Baghdad from 2003-2004 and was country advisor for Iraq and Iran in the Office of the Secretary of Defense at the Department of Defense from 2002-

> [T]he Department of State, recognizes the reality that Iran is not only a State Sponsor of Terrorism, but that the ***IRGC actively participates in, finances, and promotes terrorism as a tool of statecraft.*** The IRGC is the Iranian government's primary means of directing and implementing its global terrorist campaign.
> This designation will be the first time that the United States has ever named a part of another government as a FTO. It underscores the fact that Iran's actions are fundamentally different from those of other governments. This action will significantly expand the scope and scale of our maximum pressure on the Iranian regime. It makes crystal clear the risks of conducting business with, or providing support to, the IRGC. If you are doing business with the IRGC, you will be bankrolling terrorism.[59]

On April 15, 2019, the Treasury Department's designation of the IRGC and the IRGC-QF as an FTO took effect.[60] Although the designation of the IRGC and IRGC-QF as a FTO is recent, their underlying conduct and the bases for these designations stretch back two decades.[61]

From 1998 until his death in January 2020, the IRGC-QF was commanded by General Qasem Soleimani, who reported directly to Supreme Leader Ayatollah Ali Khamenei.[62] Soleimani was directly responsible for Iranian policy in Iraq.[63] The United States designated Soleimani three times for his roles in the IRGC.[64] The IRGC-QF set up different regional commands for its worldwide activities. The First Corps, also referred to as the "Ramazan Headquarters," "Ramazan Corps," or "Department 9000," and headquartered in Tehran, was (and is) focused on implementing Iranian government policy in Iraq.[65] Parallel to the Ramazan Corps, Hezbollah

---

[59] **PX80**, "Statement from the President on the Designation of the Islamic Revolutionary Guard Corps as a Foreign Terrorist Organization," The White House (April 8, 2019) (emphasis added).
[60] *Counter Terrorism Designations; IRGC Foreign Terrorist Organization Designation*, U.S. Department of the Treasury (Apr. 15, 2019).
[61] *See generally* Gartenstein-Ross Shia Decl. (describing the creation and activities of the IRGC and IRGC-QF from 1979-2003).
[62] Levitt Decl., ¶ 98; Rubin Decl., ¶¶ 53-54 (*citing* **PX634**).
[63] *See, e.g.*, **PX942**, *infra,* p. 65 ("The major Shi'a militant networks all owed their potency – and even existence – to the Iranian regime's Quds Force and its powerful commander, Qassem Soleimani."), Gartenstein-Ross Sunni Decl., pp. 60-61.
[64] Levitt Decl., ¶¶ 39 (*citing* **PX77**), 85 n.107, 175 (*citing* **PX47**).
[65] *Id.*, ¶¶ 20 (*citing* **PX359**), 37 (*citing* **PX251**), 87.

funds and supports terrorist activities."

Hezbollah's longevity and lethality is due almost entirely to the continuous support of the IRGC, IRGC-QF and MOIS, and Iran has sought to duplicate this "success" with other groups, especially in Iraq.[116] As Iran's primary external terrorist proxy, Hezbollah has for many years played a central role in Iran's use of international terrorism and militancy by acting at Iran's direction while allowing Iran to maintain plausible deniability.[117] Through the IRGC and MOIS, Iran has trained, indoctrinated, substantially funded, and helped run Hezbollah's operations.[118] Indeed, in 2014, General Amir Ali Hajizade, head of the IRGC Aerospace Force, explained that "the IRGC and Hezbollah are a single apparatus joined together."[119]

In January 1995, the United States designated Hezbollah an SDT.[120] In October 1997, Hezbollah was designated a FTO[121] based on findings that the organization engages in terrorist activity that threatens the security of U.S. nationals or the national security of the United States. In addition, in October 2001, pursuant to E.O. 13224, Hezbollah was designated a SDGT by the United States.[122]

