UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:18-cv-2248-CRC |

## BELLWETHER SELECTION BRIEF

Pursuant to the Scheduling Order, ECF No. 75, Plaintiffs hereby submit this brief identifying the bellwether attacks they intend to present at the evidentiary hearing September 12–14, 2022.

Plaintiffs have selected 15 attacks based upon their representativeness of all 438 attacks at issue in this case. The selection is based upon objective factors, such as tactics, techniques, and procedures (TTPs), geography, attack dates, group involvement, and degree of evidence presently available. The bellwether attacks were selected from a larger representative pool of fifty (50) attacks for which Plaintiffs prioritized their discovery requests and have received production from the U.S. Departments of Defense and Justice. The Court's consideration of the facts and evidence for the 15 bellwether attacks will assist it and the special masters in applying findings of facts and conclusions of law drawn from these bellwether cases to the non-bellwether attacks, which will be presented in subsequent tranches, beginning 120 days after the Court's rulings on liability for these bellwether attacks.

The following graph and chart depict the proportions of attack types and sect (Shia/Sunni) involvement for all attacks in the case, as well the proportional representativeness of those attacks selected as bellwethers:



| Attack Types[1] | Shia IED/EFP | Shia IDF | Shia Complex | Total Shia | Sunni Suicide | Sunni VBIED | Sunni IDF | Sunni IED | Sunni Complex | Total Sunni | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Attacks | 28 | 27 | 15 | 70 | 13 | 23 | 46 | 159 | 127 | 368 | 438 |
| % of Total | 6% | 6% | 3% | 16% | 3% | 5% | 11% | 36% | 29% | 84% | 100% |
| BW Types | 2 | 2 | 1 | 5 | 1 | 1 | 2 | 4 | 2 | 10 | 15 |
| BW % | 13.33% | 13.33% | 6.67% | 33.33% | 6.67% | 6.67% | 13.33% | 26.67% | 13.33% | 66.67% | 100% |

---

[1] Attack types include: 1) Improvised Explosive Devices (IEDs); 2) Explosively Formed Penetrators (EFPs); 3) Indirect Fire (IDF rockets and mortars); 4) Complex (small unit actions that combined sophisticated tactics and small arms fire (SAF)), rocket propelled grenades (RPGs), indirect fire, etc.); 5) suicide attacks or personnel-borne improvised explosive devices (PBIEDs); and 6) vehicle-borne improvised explosive devices (VBIEDs, "car bombs").

The following are the 15 attacks for presentment at the evidentiary hearing September 12–14, 2022[2]:

1. **April 4, 2004 "Black Sunday" Attack**

    **Attack Location:** Sadr City, Baghdad, Iraq.
    **Attack Type:** Complex Attack.
    **Iranian-Supported Terrorist Group(s):** Jaysh al Mahdi (JAM)/Shia Special Groups (SGs).
    **Direct Victim Plaintiffs:** 6 – Sgt. Salvador Beltran-Soto, Sgt. Richard Foster, Spc. Alexander Bryant, Pvt. Anthony Ferris, Sgt. Matthew Mercado, and Sgt. Franklin Doss.
    **Solatium Plaintiffs:** 16 – James Salvador Beltran-Daves, Sidney Ylenne Partida, Alonso Beltran-Soto, Valentin Beltran, Francisco Felix Beltran, Beatriz Beltran, Ramona Beltran, Jose Beltran-Soto, Maria Beltran, Brandon Michael Foster, Matthew Ryan Foster, Raul Mercado, Saundra Mercado, Kaleb M. Mercado, Maya L. Mercado, and Juanita Doss.
    **Number of Individuals Killed in the Attack:** 8 – Sgt. Eddie Chen, Spc. Robert Arsiaga, Spc. Ahmed Cason, Spc. Israel Garza, Spc. Stephen Hiller, Cpl. Forest Jostes, Sgt. Michael Mitchell, and Spc. Casey Sheehan.
    **Evidence to be Presented:** Witness testimony from Sgt. Salvador Beltran-Soto, Pvt. Anthony Ferris, and Sgt. Franklin Doss; expert testimony from Dr. Daveed Gartenstein-Ross; witness declarations; and documentary evidence in the form of medical records, military records, reports, maps, government press briefings, and learned treatises.
    **Brief Synopsis of Evidence:** On April 4, 2004, 1st Platoon, Charlie Company was on a routine escort patrol in Sadr City when their platoon was attacked by members of JAM/SGs. Plaintiffs were ordered to quickly assemble rescue convoys to extract the pinned down platoon; a total of 7 rescue attempts were made by various convoys that Plaintiffs of the 2-5 CAV and the 2-37 AR tank squadron were part of. Each rescue convoy that attempted to reach the pinned down platoon was ambushed by JAM/SGs using sophisticated tactics combined with small arms, RPGs and IEDs. Plaintiffs were seriously injured while taking part in the rescue attempts and efforts to secure the area by ridding it of JAM/SGs members. The group that attacked the Plaintiffs was JAM/SGs. This Shia militia was receiving material support from Iran, including funding, weapons, training and safe haven, which increased JAM/SGs' operational capacities such that they were able to authorize, plan, and commit this attack.

