# EXHIBIT A

Plaintiffs' Proposed Sealed Exhibits

| Exhibit # | Exhibit Name |
|---|---|
| PX11 | REDACTED/SEALED - Declaration/Report B. Ray Fitzgerald (Iranian Munitions in Iraq 2003-2011) |
| PX986 | SEALED - National Ground Intelligence Center, Iraq Team/IED Group; DoD Prod. DTRA_00000139 - 00000140. |
| PX987 | SEALED - Counter IED Operations Integration Center, Flow of Iranian Munitions Analysis in MND-B and C, Information Cutoff Date: 12 April 2008. DTRA00000038 - 00000084. |
| PX988 | SEALED - TEDAC Toolmark Match Confirmation, dated March 19, 2007, produced by DOD, Bates No. DTRA_00000296-00000318 |
| PX989 | SEALED - s_21._1cd_ace_daily_intsum_08_sep_04_CLEAR, 1st Cavalry Division Daily Intelligence Summary (INTSUM), 8 September 2004, page 3  USCENTCOM FOIA #00000562 |
| PX990 | SEALED - 1st Cavalry Division Daily Intelligence Summary (INTSUM), 8 September 2004, USCENTCOM FOIA #00000562 (s_22._1CD_ACE_Daily_INTSUM_23_September_04_CLEAR) |
| PX991 | REDACTED/SEALED s_690_soldiers_and_29_Officers_who_remained_at_Camp_SPARR |
| PX992 | SEALED Iranian Rocket and Smuggling Routes in Baghdad |
| PX995 | SEALED Taylor Prazynski I MEF Situation Report (I MEF Sit Rep (November 9, 2004) CENTCOM FOIA 2018-010939 Nolte_Combined_Docs_U_18PGS_SANITIZED_CLEAR) |
| PX1000 | REDACTED/SEALED Expert Report & Declaration of Dr. Daveed Gartenstein-Ross (Bellwehter Attack Attributions) |
| PX1002 | REDACTED/SEALED Professional Background, Expertise and Methodology Expert Report of Col. M. Lee Walters (U.S. Army, ret.), CW4 Ronald Evans (U.S.  Army, ret.), & CW3 David Sultzer (U.S. Army, ret.) |
| PX1003 | REDACTED/SEALED Expert Report & Declaration of Michael Pregent |
| PX1113 | SEALED - Canandaigua VA Med Center, C&P Exam Note (Jun. 9, 2015) and Chiropractic Consult (Jul. 7, 2017), Fis_FerrisA_VA_00001227-1235 and 1314-1319 |
| PX1114 | SEALED - West LA VAMC, Social Work Domiciliary Note (Feb. 25, 2013), Fis_FerrisA_VA_00002493-2494 |
| PX1115 | SEALED - Upstate New York HCS, Provider Comments (Sep. 15, 2010); SATP Treatment Plan Note (Dec. 4, 2013) and TBI Note (Aug. 18, 2009), Fis_FerrisA_VA_00000311-317; 322-325 and 1089-1093 |
| PX1116 | SEALED - Upstate New York HCS, Social Work Note (Jul. 14, 2009), Fis_FerrisA_VA_00002415; and 2420-2422 |
| PX1124 | SEALED - Temple VA Center, General Medical Exam (May 14, 2007); Fis_DossF_MTF_00000264-269 |
| PX1125 | SEALED - Olin E. Teague Vet Center, Positive TBI Screening, Fis_DossF_MTF_00000180-186 |
| PX1126 | SEALED - Waco VAMC Mental Hygiene Clinic, Initial Evaluation for PTSD (May 21, 2002), Fis_DossF_MTF_00000270-279 |
| PX1127 | SEALED - Screenshot MyHealtheVet Portal, VA Breakdown, Fis_DossF_CP_00000001 |
| PX1136 | SEALED - Olin E. Teague Vet Center, Psych Initial Eval Note (Apr. 21, 2011), Fis_BryantA_VA_00001931-1936 |
| PX1137 | SEALED - Chronological Record of Medical Care-CP Theater Records (May 24, 2004), Fis_BryantA_CP_00000026-27 |

| | |
|---|---|
| PX1138 | SEALED - Dept. of Veterans Affairs, Psychology Note (May 31, 2018), Fis_BryantA_VA_00000350-363 |
| PX1139 | SEALED - W.G. Hefner VA Medical Center, Residential Rehab Treatment Program-PTSD (May 29, 2018), Fis_BryantA_CP_00000015 |
