# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br> )<br>Defendants ) | Civil Action No. 1:18-cv-02248-CRC |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion, Plaintiffs' request to file certain documents under seal is hereby **GRANTED**.

**SO ORDERED.**

Dated: _____

_____
Hon. Christopher R. Cooper
United States District Judge