UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br>)<br>Defendants )<br>) | Civil Action No. 1:18-cv-2248-CRC |

NOTICE OF SUPPLEMENT TO
PLAINTIFFS' MOTION REGARDING SUBJECT MATTER JURISDICTION

Pursuant to Stage One of the Updated Case Management Plan (ECF 71) and the Court's Scheduling Order (ECF 74), Plaintiffs hereby file the enclosed supplement to Plaintiffs' previously submitted motion regarding subject matter jurisdiction (ECF 81). This supplement is being filed under seal in accordance with the Court's prior order permitting Plaintiffs' to "file under seal the documents in support of their motion regarding subject matter jurisdiction that contain personally identifiable information." *See* Minute Order of March 4, 2022 ("MINUTE ORDER granting [ECF No.] 80 Motion for Leave to File Proof of Standing Under Seal.").

Dated: September 6, 2022.

Respectfully submitted,

By: */s/ Christopher G. Paulos*
Christopher G. Paulos
DC Bar No. 1615782
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7067
Email: cpaulos@levinlaw.com