Fed.R.Evid. 1006 Summary

Fishbeck et al. v. Islamic Republic of Iran et al.

| Exhibit Number | Bates Number(s) | Name | Attack Date(s) | Amended Complaint Section(s) | Status at Time of Attack | Type of Evidence |
|---|---|---|---|---|---|---|
| | | **The Luis Humberto Gutierrez, Jr. Family** | | | | |
| 491 | Fishbeck001923 - 1924 | Diana Gutierrez | 10/28/2007 | VI.62.A | US National | Declaration |
| 491 | Fishbeck001925 - 1926 | L.A.D., A Minor Child | 10/28/2007 | VI.62.A | US National | Declaration |
| | | **The Tyler James Martin Family** | | | | |
| 492 | Fishbeck001928 - 1929 | Trevor Reed Smith | 8/29/2007 | VI.69.C | US National | Declaration |
| | | **The Adam Thomas Gauldin Family** | | | | |
| 493 | Fishbeck001931 | Georgia Gryder | 7/17/2007 | VI.71.A | US National | Birth Certificate |
| | | **The Daniel Euzeb Cowart Family** | | | | |
| 494 | Fishbeck001933 - 1934 | Sarah Earls-Cowart | 5/13/2007 | VI.97.A | US National | Declaration |
| 494 | Fishbeck001933 - 1934 | A. R. C., a Minor Child | 5/13/2007 | VI.97.A | US National | Declaration |
| 494 | Fishbeck001933 - 1934 | A. S. C., a Minor Child | 5/13/2007 | VI.97.A | US National | Declaration |
| 494 | Fishbeck001935 | Theresa L. Cowart | 5/13/2007 | VI.97.A | US National | Declaration |
| 494 | Fishbeck001935 | Clifford Cowart | 5/13/2007 | VI.97.A | US National | Declaration |
| | | **The Henry Paul Madson Family** | | | | |
| 495 | Fishbeck001937 - 1939 | Ekaterina Brumit | 8/2/2006 | VI.159.A | US National | Declaration |
| | | **The Jimi McMahon Family** | | | | |
| 496 | Fishbeck001941 | D.J.M., a Minor Child | 10/25/2005 | VI.218.A | US National | Declaration |
| 496 | Fishbeck001942 | S.M.M., a Minor Child | 10/25/2005 | VI.218.A | US National | Declaration |
| | | **The Jason Alan Benford Family** | | | | |
| 497 | Fishbeck001944 | Jacob Alan Benford | 9/27/2005 | VI.227.A | US National | Birth Certificate |
| 497 | Fishbeck001945 | Kimberly Ann Benford | 9/27/2005 | VI.227.A | US National | Birth Certificate |
| 497 | Fishbeck001946 | Lane Alan Benford | 9/27/2005 | VI.227.A | US National | Birth Certificate |
| | | **The Wendell Donald Chavis Family** | | | | |
| 498 | Fishbeck001948 | Wendall Chambers | 8/4/2005 | VI.256.A | US National | Declaration |
| 498 | Fishbeck001949 | Wendall D. Patterson | 8/4/2005 | VI.256.A | US National | Declaration |
| | | **The Anthony Termaine Plunkett, Sr. Family** | | | | |
| 499 | Fishbeck001951 - 1952 | D. M. P., a Minor Child | 12/25/2004 | VI.317.A | US National | Declaration |
| 499 | Fishbeck001953 - 1954 | Z. L. P., a Minor Child | 12/25/2004 | VI.317.A | US National | Declaration |
| | | **The Francisco Ramirez Family** | | | | |
| 500 | Fishbeck001956 | Delfina Zarate | 8/16/2003 | VI.480.A | US National | Certificate of Naturalization |
| | | **The Abraham Martinez-Ayala Family** | | | | |
| 501 | Fishbeck001958 | Sebastian Perez-Solis | 10/31/2007 | VI.61.A | US National | Declaration |