UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., </br></br> Plaintiffs, </br></br> v. </br></br> THE ISLAMIC REPUBLIC OF IRAN, et al., </br></br> Defendants | Civil Action No. 1:18-cv-2248-CRC |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Upon consideration of Plaintiffs' Motion for Leave to File a Second Amended Complaint, the Court hereby GRANTS said motion.

**SO ORDERED**.

Dated: _____          _____
                                                                                  Hon. Christopher R. Cooper
                                                                                  United States District Judge