UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | Civil Action No. 1:18-cv-02248-CRC ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) ) ) |

### DECLARATION OF JEREMY A. TOR, ESQ., IN SUPPORT OF PLAINTIFFS' PREHEARING BRIEF

I, Jeremy A. Tor, Esq., being above 18 years of age and competent to make this declaration, hereby declare that:

1. I am an attorney with the law firm of Spangenberg, Shibley & Liber, LLP, and counsel for Plaintiffs in this matter. I am familiar with the matters set forth in this declaration.

2. I submit this declaration in support of Plaintiffs' Prehearing Brief and the documents being submitted therewith to the Court before the bellwether hearing, which is scheduled to start on Monday, September 12, 2022.

3. The purpose of this declaration is to establish the authenticity, pursuant to Federal Rule of Evidence 901, of those documents.

4. Those documents were produced directly to Plaintiffs and/or Plaintiffs' counsel pursuant to formal requests to federal and state public offices, which are legally authorized to maintain such records, and are where items of this kind are kept. Those offices included agencies and subdivisions of the U.S. Department of Justice; U.S Department of the Treasury; U.S.

Department of Defense; U.S. Department of the Army; U.S. Department of the Navy; U.S. Marine Corps; U.S. Department of the Air Force; U.S. Central Command (CENTCOM); U.S. Army Central; U.S. Marine Corps Forces Central Command; U.S. Special Operations Central Command; U.S. Air Forces Central Command, as well as various state courts, and state or local offices responsible for maintaining records of vital statistics.

5. Those documents produced by these offices consist of the following:

    a. Attack-specific documents from CENTCOM, including Intelligence analyses, Operation Reports, Improvised Explosive Device (IED) Reports, SIGACT Reports, Photographs, and Story Boards.

    b. Casualty or Overseas Death Reports from the appropriate military department completed and signed by order of the respective military branch authority.

    c. Official, De-Classified Memorandums from the Multi-National Force – Iraq, signed by commanding U.S. officers.

    d. U.S. Department of Defense News Releases, Press Statements, Unclassified Briefings, Official Historical Publications, Document Libraries/Archives, formally issued and published by the Department of Defense and available on its formal government websites, and its archives.

    e. Official, Declassified Multi-National Corps-Iraq (MNC-I) documents, produced and released by CENTCOM, including Command Briefings, Area Assessment, Orders, Detainee Reports, Criminal Investigation Reports, Targeting Packages, Tactical Assessments, and Interrogation Reports.

    f. Official military records specific to the Plaintiffs, including Official Military Personnel Files, DD214/DD1300/DD2064 forms, medals and citations (e.g., Purple Hearts, Bronze Stars), Enlisted Record Briefs, and Discharge Orders.

    g. Medical records of the Plaintiffs.

    h. Autopsy Reports completed by the Armed Forces Institute of Pathology, Office of the Armed Forces Medical Examiner, or other government medical examination office.

    i. Death Certificates.

    j. Court filings, orders and probate records related to the deceased plaintiffs and their estates.

6. All of those documents are genuine and accurate copies.

7. Plaintiffs and Plaintiffs' counsel have spent the past several years diligently obtaining these documents directly from the government and carefully verifying the genuineness of these documents.

8. Undersigned counsel has no reason to believe these documents are not what they purport to be.

9. The documents are being proffered in connection with the upcoming bellwether hearing to prove attribution—*i.e.*, to show which Iran-supported terrorist groups committed the bellwether attacks—and to prove the directly injured Plaintiffs sustained personal injuries in those attacks.

10. I have personally reviewed the documents being offered in connection with bellwether attacks 6-10 (ECF No. 92, pp. 6-8) and have verified, to the best of my ability, the documents are genuine and accurate copies.

3

11. To the best of my knowledge, these documents have not undergone any alterations, other than being collated, redacted, and pre-marked with exhibit/bates numbers, which are apparent on the face of the documents, as required either by order of this Court, D.D.C. Local Rules, or the U.S. government itself.

12. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 2, 2022.

Jeremy A. Tor (*Pro Hac Vice*)
Ohio Bar No. 0091151
**SPANGENBERG, SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East., Suite 1700
Cleveland, Ohio 44114
Telephone: 216-696-3232
Facsimile: 216-696-3924
Email: jtor@spanglaw.com
*Counsel for Plaintiffs*