# APPENDIX A

| PX Number | Exhibit Name |
|---|---|
| PX11 | Redacted/Sealed - Declaration/Report B. Ray Fitzgerald (Iranian Munitions in Iraq 2003-2011) |
| PX12 | Expert Report & Declaration of Dr. Terence M. Keane, Ph.D. (Posttraumatic Stress Disorder & Psych. Trauma) |
| PX237 | Home Office Immigration and Nationality Directorate, "Operational Guidance Note: Iraq," (January 12, 2006) |
| PX284 | Timothy McWilliams & Nicholas Schlosser, U.S. Marines in Battle: Fallujah, November - December 2004 (Quantico, VA: United States Marine Corps History Division, 2014), p. 6. |
| PX285 | Pablo Villa, "November, 2004 - Into the Hot Zone at the Second Battle of Fallujah," U.S. Army, June 7, 2019, https://www.army.mil/article/178601/november_2004_into_the_hot_zone_at_the_second_battle_of_fallujah. |
| PX286 | Michael Fitzsimmons, Governance, Identity and Counterinsurgency: Evidence from Ramadi and Tal Afar: Ramadi (September 2004 to July 2005) (Strategic Studies Institute, US Army War College: 2013), p. 34. |
| PX358 | Department of Defense Press Briefing, with General David Petraeus, Commander, Multi-National Force – Iraq, and Ryan Crocker, U.S. Ambassador to Iraq, Washington, D.C., (September 12, 2007) |
| PX360 | Rear Admiral Gregory Smith, U.S. Department of Defense, press briefing, January 20, 2008 |
| PX375 | U.S. Department of Defense, press briefing, December 3, 2004, https://www.globalsecurity.org/military/library/news/2004/12/mil-041203-dod01.htm. |
| PX385 | MG Rick Lynch, press briefing, U.S. Department of Defense, July 6, 2007, https://www.c-span.org/video/?199709-1/operations-iraq# (emphasis added). |
| PX528 | United Nations Security Council Consolidated List (February 28, 2003) (Ansar al-Islam) |
| PX643 | Frederick W. Kagan, Kimberly Kagan, & Danielle Petka, "Iranian Influence in the Levant, Iraq, and Afghanistan," pp. 17, 22, 26, Institute for the Study War, (2008) |
| PX715 | Bill Roggio, "Iran and al Qaeda in Iraq," The Long War Journal, January 6, 2007 (noting that "Iranian involvement in Iraq with the Sunni terrorists has been an open secret in military and intelligence circles since the Fallujah uprising in March of 2004. Iranian mines and weapons were funneled to Zarqawi's terrorists in Fallujah and elsewhere throughout Sunni dominated Anbar province."). |
| PX716 | Angel Rabasa et al., "The Transition in Al-Anbar, Iraq," in From Insurgency to Stability: Volume II: Insights from Selected Case Studies (Santa Monica: RAND Corporation, 2011), p. 175. |
| PX717 | Patrick B. Johnston et al., Foundations of the Islamic State: Management, Money, and Terror in Iraq, 2005-2010 (RAND Corporation: Santa Monica, 2016), pp. 20, 39. |

| | |
|---|---|
| PX720 | Richard Brennan, Jr., Charles P. Reis, Larry Hanauer, Ben Connable, Terrence K. Kelly, et al., Ending the U.S. War in Iraq (Santa Monica, CA: RAND National Defense Research Institute, 2013) (available at https://www.rand.org/pubs/research_reports/RR232.html). |
| PX721 | Bill Roggio, "Rare Photo Surfaces of Top Al Qaeda Leaders Inside Iran," FDD's Long War Journal (September 2, 2022). |
| PX812 | Video and Transcript of Interview with Haj Abu Mahdi al-Muhandis (March 1, 2017) |
| PX890 | MNC-I BUA February 2007, Intelligence Highlights.  FOIA Request, CENTCOM.  Declassified by MG Michael X. Garrett, USCENTCOM Chief of Staff. |
