UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,**<br><br>Defendants | Civil Action No. 1:18-cv-2248-CRC |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ADMIT CERTAIN EXHIBITS AS EVIDENCE AND TO ADMIT EXPERT REPORTS BEFORE TRIAL**

Upon consideration of Plaintiffs' Motion to Admit Certain Exhibits as Evidence and to Admit Expert Reports Before Trial and the evidence attached thereto, the Court hereby GRANTS said motion.

**SO ORDERED**.


Dated: _____               _____
                                            Hon. Christopher R. Cooper
                                            United States District Judge