# PX12

**Expert Report & Declaration**

**DR. TERENCE M. KEANE, PH.D.**

*Estate of Christopher Brook Fishbeck, et al.,*
*v.*
*Islamic Republic of Iran, et al.*

**Case No. 1:18-cv-02248-CRC**

PX12

## TABLE OF CONTENTS

I.      INTRODUCTION ........................................................................... 1
II.     PROFESSIONAL BACKGROUND & EXPERIENCE ....................................... 1
III.    SCOPE OF REPORT.................................................................... 3
IV.     POSTTRUAMATIC STRESS DISORDER ............................................... 3
        A. PTSD Diagnostic Criteria ...................................................... 4
        B. History of PTSD ................................................................ 5
        C. Prevalence of PTSD in Civilians.............................................. 6
        D. Prevalence of PTSD in Veterans.............................................. 6
        E. Prevalence of PTSD in Victims of Terrorism................................ 8
        F. Risk Factors for PTSD ........................................................ 9
        G. Comorbid Psychological Conditions (Comorbidity) ...................... 10
        H. Blast Injuries and Mild Traumatic Brain Injury ........................ 13
        I.  Treatment Resistant PTSD in Polytrauma Veterans Surviving Improvised
            Explosive Device (IED) Attacks ........................................... 15
V.      ASSESSMENT OF PTSD ............................................................ 15
        A. Clinician-Administered PTSD Scale for DSM-5........................... 16
        B. PTSD Checklist for DSM-5 .................................................. 16
        C. Primary Care PTSD Screen for DSM-5 ................................... 16
        D. Diagnostic Assessment of PTSD ........................................... 16
        E. Natural History, Course and Prognosis:.................................. 20
        F. Delayed Onset of PTSD..................................................... 20
        G. The Treatment of Military Types of PTSD............................... 21
            1. Prolonged Exposure Therapy ......................................... 22
            2. Cognitive Processing Therapy ....................................... 23
            3. Cognitive Behavioral Conjoint Therapy ............................ 25
            4. Written Exposure Therapy ........................................... 25
            5. Medications and Devices for the Treatment of PTSD ............. 26
VI.     ACUTE STRESS DISORDER ....................................................... 26
VII.    MILITARY VETERAN SUICIDE................................................... 27
VIII.   PSYCHOLOGICAL IMPACT OF COMBAT & TERRORISM TRAUMA TO
        INDIRECT VICTIMS & FAMILY MEMBERS .................................... 28
IX.     SUMMARY & CONCLUSIONS.................................................... 29
        REFERENCES ...................................................................... 31

PX12

# INDEX OF ACRONYMS

| Acronym | Full Term |
|---------|-----------|
| APA | American Psychiatric Association |
| ASD | Acute Stress Disorder |
| CAPS-5 | Clinician-Administered PTSD Scale for DSM-5 |
| CBCT | Cognitive-Behavioral Conjoint Therapy |
| CG | Complicated Grief |
| CPT | Cognitive Processing Therapy |
| CSR | Combat Stress Reaction |
| DOD | Department of Defense |
| DSM-5 | Diagnostic and Statistical Manual of Mental Disorders, 5th Edition |
| EFP | Explosively Formed Penetrator |
| IED | Improvised Explosive Device |
| IOM | Institute of Medicine |
| irTMS | Image-guided, robotically delivered transcranial magnetic stimulation |
| LEC-5 | Life Events Checklist for DSM-5 |
| M-PTSD | Mississippi Scale for Combat-Related PTSD |
| mTBI | Mild TBI |
| NCS-R | National Comorbidity Survey Replication Study |
| NVVRS | National Vietnam Veterans Readjustment Study |
| OEF | Operation Enduring Freedom |
| OIF | Operation Iraqi Freedom |
| PCL-5 | PTSD Checklist for DSM-5 |
| PC-PTSD-5 | Primary Care PTSD Screen for DSM-5 |
| PCT | Present Centered Therapy |
| PDS-5 | Posttraumatic Diagnostic Scale for DSM-5 |
| PE | Prolonged Exposure |
| PSSI-5 | PTSD Symptom Scale Interview for DSM-5 |
| PTSD | Posttraumatic Stress Disorder |
| SAMHSA | Substance Abuse Mental Health Services Administration |
| SCI | Spinal Cord Injury |
| SCID-5 | Structured Clinical Interview of DSM-5 Diagnoses |
| SLESQ | Stressful Life Events Screening Questionnaire |
| TBI | Traumatic Brain Injury |
| TLEQ | Traumatic Life Events Questionnaire |
| TRACTS | Translational Research Center for TBI and Stress |
| VA | Veterans Affairs |
| WET | Written Exposure Therapy |

PX12

I, Terence M. Keane, Ph.D. declare under penalty of perjury that the following is true and correct:

## I.   INTRODUCTION

This report has been prepared at the request of Counsel for Plaintiffs in this matter. The purpose of this report is to provide a general overview of mental and physical injuries commonly resulting from traumatic violent events, such as terrorist attacks and combat, including the diagnosis, treatment and sequelae of such injuries. This report is intended to assist the Court and parties in this matter in understanding the injuries suffered by certain Plaintiffs and to assist in the assessment of the cause, severity and necessary treatments for these injuries.

To prepare this report I have reviewed the operative Complaint in this case, the applicable diagnostic criteria in the American Psychiatric Association ("APA"), Diagnostic and Statistical Manual of Mental Disorders, 5th Edition ("DSM-5"), and the materials reflected in the references list appended to this report. I have also relied upon my extensive training and experience in the study, treatment and scholarship of Posttraumatic Stress Disorder and its associated comorbid conditions, as well as my years of treating and working with veterans and victims of traumatic combat and terrorism events.

I am being compensated $750 an hour for my work on this matter, regardless of the outcome of the litigation or substance of my opinions. I have no prior or current professional or personal connection with any of the parties in these cases precluding my ability to provide impartial testimony herein.

## II.   PROFESSIONAL BACKGROUND & EXPERIENCE

I am a Clinical Psychologist with a doctoral degree from Binghamton University of the State University of New York and Residency Training at the University of Mississippi Medical Center/Jackson Veterans Affairs ("VA") Residency Training Program. For the past thirty-two years, I have served as the Director of the Behavioral Science Division of the U.S. Department of Veterans Affairs National Center for Posttraumatic Stress Disorder ("PTSD"). I am also Professor of Psychiatry and Clinical Psychology at Boston University where I am Assistant Dean for Research in the School of Medicine. Prior to these appointments, I served as the Chief of Psychology at the VA in Boston and, prior to that, as Chief of Psychology at the VA in Jackson, Mississippi. During my time at the VA in 1978, in Jackson, I started one of the very first treatment programs expressly designed to care for members of the military who suffered combat-related PTSD.  As the recipient of one of the first grants on PTSD in the VA system in 1980, my group published some of the earliest papers on psychological trauma while characterizing the disorder. We also established empirically based measures of assessment, theoretical models for understanding the condition, and establishing the basis for what are today the most well-established treatments for PTSD in the scientific literature (i.e., cognitive behavioral treatments, especially Exposure Therapy). From

1

PX12

1986-1990, I served as Chair of the VA's Oversight Committee while the National Vietnam Veterans Readjustment Study was conducted under contract with the Research Triangle Institute. This study was the first demonstration that the Vietnam War had significant untoward effects on those American Veterans and these effects lasted some fifteen years after the conclusion of that war.

All told, I have spent my career of forty-three years studying PTSD in the context of improving our understanding of the prevalence and scope of this disorder, our ability to accurately assess it, and our capacity to provide evidence-based treatments to veterans. Much of this work led to improvements in our understanding, assessment, and treatment for civilians (i.e., non-veterans) who suffer the adverse effects of psychological trauma, PTSD, and related conditions.

I have published fifteen edited volumes and over four hundred articles and chapters on the assessment and treatment of PTSD. I have also delivered more than seven hundred Grand Rounds, colloquia, lectures, workshops, seminars, symposia, and poster presentations virtually all addressing issues germane to PTSD and its associated comorbid psychological condition during my professional career. I have served as a consultant to national governments across the world on topics related to war trauma and lectured to professional audiences on virtually all continents.

For the past 41 years the VA, the National Institutes of Health, Department of Defense, and Substance Abuse Mental Health Services Administration ("SAMHSA") have continuously supported my program of research on psychological trauma. In recognition of my contributions to opening the field of PTSD to scientific inquiry, I have received two honorary doctorates from Binghamton University (State University of New York) and William James College in Newton, MA. I have also received the Lifetime Achievement Award (2004) and the Robert Laufer Award for Outstanding Scientific Achievement (1996) from ISTSS, a J. William Fulbright Senior Scholarship (1993-1994), the Outstanding Researcher in Behavior Therapy Award from the Association for Behavioral and Cognitive Therapy (2004), the Outstanding Research Contributions Award (2000) and the Distinguished Service Award (2002) from the American Psychological Association, Outstanding Research Contributions (2013) from the Society for Clinical Psychology (APA) and the Weisband Distinguished Alumnus Award (1998) from Binghamton University (SUNY) where I received my doctorate in Clinical Psychology in 1978. In 2015, I received the John Blair Barnwell Award for Outstanding Contributions in Clinical Science from the Veterans Health Administration. The latter is the highest award from the Department of Veterans Affairs for career contributions in clinical science across all clinical disciplines.

In addition, during the course of my career I served as the President of the following professional organizations:

1. International Society of Traumatic Stress Studies;
2. Society of Clinical Psychology (APA);
3. Anxiety and Depression Association of America;

PX12

    4.   Division of Trauma Psychology (APA);
    5.   Association of VA Psychology Leaders; and
    6.   American Psychological Foundation.

I am a Fellow of the American Psychological Association and the Association for Psychological Science. I have consulted, lectured, and conducted workshops internationally on topics related to psychological trauma. My current work and interests are in the development of a national VA registry of PTSD patients and the construction of an internet-based treatment program to assist in the readjustment of returning war veterans with post-deployment behavioral health problems.

A complete and current copy of my *Curriculum Vitae* is attached for review.

## III.    SCOPE OF REPORT

This report discusses PTSD, Acute Stress Disorder ("ASD"), Traumatic Brain Injury ("TBI") and other psychological/brain-related injuries, and provides a summary of my anticipated expert testimony on the nature of these disorders generally, including their underlying psychological and biological bases, symptomatology, diagnostic criteria, courses, complications (including risk for medical and neurological conditions), and risks for premature mortality. I also provide information on evidence-based treatments for PTSD, including: Exposure Therapy and Cognitive Processing Therapy, as well as complementary medicine and medical device approaches. If asked to testify, I will also provide expert testimony on the particularized nature of traumatic stressors confronted by soldiers on the battlefield, special challenges faced by veterans with the aforementioned (and related) disorders, and unique hardships encountered by veterans and their family members. While this report contains my expert opinions on these issues that I presently hold to a reasonable degree of medical certainty, I will supplement or update these opinions if it becomes necessary as the science and study of the issues discussed herein evolve and progress.

## IV.    POSTTRUAMATIC STRESS DISORDER

PTSD is a trauma and stress-related disorder, (DSM-5) defined bythe co-occurrence of re-experiencing, avoidance, negative beliefs and hyperarousal symptoms in survivors of extreme stress exposure. PTSD commonly occurs following exposure to multiple kinds of traumaticevents, including combat exposure, terrorism, and witnessing death and severe injury. Unlike other mental disorders, the diagnosis of PTSD dependson relating current symptoms to specific traumatic life experiences.

In the current diagnostic nomenclature of the DSM-5, PTSD is the development of characteristic symptoms following personal exposure, witnessing, or even indirect exposure to one or more traumatic events. The clinical presentation is variable as there are multiple iterations of the twenty symptoms that define PTSD and some individuals preferentially express some symptoms rather than others. Threat and fear-related emotions predominate in some individuals. These include re-experiencing the traumatic

3

PX12

event, emotional, physiological, and behavioral reactions to triggers. In other individuals, anhedonia, dysphoria, negative cognitions or insomnia predominate. For these reasons, PTSD is often considered both an anxiety and a depressive condition, as many people manifest symptoms of each condition. When PTSD and Major Depressive Disorder are concurrently measured in survivors of traumatic events, each appears frequently and both commonly occur in the same individual. This is considered a high rate of comorbidity.

## A.  PTSD Diagnostic Criteria

DSM-5 separates PTSD symptoms into four categories referred to as diagnostic criteria: re-experiencing, avoidance, negative cognitions, and hyperarousal. To satisfy diagnostic criteria for PTSD following trauma exposure, an individual must express a minimum number of symptoms in each category.

The first requirement, referred to as **Criterion A**, involves exposure to actual or threatened death, serious injury, or sexual violence in one or more of the following ways: directly experiencing the event, witnessing the event as it occurs to others, learning that the event occurred to a close family member or close friend, or experiencing repeated or extreme exposure to aversive details of the event.

**Criterion B** involves the presence of one or more of the following intrusion symptoms associated with the event: recurrent involuntary distressing memories, recurrent, distressing dreams, dissociative flashbacks in which the individual feels or acts as if the traumatic event is recurring, intense or prolonged psychological distress at exposure to reminders, and marked physiological reactions to internal or external cues.

**Criterion C** involves persistent avoidance of reminders of the event, as experienced by one or both of the following: avoidance or efforts to avoid distressing memories, thoughts or feelings, and avoidance or efforts to avoid people, places, activities and other reminders.

**Criterion D** constitutes negative alterations in cognitions and mood associated with the traumatic event as evidenced by two or more of the following: inability to remember an important aspect of the event, persistent and exaggerated negative beliefs about oneself, others or the world, persistent distorted cognitions about the cause or consequence of the event, persistent negative emotional states including fear, horror, and guilt or shame, loss of interest or participation in significant activities, feelings of detachment or estrangement from others, and persistent inability to experience positive emotions.

**Criterion E** consists of marked alterations in arousal and reactivity as evidenced by two or more of the following: irritable behavior and angry outbursts, reckless or self-destructive behavior, hypervigilance, exaggerated startle responses, concentration difficulties and the range of possible sleep disturbances.

To meet DSM-5 diagnostic criteria for PTSD, in addition to exposure to one or more traumatic stressors (such as a terrorist attack) and meeting criteria for re-

4

experiencing, avoidance, negative cognitions and hyperarousal, the duration of the disturbance must be greater than one month. The disturbance must also cause clinically significant distress or impairment in functioning, and the disturbance cannot be attributable to the physiological effects of a substance (e.g., medication or alcohol) or another medical condition.

## B.  History of PTSD

Clinical conditions resembling PTSD appeared in the earliest writings in Western civilization. Homer's Iliad and Odyssey capture the emotional impact of the Trojan Wars on the personalities of those involved in the fighting. Recent writings by Jonathan Shay, MD, PhD reflect on these ancient writings as they pertained to Vietnam Veterans and the emotional toll of that war on those involved in it (Shay, 1991). The concept of 'berserk' described in the Iliad resembled the emotional reactions of those involved in Vietnam. These effects lasted throughout their time in the war zone and for decades subsequently. ASD is the initial phase of these emotional reactions and, if not managed effectively, can lead to the development of PTSD, the more long-term course related to exposure to traumatic life events.

Traumatized war fighters in the American Civil War were described by Da Costa and others as "trembling, staring into the middle distance, and jumping at any odd noise." (Da Costa & Medes, January 1871).  This condition was then known as "Soldier's Heart" or "Da Costa's Syndrome." Surgeon John Erichsen characterized psychological trauma in the 18th Century as "Railway Spine" suggesting that survivors of disastrous train wrecks who expressed long term psychological suffering sustained physical injuries resulting in high levels of anxiety and physiological reactivity. (Keller & Chappell 1996). World War I trench warfare survivors were labeled with shell-shock and war neurosis, the first suggesting the possibility of a Traumatic Brain Injury associated with nearby explosions and the second, a psychological disorder. The term "combat fatigue" utilized by the United States Army during World War II includes irritability, fatigue, insomnia, startle reactivity, depression, tremors, concentration difficulties and mental confusion, preoccupation with combat experiences, nightmares of battle, phobias, personality changes and increased alcoholism. All of these denominations reflected on both the short term and the longer-term reactions to the traumatic life events common in their respective times.

The third edition of the APA DSM (1980) responded to considerable input from multiple stakeholders in the post-World War II environment. The Vietnam Veterans represented one important set of stakeholders who, with considerable professional support, impressed upon the APA to include a disorder that characterized the suffering of many of their comrades. Survivors of the Concentration Camps in Europe represented another important set of stakeholders whose suffering was not captured by the existing psychiatric conditions represented in the DSM. A third and important set of stakeholders were those who had experienced rape and sexual assault. In the mid-1970's Ann Burgess and her colleagues studied the impact of rape and coined the term "Rape Trauma Syndrome", a clear predecessor to PTSD in the classification nomenclature. In the DSM-

5

IV (1994), the range of traumatic stressors was expanded to include road traffic accidents and natural disasters, which emphasized combat exposure and sexual assault.

### C.  Prevalence of PTSD in Civilians

Exposure to a traumatic event is common, with estimates of lifetime traumatic exposure in the United States ranging from 50-89%. Studies by Naomi Breslau (The Detroit Area Study) suggested that rates of trauma exposure reached 40% in their cohort with fully 25% of those exposed eventually developing PTSD (Breslau, Davis, Andreski, & Peterson, 1991). The most common traumatic events experienced by civilians include physical or sexual assault, accidents or fires, and natural disasters. The National Comorbidity Survey Replication ("NCS-R") study surveyed a nationally representative sample of 9,283 Americans age 18 years and older (Kessler, Sonnega, Bromet, Hughes, & Nelson, 1995). The estimated lifetime prevalence of PTSD among adult Americans was 6.8%. Current past year PTSD prevalence was estimated in this study to be 3.5%. Lifetime prevalence of PTSD among men was 3.6% and among women was 9.7%. The one year prevalence was 1.8% among men and 5.2% among women.

### D.  Prevalence of PTSD in Veterans

While PTSD occurs in about 7% of the adult civilian population after exposure to a significant traumatic event, it occurs in approximately 14% of veterans. Combat-related PTSD occurs as a result of exposure to military combat or other traumas experienced during military deployments. The rate of combat-related PTSD is about double the rate in civilians (14%) for active- duty military personnel and veterans who have deployed to a combat theater of operations.  Prior to the terrorist attacks on the United States on September 11, 2001, most research on PTSD had been conducted with civilian and veteran populations and there was a striking absence of clinical trials conducted in active-duty military populations with combat-related PTSD. The number of well-controlled clinical studies on survivors of terrorist attacks is quite low (Durodié & Wainwright, 2018). The need for such studies is critical because although there are many similarities in the assessment and treatment of PTSD in civilian, veteran, military, and terrorist exposed samples, each may represent important and distinct sub-populations of those with PTSD. Although there are several case studies in the literature and studies on generic PTSD that included (but did not get analyzed separately) terrorist survivors represent a distinct population with specific characteristics and needs. In the early and mid-2000s, it was unclear whether methods and treatments developed for civilians would successfully translate to those personnel exposed to combat in warzones, whether they be active-duty military or civilians.

Exceptions to this broad conclusion are a series of studies conducted following the terrorist attacks on the United States on September 11, 2001. In the New England Journal of Medicine, Galea, Ahern, Resnick, Kilpatrick, Bucuvalas, Gold, and Vlahov (2002) published a study of PTSD and Depression among denizens of Manhattan, suggesting that 7.5% reported sufficient symptoms to reach criteria for PTSD and another 9.7% reached criteria for depression. For those subjects who lived below Canal Street in

New York, the prevalence of PTSD reached as high as 20%. All of these figures were dramatically higher than what would have been predicted and represented a major public mental health challenge to that region of the country.

Holman, Silver, Poulin, et al., (2008) took advantage of a health survey conducted prior to 9/11 and readministered it again some two weeks after the terrorist attacks and resurveyed the same group three years later. They found that the stress of these terrorist attacks resulted in physical health consequences for those most directly affected. In particular, they found a 53% increase in cardiovascular ailments and related cardiac problems (as diagnosed by their physicians and reported to the surveyors). Hypertension, in particular, was found to be elevated among the sample studied three years following the 9/11 terrorist attacks suggesting that the stress and trauma of exposure to these terrorist attacks possessed both psychological and physical health related consequences.

A particularly important epidemiological study of the impact of the trauma of war was the National Vietnam Veterans Readjustment Study ("NVVRS"), conducted between 1986 and 1988. It assessed a representative sample of every man and woman who served in the Vietnam War. The lifetime prevalence of PTSD among those veterans was 30.9% for men and 26.9% for women. Fifteen years after the war had ended current rates of PTSD were 15.2% for male and 8.1% for female Vietnam veterans. The 25-year follow-up of this study completed in 2013, assessing the course of PTSD 40 years after the Vietnam War, found estimated current rates of PTSD to be 4.5%, 10.8% for current full and partial PTSD, and 17% for lifetime PTSD of those veterans alive 40 years after the war. Comorbid Major Depression was found among a third of veterans with current and sub-threshold PTSD. Strikingly, over the past 25 years, 16% of Vietnam veterans reported a greater than 20 point increase and only 7.6% reported a greater than 20 point decrease in PTSD symptoms. In addition, the Rand Corporation (Tanielian & Jaycox, 2008) conducted a household telephone survey of a representative sample of all men and women who have served in Iraq and Afghanistan and estimated the prevalence rate of PTSD to be 15.8%. Extrapolated across the population of Americans who served in these wars, these percentages represent large numbers of cases of PTSD, much of it remaining years after service.

Lee, et al., (2020) were interested in understanding trajectories for combat related PTSD among US troops serving in Operation Enduring Freedom ("OEF") and/or Operation Iraqi Freedom ("OIF") and receiving services through the Veterans Health Administration. In this study, they assessed participants at four time points over approximately 4.5 years (M = 55.11 months, SD = 6.89). Participants (N = 1,649) with and without probable PTSD were sampled at a 3:1 ratio, and male and female veterans were sampled at a 1:1 ratio to fully explore the heterogeneity of PTSD symptom course and the effect of sex on symptom course. The index trauma occurred a mean of 10.80 years prior to study participation (SD = 9.13). There were five distinct symptom trajectories: Asymptomatic (2.30%), Mild (8.85%), Subthreshold (21.42%), Threshold (17.50%), and Severe (49.94%). No classes were characterized by substantial symptom improvement. Racial minority status, Army branch of service, those who reported greater trauma exposure, less social support, greater alcohol abuse, and those receiving benefits

7

PX12

for PTSD-related disabilities were more likely to belong to more severe trajectory groups. These results among American combatants suggest that PTSD symptoms among OEF/OIF veterans are heterogeneous in severity and change over time. The absence of any classes characterized by PTSD symptom recovery in this study emphasizes the urgent need for improved methods for alleviating symptoms in this population. This is the first study of its type among survivors of warzone related PTSD.

Green, et al., (2016) studied the effect of enemy combat tactics in relation to PTSD on male and female soldiers who experienced combat in OIF. This study found that male veterans who deployed to Iraq during "the Insurgency Phase" of the mission (July 2004 – December 2006) were more likely to suffer from PTSD than veterans who served during other phases. The Insurgency Phase involved a time in which enemy combatants' use of asymmetric or guerilla-style tactics, which included hiding amongst the civilian population, ambushes, booby traps, suicide bombs, and improvised explosive devices – tactics germane to this case.

Although these studies in military veterans who experienced warzone trauma represent different populations than non-military civilians exposed to terrorism, the importance of this work for terrorism survivors should be clear. Most work done across the world in the area of trauma exposure is among those exposed to warzones, however, terrorism shares many characteristics in common with warzone combat. Additionally, U.S. military forces have been used for the last two decades in regions and for missions intended to address the global problem of terrorism, which results in their exposure to traumatic situations arising from confronting non-conventional hostile forces and exposes soldiers to the uniquely violent and indiscriminate methods used by terrorists. (Green, et al., 2016).[1]

### E.  Prevalence of PTSD in Victims of Terrorism

The study of PTSD in terrorism victims has until recently been limited, but has seen a substantial upturn as the phenomenon of terrorism has become more prevalent in the world over the last 25 years. There is no single definition of terrorism in medical literature. In general terms, it is defined as an act of violence that is used to further a political goal by instilling fear into the public. In 2019, there were over 8,300 terrorist attacks worldwide with about 25,000 fatalities from terrorism (Rigutto, et al., 2021). Fortunately, most terrorist attacks involve small numbers of victims. However, the very nature of terrorism makes it challenging to research, and occasionally results in case studies specific to a particular attack. The series of attacks on September 11, 2001, and other mass casualty terror attacks (e.g. London (Rubin & Wessely, 2013; Rubin, et al., 2005)  and Madrid bombings (Muñoz, et al., 2005), Japanese Sarin attacks (Hoffman, et

---

[1] The scientific literature focusing on PTSD generally distinguishes combat-related exposure from mass casualty or catastrophic events, such as the 9/11 terrorist attacks. Differing cohorts of terrorism victims are discussed across the literature including direct victims, indirect victims, first-responders, and others usually defined by their proximity to and/or role during or after a specific terrorism event. My discussion of PTSD here tracks with this semantic distinction in the literature, understanding that the terms "war," "combat," and "terrorism" may have specific legal definitions or meaning that are beyond the scope of this report and my expertise in the diagnosis and treatment of PTSD and its related comorbid conditions.

PX12

al., 2007), Norway's July 22 attacks (Thoresen, et al., 2012), Boston Marathon bombings (Miller, et al., 2013), the 28/11 attacks in Mumbai (Balasinorwala, et al., (2009), and others) have provided the majority of studies considering the short and long term physical and psychological trauma to both direct and indirect victims (De Cauwer & Somville, 2018).

Terrorism, and the intent behind such qualifying acts, makes the identification and intervention of pathological disorders more difficult. In trying to define the mental health outcomes of terrorism, researchers have generally conducted surveys in which they inquire about expectable emotional reactions. These include difficulties in sleeping and concentrating, irritability, nightmares, distressing thoughts about the event, or distress at reminders of the event (Schuster, et al., 2001), that is, symptoms suggestive of PTSD. In the immediate aftermath of terrorism, most people will exhibit these symptoms. The question becomes whether having even an abundance of such symptoms at a time when most persons seem to (understandably) have them constitutes, let alone predicts, pathology (Yehuda, et al., 2005).

Rigutto, et al., (2021) recently conducted a thoroughly literature review of PTSD and terrorism studies, finding that across the eligible literature, in direct survivors, the prevalence of PTSD has been found to be around 30%. It reaches approximately 39% in the first 6 months, and slowly decreases to about 22% after 1 year. The prevalence of PTSD without any comorbidities in survivors was found to be about 4.1%, even 14–15 years after the attack. In traditional relief workers, such as first responders and rescue workers, prevalence for PTSD is lower in the first 3 years, and slowly climbs up to 10%, peaking approximately 5–6 years post-attack. In non-traditional relief workers, such as volunteer workers, rates of PTSD are much higher, climbing to 21.9%. The prevalence is about 23% in relatives or close friends of victims who were injured or killed in terrorist attacks.

### F.  Risk Factors for PTSD

In Western countries, the established risk factors for PTSD include female gender, age at trauma, race, lower education, childhood abuse, global severity of trauma exposure, number of traumatic events to which one is exposed, poor social support and current life stressors. Several additional studies identified prior trauma, prior psychological adjustment difficulties, family history of psychiatric disorders, greater perceived life threat during trauma exposure, greater emotional distress during exposure, greater dissociation during exposure and lower post-exposure social support. For combat-related PTSD, risk factors include lower age and education at the time of entering into military service, non-officer ranks, Army service, combat specialization, higher numbers of deployments, longer cumulative length of deployments, shorter dwell times between deployments, more adverse life events, prior trauma exposure and prior psychological problems. Aspects of the warzone experience also constitute risk factors, including higher levels of combat exposure, discharging a weapon, witnessing someone being wounded or killed, and deployment-related stressors. Killing enemy combatants, prisoners of war and civilians also increases the risk of PTSD. Recent research has also implicated genetic

PX12

risks, with polygenetic risk scores accounting for 20%-40% of the risk of developing PTSD (Logue, Smith, Baldwin, et al., 2015).

In the terrorism-related literature, according to Rugutto, et al., pre-attack risk factors to developing PTSD include being a woman, being of Asian or Hispanic decent (in the American context), having been exposed to a previous terror attack, experiencing a traumatic event in childhood or adulthood, having low social and educational status and having pre-existing psychiatric comorbidities (Bowler, et al., 2016; Fekih-Romdhane, et al., 2017;  Goodwin, et al., 2017; North, et al., 2018; Bowler, et al., 2017; Garfin, et al., 2020; & Kung, et al., 2018). One study found that a genetic polymorphism of the serotonin transporter [5-HTT (5-hydroxy tryptamine)] gene) may have led to higher rates of PTSD post-9/11 (Olsson, et al., 2015). Personality characteristics associated with PTSD include negative affectivity, detachment and psychoticism, as well as less perceived self-efficacy (Waszczuk, et al., 2018; & Adams, et al., 2019). In first responders, having only basic life-saving training versus more intermediate or advanced training, was found to be a risk factor for PTSD (De Stefano, et al., 2018). During the terrorist attack, the main predictors for developing PTSD are level of exposure (Schwarzer, et al., 2016; & Lowell, et al., 2018), including experiencing high perceived threat and having witnessed a life-threatening injury (Heir, et al., 2016; & Essizoglu, et al., 2017). Higher perceived threat is a predictor for developing PTSD even in individuals who did not directly witness the attacks (Verger, et al., 2004; & Heir, et al., 2016). Following the terrorist attack, having low social supports, comorbid depression, anxiety and alcohol use have been shown to be risk factors for developing PTSD (Bowler, et al, 2016; & Fekih-Romdhane, et al., 2017). Suffering a physical injury secondary to the terrorist attack, regardless of the severity of the injury, is one of the biggest predictors of developing severe PTSD (Skogstad, et al., 2015; & Verger, et al., 2004)).

### G.  Comorbid Psychological Conditions (Comorbidity)

Comorbidities are defined as psychological/psychiatric disorders, dysfunction or disability persisting or arising at an interval following exposure to a traumatic life event such as terrorism or combat.  Comorbidity studies suggest that PTSD rarely occurs alone, but rather is often accompanied by Major Depression, other anxiety disorders, and Substance Abuse, particularly alcohol abuse. PTSD is a specific response to exposure to traumatic events, but it is not the only possible response to such events. Depression, anxiety disorders such as Panic Disorder, Phobic Disorders, and Generalized Anxiety Disorder also occur following exposure to traumatic events. These conditions can appear alone, in conjunction with PTSD, or following the development of PTSD. Occasionally a transient or a more permanent psychotic condition, for instance schizophrenia or bipolar disorder, can occur following exposure to combat. In the past, dissociative disorders and somatoform disorders were also observed following exposure to combat or terrorism. Simon, et al., (2018) found that exposure to the loss of a fellow service member is associated with complicated grief ("CG") amongst service members and veterans with combat-related PTSD. Further, the presence of CG was associated with more severe PTSD, guilt, and lifetime suicide attempts, as well as poorer function. Thus, PTSD is only one of the many conditions intended to cover the broad band of psychiatric

PX12

conditions that are known to follow exposure to traumatic life events such as combat and terrorism. The important distinction between combat and terrorism is that, in the main, those subject to terrorism are civilians and do not have training in combat and they are not typically able to protect themselves from the attacks. This, inevitably, leads to a sense of helplessness in the face of the terrorist attack.  Studies from Israel, where terrorism is commonplace compared to other developed nations, Zahava Solomon and her colleagues found high rates of PTSD and depression among civilians and especially those people directly involved in a terrorist attack or who had a family member who was (Bleich, Gelkopf, and Solomon (2003); and Bleich, Melamed, and Solomon (2006)). Stein, Levin, Gelkopf, Tangir, and Solomon (2018) found high rates of both PTSD and depression in those directly exposed to terrorism secondary to the Intifada attacks. As with American war veterans, these Israeli civilians suffered high rates of psychiatric comorbidity (in particular PTSD and Depression) secondary to exposure to the terrorist events.

The distinction between illness and disorder is not considered particularly pertinent to the issues involved in this case. Most extant classification schemes (i.e., the Diagnostic and Statistical Manual of the American Psychiatric Association or the World Health Organization's International Classification of Disease) involving abnormal behavior refer to disorders rather than illness. Illness often connotes the presence of a biologically driven condition while disorder connotes a condition whereby behavioral and biological components are present, and they interact with one another in systematic ways. The important issue when using any classification scheme across the world is the extent to which an individual is disabled by his/her condition. One can have a psychiatric condition and be mildly, moderately, or severely disabled by that condition. Thus, the distinction between an illness and a disorder appears moot.

Key figures in mental health across the world in the 1980s recognized the need to do more for people exposed to traumatic events. In those years, there were at least two streams of thought about the emergence of PTSD or related comorbidities. Some thought that psychiatric comorbidities were related to the intensity (e.g., frequency and duration) of the traumatic life event (a well-recognized principle internationally). While others assert that psychiatric conditions are a function of pre-existing vulnerabilities, the empirical scientific literature on this point is quite clear. The major contributing factor to the development of PTSD and related conditions is the level, duration, and intensity of the traumatic events. From the standpoint of the more chronic PTSD, a similar prediction equation applies. The variable that most strongly predicts the development of chronic posttraumatic disorders following trauma exposure is the intensity of the traumatic experiences themselves. This is undoubtedly the case for terrorism, as it is for most other classes of traumatic life events, though there isn't specific enough data available on terrorism *per se*

Combat-related PTSD in service members differs from PTSD in other populations. As compared to most civilian populations, considerable research suggests that combat-related PTSD in service members and veterans is more difficult to treat and results in a smaller percentage of patients achieving significant reductions in symptoms. In addition, the types of traumatic events experienced in combat scenarios are often

11

**PX12**

different than for civilians and the frequency, intensity, and duration of trauma exposure are often greater. Yet, for those exposed to terrorism, the similarities to warzone stressors are strikingly similar. It would not be surprising if the course or duration of the disorder following exposure to terrorism would reflect what we observe in military veterans.

Traumatic life events, and in particular terrorist attacks, can lead to the development of PTSD and depression at high rates. It is especially true for those most directly affected by the terrorist attacks and their families. These are well documented in both representative epidemiological studies as well as in clinical studies. The high rates of comorbidity found among those who are trauma exposed suggests that there is considerable psychiatric morbidity among those who are exposed to traumatic stressors and develop PTSD. These concurrent disorders include: Major Depressive Disorder, Substance Abuse (both alcohol use disorder and drug use disorders), as well as other mood and anxiety disorders. It is not uncommon for a person who is seeking help for PTSD to express symptoms sufficient to meet diagnostic criteria for four or more disorders. Comorbidity among PTSD patients is the rule rather than the exception.

In terms of physical health consequences of trauma exposure and PTSD, the clinical picture is similarly complicated. As a function of PTSD and the mood and stress components associated with it, many different physical health problems emerge. Cardiovascular health problems, to include hypertension, are prominent among people with PTSD. There is emerging evidence that metabolic disorder also is common among people with PTSD and this can lead to the development of the disabling disease of diabetes. People with PTSD also are inclined to smoke and to drink at elevated rates as a direct function of developing PTSD. Each of these behavioral problems, driven or exacerbated by the development of PTSD, possesses its own set of physical health problems over time to include cardiovascular disease, pulmonary disease, cancer, etc. The Adverse Childhood Experiences study conducted by Felitti, et al., (1998) within the Kaiser-Permanente Health Care System suggested that exposure to traumatic events during childhood led directly (in the statistical sense) to the development of these disease conditions over the lifetime.

In conclusion, when PTSD develops in trauma exposed patients it is fraught with the development of a wide range of both psychiatric and physical health problems. Evidence also suggests that behavioral health disorders such as Substance Abuse (i.e., smoking, drinking, and drug use) problems follow the development of PTSD in high rates. These behavioral problems are associated with the onset or exacerbation of a wide range of physical health problems. Unhealthy lifestyle patterns (to include a lack of physical exercise) are also associated with the development of PTSD and this, too, contributes to the pronounced prevalence of medical diseases and disorders (Whitworth, Scioli, Keane, & Marx, presently in press).

PX12

### H.  Blast Injuries and Mild Traumatic Brain Injury

**Definition:** TBI is classified in DSM-5 as either an open or closed head injury as a result of direct blows to the head or indirect effects of percussive shockwaves. At the time of injury, there may be brief or sustained loss of consciousness. However, loss of consciousness is not a required condition for the diagnosis of TBI, as individuals who experience a head injury may remain conscious but report an altered state of mind at the time including feeling dazed or confused. Post-concussive symptoms lasting days to weeks following closed head injuries can include headaches, sensitivity to bright lights and loud sounds, word retrieval problems, sleep difficulties, feeling in a fog, greater emotionality and irritability, lowered threshold to anger, anxiety, mood alteration, nausea and vomiting, balance problems, dizziness, blurry or double vision, fatigue or low energy, drowsiness, and difficulties with attention, concentration, and immediate memory.

In some individuals, post-concussive symptoms persist for months to years following closed head injury. Mild TBI has been called the signature wound of the Iraq and Afghanistan Wars, with upwards of 20% of those serving reporting blast exposure and mild TBI (Wisco, et al., 2014).

**Diagnostic Criteria:** Major or Mild Neurocognitive Disorder related to TBI is caused by a direct impact to the head, or other mechanisms of rapid movement of the brain within the skull (i.e., secondary to a blast).  TBI is defined as brain trauma with specific characteristics that include at least one of the following: loss of consciousness, posttraumatic amnesia, which may be for events prior to or after the closed head injury, disorientation, and in some instances neurological signs, including seizure disorder, visual field deficits, auditory problems (i.e., tinnitus), loss of a sense of smell (anosmia) and paralysis. To be attributable to TBI, the Neurocognitive Disorder must present either immediately after the head injury occurs or immediately after the individual recovers consciousness after the injury and persist past the acute post-injury period.

The cognitive features of Mild Neurocognitive Disorder following head injury are variable and include difficulties with memory, attention, planning and decision making (i.e., executive functioning), disturbances in social judgment, and more broadly social/interpersonal skills. Associated features include irritability, lower frustration threshold, anger or rage attacks, tension and anxiety, and emotion dysregulation. Physical disturbances include headache, fatigue, sleep disorders, dizziness or vertigo, ringing in the ears (tinnitus), heightened sensation including photosensitivity and sensitivity to sounds, and reduced tolerance to psychotropic medications.

**Developmental Course:** The severity of the TBI is rated at the time of injury or initial assessment following injury as mild, moderate or severe. In mild TBI ("mTBI"), loss of consciousness is less than 30 minutes, amnesia following closed head injury is less than 24 hours, and disorientation and confusion at the time of initial assessment is limited with Glasgow Coma Scale scores varying from 13 to 15. Moderate TBI includes those cases of head injury with loss of consciousness between 30 minutes and 24 hours, posttraumatic

13

PX12

amnesia between 24 hours and 7 days, and Glasgow Coma Scale scores between 9 and 12. In cases of severe TBI, loss of consciousness is greater than 24 hours, posttraumatic amnesia greater than 7 days, and Glasgow Coma Scale scores between 3 and 8.

The severity rating of the TBI, that is mild, moderate or severe, does not always correspond to the severity of the resulting Neurocognitive Disorder. The course of recovery from TBI is variable, depending on specifics of the injury, but it also depends on other factors including age, prior history of brain damage, and prior history of substance abuse.

Neurocognitive symptoms associated with mTBI tend to resolve within days to weeks after the injury, with most individuals experiencing remission of symptoms by the 3-month juncture. Co-occurring symptoms, including depression, irritability, fatigue, headache, photosensitivity, balance problems, difficulty multitasking, word retrieval problems, and sleep disturbances also tend to resolve in the weeks and months following mild TBI. However, notably a minority of individuals, including head injured combat veterans develop chronic persistent symptoms of post-concussive syndrome that do not resolve with time.

Repeated mTBI, as is common in a warzone, may be associated with persisting neurocognitive disturbances. In cases of moderate and severe TBI, there may be associated seizures, photosensitivity, aggression, sleep disturbances, depression, fatigue, apathy, inability to resume social and occupational functioning at preinjury levels, and adverse impact on one's interpersonal relationships.

Moderate and severe TBI are also associated with increased risk of depression, aggression, and neurodegenerative diseases, such as Alzheimer's disease.

**Functional Consequences**: From the Translational Research Center for TBI and Stress ("TRACTS") at VA Boston, Lippa, Fonda, Fortier, Amick, Kenna, Milberg, & McGlinchey (2015) found that the combination of TBI, PTSD, and Depression led to considerable risk for high levels of psychosocial disability. These conditions co-occur with great regularity among combat veterans and others exposed to community and domestic violence. This also includes those exposed to blast exposures secondary to terrorist attacks. This triad, often occurring in temporal sequence (i.e., mTBI, PTSD, Depression) may require considerable intervention over time to mitigate the impact on psychosocial functioning.

**Comorbidity**: In both civilian and military trauma, there is extensive overlap and comorbidity between PTSD and TBI, especially mTBI. When combined with other conditions such as depression and substance abuse (common concurrent disorders), the picture for recovery and rehabilitation becomes increasingly complex.

PX12

## I.   Treatment Resistant PTSD in Polytrauma Veterans Surviving Improvised Explosive Device (IED) Attacks

As defined by the VA, Polytrauma "occurs when a person experiences injuries to multiple body parts and organ systems often, but not always, as a result of blast-related events. TBI frequently occurs in poly-trauma in combination with other disabling conditions, such as amputation, burns, spinal cord injury, auditory and visual damage, spinal cord injury ("SCI"), PTSD, and other medical conditions. Due to the severity and complexity of their injuries, Veterans and Service Members with poly-trauma require a high level of integration and coordination of clinical care and other support services."

In Iraq and Afghanistan, service members faced significant threat from improvised explosive devices ("IEDs"), suicide attacks, and roadside or vehicle-borne bombs. IEDs like the Explosively Formed Penetrator ("EFP") resulted in extraordinarily severe wounds and death. EFPs are high-grade explosive devices designed to pierce armor. The IEDs used against military and civilians in Iraq and Afghanistan proved to be devastating weapons that caused brutal physical and psychiatric injuries. Directional IEDs like EFPs frequently caused wound destruction, resulting in amputation, moderate to severe head injuries, major blood loss, disfiguring facial injuries, burns, and other organ damage. Those surviving IED attacks frequently present as complex poly-trauma cases, with multiple physical injuries, disfiguring facial and skin trauma, multiple limb amputations, and chronic pain. Not surprisingly, Substance Use Disorders, Major Depressive Disorders, and PTSD are the most challenging cases in a mental health professional's clinic.

Following the outbreak of war in Afghanistan and Iraq, patients began to be referred to Department of Defense ("DOD") and VA facilities for rehabilitation services shortly after the initiation of combat operations in Iraq in March 2003. TBI and PTSD were primary diagnoses, but were usually accompanied by additional devastating severe physical injuries. These patients are provided the best interdisciplinary care including Psychiatric, Neurological, Physiatry, and Psychological input. Although there are multiple injuries and impairments, TBI and PTSD most significantly affects the care plan. As stated earlier, when PTSD is accompanied by mTBI and Depression, the functional capacity of the patient is frequently severe. Poly-trauma cases, with physical injuries, chronic pain, disfigurement, and physical disabilities complicate recovery even further than the presence of the behavioral health triad of PTSD, mTBI, and Depression.

## V.   ASSESSMENT OF PTSD

There has been considerable progress in the assessment approaches developed for evaluating the extent to which an individual exposed to a traumatic life event develops PTSD and related comorbid psychiatric disorders. This section will provide some of the most commonly used instruments for assessing and diagnosing PTSD. The key to understanding these instruments is knowing that some tools were developed to provide a dichotomous determination (presence or absence of PTSD), while others were developed

15

PX12

to provide an assessment of the degree or the severity of symptoms (i.e., a dimensional rating).

### A.  Clinician-Administered PTSD Scale for DSM-5

The Clinician-Administered PTSD Scale for DSM-5 ("CAPS-5") is the gold-standard structured clinical diagnostic interview for assessing PTSD that was initially developed thirty years ago by members of the Behavioral Science Division of the National Center for PTSD. Updated in 2013, the CAPS-5 is a 30-item structured clinical interview designed to be administered by a trained clinical interviewer and requires about 45-60 minutes to administer. Administration of the CAPS-5 requires the initial identification of a DSM-5 Criterion A index traumatic event (e.g., a terrorist attack). It uses a 5-point ordinal rating scale to assess symptom severity of the 20 PTSD symptoms included in the DSM-5. The CAPS-5 score can range from 0-80 with higher scores representing greater symptom severity. However, a diagnosis of PTSD is made only if the individual is experiencing $\geq 1$ intrusion, $\geq 1$ avoidance, $\geq 2$ negative cognitions and mood, and $\geq 2$ arousal and reactivity symptom all at a severity rating of $\geq 2$. The CAPS-5 has strong inter-rater reliability ($N = 78$; *Cohen's kappa* = .90), and the correlation of severity scores between raters is excellent ($r = .98$).

### B.  PTSD Checklist for *DSM-5*

The PTSD Checklist for *DSM-5* (PCL-5) is a self-report measure of the 20 PTSD symptoms included in the *DSM-5*. Similar to the CAPS-5, it uses a 5-point ordinal rating scale to measure symptom severity with a range from 0-80. The PCL-5 can be scored in several ways, and interpretation should be made by a clinician. Initial research suggests that total scores between 31 and 33 on the PCL-5 are indicative of probable PTSD. A provisional diagnosis of PTSD can be made by summing each of the five DSM-5 symptoms clusters with items endorsed as a 2 (moderately) or higher and then following the DSM-5 diagnostic guidelines. The PCL-5 has excellent psychometric characteristics for screening and as a secondary indicator of PTSD symptom severity.

### C.  Primary Care PTSD Screen for *DSM-5*

The Primary Care PTSD Screen for *DSM-5* (PC-PTSD-5) is a 5-item measure to screen for PTSD symptoms, and was designed to be administered in primary care settings. The measure begins with one item to evaluate previous exposure to a potentially traumatic event. It then includes five additional yes-no items related to key PTSD symptoms. Validation studies suggest that a cut-off point of 3 on the PC-PTSD-5 is optimally sensitive for probable PTSD. Individuals who screen positive should be further evaluated with the PCL-5 or CAPS-5.

### D.  Diagnostic Assessment of PTSD

A thorough assessment for PTSD includes two main components: quantifying trauma exposure and measuring related symptoms. Trauma exposure assessment can

16

PX12

provide both a history of exposure to various traumatic events across the lifespan (e.g., childhood abuse, motor vehicle accidents, natural disasters) as well as identification of the most bothersome (i.e., index) trauma (Criterion A). Assessment of related symptoms should evaluate all other PTSD symptoms in reference to the identified index trauma. In the instance of exposure to a terrorist attack, the assessment should include an examination of all lifetime exposures to traumatic events with an emphasis on the index trauma of terrorism.

**Screening for trauma exposure:** The Life Events Checklist for *DSM-5* (LEC-5; Weathers et al., 2013a) assesses exposure to 16 potentially traumatic events. The LEC-5 has been updated from its predecessor, the *DSM-IV* correspondent LEC (Gray, Litz, Hsu, & Lombardo, 2004), to reflect the updated diagnostic criteria in *DSM-5*. On the LEC-5, respondents are asked to indicate whether they have been exposed to a variety of events including natural disasters, physical and sexual assaults, and military combat, and the nature of their exposure (*Happened to me; Witnessed it; Learned about it; Part of my job; Not sure; Doesn't apply*). In addition, an open-ended item is provided which allows respondents to self-report exposure to potentially traumatic events that may not be captured well by the provided categories.

The Traumatic Life Events Questionnaire (TLEQ; Kubany et al., 2000) is another trauma exposure screener. On the TLEQ, respondents are asked to identify the number of times they have been exposed to 22 categories of potentially traumatic events on a 7-item scale ranging from *never* to *more than 5 times*. The TLEQ has demonstrated adequate reliability and validity, and suggests similar rates of disclosure to structured interview-based measures of trauma history (Kubany et al., 2000). Strengths of the TLEQ include its ability to capture physical injuries resulting from some events, peritraumatic emotional responding to others, and the nature of the respondent's relationship with the perpetrator(s) of physical and sexual abuse or assault. In addition, this measure allows respondents to designate one event as the index trauma.

Finally, the Stressful Life Events Screening Questionnaire (SLESQ; Goodman, Corcoran, Turner, Yuan, & Green, 1998) is an alternative, brief self-report measure of lifetime trauma exposure that has demonstrated adequate psychometric properties. On this 13-item measure, respondents are asked to indicate whether they have ever been exposed to 11 types of potentially traumatic events using a binary (*yes* or *no*) format. For each event endorsed, sub-prompts probe for additional information relevant to specific trauma types (e.g., relationship to assault perpetrator, physical injuries sustained). In addition, two items allow respondents to report potentially traumatic events not captured well by the 11 provided categories. Like the TLEQ, the SLESQ has not been updated for *DSM-5*, and may capture exposure to events that would not qualify as Criterion A trauma. As such, assessors may wish to consider the nature of respondents' trauma exposure in reference to *DSM-5* criteria.

**Self-report PTSD measures:** There are several brief self-report measures that are available to assess PTSD symptoms. These measures alone should not be regarded as sufficient to determine the extent to which any individual meets the diagnostic criteria for

17

PX12

PTSD. Nonetheless, these measures have considerable utility in screening for overall symptom severity (e.g., during preliminary intake screening), providing an interim gauge of symptom change during treatment, and quantifying symptoms for research purposes.

The PTSD Checklist for *DSM-5* (PCL-5; Weathers, Litz, Keane, Palmieri, Marx, & Schnurr, 2013b) is a 20-item self-report instrument for assessment of *DSM-5* PTSD symptoms. The PCL-5 possesses strong psychometric properties in a variety of populations including active duty military (Wortmann, et al., 2016), veteran (Bovin, et al., 2016; Keane, et al., 2014), and undergraduate samples (Blevins, Weathers, Davis, Witte, & Domino, 2015), including test-retest reliability and construct validity. For the PCL-5, respondents are asked to rate the extent to which they experience each symptom on a 0-4 severity scale from *not at all* to *extremely*. A total severity score can be calculated based on the summed scores of all 20 items. Alternatively, severity within *DSM-5* symptom clusters may be calculated by summing scores within each cluster (e.g., items 1-5 for Cluster B). Correspondence with *DSM-5* diagnostic criteria can be evaluated by assessing whether responses include at least 1 B item, 1 C item, 2 D items, and 2 E items with scores of 2 (*Moderately*) or higher. Initial psychometric research suggests a PCL-5 total score of 33 can also be used to make a provisional PTSD diagnosis (Bovin, et al., 2016). Several versions of the PCL-5 are available, including versions with integrated LEC-5 to provide Criterion A assessment. Translations into other languages are ongoing and will be available on the National Center for PTSD website: www.ncptsd.va.gov.

Alternatively, the 24-item Posttraumatic Diagnostic Scale for *DSM-5* (PDS–5; Foa, et al., 2016a) may be used for brief self-report assessment of PTSD symptom severity. The PDS-5 has demonstrated strong psychometric properties across community, veteran, and undergraduate samples (Foa, et al., 2016a). The first two items of the PDS-5 assess for trauma exposure. On the first item, respondents are asked to report whether they have been exposed to one or more types of potentially traumatic events. The second item asks respondents to identify the Criterion A event. Next, respondents rate the frequency and severity of each of the 20 *DSM-5* PTSD symptoms over the past month on a 5-point scale ranging from *not at all* to *6 or more times a week/severe*. Finally, respondents rate related distress and impairment, as well as symptom onset and duration.

For self-report assessment specifically of combat trauma and related symptoms, the Mississippi Scale for Combat-Related PTSD (M-PTSD; Keane, Caddell, & Taylor, 1988) may be particularly useful. The M-PTSD is a 35-item self-report measure which asks participants to endorse the extent to which they experience a variety of symptoms on a 5-point scale ranging from *not at all true* to *extremely true*. In addition to assessing PTSD-specific symptoms, the M-PTSD captures depression, suicide risk, substance use, and other commonly co-occurring symptoms in combat veterans. To calculate a score reflecting overall symptom severity, several items are reverse-scored and all items are then summed into a total score. The M-PTSD has demonstrated strong psychometric properties including validity and reliability (Keane, et al., 1988; Marmar, et al., 2015; & Sloan, Arsenault, Hilsenroth, & Harvill, 1995). A civilian version of the M-PTSD is also

18

PX12

available for use in assessing symptoms related to non-combat trauma (Lauterbach, Vrana, King, & King, 1997).

**Clinician-administered PTSD measures:** When diagnosing PTSD most clinicians recommend use of a clinician-administered measure to determine DSM-5 PTSD diagnostic status and to guide treatment planning. There are three such instruments in the scientific literature:   the Clinician-Administered PTSD Scale for DSM-5 (CAPS-5; Weathers, et al. 2013c), the PTSD Symptom Scale Interview for DSM-5 (PSSI-5; Foa, et al. 2016b), and the PTSD module within the Structured Clinical Interview of DSM-5 Diagnoses ("SCID-5;" First, Williams, Karg, & Spitzer, 2015).

The CAPS-5, broadly regarded as the 'gold standard' for PTSD assessment, is a structured interview comprised of 30 items that provide comprehensive assessment of all DSM-5 PTSD criteria. In addition to the 20 DSM-5 PTSD symptoms, the CAPS-5 provides a measure of the onset and duration of symptoms, impact of symptoms on functioning, level of subjective distress, overall PTSD severity, and response validity. In addition, the CAPS-5 was recently updated to include assessment of the dissociative subtype of PTSD. The interview takes approximately 45-60 minutes to administer. Although it was developed to be administered by clinicians with working knowledge of PTSD, it can also be administered effectively by paraprofessionals with appropriate training.

To score the CAPS-5, assessors integrate the information obtained about symptom intensity and frequency, and rate each symptom on a 5-point rating scale from *0 = absent to 4 = extreme/incapacitating.* These ratings can be used to calculate both continuous and binary (*present/absent*) ratings for individual symptoms and overall disorder severity, and to determine presence vs. absence of the diagnosis according to DSM-5 criteria. Initial psychometric research indicates that the CAPS-5 has strong construct validity as well as strong agreement with a self-report measure of PTSD (Weathers et al., in press). We recommend using the CAPS-5 whenever possible in order to provide the most thorough and comprehensive assessment of PTSD symptoms and related impairment, particularly in contexts where the assessment will be utilized to inform treatment planning.

The PSSI-5 is a 24-item, semi-structured clinical interview for assessment of DSM-5 PTSD criteria. Like the CAPS-5, the PSSI-5 provides both a continuous total score reflecting overall symptom severity as well as a binary score to indicate diagnostic status. This instrument requires less time to administer compared to the CAPS-5, and provides less nuanced information about each symptom. For example, the PSSI-5 does not include separate assessments for symptom intensity and frequency, and does not include additional indices of response validity, change from a previous assessment, or dissociative symptoms. As such, this instrument may be useful in contexts where determination of diagnostic status is the primary goal, and minimizing burden on assessors and respondents is a high priority. In early psychometric research, the PSSI-5 has shown strong test-retest reliability, construct validity (including agreement with the CAPS-5), and internal consistency.

PX12

A final interview-based assessment option is the PTSD module of the SCID-5 (First, et al., 2015), a widely used structured clinical interview for assessment of DSM-5 disorders. The PTSD module briefly probes exposure to several categories of potentially traumatic events and identification of an index trauma. Respondents who do not endorse exposure to a Criterion A trauma 'screen out' of the module and the PTSD assessment is discontinued. If a Criterion A trauma is endorsed, each of the 20 DSM-5 PTSD symptoms are probed individually and interviewees' responses are scored on a 3-point rating scale: *1 – absent or false, 2 – subthreshold, 3 – threshold or true*. Symptoms rated '*threshold or true*' are counted toward diagnosis. Additional ratings are made of distress and impairment related to PTSD symptoms. While the SCID-5 PTSD module is relatively brief and is sufficient for diagnosis, it does not provide nuanced information about PTSD symptoms. For example, it does not separately assess frequency and intensity of each symptom, and does not capture trauma exposure outside the Criterion A trauma. Another substantial limitation of the SCID-5 is that, unlike the other two clinician-administered measures described above, it cannot be scored to provide a continuous total score reflecting overall symptom severity.

Each of these diagnostic measures merit serious consideration when diagnosing PTSD in clinical, research, and forensic circumstances. All possess strong psychometric properties and represent the best of psychometric science in their development.

### E.  Natural History, Course and Prognosis:

Immediately following trauma exposure, most survivors experience shock, nightmares and repetitive thoughts about the incident. This is typically termed as ASD (*see* discussion below). The vast majority recover gradually over time with the support of family and friends. Most of those who recover do so without professional assistance by mental health professionals. In the case of rape victims, rates of PTSD declined at one, three and six months after the assault to 63.3%, 45.9% and 41.7%, respectively. Among combat veterans, approximately 25% develop PTSD and among those who do develop PTSD, approximately one-third of them develop a chronic form of the disorder lasting decades to a lifetime. Up to 25% of combat veterans experience a delayed onset form of PTSD months to years after combat exposure. Studies such as the National Vietnam Veterans Longitudinal Study (Marmar, et al., 2015) and that of Lee, et al., (2020) in OEF-OIF veterans document that for many people the course of their symptoms is decades or more.

### F.  Delayed Onset of PTSD

Once considered controversial, the concept of delayed onset of PTSD is now widely accepted in the psychiatric literature. While the precise mechanisms for such a delay are not well understood, it is viewed to be a function of an increased burden of daily stressors. Those stressors may include aging and health decline, the occurrence of other life-threatening experiences, and low levels of social support as time passes from the index traumatic event (often a function of the social isolation that people with PTSD

PX12

experience). Importantly, those people with symptoms of PTSD, those who exhibit partial PTSD, and those with frank PTSD who are successfully treated can, when exposed to other life stressors, begin to experience PTSD to the index event once again. These observations in the clinical literature suggest the need for continued monitoring of all those exposed, the possibility for the need for intermittent, ongoing psychological and psychiatric treatment, and the real chance for a lifetime of distress secondary to the exposure to a traumatic life event such as terrorism.

### G.  The Treatment of Military Types of PTSD

Prior to the funding of a major consortium by the DOD in 2008, no clinical trials existed to evaluate any form of treatment for combat-related PTSD in active duty military forces. Precious few randomized trials for PTSD treatment in veterans were in the published scientific literature. This consortium headed by Alan Peterson, PhD of University of Texas Health Science Center at San Antonio evaluated the published literature on the treatment of PTSD in civilian and veteran populations to help guide the initial studies of combat-related PTSD in active-duty military personnel.  The 2014 publication by the Institute of Medicine ("IOM") titled the Treatment of Posttraumatic Stress Disorder: An Assessment of the Evidence provides an excellent state-of-the science review of the research literature at the time. The IOM committee report reviewed 52 psychotherapy studies and 37 pharmacotherapy studies and concluded, "The committee finds that the evidence is sufficient to conclude the efficacy of exposure therapies in the treatment of PTSD."

Two cognitive-behavioral treatments were highlighted as the treatments with the strongest scientific support for their efficacy—Exposure Therapy and Cognitive Processing Therapy ("CPT"). As a result, PE and CPT were the two treatments identified as leading candidates to be evaluated in randomized clinical trials in active-duty military populations with combat PTSD.

Prolonged Exposure ("PE") is a cognitive behavioral therapy that includes four primary components: (1) imaginal exposure, or the repeated revisiting of the trauma memories, (2) in vivo exposure, or repeated exposure to avoided situations, (3) psychoeducation about common reactions to trauma, and (4) relaxed breathing. The standard treatment program includes ten to twelve 90-minute individual treatment sessions conducted once or twice a week.

CPT developed by Resick and Schnicke (1992) is another form of CBT that is usually delivered in 12 treatments sessions over 6 weeks each session lasting 1 hour. CPT begins with psychoeducation about PTSD symptoms and making connections between events, thoughts, and feelings. Patients write an "impact statement" in which they describe why they think the traumatic event happened and how the event has affected their view of themselves, others, and the world. Throughout CPT, irrational or distorted cognitions are identified and challenged through Socratic questioning until more helpful and accurate beliefs can replace distorted cognitions. The final five sessions of CPT focus on cognitions related to safety, trust, power, esteem, and

PX12

intimacy.

### 1. Prolonged Exposure Therapy

The first study to evaluate the efficacy of PE for the treatment of combat-related PTSD in active duty military personnel treated in garrison (i.e., at their non-deployed, home duty location) included 366 active duty U.S. Army soldiers treated at Fort Hood, in Killeen, Texas. The study was a 4-armed RCT to evaluate: (1) the standard delivery format of PE, which was referred to as Spaced PE (n = 109; 10 weekly 90-minute PE sessions); (2) a non-trauma focused active comparison condition called Present Centered Therapy (PCT; n = 107; 10 weekly 90-minute PCT sessions); (3) a compressed, daily format of PE called Massed PE (n = 110; 10 daily 90-minute PE sessions over 2 weeks); and a minimal-contact control condition (n = 40) involving brief, weekly phone calls from therapists to be used as a comparison condition for the Massed PE arm. The results demonstrated significant reductions in PTSD symptoms in all three active treatment arms. The Massed PE format had equivalent efficacy as the Spaced PE arm, although there were fewer dropouts from treatment with the Massed PE format (13.6%) as compared to the Spaced PE format (24.8%) and there were fewer adverse events with the Massed PE format (25.3%) as compared to the Spaced PE format (54.1%). These results provide strong support for the compressed, Massed PE treatment format for active-duty military personnel; with close coordination with military leadership, it is much easier to schedule and complete a full dose of treatment over a 2-week period as compared to weekly treatment formats that often require 3-4 months to complete.

The promising findings from the Massed PE arm of the study by Foa, McLean, and colleagues led to the funding of a Consortium to Alleviate PTSD (CAP; Peterson & Keane, Co-Principal Investigators) project to further enhance the Massed PE treatment and to compare it to an Intensive Outpatient Program based on PE (IOP PE). (Foa, McLean, Zang, et al., 2018). The CAP study randomized 234 active-duty service members and veterans to either 15 sessions of daily Massed PE or IOP PE treatment over a 3-week period. The IOP PE arm included eight enhancements to the Massed PE protocol that targeted many of the unique aspects of combat-related PTSD. The final results of this study have not yet been published, but preliminary results [39] indicate that both treatments resulted in large reductions in PTSD symptoms at the conclusion of treatment, but only those randomized to the IOP PE maintained the large treatment gains over the 6-month follow-up period. The reduction of PTSD symptoms and maintenance of treatment gains with the IOP PE arm are among the strongest treatment-outcomes to date for combat-related PTSD.

Another adaptation of the standard, weekly 90-minute outpatient format for PE was a series of STRONG STAR studies designed to adapt PE for use in military primary care clinics. The first project was a pilot study (N = 24) to develop and test an abbreviated PE protocol adapted for primary care (called PE for Primary Care) consisting of four to six 30-minute treatment sessions conducted by a behavioral health consultant embedded in an integrated primary care clinic. The results showed that PTSD severity was significantly reduced and 50% of the patients no longer met criteria for

PX12

PTSD.

The results of the pilot project were then used in a subsequent RCT in which 67 service members were randomized to receive the PE for Primary Care treatment or a minimal contact control condition followed by treatment after 6 weeks. The results indicated that the immediate treatment group had large reductions in PTSD severity as compared to the minimal contact control. Similar improvements were found in the delayed treatment group when they received the PE for Primary Care treatment and the treatment benefits persisted through the 6-month follow-up point for all participants. These finding suggest that an abbreviated version of PE delivered in integrated primary care clinics is effective for the treatment of PTSD and may help reduce barriers and stigma found in specialty care settings.

Another adaptation of the standard outpatient PE protocol was the development of a web-based version for PE to help improve accessibility of effective and efficient evidence-based treatments for PTSD. Web-PE was first compared to in-person Present-Centered Therapy in an RCT with 40 military personnel with PTSD at Fort Hood, Texas. Due to recruitment challenges in the RCT, the efficacy of the Web-PE treatment was then evaluated in an open trial with 34 service members and veterans recruited nationwide. The results of the RCT showed that both Web-PE and PCT significantly reduced interviewer-assessed and self-reported symptoms of PTSD, with no significant differences between the groups and a medium effect size for Web-PE The open trial of Web-PE showed significant reductions in self-reported PTSD symptoms with a large effect size. These results suggest that Web-PE is a potential alternative to standard, in-person PE, although the benefits in reducing PTSD symptoms are likely to be greater in patients who are specifically seeking a web-based treatment.

A significant limitation of the outpatient version of PE for the treatment of military personnel in garrison is that delivering the standard 90-minute PE sessions is difficult in many military mental health settings. To address this challenge, an RCT was conducted to evaluate the efficacy of 60-minute versus 90-minute PE sessions. The preliminary results indicate that the shorter sessions possess equal efficacy, thereby increasing the potential feasibility of using the 60-minute format in military mental health settings.

## 2. Cognitive Processing Therapy

The first study to evaluate the efficacy of CPT for the treatment of combat-related PTSD in active duty military personnel treated in garrison included 108 active duty U.S. Army soldiers treated at Fort Hood, in Killeen, Texas. The study was an RCT to compare group CPT to group Present Centered Therapy ("PCT"). Participants were randomized to attend twice weekly 90-minute group treatments of CPT or PCT. The results indicated that both treatments resulted in large reductions in both clinician-administered and self-report measures of PTSD symptoms, but the group CPT treatment resulted in larger reductions.

PX12

As a follow-on study to the group CPT versus group PCT, another RCT (N = 268) was conducted at Fort Hood to compare CPT delivered in a group format to CPT delivered in an individual format  The study was designed as a noninferiority trial and hypothesized that group CPT would function as well as individual CPT in reducing symptoms.  If proved true, group CPT would be more efficient to deliver to a larger proportion of active duty military patients with the need for fewer therapists. The results, however, did not support this hypothesis. Individual CPT was found to be significantly more effective in reducing PTSD symptoms compared to group CPT. The findings suggest that the effective treatment of PTSD with CPT requires a focus on the specific traumas and related cognitions that are unique to individual patients. However, even among those receiving individual CPT, approximately one-half still had clinically significant PTSD symptoms, indicating that additional improvements are needed for existing treatments.

To address these concerns, we conducted a study modeled after one conducted with civilians that demonstrated treatment outcomes could be improved by varying the number of CPT sessions based on patient response to treatment. The study was conducted using a nonrandomized, within group design treating 127 active duty military personnel. Patients received variable-length CPT which could end before 12 sessions or extend up to 24 sessions over 18 weeks if patient and therapist agreed a good end state had been reached (PCL-5 $\leq$ 19). The results indicated that the variable-length CPT outcomes were superior to the previous fixed-length CPT studies conducted with military personnel in proportion to diagnostic remission on the CAPS-5 (65% vs. 40%) and clinically significant symptom improvement on the PCL-5 (76% vs. 46%).

Another method to address some of the potential limitations of the standard CPT protocol is to evaluate different delivery settings for CPT. To evaluate these factors, an RCT was conducted to determine if CPT delivered face-to-face in a patient's home (In-Home CPT) or by telehealth to their home (Telehealth CPT) would result in increased acceptability, fewer dropouts, and better outcomes for service members and veterans than standard In-Office CPT. This study used an equipoise stratified randomization design in which participants could opt out of one delivery modality and still be randomized to one of the other two. The results showed that 57% of participants declined one of the treatment arms (In-Home = 30%; In-Office = 16%; Telehealth = 11%). However, dropout from treatment was lowest when therapy was delivered In-Home (21%) as compared to Telehealth (33%) and In-Office (44%).   Significant reductions in PTSD symptoms occurred across all three treatments, and a remarkable 56% of participants no longer met diagnostic criteria for PTSD at the end of treatment. Treatment outcomes were better when patients received more treatment, and improvements were considerably better when CPT was delivered In-Home or by Telehealth. An additional advantage of the Telehealth CPT is that it reduced the average patient and therapist time commitment by 50% as compared to the In-Office or In-Home treatments. CPT delivered by telehealth is also an efficient and effective treatment modality for PTSD in active duty military. This is an important scientific observation considering recent limitations to in-person care resulting from the COVID-19 pandemic.

PX12

Although CPT was designed for the treatment of PTSD (related to sexual assault), there is increasing evidence that it may also be helpful for PTSD that is comorbid with other deployment-related disorders such as posttraumatic headache and insomnia. One CAP 3-armed RCT (N = 193) compared CPT, Cognitive Behavioral Therapy for Headache, and treatment as usual for veterans and active duty service members with comorbid posttraumatic and PTSD symptoms. The results indicated that compared to treatment as usual both CPT and Cognitive Behavioral Therapy for Headache reduced PTSD symptoms on the PCL-5, but only Cognitive Behavioral Therapy for Headache reduced headache disability symptoms.

Further, one CAP study evaluated the sequencing of treatment for comorbid PTSD and insomnia in military service members and veterans (N = 94). The RCT compared (1) 18 sessions of CPT alone, (2) 12 session of CPT followed by 6 sessions of Cognitive Behavioral Therapy for Insomnia (CBT-I), or (3) 6 sessions of CBT-I followed by 12 sessions of CPT. The preliminary results [56] suggest that treatment sequencing matters and that there are greater reductions in PTSD symptoms when CPT is used first and is followed by CBT-I. Conversely, improved outcomes for insomnia occur when CBT-I is used first and followed by CPT.

### 3. Cognitive Behavioral Conjoint Therapy

Cognitive-Behavioral Conjoint Therapy ("CBCT") is a couples-based, 15-session, weekly treatment program to address both PTSD symptoms and relationship functioning developed by Fredman and Monson. Despite previous research to support the efficacy of CBCT in civilian and veteran couples, the first RCT with active duty military couples compared CBCT to PE failed to replicate previous results. One of the primary challenges in conducting CBCT with military couples was that the military work environment made it very difficult for both spouses to attend the proposed 15 treatment sessions, resulting in a high dropout rate. To address these challenges, the treatment protocol was redesigned as an abbreviated, intensive, multi-couple group version of CBCT in which the entire treatment protocol was delivered as a 2-day weekend retreat. The results of a nonrandomized clinical trial (N = 24 couples) that included an active duty service member or veteran who had previously deployed found significant reductions in both clinician-rated and self-reported PTSD symptoms as well as significant improvements in relationship satisfaction. However, the results are limited by the nonrandomized design used for this pilot project and additional research is needed comparing the abbreviated, intensive, multi-couple group version of CBCT to an active comparison intervention.

### 4. Written Exposure Therapy

Developed by Sloan and Marx, Written Exposure Therapy ("WET") promises to improve treatment efficacy for PTSD while reducing dropout rates all in a 5-session treatment. The first RCT to treat service members with military PTSD was a 2-armed noninferiority RCT (N = 170) comparing WET to CPT. The results indicated that the five session WET protocol was equally effective as the twelve session CPT protocol.

25

PX12

Importantly, dropouts from treatment were significantly less for WET (24%) as compared to CPT (45%). The results demonstrate that WET is an efficient method to treat combat-related PTSD and results in fewer dropouts from treatment and may well represent an important treatment improvement from a public health perspective (i.e., fewer sessions needed and fewer dropouts).

### 5.   Medications and Devices for the Treatment of PTSD

Although exposure-based cognitive behavioral treatments have the largest number of studies supporting the efficacy in treating PTSD, other approaches exist and are promising. One CAP study was a double-blind RCT (N = 119) comparing 20 sessions of image-guided, robotically delivered transcranial magnetic stimulation ("irTMS") to a sham TMS in service members and veterans hospitalized in a private psychiatric facility in San Antonio, Texas. The treatment was delivered to the right dorsolateral prefrontal cortex for PTSD, an area related to the neural circuitry for stress and anxiety disorders. The preliminary results indicated that there were greater PCL-5 score reductions for active irTMS than for sham at every assessment time point.

Another study conducted by the CAP studied the effects of ketamine for antidepressant-resistant PTSD in 156 service members and veterans randomized to 0.2 mg/kg ketamine, 0.5 mg/kg ketamine, or saline placebo delivered twice per week for 4 weeks. The preliminary results indicate that there were no statistically significant differences in reductions in PTSD among any of the treatment arms; however, there were significant reductions in depression with the higher dose of ketamine. More data analyses are ongoing to more fully understand the impact of ketamine treatment for combat related PTSD.

## VI.   ACUTE STRESS DISORDER

ASD is a psychological disturbance and reaction arising during or immediately following exposure to combat, terrorism or other forms of traumatic life events. It includes but is not limited to the reactions known as Combat Stress Reaction ("CSR"), Combat Fatigue, Shell Shock, and Battleshock, all terms used throughout the twentieth century to capture the immediate psychological reactions when under the threat of combat.

ASD is a mental disorder that can occur in the first month following a trauma. The symptoms that define ASD overlap with those for PTSD. One difference, though, is that a PTSD diagnosis cannot be given until symptoms have lasted for one month. Also, compared to PTSD, ASD is more likely to involve feelings such as not knowing where you are, or feeling as if you are outside of your body. While ASD is a separate psychiatric condition, it is categorized in the Traumatic Stress domain of the DSM and it is thought to predict the development of PTSD in some people.

Studies of ASD vary in terms of the tools used and the rates of ASD found. Overall, within one month of a trauma, survivors show rates of ASD ranging from 6% to

PX12

33%. Rates differ for different types of trauma. For example, survivors of accidents or disasters such as typhoons show lower rates of ASD. Survivors of violence such as robbery, assaults, and mass shootings show rates at the higher end of that range.

In a study conducted during the week following a series of terrorist attacks in Mumbai, India in November 2008, where 164 people were killed and 308 others were physically injured, ASD was found in 21 (30%) of the 70 victims assessed. Other similar studies on victims of terror attacks have found a prevalence of ASD varying from 12.5 to 47%. According to Bryant (2000), human-caused trauma has higher rates of ASD. According to Stern (1999) and Janoff-Bulman (1985), this is because the usually indiscriminate and random nature of terrorist attacks create extreme anxiety and helplessness, and destroy individuals' beliefs in their own invulnerability and in the justness of the world (Balasinorwala, 2009).

Several factors can place individuals at higher risk for developing ASD after a trauma, including:

- Having gone through other traumatic events
- Having had PTSD in the past
- Having had prior mental health problems
- Tending to have symptoms, such as not knowing who or where you are, when confronted with trauma

Patients who experience ASD are likely to develop PTSD. Research has found that over 80% of people with ASD have PTSD six months later. Not everyone with ASD will get PTSD, though. Also, those who do not get ASD can still develop PTSD later on (i.e., a delayed form). Studies indicate that a small number (4% to 13%) of survivors who do not get ASD in the first month after a trauma will get PTSD in later months or years.

## VII.    MILITARY VETERAN SUICIDE

Approximately one million people worldwide die by suicide in a given year. Those with PTSD are at elevated risk when compared to the general population. In the National Comorbidity Study in the United States, those with PTSD were six times more likely to exhibit suicidal behavior than those with any other Anxiety Disorder. The presence of PTSD predicts suicidal ideation, suicide attempts, and suicide mortality (Cooper, et al. 2020; Stanley, 2021; Stanley, et al., 2019). PTSD is one of the very few disorders in the psychiatric nomenclature that predicts the development of suicidal ideation and a suicide attempt itself. Thus, the high prevalence of PTSD, combined with the elevated prevalence of suicidal ideation and behavior among those with PTSD, combined with the rates of a fatal suicide, make the problem of suicide prominent among those who develop PTSD and those who strive to treat patients with this condition.

The linkage between PTSD and fatal suicide remains poorly understood at this time. This makes prevention of suicide in PTSD patients even more challenging. Given the nature of PTSD and its high rates of physical and psychiatric comorbidity, it remains

PX12

unclear what is ultimately responsible for the high rates of suicide. At this time, the most effective interventions for PTSD are the treatment of choice for reducing suicidal ideation, suicide attempts, and suicide itself among those who develop PTSD secondary to war trauma and terrorism.

Simon, et al., (2018) found that CG was prevalent and associated with adverse psychosocial outcomes in veterans and service members with combat-related PTSD. CG, frequently associated with the loss of a fellow soldier or battle buddy, was associated with significantly greater PTSD severity, functional impairment, trauma related guilt, and lifetime suicide attempts.

Studies (Hostetter, et al., 2019; Brenner, et al., 2011; and Campbell-Sills, et al., 2020) also show that military veterans with a history of TBI were at an increased risk of death by suicide than those without a history of TBI. In a large cohort of veterans followed after discharge from Army psychiatric services, depression and substance abuse, both conditions associated with TBI, and TBI itself, were the strongest risk factors for death by suicide (Kessler, et al., 2017). Both TBI and PTSD are associated with suicidal ideation, however, TBI confers a higher risk of death by suicide (Millner, et al., 2019). TBI poses a significant risk of death by suicide requiring long-term multidisciplinary care and intervention. The synergy between TBI, PTSD, and suicide induces extreme distress among veterans and families, and may end with devastating consequences if prevention fails.

## VIII.   PSYCHOLOGICAL IMPACT OF COMBAT & TERRORISM TRAUMA TO INDIRECT VICTIMS & FAMILY MEMBERS

Most troubling in terms of the ripple effects of terrorism and other traumatic life events is the impact of trauma and terrorism on family members. In the most profoundly troubling study of its type, Kulka, Jordan, Marmar, Fairbank and colleagues (23) (1990) reported on the findings of a nationally representative sample of 1,200 male Vietnam veterans and their spouses or co-resident partners (i.e., the National Vietnam Veterans Readjustment Study). The veteran interviews contained questions to determine the presence of PTSD in family members, and items tapping family and marital adjustment, parenting problems, and personal violence. Compared with families of male Vietnam veterans without current PTSD, families of male Vietnam veterans with chronic PTSD fifteen years after the conclusion of the war, reported markedly elevated levels of marital and family distress, deficient parenting skills, and elevated rates of domestic violence.

In a more recent study of families of Iraq and Afghanistan veterans, Steenkamp, et al., (2018) assessed 9,872 married couples representing American active duty, reserve, and National Guard troops. Couples were surveyed between 2011 and 2013, a period of high military operational activity associated with the Iraq and Afghanistan Wars. The results included 35.90% of military spouses meeting criteria for at least one psychiatric condition. The most commonly endorsed conditions were somatization symptoms and insomnia.

PX12

Spouses exhibited elevated rates of PTSD, anxiety, depression, alcohol misuse, eating disorders, and Panic Disorder. Spouses of deployed service members reported lower rates of PTSD, alcohol problems, and sleep disorders compared to their partners, but higher rates of panic and binge eating than deployed active-duty service members. Family members, and especially spouses suffer higher rates of behavioral health and psychiatric disorders compared to others without such deployment histories.

## IX.    SUMMARY & CONCLUSIONS

Over the past decade, federally funded studies on the treatment of military related PTSD reflect favorably upon the possibility of cognitive behavioral therapies for treating combat related PTSD and thereby PTSD secondary to a terrorist attack. While the comparison of combat related PTSD to that caused by terrorism requires certain conceptual considerations, it is possible and even likely that the success achieved in the past decade bodes well for the successful treatment of PTSD secondary to terrorist attacks. CAP and its predecessor consortium (STRONG STAR) successfully completed 20 clinical trials to evaluate various treatment interventions for combat-related PTSD in active-duty military personnel and veterans.

These studies documented that combat-related PTSD can be effectively treated in military personnel with up to 80% having significant reductions in their PTSD symptoms and about one-half no longer meeting diagnostic criteria for PTSD at the end of treatment. Similarly, a variable length CPT protocol successfully treated active duty military with improved outcomes and demonstrated efficacy in multiple in-person or telehealth setting.    A study showing individually delivered CPT possessed greater efficacy than CPT delivered in a group format has important implications for health care delivery.    Studies of the treatment of comorbid posttraumatic headache and insomnia showed that CPT can be successfully paired with other treatments to improve outcomes. A pilot study of conjoint treatment for military couples using a weekend retreat format shows great promise for reducing PTSD symptoms as well as enhancing relationship satisfaction. Finally, WET, a 5-session written exposure treatment appears to be an important new treatment approach and was as successful as a 12-session CPT approach but with lower dropout.

The issue related to those injured by terrorist attacks is the availability of trained therapists (Psychiatry, Psychology & Social Work) who are experts in the delivery of these evidence-based interventions. Even in urban settings in the United States, it is challenging to find therapists with these skill sets. While there are therapists skilled in the treatment of sexual assault, domestic violence, moving vehicle accidents, and community violence, it becomes more difficult to find the expertise across this country, and indeed the world, that is necessary to treat the psychological aftermath of terrorism.

PTSD and other trauma related conditions represent major challenges to the healthcare systems of the United States and the rest of the world. The presence of high levels of comorbidity with depression, mTBI, alcohol and other substance disorders, and even psychotic conditions makes each case complex and outcomes uncertain. PTSD

PX12

secondary to war, terrorism and other mass casualty events often yields a prevalence of disorder ranging from 20-33% of all those exposed. The more direct and personal the exposure, the more likely the condition is to develop. Training in evidence-based therapies is scarce world-wide, even in the developed countries in the West.

PTSD is implicated in the development of both psychiatric and physical health problems. Associated behavioral problems are linked with the onset or exacerbation of a wide range of physical health problems for which victims of PTSD-inducing events are at an increased risk of suffering.

In addition, the impact of trauma and terrorism extends far beyond the index survivor. Family members: spouses, children, and parents are all adversely affected by these incidents, making the challenges facing the healthcare and mental healthcare communities even greater.

I hold these opinions to a professional degree of scientific certainty based on more than four decades of professional experience studying and researching Posttraumatic Stress Disorder and its associated comorbid conditions, as well as my years of treating and working with veterans and victims of traumatic combat and terrorism events. If asked to testify, would offer testimony consistent with the contents of this report.

I declare under penalty of perjury that the foregoing is true and correct.

TERENCE M. KEANE, PH.D.                    DATE 1/25/22

30

**PX12**

# REFERENCES

Adams, S.W., Bowler, R.M., Russell, K., Brackbill, R.M., Li, J., Cone, J.E. (2019). PTSD and comorbid depression: Social support and self-efficacy in World Trade Center tower survivors 14–15 years after 9/11. Psychol. Trauma, 11, 156–164.

American Psychiatric Association (1980). Diagnostic and Statistical Manual of Mental Disorders, (3rd Ed.) Washington, D.C.: Janet B.W.; Spitzer, Robert L.; Gibbon, Miriam; Skodol, Andrew E.; & Williams.

Balasinorwala, V.P., Shah, N. (2009). Acute stress disorder in victims after terror attacks in Mumbai, India. Br J Psychiatry. 195(5):462. doi: 10.1192/bjp.195.5.462. PMID: 19880942.

Barlow, D.H., Anxiety and its Disorders: The Nature and Treatment of Anxiety and Panic. (2nd Ed.) New York: Guilford Press.

Bell, C.C. & Jenkins, E.J. (1993). Community violence and children on Chicago's southside. Psychiatry: Interpersonal and Biological Processes, 56, 46-54.

Bisson, J., McFarlane, A. & Rose, S. (2000). Psychological Debriefing. In E. Foa, T. Keane, & M. Friedman, Effective Treatments for PTSD. New York: Guilford Press.

Black, J.L. & Keane, T.M. (1982). Implosive therapy in the treatment of combat related fears in a World War II veteran. Journal of Behavior Therapy and Experimental Psychiatry, 13, 163-165.

Blake, D.D., Weathers, F.W., Nagy, L.M., Kaloupek, D.G., Charney, D.S., & Keane, T.M. The Clinician Administered PTSD Scale-IV. Boston: National Center for PTSD-Behavioral Science Division.

Blanchard, E.B., Gerardi, R.J., Kolb, L.C. & Barlow, D.H. (1986). The utility of the Anxiety Disorders Interview Schedule (ADIS) in the diagnosis of the Post-traumatic Stress Disorder (PTSD) in Vietnam veterans. Behavior Research and Therapy, 24, 577-580.

Blanchard, E.B. & Hickling, E.J. (1997). After the crash: Assessment and treatment of motor vehicle accident survivors. Washington, DC: American Psychological Association.

Blanchard, E.B., Hickling, E.J., Taylor, A.E. & Loos, W. (1995). Psychiatric morbidity associated with motor vehicle accidents. Journal of Nervous and Mental Disease, 183, 495-504.

Blanchard, E.B., Jones-Alexander, J., Buckley, T.C. & Forneris, C.A. (1996). Psychometric properties of the PTSD Checklist (PCL). Behavior Research and Therapy, 34, 669-673.

PX12

Blanchard, E.B., Kolb, L.C., Pallmeyer, T.P. & Gerardi, R.J. (1982). A psychophysiological study of Post Traumatic Stress Disorder in Vietnam veterans. Psychiatric Quarterly, 54, 220-229.

Bleich, A., Gelkopf, M., & Solomon, Z. (2003). Exposure to terrorism, stress-related mental health symptoms, and coping behaviors among a nationally representative sample in Israel. JAMA. 2003 Aug 6; 290(5):612-20. doi: 10.1001/jama.290.5.612. PMID: 12902364.

Bleich, A., Gelkopf, M., Melamed, Y., & Solomon, Z. (August 2006). Mental health and resiliency following 44 months of terrorism: a survey of an Israeli national representative sample, BMC Medicine, volume 4, Article number: 21 (2006).

Blevins, C., Weathers, F., Davis, M., Witte, T., Domino, J. (First Published, November 2015). The Posttraumatic Stress Disorder Checklist for DSM-5 (PCL-5): Development and Initial Psychometric Evaluation. https://doi.org/10.1002/jts.22059.

Boudewyns, P.A., & Hyer, L. (1990). Physiological response to combat memories and preliminary treatment outcome in Vietnam veteran PTSD patients treated with direct therapeutic exposure. Behavior Therapy, 21, 63-87.

Boudewyns, P.A., Stwertka, S.A., Hyer, L.A., Albrecht, J.W., & Sperr, E.V. (1993). Eye movement desensitization for PTSD of combat: A treatment outcome pilot study. The Behavior Therapist, 16, 29-33.

Bovin, M.J., Marx, B.P., Weathers, F.W., Gallagher, M.W., Rodriguez, P., Schnurr, P.P., Keane, T.M. (2016). Psychometric properties of the PTSD Checklist for Diagnostic and Statistical Manual of Mental Disorders-Fifth Edition (PCL-5) in veterans. Psychol Assess. 2016 Nov.; 28(11):1379-1391.

Bowler, R.M., Adams, S.W., Gocheva, V.V., Li, J.; Mergler, D., Brackbill, R., Cone, J.E. (2017). Posttraumatic Stress Disorder, Gender, and Risk Factors: World Trade Center Tower Survivors 10 to 11 Years After the September 11, 2001 Attacks. J. Trauma Stress 2017, 30, 564–570.

Bowler, R.M., Kornblith, E.S., Li, J., Adams, S.W., Gocheva, V.V., Schwarzer, R., Cone, J.E. (2016). Police officers who responded to 9/11: Comorbidity of PTSD, depression, and anxiety 10–11 years later. Am. J. Ind. Med. 2016, 59, 425–436.

Brady, K.T., Pearlstein, T., Asnis, G.M., Baker, D., Rothbaum, B., Sikes & C.R. (2000). Efficacy and safety of sertraline treatment of posttraumatic stress disorder: A randomized controlled trial. JAMA: Journal of the American Medical Association, 28, 563-564.

Bremner, J.D., Randall, P., Scott, T.M., Bronen, R.A., Seibyl, J.P, Southwick, S. M., Delaney, R.C., McCarthy, G., Charney, D.S., & Innis, R.B. (1995). MRI-based

PX12

measurement of hippocampal volume in patients with combat-related posttraumatic stress disorder. American Journal of Psychiatry, 152, 973-981.

Brenner LA, Ignacio RV, Blow FC. Suicide and Traumatic Brain Injury among Individuals Seeking Veterans Health Administration Services, J Head Trauma Rehabil. 2011 Jul-Aug; 26(4):257-64. doi:10.1097/HTR.0b013e31821fdb6e.

Breslau, N., Chilcoat, H.D., Kessler, R.C., Peterson, E.L. & Lucia, V.C. (1999). Vulnerability to assaultive violence: Further specification of the sex difference in post-traumatic stress disorder. Psychological Medicine, 29, 813-821.

Breslau, N., Davis, G.C., Andreski, P. & Peterson, E. (1991). Traumatic events and posttraumatic stress disorder in an urban population of young adults. Archives of General Psychiatry, 48, 216-222.

Brom, D., Kleber, R.J.& Defares, P.B. (1989). Brief psychotherapy for posttraumatic stress disorders. Journal of Consulting and Clinical Psychology, 57, 607-612.

Bromet, E.J, Parkinson, Schulberg et al (1982). Mental health of residents near the Three Mile Island reactor: A comparative study of selected groups. Journal of Preventive Psychiatry, 1, 225-276.

Brooks, N & McKinlay, W.W. (1992). Mental health consequences of the Lockerbie Disaster. Journal of Traumatic Stress, 5, 527-543.

Bryant, R.A. (2000). Acute stress disorder. PTSD Research Quarterly; 11, 1–7.

Bryant, R.A., Harvey, A.G., Dang, S.T., Sackville, T., & Basten, C. (1998). Treatment of acute stress disorder: A comparison of cognitive-behavioral therapy and supportive counseling. Journal of Consulting and Clinical Psychology, 66, 862-866.

Burgess, A.W., & Holmstrom, L. (1974). Rape trauma syndrome. American Journal of Psychiatry, 131, 981-986.

Burton, D., Foy, D.W., Bwanausi, C., Johnson, J. & Moore, L. (1994). The relationship between traumatic exposure, family dysfunction, and post-traumatic stress symptoms in male juvenile offenders. Journal of Traumatic Stress, 7, 83-93.

Campbell-Sills, L., Stein, M. B., Liu, H., Agtarap, S., Heeringa, S. G., Nock, M. K., Ursano, R. J., & Kessler, R. C. (2020). Associations of Lifetime Traumatic Brain Injury Characteristics With Prospective Suicide Attempt Among Deployed US Army Soldiers. The Journal of head trauma rehabilitation, 35(1), 14–26. https://doi.org/10.1097/HTR.0000000000000516

33

PX12

Carlson, J.G., Chemtob, C.M., Rusnak, K., Hedlund, N.L. & Muraoka, M.Y. (1998). Eye movement desensitization and reprocessing (EDMR) treatment for combat-related posttraumatic stress disorder. Journal of Traumatic Stress, 11, 3-24.

Chemtob, C. M., Nakashima, J., Hamada, R.S. & Carlson, J. (in press) Brief treatment for elementary school children with disaster related posttraumatic stress disorder: A field study. Journal of Clinical Psychology.

Chemtob, C.M., Novaco, R.W., Hamada, R.S., & Gross, D.M. (1997) Cognitive behavioral treatment of severe anger in posttraumatic stress disorder. Journal of Consulting and Clinical Psychology, 65, 184-189.

Chemtob, C.M., Tolin, D.F., van der Kolk, B.A. & Pitman, R.K. (2000). Eye movement desensitization and reprocessing. In E.B. Foa, T.M. Keane, & M.J. Friedman (Eds.). Effective treatments for PTSD: Practice guidelines from the International Society for Traumatic Stress Studies (333-335). New York: The Guilford Press.

Cohen, M.E., White, P.D., & Johnson, R.E. (1948). Neurocirculatory asthenia, anxiety neurosis or the effort syndrome. Archives of Internal Medicine, 81, 260-281.

Cooper, N.A. & Clum, G.A. (1989). Imaginal flooding as a supplementary treatment for PTSD in combat veterans: A controlled study. Behavior Therapy, 20, 381-391.

Cooper, S. Szymanski, B., Bohnert, K., Sripada, R., and McCarthy, J. (2020) Association Between Positive Results on the Primary Care–Posttraumatic Stress Disorder Screen and Suicide Mortality Among US Veterans. JAMA. 2020 Sep; 3(9): e2015707. Published online 2020 Sep 3. doi: 10.1001/jamanetworkopen.2020.15707 PMCID: PMC7489804 PMID: 32880649.

Curran, D., & Mallinson, W.P. (1940). War-time psychiatry and economy in manpower. Lancet, 2, 738-743.

Da Costa & Medes, J. (January 1871). On irritable heart; a clinical study of a form of functional cardiac disorder and its consequences. The American Journal of the Medical Sciences (61): 18–52.

Daly, R.J. (1983). Samuel Pepys and post-traumatic stress disorder. British Journal of Psychiatry, 143, 64-68.

Davidson, J.R., Hughes, D., Blazer, D.G. & George, L.K. (1991). Post-traumatic stress disorder in the community: An epidemiological study. Psychological Medicine, 21, 713-721.

Davidson, J., Kudler, H., Smith, R., Mahorney, S.L., Hammett, E.B., Saunders, W.B., & Cavenar, J.O. (1990). Treatment of posttraumatic stress disorder with amitriptyline and placebo. Archives of General Psychiatry, 47, 259-266.

PX12

Davidson, J.R.T., Landburg, P.D., Pearlstein, T., Weisler, R., Sikes, C., Farfel, G.M. (1997) Double-blind comparison of sertraline and placebo in patients with posttraumatic stress disorder (PTSD). Abstracts of the American College of Neuropsychopharmacology, 36th annual meeting. San Juan, Puerto Rico.

Davidson, J.R.T., Smith, R.D., & Kudler, H.S. (1989). Validity and reliability of the DSM III criteria for posttraumatic stress disorder: Experience with a structured interview. Journal of Nervous and Mental Disease, 177, 336-341.

Davidson, J., Swartz, M., Storck, M, Krishnan, R.R., & Hammett, E. (1985). A diagnostic and family study of posttraumatic stress disorder. American Journal of Psychiatry, 142, 90-93.

De Cauwer, H., Somville, F.J.M.P. (2018). Neurological disease in the aftermath of terrorism: a review. Acta Neurol Belg. 118(2):193-199. doi: 10.1007/s13760-018-0924-x. Epub 2018 Apr 24. PMID: 29694644 Review.

De Stefano, C., Orri, M., Agostinucci, J.M., Zouaghi, H., Lapostolle, F., Baubet, T., Adnet, F. (2018). Early psychological impact of Paris terrorist attacks on healthcare emergency staff: A cross-sectional study. Depress Anxiety, 35, 275–282.

Devilly, G.J., Spence, S.H. & Rapee, R.M. (1998). Statistical and reliable change with eye movement desensitization and reprocessing: Treating trauma within a veteran population. Behavior Therapy, 29, 435-455.

DiNardo, P.A., & Barlow, D.H., (1988). Anxiety Disorders Interview Scale – Revised. Boston: Center for Anxiety and Related Disorders, Boston University.

DiNardo, P.A., Moras, K., Barlow, D.H., Rapee, R.M. & Brown, T.A. (1993). Reliability of DSM-III--R anxiety disorder categories: Using the Anxiety Disorders Interview Schedule Revised (ADIS--R). Archives of General Psychiatry, 50, 251-256.

Dohrenwend, B.P., & Shrout, P.E. (1981). Toward the development of a two-stage procedure for case identification and classification in psychiatric epidemiology. Research in Community and Mental Health, 2, 295-323.

Durodié, B. & Wainwright, D. (2018) Terrorism and post-traumatic stress disorder: a historical review. Lancet Psychiatry. 2019 Jan;6(1):61-71. doi: 10.1016/S2215-0366(18)30335-3. Epub 2018 Oct 17. PMID: 30342864 Review.

Dyer, B.W. & Evans, I.H. Combat Psychiatry. Handout available from Dept. of Psychology. Wilford Hall Air Force Medical Center, San Antonio Texas.

PX12

Essizoglu, A., Altinoz, A.E., Sonkurt, H.O., Kaya, M.C., Kosger, F., Kaptanoglu, C. (2017) The risk factors of possible PTSD in individuals exposed to a suicide attack in Turkey. Psychiatry Res., 253, 274–280.

Fairbank, J.A. & Keane, T.K. (1982). Flooding for combat-related stress disorders: Assessment of anxiety reduction across traumatic memories. Behavior Therapy, 13, 499-510.

Fecteau, G. & Nicki, R. (1999). Cognitive behavioral treatment of post traumatic stress disorder after motor vehicle accident. Behavioral and Cognitive Psychotherapy, 27, 201-214.

Fekih-Romdhane, F., Chennoufi, L., Cheour, M. (2017). PTSD and Depression Among Museum Workers After the March 18 Bardo Museum Terrorist Attack. Community Ment. Health J., 53, 852–858.

Felitti, V.J., Anda, R.F., Nordenberg, D., Williamson, D.F., Spitz, A.M., Edwards, V., Koss, M.P. & Marks, J.S. (1998). Relationship of childhood abuse and household dysfunction to many of the leading causes of death in adults: The Adverse Childhood Experiences (ACE) Study. American Journal of Preventive Medicine, 14, 245-258

Fenichel, O. (1945). *The psychoanalytic theory of neurosis*. New York: Norton.

Figley, C.R. (1978). Symptoms of delayed combat stress among a college sample of Vietnam veterans. Military Medicine, 143, 107-110.

Finkelhor, D., & Dzuiba-Leatherman, J. (1994). Victimization of children. American Psychologist, 49, 173-183.

First, M.B., Williams, J.B.W., Karg, R.S., Spitzer, R.L. (2015). Structured Clinical Interview for DSM-5—Research Version (SCID-5 for DSM-5, Research Version; SCID-5-RV). Arlington, VA, American Psychiatric Association.

Flack, W.F., Litz, B.T., Hsieh, F.Y., Kaloupek, D.G., Keane, T.M. (2000). Predictors of emotional numbing revisited: A replication and extension. Journal of Traumatic Stress, 13, 611-618.

Foa, E.G. (1997). Posttraumatic Stress Disorder Diagnostic Scale (Available from author: Department of Psychiatry, University of Pennsylvania, Philadelphia, Pennsylvania).

Foa, E.B., Cashman, L., Jaycox, L. & Perry, K. (1997). The validation of a self-report measure of posttraumatic stress disorder: The Posttraumatic Diagnostic Scale. Psychological Assessment, 9, 445-451.

Foa, E.B., Dancu, C.V., Hembree, E.A., Jaycox, L.H., Meadows, E.A., & Street, G.P. (1999). A comparison of exposure therapy, stress inoculation training, and their

PX12

combination for reducing posttraumatic stress disorder in female assault victims. Journal of Consulting and Clinical Psychology, 67, 194-200.

Foa, E.B., Hearst-Ikeda, D. & Perry, K.J. (1995). Evaluation of a brief cognitive-behavioral program for the prevention of chronic PTSD in recent assault victims. Journal of Consulting and Clinical Psychology, 63, 948-955.

Foa, E.B., Keane, T.M. & Friedman, M.J. (Eds.). (2000). Effective treatments for PTSD: Practice guidelines from the International Society for Traumatic Stress Studies. New York, NY: The Guilford Press.

Foa, E. B., McLean, C. P., Zang, Y., Zhong, J., Rauch, S., Porter, K., Kauffman, B. Y. (2016b). Psychometric properties of the posttraumatic stress disorder symptom scale interview for DSM-5 (PSSI-5). Psychological Assessment, 28, 1159–1165. doi:10.1037/pas0000259.

Foa, E.B., McLean ,C.P., Zang, Y., et al., (2018) Effect of Prolonged Exposure Therapy Delivered Over 2 Weeks vs 8 Weeks vs Present-Centered Therapy on PTSD Symptom Severity in Military Personnel: A Randomized Clinical Trial [published correction appears in JAMA. 2018 Aug 21;320(7):724]. JAMA. 2018; 319(4):354-364. Doi:10.1001/jama.2017.21242.

Foa, E.G., Riggs, D., Dancu, C., & Rothbaum, B., (1993). Reliability and validity of a brief instrument for assessing posttraumatic stress disorder. Journal of Traumatic Stress, 6, 459-474.

Foa, E.B. & Rothbaum, B.O. (1998). Treating the trauma of rape: Cognitive-behavioral therapy for PTSD. New York, N.Y.: Guilford Press.

Foa, E.B., Rothbaum, B.O., Riggs, D.S. & Murdock, T.B. (1991). Treatment of posttraumatic stress disorder in rape victims: A comparison between cognitive-behavioral procedures and counseling. Journal of Consulting and Clinical Psychology, 59, 715-723.

Foa, E.B., Rothbaum, B.O. & Steketee, G.S. (1993). Treatment of rape victims. Journal of Interpersonal Violence, 8, 256-276.

Foa, E.B., Steketee, G. & Rothbaum, B.O. (1989). Behavioral/cognitive conceptualizations of post-traumatic stress disorder. Behavior Therapy, 20, 155-176.

Frank, E. & Stewart, B.D. (1983). Treating depression in victims of rape. Clinical Psychologist, 36, 95-98.

Fredrick, C., Pynoos, R., & Nader, K. (1992). Childhood PTSD Reaction Index (CPTS-RI). (Available from Pynoos, 760 Westwood Plaza, Los Angeles, CA 90024; or Nader, P.O. Box 2251, Laguna Hills, CA 92654.)

PX12

Freud, S. (1936). The basic writings of Sigmund Freud. New York: Random House.

Freyd, J. (1994). Betrayal trauma: Traumatic amnesia as an adaptive response to childhood abuse. Ethics and Behavior, 4, 307-329.

Friedman, M.J., Schnurr, P.P., & Keane, T.M. (2021) Handbook of PTSD: Science and Practice. New York: Guilford Press.

Frueh, B.C., Turner, S.M., Beidel, D.C., Mirabella, R.F., et al., (1996). Behavior Research and Therapy, 34, 533-543.

Galea S, Ahern J, Resnick H, Kilpatrick D, Bucuvalas M, Gold J, Vlahov D. (2002). Psychological sequelae of the September 11 terrorist attacks in New York City. N Engl J Med. 2002 Mar 28; 346(13):982-7. doi: 10.1056/NEJMsa013404. PMID: 11919308.

Garfin, D.R., Holman, E.A., Silver, R.C. (2020). Exposure to prior negative life events and responses to the Boston marathon bombings. Psychol. Trauma 2020, 12, 320–329.

Garrison, C.Z., Weinrich, M.W., Hardin, S.B., Weinrich, S., & Wang, L. (1993). Posttraumatic stress disorder in adolescents after a hurricane. American Journal of Epidemiology, 138, 522-530.

Gerardi, R., Keane, T.M. & Penk, W.E. (1989). Utility: Sensitivity and specificity in developing diagnostic tests of combat-related Post-Traumatic Stress Disorder (PTSD). Journal of Clinical Psychology, 45, 691-703.

Glynn, S.M., Eth, S., Randolph, E.T., Foy, D.W., Urbaitis, M., Boxer, L., Paz, G.G., Leong, G.B., Firman, G., Salk, J.D., Katzman, J.W. & Crothers, J. (1999). A test of behavioral family therapy to augment exposure for combat-related posttraumatic stress disorder. Journal of Consulting and Clinical Psychology, 67, 243-251.

Goenjian, A.K., Pynoos, R.S., Steinberg, A.M., Najarian, L.M., Asarnow, J.R., Karayan, I., Ghurabi, M. & Fairbanks, L.A. (1995). Psychiatric comorbidity in children after the 1988 earthquake in Armenia. Journal of the American Academy of Child and Adolescent Psychiatry, 34, 1174-1184.

Goodman, L. A., Corcoran, C., Turner, K., Yuan, N., Green, B. L. (1998) Assessing traumatic event exposure: general issues and preliminary findings for the Stressful Life Events Screening Questionnaire. Journal of Traumatic Stress. 1998 Jul; 11(3):521-42. doi: 10.1023/A:1024456713321.

Goodwin, D.W. & Guze, S.B. (1984). Psychiatric diagnosis. New York: Oxford University Press.

Goodwin, R., Kaniasty, K., Sun, S., Ben-Ezra, M. (2017). Psychological distress and prejudice following terror attacks in France. J. Psychiatr. Res. 2017, 91, 111–115.

PX12

Graham, J.R. (1990). MMPI-2: <u>Assessing personality and psychopathology.</u> New York: Oxford University Press.

Green, B.L., Grace, M.C., Lindy, J.D., et al., (1990). Buffalo Creek survivors in the second decade: Comparison with unexposed and nonlitigant groups. <u>Journal of Applied Social Psychology, 20,</u> 1033-1050.

Green, B.L., Lindy, J.D., Grace, M.C., Glazer, G., Leonard, A., Korol, M., & Windget, C. (1990). Buffalo Creek survivors in the second decade: Stability of stress symptoms. <u>American Journal of Orthopsychiatry, 60,</u> 43-54.

Green, J. D., Bovin, M. J., Erb, S. E., Lachowicz, M., Gorman, K. R., Rosen, R. C., Keane, T. M., & Marx, B. P. (2016). The effect of enemy combat tactics on PTSD prevalence rates: A comparison of Operation Iraqi Freedom deployment phases in a sample of male and female veterans. <u>Psychological Trauma: Theory, Research, Practice, and Policy,</u> 8(5), 634–640. https://doi.org/10.1037/tra0000086 Considering terrorism tactics against soldiers.

Grinker, R. & Spiegel, J.P. (1945). <u>Men under stress</u>. Philadelphia: Blackison.

Hammerberg, M., (1992) Penn Inventory for posttraumatic stress disorders: Psychometric Properties. <u>Psychological Assessment: A Journal of Consulting and Clinical Psychology, 4,</u> 67-76.

Havenaar, J,M., Rumyantzeva, G.M.. van-den-Brink, W. P., Nico, W., van-den-Bout, J., van-Engeland, H. & Koeter, M.W.J. (1997). Long-term mental health effects of the Chernobyl disaster: An epidemiologic survey in two former Soviet regions. *American Journal of Psychiatry, 154,* 1605-1607.

Heir, T., Blix, I., Knatten, C.K. (2016). Thinking that one's life was in danger: Perceived life threat in individuals directly or indirectly exposed to terror. <u>Br. J. Psychiatry</u>, 209, 306–310.

Helzer, J.E., Robins, L.N. & McEvoy, L. (1987). Post-traumatic stress disorder in the general population: Findings of the Epidemiologic Catchment Area survey. <u>New England Journal of Medicine, 317,</u> 1630-1634.

Herbert, J.D. & Mueser, K.T. (1992). Eye movement desensitization: A critique of the evidence. <u>Journal of Behavior Therapy and Experimental Psychiatry, 23,</u> 169-174.

Herman, J.L. (1981). <u>Father-daughter incest</u>. Cambridge, MA: Harvard University Press.

Hezeltine, H. (1989). <u>The Shock of Battle.</u> Australian Defence Force Academy: University of New South Wales.

PX12

Hoffman, A., Eisenkraft, A., Finkelstein, A., Schein, O., Rotman, E., Dushnitsky, T. (2007). A decade after the Tokyo sarin attack: a review of neurological follow-up of the victims. Mil Med. 172(6):607–610.

Holliday, R., Borges, L. M., Stearns-Yoder, K. A., Hoffberg, A. S., Brenner, L. A., & Monteith, L. L. (2020). Posttraumatic stress disorder, suicidal ideation, and suicidal self-directed violence among U.S. military personnel and veterans: A systematic review of the literature from 2010 to 2018. Frontiers in Psychology, 11, Article e1998.

Holman, E.A., Silver, R. Poulin, M., et al., (January 2008). Terrorism, Acute Stress, and Cardiovascular Health, A 3-Year National Study Following the September 11th Attacks, Arch Gen Psychiatry. 2008; 65(1):73-80. doi:10.1001/archgenpsychiatry.2007.6.

Hostetter, T. A., MPH; Hoffmire, C. A. PhD; Forster, J. E. PhD; Adams, R. S. PhD, MPH; Stearns-Yoder, K. A. MA; Brenner, L. A. PhD. (2019). Suicide and Traumatic Brain Injury Among Individuals Seeking Veterans Health Administration Services Between Fiscal Years 2006 and 2015, Journal of Head Trauma Rehabilitation: September/October 2019 - Volume 34 - Issue 5 - p E1-E9
doi: 10.1097/HTR.0000000000000489

Institute of Medicine (2014) Treatment of Posttraumatic Stress Disorder in military and veteran populations: Final Assessment. National Academies Press.

Jensen, J.A. (1994). An investigation of eye movement desensitization and reprocessing (EMD/R) as a treatment for posttraumatic stress disorder (PTSD) symptoms of Vietnam combat veterans. Behavior Therapy, 25, 311-325.

Kardiner, A. (1941) The Traumatic Neuroses of War.  New York.

Keane, T.M. (1995). Guidelines for the forensic psychological assessment of posttraumatic stress disorder claimants. In Simon, R. I. (Ed.), Posttraumatic stress disorder in litigation: Guidelines for forensic assessment (pp. 99-115). Washington, DC: American Psychiatric Press, Inc.

Keane, T.M. (1998). Psychological and behavioral treatments of post-traumatic stress disorder. In P.E. Nathan & J.M. Gorman (Eds.). A guide to treatments that work. (pp. 398-407). New York, NY: Oxford University Press.

Keane, T.M., Albano, A.M., Blake, D.D. (1992). Current trends in the treatment of post-traumatic stress symptoms. In M. Basoglu (Ed.) Torture and its consequences: Current treatment approaches. (363-401). New York, NY: Cambridge University Press.

Keane, T.M., Caddell, J.M. & Taylor, K.L. (1988). Mississippi Scale for combat-related posttraumatic stress disorder: Three studies in reliability and validity. Journal of Consulting and Clinical Psychology, 56, 85-90.

PX12

Keane, T.M., Fairbank, J.A., Caddell, J.M. & Zimering, R.T. (1989). Implosive (flooding) therapy reduces symptoms of PTSD in Vietnam combat veterans. Behavior Therapy, 20, 245-260.

Keane, T.M., Fairbank, J.A., Caddell, J.M., Zimering, R.T. & Bender, M.E. (1985). A behavioral approach to assessing and treating posttraumatic stress disorder in Vietnam veterans. In C.R. Figley (Ed.), Trauma and its wake (pp. 257-294). New York: Brunner/Mazel.

Keane, T.M., Fisher, L.M., Krinsley, K.E. & Niles, B.L. (1994). Posttraumatic stress disorder. In M. Hersen R.T. Ammerman. (Eds.). Handbook of prescriptive treatments for adults (237-260). New York, N.Y.: Plenum Press.

Keane, T.M., & Kaloupek, D.G. (1982). Imaginal flooding in the treatment of posttraumatic stress disorder. Journal of Consulting and Clinical Psychology, 50, 138-140.

Keane, T.M., Kolb, L.C, Kaloupek, D.G., Orr, S.P., Blanchard, E.B., Thomas, R.G., Hsieh, F.Y. & Lavori, P.W. (1998). Utility of psychophysiology measurement in the diagnosis of posttraumatic stress disorder: Results from a department of Veterans Affairs cooperative study. Journal of Consulting and Clinical Psychology, 66, 914-923.

Keane, T.M, Malloy, P.F., & Fairbank, J.A. (1984). Empirical development of an MMPI subscale for the assessment of combat-related posttraumatic stress disorder. Journal of Consulting and Clinical Psychology, 52, 888-891.

Keane, T.M., & Penk, W.E. (1988). Some concerns about the prevalence of PTSD in the general population. New England Journal of Medicine (Corr), 318, 1690-1691.

Keane, T.M., Rubin, A., Lachowicz, M., Brief, D.J., Enggasser, J., Roy, M., Hermos, J., Helmuth, E., & Rosenbloom, D. (2014) Temporal Stability of DSM-5 Posttraumatic Stress Disorder criteria in a problem drinking sample. Psychological Assessment, 26, 1138-1145.

Keane, T.M., Weathers, F.W. & Foa, E.B. (2000). Diagnosis and assessment. In E.B. Foa T.M. Keane & M.J. Friedman (Eds.) Effective treatments for PTSD: Practice guidelines from the International Society for Traumatic Stress Studies (pp. 18-36). New York, NY: Guilford Press.

Keane, T.M. & Wolfe, J. (1990). Comorbidity in post-traumatic stress disorder: An analysis of community and clinical studies. Journal of Applied Social Psychology, 20, 1776-1788.

Keane, T.M., Zimering, R.T., & Caddell, J.M. (1985). A behavioral formulation of posttraumatic stress disorder in Vietnam veterans. The Behavior Therapist, 8, 9-12.

PX12

Keller, T. & Chappell, T. (1996). The rise and fall of Erichsen's disease (railroad spine). Spine (Phila Pa 1976). 1996 Jul 1; 21(13):1597-601. doi: 10.1097/00007632-199607010-00022. PMID: 8817791.

Kessler, R.C. (1995). The national comorbidity survey: Preliminary results and future directions. International Journal of Methods in Psychiatric Research, 5, 139-151.

Kessler, R.C., Sonnega, A., Bromet, E., Hughes, M., & Nelson, C.B. (1995). Posttraumatic stress disorder in the National Comorbidity Survey. Archives of General Psychiatry, 52, 1048-1060.

Kessler, R.C., Stein, M.B., Petukhova, M.V., Bliese, P., Bossarte, R.M., et al., and the Army STARRS Collaborators. (2017). Predicting suicides after outpatient mental health visits in the Army Study to Assess Risk and Resilience in Servicemembers (Army STARRS). Molecular Psychiatry. 2017; 22(4):544-551.

Kilpatrick, D.G., Best, C.L., Veronen, L.J., Amick, A.E., Villeponteaux, L.A. & Ruff, G.A. (1985). Mental health correlates of criminal victimization: A random community survey. Journal of Consulting and Clinical Psychology, 53, 866-873.

Kilpatrick, D.G., Edmunds, C.N. & Seymour, A.K. (1992). Rape in America: A report to the nation. Arlington, VA: National Victim Center.

Kilpatrick, D.G., & Resnick, H.S. (1992) Posttraumatic stress disorder associated with exposure to criminal victimization in clinical and community populations, In J.R.T. Davidson & E.B. Foa (Eds.). Posttraumatic Stress Disorder: DSM-IV and Beyond. Washington, DC: American Psychiatric Press.

Kilpatrick, D.G., Resick, P.A. & Veronen, L.J. (1981). Effects of a rape experience: A longitudinal study. Journal of Social Issues, 37, 105-122.

Kilpatrick, D. G., Veronen, L.J., & Best, C.L. (1985). Factors predicting psychological distress among rape victims. In C.R. Figley (Ed.), Trauma and its wake. New York: Bruner/Mazel.

King, L.A., King, D.W., Fairbank, J.A., Keane, T.M. & Adams, G.A. (1998). Resilience-recovery factors in post-traumatic stress disorder among female and male Vietnam veterans: Hardiness, postwar social support, and additional stressful life events. Journal of Personality and Social Psychology, 74, 420-434.

King, D.W., King, L.A. & Foy, D.W. (1996). Prewar factors in combat-related posttraumatic stress disorder: Structural equation modeling with a national sample of female and male Vietnam veterans. Journal of Consulting and Clinical Psychology, 64, 520-531.

**PX12**

King, D.W., King, L.A., Foy, D.W., Keane, T.M. & Fairbank, J.A. (1999). Posttraumatic stress disorder in a national sample of female and male Vietnam veterans: Risk factors, war-zone stressors, and resilience-recovery variables. Journal of Abnormal Psychology, 108, 164-170.

King, D.W., King, L.A., Gudanowski, D.M. & Vreven, D.L. (1995). Alternative representations of war zone stressors: Relationships to posttraumatic stress disorder in male and female Vietnam veterans. Journal of Abnormal Psychology, 104, 184-196.

Klerman, G.L, Weissman, M. M., Rounsaville, B.J., Chevron, E. (1984) Interpersonal psychotherapy of depression.  New York: Basic Books.

Koretzky, M.B. & Peck, A.H. (1990). Validation and cross-validation of the PTSD Subscale of the MMPI with civilian trauma victims. Journal of Clinical Psychology, 46, 296-300.

Kraemer, H.C., (1992). Evaluating medical tests: Objective and quantitative guidelines. Newbury Park, CA: Sage.

Kraemer, H.C., Kazdin, A.E., Offord, D.R, Kessler, R.C., Jensen, P.S., & Kupfer, D.J. (1997). Coming to terms with the terms of risk. Archives of General Psychiatry, 54, 337-343.

Kraepelin, E. (1896). Psychiatrie: Vol. 5 Auflage. Leipzig: Barth.

Krystal, H. (1968) Massive Psychic Trauma. International Universities Press: New York.

Kubany, E. S., Leisen, M. B., Kaplan, A. S., Watson, S. B., Haynes, S. N., Owens, J. A., & Burns, K. (2000). Development and preliminary validation of a brief broad-spectrum measure of trauma exposure: The Traumatic Life Events Questionnaire. Psychological Assessment, 12(2), 210–224. https://doi.org/10.1037/1040-3590.12.2.210.

Kudler, H.S., Blank, A.S., Krupnick, J.L. (2000). Psychodynamic therapy. E.B. Foa & T.M. Keane & M.J. Friedman (Eds.). Effective treatments for PTSD: Practice guidelines from the International Society for Traumatic Stress Studies (339-341). New York, NY: Guilford Press.

Kulka, R.A., Schlenger, W.E., Fairbank, J.A., Hough, R.L., Jordan, B.K., Marmar, C.R. & Weiss (1990). D.S. Trauma and the Vietnam war generation: Report of findings from the National Vietnam Veterans Readjustment Study. New York, NY: Brunner/Mazel.

Kung, W.W., Liu, X., Huang, D., Kim, P., Wang, X., Yang, L.H. (2018). Factors Related to the Probable PTSD after the 9/11World Trade Center Attack among Asian Americans. J. Urban Health 2018, 95, 255–266.

PX12

Lauterbach D., Vrana, S., King, D. W., King, L.A. (1997). Psychometric properties of the Civilian version of the Mississippi PTSD Scale. J Trauma Stress. 1997 Jul; 10(3):499-513. doi: 10.1023/a:1024801607043. PMID: 9246655.

Lee, D. J., Lee, L. O., Bovin, M. J., Moshier, S. J., Dutra, S. J., Kleiman, S. E., Rosen, R. C., Vasterling, J. J., Keane, T. M., & Marx, B. P. (2020). The 20-year course of posttraumatic stress disorder symptoms among veterans. Journal of Abnormal Psychology, 129(6), 658–669. https://doi.org/10.1037/abn0000571.

Lippa, S., Fonda, J., Fortier, C., et al., (2015) Deployment-related psychiatric and behavioral conditions and their association with functional disability in OEF/OIF/OND veterans. Journal of Traumatic Stress. 2015 Feb; 28(1):25-33. doi: 10.1002/jts.21979. PMID: 25703936 PMCID: PMC5556936 DOI: 10.1002/jts.21979.

Litz, B.T. & Keane, T.M. (1989). Information processing in anxiety disorders: Application to the understanding of post-traumatic stress disorder. Clinical Psychology Review, 9, 243-257.

Litz, B.T., Orsillo, S.M., Friedman, M., Ehlich, P. & Batres, A. (1997). Posttraumatic stress disorder associated with peacekeeping duty in Somalia for U.S. military personnel. American Journal of Psychiatry, 154, 178-184.

Litz, B.T., Orsillo, S.M., Kaloupek, D., & Weathers, F. (2000). Emotional processing in posttraumatic stress disorder. Journal of Abnormal Psychology, 109, 26-39.

Logue, M., Smith, A., Baldwin, C., Wolf, E., et al., (2015). An analysis of gene expression in PTSD implicates genes involved in the glucocorticoid receptor pathway and neural responses to stress. Psychoneuroendocrinology. 2015 Jul; 57:1-13. doi: 10.1016/j.psyneuen.2015.03.016. Epub 2015 Mar 24 PMID: 25867994 PMCID: PMC4437870 DOI: 10.1016/j.psyneuen.2015.03.016.

Lowell, A., Suarez-Jimenez, B., Helpman, L., Zhu, X., Durosky, A., Hilburn, A., Schneier, F., Gross, R., Neria, Y. (2018). 9/11-related PTSD among highly exposed populations: A systematic review 15 years after the attack. Psychol. Med., 48, 537–553.

Lyons, J.A. & Keane, T.M., (1992). Keane PTSD scale: MMPI and MMPI-2 update. Journal of Traumatic Stress, 5, 111-117.

Malloy, P.F., Fairbank, J.A. & Keane, T.M. (1983). Validation of a multimethod assessment of posttraumatic stress disorders in Vietnam veterans. Journal of Consulting and Clinical Psychology, 51, 488-494.

Marks, I., Lovell, K., Noshirvani, H., Livanou, M. & Thrasher, S. (1998). Treatment of posttraumatic stress disorder by exposure and/or cognitive restructuring: A controlled study. Archives of General Psychiatry, 55, 317-325.

PX12

Marmar, C., Schlenger, W., Henn-Haase C., et al., (2015). Course of Posttraumatic Stress Disorder 40 Years After the Vietnam War: Findings from the National Vietnam Veterans Longitudinal Study. JAMA Psychiatry. 2015 Sep; 72(9):875-81. PMID: 26201054 DOI: 10.1001/jamapsychiatry.2015.0803.

McFall, M.E., Smith, D.E., Mackay, P.W. & Tarver, D.J. (1990). Reliability and validity of Mississippi Scale for Combat-Related Posttraumatic Stress Disorder. Psychological Assessment, 2, 114-121.

McFarlane, A.C. (1988). The etiology of post-traumatic stress disorders following a natural disaster. British Journal of Psychiatry, 152, 116-121.

McFarlane, A.C. (1989). The prevention and management of the psychiatric morbidity of natural disasters: An Australian experience. Stress Medicine, 5, 29-36.

Merry, S.N. & Andrews, L.K. (1994). Psychiatric status of sexually abused children 12 months after disclosure of abuse. Journal of the American Academy of Child and Adolescent Psychiatry, 33, 939-944.

Miller, E. (1940) The Neuroses in War. New York: The MacMillan Co.

Miller, M.W., Wolf, E.J., Hein, C., Prince, L., Reardon, A.F. (2013) Psychological effects of the marathon bombing on Boston-area veterans with posttraumatic stress disorder. J Trauma Stress. 26(6):762–766.

Millner, A. J., Ursano, R. J., Hwang, I., J King, A., Naifeh, J. A., Sampson, N. A., Zaslavsky, A. M., Stein, M. B., Kessler, R. C., Nock, M. K., & STARRS-LS collaborators (2019). Prior Mental Disorders and Lifetime Suicidal Behaviors Among US Army Soldiers in the Army Study to Assess Risk and Resilience in Servicemembers (Army STARRS). Suicide & life-threatening behavior, 49(1), 3–22. https://doi.org/10.1111/sltb.12394

Mowrer, O.H. (1960). Learning theory and the symbolic processes. New York: Wiley.

Mueser, K.T., Salyers, M., Rosenberg, S.D., Ford, J., Fox, L., Auciello, P. (1999) Reliability of trauma and PTSD assessments in persons with severe mental illness. Manuscript submitted for publication.

Muñoz, M., Crespo, M., Pérez-Santos, E., Vázquez, J.J. (2005). Early psychological consequences of the March 11, 2004, terrorist attacks in Madrid, Spain. Psychol Rep 97(3):907–920.

Murray, C.J.L. & Lopes, A.D. (1996). The global burden of disease. Cambridge, MA: Harvard University Press.

PX12

Nader, K., Newman, E., Weathers, F.W., Kaloupek, D.G., Kriegler, J., Blake, D.D, & Pynoos, R. (1998) Clinician-Administered PTSD Scale for Children and Adolescents for DSM-IV. (Available from E. Newman, Department of Psychology, University of Tulsa, 600 S. College Avenue, Tulsa, OK, 74104).

Najavits, L. M. (2000). Seeking safety: Cognitive-behavioral treatment for substance abuse and PTSD. New York: Guilford Press.

Newman, E., Kaloupek, D.G., & Keane, T.M. (1996). Assessment of posttraumatic stress disorder in clinical and research settings. In B. van der Kolk, A.C. McFarlane, & L. Weisaeth (Eds.), Traumatic stress: The effects of overwhelming experiences on mind, body and society. New York: Guilford Press.

Norris, F.H. (1992). Epidemiology of trauma: Frequency and impact of different potentially traumatic events on different demographic groups.  Journal of Consulting and Clinical Psychology, 60, 409-418.

Norris, F. & Riad, J.K. (1997). Standardized self report measures of civilian trauma and posttraumatic stress disorder. In J.P. Wilson & T.M. Keane (Eds.) Assessing psychological trauma and PTSD. (7-42), New York: Guilford Press.

North, C.S., Dvorkina, T., Thielman, S., Pfefferbaum, B., Narayanan, P., Pollio, D.E. (2018). A Study of Selected Ethnic Affiliations in the Development of Post-traumatic Stress Disorder and Other Psychopathology After a Terrorist Bombing in Nairobi, Kenya. Disaster Med. 2018, 12, 360–365.

O'Brien, L.S. (1998) Traumatic Events and Mental Health. Cambridge University Press: Cambridge, UK.

Olsson, A., Kross, E., Nordberg, S.S., Weinberg, A., Weber, J., Schmer-Galunder, S., Fossella, J., Wager, T.D., Bonanno, G.A., Ochsner, K.N. (2015). Neural and genetic markers of vulnerability to post-traumatic stress symptoms among survivors of the World Trade Center attacks. Soc. Cogn. Affect. Neurosci. 2015, 10, 863–868.

Ornah T., Dolberg I., Barkai, G., Leor, A., Rapoport, E., Bloch, M., Schreiber, S. (2010) Injured civilian survivors of suicide bomb attacks: from partial PTSD to recovery or to traumatisation. Where is the turning point? World Journal of Biological Psychiatry: Mar; 11(2 Pt 2):344-51.

Orner, R.J. Post-traumatic stress disorders and European war veterans. (1992). British Journal of Clinical Psychology, 31, 387-403.

Orr, S.P., Lasko, N. B., Metzger, L. Berry, N.J., Ahern, C.J., & Pitman, R.K. (1998) Physiological assessment of women with PTSD resulting from childhood sexual abuse. Journal of Consulting and Clinical Psychology, 66, 906-913.

PX12

Orr, S.P., Metzger, L.J., Lasko, N.B., Macklin, M.L., Peri, T., & Pitman, R.K. (2000) De novo conditioning in trauma-exposed individuals with and without post-traumatic stress disorder. Journal of Abnormal Psychology, 109, 290-298.

Otto, M.W., Penava, S.J., Pollack, R.A. & Smoller, J.W. (1996). Cognitive-behavioral and pharmacologic perspectives on the treatment of posttraumatic stress disorder. In M.H. Pollack, M.W. Otto et al (Eds) Challenges in clinical practice: Pharmacologic and psychosocial strategies (pp. 219-260). New York, NY: Guilford Press.

Pitman, R.K., Orr, S.P., Altman, B. & Longpre, R.E. (1996). Emotional processing during eye movement desensitization and reprocessing therapy of Vietnam Veterans with chronic posttraumatic stress disorder. Comprehensive Psychiatry, 37, 419-429.

Pitman, R.K., Orr, S.P., Forgue, D.F., de-Jong, J. & Claiborn J., (1987). Psychophysiologic assessment of posttraumatic stress disorder imagery in Vietnam combat veterans. Archives of General Psychiatry, 44, 970-975.

Prins, A., Kaloupek, D.G. & Keane, T.M. (1995). Psychophysiological evidence for autonomic arousal and startle in traumatized adult populations. In M.J. Friedman, D.S. Charney & A. Deutch (Eds.), Neurobiological and clinical consequences of stress:  From normal adaptation to post-traumatic stress disorder. New York: Raven Press.

Rachman, S. (1980). Emotional processing. Behavior Research and Therapy, 18, 51-60.

Resick, P.A. & Schnicke, M.K. (1992). Cognitive processing therapy for sexual assault victims. Journal of Consulting and Clinical Psychology, 60, 748-756.

Resnick, H.S., Kilpatrick, D.G., Dansky, B.S., Saunders, B.E. & Best, C.L., (1993) Prevalence of civilian trauma and posttraumatic stress disorder in a representative national sample of women. Journal of Consulting and Clinical Psychology, 61, 984-991.

Richards, D.A., Lovell K. & Marks, I.M. (1994). Post-traumatic stress disorder: Evaluation of a behavioral treatment program. Journal of Traumatic Stress, 7, 669-680.

Rigutto, C., Sapara, A.O., Agyapong, V.I.O. (2021). Anxiety, Depression and Posttraumatic Stress Disorder after Terrorist Attacks: A General Review of the Literature. Behav. Sci., 11, 140. https://doi.org/ 10.3390/bs11100140.

Robins, L.N., Helzer, J.E., Croughan, J.L., & Ratcliff, K.S. (1981). National Institute of Mental Health diagnostic interview schedule: Its history, characteristics, and validity. Archives of General Psychiatry, 38, 381-389.

Rothbaum, B.O. (1997). A controlled study of eye movement desensitization and reprocessing in the treatment of posttraumatic stress disordered sexual assault victims. Bulletin of the Menninger Clinic, 61, 317-334.

PX12

Rubin, G.J., Brewin, C.R., Greenberg, N., Simpson, J., Wessely, S. (2005). Psychological and behavioural reactions to the bombings in London on 7 July 2005: cross sectional survey of a representative sample of Londoners. BMJ 331(7517):606.

Rubin, G.J. & Wessely, S. (2013). The psychological and psychiatric effects of terrorism: lessons from London. Psychiatr Clin North Am. 36(3):339–350.

Saunders, B., Arata, C., & Kilpatrick, D.G., (1990). Development of a crime-related posttraumatic stress disorder scale for women with the Symptom Checklist 90-R. Journal of Traumatic Stress, 3, 439-448.

Schnurr, P.P., Friedman, M.J., Sengupta, A., Jankowski, M K., & Holmes, T. (2000). PTSD and utilization of medical treatment services among male Vietnam veterans. Journal of Nervous and Mental Disease, 188, 496-504.

Schreiber, MD, S., Dolberg, MD, O., Barkai, MD, G., Peles, PhD, E., Leor, MD, A., Rapoport, MD, E., Heinik, MD, J., & Bloch, MD, M. (2007). Primary intervention for memory structuring and meaning acquisition (PIMSMA): Study of a mental health first-aid intervention in the ED with injured survivors of suicide bombing attacks. American Journal of Disaster Medicine, 2(6), 307-320. doi:https://doi.org/10.5055/ajdm.2007.0040.

Schuster, M.A., Stein, B.D., Jaycox, L., Collins, R.L., Marshall, G.N., Elliott, M.N., Zhou, A.J., Kanouse, D.E., Morrison, J.L., Berry, S.H. (2001). A national survey of stress reactions after the September 11, 2001, terrorist attacks. N Engl J Med. 2001 Nov 15; 345(20):1507-12. doi:10.1056/NEJM200111153452024.

Schwarzer, R., Cone, J.E., Li, J., Bowler, R.M. (2016). A PTSD symptoms trajectory mediates between exposure levels and emotional support in police responders to 9/11: A growth curve analysis. BMC Psychiatry, 16, 201.

Shalev, A.Y., Peri, T., Brandes, D., Freedman, S., Orr, S.P, & Pitman, R. (2000) Auditory startle responses in trauma survivors with PTSD: A prospective study. American Journal of Psychiatry, 157, 255-261.

Shapiro, F. (1989). Eye movement desensitization: A new treatment for post-traumatic stress disorder. Journal of Behavior Therapy and Experimental Psychiatry, 20, 211-217.

Shapiro, F. (1995). Eye movement desensitization and reprocessing: Basic principles, protocols, and procedures. New York: Guilford Press.

Shay, J. (First published October 1991) Learning about combat stress from Homer's Iliad, https://doi.org/10.1002/jts.2490040409.

Shay, J. (1992). Fluoxetine reduces explosiveness and elevates mood of Vietnam combat veterans with PTSD. Journal of Traumatic Stress. 5, 97-101.

PX12

Shephard, B. (2001) A War of Nerves. Cambridge, MA: Harvard University Press.

Simon, N.M., O'Day, EB.., Hellberg, S.N., et al. (2018). The loss of a fellow service member: Complicated grief in post-9/11 service members and veterans with combat-related posttraumatic stress disorder. J Neuro Res. 96: 5– 15. https://doi.org/10.1002/jnr.24094.

Singer, M.I., Anglin, T.M., Song, Li-yu & Lunghofer, L. (1995). Adolescents' exposure to violence and associated symptoms of psychological trauma. JAMA: Journal of the American Medical Association, 273, 477-482.

Skogstad, L., Fjetland, A.M., Ekeberg, O. (2015). Exposure and posttraumatic stress symptoms among first responders working in proximity to the terror sites in Norway on July 22, 2011—A cross-sectional study. Scand. J. Trauma Resusc. Emerg. Med., 23, 23.

Sloan, P., Arsenault, L., Hilsenroth, M., & Harvill, L. (1995). Use of the Mississippi Scale for combat-related PTSD in detecting war-related, non-combat stress symptomatology. Journal of Clinical Psychology, 51(6), 799–801. https://doi.org/10.1002/1097-4679(199511)51:6<799::AID-JCLP2270510611>3.0.CO;2-C.

Solomon, S.D., Gerrity, E.T., & Muff, A.M., (1992). Efficacy of treatments for posttraumatic stress disorder. Journal of the American Medical Association, 265, 633-637.

Spitzer, R.L. Williams, J.B.W., Gibbon, M., & First, M.B. (1994). Structured Clinical Interview for DSM-IV (SCID-IV). Biometric Research Department, New York State Psychiatric Institute.

Stanley, I. (2021) Advances in the understanding of PTSD and suicide risk: Introduction to a special section. Psychological Trauma: Theory, Research, Practice, & Policy. 13, 723-724.

Stanley, I. H., Rogers, M. L., Hanson, J. E., Gutierrez, P. M., & Joiner, T. E. (2019). PTSD symptom clusters and suicide attempts among high risk military service members: A three-month prospective investigation. Journal of Consulting and Clinical Psychology, 87(1), 67–78.

Steenkamp, M.M., Corry, N.H., Qian, M., Li, M., McMaster, H.S., et al., (First published: 10 May 2018). Prevalence of psychiatric morbidity in United States military spouses: The Millennium Cohort Family Study, https://doi.org/10.1002/da.22768.

Stein, B.D., Elliott, M.N., Jaycox, L.H., Collins, R.L., Berry, S.H., Klein, D.J., Schuster, M.A. (2004) A national longitudinal study of the psychological consequences of the

PX12

September 11, 2001 terrorist attacks: reactions, impairment, and help-seeking. Psychiatry. 67(2):105–117.

Stein, J. Y., Levin, Y., Gelkopf, M., Tangir, G., & Solomon, Z. (2018). Traumatization or habituation? A four-wave investigation of exposure to continuous traumatic stress in Israel. International Journal of Stress Management, 25(S1), 137–153. https://doi.org/10.1037/str0000084.

Stern, J. (1999) The Ultimate Terrorists. Harvard University Press.

Sutker, P.B., Uddo-Crane, M. & Allain, A.N. (1991). Clinical and research assessment of posttraumatic stress disorder: A conceptual overview. Psychological Assessment, 3, 520-530.

Sutker, P.B., Uddo, M, Brailey, K. & Allain, A.N. War-zone trauma and stress-related symptoms in Operation Desert Shield/Storm (ODS) returnees. (1993). Journal of Social Issues, 49, 33-50.

Tanielian, T & Jaycox, L., Editors (2008) Invisible Wounds of War, Psychological and Cognitive Injuries, Their Consequences, and Services to Assist Recovery, The RAND Corporation.

Tarrier, N., Pilgrim, H., Sommerfield, C., Faragher, B., Reynolds, M., Graham, E., & Barrowclough, C. (1999). A randomized trial of cognitive therapy and imaginal exposure in the treatment of chronic posttraumatic stress disorder. Journal of Consulting and Clinical Psychology, 67, 13-18.

Thoresen, S., Aakvaag, H.F., Wentzel-Larsen, T., Dyb, G., Hjemdal, O.K. (2012). The day Norway cried: proximity and distress in Norwegian citizens following the 22nd July 2011 terrorist attacks in Oslo and on Utøya Island. Eur J Psychotraumatol. 3:1.https://doi.org/10.3402/ejpt.v3i0.19709.

True, W.R., Rice, J., Eisen, S.A., Heath, A.C., Goldberg, J., Lyons, M.J., & Nowak, J. (1993). A twin study of genetic and environmental contributions to liability for posttraumatic stress symptoms. Archives of General Psychiatry, 50, 257-264.

Van der Kolk, B.A., Dreyfuss, D., Michaels, M., Berkowitz, R., Saxe, G., & Goldenberg, I. (1994). Fluoxetine in posttraumatic stress disorder. Journal of Clinical Psychiatry, 55, 517-522

Vaughan, K., Armstrong, M.S, Gold, R., O'Connor, N., Jenneke, W., & Tarrier, N. (1994). A trial of eye movement desensitization compared to image habituation training and applied muscle relaxation in post-traumatic stress disorder. Journal of Behavior Therapy and Experimental Psychiatry, 25, 283-291.

Verger, P., Dab, W., Lamping, D.L., Loze, J.Y., Deschaseaux-Voinet, C., Abenhaim, L.,

50

PX12

Rouillon, F. (2004). The psychological impact of terrorism: an epidemiologic study of posttraumatic stress disorder and associated factors in victims of the 1995-1996 bombings in France. Am J Psychiatry. 2004 Aug; 161(8):1384-9. doi:10.1176/appi.ajp.161.8.1384.

Waszczuk, M.A., Li, K., Ruggero, C.J., Clouston, S.A.P., Luft, B.J., Kotov, R. (2018). Maladaptive Personality Traits and 10-Year Course of Psychiatric and Medical Symptoms and Functional Impairment Following Trauma. Ann. Behav. Med. 2018, 52, 697–712.

Watson, C.G., Kucala, T. & Manifold, V. (1986). A cross-validation of the Keane and Penk MMPI scales as measures of post-traumatic stress disorder. Journal of Clinical Psychology, 42, 727-732.

Weathers, F.W., Blake, D.D., Krinsley, K.E., Haddad, W., Huska, J.A. & Keane, T.M. (1992). The Clinician-Administered PTSD Scale: Reliability and construct validity. Paper presented at the 26th annual meeting of the Association for Advancement of Behavior Therapy, Boston, MA.

Weathers, F.W., Bovin, M.J. Lee, D.J. Sloan, D.M., Schnurr, P.P., Kaloupek, D.G., Keane, T.M., and Marx, B.P. (2018). The Clinician-Administered PTSD Scale for DSM–5 (CAPS-5): Development and Initial Psychometric Evaluation in Military Veterans. Psychol Assess. 2018 Mar; 30(3): 383–395. Published online 2017 May 11. doi: 10.1037/pas0000486 PMCID: PMC5805662 NIHMSID: NIHMS937492 PMID: 28493729.

Weathers, F.W., Litz, B.T., Herman, D., Huska, J., and Keane, T.M., (1993). The PTSD Checklist (PCL): Reliability, validity and diagnostic utility. Paper presented at the International Society for Traumatic Stress Studies, San Antonio, TX.

Weathers, F.W., Litz, B.T., Keane, T.M., Palmieri, P.A., Marx, B.P., & Schnurr, P.P. (2013). The PTSD Checklist for DSM-5 (PCL-5). Scale available from the National Center for PTSD at www.ptsd.va.gov.

Weathers, F.W., Ruscio, A.M. & Keane, T.M. (1999). Psychometric properties of nine scoring rules for the Clinician-Administered Posttraumatic Stress Disorder Scale. Psychological Assessment, 11, 124-133.

Weiss, D. & Marmar, C. (1997) The impact of event scale-revised. In J. Wilson & T. M. Keane (Eds.) Assessing Psychological Trauma and PTSD. (399-411) New York: Guilford Press.

Whitworth, J., Scioli, E., Keane, T.M., & Marx, B.P. (in press) Comorbid depression, anxiety, alcohol, and substance use are associated with increased odds of physical inactivity and cigarette smoking among veterans with PTSD. Health Psychology.

PX12

Widom, C.S. (1989) The cycle of violence. Science, 244, 160-166.

Wilson, J. P. & Keane, T.M. Assessing psychological trauma and PTSD. New York: Guilford Press.

Wilson, L.C. (2015). A systematic review of probable posttraumatic stress disorder in first responders following man-made mass violence. Psychiatry Res. Sep 30; 229(1-2):21-6. doi: 10.1016/j.psychres.2015.06.015. Epub 2015 Jun 26. PMID: 26253760 Review.

Wirtz, P.W. & Harrell, A.V. (1987). Effects of post assault exposure to attack-similar stimuli on long-term recovery of victims. Journal of Consulting and Clinical Psychology, 55, 10-16.

Wisco, B., Marx, B.P., Holowka, D., Vasterling, J.J., Han, S., Chen, M., Gradus, J., Nock, M.K., Rosen, R.C., & Keane, T. M. (2014) Traumatic brain injury, PTSD, and current suicidal ideation among Iraq and Afghanistan U.S. veterans. Journal of Traumatic Stress, 2, 244-248.

Wolfe, J., Brown, P.J. & Kelley, J.M. (1993). Reassessing war stress: Exposure and the Persian Gulf War. Journal of Social Issues, 49, 15-31.

Wortmann, et al., (2016). Psychometric analysis of the PTSD Checklist-5 (PCL-5) among treatment-seeking military service members. Psychol Assess. 2016 Nov; 28(11):1392-1403. doi: 10.1037/pas0000260. Epub 2016 Jan 11.

Yehuda, R. (1997). Sensitization of the hypothalamic-pituitary-adrenal axis in posttraumatic stress disorder. In R. Yehuda & A.C. McFarlane (Eds.). Psychobiology of posttraumatic stress disorder. Annals of the New York Academy of Sciences (57-75). New York, N.Y.: New York Academy of Sciences.

Yehuda, R., Bryant, R., Marmar, C., Zohar, J. (2005). Pathological responses to terrorism. Neuropsychopharmacology. 30(10):1793-805. doi: 10.1038/sj.npp.1300816. PMID: 16012535.

Yehuda, R. Giller, E.L. Jr., Levengood, R.A., Southwick, S.M. & Siever, L.J. (1995). Hypothalamic-pituitary-adrenal functioning in post-traumatic stress disorder: Expanding the concept of the stress response spectrum. In M.J. Friedman, D.S. Charney & A.Y. Deutch (Eds). Neurobiological and clinical consequences of stress: From normal adaptation to post-traumatic stress disorder (pp. 351-365). Philadelphia, PA: Lippincott-Raven Publishers.

Zwi, A.B. (1991). Militarism, militarization, health, and the third world. Medicine and War, 7, 262-8.

PX12

### *TERENCE MARTIN KEANE, PH.D.*

VA Boston Healthcare System
150 South Huntington Avenue
Boston, MA 02130
(857) 364-4551
terry.keane@va.gov or tmkeane@bu.edu

## ACADEMIC TRAINING

| | | |
|---|---|---|
| 1978 | Ph.D. | *Binghamton University*-State University of New York, Clinical Psychology |
| 1976 | MA | *Binghamton University*-State University of New York, Clinical Psychology |
| 1973 | BA | *University of Rochester*, Rochester, NY, Psychology |

| | | |
|---|---|---|
| 1977-1978 | | *University of Mississippi Medical Center-Jackson VA,* Resident & Chief Resident |

## POSTDOCTORAL TRAINING

N./A.

## LICENSURE:  Clinical Psychology

1985- Present        Commonwealth of Massachusetts

## APPOINTMENTS

### ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 2011-Present | Assistant Dean for Research, Boston University School of Medicine |
| 1997-Present | Professor of Psychiatry, Boston University |
| 1998-Present | Professor of Psychology (Clinical), Boston University. |
| 2001-Present | Lecturer in Psychiatry, Harvard Medical School. |
| 1997-2015 | Vice Chairman-Research in Psychiatry, Boston University School of Medicine |
| 1985-1997 | Professor of Psychiatry, Tufts University School of Medicine. |
| 1982-1985 | Associate Professor of Psychiatry, University of Mississippi Medical Center. |
| 1979-1982 | Assistant Professor of Psychiatry, University of Mississippi Medical Center. |
| 1978-1979 | Instructor of Psychiatry, University of Mississippi Medical Center. |

### VETERANS AFFAIRS MEDICAL CENTER APPOINTMENTS:

| | |
|---|---|
| 2004-present | Associate Chief of Staff for Research & Development, VA Boston HCS. |
| 1989-present | Director, National Center for PTSD – Behavioral Science Division. |
| 2000-2004 | Acting Associate Chief of Staff for Research, VA Boston Healthcare System |

PX12

| 2000-2004 | Associate Careline Manager for Mental Health, VA Boston Healthcare System |
|---|---|
| 1996-2000 | Acting Behavioral Health Careline Manager, VA Boston Healthcare System |
| 1985-2004 | Chief, Psychology Service, VA Boston Healthcare System |
| 1981-1985 | Chief, Psychology Service, VA Medical Center, Jackson MS. |
| 1983-1985 | Co-Director, University of Mississippi Medical Center-Jackson VA Medical Center Psychology Internship Consortium. |
| 1979-1985 | Director, Vietnam Stress Management Program, Jackson VA Medical Center. |
| 1978-1981 | Director, Behavioral Consultation Program; Jackson VA Medical Center. |

## DEPARTMENTAL & MEDICAL CENTER COMMITTEE APPOINTMENTS:

(1)   Appointments and Promotions Committee (University of Mississippi Medical Center), 1978-1985; Chair, 1982-1983.
(2)   Psychology Residency Training Committee (UMC-VAMC), 1978-1985.
(3)   Medical Student Education Committee (University of Mississippi Medical Center), 1978-1980.
(4)   Patient Education Committee (VA Medical Center), 1978-1980.
(5)   Research and Development Committee (VA Medical Center), 1979-1985; Chair, 1983-1985.
(6)   Center Education Committee (VA Medical Center), 1980-1982.
(7)   Medical Library Committee (VA Medical Center), 1980-1985, Chair, 1982-1985.
(8)   Veterans Administration District X Chiefs of Psychology Council, 1979-1985, Chair, 1981-1982.
(9)   Facilities Master Plan and Space Utilization Committee (VA Medical Center), 1982-1985.
(10)  Energy Conservation Committee (VA Medical Center), 1982-1985.
(11)  Automated Data Processing Committee (VA Medical Center), Chair, 1983-1985.
(12)  Patient Advocacy Committee (Boston VAMC), Chair, 1985-1987.
(13)  Medical Records Task Force (Boston VAMC), Chair, 1985-1986.
(14)  Budget Committee (Boston VAMC), 1986-1988.
(15)  Resource Management Committee (Boston VAMC), 1986-1987
(16)  VA District I Chiefs of Psychology Council, Chair, 1986-1987.
(17)  Equipment Committee (Boston VAMC), 1987-95.
(18)  Research and Development Committee (VA Boston), 1988-1991; Chair, 1989-1990.
(19)  VA Boston Medical Executive Committee, 1998-present.
(20)  VA Boston Healthcare System Governing Body, 1998-present.
(21)  Strategic Planning Committee (VA Boston Healthcare System), 1995- present.
(22)  Clinical Integration Committee (VA Boston Healthcare System), 1999-2002.
(23)  Chief of Staff Selection Committee (VA Boston Healthcare System), 1999.
(24)  VA Boston Healthcare System Research Restructuring Committee (Co-Chair), 2000.
(25)  VA Boston Healthcare System ACOS-Research Selection Committee, 2001.
(26)  VA Boston Healthcare System Mental Health Service Director Selection Committee, 2004.
(27)  VA Boston Healthcare System Chief of Psychology Selection Committee, 2005-6.
(28)  VA Boston Healthcare System Integrated Ethics Committee (Co-chair) 2006-.
(29)  VA Boston Healthcare System Faculty & Staff Selection Committees, 2001-.
(30)  Boston University School of Medicine, Executive Committee, 2011-.
(31)  Boston University School of Medicine, Deans Committee, 2011-.

PX12

(32)   Boston University School of Medicine, Advisory Board, Center for Military & Veterans Health, 2012-present.
(33)   Boston University – Wide Task for on Status of LGBTQIA+ Community.
(34)   Boston University-Wide Faculty Grievance Committee.

## EXTERNAL SERVICE AND COMMITTEE APPOINTMENTS:

(1)   Scientific Affairs Committee, (Mississippi Psychological Association), 1982-1985, Chair, 1984.
(2)   Media Committee, Association for Advancement of Behavior Therapy, Chair, 1982-1984.
(3)   Ad Hoc, By-Laws Committee (Mississippi Psychological Association), Chair, 1982-1983.
(4)   Examiner, Mississippi Board of Registration for Psychologists, 1982-1984.
(5)   DSM-III-R Advisory Committee on Post-Traumatic Stress Disorder, 1984-1987.
(6)   Association for Advancement of Behavior Therapy - Committee on Public Education, Chair, 1984-1985.
(7)   Chief Medical Director's Special Committee on Post-Traumatic Stress Disorder, 1984-1987.
(8)   VA Region I Mental Health Task Force, 1986-1995.
(9)   Chairman, Technical Advisory Group, National Vietnam Veterans Readjustment Study, VA Central Office, 1986-present.
(10)   NIMH Task Force on Research Funding for Post-Traumatic Stress Disorder, 1987.
(11)   DSM-IV Advisory Committee on Post-Traumatic Stress Disorder, 1989-1992.
(12)   VACO Advisory Committee on Clinical Training in Psychology, 1989-1991.
(13)   VACO Advisory Committee on Research in Psychology, 1991-1992.
(14)   International Society for Traumatic Stress Studies, President, 1996-1997; President-Elect, 1995-1996; Board of Directors, 1991-1994; 1994-1997 (Elected); Chair, Nominations and Elections Committee, 1992-1994, 1998; Co-Chair, Scientific Publications Committee, 1993-1994; Vice President, 1994-1995; Chair, Editor-elect Selection Committee for Journal of Traumatic Stress, 1996; Audit Committee (Chair) 2005-.
(15)   Consultant, Social Development Office, State of Kuwait, 1993, 1996-2001.
(16)   Senator Patrick Leahy VA Research Award Selection Committee, 1994.
(17)   The Istanbul Center, International Research Advisory Committee, 1994- .
(18)   Chair, Site Visit Team, Duke University, Department of Psychology: Social and Health Sciences, 1994.
(19)   National Institute of Mental Health-National Center for PTSD Consensus Conference on Assessment of PTSD. Co-Chairman (with S. Solomon, Ph.D., J. Maser, Ph.D., E. Gerrity, Ph.D.) Boston, MA November, 1995.
(20)   VA Headquarters Mental Health New Knowledge Committee (Co-chair), 1996-.
(21)   VA Headquarters Mental Health Strategic Group Field Advisory Board, (Executive Committee) 1997-
(22)   NIMH Working Group on Torture and Trauma (Co-Chair), 1997-98.
(23)   ISTSS Committee on the Development of PTSD Treatment Guidelines, 1997-99.
(24)   Robert Mitchell, M.D. Center for the Study of Former Prisoners of War, Scientific Advisory Board, 1998-.

Keane CV 2022

PX12

(25)   National Institute of Health's Behavioral and Social Sciences Integration Working Group, June, 1998.

(26)   American Psychological Association's Council of Representatives (Elected) 1998-.

(27)   National Academy of Science's Institute of Medicine (Consultant on War Stress) 1998.

(28)   United Nations International Working Group on Trauma (Co-Chair) 1999-2002.

(29)   NIMH-MRC South Africa Delegation on Behavioral Prevention of HIV, Durban, South Africa November 2000.

(30)   Consensus Conference on Early Interventions after Mass Violence and Trauma, Multi-agency sponsored meeting at Warrenton, Virginia, October 2001.

(31)   NIMH-National Center for PTSD Conference on Early Trauma Responses and Psychopathology (Steering Committee), Bethesda, MD, January 2002.

(32)   NIMH-Surgeon General Collaboration on Psychological Responses to Mass Violence, Disaster, and Terrorism, 2003.

(33)   Association of VA Psychology Leaders, President-Elect, President, Past-President 2003-05.

(34)   National Institute of Mental Health/New York Academy of Medicine Panel on Methods and Ethics of Research following Terrorism and Disasters, January 2003.

(35)   Testimony to United States House of Representatives Veterans Affairs Committee on Psychological Status of War Veterans with Posttraumatic Stress Disorder, March 2004.

(36)   Consulting Psychologist: Action Planning Conference for Iraq Mental Health, Amman, Jordan, March 2005.

(37)   Consulting Psychologist: South Central Mental Illness Research, Education, & Clinical Center, April 2005.

(38)   United States Congress (House & Senate) Lecture on VA's Role in Care of Veterans with PTSD. Sponsored by American Psychological Association, May 2005.

(39)   Testimony to United States House of Representatives Veterans Affairs Committee on Psychological Status of Returning OEF-OIF Veterans, July 2005.

(40)   Presentation to the Institute of Medicine of the National Academy of Sciences on the diagnosis and assessment of PTSD, February 2006.

(41)   Presentation to the Institute of Medicine of the National Academy of Sciences on compensation and pension for veterans of the United States military. May 2006.

(42)   Presenter: The Voice Awards of Substance Abuse Mental Health Services Administration, Hollywood, CA. August 2006.

(43)   Executive Committee: Division of Trauma Psychology, American Psychological Association, August 2006-2009.

(44)   Anxiety Disorders Association of America, Board of Directors, 2006-present; President 2012-2014.

(45)   National Professional Standards Board in Psychology, VA Central Office, July 2006-June 2009.

(46)   Testimony to President's Commission on the Care of Returning Wounded Warriors. May 2007, San Diego, CA.

(47)   Division of Trauma Psychology (56) of American Psychological Association. Executive Committee (Member at Large: 2006-2009. Awards Committee: 2007-2008 (Chair), President-Elect, President, Past President 2011-13.

(48)   Department of Defense PTSD & TBI Research Program: Programmatic Review. December, 2007; January 2008, Tysons Corner, VA.

PX12

(49)   Chair, Scientific Steering Committee, Rehabilitation Outcomes Research Center, N. Florida/S. Georgia VA Healthcare System, Gainesville, FL. 2007-present.

(50)   Advisory Board: Center for Interdisciplinary Policy, Education, and Research on Terrorism. Pacific Graduate School of Psychology, Palo Alto, CA, 2006-present.

(51)   Advisory Board: The Pathway Home; California's Transitional Care for Returning Combat Veterans. Yountville, CA. 2008-present.

(52)   Chair: Awards Committee of the Division of Trauma Psychology of American Psychological Association, 2008-9.

(53)   Chair, Executive Committee: STRONGSTAR. University of Texas-San Antonio Health Sciences Center's DOD funded center for research on returning OEF-OIF Veterans, 2008-

(54)   Advisor to DSM-V PTSD Subcommittee, 2008-.2013.

(55)   Joint Program Committee (PTSD-Traumatic Brain Injury), Congressionally Directed Medical Research Program, Department of Defense (MOMRP) 2008- . Scientific Judge: International Brain Bee Championship (Neuroscience Competition for High School Students). American Psychological Association. Toronto, Ontario, CA. August 2009.

(56)   Scientific Judge: International Brain Bee Championship (Neuroscience Competition for High School Students). American Psychological Association. Toronto, Ontario, CA. August 2009.

(57)   Co-Director: Complexities and Challenges of PTSD and TBI. Medical education course sponsored by MGH-Psychiatry Academy, San Francisco, CA September 2009; Boston July 2010; Boston July 2011.

(58)   Department of Defense-Department of Veterans Affairs Committee for Development of Best Practice Guidelines for treating Posttraumatic Stress Disorder: 2009-present.

(59)   Conference Chair of the Annual Meeting of Anxiety Disorders Association of America, New Orleans March 2011.

(60)   President-Elect, Division of Trauma Psychology (APA) of the American Psychological Association (2011).  President of Division of Trauma Psychology (2012). Past President (2013).

(61)   President-Elect, Anxiety & Depression Association of America (2010-12).  President, Anxiety and Depression Association of America (2012-2014)

(62)   Chair: McCormick Foundation Review Panel for the Invisible Wounds of OEF-OIF Warriors and their Families, New York City, January 2011.

(63)   Scientific Advisory Committee: Lean Advancement Initiative at Massachusetts Institute of Technology, *Posttraumatic Stress Initiatives: US Military Enterprise Analysis*. (2010-present).

(64)   Participant: Massachusetts Institute of Technology Collaborative Initiatives. New Models 5: Breaking Logjams, Cambridge MA, November 29, 2011.

(65)   Capital Campaign Committee for American Psychological Foundation, (2012-2016).

(66)   Steering Committee: Applying evidence-based training and core psychological change processes to disseminate effective services for trauma survivors. The NATO Science for Peace and Security Program, Amsterdam, NL, April 2012.

(67)   Chair: Psychological Trauma Editor Selection Committee: Division of Trauma Psychology of the American Psychological Association.

(68)   President-Elect (2014) Society for Clinical Psychology (Division 12) of American Psychological Association.  President (2015).

PX12

(69)  Board of Directors (2014) American Psychological Foundation of the American
      Psychological Association. President (2017-2019).
(70)  Military Veteran Psychology Program Advisory Committee (2015- ) William James
      College, Newton, MA.
(71)  Panel Participant: Preventing and Treating the Invisible Wounds of War: Combat Trauma
      and Psychological Injury. Center for Ethics and the Rule of Law. University of
      Pennsylvania Law School. Philadelphia, PA. December 3-5, 2015.
(72)  Canadian Institute for Public Safety Research & Treatment, Scientific Leadership Council,
      University of Regina, Saskatchewan, CA, (2016- present).
(73)  Canada Council for the Arts; Killam Research Fellowship Review, June 2017.
(74)  John Blair Barnwell, MD Award Committee, VA Clinical Research & Development, 2018,
      2019, 2020.
(75)  Boston University: University Wide Task Force for LGBTQIA Faculty and Staff; October,
      2018-May 2019.
(76)  Boston University: University Wide Grievances Committee; September 2021- .


## PROFESSIONAL AFFILIATIONS:

1979   American Psychological Association (Fellow: Divisions 12, 18, 44, 56)
       President of Division of Trauma Psychology (2012)
       President of Society of Clinical Psychology (2015)
1979   Association for Behavioral & Cognitive Therapy
1980   Association for Advancement of Psychology
1980   American Association for Advancement of Science
1981   Association of VA Psychology Leaders (President, 2004-2005)
1986   International Society for Traumatic Stress Studies (President 1996-1997)
1995   Association for Psychological Science (Fellow)
1993   Anxiety & Depression Association of America (President 2012-2014)
2014   American Psychological Foundation (President 2017- )


## PROFESSIONAL AWARDS AND HONORS

2018   ***Presidential Award for Outstanding Contributions to Trauma Psychology***
       American Psychological Association; Division of Trauma Psychology.
2017   ***Certificate of Commitment to Veterans and the VA's Mission***
       Department of Veterans Affairs, Office of Patient Care Services.
2016   ***Jerilyn Ross Clinician Advocate Career Award***
       Anxiety and Depression Association of America
2016   ***Outstanding Scientific Achievement in Trauma Psychology***
       American Psychological Association; Division of Trauma Psychology
2015   ***John Blair Barnwell Award for Outstanding Achievement in Clinical Science***
       Department of Veterans Affairs, Office of Research & Development.
2015   ***Lifetime Achievement Award***
       Canadian Psychological Association, Traumatic Stress Section.
2015   ***Certificate of Appreciation for Career Contributions to Veterans Healthcare.***

PX12

| | VA Central Office; Office of Patient Care Services. |
|---|---|
| 2014 | ***Presidential Citation Award,*** for lifelong commitment to the Nation's Veterans. American Psychological Association (*Nadine Kaslow, Ph.D., President*). |
| 2014 | ***Inaugural Presidential Award*** Association for Scientific Advancement in Psychological Injury and the Law |
| 2014 | ***Certificate of Appreciation for Career Contributions to Veterans Healthcare.*** VA Central Office; Office of Patient Care Services. |
| 2013 | ***Outstanding Contributions to Service in Trauma Psychology*** American Psychological Association; Division of Trauma Psychology. |
| 2013 | ***Honorary Doctor of Humane Letters.*** William James College, Newton, MA. |
| 2013 | ***Distinguished Scientific Contributions to Clinical Psychology Award***. American Psychological Association, Society for Clinical Psychology. |
| 2013 | ***Certificate of Appreciation for Career Contributions to Veterans Healthcare.*** VA Central Office; Office of Patient Care Services. |
| 2013 | ***Network Director's I CARE Award*** For being a leader in Integrated Ethics in VA Boston. |
| 2012 | ***Harold Hildreth Award for Distinguished Public Service***. American Psychological Association, Division of Psychologists in Public Service |
| 2012 | ***Spielberger EMPathy Symposium Invited Participant at APA;*** American Psychological Foundation, Certificate of Commendation. |
| 2012 | ***Dr. Stephen Hayes Community Service & Education Award***; William James College, Newton, MA. |
| 2011 | ***Honorary Doctor of Science (D.Sc.).*** Binghamton University and the State University of New York. |
| 2010 | '***Exceptional Work in Hosting PTSD Teams from Baghdad & Basra, Iraq***'. Substance Abuse Mental Health Services Administration (SAMHSA). |
| 2008 | ***Linda E. Saltzman Symposium Honoree***; American Medical Association's National Advisory Council on Violence and Abuse; for contributions to advancing knowledge on violence and abuse. |
| 2007 | ***Book of the Year Award*** American Journal of Nursing. (For: Handbook of PTSD: Science and Practice) |
| 2004 | ***Lifetime Achievement Award.*** International Society for Traumatic Stress Studies. |
| 2004 | ***Outstanding Researcher in Cognitive Behavior Therapy.*** Association for Behavioral & Cognitive Therapy (ABCT). |
| 2002 | '***Sustained and Important Career Contributions***' Association of VA Psychology Leaders' Special Contribution Award. |
| 2000 | ***Distinguished Service Award*** Psychologists in Public Service, American Psychological Association, |
| 1998 | ***Edward Weisband Distinguished Alumnus Award.*** Binghamton University-SUNY. |
| 1998 | ***Director's Commendation.*** VA Boston Healthcare System |
| 1997 | ***Fellow.*** Association for Psychological Science. |

PX12

| | |
|---|---|
| 1996 | ***Robert Laufer Award for Outstanding Scientific Achievement.*** |
| | International Society for Traumatic Stress Studies. |
| 1996 | ***Outstanding Research Contributions.*** |
| | Psychologists in Public Service, American Psychological Association. |
| 1996 | ***Alumni Star.*** |
| | Binghamton University- SUNY. |
| 1994 | ***"Best in Mental Health"*** |
| | Good Housekeeping Magazine |
| 1993-1994 | ***J. William Fulbright United States Senior Scholar*** |
| | Trinity College Dublin, Ireland |
| 1990 | ***Leadership Award.*** |
| | Association of VA Chiefs of Psychology. |
| 1989 | ***DVA Secretary's Special Contribution Award.*** |
| | Department of Veterans Affairs Central Office for oversight of NVVRS. |
| 1988 | ***Fellow.*** |
| | American Psychological Association, Divisions 12, 18, 44, 56. |
| 1979-1980 | ***Annual Professional Research Award.*** |
| | Mississippi Psychological Association. |
| 1979 | ***Sigma Xi,*** The Scientific Research Society. |
| 1973 | ***Student Life Award*** (For contributions to University Undergraduate Life). |
| | University of Rochester, Rochester, New York. |
| 1969-1973 | ***Westchester-Fairfield Alumni Regional Scholarship.*** |
| | University of Rochester, Rochester, New York. |
| 1969-1973 | ***New York State Regents Scholarship.*** |
| | State of New York. |

## VOLUNTEER COMMUNITY POSITIONS

| | |
|---|---|
| 1994-present | Boston VA Research Institute (BVARI, Inc.), Board of Directors. |
| 1997-2007 | Fenway Community Health Center, Boston Massachusetts, Board of Directors, President (2000-2002). |
| 2003-2010 | Fenway Community Health Center, Boston Massachusetts, Campaign Committee. |
| 2011-2021 | Provincetown Art Association & Museum, Cape Cod, MA, Board of Directors. |
| 2012-2015 | Provincetown Art Association & Museum, Cape Cod, MA, Campaign Committee. |
| 2012-present | American Psychological Foundation, Washington, D.C., Campaign Committee. |
| 2014-present | American Psychological Foundation, Washington, D.C. Board of Directors, President (2017-2019). |
| 2015-present | Algonquin Club of Boston, Board of Directors, (President 2017-present). |
| 2020-present | Gratitude America, Board of Directors. |

## EDITORIAL APPOINTMENTS

| | |
|---|---|
| 1985-1990 | Editorial Board: Journal of Consulting & Clinical Psychology. |
| 1984-1986 | Editorial Board: Behavior Therapy. |

PX12

| 1984-1988 | Consulting Editor: Trauma and Its' Wake, Book series by Brunner/Mazel. |
| 1979-1980 | Co-Editor: Behavioral Medicine Advances. |
| 1980-1984 | Editorial Staff: Southeastern Psychological Association. |
| 1982, 1993 | Program Committee: Association for Advancement of Behavior Therapy. |
| 1986-1991 | Editorial Board: Journal of Traumatic Stress. |
| 1989 | Guest Editor: Behavior Therapy, Miniseries on PTSD. |
| 1987-1990 | Consulting Editor: The Behavior Therapist. |
| 1990-2000 | Editorial Board: Journal of Abnormal Psychology. |
| 1990-2004 | Program Committee: American Psychological Association (Division 12). |
| 1994-2004 | Editorial Board: Assessment. |
| 1995-1997 | Program Committee: International Society for Traumatic Stress Studies. |
| 1998- 2000 | Editorial Board: Journal of Interpersonal Violence. |
| 1998- present | Editorial Board: Trauma, Abuse & Violence. |
| 1998- present | Editorial Board: International Journal of Emergency Mental Health. |
| 1999- 2004 | Editorial Board: Journal of Anxiety Disorders. |
| 2000- 2008 | Editorial Board: Journal of Trauma Practice. |
| 2000- 2004 | Associate Editor: Journal of Psychopathology and Behavioral Assessment. |
| 2001- 2006. | Editorial Board: Journal of Abnormal Psychology. |
| 2008-present | Editorial Board: Psychological Trauma: Theory, Research, Practice, & Policy. |
| 2013-present | Editorial Board: Chinese Journal of Psychology. |
| 2013-2017 | Editorial Board: Journal of Rehabilitation Research & Development |
| 2016-2019 | Editorial Board: Clinical Psychology: Science and Practice. |

## STUDY SECTIONS & GRANT REVIEWS:

National Institute of Mental Health, Violence and Traumatic Stress IRG, 1992-1996,
      Chair, 1995-1996.
National Institute of Mental Health, 1980 – present (Ad Hoc).
Veterans Affairs: Mental Health Merit Review Board, 1984-1987.
Veterans Affairs: Research Advisory Group, 1979-1983.
Site Visitor: National Institute of Mental Health, 1986, 1989, 1996.
National Institutes of Health, RAPID Review IRG, 1991-present
National Institutes of Health, B/START Reviewer, 1994-present.
National Institutes of Health, General Clinical Research Center Site Visitor, September 2000.
National Institute of Alcohol Abuse and Alcoholism, August 2001.
National Institute of Mental Health: Intervention and Services Research, February 2002.
Data Safety & Monitoring Board: National Institute of Mental Health Collaborative Trial of
      Prevention of HIV/STD Trial in African American Couples. May 2002-present.
National Institute of Mental Health, T-32 Training Grant Application Review, 2004.
Michael Smith Foundation for Health Research, Vancouver, British Columbia, 2004.
Data Safety & Monitoring Board: National Institute of Mental Health Trial of Cognitive
      Behavioral Therapy for Sleep Disorders in PTSD. Anne Germain, Ph.D. (PI). 2007-2011.
Congressionally Directed Medical Research Program, Department of Defense, 2006- Present.
United States-Israel Binational Research Program, 2007-present.
Israel Centers of Research Excellence International Review Committee (Chair) 2012.
National Science Center, Poland, Warsaw Poland 2016.

PX12

Canadian Council on the Arts; Killam Research Fellowships, Reviewer, 2017.
US-Israel Binational Scientific Review Committee. January 2020.


## COURSES TAUGHT:

1. Introduction to Psychology;
2. Abnormal Psychology;
3. Addictive Behaviors;
4. Psychological Assessment.

## CURRENT RESEARCH INTERESTS

1. Post-Traumatic Stress Disorder: Conceptual Models, Assessment, and Treatment.
2. Cognitive Behavioral Approaches to Anxiety Management.
3. Addictive Behaviors.

## FUNDED RESEARCH PROJECTS

| Source of Funding | Grant # | Title of Project | Role | Dates | Annual Direct Amount |
|---|---|---|---|---|---|
| Veterans Administration Merit Review Award | | Behavior Therapy in the Treatment of Post-traumatic Stress Disorder in Vietnam Veterans. | Principal investigator | 1980-1984 | $56,250 |
| Veterans Administration Career Development Award | | Improving Vietnam Veterans' Job Finding Skills. | Mentor | 1980-1981 | $49,000 |
| Veterans Administration Merit Review Award | | Behavior Therapy and Pharmacotherapy in the Treatment of PTSD in Vietnam Veterans | Principal investigator | 1984-1989 | $62,500 |
| Veterans Administration Career Development Award | | PTSD and Depression: An Analysis of Cognitive Functions. | Primary Mentor | 1986-1989 | $41,666 |
| Veterans Administration Mental Health Institutional Award | | Coordinating aftercare services to promote community adjustment in psychiatric patients: Psychosocial Interventions. | Principal Investigator | 1987-1990 | $300,000 |

Keane CV 2022

PX12

| National Institute of Mental Health | | An analysis of cognitive functions in post-traumatic stress disorder. | Principal Investigator | 1988-1991 | $19,625 |
|---|---|---|---|---|---|
| VA Cooperative Study Programs | | A psycho-physiological study of chronic post-traumatic stress disorder. | Principal Investigator | 1989-1995 | $333,333 |
| National Institute of Drug Abuse | | Medication Development Center | Co-principal investigator | 1995-2000 | $1,400,000 |
| National Institute of Mental Health | | Research Training in Posttraumatic Stress Disorder | Director of Postdoctoral Training Pgm | 1996-2006 | $131,818 |
| National Institute of Alcohol Abuse and Alcoholism | | Boston University CRU for Alcoholism Treatment | Co-Principal Investigator | 1997-2003 | $466,666 |
| Substance Abuse, Mental Health and Services Administration | | Integrating substance abuse and PTSD treatment to improve compliance and health status in HIV positive patients. | Principal Investigator | 1998-2004 | $357,142 |
| Center for Naval Analyses | | Predicting health and adjustment among Vietnam-era repatriated prisoners of war: A quartet of longitudinal studies. | Principal Investigator | 1999-2000 | $178,000 |
| National Institute of Mental Health | | Treating torture and related trauma among Bosnian refugees | Principal Investigator | 1999-2005 | $121,666 |
| Department of Health and Human Services Office of Refugee Resettlement | | Cognitive-behavioral treatment for war traumatized refugees: Project Welcome | Co-Principal Investigator | 2000-2004 | $500,000 |
| Substance Abuse Mental Health Services Administration | | Treatment/Services Development Center for Medical Trauma & Refugee Trauma in Children | Co-Principal Investigator | 2001-2005 | $500,000 |
| Substance Abuse Mental Health Services Administration | | Treatment/Services Development Center for PTSD and Substance Abuse in Children and Adolescents | Director of Protocol Development | 2003-2007 | $600,000 |
| Rehabilitation Research & Development | | Developing an integrated cognitive behavioral treatment for chronic pain & PTSD. | Principal Investigator | 2004-2008 | $247,500 |
| National Institute of Mental Health | | HIV Prevention for the Mentally Ill: Motivational Skills | Co-Principal Investigator | 2006-2009 | $150,000 |

Keane CV 2022

PX12

| National Institute of Mental Health | | Pathways of Risk and Resilience in Firefighter Recruits | Co-Principal Investigator | 2006-2011 | $480,000 |
|---|---|---|---|---|---|
| Department of Defense-CDMRP | | Development and Validation of a PTSD Impairment Scale | Co-Principal Investigator | 2008-2011 | $350,000 |
| Department of Defense-Congressionally Directed Medical Research Program | | Development of a PTSD Registry | Principal Investigator | 2008-2011 | $525,000 |
| National Institute of Mental Health | | Research Training in Posttraumatic Stress Disorder | Principal Investigator | 2008-2013 | $169,166 |
| ARRA funded Challenge Grant from the National Institute of Alcohol Abuse and Alcoholism | | Web Based Behavioral Intervention for Returning Veterans with Risky Alcohol Use | Principal Investigator | 2009-2012 | $181,451 |
| Department of Veterans Affairs Cooperative Studies Program | | Boston Area Network of Designated Enrollment Sites (BARN) | Program Director | 2012-2014 | $200,000 |
| Department of Defense-Congressionally Directed Medical Research Program | | PTSD Registry: Risk and Resiliency Factors in PTSD. | Principal Investigator | 2012-2019 | $500,000 |
| VA-DoD Congressionally Directed Medical Research Program | | Consortium to Alleviate PTSD | Co-Principal Investigator | 2013-2020 | $2,500,000 |
| Bristol Myers Squibb Foundation | | Web Based Intervention for Risky Alcohol Use & PTSD | Principal Investigator | 2013-2015 | $526,266 |
| Department of Veterans Affairs Cooperative Studies Program | | Boston Area Network of Designated Enrollment Sites (BARN) | Principal Investigator | 2019-2023 | $325,000 |

## CORE CENTER FUNDING:

1989-present   National Center for Posttraumatic Stress Disorder. Department of Veterans Affairs Funding to VA Boston Healthcare System: FY 2017: $3.5 Million.

## TRAINING AND MENTORING

| Name | Trainee Status | Inclusive Dates | VA or non-VA | Clinician or Non-clinician | Current Position |
|---|---|---|---|---|---|
| John A. Fairbank, Ph.D. | Intern & | 1979- | VA Jackson | Clinician | Professor of |

PX12

| | Fellow | 1984 | | | Psychiatry, Duke, Director VA Center of Excellence |
|---|---|---|---|---|---|
| Juesta M. Caddell, Ph.D. | Project Director | 1980-1984 | VA Jackson | Clinician | Senior Scientist, Research Triangle Institute, North Carolina |
| John L. Black, Ph.D. | Intern & Fellow | 1980-1982 | VA Jackson | Clinician | Staff Psychologist, North Texas VA Healthcare System |
| Rose T. Zimering, Ph.D. | Intern & Fellow | 1980-1984 | VA Jackson | Clinician | Director: Outpatient Mental Health, VA Boston; Assoc. Professor, BUSM |
| Barbara W. Martin, Ph.D. | Trainee | 1981-1984 | VA Jackson | Clinician | Professor of Psychology: Alcorn State University, MS |
| Paul F. Malloy, Ph.D. | Intern | 1981-1984 | VA Jackson | Clinician | Professor of Psychiatry, Chief of Psychology, Brown University |
| Judith A. Lyons, Ph.D. | Intern & Fellow | 1984-1987 | VA Jackson & Boston | Clinician | Associate Professor of Psychiatry, U. of Mississippi Medical Center, Jackson VA |
| Jessica Wolfe, Ph.D. | CDA Awardee | 1986-1989 | VA Boston | Clinician | Professor of Psychiatry, Emeritus, BUSM; Inaugural Director of National Center for PTSD |
| Kathryn L. Taylor, Ph.D. | Trainee | 1985-1987 | VA Boston | Clinician | Professor of Psychiatry, Lombardi Cancer Center, Georgetown University |
| Frank W. Weathers, Ph.D. | Intern & RAG Recipient | 1988-1992 | VA Boston | Clinician | Professor of Psychology, Auburn University |
| Elana Newman, Ph.D. | Intern & Fellow | 1990-1994 | VA Boston | Clinician | Professor of Psychology, University of Tulsa |
| Matthew O. Kimble, Ph.D | Fellow | 1996-1998 | VA Boston | Clinician | Professor of Psychology, Middlebury College, VT |
| William Flack, Ph.D. | Fellow | 1996-1998 | VA Boston | Clinician | Professor of Psychology, Bucknell University. |
| Milissa L. Kaufman, M.D., Ph.D. | Graduate Student (Ph.D.) | 1999-2003 | VA Boston | Clinician | Assistant Professor of Psychiatry, Harvard Medical School, McLean Hospital. |
| Carlos Cuevas, | Fellow | 2000- | VA Boston | Clinician | Associate Professor of |

Keane CV 2022

PX12

| Ph.D. | | 2004 | | | Criminal Justice, Northeastern University |
|---|---|---|---|---|---|
| Elizabeth Pratt, Ph.D. | Fellow | 2002-2005 | VA Boston | Clinician | Research Assistant Professor of Psychology, Boston University |
| Meredith E. Charney, Ph.D | Graduate Student (Ph.D.) | 2003-2008 | VA Boston | Clinician | Instructor of Psychiatry, Harvard Medical School, Mass General Hospital |
| Casey Taft, Ph.D. | Fellow | 2003-2004 | VA Boston | Clinician | Professor of Psychiatry, BUSM; National Center for PTSD-Boston. |
| Amy Silberbogen, Ph.D. | Fellow | 2005-2008 | VA Boston | Clinician | Assistant Professor of Psychiatry, BUSM; VA Staff Psychologist |
| Amy Marshall, Ph.D. | Fellow | 2006-2008 | VA Boston | Clinician | Associate Professor of Psychology, Pennsylvania State University. |
| Blair Wisco, Ph.D. | Intern & Fellow | 2010-2013 | VA Boston | Clinician | Associate Professor of Psychology, University of North Carolina, Greensboro. |

## INVITED ADDRESSES:

1.  Association of Psychologists in Nova Scotia, Halifax, Nova Scotia, May, 1989 (Keynote).
2.  Academy of Psychosomatic Medicine, Las Vegas, NV, October 1989 (Keynote).
3.  University of Mississippi Medical Center, Festschrift for Department of Psychiatry, Jackson, Mississippi, October 1990.
4.  Western Michigan University Conference on PTSD, September 1991 (Keynote).
5.  University of Pennsylvania School of Medicine Conference on PTSD, October 1991 (Keynote).
6.  Harvard Medical School, Joint Psychology Internship Conference, May 1992 (Keynote).
7.  American Psychological Society, Presidential Symposium (Gordon Bower, Chair), San Diego, California, June 1992.
8.  Nevada Association of Psychiatric Physicians, Reno, Nevada, February 1993.
9.  International Society for Traumatic Stress Studies, San Antonio, Texas, October 1993 (Keynote).
10. Eastern Regional Conference on Multiple Personality and Dissociation, June 1994.
11. American Association of Spinal Cord Injury Psychologists and Social Workers, Las Vegas, Nevada, September 1994 (Keynote).
12. Southern Psychiatric Association, Sea Island, Georgia, October 1995.
13. Swedish Conference on Health and Human Rights, Stockholm, February 1997 (Keynote).
14. Banff International Conference on Behavioral Science, Alberta, CA., March 1997.

PX12

15. University of Kentucky Conference on Psychopathology, Lexington, KY, April, 1997 (Keynote).
16. Australian National Centre for PTSD Annual Conference, Sydney, Australia, May 1997 (Keynote).
17. Australian Repatriation Medical Authority Consensus Conference on Stress and Challenge: Health and Disease, Brisbane, Australia, February, 1998.
18. The Vietnam-era Repatriated Prisoner of War Health Study Conference, Washington, D.C., April, 1998.
19. Conference on Psychological Effects of Torture and Related Trauma, Medical Research Council, Capetown, South Africa, September, 1998.
20. Indiana Psychological Association Annual Meeting, Indianapolis, Indiana, October, 1998 (Keynote).
21. Cross Cultural Perspectives in the Treatment of PTSD Conference, Bradford, England, November, 1998.
22. American Psychological Association Meetings, Division 18 Plenary Address, Boston, August, 1999.
23. Caring for Victims of Torture Conference, (Keynote) United States' Center for Victims of Torture, Minneapolis, Minnesota, October 1999
24. War Pensions Agency Meeting on Psychological Injury: Understanding and Supporting, Royal College of Physicians, London, United Kingdom, March, 2000 (Keynote).
25. Milestones at the Millenium Invited Symposium on Posttraumatic Stress Disorder, Anxiety Disorders Association of America, Washington D.C., March 2000.
26. Plenary Debate on the Value of Social Policy in the ISTSS, World Conference of ISTSS, Melbourne, Australia, March 2000.
27. University of Uppsala National Conference on Trauma and PTSD, Uppsala, Sweden (Keynote), October 2000.
28. Croatian Medical Society, Psychoneurobiological Frameworks for PTSD, Zagreb, Croatia, September, 2001.
29. Chesapeake Health Education Program, PTSD: Treatment Innovations for the New Millennium. (Keynote) Perry Point, Maryland, October 2001.
30. United Nations' Commission on Social Development, February 2002, New York City.
31. Eastern Psychological Association, March 2002, Boston, MA.
32. Saint Louis University's Marjorie H. Richey Lecture in Social Psychology, March 2002, Saint Louis, MO.
33. West Virginia University's Claude W. Benedum University-wide Lecture, September 2002, Morgantown, West Virginia.
34. Peking University's Institute for Mental Health, First Joint Workshop to Build Research Collaboration - China Center for Disease Control and United States National Institute of Mental Health, November 2002, Beijing, China.
35. Anxiety Disorders Association of America, Conference on Early Interventions Following Trauma and Disasters, Chantilly, Virginia, June 2002.
36. PTSD Alliance Conference on Treatment of Psychological Trauma One Year Post 9/11. Brooklyn, New York, January 2003.
37. New York Academy of Medicine-National Institute of Mental Health Invited Conference on Ethical Issues Pertaining to Research in the Aftermath of Disaster, New York, NY, January 2003.

PX12

38. HealthWorld 2003, Invited Address on Psychological Responses to Terrorism, Harvard Medical International, Athens, Greece, April 2003.

39. Veterans Affairs Canada and Ste. Anne's Centre Conference on Psychological Trauma and Operational Stress, Montreal, Quebec, Canada, May 2003 (Keynote).

40. Institute of Psychiatric Services, Invited Address on Psychological Treatments for PTSD, Boston, MA, October 2003.

41. Chesapeake Health Education Program, Plenary Address on Psychological Treatments for PTSD, Baltimore, Maryland, November 2003.

42. Banff Conference on Behavioral Science, Keynote Address on Current Status of PTSD, Banff, Alberta, Canada, March 2004.

43. Hyogo Institute for Traumatic Stress, Keynote Address on Future of Traumatic Stress Studies, Kobe, Japan, March 2004.

44. Walter Reed Army Medical Center, Plenary presentation on Advances in the Assessment and Treatment of PTSD, Washington, D.C. September 2004.

45. University of Michigan Department of Psychiatry's 8th Annual Max Hutt Memorial Lecture, November 2004.

46. Department of Veterans Affairs Network 1 Conference on Preparations for the Returning Iraq and Afghanistan Veterans, November 2004.

47. Harvard University's Nieman Foundation for Journalism, Lecture on Evidenced Based Treatments for PTSD, Cambridge, MA., October 2005.

48. Royal Society of Medicine, Conference on PTSD in the Current Climate, London, United Kingdom, March 2006.

49. New Mexico Behavioral Health Conference, Lecture on Evidence Based Treatment of PTSD, Albuquerque, N.M., March 2006.

50. Brigette Prusoff, Ph.D. Memorial Lecture in Epidemiology and Public Health, Yale University, New Haven, CT., April 2006.

51. Cape Cod Institute on Violence and Trauma, American Orthopsychiatric Association, Eastham, MA., June 2007.

52. Transforming National Security: Military Medicine Transformation, National Defense University, Ft. McNair, Washington, D.C. July 2007.

53. Anxiety Disorders Association of America: Rethinking Anxiety & Mood Disorders for the DSM-V: Controversies and Implications. Savannah, Georgia March 2008.

54. American Psychological Association's Annual State Leadership Meeting. Support from the Home Front: Helping Military Members and their Families at the State Level. Washington, D.C., March 2008.

55. Linda E. Saltzman Symposium, American Medical Association's National Advisory Committee on Violence and Abuse. Mass Medical Society, Waltham, MA April 2008.

56. Invited Plenary Address: War, Terrorism, & Trauma: New Models and Methods of Treatment.  American Psychological Association, Boston MA August 2008.

57. Past, Present, & Future Perspectives on Trauma Research Methods. Conference on Innovative Trauma Research Methods (CITRM), Evanston, Ill. November 2008.

58. Trauma, War, & Disaster: Recent Advances in our Understanding of PTSD. Conference on Rebuilding Sustainable Communities for Children and their Families after Disasters. University of Massachusetts, Boston MA, November 2008.

PX12

59.     Annual Meeting of the Mental Illness Research Education & Clinical Center (South Central United States) Recent Advances in the Psychological Treatment of Posttraumatic Stress Disorder. Houston, Texas, April 2009, (Keynote Address).

60.     Invited Address: Scientific Foundations in the Study of Posttraumatic Stress Disorder. Division of Neuroscience, American Psychological Association, Toronto, Ontario, CA. August 2009.

61.     Keynote Address: Cleveland Clinic Symposium on Posttraumatic Stress Disorder, Cleveland Ohio, October 2009.

62.     Keynote Address: Tennessee Psychological Association, Nashville, TN. November 2009.

63.     Keynote Address: American College Personnel Association, Boston, MA March 2010.

64.     Barry R. Bloom Leadership Lecture: Harvard School of Public Health, Boston, March 2010.

65.     Keynote Address: World Conference of Behavioral and Cognitive Therapies, Boston, June 2010.

66.     Keynote Address: Battlefield Healthcare Series, Institute for Defense and Government Advancement, San Antonio, Texas December 2010.

67.     CIMIT-Wellcome Trust Innovation Workshop: Exploring Diagnostic, Therapeutic, and Rehabilitative Strategies in Neurohealth, TBI, & PTSD. Boston, January 2011.

68.     Plenary Lecture: Nevada Psychiatric Association, Las Vegas Nevada, February 2011.

69.     Graduate Commencement Address at Binghamton University-The State University of New York. *Developing a Sense of Where You Are.* Binghamton, New York. May 2011.

70.     Keynote Address: *Fourth Annual Trauma Spectrum Conference*, National Institutes of Health-Department of Defense- Veterans Affairs, Bethesda MD. December 2011.

71.     Invited Address: *Distinguished Careers in Behavioral Health*, on receipt of the Stephen Hayes Award at Massachusetts School of Professional Psychology, Boston, May 2012.

72.     Invited Participant in American Psychological Foundation's Spielberger EMPathy Symposium, presented at the meetings of the American Psychological Association, Orlando, FL August 2012.

73.     Invited Address: *New England Chapter of the American Psychiatric Nurse Association.* Rivier University, Nashua, New Hampshire, May 2013.

74.     Invited Address: *Military Mental Health: Serving Those Who Serve Us.* Massachusetts School of Professional Psychology, Newton, MA June 2013.

75.     Invited Address: *Holistic Caring for Refugees & Torture Survivors.* Boston Center for Refugee Health & Human Rights, Boston Medical Center, Boston, MA, September 2013.

76.     Invited Address: *Advances in Understanding & Treating PTSD.* Harvard Residencies Education Day, McLean Hospital, Belmont, MA, November 2013.

77.     Invited Panelist: *Current Status of OEF-OIF Veterans.* Boston College's Shaw Leadership Program, Chestnut Hill, MA, March 2014.

78.     Invited Address: *Addressing the Psychological Toll of War in the 21st Century.* Veterans Health in Canada & United States. Bridgewater State University, Bridgewater, MA April 2014.

79.     Invited Address: *Addressing the Psychological Toll of War in the 21st Century.* Tufts University Institute for Global Leadership, Alliance Linking Leaders in Education and the Services (ALLIES), Medford, MA April 2014.

80.     Invited Address: *Helping in the Recovery from the Trauma of War.* Annual Medical Staff Conference of VA Boston Healthcare System, May 2014.

PX12

81.   Master Lecture: *Assessing Psychological Trauma & PTSD: Recent Updates for the DSM 5.* Society of Personality Assessment, New York City, March 2015.

82.   Keynote Address: *Recent Advances in the Psychological Treatment of PTSD.* International Conference of Chinese Applied Psychology, Beijing, China, April 2016.

83.   Plenary Address: *Recent Advances in the Psychological Treatment of PTSD.* Canadian Psychological Association, Victoria, Canada, June 2016.

84.   Plenary Lecture: *Psychological Effects of Mass Trauma.* Division of Public Service Psychology Annual Conference on Mass Casualties and Intense Traumatic Events, University of Denver, Denver, CO August 2016.

85.   Plenary Lecture: *Succeeding in an Academic Medical Center-Report from a Clinical Psychologist,* in Developing the Next Generation of Leaders in Psychology: What Works and for Whom? Panel presentation at the annual meetings of the American Psychological Association, Denver, CO August 2016.

86.   Plenary Lecture: *Evaluating and Treating PTSD: State of the Art and Science.* Public Employee Retirement Administration Commission, Commonwealth of Massachusetts, College of the Holy Cross, Worcester, MA September 2016.

87.   Keynote Address:  *Recent Advances in the Psychological Treatment of PTSD.* Society of Clinical and Experimental Hypnosis, Newton, MA, October 2016.

88.   Plenary Lecture: *Recent Advances in the Psychological Treatment of PTSD.* Syrian American Medical Society, Boston, MA, October 2016.

89.   Distinguished Speaker: *Recent Advances in the Psychological Treatment of PTSD.* American Psychological Association 125th Anniversary Speaker Series. Washington, DC April 2017.

90.   Invited Plenary Address: *Recent Advances in the Psychological Treatment of PTSD.* Mental Health Summit, Mental Health Academy Webinar, Australia, October 2017.

91.   San Antonio Life Sciences Institute (SALSI) Lecture, University of Texas at San Antonio, San Antonio, TX. October 2017.

92.   Kendon Smith, Ph.D. Lecture: *Project VALOR: Using a PTSD Patient Registry to Inform Research on Psychopathology, Outcomes, & Utilization.* University of North Carolina-Greensboro, Department of Psychology, Greensboro, NC, April 2018.

93.   Invited Conversation Hour: *Evolution of PTSD as a Diagnosis—Perspectives from Experts in the Field.* Meetings of the American Psychological Association, San Francisco, CA, August 2018.

94.   Invited Plenary Lecture: *Recent Advances in the Psychological Assessment & Treatment of PTSD.* Iowa Psychological Association, Des Moines, IA, November 2018.

95.   Invited Conference Discussant: *Shaping the Future of Research on Treatment of Combat Related PTSD.* Consortium to Alleviate PTSD: San Antonio Combat Related PTSD Conference, San Antonio, Texas, October 2018.

96.   Invited Address: Stephen A. Lisman Annual Lecture in Clinical Psychology: *Contributions of Psychological Science to the Understanding and Treatment of Posttraumatic Stress Disorder.* Binghamton University, Binghamton, New York, September 2019.

97.   Invited Conference Discussant: *Fourth Annual San Antonio Combat Related PTSD Conference.* San Antonio, Texas, October 2019.

98.   Invited Presentation: *PTSD Treatment in Active Duty Military & Veterans.* ***Posttraumatic Stress and Related Disorders: The Latest from Neurobiology to Treatment.*** Harvard Medical School Conference. Virtually Delivered. August 2020.

PX12

**INVITED LECTURES, COLLOQUIA, & WORKSHOPS:**

1.    Delta State University, Cleveland, Mississippi, 1980.
2.    Mississippi Psychological Association. Professional Researcher's Award Presentation, October 1980.
3.    University of Mississippi, Oxford, Mississippi, November 1980.
4.    University of Mississippi Medical Center - Sigma Xi, February 1981.
5.    East Tennessee State University School of Medicine, Johnson City, Tennessee, October 1981.
6.    Mountain Home VA Medical Center, Johnson City, Tennessee, October 1981.
7.    National Taiwan University School of Medicine, Taipei, Taiwan, December 1981.
8.    Rutgers University, First International Symposium on Alcohol Use & Stress, June 1982.
9.    University of Southern Mississippi, Hattiesburg, Mississippi, July 1982.
10.   University of Vermont, Burlington, Vermont, February 1983.
11.   Concordia University, Montreal, Quebec, February 1983.
12.   University of Illinois - Chicago, Chicago, Illinois, February 1983.
13.   Long Beach VA Medical Center, Long Beach, California, December 1983.
14.   Phoenix VA Medical Center, Phoenix, Arizona, February 1984.
15.   Honolulu VAOPC, Honolulu, Hawaii, June 1984.
16.   University of Hawaii Medical Center, Honolulu, Hawaii. June 1984.
17.   Arizona VA Medical Center, Phoenix, Arizona, August 1984.
18.   Palo Alto VA Medical Center, Palo Alto, California, September 1984.
19.   University of Sidney, Australia, October 1984.
20.   Hospital Corporation of Australia, Sydney, Brisbane, Lismore, and Adelaide, Australia, October 1984.
21.   West Virginia Psychological Association, Pipestem, West Virginia, April 1984.
22.   Brooklyn VA Medical Center, Brooklyn, New York, May 1985.
23.   Cleveland VA Medical Center, Cleveland, Ohio, May 1985.
24.   Seattle VA Medical Center, Seattle, Washington, May 1985.
25.   Manchester VA Medical Center, Manchester, New Hampshire, June 1985.
26.   Albany VA Medical Center, Albany, New York, September 1985.
27.   State University of New York at Albany, Albany, New York, September 1985.
28.   Boston VAOPC, Boston, Massachusetts, November 1985.
29.   Philadelphia VA Medical Center, Philadelphia, Pennsylvania, December 1985.
30.   Brockton VA Medical Center, Brockton, Massachusetts 1985.
31.   Togus VA Medical Center, Togus, Maine, March 1986.
32.   Augusta VA Medical Center, Augusta, Georgia, May 1986.
33.   Massachusetts General Hospital, Boston, Massachusetts, May 1986.
34.   Brown University, Rhode Island Hospital, Providence, Rhode Island, September 1986.
35.   Providence VA Medical Center, Providence, Rhode Island, September 1986.
36.   University of Hawaii, Honolulu, Hawaii, September 1986.
37.   Honolulu VAOPC, Honolulu, Hawaii, September 1986.
38.   Boston Institute for Behavior Therapy, Boston, Massachusetts, November 1986.
39.   Wilford Hall USAF Medical Center, Distinguished Visiting Professor, March 1987.

PX12

40. Boston University School of Medicine, Boston, Massachusetts, April 1987.
41. Brooklyn VA Medical Center, Brooklyn, New York, September 1987.
42. Northport VA Medical Center, Northport, New York, September 1987.
43. University of Massachusetts Medical Center, Worcester, Massachusetts, October 1987.
44. Clark University, Worcester, Massachusetts, February 1988.
45. University of Massachusetts Medical Center, Psychiatry Department, Worcester, Massachusetts, April 1988.
46. National Institute of Mental Health Conference on Research in PTSD, November 1988.
47. Medical University of South Carolina, Charleston, South Carolina, December 1988.
48. Ann Arbor VA Medical Center, Ann Arbor, Michigan, October 1988.
49. Concordia University, Montreal, Quebec, Canada, February 1989.
50. Beth Israel Hospital, Boston, Massachusetts, March 1989.
51. San Antonio VA Medical Center, San Antonio, Texas, April 1989.
52. Association of Psychologists in Nova Scotia, Halifax, Nova Scotia, April 1989.
53. Massachusetts Mental Health Center, Boston, Massachusetts, May 1989.
54. Yale University School of Medicine, New Haven, Connecticut, October 1989.
55. Academy of Psychosomatic Medicine, Las Vegas, Nevada, October 1989.
56. Stanford University, Palo Alto, California, November 1989.
57. West Virginia University Medical Center, Morgantown, West Virginia, January 1990.
58. Wilford Hall Air Force Medical Center, San Antonio, Texas, May 1990.
59. University of Mississippi Medical Center, Festschrift, Jackson, Mississippi, October 1990.
60. Stanford University School of Medicine, Palo Alto, California, June 1991.
61. University of Missouri School of Medicine, Columbia, Missouri, March 1992.
62. University of Massachusetts at Boston, Boston, Massachusetts, March 1992.
63. Dartmouth Medical School, Hanover, New Hampshire, May 1992.
64. Duke University Medical Center, Durham, North Carolina, October 1992.
65. Medfield State Hospital, Medfield, Massachusetts, May 1992.
66. Trinity College, Dublin, Ireland, October 1993.
67. University of Dublin Psychological Society, November 1993.
68. St. Andrews Hospital, Northhampton, England, January 1994.
69. Royal College, of Surgeons, Dublin, Ireland, January 1994.
70. University of Uppsala, Uppsala, Sweden, February 1994.
71. Karolinska Institute, Stockholm, Sweden, February 1994.
72. British Psychological Society, Belfast, Northern Ireland, February 1994.
73. Queens University, Belfast, Northern Ireland, February 1994.
74. St. Patrick's Hospital, Dublin, Ireland, February 1994.
75. University of New Brunswick, Fredericton, New Brunswick, Canada, April 1994.
76. Boston University School of Medicine, Boston, Massachusetts, April 1994.
77. Tufts University School of Medicine, Boston, Massachusetts, April 1994.
78. West Virginia University Medical Center, Morgantown, West Virginia, May 1994.
79. University of Colorado Health Sciences Center, Denver, Colorado, January 1995.
80. Memorial Sloan Kettering Cancer Institute, Cornell University, New York City, New York, March 1995.
81. Beth Israel Hospital, Harvard Medical School, Boston, Massachusetts, September 1995.
82. Beth Israel Medical Center, Manhattan, December 1995.
83. University of Missouri School of Medicine, Columbia, MO, April 1996.

PX12

84.  Massachusetts General Hospital, Harvard Medical School, December 1996.
85.  University of Massachusetts Medical Center, Worcester, MA, April 1997.
86.  Massachusetts Mental Health Center, Harvard Medical School, Boston, MA, April 1997.
87.  The Trauma Clinic, HRI, Brookline, MA, April 1997.
88.  Australian National Centre for PTSD Sponsored Workshops in Melbourne, Hobart, Sydney, Brisbane, and Canberra, April-May, 1997.
89.  University of Sydney, Sydney, Australia, May 1997.
90.  New England Medical Center, Tufts University School of Medicine, November 1997.
91.  Mount Sinai School of Medicine, Derrald Ruttenberg Cancer Ctr., NYC, February 1998.
92.  Boston University Department of Psychology, April 1998.
93.  Harvard Continuing Education Conference on PTSD, December 1998.
94.  Mercy Hospital Annual Conference, Winnipeg, Manitoba, February 1999.
95.  Falcken Corporation Conference on Treatment of PTSD, Oslo, Norway, February 1999.
96.  Boston University School of Medicine, February 1999.
97.  Mt. Sinai School of Medicine Conference on PTSD, New York City September 1999.
98.  Yale University School of Medicine, New Haven, Connecticut, October 1999.
99.  Minneapolis VA Medical Center, Minneapolis, Minnesota, October 1999.
100. Mount Auburn Hospital, Cambridge, Massachusetts, April 2000.
101. University of Wisconsin-Milwaukee, Milwaukee, Wisconsin, November 2000.
102. Dr. Solomon Carter Fuller Mental Health Center, Boston, Massachusetts, January 2001.
103. Quincy Medical Center, Quincy, Massachusetts, February 2001.
104. University of Stockholm, Stockholm, Sweden, March 2001.
105. Wilford Hall Air Force Medical Center, San Antonio, Texas, April 2001.
106. College of Psychologists of New Brunswick, Fredericton, New Brunswick, May 2001.
107. Behavioral Health Network, Concord, New Hampshire, September 2001.
108. Children's Hospital, Harvard Medical School, Boston, MA. November 2001.
109. Northeast Group Psychotherapy Association, Boston, MA. February 2002.
110. Northwest Regional Conference on Traumatic Stress, Lake Chelan, WA, April 2002.
111. University of Pennsylvania School of Medicine, Philadelphia, PA. May 2002.
112. Massachusetts Institute of Technology Conference on Conditioning in PTSD May 2002.
113. Boston Center for Refugee Health and Human Rights Conference on Refugees June 2002.
114. Massachusetts Medical Society Conference on Sexual Trauma and Health May 2002.
115. Malcolm Grow Air Force Base, Psychology Service, Maryland, July 2002.
116. West Virginia University, Dept. of Psychology, Morgantown, WVA, September 2002
117. Massachusetts Medical Society Conference on Sexual Trauma, Waltham, MA. Sept. 2002.
118. Tufts University School of Medicine, Department of Psychiatry, Boston, MA Nov. 2002.
119. Suffolk University, Department of Psychology, Boston MA, November 2002.
120. University of Alabama-Birmingham School of Medicine, Birmingham, AL March 2003.
121. Kaiser-Permanente of N. California, Mental Health Conference, San Francisco, April 2003.
122. VA Connecticut Healthcare System, Behavioral Health, West Haven, CT, June 2003.
123. National Veterans Creative Arts Festival, Oklahoma City, Oklahoma, October 2003.
124. State University of New York Stony Brook School of Medicine, New York, Jan. 2004.
125. Boston College Conference on Trauma and Clerical Abuse, Boston, January 2004.
126. University of Wisconsin Medical School, Dept. of Psychiatry, Madison, February 2005.
127. Massachusetts General Hospital, Dept. of Anesthesiology, Boston, March 2005.
128. VA National Meeting on Care of Polytrauma Survivors, Las Vegas, NV August 2006.

PX12

129.    Emory University School of Medicine, Dept. of Psychiatry, Atlanta GA., October 2006.

130.    Mt. Sinai School of Medicine, D. Ruttenberg Cancer Center, New York, February 2007.

131.    Simmons College School of Nursing, Boston, MA. March 2007.

132.    Mayo Clinic Department of Psychiatry and Psychology, Rochester, MN. September 2007.

133.    Partners Physicians Day; Harvard Medical School, Boston, MA. February 2008.

134.    Boston University School of Social Work Colloquium, Boston, MA, February 2008.

135.    Brigham & Women's Hospital Physicians Organization, Boston, MA, March 2008.

136.    Tufts University School of Medicine, Department of Psychiatry, Boston March 2008.

137.    Division of Police & Public Safety (18) American Psychological Association Boston MA August 2008.

138.    National Institutes of Health, Staff Training in Extramural Programs, Bethesda, MD, December 2008.

139.    National Institute of Drug Abuse (NIDA), Bethesda, MD, January 2009.

140.    University of California Los Angeles-West Los Angeles VA Healthcare System, Los Angeles, CA, February 2009.

141.    Boston University's Center for Neuroscience Retreat, Boston, MA. June 2009.

142.    Mass General Hospital's Psychiatry Academy Meeting on PTSD & TBI San Francisco, September 2009.

143.    The Hopi Foundation, Remaking the World of the Trauma Survivor, Flagstaff, AZ, October 2009.

144.    New England Regional VA Nursing Alliance Meeting, Simmons College, October 2009.

145.    Boston University College of Fine Arts; Discussant: "How I Learned to Drive" February 2010.

148.    American College Personnel Association, Workshop Presenter, Boston, MA. March 2010.

149.    Massachusetts School of Professional Psychology, Workshop, Boston, MA. March 2010.

150.    Massachusetts General Hospital's Psychiatry Academy Meeting on Challenges of PTSD TBI in OEF-OIF Military and Veterans, Boston, MA July 2010.

151.    American Psychological Association, Continuing Education Workshop Presenter, San Diego, CA. August 2010.

152.    Military Pathways National Webinar; Wellesley, MA. September 2010.

153.    National Institutes of Health-Veterans Health Administration, Opportunities for Collaborative Clinical and Translational Science, September 2010.

154.    Binghamton University (SUNY), Department of Psychology, Binghamton, NY Oct. 2010.

155.    Substance Abuse Mental Health Services Administration-Iraqi Behavioral Health Conference, Iraqi Cultural Center, Washington D.C., October 2010.

156.    Massachusetts General Hospital, Department of Psychiatry Grand Rounds, December 2010.

157.    Boston University Medical Center-Wide Research Symposium on PTSD/TBI, March 2011.

158.    Boston University Medical Center-Wide Research Symposium on Addictions, May 2011.

159.    Massachusetts General Hospital Psychiatry Academy 3rd Annual Meeting on Challenges of PTSD and TBI in OEF/OIF/OND Veterans, Boston, MA July 2011.

160.    Massachusetts General Hospital Psychiatry Academy Course on Spiritual and Biopsychosocial Responses to Deployment: Helping Veterans and their Families, Boston, MA July 2011.

161.    Division of Psychologists in Public Service (APA Division 18) Fall Conference on Using Science to Promote Practice, Revere, MA October 2011.

PX12

162.   American College of Physicians-Internal Medicine Care of PTSD, New Orleans, Apr 2012.
163.   Lahey Clinic, Department of Medicine Grand Rounds, Burlington, MA, September 2012.
164.   Tewksbury State Psychiatric Hospital Grand Rounds, Tewksbury, MA, October 2012.
165.   Regis College President's Series on Health, Weston, MA, November 2012.
166.   Naval Medical Hospital-Camp LeJeune, Jacksonville, North Carolina, December 2012.
167.   North Shore Medical Center, Lynn, MA February 2013.
168.   Rutgers University's Center of Alcohol Studies, New Brunswick, NJ, June 2013.
169.   Massachusetts Institute of Technology, Engineering Systems Division, Cambridge, MA, October 2013.
170.   Massachusetts Psychological Association, Worcester MA November 2013.
171.   Harvard University Student Health Service, Cambridge, MA, March 2014.
172.   Massachusetts School of Professional Psychology, Newton, MA May 2014.
173.   Antioch New England University, Keene, NH, February 2015.
174.   Harvard-Longwood Residency Training Program, Boston, MA March 2015.
175.   William James College, Newton, MA March 2015.
176.   Wyckoff Family Y Veterans Event, Bergen County, NJ, May 2015.
177.   Friends of Truro Town Hall, Truro, MA, August 2015.
178.   Association for Behavioral and Cognitive Therapy (ABCT), Webinar, September 2015.
179.   New England Regional VA Nursing Alliance, Northeastern University, Boston, MA, March 2016.
180.   National Press Foundation, Washington DC, September 2016.
181.   Division of Psychologists in Public Service; National Webinar, December 2016.
182.   Carlos Albizu University, Department of Clinical Psychology, Miami FL, January 2017.
183.   University of Miami Department of Psychiatry Grand Rounds, Miami, Fl., January 2017.
184.   Dartmouth Medical School, Psychiatry Grand Rounds, Hanover, NH June 2017.
185.   Harvard Medical School Course, PTSD and Related Disorders, Boston, MA, March 2018.
185.   American Psychopathological Association, Posttraumatic Stress Disorder in Later Life, New York City, March 2019.
186.   Boston College School of Nursing, Newton, MA April 2019.
187.   Massachusetts General Hospital, Program in Addiction Medicine, January 2020.
188.   Boston College School of Nursing, Chestnut Hill, MA February 2020.
189.   Georgetown University, Department of Anthropology, October 2020.


## PROFESSIONAL PRESENTATIONS:

1.   Keane, T.M. & Lisman, S.A. Multiple task disruption of alcohol state dependent retention. Paper presented at the meeting of Eastern Psychological Association, New York City, April 1976.
2.   Keane, T.M. & Geller, S.E. Childhood obesity: A function of eating style? Paper presented at the meeting of Eastern Psychological Association, Boston, April 1977.
3.   Geller S.E., Keane, T.M. & Scheirer, C.J. Delay of gratification, locus of control, and eating patterns of obese and non-obese children. Paper presented at the meeting of the Association for Advancement of Behavior Therapy, Atlanta, December 1977.

PX12

4.   Keane, T.M., Stalonas, P.M. & Foy, D.W. Assessment of the alcohol education component of a comprehensive treatment program for inpatient alcoholics. Paper presented at the meeting of the Southeastern Psychological Association, Atlanta,  March 1978.

5.   Foy, D.W., Duer, J.D. Keane, T.M., & Cornell, J.C. Program design: A broad based treatment program for alcoholic veterans. Workshop presented at the meeting of Southeastern Psychological Association, Atlanta, March 1978.

6.   Keane, T.M. New directions in the behavioral treatment of alcoholism: Self-management. In W. G.  Johnson (Chair), Behavioral Medicine: Current status and future directions. Symposium conducted at the joint meeting of the Mississippi and Louisiana Psychological Associations, New Orleans, November 1978.

7.   Keane, T.M. & Nunn, L.B. Behavioral approaches to improving medication compliance. In W. G. Johnson (Chair), Behavioral Medicine: Current status and future directions. Symposium conducted at the joint meeting of the Mississippi and Louisiana Psychological Associations, New Orleans, November 1978.

8.   Kirkley, B., Martin, J.E. Crawford, J.C. & Keane, T.M. The self-management of hypertension: Stage I-analysis of recruitment and instructional procedures in hypertension patient education. In W. G.  Johnson (Chair), Behavioral Medicine: Current status and future directions. Symposium conducted at the joint meeting of the Mississippi and Louisiana Psychological Associations, New Orleans, November 1978.

9.   Keane, T.M. & Lisman, S.A. Behavioral, cognitive & physiological effects of alcohol on heterosocial anxiety. Paper presented at the meeting of the Association for Advancement of Behavior Therapy, Chicago, December 1978.

10.  Keane, T.N. & Nunn, L.B. Behavioral approaches to improving medication compliance. In W. G. Johnson (Chair), Behavioral Medicine: Current status and future directions. Symposium conducted at the joint meeting of the Mississippi and Louisiana Psychological Associations, New Orleans, November 1978.

11.  Duer, J.D., Massey, F., Keane, T.M., & Foy, D.W. Training job interview skills in alcoholic veterans. Paper presented at the meeting of the Southeastern Psychological Association, New Orleans, March 1979.

12.  Kirkley, B., Prue, D., Collins, F.L., & Keane, T.M. Behavioral management of weight gain in renal dialysis patients. Paper presented at the meeting of the Association for Behavior Analysis, Dearborn, MI, June 1979.

13.  Crawford, J., Kirkley, B.G., Martin, J.E., & Keane, T.M. Comparison of recruitment procedures in hypertension patient education. Paper presented at VA Nursing Research Conference, Murfreesboro, TN, September 1979.

14.  Keane, T.M. (Chair). Noncompliance with therapy: Clinical assessment and treatment. Symposium presented at the meeting of the Mississippi Psychological Association, Jackson, MS, November 1979.

15.  Keane, T.M. Assessment of medication compliance in a medical setting. In T. M. Keane (Chair), Noncompliance with therapy: Clinical assessment and treatment. Symposium conducted at the meeting of the Mississippi Psychological Association, Jackson, MS, November 1979.

16.  Keane, T.M. & Lisman, S.A. Dose-related effects of alcohol on social anxiety. Paper presented at the meetings of the Association for Advancement of Behavior Therapy, San Francisco, December 1979.

PX12

17.    Rosenbaum, M.S., Keane, T.M. & Drabman, R.S. The evaluation of a parent training program to establish appropriate responses in physically handicapped children. Paper presented at the meeting of the Association for Advancement of Behavior Therapy, San Francisco, December 1979.

18.    Gabel, P.C., Noel, N.E., Lisman, S.A. & Keane, T.M. Effects of sexual versus fear arousal on alcohol consumption. Paper presented at the meeting of the Association for Advancement of Behavior Therapy, San Francisco, December 1979.

19.    Keane, T.M., Black, J.L., Collins, F.L., & Vinson, M. Training pharmacists to analyze and assess medication compliance. Paper presented at the meeting of the Association for Advancement of Behavior Therapy, San Francisco, December 1979.

20.    Johnson, W.G., Rosenbaum, M.S., Framer, E., Keane, T.M. & Wildman, H. The influence of exercise on cigarette smoking and physical fitness. Paper presented at the meeting of the Association for Advancement of Behavior Therapy, San Francisco, December 1979.

21.    Wildman, H.E., Rosenbaum, M.S., Framer, E.M., Keane, T.M. & Johnson, W.G. Smoking cessation: Predicting success with the Health Locus of Control Scale. Paper presented at Association for Advancement of Behavior Therapy, San Francisco, December 1979.

22.    Keane, T.M. Assessing medication compliance with the behavioral interview. In W.G. Johnson (Chair), Developments in behavioral medicine.  Symposium conducted at the meeting of the Southeastern Psychological Association, Washington, DC, March 1980.

23.    Black, J.L., Keane, T.M., Garvin, R.B., Gross, A.M. & Richter, W. Training clinic nurses to analyze problem behavior in outpatients. Paper presented at the meeting of Southeastern Psychological Association, Washington, DC, March 1980.

24.    Keane, T.M., Lisman, S.A. & Kreutzer, J. Alcoholic beverages and their placebos: Some empirical evidence. Paper presented at the meeting of Southeastern Psychological Association, Washington, DC, March 1980.

25.    Kelly, J.A., Kirkley, B.G., Kern, J., Patterson, J. & Keane, T.M. Reactions to assertive versus unassertive behavior: Differential perceptions for males and females. Paper presented at the meeting of the Southeastern Psychological Association, Washington, DC, March 1980.

26.    Keane, T.M. & Kaloupek, D.G. Behavioral analysis and treatment of the Vietnam Stress Syndrome. Symposium conducted at the meeting of the American Psychological Association, Montreal, Canada, September 1980.

27.    Keane, T.M., Martin, J.E. Berler, E.S., Wooten, L.W., Fleece, E.L. & Williams, J.G. Physiological and subjective responses to social stress in hypertensives. Paper presented at the meeting of American Psychological Association, Montreal, Canada, September 1980.

28.    Keane, T.M. (Chair) Implosive (flooding) Therapy: Theoretical advances and clinical applications. Symposium conducted at the meeting of the Association for Advancement of Behavior Therapy, New York City, November 1980.

29.    Keane, T.M. The use of flooding in the treatment of the Vietnam Stress Syndrome. In T.M. Keane (Chair), Implosive (flooding) Therapy: Theoretical advances and clinical applications. Symposium conducted at the meeting of the Association for Advancement of Behavior Therapy, New York City, November 1980.

30.    Keane, T.M., Martin, J.E., Berler, E.S., Wooten, L.S., Fleece, E.L., & Williams, J.G. Assertion skills in hypertensive patients: Behavioral, cognitive, and physiological assessment. Paper presented at the meeting of the Association for Advancement of Behavior Therapy, New York City, November 1980.

PX12

31.  Keane, T.M. & Wildman, B.G. Interracial communication: The appropriateness of the assertion paradigm in research.  Paper presented at the meeting of the Association for Advancement of Behavior Therapy, New York City, November 1980.

32.  Keane, T.M., Foy, D.W., Nunn, L.B. & Rychtarik, R.G. Improving antabuse compliance in alcoholic patients. Paper presented at the meeting of the Association for Advancement of Behavior Therapy, New York City, November 1980.

33.  Keane, T.M., Wedding, D. & Kelly, J.A. Subjective reactions to assertive behavior in psychiatric and nonpsychiatric patients. Paper presented to the meeting of the Association for Advancement of Behavior Therapy, New York City, November 1980.

34.  Keane, T.M., & Kaloupek, D.G. Implosive (flooding) Therapy: Its role in the broad spectrum treatment of the Vietnam Stress Syndrome. Paper presented at the meeting of the Association for Advancement of Behavior Therapy, New York City, November 1980.

35.  Keane, T.M., Black, J.L., & Fairbank, J.A. Comprehensive assessment and treatment of the Vietnam veteran. Workshop presented at the meetings of Southeastern Psychological Association, Atlanta, March 1981.

36.  Keane, T.M. & Black, J.L. The use of flooding in treating combat related fears in a World War II veteran. Paper presented at the meetings of Southeastern Psychological Association, Atlanta, March 1981.

37.  Fairbank, J.A., & Keane, T.M. Implosive therapy for combat-related stress disorders: Generalization across scenes. Paper presented at the meeting of the Association for Advancement of Behavior Therapy, Toronto, November 1981.

38.  Kelly, J.A., Himadi, W.G., St. Lawrence, J.S., Bradlyn, A.S., Graves, K. A., & Keane, T.M. Interpersonal reactions to assertive and unassertive styles when handling social conflict situations.  Paper presented at the Association for Advancement of Behavior Therapy, Toronto, November 1981.

39.  Keane, T.M., & Lisman, S.A. Do placebo beverages equate expectancies? In L. Young, (Chair), Methodological issues in alcohol research.  Symposium conducted at the meeting of the Association for Advancement of Behavior Therapy, Toronto, Canada, November 1981.

40.  Keane, T.M. & Malloy, P.F. An analysis of factors influencing burnout among nurses in a nursing home care unit. Paper presented at The aging veteran: Medical and behavioral factors, a conference sponsored by the Veterans Administration, Birmingham, AL,  January 1982.

41.  Keane, T.M. Discussant.  In M. Jaremko, (Chair), Vietnam veterans in trouble and transition: Assessment and intervention. Symposium conducted at the meeting of the Southeastern Psychological Association, New Orleans, March 1982.

42.  Fairbank, J.A. & Keane, T.M. Behavior therapy for post-traumatic stress disorders in Vietnam veterans. In M. Jaremko, (Chair), Vietnam veterans in trouble and transition: Assessment and intervention. Symposium conducted at the meeting of the Southeastern Psychological Association, New Orleans, March 1982.

43.  Keane, T.M. & Fairbank, J.A. Research issues in Traumatic Stress Disorders. In E. Rothblum, (Chair), Issues and process in outcome research. Symposium conducted at the meeting of the Southeastern Psychological Association, New Orleans, March 1982.

44.  Keane, T.M., Fairbank, J.A., Martin, B.W., & Wooten, L.S. Surveying mental health professionals: A factorial study of improving response rates. Paper presented at the meeting of the Southeastern Psychological Association, New Orleans, March 1982.

PX12

45. Keane, T.M. (Chair). <u>Assessment and treatment of post-traumatic stress disorders in Vietnam veterans</u>. Symposium conducted at the meeting of the American Psychological Association, Washington, DC, September 1982.

46. Malloy, P.F., Fairbank, J.A., & Keane, T.M. Tripartite assessment of post-traumatic stress disorders. In T.M. Keane, (Chair), <u>Assessment and treatment of post-traumatic stress disorders in Vietnam veterans</u>. Symposium conducted at the meeting of the American Psychological Association, Washington, DC, September 1982.

47. Fairbank, J.A., Keane, T.M., & Malloy, P.F. Demographic and psychological characteristics of Vietnam veterans with post-traumatic stress disorders. In T.M. Keane, (Chair), <u>Assessment and treatment of post-traumatic stress disorders in Vietnam veterans</u>. Symposium conducted at the meeting of the American Psychological Association, Washington, DC, September 1982.

48. Keane, T.M., Fairbank, J.A., & Caddell, J. The Vietnam Stress Management Program: Some preliminary results from the psychotherapy project. In T.M. Keane, (Chair), <u>Assessment and treatment of post-traumatic stress disorders in Vietnam veterans</u>. Symposium conducted at the meeting of the American Psychological Association, Washington, DC, September 1982.

49. Keane, T.M. (Chair) <u>Behavioral assessment and treatment approaches to the psychological problems of Vietnam veterans: Issues with post-traumatic stress disorders</u>. Symposium conducted at the meeting of the Association for Advancement of Behavior Therapy, Los Angeles, November 1982.

50. Malloy, P.F., Keane, T.M., & Fairbank, J.A. Validating a behavioral assessment methodology for post-traumatic stress disorders in the Vietnam veteran. In T.M. Keane (Chair), <u>Behavioral assessment and treatment approaches to the psychological problems of Vietnam veterans</u>. Symposium conducted at the meeting of the Association for Advancement of Behavior Therapy, Los Angeles, November 1982.

51. Fairbank, J.A., Keane, T.M., & Caddell, J. Issues in the behavioral treatment of post-traumatic stress disorders in Vietnam veterans. In T.M. Keane (Chair), <u>Behavioral assessment and treatment approaches to the psychological problems of Vietnam veterans</u>. Symposium conducted at the meeting of the Association for Advancement of Behavior Therapy, Los Angeles, November 1982.

52. Fairbank, J.A., Gross, R.T., & Keane, T.M. <u>Assessment of intense motoric arousal during imaginal flooding therapy for post-traumatic stress disorders</u>. Paper presented at the meeting of the Association for Advancement of Behavior Therapy, Los Angeles, November 1982.

53. Zimering, R.T., Keane, T.M., & Fairbank, J.A. An archival study of premilitary adjustment of Vietnam veterans. In J. Fairbank (Chair), <u>Advances in theoretical and psychological assessment issues in PTSD</u>. Symposium conducted at the annual meeting of the Southeastern Psychological Association, Atlanta, March 1983.

54. Scott, O.N., Chavoya, G.M., Keane, T.M., Lamparski, D., & Fairbank, J.A. A retrospective analysis of social support systems in Vietnam veterans. In J. Fairbank (Chair), <u>Advances in theoretical and psychological assessment issues in PTSD</u>. Symposium conducted at the annual meeting of the Southeastern Psychological Association, Atlanta, March 1983.

55. Fairbank, J.A., Keane, T.M., & Malloy, P.F. Psychological characteristics of Vietnam veterans with and without post-traumatic stress disorder. In J. Fairbank (Chair), <u>Advances</u>

PX12

in theoretical and psychological assessment issues in PTSD. Symposium conducted at the annual meeting of the Southeastern Psychological Association, Atlanta, March 1983.

56. Caddell, J.M., Keane, T.M., Fairbank, J.A., & Gross, R.T. Post-traumatic stress disorder, schizophrenia and depression: An examination of the discriminant validity of psychometric testing. In J. Fairbank (Chair), Advances in theoretical and psychological assessment issues in PTSD. Symposium conducted at the annual meeting of the Southeastern Psychological Association, Atlanta, March 1983.

57. Caddell, J.M., & Keane, T.M. Flooding and stress management: Method and efficacy of behavior therapy techniques in the treatment of Vietnam veterans with PTSD. Paper presented at the annual meeting of the Mississippi Psychological Association, Biloxi, MS, October 1983.

58. Fairbank, J.A., Keane, T.M., Lamparski, D.M., & Bender, M.E. Practical issues in the assessment and treatment of PTSD. Paper presented at the annual meeting of the Mississippi Psychological Association, Biloxi, MS, October 1983.

59. Keane, T.M. (Chair) Behavioral approaches to the assessment and treatment of disorders in the veteran population. Symposium conducted at the meeting of the Mississippi Psychological Association, Biloxi, MS, October 1983.

60. Keane, T.M., Fairbank, J.A., Caddell, J.M., & Zimering, R.T. Behavioral assessment and treatment of post-traumatic stress disorder in Vietnam veterans. Invited workshop presented at the World Congress meeting of the Association for Advancement of Behavior Therapy, Washington, DC, December 1983.

61. Cohen, R.E., Ahles, T.A., Little, D., Balducci, L., Dubbert, P.M., & Keane T.M. A tripartite assessment of anticipatory symptoms associated with cancer chemotherapy. Paper presented at the annual meeting of the Association for Advancement of Behavior Therapy, Washington, DC, December 1983.

62. Keane, T.M., Scott, W.O., Chavoya, G., Lamparski, D., & Fairbank, J.A. An empirical evaluation of social support systems in Vietnam veterans with post-traumatic stress disorders. Paper presented at the annual meeting of the Association for Advancement of Behavior Therapy, Washington, DC, December 1983.

63. Knight, J.A., Fairbank, J.A., & Keane, T.M. Clinical guidelines for the differential diagnosis of post-traumatic stress disorder in Vietnam veterans. In J.A. Fairbank (Chair), Post-traumatic stress disorder in Vietnam veterans: New directions in research and clinical practice. Symposium conducted at the meeting of the Southeastern Psychological Association, New Orleans, March 1984.

64. Keane, T.M., Issues in the assessment and treatment of PTSD in Vietnam veterans. In J.A. Fairbank (Chair), Post-traumatic stress disorder in Vietnam veterans: New directions in research and clinical practice. Symposium conducted at the meeting of the Southeastern Psychological Association, New Orleans, March 1984.

65. McCaffrey, R.J., Fairbank, J.A., & Keane, T.M. Assessment of post-traumatic stress disorder: More empirical evidence for the MMPI. Paper presented at the meeting of the Southeastern Psychological Association, New Orleans, March 1984.

66. Knight, J.A., Fairbank, J.A., & Keane, T.M. Psychophysiological assessment of PTSD in Vietnam Veterans. Paper presented at the meeting of the Association for Behavioral Analysis, Nashville, Tennessee, June 1984.

67. Keane, T.M., Fairbank, J.A., Caddell, J.M., & Zimering, R.T. Multiple methods in the assessment of post-traumatic stress disorders in Vietnam veterans. In W. E. Penk (Chair),

PX12

Assessment Issues in Post-traumatic Stress Disorder. Symposium conducted at the meeting of the American Psychological Association, Toronto, Canada, August, 1984.

68. Keane, T.M. Behavior Therapy in the treatment of PTSD in Vietnam veterans. In P. Boudewyns (Chair), Innovative Treatments of the Vietnam Veteran. Symposium conducted at the annual meeting of the American Psychological Association, Toronto, Canada, August 1984.

69. Keane, T.M., Veronen, L., & Kilpatrick, D. Trauma: Its psychological assessment and treatment. Invited workshop presented at the meeting of the Association for Advancement of Behavior Therapy, Philadelphia, November 1984.

70. Knight, J., Keane, T.M., Fairbank, J.A., Caddell, J.M., & Zimering, R.T. Empirical validation of DSM-III criteria for post-traumatic stress disorder. Paper presented at the meeting of the Association of Advancement of Behavior Therapy, Philadelphia, November 1984.

71. Zimering, R.T., Caddell, J.M., Fairbank, J.A., & Keane, T.M. Post-traumatic stress disorder in Vietnam veterans: A behavioral validation of symptomatology. Paper presented at the meeting of the Association for Advancement of Behavior Therapy, Philadelphia, November 1984.

72. Fairbank, J.A., Caddell, J.M. & Keane, T.M. Black-white differences on the MMPI and PTSD subscale. Paper presented at the annual meeting of the American Psychological Association, Los Angeles, CA. August 1985.

73. Keane, T.M., & Resick, P.A. Trauma: A behavioral approach to assessment and treatment. Workshop presented at the annual meeting of the Association for Advancement of Behavior Therapy. Houston, TX. November 1985.

74. Zimering, R.T. Keane, T.M., Martin, B.W., Knight, J.A. & Fairbank, J.A. An archival study of premilitary adjustment of Vietnam veterans with post-traumatic stress disorder. Paper presented at the annual meeting of the Association for Advancement of Behavior Therapy, Houston, TX. November 1985.

75. Keane, T.M. The assessment and treatment of post-traumatic stress disorder in Vietnam combat veterans. Invited presentation to the Association of Military Surgeons of the United States (AMSUS), Anaheim, CA. November 1985.

76. Keane, T.M. (Chair) Advances in the empirical study of post-traumatic stress disorder. Symposium conducted at the annual meeting of the American Psychological Association, Washington, DC, August 1986.

77. Penk, W.E., Keane, T.M. & Taylor, K.L. Differentiating PTSD from depression and generalized anxiety disorder. Paper presented at the annual meeting of the American Psychological Association, Washington, DC, August 1986.

78. Keane, T.M., Caddell, J.M., & Taylor, K.A. An empirical evaluation of the Mississippi Scale for Combat Related PTSD. Paper presented at the annual meeting of the American Psychological Association, Washington, DC, August 1986.

79. Keane, T.M. A behavioral approach to understanding countertransference in treating patients with post-traumatic stress disorder. Paper presented at the annual meeting of the Society for Traumatic Stress Studies, Denver, CO., September 1986.

80. Keane, T.M. & Kaloupek, D.G. A conceptual formulation for the development of post-traumatic stress disorder. Invited presentation at the Berkshire Conference on Behavior Therapy, Amherst, MA, October 1986.

PX12

81. Keane, T.M. & Resick, P.A. Trauma: A behavioral approach to assessment and treatment. Invited institute presented at the annual meeting of the Association for Advancement of Behavior Therapy, Chicago, IL, November 1986.

82. Keane, T.M., Caddell, J.M. & Taylor, K.A. The Mississippi Scale for Combat Related PTSD: Studies in reliability and validity. Paper presented at the annual meeting of the Association for Advancement of Behavior Therapy, Chicago, IL, 1986.

83. Keane, T.M., Fairbank, J.A., & Caddell, J.M. The psychophysiology of combat veterans with post-traumatic stress disorder: Hyperarousal on conditioned reactivity. Paper presented at the annual meeting of the Association for Advancement of Behavior Therapy, Chicago, IL, November 1986.

84. Keane, T.M. (Chair) Defining subtypes in PTSD: Methodological advances. Symposium conducted at the annual meeting of the American Psychological Association, New York City, August 1987.

85. Kaloupek, D. & Keane, T.M. A biopsychosocial analysis of PTSD. Paper presented at the annual meeting of the American Psychological Association, New York City, August 1987.

86. Keane, T.M., Taylor, K.L. & Penk, W.E. Differentiating PTSD and major depressive Disorder: A survey analysis. Paper presented at the annual meeting of Hospital and Community Psychiatry, Boston, MA, October 1987.

87. Wolfe, J. & Keane, T.M. An analysis of cognitive functions in PTSD and depressive patients. Paper presented at the annual meeting of Hospital and Community Psychiatry, Boston, MA, October 1987.

88. Keane, T.M. Trauma: A behavioral approach to assessment and treatment. Invited Institute to the Association for Advancement of Behavior Therapy, Boston, MA., November 1987.

89. Keane, T.M., & Penk, W.E. Civilian traumas and MMPIs of Vietnam combat veterans. Paper presented at the annual meeting of the American Psychological Association, Atlanta, GA., August 1988.

90. Keane, T.M., & Penk, W.E. Functional assessment and social skills training for chronic mental patients with PTSD. Paper presented at the annual meeting of the American Psychological Association, Atlanta, GA., August 1988.

91. Keane, T.M. Stress management in the treatment of the anxiety disorders. Workshop presented at the meetings of the American Psychological Association, Atlanta, GA, August 1988.

92. Keane, T.M. Research Developments in PTSD: A review of the 1980's. Paper presented at the annual meetings of the American Psychological Association, Atlanta, GA, August 1988.

93. Keane, T.M. Recent developments in research on combat related PTSD. Paper presented at the annual meetings of the Society for Traumatic Stress Studies, Dallas, Texas, October 1988.

94. Keane, T.M. A randomized clinical trial of behavior therapy in the treatment of PTSD. Paper presented at the annual meetings of the Society for Traumatic Stress Studies, Dallas, Texas, October 1988.

95. Keane, T.M. A cognitive-behavioral model for studying combat-related PTSD. Paper presented at the annual meetings of the Society for Traumatic Stress Studies, Dallas, Texas, October 1988.

PX12

96.     Keane, T.M. The importance of the use of multiple measures in diagnosing PTSD in field surveys. Paper presented at the annual meetings of the Society for Traumatic Stress Studies, Dallas, Texas, October 1988.

97.     Keane, T.M. Trauma: A behavioral approach to assessment and treatment. Invited institute presented at the meetings of the Association for Advancement of Behavior Therapy, New York City, October 1988.

98.     Sorrentino, S., Keane, T.M., Gerardi, R., Lyons, J. & Mora, C. Parenting as a stressor for Vietnam veterans with combat-related PTSD. Paper presented at the meetings of the Association for Advancement of Behavior Therapy, New York City, October 1988.

99.     Keane, T.M. What we know about measuring PTSD. Paper presented at the American Psychiatric Association, San Francisco, CA, May1989.

100.    Keane, T.M. (Symposium Discussant) Gender, ethnicity and age: Issues in PTSD. Symposium conducted at the meeting of the American Psychological Association, New Orleans, August 1989.

101.    Keane, T.M. Recent research advances in combat related PTSD. Paper presented the meetings of the American Psychological Association, New Orleans, August 1989.

102.    Keane, T.M. & Wolfe, J. Comorbidity in combat-related PTSD. Paper presented at the annual meeting of the Society for Traumatic Stress Studies, San Francisco,   October 1989.

103.    Keane, T.M. The clinical management of post-traumatic stress disorder. Invited Institute presented at the annual meetings of the Association for Advancement of Behavior Therapy, Washington, DC November 1989.

104.    Litz, B.T., Gerardi, R.G., Blake, D.D. & Keane, T.M. Decision-making guidelines for the use of direct therapeutic exposure in the treatment of PTSD. Paper presented at the annual meetings of the Association for Advancement of Behavior Therapy. Washington, DC, November 1989.

105.    Gerardi, R.G., Keane, T.M., Cahoon, B., & Klauminzer, G. Physiological arousal in Vietnam veterans: Hyperarousal or hyperreactivity. Paper presented at the meetings of the Association for Advancement of Behavior Therapy. Washington, DC, November 1989.

106.    Wolfe, J., Keane, T.M., Kaloupek, D.G., Mora, C.D., & Wine, P. Positive readjustment patterns in Vietnam combat veterans. Paper presented at the meetings of the Association for Advancement of Behavior Therapy. Washington, DC, November 1989.

107.    Keane, T.M. & Kaloupek, D.G. The psychophysiology of PTSD. In D. Charney (Chair), Advances in the Psychobiology of  PTSD. Symposium conducted at the meeting of the American Psychiatric Association, New York City, May 1990.

108.    Keane, T.M. Advances in the study of PTSD. In F. Guggenheim (Chair), Mental Health Research in DVA. Symposium conducted at the meeting of the American Psychiatric Association, New York City, May 1990.

109.    Keane, T.M. The National Center for PTSD - Behavioral Sciences Division. In M. Friedman (Chair), The National Center for PTSD. Symposium conducted at the meeting of the American Psychiatric Association, New York City, May 1990.

110.    Penk, W. & Keane, T.M. (Chair) MMPI-1 and MMPI-2: Same or Different? Symposium presented to the American Psychological Association, Boston, August 1990.

111.    Litz, B., Monaco, V., Fisher, L., Marx, B., and Keane, T. Physical health problems associated in the Vietnam combat related PTSD. Paper presented at American Psychological Association, Boston, August 1990.

Keane CV 2022

PX12

112.    Keane, T. (Chair). <u>National Center for Post-traumatic Stress Disorder: Conceptual Foundation and Rationale</u>. Symposium conducted at American Psychological Association, Boston, August 1990.

113.    Keane, T. (Chair) <u>Recent advances in the Study of Combat - related PTSD</u>. Symposium presented at American Psychological Association, Boston, August 1990.

114.    Keane, T. Behavior Therapy and Psychophysiology of PTSD: Results from clinical trials. In J. Davidson (Chair), <u>Advances in the study of post-traumatic stress disorder</u>. Symposium conducted at the meeting of the Collegium Internationale Neuropsychopharmacologium, Kyoto, Japan, September 1990.

115.    Schlenger, W.& Keane, T.M. <u>The challenges of trauma research: Design</u>. Institute presented to the annual meeting of the Society for Traumatic Stress Studies, New Orleans, LA, October 1990.

116.    Keane, T.M. (Chair) <u>PTSD across different populations: Similarities and differences</u>. Panel discussion presented at the meeting of the Society for Traumatic Stress Studies, New Orleans, LA, October 1990.

117.    Abueg, F., Keane, T.M., Wolfe, J., Potenhauer, R. & Agrella, R. <u>Predicting the range of adjustment to earthquake trauma in Santa Cruz</u>. Paper presented to the annual meeting of the Society for Traumatic Stress Studies, New Orleans, LA, October 1990.

118.    Keane, T.M. The MMPI 2: Implications for the assessment of PTSD. In N. Denny (Chair), <u>MMPI/MMPI 2's use with PTSD</u>. Symposium conducted at the meeting of the Society for Traumatic Stress Studies New Orleans, LA, October 1990.

119.    Keane, T.M. (Symposium Discussant) In S. Southwick (Chair), <u>Psychiatric comorbidity in PTSD</u>. Symposium conducted at the meeting of the Society for Traumatic Stress Studies, New Orleans, LA, October 1990.

120.    Thomas, R., Keane, T.M., Kolb, L.C. <u>A psychophysiological study of chronic PTSD in Vietnam veterans: A VA cooperative study</u>. Paper presented at the meeting of the Society for Traumatic Stress Studies, New Orleans, LA, October 1990.

121.    Blake, D.D., Albano, AM, Keane, T.M. <u>Trends in trauma: Psychological Abstracts 1970-1990</u>. Paper presented at the meeting of the Society for Traumatic Stress Studies, New Orleans, LA, October 1990.

122.    Krinsley, K., McCarthy, S., Keane, T.M. & Blake, D.D. <u>Pre-DSM-IV conceptualizations of PTSD: A clinical survey</u>. Paper presented at the meeting of the Society for Traumatic Stress Studies, New Orleans, LA, October 1990.

123.    Fisher, L.M., Wolfe, J., Blake, D.D., Polk, D. & Keane, T.M. <u>Components of post-trauma functioning in war combatants</u>. Paper presented at the meeting of the Society for Traumatic Stress Studies, New Orleans, LA, October 1990.

124.    Blake, D.D., Litz, B.T., DeYoung, R., Monaco, V. & Keane, T.M. <u>Using the SCL-90-R to assess PTSD</u>. Paper presented at the meeting of the Society for Traumatic Stress Studies, New Orleans, LA, October 1990.

125.    Blake, D.D., Weathers, F.W., Cook, J.D., Krinsley, K., Klauminzer, G., & Keane, T.M. <u>Assessing current and lifetime PTSD status with a Clinician Administered Scale: The CAPS</u>. Paper presented at the meeting of the Society for Traumatic Stress Studies, New Orleans, LA, October 1990.

126.    Keane, T.M. <u>Clinical management of post-traumatic stress disorder</u>. Invited institute presented at the meeting of the Association for Advancement of Behavior Therapy, San Francisco, CA, November 1990.

PX12

127.   Walsh, S., Penk, W.E., Litz, B.T., Keane, T.M., Bitman, D. & Marx, B. Discriminant validity of the new MMPI-2 content scales. Paper presented at the meeting of the American Psychological Association, San Francisco, CA, August 1991.

128.   Litz, B., Fisher, L. & Keane, T.M. Physical health problems in PTSD: A risk factor analysis. Paper presented at the meeting of the American Psychological Association, San Francisco, CA, August 1991.

129.   Blake, D., Cook, J. & Keane, T.M. Psychological treatment history and coping styles of combat veterans seeking medical treatment. Paper presented at the meeting of the American Psychological Association, San Francisco, CA, August 1991.

130.   Ratiner, C., Bitman, D., Penk, W.E. & Keane, T.M. Effectiveness of intensive case management among seriously emotionally disturbed clients. Paper presented at the meeting of the American Psychological Association, San Francisco, CA, August 1991.

131.   Keane, T.M, Litz, B.T., Weathers, F., Wolfe, J. New methods for assessing PTSD: Research and clinical approaches. Invited Institute presented at the annual meeting of the International Society for Traumatic Stress Studies, Washington, DC, October 1991.

132.   Keane, T.M. (Symposium Discussant) In R. Yehuda & B. Kahana (Chairs), Psychoendocrinology of PTSD in Holocaust Survivors. Symposium conducted at the meeting of the International Society for Traumatic Stress Studies, Washington, DC, October 1991.

133.   Keane, T.M. The Treatment of Negative Symptoms of PTSD. In J. Jordan (Chair), Dialogue on the Cutting Edge: Recent Controversies in PTSD. Symposium conducted at the meeting of the International Society for Traumatic Stress Studies, Washington, DC, October 1991.

134.   Keane, T.M. (Symposium Discussant) In S. Southwick (Chair), Trauma, psychopathology, and the development of psychiatric disorders. Symposium conducted at the meeting of the International Society for Traumatic Stress Studies, Washington, DC, October 1991.

135.   Litz, B.T., Forsyth, J.P., Weathers, F., Marx, B., & Keane, T.M. A psychometric analysis of emotional numbing: Symptoms in combat related PTSD. Paper presented at the meeting of the International Society for Traumatic Stress Studies, Washington, DC, October 1991.

136.   Weathers, F.W., Litz, B.T., Keane, T.M., Huska, J. Comorbidity in combat-related PTSD. Paper presented at the meeting of the International Society for Traumatic Stress Studies, Washington, DC, October 1991.

137.   Blake, D.D., Cook, J.D. & Keane, T.M. Psychological coping and PTSD in veterans seeking medical treatment. Paper presented at the meeting of the International Society for Traumatic Stress Studies, Washington, DC, October 1991.

138.   Blake, D.D., Gerardi, R., Unger, W., Lyons, J., Litz, B.T., McCarthy, S. & Keane T.M. Success and failure using implosive therapy with combat-related PTSD. Paper presented at the meeting of the International Society for Traumatic Stress Studies, Washington, DC, October 1991.

139.   Keane, T. The treatment of PTSD using direct therapeutic exposure. Paper presented at the meeting of the European Association of Behavior Therapy, Oslo, Norway, September 1991.

140.   Keane, T.M. Trauma: A psychological approach to assessment and treatment. Invited institute presented at the meeting of the Association for Advancement of Behavior Therapy, New York City, November 1991.

PX12

141.   Keane, T.M. Discussant. <u>Broadening the base of research in PTSD: Women, children, and families</u>. Symposium conducted at the meeting of the Association for Advancement of Behavior Therapy, New York City, November 1991.

142.   Litz, B.T. & Keane, T.M. The psychological characteristics of combat-related PTSD. In D. Shaw & P . Jarrell (Chairs), <u>Psychological responses to difficult types of trauma: Is all PTSD alike</u>? Symposium conducted at the meeting of the Association for Advancement of Behavior Therapy, New York City, November 1991.

143.   Keane, T.M. (Symposium Discussant)  In P. Saigh (Chair), <u>International research on childhood PTSD</u>. Symposium conducted at the meeting of the Association for Advancement of Behavior Therapy, New York City, November 1991.

144.   Keane, T.M. (Chair). <u>Treating psychological trauma: Comprehensive treatment of chronic PTSD</u>. Clinical Roundtable Discussion presented at the meeting of the Association for Advancement of Behavior Therapy, New York City, November 1991.

145.   Keane, T.M. (Symposium Discussant) In B.T. Litz (Chair), <u>Emotional numbing in trauma: New conceptual models and empirical findings</u>. Symposium conducted at the meeting of the American Psychological Association, Washington, DC August 1992.

146.   Keane, T.M., Kolb, L.C., & Thomas, R. Psychology of PTSD: Results of a multisite clinical trial. In . Freedy (Chair), <u>Traumatic stress: Theory to practice</u>. Symposium conducted at the meeting of the American Psychological Association, Washington, DC, August 1992.

147.   Keane, T.M. (Symposium Discussant) <u>Assessment of childhood trauma in men: clinical and research issues</u>. Symposium conducted at the Eighth Annual Meeting of the International Society for Traumatic Stress Studies, Los Angles, October 1992.

148.   Litz, B.T., Weathers, F. W., Huska, J., & Keane, T.M. <u>The utility of the SCL-90-R in the diagnosis of  PTSD</u>. Poster session presented at the Eighth Annual Meeting of the International Society for Traumatic Stress Studies, Los Angles, October 1992.

149.   Keane, T.M. (Symposium Discussant) <u>Emotional numbing in trauma: Theoretical models and empirical findings</u>. Symposium conducted at the Eighth Annual Meeting of the International Society for Traumatic Stress Studies, Los Angles, October 1992.

150.   Keane, T.M. <u>Behavioral approaches to the treatment of PTSD</u>. Invited institute presented at the 26th Annual Convention of the Association for Advancement of Behavior Therapy, Boston, November 1992.

151.   Weathers, F.W., Blake, D.D., Krinsley, K.E., Haddad, W., Huska, J.A., & Keane, T.M. <u>The clinician-administered PTSD Scale: Reliability and construct validity</u>. Paper presented at 26th Annual Convention of the Association for Advancement Behavior Therapy, Boston, November 1992.

152.   Litz, B.T., Weather, F.W., & Keane, T.M. (Symposium Discussant) In B.T. Litz (Cair), <u>Attentional bias in combat-related PTSD: Differential deficits or residual effect of combat</u>? Symposium conducted at the 26th Annual Convention of the Association for Advancement of Behavior Therapy, Boston, November 1992.

153.   Keane, T.M. <u>Cognitive behavioral treatment of post-traumatic stress disorder</u>. Paper presented at the Annual Meeting of Anxiety Disorders Association of America, Charleston, SC, March 1993.

154.   Keane, T.M. <u>Cognitive behavioral treatment of PTSD</u>. Paper presented at the Annual Meeting of the American Psychiatric Association, San Francisco, May 1993.

PX12

155. Keane, T.M., Penk, W.E., van der Kolk, B., & Schutt, R. Psychologists as assessors of storms' stresses and trauma. In W. Penk and A. Hanson (Chairs), Storm of No Name--Role of Psychologists in Disasters. Symposium conducted at the annual meeting of the American Psychological Association, Toronto, Ontario, August 1993.

156. Schnurr, P.P., Aldwin, C.M., Spiro, A., & Keane, T.M. Longitudinal study of PTSD symptoms in older veterans. Poster session presented at American Psychological Association, Toronto, Ontario, Canada, August 1993.

157. Penk, W.E., Irvin, E., Flannery, R.B., Hanson, A., Peterson, L., Fisher, W., & Keane, T.M. Characteristics of substance-abusing persons with severe mental disorders. Paper presented at annual meeting of the American Psychological Association, Toronto, Ontario, August 1993.

158. Keane, T.M. (Symposium Discussant.) Trauma in Kuwait: Analyzing needs and implementing psychological services. Discussion group conducted at the Ninth Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, October 1993.

159. Fairbank, F.A., & Keane, T.M. (Co-Discussants) The role of cognition in PTSD. Symposium conducted at the Ninth Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, October 1993.

160. Fisher, L., Kaloupek, D., Keane. T.M., Litz, B., & Prassas, A. PTSD, health-risk, and coping: Relationships of trauma. Lifestyle and health. Poster session presented at the Ninth Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, October 1993.

161. Herman, D., Joaquim, S., Keane, T., Litz, B., & Weathers, F. The Keane MMPI-2 subscale for war-zone-related PTSD: Reliability and validity of the embedded and stand-alone versions. Poster session presented at the Ninth Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, October 1993.

162. Weathers, F., Herman, D., Huska, J., Keane, T., Litz, B. The PTSD Checklist (PCL): Reliability, validity, and diagnostic utility. Poster session presented at the Ninth Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, October 1993.

163. Quinn, S., Ireland, L., Keane, T., Knight, J., & Weathers, F. Effects of compensation seeking status on MMPI profiles of veterans. Poster session presented at the Ninth Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, October 1993.

164. Keane, T.M. Current and lifetime prevalence of comorbid psychiatric disorders in combat-related PTSD. In A.C. McFarlane (Chair), Comorbidity and traumatic stress. Symposium conducted at the Ninth Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, October 1993.

165. Keane, T. Cognitive behavioral treatment of combat-related PTSD. In C. Marmar (Chair), Treatment of PTSD. Symposium conducted at the Ninth Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, October 1993.

166. Keane, T.M., Litz, B.T., & Weathers, F.W. Behavior therapy in the treatment of posttraumatic stress disorder. Invited institute presented at 27th Annual Convention of the Association for Advancement of Behavior Therapy, Atlanta, November 1993.

167. Litz, B.T., Herman, D., Weathers, F.W., & Keane, T.M. The role of response bias in memory and self-report strategies in combat-related PTSD. Poster session presented at 27th

PX12

Annual Convention of the Association for Advancement of Behavior Therapy, Atlanta, November 1993.

168. Orsillo, S.M., Weathers, F.W., Litz, B.T., Steinberg, H.R., & Keane, T.M. Current and lifetime prevalence of comorbid psychiatric disorders in combat-related PTSD. Paper presented at 27th Annual Convention of the Association for Advancement of Behavior Therapy, Atlanta, November 1993.

169. Weathers, F.W., Brief, D.J., Krinsley, K.E., & Keane, T.M. Comorbid personality disorders in posttraumatic stress disorder. Symposium (J.N. Ricciardi, Chair, and D.H. Barlow, Discussant) conducted at the 27th Annual Convention of the Association for Advancement of Behavior Therapy, Atlanta, November 1993.

170. Schnurr, P., Aldwin, C.M., Spiro, A., & Keane, T.M. A longitudinal study of PTSD treatment in older Veterans. The future of VA Mental Health Research, Washington, DC, November 1993.

171. Friedman, M., Ashcraft, M., Manson, S., Marsella, A., Takeuchi, D., Beals, J., & Keane, T.M. The Vietnam Veterans Project: Epidemiological, clinical, and psychological studies of PTSD among American Indians, Japanese-Americans and Native Hawaiians. The Future of VA mental Health Research, Washington, DC, November 1993.

172. Keane, T.M. Psychological effects of military combat. Paper presented at the annual meetings of the American Psychopathological Association, New York City, March 1993.

173. Keane, T.M. Paper presented at the annual convention of the American Psychological Association, Los Angeles, California, August 1994.

174. Armstrong, J., Bremner, J.D., Carlson, E.B., Fairbank, J.A., Foa, E.B., Green, B.L., Keane, T.M., Learner, F., Norris, F.H., & Putnam, F.W. Research methodology. Pre-Meeting Institute conducted at the Tenth Annual Meeting of the International Society for Traumatic Stress Studies, Chicago, November 1994.

175. Keane, T.M., & Goodman, L. (Symposium Discussants). In M.R. Harvey (Chair), Recovery from traumatic experiences: Theory, research and clinical application. Symposium conducted at the Tenth Annual Meeting of the International Society for Traumatic Stress Studies, Chicago, November 1994.

176. Ouimette, P.C., Weathers, F.W., Litz, B.T., Krinsley, K.E., Brief, D.J., & Keane, T.M. Psychometric evaluation of the Mississippi Scale for PTSD. Poster session presented at the Tenth Annual Meeting of the International Society for Traumatic Stress Studies, Chicago, November 1994.

177. Newman, E., Niles, B.L., Roberts, K.L., Goldman, L.M., Fisher, L.M., Kaloupek, D.G., & Keane, T.M. Psychopathological corrleates of mortality in Vietnam veterans with PTSD. Poster session presented at the Tenth Annual Meeting of the International Society for Traumatic Stress Studies, Chicago, November 1994.

178. Keane, T.M. (Chair) Psychophysiology of PTSD: results of Multi-site clinical trial. Symposium conducted at the tenth Annual Meeting of the International Society for Traumatic Stress Studies, Chicago, November 1994.

179. Resick, P.A., Orsillo, S.M., Litz, B.T., Bergman, E.D., Kaloupek, D.G., Weathers, F.W., Keane, T.M. New paradigms for studying PTSD: The move beyond self-report symptoms. Symposium (D.S. Riggs, Chair) conducted at the Tenth Annual Meeting of the International Society for Traumatic Stress Studies, Chicago, November 1994.

PX12

180. Keane, T.M. (Chair/Discussant). Psychophysiological and social effects of combat: New findings from NVVRS. Symposium conducted at the Tenth Annual Meeting of the International Society for Traumatic Stress Studies, Chicago, November 1994.

181. Niles, B.L., Newman, E., Roberts, K.L., Goldman, L.M., Fisher, L.M., Kaloupek, D.G., Keane, T.M. Criterion A: Does it change over time? Poster session presented at the Tenth Annual Meeting of the International Society for Traumatic Stress Studies, Chicago, November 1994.

182. Keane, T.M., Litz, B.T., Weathers, F.W. Psychological assessment and treatment post-traumatic stress disorder. Institute presented at the Annual Convention of the Association of Behavior Therapy, San Diego, November 1994.

183. Keane, T.M. (Symposium Discussant) The clinical presentation of trauma victims: Systematic difference as a result of individual and trauma characteristics. Symposium (D.S. Riggs & M.B. Mechanic, Chairpersons) conducted at the Annual Convention of the Association for Advancement of Behavior Therapy, San Diego, November 1994.

184. Orsillo, S.M., Weathers, F.W., Litz, B.T., Steinberg, H.R., Keane, T.M. Defining the boundaries of PTSD: A symptom-level analysis of the comorbidity PTSD and major depression. Poster session presented at the Annual Convention of the Association for the Advancement of Behavior Therapy, San Diego, November 1994.

185. Keane, T.M. (Chair). The psychophysiology of post-traumatic stress disorder. Symposium conducted at the meeting of the European Conference on Traumatic Stress, Paris, France,,May 1995

186. King, D., King, L., Fairbank, J., Foy, D. & Keane, T.M. Secondary analyses of the National Vietnam Veterans Readjustment Study: New findings. Paper presented at the meeting of the European Conference on Traumatic Stress, Paris, France, May 1995.

187. Niles, B., Newman, E., Roberts, K., Goldman, L., Fisher, L., Kaloupek, D., & Keane, T.M. Longitudinal changes in the report of Criterion A in PTSD. Paper presented at the meeting of the European Conference on Traumatic Stress, Paris, France, May 1995.

188. King, L.A., King, D.W., Fairbank, J.F., Keane, T.M. & Adams, G.A. Coping, social support, and additional stressors in predicting combat-related PTSD. Paper presented at the meeting of the International Society for Traumatic Stress Studies, Boston, Massachusetts, November 1995.

189. Newman, E., Kaloupek, D.G., Roth, S., Keane, T.M., Prins, A., Hearst-Ikeda, D., K.& Wolfe, J. The Civilian Mississippi Scale in the multimodal assessment of PTSD. Paper presented at the meeting of the International Society for Traumatic Stress Studies, Boston, Massachusetts, November 1995.

190. Keane, T.M., Litz, B.T. & Weathers, F.W. Psychological assessment and treatment of posttraumatic stress disorder. Workshop presented at Association for Advancement of Behavior Therapy, Washington, DC, November 1995.

191. Weathers, F.W., Haddad, W.P., Litz, B.T., Keane. T.M., Palmieri, P.A., & Steinberg, H.S. Intimacy in war-gone related PTSD: Cognitive and affective response to simulated interpersonal situations. Paper presented at Association for Advancement of Behavior Therapy, Washington, DC, November, 1995.

192. Keane, T.M. Discussant for Symposium entitled, Intimacy and relationship in the wake of trauma. Presented at Association for Advancement of Behavior Therapy, Washington, DC, November, 1995.

193. B.L. Niles, E. Newman, L.M. Fisher, D.G. Kaloupek, & T.M. Keane. <u>Changes in symptoms of combat-related PTSD</u>: A longitudinal study. Paper presented at , Association for Advancement of Behavior Therapy, Washington, DC, November 1995.

194. Keane, T.M. Discussant for symposium entitled: <u>The Criterion a problem in PTSD: Conceptual and practical issues in the assessment of traumatic life events</u>. Presented at Association of Behavior Therapy, Washington, DC, November 1995.

195. Keane, T.M. (Chair & Discussant) <u>Research ethics in traumatic stress studies: controversies and future directions</u>. Symposium conducted at the meeting of the International Society for Traumatic Stress Studies, Boston, Massachusetts, November 1995.

196. Keane, T.M. "Meet the Expert Session" World Conference of the International Society for Traumatic Stress Studies. Jerusalem, Israel, June 1996.

197. Keane, T.M. Discussant for B. Niles (Chair) Assessment of symptomatology, functioning, and quality of life in longitudinal research. Presented at World Conference of the International Society for Traumatic Stress Studies, Jerusalem, Israel, June 1996.

198. Newman, E., McMackin, R., Morrissey, C., Billikas, C., Daly, M., Franklin, J., Erwin, B., Kaloupek, D. G., & Keane, T.M. The prevalence of PTSD and trauma exposure among male adolescents involved in the U.S. criminal justice system. Poster presented at the World Conference of International Society for Traumatic Stress Studies, Jerusalem, Israel, June 1996.

199. Keane, T.M. Cognitive behavior therapy in the treatment of Vietnam veterans: Paper presented at the World Conference of the International Society for Traumatic Stress Studies, Jerusalem, Israel, June 1996.

200. Keane, T.M. Discussant for symposium entitled, PTSD in Oncology (W. Redd, Chair) Presented at World Congress for Psychosocial Oncology, New York City, October, 1996.

201. King, L.A., King, D.W., Keane, T.M., Fairbank, J.A., &Adams, G.A. (1996) Resilience/recovery factors in posttraumatic stress disorder among female Vietnam veterans. Paper presented at the NIH-APA Conference on Psychosocial and Bahavioral Factors in Women's Health, Washington, DC.

202. Keane, T.M. (1996) Psychological assessment and treatment of posttraumatic stress disorder. Invited Institute presented at Association for Advancement of Behavior Therapy. New York City, November, 1996.

203. Keane, T.M. Discussant for Conpeting models for understanding physical symptoms in trauma Survivors. (S. Austin, Chair). Symposium presented at Association for Advancement of Behavior Therapy. New York City, November, 1996.

204. Keane, T.M. Panelist for Current status and future directions in direct therapeutic exposure therapy for PTSD. (B. Litz, Chair). Clinical Roundtable presented at Association for Advancement of Behavior Therapy. New York City, November, 1996.

205. Keane, T.M. Panelist for Research ethics: Dilemmas encountered when conducting research on "At Risk" samples. (E. Newman, Chair). Panel Discussion presented at Association for Advancement of Behavior Therapy, New York City, November, 1996.

206. Erwin, B., Niles, B.L., Newman, E., Fisher, L., Kaloupek, D.G., and Keane, T.M. Psychopathological prediction of mortality in trauma exposed Vietnam Veterans. Paper presented at International Society for Traumatic Stress Studies, San Francisco, November, 1996.

207. Keane, T.M. Discussant for Psychometric and psychophysiological approaches to PTSD subtypes: Why people with one disorder don't all look alike. (D. Kaloupek, Chair).

PX12

Symposium presented at International Society for Traumatic Stress Studies. San Francisco, November, 1996.

208.  Kaloupek, D.G., Newman, E., Keane, T.M. Heterogeneity in Posttraumatic Stress Disorder diagnosis from the DSM-IV field trial. Paper presented at International Society for Traumatic Stress Studies, San Francisco. November, 1996.

209.  Quinn, S.J., Kaloupek, D.G., Keane, T.M., Hsieh, F.Y., Lavori, P.W. Heterogeneity in Post-traumatic Stress Disorder diagnosis from the DVA Cooperative Study. Paper presented at International Society for Traumatic Stress Studies. San Francisco, November, 1996.

210.  Orr, S.P., Kaloupek, D.G., Keane, T.M., Hsieh, F.Y., Lavori, P.W. Heterogeneity in psychophysiological responding to trauma cues among individuals with Posttraumatic Stress Disorder from DVA Cooperative Study. Paper presented at International Society for Traumatic Stress Studies. San Francisco, November, 1996.

211.  King, L.A., King, D.W., Keane, T.M., Foy, D.W., Fairbank, J.A. Prewar, war-zone, and postwar factors: Network of relationships to PTSD. Paper presented at International Society for Traumatic Stress Studies, San Francisco, November, 1996.

212.  Niles, B.L., Newman, E., Fisher, L., Erwin, B., Kaloupek, D.G., Keane, T.M. Defining Change In Chronic PTSD. Paper presented at International Society for Traumatic   Stress Studies, San Francisco, November, 1996.

213.  Keane, T.M. (chair) PTSD in Kuwait: Challenges and Accomplishments. Symposium presented at International Society for Traumatic Stress Studies, San Francisco, November, 1996.

214.  Keane, T.M. & Kaloupek, D.G. An empirical analysis of substance abuse and PTSD comorbidity.  Paper presented at "The Impact of VA Research on the Management of Substance Abuse" Washington, D.C., February, 1997.

215.  Keane, T.M.  Clinical research's contributions to the study of torture among refugees. Paper presented at the NIMH Conference on Torture, Washington, D.C., April 1997.

216.  Keane, T.M. Posttraumatic Stress Disorder. Master Clinician Series presented at the Association for Advancement of Behavior Therapy, Miami Beach, FL, November, 1997.

217.  Keane, T.M., Litz, B.T. & Weathers, F.W. Psychological Assessment and Treatment of Posttraumatic Stress Disorder. Invited Institute presented at the Association for Advancement of Behavior Therapy, Miami Beach, FL, November, 1997.

218.  Beaudreau, S.A., Flack, W.F., Litz, B.T., Kaloupek, D.G., & Keane, T.M. Intrusion, avoidance, and hyperarousal as predictors of emotional numbing in PTSD. Paper presented at the Association for Advancement of Behavior Therapy, Miami Beach, November, 1997.

219.  Keane, T.M. Discussant for Symposium entitled "Traumatic Stress in the Community: Issues and Outcomes in Groups Exposed to the Same Event." Presented at the Association for Advancement of Behavior Therapy, Miami Beach, FL, November, 1997.

220.  Tolin, D.F., Weathers, F.W., Litz, B.T., Knight, J.A., & Keane, T.M. The use of the MMPI-2 Infrequency Psychopathology Scale with veterans with PTSD. Paper presented at the International Society for Traumatic Stress Studies, Montreal, November, 1997.

221.  Weathers, F.W., Meron, A., & Keane, T.M. Psychometric properties of five scoring rules for the Clinician-Administered PTSD Scale (CAPS). Paper presented at the International Society for Traumatic Stress Studies, Montreal, November, 1997.

PX12

222.    Keane, T.M., Deykin, E., Rothendler, J., Kaloupek, D.G., Fincke, G., & Creamer, K. Assessment of PTSD in high and low primary care clinic utilizers. Paper presented at the Lake George Conference on PTSD, Boltons Landing, New York, March, 1998.

223.    Weathers, F. W., Knight, J.A., Litz, B.T., Ruscio, A., & Keane, T.M. The problem of response bias in the assessment of PTSD. Paper presented at the Lake George Conference on PTSD, Boltons Landing, New York, March, 1998.

224.    Keane, T.M. (Chair) Research progress in the assessment of PTSD. Symposium presented at the Lake George Conference on PTSD, Boltons Landing, New York, March, 1998.

225.    Keane, T.M. Recent advances in the psychological treatment of PTSD. Paper presented at the Boston University Conference on Psychological Trauma, Boston, March, 1998.

226.    Keane, T.M. Cognitive behavior therapy in the treatment of posttraumatic stress disorder. Paper presented at the Harvard Conference on Cognitive Behavior Therapy, Boston, April, 1998.

227.    King, L.A., King, D.W., Keane, T.M., Foy, D.W., Fairbank, J.A. PTSD in a national sample of U.S. Vietnam veterans: Risk, stressor, and resilience. Paper presented at the First International Conference on the Psychosocial Consequences of War, Dubrovnik, Croatia, April, 1998.

228.    Keane, T.M.  Can we screen for medically unexplained illnesses? Psychological, medical, and public policy challenges. Paper presented at the Institute of Medicine Conference on Preventing Unexplained Symptoms in Deployed Forces, Washington, July, 1998.

229.    Keane, T.M.  Contributions from research on information processing to our understanding of posttraumatic stress disorder. Paper presented at the Oregon Meeting on Trauma and Cognitive Science, Eugene, Oregon, July 1998.

230.    Keane, T.M.  Discussant for P. Saigh symposium entitled "Assessment of Child and Adolescent Posttraumatic Stress Disorder" Presented at the International Society for Traumatic Stress Studies, Washington, November, 1998.

231.    Keane, T.M.  Discussant for D. Dowdall symposium entitled "The Phenomenology of Anger in Adults and Children with PTSD." Presented at the International Society for Traumatic Stress Studies, Washington, D.C., November, 1998.

232.    Foa, E., Keane, T.M., Friedman, M. Practice Guideline for Posttraumatic Stress Disorder. Paper presented at the International Society for Traumatic Stress Studies, Washington, November, 1998.

233.    Keane, T.M. Mental health consequences of torture and related trauma: Lessons learned from the NIMH work group. Paper presented at the European Society for Traumatic Stress Studies, Istanbul, Turkey, June 1999.

234.    Keane, T.M. (Chair) Psychological treatments for posttraumatic stress disorder: Economic costs, behavioral treatments, and responder analyses. Symposium presented at the European Society for Traumatic Stress Studies, Istanbul, Turkey, June 1999.

235.    Keane, T.M. (Chair) Trauma-related research and ethics: Is good research good for participant's health. Symposium presented at the European Society for Traumatic Stress Studies, Istanbul, Turkey, June 1999.

236.    Newman, E., Walker, E., Kaloupek, D.G., & Keane, T.M. Ethical decision making among trauma researchers. Paper presented at the European Society for Traumatic Stress Studies, Istanbul, Turkey, June 1999.

PX12

237.  Keane, T.M. Discussant for "Psychotherapeutic approaches to the treatment of PTSD". Symposium presented at the European Society for Traumatic Stress Studies, Istanbul, Turkey, June 1999.

238.  Keane, T.M. Psychological Assessment and Treatment of PTSD. Master Clinician Lecture presented at Association for Advancement of Behavior Therapy, Toronto, CA, November, 1999.

239.  Keane, T.M. Discussant for Roundtable on EMDR at Association for Advancement of Behavior Therapy, Toronto, CA, November, 1999.

240.  Keane, T.M. Discussant for "Assessment of PTSD". Symposium presented at the Association for Advancement of Behavior Therapy, Toronto, CA, November 1999.

241.  Keane, T.M. Enhancing the VA Research Environment. Invited paper presented at the VISN 16 Mental Illness Research, Education, and Clinical Center, New Orleans, January 2000.

242.  Keane, T.M. Discussant for Symposium on: Recent advances in the treatment of combat related PTSD, World Conference of ISTSS, Melbourne, Australia, March 2000.

243.  Keane, T.M. Invited panelist on Treatments for PTSD, World Conference of ISTSS, Melbourne, Australia, March 2000.

244.  Keane, T.M., Deykin, E. & Kaloupek, D.G. Assessment of previously undetected PTSD in medical and primary care clinics. Paper presented at the Anxiety Disorders Association of America, Washington, D.C., March 2000.

245.  Alpert, J. & Keane, T.M. Roundtable Discussion on Psychological Trauma, American Psychological Association, Washington, D.C., August, 2000.

246.  Keane, T. M. Violence and Traumatic Stress Research at the NIMH. Panelist in Roundtable Discussion at International Society for Traumatic Stress Studies, San Antonio, Texas, November 2000.

247.  Keane, T.M. & Piwowarczyk, L. Betrayal in the war in the former Yugoslavia: The Bosnian's experience. Paper presented at the International Society for Traumatic Stress Studies, San Antonio, Texas, November 2000.

248.  Kaloupek, D.G., Deykin, E., Keane, T.M., Fincke, G., Rothendler, J. Siegfried, M., Creamer, K. Posttraumatic Stress Disorder and the utilization of health services by male veterans. Paper presented at the International Society for Traumatic Stress Studies, San Antonio, Texas, November 2000.

249.  Keane, T. M. Discussant for invited symposium on: Guidelines for psychosocial policy and practice in social and humanitarian crises: Joint project of the United Nations and the ISTSS. Presented at the International Society for Traumatic Stress Studies, San Antonio, Texas, November 2000.

250.  Piwowarczyk, L., Keane, T.M., & Grodin, M. Development of psychological interventions for Bosnian refugees. Presented at the Psychological Trauma Conference of Boston University, Boston, MA. March 2001.

251.  Keane, T.M., King, L.A., King, D. W., Kaloupek, D.G. Predicting health and adjustment among Vietnam-era repatriated prisoners of war. Paper presented at Research Conference on the Long-Term Effects of Captivity and Mistreatment among Vietnam-Era POW's. Center for Naval Analysis, April 2001.

252.  Keane, T. M. Preventing posttraumatic stress disorder following forced medication. Paper presented at the meetings of the American Psychiatric Association, New Orleans, LA, May 2001.

PX12

253. Brief, D.J., Bollinger, A.R., Berger, J.A., Buondonno, L.M. & Keane, T.M. Adherence Enhancement Therapy: Manualized treatment for HIV medication adherence. Paper presented at the annual meetings of the Association for Advancement of Behavior Therapy, Philadelphia, PA. November 2001.

254. Keane, T. M. Cognitive behavioral treatment for refugees with posttraumatic stress disorder. Paper presented at the meetings of the American Psychiatric Association, Philadelphia, PA. May 2002.

255. Keane, T. M. State of the art interventions to reduce and prevent trauma-I. Chair of symposium presented at the meetings of the American Psychological Association, Chicago, Il. August, 2002.

256. Keane, T. M. State of the art interventions to reduce and prevent trauma-II. Chair of symposium presented at the meetings of the American Psychological Association, Chicago, Il. August 2002.

257. Keane, T. M. National Center for PTSD's activities associated with the terrorist attacks on the World Trade Center and the Pentagon. Presentation at the meetings of the Association of VA Psychologist Leaders, Chicago, Il. August 2002.

258. Keane, T. M. Discussant for symposium entitled All You Ever Wanted to Know About Applying for Grants, presented at the annual meetings of the International Society for Traumatic Stress Studies, Baltimore, Maryland, November 2002.

259. Keane, T. M. Discussant for symposium entitled Secondary Trauma in 9/11 Mental Health Relief Workers, presented at the annual meetings of the International Society for Traumatic Stress Studies, Baltimore, Maryland, November 2002.

260. Keane, T. M. Discussant for symposium entitled Challenges to Assessing Trauma Exposure and the Utility of Criterion A, presented at the annual meetings of the International Society for Traumatic Stress Studies, Baltimore, Maryland, November 2002.

261. Keane, T. M. Discussant for symposium entitled Psychological Functioning/Adaptation in Child and Adolescent Refugees, presented at the annual meetings of the International Society for Traumatic Stress Studies, Baltimore, Maryland, November 2002.

262. Morgan, E., Cuevas, C., Vielhauer, M., Bollinger, A., Berger, J., Keane, T. Trauma exposure and PTSD symptoms in HIV-seropositive adults. Paper presented at the annual meetings of the International Society for Traumatic Stress Studies, Baltimore, Maryland, November 2002.

263. Vielhauer, M., Brief, D.J., Bollinger, A., Cuevas, C., Morgan, E., Buondonno, L., Keane, T.M. PTSD, substance abuse, health status and utilization in HIV+ adults. Paper presented at the annual meetings of the International Society for Traumatic Stress Studies, Baltimore, Maryland, November 2002.

264. Piwowarczyk, L., Keane, T.M., Cajdric, A. Impact of September 11 on refugees and those seeking asylum. Paper presented at the annual meetings of the International Society for Traumatic Stress Studies, Baltimore, Maryland, November 2002.

265. Frueh, B.C., Elhai, J., Gold, P., Monnier, J., Magruder, K., Keane, T. M., Arana, G. Disability compensation-seeking among veterans evaluated for PTSD. Paper presented at the annual meetings of the International Society for Traumatic Stress Studies, Baltimore, Maryland, November 2002.

266. Keane, T. M. Recent Advances in the Psychological Assessment and Treatment of PTSD. Workshop presented at the annual meetings of the Anxiety Disorders Association of

PX12

America, Toronto, CA. March 2003.

267.    Keane, T. M. Psychological Treatment for PTSD. Paper presented at the American Association for Advancement of Science, Denver, CO, February 2003.

268.    Keane, T. M. Group Interventions for the treatment of PTSD: Searching for a method and model for reaching the trauma exposed population. Workshop presented at the Veterans Affairs Canada-Ste. Anne's Centre Conference on Trauma and Operational Stress, Montreal, CA, May 2003.

269.    Keane, T. M.  PTSD, Pain, and Health. Paper presented at Dubrovnik Summer School of Psychtraumatology, Dubrovnik, Croatia, June 2003.

270.    Keane, T. M., Cajdric, A., Pinjic, E., Petrovic, A., Charney, M., Piwowarczyk, L. Psychosocial status of trauma exposed Bosnian refugees. Poster presented at the annual meetings of the Association for Advancement of Behavior Therapy, Boston, MA. November 2003.

271.    Berger, J., Cuevas, C., Brady, S., Bollinger, A., Brief, D. & Keane, T.M. Rates of adherence to antiretroviral medications and healthcare visits among people with HIV/AIDS and substance abuse disorders with and without comorbid depression and PTSD. Poster presented at the annual meetings of Association for Advancement of Behavior Therapy, Boston, MA. November 2003.

272.    Keane, T. M. (Moderator) Scientific advances and the future of PTSD. Panel presented at the annual meetings of the Association for Advancement of Behavior Therapy, Boston MA. November 2003.

273.    Keane, T.M., Cuevas, C.A., Berger-Greenstein, J.A., Morgan, E.E., Bollinger, A.R., & Vielhauer, M.J. Factor structure of the PTSD Checklist-Civilian Version with dually diagnosed HIV-seropositive adults. Poster presented at the annual meetings of the Anxiety Disorders Association of America, Miami, Florida, March 2004.

274.    Keane, T.M., Morgan, E.E., Berger-Greenstein, J.A., Cuevas, C.A., Bollinger, A.R., Vielhauer, M. J., Brief, D. J., Buondonno, L.M., Goodin, B. R. Mental health and psychosocial predictors of PTSD severity in a dually diagnosed HIV seropositive sample. Poster presented at the annual meetings of the Anxiety Disorders Association of America, Miami, Florida, March 2004.

275.    Keane, T. M. Workshop on Assessment and Treatment of PTSD. Presented at the Banff Conference on Behavioral Science, Banff, Alberta, Canada, March 2004.

276.    Frayne, S., Lin, H., Halanych, J., Wang, F., Berlowitz, D., Skinner, K., Sharkansky, E., Keane, T. M., Miller, D.  Disparities in diabetes outcomes: Impact of mental illness. Paper presented at the Society for General Internal Medicine, Chicago, Illinois, April 2004.

277.    Keane, T. M.  Psychological care for the returning Iraq/Afghanistan veterans. Paper presented at the annual meeting of the Association for VA Psychology Leaders, Washington, April 2004.

278.    Frayne, S. M., Lin, H., Halanych, J. H., Wang, F., Berlowitz, D.R. Skinner, K.M. Sharkansky, E. J.Keane, T.M., Pogach, L. Miller, D. R. Disparities in glycemic control for patients with mental illness: Protective effect of primary care. Paper presented at Academy Health, San Diego, June 2004.

279.    Keane, T. M. (Chair) Home From the War: Lessons Learned From 30 Years of Helping Combat Soldiers Reintegrate into Society. Institute presented at the Boston University School of Medicine Trauma Conference, Boston MA, June 2004.

PX12

280.    Keane, T.M. (Discussant) Prevention and early intervention for work-related trauma. Symposium presented at the annual meetings of the American Psychological Association, Honolulu, Hawaii, July 2004.

281.    Zimering, R. T., Gulliver, S., Knight, J., Munroe, J., Wolfsdorf, B., Morissette, S., Keane, T.M. Primary and secondary PTSD in relief workers at Ground Zero. Poster presented at the American Psychological Association, Honolulu, Hawaii, July 2004.

282.    Frayne, S., Sharkansky, E., Keane, T.M., Rosen, C., Lin, H., Halanych, J., & Miller, D. Glycemic control for patients with PTSD: Primary care effects. Poster presented at the annual meetings of the International Society for Traumatic Stress Studies, New Orleans, November 2004.

283.    Keane, T. M. Culture, comorbidity, and the realities of clinical practice and research with refugees. Panelist in symposium at the annual meetings of the Association for Advancement of Behavior Therapy, New Orleans, November 2004.

284.    Keane, T. M. (Discussant) Trauma and addictions: Implications of comorbidity. Symposium presented at the annual meetings of the Association for Advancement of Behavior Therapy, New Orleans, November 2004.

285.    Charney, M.E., Pinjic, E., Petrovic, A., Piwowarczyk, L. Keane, T. M.  Psychometric analysis of the Clinician Administered PTSD Scale (CAPS)-Bosnian version. Poster presented at the annual meetings of the International Society for Traumatic Stress Studies, New Orleans, November 2004.

286.    Keane, T.M., Piwowarczyk, L., Petrovic, A., Pinjic, E., Cajdric, A., Charney, M.E. Group Cognitive Behavioral Therapy for treating PTSD/Depression in Bosnian refugees. Poster presented at the annual meetings of the International Society for Traumatic Stress Studies, New Orleans, November 2004.

287.    Kartha, A., Samet, J., Saitz, R., Keane, T.M., Brower, V., & Liebschutz, J. Primary care patients with PTSD and trauma exposure use more healthcare services. Paper presented at the Society for General Internal Medicine, May 2005.

288.    Keane, T.M. Understanding the postdoctoral application process. In J. Shipherd (Chair) Internship and postdoctoral applications: Understanding the process. Symposium presented at the annual meeting of the International Society for Traumatic Stress Studies, Toronto, Canada, November 2005.

289.    Keane, T.M. Discussant. In G. McCarthy (Chair) Post-deployment mental health care in returning veterans. Symposium presented at the annual meeting of the International Society for Traumatic Stress Studies, Toronto, Canada, November 2005.

290.    Fogler, J., Miller, M.W., Wolf, E., Kaloupek, D.G. & Keane, T.M. Modeling the structure of psychopathology in warzone exposed veterans. Paper presented at the annual meeting of the International Society for Traumatic Stress Studies in the symposium: M. Miller (Chair) An internalizing/externalizing model of PTSD and its comorbidities. Toronto, Canada November 2005.

291.    Mozley, S., Miller, M.W., Vogt, D., Kaloupek, D.G., & Keane, T.M. Negative emotionality and disconstraint in PTSD and Substance Abuse. Paper presented at the annual meeting of the International Society for Traumatic Stress Studies in the symposium: M. Miller (Chair) An internalizing/externalizing model of PTSD and its comorbidities. Toronto, Canada, November 2005.

292.    Piwowarczyk, L., Keane, T.M., Petrovic, A., Pinjic, E., Crosby, S., Rous, D., & Charney, M.E. Challenges faced when doing needs assessments concerning HIV. Paper presented at

PX12

the annual meeting of the International Society for Traumatic Stress Studies in the symposium: M. Charney (Chair) Issues in the assessment and diagnosis in refugee populations. Toronto, Canada, November 2005.

293.  Charney, M.E., Pinjic, E., Petrovic, A., Piwowarczyk, L., & Keane, T.M. Assessment and diagnosis of PTSD in refugees. Paper presented at the annual meeting of the International Society for Traumatic Stress Studies in the symposium: M. Charney (Chair) Issues in the assessment and diagnosis in refugee populations. Toronto, Canada, November 2005.

294.  Wolf, E., Orazem, R., Miller, M.W., Fogler, J., Kaloupek, D.G., & Keane, T.M. The MMPI-2 restructured clinical scales and PTSD in a veteran sample. Poster presented at the annual meeting of the International Society for Traumatic Stress Studies, Toronto, Canada, November 2005.

295.  Frayne, S., Miller, D., Halanych, J., Wang, F., Sharkansky, E., Kader, B., Keane, T., Pogach, L., Rosen, C., Berlowitz, D. Using administrative data to identify diagnosed Posttraumatic Stress Disorder. Paper presented in a symposium at the regional Society for General Internal Medicine, Denver, CO. March 2006.

296.  Keane, T.M.  Leadership in Psychology: The Role of Research. Paper presented at the Association for VA Psychology Leaders, Dallas, Texas. April 2006.

297.  Keane, T.M. Psychological Treatment for Polytrauma: PTSD and Pain. Paper presented at VA Conference on Polytrauma System of Care, Las Vegas, Nevada, August 2006.

298.  Keane, T.M. Psychological Treatment of PTSD in OIF-OEF War Veterans. Paper presented at an invited symposium at the American Psychological Association, New Orleans, LA August 2006.

299.  Hebenstreit, C., Orazem, R., Rowe, E., King, D., King, L., & Keane, T.M. Captivity stressors and MMPI scale scores in repatriated Vietnam prisoners of war. Poster presented at the annual meetings of International Society for Traumatic Stress Studies, Los Angeles, CA. November 2006.

300.  Martin, E., Kaloupek, D.G., & Keane, T.M. Effects of the 1991 Gulf War on Vietnam veterans with and without PTSD. Poster presented at the annual meetings of the International Society for Traumatic Stress Studies, Los Angeles, CA November 2006.

301.  Orazem, R., Charney, M.E., & Keane, T.M. MMPI-2 PK Scale: Analysis of reliability and validity. Poster presented at the annual meetings of the International Society for Traumatic Stress Studies, Los Angeles, CA. November 2006.

302.  Charney, M.E., Keane, T.M, Otto, M. & Ellis, B.H. Understanding the mental and physical complexities of HIV-positive refugees. Poster presented at the annual meetings of the International Society for Traumatic Stress Studies, Los Angeles, CA. November 2006.

303.  Keane, T.M. Is the NVVRS reanalysis really another tempest? Implications for OIF-OEF veterans. Paper presented at the annual meetings of the International Society for Traumatic Stress Studies, Los Angeles, CA. November 2006.

304.  Jackson, V.W., Miller, D.R, Wang,, F., Berlowitz, D.R., Halanych, J.H., Kader, B., Sharkansky, E.J., Keane, T.M., Rosen, C.S., Frayne, S.M. Identifying depression using administrative data: Do assumptions matter? Paper presented at the annual meeting of the American Psychological Association, San Francisco, CA. August 2007.

305.  Jackson, V.W., Miller, D.R., Wang, F., Berlowitz, D., Halanych, J., Kader, B., Sharkansky, E., Keane, T.M., Rosen, C., Frayne, S. Are national databases a useful source for identifying presence of depression? Paper presented at the annual meetings of the Society for General Internal Medicine, Toronto, April 2007.

PX12

306.   T. M. Keane (Chair) Innovations in psychological care for returning war veterans. Symposium presented at the annual meetings of the American Psychological Association, San Francisco, CA. August 2007.

307.   Keane, T.M. Effective Treatments for PTSD: Updated practice guidelines for ISTSS. Paper presented at the annual meetings of the International Society for Traumatic Stress Studies, Baltimore, MD, November 2007.

308.   Keane, T.M. (Panelist) Developing mentor relationships in Psychology. Panel presented at the annual meetings of the International Society for Traumatic Stress Studies, Baltimore, MD, November 2007.

309.   Charney, M.E., Keane, T.M., Otto, M., Ellis, B.H. The psychological and psychosocial challenges faced by HIV-positive refugees. Poster presented at the annual meetings of the International Society for Traumatic Stress Studies, Baltimore, MD, November 2007.

310.   Keane, T.M. Assessment and Treatment of PTSD in OEF-OIF Veterans. Workshop presented at the annual meeting of the Anxiety Disorders Association of America, Savannah Georgia, March 2008.

311.   Keane, T.M. PTSD: Challenges and opportunities in studying OEF-OIF veterans. Paper presented in a symposium at the annual meetings of the Anxiety Disorders Association of America, Savannah Georgia, March 2008.

312.   Keane, T.M. ISTSS' Best Practice Guidelines-Revised. Paper presented at the annual meetings of the American Psychological Association (Police and Public Safety Section of Division of Public Service Psychologists).  Boston, MA August 2008.

313.   Charney, M.E. & Keane, T.M. Understanding the psychological, psychosocial, and physical health status of HIV positive refugees. Paper presented in a symposium entitled: Trauma & Refugees: Recent Advances in Science and Practice at the meetings of the American Psychological Association, Boston MA, August 2008.

314.   Keane, T.M. Discussant for symposium entitled: Trauma and Refugees: Recent Advances in Science and Practice presented at the meetings of the American Psychological Association, Boston, MA, August 2008.

315.   Humphreys, K.L., Suvak, M.K., Marx, B.P., Kaloupek, D.G., & Keane, T.M. Factors influencing concordance between subjective and physiological arousal among veterans. Poster presented at the annual meetings of the American Psychological Association, Boston MA, August 2008.

316.   Keane, T.M. & Miller, M.W. Perspectives on PTSD for the DSM-V. Paper presented in symposium entitled: Society for a Science of Clinical Psychology (SSCP) Symposium, American Psychological Association, Boston MA, August 2008.

317.   Keane, T.M. (Co-Chair) PTSD Research as a Focus: What is known and what needs to be learned about deployment-related psychological health. Symposium presented at Trauma Spectrum Disorders: The Role of Gender, Race, and Other Socioeconomic Factors. National Institutes of Health, Bethesda MD, October 2008.

318.   Feinstein, B. A., Foley, K. M., Humphreys, K. L., Marx, B. P., Kaloupek, D. G., & Keane, T. M. The mediating role of combat-related guilt between experiencing atrocities and PTSD symptom severity. Poster presented at the 42nd meeting of the Association for Behavioral and Cognitive Therapies, Orlando, FL. November 2008.

319.   Keane, T.M. Should PTSD be included in a new cluster of post-event psychiatric disorders? Paper presented in the symposium entitled: DSM V: Introduction to the Anxiety

PX12

Disorderss DSM-V Process at the meetings of the International Society for Traumatic Stress Studies, Chicago, Ill. November 2008.

320. Keane, T.M. Discussant on Workshop entitled: A manualized group protocol of exposure, cognitive, and behavioral treatment for PTSD. Presented at the annual meetings of the International Society for Traumatic Stress Studies, Chicago, Ill. November 2008.

321. Keane, T. M. Discussant on symposium entitled: PTSD and intimate partner relationships: Correlates and clinical implications. Presented at the annual meetings of the International Society for Traumatic Stress Studies, Chicago, Ill., November 2008.

322. Okawa, J. Piwowarczyk, L., Fabri, M., Ignatius, S., Grodin, M., Crosby, S., Keane, T. Bearing witness to torture and the abuse of human rights. Poster presented at the annual meetings of the International Society for Traumatic Stress Studies, Chicago, Ill. November 2008.

323. Foley, K.M., Feinstein, B.A., Humphreys, K.L., Marx, B.P., Kaloupek, D.G., & Keane, T.M. Exposure to wartime atrocities and posttraumatic stress disorder: The role of guilt. Poster presented at the annual meetings of the American Psychological Association, Toronto, Ontario CA. August 2009.

324. Keane, T.M. Panelist for Considering PTSD for DSM-V (M. Friedman, chair) presented at the annual meetings of the International Society for Traumatic Stress Studies, Atlanta GA. November 2009.

325. Marx, B.P., Schnurr, P.P., Rodriquez, P., Holowka, D., Lunney, C., Weathers, F.W., Sloan, D., Keane, T.M. Development of a functional impairment scale for Active Duty service members and veterans. Paper presented in symposium entitled Beyond PTSD Symptom Reduction at the annual meetings of the International Society for Traumatic Stress Studies, Atlanta, GA. November 2009.

326. Keane, T.M. Key Trends in the Treatment of PTSD presented in Issues in the Field of Traumatic Stress through the Eyes of Previous ISTSS Presidents (Presidential Panel) at the annual meetings of the International Society for Traumatic Stress Studies, Atlanta GA. November 2009.

327. Rodier, N., Marx, B.P., Wunderle, K., Kaloupek, D.G., Keane, T.M. PTSD symptoms and suicidal ideation in Vietnam Veterans: An analysis by PTSD criteria. Poster presented at the annual meetings of the International Society for Traumatic Stress Studies, Atlanta GA., November 2009.

328. Keane, T.M., Rosen, R., Maserjian, N., Holowka, D.W., Rodriquez, P., Marx, B.P., Kang, H., Vasterling, J., Wunderle, K., Rodier, N., Sloan, D., Friedman, M., Sleeper, L. Creation of a PTSD Registry for Veterans: Project Valor. Poster presented at the annual meetings of the Association for Behavioral and Cognitive Therapies, New York City, November 2009.

329. Foley, K.M., Feinstein, B., Humphreys, K., Marx, B.P., Kaloupek, D.G., Keane, T.M. Does heightened physiological reactivity persist when PTSD is comorbid with externalizing Disorders? Poster presentation at the Association for Behavioral and Cognitive Therapies. New York City, November 2009.

330. Holowka, D.W., Marx, B.P., Wunderle, K.B., Kaloupek, D.G., Keane, T.M. Distribution and predictive power of PTSD symptoms in a sample of male Vietnam veterans. Poster presented at the annual meetings of the Association for Behavioral and Cognitive Therapies, New York City, November 2009.

331. Foley, K.M., Feinstein, B.A., Wolf, E.J., Marx, B.P., Kaloupek, D.G., Keane, T.M. Examining the mediating role of guilt in the relations between war-time atrocity exposure

**PX12**

and psychiatric diagnoses using structural equation modeling. Poster presented at the annual meeting of the Association for Behavioral and Cognitive Therapies, New York City, November 2009.

332. Wunderle, K.B., Rodier, N., Marx, B.P., Kaloupek, D.G., Keane, T.M. Temperament and trauma history predict suicide attempts among a sample of Vietnam veterans. Poster presented at the annual meetings of the Association for Behavioral and Cognitive Therapies, New York City, November 2009.

333. Foley, K.M., Rodriquez, P., Shirai, A., Ashe, M., Marx, B.P., Kaloupek, D.G., Keane, T.M. Personality traits predict participation in war-time abusive violence. Poster presented at the annual meetings of the Association for Behavioral and Cognitive Therapies, New York City, November 2009.

334. Holowka, D., Marx, B.P., Wunderle, K., Kaloupek, D.G., Keane, T.M. PTSD symptoms in a sample of male Vietnam Veterans: Prevalence and associations with diagnostic status. Poster presented at the annual meetings of the Anxiety Disorders Association of America, Baltimore, MD, March 2010.

335. Otis, J., Keane, T.M., Scioli, E., Sanderson, K. Intensive treatment of veterans with comorbid chronic pain and posttraumatic stress disorder. Poster presented at the annual meetings of the Anxiety Disorders Association of America, Baltimore, MD, March 2010.

336. Rodriquez, P., Marx, B.P., Holowka, D., Shirai, A., Kaloupek, D.G., Keane, T.M., Schnurr, P.P., Lunney, C. Predictors of functional impairment among veterans with a history of trauma. Poster presented at the annual meetings of the Anxiety Disorders Association of America, Baltimore, MD, March 2010.

337. Keane, T.M. & Ressler, K. (Co-Chairs of Scientific Plenary Symposium)  The cost of war: Understanding the science of posttraumatic stress disorder. Presented at the annual meetings of the Anxiety Disorders Association of America. Baltimore, MD, March 2010.

338. Gonzalez, M., Foley, K., Marx, B., Kaloupek, D.G., & Keane, T.M. The role of peritraumatic dissociation among Hispanic Vietnam Veterans with PTSD. Poster presented at the World Conference of Behavioral and Cognitive Therapies, Boston, June 2010.

339. Feinstein, B., Sloan, D., Beck, J.G., & Keane, T.M. Efficacy of group treatment for posttraumatic stress disorder symptoms: A meta-analysis. Poster presented at the World Conference on Behavioral and Cognitive Therapies, Boston, June 2010.

340. Holowka, D., Shirai, A., Rodriguez, P., Marx, B.P., Schnurr, P., Lunney, C., Weathers, F.W., Sloan, D., & Keane, T.M. Guilt, PTSD symptom severity and functional impairment among trauma-exposed veterans. Poster presented at the World Conference on Behavioral and Cognitive Therapies, Boston, June 2010.

341. Rodriguez, P., Marx, B.P., Holowka, D., Schnurr, P., Lunney, C. Weathers, F.W., Sloan, D., Shirai, A., & Keane, T.M. Predictors of functional impairment among veterans with a history of trauma. Poster presented at the World Conference on Behavioral and Cognitive Therapies, Boston, June 2010.

342. Rosen, R., Keane, T.M., Marx, B.P., Maserjian, N., Holowka, D., Kang, H., Vasterling, J., Rodier, N., Sleeper, L., The natural history of combat-related posttraumatic stress disorder: Project VALOR.  Poster presented at the World Conference on Behavioral and Cognitive Therapies, Boston, June 2010.

343. Keane, T.M.  Discussant for symposium entitled: Psychosocial Treatments for PTSD: Innovation and Next Steps, presented at the annual meetings of the International Society for Traumatic Stress Studies, Montreal, CA, November 2010.

PX12

344. King, L., King, D., Park, C., Pless, A., Schuster, J., Moore, J., Kaloupek, D.G., & Keane, T.M., Short and long term impact of wartime captivity in Vietnam-era repatriated prisoners of war. Paper presented at the annual meetings of the International Society for Traumatic Stress Studies, Montreal, CA, November 2010.

345. Speroff, T., Sinnott, P., Marx, B., Owen, R., Jackson, J., Greevy, R., Murdoch, M., Sayer, N., Shane, A., Schnurr, P., Smith, J., Alvarez, J., Nwosu, Friedman, M., Keane, T., Davis, U., et al., A cluster randomized controlled trial on standardized disability assessment for service-connected Posttraumatic Stress Disorder. Paper presented at the annual meetings of VA Health Services Research & Development, Baltimore, MD, February 2011.

346. Chen, M., Glossner, K., Holowka, D., Rodriguez, P., Marx, B.P., Schnurr, P., Lunney, C., Weathers, F.W., Sloan, D.M., & Keane, T.M. Guilt, posttraumatic stress, and suicidal ideation among trauma-exposed veterans. Poster presented at the annual meetings of the Anxiety Disorders Association of America, New Orleans, LA, March 2011.

347. Glossner, K., Chen, M., Holowka, D., Rodriguez, P., Marx., B.P., Schnurr, P., Lunney, C., Weathers, F.W., & Sloan, D., & Keane, T.M. Exploring the role of PTSD symptoms in predicting concentration difficulties among veterans. Poster presented at the annual meetings of the Anxiety Disorders Association of America, New Orleans, March 2011.

348. Holowka, D., Marx, B.P., Rodriguez, P., Gates, M., Rosen, R., & Keane, T. M. Medical chart PTSD diagnostic accuracy among OEF-OIF veterans: Preliminary results. Poster presented at the annual meetings of the Anxiety Disorders Association of America, New Orleans, March 2011.

349. Rodriguez, P., Marx, B.P., Han, S., Holowka, D., Schnurr, P., Lunney, C., Weathers, F. W., Sloan, D.M., & Keane, T.M. PTSD symptoms and psychosocial impairment among veterans. Poster presented at the annual meetings of the Anxiety Disorders Association of America, New Orleans, LA March 2011.

350. Keane, T.M. Discussant for D.M. Sloan and B.P. Marx (Chairs) Recent innovations in PTSD treatment research. Symposium presented at the annual meetings of the Anxiety Disorders Association of America. New Orleans, March 2011.

351. Keane, T.M. (Chair) Disaster Mental Health Symposium. Pre-conference symposium presented at the annual meetings of the Anxiety Disorders Association of America, New Orleans, March 2011.

352. Humphreys, K. L., Foley, K., Feinstein, B. A., Marx, B. P., Kaloupek, D. G., & Keane, T. M. The influence of externalizing comorbidity on psychophysiological reactivity among veterans with posttraumatic stress disorder. Paper to be presented at the 45th annual convention for the Association of Behavioral and Cognitive Therapies, Toronto, Canada, November 2011.

353. Lachowicz, M., Brief, D.J., Keane, T.M., Helmuth, E., Roy,, M., Rosenbloom, D., Enggasser, J., Hermos, J., & Rubin, A. Web-based intervention for returning veterans with risky alcohol use and posttraumatic stress symptoms: Preliminary results. Poster presented at the annual meetings of the Association for Behavioral & Cognitive Therapies, Toronto, Canada, November 2011.

354. Keane, T.M. Evidenced based approaches to the assessment of PTSD. Paper presented in a workshop entitled "Working with trauma survivors: What every practitioner should know." at the annual meetings of the American Psychological Association, Washington, August 2011.

355. McMackin, R.A. & Keane, T.M. Understanding and responding to the Roman Catholic

PX12

survivors of clergy sexual abuse in Boston. Paper presented in a symposium entitled: "Clergy Sexual Abuse: Advances in prevention, recovery and treatment of survivors and perpetrators at the annual meetings of the American Psychological Association, Washington, August 2011.

356.    Keane, T.M. Panel Presentation: Managing collateral damage: Expert perspectives on the reality of trauma work and maintaining professional and personal well-being. Panel presentation at the annual meetings of the International Society for Traumatic Stress Studies, Baltimore, November 2011.

357.    Keane, T.M. Panel Presentation: What I wish I knew before: Seasoned advice on networking, developing mentoring relationships, and career planning in psychology. Panel presentation at the annual meetings of the International Society for Traumatic Stress Studies, Baltimore, November 2011.

358.    Holowka, D., Marx, B.P., Gates, M., Guey, L., Rosen, R. Vasterling, J., & Keane, T.M. Posttraumatic stress disorder, mild traumatic brain injury, and psychosocial functioning among Iraq and Afghanistan veterans. Poster presented at the annual meetings of the International Society for Traumatic Stress Studies, Baltimore, November 2011.

359.    Hermos, J., Rubin, A., Brief, D., Helmuth, E., Roy, M., Enggasser, J., Lachowicz, M., Benitez, D., Rosenbloom, D., & Keane, T.M. Web-based intervention for returning veterans with risky alcohol use and posttraumatic stress symptoms. Poster presented at the annual meetings of the Society for Clinical Trials, Miami, FL May 2012.

360.    Rubin, A., Lachowicz, M., Brief, D., Roy, M., Enggasser, J., Helmuth, E., Rosenbloom, D., Hermos, J., Benitez, D., & Keane, T.M. Efficacy of a web-based intervention for male and female risky drinkers with and without a recent in–person treatment history. Poster presented at the annual meetings of the Research Society on Alcoholism, San Francisco, CA, June 2012.

361.    Lachowicz, M., Gorman, K., Holowka, D., Marx, B.P., Gates, M., Rosen, R., & Keane, T.M.  Posttraumatic stress and depressive symptoms in a sample of returning OIF-OEF veterans. Poster presented at the annual meetings of the Anxiety Disorders Association of America, Crystal City, Virginia, April 2012.

362.    Fink, H., Han, S., Granz, M., Chen, M., Holowka, D., Marx, B.P., Gates, M., Rosen, R., & Keane, T.M., Post-deployment social support as a mediator between MST and PTSD among OIF-OEF veterans. Poster presented at the annual meetings of the Anxiety Disorders Association of America, Crystal City, VA, April 2012.

363.    Keane, T.M. Discussant for Extinction Learning in PTSD: From bench to bedside (N. Feeny, Chair). Symposium presented at the annual meetings of the Anxiety Disorders Association of America, Crystal City, VA, April 2012.

364.    Keane, T.M. Posttraumatic Stress Disorder in Combat Veterans, presented in a continuing education workshop in N. Ainspan (Chair) Advancing skills for brief therapeutic treatments to address the needs of returning combat veterans. Presented at the annual meetings of the American Psychological Association, Orlando, FL August 2012.

365.    Keane, T.M. Assessment of Posttraumatic Stress Disorder, presented in a continuing education workshop in J. Cook (Chair) Working with trauma survivors: What every clinician should know. Presented at the annual meetings of the American Psychological Association, Orlando, FL August 2012.

366.    Keane, T.M. What motivates disorder following trauma exposure? Factors related to the development and maintenance of PTSD. Paper presented in the Spielberger EMPathy

PX12

Symposium at the American Psychological Association, Orlando, FL August 2012.

367. Keane, T.M. & Rosen, R. (Chairs) The impact and outcomes of PTSD on combat exposed veterans: Project VALOR. Symposium presented at the annual meetings of the Anxiety & Depression Association of America, La Jolla, CA April 2013.

368. Keane, T.M. Prevalence and latent structure of proposed DSM-5 posttraumatic stress disorder symptoms among Veterans enrolled in Project VALOR. Paper presented at the annual meetings of the Anxiety & Depression Association of America, La Jolla, CA April 2013.

369. Keane, T.M. (Discussant) for K. Shear & N. Simon (Chairs) Complexity in complicated grief: Considering context. Symposium presented at the annual meetings of the Anxiety & Depression Association of America, La Jolla, CA April 2013.

370. Keane, T.M. & Brief, D.J. (Co-Chairs) Application of new technologies to the prevention and treatment of PTSD. Symposium presented at the annual meetings of the Anxiety & Depression Association of America. La Jolla, CA April 2013.

371. Keane, T.M. Discussant for symposium entitled: Doubly randomized preference trial in PTSD: Prolonged exposure versus Sertraline, L. Zoellner & N. Feeney, Co-Chairs). Presented at the meetings of the American Psychological Association, Honolulu, Hawaii, August 2013.

372. Roy, M., Rubin, A., Helmuth, E., Brief, D.J., Enggasser, J., Lachowitz, M., Hermos, J., Rosenbloom, D., & Keane, T.M. Web-based intervention with Veterans with problem drinking from multicultural backgrounds. Paper presented at the meetings of the American Psychological Association, Honolulu, Hawaii, August 2013.

373. Keane, T.M. Posttraumatic Stress Disorder. Paper presented in workshop entitled: Advancing skills for grief therapeutic treatments to address the needs of returning Veterans at the meetings of the American Psychological Association, Honolulu, Hawaii, August 2013.

374. Keane, T.M. (Chair) Developing sustainable models of service delivery for America's returning Veterans. Symposium presented at the meetings of the American Psychological Association, Honolulu Hawaii, August 2013.

375. Keane, T.M. (Discussant) Presidential Program: Psychological Treatment of Returning Veterans (Diane Castillo, Chair). Symposium presented at the meetings of the American Psychological Association, Honolulu, Hawaii, August 2013.

376. Rubin, A., Lachowicz, M., Hermos, J., Brief, D.J., Enggasser, J., Roy, M., Rosenbloom, D., Helmuth, E., Keane, T.M. Readiness to change, drinking goal, and outcome in web-based intervention for returning Veterans. Paper presented at the meetings of the American Psychological Association, Honolulu, Hawaii, August 2013.

377. Keane, T.M. (Chair) Improving PTSD assessment and treatment in OEF-OIF Veterans using new media. Symposium presented at the meetings of the American Psychological Association, Honolulu, Hawaii, August 2013.

378. Brief, D.J., Rubin, A., Enggasser, J., Roy, M., Lachowicz, M., Benitez, D., Helmuth, E., Rosenbloom, D., Hermos, J., & Keane, T.M. Web-based intervention for returning Veterans with problem drinking. Paper presented at the meetings of the American Psychological Association, Honolulu, Hawaii, August 2013.

379. Keane, T.M. Festschrift in honor of Matthew J. Friedman, MD, Ph.D. Paper presented at the annual meetings of the International Society for Traumatic Stress Studies, Philadelphia, PA, November 2013.

PX12

380.  Keane, T.M. (Discussant) Recent Findings on Prolonged Exposure Treatment and its Mechanisms (Carmen McLean, Chair). Symposium presented at the Annual Meetings of the International Society for Traumatic Stress Studies, Philadelphia, PA, November 2013.

381.  Marx, B.P., Holowka, D., Kaloupek, D.G., Keane, T.M. Personality, warzone, and symptom predictors of post-military aggressive behavior reported by Vietnam Veterans. Paper presented in Symposium chaired by J. Constans at the annual meetings of the International Society for Traumatic Stress Studies, Philadelphia, PA, November, 2013.

382.  Keane, T. M. (Panelist) Responding to the Boston Marathon bombing (Karestan Koenan, Chair). Panel presentation at the annual meetings of the International Society for Traumatic Stress Studies, Philadelphia, PA, November 2013.

383.  Keane, T.M., Marx, B.P., Holowka, D., Litman, H., Fong, S., & Rosen, R. Project VALOR: Design and preliminary results of a longitudinal veterans' PTSD Registry. Paper presented in symposium entitled: Cohort profiles: Population-based studies of trauma and its aftermath (J. Gradus, Chair). Presented at the annual meetings of the International Society for Traumatic Stress Studies, Philadelphia, PA, November, 2013.

384.  Keane, T.M. (Discussant) PTSD among Military Personnel and Veterans (Donald Bersoff, Ph.D., JD Keynote Presenter). Presented at the annual meetings of the Massachusetts Psychological Association, Worcester, MA November 2013.

385.  Keane, T.M. War's impact on individuals and their families: A clinical and research agenda. Invited presentation to the annual meetings of the Massachusetts Psychological Association, Worcester MA, November, 2013.

386.  Keane, T.M. (Discussant) At the intersection of Psychology and Medicine: Understanding the relationship between PTSD and health outcomes. (M. Cody & J.G. Beck, Chairs) Symposium presented at the annual meetings of the Association for Behavioral & Cognitive Therapies, Nashville, TN November, 2013.

387.  Kulish, A., Holowka, D., Marx, B.P., Fang, S., Rosen, R.C., & Keane, T.M. The influence of race/ethnicity and gender on psychosocial functioning in combat-exposed veterans' post-OEF-OIF deployment. Poster presented at the annual meetings of the Association for Behavioral & Cognitive Therapies, Nashville, TN, November, 2013.

388.  Roy, M., Rubin, A., Solhan, M., Helmuth, E., Brief, D.J., Enggasser, J., Rosenbloom, D., & Keane, T.M. Using VetChange with veterans from multicultural backgrounds. Poster presented at the Annual Meetings of Anxiety & Depression Association of America, Chicago, March 2014.

389.  Keane, T.M. (Discussant) Emotional functioning and broad clinical phenotypes: Going beyond PTSD alone (M. Lilly, Chair) Symposium presented at the annual meetings of Anxiety & Depression Association of America, Chicago, March 2014.

390.  Keane, T.M. (Panelist) Key changes in DSM 5 and their relevance to clinical practice. (K. Phillips, Chair) Panel presented at the annual meetings of the Anxiety & Depression Association of America, Chicago, March 2014.

391.  Keane, T.M. (Panelist) How can mobile-connected technologies expand treatment opportunities for Anxiety Disorders? (R. Goldberg, Chair) Panel presented at the annual meetings of Anxiety & Depression Association of America, Chicago, March 2014.

392.  Keane, T.M. & Brief, D.J. (Chairs & Discussant) Effective treatments for PTSD and comorbid conditions: Predictors of treatment response. Symposium presented at the annual meetings of Anxiety & Depression Association of America, Chicago, March 2014.

393.  Engel-Rebitzer, E., Marx, B.P., Szrafranski, D., Rosen, R., & Keane, T.M. Disparities in

PX12

PTSD service connection in VA Healthcare System. Poster presented at the annual meetings of the Anxiety & Depression Association of America, Chicago, March 2014.

394. LeDoux, A., Green, J.D., Harte, C., Marx, B.P., Rosen, R., & Keane, T.M. Posttraumatic stress symptom severity as a predictor of sexual function in OIF/OEF Veterans. Poster presented at the meetings of Anxiety & Depression Association of America, March 2014.

395. Marx, B.P., Rodriguez, P., Bovin, M., Weathers, F., Schnurr, P., & Keane, T.M. The association between PTSD in DSM 5 and functional impairment among War Veterans. Paper presented in a symposium (S. Morissette, Chair) entitled: PTSD, Depression and functional outcomes among military personnel, Veterans and their family members. At the annual meetings of the ISTSS, Miami, FL, November 2014.

396. Marx, B.P., Prins, A., Bovin, M., Weathers, F., Schnurr, P., Kaloupek, D., & Keane, T. Performance of the PCL-5 and PC-PTSD-5, relative to the CAPS-5 in diagnosing PTSD among Veterans. Paper presented in a symposium (A. Prins, Chair) entitled Development and evaluation of the PCL-5, PC-PTSD-5, and CAPS-5 at the annual meetings of the ISTSS, Miami, FL, November 2014.

397. Keane, T.M. (Chair & Discussant) Service connection among OEF-OIF Veterans: An examination of diagnostic accuracy and impact on treatment. Symposium presented at the annual meetings of the ISTSS, Miami, FL, November 2014.

398. Szafranski, D., Engel-Rebitzer, E., Gallagher, M., Holwoka, D., Keane, T.M., Marx, B.P. Concordance and discordance between PTSD diagnosis and service connection for PTSD: Rates and differences. Paper presented in a symposium (Keane, T., Chair) entitled: Service connection among OEF-OIF Veterans: An examination of diagnostic accuracy and impact on treatment. In the annual meetings of ISTSS, Miami, FL, November 2014.

399. Engel-Rebitzer, E., Szafranski, D., Gallagher, M., Holowka, D., Keane, T.M. Predictors of concordance and discordance between PTSD diagnosis and service connection for PTSD. Paper presented in a symposium (T. Keane, Chair) entitled: Service connection among OEF-OIF Veterans: An examination of diagnostic accuracy and impact on treatment. In the annual meetings of ISTSS, Miami, FL, November 2014.

400. Bovin, M., Green, J., Marx, B., Keane, T.M., & Rosen, R. The association between military trauma types and psychopathology among OIF-OEF Veterans. Paper presented in a symposium (K. Dondanville; Chair) entitled: Prevalence and correlates of trauma types among service members and Veterans with PTSD. In the annual meetings of the ISTSS, Miami, FL, November 2014.

401. Keane, T.M. (Discussant) Attacks from all sides: Exploring multiple facets affecting response to the Boston Marathon Bombings. Symposium (T. Chou, Chair) presented at the annual meetings of the ISTSS, Miami, FL, November 2014.

402. Scioli-Salter, E., Forman, D., Keane, T.M., Otis, J., Alsup, K., & Rasmussen, A., Neurobiological and psychological benefits of exercise in chronic pain and PTSD. Poster presented at the annual meetings of the ISTSS, Miami, FL, November 2014.

403. Keane, T.M. (Chair & Discussant) National Vietnam Veterans Longitudinal Study: Prospective assessment of PTSD and health outcomes. Symposium presented at the annual meetings of the ISTSS, Miami, FL, November 2014.

404. Keane, T.M. (Discussant) Improving exposure based treatments for Posttraumatic Stress Disorder (B. Marx, Chair). Symposium presented at the annual meetings of the Anxiety and Depression Association of America. Miami, FL. April 2015.

405. Keane, T.M. (Discussant) Application of an internet based CBT treatment for PTSD in

PX12

hard to reach populations. (C. Aaronson, Chair). Symposium presented at the annual meetings of Anxiety and Depression Association of America, Miami, FL, April 2015.

406.  Keane, T.M. The role of philanthropy in solutions for Veterans Mental Health. (C. Grimes, Chair). Panel presentation at Council on Foundations: Philanthropy Joining Forces Impact Pledge Meeting. American Red Cross, Washington, DC May 2015.

407.  Keane, T.M. (Chair & Discussant) Recent Advances in the Treatment of PTSD. Symposium presented at the Annual Meetings of the American Psychological Association, Toronto, Canada, August 2015.

408.  Keane, T.M. (Discussant) Cognitive-Behavioral Conjoint Therapy for PTSD---Delivery Alternatives, Outcomes, and Dissemination. Symposium presented at the Annual Meetings of the American Psychological Association, Toronto, Canada, August 2015.

409.  Keane, T. M. Innovations in the treatment of PTSD in OEF-OIF returning veterans. Paper presented in symposium entitled: PTSD in Military Families: Contemporary Issues at the annual meetings of American Psychological Association, Toronto, Canada, August 2015.

410.  Green, J.D., Jackson, C., Kearns, J.C., Black, S.K., Marx, B.P., Rosen, R., Keane, T.M. Evaluating the effects of safety plans and high risk for suicide flags on suicide risk and related outcomes in OEF and OIF Veterans. Poster presented at the annual meeting of the Military Health System Research Symposium, Ft. Lauderdale, FL., August 2015.

411.  Rosen, R.C., Breyer, B., Seal, K., Fang, S., Marx, B.P., & Keane, T.M. PTSD and sexual dysfunction in OEF-OIF combat Veterans: Gender differences in self-report and medical record results in Project VALOR. Poster presented at the annual meeting of the Military Health System Research Symposium, Ft. Lauderdale, FL., August 2015.

412.  Fang, S., Schnurr, P., Kulish, A., Holowka, D.W., Marx, B.P., Keane, T.M. & Rosen, R.C. Psychosocial functioning and health-related Quality of Life associated with PTSD in male and female Iraq and Afghanistan war Veterans. Poster presented at the annual meeting of the Military Health System Research Symposium, Ft. Lauderdale, FL., August 2015.

413.  Rosen, R.C., Gang, S., Wilkinson, A., Marx, B.P., & Keane, T.M. Sleep health and sleep disturbances in combat-exposed OIF-OEF Veterans: Relationship to medical and psychosocial outcomes. Poster presented at the annual meeting of the Military Health System Research Symposium, Ft. Lauderdale, FL., August 2015.

414.  Erb, S.E., Bovin, M.J., Annunziata, A., Marx, B.P., Rosen, R.C. & Keane, T.M. Psychotherapy utilization among OIF-OEF Veterans: Findings from Project VALOR. Poster presented at the annual meeting of the Military Health System Research Symposium, Ft. Lauderdale, FL. August 2015.

415.  Peterson, A., & Keane, T.M. et al. The Consortium to Alleviate PTSD. Poster presented at the annual meeting of the Military Health System Research Symposium, Ft. Lauderdale, FL. August 2015.

416.  Keane, T.M. Web based intervention for treating risky alcohol and PTSD symptoms. Paper presented at Bristol Myers Squibb Foundation Annual Meeting. Washington, DC, September 2015.

417.  Keane, T. M. (Chair & Discussant) Recent advances in the psychological treatment of military related PTSD. Symposium presented at annual meeting of the Anxiety and Depression Association of America, Philadelphia, PA April 2016.

418.  Keane, T.M. (Panelist) Strategies for success in preparing grant submissions. Panel presented at the annual meetings of the Anxiety & Depression Association of America, Philadelphia, PA, April 2016.

PX12

419. Taylor, D.J., Pruiksma, K.E., Resick, P. A., Peterson, A.L., Keane, T.M., Mintz, J., Nicholson, K., Litz, B.T., Williamson, D.E., Dondanville, K.A., Young-McCaughan, S., Wardle, S., Cobos, B., for the Consortium to Alleviate PTSD. Treatment of Comorbid Sleep Disorders and PTSD: A Protocol for a Randomized Clinical Trial. Poster presented at the Military Health System Research Symposium, Ft Lauderdale, FL. August 2016.

420. Keane, T.M. (Discussant) Community Care for Returning Combat Veterans (Sonia Norman, Chair). Symposium presented at the annual meetings of the American Psychological Association, Denver, CO, August 2016.

421. Keane, T.M. (Panelist) Past Presidents' Panel: Getting the Word out on Trauma Psychology. Presented at the annual meetings of the American Psychological Association, Denver, CO, August 2016.

422. Black, S., Harwell, A., Klein, A., Bovin, M., Green, J., Keane, T.M., Rosen, R.C., Marx, B.P. Implications of the recent and upcoming diagnostic changes to posttraumatic stress disorder: A comparison of DSM-5 and ICD-11. Poster presented at the annual meetings of the Association for Behavioral & Cognitive Therapy, New York, October 2016.

423. Green, J., Kearns, J., Marx, B.P., Nock, M.K., Rosen, R.C., & Keane, T.M. Evaluating safety plan effectiveness: Do safety plans tailored to individual veteran characteristics decrease risk? Symposium paper presented at the meetings of the Association for Behavioral & Cognitive Therapy, New York City, October 2016.

424. Gorman, K., Klein, A., Kearns, J.C., Parker-Guilbert, K.S., Bovin, M., Rosen, R., C., Keane, T.M., & Marx, B.P. Comparison of PTSD and depression in sexual minority and non sexual minority female veterans exposed to military sexual assault, combat and harassment. Poster presented at the meetings of Association for Behavioral and Cognitive Therapy, New York City, October 2016.

425. Klein, A., Green, J.D., Gorman, K.R., Bovin, M.J., Rosen, R.C., Keane, T.M., & Marx, B.P., Associations between childhood trauma and the dissociative subtype of PTSD in OEF/OIF veterans. Poster presented at the meetings of Association for Behavioral and Cognitive Therapy, New York City, October 2016.

426. Harwell, A.M., Moshier, S.J., Klein, A.B., Rosen, R.C., Keane, T.M. & Marx, B.P. Wartime atrocity exposure type, PTSD diagnosis and symptom severity prediction among OEF/OIF veterans. Poster presented at the meetings of the International Society for Traumatic Stress Studies, Dallas, TX, November 2016.

427. Klein, A.B., Moshier, S.J., Harwell, A.M., Rosen, R.C., Keane, T.M. & Marx, B.P., Associations between treatment satisfaction and one-year clinical outcomes in OEF-OIF veterans with PTSD. Poster presented at the meetings of the International Society for Traumatic Stress Studies, Dallas, TX, November 2016.

428. Moshier, S.J., Erb, S., Parker-Guilbert, K., Trachtenberg, F., Rosen, R.C., Keane, T.M., & Marx, B.P. Less symptomatic but more impaired: Correlates of early treatment termination among returning veterans with PTSD. Poster presented at meetings of the International Society for Traumatic Stress Studies, Dallas, TX, November 2016.

429. Moshier, S., Klein, A.B., Harwell, A.M., Parker-Guilbert, K., Erb, S., Trachtenberg, F., Rosen, R.C., Keane, T.M., Marx, B.P., Who can't get no satisfaction? Satisfaction with VA and non-VA mental health care among OEF-OIF veterans with PTSD. Poster presented at the meetings of the International Society for Traumatic Stress Studies, Dallas, TX., November 2016.

430. Heilman, M., Brief, D., Enggasser, J., Rubin, A., Helmuth, E., Roy, M., Solhan, M.,

PX12

Rosenbloom, D., & Keane, T. Assessing the Effectiveness of Vetchange.org in Reducing Risky Drinking and PTSD Symptoms in OEF/OIF Veterans. Presented at the 29th Annual Convention of the Association for Psychological Science, Boston, MA. May 2017.

431.   Keane, T.M & Rosen, R. (Chairs) Project VALOR: Findings from a longitudinal cohort of OEF-OIF veterans. Symposium presented at the annual meeting of the Anxiety & Depression Association of America, San Francisco, CA, April 2017.

432.   Green, J.D., Bovin, M.J., Kleiman, S., Moshier, S., Harwell, A.M., Klein A.B., Barretto, K.M., Wilkinson, A., Ranganathan, G., Trachtenberg, F., Marx, B.P., Keane, T.M. Optimizing enrollment, retention and successful data collection in large, observational studies in military populations: The Project VALOR experience. Poster presented at the Military Health Services Research Symposium, Kissimmee, FL, August 2017,

433.   Mosier, S.J., Kleiman, S.E., Pederson, S., Brown, M., Parker,-Guilbert, K., Seal, K., Trachtenberg, F., Magnavita, A., Rosen, R.C., Keane, T.M., Marx, B.P. Complementary and integrative health approaches: Engagement and interest in Veterans with Posttraumatic Stress Disorder. Poster presented at the Military Health Services Research Symposium, Kissimmee, FL., August 2017.

434.   Moshier, S.J., Klein, A.B., Kleiman, S., Parker-Guilbert, K., Harwell, A.M., Trachtenberg, F., Rosen, R.C., Keane, T.M., & Marx, B.P. Treatment satisfaction and early termination in US veterans seeking treatment for PTSD. Presented in A. Asnaani (Chair), From RCTs to the clinic: Predictors, moderators, and other factors influencing naturalistic CBT outcomes for populations with anxiety disorders. Symposium at the Anxiety and Depression Association of America 37th Annual Conference, San Francisco, CA.  April 2017.

435.   Pedersen, S.R., Bovin, M.J., Klein, A.B., Jackson, C.E., Green, J.D., Harwell, A.H., Rosen, R.C., Keane, T.M., Marx, B.P.. The influence of veteran gender on applying for and receiving TBI-related service connection. Poster presented at the Association for Psychological Science (APS) Annual Convention, Boston, MA. May 2017.

436.   Brown, M. E., Klein, A. B., Harwell, A. M., Pedersen, S. R., Lee, D. J., Bovin, M. J., Rosen, R. C., Keane, T. M., & Marx, B. P. Childhood abuse as a predictor of military sexual trauma. Paper presented as part of a symposium (ISTSS: Child Maltreatment; Chair: G. S. Hafstad) at the European Society for Traumatic Stress Studies 15th Annual Meeting. Odense, Denmark. June, 2017.

437.   Keane, T.M. (Chair) American Psychological Foundation's program to shape the future of psychology. Symposium presented at the annual meetings of the American Psychological Association, Washington, D.C. August 2017.

438.   Keane, T.M. (Discussant) Randomized Clinical Trials for Combat-Related PTSD and Comorbid Conditions: Results from Strong Star. Symposium presented at the annual meetings of the American Psychological Association, Washington D.C. August, 2017.

439.   Keane, T.M. (Chair) Spielberger EMPATHY Symposium. Presented at the annual meetings of the American Psychological Association, Washington, D.C. August, 2017.

440.   Vittorio, L., Brief, D., Enggasser, J., Helmuth, E., Rubin, A., Roy, M., Solhan, M., Rosenbloom, D., & Keane, T.  Using RE-AIM to assess a web-based intervention for veterans with risky drinking and PTSD. Poster presented at the Boston Medical Center Evans Department of Medicine Research Day, Boston, MA. May 2017.

441.   Rubin, A., Brief, D., Enggasser, J., Helmuth, E., Roy, M., Solhan, M., Heilman, M., Vittorio, L., Rosenbloom, D. & Keane, T. From Efficacy to Effectiveness  to

PX12

Implementation: VetChange.org for Reducing Risky Drinking in OEF/OIF Veterans.   In K. Carroll (Discussant), Dissemination of Behavioral Therapies for Alcohol Use Disorder. Symposium conducted at the meeting of the American Psychological Association, Washington, DC.  August 2017.

442.    Keane, T.M. (Chair) The Future of PTSD Treatment. Panel discussion presented at the San Antonio Combat PTSD Conference, Consortium to Alleviate PTSD, San Antonio, TX, October 2017.

443.    Lee, D. J., Kearns, J. C., Wisco, B. E., Green, J. D., Gradus, J. L., Sloan, D. M., Nock, M. K., Rosen, R. C., Keane, T. M., & Marx, B. P. *Independent and cumulative associations between risk factors and subsequent suicide attempts among Operation Enduring Freedom and Operation Iraqi Freedom veterans.* Symposium presented at the 33rd annual convention of the International Society for Traumatic Stress Studies, Chicago, IL. November 2017.

444.    Green, J. D., Lee, D. J., Rosen, R. C., Keane, T. M., & Marx, B. P. (2017, November). Longitudinal Prediction of Non-Suicidal Self-Injury among Operation Enduring Freedom and Operation Iraqi Freedom Veterans. Symposium presented at the 33rd annual convention of the International Society for Traumatic Stress Studies, Chicago, IL.

445.    Kearns, J. C., Gorman, K, Green, J. D., Lee, D. J., Nock, M. K., Keane, T. M., & Marx, B. P. (2017, November). Temporal sequences of nonsuicidal and suicidal thoughts and behaviors in treatment-seeking military veterans. Symposium presented at the 33rd annual convention of the International Society for Traumatic Stress Studies, Chicago, IL.

446.    Keane, T.M. (2018; Discussant) in B. Marx (Chair) Understanding the nature and course of posttraumatic stress disorder symptoms: Implications for assessment and measurement strategies. Symposium presented at the annual meeting of Anxiety & Depression Association of America, Washington, DC.

447.    Livingston, N.A., Ameral, V., Enggasser, J., Brief, D., Rubin, A., Helmuth, E., Litwack, S., Roy, M., Solhan, M., & Keane, T. (2019). Reach and effectiveness of an online PTSD and alcohol use intervention among veterans with vs without concurrent in-person treatment. Abstract accepted for presentation at the 2019 American Psychological Association Division 50 Collaborative Perspectives on Addiction Research Conference, Providence April 2019.

448.    Slavish, D.C., Taylor, D.J., Williamson, D., Resick, P., Pruiksma, K., Casady, T., Tyler, H., Hummel, V., Blankenship, A., Dondanville, K., Nicholson, K., Young-McCaughan, S., Hale, W., Mintz, J., Litz, B., Wachen, J., Keane, T., Peterson, A., and the STRONG STAR Consortium (2019). Changes in inflammatory biomarkers in active duty service members receiving cognitive behavioral therapy for insomnia and nightmares. Poster to be presented at the meeting of the American Psychosomatic Society, Vancouver, BC.

449.    Keane, T.M. (2019) Presidential Panel Presentation (Sylvia Marrotta-Walters, Chair) at the American Psychological Association, Chicago, IL, August 2019.

450.    Lee, D.J., Jiang, T., Kearns, J.C., Zax, A., Rosellini, A.J., Rosen, R.C., Keane, T.M. Gradus, J.L, & Marx, B.P. Gender differences in Machine Learning Algorithms for suicide attempts among OEF/OIF veterans: A five-year longitudinal study. Poster presented at the Fourth Annual Combat PTSD Conference at San Antonio, TX October 2019.

451.    Leviyah, X., Livingston, N.A., Ameral., V., Brief, D., & Keane, T. (2020). Alcohol and PTSD outcomes among returning veterans following use of web-based dual-diagnosis

PX12

intervention: Does age moderate treatment effects? Poster presentation at the 128th annual convention of the American Psychological Association, Washington, D.C.

452.	Farmer, S., Livingston, N.A., Mahoney, C., Marx, & Keane, T. (2020). Longitudinal course of mental health symptoms among veterans with and without cannabis use disorder. Poster presentation at the 128th annual convention of the American Psychological Association, Washington, D.C.   T.

453.	Lee, D. J., Ellickson-Larew, S., Bovin, M. J., Weathers, F. W., Schnurr, P. P., Sloan, D. M., Keane, T. K., & Marx, B. P. (2020). Item response theory analysis of the CAPS-5 and SCID-5 PTSD module among veterans. Presented at the 36th annual convention of the International Society for Traumatic Stress Studies, Atlanta, GA.

454.	Lee, D. J., Lee, L. O., Bovin, M. J., Moshier, S. J., Dutra, S. J., Kleiman, S. E., Vasterling, J. J., Keane, T. M., & Marx, B. P. (2020). The twenty-year course of posttraumatic stress disorder symptoms among veterans. Presented at the 36th annual convention of the International Society for Traumatic Stress Studies, Atlanta, GA.

455.	Keane, T. M. (Discussant) in D.J. Lee (Chair) Longitudinal Studies of Trauma and PTSD presented at 36th annual convention of the International Society for Traumatic Stress Studies, Atlanta, GA. November 2020.

456.	Keane, TM. (Discussant) in D. J. Lee (Chair) Advancements in Assessment of PTSD and Related Phenomena presented at the 36th annual convention of the International Society for Traumatic Stress Studies, Atlanta, GA. November 2020.

457.	Ariadoss, A., Harper, K., Marx, B. P., Keane, T.M., Hassan, A., Weber, H.C. Posttraumatic stress disorder in combat-exposed veterans is not associated with Irritable Bowel Syndrome or Functional Dyspepsia, but to Gastrointestinal Reflux Disease. Poster presented at the annual meetings of Digestive Disease Week (Virtual Conference), May 2021.

458.	Newberger, N., Schiavon, S., Enggasser, J., Brief, D., Keane, T., & Livingston, N.A. (2021, August). Reduction in PTSD improves satisfaction with life for veterans enrolled in a web-based intervention. Poster presentation at the 129th annual convention of the American Psychological Association (virtual).

459.	Whitworth, J., Scioli, E., Keane, T.M., & Marx, B.P. Comorbid depression, anxiety, alcohol, and substance use are associated with increased odds of physical inactivity and cigarette smoking among veterans with PTSD. Poster presented at the 37th annual meetings of the International Society of Traumatic Stress Studies. (Virtual Conference), November 2021.

460.	Woodward, B., Lee, D. J., Livingston, N. A., Marx, B. P., & Keane, T. M. Race and Sex Differences in PTSD and Somatic Symptoms Among OEF/OIF Veterans. Poster to be presented at the International Society for Traumatic Stress Studies 37th Annual Meeting (Virtual Meeting) November 2021.

461.	Pruiksma, K.E., Taylor, D. J., Mintz, J., Slavish, D. C., Wardle-Pinkston, S., Dondanville, K. A., Young-McCaughan, S., Nicholson, K. L., Litz, B. T., Dietch, J. R., Keane, T. M., Peterson, A. L., Resick, P. A., for the Consortium to Alleviate PTSD. (2021, November 2–5). Treatment of comorbid insomnia, nightmares and posttraumatic stress disorder in active duty military: A pilot study. In N. Holder (Chair). When standard treatment is not enough: Augmenting and sequencing care for posttraumatic stress disorder. International Society of Traumatic Stress Studies 37th Annual Meeting. (Virtual).

Keane CV 2022

PX12

## PUBLICATIONS

### ORIGINAL PEER REVIEWED ARTICLES:

1. Stalonas, P.M., **Keane, T. M.**, & Foy, D.W. (1979). Alcohol education for inpatient alcoholics: A comparison of live, videotape and written presentation modalities. Addictive Behaviors, 4, 223-230.

2. Prue, D., **Keane T.M.**, Cornell, J.C., & Foy, D.W. (1979). A multivariate analysis of variables influencing attendance at follow-up in an alcohol treatment program. Community Mental Health Journal, 15, 149-154.

3. Johnson, W.G., **Keane, T. M.**, Bonar, J.C. & Downey. C. (1979). Hedonic ratings of sucrose solutions: The effects of body weight, weight loss, and dietary restriction. Addictive Behaviors, 4, 231-236.

4. **Keane, T. M.**, & Lisman, S.A. (1980). Alcohol and social anxiety in males: Behavioral, cognitive, and physiological effects. Journal of Abnormal Psychology, 89, 213-223. Abstracted in: International Journal of Rehabilitation Research, 1982, 5, 82-83.

5. Kelly, J.A., Kern, J., Kirkley, B.G., Patterson, J. & **Keane, T. M.** (1980). Reactions to assertive versus unassertive behavior: Differential effects for males and females and implications for assertive training. Behavior Therapy, 11, 670-682.

6. **Keane, T. M.**, Lisman, S.A. & Kreutzer, J. (1980). Alcoholic beverages and their placebos: An experimental investigation of expectancies. Addictive Behaviors, 5, 313-328.

7. Gabel, P., Noel, N.E., **Keane, T. M.**, & Lisman, S.A. (1980). Effects of sexual vs. fear arousal on alcohol consumption. Behavior Research and Therapy, 18, 519-526.

8. **Keane, T. M.**, Prue, D.M., & Collins, F.L. (1981). Behavioral contracting to improve dietary compliance in chronic renal dialysis patients. Journal of Behavior Therapy and Experimental Psychiatry, 12, 63-67.

9. **Keane, T. M.**, Geller, S.E. & Scheirer, C.J. (1981). A parametric investigation of eating style differences in obese and non-obese children. Behavior Therapy, 12, 280-286.

10. Geller, S.E., **Keane, T. M.** & Scheirer, C.J. (1981). Delay of gratification, locus of control, and eating patterns in obese and non-obese children. Addictive Behaviors, 6, 9-14.

11. Rosenbaum, M.S., **Keane, T. M.**, Drabman, R.S. & Robertson, S.J. (1981). The development and evaluation of a parent training program for physically handicapped children. Behavioral Assessment, 3, 325-334.

12. Fairbank, J.A., Langley, K., Jarvie, G.J., & **Keane, T. M.** (1981). A selected bibliography on Post-Traumatic Stress Disorders in Vietnam veterans. Professional Psychology, 12, 578-586.

13. Prue, D.M. & **Keane, T. M.** (1981). Reducing client recidivism through program modification and aftercare coordination. Journal of Psychiatric Treatment and Evaluation, 3, 523-528.

14. **Keane, T. M.**, Black, J.L., Collins, F.L. & Vinson, M.D. (1982). A skills training program for teaching the behavioral interview. Behavioral Assessment, 4, 53-62.

15. **Keane, T. M.** & Kaloupek, D.G. (1982). Imaginal flooding in the treatment of a post-traumatic stress disorder. Journal of Consulting & Clinical Psychology, 50, 138-140.

PX12

16.  Kelly, J.A., St. Lawrence, J.S., Bradlyn, D.S., Himadi, W.G., Graves, K.A. & **Keane, T. M.** (1982). Interpersonal reactions to assertive and unassertive styles when handling social conflict situations. Journal of Behavior Therapy and Experimental Psychiatry, 13, 33-40.

17.  Black, J.L. & **Keane, T. M.** (1982). Implosive therapy in the treatment of combat related fears in a World War II veteran. Journal of Behavior Therapy and Experimental Psychiatry, 13, 163-165.

18.  Fairbank, J.A. & **Keane, T. M.** (1982). Flooding for combat-related stress disorders: Assessment of anxiety reduction across traumatic memories. Behavior Therapy, 13, 499-510.

19.  **Keane, T. M.**, Wedding, D., & Kelly, J.A. (1983) Assessing subjective responses to assertive behavior: Data from patient samples. Behavior Modification, 7, 317-330.

20.  Fairbank, J.A., Gross, R.T. & **Keane, T. M.** (1983). Treatment of post-traumatic stress disorder: Evaluating outcome with a behavioral code. Behavior Modification, 7, 557-568.

21.  **Keane, T. M.**, & Fairbank, J.A. (1983). A survey analysis of combat related stress disorders in Vietnam veterans. American Journal of Psychiatry, 140, 348-35.

22.  **Keane, T. M.**, Caddell, J.M., Martin, B.W., Zimering, R.T., & Fairbank, J.A. (1983). Substance abuse among Vietnam veterans with post-traumatic stress disorders. Bulletin of the Society of Psychologists in Addictive Behaviors, 2, 117-122.

23.  Malloy, P.F., Fairbank, J.A., & **Keane, T. M.** (1983). Validation of a multimethod assessment of post-traumatic stress disorders in Vietnam veterans. Journal of Consulting and Clinical Psychology, 51, 488-494.

24.  Fairbank, J.A., **Keane, T. M.**, & Malloy, P.F. (1983). Some preliminary data on the psychological characteristics of Vietnam veterans with post-traumatic stress disorder. Journal of Consulting and Clinical Psychology, 51, 912-919.

25.  **Keane, T. M.**, Foy, D.W., Nunn, L.B., & Rychtarick, R.G. (1984). Spouse contracting to improve antabuse compliance in alcoholic veterans. Journal of Clinical Psychology, 40, 340-345.

26.  Ahles, T.A., Cohen, R.E., Little, D., Balducci, L., Dubbert, P.M., & **Keane, T. M.** (1984). Toward a behavioral assessment of anticipatory symptoms associated with cancer chemotherapy. Journal of Behavior Therapy and Experimental Psychiatry, 15, 141-145.

27.  Glover, N. & **Keane, T. M.** (1984). Examining the accuracy of food service in a medical setting. Journal of the American Dietetic Association, 84, 118-120.

28.  Salem, R.B., **Keane, T. M.**, & Williams, J.G. (1984) Drug related admissions to a Veterans Administration psychiatric unit. Drug Intelligence and Clinical Pharmacy, 18, 74-76.

29.  **Keane, T. M.**, Malloy, P.F., & Fairbank, J.A. (1984). Empirical development of an MMPI subscale for the assessment of combat related PTSD. Journal of Consulting and Clinical Psychology, 52, 888-891.

30.  **Keane, T. M.**, Scott, O.N., Chavoya, G.A., Lamparski, D.M. & Fairbank, J.A. (1985). Social support in Vietnam veterans with post-traumatic stress disorder: A comparative analysis. Journal of Consulting and Clinical Psychology, 53, 95-102.

31.  Fairbank, J.A., McCaffrey, R.J., & **Keane, T. M.** (1985). Assessment of post-traumatic stress disorder: Psychometric detection of fabricated symptoms. American Journal of Psychiatry, 142, 501-503.

32.  **Keane, T. M.** (1985). Defining traumatic stress: Some comments on the current terminological confusion. Behavior Therapy, 16 (4), 419-423.

PX12

33.  **Keane, T. M.**, Wolfe, J. & Taylor, K.L. (1987). Post-traumatic stress disorder: Evidence for diagnostic validity and methods of psychological assessment. Journal of Clinical Psychology, 43, 32-43.

34.  **Keane, T. M.**, Caddell, J.M. & Taylor, K.A. (1988). The Mississippi Scale for Combat Related PTSD: Three studies in reliability and validity. Journal of Consulting and Clinical Psychology, 56, 85-90.

35.  Lyons, J.A., Gerardi, R.J., Wolfe, J., & **Keane, T. M.** (1988). Multidimensional assessment of combat related PTSD: Phenomenological, psychometric, and psychophysiological considerations. Journal of Traumatic Stress, 1, 373-394.

36.  **Keane, T. M.** (1989). Post-traumatic stress disorder: Current status and future directions. Behavior Therapy, 20, 149-153.

37.  **Keane, T. M.**, Fairbank, J.A., Caddell, J.M. & Zimering, R.T. (1989). Imaginal flooding reduces symptoms of PTSD in Vietnam combat veterans. Behavior Therapy. 20, 245-260.

38.  Lyons, J.A., & **Keane, T. M.** (1989). Implosive therapy in the treatment of combat related PTSD. Journal of Traumatic Stress, 2, 137-152.

39.  **Keane, T. M.**, Fairbank, J.A., Caddell, J.M., Zimering, R.T. Taylor, K.L. & Mora, C.A. (1989). Clinical evaluation of a scale to measure combat exposure. Psychological Assessment, Journal of Consulting and Clinical Psychology, 57, 53-55.

40.  Gerardi, R., **Keane, T. M.**, & Penk, W.E. (1989). Sensitivity and specificity in developing diagnostic tests of combat-related Post-traumatic Stress Disorder (PTSD). Journal of Clinical Psychology, 45, 6-18.

41.  Berk, E., Black, J., LoCastro, J., Wickis, J., Simpson, T., **Keane, T.M.**, & Penk, W. (1989). Effects of self-reported noncombat trauma on MMPIs of male Vietnam combat and noncombat veterans treated for substance abuse.  Journal of Clinical Psychology, 45, 704-708.

42.  Long, R., Wine, P., Chew, D., Penk, W., **Keane, T.**, Gerstein, C., O'Neill, J., & Nadelson, T. (1989). Adjustment differences of Vietnam veterans differing in rates of psychiatric hospitalization. Journal of Clinical Psychology, 45, (5), 745-753.

43.  Litz, B.T. & **Keane, T. M.** (1989). Information processing in anxiety disorders: Application to the understanding of post-traumatic stress disorder. Clinical Psychology Review, 9, 243-257.

44.  Blake, D.D., **Keane, T. M.**, Wine, P.R., Mora, C., Taylor, K.L. & Lyons, J.A. (1989). Prevalence of PTSD symptoms in combat veterans seeking medical treatment. Journal of Traumatic Stress, 3, 15-27.

45.  Blake, D.D., Owens, M.D., & **Keane, T. M.** (1990). Increasing group attendance on a psychiatric unit: An alternating treatment design comparison. Journal of Behavior Therapy and Experimental Psychiatry, 21, 15-20.

46.  **Keane, T. M.** & Wolfe, J. (1990). Comorbidity in post-traumatic stress disorder: An analysis of community and clinical studies. Journal of Applied Social Psychology, 20, 1776-1788.

47.  **Keane, T. M.** (1990). Behavior therapy and psychophysiological assessment: Controlled clinical trials. Clinical Neuropharmacology, 13, 336-337.

48.  Litz, B.T., Penk, W.E., Walsh, S., Hyer, L., Blake, D.D., Marx, B., **Keane, T. M.** and Bitman, D. (1991). Similarities and differences between MMPI and MMPI-2 applications to post-traumatic stress disorder. Journal of Personality Assessment, 57, 238-253.

PX12

49. Lyons, J. & Keane T.M. (1992). PTSD scale: MMPI and MMPI-2 update. Journal of Traumatic Stress, 5, 111-119.

50. Litz, B.T., **Keane, T. M.**, Fisher, L., Marx, B., & Monaco, V. (1992). Physical Health Complaints in Combat-Related Post-Traumatic Stress Disorder: A Preliminary Report. Journal of Traumatic Stress, 5, 131-142.

51. Blake, D.D., Albano, A.M., & **Keane, T. M.** (1992). Twenty years of trauma: Psychological abstracts from 1970-1989. Journal of Traumatic Stress, 5, 477-484.

52. Blake, D.D., Penk, W.E., Mori, D.L., Kleespies, P.M., Walsh, S.S., **Keane, T. M.** (1992). Validity and clinical scale comparisons between the MMPI and MMPI-2 with psychiatric inpatients. Psychological Reports, 70, 323-332.

53. Blake, D.D., Cook, J. & **Keane, T. M.**(1992). Psychological coping and PTSD in veterans seeking medical treatment. Journal of Clinical Psychology, 48, 695-704.

54. Wolfe, J., **Keane, T. M.**, Kaloupek, D.G., Mora, C.A., & Wine, P. (1993). Patterns of positive readjustment in Vietnam combat veterans. Journal of Traumatic Stress, 6, 179-193.

55. Zimering, R.T., Caddell, J.M., Fairbank, J.F., & **Keane, T. M.** (1993). Post-traumatic stress disorder: An experimental examination of the DSM-III criteria.  Journal of Traumatic Stress, 326, 327-342.

56. Kaloupek, D.G. & **Keane, T. M.** (1994). Psychological trauma and post-traumatic stress disorder. Current Opinion in Psychiatry, Volume7, 480-485.

57. Gerardi, R.J., **Keane, T. M.**, Cahoon, B.J., & Klauminzer, G.W. (1994). An in-vivo assessment of physiological arousal in post-traumatic stress disorder. Journal of Abnormal Psychology, 103, 825-827.

58. Blake, D.D., Weathers, F.W., Nagy, L.M., Kaloupek, D.G., Gusman, F.D., Charney, D.S., & **Keane, T. M.** (1995). The development of a Clinician-Administered PTSD Scale. Journal of Traumatic Stress, 8, 75-90.

59. Weathers, F.W., Litz, B.T., **Keane, T. M.**, Herman, D.S., Steinberg, H.R., Huska, J.A.., & Kraemer, H.C. (1996). The utility of the SCL-90-R for the diagnosis of war-zone related post-traumatic stress disorder. Journal of Traumatic Stress, 9, 111-128.

60. Litz, B., Weathers, F. W., Monaco, V., Herman, D., Wulfsohn, M., Marks, B., & **Keane, T. M.** (1996). Attention, arousal, and memory in post-traumatic stress disorder. Journal of Traumatic Stress, 9, 497-519.

61. Orsillo, S.M., Weathers, F.W., Litz, B.T., Steinberg, H.R., Huska, J.A. & **Keane, T. M.** (1996) Current and lifetime psychiatric disorder among veterans with war zone-related post-traumatic stress disorder. Journal of Nervous and Mental Disease, 184, 307-313.

62. Herman, D.S., Weathers, F.W., Litz, B.T., & **Keane, T. M.** (1996) Psychometric properties of the embedded and the stand-alone versions of the MMPI-2 Keane PTSD scale. Assessment, 3, 437-442.

63. **Keane, T. M.**, Taylor, K.L., & Penk, W.E. (1997) Differentiating post-traumatic stress disorder from major depression and generalized anxiety disorder. Journal of Anxiety Disorders, 11, 317-328.

64. King, L.W., King, D.W., Fairbank, J.A., **Keane, T. M.**, & Adams, G. (1998) Resilience/Recovery factors in posttraumatic stress disorder among female and male Vietnam veterans: Hardiness, postwar social support, and additional stressful life events. Journal of Personality and Social Psychology, 74, 420-434.

65. Leskin, G.A., Kaloupek, D.G., & **Keane, T. M.** (1998) Treatment for traumatic memories: Review and recommendations. Clinical Psychology Review, 18, 983-1002.

PX12

66.    **Keane, T. M.**, Kolb, L.C., Kaloupek, D.G., Orr, S.P., Blanchard, E.B., Thomas, R.G., Hsieh, F.W., & Lavori, P.W. (1998) Utility of psychophysiological measurement in the diagnosis of post-traumatic stress disorder: Results from a Department of Veterans Affairs Cooperative Study. <u>Journal of Consulting and Clinical Psychology</u>, 66, 914-923.

67.    King, D.W., King, L.A., Foy, D.W., **Keane, T. M.** & Fairbank, J.A. (1999) Posttraumatic stress disorder in a national sample of female and male Vietnam veterans: Risk factors, war-zone stressors, and resilience-recovery variables. <u>Journal of Abnormal Psychology</u>, <u>108</u>, 164-170.

68.    **Keane, T. M.**, Kaloupek, D.G., & Kolb, L.C. (1998) VA Cooperative Study #334: Summary of findings on the psychophysiological assessment of PTSD. <u>PTSD Research Quarterly</u>, 9, 1-6.

69.    Chemtob, C., Muraoka, M., Wu-Holt, P., Fairbank, J.A., Hamada, R., & **Keane, T. M.** (1998) Head injury in combat-related post-traumatic stress disorder. <u>Journal of Nervous and Mental Disease, 186,</u> 701-708.

70.    Weathers, F.W., Ruscio, A. & **Keane, T. M.** (1999) Psychometric properties of nine scoring rules for the Clinician Administered PTSD Scale. <u>Psychological Assessment, 11,</u> 124-133.

71.    Frueh, B.C., Hamner, M.B., Bernat, J., Turner, S.M., **Keane, T. M.,** Arana, G.W. (2002) Racial differences in psychotic symptoms among combat veterans with PTSD. <u>Depression and Anxiety, 16,</u> 157-161.

72.    Flack, W., Litz, B.T., Hsieh, F., Kaloupek, D.G., & **Keane, T. M.** (2000) Predictors of emotional numbing revisited: A replication and extension. <u>Journal of Traumatic Stress, 13,</u> 611-618.

73.    **Keane, T. M.** (2001) Entering the Secret Garden: The interface of cognitive neuroscience and trauma. <u>Journal of Aggression, Maltreatment, and Trauma, 4,</u> 25-28.

74.    Deykin, E. Y., **Keane, T. M.**, Kaloupek, D. G., Fincke, G., Rothendler, J., Siegfried, M., & Creamer, K. (2001) Posttraumatic stress disorder and the use of health services. <u>Psychosomatic Medicine,</u> 63, 835-841.

75.    Weathers, F. W., **Keane, T. M.**, & Davidson, J. R. T. (2001) The Clinician Administered Posttraumatic Stress Disorder Scale (CAPS): A review of the first ten years of research. <u>Depression and Anxiety, 13,</u> 132-156.

76.    Foa, E.B., **Keane, T. M.**, & Friedman, M.J. (2000) Guidelines for the effective treatment of PTSD. <u>Journal of Traumatic Stress,</u> 13, 539-555.

77.    Moreno A, Akram S, Geltman P, Grodin M, **Keane T. M**, Piwowarczyk L (2000) The Boston Center for Refugee Health and Human Rights. <u>Journal of General Internal Medicine</u> 15(Suppl.1): 229.

78.    Kaufman, M. L., Kimble, M. O., Kaloupek, D.G., McTeague, L.M., Bachrach, P. & **Keane, T. M.** (2002) Peritraumatic dissociation and physiological responding to trauma relevant stimuli in Vietnam combat veterans with PTSD. <u>Journal of Nervous and Mental Disease, 190,</u> 167-174.

79.    Doyle, B., Foa, E. B., **Keane, T. M.**, & Marshall, R. (2001) Posttraumatic Stress Disorder: Confronting the issues in primary care. <u>Medical Crossfire,</u> 3, 33-43.

80.    Ruscio, A.M., Ruscio, J., & **Keane, T. M.** (2002) The latent structure of posttraumatic stress disorder: A taxonometric investigation of reactions to extreme stress. <u>Journal of Abnormal Psychology, 111,</u> 290-301.

81.    Rabois, D., Batten, S.V., & **Keane, T. M.** (2002) Implications of biological findings for psychological treatments of PTSD. <u>Psychiatric Clinics of North America</u>, 25, 443-462.

Keane CV 2022

PX12

82.  Osterman, J. E., Hopper, J., Heran, W. J., **Keane, T. M.**, & van der Kolk, B. (2001) Awareness under anesthesia and the development of posttraumatic stress disorder. General Hospital Psychiatry, 23, 198-204.

83.  Frueh, B.C., Elhai, J.D., Gold, P.B., Monnier, J., Magruder, K., **Keane, T. M.**, & Arana, G.W. (2003) Disability compensation-seeking among combat veterans evaluated for PTSD. Psychiatric Services, 54, 84-91.

84.  Lindem, K., Heeren, T., White, R., Proctor, S., Krengel, M.,Vasterling, J., Sutker, P., Wolfe, J., & **Keane, T. M.** (2003) Neuropsychological performance in Gulf War Era veterans: I. Traumatic stress symptomatology and exposure to chemical-biological warfare agents. (Volume 25, pp 105-120) Journal of Psychopathology and Behavioral Assessment.

85.  Lindem, K., Proctor, S., Heeren, T., Krengel, M., Vasterling, J., Sutker, P., Wolfe, J., **Keane, T. M.**, & White, R. (2003) Neuropsychological performance in Gulf War Era veterans: Neuropsychological symptom reporting. Journal of Psychopathology and Behavioral Assessment, 25, 121-128.

86.  Lindem, K., White, R., Heeren, T., Proctor, S., Krengel, M. Vasterling, J., Wolfe, J., Sutker, P., Kirkley, S., & **Keane, T. M.** (2003) Neuropsychological performance of Gulf War Era veterans: Motivational factors and effort. Journal of Psychopathology and Behavioral Assessment, 25, 128-138.

87.  Monnelly, E., Ciraulo, D.A, Knapp, C. & **Keane, T. M.** (2003) Low dose risperidone as adjunctive therapy of irritable aggression in PTSD. Journal of Clinical Psychopharmacology, 23, 193-196.

88.  Brief, D. J., Bollinger, A. R., Berger, J., Vielhauer, M. J., Brady, S., Buondonno, L., & **Keane, T. M** (2004) HIV, Trauma, PTSD, and substance use: Understanding the interface and implications. AIDS Care, 16, S97-S120.

89.  Tolin, D.F., Maltby, N., Weathers, F.W., Litz, B.T., Knight, J.A., & **Keane, T. M.** (2004) The use of the MMPI-2 infrequency-psychopathology scale in the assessment of posttraumatic stress disorder in Vietnam veterans. Journal of Psychopathology and Behavioral Assessment, 26, 23-29.

90.  Ruscio, J., Ruscio, A.M., & **Keane, T. M.** (2004) Using taxometric analysis to distinguish a small latent taxon from a latent dimension with positively skewed indicators: The case of involuntary defeat syndrome. Journal of Abnormal Psychology, 113, 145-154.

91.  Otis, J. D., **Keane, T. M.**, & Kerns, R. D. (2003) An examination of the relationship between chronic pain and posttraumatic stress disorder. Journal of Rehabilitation Research and Development, 40, 397-405.

92.  Lustig, S. L., Kia-Keating, M., Grant-Knight, W., Geltman, P., Ellis, H., Birman, D., Kinzie, J.D., **Keane, T. M.**, Saxe, G. (2004) Review of child and adolescent refugee mental health. Journal of the American Academy of Child and Adolescent Psychiatry, 43, 24-36.

93.  Frueh, B.C., Buckley, T.C., Cusack, K.J., Kimble, M.O., Grubaugh, A.L., Turner, S.M., & **Keane, T. M.** (2004) Cognitive-behavioral treatment for PTSD among people with severe mental illness: A proposed treatment model. Journal of Psychiatric Practice, 10, 26-38.

94.  Duhammel, K., Ostroff, J., Ashman, T., Winkel, G., **Keane, T. M.**, Morasco, B., Vicksberg, S.M., Hurley, K., Burkhalter, J., Chabra, R., Scigliano, E., Papadapolous, E., Moskowitz, C., Mundy, E.A., Redd, W. (2004) The validity of the Posttraumatic Stress Disorder Checklist in cancer survivors: Analyses based on two samples. Psychological Assessment, 16, 255-266.

95.  Roy-Byrne, P., Argulles, L., Vitek, M.E., Goldberg, J., **Keane, T. M.**, True, W.R., &

PX12

Pitman, R. K. (2004) Persistence and change of PTSD symptomatology: A longitudinal co-twin control analysis of the VET-R. Social Psychiatry and Psychiatric Epidemiology, 39, 681-685.

96.    McMackin, R. & **Keane, T. M.** (2004) Understanding Posttraumatic Stress Disorder and clergy sexual abuse. Human Development, 25, 21-25.

97.    Miller, M.W., Kaloupek, D.G., Dillon, A., **Keane, T. M.** (2004) Externalizing and internalizing subtypes of combat-related PTSD: A replication and extension using the MMPI-2 PSY-5 Scales. Journal of Abnormal Psychology, 113, 636-645.

98.    HIV/AIDS Treatment Adherence, Health Outcomes and Cost Study Group ,The HIV/AIDS Treatment Adherence, Health Outcomes and Cost Study: Conceptual foundations and overview. (2004) AIDS Care, 16, S6-S21.

99.    Richardson, M.A., Morgan, E.E., Vielhauer, M.J., Cuevas, C.A., Buondonno, L.M., & **Keane, T. M.** (2005) Utility of the HIV Dementia Scale in assessing risk for significant HIV-related cognitive motor deficits in a high risk urban sample. AIDS Care, 17, 1013-1021.

100.   Frayne, S.M., Halanych, J., Miller, D.R., Lin, H., Wang, F., Pogach, L., Sharkansky, E.J., **Keane, T. M.**, Skinner, K.J., Rosen, C.S., Berlowitz, D.R. (2005) Disparities in diabetes care: Impact of mental illness. Archives of Internal Medicine, 165, 2631-2638.

101.   Charney, M. E. & **Keane, T. M.** (2007) Psychometric analysis of the Clinician Administered PTSD Scale (CAPS)-Bosnian Translation. Cultural and Ethnic Minority Psychology, 13(2), 161-168.

102.   Weathers, F.W. & **Keane, T. M.** (2007) The Criterion A Problem Revisited: Controversies and challenges in defining and measuring psychological trauma. Journal of Traumatic Stress, 20, 107-121.

103.   Miller, M. W., Vogt, D. S., Mozley, S.L., Kaloupek, D.G., **Keane, T. M.** (2006) PTSD and substance related problems: The mediating roles of disconstraint and negative emotionality. Journal of Abnormal Psychology, 115, 369-379.

104.   Cuevas, C. A., Bollinger, A. R., Vielhauer, M. J., Morgan, E. E., Sohler, N. L., Brief, D. J., Miller, A. L. & **Keane, T. M**.. (2007) HIV/AIDS Cost Study: Construct validity and factor structure of the PTSD Checklist in dually diagnosed HIV-seropositive adults. Journal of Trauma Practice, 5, 29-51

105.   Zimering, R. T., Gulliver, S. B., Knight, J., Munroe, J., & **Keane, T. M.** (2006) Posttraumatic stress disorder following direct and indirect trauma exposure at Ground Zero. Journal of Traumatic Stress, 19, 553-558.

106.   Brief, D., Vielhauer, M., & **Keane, T. M.** (2006) The interface of HIV, trauma, and PTSD. Focus: A Guide to AIDS Research & Counseling, 21, 1-4.

107.   Piwowarczyk, L., **Keane, T. M.**, & Lincoln, A. (2008) Hunger: The silent epidemic among asylum seekers and resettled refugees. International Migration, 46, 59-77.

108.   Piwowarczyk, L. & **Keane, T. M.** (2007) Impact of September 11 on refugees and those seeking asylum. Transcultural Psychiatry, 44, 566-580.

109.   Orazem, R. J., Charney, M. E., & **Keane, T. M.** (2007) Mississippi Scale for Combat Related PTSD. Depression & Anxiety, 24, 360-362.

110.   Liebschutz, J., Saitz, R., Brewer, T., **Keane, T. M.**, Lloyd-Traviglini, C., Averbuch, T., & Samet, J.H. (2007) PTSD in urban primary care: High prevalence and low physician recognition. Journal of General Internal Medicine, 22, 719-726.

PX12

111. Kessler, R. C., **Keane, T. M.**, Pennell, B., Ursano, R.J., & Zaslavsky, A.M. (2008) Sample and design considerations in post-disaster mental health needs assessment tracking surveys. International Journal of Methods in Psychiatric Research, 2, S6-S20

112. Taft, C.T., Kaloupek, D.G., Schumm, J.A., Marshall, A.D., Panuzio, J., King, D.W., & **Keane, T. M.** (2007) Posttraumatic stress disorder symptoms, physiological reactivity, alcohol problems, and aggression among military veterans. Journal of Abnormal Psychology, 116, 498-507.

113. Miller, M.W., Wolfe, E., Kaloupek, D.G., & **Keane, T. M.** (2008) The internalizing and externalizing structure of psychiatric comorbidity in combat veterans. Journal of Traumatic Stress, 21, 58-65

114. Berger-Greenstein, J., Cuevas, C.A., Brady, S.M., Trezza, G.R., Richardson, M.A., & **Keane, T. M.** (2007) Major depression in patients with HIV/AIDS and Substance Use Disorders. AIDS Patient Care and STD's, 21, 942-955.

115. Kartha, A., Brower, V., Saitz, R., Samet, J.H., **Keane, T. M.**, & Liebschutz, J. (2008) The impact of trauma exposure and posttraumatic stress disorder on healthcare utilization among primary care patients. Medical Care, 46, 388-393

116. Miller, M.W., Wolf, E.J., Martin, E., Kaloupek, D.G., **Keane, T. M.** (2008) Structural equation modeling of associations among combat exposure, PTSD symptom factors, and global assessment of functioning. Journal of Rehabilitation Research & Development, 45 359-370.

117. Marx, B. P., Humphreys, K. L., Weathers, F.W., Martin, E., Sloan, D.M., Grove, W.M., Kaloupek, D.G., **Keane, T. M.** (2008) Development and initial validation of a statistical predication instrument for assessing combat-related posttraumatic stress disorder. Journal of Nervous and Mental Disease, 196, 1-7.

118. Beck, J.G., Coffey, S., Foy, D.W., **Keane, T. M.** & Blanchard, E.B.  (2009) Group cognitive behavior therapy for chronic posttraumatic stress disorder. Behavior Therapy, 40, 82-92.

119. McMacken, R., **Keane, T. M.**, Kline, P. (2008) Betrayal and Recovery: Understanding the Trauma of Clergy Sexual Abuse, Journal of Child Sexual Abuse, 17, 197-200.

120. Wolf, E. J., Miller, M.W., Orazem, R.J., Weierich, M., Kaloupek, D.G., & **Keane, T. M.** (2008) The MMPI-2 restructured clinical scales in the assessment of posttraumatic stress disorder and comorbid disorders. Psychological Assessment, 20, 327-340.

121. Lew, H.L., van der Ploeg, R., Moore, D., Schwab, K., Friedman, L., Yesavage, J., **Keane, T. M.**, & Warden, D.  (2008) Overlap between mild TBI and mental health conditions in returning OEF/OIF service members and veterans. Journal of Rehabilitation Research and Development, 45, xi-xvi.

122. **Keane, T. M.** (2008) Posttraumatic Stress Disorder: Future directions in science and practice. Journal of Rehabilitation Research and Development., 45, vii-x.

123. Bollinger, A.R., Cuevas, C.A., D., Vielhauer, M.J., Morgan, E.E. & **Keane, T. M.** (2008) The operating characteristics of the PTSD-Checklist (PCL) in detecting PTSD in HIV+ Substance Abusers. Journal of Trauma Practice, 213-234.

124. Dohrenwend, B.P., Sloan, D.P., Marx. B.P., Kaloupek, D.G. & **Keane, T. M.** (2008) Combat deployment and the healthy warrior effect revisited. American Journal of Epidemiology, 168, 1093-1094.

125. Applebaum, A. J., Richardson, M.A., Brady, S. M., Brief, D. J., & **Keane, T. M.** (2009) An examination of the impact of gender on adherence to Highly Active Antiretroviral

Keane CV 2022

PX12

Treatment (HAART) of triply diagnosed people living with HIV/AIDS. <u>AIDS and Behavior. 13,</u> 60-68.

126. Frayne, S.M., Miller, D.R., Sharkansky, E.J., Wang, F., Jackson, V.W., Halanych, J.H., Berlowitz, D.R., Kader, B., Rosen, C.S., **Keane, T.M.** (2010) Using administrative data to identify mental illness: what approach is best?  <u>American  Journal of Medical Quality,</u> <u>25,</u> 42-50.

127. Forbes, D., Creamer, M., Bisson, J., Cohen, J., Crowe, B., Foa, E., Friedman, M., Keane, T., Kudler, H., & Ursano, R. (2010) A guide to guidelines for the treatment of PTSD and related conditions.  <u>Journal of Traumatic Stress, 23,</u> 537-552.

128. Reprinted in: FOCUS: The lifelong journal of learning in psychiatry, (2013) <u>11,</u> 414-427.

129. Scioli, E., Otis, J.D., & **Keane, T. M.** (2010) Psychological problems associated with OEF/OIF deployment. <u>American Journal of Lifestyle Medicine, 4,</u> 349-359.

130. Otis, J. D. **Keane, T. M.,** Kerns, R.D., Monson, C., & Scioli, E., (2009). The development of an integrated treatment for Veterans with comorbid chronic pain and Posttraumatic Stress Disorder.  <u>Pain Medicine, 10,</u> 1300-1311.

131. **Keane, T. M.** (2009) Improving models, methods, and measures: Understanding CITRM's contribution to the study of psychological trauma. <u>Journal of Traumatic Stress,</u> <u>22,</u> 632-633.

132. Marx, B.P., Foley, K., Feinstein, B., Wolf, E.J., Kaloupek, D.G., & **Keane, T. M.** (2010) Combat-related guilt mediates the relationship between exposure to combat-related abusive violence and psychiatric diagnoses. <u>Depression and Anxiety. 27,</u> 287-293.

133. Miller, M.W., Wolf, E.J., Harrington, K., Brown, T.A., Kaloupek, D.G., **Keane, T. M.** (2010).  An evaluation of competing models for the structure of PTSD symptoms using external measures of comorbidity.  <u>Journal of Traumatic Stress, 23,</u> 631-638.

134. **Keane, T. M.** (2011) Responding to the psychological needs of OEF-OIF military: A commentary on progress in treatment development. <u>Cognitive and Behavioral Practice,</u> <u>11,</u> 144-148.

135. Gilbertson, M., McFarlane, A., Weathers, F.W., **Keane, T. M.,** Yehuda, R., Shalev, A., Lasko, N., Goetz, J., & Pitman, R.K. (2010) Is trauma a causal agent in psychopathological symptoms of posttraumatic stress disorder? Findings from identical twins discordant for combat exposure. <u>Journal of Clinical Psychiatry,</u> 71, 1324-1330.

136. King, L. A., King, D. W., Schuster, J., Park, C. L., Moore, J. L., Kaloupek, D. G., & **Keane, T. M**. (2011). Captivity stressors and mental health consequences among repatriated U.S. Navy, Army, and Marine Vietnam-era prisoners of war. <u>Psychological Trauma: Theory, Research, Practice, and Policy, 3,</u> 412-420.

137. Jackson, J., Sinnott, P.L., Marx, B.P., Schnurr, P., Friedman, M., Murdock, M., Sayer, N., Alvarez, J., Greevy, R., Owen, R., Smith, J., Shane, A., **Keane, T. M.,** & Speroff, T. (2011) Variation in practices and attitudes of mental health practitioners assessing PTSD-related disability among veterans. <u>Journal of Traumatic Stress,</u> 24(5), 609–613.

138. Brief, D., Rubin, A., Enggasser, J., Roy, M. & **Keane, T. M.** (2011) Web based interventions for returning veterans with symptoms of posttraumatic stress disorder and risky alcohol use. <u>Journal of Contemporary Psychotherapy,</u> 41,237-246.

139. Holowka, D. W., Marx, B.P., Kaloupek, D.G., & **Keane, T. M.** (2012) Posttraumatic Stress Disorder symptoms among male Vietnam veterans: Prevalence and association with diagnostic status. <u>Psychological Trauma: Theory, Research, Practice, and Policy, 4,</u> 285-292.

PX12

140.  Rosen, R., Marx, B.P., Maserejian, N., Holowka, D., Gates, M.A., Sleeper, L.A., Vasterling, J. J., Kang, H.H., & Keane, T. M. (2012)  Design and methods of a longitudinal registry of posttraumatic stress disorder (PTSD) in combat-exposed Veterans in the Afghanistan and Iraqi Military theaters of operations. International Journal of Methods in Psychiatric Research, 21, 5-16.

141.  Sloan, D.E., Marx, B.P., & **Keane, T. M.** (2011) Reducing the burden of mental illness in military Veterans: Response to Kazdin & Blase. Perspectives in Psychological Science, 6, 503-506.

142.  Wisco, B.E., Marx, B.P., & **Keane, T. M.** (2012) Screening, diagnosis, and treatment of posttraumatic stress disorder. Military Medicine, 177, 7-13.

143.  Kaiser, A.P., Park, C.L., King, L.A., King, D.W., Schuster, J., Spiro, A., Moore, J., Kaloupek, D.G., & **Keane, T. M.** (2011) Long-term effects of coping with extreme stress: Longitudinal study of Vietnam-era repatriated prisoners of war. Journal of Traumatic Stress, 24, 680-690.

144.  VanderVeen, J., Gulliver, S.B., Zimering, R.T., Morissette, S.B., Kruse, M., Knight, J.A., Kamholz, B., & **Keane, T. M.** (2012) Differences in drinking patterns, occupational stress, and exposure to potentially-traumatic events among firefighters: Predictors of smoking relapse. The American Journal on Addictions, 21, 550-554.

145.  Sloan, D. M., Feinstein, B. A., Gallagher, M. W., Beck, J. G., & **Keane, T. M**. (2011).  Efficacy of group treatment for Posttraumatic Stress Disorder symptoms: A meta-analysis.  Psychological Trauma: Theory, Research, Practice and Policy, 5,  176-183. doi: 10.1037/a0026291.

146.  Charney, M.E. & **Keane, T. M.** (2012) The psychological, psychosocial and physical health status of HIV-positive refugees: A comparative analysis. Psychological Trauma: Theory, Research, Practice, & Policy, 5, 209-216.

147.  Holowka, D.W., Wolf, E., Marx, B.P., Foley, K., Kaloupek, D.G., & **Keane, T. M.** (2012) Predicting the commission of wartime atrocities: Associations with personality and combat exposure. Psychology of Violence, 2, 260-272.

148.  Delaney, E.M., Walton, H.M., Trezza, G.R., Henley, K.M., Vielhauer, M.J., Morgan, E., Meyer, P. & **Keane, T. M.** (2012) Community Advisory Boards in HIV Research: Current Scientific Status and Future Directions. Journal of Acquired Immune Deficiency Syndrome, 59, 78-81.

149.  Gates, M.A., Holowka, D.W., Vasterling, J.J., **Keane, T. M.**, Marx, B.P., Rosen, R. C. (2012) Posttraumatic stress disorder in veterans and military personnel: epidemiology, screening, and case recognition. Psychological Services, 9, 361-382.

150.  Marx, B.P., Bovin, M., Suvak, M., Monson, C., Humphreys, K., Sloan, D.M, Kaloupek, D.G. & **Keane, T. M.** (2012) Concordance between physiological arousal and subjective distress among combat Veterans undergoing challenge testing for PTSD. Journal of Traumatic Stress, 25, 416-425.

151.  Lenhardt, J., Taft, C., Kaloupek, D.G., & **Keane, T. M.** (2012) Examining aggression in male Vietnam Veterans who receive VA services: The role of traumatic events and combat exposure. Journal of Traumatic Stress, 25, 461-464.

152.  Marx, B.P., Jackson, J.C., Schnurr, P.P., Murdock, M., Sayer, N. A., **Keane, T. M.**, Friedman, M. J., Greevy, R.A., Owen, R. A., Sennott, P.L., & Speroff, T. (2012) The reality of malingered PTSD among veterans. Journal of Traumatic Stress, 25, 457-460.

153.  Speroff, T., Sinnott, P., Marx, B. P., Jackson, J., Greevy, R., Sayer, N., Murdoch, M.,

PX12

Shane, A., Smith, J., Alvarez, J., Nwosu, S., **Keane, T.M.**, Weathers, F., Schnurr, P., & Friedman, M. (2012) Impact of evidence-based standardized assessment on the disability clinical interview for diagnosis of service-connected Posttraumatic Stress Disorder: A cluster-randomized trial. Journal of Traumatic Stress, 25, 607-615.

154.   McQuaid, J., Marx, B.P., Rosen, M.I., Bufka, L.F., Tenhula, W., Cook, H., **Keane, T. M.** (2012) Mental health assessment in rehabilitation research. Journal of Rehabilitation Research & Development, 49, 121-138.

155.   Miller, M.W., Wolf, E.J., Kilpatrick, D., Resnick, H., Marx, B.P., Holowka, D.W., **Keane, T. M.**, Rosen, R.C., & Friedman, M.J. (2012) The prevalence and latent structure of proposed DSM-5 posttraumatic stress disorder symptoms in US national and veteran samples. Psychological Trauma: Theory, Research, Practice, & Policy, 5, 501-512.

156    Kramer, J., Rubin, A., Coster, W., Helmuth, E., Hermos, J., Rosenbloom, D., Moed, R., Dooley, M., Kao, Y., Liljenquist, K., Brief, D., Enggasser, J., **Keane, T.M.**, Roy, M., Lachowicz, M. (2014) Strategies to address participant misrepresentation for eligibility in web-based research. International Journal of Methods in Psychiatric Research, 23, 120-129.

157.   **Keane, T.M.,** Docherty, J.P., Jesse, R.L., Lee, J., McNurlen, J., & Zeller, E. (2013) Mental health needs of returning veterans. Journal of Clinical Psychology, 74, e20.

158.   **Keane, T. M.**, Chaudhry, B., Docherty, J.P, Jesse, R.L, Lee, J., McNurlen, J., & Zeller, E. (2013) Caring for returning veterans: Mental health needs. Journal of Clinical Psychiatry, 74, 1-7.

159.   **Keane, T. M.** & Najavits, L. (2013) Does complex trauma exist? A long view based on science and service. Journal of Clinical Psychology, 69, 510-515.

160.   **Keane, T. M.** (2013) Posttraumatic Stress Disorder (PTSD): A patient management exercise. Focus: The Journal of Lifelong Learning in Psychiatry, 11, 352-357.

161.   Brief, D.J., Rubin, A., **Keane, T. M.**, Enggasser, J., Roy, M., Helmuth, E., Hermos, J., Lachowitz, M., Rybin, D., Rosenbloom, D. (2013) Web intervention for OEF-OIF veterans with problem drinking and PTSD symptoms: A randomized clinical trial. Journal of Consulting and Clinical Psychology, 85, 890-900

162.   Wisco, B., Marx, B.P., Holowka, D., Vasterling, J.J., Han, S., Chen, M., Gradus, J., Nock, M.K., Rosen, R.C., & **Keane, T. M.** (2014) Traumatic brain injury, PTSD, and current suicidal ideation among Iraq and Afghanistan U.S. veterans. Journal of Traumatic Stress, 2, 244-248.

163.   Holowka, D., Marx, B.P., Gates, M., Litman, H.J., Ranganathan, G., Rosen, R.C., & **Keane, T. M.**, (2014) PTSD diagnostic validity in Veterans Affairs electronic records of Iraq and Afghanistan veterans. Journal of Consulting and Clinical Psychology, 82, 569-579.

164.   Miller, M.W., Wolf, E.J. & **Keane, T. M.** (2014) Posttraumatic Stress Disorder in DSM-5: New Criteria and Controversies. Clinical Psychology: Science & Practice, 21, 208-220.

165.   **Keane, T.M.,** Rubin, A., Lachowicz, M., Brief, D.J., Enggasser, J., Roy, M., Hermos, J., Helmuth, E., & Rosenbloom, D. (2014) Temporal Stability of DSM-5 Posttraumatic Stress Disorder criteria in a problem drinking sample. Psychological Assessment, 26, 1138-1145.

166.   Wolf, E.J., Miller, M.W., Kilpatrick, D., Resnick, H.S., Badour, C.L., Marx, B.P., **Keane, T. M.**, Rosen, R., Friedman, M.J. (2015) ICD-11 Complex PTSD in US National and

PX12

Veteran samples: Prevalence and structural associations with PTSD. <u>Clinical Psychological Science, 3,</u> 215-229. 10.1177/2167702614545480

167. Sloan, D.M., Wisco, B.P., Vogt, D. & **Keane, T. M.** (2015) Postdoctoral training in Posttraumatic Stress Disorder research. <u>Psychological Trauma: Theory, Research, Practice, and Policy, 7,</u> 195-202. http://dx.doi.org/10.1037/tra0000007

168. King, D.W., King, L.A., Park, C.L., Lee, L., Kaiser, A.P., Spiro, A., Moore, J.L., Kaloupek, D.G., & **Keane, T. M.** (2015) Positive adjustment among American repatriated prisoners of the Vietnam War: Modeling the long-term effects of captivity. <u>Clinical Psychological Science., 3, 861-876.</u>  10.1177/2167702614554448

169. Abrams, T.E., Vaughan-Sarrazin, M., **Keane, T. M.**, & Richardson, K. (2015) Validating administrative records in posttraumatic stress disorder. <u>International Journal of Methods in Psychiatric Research, 25,</u> 22-32.

170. **Keane, T. M.** (2015) Toward a greater understanding of mental health issues in today's military. <u>Depression and Anxiety, 32,</u> 1-2. DOI: 10.1002/da.22314.

171. Farr, O. M., Sloan, D.M., **Keane, T.M.**, & Mantzoros, C.S. (2014) Stress and PTSD-associated obesity and metabolic dysfunction: A growing problem requiring further research and novel treatments. <u>Metabolism, 63,</u> 1463-1468. http://dx.doi.org/10.1016/j.metabol.2014.08.009

172. Enggasser, J.L., Hermos, J.A., Rubin, A., Lachowicz, M., Rybin, D., Brief, D.J., Roy, M., Helmuth, E., Rosenbloom, D., & **Keane, T.M.** (2015) Drinking goal choice and outcomes in a web-based alcohol intervention: Results from *VetChange*. <u>Addictive Behaviors, 42,</u> 63-68.

173. Marx, B.P., Bovin, M.J., Szafranski, D.D., Engel-Rebitzer, E., Gallagher, M.W., Holowka, D.W., Schnurr, P.P., Rosen, R.C., & **Keane, T.M.** (2016) Validity of Posttraumatic Stress Disorder service connection status in Veterans Affairs electronic records of Iraq and Afghanistan Veterans. <u>Journal of Clinical Psychiatry, 77,</u> 517-522.

174. Marx, B.P., Wolf, E.J., Cornette, M.M., Schnurr, P., Rosen, M.C., Friedman, M.J., **Keane, T.M.**, Speroff, T. (2015) Using the WHODAS 2.0 to assess functioning among Veterans seeking compensation for Posttraumatic Stress Disorder. <u>Psychiatric Services, 66,</u> 1312-1317.

175. Green, J., Bovin, M.,J., Erb, S., Lachowitz, M., Rosen, R.C., **Keane, T.M.**, Marx, B.P. (2015) The effect of enemy combat tactics on PTSD prevalence rates: A comparison of Operation Iraqi Freedom deployment phases in a sample of male and female Veterans. <u>Psychological Trauma: Theory, Research, Practice, and Policy, 8,</u> 634-640.

176. Fang, S., Schnurr, P., Kulish, A., Holowka, D., Marx, B.P., **Keane, T.M.**, Rosen, R. (2015) Psychosocial functioning and health related quality of life associated with posttraumatic stress disorder in male and female Iraq and Afghanistan war veterans: The VALOR Registry. <u>Journal of Women's Health, 24,</u> 1038-1046.

177. Bovin, M.J., Marx, B.P., Weathers, F.W., Gallagher, M.W., Rodriguez, P., Schnurr, P.P., **Keane, T.M.** (2016) Psychometric properties of the PTSD Checklist for DSM-5 (PCL-5) in combat veterans. <u>Psychological Assessment, 28,</u> 1379-1391.

178. Carlson, E.B., Field, N.P., Ruzek, J.I., Bryant, R.A., Dalenberg, D.J., **Keane, T.M.**, Spain, D.A. (2016) Advantages and psychometric validation of proximal, intensive assessments of patient reported outcomes collected in daily life. <u>Quality of Life Research, 25,</u> 507-516DOI: 10.1007/s11136-015-1170-9.

179. Castillo, D.T., Chee, C.L., Nason, E., Keller, J., C'de Baca, J., Qualls, C., Fallon, S.K.,

PX12

Haaland, K.Y., Miller, M.W., & **Keane, T.M.** (2016) Group delivered cognitive and exposure therapy for PTSD in women Veterans: A randomized controlled trial. Psychological Trauma: Theory, Research, Practice, and Policy, 8, 404-412. http://dx/doi.org/10.1037/tra0000111

180.   Breyer, B. N., Fang, S.C., Seal, K.H., Marx, B.P., **Keane, T.M.,** & Rosen, R.C. (2016) Sexual quality of life in male and female Iraq and Afghanistan War Veterans with and without PTSD: Findings from the VALOR Cohort. Journal of Traumatic Stress.

181.   Breyer, B.N., Fang, S.C., Seal, K.H., Ranganathan, G., Marx, B.P., **Keane, T.M.,** & Rosen, R.C. (2016). Sexual health in male and female Iraq and Afghanistan U.S. War Veterans with and without PTSD: Findings from the VALOR cohort. Journal of Traumatic Stress, 29, 229-236. doi: 10.1002/jts.22097

182.   Langdon, K. J., Rubin, A., Brief, D. J., Enggasser, J., Roy, M., Solhan, M., Helmuth, E., Rosenbloom, D., & **Keane, T. M.** (2017). Sexual traumatic event exposure, posttraumatic stress symptomatology, and alcohol misuse among women: A critical review of the empirical literature. Clinical Psychology: Science and Practice, 24, 5-22.

183.   Wolf, E. J. Bovin, M. J., Green, J. D, Mitchell, K. S., Stoop, T. B, Barretto, K. M, Jackson, C. E., Lee, L.O., Fang, S. C, Trachtenberg, F., Rosen, R. C **Keane, T. M.**, & Marx, B. P. (2016). Longitudinal associations between posttraumatic stress disorder and metabolic syndrome severity. Psychological Medicine, 46, 2215-2226.

184.   Jackson, C.E., Green, J.D., Bovin, M. J., Vasterling, J. J., Holowka, D. W., Ranganathan, G., Rosen, R.C., **Keane, T. M.,** & Marx, B.P. (2016) Mild traumatic brain injury, PTSD, and psychosocial functioning among male and female OEF/OIF Veterans. Journal of Traumatic Stress, 29, 309-316. http//dx/doi.org/10 1002/jts.22110

185.   Wisco, B.E., Miller, M.W., Wolf, E.J., Kilpatrick, D., Resnick, H.S., Badour, C.L., Marx, B.P., **Keane, T.M.,** Rosen, R.C., Friedman, M.J. (2016) The impact of proposed changes to ICD-11 on estimates of PTSD prevalence and comorbidity. Psychiatric Research, 30, 226-233.

186.   Kearns, J. C., Gorman, K. R., Bovin, M. J., Green, J. D., Rosen, R. C., Keane, T. M., & Marx, B. P. (in press). The effect of military sexual assault, combat exposure, post-battle experiences, and general harassment on the development of PTSD and MDD in female OEF/OIF veterans. Translational Issues in Psychological Science, 2, 418-428. doi:10.1037/tps0000098

187.   Engel-Rebitzer, E., Bovin, M. J., Black, S. K., Rosen, R. C., Keane, T. M., & Marx, B. P. (2016). Using peritraumatic emotions to predict posttraumatic stress disorder and major depressive disorder among veterans. Journal of Trauma & Dissociation. http/dx.doi.org/10.1080/15299732.2016.1267683

188.   Engel-Rebitzer, E., Bovin, M.J., Black, S.K., Rosen, R.C., **Keane, T.M.,** & Marx, B.P. (2016). A longitudinal examination of peritraumatic emotional responses and their association with posttraumatic stress disorder and major depressive disorder among veterans. Journal of Trauma & Dissociation, 5, 1-14. doi: 10.1080/15299732.2016.1267683

189.   Marx, B. P., Engel-Rebitzer, E., Bovin, M. J., Parker-Guilbert, K. S., Moshier, S., Barretto, K., Szafranski, D., Gallagher, M. W., Holowka, D. W., Rosen, R. C., & **Keane, T. M.** (2017). The influence of veteran race and psychometric testing on VA PTSD disability exam outcomes. Psychological Assessment, 29, 710-719.

190.   Mitchell, K.S., Wolf, E.J., Bovin, M.J., Lee, L., Green, J.D., Rosen, R.C., **Keane, T.M.,**

PX12

& Marx, B.P. (2017). Network models of *DSM-5* PTSD: Implications for ICD-11. Journal of Abnormal Psychology, 126, 355-366. doi: 10.1037/abn0000252

191.  Weathers, F.W., Bovin, M. J., Lee, D.J., Sloan, D.M., Schnurr, P.P., Kaloupek, D.G., **Keane, T.M.**, Marx, B.P. (2017) The Clinician Administered PTSD Scale for DSM-5 (CAPS-5): Development and initial psychometric evaluation in military Veterans. Psychological Assessment. doi: 10.1037/pas0000486

192.  Carleton, R. N., Afifi, T. O., Turner, S., Taillieu, T., Duranceau, S., LeBouthillier, D. M., Sareen, J., Ricciardelli, R., MacPhee, R. S., Groll, D., Hozempa, K., Brunet, A., Weekes, J. R., Griffiths, C. T., Abrams, K. J., Jones, N. A., Beshai, S., Cramm, H. A., Dobson, K. S., Hatcher, S., **Keane, T. M.**, Stewart, S. H., & Asmundson, G. J. G. (in press). Mental disorder symptoms among public safety personnel. Canadian Medical Association Journal.

193.  Brief, D.J., Solhan, M., Rybin, D., Rubin, A., Enggasser, J.L., Roy, M., Helmuth, E., Vittorio, L., Rosenbloom, D., **Keane, T.M.** (2017) Web-based alcohol intervention for returning Veterans: PTSD, combat exposure, and alcohol outcomes. Psychological Trauma: Theory, Research, Practice, & Policy. doi: 10.1037/tra0000281

194.  Pennington, M. L., Carpenter, T.P., Synett, S.J., Torres, V.A., Teague, J., Morissette, S.B., Knight, J.A., Kamholz, B.W., **Keane, T.M.** , Zimering, R.T., Gulliver, S.B. (in press) The influence of exposure to natural disasters on depression and PTSD among firefighters. Prehospital and Disaster Medicine.

195.  Green, J., Annunziata, A.J., Erb, S.E., Bovin, M.J., Harwell, A., LeDoux, A., Black, S., Schnurr, P.P., Holowka, D., Rosen, R., **Keane, T.M.**, Marx, B.P. (2017) Examining the diagnostic utility of the DSM 5 PTSD symptoms among male and female returning Veterans. Depression & Anxiety, 34, 752-760. DOI: 10.1002/da.22667

196.  Bovin, M., Black, S., Rodriguez, P., Lunney, C., Kleiman, S., Weathers, F.W., Schnurr, P.P., Spira, J., **Keane, T.M.**, Marx, B.P. (2018) Development and evaluation of a measure of PTSD related psychosocial functional impairment: The Inventory of Psychosocial Functioning. Psychological Services., 15, 216-229.  DOI: 10.1037/ser0000220

197.  McLean, C. P., Rauch, S. A. M., Foa, E. B., Sripada, R. K., Tannahill, H. S., Mintz, J., Yarvis, J., Young-McCaughan, S., Dondanville, K. A., Hall-Clark, B. N., Fina, B. A., **Keane, T. M.**, & Peterson, A. L. for the STRONG STAR Consortium and the Consortium to Alleviate PTSD (2018). Design of a Randomized Controlled Trial Examining the Efficacy and Biological Mechanisms of Web-Prolonged Exposure and Present-Centered Therapy for PTSD among Active-Duty Military Personnel and Veterans. Contemporary Clinical Trials, 64(1), 41-48. https://doi.org/10.1016/j.cct.2017.11.008

198.  Carleton, R. N., Afifi, T. O., Turner, S., Taillieu, T., LeBouthillier, D. M., Duranceau, S., Sareen, J., Ricciardelli, R., MacPhee, R. S., Groll, D., Hozempa, K., Brunet, A., Weekes, J. R., Griffiths, C. T., Abrams, K. J., Jones, N. A., Beshai, S., Cramm, H. A., Dobson, K. S., Hatcher, S., **Keane, T. M.**, Stewart, S. H., & Asmundson, G. J. G. (in press). Suicidal ideation, plans, and attempts among public safety personnel in Canada. Canadian Psychology.

199.  Lee, D. J., Kearns, J. C., Wisco, B. E., Gradus, J. L., Green, J. D., Sloan, D. M., Knock, M. K., Rosen, R. C., **Keane, T. M.**, & Marx, B. P. (in press). A longitudinal study of risk factors for suicide attempts among Operation Enduring Freedom and Operation Iraqi Freedom veterans. Depression and Anxiety.

200.  Gulliver, S.B., Zimering, R.T., Knight, J.A., Morissette, S, Kamholz, B., Meyer, E.C, **Keane, T.M.**, Pennington, M. L., Denman, T.C., Carpenter, T.P., Kimbrel, N.A. (in press) Tobacco and Alcohol Use among Firefighters during their First Three Years of Service. Psychology of Addictive Behaviors.

PX12

201. Peterson, A.L., Foa, E., Blount, T., McLean, C.,P., Shah, D.V., Young-McCaughan............**Keane, T.M.** (2018)   Intensive Prolonged Exposure Therapy for Combat-Related Posttraumatic Stress Disorder: Design and Methodology of a Randomized Clinical Trial. Contemporary Clinical Trials.   *72,* 126-136. https://doi.org/10.1016/j.cct.2018.07.016

202. Marshall, G., Engel, C., Marx, B.P., Rosen, R., Jaycox, L., Richardson, A., **Keane, T.M.** (in press) PTSD symptoms are associated with General Distress and fear: Implications for the conceptualization and measurement of PTSD. Journal of Anxiety Disorders.

203. Lee, D.J., Bovin, M.J., Weathers, F.W., Palmieri, P., Schnurr, P.P., Sloan, D.M., **Keane, T.M.**, & Marx, B.P. (2019) Latent factor structure of DSM-5 Posttraumatic Stress Disorder: Evaluation of method variance and construct validity of novel symptom clusters. Psychological Assessment., 31, 46-58.

204. Moshier, S.J., Bovin, M.J., Gay, N.G., Wisco, B.E., Mitchell, K.S., Lee, D.J., Sloan, D.M., Weathers, F.W., Schnurr, P.P., **Keane, T.M.**, & Marx, B.P. (in press). Examination of posttraumatic stress disorder symptom networks using clinician-rated and self-rated data. Journal of Abnormal Psychology.

205. Kleiman, S.E., Bovin, M.J., Black, S.K., Rodriguez, P., Brown, L.G., Brown, M. E., Lunney, C.A., Weathers, F.W., Schnurr, P.P., Spira, J., **Keane, T.M.,** & Marx, B.P. (in press) Psychometric properties of a brief measure of posttraumatic stress disorder-related impairment: The Brief Inventory of Psychosocial Functioning. Psychological Services.

206. Marshall, G., Dutra, S., Marx, B.P., Jaycox, L., Engel, C., Richardson, A., **Keane, T.M.**, Rosen, R. (2019) PTSD Symptoms are differentially associated with general distress and physiological arousal: Implications for the conceptualization and measurement of PTSD. Journal of Anxiety Disorders, 62: 26-34.

207. Millner, A.J., den Ouden, H.E.M., Gershman, S.J., Glenn, C.R., Kearns, J., Bornstein, A.M., Marx, B.P., **Keane, T.M.**, Nock, M.K. (2019). Suicidal thoughts and behaviors are associated with an increased decision-making bias for active responses to escape aversive states. Journal of Abnormal Psychology, 128, 106-118.

208. Green JD, Kearns JC, Rosen RC, **Keane TM**, Marx BP. Evaluating the Effectiveness of Safety Plans for Military Veterans: Do Safety Plans Tailored to Veteran Characteristics Decrease Suicide Risk? Behavior Therapy. 2018 Nov; 49(6):931-938. PMID: 30316491.

209. Moshier, S., Lee, D.J., Bovin, M., Gauthier, G., Zax, A., Rosen, R., **Keane, T.M.**, Marx. B.P. (in press) An empirical crosswalk for the PTSD Checklist (PCL): Translating DSM-IV to DSM-5 in a veteran sample. Journal of Traumatic Stress.

210. Bovin, M. J., Black, S. K., Kleiman, S. E., Brown, M. E., Brown, L. G., Street, A. E., Rosen, R. C., **Keane, T. M.**, & Marx, B. P. (in press). The impact of assessment modality and demographic characteristics on endorsement of military sexual trauma. Women's Health Issues.

211. Rosen, R., Fong, S., Trachtenberg, F., Seal, K., Magnavita, A., Bovin, M., Green, J., Bliwise, D., Marx, B.P., **Keane, T.M.** (in press) PTSD Severity and Insomnia-Related Sleep Disturbances: Longitudinal Associations in a Large, Gender-Balanced Cohort of Combat-Exposed Veterans. Journal of Traumatic Stress.

212. Abdallah, C.G., Roache, J.D., Averill, L.A., Young-McCaughan, S., Martini, B., Geuorgieva, R., Amoroso, T., Southwick, S.M., Guthmiller, K., Lopez-Roca, A.L., Lautenschlager, K., Mintz, J., Litz, B.T., Williamson, D.E., **Keane, T.M.**, Peterson, A.L., Krystal, J.H., & Consortium to Alleviate PTSD (in press) Contemporary Clinical Trials.

213. Back, S. E., Flanagan, J. C., Jones, J. L., Augur, I., Peterson, A. L., Young-McCaughan, S., Shirley, D. W., Henschel, A., Joseph, J. E., Litz, B. T., Hancock, A. K., Roache, J. D., Mintz, J., Wachen, J. S., **Keane, T. M.**, & Brady, K. T.; for the Consortium to Alleviate PTSD. (2018). Doxazosin for the treatment of co-occurring PTSD and alcohol use

PX12

disorder: Design and methodology of a randomized controlled trial in military veterans. Contemporary Clinical Trials, *73*, 8-15. https://doi.org/10.1016/j.cct.2018.08.009

214.  Barnes, J. B., Presseau, C., Jordan, A. H., Kline, N. K., Young-McCaughan, S., **Keane, T. M.**, Peterson, A. L., Litz, B. T., and the Consortium to Alleviate PTSD. (2018). Common data elements for military-related PTSD research applied in the Consortium to Alleviate PTSD. Military Medicine. Advance online publication. https://doi.org/10.1093/milmed/usy226

215.  Zuromski, K.L., Ustun, B., Hwang, I., **Keane, T.M.**, Marx, B.P., Stein, M.B., Ursano, R.J., Kessler, R.C. (In press.) Developing an optimal short-form of the PTSD Checklist for DSM-5 (PCL-5). Depression and Anxiety.

216.  Fredman, S.J., MacDonald, A., Monson, C.M., Dondanville, K.A., Bount, T.H., Hall-Clark, B.N., Fina, B.A., Mintz, J., Litz, B.T., Young-McCaughan, S., Hancock, A.K., Rhoades, G.K., Yarvis, J.S., Resick, P.A., Roache, J. D., Le, Y., Wachen, J.S., Niles, B.L., McGeary, C.A., **Keane, T.M.**, Peterson, A.L., for the Consortium to Alleviate PTSD (2020) Intensive, Multi-Couple Group Therapy for PTSD: A Nonrandomized Pilot Study with Military and Veteran Dyads.  Behavior Therapy. *51*(5), 700-714. https://doi.org/10.1016/j.beth.2019.10.003

217.  Gulliver, S.B., Strack, J., Zimering, R.T., Dobani, F., Pennington, M., Morissette, S., Kamholz, B., Knight, J., **Keane, T.M.**, Kimbrel, N., Carpenter, T., & Meyer, E. (In press) Alcohol use and mental health symptoms in female firefighter recruits. Occupational Medicine.

218.  Schreiner, A., Livingston, N., Heilman, M., Lynch, T., Vittorio, L., Brief, D.J., Rubin, A., Enggasser, J., Roy, M., Solhan, M., Helmuth, E., Rosenbloom, D., & **Keane, T.M.** (in press) Understanding motives for and against hazardous drinking and change among returning Veterans. Psychological Services, 18, 523-532, https://doi.org/10.1037/ser0000423

219.  Mahoney, C., Livingston, N., Wong, M., Rosen, R., Marx, B.P. & **Keane, T.M.** (in press) Parallel process modeling of PTSD symptoms and alcohol use severity in returning veterans. Psychology of Addictive Behaviors.

220.  Livingston, N.A., Mahoney, C., Ameral, V., Brief, D., Rubin, A., Enggasser, J., Litwack, S., Helmuth, E., Roy, M., Solhan, M., Rosenbloom, D., & **Keane, T.M.**  (in press). Changes in alcohol use, PTSD hyperarousal symptoms, and intervention dropout following veterans' use of VetChange. Addictive Behaviors.

221.  Lee, D. J., Lee, L. O., Bovin, M. J., Moshier, S. J., Dutra, S. J., Kleiman, S. E., Rosen, R. C., Vasterling, J. J., **Keane, T. M.**, & Marx, B. P. (in press). The twenty-year course of posttraumatic stress disorder symptoms among veterans. Journal of Abnormal Psychology.

222.  Rauch, S. A. M., Sripada, R., Burton, M., Michopoulos, V., Kerley, K., Marx, C., Kilts, J. D., Naylor, J. C., Rothbaum, B. O., McLean, C. P., Smith, A., Norrholm, S. D., Jovanovic, T., Liberzon, I., Williamson, D. E., Yarvis, J. S., Dondanville, K. A., Young-McCaughan, S., **Keane, T. M.**, & Peterson, A. L., for the Consortium to Alleviate PTSD and the STRONG Consortium. (in press). Neuroendocrine biomarkers of prolonged exposure  treatment response in military-related PTSD. Psychoneuroendocrinology.

223.  McGeary, D.D., Penzien, D.B., Resick, P.A., McGeary, C.A., Jaramillo, C.A., Eapen, B.C., Young-McCaughan, S., Nabity, P.S., Moring, J.C., Houle, T.T., **Keane, T.M.**, Peterson, A.L. For the Consortium to Alleviate PTSD (in press) Study design for a randomized controlled trial for cognitive behavioral treatment of posttraumatic headache. Contemporary Clinical Trials.

224.  Miles, S. R., Kent, T. A., Stanley, M., Thompson, K. E., Sharp, C., Niles, B. L., Young-McCaughan, S., Mintz, J., Roache, J. D., Litz, B. T., Hale, W. J., Stanford, M. S., **Keane, T. M.**,

PX12

Peterson, A. L, for the Consortium to Alleviate PTSD (in press). Manage emotions to reduce aggression: A pilot study of a brief treatment to help Veterans reduce impulsive aggression. Journal of Nervous and Mental Disease.

225. Jiang, T., Dutra, S., Lee, D., Gradus, J., **Keane, T.M.**, Marx, B.P., Rossellini, A.J., Gauthier, G., R. Rosen (in press) Toward a reduced burden in evidence-based assessment for PTSD: A machine learning approach. Assessment.

226. Mahoney, C.T., Moshier, S.J., Rosen, R.C., **Keane, T.M.** & Marx, B.P. (in press) Heightened healthcare utilization and risk of mental disorders among Veterans with comorbid opiod use disorder and posttraumatic stress disorder. Addictive Behaviors.

227. McGeary, D., Resick, P.A., Penzien, D., Eappen, B.C., Jaramillo, C., McGeary, C., Nabit, Y., Peterson, A., Young-McCaughan, S., **Keane, T.M.**, Reed, D.E., Morin, D.J, Sico, J., Pangarkar, S., Thoule, M., & Consortium to Alleviate PTSD. (in press) Reason to doubt the ICHD-3 inclusion criteria for posttraumatic headaches: A nested cohort study.  Cephalalgia.

228. Mahoney, C., Zweig, I., Marx, B.P., & **Keane, T.M.** (in press) Cross-lagged effects of Posttraumatic Stress Disorder symptom severity and cigarette smoking among OEF/OIF/OND veterans. Depression and Anxiety.

229. Beck, D., Asgar, A., Kenworthy-Heinege, T., Johnson, M.R., Willis, C., Kantorowitz, A.S., Condon, D.L., Huang, G., D., **Keane, T.M.,** Vokonas, P., Darroch, D. et al. (2020) Increasing access to clinical research using an innovative mobile recruitment approach (The MoRe Concept), Contemporary Clinical Trials Communications, 19, https://doi.org/10.1016/j.conctc.2020.100623

230. Gulliver, S.B., Zimering, R.T., Knight, J.T., Morissette, S.B., Kamholz, B.W., Pennington, M. L., Dobani, F., Carpenter, T.P., Kimbrel, N.A., **Keane, T.M.,** & Meyer, E.C. (in press) A prospective study of firefighters' PTSD and depression symptoms: the first three years of service. Psychological Trauma: Theory, Research, Practice & Policy.

231. Enggasser, J., Brief, D.J., Livingston, N., Ameral, V., Helmuth, E., Rosenbloom, D., Litwack, S., Roy, M., Solhan, M., **Keane, T.M.** (in press) Public implementation of a web-based program for veterans with risky alcohol use and PTSD: A RE-AIM evaluation of VetChange. Journal of Substance Abuse Treatment.

232. Klein, A., Bovin, M. J., **Keane, T.M.** & Marx, B.P. (in press) The role of negative affect in differentiating PTSD, depression, and their comorbidity among United States Veterans. Journal of Traumatic Stress.

233. Taylor, D. J., Pruiksma, K. E., Mintz, J., Slavish, D.C., Wardle-Pinkston, S., Tyler, H., Dondanville, K. A., Young-McCaughan, S., Scullin, M. K., Nicholson, K. L., Litz, B. T., Dietch, J. R., Williamson, D. E., **Keane, T. M.**, Peterson, A. L., Resick, P. A., for the Consortium to Alleviate PTSD. (in press). Treatment of comorbid sleep disorders and posttraumatic stress disorder in active duty military: Design and methodology of a randomized clinical trial. Contemporary Clinical Trials, 99, Article 106186. https://doi.org/10.1016/j.cct.2020.106186

234. Meyer, E.C., Zimering, R.T., Knight, J.A., Morissette, S., Coe, E., Carpenter, T., **Keane, T.M.,** Kimbrel, N., & Gulliver, S.B. (in press) In firefighters, negative emotionality interacts with trauma exposure to prospectively predict PTSD symptoms during the first three years of service. Journal of Traumatic Stress.

235. Stanley, I. H., Marx, B. P., **Keane, T. M.**, & Vujanovic, A. A. (in press). PTSD symptoms among trauma-exposed adults admitted to inpatient psychiatry for suicide-related concerns. Journal of Psychiatric Research.

236. Enggasser, J.L., Livingston, N.A., Ameral, V. Brief, D.J., Rubin, A., Helmuth, E., Roy, M., Solhan, M., Litwack, S., Rosenbloom, D., **Keane, T.M.** (in press) Public implementation of a web-based program for veterans with risky alcohol use and PTSD: An RE-AIM evaluation of VetChange. Journal of Substance Abuse Treatment.

237. Livingston, N.A., Simpson, T., Lehavot, K., Ameral, V., Brief, D., Enggasser, J., Litwack, S., Helmuth, E., Roy, M., Rosenbloom, D., & **Keane, T. M.** (in press). Differential alcohol treatment

PX12

response by gender following use of VetChange. <u>Drug and Alcohol Dependence</u>.

238. Livingston, N.A., Farmer, S., Mahoney, C., Marx, B., & **Keane, T.M.** (in press). The role of PTSD symptom clusters and criterion in predicting future high-risk drug and alcohol use among returning veteran men and women. <u>Psychological Services</u>.

239. Livingston, N.A., Lee, D., Mahoney, C., Farmer, S., Marx, B. P., **Keane, T.M.** (in press) Longitudinal assessment of PTSD and illicit drug use among male and female OEF-OIF veterans. <u>Addictive Behaviors</u>.

240. Livingston, N.A., Farmer, S., Mahoney, C., Marx, B., **Keane, T.M.** (in press). Longitudinal course of mental health symptoms among veterans with and without cannabis use disorder. <u>Psychology of Addictive Behaviors</u>.

241. Fredman, S. J., Le, Y., Macdonald, A., Monson, C. M., Rhoades, G. K., Dondanville, K. A., Blount, T. H., Hall-Clark, B. N., Fina, B. A., Mintz, J., Litz, B. T., Young-McCaughan, S., Jenkins, A. I. C., Yarvis, J. S., Keane, T. M., & Peterson, A. L., for the Consortium to Alleviate PTSD. (2021). A closer examination of relational outcomes from a pilot study of abbreviated, intensive, multi-couple group cognitive-behavioral conjoint therapy for PTSD with military dyads. *Family Process, 60*(3), 712-726. https://doi.org/10.1111/famp.12654

242. Harper, K.L., Hollands-Thompson, J., **Keane, T.M.**, & Marx, B.P. (in press) Mental health treatment utilization and relationship functioning in male and female OEF/OIF veterans. <u>Psychological Services</u>.

243. Lee, D. J., Kearns, J. C., Stanley, I. H., Spitzer, E. G., Woodward, B., Keane, T. M., & Marx, B. P. (2021). A comparison of dimensional and categorical approaches to characterizing the association between posttraumatic stress disorder and future suicide attempts. *Journal of Traumatic Stress, 34*, 1099-1107. https://doi.org/10.1002/jts.22689

244. Harper, K., Ellickson-Larew, S., Bovin, M. J., **Keane, T. M.**, Marx, B. P. (in press). Discrepancies between electronic records and clinical interview diagnosis of PTSD: Differences in mental healthcare utilization. <u>Psychological Services</u>.

245. Stanley, I., H., Hom, M.A., Christensen, K., **Keane, T.M.**, Marx, B.P. & Bjorgvinsson, T. (in press) Psychometric properties of the Depressive Symptom Index-Suicidality Subscale (DSS-SI) in an adult psychiatric sample. <u>Psychological Assessment</u>.

246. Macdonald, A., Fredman, S. J., Taylor, D. J., Blount, T. H., Hall-Clark, B. N., Fina, B. A., Dondanville, K. A., Mintz, J., Litz, B. T., Young-McCaughan, S., Le, Y., Jenkins, A. I. C., Monson, C. M., Yarvis, J. S., Pruiksma, K. E., **Keane, T. M.**, & Peterson, A. L. for the Consortium to Alleviate PTSD (in press). Secondary individual outcomes following intensive, multi-couple group therapy for PTSD: An uncontrolled pilot study with military dyads. <u>Journal of Traumatic Stress</u>. *1–9*. https://doi.org/10.1002/jts.22729

247. Olin, C.C., McDevitt-Murphy, M.E., Murphy, J.G., Zakarian, R.J., Roache, J.D., Young-McCaughan, S., Litz., B.T., **Keane, T.M.**, Peterson, A.L., & the Consortium to Alleviate PTSD. The association between PTSD and delay discounting, future orientation, and reward availability: A behavioral economic model of PTSD.

248. Gorman, K.R., Kearns, J.C., Pantalone, D.W., Bovin, M.J., **Keane, T.M.**, & Marx, B.P. (in press) The impact of deployment-related stressors on the development of PTSD and Depression among sexual minority and heterosexual female veterans. <u>Psychological Trauma: Theory, Research, Practice, & Policy</u>.

249. Nabity, P., Jaramillo, C., McGeary, D., Resick, P.A., Eappen, B.C., Stroud, C., Hale, W., Houle, T., Litz, B.T., Mintz, J., McGeary, C., Penzien, D., Young-McCaughan, S., **Keane, T.M.**, & Peterson, A. (in press) Persistent Posttraumatic Headaches and Functioning in Veterans: Injury Type Can Matter. <u>Headache</u>.

250. Moring, J.C., Straud, C.L., Penzien, D., Resick, P.A., Peterson, A., Jaramillo, C.A.,

PX12

Eapen, B., McGeary, C.A., Mintz, J/. Litz, B.T., Young-McCaughan, S., **Keane, T.M.**, and McGeary, D.D., for the Consortium to Alleviate PTSD. (in press) PTSD Severity and Tinnitus: An Analysis of Veterans Seeking Care for Post-Traumatic Headache. Health Psychology.

251. Kimbrel, N.A., Beckham, J.C., Calhoun, P.S., DeBeer, B.B., **Keane, T.M.**, Lee, D.J., Marx, B.P., Meyer, E.C., Morissette, S.B., Rosen, R.C., & Elbogen, E.B. (in press). Development and validation of the Durham Risk Score for estimating suicide attempt risk: A prospective cohort analysis. *PLOS Medicine.*

252. Kearns, J. C., Brown, S. L., Cero, I., Gorman, K. R., Nock, M. K., **Keane, T. M.** & Marx, B. P. (in press) Temporal sequences of suicidal and nonsuicidal self-Injurious thoughts and behaviors among inpatient and community-residing military veterans. Journal of Affective Disorders.

253. Peterson, A. L., Young-McCaughan, S., Roache, J. D., Mintz, J., Litz, B. T., Williamson, D. E., Resick, P. A., Foa, E. B., McGeary, D. D., Dondanville, K. A., Taylor, D. J., Wachen, J. S., Fox, P. T., Bryan, C. J., McLean, C. P., Pruiksma, K. E., Yarvis, J. S., Niles, B. L., Abdallah, C. G., Averil, L. A., Back, S. E., Baker, M. T., Blount, T. H., Borah, A. M., Borah, E. V., Brock, M. S., Brown, L. A., Burg, M. M., Cigrang, J. A., DeBeer, B. B., DeVoe, E. R., Fina, B. A., Flanagan, J. C., Fredman, S. J., Gardner, C. L., Gatchel, R. R., Goodie, J. L., Gueorguieva, R., Higgs, J. B., Jacoby, V. M., Kelly, K. M., Krystal, J. H., Lapiz-Bluhm, M. D., López-Roca, A. L., Marx, B. P., Maurer, D. M., McDevitt-Murphy, M. E., McGeary, C. A., Meyer, E. C., Miles, S. R., Monson, C. M., Morilak, D. A., Moring, J. C., Mysliwiec, V., Nicholson, K. L., Rauch, S. A. M., Riggs, D. S., Rosen, C. S., Rudd, M. D., Schobitz, R. P., Schrader, C. C., Shinn, A. M., Shiroma, P. R., Sloan, D. M., Stern, S. L., Strong, R., Vannoy, S. D., Young, K. A., & **Keane, T. M.**, for the STRONG STAR Consortium and the Consortium to Alleviate PTSD. (in press). STRONG STAR and the Consortium to Alleviate PTSD: Shaping the future of combat PTSD and related conditions in military and veteran populations. Contemporary Clinical Trials.

254. Harper, K. L., Moshier, S., Ellickson-Larew, S., Andersen, M. S., Wisco, B. E., Mahoney, C. T., Keane, T. M., & Marx, B. P. (2022). A prospective examination of health care costs associated with posttraumatic stress disorder diagnostic status and symptom severity among veterans. Journal of Traumatic Stress, 1–11. https://doi.org/10.1002/jts.22785

255. Possemoto, K., Wu, J., Greene, C.J., Macqueen, R., Blonigen, D.M., Wade, M., Owen, J.E., **Keane, T.M.**, Brief, D.J., Lindley, S.E., Prins, A., MacIntosh, M., Carlson, E.B. (2022) Online Problem-Solving Training with and without Peer Support in Veterans with Unmet Mental Health Needs: A Pilot Study of Feasibility, User Acceptability and Participant Engagement. Journal of Medical Internet Research. 24(1): e29559 URL: https://www.jmir.org/2022/1/e29559 DOI: 10.2196/29559

256. Cha, C.B., Robinaugh, D.J., Schacter, D.L., Altheimer, G., Marx, B.P., **Keane, T.M.**, Kearns, J.C., & Nock, M.K. (in press). Examining multiple features of episodic future thinking and episodic memory among suicidal adults. Suicide and Life-Threatening Behavior.

257. Marx, B. P., Lee, D. J., Norman, S. B., Bovin, M. J., Sloan, D. M., Weathers, F. W., **Keane, T. M.**, & Schnurr, P. P. (in press). Reliable and clinically significant change in the Clinician-Administered PTSD Scale for DSM-5 and PTSD Checklist for DSM-5

PX12

among male veterans. <u>Psychological Assessment</u>.

258. Carleton, R. N., Krätzig, G. P., Sauer-Zavala, S., Neary, J. P., Lix, L. M., Fletcher, A. J., Afifi, T. O., Brunet, A., Martin, R., Hamelin, K., Teckchandani, T., Jamshidi, L., Gerhard, D., McCarron, M., Hoeber, O., Jones, N. A., Stewart, S. H., **Keane, T. M.**, Sareen, J., Dobson, K., & Asmundson, G. J. G. (in press) The Royal Canadian Mounted Police (RCMP) Study: Protocol for a Prospective Investigation of Mental Health Risk and Resiliency Factors. <u>Health Promotion and Chronic Disease Prevention in Canada,</u>

259. Newberger, N. G., Yeager, S., Livingston, N. A. Enggasser, J., Brief, D., Litwack, S., Helmuth, E., Roy, M., Rosenbloom, D., & **Keane, T.M.**  (in press). Life satisfaction following treatment-related reductions in alcohol use and PTSD symptoms: Results from VetChange. <u>Psychological Trauma: Theory, Research, Practice, and Policy.</u>

260. Olin, C.C., McDevitt-Murphy, M.E., Murphy, J.G., Zakarian, R.J., Roache, J.D., Young-McCaughan, S., Litz., B.T., **Keane, T.M.**, Peterson, A.L., & the Consortium to Alleviate PTSD (in press). The association between PTSD and delay discounting, future orientation, and reward availability: A behavioral economic model of PTSD. <u>Journal of Traumatic Stress.</u>

261. Abdallah, C. G., Roache, J. D., Gueorguieva, R, Averill, L. A., Young-McCaughan, S., Shiroma, P. R., Purohit, P., Brundige, A, Murff, B, Ahn, K-H, Sherif, M. A., Baltutis, E. J., Ranganathan, M., D'Souza, D., Martini, B., Southwick, S. M., Petrakis, I. L., Burson, R. R., Guthmiller, K. B., López-Roca, A. L., Lautenschlager, K. A., McCallin J. P. III, Hoch, M. B., Timchenko, A., Souza, S. E., Bryant, C. E., Mintz, J., Litz, B. T., Williamson, D. E., **Keane, T. M.**, Peterson, A. L., Krystal, J. H., for the Consortium to Alleviate PTSD. (in press). Dose-related effects of ketamine for antidepressant-resistant symptoms of posttraumatic stress disorder in veterans and active duty military: A Double-blind, randomized, placebo-controlled multi-center clinical trial. <u>Neuropsychopharmacology.</u>

262. Crowe, M. L., Harper, K. L., Moshier, S. J., **Keane, T. M.**, & Marx, B. P. (in press). Longitudinal PTSD network structure: Measuring PTSD symptom networks over a five year period. <u>Psychological Medicine.</u>

263. Harper, K. L., Thompson-Hollands, J., **Keane, T. M.**, & Marx, B. P. (in press). Family-involved mental healthcare among OEF/OIF veterans using VHA administrative records. <u>Behavior Therapy</u>.

264. May, C.L., Wisco, B.E., Fox, V., Marx, B.P., & **Keane, T.M.** (in press) PTSD-Related aas a predictor of psychosocial functional impairment among United States veterans. <u>Journal of Traumatic Stress.</u>

**REVIEWS, LETTERS, COMMENTARIES, AND NEWSLETTERS:**

1. **Keane, T. M.** & Ossip, D.J. (1982). Review of Richard Hussian's Geriatric Psychology: A behavioral perspective. <u>Behavioral Medicine Advances</u>, <u>5</u>, 6.

2. **Keane, T. M.**, Zimering, R.T., & Caddell, J.M. (1985). A behavioral formulation of post-traumatic stress disorder in combat veterans. <u>The Behavior Therapist</u>, <u>8</u>, 9-12. Reprinted in: Mardi J. Horowitz (ed.), "Essential papers on posttraumatic stress disorder" (New York: New York University Press, 1999), pp. 232-242.

PX12

3. Fairbank, J.A., McCaffrey, R.J. & **Keane, T. M.** (1986). Factitious PTSD: A reply to Wiener. <u>American Journal of Psychiatry</u>.

4. **Keane, T. M.**, Lyons, J.A. & Gerardi, R.J. (1986). PTSD comes of age. <u>Contemporary Psychology</u>, <u>31</u>, 588-589.

5. Wolfe, J., **Keane, T. M.**, Lyons, J.A. & Gerardi, R.J. (1987). Current trends and issues in the assessment of combat-related post-traumatic stress disorder. <u>The Behavior Therapist</u>, <u>10</u>, 27-32.

6. Litz, B.T., Blake, D.D., Gerardi, R.G. & **Keane, T. M.** (1990). Decision making guidelines for the use of direct therapeutic exposure in the treatment of post-traumatic stress disorder. <u>The Behavior Therapist</u>, 91-93.

7. Blake, D.D., Weathers, F.W., Nagy, L.N., Kaloupek, D.G., Klauminzer, G., Charney, D.S. & **Keane, T. M.** (1990). A Clinicians rating scale for assessing current and lifetime PTSD: The CAPS:1. <u>The Behavior Therapist</u>. <u>18</u>, 187-188.

8. **Keane, T. M.** (1990). The epidemiology of post-traumatic stress disorder. <u>PTSD Research Quarterly</u>, <u>1(3)</u>, 1-7.

9. **Keane, T. M.**, Weathers, F., & Kaloupek, D.G. (1992). Psychological assessment of post-traumatic stress disorder. <u>PTSD Research Quarterly</u>, 3, 4.

10. Zimering, R.T., Lancey, S.R., LoCastro, J.S., **Keane, T. M.** (1995). Training update: Tufts University School of Medicine/Boston VA Medical Center Pre-Doctoral Psychology Internship Training Consortium. <u>The Behavior Therapist</u>, <u>18</u>, 40-41

11. **Keane, T. M.** (1996). The role of exposure therapies in the comprehensive treatment of post-traumatic stress disorder. <u>PTSD Clinical Quarterly, 5</u>, 1-4.

12. **Keane, T. M.** & Kaloupek, D.G. (1996). Validated treatments for post-traumatic stress disorder. <u>The Clinical Psychologist</u>, <u>49</u>, 7-8.

13. Weathers, F.W. & **Keane, T. M.** (2007) The crucial role of Criterion A: Reply to Maier. <u>Journal of Traumatic Stress, 20,</u> 917-919.

14. Marx, B.P., Miller, M. M., Sloan, D.M., Litz, B.T., Kaloupek, D.G., & **Keane, T. M.** (2008) Military related PTSD, disability policies, and malingering: A reply to Frueh, Grubaugh, Elhai, & Buckley. <u>American Journal of Public Health, 98,</u> 773-774.

15. **Keane, T. M.**, & Arena, J.G. (1984). Review of J. Barber and C. Adrian (Eds.), Psychological approaches to the management of pain. <u>American Journal of Family Therapy</u>, <u>12 (1),</u> 85.

16. **Keane, T. M.**, & Penk, W.E. (1998) Some concerns about the prevalence of PTSD in the general population. <u>New England Journal of Medicine (Corr)</u>, <u>318</u>, 1690-1691.

17. Krinsley, K.E., & **Keane, T. M.** (1992) Integrating psychology and pharmacology in treating anxiety: A review of Coryell, W. & Winokur, G. (Eds.) The Clinical Management of Anxiety. <u>Contemporary Psychology</u>, 37, 1289-1290.

18. Miller, M., Resick, P.A., & **Keane, T. M.** (2008) DSM V: Comorbidity studies suggest that PTSD belongs in its own class of disorders. British Journal of Psychiatry. (Corr.), 1, 94-95.

19. **Keane, T.M.** (2015) A Sense of Where You Are, Bowling Alone, and the Future of Society of Clinical Psychology. <u>Clinical Psychology: Science and Practice, 22</u>, 387-389.

**EDITED BOOKS AND TEXTS:**

1. Wilson, J. & **Keane, T. M.** (1997). <u>Assessing Trauma and Post-traumatic Stress Disorder</u>. New York: Guilford Press.

PX12

2. Foa, E.B., **Keane, T. M.**, & Friedman, M.J. (2000) <u>Effective Treatments for PTSD.</u> New York: Guilford Press.  Translations: Spanish, Japanese, Russian,

3. Gerrity, E., **Keane, T. M.**, & Tuma, F. (2001) <u>Mental Health Consequences of Torture and Related Violence and Trauma.</u> New York: Plenum Press.

4. Watson, McFall,  P.M., McBrine, C., Schnurr, P.P., Friedman, M.J.,  **Keane, T.M**. Hamblen, J.L. (2002) Posttraumatic Stress Disorder: A Best Practice Manual for Compensation and Pension Examinations. Washington: Department of Veterans Affairs.

5. Green, B.L., Friedman, M.J.,  deJong, J., Solomon, S. , **Keane, T.M**., Fairbank, J. Donelan ,B. & Frey-Wouters, E. (2003) <u>Trauma Interventions in War and Peace: Prevention, Practice, and Policy.</u> New York: Kluwer Academic/Plenum Publishers.

6. Wilson, J. & **Keane, T. M.** (2004) <u>Assessing Psychological Trauma and Posttraumatic Stress Disorder.</u> 2nd Edition. New York: Guilford Press.

7. Weathers, F.W., Newman, E., Blake, D.D., Nagy, L.M., Schnurr, P.P., Kaloupek, D.G., Charney, D.S., & **Keane, T. M.** (2004). <u>Clinician-Administered PTSD Scale (CAPS) – Interviewer's Guide</u>. Los Angeles: Western Psychological Services.

8. Friedman, M.J., **Keane, T. M.**, & Resick, P.A. (2007) <u>Handbook of PTSD: Science and Practice.</u> New York: Guilford Press.

9. Foa, E.B., **Keane, T. M.**, Friedman, M.J., & Cohen, J. (2009) <u>Effective Treatments for PTSD 2nd Edition.</u> New York: Guilford Press.

10. McMackin, R., **Keane, T. M.**, & Kline, P. (2009) Understanding the Impact of Clergy Sexual Abuse: Betrayal and Recovery. New York: Routledge Press.

11. Shiromani, P., **Keane, T. M.**, & LeDoux, J. (2009) <u>Posttraumatic Stress Disorder: Basic Science and Clinical Practice.</u> New York: Humana Press.

12. Vasterling, J., Bryant, R., & **Keane, T. M.** (2012) <u>Posttraumatic Stress Disorder and Mild Traumatic Brain Injury.</u> New York: Guilford Press.

13. McMackin, R., Fogler, J., Newman, E., & **Keane, T. M.** (2012) <u>Trauma Therapy in Context: The Science and Craft of Evidence-Based Practice.</u> Washington, DC: American Psychological Association Press.

14. Friedman, M.J., **Keane, T. M.**, & Resick, P. (2014<u>) Handbook of PTSD: Science and Practice.</u> 2nd Edition. New York: Guilford Press.

15. Friedman, M.J., & Schnurr, P.P., & **Keane, T.M.**, (2021) <u>Handbook of PTSD: Science and Practice,</u> 3rd Edition, New York: Guilford Press.


**BOOK CHAPTERS:**

1. Lisman, S. A., **Keane, T. M.**, & Noel, N. E. (1983). Feeling angry, depressed, shy, sexually aroused?--Why not have a drink? In L.A. Pohorecky & J. Brick (Eds.), *Stress and Alcohol Use* (pp.128-134). New York: Elsevier Biomedical.

2. **Keane, T. M.**, Fairbank, J.A., Caddell, J.M., Zimering, R.T., & Bender, M. E. (1985). A behavioral approach to the assessment and treatment of post-traumatic stress disorder in Vietnam veterans. In C. Figley (Ed.), *Trauma and its wake: The study and treatment of post-traumatic stress disorder* (pp. 257-294). New York: Brunner/Mazel.

3. **Keane, T. M.** & Taylor, K.L. (1988). The Interpersonal Attraction Inventory. In M. Hersen & A. Bellack (Eds.). *Dictionary of Behavioral Assessment Techniques*. New York: Pergamon.

PX12

4. **Keane, T. M.**, Gerardi, R.J., Lyons, J.A. & Wolfe, J. (1988). The interrelationship of substance abuse and PTSD: Epidemiological and clinical considerations. In Galanter, M. *Recent Developments in Alcoholism* (pp. 27-48). New York: Plenum.

5. Penk, W.E., **Keane, T. M.**, Robinowitz, R., Fowler, R., Bell, W. & Finkelstein, A. (1988). Post-traumatic Stress Disorder, in R.L. Greene (Ed.). *The MMPI: Use in Specific Diagnostic Groups* (pp. 50-81*).* New York: Grune & Stratton.

6. Wolfe, J. & **Keane, T. M.** (1990). The validity of post-traumatic stress disorder. In M. Wolfe & A. Mosnaim (Ed.), *PTSD: Etiology, Phenomenology & Treatment* (pp. 47-63). Washington, DC American Psychiatric Press.

7. **Keane, T. M.**, Litz, B.T., & Blake, D.D. (1990). Post-traumatic stress disorder in Adults in M. Hersen & C. Last (Eds.), *Handbook of Child and Adult Psychopathology : A longitudinal perspective.* (pp.45-54). New York : Pergamon Press.

8. **Keane, T. M.**, Gerardi, R., Quinn, S. & Litz, B.T. (1992). Behavioral treatment of Post-traumatic stress disorder. In S. Turner, K. Calhoun, & H. Adams (Eds.), *Handbook of Behavior Therapy* (2nd edition). New York: Wiley.

9. Litz. B.T., Penk, W.E., Gerardi, R.G., & **Keane, T. M.** (1992). The assessment of post traumatic stress disorder. In Saigh, P. (Ed.), *Post-traumatic stress disorder: A behavioral approach to assessment and treatment.* New York: Pergamon Press.

10. **Keane, T. M.**, Albano, A.M., & Blake, D.D. (1992). Current Trends in the Treatment of Post-Traumatic Stress Disorder. In M. Basoglu (Ed.), *Torture and its Consequences.(pp.363-401).* London: Cambridge University Press.

11. Wolfe, J., & **Keane, T. M.** (1993). New perspectives in the diagnosis and assessment of combat-related PTSD. In J. Wilson & B. Raphael (Eds.), *International Handbook of Traumatic Stress Syndromes.* (pp. 165-177). New York: Plenum.

12. Baum, A., Solomon, S.D., Ursano, R.J., Bickman, L., Blanchard, E., Green, B.L., **Keane, T. M.**, et al. (1993). Emergency/Disaster studies: Practical, conceptual and methodological issues. In J.P. Wilson & B. Raphael (Eds*.), International Handbook of Traumatic Stress Syndromes.* (pp. 125-133). New York: Plenum Press.

13. **Keane, T. M.**, Zimering, R.T., Knight, J.A., & Kaloupek, D. (1993). Post-traumatic Stress Disorder. In A. Bellack & M. Hersen (Eds.), *Psychopathology in Adulthood: An Advanced Text*, Needham: Allyn & Bacon.

14. Kilpatrick, D., Resnick, H., **Keane, T. M.**, Green, B., & McNally R. (1993). The Symptomatology of PTSD: Studies in crime victims, combat veterans, disaster victims, and children. In J. Davidson & E. Foa (Eds.), *American Psychiatric Association, DSM-IV Sourcebook,* American Psychiatric Press, Inc.: Washington, DC.

15. Blake, D.D., Abueg, F.R., Woodward, S.H., & **Keane, T. M.** (1993). Treatment efficacy in post-traumatic stress disorder, in T.R. Giles (Ed.), *Effective Psychotherapy: A Handbook of Comparative Research*. New York: Plenum.

16. Weathers, F.W. & **Keane, T. M.** (1994). Post-traumatic stress disorder. In C.G. Last Gerardi, R.J., Keane (Eds.), *Adult Behavior Therapy Casebook*. New York: Plenum.

17. **Keane, T. M.**, Fisher, L.M., Krinsley, K.E., & Niles, B.L. (1994). Post-traumatic stress disorder. In R.T. Ammerman & M. Hersen (Eds.), *Handbook of Prescriptive Treatment for Adults*. New York: Plenum Press.

18. **Keane, T. M.** (1995). Guidelines for the forensic psychological assessment of PTSD claimants. In R.I. Simon (Ed.). *Post-traumatic Stress Disorder in Litigation*. Washington, DC: American Psychiatric Press, Inc.

**PX12**

19. Lating, J.M., Zeichner, A., **Keane, T. M**. (1995). Psychological assessment of PTSD, In G. Everly & J.M. Lating (Eds.), *Psychotraumatology: Key Papers and Core Concepts*. New York: Plenum Press.

20. Wolfe, J., **Keane, T. M**. & Young, B.L. (1996). From Soldier to civilian: Acute adjustment of returning Persian gulf veterans. In R.J. Ursano & Ann E. Norwood (Eds.), *Those Left Behind and Those Who Returned: Psychological Responses to War in Families, Children, and Soldiers.* Washington, DC: American Psychiatric Press, Inc.

21. Prins, A., Kaloupek, D.G., **Keane, T. M**. (1996). The psychophysiology of post-traumatic stress disorder. In M.J. Friedman, D.S. Charney, & A. Deutch (Eds.), *Neurobiological and Clinical Consequence of Stress: From Normal Adaptation to PTSD*. New York: Raven Press.

22. Newman, E., Kaloupek, D.G., & **Keane, T. M**. (1996). Assessment of PTSD in clinical and research settings. In A.C. van der Kolk McFarlane, B., & L. Weisaeth (Eds.), *Comprehensive Text on Post traumatic Stress*. New York: Guilford Press:

23. Weathers, F.W., Litz, B.T., & **Keane, T. M**. (1995). Military trauma. In J.R. Freedy and S.E. Hobfoll (Eds.), *Traumatic Stress: From Theory to Practice*. New York: Plenum Publishing.

24. **Keane, T. M.**, Kaloupek, D.G., & Weathers, F.W. (1996). Cross cultural issues in the assessment of PTSD. In A. Marsella, M.J. Friedman, E. Gerrity, & R. Scurfield (Eds.), *Ethnocultural Aspects of Post-traumatic Stress Disorder*. Washington, DC: American Psychiatric Press.

25. Solomon, S., **Keane, T. M.**, Newman, E. & Kaloupek, D.G. (1996). Choosing self-report measures and structured interviews for PTSD. In E.B. Carlson (Ed.), *Trauma Research Methodology,* Lutherville, MD: Sidran Press.

26. Newman, E., Kaloupek, D.G., **Keane, T. M.** & Folstein, S. (1997) Ethical decision making among trauma researchers. In G.K. Kantor (Ed.) *Out of the Darkness: Contemporary Perspectives on Family Violence*. Newbury Park: Sage Press.

27. **Keane, T. M.** (1997) Psychological and behavioral treatment for post-traumatic stress disorder. In P. Nathan & J. Gorman, *Treatments that Work.* Oxford University Press.

28. **Keane, T. M.** and Kaloupek, D.G., (1997). Comorbid psychiatric disorders in post-traumatic stress disorder: Implications for research. In R. Yehuda and A. McFarlane (Eds) *Psychobiology of Posttraumatic Stress Disorder* (pp. 24-34). New York: Annals of New York Academy of Science.

29. Kounios, J., Litz, B.T., Kaloupek, D.G., Riggs, D., Knight, J. Weathers, F.W., Anderson, J., & **Keane, T. M.** (1997). Electrophysiology of Combat-Related PTSD. In R. Yehuda & A. McFarlane (Eds.) *Psychobiology of Posttraumatic Stress Disorder (*pp. 504 -507). New York: Annals of New York Academy of Sciences.

30. **Keane, T. M.** (1998). Psychological effects of military combat. In B. Dohrenwend (Ed.), *Adversity, Stress and Psychopathology* (pp. 52-65). Washington, DC, American Psychiatric Press.

31. Niles, B.L., Newman, E., Fisher, L., Erwin, B.M., Kaloupek, D.G., and **Keane, T. M.** (1999). Stability and fluctuation of veterans' report of combat exposure. In L. Williams and V. Banyard (Eds), *Trauma and Memory* (pp. 311-318). Beverly Hills, CA. Sage Press.

32. Flack, W., Litz, B.T., & **Keane, T. M.** (1998). Intrusion, arousal, and avoidance: Combat veterans. In V. Follette, J. Ruzek, & F. Abueg (Eds.) *Trauma in Context*. New York: Guilford Press.

PX12

33. Flack, W. & **Keane, T. M.** (1998). Posttraumatic Stress Disorder. In Koocher, G.P., Norcross, J.C. & Hill, S.S. (Eds.) *The Psychologist's Desk Reference* (pp. 67-70). New York: Oxford University Press.

34. **Keane, T. M.** (1998). Treatment Research. *In Survivors of Torture: Improving our Understanding.* Washington: D.C.: National Institute of Mental Health.

35. Weathers, F. W. & **Keane, T. M.** (1999). Psychological assessment of traumatized adults. In P. Saigh & Bremner, J.D. (Eds.) *Posttraumatic Stress Disorder: A Comprehensive Approach to Research and Treatment* (pp. 219-247). New York: Allyn & Bacon.

36. Charney, D.S., Davidson, J.R.T., Friedman, M., Judge, R., **Keane, T. M.**, McFarlane, A.C., et al. (1998). A Consensus Meeting on Effective Research Practice in PTSD (pp. 7-10). CNS Spectrums: *The International Journal of Neuropsychiatric Medicine.*

37. **Keane, T. M.**, King, L.A., King, D.W., Spence, L.A., Miller, A., Miller, P.A. (1999). Do war zone stressors predict the development of psychiatric disorders? In P. Morris, B. Raphael, & A. Bordujenko (Eds.) *Stress and Challenge: Health and Disease.* Brisbane, Australia: Repatriation Medical Authority.

38. Kimble, M.O., Riggs, D.S. & **Keane, T. M.** (1999). Cognitive behavioral treatment for complicated cases of posttraumatic stress disorder. In N. Tarrier, A. Wells, & G. Haddock (Eds.) *Cognitive-Behavioral Therapy for Complex Cases: A Guidebook for the Practitioner.* Sussex, England: John Wiley & Sons, Ltd.

39. **Keane, T. M.**, King, L.A., King, D.W., Spence, L.A., Miller, A., Miller, P.A. (1999). Do war zone stressors predict the development of psychiatric disorders? In P. Morris, B. Raphael, & A. Bordujenko (Eds.) *Stress and Challenge: Health and Disease.* Brisbane, Australia: Repatriation Medical Authority.

40. Miller, M. W., Peirce, J.M., & **Keane, T. M.** (2000). Posttraumatic stress disorder in adults. In E. Craighead & C. Nemeroff (Eds.) *The Corsini Encyclopedia of Psychology and Behavioral Science* (pp. 1222-1224). New York: Wiley & Sons.

41. **Keane, T. M.**, Street, A.E., Orcutt, H.K. (2000). Brief treatment of posttraumatic stress disorder. In M. Hersen & M. Biaggio (Eds.) *Effective Brief Therapy* (pp. 139-154). New York: Academic Press.

42. **Keane, T. M.**, Kaufman, M.L., Kimble, M.O. (2000). Peritraumatic dissociation, acute stress disorder, and the development of PTSD: Causation, correlation, or epiphenomenon? In L. Sanchez I Planell, C. Diez - Quevedo, & M. Prats i Roca (Eds.) *Controversies in Psychiatry: Dissociative States* (pp. 21-45). New York: Springer-Verlag.

43. Shalev, A., Foa, E.B., Friedman, M.J. & **Keane, T. M.** (2000) Integration and summary of the best practice guideline for PTSD. In E.B. Foa, T.M. Keane, & M.J. Friedman (Eds.) *Effective Treatments for PTSD* (pp. 155-175). New York: Guilford Press.

44. **Keane, T. M.**, Zimering, R.T., & Kaloupek, D.G. (2000). Posttraumatic Stress Disorder. In M. Hersen & A. Bellack (Eds.) *Psychopathology in Adulthood,* Needham: Allyn & Bacon.

45. **Keane, T. M.** (2001) Current directions in the psychological treatment of PTSD. In A. Braidwood (Ed.) *Psychological Injury: Understanding and Supporting.* London: The Stationery Office.

46. Miller, M. W., Peirce, J.M., & **Keane, T. M.** (2000). Posttraumatic stress disorder in adults. In E. Craighead & C. Nemeroff (Eds*.) The Corsini Encyclopedia of Psychology and Behavioral Science* (pp. 1222-1224). New York: Wiley & Sons.

Keane CV 2022

PX12

47. **Keane, T. M.**, Weathers, F.W. & Foa, E. (2000). Diagnosis and assessment of posttraumatic stress disorder. In E. Foa, T.M. Keane, & M. Friedman (Eds.) *Effective Treatments for PTSD* (pp. 18-38). New York: Guilford Press.

48. Shalev, A., Foa, E.B., Friedman, M.J. & **Keane, T. M.** (2000).  Integration and summary of the best practice guideline for PTSD. In E.B. Foa, T.M. Keane, & M.J. Friedman (Eds.) *Effective Treatments for PTSD* (pp. 359-380). New York: Guilford Press.

49. **Keane, T. M.** & Kaloupek, D.G. (2002). Posttraumatic stress disorder: Diagnosis, assessment, and monitoring outcomes. In R. Yehuda (Ed.) *Treating Trauma Survivors with PTSD*  (pp. 21-42). Washington: American Psychiatric Press.

50. **Keane, T. M.** & Barlow, D.H. (2002). Posttraumatic Stress Disorder. In D. H. Barlow (Ed.) *Anxiety and Its Disorders* (pp. 418-453). New York: Guilford Press.

51. Peirce, J.M., Newton, T.L., Buckley, T.C., & **Keane, T. M.** (2002). Gender and psychophysiology in posttraumatic stress disorder. In R. Kimerling, P. Ouimette, & J. Wolfe (Eds.) *Gender and Posttraumatic Stress Disorder* (pp. 177-204). New York: Guilford Press.

52. **Keane, T. M.**, Buckley, T. & Miller, M. (2002). Guidelines for the forensic psychological assessment of posttraumatic stress disorder claimants, in R.I. Simon (Ed.) *Posttraumatic Stress Disorder in Litigation: Guidelines for Forensic Assessment 2nd. Edition* (pp. 119-140). Washington, D.C.: American Psychiatric Association Press, Inc.

53. **Keane, T. M.** (2003). A call to action: Summarizing the issues in responding to social and humanitarian crises. In B. L. Green, M. J. Friedman J. deJong, S. Solomon, T.M. Keane, J. A. Fairbank, B. Donelan, E. Frey-Wouters (Eds*.) Trauma Interventions in War & Peace: Prevention, Practice & Policy* (pp. 351-362). New York: Kluwer/Plenum Publishers.

54. Berger, J., Brady, S., Spiggle, D., Brief, D.J., & **Keane, T.M.** (2004). Depressive disorders in the context of HIV and AIDS: Prevalence and Treatment. In D. Ciraulo & R. Shader (Eds.) Pharmacotherapy of Depression (pp. 243-264). Totowa, N.J.: Humana Press

55. Miller, M.W. & **Keane, T. M.** (2004). Posttraumatic stress disorder in adults.  In W.E. Craighead & C.B. Nemeroff (Eds.) Concise Corsini Encyclopedia of Psychology (Third Edition ( pp. 718-719). Hoboken, NJ: John Wiley & Sons, Inc.

56. **Keane, T. M.,** Street, A., & Stafford, J. (2004).  Assessment of military related posttraumatic stress disorder. In J. Wilson & T.M. Keane (Eds.) Assessing Psychological Trauma & PTSD (pp. 262-288). New York: Guilford Press.

57. **Keane, T. M**. (2004) Recent advances in the prevention and treatment of Posttraumatic Stress Disorder. In Mental Health in Post-Crisis Restoration: Strengthening Traumatic Stress Studies in Japan (pp. 33-43). Kobe, Japan: World Health Organization.

58. Leskin, G. A., Morland, L. & **Keane, T. M** (2005). Integrating PTSD services: The primary behavioral health model. In W. O'Donoghue, Byrd, Henderson, & N. Cummings  (Eds.) Behavioral Integrative Care: Treatments that work in primary care (pp. 129-142). New York: Brunner-Routledge.

59. **Keane, T. M.** & Charney, M. (2005). Cognitive Behavior Therapy for war related posttraumatic stress disorder: Veteran and civilian populations. In A. Freeman (Ed.) Encyclopedia of Cognitive Behavior Therapy (pp. 316-320). New York: Springer Press.

60. Otis, J.D., Pincus, D.B., & **Keane, T. M.** (2006). Chronic pain and PTSD. In G. Young, &, A. Kane, & K. Nicholson (Eds.) *Causality: Psychological Knowledge and Evidence in Court (*pp. 242-270), New York: Kluwer Academic/Plenum Press.

Keane CV 2022

PX12

61. Riggs, D. & **Keane, T. M.** (2006). Assessment strategies in the anxiety disorders. In B. Rothbaum (Ed.) *Pathological Anxiety: Emotional Processing in Etiology and Treatment* (pp. 91-114). Guilford Press: New York.

62. Pratt, E., Brief, D.J., & **Keane, T. M.** (2006). Psychological assessment and diagnosis of posttraumatic stress disorder in adults. In V. Follette & J. Ruzek (Eds) Cognitive Behavioral Therapy for Posttraumatic Stress Disorder (pp. 34-61). New York: Guilford Press.

63. **Keane, T. M.** & Piwowarczyk, L. (2006). Terrorism, trauma, and fear: Mental health responds to the impact of 9/11. In Schein, L.A., Spitz, H.I., Burlingame, G.M., & Muskin, P.R. (Eds.) Psychological Effects of Catastrophic Disasters: Group Approaches to Treatment (pp. 3-13). Binghamton, New York: Haworth Press.

64. **Keane, T. M.**, Marshall, A., & Taft, C. (2006). Posttraumatic Stress Disorder: Etiology, Epidemiology, and Treatment Outcome. *Annual Review of Clinical Psychology* (pp. 161-197). APA Press: Washington DC.

65. **Keane, T. M.**, Brief, D.J., Pratt, E., & Miller, M.W. (2007). Assessment of PTSD and its Comorbidities in Adults. In M.J. Friedman, T.M. Keane, & P. *Resick Handbook of PTSD: Science and Practice* (pp. 279-305). New York City: Guilford Press.

66. Friedman, M. J., Resick, P.A., & **Keane, T. M.** (2007). PTSD: Twenty-five years of progress and challenges. In M.J. Friedman, T.M. Keane, & P.A. *Resick PTSD: Handbook of PTSD: Science and Practice* (pp. 3-18), New York City: Guilford Press.

67. Friedman, M.J., Resick, P.A., & **Keane, T. M.** (2007). Key questions and an agenda for future research. In M.J. Friedman, T.M. Keane, & P.A. *Resick Handbook of PTSD: Science and Practice* (pp. 540-562). New York City: Guilford Press.

68. **Keane, T. M.**, Silberbogen, A., & Weierich, M. (2008). Assessment of Posttraumatic Stress Disorder, in J. Hunsley & E. J. Mash *A Guide to Assessments that Work* (pp. 293-315). New York: Oxford University Press.

69. Miller, M.W. & **Keane, T. M.** (2008). Posttraumatic Stress Disorder. In F.T. Leong (Ed.) *Encyclopedia of Counseling, Volume II: Personal Counseling and Mental Health Problems* (pp. 786-787). Thousand Oaks, CA: Sage Publications.

70. Salters-Pedneault, K. & **Keane, T. M.** (2008). Conditioned fear models in PTSD. In G. Reyes, J. Elhai, & J. Ford (Eds.) *Encyclopedia of Psychological Trauma* (pp. 154-157). Hoboken, NJ: Wiley & Sons.

71. Weathers, F. W. & **Keane, T. M.** (2008). Adult psychometric assessment. In G. Reyes, J.D. Elhai, & J.D. Ford (Eds.) *Encyclopedia of Psychological Trauma* (pp. 48-58). Hoboken, NJ: Wiley.

72. Weathers, F.W., & **Keane, T. M.** (2008). Psychological trauma. In G. Reyes, J. D. Elhai, & J. D. Ford (Eds.), *Encyclopedia of Psychological Trauma* (pp. 112-113). Hoboken, NJ: Wiley.

73. Wagner, K., Brief, D.J., Vielhauer, M.J., Sussman, S., **Keane, T. M.**, Malow, R. (2009). The potential for PTSD, substance use, and HIV risk behavior among adolescents exposed to natural disasters: Implications for Hurricane Katrina survivors. In C. Pope, R. White, R. Malow (Eds.) *HIV/AIDS: Global Frontiers in Prevention/Intervention (*pp. 403-413). New York: Routledge Press.

74. Weathers, F.W., **Keane, T.M**, & Foa E. (2009). Assessment and diagnosis of Posttraumatic Stress Disorder. In E. Foa, T.M. Keane, M.J. Friedman, & J. Cohen (Eds*.) Effective Treatments for PTSD 2nd Edition* ( pp. 23-61). New York: Guilford Press.

75. **Keane, T. M.**, Marx, B.P., & Sloan, D.M. (2009). Posttraumatic Stress Disorder: Definition, Prevalence, and Risk Factors. In P. Shiromani, T.M. Keane, & J. LeDoux (Eds) *The*

PX12

*Neurobiology of Posttraumatic Stress Disorder (*pp. 1-19).New York: Humana Press.

76. Miller, M.W., Marx, B., & **Keane, T. M.** (2010). Posttraumatic Stress Disorder, In I.B. Weiner & W.E. Craighead (Eds.) *The Corsini Encyclopedia of Psychology, 4th Edition* (pp. 1390). New York: John Wiley & Sons, Inc.

77. **Keane, T. M.,** Niles, B.L. Otis, J.D. & Quinn, S.J. (2011) Addressing the psychological needs of veterans: The challenge of supporting mental health following military discharge. In A. Adler, P. Bliese, & C. Castro (Eds.) *Deployment Psychology: Evidence-Based Strategies to Promote Mental Health in the Military* (pp. APA Press: Washington, D.C.

78. **Keane, T. M.,** Marx, B.P., Sloan, D.E., & DePrince, A. (2011). Trauma, dissociation, and posttraumatic stress disorder. In D.H. Barlow (Ed*.) Oxford Handbook of Clinical Psychology* (pp. 359-386). New York: Oxford University Press.

79. Castro, F., Hayes, J.P., & **Keane, T. M.** (2011). Issues in the assessment of PTSD in military personnel. In B.A. Moore & W.E. Penk (Eds.) *Handbook for the Treatment of PTSD in Military Personnel* (pp. 23-41). New York: Guilford Press.

80. **Keane, T. M**. (2011). The future of treating anxiety and its related disorders. In A. Chapman, K. Gratz, and M. Tull (Eds.) *The Dialectical Behavior Therapy Skills Workbook for Anxiety* (pp. 13-14). Oakland, CA: New Harbinger Publications

81. Otis, J.D., Fortier, C.B., & **Keane, T. M.** (2012). The management of chronic pain in the context of PTSD and TBI. In J. Vasterling, R. Bryant, and T.M. Keane (Eds.) *PTSD and mild traumatic brain injury* (pp. 105-123). New York: Guilford Press.

82. Otis, J., Freed, R., & **Keane, T. M.** (2012). The treatment of co-occurring PTSD and chronic pain. In R. McMackin, J. Fogler, E. Newman, & T. M. Keane (Eds.) *An Integrated Approach to Trauma Focused Therapy: Placing Evidence-Based Interventions in an Expanded Psychological Context* (pp. 293-312),Washington: American Psychological Association Press.

83. **Keane, T. M.** & Miller, M.W. (2012). The future of classification in post-traumatic stress disorder. In J.G. Beck & D. Sloan (Eds.) *Handbook of Traumatic Stress Disorders* (pp. 54-66). New York: Oxford University Press, Inc.

84. Holowka, D., Marx, B.P., & **Keane, T. M.** (2012). Military psychology and combat stress injuries. In C. Figley (Ed) *Encyclopedia of Trauma* (pp. 388-390). Thousand Oaks, CA: Sage Publications.

85. Adler, A., **Keane, T. M.**, & Bliese, P. (2013). Measurement of posttraumatic stress disorder in an occupational health setting. In M. Wang, R. Sinclair, & L. Tetrick (Eds.) *Research Methods in Occupational Health Psychology: State of the Art in Measurement,(Design, and Data Analyses (*pp. 122-137). New York: Routledge Press.

86. Bryant, R.A. & **Keane, T. M.** (2013). Posttraumatic Stress Disorder. In L. Castonguay and T. Oltmanns (Eds.) *Psychopathology: From Science to Clinical Practice* (pp. 172-197). New York: Guilford Press.

87. **Keane, T. M.** (2013). Makings of One VA Psychology Career. In R. Baker (Ed.) *Stories from VA Psychology: 2nd Edition.*

88. Wisco, B. E., Marx, B.P., & **Keane, T. M.** (2013). Trauma and posttraumatic stress disorder. In B. Moore & J. Barnett (Eds.) *Military Psychologists' Desk Reference* (pp. 207-210). New York: Oxford University Press.

89. Reardon, A., Brief, D.J., Miller, M.W., & **Keane, T. M.** (2014). Assessment of PTSD and its Comorbidities. In M. Friedman, T.M. Keane, & P. Resick (Eds.) *Handbook of PTSD: Science and Practice. 2nd Edition* (pp. 369-390). New York: Guilford Press.

Keane CV 2022

PX12

90. Green, J. D., Marx, B.P., & **Keane, T. M.** (2017). Empirically supported conceptualizations and treatments for Posttraumatic Stress Disorder. In D. McKay, J. Abramowitz, and E. Storch (Eds*.) Treatment for Psychological Problems and Syndromes.* (115-135) New York: Wiley Press.

91. Green, J.D., Black, S.K., Marx, B.P., & **Keane, T.M.** (in press) Behavioral, cognitive, biological, and neurocognitive conceptualizations of posttraumatic stress disorder. In C. Dalenberg, S. Gold (Eds) *APA Handbook of Trauma Psychology.* Washington: APA Press.

92. Moshier, S.J., Parker-Guilbert, K.S., Marx, B.P. & **Keane, T.M.** (in press) Posttraumatic Stress Disorder. In J. Hunsley & E. Mash (Eds.) *A Guide to Assessments that Work (2ⁿᵈ Edition).* New York: Oxford University Press.

93. Parker-Guilbert, K.S., Moshier, S. J., Marx, B.P., & **Keane, T. M.** (in press) Measures of disease symptom severity. In C. Nemeroff & C. Marmar (Eds.)

94. Dutra, S., Lee, D., Marx, B.P., & **Keane, T.M.** (2020) Assessment of Posttraumatic Stress Disorder. In D. Benedek & G. Wynn (Eds.) Clinical Manual for the Assessment of PTSD. Washington, D.C: American Psychiatric Press.

95. Dutra, S., Hayes, J., & **Keane, T.M.** (in press) Issues in the Assessment of PTSD in Military Personnel, In B. Moore & W.E. Penk (Eds,) *Treating PTSD in Military Personnel.* New York: Guilford Press.

96. Livingston, N., Brief, D.J., Miller, M.W., & **Keane, T.M.** (2021) Assessment of PTSD and its Comorbidities in Adults. In M. J. Friedman, T. M. Keane, & P.P. Schnurr (Eds.) *Handbook of PTSD: Science and Practice.* New York: Guilford Press.

97. Peterson, A., Niles, B., Young-McCaughan, S., & **Keane, T.M.** (in press) Assessment and Treatment of Combat-Related Posttraumatic Stress Disorder: Results from STRONG STAR and the Consortium to Alleviate PTSD. In N. Gorbunov (Ed.) Military Medicine. London: InTech Open.

98. Bui, E., Charney, M. E., Milad, M., Stoddard, F., Hinton, D., **Keane, T.M.,** Pitman, R., & Simon, N. (2021) Disorders related to stress and trauma. In A. Walker, S. Schlozman, & J. Alpert (Eds.) Introduction to Psychiatry: Preclinical Foundations and Clinical Essentials. New York: Cambridge University Press.

**NON-PEER REVIEWED PUBLICATIONS:**

1. Friedman, M.J., **Keane, T. M.,** & Herman, J. (1998) Evaluation and Treatment of Post-traumatic Syndromes. American College of Psychiatry's <u>Psychiatric Update</u>, Port Washington, N.Y.: Medical Information Systems.

2. Piwowarczyk, L. & **Keane, T. M.** (2004) Vocational Rehabilitation of Torture Survivors. Boston Medical Center: Boston Center for Refugee Health and Human Rights.

**<u>TREATMENT MANUALS</u>**

1. **Keane, T. M.**, Fairbank, J.A., Caddell, J.M., Zimering, R.T. (1981) *Exposure Therapy in the Treatment of Posttraumatic Stress Disorder.*

2. Brief, D.J., Bollinger, A.R., Berger, J.A., Buondonno, L., & **Keane, T. M.** (2000) *Adherence Enhancement Treatment—Antiretroviral Medication Version.*

PX12

3. Brief, D.J., Bollinger, A.R., Berger, J.A., Buondonno, L., & **Keane, T. M.** (2000) *Adherence Enhancement Treatment—General Healthcare Version.*
4. Bollinger, A. R., Brief, D.J., & **Keane, T. M.** (2000) *Trauma Recovery Treatment.*
5. Bollinger, A.R., Brief, D.J., & **Keane, T. M.** (2002) *Trauma Recovery Treatment: Fire Department of New York Version.*

## PSYCHOLOGICAL ASSESSMENT TOOLS

1. Mississippi Scale for Combat Related Posttraumatic Stress Disorder; Civilian Version; Spouse Version.
2. Keane Scale (PK) of the Minnesota Multivariate Personality Inventory I and II.
3. Combat Exposure Scale (CES).
4. Clinician Administered Posttraumatic Stress Disorder Scale (CAPS; DSM III, IV, 5).
5. Life Events Checklist for DSM 3; IV; V
6. Posttraumatic Stress Disorder Checklist (PCL; PCL-5).
7. Inventory of Psychosocial Functioning; Brief Inventory of Psychosocial Functioning.

## CONGRESSIONAL AND PUBLIC POLICY RELATED WORK

1. DSM-III-R Advisory Committee on Post-Traumatic Stress Disorder, 1984-1987.
2. NIMH Task Force on Research Funding for Post-Traumatic Stress Disorder, 1987. VACO Advisory Committee on Clinical Training in Psychology, 1989-1991.
3. VACO Advisory Committee on Research in Psychology, 1991-1992.
4. National Institute of Mental Health-National Center for PTSD Consensus Conference on
5. Assessment of PTSD. Co-Chairman (with S. Solomon, Ph.D., J. Maser, Ph.D., E. Gerrity, Ph.D.) Boston, MA November, 1995.
6. NIMH Working Group on Torture and Trauma in South Africa (Co-Chair), 1997-98.
7. National Academy of Science's Institute of Medicine (Consultant on War Stress) 1998.
8. United Nations International Working Group on Trauma (Co-Chair) 1999-2002.
9. NIMH-Surgeon General Collaboration on Psychological Responses to Mass Violence, Disaster, and Terrorism, 2003.
10. National Institute of Mental Health/New York Academy of Medicine Panel on Methods and Ethics of Research following Terrorism and Disasters, January 2003.
11. VA Implementation Committee on the President's New Freedom Commission on Mental Health 2003-2004.
12. Testimony to United States House of Representatives Veterans Affairs Committee on Psychological Status of War Veterans with Posttraumatic Stress Disorder, March 2004.
13. United States Congress (House & Senate) Lecture on VA's Role in Care of Veterans with PTSD. Sponsored by American Psychological Association, May 2005.
14. Testimony to United States House of Representatives Veterans Affairs Committee on Psychological Status of Returning OEF-OIF Veterans, July 2005.
15. Presentation to the Institute of Medicine of the National Academy of Sciences on the diagnosis and assessment of PTSD, Washington, DC, February 2006.

PX12

16. Presentation to the Institute of Medicine of the National Academy of Sciences on compensation and pension for veterans of the United States Military. May 2006.

17. National Professional Standards Board in Psychology, VA Central Office, July 2006-October 2009.

18. Testimony to President's Commission on the Care of Returning Wounded Warriors (Dole-Shalala Commission). May 2007, San Diego, CA.

19. Department of Defense PTSD & TBI Research Program: Programmatic Review. December, 2007; January 2008, Tysons Corner, VA.

20. Joint Program Committee (PTSD-Traumatic Brain Injury), Congressionally Directed Medical Research Program, Department of Defense (MOMRP) 2008- .

21. Invited Address: *Frontiers in Mental Health.* Senior International Forum on Veterans Affairs (US, UK, Australia, NZ, & Canada Secretary/Ministers of Veterans Affairs). United States Military Academy, West Point, New York April 2014.

22. Invited lecture to National Academy of Medicine, on the Assessment of Trauma, PTSD, and Related Disorders, Washington, DC, December 2015.

23. Invited lecture to National Press Foundation on Treatment of PTSD in VA, Washington, D.C., November 2016.

PX12

PX237



# OPERATIONAL GUIDANCE NOTE

# IRAQ

| CONTENTS | |
|---|---|
| **1. Introduction** | **1.1 – 1.4** |
| **2. Country assessment** | **2.1 – 2.14** |
| **3. Main categories of claims** | **3.1 – 3.6** |
| Claims based on the poor security conditions in Iraq | 3.7 |
| Perceived Collaborators | 3.8 |
| Claims based on the fear of kidnapping | 3.9 |
| Fear of Saddam Hussein's regime | 3.10 |
| Former members of the Ba'ath party and their families | 3.11 |
| Tribal disputes | 3.12 |
| Honour killing in central and southern Iraq | 3.13 |
| Honour killing in the area administered by the KRG | 3.14 |
| De-Arabisation | 3.15 |
| Christians | 3.16 |
| Fear of Islamic Militants | 3.17 |
| Member/Support of the PKK/KADEK | 3.18 |
| Prison Conditions | 3.19 |
| **4. Discretionary Leave** | **4.1** |
| Claims based on the poor humanitarian conditions in Iraq | 4.3 |
| Minors claiming in their own right | 4.4 |
| Medical treatment | 4.5 |
| **5. Returns** | **5.1 – 5.2** |
| **6. Entry clearance facilities** | |
| **7. List of source documents** | |

1.      **Introduction**

1.1     This document summarises the general, political and human rights situation in Iraq and
        provides information on the nature and handling of claims frequently received from
        nationals/residents of Iraq. It must be read in conjunction with the RDS - COI Service Iraq
        Country of Origin Information Report October 2005 and any Country of Origin bulletins at:

                        http://www.homeoffice.gov.uk/rds/country_reports.html

1.2     This document is intended to provide clear guidance on whether the main types of claim
        are or are not likely to justify the grant of asylum, Humanitarian Protection or Discretionary
        Leave. Caseworkers should refer to the following Asylum Policy Instructions for further
        details of the policy on these areas:

                        API on Assessing the Claim
                        API on Humanitarian Protection
                        API on Discretionary Leave
                        API on the European Convention on Human Rights.

1.3     Claims should be considered on an individual basis, but taking full account of the
        information set out below, in particular Part 3 on main categories of claim.

PX237

**Source documents**

**1.4**     A full list of source documents cited in footnotes is at the end of this note.


**2.     Country assessment**

**2.1**     Following the collapse of Saddam Hussein's regime, executive, legislative and judicial authority in Iraq was vested in the Coalition Provisional Authority (CPA).[1] The CPA appointed a 25 member Iraqi Governing Council (IGC) in July 2003 with the power to direct policy and help draw up a new constitution.[2] That Council was dissolved on 28 June 2004 for the Iraqi Interim Government (IIG) of which Dr Ayad Allawi was appointed interim Prime Minister.[3] The multi-party national elections were held in Iraq on 30 January 2005.[4] The election was a victory for the Shia United Iraqi Alliance (UIA), backed by Grand Ayatollah Ali al-Sistani, with 48 percent of the votes cast and 140 seats in the 275 seat National Assembly. The Kurdish Alliance, led by Jalal Talabani, obtained 26 percent of the vote and 75 seats in the National Assembly, while the Al-Qaimah al-Iraqiyah (Iraqi List), led by the interim Prime Minister Ayad Allawi, was in third place with 14 percent and 40 seats.[5] The results mean that the Shias and the Kurds now hold the balance of power.[6] One of Iraq's leading Shia politicians, Ibrahim al-Jaafari (leader of the Islamic Daawa Party and preferred candidate of the United Iraqi Alliance (UIA)), was appointed as Iraq's next interim prime minister by the country's new presidential council. Jalal Talabani was sworn in as President of Iraq.[7]

**2.2**     The criminal justice system is the responsibility of Iraq's Ministry of Justice. The courts are run by Iraqis, as are detention facilities for individuals accused or convicted of crimes. As stated under Article 43(A) of the Transitional Administrative Law (TAL) dated 8 March 2004, "The judiciary is independent, and it shall in no way be administered by the executive authority, including the Ministry of Justice. The judiciary shall enjoy exclusive competence to determine the innocence or guilt of the accused pursuant to law, without interference from the legislative or executive authorities." However, a Freedom House report 2005, noted that in practice judges come under immense political pressure.[8] According to a report published in December 2004 the effectiveness of the judiciary was hampered by capacity problems and the general instability in Iraq. The judiciary has had to struggle with corruption and a lack of transparency, which are both a serious impediment to its effectiveness.[9] The criminal justice system is based on the French or civil system. The system is inquisitorial; cases are controlled and investigated by the judiciary. Defendants who are found guilty are sentenced immediately after the verdict.[10] In October 2004 the UK Department for International Development (DFID) noted that since February 2004, 216 judges, prosecutors, lawyers and justice department officials have been trained in International Human Rights Law; and 50 judges, prosecutors and lawyers have been trained in International Humanitarian Law. Participation has been diverse: male and female judges, prosecutors and lawyers have been chosen from all areas of Iraq and from all parts of the community. A number of participants have been trained as trainers, so that the benefits of the training can be disseminated to others in Iraq.[11]

**2.3     Security Situation**

     Security risk assessments in June 2005 confirm that the level of threat remains high, with a particular upsurge in violence around the country since the formation of the government in

---

[1] COIS Iraq Country Report para 4.03
[2] COIS Iraq Country Report para 4.05
[3] COIS Iraq Country Report para 4.08-4.09
[4] COIS Iraq Country Report para 4.13
[5] COIS Iraq Country Report para 4.17
[6] COIS Iraq Country Report para 4.20
[7] COIS Iraq Country Report para 4.21
[8] COIS Iraq Country Report para 5.26
[9] COIS Iraq Country Report para 5.28
[10] COIS Iraq Country Report para 5.34
[11] COIS Iraq Country Report para 5.31

PX237

late April 2005.[12] Most attacks occur in the four Sunni provinces of Baghdad, Al Anbar, Ninewah and Saladin. Ten of Iraq's 18 provinces are quieter and more stable but are still not immune to insurgent and terrorist violence.[13] Bombings, strikes against Iraqi and Multinational Force installations and convoys, attacks on aircraft, hostage-takings and targeted assassinations against Iraqi civilians, including public figures, many of increasing scale and sophistication, continue to be centred on Baghdad, Mosul, Ramadi and Tikrit. Iraqi police and recruitment centres have received particular attention.[14] On 3 July 2004, the Iraqi Interim Government passed the Order for Safeguarding National Security introducing emergency legislation to the statute books and enabling the prime minister to declare martial law for up to sixty days at a time.[15] During November 2004 Iraq's Government, under the National Security Law, declared a 60-day state of emergency in response to the escalation of violence by militants. The UNSC report, dated 8 December 2004, noted that the state of emergency was declared in all parts of Iraq, except the three northern governorates.[16] Domestic security responsibilities are shared within the IIG between the Ministry of Interior (MOI) and the Ministry of Defense. As set forth in the TAL, certain elements of the Iraqi Armed Forces are under the operational control of the Multi-National Coalition Force. The MOI commands a number of uniformed forces, including the Iraqi Police Service, the Department of Border Enforcement, and the Bureau of Dignitary Protection, as well as the MOI Intelligence Service.[17] While there has been a strong increase in the number of Iraqi security forces, there has been a far from proportional improvement in their capabilities. The sections of the security forces equipped and trained to handle the insurgency are only a small fraction of the total, which is partly why the insurgency continues unabated.[18]

2.4   Up until July 2005 there were approximately 63,000 fully trained Iraq police. Iraq's Special Police Forces had grown from zero operational battalions in June 2004 to 20 operational battalions by the end of February 2005. Nine Police Commando battalions were now operational. Nine Public Order Battalions were operational.[19] The police have been particularly hard hit by insurgent attacks which in many instances led to high numbers of policemen deserting their posts. By late June 2005 the regular police force had some 62,000 trained members on duty and was due to be at full strength of 135,000 by November 2006.[20]

2.5   The two Kurdish factions, the PUK and KDP, which took control of the north after the 1991 uprising, built up police forces and local governments which remain in place, largely unaffected by the war.[21] Criminality in Kurdistan is endemic by western terms.  However, much of the activity is considered by the population to be simply a way of earning their crust. Additionally the defined perception that the West has of the areas (e.g. borders with Turkey, Iraq and Syria) is not shared by tribes straddling the designated border areas. The smuggling of sheep, alcohol and other commodities is commonplace. These crimes are largely unchecked and un-checkable by authorities.[22]

2.6   The general security situation in the Kurdistan Regional Government (KRG) area is benign compared to the rest of Iraq.[23]  The Kurdish Peshmerga continues to control the three Northern Governorates of Erbil, Dohuk and Sulaymaniyah; since the fall of the former regime it has also expanded its area of influence south into Kirkuk, Mosul and Diyala Governorates.[24] However, that is not to say that it is completely safe. Although it is quite

---

[12] COIS Iraq Country Report para 6.17
[13] COIS Iraq Country Report para 6.18
[14] COIS Iraq Country Report para 6.25
[15] COIS Iraq Country Report para 6.29
[16] COIS Iraq Country Report para 6.30
[17] COIS Iraq Country Report para 5.91
[18] COIS Iraq Country Report para 5.92
[19] COIS Iraq Country Report para 5.95
[20] UNHCR COI 2005 p50
[21] COIS Iraq Country Report para 5.97
[22] COIS Iraq Country Report para 6.39
[23] COIS Iraq Country Report para 6.37
[24] UNHCR COI 2005 p59

PX237

likely that insurgents are once again living in Kurdish towns and cities in small numbers, and they would use opportunities as they present themselves to exact revenge for their ejection, the peshmerga presence and vigilance within the KRG area would make this difficult.[25] As a consequence the impact of the insurgency in the KRG area is not high. The green line is quite tightly controlled, and the road between Irbil and Mosul now has Kurdish checkpoints as close to Mosul as 15km. The road from Mosul to Zakho and the Turkish border is also heavily manned by Kurdish security forces, with regular checkpoints.[26] Whilst successful attacks in the KRG area are rare they are not non-existent. There were attacks in January 2005 in Irbil (indirect fire), and Dakuk (Improvised Explosive Devices), and the suicide bombing that killed up to 60 people and wounded around 100 others in Irbil.[27] UNHCR stated in October 2005 that while security concerns persist in the three Northern Governorates and the economy is still fragile, acts of violence are far less frequent as compared to the rest of the country and a certain level of political stability has been achieved. UNHCR added that serious protection concerns remain, especially for persons who do not originate from these areas.[28]

**2.7   Humanitarian Situation**

During 2004, official estimates of unemployment ranged between 20 and 30 per cent. Anecdotal reports suggested that approximately half the working-age population was unemployed.[29] Apart from damaged and illegally occupied property, the UN Development Group/World Bank estimate that there are currently 1-1.5 million housing units missing, affecting up to 9 million people, thereby representing a housing 'crisis'. The country's health system has deteriorated leading to high maternity and child mortality rates and the recurrence of formerly well-controlled diseases.[30] An IRIN article, dated 15 February 2005, noted that "A shortage of medicine is still the main problem throughout the country. Doctors and pharmacists claim that simple medications such as pain killers and antibiotics are unavailable and sometimes they run out of needles and syringes." [31] In all parts of the country, supplies of electricity, water and fuel do not meet established needs. Major reasons for this are a lack of maintenance, spare parts and training of workers, obsolete technology and corruption.[32] According to the UNDP Iraq Living Conditions Survey, 98 per cent of households are connected to the electricity grid, although three-quarters of households report their electricity supply to be extremely unreliable; 78 per cent of homes have access to piped water, and 37 per cent of all homes are connected to the sewage system, but two-thirds of households report poor reliability in the provision of safe water and sewage services.[33]

**2.8**   The UNSC report dated 7 June 2005 observed that effective monitoring of the human rights situation remains a challenge, particularly because the current security situation makes it difficult to obtain evidence and further investigate allegations. In most instances, however, the consistency of accounts points to clear patterns.[34] There have been some welcome positive developments in the country, especially in the field of freedom of expression, association and assembly. Dozens of non-government organisations (NGOs), including organisations focusing on women's rights, have been established, more than 80 daily and weekly newspapers are published and scores of political parties and religious organisations have emerged.[35]

**2.9**   However in October 2005 UNHCR noted that the situation for women in particular had worsened due to insecurity and high criminality, insufficient protection provided by the Iraqi

---

[25] COIS Iraq Country Report para 6.37
[26] COIS Iraq Country Report para 6.38
[27] COIS Iraq Country Report para 6.37 & CIPU Bulletin, May 2005, para 3.4
[28] UNHCR Guidelines 2005 p25
[29] COIS Iraq Country Report para 6.173
[30] UNHCR COI 2005 p2
[31] COIS Iraq Country Report para 5.136
[32] UNHCR COI 2005 p111
[33] COIS Iraq Country Report para 6.13
[34] COIS Iraq Country Report para 6.04
[35] COIS Iraq Country Report para 6.06

PX237

authorities, the poor state of the country's infrastructure as well as the general population's embracing of stricter Islamic values, often enforced by militias, families or clans.[36]

**2.10   Internal Travel**

The Transitional Administrative Law (TAL) provides for the freedom of movement, and the Government generally respected this right in practice.[37] Nevertheless, freedom of movement in all parts of Iraq is severely restricted due to the security situation.[38] Freedom of movement is further restricted due to the numerous military checkpoints which have been set up, especially in and around Baghdad as well as at the former 'green line', which separates the Northern Governorates from Central Iraq. In addition, there are illegal checkpoints set up by armed groups and militias.[39] On 3 July 2004 the Iraqi Interim Government passed the Order for Safeguarding National Security (Number 1 of 2004), which enabled the prime minister to declare martial law for up to sixty days (renewable with the approval of the Presidency Council). The Order provides for the imposition of curfews; the closure of roads, sea lanes, and airspace; restrictions or bans on public gatherings; surveillance of electronic and other communications; and wide powers to search property and to detain suspects.[40] In response to the security situation, the Transitional Government of 13 May 2005 extended the Order for the Safeguarding National Security in all parts of Iraq, except the three Northern Governorates (Arbil, Dahuk and Sulaymanyah), for 30 days. The Order has subsequently been extended every month.[41] UNHCR noted in October 2005 that within the Iraqi context and with the exception of the capital city of Baghdad, cities are constituted of people belonging to specific tribes and families. Any newcomer, particularly when he/she does not belong to the existing tribes and families, is liable to be subject to discrimination.[42]

**2.11**   UNHCR in their October 2005 Guidelines advised against the possibility of internal relocation in all parts of Central or Southern Iraq. The document states that although certain victims are most certainly targeted because of *who* they are, many more appear to be targeted on the basis of *what* they are, or what they represent in the eyes of perpetrators, irrespective of where they are in Iraq. UNHCR therefore conclude that it is highly unlikely that asylum-seekers who fear persecution in Central and Southern Iraq will be able to find a place in this region where they would be safe from persecution.[43] However, asylum and human rights claims are not decided on the basis of a general approach, they are based on the circumstances of the particular individual and the specific risk to that individual. It is important that caseworkers give individual consideration to whether the applicant's well-founded fear of persecution in one area is likely to exist in another part of Iraq. UNHCR's conclusion that it is unsafe for all persons in Central and Southern Iraq to relocate is not therefore accepted, but each case must be considered on its individual merits.

**2.12**   UNHCR noted in October 2005 that the availability of an Internal Relocation Alternative (IRA) in the three Northern Governorates will depend on a variety of factors and needs to be assessed on a case-by-case basis. The major factor to be considered is whether the claimant would be allowed to enter and legally reside in the area of relocation and whether he/she has family, community and/or political links that would allow for his/her protection and economic survival and integration.[44] Persons legally residing in the three Northern Governorates have access to public services such as education, employment and housing. However persons with no family, tribal or political connections may find it difficult to effectively realise these rights, for example when attempting to find employment or accommodation. This is particularly true for women, as for cultural reasons they are in need

---

[36] UNHCR COI 2005 p2
[37] COIS Iraq Country Report para 6.181
[38] COIS Iraq Country Report para 6.182
[39] UNHCR COI 2005 p90
[40] COIS Iraq Country Report para 6.29, 6.31
[41] COIS Iraq Country Report para 6.30
[42] UNHCR Guidelines 2005 p49
[43] UNHCR Guidelines 2005 p49
[44] UNHCR Guidelines 2005 p24

**PX237**

of their family/tribe to support them economically.[45] The FCO stated in a letter dated 10 October 2005, that "Hawler International Airport in Erbil is now open to commercial traffic and Iraqi Airways and Kurdistan Airlines are operating flights to a number of regional destinations including Amman, Kuwait, Dubai, and most recently the German city of Frankfurt."[46] Permanent check points exist between the Centre of Iraq and the three Northern Governorates, as well as on the main entry/exit points linking Erbil, Dohuk and Sulaymaniyah.[47] UNHCR stated in October 2005 that every person who does not originate from the respective Governorate and is allowed to enter will have to apply for a residence permit in order to legalise his/her stay. Applicants need to submit a petition and the necessary documentation (ID card, citizenship certificate, etc.) to the Security Department (in Sulaymaniyah Governorate) or to the Governorate Office/Department of Internal Affairs, which will then refer the request to the Security Department (Erbil and Dohuk Governorates). They will have to undergo a security screening in which their reasons for relocation will be investigated. A search will be conducted to see if they have a prior criminal record or were previously Ba'ath party members; the presence of either of these factors will lead to the denial of a residence permit and an investigation or prosecution.[48]

2.13    In the Dohuk and Erbil Governorates, applicants for a residence permit need to either establish political links to the region or provide evidence they have fled a threat to their life; otherwise applications for a residence permit will be denied due to the serious lack of shelter in the Governorates. In all three Governorates, applicants must have a Kurdish sponsor residing in the respective Governorate in order to be granted a residence permit. The sponsor must have a good reputation and is required to know the applicant (for example as a family member or employer). At the recommendation of the Security Department, applicants are then granted residence permits for a six month-long stay.[49] Arab Iraqis are instantly recognised by Iraqi Kurds who view them with suspicion and would not generally welcome them into Iraqi Kurdistan.[50]

2.14   **The Kurdistan Regional Government**
        The Kurdistan Regional Government was recognized in the TAL as the official government of those territories that were administered by the Kurdish Regional Government on 19 March 2003 in the governorates of Dohuk, Arbil, Sulaimaniya, Kirkuk, Diyala, and Ninewah.[51] The KRG retains control over its own police and internal security forces and the right to impose taxes within the region (Art. 54A).[52] The Kurdistan Democratic List gained the majority of votes in the Kurdistan legislative election in January 2005 with 90 per cent of the votes and 104 seats in the Kurdistan National Assembly. Massoud Barzani was sworn in as the new regional president of Iraqi Kurdistan on 12 June 2005.[53] UNHCR observed in October 2005 that although the offices of the KDP and PUK have now started to work in each other's region, mutual respect and tolerance between the two parties has yet to be fully demonstrated.[54]

3.   **Main categories of claims**

3.1    This Section sets out the main types of asylum claim, human rights claim and Humanitarian Protection claim (whether explicit or implied) made by those entitled to reside in the country of Iraq. It also contains any common claims which may raise issues covered by the API on Discretionary Leave. Where appropriate it provides guidance on whether or not an individual making a claim is likely to face a real risk of persecution, unlawful killing or torture or inhuman or degrading treatment/punishment. It also provides guidance on whether or not

---

[45] UNHCR Guidelines 2005 p56
[46] COIS Iraq Country Report para 6.40
[47] UNHCR COI 2005 p76
[48] UNHCR Guidelines 2005 p54
[49] UNHCR Guidelines 2005 p54
[50] COIS Iraq Country Report para 6.196 & UNHCR Guidelines 2005 p54
[51] COIS Iraq Country Report para 5.23
[52] COIS Iraq Country Report para 5.24
[53] COIS Iraq Country Report para 5.13,5.25
[54] UNHCR Guidelines 2005 p17

**PX237**

sufficiency of protection is available in cases where the threat comes from a non-state actor; and whether or not internal relocation is an option. The law and policies on persecution, Humanitarian Protection, sufficiency of protection and internal flight are set out in the relevant API's, but how these affect particular categories of claim are set out in the instructions below.

**3.2**    Each claim should be assessed to determine whether there are reasonable grounds for believing that the claimant would, if returned, face persecution for a Convention reason - i.e. due to their race, religion, nationality, membership of a particular social group or political opinion. The approach set out in Karanakaran should be followed when deciding how much weight is to be given to the material provided in support of the claim (see the API on Assessing the Claim).

**3.3**    If the claimant does not qualify for asylum, consideration should be given to whether a grant of Humanitarian Protection is appropriate. If the claimant qualifies for neither asylum nor Humanitarian Protection, consideration should be given to whether s/he qualifies for Discretionary Leave, either on the basis of the particular categories detailed in Section 4 or on their individual circumstances.

**3.4**    This guidance is **not** designed to cover issues of credibility. Caseworkers will need to consider credibility issues based on all the information available to them. (For guidance on credibility see paragraph 11 of the API on Assessing the Claim)

**3.5**    Also, this guidance does not generally provide information on whether or not a person should be excluded from the Refugee Convention or from Humanitarian Protection or Discretionary Leave.  (See API on Humanitarian Protection and API on Exclusion under Article 1F or 33(2) and API on DL)

All APIs can be accessed via the IND website at:
http://www.ind.homeoffice.gov.uk/ind/en/home/laws___policy/policy_instructions/apis.html

**3.6**    Since 16 June 2003 the policy on Iraqi claims has been to grant Humanitarian Protection for a period of 6 months. With effect from 30 August 2005, when Humanitarian Protection is granted, leave should be granted for the standard period as set out in the current API on Humanitarian Protection.

**3.7**    **Claims based on the poor security conditions in Iraq**

**3.7.1**    Claimants may claim that due to the poor security situation and unstable situation in Iraq it is unsafe for them to return as they may be caught up and injured or killed in a violent incident.

**3.7.2**    *Treatment* Since the collapse of the former regime Iraq has suffered car bombings, kidnappings and assassinations. The fall of the former Government in April 2003 signalled the collapse of the Iraqi state apparatus. Since that time, daily life in Iraq (with the exception, to some extent, of the three Northern Governorates of Dohuk, Sulaymaniyah and Erbil) has essentially been governed by an extremely precarious security situation due to the activities of various insurgent groups. The general chaos created by the invasion and subsequent toppling of the former Government provided fertile space for many organised armed groups to resist the occupation and target any perceived collaborators through the use of violent means, often with total impunity.[55]  FCO confirmed in July 2005 that most attacks occur in the four Sunni provinces of Baghdad, Al Anbar, Ninewah and Saladin. Ten of Iraq's 18 provinces are quieter and more stable but are still not immune to insurgent and terrorist violence.[56]

**3.7.3**    Attacks increased in the period preceding the 30 January 2005 elections and then appeared to drop off slightly. However, since the formation of the ITG in late April 2005 a

---

[55] UNHCR Guidelines 2005 p2
[56] COIS Iraq Country Report para 6.19

PX237

spate of attacks have killed more than 1,000 people in two months as insurgents attempt to destabilize the new administration.[57] Anyone associated with or seen to be supporting the new Iraqi authorities, be they politicians, tribal or religious leaders, members of ethnic or religious minorities, journalists, doctors or lawyers have increasingly become the targets of attacks. There appears to be a continuing trend towards the targeting of ethnic or religious communities in an aim to arouse ethnic/religious tensions in the country, in particular between the Sunni and Shia religious communities. Increased attacks by Sunni extremist groups against Shiite religious sites or high-profile figures have been reported.[58] Iraq, and in particular Baghdad, also suffers from a high rate of criminality, with criminal gangs being involved in road ambushes, smuggling, stealing and kidnappings for high ransoms. The reasons for this include general insecurity, the lack of law enforcement and criminal impunity, high unemployment and the large number of criminals that Saddam Hussein freed in an amnesty in October 2002.[59]

**3.7.4** *Sufficiency of protection* Despite efforts to reform and rebuild the Iraqi Security Forces, they are not yet capable of independently fighting the insurgency and rely heavily on the presence of the Multinational Forces (MNF).[60] While there has been a strong increase in the number of Iraqi security forces, there has been a far from proportional improvement in their capabilities. The sections of the security forces equipped and trained to handle the insurgency are only a small fraction of the total, which is partly why the insurgency continues unabated.[61] It is accepted that the police force outside of the KRG area is not effective enough to provide security to ordinary Iraqis.[62]

**3.7.5** The PUK and KDP which took control of the north after the 1991 uprising, have built up police forces and local governments which remain in place, largely unaffected by the war.[63] Although it is quite likely that insurgents are once again living in Kurdish towns and cities in small numbers, and they would use opportunities as they present themselves to exact revenge for their ejection, the peshmerga presence and vigilance within Iraqi Kurdistan would make this difficult. Successful attacks are rare.[64]

**3.7.6** Sufficiency of protection in central and southern Iraq is not currently at a reasonable level, however in the KRG area it can be argued that protection is at a reasonably effective level.

**3.7.7** *Internal relocation* There is freedom of movement in that there are no formal restrictions within Iraq however there are limitations due to the numerous military and illegal checkpoints.[65] The imposition of curfews and the closure of roads as a result of the Safeguarding National Security Order limits freedom of movement.[66] Ease of movement within Iraq varies from place to place depending on security restrictions, and is the same for all Iraqis.[67] However Arab Iraqis are instantly recognised by Iraqi Kurds who view them with suspicion and would not generally welcome them into Iraqi Kurdistan.[68]

**3.7.8** Generally there is freedom of movement throughout Iraq; it is unlikely that internal relocation would be unduly harsh for men, and women with male partners or relatives. As a result of the recent rise in Islamic extremism single women may be unable to move around freely if unaccompanied and may not be able to settle in areas where they have no family ties as they are unlikely to be able to access resources without support.[69] In assessing this,

---

[57] UNHCR COI 2005 p14
[58] UNHCR COI 2005 p15
[59] UNHCR COI 2005 p16
[60] UNHCR Guidelines 2005 p2
[61] COIS Iraq Country Report para 5.92
[62] COIS Iraq Country Report para 5.96
[63] COIS Iraq Country Report para 5.97
[64] COIS Iraq Country Report para 6.37
[65] COIS Iraq Country Report para 6.181, 6.184
[66] COIS Iraq Country Report para 6.29, 6.31
[67] COIS Iraq Country Report para 6.183
[68] COIS Iraq Country Report para 6.196
[69] COIS Iraq Country Report para 6.270-272 & UNHCR COI 2005 p139

PX237

caseworkers will need to take all relevant factors into account including financial circumstances and health, whether the claimant has a support network.

### 3.7.9 *Caselaw*

**SM and others [2005] UKIAT 00111.** The Tribunal considered that "the authorities in the KRG are able as a matter of international law to provide security and protection to the inhabitants of that region." (para 52) They added that, "We also conclude that there is general sufficiency of protection for Kurds in the KAA subject to the exceptional case where a person has either fallen foul of the party in his own area and remains within that area or where there is a tribal dispute which unusually would not be resolved either by mediation or by tribal leaders or the intervention of one of the political parties." (para 279) On internal relocation the Tribunal noted that there are over 1 million Kurds living outside the KAA (para 273). In addition to internal relocation not being unduly harsh within the KAA, they also considered that relocation to the south would not be considered unduly harsh. (para 279)

**GH [2004] UKIAT 00248, promulgated 10 Sept 2004.** Tribunal conclude that the generality of people in Iraqi Kurdistan do not live in conditions that could arguably engage Art 3 (para 94).  In more general terms they assess the risk to life of innocent civilians from terrorist activities based on the number of estimated deaths as a percentage of the population (0.025%) and agree that "*the Secretary of State is right in his submission that the risk to the civilian population arises form [sic] the chance of being in the wrong place at the wrong time*" and that if the figures include deaths of Iraqi combatants "*..then the small percentage risk will be reduced even further*" (para 92 p35).

Para 81 *"Whilst it may be the case that personal differences still exist on the basis of what took place during the periods when the KDP and PUK were opposed to each other during the mid-1990s, so that in individual cases it may be that some from the PUK area could not live in the KDP area and vice versa, the degree of current co-operation and the common cause which the parties have does not in our view support the contention that there cannot be a general freedom of movement within the area of Iraqi Kurdistan capable of being exercised safely".* In relation to the effectiveness of the system of government the Tribunal state at para 83 "*The general picture which emerges is one of comparative stability in a region under a common administration with a functioning security and judicial system".*

**AR [2004] UKIAT 00273, promulgated 28th September 2004.** Tribunal assess the removals policy of individuals to Iraq and the implications for Articles 2 & 3 of the ECHR.  IAT find that return in itself to Iraq would not constitute a breach of Articles 2 or 3, as there is no evidence of persons returned being subject to a consistent pattern of gross and systematic breaches of their human rights. Dismissed by Tribunal.

### 3.7.10 *Conclusion* A state of general insecurity does not of itself give rise to a well-founded fear of persecution for a Refugee Convention reason unless the claimant is at serious risk of adverse treatment over and above others (see other common categories of claim in this OGN). Moreover the reports of tension and security breaches do not demonstrate that there would be a consistent pattern of gross and systematic violation of rights under Article 3 ECHR generally. The current evidence also does not suggest that the level of violence and insecurity amounts to a serious risk of unlawful killing and so a grant of Humaitarian Protection in such cases is unlikely to be appropriate. In addition no Government can be expected to guarantee the safety of all its citizens. Accordingly a grant of asylum or humanitarian protection is unlikely to be appropriate in these cases.

### 3.8     Perceived collaborators

3.8.1   Claimants may claim that as a result of their work for the UN, NGOs or foreign contractors, or because of the real or perceived support for the transitional Iraqi Government they face a real risk of being targeted by insurgents and as a result being taken hostage or becoming the target of a violent attack.

3.8.2   *Treatment* US military intelligence officials say they believe that three interconnected groups are the most powerful actors in the Iraqi insurgency today: Ansar Al-Islam, Ansar Al-Sunna and Al-Qaeda in Iraq, the last of which is headed by Jordanian militant Abu Musab Al-Zarqawi. A loose coalition of insurgent groups (including guerrillas from Jaish Ansar Al-

PX237

Sunna, Jaish Mohammed and Al-Qaeda in Iraq) are believed to have a controlling presence in the cities of Fallujah, Ramadi, Samarra, Baqouba, Al- Qaim, Tal Afar and Mosul. Since August 2003, there have been increased attacks on civilian targets or so-called 'soft targets': the assassination of Iraqis cooperating with the MNF or the Iraqi authorities and suicide bombings targeting the UN, the ICRC, foreign embassies and diplomats, Shia mosques and civilians, Kurdish political parties, hotels and Christian churches. Iraqis who support the political process are often viewed as 'collaborators'.[70]

3.8.3    Members of the Iraqi police force, as well as potential police recruits are often the victims of lethal attacks.[71] Amnesty International reported on 25 July 2005 that "Hundreds of Iraqis have been killed by armed groups because they were perceived as 'traitors' or 'collaborators'. Among them have been translators, drivers and other civilians working for the MNF, civil servants, government officials, judges and journalists. The attacks have sometimes resulted in the killing of people accompanying the 'targets,' including children."[72]

3.8.3    According to Iraq's Deputy Minister of Higher Education and reported in May 2005, more than 2,000 academics left Iraq under the former regime; since its fall a further 260 have followed them, mainly due to threats by insurgents who have already killed 47 academics.[73] A study carried out by a special commission set up by the Ministry of Health between January and April 2005 found that more than 160 doctors and other medical personnel have been killed and kidnapped since January 2005. According to Dr Muhammad Al-Hassuny, Director of the Programme, doctors have been targeted by insurgents because of their financial status and social prestige in Iraqi society. In addition, they represent easy targets for violent gangs that specialise in kidnapping because they move around the city to see patients and often cannot afford large numbers of bodyguards.[74]

3.8.4    *Sufficiency of protection* While there has been a strong increase in the number of Iraqi security forces, there has been a far from proportional improvement in their capabilities.[75] It is accepted that the police force outside of the KRG area is not effective enough to provide security to ordinary Iraqis.[76]

3.8.5    The current stability in Kurdistan stands in stark contrast to other parts of the country.[77] The PUK and KDP which took control of the north after the 1991 uprising, have built up police forces and local governments which remain in place, largely unaffected by the war.[78] Although it is quite likely that insurgents are once again living in Kurdish towns and cities in small numbers, and they would use opportunities as they present themselves to exact revenge for their ejection, the peshmerga presence and vigilance within Iraqi Kurdistan would make this difficult. Successful attacks are rare.[79]

3.8.6    Sufficiency of protection in central and southern Iraq is not currently at a reasonable level, however in the KRG area it can be argued that protection is at a reasonably effective level.

3.8.7    *Internal relocation* There is freedom of movement in that there are no formal restrictions within Iraq however there are limitations due to the numerous military and illegal checkpoints.[80] The imposition of curfews and the closure of roads as a result of the Safeguarding National Security Order limits freedom of movement.[81] Ease of movement within Iraq varies from place to place depending on security restrictions, and is the same for

---

[70] UNHCR COI 2005 p65
[71] COIS Iraq Country Report para 6.325
[72] COIS Iraq Country Report para 3.26
[73] UNHCR Guidelines p41
[74] UNHCR Guidelines p44
[75] COIS Iraq Country Report para 5.92
[76] COIS Iraq Country Report para 5.96
[77] COIS Iraq Country Report para 6.218
[78] COIS Iraq Country Report para 5.97
[79] COIS Iraq Country Report para 6.37
[80] COIS Iraq Country Report para 6.181, 6.184
[81] COIS Iraq Country Report para 6.29, 6.31

PX237

all Iraqis.[82] However Arab Iraqis are instantly recognised by Iraqi Kurds who view them with suspicion and would not generally welcome them into Iraqi Kurdistan.[83]

**3.8.8**   Generally there is freedom of movement throughout Iraq; it is unlikely that internal relocation would be unduly harsh for men, and women with male partners or relatives. As a result of the recent rise in Islamic extremism single women may be unable to move around freely if unaccompanied and may not be able to settle in areas where they have no family ties as they are unlikely to be able to access resources without support.[84] Caseworkers will also need to take all relevant factors into account including financial circumstances, health, and whether the claimant has a support network. In assessing whether internal relocation would be appropriate in the individual's case, caseworkers will need to consider whether the applicant's perceived collaboration would be apparent in another part of Iraq. For example those targeted because of their job, or religion may be unable to escape the threat of perceived collaboration wherever they relocate in Southern or Central Iraq.[85]

**3.8.9**   *Caselaw*

**SM and others [2005] UKIAT 00111.** The Tribunal considered that "the authorities in the KRG are able as a matter of international law to provide security and protection to the inhabitants of that region." (para 52) They added that, "We also conclude that there is general sufficiency of protection for Kurds in the KAA subject to the exceptional case where a person has either fallen foul of the party in his own area and remains within that area or where there is a tribal dispute which unusually would not be resolved either by mediation or by tribal leaders or the intervention of one of the political parties." (para 279) On internal relocation the Tribunal noted that there are over 1 million Kurds living outside the KAA (para 273). In addition to internal relocation not being unduly harsh within the KAA, they also considered that relocation to the south would not be considered unduly harsh. (para 279)

**GH [2004] UKIAT 00248.** The Tribunal concluded that in Sulaimaniyah  "we are also satisfied that those representing the lawful authorities in his home area are currently providing a sufficiency of protection against the Islamic extremists and terrorists and we see no arguable reason why such protection would not be equally available to the appellant." (para 126).

**3.8.10**   *Conclusion* A claimant who has a localised threat on the basis that they are perceived to be a collaborator and is unable to acquire protection in their local area, may be able to relocate to an area where that localised threat does not exist. The caseworker will need to take into consideration the nature of the threat and how far it would extend to, and whether it would be unduly harsh to expect the claimant to relocate. A claim made on these grounds may be well founded and a grant of refugee status due to political opinion or imputed political opinion may be appropriate depending on the facts of the case.

**3.9**   **Claims based on the fear of kidnapping**

**3.9.1**   Claimants may claim that due to the rise in hostage taking in Iraq they face a serious risk of being taken hostage.

**3.9.2**   *Treatment.* According to UNHCR in their Country of Origin Report dated October 2005, 5,000 Iraqis have been kidnapped since the fall of the former regime, with many other kidnappings going unreported. Besides kidnappings taking place for political motives, members of wealthy families, businessmen, professionals and expatriates remain at risk of being kidnapped by criminal gangs and insurgent groups, which often work together.[86] Scores of hostages were executed by their captors. Other kidnappings were carried out by armed groups to extract ransoms from families or employers.[87] Many of the hostages, both

---

[82] COIS Iraq Country Report para 6.183
[83] COIS Iraq Country Report para 6.196
[84] COIS Iraq Country Report para 6.270-6.272 & UNHCR COI 2005 p139
[85] UNHCR Guidelines 2005 p49
[86] UNHCR COI 2005 p16
[87] COIS Iraq Country Report para 6.382

**PX237**

Iraqis and foreign nationals, were said to have been tortured.[88] Several Iraqi Christians have been kidnapped and this has to do with a general perception in Iraq that the Christian community is wealthy.[89]

**3.9.3**  Amnesty International in a report dated 25 July 2005 noted that, "It is difficult to distinguish between armed political groups and criminal gangs when it comes to hostage-taking as there are many credible reports suggesting that hostages, in particular foreign nationals, taken by criminal gangs are then handed over to armed political groups in exchange for money. In many cases armed political groups seem to have made the release of their victims conditional on payment of money even when they make political demands such as the withdrawal of foreign troops."[90]

**3.9.4**  *Sufficiency of protection* While there has been a strong increase in the number of Iraqi security forces, there has been a far from proportional improvement in their capabilities.[91] It is accepted that the police force outside of the KRG area is not effective enough to provide security to ordinary Iraqis.[92]

**3.9.5**  The PUK and KDP which took control of the north after the 1991 uprising, have built up police forces and local governments which remain in place, largely unaffected by the war.[93] Although it is quite likely that insurgents are once again living in Kurdish towns and cities in small numbers, and they would use opportunities as they present themselves to exact revenge for their ejection, the peshmerga presence and vigilance within Iraqi Kurdistan would make this difficult. Successful attacks are rare.[94]

**3.9.6**  Sufficiency of protection in central and southern Iraq is not currently at a reasonable level, however in the Kurdistan Regional Government area it can be argued that protection is at a reasonably effective level.

**3.9.7**  *Internal relocation* There is freedom of movement in that there are no formal restrictions within Iraq however there are limitations due to the numerous military and illegal checkpoints.[95] The imposition of curfews and the closure of roads as a result of the Safeguarding National Security Order limits freedom of movement.[96] Ease of movement within Iraq varies from place to place depending on security restrictions, and is the same for all Iraqis.[97] However Arab Iraqis are instantly recognised by Iraqi Kurds who view them with suspicion and would not generally welcome them into Iraqi Kurdistan.[98]

**3.9.8**  Generally there is freedom of movement throughout Iraq; it is unlikely that internal relocation would be unduly harsh for men, and women with male partners or relatives. As a result of the recent rise in Islamic extremism single women may be unable to move around freely if unaccompanied and may not be able to settle in areas where they have no family ties as they are unlikely to be able to access resources without support.[99] Caseworkers will also need to take all relevant factors into account including financial circumstances, health and whether the claimant has a support network. In assessing whether internal relocation would be appropriate in the individual's case, caseworkers will need to consider whether the applicant's reason to be kidnapped would be apparent in another part of Iraq. For

---

[88] COIS Iraq Country Report para 6.383
[89] COIS Iraq Country Report para 6.387
[90] COIS Iraq Country Report para 6.390
[91] COIS Iraq Country Report para 5.92
[92] COIS Iraq Country Report para 5.96
[93] COIS Iraq Country Report para 5.97
[94] COIS Iraq Country Report para 6.37
[95] COIS Iraq Country Report para 6.181, 6.184
[96] COIS Iraq Country Report para 6.29, 6.31
[97] COIS Iraq Country Report para 6.183
[98] COIS Iraq Country Report para 6.196
[99] COIS Iraq Country Report para 6.270 – 6.272 & UNHCR COI 2005 p139

PX237

example those targeted because of their job, or religion may be unable to escape a real risk of kidnapping wherever they relocate in Southern or Central Iraq.[100]

### 3.9.9  *Caselaw*

**SM and others [2005] UKIAT 00111.** The Tribunal considered that "the authorities in the KRG are able as a matter of international law to provide security and protection to the inhabitants of that region." (para 52) They added that, "We also conclude that there is general sufficiency of protection for Kurds in the KAA subject to the exceptional case where a person has either fallen foul of the party in his own area and remains within that area or where there is a tribal dispute which unusually would not be resolved either by mediation or by tribal leaders or the intervention of one of the political parties." (para 279) On internal relocation the Tribunal noted that there are over 1 million Kurds living outside the KAA (para 273). In addition to internal relocation not being unduly harsh within the KAA, they also considered that relocation to the south would not be considered unduly harsh. (para 279)

**GH [2004] UKIAT 00248.** The Tribunal concluded that in Sulaimaniyah  "we are also satisfied that those representing the lawful authorities in his home area are currently providing a sufficiency of protection against the Islamic extremists and terrorists and we see no arguable reason why such protection would not be equally available to the appellant." (para 126).

### 3.9.10  *Conclusion*  Doctors and other professionals, Christians, and those who are members of rich families have been the primary targets for kidnapping or killing because they are, or are perceived to be, wealthy. Individuals from within this group may be able to demonstrate that they are personally at serious risk of being kidnapped and there is not sufficient protection available to them. A claimant who has a localised threat on that basis and who is unable to acquire protection in their local area may be able to relocate to an area where that localised threat does not exist. For individuals who face a real risk of kidnapping caseworkers should consider their claims in the context of the stability of their local area. Kidnapping motivated by economic reasons would not engage the UK's obligations under the 1951 UN Convention and therefore a grant of asylum would not be appropriate. However a claim made on the grounds of fear of kidnapping due to economic reasons may be well founded and Humanitarian Protection will be appropriate depending on the facts of the case. For claimants who can demonstrate a well-founded fear of persecution due to a Convention reason, and are unable to acquire protection or relocate internally a grant of asylum will be appropriate.

### 3.10  Fear of Saddam Hussein's regime

**3.10.1**  Claimants may claim that they fear ill-treatment/persecution from the members of the former regime of Saddam Hussein on account of military service/draft evasion and desertion, pressure to join Fedayeen Saddam, forced recruitment into Al Quds/Jerusalem Army/Fedayeen Palestine, non-Arabs who suffered under "Arabisation", doctors and associated professions who have refused to obey orders of the former regime to punish people by undertaking operations involving branding and amputations, Shi'a Clerics who were not appointed by the former regime; and their families, and those that fear the consequences of illegal departure from Iraq under Saddam's regime.

**3.10.2**  *Treatment*  Saddam Hussein's regime was ousted in military action by coalition forces in March and April 2003.[101] Shortly after the end of major military operations the Ba'ath Party was dissolved. In the early months of the U.S.-led occupation, authorities banned the Ba'ath Party and removed all senior Ba'athists from the government and security forces. But U.S. officials began to shift their strategy in April 2004 and, in a bid to strengthen the officer corps, allowed some senior ex-Ba'athists to return to the security forces.[102] Many of those involved in the insurgency or in armed groups are believed to be former army officers, Ba'athists and members of the various security agencies of the previous regime.[103]

---

[100] UNHCR Guidelines 2005 p49
[101] COIS Iraq Country Report para 4.01
[102] COIS Iraq Country Report para 4.03 & 6.303
[103] COIS Iraq Country Report para 6.304

PX237

**3.10.3** *Sufficiency of protection* While there has been a strong increase in the number of Iraqi security forces, there has been a far from proportional improvement in their capabilities.[104] It is accepted that the police force outside of the KRG area is not effective enough to provide security to ordinary Iraqis.[105]

**3.10.4** The PUK and KDP which took control of the north after the 1991 uprising, have built up police forces and local governments which remain in place, largely unaffected by the war.[106] Although it is quite likely that insurgents are once again living in Kurdish towns and cities in small numbers, and they would use opportunities as they present themselves to exact revenge for their ejection, the peshmerga presence and vigilance within Iraqi Kurdistan would make this difficult. Successful attacks are rare.[107]

**3.10.5** Sufficiency of protection in central and southern Iraq is not currently at a reasonable level, however in the KRG area it can be argued that protection is at a reasonably effective level.

**3.10.6** *Internal relocation* There is freedom of movement in that there are no formal restrictions within Iraq however there are limitations due to the numerous military and illegal checkpoints.[108] The imposition of curfews and the closure of roads as a result of the Safeguarding National Security Order limits freedom of movement.[109] Ease of movement within Iraq varies from place to place depending on security restrictions, and is the same for all Iraqis.[110] However Arab Iraqis are instantly recognised by Iraqi Kurds who view them with suspicion and would not generally welcome them into Iraqi Kurdistan.[111]

**3.10.7** Generally there is freedom of movement throughout Iraq; it is unlikely that internal relocation would be unduly harsh for men, and women with male partners or relatives. As a result of the recent rise in Islamic extremism single women may be unable to move around freely if unaccompanied and may not be able to settle in areas where they have no family ties as they are unlikely to be able to access resources without support.[112] Caseworkers will also need to take all relevant factors into account including financial circumstances, health and whether the claimant has a support network.

**3.10.8** *Conclusion* Taking into account the fall of Saddam's regime in April 2003, the dissolving of the Ba'ath Party and actions taken against former senior members it is very unlikely that claimants will be able to demonstrate a continuing risk of persecution by agents of the former regime and a grant of asylum or HP will not generally be appropriate.

**3.11    Former members of the Ba'ath Party and their families**

**3.11.1** Claimants may claim that as a result of their past membership of the Ba'ath Party they have been targeted and are likely to suffer persecution or ill-treatment from both or either State or non-State agents.

**3.11.2** *Treatment* Most estimates put Ba'ath Party membership before the collapse of Saddam's regime at an estimated 1 million to 2.5 million. Party membership was a prerequisite for advancement in many fields in Saddam's Iraq and ordinary membership did not of itself imply support for the Party's policies.[113] At the lowest level, (Ba'ath Party) study circles (*halaqa*) and cells (*kheliya*) held weekly meetings with a dozen or so activists from the same neighbourhood or sector. The party's divisions (*firqa*), which included all the cells

---

[104] COIS Iraq Country Report para 5.92
[105] COIS Iraq Country Report para 5.96
[106] COIS Iraq Country Report para 5.97
[107] COIS Iraq Country Report para 6.37
[108] COIS Iraq Country Report para 6.181, 6.184
[109] COIS Iraq Country Report para 6.29, 6.31
[110] COIS Iraq Country Report para 6.183
[111] COIS Iraq Country Report para 6.196
[112] COIS Iraq Country Report para 6.270 - 6.272 & UNHCR COI 2005 p139
[113] COIS Iraq Country Report para 6.301

PX237

within a district office or factory, occupied the next highest level, and then the sections (*shu'ba*) and branches (*fara'*) which made up urban areas or Governorates.[114]  While the level of affiliation or rank held within the Ba'ath party may sometimes be a determining factor regarding who is targeted, it is generally difficult to pinpoint exactly why a particular individual may be targeted. Low-ranking officials of the Ba'ath party have also been killed or otherwise attacked because of the activities they were involved in.[115] There have been reprisals against former Ba'athists who were considered to have committed abuses, and not necessarily only nationally known figures; informers or members of local security apparatus might be known locally and could be at greater risk of reprisals from those who had a grievance against them.[116] Since the January 2005 elections, Shiite militants have stepped up their campaign to exact street justice from men who were part of the regime that oppressed and massacred members of their sect for decades. While Shiite politicians turn a blind eye, assassins are working their way through a hit list of Saddam's former security and intelligence personnel.[117] As regards the Ba'ath Party rank and file members, the UNHCR in October 2005 noted that whilst many Iraqis today suffer harassment as a result of their previous low or mid level membership in the Ba'ath Party, this harassment may not necessarily reach the level of persecution.[118]

**3.11.3** There is no evidence to suggest that the relatives or associates of former Ba'athists are being targeted in reprisal attacks, although a number have been caught up in attacks aimed at the Ba'athists themselves.[119]

**3.11.4** *Sufficiency of protection* While there has been a strong increase in the number of Iraqi security forces, there has been a far from proportional improvement in their capabilities.[120] A Knight Ridder article, dated 25 February 2005, stated that "The war between Shiite vigilantes and former Ba'ath Party members is seldom investigated and largely overshadowed by the insurgency. The U.S. military is preoccupied with hunting down suicide bombers and foreign terrorists, and Iraq's new Shiite leaders have little interest in prosecuting those who kill their former oppressors or their enemies in the insurgency. It is accepted that the police force outside of the KRG area is not effective enough to provide security to ordinary Iraqis."[121]

**3.11.5** The PUK and KDP which took control of the north after the 1991 uprising, have built up police forces and local governments which remain in place, largely unaffected by the war.[122] Although it is quite likely that insurgents are once again living in Kurdish towns and cities in small numbers, and they would use opportunities as they present themselves to exact revenge for their ejection, the peshmerga presence and vigilance within Iraqi Kurdistan would make this difficult. Successful attacks are rare.[123]

**3.11.6** Sufficiency of protection in central and southern Iraq is not currently at a reasonable level, however in the KRG area it can be argued that protection is at a reasonably effective level.

**3.11.7** *Internal relocation* In many cases the threat of reprisals against former lower ranking members of the Ba'ath party will be a localised problem. There is freedom of movement in that there are no formal restrictions within Iraq however there are limitations due to the numerous military and illegal checkpoints.[124]  The imposition of curfews and the closure of roads as a result of the Safeguarding National Security Order limits freedom of

---

[114] UNHCR Guidelines 2005 p38
[115] UNHCR Guidelines 2005 p15
[116] COIS Iraq Country Report para 6.308
[117] COIS Iraq Country Report para 6.313
[118] UNHCR Guidelines 2005 p16
[119] COIS Iraq Country Report para 6.314 – 6.315
[120] COIS Iraq Country Report para 5.92
[121] COIS Iraq Country Report para 6.312
[122] COIS Iraq Country Report para 5.97
[123] COIS Iraq Country Report para 6.37
[124] COIS Iraq Country Report para 6.181, 6.184

PX237

movement.[125] Ease of movement within Iraq varies from place to place depending on security restrictions, and is the same for all Iraqis.[126] However Arab Iraqis are instantly recognised by Iraqi Kurds who view them with suspicion and would not generally welcome them into Iraqi Kurdistan.[127]

3.11.8 Generally there is freedom of movement throughout Iraq; it is unlikely that internal relocation would be unduly harsh for men, and women with male partners or relatives. As a result of the recent rise in Islamic extremism single women may be unable to move around freely if unaccompanied and may not be able to settle in areas where they have no family ties as they are unlikely to be able to access resources without support.[128] Caseworkers will also need to take all relevant factors into account including financial circumstances, health and whether the claimant has a support network. In assessing whether internal relocation would be appropriate in the individual's case, caseworkers will need to consider whether the applicant's Ba'ath party involvement would be apparent in another part of Iraq. For example those targeted because of their job may be unable to escape the threat of repercussions wherever they relocate in southern or central Iraq.[129]

3.11.9 Internal relocation would not be a reasonable option for former Ba'athists who are nationally known through exposure in the media.

**3.11.10 Caselaw**

**OH [2004] UKIAT 00254, promulgated 15th September 2004.** The appellant claimed that his father was a Ba'ath party member who had been murdered in 1999 (his father's activities resulted in arrests, executions and deportations). The appellant was a simple member of the Ba'ath party and attended meetings. When he was asked to join the Fidayi Saddam group and go to Palestine and fight against Israel he fled from Iraq as he feared refusing would mean execution. IAT find that there would be no risk to the appellant on return.

3.11.11 *Conclusion* Whilst many Iraqis today suffer harassment as a result of their previous membership in the Ba'ath Party, it is unlikely that this harassment will reach the level of persecution.[130] To establish a well-founded fear, a claimant will need to show that their activities brought them to the adverse attention of those they fear, whether locally through their direct actions or on a wider stage because they are inextricably associated with the abuses of the former regime. In the event that a local threat from non-State agents is established, it would not be unduly harsh for the claimant to relocate elsewhere in Iraq and neither asylum nor HP would be appropriate.

3.11.12 Internal relocation would not be an option for nationally known figures. Where a claimant is able to establish a well-founded fear on the grounds that they are nationally known and associated with the activities of the former regime, the activities that brought them to national attention would generally mean they would be of interest to the authorities in Iraq. However it is also likely that their role within the former regime would exclude them from the provisions of the Refugee Convention, and from eligibility for HP. All applications from senior members of the Ba'ath party are to be referred to a SCW before decision.

**3.12.1 Tribal disputes**

3.12.1 Claimants may claim that as a result of a tribal dispute they fear ill-treatment or persecution from members of their or another tribe with whom they have a dispute.

3.12.2 *Treatment* Iraq is a largely tribal society with at least three-quarters of the Iraqi people belonging to one of the country's 150 tribes.[131] The *Law on Criminal Proceedings* leaves

---

[125] COIS Iraq Country Report para 6.29, 6.31
[126] COIS Iraq Country Report para 6.183
[127] COIS Iraq Country Report para 6.196
[128] COIS Iraq Country Report para 6.270 – 6.272 & UNHCR COI 2005 p139
[129] UNHCR Guidelines 2005 p49
[130] UNHCR Guidelines 2005 p16
[131] UNHCR COI 2005 p123

PX237

space for the use of tribal justice or other forms of extrajudicial procedures (e.g. religious courts) in three main areas:
  • Offences giving rise exclusively to a private right of action (offences for which criminal proceedings may only be initiated upon the complaint of the aggrieved party);
  • Conciliation prior to verdict leading to the suspension of legal action;
  • Subsequent pardon on request of the victim.
These provisions also continue to be applicable in the three Northern Governorates.[132] In the case of blood disputes, the punishment of the perpetrator by a court may actually not solve the case as, according to tribal rules, only the payment of compensation or revenge killing can restore justice.[133] It was noted in 2003 that people had been exploiting the tribal arbitration mechanism whereby tribal leaders would mediate between the families of victims and perpetrators to try to arrive at a figure for compensation, or 'blood money'. In the aftermath of the conflict, tribal leaders had been 'swamped' with false claims from people trying to earn a few dollars and openly expressed concern at the damage that tribal-based criminality was having on their communities.[134]

3.12.3   Tribes are very important in the country. It is very common in Iraq to ask the tribal-leaders to solve problems between members of different tribes. A decision of a sheik (tribal leader) is normally respected by everyone, even by the defeated party.[135] Tribal leaders have an effective conflict - solving power in the rural areas whereas in the bigger cities their competence is limited.[136]

3.12.4   UNHCR in their October 2005 Country of Origin Information report noted that there is concern that policemen, who are often more loyal to their tribe than to their duty, may enter tribal feuds and further undermine the reputation and effectiveness of the Iraqi Security Forces (ISF). In the past, feuds have also taken place between the Garamsha and the Basun tribe, the Garamsha and the Awlad Amer tribe and the Al-Abtut and Al-Hamadne tribes.[137]

3.12.5   UNHCR noted in the same report that whereas tribal justice is a system commonly-used in dealing with inter-tribal feuds, it has also provided justification for killings of US soldiers and suspected collaborators. According to Paul McGeough, author of 'Mission Impossible - The Sheikhs, the US and the future of Iraq', much of the violence against the US and persons considered to be collaborating with the 'occupation' is a result of tribal justice and revenge killings. On 1 August 2003, the Washington Post reported on a particularly acute example of tribal justice: the killing of an Iraqi 'collaborator' by his father and brother in the attempt to avoid a string of revenge killings dictated by tribal tradition.[138]

3.12.6   *Sufficiency of protection* While there has been a strong increase in the number of Iraqi security forces, there has been a far from proportional improvement in their capabilities.[139] It is accepted that the authorities outside of the KRG area are not effective enough to provide security to ordinary Iraqis.[140]

---

[132] UNHCR COI 2005 p123
[133] UNHCR COI 2005 p124
[134] COIS Iraq Country Report para 6.321
[135] COIS Iraq Country Report para 6.318
[136] COIS Iraq Country Report para 6.319
[137] UNHCR COI 2005 p90
[138] UNHCR COI 2005 p124
[139] COIS Iraq Country Report para 5.92
[140] COIS Iraq Country Report para 5.96

PX237

**3.12.7**  The PUK and KDP which took control of the north after the 1991 uprising, have built up police forces and local governments which remain in place, largely unaffected by the war.[141] Sufficiency of protection in Central and Southern Iraq is not currently at a reasonable level, however in the KRG area it can be argued that protection is at a reasonably effective level.

**3.12.8**  *Internal relocation* Tribes are regional power-holders[142] and therefore if there is a localised tribal dispute the individual should be able to relocate to escape the problem. However UNHCR noted in October 2005 that within the Iraqi context and with the exception of the capital city of Baghdad, cities are constituted of people belonging to specific tribes and families. Any newcomer, particularly when he/she does not belong to the existing tribes and families, is liable to be subject to discrimination.[143] However tribes do appear to have limited influence in Baghdad.[144] Though relocation by persons of a certain tribe may cause resentment and discrimination on the part of the receiving tribe, such a relocation is not considered unduly harsh.

**3.12.9**  There is freedom of movement in that there are no formal restrictions within Iraq   however there are limitations due to the numerous military and illegal checkpoints.[145] The imposition of curfews and the closure of roads as a result of the Safeguarding National Security Order limits freedom of movement.[146] Ease of movement within Iraq varies from place to place depending on security restrictions, and is the same for all Iraqis.[147] However Arab Iraqis are instantly recognised by Iraqi Kurds who view them with suspicion and would not generally welcome them into Iraqi Kurdistan.[148]

**3.12.10** Generally there is freedom of movement throughout Iraq; it is unlikely that internal relocation would be unduly harsh for men, and women with male partners or relatives. As a result of the recent rise in Islamic extremism single women may be unable to move around freely if unaccompanied and may not be able to settle in areas where they have no family ties as they are unlikely to be able to access resources without support.[149] Caseworkers will also need to take all relevant factors into account including financial circumstances, health, whether the claimant has a support network. In assessing whether internal relocation would be appropriate in the individual's case, caseworkers will need to consider whether the applicant's past fear is likely to be known in another part of Iraq.[150]

**3.12.11** *Caselaw*

> **SM and others [2005] UKIAT 00111.** The Tribunal considered that "the authorities in the KRG are able as a matter of international law to provide security and protection to the inhabitants of that region." (para 52) They added that, "We also conclude that there is general sufficiency of protection for Kurds in the KAA subject to the exceptional case where a person has either fallen foul of the party in his own area and remains within that area or where there is a tribal dispute which unusually would not be resolved either by mediation or by tribal leaders or the intervention of one of the political parties." (para 279) On internal relocation the Tribunal noted that there are over 1 million Kurds living outside the KAA (para 273). In addition to internal relocation not being unduly harsh within the KAA, they also considered that relocation to the south would not be considered unduly harsh. (para 279)

> **GH [2004] UKIAT 00248.** The Tribunal concluded that in Sulaimaniyah "we are also satisfied that those representing the lawful authorities in his home area are currently providing a sufficiency of

---

[141] COIS Iraq Country Report para 5.97
[142] COIS Iraq Country Report para 6.317
[143] UNHCR Guidelines 2005 p49
[144] COIS Iraq Country Report para 6.319
[145] COIS Iraq Country Report para 6.181, 6.184
[146] COIS Iraq Country Report para 6.29, 6.31
[147] COIS Iraq Country Report para 6.183
[148] COIS Iraq Country Report para 6.196
[149] COIS Iraq Country Report para 6.270-6.272 & UNHCR COI 2005 p139
[150] UNHCR Guidelines 2005 p49

PX237

protection against the Islamic extremists and terrorists and we see no arguable reason why such protection would not be equally available to the appellant." (para 126).

**3.12.12** *Conclusion* Tribes within Iraq are important informal civil authorities that can invariably mediate and dissolve a threat which will negate any element of fear the claimant had. Where tribal elders or the tribal structure can successfully mediate and subdue a particular conflict, it is likely that the threat of persecution will not materialise. The grant of asylum or humanitarian protection in such cases is unlikely to be appropriate. It is nevertheless possible that claimants unable to avail themselves of such tribal support will be able to demonstrate a continuing threat from a tribal dispute which could amount to persecution but . As those at risk do not constitute a particular social group, fear of a tribal dispute is not persecution for a 1951 UN Convention reason and a grant of asylum would not be appropriate. Where those circumstances are such that the individual has demonstrated that him/her is unable to acquire protection and that it would be unduly harsh for him/her to relocate, a grant of Humanitarian Protection will be appropriate.

### 3.13   Honour killings in Central and Southern Iraq

**3.13.1** Claimants may claim that they are at risk of honour killing by non-State agents, as a result of having brought the honour of their family into disrepute.

**3.13.2** *Treatment* Most victims of 'honour crimes' are women and girls who are considered to have shamed the women's families by immoral behaviour. Often the grounds for such an accusation are flimsy and no more than rumour. Women might be killed because they lost their virginity before marriage, they demanded divorce or refused marriage, had extra-marital affairs, or even because they were raped,. 'Honour crimes' are most often perpetrated by male members of the women's families in the belief that such crimes restore their and the family's honour.[151] 'Honour killings' occur mainly in conservative Muslim families (both Shiite and Sunni, of both Arab and Kurdish backgrounds), in all areas of Iraq. 'Honour killings' cannot be justified by Islam or Sharia law, but are a 'tribal custom stemming from the patriarchal and patrilineal society's interest in keeping strict control over familial power structures'.[152] A study conducted by the Ministry of Women's Affairs reported in May 2005 found that more than 400 women have been raped since the fall of the former regime and more than half of this group were later killed for honour-related reasons.[153] An Amnesty report dated February 2005 noted that for decades, violence in the family in Iraq has been under-reported. Most acts of violence in the home are carried out on women and girls by husbands, brothers, fathers or sons. The men are sometimes acting on the orders of family councils, gatherings of family or clan elders who decide the punishment for women deemed to have infringed traditional codes of honour.[154] The lack of a functioning judicial system during the months after the 2003 war contributed to an increase in the part played by tribal bodies in resolving conflicts, including in relation to 'honour crimes'.[155]

**3.13.3** However according to UNHCR in Oct 2005 tribal justice is also seen as sanctioning 'honour killings', forced marriages and other forms of tribal customs, seriously violating the rights of women and girls. While most cases are resolved through the payment of money, other forms of compensation such as arranged marriages are used, although to a lesser extent. This practice is known as 'exchange-for-blood marriage', in which one or two women of a tribe are given to the male relatives of another tribe as compensation for the killing of one of that tribe's members.[156]

**3.13.4** Some women try and commit suicide, particularly through self-immolation, in order to 'cleanse' the honour of the family or to escape killing or other forms of violence. In the

---

[151] COIS Iraq Country Report para 6.253, 6.256 & UNHCR COI 2005 p36-37
[152] UNHCR COI 2005 p37
[153] UNHCR COI 2005 p38
[154] COIS Iraq Country Report para 6.243
[155] COIS Iraq Country Report para 6.255
[156] UNHCR COI 2005 p124

PX237

Governorate of Sulaymaniyah, 119 cases of self-immolation were recorded by Rewan Women's Information and Cultural Centre in 2002. The practices of hymen reconstruction on girls that have lost their virginity and backstreet abortions both pose a serious health risk but appear for some girls to be the only way to escape killing.[157]

**3.13.5** UNHCR noted in October 2005 that women who have fled Iraq on their own or with their children may face additional risks. Women who do not benefit from any type of family network or tribal links to protect them are at risk and are likely to be prime targets for traffickers.[158]

**3.13.6** *Sufficiency of protection* While there has been a strong increase in the number of Iraqi security forces, there has been a far from proportional improvement in their capabilities.[159]

**3.13.7** UNHCR in their Oct 2005 Country of Origin Report noted that the *Penal Code* contains provisions that allow lenient punishments for 'honour killings' on the grounds of provocation or if the accused had 'honourable motives'. The punishment will be between 6-12 months imprisonment. Article 409 further provides that if a person surprises his wife or a female relative committing adultery and kills/injures one or both immediately, the punishment will not exceed three years. The law does not provide any guidance as to what 'honourable' motives are.[160]

**3.13.8** The HRW report, January 2004, stated that Iraqi police give a low priority to allegations of sexual violence and abduction. The victims of sexual violence confront indifference and sexism from Iraqi law enforcement personnel, and the U.S. military police are not filling the gap.[161] There are a number of drop-in refuges and shelters run by NGO's, however more often than not women eventually return to their families.[162] During the summer of 2004, the Iraqi NGO 'Organization of Women's Freedom in Iraq' (OWFI) opened two shelters – one in Baghdad and one in Kirkuk – both of which are in secret locations and have the capacity to host up to 20 women at a time. The Chairwomen of OWFI reported that they face 'extreme difficulties' of reaching out to women, who are often unable to even leave their homes. While the organisation was able to find solutions for a number of women to return to their families, other women are at such serious risk of being killed by their families that they cannot leave the shelter.[163] The extent to which the current security organisations in Iraq can offer protection to women exposed to (sexual) violence at the hands of third parties or honour crimes is unknown.[164] However it is generally accepted that the authorities outside of the KRG area are not effective enough to provide security to ordinary Iraqis.[165]

**3.13.9** *Internal relocation* Women have freedom of movement within Iraq however there is becoming an increased need for a male companion otherwise the woman is vulnerable. Women can leave Iraq without needing a male escort however they cannot obtain a passport without being accompanied by their guardian – this may be their father, brother, uncle or even son.[166] The extent to which women can avoid the threat of honour crimes through settling elsewhere in Iraq is impossible to determine with certainty.[167] In assessing this, caseworkers will need to take all relevant factors into account including financial circumstances, health, and whether the claimant has a support network. Dependent on the facts of the case some women may not be able to relocate.

---

[157] UNHCR COI 2005 p38
[158] UNHCR Guidelines 2005 p21
[159] COIS Iraq Country Report para 5.92
[160] UNHCR COI 2005 p33
[161] COIS Iraq Country Report para 6.238
[162] COIS Iraq Country Report para 6.249-6.251
[163] UNHCR COI 2005 p39
[164] COIS Iraq Country Report para 6.248
[165] COIS Iraq Country Report para 5.96
[166] COIS Iraq Country Report para 6.237
[167] COIS Iraq Country Report para 6.248

PX237

**3.13.10 *Conclusion*** Honour killings occur in all parts of the country, and both men and women could be targeted. As the targeting of those specifically at risk cannot be described as routine or systematic, they do not constitute a particular social group. Honour killing is therefore not persecution for a 1951 UN Convention reason and a grant of asylum would not be appropriate. Sufficient protection is not currently available in Central and Southern Iraq but men, and women with male partners, can safely and reasonably relocate elsewhere in Iraq. For single women, or female heads of household, the question whether internal relocation is a safe and a reasonable option will depend on individual circumstances. Moreover single women returning to Iraq from abroad are in a less favourable position compared with women travelling with their family.[168] If an assessment of the individual circumstances show that it would be unduly harsh for the claimant to relocate, a grant of Humanitarian Protection will be appropriate.

**3.14    Honour killing in the area administered by the KRG**

**3.14.1** Claimants may claim that they are at risk of honour killing by non-State agents, as a result of having brought the honour of their family into disrepute.

**3.14.2 *Treatment*** Please see para 3.13.2. In addition specific to Northern Iraq Amnesty International noted in February 2005 that mutilation is another form of 'honour crime' used as a punishment for people accused of a relationship considered to be illegitimate.[169]

**3.14.3 *Sufficiency of protection*** The PUK and KDP which took control of the north after the 1991 uprising, have built up police forces and local governments which remain in place, largely unaffected by the war.[170] Between 2000 and 2002 the Kurdish authorities amended the law so that courts could no longer find 'honourable motivation' a mitigating circumstance in 'honour crimes' against women.[171] Amnesty reported in February 2005 that in recent years several organisations have been established in Northern Iraq that offer support for women at risk of violence, including survivors of attempted 'honour killings'. One of these organisations is the Sulaimaniya-based Asuda Centre for Combating Violence against Women (Asuda Centre), which in August 2002 opened a shelter for women survivors of violence at a secret location.[172] Moreover women's shelters were established in Sulaymaniyah in January 1999 (*Nawa Centre*) and Erbil in April 2002 (*Khanzad Centre*). The centres provide food and accommodation, psychological treatment, social assistance, legal aid as well as a mediation programme. Since women seeking protection often have to stay for long periods of time, Asuda offers a 'home' which includes education, leisure and daily activities.[173]

**3.14.4** While sufficiency of protection in central and southern Iraq is not currently at a reasonable level, in the KRG area it can be argued that protection is at a reasonably effective level.

**3.14.5 *Internal relocation*** The British/Danish fact-finding mission report of October 2004 observed that despite women being generally safe in the Kurdish area, if they are escaping a family problem, the family will follow them wherever they go in Iraq.[174] However it is also noted that the Asuda Centre has previously sent women to far away villages and places in other regions of Northern Iraq, where they are not known and can find protection.[175] The extent to which women can avoid the threat of honour crimes through settling elsewhere in Iraq is impossible to determine with certainty and caseworkers should consider the details of each individual case.[176]

---

[168] COIS Iraq Country Report para 6.270
[169] COIS Iraq Country Report para 6.257
[170] COIS Iraq Country Report para 5.97
[171] COIS Iraq Country Report para 6.257
[172] COIS Iraq Country Report para 6.258
[173] UNHCR COI 2005 p38
[174] COIS Iraq Country Report para 6.237
[175] UNHCR COI 2005 p38
[176] COIS Iraq Country Report para 6.248

PX237

**3.14.6** Women have freedom of movement within Iraq however there is becoming an increased need for a male companion otherwise the woman is vulnerable. Women can leave Iraq without needing a male escort however they cannot obtain a passport without being accompanied by their guardian – this may be their father, brother, uncle or even son.[177] UNHCR further noted that persons legally residing in the three Northern Governorates have access to public services such as education, employment and housing. However persons with no family, tribal or political connections may find it difficult to effectively realise these rights, for example when attempting to find employment or accommodation. This is particularly true for women, as for cultural reasons they are in need of their family/tribe to support them economically.[178] In assessing whether internal relocation would be unduly harsh caseworkers will need to take all relevant factors into account including financial circumstances, health, and whether the claimant has a support network. Dependent on the facts of the case some women may not be able to relocate.

**3.14.7** *Caselaw*

**SM and others [2005] UKIAT 00111.** The Tribunal considered that "the authorities in the KRG are able as a matter of international law to provide security and protection to the inhabitants of that region." (para 52) They added that, "We also conclude that there is general sufficiency of protection for Kurds in the KAA subject to the exceptional case where a person has either fallen foul of the party in his own area and remains within that area or where there is a tribal dispute which unusually would not be resolved either by mediation or by tribal leaders or the intervention of one of the political parties." (para 279) On internal relocation the Tribunal noted that there are over 1 million Kurds living outside the KAA (para 273). In addition to internal relocation not being unduly harsh within the KAA, they also considered that relocation to the south would not be considered unduly harsh. (para 279)

**GH [2004] UKIAT 00248 promulgated 10 Sept 2004.** The Tribunal concluded that in Sulaimaniyah "*we are also satisfied that those representing the lawful authorities in his home area are currently providing a sufficiency of protection against the Islamic extremists and terrorists and we see no arguable reason why such protection would not be equally available to the appellant.*" (para 126).

In relation to the effectiveness of the system of government the Tribunal state at para 83 "*The general picture which emerges is one of comparative stability in a region under a common administration with a functioning security and judicial system".*

**Haji [2003] HX 33658-02 promulgated 30 April 2003.** The IAT held that protection was available and was vigorously supported by the PUK and KDP.

**3.14.8** *Conclusion* Both men and women throughout Iraq could be targeted for honour killings. As those at risk do not constitute a particular social group, honour killing is not persecution for a 1951 UN Convention reason and a grant of asylum would not be appropriate. Whether sufficiency of protection against non-State actors is available should be assessed against the particular facts of the case. Moreover subject to the facts of the case some individuals may not be able to relocate to escape a family/tribal problem. Where those circumstances are such that it would be unduly harsh for the claimant to relocate, a grant of Humanitarian Protection will be appropriate.

**3.15** **De-Arabisation**

**3.15.1** Arabs given Kurdish properties under the Arabisation programmes instituted by Saddam Hussein may claim that they have been forcibly evicted from their homes and face ill-treatment amounting to persecution. These forcible evictions are undertaken by Kurds returning to the area re-claiming properties they had formerly occupied.

**3.15.2** *Treatment* Some Arabs who were given Kurdish properties in areas such as Mosul and Kirkuk as part of Saddam's Arabisation process were evicted from those properties. Some

---

[177] COIS Iraq Country Report Para 6.237
[178] UNHCR Guidelines 2005 p56

PX237

have remained in the vicinity in makeshift shelters and without basic amenities.[179] There is no evidence of ongoing victimisation once the eviction is achieved.[180]

3.15.3 The Iraq Property Claims Commission (IPCC) process is open to all persons or their heirs who have been wrongfully deprived of real property or an interest in real property because of actions taken by or attributed to former Iraqi Governments between 17 July 1968 and 9 April 2003. Claims can also be made by people who lost real property or an interest in real property between 18 March 2003 and 30 June 2005.[181] The deadline to file claims was initially 30 June 2005, but it was subsequently extended to 30 June 2007.[182] Article 58(2) TAL provides that in accordance with Article 10 of the IPCC *Statute* 'newly introduced' persons (Arab families settled by the former regime in Northern Iraq) may either be resettled, receive compensation, new land in their place of origin or compensation for the cost of moving to these areas. While it appears that many 'secondary displaced' Arabs do not wish to return to the areas of origin, in particular those originating from the South, there are strong calls from the Kurdish side not to allow them to remain in the formerly 'Arabized' areas, particularly in view of a popular referendum, as this would endorse the injustice of *Arabization*.[183]

3.15.4 *Sufficiency of protection* Sufficiency of protection in Central and Southern Iraq is not currently at a reasonable level, however the Iraq authorities are, through the IPCC, attempting to right the wrongs of the Saddam Government. The process is open to all persons, or their heirs, who have been wrongfully deprived of real property.[184] By the end of July 2005, 126,693 claims had been received. Adjudication of claims started in October 2004 and by 27 July 2005 a total of 8,554 claims had been decided.[185] For those who have been forcibly evicted from their property, this is the process which assesses their or anyone else's right to the property. The IPCC has a compensation regulation for persons who have to give back property. Approximately one billion US dollars have been reserved to compensate people who have had to give up their homes and land.[186] Consequently there is a process whereby an Iraqi can seek reparations for a forcible eviction, however it is unlikely that an Iraqi can seek sufficient protection to prevent an eviction.

3.15.5 *Internal relocation* The IPCC's statute has struggled to adequately address the question of where Arab settler families are to be resettled once they have vacated disputed property.[187] There is freedom of movement in that there are no formal restrictions within Iraq however there are limitations due to the numerous military and illegal checkpoints.[188] The imposition of curfews and the closure of roads as a result of the Safeguarding National Security Order limits freedom of movement.[189] Ease of movement within Iraq varies from place to place depending on security restrictions, and is the same for all Iraqis.[190] However Arab Iraqis are instantly recognised by Iraqi Kurds who view them with suspicion and would not generally welcome them into Iraqi Kurdistan.[191]

3.15.6 Generally there is freedom of movement throughout Iraq; it is unlikely that internal relocation would be unduly harsh for men, and women with male partners or relatives. As a result of the recent rise in Islamic extremism single women may be unable to move around freely if unaccompanied and may not be able to settle in areas where they have no family ties as they are unlikely to be able to access resources without support.[192] Caseworkers will

[179] COIS Iraq Country Report para 6.349-353
[180] Joint British Danish Fact Finding Mission to Baghdad and Amman, 01-08/09/04, para 3.43
[181] COIS Iraq Country Report para 6.355-6.356 & UNHCR COI 2005 p128
[182] UNHCR COI 2005 p128
[183] UNHCR COI 2005 p77
[184] COIS Iraq Country Report para 6.355
[185] UNHCR COI 2005 p129
[186] Netherlands MFA report 2004 p.31
[187] COIS Iraq Country Report para 6.357
[188] COIS Iraq Country Report para 6.181, 6.184
[189] COIS Iraq Country Report para 6.29, 6.31
[190] COIS Iraq Country Report para 6.183
[191] COIS Iraq Country Report para 6.196
[192] COIS Iraq Country Report para 6.270-6.272 & UNHCR COI 2005 p139

PX237

also need to take all relevant factors into account including financial circumstances, health and whether the claimant has a support network.

**3.15.7** *Conclusion* The Iraqi Property Claims Commission (IPCC) is a key part of the effort to redress the Ba'athist crimes against the Iraqi people. Movement of individuals out of towns such as Kirkuk and Mosul is being structured by the IPCC and, moreover compensation is being considered. Whilst forced eviction by non-State agents has been evident, and ethnic tension is at high levels, it is unlikely that individuals once evicted are likely to suffer persecution or inhuman or degrading treatment. A grant of asylum or HP is unlikely to be appropriate.

## 3.16   Christians

**3.16.1** Claimants may claim they face ill-treatment or persecution from Islamic Fundamentalists. This may be as a result of their type of business or merely their membership of a non-Islamic religion in a pre-dominantly Islamic country.

**3.16.2** *Treatment* Iraq's Christian population includes, among others, members of the Assyrian, Chaldean, Armenian and Catholic sects. Many Assyrian Christians originate from the Governorate of Ninewa, whose capital Mosul is the second largest city in Iraq. Other Assyrians originate from Baghdad and its surroundings. Many of Iraq's other Christians originate from Basrah.[193] Despite an improvement in legislative terms, there has been a deterioration in the situation for Christians in practical terms.[194] Iraqi Christians feel especially apprehensive about the overwhelming presence of extremist Islamic groups and armed militias, whose display of intolerance towards non-Muslims has become a nearly daily feature in Iraq.[195] Iraqi Christians were targeted by Islamist terrorist groups in 2004. Between August and November 2004, 12 churches were bombed in Baghdad and Mosul; at least 15 people were killed. Roughly 5 per cent of Iraq's 900,000-strong Christian community had left the country by the end of 2004.[196] Christians are often thought to hold a better socio-economic position than other Iraqis and as such they are frequently targeted by criminals.[197] Christians have been kidnapped, as they are considered to be wealthy by Iraqi standards, and have been killed if ransom was not paid (See Section 3.9 for guidance on claimants who fear kidnapping).[198] In the KRG areas the situation for Christians was more stable.[199]

**3.16.3** The FCO advised in January 2005 that whilst they are not aware of any officially sponsored discrimination against Christian communities in Iraq, reports of attacks on them are on the increase. They have seen increasing evidence of sectarian intimidation. Examples include threatening notes pushed through doors, death threats to priests and church leaders, posters in the north warning Christians to convert to Islam or leave Iraq or face death and destruction of homes and Islamist websites calling for attacks on all infidels in Iraq. As a result church attendance is falling and some families are keeping their children away from school.[200] Insurgents are targeting Christians because they often work for the Multi National Forces or foreign contractors, both of which groups are considered 'crusaders' (See Section 3.8 for guidance on claims from perceived collaborators). Furthermore, Christians are particularly targeted by hardline Islamists. There are numerous reports about attacks directed against businesses owned by Christians such as liquor stores, hairdressing salons and shops selling Western music.[201]

**3.16.4** *Sufficiency of protection* The largely Shi'a Transitional Government routinely called for tolerance and the acceptance of all religious minorities. On 5 June 2005, Prime Minister

---

[193] UNHCR Guidelines p9
[194] COIS Iraq Country Report para
[195] UNHCR Guidelines p10
[196] COIS Iraq Country Report para 6.143
[197] COIS Iraq Country Report para 6.149
[198] UNHCR COI 2005 p161
[199] COIS Iraq Country Report para 6.149
[200] COIS Iraq Country Report para 6.150
[201] UNHCR COI 2005 p161

**PX237**

Jafari met with Armenian Christian leaders to discuss the problems they faced. The Prime Minister agreed to provide security for all mosques and churches in the country and reaffirmed his commitment to protecting the right of all citizens to freedom of religion.[202] Whilst there is clear political intentions to protect all Iraqis and there has been a strong increase in the number of Iraqi security forces, there has been a far from proportional improvement in the security forces capabilities.[203] It is accepted that the police force outside of the KRG area is not effective enough to provide security to ordinary Iraqis.[204]

**3.16.5** The PUK and KDP which took control of the north after the 1991 uprising, have built up police forces and local governments which remain in place, largely unaffected by the war.[205] Although it is quite likely that insurgents are once again living in Kurdish towns and cities in small numbers, and they would use opportunities as they present themselves to exact revenge for their ejection, the peshmerga presence and vigilance within Iraqi Kurdistan would make this difficult. Successful attacks are rare.[206]

**3.16.6** Sufficiency of protection in central and southern Iraq is not currently at a reasonable level, however in the KRG area it can be argued that protection is at a reasonably effective level.

**3.16.7** *Internal relocation* There is freedom of movement in that there are no formal restrictions within Iraq however there are limitations due to the numerous military and illegal checkpoints.[207] The imposition of curfews and the closure of roads as a result of the Safeguarding National Security Order limits freedom of movement.[208] Ease of movement within Iraq varies from place to place depending on security restrictions, and is the same for all Iraqis.[209] However Arab Iraqis are instantly recognised by Iraqi Kurds who view them with suspicion and would not generally welcome them into Iraqi Kurdistan.[210]

**3.16.8** Generally there is freedom of movement throughout Iraq; it is unlikely that internal relocation would be unduly harsh for men, and women with male partners or relatives. As a result of the recent rise in Islamic extremism single women may be unable to move around freely if unaccompanied and may not be able to settle in areas where they have no family ties as they are unlikely to be able to access resources without support.[211] Caseworkers will need to take all relevant factors into account including financial circumstances, health and whether the claimant has a support network.

**3.16.9** The FCO noted on 25 January 2005 that Christians are relocating to Suleimaniya, Arbil and Dohuk provinces. Many of the Christians in Basra and Baghdad originally came from the North (Suleimaniya, Arbil and Dohuk as well as Mosul). Under a separate scheme run by the Kurdistan Regional Governments, around 150 families have relocated from Baghdad to Faysh Habur.[212] It is not considered unduly harsh for Christians to relocate to areas where there are numerous other Christians, or where they are well respected.

**3.16.10** *Caselaw*

> **RA [2005] UKIAT 00091 CG.** The Tribunal concluded that "The evidence is not such at this stage as to indicate problems for a person relocating to the north such as to render this unduly harsh or, in the case of Article 3 of the Human Rights Convention to indicate a real risk of breach of their human rights in effecting such relocation and living in the north." (para 73)

---

[202] USIRF report 2005 p8
[203] COIS Iraq Country Report para 5.92
[204] COIS Iraq Country Report para 5.96
[205] COIS Iraq Country Report para 5.97
[206] COIS Iraq Country Report para 6.37
[207] COIS Iraq Country Report para 6.181, 6.184
[208] COIS Iraq Country Report para 6.29, 6.31
[209] COIS Iraq Country Report para 6.183
[210] COIS Iraq Country Report para 6.196
[211] COIS Iraq Country Report para 6.270- 6.272 & UNHCR COI Iraq p139
[212] COIS Iraq Country Report para 6.153

PX237

**AK [2004] UKIAT 00298 CG.** The Tribunal accepted that *"sellers of alcohol, owners of cinemas where sexually explicit films are shown, and perhaps people who speak English on account of their Christianity are at particular risk."* Moreover clerics of some eminence and prominence would be at risk. *(para 10)* The IAT further considered that the appellant was not a businessman of any kind who might be perceived as being wealthy. (para 11) The IAT saw no evidence that there would be a consistent pattern of gross and systematic violation of rights under Article 3 given the particular circumstances of the Appellant and the risk as a consequence in the light of that which he faces.

**SM and others [2005] UKIAT 00111.** The Tribunal considered that "the authorities in the KRG are able as a matter of international law to provide security and protection to the inhabitants of that region." (para 52) They added that, "We also conclude that there is general sufficiency of protection for Kurds in the KAA subject to the exceptional case where a person has either fallen foul of the party in his own area and remains within that area or where there is a tribal dispute which unusually would not be resolved either by mediation or by tribal leaders or the intervention of one of the political parties." (para 279) On internal relocation the Tribunal noted that there are over 1 million Kurds living outside the KAA (para 273). In addition to internal relocation not being unduly harsh within the KAA, they also considered that relocation to the south would not be considered unduly harsh. (para 279)

**GH [2004] UKIAT 00248.** The Tribunal concluded that in Sulaimaniyah  "we are also satisfied that those representing the lawful authorities in his home area are currently providing a sufficiency of protection against the Islamic extremists and terrorists and we see no arguable reason why such protection would not be equally available to the appellant." (para 126).

**3.16.11 *Conclusion*** A claimant who has a localised threat on the basis that they are a Christian and is unable to acquire protection in their local area, may be able to relocate to an area where that localised threat does not exist. The caseworker will need to take into consideration the nature of the threat and how far it would extend to, and whether it would be unduly harsh to expect the claimant to relocate. Most Christian Iraqis from the KRG area would be able to seek protection however for Central or Southern Iraqi where internal relocation would be unduly harsh a claim made on these grounds may be well founded and a grant of refugee status may be appropriate. Caseworkers should cross reference to sections on perceived collaboration, fear of Islamic militants, and fear of kidnapping where appropriate.

**3.17    Fear of Islamic Militants**

**3.17.1**  Some claimants will claim asylum based on ill treatment amounting to persecution at the hands of Islamic militants because the claimant's activities do not accord with the extreme interpretation of Islam. The claimant may be selling pornographic videos or liquor or the claimant is female and is deemed to be acting in an 'anti-Islamic' way. The fear is generally of Ansar-al-Islam or a comparable militant Islamic group.

**3.17.2  *Treatment***    In June 2004 Amnesty noted that in different parts of Iraq, Islamic fundamentalists have put pressure on women and girls to wear the hijab or the strict Islamic dress.[213] Those who put on makeup or choose not to wear the veil fall victim to militants. Many women in Mosul say insurgent groups are trying to impose Taleban-style restrictions on them and make the city a more conservative place.[214] Other people have been targeted by these groups, including members of religious minorities such as Christians and Sabean/Mandeans, alcohol sellers, well-known secularists, Ba'athists, former civil servants and former members of the old security services.[215] Acts of violence reported by Christians and/or which appear to target Christians include bombings and other attacks on churches, the forcible closure of Christian-owned liquor shops by armed militias, serious or fatal attacks on shop owners and/or business persons involved in trading and selling alcohol, harassment, extortion, kidnapping and even torture of persons perceived as not respecting

---

[213] COIS Iraq Country Report para 6.101
[214] COIS Iraq Country Report para 6.241
[215] COIS Iraq Country Report para 6.101

PX237

Islam (e.g. women who appear in public without a *hijab*, persons accused of not respecting the teachings of the Koran and persons refusing to convert to Islam).[216]

**3.17.3**  The Guardian newspaper noted on 2 August 2004 that in Baghdad Islamic radicals have warned Christians running liquor stores to shut up shop. Some store owners have been beaten or suffered worse violence.[217] The Foreign and Commonwealth Office stated in a letter dated 22 October 2004 that "Such attacks are thought to be the work of local Iraqi Islamists, aiming to enforce a strict Islamic code, including a ban on alcohol."[218]

**3.17.4**  *Sufficiency of protection.* While there has been a strong increase in the number of Iraqi security forces, there has been a far from proportional improvement in their capabilities.[219] It is accepted that the police force outside of the KRG area is not effective enough to provide security to ordinary Iraqis.[220]

**3.17.5**  The PUK and KDP which took control of the north after the 1991 uprising, have built up police forces and local governments which remain in place, largely unaffected by the war.[221] Although it is quite likely that insurgents are once again living in Kurdish towns and cities in small numbers, and they would use opportunities as they present themselves to exact revenge for their ejection, the peshmerga presence and vigilance within Iraqi Kurdistan would make this difficult. Successful attacks are rare.[222]

**3.17.6**  Sufficiency of protection in Central and Southern Iraq is not currently at a reasonable level, however in the KRG area it can be argued that protection is at a reasonably effective level.

**3.17.7**  *Internal Relocation* There is freedom of movement in that there are no formal restrictions within Iraq however there are limitations due to the numerous military and illegal checkpoints.[223] The imposition of curfews and the closure of roads as a result of the Safeguarding National Security Order limits freedom of movement.[224] Ease of movement within Iraq varies from place to place depending on security restrictions, and is the same for all Iraqis.[225] However Arab Iraqis are instantly recognised by Iraqi Kurds who view them with suspicion and would not generally welcome them into Iraqi Kurdistan.[226]

**3.17.8**  Generally there is freedom of movement throughout Iraq; it is unlikely that internal relocation would be unduly harsh for men, and women with male partners or relatives. As a result of the recent rise in Islamic extremism single women may be unable to move around freely if unaccompanied and may not be able to settle in areas where they have no family ties as they are unlikely to be able to access resources without support.[227] Caseworkers will need to take all relevant factors into account including financial circumstances, health and whether the claimant has a support network.

**3.17.9**  *Caselaw*

**SM and others [2005] UKIAT 00111.** The Tribunal considered that "the authorities in the KRG are able as a matter of international law to provide security and protection to the inhabitants of that region." (para 52) They added that, "We also conclude that there is general sufficiency of protection for Kurds in the KAA subject to the exceptional case where a person has either fallen foul of the party in his own area and remains within that area or where there is a tribal dispute which unusually would not be resolved either by mediation or by tribal leaders or the intervention of one of the political parties." (para 279) On internal relocation the Tribunal noted that there are over 1 million

---

[216] UNHCR Guidelines p10
[217] The Guardian, 2 August 2004
[218] FCO letter 22 October 2004
[219] COIS Iraq Country Report para 5.92
[220] COIS Iraq Country Report para 5.96
[221] COIS Iraq Country Report para 5.97
[222] COIS Iraq Country Report para 6.37
[223] COIS Iraq Country Report para 6.181, 6.184
[224] COIS Iraq Country Report para 6.29, 6.31
[225] COIS Iraq Country Report para 6.183
[226] COIS Iraq Country Report para 6.196
[227] COIS Iraq Country Report para's 6.270 – 6.272 & UNHCR COI 2005 p.139

PX237

Kurds living outside the KAA (para 273). In addition to internal relocation not being unduly harsh within the KAA, they also considered that relocation to the south would not be considered unduly harsh. (para 279)

**GH [2004] UKIAT 00248.** The Tribunal concluded that in Sulaimaniyah "we are also satisfied that those representing the lawful authorities in his home area are currently providing a sufficiency of protection against the Islamic extremists and terrorists and we see no arguable reason why such protection would not be equally available to the appellant." (para 126).

**3.17.10** *Conclusion* A general fear of Islamic militants does not of itself give rise to a well-founded fear of persecution, and no Government can be expected to guarantee the safety of all its citizens. However there will be individuals whose fear is over and above the common population because of aspects of their nature that they cannot or should not be expected to change. This assessment will need to be based on the merits of the individual case. Moreover the caseworker will need to take into consideration the nature of the threat and how far it would extend to, and whether it would be unduly harsh to expect the claimant to relocate. For claimants who can demonstrate a well-founded fear of persecution due to a 1951 UN Convention reason (e.g. their religion or their political opinion, imputed or otherwise), are unable to acquire protection or relocate internally, a grant of asylum will be appropriate.

**3.18    Member/Supporter of the PKK/KADEK**

**3.18.1** The Kurdistan Workers' Party (PKK), now known as KADEK or KongraGel, is listed as a proscribed organisation in the UK Terrorism Act 2000 (Amendment) Order 2001. Caseworkers should refer claims based on membership to a Senior Caseworker.

**3.19    Prison conditions**

**3.19.1** Claimants may claim that they cannot return to Iraq due to the fact that there is a serious risk that they will be imprisoned on return and that  prison conditions in Iraq are so poor as to amount to  torture or inhuman or degrading treatment or punishment.

**3.19.2** *Treatment*. Iraq's prison system is twofold. On the one hand, detainees are held by the Iraqi authorities (including the Kurdish authorities); on the other hand the MNF is authorised by UN Security Council Resolution 1546 and also 1637 to carry out activities 'necessary to counter ongoing security threats posed by forces seeking to influence Iraq's political future through violence', including the 'internment' of members of these forces 'where it is necessary for imperative reasons of security'. The ICRC has visited prison and detention facilities both under the control of the Iraqi authorities and the MNF in order to monitor conditions of detention and treatment of detainees and to help prisoners establish contact with their families.[228]

**3.19.3** In addition to the official prisons, the Ministry of Interior runs a number of unofficial detention facilities outside the control of the Ministry of Justice. There have been numerous reports on serious human rights violations in these facilities, including the widespread use of torture.[229]

**3.19.4** The United States State Department (USSD) report 2004 observed that "Overcrowding was a problem. Inmate disturbances and riots reduced available prison beds by approximately one-third, and pre-trial detention facilities were often overcrowded." The HRW report January 2005 added that "Detainees reported receiving little or no food or water for several days at a stretch, and being held in severely overcrowded cells with no room for lying down to sleep, without air conditioning, and in unhygienic conditions."[230]

**3.19.5** An IRIN News article dated 6 July 2005 noted that a new prison called Al-Mina was built in Basra to ease overcrowding at the nearby al-Ma'aqal jail. Al-Mina prison, which has a total

---

[228] UNHCR COI 2005 p52-53
[229] UNHCR COI 2005 p53
[230] COIS Iraq Country Report para 5.107

PX237

capacity for 600 inmates, has running water, electrical and sewage facilities.[231] Moreover USSD 2004 noted that renovation and construction on an additional 6 prisons, totalling 6,000 beds, was underway by the end of 2004.[232] UNHCR stated in October 2005 that reportedly, prison conditions have significantly improved but often do not yet meet international standards.[233]

**3.19.6** In a HRW article dated 25 January 2005 "Human Rights Watch conducted interviews in Iraq with 90 detainees, 72 of whom alleged having been tortured or ill-treated, particularly under interrogation."[234] Torture and ill-treatment reportedly occured mainly in unofficial detention facilties run by the Ministry of Interior, but also in prisons and detention facilities under the control of the Iraqi Correctional Service of the Ministry of Justice.[235]

**3.19.7** In Northern Iraq with its two distinct judicial systems, there are separate prison and detention facilities in the KDP-administered area and the PUK-administered area. In the Governorates of Erbil and Dohuk, the main regular prison is called *Mohata*, located in Erbil, and has separate sections for men and women. In the Governorate of Sulaymaniyah, the major prison complex is called Ma'askar Salam. [236] In addition, the Kurdish security (*Asayish*) and intelligence (KDP: *Parastin*, PUK: *Dazgay Zaniary*) agencies run special detention facilties which are not under the control of the authorities but rather of political parties (the KDP and PUK respectively). These detention facilities (mainly known are the *Akre* Prison, run by the *Asayish* and the Salaheddin Prison run by the *Parastin* in the Governorate of Erbil as well as the *Dazgay Zaniary* Prison in Qalachwalan, with others in secret locations) hold political and security cases (e.g. suspected members of Islamic groups, PKK members and critics of the ruling parties). It is reported that the rules of due process are systematically violated in these unofficial detention facilities. Human rights organisations and the ICRC have access to the *Akre*, the *Mohata* and the *Ma'askar Salam* prisons, while detention facilities run by the *Parastin* and the *Dazgay Zaniary* are apparently off limits to international observers.[237]

**3.19.8** *Conclusion.* Whilst prison conditions in Iraq are poor with overcrowding being a particular problem conditions are unlikely to reach the Article 3 threshold. Therefore even where claimants can demonstrate a real risk of imprisonment on return to Iraq a grant of Humanitarian Protection will not generally be appropriate. However, the individual factors of each case should be considered to determine whether detention will cause a particular individual in his particular circumstances to suffer treatment contrary to Article 3, relevant factors being the likely length of detention the likely type of detention facility and the individual's age and state of health.


## 4.   Discretionary Leave

**4.1**   Where an application for asylum and Humanitarian Protection falls to be refused there may be compelling reasons for granting Discretionary Leave (DL) to the individual concerned. Since 16 June 2003 the policy on Iraqi claims has been to grant Discretionary Leave for a period of 6 months where it was accepted that the medical/humanitarian conditions in Iraq would breach Article 3. With effect from 30 August 2005 Discretionary Leave should be granted for the standard period as set out in the API on Discretionary Leave.

**4.2**   With particular reference to Iraq the types of claim which may raise the issue of whether or not it will be appropriate to grant DL are likely to fall within the following categories.  Each case must be considered on its individual merits and membership of one of these groups should *not* imply an automatic grant of DL. There may be other specific circumstances not

---

[231] COIS Iraq Country Report para 5.110
[232] COIS Iraq Country Report para 5.109
[233] UNHCR COI 2005 p153
[234] COIS Iraq Country Report para 5.116
[235] UNHCR COI 2005 p146
[236] UNHCR COI 2005 p53-54
[237] UNHCR COI 2005 p54

PX237

covered by the categories below which warrant a grant of DL - see the API on Discretionary Leave.

### 4.3    Claims based on the poor humanitarian conditions in Iraq

4.3.1    As noted at paragraph 2.7, humanitarian conditions are still difficult in some areas, but they are not sufficiently harsh in any part of the country that they would amount to torture or inhuman or degrading treatment or unlawful killing such as to breach the UK's obligations under Article 3 of ECHR. Therefore a grant of DL is unlikely to be appropriate. However caseworkers will of course need to consider whether the individual circumstances of a particular case might dictate a different outcome.

### 4.4    Minors claiming in their own right

4.4.1    Minors claiming in their own right who have not been granted asylum or HP can only be returned where they have family to return to or there are adequate reception, care or support arrangements. At the moment we do not have sufficient information to be satisfied that there are adequate reception arrangements in place.

4.4.2    Minors claiming in their own right without a family to return to, or where there are no adequate reception, care or support arrangements, should if they do not qualify for leave on any more favourable grounds be granted DL for a period of three years or until their 18th birthday, whichever is the shorter period.

### 4.5    Medical Treatment in Iraq

4.5.1    Claimants may claim they cannot return to Iraq due to a lack of specific medical treatment. See the IDI on Medical Treatment which sets out in detail the requirements for Article 3 and/or 8 to be engaged.

4.5.2    Hospitals usually support both in-patient and out-patient pharmacies and provide medicine free of charge or at minimal cost. The Medicine For Peace study dated 7 February 2005, showed that all surveyed hospitals in Baghdad experienced either sporadic or persistent deficiencies in essential drug categories, and most hospitals suffered from shortages of medical supplies such as sterile needles, intravenous tubing, cannulas, sterile gloves, masks, antiseptics and soap in hospitals with surgical services.[238] The MFP survey shows that most medical and surgical sub-specialty services are available in the health care system in Baghdad, however a number are seriously deficient. There are inadequate surgical support services, a lack of competent anaesthetists and nurses and shortages of antibiotics for surgical procedures. In addition, Iraq's health system lacks services in a number of areas of chronic disease care, such as dialysis, adult and paediatric medical oncology and radiation oncology.[239]

4.5.3    The Private Health sector is strong and powerful and has the capacity to supplement the weakness of the public sector especially in curative services. A high number of private clinics are distributed nationwide. In addition there are private hospitals run by specialists mostly located in Baghdad and to a lesser extent in the centres of provinces. Those clinics, in addition to its curative duties, handle a system of distribution of drugs to patients with a long list of chronic diseases through subsidised prices.[240]

4.5.4    Where a caseworker considers that the circumstances of the individual claimant and the situation in the country reach the threshold detailed in the IDI on Medical Treatment making removal contrary to Article 3 or 8 a grant of Discretionary Leave to remain will be appropriate.  Such cases should always be referred to a Senior Caseworker for consideration prior to a grant of Discretionary Leave.

---

[238] UNHCR COI 2005 p103
[239] UNHCR COI 2005 p104
[240] COIS Iraq Country Report para 5.140

PX237

**4.5.5** *Caselaw*

**FK [2004] UKIAT 00310 CG, promulgated 25th November 2004.** The Tribunal have considered the general situation in Iraq and as conceded by the Home Office, the situation is not ideal from the prospective of child or health and development.  However, the Tribunal are satisfied, as set out in **N [2004] INLR 10** that the very high (extreme) threshold will only be reached in specific situations and does not apply as a generality. The IAT conclude that the very high threshold has not been met in this case.

**5.**     **Returns**

**5.1**    Factors that affect the practicality of return such as the difficulty or otherwise of obtaining a travel document should not be taken into account when considering the merits of an asylum or human rights claim.

**5.2**    By 31 July 2005, UNHCR had facilitated the return of 21,851 Iraqis, mainly from Iran but also from Saudi Arabia, Lebanon, Jordan and countries further afield. Most of the returnees returned to the South – in particular Basrah, Thi-Qar, Missan and Najaf Governorates – and to the Northern Governorates of Sulaymaniyah and Erbil, with almost no returns to Baghdad, the Upper South or the Governorates of Mosul and Kirkuk.[241] Iraqi nationals may return voluntarily to Iraq at any time by way of the Voluntary Assisted Return and Reintegration Programme run by the International Organization for Migration (IOM) and co-funded by the European Refugee Fund. Direct flights are now available to Erbil, whereas previously voluntary returns went along a land route from Jordan. IOM will provide advice and help with obtaining travel documents and booking flights, as well as organising reintegration assistance in Iraq (although currently reintegration assistance is not possible, and returnees will receive a small "bridging" grant instead). The programme was established in 2001, and is open to those awaiting an asylum decision or the outcome of an appeal, as well as, failed asylum seekers.  Iraqi nationals wishing to avail themselves of this opportunity for assisted return to Iraq should be put in contact with the IOM offices in London on 020 7233 0001 or www.iomlondon.org

**6.**     **Entry clearance facilities**

**6.1**    The designated post for applications for long-term entry clearance for Iraqis is Amman in Jordan. Iraqis are free to enter Jordan to make such applications on GV3's in conjunction with Iraqi passports. British Embassy Amman will issue both visit visas and settlement visas on Iraqi Interim Travel Documents. Iraqis who do not have travel documents to return to Iraq have the option to register with the International Organization for Migration's Voluntary Assisted Return and Reintegration Programme.

**6.2**    UNHCR in its advisory dated 11 April 2005 stated that, "In travelling between Amman and Baghdad the risks to date have included: insurgent attacks, mainly against drivers suspected transporting goods for multinational forces, and contractors; also, vehicles ambushes carried out by armed groups aimed not only at coalition forces, but also at regular travellers who often carry valuables and money in absence of a functioning banking system; as well as, road checkpoints set up by armed groups."[242] The FCO stated in a letter, dated 25 May 2005, that "The threat level on Highway 10 has to be considered as being very high. The threat can be broken down into three main areas, general criminality, insurgent activity and possible mistaken identity by MNFI (Multi National Force Iraq)."[243]

---

[241] UNHCR COI 2005 p29
[242] UNHCR 'safety of routes into Iraq'
[243] COIS Iraq Country Report para 6.185

**PX237**

**6.3**     Road travel between Baghdad and Amman, Damascus and Beirut remains uninterrupted and the most common way of travel for Iraqi nationals. Royal Jordanian and Syrian Airways fly regular services into Baghdad, and Gulf Airways also operates regularly into Dubai. Those travelling from northern Iraq would usually travel across into Syria as the fastest and most convenient route down to Amman. It is also easier for Iraqi nationals holding UK travel documents to enter Syria than Jordan.[244]

**6.4**     Iraqis regularly make visa applications at the consular section in Amman, and it is considered not disproportionate to travel to Amman to seek entry clearance. The route to Amman could be via Highway 10, or alternatively it is open to the claimant to travel a different route to Amman, or to travel to another UK issuing post. It is reasonable to require that claimants who have established family ties in the UK return to Iraq and apply for a settlement visa in the normal way.


**7.     List of source documents**

- Country of Origin Information Service (COIS), Iraq Country of Origin Information Report October 2005 http://www.homeoffice.gov.uk/rds/country_reports.html

- Joint British Danish Fact Finding Mission to Baghdad and Amman on Conditions in Iraq, 01-08/09/04 http://www.udlst.dk/english/publications/ThePublications/factfinding_iraq_november_2004.htm

- The Foreign and Commonwealth Office (FCO)
  o letter dated 12 April 2005
  o letter dated, 20 January 2005

- United Nations High Commission of Refugees (UNHCR)
  o Return advisory regarding Iraqi asylum seekers and refugees, September 2004
  o Safety of Routes into Iraq, 11 April 2005
  o Country of Origin Information (COI) Iraq, October 2005 http://www.unhcr.org/cgi-bin/texis/vtx/home/opendoc..pdf?tbl=RSDLEGAL&id=435637914
  o Guidelines relating to the eligibility of Iraqi asylum seekers, dated October 2005 http://www.unhcr.org/cgi-bin/texis/vtx/home/opendoc..pdf?tbl=RSDLEGAL&id=4354e3594

- Country Information and Policy Unit, Country Information Bulletin, May 2005

- The Netherlands Ministry of Foreign Affairs General Country report on Iraq, Translated in and owned by the UK, December 2004

- BBC news
  o 'Car bomb blasts rock Iraqi town,' dated 24 May 2005
  o 'Blasts hit Mosul security forces,' dated 26 June 2005

- United States State Department (USSD)
  o International Religious Freedom Country Report on Iraq, dated 8 November 2005 http://www.state.gov/g/drl/rls/irf/2005/51600.htm

- The Guardian
  o 'Twelve killed as bombers attack Christians in Iraq', dated 2 August 2004 http://www.guardian.co.uk/Iraq/Story/0,2763,1274107,00.html


**Asylum and Appeals Policy Directorate**
**12 January 2006**

---

[244] CIPU Country Bulletin para 4.2

PX237