---

[116] *See* Levitt Decl., ¶¶ 31, 49 ("It was also clear from the start that Hezbollah would be a force to be reckoned with."), 53 ("Since 1982, Hezbollah has built an extensive global network with operational capabilities to attack western interested beyond the Middle East."); Rubin Decl., ¶ 55; Gartenstein-Ross Shia Decl., pp. 14, 19, 32, 34.
[117] *See* Levitt Decl., ¶ 111.
[118] *See* Gartenstein-Ross Shia Decl., p. 12.
[119] Piatetsky Decl., ¶ 30 (*quoting* **PX209**, U.S. Department of State Bureau of Counterterrorism, "Country Reports on Terrorism 2014," (June 2015), p. 286).
[120] **PX412**, Notice Prohibiting Transactions with Terrorists Who Threaten To Disrupt the Middle East Peace Process, E.O. 12947, 62 Fed. Reg. 5079-80 (January 23, 1995); Levitt Decl., ¶ 63, Fn. 79.
[121] **PX81**, U.S. Department of State, Designation of Foreign Terrorist Organizations – Public Notice No. 2612, 62 Fed. Reg. 5260-61 (October 8. 1997); Levitt Decl., ¶ 63, Fn. 79.
[122] **PX61**; Levitt Decl., ¶ 63, Fn. 79, 8 U.S.C. § 1189.

U.S. and British Intelligence reporting confirmed that weapons from Iran were being used by insurgent groups in Iraq, and in particular, sophisticated roadside bombs that later became known as explosively-formed penetrators (EFPs), which had been developed by Hezbollah and Iran in Lebanon for use against Israeli Defense Forces.[130] In 2006 and 2007, Coalition Forces in Iraq detained multiple members of Hezbollah, who were determined to have participated in the planning and commission of attacks against U.S. forces or were found with documents detailing Iran and Hezbollah's work with and support for terrorist groups in Iraq.[131] By 2008, it was clear that "Iran provided hundreds of millions of dollars to Hezbollah and trained thousands of Hezbollah fighters at camps in Iran."[132]

Hezbollah and the IRGC-QF's network of terrorist cells were responsible for firing Iranian rockets and mortars at Americans in Baghdad and at bases throughout Iraq during the time of the terrorist attacks at issue in this matter.[133] Hezbollah also wielded significant influence over Special Group leadership, including personally leading the Special Groups during critical times or during specific attacks.[134] Special Groups were modeled after Hezbollah and had deep personal ties to Hezbollah's leaders.[135] Hezbollah used its close relationship with the Special Groups to authorize

---

[130] Gartenstein-Ross Shia Decl., pp. 29-30 (*citing* **PX959**); Levitt Decl., ¶ 101 (*citing* **PX670, PX684**).
[131] Levitt Decl., ¶¶ 87-96 (*citing* **PX680, PX696, PX637, PX611, PX663**), 100 (*citing* **PX670, PX684**), 102-103 (*citing* **PX634, PX612**), 163-174 (**PX964, PX300, PX42, PX939, PX40**).
[132] Piatetsky Decl., ¶ 162 (*citing* **PX365**).
[133] *See id.*, ¶¶ 108 (*citing* **PX72**), 130, 144.
[134] Levitt Decl., ¶¶ 151-162 (*citing* **PX505, PX519, PX22, PX374, PX942**).
[135] *See id.*, ¶¶ 124, 130 ("In seeking to lead from behind and put an Arab face on its efforts, the Islamic Republic [of Iran] sent a Hezbollah master trainer—Ali Musa Daqduq—to Iran to coordinate the training program and make periodic visits to Iraq . . . His overall instructions were simple: 'He was tasked to organize the Special Groups in ways that mirrored how Hezbollah was organized in Lebanon.'") (*citing* **PX665**), 162 ("[I]n the aftermath of the attack, coalition forces exposed the extent to which Iranian and Hezbollah agents were involved in training, equipping, organizing, and in some cases directing Shia militants in Iraq.").

>In late-August 2006, Shahlai provided material support to JAM Special Groups by supplying JAM Special Groups members with 122mm grad rockets, 240mm rockets, 107mm Katyushas, RPG-7s, 81mms, 60mm mortars, and a large quantity of C-4.
>
>Shahlai also approved and coordinated the training of JAM Special Groups. As of May 2007, Shahlai served as the final approving and coordinating authority for all Iran-based Lebanese Hizballah training for JAM Special Groups to fight Coalition Forces in Iraq. In late-August 2006, Shahlai instructed a senior Lebanese Hizballah official to coordinate anti-aircraft rocket training for JAM Special Groups.[183]