---

[2] All expert witnesses and several plaintiffs will appear in-person at the hearing, while some plaintiffs will appear remotely by Zoom or other video-conferencing technology. Plaintiffs will confirm the method of appearances of the witnesses listed below in their submissions to the Court due September 2nd.

2.  **November 14, 2004 Complex Attack**

    **Attack Location:** Fallujah, Al Anbar, Iraq.
    **Attack Type:** Complex Attack.
    **Iranian-Supported Terrorist Group(s):** al Qaeda (AQ) and al Qaeda in Iraq (AQI).
    **Direct Victim Plaintiffs:** 5 – Cpl. Dale Burger (deceased), Cpl. Joe Sanchez, LCpl. Curtis Mighaccio, HM2. Samuel Williams, and GySgt. Shane Housmans.
    **Solatium Plaintiffs:** 9 – Martina Catherine Burger, Jennifer Christine Burger, Rachel Elizabeth Burger, Cindy Jo Sanchez, Sandy Jo Molina, Gunhild Mighaccio, Martin Mighaccio, Nicole M. Housmans, and Cadence F. Housmans.
    **Number of Individuals Killed in the Attack:** 1 – Cpl. Dale Burger.
    **Evidence to be Presented:** Witness testimony from HM2 Samuel Williams and GySgt. Shane Housmans; expert testimony from Dr. Daveed Gartenstein-Ross; and documentary evidence in the form of witness declarations, medical records, official military records and reports, maps, government press briefings, and learned treatises.
    **Brief Synopsis of Evidence:** Plaintiffs were serving as part of a house-clearing operation conducted in early November 2004 to clear insurgents from houses in the "Queens" neighborhood of Fallujah, Iraq. On November 14th, Plaintiffs were attacked by a group of insurgents from inside a house using sophisticated ambush tactics along with small arms, machine guns, and grenades. The group that attacked the Plaintiffs was AQ/AQI, a Sunni Foreign Terrorist Organization that was receiving material support from Iran, including funding, weapons, training, and safe haven, which increased AQ/AQI's operational capacities such that they were able to authorize, plan, and commit this attack.

3.  **January 26, 2005 Complex Attack**

    **Attack Location:** Haqlaniyah, Al Anbar, Iraq.
    **Attack Type:** Complex Attack.
    **Iranian-Supported Terrorist Group(s):** al Qaeda (AQ) and al Qaeda in Iraq (AQI).
    **Direct Victim Plaintiffs:** 3 – Cpl. Jonathan Bowling (deceased), HM. Juan Rubio, and HM. Andrew Rothman.
    **Solatium Plaintiffs:** 4 – Darrell Connor Bowling, Robin Bowling Feron, Ashley Bowling Nogueira, and Brooke Elizabeth Wexler.
    **Number of Individuals Killed in the Attack:** 4 – Cpl. Jonathan Bowling, Cpl. Christopher L. Weaver, Sgt. Jesse W. Strong, and LCpl. Karl R. Linn.
    **Evidence to be Presented:** Witness testimony from HM. Juan Rubio; expert testimony from Dr. Daveed Gartenstein-Ross; documentary evidence in the form of witness declarations, medical records, military records and reports, maps, government press briefings, and learned treatises.
    **Brief Synopsis of Evidence:** Plaintiffs were serving as part of a team sent to search a house in Haqlaniyah, Iraq, where intelligence indicated a suspected high-value target was located.