| PX1140 | SEALED - Stressor Letter for Alexander Bryant, Fis_BryantA_CP_00000002-4 |
| PX1142 | SEALED - Dept. of Veterans Affairs, Hearing Loss & Tinnitus Benefit Questionnaire (May 30, 2018), Fis_BryantA_VA_00000284-289 |
| PX1143 | SEALED - August Uptown VA, SC Veteran (ND), Fis_BryantA_VA_00001822 |
| PX1144 | SEALED - Dept. of VA Records, Fis_BryantA_VA_00000850-854 |
| PX1154 | SEALED - Department of Veterans Affairs, Theater Medical Records, (Apr. 04, 2004), Fis_Beltran-SotoS_00000070-74 |
| PX1155 | SEALED - Loma Linda HCS, Physical Therapy Consult (Jan. 14, 2021), Fis_Beltran-SotoS_VA_00000305-308 |
| PX1156 | SEALED - MSLA Corporation, Dept. of VA File, (Aug. 29, 2014), Fis_Beltran-Soto_VA_00001337-1347 |
| PX1157 | SEALED - Loma Linda HCS, PM& R/TBI Consult (Jan 22, 2014), Fis_Beltran-SotoS_VA_00000211-218 |
| PX1158 | SEALED - Loma Linda HCS, Internal Medicine Note (Dec. 16, 2013), Fis_Beltran-SotoS_VA_00000219-229; (Jul. 31, 2006), 243-247, (Sep 5, 2019), 335-339 |
| PX1159 | SEALED - Loma Linda HCS, Patient Prep Notes (Feb. 18, 2008), Fis_Beltran-SotoS_VA_00000411-417 |
| PX1160 | SEALED - Loma Linda HCS, Medical Notes, (Apr. 04, 2004), Fis_Beltran-SotoS_VA_00000210-211 |
| PX1161 | SEALED - MSLA Corporation,-Dept. of VA File, Hearing Loss, (Aug. 25, 2014), Fis_Beltran-Soto_VA_00001361-1370, |
| PX1162 | SEALED - Dept. Of Veteran Affairs Benefits Administration, VA Disability Rating, (Dec. 14, 2019), Fis_Beltran-Soto_VA_00000522-531 |
| PX1167 | SEALED - Plaintiff Fact Sheet Declaration - Salvador Beltran Soto |
| PX1168 | SEALED - Plaintiff Fact Sheet Declaration - Alexander Rodriguez Bryant |
| PX1169 | SEALED - Plaintiff Fact Sheet Declaration - Franklyn Lee Doss |
| PX1170 | SEALED - Plaintiff Fact Sheet Declaration - Anthony John Ferris |
| PX1171 | SEALED - Augusta Uptown Records, C & P Examination Note (Sept. 2, 2010), Fis_BryantA_VA_00000040-48-Redacted |
| PX1172 | SEALED - Augusta Uptown Records, Physician Urgent Care Note (Jul. 30, 2009), Fis_BryantA_VA_62-68_Redacted |
| PX1173 | SEALED - Augusta Uptown Records, Social Work E & M Note (Jan. 24, 2007), Fis_BryantA_VA_00000093-97-Redacted |
| PX1209 | SEALED - VA Blue Button MyHealthEVet, C&P Exam Consult (Mar. 13, 2013), Fis_HousmansS_VA_00000478-491. |
| PX1210 | SEALED - VA Blue Button MyHealthEVet, Primary Care Note (Aug. 21, 2018), Fis_HousmansS_VA_00000257. |
| PX1211 | SEALED - Camp Pendelton MTF, Post Deployment Check List (Jan, 19, 2005), Fis_HousmansS_MTF_00000088-90. |
| PX1212 | SEALED - Camp Pendelton MTF, Chronological Medical History (Feb. 28, 2007), Fis_HousmansS_MTF_00000047 |
| PX1213 | SEALED - Camp Pendelton MTF, Speech Therapy (Apr. 3, 2007), Fis_HousmansS_MTF_00000065-66 |

| | |
|---|---|
| PX1214 | SEALED - VA Blue Button MyHealthEVet, Physician Notes (May 1, 2015), Fis_HousmansS_VA_00000392-396 |
| PX1215 | SEALED - VA Blue Button MyHealthEVet, Psychiatric Note (May 19, 2022), Fis_HousmansS_VA_00000030-39 |
| PX1216 | SEALED - Camp Pendelton MTF, Progress Note (Mar. 29, 2007), Fis_HousmansS_MTF_00000048 |