| PX900 | "Chapter Five: Anbar: Insurgency Grows, Strengthens, Elections (2005)" in Study of the Insurgency in Anbar Province, Iraq (June 13, 2007), https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf |
| PX901 | "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)" in Study of the Insurgency in Anbar Province, Iraq (June 13, 2007), https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf |
| PX937 | Insurgent Group Profile: Al Qaeda in Iraq (AQI), published May 2, 2007, MCFI Study A (Working Paper); declassified by USCENTCOM Chief of Staff, MG Michael X. Garrett, 201505, FOIA Release |
| PX981 | "Corps Shaping Operation ISO Operations River Blitz and River Bridge," https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/index.cfm, p. 13 |
| PX982 | "Operation River Blitz," https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/index.cfm/, pp. 2, 15. |
| PX983 | "CIOC Special Analysis Paper – The Changing Nature of the Fight in Iraq," Multi-National Force – Iraq Combined Intelligence Operations Center, April 30, 2006. |
| PX985 | "MNC-I BUA Intel Daily Slides – Feb 07," Multi-National Corps – Iraq, p. 123. |
| PX986 | SEALED - National Ground Intelligence Center, Iraq Team/IED Group; DoD Prod. DTRA_00000139 - 00000140. |
| PX987 | SEALED - Counter IED Operations Integration Center, Flow of Iranian Munitions Analysis in MND-B and C, Information Cutoff Date: 12 April 2008. DTRA00000038 - 00000084. |
| PX988 | SEALED - TEDAC Toolmark Match Confirmation, dated March 19, 2007, produced by DOD, Bates No. DTRA_00000296-00000318 |
| PX989 | SEALED - s_21._1cd_ace_daily_intsum_08_sep_04_CLEAR, 1st Cavalry Division Daily Intelligence Summary (INTSUM), 8 September 2004, page 3  USCENTCOM FOIA #00000562 |
| PX990 | SEALED - 1st Cavalry Division Daily Intelligence Summary (INTSUM), 8 September 2004,  USCENTCOM FOIA #00000562 (s_22._1CD_ACE_Daily_INTSUM_23_September_04_CLEAR) |
| PX991 | REDACTED/UNDER SEAL s_690_soldiers_and_29_Officers_who_remained_at_Camp_SPARR |
| PX992 | UNDER SEAL Iranian Rocket and Smuggling Routes in Baghdad |

| | |
|---|---|
| PX993 | CJTF EOD Storyboard, WIT Report, CEXC 22776-08 RE M.Owen (USCENTCOM FOIA# 18-0432) |
| PX994 | EOD Storyboard EOD Storyboard RE G.VonLetkemann VBC (04 2014C Apr 08 IDF Attack) |
| PX995 | Taylor Prazynski I MEF Situation Report (I MEF Sit Rep (November 9, 2004) CENTCOM FOIA 2018-010939 Nolte_Combined_Docs_U_18PGS_SANITIZED_CLEAR) |
| PX1000 | REDACTED/SEALED Expert Report & Declaration of Dr. Daveed Gartenstein-Ross (Bellwether Attack Group Attributions) |
| PX1002 | REDACTED/SEALED Professional Background, Expertise and Methodology Expert Report of Col. M. Lee Walters (U.S. Army, ret.), CW4 Ronald Evans (U.S. Army, ret.), & CW3 David Sultzer (U.S. Army, ret.) |
| PX1003 | REDACTED/SEALED Expert Report & Declaration of Michael Pregent |
| PX1100 | 04-04-2004 Ops Report, s_17_MDR_22-0052_Attack_CLEAR, FISHBECK_CENTCOM_00000097-100 |
| PX1101 | U.S. Central Command Background Briefing (April 5, 2004), |
| PX1102 | U.S. Dept. of Defense Coalition Provisional Authority Briefing (April 5, 2004), |
| PX1103 | U.S. Dept. of Defense Coalition Provisional Authority Briefing (April 13, 2004), |
| PX1105 | REDACTED - Declaration of PFC Peter Nana Yaw Baah, A Company, 2nd Battalion, 5th Cavalry Regiment, 1st Cavalry Division, United States Army |