In a July 2, 2007 press briefing, Brigadier General Kevin J. Bergner noted that the Special Groups were trained in Iran by Hezbollah instructors in a four-week course titled "Artillery." According to General Bergner, U.S. intelligence concluded that: "This course teaches the use of indirect fire weapons including 60mm and 120mm mortars, and 107mm, 122mm and 240mm rockets."[184]

Iran's support went beyond supplying and training, and extended to command and control of Shia militias in Iraq, in particular JAM and the Special Groups. This is evidenced by Iran's ability to regulate the amount and intensity of attacks being committed by the Special Groups in particular areas or at specific times. For example, "IRGC-QF commander Qassem Soleimani was integral in reducing Special Groups' activity in both Basra and Sadr City."[185] In each case, Iraqi delegations were sent to Tehran to meet with Soleimani and other Iranian officials to discuss a ceasefire and their support for Shi'a militias. A reduction in Iranian-backed militant violence followed.[186]

---

[183] **PX42**, U.S. Treasury Department Press Notification (September 16, 2008). "RPGs" are rocket-propelled grenades.
[184] **PX356**, Department of Defense Press Briefing, Brig. Gen. Kevin Bergner, Multi-National Force-Iraq (July 2, 2007).
[185] Cochrane, Marisa, *Iran's Hard Power Influence in Iraq*, IranTracker.org (April 10, 2009).
[186] *Id*.

"Declassified military intelligence indicates that the Supreme Leader asked Mr. Khazali to start AAH, a further special group outside of al-Sadr's auspices and awareness." *Karcher*, 396 F. Supp. 3d at 25.[264] "Qais Khazali, who (as discussed above) commanded one or more JAM Special Groups, traveled to Iran in 2006 and met with IRGC-QF leadership as well as Supreme Leader Ayatollah Khamenei." *Id. at* 24.[265] "Iran viewed Qais Khazali's AAH as a complement to Muqtada al-Sadr's JAM […] and thus 'leapt at the opportunity to diversify its investment in Iraqi militant groups.'" *Fritz*, 320 F. Supp. 3d at 62. "As the 'primary leader' of the Special Groups, Qais Khazali 'had significant links to Iran.'" *Id*. "He was familiar with 'Iranian surrogate networks operating in Iraq' and their leadership structures and with 'the facilitation and movement of personnel and equipment across the Iran-Iraq border.'" *Id*. "He also met with Quds Force officers 'on multiple occasions.'" *Id*. Finally, "Qais Khazali's brother, Laith Khazali, 'effectively' served as 'his deputy.'" *Id*. Thus, "Iran played a central role in Qais Khazali's ascent and AAH's formation." *Id*.

Hezbollah, at Iran's direction, also provided support to Khazali and AAH. A senior Hizballah operative, Ali Musa Daqduq, provided training to AAH fighters. In May 2006, Daqduq traveled to Iran with Youssef Hashim, the head of Hezbollah Special Operations. There, Daqduq and Hashim received guidance from Abdul Reza Shahlai, IRGC-QF's external operations director, as well as from IRGC-QF's commander Qasem Soleimani. Daqduq was instructed to travel in and out of Iraq to lead training and report on progress made in arming and training Shia militant groups "in mortars and rockets, manufacturing and employing IEDs, and kidnapping operations." [266] By June 2006 Daqduq was serving as the Chief Advisor and IRGC-QF liaison for AAH leader Qais al-Khazali.

---

[264] **PX934**, Declassified Detainee Document Regarding Qais Khazali, at 000324 (Aug. 13, 2007).
[265] *See also* **PX934**.
[266] Gartenstein-Ross Shia Decl., p. 22.

balancing act of trying to negotiate his release while still attacking U.S. Forces. In 2010, Al-Sheibani reportedly returned to Iraq from Tehran to join AAH.[310] Later, in approximately May 2013, Al-Sheibani founded yet another pro-IRGC Iraqi militia, Kata'ib Sayyid al Shuhada (KSS) with the support of the Badr organization and KH, and purportedly traveled with 500 Iraqi militants to Syria to fight alongside the Iranian-backed regime there.[311] KSS expanded its presence in Iraq with the rise of ISIS, and operates as a member of the Iraq Popular Mobilization Forces designated as Brigade 14, which was, until his death in January 2020, tacitly commanded by IRGC-QF Commander General Qassem Soleimani.[312] KSS is still presently being funded by the IRGC-QF.[313]