The house was empty, and as the convoy departed, it was attacked with an IED and ambushed from multiple directions by small arms, machine guns, and rocket propelled grenades. The group that attacked the Plaintiffs was AQ/AQI, a Sunni Foreign Terrorist Organization that was receiving material support from Iran, including funding, weapons, training, and safe haven, which increased AQ/AQI's operational capacities such that they were able to authorize, plan, and commit this attack.

4. **April 16, 2005 Rocket Attack**

   **Attack Location:** Ramadi, Al Anbar, Iraq.
   **Attack Type:** Rocket Attack.
   **Iranian-Supported Terrorist Group(s):** al Qaeda (AQ) and al Qaeda in Iraq (AQI).
   **Direct Victim Plaintiffs:** 4 – Sgt. Tromaine Toy (deceased), Spc. Randy Stevens (deceased), Sgt. Robert Briggs (deceased), and Spc. Jose Jauregui.
   **Solatium Plaintiffs:** 13 – Tyrell R. Toy, David L. Stevens, Connie West, Gina L. Stevens, Jacob Maxwell, Griselda Jauregui, Jose Jauregui, Josefina Jauregui, Alfredo Jauregui, Lucio Jauregui, Michelle L. Briggs, Cody A. Briggs, and Ashlea Gabrielle Tadlock.
   **Number of Individuals Killed in the Attack:** 4 - Sgt. Tromaine Toy, Spc. Randy Stevens, Sgt. Angelo Lozada Jr., and Sgt. Robert Briggs.
   **Evidence to be Presented:** Witness testimony from Spc. Jose Jauregui; expert testimony from Dr. Daveed Gartenstein-Ross; and documentary evidence in the form of witness declarations, medical records, military records and reports, maps, government press briefings, and learned treatises.
   **Brief Synopsis of Evidence:** Plaintiffs were located at Camp Ramadi when the Camp was attacked by indirect rocket fire. The 107mm rockets exploded, killing Sgt. Toy and Spc. Stevens and wounding Spc. Jauregui and Sgt. Briggs, who would later die. The group that attacked the Plaintiffs was AQ/AQI, a Sunni Foreign Terrorist Organization that was receiving material support from Iran, including funding, weapons, training, and safe haven, which increased AQ/AQI's operational capacities such that they were able to authorize, plan, and commit this attack.

5. **April 9, 2008 IED Attack**

   **Attack Location:** Golden Hills, Salah al Din, Iraq.
   **Attack Type:** Improvised Explosive Device (IED) Attack.
   **Iranian-Supported Terrorist Group(s):** Ansar al Islam/Ansar al Sunna (AAI/AAS).
   **Direct Victim Plaintiffs:** 1 – TSgt. Anthony L. Capra (deceased).
   **Solatium Plaintiffs:** 18 – Angie Capra, Anthony Capra, Sr., Sharon Capra, Mark Capra, Victoria Capra, A.C., a minor child, Jared Alexander Capra, Shawn Andrew Capra, Danielle Capra, Emily Capra, Jacob Capra, Joanna Capra, Joseph Capra, Julia-Anne Capra, Michael Capra, Rachel Lee, Sarah Johnson, and Jason Capra.

**Number of Individuals Killed in the Attack:** 1 – TSgt. Anthony L. Capra.
**Evidence to be Presented:** Expert testimony from Dr. Daveed Gartenstein-Ross; and documentary evidence in the form of witness declarations, medical records, military records and reports, maps, government press briefings, and learned treatises.
**Brief Synopsis of Evidence:** TSgt. Capra was on a mission to investigate an IED explosion that had occurred the day prior. While attempting to disarm an IED, the bomb detonated, killing TSgt. Capra. The individuals who emplaced the IED were members of Ansar al-Islam/Ansar al-Sunna, a Sunni Foreign Terrorist Organization, that was receiving material support from Iran, including funding, weapons, training, and safe haven, which increased AAI/AAS's operational capacities such that they were able to authorize, plan, and commit this attack.