| PX1217 | SEALED - Camp Pendelton MTF, Psychiatric Note (Apr. 10, 2007), Fis_HousmansS_MTF_00000063-63 |
| PX1218 | SEALED - Housmans, Shane-VA Benefit Summary, Fis_HousmansS_VA_00000774-775. |
| PX1223 | SEALED - Form DD 1300-Rpt. of Casualty (Nov. 14, 2004), Fis_Client_MR_00000158 |
| PX1230 | SEALED - VABlueButtonMy HealthVetRecords,Psychiatric Consult (Jun. 7, 2016), Fis_SanchezJ_VA_00000139-141; |
| PX1231 | SEALED - VABlueButtonMy HealthVetRecords,TBI Evaluation (Jun. 22, 2016), Fis_SanchezJ_VA_; 124-133; |
| PX1232 | SEALED - VABlueButtonMyHealtheVetRecords, Primary Care Physician Note (May 6, 2016), Fis_SanchezJ_VA_00000166-172 |
| PX1233 | SEALED - VABlueButtonMyHealtheVetRecords, Suicide Risk Assessment (Jun. 7, 2016), Fis_SanchezJ_VA_00000143-146 |
| PX1234 | SEALED - VABlueButtonMyHealtheVetRecords, New Patient (May 6, 2016), Fis_SanchezJ_VA_00000156-165 |
| PX1235 | SEALED - VABlueButtonMyHealtheVetRecords, Primary Care Provider Note (Aug. 5, 2018), Fis_SanchezJ_VA_00000047 |
| PX1242 | SEALED - Williams,S -VABlueButtonMyHealtheVetRecords, Fis_WilliamsS_VA_00000054-56- 101-103; 113-115; 125-128; 156-160; 185-186; 258-260. |
| PX1243 | SEALED - Vista San Diego VA, Psyc-Admin Note (Jan 3, 2018), Fis_WilliamsS_VA_00000280- 284. |
| PX1244 | SEALED - Williams,S-VA Disability Rating-Client Provided Fis_WilliamsS_CP_00000004. |
| PX1247 | SEALED - Plaintiff Fact Sheet Declaration - Shane Kevin Housmans |
| PX1248 | SEALED - Plaintiff Fact Sheet Declaration - Joe Sanchez, Jr. |
| PX1249 | SEALED - Plaintiff Fact Sheet Declaration - Samuel Williams |
| PX1250 | SEALED - Plaintiff Fact Sheet Declaration - Martina Catherine Burger, Personal Representative of the Estate of Dale Burger, Jr. |
| PX1251 | SEALED - Expert Report & Declaration of Dr. Rael Strous, MD - Evaluation of Shane Kevin Housmans |
| PX1252 | SEALED - Camp Pendleton MTF, Psychiatric Note (Apr. 10, 2007), Fis_HousmansS_MTF_00000062-64 |
| PX1253 | SEALED - Camp Pendleton MTF, Report of Medical Assessment (Apr. 25, 2007), Fis_HousmansS_MTF_00000058 |
| PX1254 | SEALED - VA Blue Button MyHealthEVet, Mental Health Diagnostic Study & Note (Apr. 18-19, 2013), Fis_HousmansS_VA_00000419-429 |
| PX1255 | SEALED - VA Blue Button MyHealthEVet, Psychiatry Assessment (Apr. 27, 2018), Fis_HousmansS_VA_00000283-288 |
| PX1256 | SEALED - VA Blue Button MyHealthEVet, Psychology Note (Jan.17, 2013), Fis_HousmansS_VA_00000509 |
| PX1310 | SEALED - Bowling, Jonathan - Casualty Report Jan. 26, 2005 |

Plaintiffs' Proposed Sealed Exhibits

| | |
|---|---|
| PX1316 | SEALED - Final Autopsy Report, Bowling, Jonathan William (Jan. 29, 2005), Fis_BowlingJ_AFMES_0000002–4. |
| PX1317 | SEALED - Final Autopsy Report, Photo of Bullets (Jan.29, 2005), Fis_BowlingJ_AFMES_00000053. |
| PX1322 | SEALED - Dept. of Veterans Affairs, Post Deployment Health Assessment Supplemental Injury Questionnaire, (May 13, 2005), Fis_RothmanA_VA_00000200. |
| PX1323 | SEALED - Miami VA HCS, Psychiatry Note (Jan. 30, 2019), Fis_RothmanA_VA_00000848-851. |
| PX1324 | SEALED - Naval Branch Health Clinic Groton, Mental Health (Apr. 26, 2007), Fis_RothmanA_VA_00000181-183. |