| PX1106 | REDACTED - Declaration of Franklyn Lee Doss, B Company, 2nd Battalion, 5th Cavalry Regiment, 1st Cavalry Division, United States Army |
| PX1107 | REDACTED - Declaration of Salvador Beltran-Soto, A Company, 2nd Battalion, 5th Cavalry Regiment, 1st Cavalry Division, United States Army |
| PX1108 | REDACTED - Declaration of Alexander Rodriguez Bryant, C Company, 2nd Battalion, 5th Cavalry Regiment, 1st Cavalry Division, United States Army |
| PX1109 | REDACTED - Declaration of Anthony John Ferris, C Company, 2nd Battalion, 5th Cavalry Regiment, 1st Cavalry Division, United States Army |
| PX1200 | 11-14-2004 Ops Report, s_21_MDR_22-0052_Attack_CLEAR, FISHBECK_CENTCOM_00000114-117 |
| PX1201 | Press Release-DoD News_ DoD Identifies Marine Casualties 2004.11.16 |
| PX1202 | REDACTED - Declaration of Randy B. Lake, 2nd Platoon, India Company, 3rd Battalion, 1st Marine Regiment, 1st Marine Division, United States Marine Corps. |

| | |
|---|---|
| PX1203 | REDACTED - Declaration of Shane Kevin Housmans, 2nd Platoon, India Company, 3rd Battalion, 1st Marine Regiment, 1st Marine Division, United States Marine Corps. |
| PX1204 | REDACTED - Declaration of Joe Sanchez Jr, 2nd Platoon, India Company, 3rd Battalion, 1st Marine Regiment, 1st Marine Division, United States Marine Corps. |
| PX1205 | REDACTED - Declaration of Samuel Williams, 2nd Platoon, India Company, 3rd Battalion, 1st Marine Regiment, 1st Marine Division, United States Marine Corps. |
| PX1206 | REDACTED - Personal Award Recommendation – Silver Star, Dale A. Burger, Jr (Jan. 23, 2006), Statements of LT Jared W. Burgess and LCPL Sammie D. Jackson, Fis_BurgerD_MR_00000139-46. |
| PX1219 | REDACTED - Letters of Administration-Dale Burger, Jr. (Aug. 1, 2018), Fis_BurgerD_E_00000001 |
| PX1223 | SEALED - Form DD 1300-Rpt. of Casualty (Nov. 14, 2004), Fis_Client_MR_00000158 |
| PX1224 | REDACTED - Form DD 2064- Cert. of Death Overseas (Nov. 14, 2004), Fis_BurgerD_MR_00000168 |
| PX1227 | REDACTED - Silver Star Award – Dale Burger, Military Times, Fis_BurgerD_CR_00000023-24 |
| PX1251 | SEALED - Expert Report & Declaration of Dr. Rael Strous, MD - Evaluation of Shane Kevin Housmans |
| PX1300 | 01-26-2005 Ops Report, s_22_MDR_22-0052_CLEAR, FISHBECK_CENTCOM_00000118-121. |
| PX1301 | OperationsSIGACT_E6E1A265-C682-4F48-B4C1-90B650DDBD64_SANITIZED_CLEAR |
| PX1305 | REDACTED - Declaration of Juan Martinez Rubio, 4th Platoon, Small Craft Company, Headquarters Battalion, United States Marine Corps. |
| PX1306 | REDACTED - Declaration of Andrew Howard Rothman, Bravo Company, 1st Battalion, 7th Infantry Regiment, 1st Marine Division, United States Marine Corps. |
| PX1307 | REDACTED - Declaration of Harry 'Butch' Dreany, 2nd Platoon, Charlie Company, 4th Combat Engineer Battalion, Division, United States Marine Corps Reserve. |

| | |
|---|---|
| PX1308 | REDACTED - Certificate/Letter of Qualification-Jonathan William Bowling (Sep. 20, 2018), Fis_BowlingJ_E_00000003. |
| PX1310 | SEALED - Bowling, Jonathan - Casualty Report Jan. 26, 2005 |
| PX1314 | REDACTED - Purple Heart (Jan. 26, 2005), Fis_BowlingJ_MR_00000074. |
| PX1316 | SEALED - Final Autopsy Report, Bowling, Jonathan William (Jan. 29, 2005), Fis_BowlingJ_AFMES_0000002–4. |