### 6. Summary of Defendants' Material Support for the Shia Terrorist Groups

The following provides a summary of Defendants' material support to the foregoing Shia militia groups between 2003 and 2011, as established in the attached expert declarations of Dr. Clawson, Dr. Levitt, and Dr. Gartenstein-Ross. In their declarations, these experts discuss and identify the following categories of material support Defendants provided to Hezbollah, the Badr Organization, JAM and the Special Groups PDB, AAH, KH and SN, during the relevant time period: 1) safe haven; 2) transportation and travel facilitation; 3) false documentation; 4) lodging; 5) facilities; 6) weapons; 7) explosives; 8) personnel; 9) smuggling services; 10) money; 11) financial services; and 12) expert advice and assistance.

Dr. Clawson concludes, "Iran has provided material support to a wide array of groups willing to attack U.S. interests. Some of those groups are largely controlled by Iran, especially

---

[310] *See* https://www.counterextremism.com/extremists/abu-mustafa-al-sheibani (last visited May 2, 2022).
[311] *Id.*
[312] *Id.*
[313] *Kata'ib Sayyid al-Shuhada*, Mapping Militants, Stanford University Cntr. For Intl. Sec. & Coop (last modified July 2019).

but then deported to countries *of their choice* after being documented, with Iran issuing some of them special traveling papers to facilitate their exit."[404] Iran's harboring of AQ terrorists was discussed between the United States and Tehran, with the U.S. demanding that the AQ members be deported to their countries of origin…Iran refused, but around the same time MOIS took control of AQ members and their families."[405] Afterward, "Iran provided al-Qaeda operatives with wide latitude in carrying out their roles for the militant organization" while safely within Iranian borders.[406] By 2003, MOIS and the IRGC-Q were "deeply involved in supporting al Qaeda."[407] This included Iran continuing to allow recruits and senior leaders alike "access to guest houses operated by Tehran" which "also directly supported the operations of al-Qaeda leaders and facilitators[.]"[408] Iran's support for AQ, particularly its provision of safe haven, was later revealed to be the result of "an alliance with al-Qaeda to move money and recruits from the Persian Gulf to the group's leadership in Afghanistan, Pakistan, and Iraq, with these personnel and assets moving through Iran."[409]

Similarly, Dr. Rubin concludes, "The anti-American alliance between Iran and Al Qaeda is well-developed… [and that] early training by Iranian proxies, such as Hezbollah, and Iran's logistical support were critical to the group's early development and evolution."[410] "In subsequent years, senior Al Qaeda leaders remained under Iranian protection. Iran has provided refuge to 'hundreds' Al Qaeda members and the family members of core leaders like Bin Laden."[411]

---

[404] *Id.,* pp. 46-47 (emphasis added).
[405] *Id.,* p. 47.
[406] *Id.,* p. 53.
[407] *Id.,* p. 50.
[408] *Id.,* p. 52.
[409] *Id.,* p. 53.
[410] Rubin Decl., ¶¶ 91, 105.
[411] *Id.,* ¶ 54.

The Zarqawi Organization and AQI were responsible for some of the worst atrocities committed in Iraq[490] which spanned nearly a decade long wave of assassinations, hostage takings, and beheadings.[491]

### (a) Summary of Defendants' Material Support to the Zarqawi Organization and AQI

Defendants' material support to the Zarqawi Organization began prior to 2003, and continued through 2011, as that organization evolved to eventually become the Islamic State of Iraq. Dr. Rubin and Dr. Gartenstein-Ross discuss and identify the following forms of material support Defendants provided to the Zarqawi Organization/AQI during the relevant time period, including: 1) safe haven; 2) transportation and travel facilitation; 3) false documentation; 4) lodging; 5) facilities; 6) weapons; 7) explosives; 8) personnel; 9) smuggling services; 10) money; 11) financial services; and 12) expert advice and assistance.