6. **February 19, 2005 PBIED Attack**

    **Attack Location:** Kadhimiya, Baghdad, Iraq.
    **Attack Type:** Person-Borne Improvised Explosive Device (PBIED) Attack.
    **Iranian-Supported Terrorist Group(s):** al Qaeda (AQ) and al Qaeda in Iraq (AQI).
    **Direct Victim Plaintiffs:** 2 – 1Lt. Adam Malson (deceased) and Sgt. Joshua Coy.
    **Solatium Plaintiffs:** 4 – Ben W. Malson, Jr., Debra Lynn Malson, David Phillip Malson, and Amy Malson Fly.
    **Number of Individuals Killed in the Attack:** 5 – 1Lt. Adam Malson; 3 Iraqi Nationals; and 1 Iraq Army/Police.
    **Evidence to be Presented:** Witness testimony from Sgt. Joshua Coy; expert testimony from Colonel Mark Lee Walters, U.S. Army, Ret.; and documentary evidence in the form of witness declarations, medical records, military records and reports, maps, government press briefings, and learned treatises.
    **Brief Synopsis of Evidence:** Plaintiffs were part of a platoon conducting a patrol in the Kadhimiya neighborhood of Baghdad, Iraq, along the outskirts of a security perimeter encompassing a mosque during the Shiite holy day of Ashura. Plaintiffs were attacked by an RPG and a suicide bomber. The group that attacked the Plaintiffs was AQ/AQI, a Sunni Foreign Terrorist Organization that was receiving material support from Iran, including funding, weapons, training, and safe haven, which increased AQ/AQI's operational capacities such that they were able to authorize, plan, and commit this attack.

7. **September 17, 2006 EFP Attack**

    **Attack Location:** Adhamiya, Baghdad, Iraq.
    **Attack Type:** Explosively Formed Penetrator (EFP) Attack.
    **Iranian-Supported Terrorist Group:** Jaysh al Mahdi (JAM)/Shia Special Groups (SGs).
    **Direct Victim Plaintiffs:** 1 – Spc. Endi Cisneros Herrera.
    **Solatium Plaintiffs:** 0 – none.

**Number of Individuals Killed in the Attack:** 1 – Sgt. David J. Davis.

**Evidence to be Presented:** Witness testimony of Spc. Endi Cisneros Herrera; expert testimony from Colonel Mark Lee Walters, U.S. Army, Ret.; and documentary evidence in the form of witness declarations, medical records, military records and reports, maps, government press briefings, and learned treatises.

**Brief Synopsis of Evidence:** Spc. Herrera and his unit were returning to base after a patrol in the Adhamiyah neighborhood of Baghdad, Iraq, when an EFP struck his vehicle. The group that attacked the Plaintiff was JAM/SGs. This Shia militia group was receiving material support from Iran, including funding, weapons, training, and safe haven, which increased JAM/SGs' operational capacities such that they were able to authorize, plan, and commit this attack.