| PX1325 | SEALED - Naval Branch Health Clinic Groton, Report of Medical Board (Nov. 18, 2007), Fis_RothmanA_VA_00000047-51. |
| PX1326 | SEALED - Naval Branch Health Clinic Groton, Initial Consult, (Feb. 6, 2008), Fis_RothmanA_VA_00000031-33). |
| PX1327 | SEALED - Naval Branch Health Clinic Groton, , SO Note, (Dec. 8, 2007); Fis_RothmanA_VA_00000021 |
| PX1328 | SEALED - Miami VA HCS, Disability Rating (Mar. 11, 2022), Fis_RothmanA_VA_00000398. |
| PX1333 | SEALED - VAMC Big Spring, Traumatic Brain Injury Screening (Jan. 24, 2017), Fis_RubioJ_VA_00001808-1809. |
| PX1334 | SEALED - VAMC Big Spring, C&P Exam Note (Oct. 29, 2008),Fis_RubioJ_VA_00002609; at pp. 2602 (Gunshot Wound to Shoulder); 2619 (Scars from Shrapnel Wounds); 2639 (Gunshot Wound to Left Shoulder); 2644 (Shrapnel Wound Scars) and 2645 (Healed GSW to Left Shoulder). |
| PX1335 | SEALED - VAMC Big Spring, Speech Pathology Consult (Jan. 5, 2012), Fis_RubioJ_VA_00001154-1555 |
| PX1336 | SEALED - Naval Hospital Corpus Christi, Psychiatry Note, (Dec. 19, 2005), Fis_RubioJ_VA_00000198–199 |
| PX1337 | SEALED - VAMC Big Spring, Nursing Note (Jan. 15, 2014), Fis_RubioJ_VA_00002028. |
| PX1338 | SEALED - VAMC Big Spring, C&P Exam Note (Aug. 18, 2009), Fis_RubioJ_VA_00002527-2535. |
| PX1339 | SEALED - River Crest Hospital, Psychiatric Evaluation (Jan. 9, 2014), Fis_RubioJ_PP_00000004-11, |
| PX1340 | SEALED - VAMC Big Spring, C&P Exam Note (Oct. 29, 2008), Fis_RubioJ_VA_00002609-2648. |
| PX1341 | SEALED - Dept. of Veterans Affairs, Service Connected Disabilities (Dec. 21, 2017), Fis_RubioJ_CP_00000090; at pp. 2615 (Tinnitus). |
| PX1350 | SEALED - Plaintiff Fact Sheet Declaration - Darrell Connor Bowling, Co-Administrator of the Estate of Jonathan Williams Bowling (deceased) |
| PX1351 | SEALED - Plaintiff Fact Sheet Declaration - Andrew Howard Rothman |
| PX1352 | SEALED - Plaintiff Fact Sheet Declaration - Juan Martinez Rubio |
| PX1414 | SEALED - VA Regional Medical Center-St. Louis, Medical Evaluation Board (Apr. 16, 2006), Fis_JaureguiJ_VA_00000130–139 |
| PX1415 | SEALED - Palo Alto VA Medical Center, Neuropsych Consult (May 2, 2018), Fis_JaureguiJ_VA_00000988–994 |
| PX1416 | SEALED - Palo Alto VA Medical Center, Caregiver Program Initial In-Home Assessment (Aug. 31, 2016), |

| | |
|---|---|
| PX1417 | SEALED - Palo Alto VA Medical Center, Polytrauma Case Manager Note (May 31, 2018), Fis_JaureguiJ_VA_00000976-977 |
| PX1420 | SEALED - DD Form 1300-Rpt. of Casualty (Apr. 16, 2005), Fis_ToyT_CP_0000001 |
| PX1427 | SEALED - Final Autopsy Rpt.-TOY, Tromaine K. (Jun 26, 2005), Fis_ToyT_AFMES_00000001–3 |
| PX1430 | SEALED - DD Form 1300- Rpt. of Casualty, Fis_StevensR_CP_00000014 |
| PX1439 | SEALED - Final Autopsy Rpt., Stevens, Randy (Jun. 14, 2005), Fis_StevensR_AFMES_00000001-5. |
| PX1440 | SEALED - Addendum to Autopsy Rpt., Stevens, Randy (Sep. 22, 2020), Fis_StevensR_AFMES_00000006. |
| PX1445 | SEALED - DD Form 1300-Rpt. of Casualty (Jun. 28, 2011), Fis_BriggsR_MR_00000075. |
| PX1455 | SEALED - Gen Leonard Wood ACH Record, Neurology (Aug. 27, 2007) , Fis_BriggsR_MTF_00000234 –236. |
| PX1456 | SEALED -Gen Leonard Wood ACH Record, Optometry (Aug. 29, 2007), Fis_BriggsR_MTF_00000220. |