| PX1317 | SEALED - Final Autopsy Report, Photo of Bullets (Jan.29, 2005), Fis_BowlingJ_AFMES_00000053. |
| PX1319 | REDACTED - Purple Heart (Jan. 26, 2005), Fis_RothmanA_CP_00000102. |
| PX1401 | DoD Press Release RE Attack, Fis_JaureguiJ_R_00000006 |
| PX1402 | REDACTED - Declaration of John S. Fant, 2nd Battalion Field Artillery Regiment, 2nd Brigade Combat Team, 2nd Infantry Division, United States Army. |
| PX1403 | REDACTED - Declaration of Todd M. Jacobus, Iowa Army National Guard, 224th Engineer Battalion, United States Army. |
| PX1404 | REDACTED - Declaration of Mark Crull, Iowa Army National Guard, 224th Engineer Battalion, United States Army |
| PX1405 | REDACTED - Declaration of Jose M. Jauregui, A Battery, 2nd Battalion, 17th Field Artillery Regiment, 2nd Brigade Combat Team, 2nd Infantry Division, United States Army |
| PX1418 | REDACTED - Grant of Administration of Estate, Tromaine K. Toy, Sr. (Mar. 28, 2019), Fis_ToyT_E_00000006-9 |
| PX1420 | SEALED - DD Form 1300-Rpt. of Casualty (Apr. 16, 2005), Fis_ToyT_CP_0000001 |
| PX1421 | REDACTED - Statement of Service (Apr. 25, 2005), Fis_ToyT_MR_00000004, |
| PX1422 | REDACTED - Purple Heart (Apr. 16, 2005), Fis_ToyT_VA_00000004 |
| PX1427 | SEALED - Final Autopsy Rpt.-TOY, Tromaine K. (Jun 26, 2005), Fis_ToyT_AFMES_00000001–3 |
| PX1428 | REDACTED - Letters of Authority for Personal Representative, Randy L. Stevens (Sept. 4, 2018), Fis_StevenR_E_00000002-3. |

| PX1430 | SEALED - DD Form 1300- Rpt. of Casualty, Fis_StevensR_CP_00000014 |
| --- | --- |
| PX1433 | REDACTED - Purple Heart (Apr. 16, 2005), Fis_StevensR_MR_00000019. |
| PX1435 | REDACTED - Bronze Star (Apr. 16, 2005), Fis_StevensR_MR_00000021. |
| PX1439 | SEALED - Final Autopsy Rpt., Stevens, Randy (Jun. 14, 2005), Fis_StevensR_AFMES_00000001-5. |
| PX1440 | SEALED - Addendum to Autopsy Rpt., Stevens, Randy (Sep. 22, 2020), Fis_StevensR_AFMES_00000006. |
| PX1443 | REDACTED - Order on Petition for Declaratory Judgment, Robert W. Briggs (May 7, 2019), Fis_BriggsR_E_00000013-14. |
| PX1445 | SEALED - DD Form 1300-Rpt. of Casualty (Jun. 28, 2011), Fis_BriggsR_MR_00000075. |
| PX1446 | REDACTED - State of Iowa-Cert. of Death (Jun. 28, 2011), Fis_BriggsR_CP_00000001. |
| PX1450 | REDACTED - Purple Heart (Apr. 16, 2005), Fis_BriggsR_CP_00000033. |
| PX1458 | SEALED -Report of Autopsy, Robert W. Briggs (Jun. 30, 2011), Fis_BriggsR_PP_00000001–17. |
| PX1469 | SEALED - Declaration of Michelle L. Briggs |
| PX1500 | REDACTED 04-09-2008 Ops Report, s_38_MDR_22-0052_Attack_CLEAR, FISHBECK_CENTCOM_00000207-212 |
| PX1501 | REDACTED - Declaration of Brian Boisselle, Staff Sergeant, Explosive Ordinance Disposal Team, 332nd Expeditionary Wing, United States Air Force- Fis_CapraA_CR_00000020-26 |
| PX1502 | REDACTED - Letters of Administration, Anthony Louis Capra (Oct. 28, 2019), Fis_CapraA_E_00000007 |
| PX1504 | SEALED - DD Form 1300-Rpt. of Casualty (Apr. 9, 2008), Fis_CapraA_MR_00000051 |
| PX1505 | REDACTED - DD Form 2064-Cert. of Death (Apr. 9, 2008),Fis_CapraA_MR_00000012-13 |

| PX1509 | REDACTED - Bronze Star Medal, First Oak Leaf Cluster-Posthumous (Apr. 9, 2008), Fis_CapraA_MR_00000163 |
|---|---|
| PX1511 | REDACTED - Bronze Star (Aug. 2005–Mar. 2006), Fis_CapraA_MR_00000164 |
| PX1514 | SEALED - Casualty Report (Detailed)(Apr. 9, 2008), Fis_CapraA_MR_00000033-34 |