Dr. Gartenstein-Ross concludes, "Iran had contact with AQI and was willing to provide financial and logistical assistance specifically for its campaign of violence in Iraq between 2003 and 2011."[492] This included permitting the Zarqawi Organization/AQI to build camps and use safe houses within or near its territory, and that "Iran's permissiveness was an explicit and deliberate policy."[493] From its camps and bases within Iran, the Zarqawi Organization/AQI would "send forged passports, money and operational orders across the Middle East to Turkey and even into Europe, thus transforming Iran into a critical hub for [the] fast growing militant network."[494] Moreover, the Zarqawi Organization/AQI's "Communications were channeled by satellite, cell

---

[490] *Id.*, p. 13.
[491] *Id.*
[492] Gartenstein-Ross Sunni Decl., pp. 63.
[493] *Id.*, pp. 58-60.
[494] *Id.*, p. 60.

targeted, wounded, and killed U.S. forces in Iraq. Al Qaeda in Iraq simply would not have been able to maintain its existence, pace or the lethality of its attacks absent this Iranian assistance;" Iran's material support to the Zarqawi Organization/AQI also inured to the benefit of other Sunni terrorist cell members of the Mujahedeen Shura Council.[514] Prior to 2003, IRGC and MOIS were cooperating with Zarqawi to lay the groundwork for a terror campaign against the United States.[515] Without Iran's support the Zarqawi Organization/AQI would have been much weaker, more isolated, and unable to sustain operations or even grow or expand its operations into and throughout Iraq.[516] Iran's support to the Zarqawi Organization/AQI was equally vital to its ability to flourish after 2003, and that same material support facilitated the evolution of Zarqawi from an AAI/AAS chief to the founding Emir of al Qaeda in Iraq.[517] IRGC and MOIS's support to the Zarqawi Organization/AQI included the provision of this material support, not only in Baghdad, but also in predominantly Sunni governorates throughout Iraq. Iran's material support to the Zarqawi Organization/AQI was significant and continuous, and afforded the Zarqawi Organization/AQI the means to sustain and grow its operations, expand its influence and operational capacities, and increase its lethal effectiveness and sophistication as a violent extremist organization.[518] Iran's support to the Zarqawi Organization/AQI was essential to its cooperation, leadership structure, organizational infrastructure, financial solvency, recruitment and growth, and for its ability to plan, commit, and authorize sophisticated terror attacks against American servicemen, contractors, and

---

[514] Rubin Decl., ¶¶ 178, 190-195.
[515] *Id.,* ¶ 196.
[516] *Id.,* ¶ 200.
[517] *Id.,* ¶ 201.
[518] *Id.,* ¶ 199.

### (a) Summary of Defendants' Material Support to AAI/AAS

Defendants' material support to AAI/AAS spanning 2003 through 2011 is evidenced by Dr. Michael Rubin's and Dr. Daveed Gartenstein-Ross's expert declarations attached hereto. They discuss and identify the following categories of material support Defendants provided to AAI/AAS during the relevant time period, including: 1) safe haven;[576] 2) transportation and travel facilitation; 3) false documentation; 4) lodging; 5) facilities; 6) weapons; 7) explosives; 8) personnel; 9) smuggling services; 10) money; 11) financial services; and 12) expert advice and assistance.

In sum, the material support Iran gave to AAI/AAS can be summarized by the following categories:

**Operational support** - Iran bolstered AAI/AAS as a fighting and terrorist force. AAI/AAS's ability to sustain its operations was due to significant external support from Iran. This support came in the form of military supplies and serving as a transit point for militants.[577] Moreover, IRGC operatives captured in Iraq were found in possession of contact information for AAS/AAI members, and Iran purposefully did not intervene in the group's operations within Iran.

**Safe haven** - Iran provided safe haven to AAI/AAS members, and the IRGC facilitated the escape of these leaders and provided refuge for them inside Iran in 2003, ensuring the survival of AAI/AAS as a coherent organization. Iran's provision of safe haven to AAI/AAS continued for years. Iran arranged a quid pro quo with AAI/AAS in 2008 in which AAI/AAS fought alongside members of the IRGC for continued safe haven in Iran. This bolstered the full range of its capabilities, and enhanced AAI/AAS's ability to conduct operations in Iraq.[578]

---

[576] Gartenstein-Ross Sunni Decl., pp. 41-42.
[577] Gartenstein-Ross Sunni Decl., at pp. 30-32, 41; Rubin Decl., ¶¶ 160-162; 168; 170-172.
[578] Gartenstein-Ross Sunni Decl., pp. 31, 33, 41-42; Rubin Decl., ¶¶ 168.