8. **February 22, 2007 IED Attack**

    **Attack Location:** Ramadi, Al Anbar, Iraq.
    **Attack Type:** Improvised Explosive Device (IED) Attack.
    **Iranian-Supported Terrorist Group(s):** al Qaeda (AQ) and al Qaeda in Iraq (AQI).
    **Direct Victim Plaintiffs:** 2 – SSgt. Joshua R. Hager (deceased) and Sfc. Raleigh J. Heekin, III.
    **Solatium Plaintiffs:** 6 – Kris Lyle Silas Hager, Misty Dawn Heekin, Lynn Heekin, Patrick Keiran Heekin, Tanner Brennon Heekin, and Skylin Johanna Heekin.
    **Number of Individuals Killed in the Attack:** 3 – SSg. Joshua R. Hager, Pfc. Travis W. Buford, and Pfc. Rowan D. Walter.
    **Evidence to be Presented:** Witness testimony from Sfc. Raleigh Heekin; expert testimony from Colonel Mark Lee Walters, U.S. Army, Ret.; and documentary evidence in the form of witness declarations, medical records, military records and reports, maps, government press briefings, and learned treatises.
    **Brief Synopsis of Evidence:** Sfc. Heekin was part of a Personal Security Detachment in the "Shark Fins" area of Ramadi, Iraq, when his vehicle was attacked with an IED, wounding him. SSg. Hager was part of the Quick Reaction Force (QRF) responding to the scene of the attack when a secondary IED struck his vehicle, killing him and wounding two others. The group that attacked the Plaintiffs was AQ/AQI, a Sunni Foreign Terrorist Organization that was receiving material support from Iran, including funding, weapons, training, and safe haven, which increased AQ/AQI's operational capacities such that they were able to authorize, plan, and commit this attack.

9. **March 23, 2008 Rocket Attack**

    **Attack Location:** International Zone, Baghdad, Iraq.
    **Attack Type:** Rocket Attack.
    **Iranian-Supported Terrorist Group:** Jaysh al Mahdi (JAM)/Shia Special Groups (SGs).

**Direct Victim Plaintiffs:** 1 – Spc. Phillip R. Trimble.
**Solatium Plaintiffs:** 7 – Janet M. Schoonover, Charlotte Rae Teetsel, Andrew L. Trimble, Richard Oren Trimble, LaDonna Renee Langstraat, Kayeleen Anne Luloff, and John A. Trimble.
**Number of Individuals Killed in the Attack:** At least one, including U.S. Dept. of State employee Paul Converse.
**Evidence to be Presented:** Witness testimony from Spc. Phillip R. Trimble; expert testimony from Colonel Mark Lee Walters, U.S. Army, Ret.; and documentary evidence in the form of witness declarations, medical records, military records and reports, maps, government press briefings, and learned treatises.
**Brief Synopsis of Evidence:** Spc. Trimble was providing security for the U.S. Embassy Annex in the International ("Green") Zone of Baghdad, Iraq. At least seven 107mm rockets fired from Sadr City struck the Green Zone, killing an Embassy official, wounding Spc. Trimble, and four others. The group that attacked the Plaintiff was JAM/SGs. This Shia militia group was receiving material support from Iran, including funding, weapons, training, and safe haven, which increased JAM/SGs' operational capacities such that they were able to authorize, plan, and commit this attack.

10. **April 21, 2008 IED Attack**

    **Attack Location:** Baiji, Salah al Din, Iraq.
    **Attack Type:** Improvised Explosive Device (IED) Attack.
    **Iranian-Supported Terrorist Group(s):** al Qaeda (AQ) and al Qaeda in Iraq (AQI).
    **Direct Victim Plaintiffs:** 1 – Sgt. Adam Kohlhaas (deceased).
    **Solatium Plaintiffs:** 2 – Paula Kohlhaas Miller and Henry Kohlhaas.
    **Number of Individuals Killed in the Attack:** 3 – Sgt. Adam Kohlhaas, LCpl. Marcus Mahdee, and Spc. Steven J. Christofferson.
    **Evidence to be Presented:** Expert testimony from Colonel Mark Lee Walters, U.S. Army, Ret.; and documentary evidence in the form of witness declarations, medical records, military records and reports, maps, government press briefings, and learned treatises.
    **Brief Synopsis of Evidence:** Sgt. Kohlhaas was conducting security operations in the vicinity of the Baiji area of Iraq, as part of a convoy, when his vehicle was hit by an IED, killing Sgt. Kohlhaas and two others. The group that attacked the Plaintiff was AQ/AQI, a Sunni Foreign Terrorist Organization that was receiving material support from Iran, including funding, weapons, training, and safe haven, which increased AQ/AQI's operational capacities such that they were able to authorize, plan, and commit this attack.