| PX1457 | SEALED -Gen Leonard Wood ACH Record, Psychology, Fis_BriggsR_MTF_00000221– 222. |
| PX1458 | SEALED -Report of Autopsy, Robert W. Briggs (Jun. 30, 2011), Fis_BriggsR_PP_00000001–17. |
| PX1459 | SEALED -Dept. of Veterans Affairs Records, Disability Rating Letter (Sept. 18, 2009), Fis_BriggsR_VA_00000405-424. |
| PX1469 | SEALED -Declaration of Michelle L. Briggs |
| PX1470 | SEALED -Plaintiff Fact Sheet Declaration - Jose Miquel Jauregui |
| PX1471 | SEALED -Plaintiff Fact Sheet Declaration - Tyrell R. Toy , Administrator of the Estate of Tromaine K. Toy (deceased) |
| PX1472 | SEALED -Plaintiff Fact Sheet Declaration - David L. Stevens, Personal Representative of the Estate of Randy Lee Stevens (deceased) |
| PX1473 | SEALED -Plaintiff Fact Sheet Declaration - Michelle L. Briggs, Spouse & Appointed Sole Heir of Robert E. Briggs (deceased) |
| PX1504 | SEALED - DD Form 1300-Rpt. of Casualty (Apr. 9, 2008), Fis_CapraA_MR_00000051 |
| PX1514 | SEALED - Casualty Report (Detailed)(Apr. 9, 2008), Fis_CapraA_MR_00000033-34 |
| PX1515 | SEALED - Final Autopsy Report (Apr. 19, 2008), Fis_CapraA-AFMES_00000001-6 |
| PX1517 | SEALED - Plaintiff Fact Sheet Declaration - Anthony Capra, Sr. - Personal Representative of the Estate of Anthony Louis Capra, Jr., (deceased). |
| PX1616 | SEALED - Coy, Joshua D. Medical Record, Operative Note, 447 EMEDS, Baghdad International Airport, Iraq, 19 February 2005_redacted, Fis_CoyJ_MTF_00000001-00000014 |
| PX1617 | SEALED - Coy, Joshua D. Memorandum Medical Board Evaluation, CPT Ryan C McLaughlin, 19 October 2010_redacted, Fis_CoyJ_CP_00000059-00000065 |
| PX1618 | SEALED - Coy, Joshua D., Department of Veterans Affairs Rating Decision (PTSD) 13 February 2013, Fis_CoyJ_CP00000011-CP00000012 |

| | |
|---|---|
| PX1619 | SEALED - Coy, Joshua 2011 Physical Evaluation Board Disability Ratings_redacted, Fis_CoyJ_CP_00000002-Fis_CoyJ_CP_00000004 |
| PX1819 | SEALED - Heekin, Raleigh, 2-24 2007 Landstuhl RMC Record- date of attack_redacted, Fis_HeekinR_MTF_00003253 |
| PX1820 | SEALED - Heekin, Heekin 3-30-2007 NNMC Bethesda Physical Therapy Records_redacted, Fis_HeekinR_MTF_00003225 |
| PX1821 | SEALED - Heekin, Raleigh Depart of Veterans Affairs Disability Ratings June 29, 2020_redacted, Fis_HeekinR_CP_00000034-00000035 |
| PX2109 | REDACTED/SEALED Steve Nunez VA Medical Record - Injury |
| PX2205 | REDACTED/SEALED Taylor Prazynski DD Form 1300 Report of Casualty |
| PX2206 | REDACTED/SEALED Taylor Prazynski Final Autopsy Examination Report |
| PX2207 | REDACTED/SEALED Dept. Of the Navy Certificate of Death - T. Prazynski |
| PX2309 | REDACTED/SEALED Paul Eric Haines Medical Record - Injury |
| PX2311 | REDACTED/SEALED Paul Eric Haines VA Benefit Details |
| PX2411 | REDACTED/SEALED Larry Cabral VA Medical Record - Injury |
| PX2414 | REDACTED/SEALED Declaration of Dr. Rael Strous, MD regarding Robert McCormick, September 2, 2022 |
| PX2415 | REDACTED/SEALED  Robert Lee McCormick VA Benefits |
| PX2511 | REDACTED/SEALED Joel Tavera Medical Record - Injury |
| PX2513 | REDACTED/SEALED Joel Tavera VA Disability Claim Decision |