| PX1515 | SEALED - Final Autopsy Report (Apr. 19, 2008), Fis_CapraA-AFMES_00000001-6 |
| PX1600 | CIDNE Ops Report number CDLNO 20370093.  USCENTCOM FOIA #22-0054 28 Apr 2022 |
| PX1601 | REDACTED Declaration of John S. Spiszer (2-19-2005) with Exhibits A-F (4-21-2022) redacted, Fis_CoyJ_CR_00000001-00000029 |
| PX1603 | REDACTED Malson, Adam M., DD FORM 1300, Report of Casualty, Department of the Army_redacted, Fis_MalsonA_MR_00000002 |
| PX1605 | REDACTED Malson, Adam M., Purple Heart Award & Announcement 23 February 2005_redacted, Fis_MalsonA_MR_00000009, Fis_MalsonA_MR_00000018 |
| PX1606 | REDACTED Malson, Adam M., Bronze Star Award & Announcement 23 February 2005_redacted, Fis_MalsonA_MR_00000040, Fis_MalsonA_MR_00000013 |
| PX1610 | REDACTED Malson, Adam, Armed Forces Medical Examiner Final Autopsy Report 7 March 2005_redacted, Fis_MalsonA_AFMES_00000001-00000003 |
| PX1612 | REDACTED Declaration of Joshua D. Coy (2-19-2005) with Exhibits A-D (8-17-2022) redacted, Fis_CoyJ_CP_00000183-00000196 |
| PX1615 | REDACTED Coy, Joshua D., Purple Heart Award & Announcement 2 March 2005_redacted, Fis_CoyJ_MR_00000144-00000145 |
| PX1620 | Report and Declaration of Experts Col. M. Lee Walters (U.S. Army, ret.), CW4 Ronald Evans (U.S. Army, ret.), & CW3 David Sultzer (U.S. Army, ret.), Regarding February 19, 2005 Attack in Kadhimiya |
| PX1700 | CIDNE Ops Report number 2006-260-170201-0280. USCENTCOM FOIA #22-0054, 29 Apr 2022 |
| PX1701 | REDACTED Declaration of Endi Herrera (9-17-2006) with Exhibits A-C (8-22-2022) redacted, Fis_HerreraE_CP_00000130-00000139 |
| PX1704 | REDACTED Herrera, Endi C., Purple Heart Award and Orders 7 October 2006_redacted, Fis_HerreraE_MR_00000031-Fis_HerreraE_MR_00000032 |

| | |
|---|---|
| PX1705 | Report and Declaration of Experts Col. M. Lee Walters (U.S. Army, ret.), CW4 Ronald Evans (U.S. Army, ret.), & CW3 David Sultzer (U.S. Army, ret.), Regarding September 17, 2006 EFP Attack in Adhamiya District |
| PX1800 | CIDNE Ops Report number 20070222225838SLB4446098980. USCENTCOM FOIA #22-0054, |
| PX1801 | MNF-W Story Board. USCENTCOM FOIA #18-0837, 19 Feb 2019 |
| PX1802 | REDACTED Casualty Report for Hager, Joshua, Ryan. Dated Friday, February 23, 2007_redacted, Fis_HagerJ_MR_00000007. |
| PX1803 | Declaration of Charles P. Ferry |
| PX1804 | REDACTED Executed Declaration of Raleigh Heekin (2-22-2007) with Exhibits A-E (8-25-2022) redacted, Fis_HeekinR_CP_00000100- 00000117 |
| PX1806 | REDACTED Hager, Joshua R. Certificate of Death Overseas_redacted, Fis_HagerJ_MR_00000008-00000009 |
| PX1809 | REDACTED Hager, Joshua Purple Heart Award and Order 22 Feb 2007_redacted, Fis_HagerJ_MR_00000049-00000050 |
| PX1812 | REDACTED Hager, Joshua Armed Forces Medical Examiner Autopsy Examination Report_redacted, Fis_HagerJ_AFMES_00000001-00000004 |
| PX1815 | Heekin, Raleigh Purple Heart Award 22 Feb 2007 |
| PX1822 | Report and Declaration of Experts Col. M. Lee Walters (U.S. Army, ret.), CW4 Ronald Evans (U.S. Army, ret.), & CW3 David Sultzer (U.S. Army, ret.), Regarding February 22, 2007 Complex IED Attack in East Ramadi |
| PX1900 | REDACTED CIDNE Ops Report, Tracking Number: 20080323164038SMB4936091420. (ENEMY ACTION) INDIRECT FIRE RPT (Rocket) JASG-C IZ BDOC: 2 CF WIA 4 CIV WIA. 11 Mar 2022_redacted, FISHBECK CENTCOM_00000041 |