11. **April 5, 2005 VBIED Attack**

    **Attack Location:** Dora, Baghdad, Iraq.
    **Attack Type:** Vehicle-Borne Improvised Explosive Device (VBIED) Attack.

**Iranian-Supported Terrorist Group(s):** al Qaeda (AQ) and al Qaeda in Iraq (AQI).
**Direct Victim Plaintiffs:** 1 – SSgt. Steve Nuñez.
**Solatium Plaintiff:** 1 – Audrey O'Donnell.
**Number of Individuals Killed in the Attack:** 1 – Cpl. Glenn Watkins.
**Evidence to be Presented:** Witness testimony from SSgt. Steve Nuñez; expert testimony from Michael Pregent; and documentary evidence in the form of witness declarations, medical records, military records and reports, maps, government press briefings, and learned treatises.
**Brief Synopsis of Evidence:** SSgt. Nuñez was completing security patrols in Dora when his vehicle passed another vehicle in which an IED was located. The vehicle detonated, injuring SSgt. Nuñez and others and killing Cpl. Watkins. The group that attacked the Plaintiff was AQ/AQI, a Sunni Foreign Terrorist Organization that was receiving material support from Iran, including funding, weapons, training, and safe haven, which increased AQ/AQI's operational capacities such that they were able to authorize, plan, and commit this attack.

12. **May 9, 2005 Mortar Attack**

    **Attack Location:** Karma, Al Anbar, Iraq.
    **Attack Type:** Mortar Attack.
    **Iranian-Supported Terrorist Group(s):** al Qaeda (AQ) and al Qaeda in Iraq (AQI).
    **Direct Victim Plaintiffs:** 1 – LCpl. Taylor Prazynski (deceased).
    **Solatium Plaintiffs:** 4 – John Francis Prazynski, Claudia Catherine Pierce, Carol Rose Prazynski, and Ryan Andrew Blomer.
    **Number of Individuals Killed in the Attack:** 2 – LCpl. Taylor Prazynski and LCpl. Marcus Mahdee.
    **Evidence to be Presented:** Expert testimony from Michael Pregent; and documentary evidence in the form of witness declarations, medical records, military records and reports, maps, government press briefings, and learned treatises.
    **Brief Synopsis of Evidence:** LCpl. Prazynski was conducting security operations for a base in Karma when the base came under a mortar attack. A mortar landed between LCpl. Prazynski and LCpl. Mahdee, killing them both. The group that attacked the Plaintiff was AQ/AQI, a Sunni Foreign Terrorist Organization that was receiving material support from Iran, including funding, weapons, training, and safe haven, which increased AQ/AQI's operational capacities such that they were able to authorize, plan, and commit this attack.

13. **June 4, 2006 IED Attack**

    **Attack Location:** Tarmiyah, Salah al Din, Iraq.
    **Attack Type:** Improvised Explosive Device (IED) Attack.
    **Iranian-Supported Terrorist Group(s):** al Qaeda (AQ) and al Qaeda in Iraq (AQI).

**Direct Victim Plaintiffs:** 1 – Sgt. Paul Haines.
**Solatium Plaintiffs:** 3 – Ronda Kay Haines, Karen Mae Haines, and Jeremy Benjamin Haines.
**Number of Individuals Killed in the Attack:** 2 – 1Lt. Ryan T. Sanders and Sgt. Daniel Gionet.
**Evidence to be Presented:** Witness testimony from Sgt. Paul Haines; expert testimony from Michael Pregent; and documentary evidence in the form of witness declarations, medical records, military records and reports, maps, government press briefings, and learned treatises.
**Brief Synopsis of Evidence:** Sgt. Haines was in a convoy en route to provide security to a water treatment plant near Tarmiyah, Iraq. As the convoy was on Canal Road, an IED exploded, wounding Sgt. Haines and killing two other soldiers. The group that attacked the Plaintiff was AQ/AQI, a Sunni Foreign Terrorist Organization that was receiving material support from Iran, including funding, weapons, training, and safe haven, which increased AQ/AQI's operational capacities such that they were able to authorize, plan, and commit this attack.