| PX1901 | REDACTED CIDNE IDF Report. Tracking Number: IDF-20080323164038SMB4499885993. Attack(s) on CF on FOB. 11 Mar 2022_redacted, FISHBECK CENTCOM_00000038. |
| PX1907 | REDACTED Declaration of Philip Trimble (3-23-2008) with Exhibit A (8-23-2022)_redacted, Fis_TrimbleP_CP_00001711-00000230 |
| PX1908 | Declaration of Witness Jeffrey W. Arleque |
| PX1909 | Report and Declaration of Experts Col. M. Lee Walters (U.S. Army, ret.), CW4 Ronald Evans (U.S. Army, ret.), & CW3 David Sultzer (U.S. Army, ret.), Regarding March 23, 2008 Attack on Green Zone (Baghdad) |
| PX2000 | REDACTED MNC-I Ops Report, Tracking Number: 20080421145438SLD61944732, "(EXPLOSIVE HAZARD" IED EXPLOSION RPT (Underbelly IED) 5/D/1-327: 2 CF KIA 2 CF WIA 2 CIV KIA 1 CIV WIA 4 UE DET." 23 Feb 2022_redacted, FISHBECK CENTCOM_00000195-00000200 |
| PX2001 | Declaration of Michael C. Behenna with Exhibits A-C |
| PX2004 | REDACTED DD Form 1300, Report of Casualty, SPC Kohlhaas, Adam, Job, Fis_KohlhaasA_CP_000001, 9 May 2008_redacted, Fis_KohlhaasA_CP_00000001 |
| PX2005 | REDACTED Kohlhaas, Adam Certificate of Death Overseas_redacted, Fis_KohlhaasA_CP_00000073-00000074 |
| PX2007 | REDACTED Kohlhaas, Adam, Purple Heart Award and Orders 22 April 2008_redacted, Fis_KohlhaasA_CP_00000066, Fis_KohlhaasA_CP_00000068 |

| PX2008 | REDACTED Kohlhaas, Adam, Bronze Star Award and Orders 22 April 2008_redacted, Fis_KohlhaasA_CP_00000067, Fis_KohlhaasA_CP_00000069 |
|---|---|
| PX2015 | Report and Declaration of Experts Col. M. Lee Walters (U.S. Army, ret.), CW4 Ronald Evans (U.S. Army, ret.), & CW3 David Sultzer (U.S. Army, ret.), Regarding April 21, 2008 Attack in Salah ad Din Province |
| PX2102 | REDACTED Declaration of Steve Nunez, Jr. |
| PX2103 | REDACTED Declaration of Roman Moran |
| PX2106 | Operation Forward Together intelligence briefing 22 May 2006 |
| PX2107 | Ops Report for 5 April 2005 |
| PX2202 | REDACTED Declaration of Brian L. Jenkins |
| PX2203 | Declaration of Nicholas Siewert |
| PX2204 | REDACTED Declaration of John Francis Prazynski |
| PX2205 | REDACTED/UNDER SEAL Taylor Prazynski DD Form 1300 Report of Casualty |
| PX2206 | REDACTED/UNDER SEAL Taylor Prazynski Final Autopsy Examination Report |
| PX2207 | REDACTED/UNDER SEAL Dept. Of the Navy Certificate of Death - T. Prazynski |
| PX2208 | Purple Heart awarded to Taylor Prazynski |
| PX2209 | Ops Report for 9 May 2005 |
| PX2303 | REDACTED Declaration of Paul Eric Hanes |
| PX2304 | REDACTED Declaration of Avion Jamahal Sherman |
| PX2307 | REDACTED Ops Report - Jun 04 2006 |
| PX2312 | Photograph of blast seat following 4 June 2006 attack |
| PX2313 | Photograph of evidence recovered from investigation into 4 June 2006 attack |
| PX2314 | Sketch of scene of 4 June 2006 attack |
| PX2403 | REDACTED Declaration of Larry Diaz Cabral, Jr. |
| PX2404 | REDACTED Declaration of Robert Lee McCormick |
| PX2405 | REDACTED Declaration of Richard Brumfield |
| PX2406 | REDACTED Sworn Statement by John Yoder |
| PX2407 | REDACTED Sworn Statement by Lee Andrew Brinker |
| PX2413 | IED Report - Nov 14 2006 |
| PX2414 | REDACTED/ UNDER SEAL - Report and Declaration of Dr. Rael Strous regarding Robert McCormick |
| PX2504 | REDACTED Declaration of Joel Tavera |
| PX2505 | REDACTED Declaration of Christopher Lloyd |
| PX2506 | REDACTED Declaration of Kevin Brian Lombardo |