14. **November 14, 2006 EFP Attack**

    **Attack Location:** Kadhimiya, Baghdad, Iraq.
    **Attack Type:** Explosively Formed Penetrator (EFP) Attack.
    **Iranian-Supported Terrorist Group:** Jaysh al Mahdi (JAM)/Shia Special Groups (SGs).
    **Direct Victim Plaintiffs:** 2 – Sfc. Larry Cabral, and Maj. Robert McCormick.
    **Solatium Plaintiffs:** 7 – April McCormick, Justin McCormick, Brittney McCormick, Mackenzie McCormick, Timothy A. McCormick, Sheila McCormick, and Thomas A. McCormick.
    **Number of Individuals Killed in the Attack:** 2 – Cpl. Justin R. Garcia and Col. Thomas H. Felts, Sr.
    **Evidence to be Presented:** Witness testimony from Sfc. Larry Cabral; expert testimony from Michael Pregent; and documentary evidence in the form of witness declarations, medical records, military records and reports, maps, government press briefings, and learned treatises.
    **Brief Synopsis of Evidence:** Sfc. Cabral was part of a convoy transporting Col. Felts from a meeting back to FOB Justice when the convoy approached a roadside security checkpoint. Shortly after exiting the checkpoint, an EFP struck Sfc. Cabral's vehicle, wounding him and several others, and killing Col. Felts and Cpl. Garcia. Maj. McCormick was tasked with securing the vehicle and its contents, exposing him to the carnage inside, from which he suffers severe PTSD. The group that attacked the Plaintiffs was JAM/SGs. This Shia militia group was receiving material support from Iran, including funding, weapons, training, and safe haven, which increased JAM/SGs' operational capacities such that they were able to authorize, plan, and commit this attack.

15. **March 12, 2008 Rocket Attack**

    **Attack Location:** Tallil Air Base, Thi-Qar, Iraq.
    **Attack Type:** Rocket Attack.
    **Iranian-Supported Terrorist Group:** Jaysh al Mahdi (JAM)/Shia Special Groups (SGs).
    **Direct Victim Plaintiffs:** 1 – Spc. Joel Tavera.
    **Solatium Plaintiffs:** 2 – Maritza Tavera and Jose L. Tavera.
    **Number of Individuals Killed in the Attack:** 3 – SSg. Juantrea Bradley, Spc. Dustin C. Jackson, and Pfc. Tenzin L. Samten.
    **Evidence to be Presented:** Witness testimony from Spc. Joel Tavera; expert testimony from Michael Pregent; and documentary evidence in the form of witness declarations, medical records, military records and reports, maps, government press briefings, and learned treatises.
    **Brief Synopsis of Evidence:** Spc. Tavera was part of a convoy in line to exit Camp Adder on Tallil Air Base when the Camp was attacked by multiple 122mm rockets. A 122mm rocket struck his vehicle, severely wounding Spc. Tavera and killing SSg. Bradley, Spc. Jackson, and Pfc. Samten. The group that attacked the Plaintiff was JAM/SGs. This Shia militia group that was receiving material support from Iran, including funding, weapons, training, and safe haven, which increased JAM/SGs' operational capacities such that they were able to authorize, plan, and commit this attack.

As detailed by the foregoing information, Plaintiffs have selected 15 representative attacks to present to the Court on September 12-14, 2022. Plaintiffs will provide the Court with additional information and seek pre-admission of certain evidence on or before September 2, 2022. Should the Court require any additional information, Counsel will certainly respond in accordance to any such request by the Court.

Dated: August 12, 2022                       Respectfully submitted,

                                                    By: */s/ Christopher G. Paulos*
                                                    Christopher G. Paulos
                                                    DC Bar No. 1615782
                                                    Florida Bar No. 0091579
                                                    **LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
                                                    316 South Baylen Street, Suite 600
                                                    Pensacola, Florida 32502
                                                    Telephone: (850) 435-7067
                                                    Facsimile: (850) 436-6067

Email: cpaulos@levinlaw.com

Jeremy A. Tor (*Pro Hac Vice*)
Ohio Bar No. 0091151
**SPANGENBERG, SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East., Suite 1700
Cleveland, Ohio 44114
Telephone: 216-696-3232
Facsimile: 216-696-3924
Email: jtor@spanglaw.com

*Counsel for Plaintiffs*