# PX900

Declassified by: MG Michael X. Garrett,
Chief of Staff
Declassified on: 201506

# Chapter Five

## Anbar: Insurgency Grows, Strengthens, Elections

## (2005)

**January to May**

**Introduction**

(U) *The various Sunni insurgent groups suffered a major blow in the second battle of Fallujah* **Error! Bookmark not defined.** *(Operation AL FAJR) in November 2004. Thousands of fighters were captured or killed. The insurgent leadership spent several months reorganizing in its aftermath, retreating to their remaining strongholds in western Anbar. This left the insurgents unable to derail the upcoming (January 2005) Iraqi elections.*

(U) *Even so, popular Sunni antipathy towards the Coalition led them to boycott the January elections. Coalition diplomatic efforts for the remainder of the year focused on convincing Sunni leaders to engage in the political process. These efforts, combined with the sense of hopelessness among insurgents stemming from Operation AL FAJR, would eventually bear some fruit. There was Sunni participation in the summer's constitutional referendum and the December elections. This also helped create divisions between more nationalist insurgents led by Dr. Mohammed Mahmud Latif and Islamists led by Abu Mus'ab al-Zarqawi (Zarqawi).*

(U) *From April onwards, the Sunni insurgent groups stepped up their efforts to target the general population of Baghdad* **Error! Bookmark not defined.** *, leading to Coalition military action against their strongholds in Anbar. By the end of the year, the Sunni Arab Resistance (SAR) was increasing its involvement and influence in the political process and the ethno-nationalist motivations for the insurgency were declining. This led to major infighting within the insurgency and paved the way for the emergence of AQI* **Error! Bookmark not defined.** *as the dominant group in the province by 2006.*

(S/REL TO USA, MCFI) The second battle of Fallujah **Error! Bookmark not defined.** (Operation AL FAJR) was generally perceived as an unqualified rout of the various insurgent groups in Anbar. Roughly 4,000 insurgent fighters were captured or killed, including Umar Hadid, who had served as the de facto commander-in-chief for the Fallujah Mujahideen Shura. The insurgent plan to defend Fallujah (see Chapter 4) by sending half of its fighters from Fallujah to Ramadi **Error! Bookmark not defined.**, Baghdad **Error! Bookmark not defined.**, and northern Babil in the hopes of opening up a second front was a failure. Insurgents who survived the fighting dispersed to the al-Qa'im-Haditha **Error! Bookmark not defined.** area, Baghdad, northern Babil, or the Fallujah-Ramadi corridor. The loss of Fallujah had pushed the insurgency back, forcing those that remained to go underground and operate differently in the province than they had in the past. Because of this, insurgent efforts in early 2005 focused on reestablishing their organizations and infrastructure in Anbar.

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

**The January Elections and Their Aftermath (January – March 2005)**

**AQI**Error! Bookmark not defined. **Regroups in the Hit**Error! Bookmark not defined.**-Haditha**Error! Bookmark not defined. **Corridor**

(S/REL TO USA, MCFI) With the fall of Fallujah**Error! Bookmark not defined.**, one of AQI**Error! Bookmark not defined.**'s top priorities was to find a safe area where they could reorganize and continue to operate. The Hit**Error! Bookmark not defined.**-Haditha**Error! Bookmark not defined.** corridor was particularly attractive, as the insurgent murder and intimidation campaign launched in the summer of 2004 had largely suppressed local support for the Coalition.[1] The intimidation campaign had especially affected the Iraqi police (IP) in Haditha. What little law enforcement presence remained was considered ineffective.[2] Prior to Operation AL FAJR, many Haditha residents had welcomed this development, regarding the IP as thuggish and unnecessary, but they now found themselves virtually defenseless in the face of a large insurgent presence in their city.[3] With only an intermittent presence of Coalition troops in the Hit-Haditha corridor, the insurgents saw it as a safe to regroup.

(S/NF) Zarqawi himself went to Mosul**Error! Bookmark not defined.** following his escape from Fallujah**Error! Bookmark not defined.**. He concentrated on destabilizing that area. A large number of his followers in Anbar either fled to the Hit**Error! Bookmark not defined.**-Haditha**Error! Bookmark not defined.** corridor, further to the west in Anbar (even as far as Husaybah**Error! Bookmark not defined.** on the Syrian border), or sought shelter among Sunni extremists in Zaidon (about 30 km southwest of Fallajah near the Euphrates River) and Nasser Wa Salaam near Abu Ghraib.[4] The influx of Salafist fighters fleeing Fallujah served as a radicalizing force on the local insurgents—who previously had a more criminal mindset.  At least one ad-hoc AQI**Error! Bookmark not defined.** terrorist training camp was set up in Haditha to train replacements for those killed in Fallujah.[5]

(S/NF)  In a positive development, the religious radicalization of the core jihadist insurgents in Haditha**Error! Bookmark not defined.** spurred many residents to provide intelligence to the Coalition despite increased intimidation. A possible explanation is the Haditha residents were willing

---

[1] [ | Military | NGIC: ASSESSMENT: COMPLEX ENVIRONMENTS: BATTLE OF OPERATION AL FAJR (2004-2005) | (S/NF) | ]

[ | Military | TACTICAL FUSION CENTER: GRINTSUM 050109 | 20050109 | (S/NF) | ]

[2] [ |Military | 1ST MARINE DIVISION: IO WEEKLY OPERATIONS SUMMARY | 20050108 | (S/NF) | ]

[3] Ibid.

[4] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050109 | 20050109 | (S/NF) | ]

[5] [ | Military | I MEF: AO MSR/ASR ASSESSMENT, JANUARY 14-20, 2005 | presumed 20050120 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Approved for Release

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 4 of 224

Declassified by: MG Michael X. Garrett,
SCR, USCENTCOM Chief of Staff
Declassified on: 201506

to tolerate the presence of the local SARand criminal insurgent forces but not the increasing number of Salafists and foreigners into the city.[6]

(S/NF) Under the leadership of Abu Abd al-Qadir, a small number of mid-level AQI**Error! Bookmark not defined.** members remained active in the towns of Karmah and Saqlawiyah (about 10 km northwest of Fallujah**Error! Bookmark not defined.** on the Euphrates River), possibly searching for survivors from Operation AL FAJR.. A wealthy man, al-Qadir also maintained ties to the local criminal element and was connected to a legitimate construction business that he hoped would win a $2,400,000 contract from the Iraqi Ministry of Health to build a dispensary.[7]

(S/NF) While Zarqawi focused his operations on Mosul**Error! Bookmark not defined.** and Baghdad**Error! Bookmark not defined.**, he recognized the urgent need to rebuild his organization in Anbar. Towards that end, he traveled to Abu Ghraib disguised as a woman with a handful of trusted bodyguards to meet with SARleader and former IIS**Error! Bookmark not defined.** officer Sabah Khalaf Farhan al-Zobai (Sabah Khalaf) to assess the situation.[8]

(S/REL TO USA, MCFI) Following his meeting in early January 2005 with Sabah Khalaf, Zarqawi held a meeting of the AQI**Error! Bookmark not defined.**, Ansar al-Sunna (AS), and Jaysh Mohammed leadership at Abu Ghraib to assess the insurgency's prospects post-Operation AL FAJR and to begin working on a new strategy to prevent the creation of a stable Iraqi government.[9]

### MCIA Insert Picture Here Of Khalaf

(S/NF) **SABAH KHALAF.** A former IIS**Error! Bookmark not defined.** officer, Sabah had been responsible for overseeing the IIS Assassination Committee. A close associate of both fugitive IIS Director Tahir Jalil Habbush and detained M-14 Director Mohammad Khudair Sabah, Sabah had a sincere interest in Salafism during Saddam Hussein's rule.  He allied himself first with SRE groups and then with AQI**Error! Bookmark not defined.**.. Sabah's close ties to the M-14 leadership give him access to a cadre of experienced M-14 operatives and explosives experts across Anbar, particularly those active in the Karmah-based Green Battalion.

(S/REL TO USA, AUS, CAN, GBR, AND NZL) At least part of Zarqawi's plan for sabotaging the Iraqi elections called for suicide bombers. Umar Hadid associate Abu Abd al-Rahman ordered foreign fighter facilitator Abu Husayn to increase the number of "grooms" (suicide bombers) for use in targeting polling booths during the Iraqi elections.[10]



---

[6] [ | Military | MNF-W: STATE OF THE INSURGENCY, SEPTEMBER 5, 2005 | 20050905 (S/NF) | ]

[7] [ | Military | 2D RADIO BATTALION: ABU ABD AL QADIR, MARCH 13, 2005 | 20050313 (S/NF) | ]

[8] [ | Militar | DIIR IMEF HET08 0174, DOI 7 JAN 05 | 20050113 (S/NF) | ]; [ | Military | _____1.4c_____
____1.4c____

[9] [ | Military | DIIR IMEF HET08 0199 05: DOI 23 JAN 05 | 20050125 | (S/REL USA AND MCFI) | ]

[10] [ | Military | 2D RADIO BATTALION: ABU HUSAYN, JANUARY 2, 2005 | 20050102 (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

~~SECRET/NOFORN~~
Study of the Insurgency in Anbar Province, Iraq
6/13/07

~~(S/NF)~~ A major asset for AQI**Error! Bookmark not defined.**'s rebuilding efforts in Anbar lay in its retention of an external financial network. For instance, Ramadi**Error! Bookmark not defined.** AQI financier Abu Khattab al-Ansari, who served as a member of an 82mm mortar team during Operation AL FAJR, maintained contact with Abu Durr (Abu al-Hour), a Saudi-based AQAM[11] financier. Abu Durr was the primary conduit of funding to Zarqawi from Saudi Arabia and Europe via the UAE**Error! Bookmark not defined.**.[12] Other Zarqawi lieutenants such as Baghdad**Error! Bookmark not defined.** amir Abu Abd al-Aziz continued to easily access funds from Saudi-based clerics and NGOs.  These funds added to fund from Iraq provided them with the finances to rebuild AQI.[13]

~~(S/REL TO USA, MCFI)~~ An event held at the end of January 2005 was a testimony to AQI**Error! Bookmark not defined.**'s recovery. AQI leadership felt secure enough to hold a memorial service for Umar Hadid in Amariyah on January 27. It was even attended by the leadership of AS, Jaysh Mohammed, and some  smaller Iraqi Salafist groups. Sabah Khalaf delivered the eulogy, stating that the death of Hadid would impact the insurgency's operational tempo if openly known and for that reason must be kept secret from both the Coalition and rank-and-file insurgents. Even the insurgent leaders were not told the true circumstances of Hadid's death, with Sabah telling them that he had been killed in Rutbah**Error! Bookmark not defined.** while shooting down a Coalition helicopter.[14]

**The Emergence of the Sunni Arab Resistance (SAR)**

~~(S/REL TO USA, MCFI)~~ **Divisions within the Insurgency**:  While Zarqawi was looking for means to reinvigorate the insurgency, other insurgents were looking for a way out. The loss of Fallujah**Error! Bookmark not defined.** had deflated the SARinsurgency. Many senior leaders of groups operating under the Ramadi**Error! Bookmark not defined.** Shura Council began looking for a way to engage politically to gain a stake in the new government. This led to divisions between SREs and members of the newly emerging Sunni Arab Resistance (SAR). While not crystal clear, these divisions appeared to divide the insurgency from 2005 onwards.[15]

~~(S/REL TO USA, MCFI)~~ **SUNNI ARAB RESISTANCE (SAR).** From 2005 onwards, Coalition forces used the term SAR to refer to those FREs, tribal leaders, and emerging elites active within the insurgency who were open to political engagement and reconciliation with the Iraqi government despite their anti-Coalition activities. SARs rely on the Ba'ath Military Bureau, the former Iraqi security services, IIS**Error! Bookmark not defined.**, AMS**Error! Bookmark not defined.**, and tribal networks for organization, with most SAR groups maintaining a Syria**Error! Bookmark not defined.**-based political leadership to determine strategy and financing in addition to an Iraq-based military leadership.

---

[11] AQAM (Al Qaida and Associated Movements) refers to the global effort by Al Qaida.
[12] [ ] Military | 2D RADIO BATTALION: ABU KHATTAB AL ANSARI, MARCH 2, 2005 | 20050302 | ~~(S/NF)~~ | ]
AQAM refers to al Qa'ida and Associated Movements, the global network of Sunni Islamist terrorist networks.
[13] [ ] Military | 1.4c |
[14] [ ] Military | IMEF HET08 0205 05| 20050128 | ~~(S/REL TO USA AND MCFI)~~ | ]
[15] [ |Military | STATE OF THE INSURGENCY MNF-W, SEPTEMBER 5, 2005 | presumed 20050905 | ~~(S/NF)~~ | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
~~SECRET/NOFORN~~

Page 4 of 122 Pages

Approved for Release

PX900

~~SECRET/NOFORN~~
Study of the Insurgency in Anbar Province, Iraq
6/13/07

~~(S/REL TO USA, MCFI)~~ The de facto leader of the SARs in Anbar Province was Muhammad Mahmud Latif (MML), the head of Ramadi**Error! Bookmark not defined.** Shura Council (see Chapter 4 and Appendix J, Index of Insurgent Groups). In early 2005, Latif left Ramadi for Hit**Error! Bookmark not defined.** to convince other insurgent leaders to press for a political solution after their defeat in Operation AL FAJR.[16] Contacting senior leaders of the Dulaymi tribal confederation, MML asked them to serve as intermediaries between the insurgency, the Coalition, and the Iraq Interim Government (IIG).[17] This decision may have been prompted as much by his own perceived weakness as by a desire to negotiate with the Coalition. Like many SARs, MML feared the rise of AQI**Error! Bookmark not defined.** and Zarqawi's extremist interpretation of Islam.

> ~~(S/NF)~~ **MUHAMMAD MAHMUD LATIF AL FAHADAWI (ABU JUNAID, MML).** The leader of the Ramadi**Error! Bookmark not defined.** Shura Council, MML headed an insurgent network stretching from Hit**Error! Bookmark not defined.** to Ramadi to Saqlawiyah. The former imam of the Abdullah Maktum Mosque in Ramadi, MML had been calling for jihad against the Coalition since 2003 and had impeccable SAR insurgent credentials.  He was regarded as a leading religious figure by AMS**Error! Bookmark not defined.**, AI, AS, and 1920 Revolution Brigade as well as an associate of the Kharbit family and tribal leaders supporting the insurgency. While he was a close associate of Ramadi Shura Council deputy leader Mohammed Daham, MML is a devout Sufi with a moderate view of *shari'a*.  He fell out with Daham following the other man's promotion to a top lieutenant to Zarqawi with the death of Umar Hadid.

### MCIA Insert map of tribes and location

~~(S/REL TO USA, MCFI)~~ MML's decision to push for a political solution to the insurgency was controversial within the Ramadi**Error! Bookmark not defined.** Shura Council and led to a schism within Jaysh Mohammed. While MML was a powerful insurgent leader in Anbar and too strong to be challenged by any one group, former Anbar Ba'ath Party Secretary Hani Nasser Raja al-Ubaydi refused to accept the leadership of MML's loyalists in Jaysh Mohammed.  He formed his own Jaysh al-Haqq (JAH) splinter organization with the help of the brothers General Thurar Henefish al-Mahalawi and General Munir Thurar Henefish al-Mahalawi. Gaining the financial support of the Amman-based Abd al-Latif Humayin al-Kharbit (see Chapter 4), JAH remained active within Ramadi Shura Council but adamantly refused to listen to MML, instead working with AQI**Error! Bookmark not defined.** to try to undermine the Iraqi elections.[18]

~~(S/REL TO USA, MCFI)~~ The emergence of SARs, and MML's decision to join the political process, illustrate one of the defining characteristics of the Iraqi insurgency: a remarkable fluidity of alliances, motivations and ideologies. Nevertheless, of the 10,000 Sunni insurgents estimated to be active by the Coalition at this time, 30% are believed to have been SREs, 45% SARs, and 25%

---

[16] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050117 | 20050117 | ~~(S/NF)~~ | ]
[17] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050126 | 20050126 | ~~(S/NF)~~ | ]
[18] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050125 | 20050125 | ~~(S/NF)~~ | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Study of the Insurgency in Anbar Province, Iraq
6/13/07

criminal.[19] It is important to note that the attitude of individual groups varied a great deal depending on the local environment. SRE/SAR differences did not rule out mutual collaboration:[20] In many cases, membership within insurgent groups was fluid, with street-level insurgents moving easily between different groups.

(S/REL TO USA, MCFI) In addition, most of the non-SRE insurgent figures within the Karbuli, Ubaydi, Rawi, Mahalowi, Salmani, Fahd, Khalfawi, Diab, Faraj, Alwan, Zobai, Halbusi, Jumayli, Mohamdi, Janabi, and Dulaymi tribes would likely be classified as SARs.[21]

(S/REL TO USA, MCFI) While SAR insurgents were open to reconciliation with the HG in theory, MML urged boycotting or sabotaging the January elections to demonstrate Sunni influence in Iraq. His view was seen by many as extremely radical at the time, but, came to be accepted by other insurgents later in 2005.

(S/REL) The SRE/SAR differences were also reflected among the Ba'athist leaders and former Iraqi political actors residing abroad. While some Ba'athists still regarded themselves as loyal to the ideals of Pan-Arab socialism and had delusions about rescuing Saddam Hussein and restoring him to the presidency, most recognized—and exploited—the appeal of extremist rhetoric for soliciting international aid for the insurgency. However, the Ba'athist leaders exercised a limited role in inter-insurgent disputes in Anbar. Their primary role in the province's insurgency lay more in issuing periodic communiqués and providing insurgent groups access to funding through intermediary financiers. They simply did not exercise day-to-day operational control.[22]

(S/REL) Despite the emergence of SREs and SARs as the predominant centers of the insurgency in Anbar, the vast majority of the rank and file insurgents in the province was made up of individuals who had served as military and security personnel under Saddam Hussein. However, many of these individuals had adopted Salafist beliefs since the fall of Saddam Hussein and hence were SREs regardless of their former backgrounds.

**Anbar Prior to the 2005 Elections**

(S/REL TO USA, MCFI) The situation in Anbar at the opening of 2005, while much improved from the previous year, remained volatile. After Operation AL FAJR, Anbar's provincial

---

[19] [ | Military | STATE OF THE INSURGENCY MNF-W, SEPTEMBER 5, 2005 | presumed 20050905 | (S/NF) | ]
[20] The following organizations can be classified as SRE: Al-Qa'ida in Iraq, Ansar al-Sunna, Islamic Army of Iraq, Nu'man Brigade, Islamic Movement of Iraq Mujahideen, Saraya al-Jihad. These groups are SAR: Quwwat Allah al-Tharib, Al-Asa'ab al-Iraqi, Al-Asa'ab al-Ahwal, Green Brigade, Jaysh Mohammed, 1920 Revolution Brigade. Jaysh al-Haq, Abu Sheba Group, Isa al-Handi Group, Mohammed Suleman Group. Ibid.
[21] Ibid.
[22] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050117 | 20050117 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 8 of 224

Declassified by:  MG Michael X. Garrett,
Chief of Staff
Declassified on: 201506

government in Ramadi**Error! Bookmark not defined.** started to move again, but was severely compromised by the insurgents murder and intimidation campaigns.[23]

(S/NF) Anbar Governor Fasal Gaoud remained a weak authority figure. During his first week in office in November 2004, he had been forced to meet with representatives of Ramadi**Error! Bookmark not defined.** Shura Council who gave him one month to remove Coalition forces from Ramadi or face the consequences.[24] Regarded by many Anbaris as incapable of governing the province, he had already lost several key officials to kidnapping or resignation and made little effort to replace them.[25]

(S/REL TO USA, MCFI) The most improved area of Anbar was Fallujah**Error! Bookmark not defined.**. The city's residents were grateful to the Coalition for launching Operation AL FAJR and blamed the insurgency for their current state of affairs.[26] Having seen a glimpse of what Iraq would be like under Salafists, many Fallujah residents reduced their support to the insurgency despite their dislike of the Coalition presence and antipathy towards the IIG. Aversion to the insurgency rose to the point that a majority of Fallujahns expressed a desire for a permanent Coalition military force stationed in the city.[27]

(S/REL TO USA, MCFI) The Coalition and the IIG also sought to engage Sunnis in the political process by encouraging participation in the elections. This was no easy feat, as the elections were opposed not only by insurgents and Anbaris angry over Operation AL FAJR, but also by local Sunni leaders and incumbent officials at nearly every level. There were two main reasons for this opposition from local leaders: 1) fear they would lose their current standing and influence, and 2) concerns about insurgent violence.[28] As a result, the individuals who should have supported the political process (the incumbents) were instead trying to depress turnout in the belief that it would protect their jobs.[29]

(S/NF)  Individual cities had additional issues that would keep participation in the elections low. Many Fallujah**Error! Bookmark not defined.** residents were completely ignorant of which parties and candidates were running for office, believing that their only option was to pray that the right people were elected. In Khalidiyah as in much of Anbar, residents regarded basic necessities like electricity and water as more important to them than abstract concepts like elections. There was

---

[23] [ | Military | 1ST MARINE DIVISION: IO WEEKLY OPERATIONS SUMMARY, January 8, 2005 | 20050108 | (S/NF) | ]

[24] [ | Military | TACTICAL FUSION CENTER: GRINTSUM  050115 | 20050115 | (S/NF) | ]

[25] [ | Military | TACTICAL FUSION CENTER: GRINTSUM  050110 | 20050110 | (S/NF) | ]

[26] [ | Military | 1ST MARINE DIVISION: IO WEEKLY OPERATIONS SUMMARY, JANUARY 8, 2005 | 20050108 | (S/NF) | ]

[27] [ | Military | 1ST MARINE DIVISION: IO WEEKLY OPERATIONS SUMMARY, JANUARY 29, 2005 | 20050129 | (S/NF) | ]

[28] [ | Military | TACTICAL FUSION CENTER: GRINTSUM  050115 | 20050115 | (S/NF) | ]

[29] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 9 of 224

Declassified by:  MG Michael X. Garrett,
SC, Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

serious concern that if they voted under their real names, the insurgents would get the voting registers and target them for supporting the elections. A further concern was that the Shi'a would impose their "distorted" views of Islam on the country. [30]

(S/REL TO USA, MCFI) While Iraqi election workers publicly claimed that up to 750,000 votes were expected in Anbar, in private they conceded that only a few thousand residents were likely to vote. In an effort to keep expectations low, Iraq's Sunni president Ghazi al-Yawar stated that many Iraqis were unlikely to vote out of fears of bloodshed.  He attempted to reassure the Sunni community that those who didn't vote would could still participate in talks for the new constitution. [31]

(S/REL TO USA, MCFI) With Anbar incumbents failing to support the elections, the Coalition turned to motivating other leaders in the province. In early January 2005 three meetings were organized between the IIG and local tribal leaders. The first meeting, held in Fallujah**Error! Bookmark not defined.** included eight respected Anbari sheikhs from the Jumayli, Albu Issa, Mohamdi, Zobai, Aluwani, Rawi, and Anni tribes. This meeting actively played to the Sunni fear of Shi'a power in Iraq, with Fallujah's Shi'a police commander noting that Sunnis should vote if they were so fearful of Shi'a power in Iraq. Somewhat surprisingly, the sheikhs were all supportive of incumbent Prime Minister Iyad Allawi, regarding him as a "strong leader" and an acceptable Shi'a candidate because of his secular nature. [32]

(S/NF) The second meeting, attended by fifteen sheikhs, took place in mid-January 2005 at the office of Interior Minister Falah Hassan al-Naqib. Al-Naqib was direct but non-confrontational, noting that the only way for Sunnis to regain any political power was to participate in the elections. All of the leaders that attended, however, were from areas with a heavy insurgent presence. Intimidation was a more pressing concern than tribal allegiance. [33] Moreover, the senior members of the Dulaymi confederation that attended had already lost considerable credibility among their own tribesmen. They were perceived as corrupt and neglectful of their people and too close to the Coalition. [34] A number of the Dulaymi sheikhs feared assassination if they returned to Anbar.

(S/NF) A third and final meeting occurred as a result of the efforts of United Iraqi Alliance candidate and future Iraqi National Security Advisor Dr. Muffawaq al-Ruba'i Khalil Ibrahim al-Jabara.  He wanted to enlist Sunni tribal leaders to support the United Iraqi Alliance (UIA) despite its overwhelming Shi'a majority. Even so, al-Ruba'i's meeting was not without some positive results as many of those Anbaris that did vote relied on their tribal leaders to tell them which parties and candidates to support. [35]

---

[30] [ | Military TACTICAL FUSION CENTER: GRINTSUM  050129 | 20050129 | (S/NF) | ]
[31] Ibid.
[32] Ibid.
[33] [ |‗‗‗‗‗ 1.4c ‗‗‗‗‗ | 20050130 | (S/NF) | ]
[34] [ | Military | TACTICAL FUSION CENTER: GRINTSUM  050126 | 20050126 | (S/NF) | ]
[35] [ | Military | TACTICAL FUSION CENTER: GRINTSUM  050130 | 20050130 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

Approved for Release

PX900

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 10 of 224

Declassified by:  MG Michael X. Garrett,
SOJTF-OIR Chief of Staff
Declassified on: 201506

(S/NF) National Iraqi political maneuvering also had consequences for the situation in Anbar. A considerable Shi'a bloc formed under the banner of the United Iraqi Alliance. Within the UIA, both the Da'wa Party and the Islamic Da'wa Party (IDP) began vying with the Supreme Council for Islamic Revolution in Iraq (SCIRI**Error! Bookmark not defined.**) to serve as the public face of the Iraqi Shi'a. Leaders from both Da'wa parties had already endorsed Ibrahim Jaffari as prime minister, with SCIRI leader Abdul Aziz Hakim serving as his top rival. A major obstacle for the UIA in the early negotiations to select a prime minister lay in the fact that the alliance had poor internal discipline. The UIA was more an amalgamation of Iraqi Shi'a politics than it was a united parliamentary bloc. Because a 2/3 majority was required in parliament to form a government, the UIA's need to form a coalition with Kurdish and Sunni politicians removed more divisive candidates like finance minister Adil Abd al-Mahdi or Hussain Shahristani. Incumbent president Ghazi al-Yawr and Adnan Pachachi also sought to obtain the presidency.[36] For many Anbaris, the absence of any major Sunni candidates appeared to confirm insurgent claims that the elections were an American plot to install a Shi'a dictatorship in Iraq, further contributing to the boycott.

## The January 2005 Elections

(U) While insurgent preparations to attack the elections had been underway for some time, the first public declaration to that effect was a January 23 audiotape by Zarqawi. In it, he denounced the elections, referring to the candidates as "demi-idols" and declaring those who voted as *kuffar* (unbelievers)—a clear threat to the security of those who took part in the election.[37] In keeping with insurgent propaganda themes, Zarqawi stated that the Coalition was holding the elections in order to bring the Shi'a to power in Iraq. As a demonstration of his power, Zarqawi released a video of Salem Jaafar al-Kanani, Prime Minister Allawi's political director, who was forced to read a statement urging Iraqis not to cooperate with the Coalition before being killed.[38]

> (U) **TAKFIR.** The act of declaring a Muslim to be an unbeliever (kafir, pl. kuffar or kafirun) is called *takfir*. Those people who engage in this act are called "takfiris." Takfir involves far more than a religious declaration, however. Traditionally, once a Muslim is declared an unbeliever or an apostate, he loses all right to property (including the right to inherit or pass on through inheritance any property), he is automatically divorced from his wife, and his blood becomes licit (i.e., he can be killed without any penalty). In the past, only the state could declare a Muslim to be an apostate or unbeliever, and takfir was a rare event. Today, most jihadis believe that they have the right to declare takfir and then to kill the apostates and take their property.

---

[36] [ | 1.4c, (b)(3) 50 USC § 3507 20050125 | (S/NF) | ]
[37] [ | Open Source | ASSOCIATED PRESS/ ROBERT H. REID: OFFICIAL ACKNOWLEDGES ELECTION WOES | 20050123 | (U) | ]
[38] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050127 | 20050127 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 11 of 224

Declassified by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

## Voter Intimidation

(S/NF) Zarqawi's attack on the elections coincided with a major information campaign spearheaded by his UAE**Error! Bookmark not defined.**-based propaganda chief Abu Maysarah al-Iraqi. Operating primarily through the internet, Abu Maysarah posted hundreds of online messages denouncing the elections. To maximize his appeal internationally, he quoted from the writings of the late JTJ**Error! Bookmark not defined.** spiritual leader Sheikh Abu Anas al-Shami and posted rare photos of 9/11 ringleader Mohammed Atta.[39]

(S/NF) Zarqawi's threat to kill those who took part in the Iraqi elections, as well as his continued massacres of ordinary Shi'a, led to a trend that would have tragic consequences for the people of Iraq. Frustrated with what they saw as inaction on the part of the Iraqi government towards Zarqawi and his attacks on Shi'a, in mid-January 2005 members of the Da'wa Party and SCIRI**Error! Bookmark not defined.**'s Badr Brigade paramilitary wing formed the al-Mukhtar Battalion, a death squad designed to hunt down and kill suspected Salafists, Wahhabis, and Ba'athists.[40]

(S/NF) The insurgent push to counter the elections in Anbar began on January 27 with a major spike in attacks throughout the eastern part of the province, such as the Abu Harun Group's attacks on polling sites in Ramadi**Error! Bookmark not defined.**.[41] That same day, the IIG implemented a national curfew until February 1, attempting to empower local Iraqi leaders and the security forces to provide security for elections.[42]

(S/REL TO USA, MCFI) The national curfew appears to have blunted a number of planned insurgent attacks in Anbar. In Ramadi**Error! Bookmark not defined.**, Mohammed Daham's followers in the Ramadi Shura Council and the Abu Harun Group had planned to send fighters from Ramadi to Baghdad**Error! Bookmark not defined.** to carry out attacks on polling stations but were prevented from doing so by the traffic ban.[43]  Their objectives were to:

- Attack U.S. forces to create chaos and mayhem and divert security from polling places
- Attack polling places and Shi'a to prevent them from voting
- Not harm Sunnis, but intimidate them so that they will not vote

(S/NF) Plans to carry out attacks within Ramadi**Error! Bookmark not defined.** itself were organized by Colonel Ayad (Abu Omar), a former member of Qusay Hussein's Security Service and deputy to Umar Hadid.  He oversaw the murder and intimidation campaign in the city during the run-up to the election. Colonel Ayad, however, was unprepared for the IIG's use of multiple polling

---

[39] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050129 | 20050129 | (S/NF) | ]
[40] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050126 | 20050126 | (S/NF) | ]
[41] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050127 | 20050127 | (S/NF) | ]
[42] Ibid.
[43] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050126 | 20050126 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 12 of 224

Declassified by:  MG Michael X. Garrett,
USARCENT Chief of Staff
Declassified on: 201506

stations, believing that only Government Centers or local high schools would be used. The insurgent plan also failed to take into account the large number of Coalition and Iraqi National Guard forces active on the streets during the elections.[44]

(S/NF) Other groups conspiring to disrupt or prevent the lections included:

- AQI**Error! Bookmark not defined.**
- Nationalistic groups such as Jaysh al-Haqq
- Smaller AQI**Error! Bookmark not defined.** associate groups such as the Umar Hadid Battalion

(S/REL TO USA, MCFI) Plans to attack voters in Fallujah**Error! Bookmark not defined.** by local SARleaders Karim Karkaz and Zaydan Khalaf were similarly called off when it became clear that they would be unable to get VBIEDs within range of the polling sites.[45]

(S/NF) Despite its failure to carry out attacks in Anbar during the election, AQI**Error! Bookmark not defined.** did successfully attack voters and polling sites in both Mosul**Error! Bookmark not defined.** and Baghdad**Error! Bookmark not defined.**.[46] Even with the insurgent failure to carry out major attacks against polling sites in Anbar, however, the combination of the insurgent murder and intimidation campaign, a lack of Anbari political support, and Sunni popular antipathy towards the IIG created an effective boycott in Anbar. Total voter turnout for the province was 16,588, with only 2,300 voting in Ramadi**Error! Bookmark not defined.**. The largest single turnout was nearly 5,000 in the majority Shi'a city of Nasser Wa Salaam and lowest was in Karmah where there was no voting at all due to widespread fear of retaliation.[47]

**Political Results from the Elections**

(U) Unofficial national election results for all of Iraq had the Shi'a UIA winning 47.6% of vote, with the Kurdish Alliance coming in second at 25.4%. Prime Minister Iyad Allawi's Iraq List, which would have been the most acceptable of the three to Anbaris, only received 13.6%.

(S/NF) In provincial elections, the IIP**Error! Bookmark not defined.** won thirty-four of forty-one seats in Anbar running on a platform of freeing Iraq from the Coalition, resisting foreign influence, building national unity, empathizing with the Iraqi people, and creating a good life for every Iraqi, based on Islamic principles.[48] Regarding Governor Gaoud's personality as the source of many of the problems in Anbar, the IIP pressed for former deputy provincial council chairman Mamoun Sami

---

44 [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050129 | 20050129 | (S/NF) | ]
45 [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050126 | 20050126 | (S/NF) | ]
46 [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050130 | 20050130 | (S/NF) | ]
47 [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050130 | 20050130 | (S/NF) | ]
48 [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050219 | 20050219 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by:  MG Michael X. Garrett,
Chief of Staff
Declassified on: 201506

Rasheed to be the new governor of Anbar. A consummate politician, Mamoun had a good relationship with the Coalition but appears to have committed electoral "improprieties" in order to ensure the IIP's political dominance in Anbar.[49]

(S/REL) Despite the widespread Sunni boycott in Anbar, many Anbari political parties adopted a "wait and see" approach toward the new national government. Moderating their earlier rhetoric and minimizing challenges to the election's legitimacy, many Sunni political leaders announced that they were willing to accept secular Shi'a control of the government as long as it did not result in an Iranian-style theocracy.[50] While this was not likely since none of the prominent Iraqi Shi'a political parties advocated a Khomeinist system of governance, it was a major concern in Anbar and other parts of Iraq.  Hence the statements by Sunni political leaders helped to encourage some Sunnis to work with the new government.

(S/REL TO USA, MCFI) Sunni politicians Adnan Pachachi and Muhsin Abd al-Hamid expressed despondency about the Sunni marginalization resulting from the boycott.[51]  Many Iraqi Sunnis who had previously supported the boycott of the national elections now realized that the party would have little influence in the new government. The IIP**Error! Bookmark not defined.**'s threat to boycott had been intended to postpone the elections or lead to a reform in the electoral process.[52]  Now, however, IIP leaders recognized that they had to work together with other Sunni parties to preserve their influence over the constitutional ratification process and over the establishment of a permanent Iraqi government.  The table below shows the evolution of governance of Iraq from 2003 to 2006.

| (U) Governance Organization | Leader | Dates | Religion |
|---|---|---|---|
| ORHA**Error! Bookmark not defined.** | Jay Garner | 4/21/03-5/16/03 | |
| CPA**Error! Bookmark not defined.** / Iraqi Governance Council (IGC) | L. Paul Bremer | 5/03-6/04 | |
| Iraqi Interim Government | Ayad [Iyad] Alawi - Prime Minister | 6/04-4/05 | Shi'a |
| | Ibrahim Jaafari - Prime Minister | 4/7/05-4/22/06 | Shi'a |
| Government of Iraq (Sovereign) | Nouri (Jawad) Maliki - Prime Minister | 4/22/06 - present | Shi'a |

---

[49] Ibid.
[50] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050201 | 20050201 | (S/NF) | ]
[51] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050215 | 20050215 | (S/ REL MCFI) | ]
[52] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 14 of 224
Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

(U) **Figure 1.  Governance in Iraq, 2003 to 2006**

(S/NF) One reason for the temporary accommodation by the new Sunni elites lay in their realization that, far from being a monolith, the Shi'a were just as internally divided as the Sunni. Secular Shi'a leader Ahmed Chalabi initially sought backing from UIA supporters of Muqtada al-Sadr, only to be deserted when Ali Sumasem, his main contact in the Sadr camp, lost favor with Muqtada al-Sadr.[53] With Chalabi defeated, the Islamic Da'wa Party (IDP) candidate Ibrahim al-Jaafari was able to win the support of SCIRI**Error! Bookmark not defined.** from former finance minister Adil Abd al-Mahdi, ensuring his nomination as the UIA's candidate for prime minister.[54]

(S/REL) The Sunni calculations about their new political situation were thus complicated by a number of factors. On the one hand, the Sunnis leadership thought the new Iraqi National Assembly unlikely to settle important issues, instead drafting a broad and diluted constitution in order to secure minority support and defer a potential veto.[55] Thus most of the major concerns that ad sparked the Sunni boycott would be deferred until a new government was elected and installed in 2006, giving Sunni political figures another year to maneuver.[56]

(S/NF) On the other hand, when SCIRI**Error! Bookmark not defined.** began holding meetings in Baghdad**Error! Bookmark not defined.** in February to advocate the creation of a federalist system that promised the southern Shi'a regions of Iraq some degree of local autonomy, fears of the new government were rekindled in Anbar.[57] While SCIRI did not command a majority within the UIA, its success in elections allowed it to wield a disproportionate amount of influence.[58]

(S/NF) Efforts to achieve Sunni political participation in Anbar in early 2005 were also deeply affected by the machinations of AMS**Error! Bookmark not defined.** leaders Harith al-Dhari and Mohammed Hardan Hashim.[59] Harith al-Dhari in particular continued to demand Coalition withdrawal, painting the Iraqi elections as fraudulent and inflaming tensions by claiming that al-Najaf**Error! Bookmark not defined.** was rebuilt after the Coalition fought al-Sadr while Fallujah**Error! Bookmark not defined.** continued to stagnate.[60]

(S/REL TO USA, MCFI) To win Anbari support for the new government, the Coalition and IIG began a "hearts and minds" campaign.  Governor Gaoud met with Albu Dhiyab, Albu Nimr, and Albu Issa tribal leaders to discuss the special release of the prominent Albu Dhiyab tribal leader

---

[53] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050215 | 20050215 | (S/NF) | ]
[54] Ibid.
[55] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050206 | 20050206 | (S/NF) | ]
[56] Ibid.
[57] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050205 | 20050205 | (S/NF) | ]
[58] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050208 | 20050208 | (S/NF) | ]
[59] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050203 | 20050203 | (S/NF) | ]
[60] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050215 | 20050215 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett,
Secretary to the Joint Staff
Declassified on: 201506

Sheikh Hamid Turki Zurbin, who had been detained by the Coalition.[61] The release of Sheikh Hamid generated a considerable amount of goodwill among Anbari tribal leaders, particularly when it became known that Sheikh Hamid had now adopted a pro-Coalition outlook and issued public statements stating that the Coalition was in Iraq to help the Iraqi people, that they treated the local population with respect, and that cooperation with the Coalition was necessary to make Iraq peaceful again.[62] Yet the Abu Ghraib scandal continued to persuade many Anbaris that they would be treated inhumanely if they were detained by the Coalition.[63]

### Post-Election Realizations (February 2005)

(S/REL) The result of these pressures was that Sunni political parties in Anbar were hesitant to support the new Iraqi government. While apprehensive about likely Shi'a control of the government, many Sunni political leaders were willing to accept Shi'a political dominance as long as the did not install an Iranian-style system of government.[64] In an effort to counter _____ 1.4b
secular Anbari Sunnis formed the Sunni Movement to Protect Iraq.[65]

(S/NF) Interestingly, the insurgency as a whole also adopted a "wait and see" approach, some because of logistical difficulties and others due to a desire to participate in the political process. Those who wished to continue the fight had the necessary manpower and munitions to surge attacks but now lacked the necessary planners and expertise because of losses suffered during Operation AL FAJR. The result was a lull in fighting across Anbar, suggesting that insurgent capabilities had temporarily peaked during the period of attacks in the run-up to the elections.[66]

### City Stories – Early 2005

### General Observations

(PRE-DECISIONAL SECRET) Much of western Anbar served as insurgent bases after the defeat in Fallujah**Error! Bookmark not defined.**. MML maintained his base in the Hit**Error! Bookmark not defined.**-Ramadi**Error! Bookmark not defined.** region, while other major centers of insurgent activity were along the Haditha**Error! Bookmark not defined.**-Bayji and Husaybah**Error! Bookmark not defined.**-Rawah**Error! Bookmark not defined.**-Mosul**Error! Bookmark not defined.** corridors, with the insurgent leaders based in Rawah overseeing much of the insurgency in western Anbar.[67] In addition to MML, the major insurgent leader in the region was Ghassan

---

[61] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050203 | 20050203 | (S/NF) | ]
[62] Ibid.
[63] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050304 | 20050304 | (S/NF) | ]
[64] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050201 | 20050201 | (S/NF) | ]
[65] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050222 | 20050222 | (S/NF) | ]
[66] Ibid.
[67] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050208 | 20050208 | (S/ REL MCFI) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett,
DCS of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

Amean, who was the overall AQI**Error! Bookmark not defined.** leader for far western Anbar.[68] Ghassan Amean had ties to a Saudi AQAM leader who was alleged to be the nephew of 'Usama bin Laden.[69]

**Haditha**Error! Bookmark not defined. **and Vicinity**

(S/REL TO USA, MCFI) Haditha**Error! Bookmark not defined.**'s poor security conditions and the prevalence of Islamist ideology helped the city to largely replace Fallujah**Error! Bookmark not defined.** and Ramadi**Error! Bookmark not defined.** as a final waypoint for foreign fighters bound for Baghdad**Error! Bookmark not defined.**.[70, 71] Near Haditha, AQI**Error! Bookmark not defined.** leader Aqaba Nafah al-Hayani controlled many of the mosques in Haqlaniyah and Barwanah, conducting armed patrols in the city whenever Coalition forces were not present.[72] Prior to Operation RIVER BLITZ (February-March 2005), Aqaba Nafah al-Hayani, Hamed Dawoud Azawi, and Abu Taha were the major insurgent leaders in Haditha.[73]

**Al-Qa'im and Husaybah**Error! Bookmark not defined.

(S/REL TO USA, MCFI) Quwwat Allah al-Tharib, a successor group to the earlier Al Theeb, served as the major insurgent group in Husaybah**Error! Bookmark not defined.**. Motivated as much by anger and criminality as by religion, the group was led by Bassim Mohammad Fayad and Ra'ad Salah Mutar. Mutar in particular was an infamous figure in Husaybah. He was reputed to have kidnapped as many as 50 Iraqis for working for the police, the national guard, or the Coalition during the previous year. The group was supported by wealthy Iraqis living in Syria**Error! Bookmark not defined.** and Lebanon**Error! Bookmark not defined.**.[74]

(S/REL TO MCFI) With the aid of Quwwat Allah al-Tharib, Husaybah**Error! Bookmark not defined.** insurgents facilitated the entry of foreign fighters into Iraq, with Husaybah serving as a last stop for foreign fighters bound for Mosul**Error! Bookmark not defined.**, Bayji, Ramadi**Error! Bookmark not defined.** and Baghdad**Error! Bookmark not defined.**.[75]

**Hit**Error! Bookmark not defined.

---

[68] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050301 | 20050301 | (S/NF) | ]
[69] [ | Military | IMPACTS ON THE LOCAL INSURGENCY FOLLOWING THE DETAINMENT OF GHASSAN AMEAN -- AO DENVER SIGNIFICANT REPORTING | (S/NF) | ]
[70] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050218 | 20050218 | (S/ REL MCFI) | ]
[71] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050301 | 20050301 | (S/NF) | ]
[72] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050201 | 20050201 | (S/NF) | ]
[73] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050301 | 20050301 | (S/NF) | ]
[74] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050204 | 20050204 | (S/NF) | ]
[75] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050218 | 20050218 | (S/ REL MCFI) | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

(S/REL TO USA, MCFI)   Some of the insurgents in HitError! Bookmark not defined. had relocated from FallujahError! Bookmark not defined. and RamadiError! Bookmark not defined. with some led by MML. They successfully exploited the city's tribal dynamics and long tradition of opposition to outside authority.[76] Local leaders of the insurgency in Hit were Wayeib Hamoud Albu Aber and Khalid Abdul Rahman.[77]

(S/NF) The situation in HitError! Bookmark not defined. was complicated by the presence of a major ally of Ba'athist leader Izzat Ibrahim al-Duri (see Chapter 3). Now an ally of AQIError! Bookmark not defined., al-Duri continued to support the insurgency from SyriaError! Bookmark not defined., using arms received from his contacts in [ 1.4b, 1.4c ] and sending them into Iraq through an elaborate network of professional arms smugglers headed up by Aleppo-based former IISError! Bookmark not defined. officer Mahdi 'Inad Latif al-Dulaymi. Coordinating with his remaining loyalists in BaghdadError! Bookmark not defined. and MosulError! Bookmark not defined. under the banner of the New Ba'ath Party and supported by money smuggled to Syria after the fall of the former regime, al-Duri promised his Ba'athist followers that they would be reinstated to high-level government positions when the Ba'athist came back to power.[78] Among al-Duri's followers was Hit-based Green Battalion leader Nu'man Janabi (Abu Abdal al-Rahman), who had been protected by al-Duri after the fall of the regime and fled to the Ghazalyah district of Baghdad during Operation AL FAJR. Indicative of the tactical cooperation between al-Duri and AQI was the fact Nu'man's top deputy was Essa Hani Abood Albu Issa (Major Haydr, Essa al-Afghani), an al Qa'ida-trained Iraqi who had been among Zarqawi's first recruits into JTJError! Bookmark not defined. when he arrived in FallujahError! Bookmark not defined. in 2002-2003.[79]

RamadiError! Bookmark not defined.

(S/NF) **Insurgent Infighting**: In early February 2005, infighting broke out in RamadiError! Bookmark not defined. between members of Jaysh Mohammed loyal to MML and AQIError! Bookmark not defined. fighters led by Haikal Khalid loyal to Zarqawi.[80] This conflict may have been caused by MML's efforts to establish order within the insurgency. In early February 2005, MML ordered Jaysh Mohammed leader Turki Athawri, a member of the Albu Issa tribe, to cease targeting Coalition forces and instead kill the "criminals" who had dishonored the insurgency by killing Iraqis when they were supposedly attacking the Coalition.[81] Echoing MML's sentiments, religious and tribal leaders in the FallujahError! Bookmark not defined.-Ramadi corridor began condemning violence perpetrated by the "criminal" mujahideen.[82]

---

[76] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050218 | 20050218 | (S/ REL MCFI) | ]
[77] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050301 | 20050301 | (S/NF) | ]
[78] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050301 | 20050301 | (S/NF) | ]
[79] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050327 | 20050327 | (S/NF) | ];
[ | Military | TACTICAL FUSION CENTER: GRINTSUM 050303 | 20050327 | (S/NF) | ]
[80] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050208 | 20050208 | (S/ REL MCFI) | ]
[81] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050208 | 20050208 | (S/ REL MCFI) | ]
[82] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050213 | 20050213 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

Approved for Release

PX900

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/NF) The infighting soon spread to other cities such as Khalidiyah, Habbaniyah**Error! Bookmark not defined.**, and Karmah and encompassed other groups like the Green Battalion.[83] Jaysh al-Haq and the Ba'ath Party in Ramadi**Error! Bookmark not defined.** assisted Jaysh Mohammed in its efforts to push AQI**Error! Bookmark not defined.** out of the city, forming a new organization known by the acronymn MHB and vowing to destroy any insurgent group that engaged in *takfir*.[84] In response, AQI assassinated associates of Mohammed Daham (the *de facto* leader of Ramadi Shura Council while MML was away from the Ramadi), while refraining from attacks on Daham himself, to force him to end the infighting.[85] Saraya al-Jihad leader Muayyad Shami (Abu Hawra) became so frustrated with inter-insurgent fighting in Ramadi (as well as being targeted by the Coalition) that he relocated to Diwaniyah with his associates.[86] At the same time, Daham was being attacked by the Coalition because he continued to attack their forces even while supposedly engaged in a war with AQI.

(S/NF) Daham used the notoriety he had received from being targeted by the Coalition to leverage a truce between Jaysh Mohammed and AQI**Error! Bookmark not defined.**.[87]   The infighting between Daham and AQI came to an end about the time Operation RIVER BLITZ began.

(S/NF) The Ramadi**Error! Bookmark not defined.** General Hospital was one of his key strongholds and his main command and control HQ, exploiting Coalition restrictions on searching hospitals and mosques. Additionally, the emergency room doctors were unwilling to cooperate with the Coalition due to intimidation.[88] The bodies of dead insurgent fighters were dropped off at the morgue after the Ramadi Shura Council had informed their families of their death.

Approved for Release

---

[83] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050207 | 20050207 | (S/NF) | ]
[ | Military | TACTICAL FUSION CENTER: GRINTSUM 050215   20050215   S/ REL MCFI
(b)(1) 10 USC § 130b**Error! Bookmark not defined.** |            | 1.4c, b  3  50 USC  3507                | (S/NF) | ]
[85] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050222 | 20050222 | (S/NF) | ]
[86] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050206 | 20050206 | (S/NF) | ]
[87] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050203 | 20050203 | (S/NF) | ]
[88] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050215 | 20050215 | (S/ REL MCFI) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

## Fallujah
Error! Bookmark not defined.

(S/NF)   Foreign fighter movement in the Fallujah**Error! Bookmark not defined.** area was controlled by Abu Muhannad in the Qaryat al-Fuhaylat area. A deputy to AQI**Error! Bookmark not defined.** leader Abu Sayf, Abu Muhannad answered to Syrian Zarqawi lieutenant Abu Jafar and had ties to the Abu Rashid network in Amariyah.[89]

(S/REL TO USA, MCFI) Additional financial support was provided to the insurgency by the Fallujah**Error! Bookmark not defined.** resident Sheikh Ghazi Sami Abbas, an influential businessman and one of the five richest men in Iraq. Sheikh Ghazi had close ties to Saddam, Uday, Qusay, and Barzan al-Rashid and helped to protect Saddam's wife and daughters after the fall of Baghdad**Error! Bookmark not defined.**. The primary recipients of Sheikh Ghazi's largesse in Anbar were Sahad al-Fahad and Umar Hadid associate Abu Sayf.[90]

## Rutbah
Error! Bookmark not defined.

(S/REL TO MCFI) In Rutbah**Error! Bookmark not defined.**, Iraqi border police chief Hareth Tariq Sirheed stole money from the Iraqi government and used it to fund the insurgency in Baghdad**Error! Bookmark not defined.** at the direction of his father, FRE General Tariq Sirheed Hareth [ 1.4b ]rror! Bookmark not defined. after the fall of Saddam Hussein. Hareth used his position to facilitate smuggling operations in Rutbah and Akashat, coordinating smuggling networks from Syria all the way to Baghdad.  His activities were exposed and he was forced to flee Rutbah for the Iraqi capital.[91] No official police chief existed in Rutbah but a man named Mr. Hussein ran the department. The Iraqi National Guard stationed in the city noticed that their paychecks were shrinking, further increasing their inclination towards criminality.[92]

## Zaidon, Amariyah and Karmah

(S/REL TO USA, MCFI) During February 2005, groups of Salafists and SARs began regrouping in Khalidiyah, Amariyah, Karmah, and Zaidon, using the villages as areas from which to mount attacks in Fallujah**Error! Bookmark not defined.** and Ramadi**Error! Bookmark not defined.**. Exploiting local shortages of fuel and electricity, insurgents used the slow progress and poor services in Anbar as reasons for residents of these towns to join them.[93] Other insurgent fighters gathered on the southern end of Lake That Thar as well as the Jazira area and the Sufia district of Ramadi.[94]

---

[89] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050306 | 20050306 | (S/NF) | ]
[90] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050303 | 20050303 | (S/NF) | ]
[91] [ | Military | TIR IMEF HET10 0309 05| 20050309 | (S/NF) | ]
[92] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050301 | 20050301 | (S/NF) | ]
[93] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050202 | 20050202 | (S/ REL MCFI) | ]
[94] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050203 | 20050203 | (S/NF) | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

Page 18 of 122 Pages

Approved for Release

PX900

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq

6/13/07

(S/REL TO USA, MCFI) Local conditions allowed the insurgency to operate in the small towns. In Khalidiyah, Muhamed Shalal Hamadi, the commander of the 502nd Iraqi National Guard Battalion, was forced to provide Iraqi military funding to the insurgents in order to prevent his unit from being targeted.[95] In Karmah only thirty of 117 Iraqi police officers showed up for work due to insurgent intimidation, though all of Karmah police continued to receive pay.[96] Of those still working in the city to guard the bank and city, most were passive supporters of the insurgency. Majid Hamid Modhe Halbusi, the head of the Karmah city council, was reduced to meeting with the Green Battalion to improve his stature in the city.[97]

(S/REL TO USA, MCFI) Zaidon, a small town of about 7,000 populated by farmers, fishermen and day laborers from the Zoba tribe, became extremely important for AQIError! Bookmark not defined.. Since the 1980s, the Zoba had been at the center of Wahhabi missionary activity in the region, activity sanctioned by Saddam and supported by local resident IISError! Bookmark not defined. officer and later Zarqawi associate, Sabah Khalaf. Zobai tribal leaders Nafia Aswad Khafil, General Mohammed Aswad Khafil, General Zbar Hadi Yousif Irsan, and Ahmed Madlul Fiza Shnatir all supported the insur enc , allowin  mone  and wea ons to be brou ht into the area using smuggling networks [ 1.4b ].[98]

(S/NF) Zarqawi believed Zaidon secure enough to hold a meeting with AQAM leaders from Sudan and Saudi Arabia at Sabah Khalaf's home.[99] The details of what was discussed is unknown, but since mid-January 2005 'Usama bin Laden had been requesting Zarqawi undertake preparations to attack the continental U.S. This was likely the subject of the meeting. In response to bin Laden's request, Zarqawi sent a number of non-Arab operatives to an unknown location to prepare to carry out the attacks. While Zarqawi had some ideas concerning targets in the U.S., he was preoccupied with the insurgency in Iraq and left the operation in the hands of senior AQAM leaders.[100]

(S/REL TO MCFI) In Amariyah, Salafist insurgent leader Fasil Hussein Jabar (called "Sheikh Fasil" by residents because of his power and influence despite not actually being a sheikh) was chairman of the city council, and used the Muslim Brotherhood as a cover for his activities. Lieutenant Colonel Nuri, the commander of the Iraqi National Guard in Ferris Town (a housing area in Amariyah), was a follower of Jabar and until his February 28 arrest abused his authority to support the insurgency. He ordered his troops to display their weapons without wearing their uniforms so the people could not distinguish the insurgents from National Guard Forces out of uniform.[101] Together, Jabar and Nuri were able to subvert the Iraqi National Guard and police in Amariyah and Ferris Town,



| 95 [ | Military | | (S/NF) | ] |
| 96 [ | Military | | (S/NF) | ] |
| 97 [ | Military | 1.4c | (S/NF) | ] |
| 98 Ibid. | | | | |
| 99 [ | Military | | (S/REL TO USA AND MCFI) | ] |
| 100 [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050224 | 20050224 | (S/NF) | ] |
| 101 [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050303 | 20050303 | (S/NF) | ] |

Derived from: MCIA, Multiple Sources
Declassification on: 2028

6/13/07

SECRET/NOFORN

PX900

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

making them work with local insurgent leaders to counter any attacks by the Coalition.[102] The chief bomb maker in the city was Emad Diechi, an Iraqi national who had trained with al Qa'ida in Afghanistan**Error! Bookmark not defined.** but had been ordered by bin Laden to return to Iraq to join the insurgency at some point after May 2003.[103]

### Operations RIVER BLITZ (February 2005) and RIVER BRIDGE (March 2005)

(S/REL TO MCFI) To mask the relief-in-place of I MEF by II MEF, the Coalition launched two consecutive operations, RIVER BLITZ and RIVER BRIDGE. Preceded by raids in Rawah**Error! Bookmark not defined.**, Karmah, Nasser Wa Salaam, and Shahabi at both ends of the Husaybah**Error! Bookmark not defined.**-Baghdad**Error! Bookmark not defined.** corridor, RIVER BLITZ was designed to disrupt insurgent groups during the changeover.[104] Coalition forces launched twelve raids in the first eight days of the operation, capturing 117 detainees including mid-level AQI**Error! Bookmark not defined.** leaders Hamed Dawoud Azawi (AKA Saud Mohammed Jassim), Raad Daham Noseyef, Abu Othman, and Abu Harun Group leader Mohammed Nassir Ali al-Faraj.[105]

(S/REL TO MCFI) RIVER BLITZ forced fighters into flight throughout the region and disrupted insurgent networks. Thus, Ramadi**Error! Bookmark not defined.** Shura Council members were forced to flee towards Akashat and the southern end of Lake Thar Thar,[106] (where they were joined by insurgents from Hit**Error! Bookmark not defined.**);[107] MML and Daham both fled to Syria**Error! Bookmark not defined.**,[108] Ansar al-Sunna relocated from Ramadi to Hit[109] - along with many other fighters from Ramadi.[110]   Other leaders dispersed to remote areas of Anbar, Baghdad**Error! Bookmark not defined.**, Diyala**Error! Bookmark not defined.**, Nineveh, and elsewhere throughout Iraq.[111]

(S/REL TO MCFI) Immediately after RIVER BLITZ the Coalition launched RIVER BRIDGE to specifically target key leaders and facilitators. The operation established an aggressive military presence from Iskandariyah in the south to Haditha**Error! Bookmark not defined.** in the north. Insurgent facilitators Abu Husayn, Abu Umar, and Abu Muhammed were all captured, as were al-Asa'ab al-Iraq leadership in Husaybah**Error! Bookmark not defined.** (including founder Abdel Mekhlif Abdel Hadi) and the AQI**Error! Bookmark not defined.** leadership in Haditha, causing

---

[102] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050303 | 20050303 | (S/NF) | ]
[103] Ibid. The reporting does not specify the nature of bin Laden's order.
[104] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050220 | 20050220 | (S/NF) | ]
[105] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050317 | 20050317 | (S/ REL MCFI) | ]
[106] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050220 | 20050220 | (S/NF) | ]
[107] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050223 | 20050223 | (S/ REL MCFI) | ]
[108] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050221 | 20050221 | (S/NF) | ]
[109] Ibid. Mohammed Messenger of God Forces is a SAR insurgent group made up former military and IIS**Error! Bookmark not defined.** personnel that was part of the Fallujah**Error! Bookmark not defined.** Mujahideen Shura.
[110] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050221 | 20050221 | (S/NF) | ]
[111] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050222 | 20050222 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 22 of 224

widespread disruption to insurgent networks and forcing them to revise or cancel planned attacks. Local insurgents in Hit**Error! Bookmark not defined.** and Haditha were told to remain underground or flee west towards Husaybah and al-Qa'im. Those fighters who had taken refuge around Lake Thar Thar were forced to flee southeast.[112]

(S/NF) To escape being targeted by RIVER BRIDGE, insurgent leaders who had previously been hiding in the remote areas of Anbar fled to Diyala**Error! Bookmark not defined.**, Salahaddin, and Nineveh to seek refuge with allied tribes. Among them was Sheikh Abdullah Janabi, who appointed Sheikh Kassim al-Abaidy as his temporary successor while he left the province. While many insurgent leaders were divided as to whether or not to regroup in Ramana (near Al Qa'im), none intended to give up the fight against the Coalition.[113]

**Consequences of RIVER BLITZ and RIVER BRIDGE**

**Positive Achievements of the Operations**

(S/REL TO MCFI) The purpose of the two operations was never to hold territory, only to keep insurgent groups occupied until II MEF was firmly in place. The actual results of the operations were ambiguous. On the one hand certain areas were cleared of fighters and their leadership, local supporters of the Iraqi government were reassured, and attacks were disrupted, improving the security environment. In towns as remote as Rutbah**Error! Bookmark not defined.**, for instance, 200 police agreed to return to work, keeping the city safe and responding to resident reports about insurgent activity as long as they continued to receive Coalition support.[114]

(S/NF) The most notable improvement was in Hit**Error! Bookmark not defined.** and Haditha**Error! Bookmark not defined.**, where residents became far more pro-Iraqi government and pro-MNF after the operations.[115] This may have been because the situation in the two cities had deteriorated so severely due to intermittent troop presence before RIVER BLITZ and RIVER BRIDGE. Insurgents had enforced on both cities all the trappings of an Islamist totalitarian theocracy: secret police, *shari'a* courts, *hadd* punishments, intense propaganda, concentrations of foreign fighters, and an oppressive murder and intimidation campaign to deter local resistance.[116]

(S/NF) Coalition and local governments took other steps to create greater stability and security throughout the province. The Shi'a Public Order Brigade in Fallujah**Error! Bookmark not defined.**, accused by the largely Sunni population of heavy-handed tactics and disrespect for local

---

[112] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050315 | 20050315 | (S/NF) | ]
[ | Military | TACTICAL FUSION CENTER: GRINTSUM  050321 | 20050321 | (S/NF) | ]
[113] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050319 | 20050319 | (S/NF) | ]
[114] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050317 | 20050317 | (S/REL MCFI) | ]
[115] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050301 | 20050301 | (S/NF) | ]
[116] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050303 | 20050303 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett,
Commanding General, US Army Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

women, purged several members in an effort to address these concerns.[117] In an attempt to improve the regular police, Governor Gaoud fired Deputy Provincial Police Chief (Acting Provincial Police Chief) Jassim Mohammed Bad'a.  However, he was forced by the Interior Ministry to rehire him for lack of a suitable replacement.[118]

> (U) **PUBLIC ORDER BRIGADES: 2005**:  In January 2005, after the election, the new government led by Ibrahim al-Ja'fari, the Ministry of Interior (the Ministry responsible for national-level police forces) came under the control of SCIRIError! Bookmark not defined. and its Badr Corps when former SCIRI and Badr Corps (Organization) commander Bayan Jabr became Minister.[119]   Using a purge of officers, SCIRI increased its control.  In early May 2005, three brigades of counter-insurgency commandos (the Wolf and Volcano Brigades – paramilitary commandos) and the Scorpion Brigade (intelligence search and destroy forces) operated in a number of areas. Allegations exist that as a Shi'a dominated (and Muqtada al-Sadr controlled) force these commandos operated as death squads. Most of the commandos were trained in 1.4b Error! Bookmark not defined..[120]

(S/NF) To counter the burgeoning AQIError! Bookmark not defined. and Ansar al-Sunna IO campaign, the Iraqi Interior Ministry began two new television series, "Confessions," and the "Terrorists in the Grip of Justice," designed to expose the reality behind insurgent propaganda. Both shows featured videos of insurgent confessions and were aired on national stations. The confessions demonstrated that the insurgents were responsible for death and destruction across Iraq, pointed out that many insurgents were motivated by money rather than nationalism or religion, and showed that at least some fighters used drugs to embolden themselves for attacks. Because of intimidation and threats, the Coalition at first had trouble finding Anbar stations willing to broadcast the two series. Once they succeeded, both programs had some impact in discouraging attacks and in encouraging Anbaris to see the insurgents as responsible for problems with security in their communities.[121]

(S/NF) Zarqawi recognized the problems his operations faced and held a meeting with surviving leaders of the former FallujahError! Bookmark not defined. Mujahideen Shura Sheikh Abdullah Janabi, Sheikh Dhafir, Khalid Hamud al-Jumayli, and Ismail al-Jumayli to assess the situation.[122] Following the meeting, AQIError! Bookmark not defined. implemented new OPSEC measures across Anbar, issuing three different "warrior" *kuniyat* (nicknames or aliases) to each member. An effort was made to put the aliases as well as the birth names of every member on forged or valid Iraqi identification cards. AQI members were instructed only to use their "warrior" name with other members of their immediate cell and to discard it after completing a major attack. Street-level

---

[117] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050326 | 20050326 | (S/NF) | ]
[118] [ | Military | TACREP/OCAC2-0314-05 | 20050310 | (S//REL TO USA, CAN, AUS and GBR) | ]
[119] [ | Military | U.K., DEFENSE ACADEMY OF THE UNITED KINGDOM, CONFLICT STUDIES RESEARCH GROUP/ JAKUB CERNY: DEATH SQUAD OPERATIONS IN IRAQ | 200606 | (U) | p. 7. | http://www.da.mod.uk/csrc]
[120] Ibid., p. 3, 7.
[121] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050311 | 20050311 | (S/NF) | ]
[ | Military | TACTICAL FUSION CENTER: GRINTSUM 050421 | 20050421 | (S/NF) | ]
[ | Military | TACTICAL FUSION CENTER: GRINTSUM 050401 | 20050401 | (S/NF) | ]
[122] [ | Military | 1.4c | 20050224 | (SECRET//REL GBR, CAN, AUS) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

members were not to be told the identity of mid-level leaders and mid-level leaders were routinely rotated from positions ranging from cell leader to commander to planner to supervisor to facilitator to ensure operational security.[123]

> (U) **KUNYA (pl. KUNIYAT).** It is sunna (accepted Islamic practice) for Muslims to have a nickname or *kunya*. Generally, *kuniyat* are in the form "Abu" (father) or "Umm" (mother) plus the name of the bearer's child. It is also permissible to have a *kunya* that honors a pious predecessor, shows tribal or national affiliation, or that indicates something significant about the bearer (i.e. height, courage, devotion to God). Anyone trained in al-Qa'ida camps have *kuniyat* that are used as *noms de guerre* (warrior names), as do most of the mujahideen in places like Iraq.

**Unintended Consequences of the Operations**

**The Insurgency Re-establishes Itself**

(S/NF) Because neither RIVER BLITZ nor RIVER BRIDGE was designed to permanently clear, hold, or build Anbar province, they had three unintended consequences. First, some insurgents simply kept quiet or fled only until Coalition forces left. They then resumed their murder and intimidation campaigns. Second, the displacement of insurgents into previously untouched territory gave them the opportunity to build new terrorist networks. And third, the disruption of financial networks led to a considerable rise in criminality throughout the region, as insurgents scrambled to find alternative funding for their activities.

(S/REL TO MCFI) The examples of Hit**Error! Bookmark not defined.**, Haditha**Error! Bookmark not defined.** and Ramadi**Error! Bookmark not defined.** demonstrate what happened when insurgents went undercover until the operations ended. In Haditha, local insurgents remained in the city even though their leaders took flight west or north to avoid being targeted. In Hit, the insurgents fled the city briefly, but then returned when Coalition forces left, vowing retaliation against those who cooperated with the Coalition. Among them was a particularly infamous group of Syrian foreign fighters who, after the operations ended, beat and threatened to kill residents who had allowed the Coalition to use their homes and shops.[124] There was a "carrot" side to the Syrian "stick," however: they offered $5,000 to anyone who agreed to join the insurgency with a regular salary of $500 a month. In short, the insurgent's salaries were twice what a government soldier or police officer received.

(S/NF) In Ramadi**Error! Bookmark not defined.**, many insurgents, like MML, leaders from AS, and other prominent members of the Ramadi Shura Council temporarily fled the city while others laid low until Coalition operations subsided.[125] In the absence of its leaders, the Ramadi Shura Council came under the control of Abu Harun, Abu Hawra, and AQI**Error! Bookmark not**

---

[123] [ | Military |                    1.4c                    | (SECRET//REL USA AND MCFI) | ]
[124] [ | Military |                                          | SECRET//REL TO USA AND MCFI | ]
[125] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050317 | 20050317 | (S/REL MCFI) | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

Declassified by:  MG Michael X. Garrett,
Chief of Staff
Declassified on: 201506

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq

6/13/07

**defined.** leader Sheikh Rafa al-Rawi, who were able to reconstitute the insurgent networks in the Ma'laab, Sufia, and Jazira districts before the operation was concluded.[126] AQI, under the leadership of Haikal Khalid, even strengthened its presence in the Sufia district, although it was now forced to create kidnapping rings to generate badly-needed funding.[127] AQI and others used the Al Haq mosque and the Ramadi General Hospital in Sufia as their primary staging areas.[128] The Ramadi Women and Children's Hospital was also used to treat wounded fighters and to conduct surveillance of Coalition forces.[129] Several doctors at the hospital treated insurgents in rooms not used by regular patients, registering them under false names to keep them from being tracked by the Coalition.[130]

### The Insurgency is Displaced (March 2005)

(S/NF) The displacement of insurgents westward created new opportunities for the insurgency. The increasing concentration of insurgents in western Anbar led AQI**Error! Bookmark not defined.** leader Ghassan Amean to coordinate with Quwwat Allah al-Tharib to regain influence in Haditha**Error! Bookmark not defined.** and then expand their operations to a larger area.[131] In addition to Quwwat Allah al-Tharib, AQI also enlisted al-Asa'ab al-Iraq and Salafia Takfiria to assist in these efforts, leading to increased coordination between insurgents in Husaybah**Error! Bookmark not defined.**, Haditha, and Rawah**Error! Bookmark not defined.**.[132] As many as 1,000 AQI fighters were reportedly active in Husaybah, armed with mortars, RPGs, and AK-47s. This led to fighting between AQI and local insurgents who were tired of fighting the Coalition and resented the presence of the displaced foreign fighters.[133] As a result, AQI began targeting civilians inside the city and pressuring sheikhs to stop using the mosque loudspeakers for preaching unless they were willing to preach jihad.[134]

(S/NF) Despite the predominance of AQI**Error! Bookmark not defined.** in western Anbar, MML would also develop considerable influence among insurgents in the area, using his connections with Sheikh Abdullah Janabi to control a new network of insurgent cells between Hit**Error! Bookmark not defined.** and Saqlawiyah.[135] The tensions between AQI and MML, created by MML's decision to consider political engagement, was further exacerbated when the AMS**Error! Bookmark not defined.** issued a fatwa forbidding the targeting of Iraqi National Guard members. In response, AQI increased dramatically their kidnapping and murders of ING soldiers.[136] The Special Police

---

[126] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050301 | 20050301 | (S/NF) | ]
[127] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050225 | 20050225 | (S/NF) | ]
[128] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050304 | 20050304 | (S/NF) | ]
[129] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050307 | 20050307 | (S/NF) | ]
[130] Ibid.
[131] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050321 | 20050321 | (S/NF) | ]
[132] Ibid.
[133] [ | Military | |                        1.4c                        |
[134] Ibid.
[135] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050330 | 20050330 | (S/NF) | ]
[136] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050315 | 20050315 | (S/NF) | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

Approved for Release

PX900

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq

6/13/07

Commandos in particular were targeted with car bombs and all but one company deserted the unit.[137]

(S/REL) One insurgent who benefited from the displacement of larger, more established groups was Atheer Nassif Turki. Turki's FRE organization Right Party, a pro-Ba'athist group that had once been very influential, was able—with the dispersal of other organizations from HitError! Bookmark not defined. and HadithaError! Bookmark not defined.—to reemerge as a major source of IEDs in the Hit-Haditha corridor.[138] Backed by Syrian FRE Mohammed Yunis al-Ahmed, the Right Party was made up of former military, Saddam Fedayeen, and Ba'ath Party members from al-Saboga, Abu Wherda, Hysekani, and Jubbah who wanted to reestablish the Ba'ath Party without Saddam.[139] Turki's capture in June -- and the subsequent disbanding of his group -- would spell the end to much of the formal FRE insurgent organizations in Iraq.

**The Insurgency becomes more Criminal (March 2005)**

(S/NF) The most significant shift in the insurgency was a general turn toward criminal activity to finance attacks on the Coalition. From the very beginning, the two activities had been linked. Smugglers, for instance, facilitated the entry of foreign fighters and weapons as well as more traditional goods that could be sold to finance insurgent groups. RIVER BLITZ and RIVER BRIDGE, by disrupting established financial networks throughout the province, pushed insurgents to find other means for funding their movements, generally through kidnapping, extortion and robbery.

(S/REL TO MCFI) A small group of [          14b          ] active in the HitError! Bookmark not defined.-HadithaError! Bookmark not defined. corridor were already engaged in kidnapping to replenish finances even before the operations.[140] In Amariyah Jaysh Mohammed leader Ahmed Tohman (a former Ba'athist granted the rank of captain by Saddam Hussein)[141] began robbing residents to raise money.[142]  Meanwhile SARs infiltrated the Trebil customs checkpoint in far western Anbar, extorting bribes from travelers to support their groups.[143]

(S/REL TO USA, MCFI) Ordinary corruption—as at the Syrian border crossings—benefited the insurgency elsewhere. In HabbaniyahError! Bookmark not defined., insurgent leader Sheikh Abdul Hamid was able to bribe the police in order to lure the Coalition into a false sense of security, ordering Iraqi National Guard commanders to use "more force" in clearing out the streets to

---

[137] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050329 | 20050329 | (S/REL MCFI) | ]
[138] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050410 | 20050410 | (S/NF) | ]
[139] Ibid.
[140] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050304 | 20050304 | (S/NF) | ]
[141] [ | Military | DIIR MNFW HET08 0294 05 | 20050309 | (S/REL MCFI) | ]
[142] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050301 | 20050301 | (S/NF) | ]
[143] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

prevent the Coalition from returning to the area.[144] And, when insurgents attempted to ambush Iraqi National Guard troops that were transporting their monthly payroll from Baghdad**Error! Bookmark not defined.** in March, the lieutenant in charge reported the money stolen and then kept it for himself.[145] Mohammed Daham's brother Issa found one of the more ingenious quasi-criminal methods for raising funds. His Ramadi**Error! Bookmark not defined.** gas stations inflated gas prices and used the proceeds to fund his groups' activities. Some Ramadi residents were willing to pay for the higher prices at insurgent gas stations rather than waiting in longer lines for the cheaper government fuel, either out of sincere support for the insurgency or in order to escape intimidation. This led to conflict between 1920 Revolution Brigade and a small group of Syrian, Egyptian, and Sudanese AQI**Error! Bookmark not defined.** fighters over which group would control the gas station money.[146]

**New Criminality and Displacement Provoke Tribal Conflict**

(S/REL TO USA, MCFI) This conflict was not the only one provoked by the new criminality. It also led to an outbreak of tribal infighting in the Ramadi**Error! Bookmark not defined.** area in March 2005. The Albu Diab tribe sought revenge against the Albu Aetha and Albu Faraj for kidnapping and killing its tribesmen.[147]

**MCIA Insert Map of Iraqi Tribes Here**

(S/NF) The flashpoint that sparked the fighting lay in the Albu Diab's desire to hunt down members of the Albu Faraj who had kidnapped Ghemy Ahmed Zebin al-Shokha because he built shops in the Jazira area that the Albu Faraj believed were being used by the Coalition. However, this was merely the culmination of a series of kidnappings of Albu Diab tribesmen by the Albu Faraj in an effort to solicit money from the families of the kidnapped to support the insurgency. In response, the Albu Diab began actively thwarting efforts by the Albu Faraj to plant IEDs and threatened to inform on them to the Coalition if they refused to return al-Shokha.[148]

(S/NF) The displacement and increased criminality of the insurgency led to further tribal fighting. There had always been tension between the Albu Mahal and the Albu Salman. The Mahalwis resented the fact that the Salmanis were the "princely" section of the Dulaymi confederation and therefore given a cut from the proceeds of all illegal tribal smuggling. The leader of the Mahalwis (and an SAR insurgent), Sheikh Sabah Sattam, with the help of his brother-in-law Raja Farhan, the mayor of al-Qa'im, hired displaced insurgents into the al-Qa'im police and used it as his personal

---

[144] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050309 | 20050309 | (S/NF) | ]
[ | Military | TACTICAL FUSION CENTER: GRINTSUM 050310 | 20050310 | (S/NF) | ]
[145] [ | Military ||                1.4c                |
[146] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050306 | 20050306 | (S/NF) | ]
[147] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050308 | 20050308 | (S/NF) | ]
[148] [ | Military | DIIR IMEF HET12 0275 05| 20050303 | (SECRET//REL TO USA AND MCFI) | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

Declassified by:  MG Michael X. Garrett,
Chief of Staff
Declassified on: 201506

security force.  He placed Mahalwis in the local Iraqi National Guard.  He also attempted to take over the Husaybah**Error! Bookmark not defined.** police force, but found himself blocked by the rival Salmanis, who resented this intrusion into their area of influence.[149] The result was an outbreak of low-level fighting between the two tribes that would intensify throughout the spring and result, in the summer of 2005, in a full-blown tribal war.

## Other effects of RIVER BLITZ and RIVER BRIDGE

**Insurgent Financing**



1.4b, 1.4c

**Insurgent Information Operations**

(S/REL TO USA, MCFI) During 2005, various elements of the insurgency, particularly AQI**Error! Bookmark not defined.**, continued to refine their information operations capabilities.  AQI and AS information campaigns were comprised of:

[149] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050315 | 20050315 | (S/NF) | ]
[150] [ | Militar  | TACTICAL FUSION CENTER: GRINTSUM 050410 | 20050410 | (S/NF) | ]
[151] [ | 1.4c, (b)(3) 50 USC § 3507 | 20050420 | (S/NF) | ]
[152] [ | Military | DIIR IMEF HET02 0245 05 | 20050303 | (SECRET//REL TO USA AND MCFI) | ]
[153] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050326 | 20050326 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 29 of 224
Declassified by: MG Michael X. Garrett,
Chief of Staff
Declassified on: 201506

- recruitment efforts
- "winning hearts and minds"
- anti-Coalition propaganda
- published speeches and statements by insurgent leaders like Zarqawi
- claims of responsibility for attacks to include releasing videos of the attacks
- explainations of the goals and strategies of the groups

(S/REL TO USA, MCFI) During RIVER BRIDGE and RIVER BLITZ, some media capabilities were disrupted. For instance, insurgents were unable to mount an effective propaganda response to the operations because they lacked the money to hire reporters.[154]

(S/REL TO MCFI) Recruitment was a top priority of both SARs and SREs, since both had lost hundreds of fighters during the operations. The focus of these efforts varied, however. SAR groups worked to persuade poor, uneducated Iraqis to join their supposed fight for Sunni survival, while SREs argued that the failure of the insurgency would mean the destruction of Islam in Iraq.[155] With roughly 50% unemployed and about 20% of them young men, there were roughly 200,000 potential recruits in Anbar Province. This gave the insurgents a large pool from which insurgents could replenish their depleted ranks.

(S/REL TO MCFI) An important source of frustration for Anbaris were power outages, which provided another issue that insurgents both exacerbated and exploited.[156] The rehabilitation of the Iraqi electrical sector proceeded at a slow pace due to fuel, financing, maintenance and, especially, security issues. Common sense solutions, such as making better use of available fuel resources or making it a priority to repair pipelines that fed power stations, were not implemented because of a lack of coordination between the ministries of Electricity and Oil and Iraqi security forces.[157] Insurgents realized the importance that Anbaris placed on this issue and made targeting power lines and pipelines a priority.

(S/REL TO USA, MCFI) The other focus of insurgent IO was inciting anti-Coalition sentiment. A debate at the time within both provincial and national governing bodies over whether the weekend should consist of Thursday-Friday (as it had under the former regime) or Friday-Saturday (as in most of the Middle East) provided a perfect opportunity for insurgent media exploitation.[158] For SREs the final decision to make Saturday (the Jewish Sabbath) part of the weekend was "proof" that the

---

[154] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050303 | 20050303 | (S/NF) | ]
[155] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050301 | 20050301 | (S/NF) | ]
[156] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050404 | 20050404 | (S/NF) | ]
[157] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050405 | 20050405 | (S/NF) | ]
[158] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050311 | 20050311 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

central government wanted to "Judaize" Islam in Iraq. After the decision was made, insurgents used intimidation to prevent Anbaris from attending work or school on Thursdays.[159]

**Smaller City Stories (March 2005)**

(S/NF)  The dispersion of insurgents meant that a number of small towns and villages throughout Anbar became more significant for the maturation of the insurgency.  Once by-passed by insurgents as well as Coalition forces, these villages became hot-beds of insurgent influence, activity and growth.

**Ramana**

(S/REL TO USA, MCFI) Husaybah**Error! Bookmark not defined.** and other towns around al-Qa'im had always been the transit points for foreign fighters intending to move further north or eastward.[160]  The displacement of large numbers of insurgents westward gave the area an added significance.  Because Husaybah was under the control of local insurgents/criminal groups (such as al-Theeb), Zarqawi decided to make Ramana his primary transit point for fighters going to Tall Afar and Mosul**Error! Bookmark not defined.**, reportedly housing large numbers of fighters in the cities and meeting with Ghassan Amean at al-Qa'im and Ramana to coordinate his operations in the area.[161]

(S/REL TO USA, MCFI) The result was an upsurge in violence in this once placid village. To intimidate locals into compliance, on March 11 AQI**Error! Bookmark not defined.** leaders Hussein Shehab Hammed and Ra'ad Salah Mutar murdered nineteen individuals in Ramana suspected of being Coalition supporters or part of the Iraqi National Guard.[162]

**Dulab and Albu Hayat**

(S/REL TO USA, MCFI) Following their flight from the Hit**Error! Bookmark not defined.**-Haditha**Error! Bookmark not defined.** corridor during RIVER BLITZ, insurgents regrouped in more isolated towns like Dulab or Albu Hayat.  They stole weapons and ammunitions from former regime weapons caches and used the area as a staging area for attacks on Al Asad Airbase in an effort to regain influence in the region.[163]  Rural towns like Dulab were vulnerable to insurgents efforts to influence and recruit as well as murder and intimidate the population. AQI**Error! Bookmark not defined.** fighters in Haditha relocated to the Albu Hayat area, taking vehicles from there and sending them to Rawah**Error! Bookmark not defined.** or Bayji to be transformed into

---

[159] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050313 | 20050313 | (S/NF) | ]
[160] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050310 | 20050310 | (S/NF) | ]
[161] Ibid. The number of fighters in the city was reportedly in excess of 1,200-1,500.
[162] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050311 | 20050311 | (S/NF) | ]
[163] [ | Military | DIIR IMEF 2DMAW 0004 05 | 20050307 | (SECRET//REL USA AND MCFI) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

car bombs.[164] Their ability to operate in Albu Hayat was facilitated by the fact that Coalition operations in the area had caused the death of a young girl in March 2004, a fact that was bitterly remembered by locals.[165]

## Amariyah, Karmah, and Saqlawiyah

(S/NF) These small towns attained significance beyond their size during and after AL FAJR, when important insurgents, including mid-level JM leaders Karim Karkaz and Nori Zbar, as well as foreign fighter facilitator Abud Jadoah, fled to the area.[166] RIVER BLITZ and RIVER BRIDGE would only add to their importance. Mohammed Daham, for instance, moved from Syria**Error! Bookmark not defined.** to Amariyah.[167] His reluctance to return to Ramadi**Error! Bookmark not defined.** was due not to fear of the Coalition but rather because of a handwritten note purportedly from Zarqawi declared him an infidel and stated that he should be put to death for allowing infighting to take place in the city.[168] Mohammad Abdul Aziz, imam of the Abu Thar Mosque, also led a group of 50-60 insurgents into the area and was involved in distributing their propaganda throughout the region.[169]

(S/REL TO USA, AUS, CAN AND GBR) Daham and Abdul Aziz joined a large and growing number of insurgent groups in the three towns. Jaysh Mohammed leaders like Karim Karkaz and Ahmed Tohman used Ferris Town to meet, plan attacks, buy and sell weapons, screen recruits for Coalition informants, confiscate Iraqi ID cards, and obtain fraudulent documents to enter controlled areas such as Fallujah**Error! Bookmark not defined.**[170] Jaysh al-Sunna, a subsidiary of JM, was also active under the leadership of Ibrahim Flaya Hassan Issawi.[171]

(S/REL TO USA, MCFI) The ease with which JM was able to operate in Ferris Town lay in the fact that it was in large part controlled by their former Ba'athist allies.[172] [(b)(6)] [(b)(6)] were all former Ba'athists who collaborated with the insurgency, facilitating attacks or allowing them to take place.[173] Even so, the arrest of [b 6] served to limit the freedom of movement for [(b)(6)] and Sheikh Fasil.[174]

## Akashat

---

[164] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050326 | 20050326 | (S/NF) | ]
[165] Ibid.
[166] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050313 | 20050313 | (S/NF) | ]
[167] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050309 | 20050309 | (S/NF) | ]
[168] Ibid.
[169] Ibid.
[170] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050313 | 20050313 | (S/NF) | ]
[171] Ibid.
[172] [ | Military | 1.4c ]
[173] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050315 | 20050315 | (S/NF) | ]
[174] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/REL TO USA, MCFI) The small mining and smuggling town of Akashat, located in a desolate area between al-Qa'im and Rutbah**Error! Bookmark not defined.**, became an important staging ground for several insurgent groups. Members of the Ramadi**Error! Bookmark not defined.** Shura Council fled there after RIVER BLITZ[175] while AQI**Error! Bookmark not defined.** set up VBIED production in the town (as well as in Karabilah and Rawah**Error! Bookmark not defined.**).[176] Because of its anti-Coalition environment and remoteness, Akashat served as the meeting place for insurgents from al-Qa'im. Local leaders tried to prevent the Coalition from entering the city and Iraqi security forces representative Commander Nuri actively collaborated with the insurgency there.[177] After MATADOR in May 2005, Akashat would briefly attract even more fighters and become a major center of insurgent activity until the insurgents were driven out by anti-AQI members of the Albu Mahal tribe.

**Al-Tash Kurdish Refugee Camp**

(S/REL TO MCFI) Another area where insurgents gathered in eastern Anbar was the al-Tash Kurdish refugee camp, where Zarqawi's military chief Ibrahim Ahmed Mustafa and former AI leader Hayder Qa'Qa'-Bira 'Abd al-Qadir were based followin  RIVER BLITZ.[178]  [1.4b]  **Error! Bookmark not defined.'s**  [1.4b]  were reportedly also active in the camp, using its mixed ethnic make-up to avoid detection while they collected intelligence on SARs in Anbar and tried to undermine Coalition relations with the civilian population of the camp.[179]

**Political Developments and Sunni Engagement (March – May 2005)**

(S/NF) While the insurgency was being reshaped by this series of operations, the first meeting of the Anbar Provincial Council was delayed until March 17, 2005. Only twenty-seven of the forty-one elected members were present, including six women. The Council elected Mamoun Sami Rasheed as president, Khudair Abd al-Jabar as vice president, and Sheikh Hussein Zubair Mukhlif as secretary. While the seating of the Council served as a positive step, it prompted tension between Mamoun and incumbent Governor Gaoud. Gaoud attempted to retain his power by establishing his own security forces, marginalizing Mamoun, and claiming legitimacy for his position because of his ties to the government in Baghdad**Error! Bookmark not defined.**. Mamoun, by contrast, sought to legitimize himself throughout the province and gain influence by challenging Gaoud.[180]

---

[175] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050220 | 20050220 | (S/NF) | ]
[176] [ | Military | DIIR MNFW HET02 0310 05 | 20050401 | (SECRET//REL TO USA AND MCFI) | ]
[177] [ | Militar     TACTICAL FUSION CENTER: GRINTSUM 050410 | 20050410 | (S/NF) | ]
[178] [ | 1.4c, (b)(3) 50 USC § 3507 | 20050310 | (S/NF) ]
[179] [ | Military | DIIR IMEF HET02 0239 05 | 20050310 | (S/REL TO USA AND MCFI) | ]
[180] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050319 | 20050319 | (S/NF) | ]

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

(S/NF) On the national political level the Shi'a UIA pursued a policy of rejecting former Ba'athists like Mish'an al-Jaburi and Adnan al-Janabi in favor of Sunnis like Industry Minister Hajim al-Hassani, an ally of Ayad Allawi.[181] The Iraqi National Assembly overwhelmingly elected al-Hassani to serve as its new speaker. UIA leader Husayn Shahristani and Kurdish lawyer Arif Taylor were elected to serve as deputy speakers with 157 and 96 votes respectively.[182] With al-Hassani as speaker, the UIA was forced to moderate its plan to de-Ba'athify the National Assembly but instead implemented its policies at a ministerial level, preventing Sunni inclusion into the leadership of the Defense and Interior ministries.[183]

(S/NF) At the same time, the election of Jalal Talabani as president, Ghazi al-Yawar as vice president, and Hajim al-Hassani as speaker demonstrated to some Sunnis that the Shi'a and Kurds wanted to give the Sunnis a voice in the new Iraqi government.[184] The later decision to give Sunnis control of six ministries, including the Ministry of Defense, served to ease some Sunni fears of marginalization.[185]

(C) The long delay in the formation of Iraq's new government, and in the creation of a drafting committee to write the new constitution, left only four months to create this seminal document. This time constraint severely hampered the Transitional National Assembly's ability to forge a constitution acceptable to all of Iraq's major political groups.[186] Contentious issues that had to be addressed included the role of Islam as "a" source rather than "the" source of legislation; a delineation of Iraqi federalism; the role of women in Iraqi society and their rights; the limits of de-Ba'athification; the status of Kirkuk**Error! Bookmark not defined.**; minority group rights; the allocation of income from hydrocarbons; and the status of Coalition forces.[187]

**"Negotiations" with the Insurgency (March – April 2005)**

(S/NF) The creation of a federal government, however delayed, was a hopeful sign for the future of Iraq. Another positive development was the decision by some parts of the insurgency to seek a political settlement. As noted, the loss of Fallujah**Error! Bookmark not defined.** as an insurgent sanctuary in Operation AL FAJR along with the Shi'a electoral victories in the Iraqi elections and the combined operations of RIVER BLITZ and RIVER BRIDGE, left many insurgent groups with constrained resources, decreased political leverage, and less relevant propaganda. This left many Sunnis in search of means of political expression. In Anbar, the two most influential Sunni organizations were the IIP**Error! Bookmark not defined.** and AMS**Error! Bookmark not defined.**, with IIP favoring political engagement and AMS opposing it. However, fear of political

---

[181] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050406 | 20050406 | (S/NF) | ]
[182] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050405 | 20050405 | (S/NF) | ]
[183] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050406 | 20050406 | (S/NF) | ]
[184] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050410 | 20050410 | (S/NF) | ]
[185] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050508 | 20050508 | (S/NF) | ]
[186] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050331 | 20050331 | (S/NF) | ]
[187] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq

6/13/07

marginalization and pressure from Sunni followers pushed AMS to begin discussing the development of a new post-regime Sunni political identity.[188]

(S/NF) Towards this end, near the end of March 2005, Harith al-Dhari, MML, and Mohammed Daham formed the Sunni Shura Council, a committee designed to represent Sunni concerns in Anbar while maintaining and advancing AMS**Error! Bookmark not defined.** interests in the province. The Council enlisted the support of prominent former Ba'athists and Sunni tribal leaders and initiated a series of talks that signaled their willingness for political engagement.[189]

**MCIA Insert Picture Here**

(S/NF) The first official contact between the Sunni Shura Council and the Iraqi government took place between Harith al-Dhari, MML, Mohammed Daham, and Anbar police chief Brigadier General Shakir Mohammed Salih in the Amariyah district of Baghdad**Error! Bookmark not defined.** in late March. During the meeting, MML requested the dismissal of 1,000 Iraqi police that he claimed were not properly trained or regularly attending work, the integration of the police with security efforts to address public concerns, and the reinstatement of the majority of Iraqi police officers from the former regime that he claimed had been unfairly dismissed from their positions. To demonstrate his bonafides, MML provided the names of thirty-two gang leaders and 300 police officers with false identification or credentials.[190]

(S/NF) Soon afterward the Sunni Shura Council entered into preliminary talks for negotiations with the Iraqi government and the Coalition.[191] They were shortly joined by the followers of SAR Lieutenant Colonel Ahmad Alwan al-Khaldia of the Ramadi**Error! Bookmark not defined.** Shura Council, AQI**Error! Bookmark not defined.** leader Abdul Qadir Thakir al-Damook (Qaduri Abu Saleh, who was later detained at Baghdad**Error! Bookmark not defined.** International while attempting to flee the country after AQI learned of his initiative and targeted him for assassination), and the Mosul**Error! Bookmark not defined.**-based Khalid Hasan Ahmad Shirabi. Al-Khaldia had already negotiated an agreement with former Prime Minister Ayad Allawi to support his Iraq List in future Iraqi politics. Some [ 1.4b ] backed this initiative, believing that Sunnis should push for political engagement, an en  to insurgent attacks, and integration into the new government so that they could once again subjugate the Shi'a following the Coalition withdrawal. Even some followers of Sheikh Abdullah Janabi were open to negotiations and a cessation of hostilities so that the Coalition could finish rebuilding Fallujah**Error! Bookmark not defined.**.[192]

---

[188] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050325 | 20050325 | (S/NF) | ]
[189] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050331 | 20050331 | (S/NF) | ]
[190] [ [ 1.4c ] | (S/NF) | ]
[191] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050401 | 20050401 | (S/NF) | ]
[192] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050402 | 20050402 | (S/NF) | ]

Approved for Release

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by:  MG Michael X. Garrett,
SECRET/NOFORN Chief of Staff
Declassified on: 201506

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/REL) The common goal of many of these insurgents was the creation of Sunni Iraqi security forces in Anbar that would not only provide security and stability but also act as a bulwark against the rise of Shi'a power in the province. Members of the Sunni Shura Council thus continued to meet with senior Anbari police officials, suggesting that Anbaris be hired by the Iraqi government to fill the gaps in the police and security forces.[193]

(S/NF) To support this position, AMS**Error! Bookmark not defined.** leader Sheikh Ahmed Abdul Ghafour as-Samarrai issued a *fatwa* signed by sixty-four clerics and scholars including 1.4b **Error! Bookmark not defined.** (b)(6)



(b)(6), 1.4b

*Approved for Release*

---

[193] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050401 | 20050401 | (S/NF) | ]
[194] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050406 | 20050406 | (S/NF) | ]
[195] [ | Military | 1.4c ]
[196] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050415 | 20050415 | (S/NF) | ]
[197] [ | 1.4c ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

Declassified by: MG Michael X. Garrett,
SCTC: 36 of 224 f Staff
Declassified on: 201506



(b)(6), 1.4b

(S/NF) Non-insurgent Sunnis were also expanding their political engagement. In March 2005, 'Abd Mutlaq al-Jaburi formed the National Power Alliance for Iraqi Unity (NPA) to mount a strong Sunni opposition to the Shi'a UIA in the December elections. Vice President al-Yawr was in direct contact with the NPA during its formation and requested that it nominate a list of choices for defense minister, only to have the party nominate FRE Major General 'Abd Mutliq Hamud al-Jaburi. In an effort to keep from being targeted by the insurgency, the NPA insisted that all meetings take place in Jordan**Error! Bookmark not defined.** and reached out to neighboring Sunni Arab governments for political, moral, and financial support. After [ (b)(6) ] refused to join the NPA, *Awqaf* Director al-'Ithawi agreed to sign on with the party in an effort to establish a broad-based political organization to participate in drafting the constitution and the upcoming national elections.[201]

(S/NF) In the face of this shift in the agenda of Sunni leaders, including many former insurgents, AQI**Error! Bookmark not defined.** became even more extreme, expanding its targeting to encompass its former allies in the Ramadi**Error! Bookmark not defined.** Shura Council.[202]

**Snapshot of the Insurgency (April 2005)**

(S/REL TO USA, MCFI) The Coalition saw a clear downward trend in the number of attacks for three weeks following Operation RIVER BLITZ, leading some analysts to conclude that insurgent capabilities had been seriously degraded.[203] There were, in fact, significant improvements in the

---

[198] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050413 | 20050413 | (S/NF) | ]
[199] Ibid.
[200] [ |                   1.4c                   | (S/NF) | ]
[201] [ |                                          | (S/NF) | ]
[202] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050403 | 20050403 | (S/NF) | ]
[203] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050401 | 20050401 | (S/NF) | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

security situation brought about by the three major operations in combination with the January elections. Towns such as Hit**Error! Bookmark not defined.**, Haditha**Error! Bookmark not defined.** and Rutbah**Error! Bookmark not defined.**, all major centers of insurgent activity, became much quieter and more secure while the operations were on-going. The political engagement of Sunni insurgents and tribal leaders, prompted by fears of Shi'a domination and by the example of Fallujah**Error! Bookmark not defined.** II, also held promise for a better future.

**Attack Data (January – April 2005)**

(U) The following charts illustrate the numbers and types of insurgent attacks against Coalition forces in Anbar Province that occurred in the first trimester (January to April 2005). The first two (large – ½ page) charts provide an overview of attacks from 2003 to 2007 in the three AOs of Anbar (in two different graphic presentations). The four months are highlighted and allow comparison to the entire period. The following eight charts (small format) break down the overall data into the specific types of attacks (Direct Fire, Indirect Fire, IED, and Complex Attacks**Error! Bookmark not defined.**) arrayed over the 2003-2007 timeframe and also expanded to a week-by-week graphic. Note that the Complex Attacks data was not available until the last few weeks of this period, and the graphs are truncated accordingly.

(S) Early 2005 was highlighted by a dramatic spike in attacks during the week of 27 January – 2 February, across all three AOs but focused on Indirect Fire and IED attacks. This spike was concurrent with the national elections and consistented of many attacks on polling places. On average, however, the attack levels in early 2005 were lower than previous two periods and did not show any obvious trends. Activity was relatively balanced between the three AOs, as no single AO dominated for any of the attack types or overall, though AO Denver was slightly less active.

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

Declassified by:  MG Michael X. Garrett,
Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

**All Incidents**



Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

Declassified by:  MG Michael X. Garrett,
Chief of Staff
Declassified on: 201506

**SECRET/NOFORN**
Study of the Insurgency in Anbar Province, Iraq
6/13/07





Derived from: MCIA, Multiple
Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
**SECRET/NOFORN**

PX900

Declassified by:  MG Michael X. Garrett,
US Army Chief of Staff
Declassified on: 201506

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq

6/13/07



Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

**Complex Attacks**

(S/NF)  Yet the insurgency had only been transformed by the series of operations, not destroyed. Insurgent groups were now dispersed throughout Anbar, including many areas like Ramana and Amariyah – which had once been relatively quiet. The line between criminals and insurgents became far more blurred since insurgents became more involved in criminal activity to fund their struggles while criminals were just as involved in insurgent activity.  Then there was the tension between various insurgent/criminal groups that was leading to tribal conflict, an issue that would come to a head during the summer of 2005.

(S/NF)  Two other trends had begun long before 2005, but would strengthen throughout the early part of the year:  a more religious orientation to the insurgency and less distinction between SARs and SREs. Religious rhetoric was used by all groups, but more significantly AQI**Error! Bookmark not defined.** had successfully recruited a large number of mid- to upper-level former military, security, and IIS**Error! Bookmark not defined.** officers to join the organization.[204] SARs that remained independent increasingly put their expertise indiscriminately at the service of any insurgent group.[205] The example of Muhammad Yunis al-Ahmad Mya, the de facto head of the New Ba'ath Party, shows the convergence of the once distinct groups of insurgents quite clearly.  Al-Ahmad remained in Syria**Error! Bookmark not defined.** after fleeing to Damascus**Error! Bookmark not defined.** in April 2003, and could not establish an insurgent group of his own.  He thus set up several ad-hoc training facilities in the Jazira Desert that were staffed by Salafists and Wahhabis as well as former IIS members, and funded by [ 1.4b ][206]

**The Insurgency Strikes Back (April – May 2005)**

**Recovery from AL-FAJR, RIVER BLITZ and RIVER BRIDGE (April 2005)**

(S/NF)  By April 2005, the insurgency as a whole was recovering from the damage caused by Coalition operations. The resilience of the SRE insurgency lay in its continued ability to exert ideological and financial influence in Anbar, with the survival of larger groups dependent upon the

---

[204] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050411 | 20050411 | (S/NF) | ]
[205] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050402 | 20050402 | (S/NF) | ]
[206] [ | Military | [ 1.4c ]   (S/NF) | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

ability of their leadership to issue broad operating guidelines to far-flung autonomous cells, enabling them to conduct attacks over an extended time period. Because of security concerns, insurgent leaders relied more on couriers and personal meetings to communicate with lieutenants, generally only relying on limited electronic communications as a last resort.[207]

(S/NF) The ability of AQIError! Bookmark not defined. to regenerate and recreate itself was especially remarkable.  Immediately after the operations, a new AQI training facility was set up at al-Biar village south of Amariyah by the Umar Hadid Battalion and used to train the insurgents that would later attack Abu Ghraib.[208] Ghassan Amean also survived RIVER BLITZ and RIVER BRIDGE and began to rebuild his organization's capacity for attacks. He used his cells to hijack cars traveling to JordanError! Bookmark not defined. and then employed the cars in suicide bombings in BaghdadError! Bookmark not defined., MosulError! Bookmark not defined., SamarraError! Bookmark not defined., and Bayji.[209] Amean also stole munitions from a Coalition supply point in Dulab, and intensified attacks throughout the HitError! Bookmark not defined.-HadithaError! Bookmark not defined. corridor.[210] One of his main responsibilities—facilitating the entry and housing of foreign fighters in western Iraq—was helped by his creation of a supply depot between RawahError! Bookmark not defined. and HusaybahError! Bookmark not defined., and the use of the area north of the two cities to house foreign fighters.[211]

(S/NF) The regeneration of AQIError! Bookmark not defined. was announced most starkly by a surge in suicide bombings at the end of March continuing through April. Most suicide bombers during this period were Saudi or Kuwaiti nationals chosen by Zarqawi on a first come, first serve basis. There were no more than four-five suicide bombers per safe house and they were kept in an isolated environment reading the Qur'an and other religious texts all day long.[212] This isolation from outside sources allowed AQI to reinforce their resolve as well as provide an opportunity to tape each person's suicide "statement" as added insurance the individual would go through with the attack.

(S/NF) Local groups like al-Asa'ab al-Iraq in western Iraq were drawn more and more into AQIError! Bookmark not defined.'s orbit, attracted by the notoriety of Zarqawi and access to external financial support as well as local concerns - in this case a desire to limit infrastructure damage to their area.[213] Al-Asa'ab al-Iraq served as an AQI support organization, facilitating the smuggling of foreign fighters and helping AQI to operate in Ramana, RawahError! Bookmark not

---

[207] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050404 | 20050404 | (S/NF) | ].
[208] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050405 | 20050405 | (S/NF) | ]
[209] [ | Military |                    1.4c                    | (SECRET//REL TO USA AND MCFI) | ]
[210] [ | Militar |                                            | (SECRET//REL TO USA AND MCFI) | ]
[211] [ |          1.4c          | (S/NF) | ]
[212] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050405 | 20050405 | (S/NF) | ]
[213] [ | Military |        1.4c        | (S E C R E T REL USA AUS CAN GBR NZL) | ]
[ | Military | TACTICAL FUSION CENTER: GRINTSUM 050406 | 20050406 | (S/NF) | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

Declassified by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

defined., and Husaybah**Error! Bookmark not defined.** thanks to its SAR members from the al-Rawi tribe as well as local tribesmen and criminals with close ties to many local communities.[214]

(S/REL) Another local group now affiliated with AQI**Error! Bookmark not defined.**, the Abu Harun Group in Ramadi**Error! Bookmark not defined.**, emerged as the primary threat to the Coalition in the city after RIVER BLITZ and RIVER BRIDGE. IED**Error! Bookmark not defined.** and VBIED attacks by Sheikh Abu Abdullah Abdul Nassir's cell of the Group spiked during RIVER BLITZ in response to the Coalition disrupting their activities and they then began employing suicide bombers during RIVER BRIDGE.[215]  The radicalization of the Abu Harun Group was due in part to the influence of their close ally AQI leader Sheikh Rafa al-Rawi.[216]

(S/REL) Insurgents who had once terrorized Fallujah**Error! Bookmark not defined.** also attempted to reconstitute themselves once the operations had ended. Several insurgent leaders loyal to Sheikh Abdullah Janabi, including Fadel Mensi al-Aswai, a mid-level leader of Thawrat al-Ishreen, were able to infiltrate back into the city. Al-Aswai brought with him fighters equipped with night vision goggles and sniper rifles, positioning them to shoot at Coalition forces from the minaret at the al-Kulfah Mosque and planting IEDs in the city's drainage system.[217] They were joined by SAR military and IIS**Error! Bookmark not defined.** officers loyal to former Fallujah Brigade commander General Ahmed Obaid Jassim, his brother Maymoon, and his son Moyhamam.[218]

(S/NF) Ansar al-Sunna, which had moved its headquarters from Ramadi**Error! Bookmark not defined.** to Hit**Error! Bookmark not defined.** during Operation RIVER BLITZ, also began to rebuild its strength. By mid-April, AS controlled a majority of insurgents in the latter city under Haj Abu Ayad. Abu Ayad was concerned by the polarization in Hit between "local" and "foreign" (non-Hiti) insurgents following RIVER BRIDGE and increased attacks on Camp Hit out of fear of losing control of the Hit-Haditha**Error! Bookmark not defined.** corridor.[219]

**The Abu Ghraib Attack (April 2005)**

(S/NF) On April 2, the Abu Ghraib prison was attacked at multiple points in a sophisticated operation. One hundred fifty fighters led by Sheikh Abbas Khalifa Thumil al-Essawi combined indirect fire, small arms fire, IEDs, and VBIEDs in a complex attack. The purported goal of the attack was to execute *tha'r* (blood vengeance) against the Coalition for killing several of Sheikh Abbas's family members and to liberate those of his followers who were being held at the prison.

---

[214] [ | Military |    1.4c    || 20050300 | (S E C R E T REL USA AUS CAN GBR NZL) | ]
[215] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050401 | 20050401 | (S/NF) | ]
[ | Military | TACTICAL FUSION CENTER: GRINTSUM 050402 | 20050402 | (S/NF) | ] ]
[ | Military | TACTICAL FUSION CENTER: GRINTSUM 050403 | 20050403 | (S/NF) | ]
[216] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050403 | 20050403 | (S/NF) | ]
[217] [ | Military |              1.4c              | (SECRET//REL TO USA AND MCFI) | ]
[218] [ | Military |                                | (SECRET//REL TO USA AND MCFI) | ]
[219] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050414 | 20050414 | (S/NF) | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett,
Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

Zarqawi is believed to have been personally involved in planning the attack from Amariyah and those [ 1.4b ] who took part in it fled towards Zaidon in its aftermath.[220]

**MCIA Insert Picture here**

(U) AQIError! Bookmark not defined. posted four propaganda statements claiming responsibility for the attack on the Al Eklas jihad website.[221] The first message stated that the group carried out the attack in order to avenge the death of Zarqawi's spiritual advisor Sheikh Abu Anas al-Shami. The second message described the reconnaissance, planning, and execution of the attack, while the third vowed that AQI would continue the fight and the fourth claimed a credit for the car bomb attacks on the prison. AQI also released a video of rockets being fired at the prison to demonstrate its role in the attack.

(S/REL) Following reports of the Abu Ghraib attack, insurgent propaganda led to an increase in donations, morale and momentum for Anbari insurgent groups, particularly for those that cited minimal insurgent casualties and numerous Coalition soldiers killed. The target audience for this propaganda was Iraqis already disposed towards the insurgency in order to embolden them to conduct similar attacks. Even though the attack was repulsed, insurgents were killed and detained, and their objective not achieved, the Arab satellite media portrayed it as a brave attempt to free abused prisoners, which only added to the propaganda value of the attack.[222]

(S/REL) A similar—although much smaller—attack was mounted on April 11 against Camp Gannon by AQIError! Bookmark not defined. supported by al-Asa'ab al-Iraq and Quwwat Allah al-Tharib.[223] Three VBIEDs built at a Karabilah garage used by Jaysh Mohammed and the Abu Harun Group were used in the attack, indicating the degree of cross-coordination that was now taking place within the insurgency.[224]

**Zarqawi's Blitz (April 2005)**

(S/NF) Following the Abu Ghraib attack, AQIError! Bookmark not defined. and its allies mounted a series of mass casualty terrorist attacks throughout Iraq in an effort to sabotage SAR efforts to negotiate a political solution to the insurgency and to prove to Anbaris that the insurgency was still alive and well despite the Coalition operations.[225]

(S/NF) AQIError! Bookmark not defined.'s ability to sustain a prolonged offensive against the Coalition following AL FAJR, RIVER BLITZ, and RIVER BRIDGE served as a major boost to the

---

[220] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050404 | 20050404 | (S/NF) | ]
[221] [ | Military | GMP20050403000128 (Internet) | 20050403 | (FOUO) | ]
[222] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050407 | 20050407 | (S/NF) | ]
[223] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050411 | 20050411 | (S/NF) | ]
[224] [ | Military | [ 1.4c ] SECRET//REL TO USA AND MCFI | ]
[225] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050412 | 20050412 | (S/NF) | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

group in its bid to eclipse the Ramadi**Error! Bookmark not defined.** Shura Council in the insurgent leadership. The more nationalistic SARs continued to have recruiting and retention problems, now exacerbated by a widespread perception, shared by foreign fighters, that the decision to negotiate with the Coalition indicated SAR groups were losing the battle and no longer possessed the necessary money, power, and resolve to continue the fight. Popular Iraqi shows like *Confessions* and *Terrorists* only served to further undermine their efforts, since they seemed to demonstrate that these insurgents were mostly inspired by money or other base motives.[226]

(S/NF) AQI**Error! Bookmark not defined.**, by contrast, had ample external financing, good logistics and an ability to attract foreign fighters and appeared willing to take greater risks and expend its resources to conduct larger and larger attacks.[227] To help AQI regain the initiative, AQAM had also directed additional resources (primarily money and foreign fighters) to Iraq, enabling the group to defy previous estimates of its operational cycle and surge capability. In addition, for AQI and its SRE allies, April 2005 was viewed as a "now or never" moment to prevent Sunni political participation and the creation of Sunni Iraqi security forces. In such an environment, many rank-and-file SAR insurgents deserted to more radical groups like AQI or AS, even while the leadership of groups like the Ramadi**Error! Bookmark not defined.** Shura Council continued to believe that they could seize power in Anbar through a combination of intimidation, infiltration, negotiation, and political participation.[228]

(S/REL USA, CAN, GBR, AUS AND NZL) As part of this offensive, AQI**Error! Bookmark not defined.** sent a large number of fighters into Haditha**Error! Bookmark not defined.** to mount a stepped-up intimidation and coercion campaign that culminated in the assassination of Haditha police chief, Colonel Hassan.[229] Interior Ministry employee Captain Ziyad was also assassinated and all radio and television broadcasts were censored.[230] Nineteen fishermen were subsequently killed north of the Haditha Dam as suspected collaborators.[231] AQI also targeted the workers necessary for moving critical reconstruction supplies, threatened government workers, and kidnapped, then murdered, several Iraqis working at Al Asad. This strategy was not without consequences, however, as at least one tribe in Haditha expressed a desire to take up arms and exact *tha'r* against AQI.[232]

(S/NF) AQI**Error! Bookmark not defined.** logistician Jamal Khairi (Abu Umar), who oversaw the group's operations in the Hit**Error! Bookmark not defined.**-Annah corridor for Zarqawi, was able to reestablish AQI presence in Hit with the assistance of Ansar al-Sunna.[233] Abu Umar was aided by

[226] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050421 | 20050421 | (S/NF) | ]
[227] Ibid.
[228] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050415 | 20050415 | (S/NF) | ]
[229] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050417 | 20050417 | (S/NF) | ]
[230] [ | Military | 3/25 INTSUM 20050419 | 20050419 | (SECRET//REL TO USA and MCFI) | ]
[231] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050421 | 20050421 | (S/NF) | ]
[232] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050502 | 20050502 | (S/REL MCFI) | ]
[233] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050502 | 20050418 | (S/NF) | ]
[ | Military | TACTICAL FUSION CENTER: GRINTSUM 050419 | 20050419 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by:  MG Michael X. Garrett,
SGT, EC 46 of 124 f Staff
Declassified on: 201506

the departure, without explanation, of Brigadier General Fahad Abd al-Aziz of the 503rd Iraqi National Guard Battalion from his post.[234] Fahad had improved security in the Hit-Haditha**Error! Bookmark not defined.** corridor but was accused of corruption and embezzlement by his own men and had been attempting to leave on a high note.[235] Before leaving, he made arrangements with Ramadi**Error! Bookmark not defined.** Shura Council representative Mohammed Ibrahim al-Dhahi to pass on earlier agreements for his own safety and financial gain to his successor Lieutenant Colonel Mohammed Rasheed, but AQI foreign fighters were able to intimidate Rasheed into colluding with them for his personal security.[236]

(S/NF)  After Fahad left Hit**Error! Bookmark not defined.**, AQI**Error! Bookmark not defined.** set up their own amirs as rulers of the city and created *shari'a* courts while retaliating against residents suspected of cooperating with Coalition forces. This assertion of control enabled AQI to take control of key government offices and two gas stations, even confiscating the ID cards of some city employees.[237]

(S/NF) Zarqawi took other actions to create greater cooperation between AQI**Error! Bookmark not defined.** and remaining FRE/SAR groups in Anbar.  On April 14, 2005, he met in Zaidon with the 1920 Revolution Brigade's leader Abu Allah to plan and coordinate their future attacks. They planned to  use Zobai tribesmen loyal to them to operate in Baghdad**Error! Bookmark not defined.** and Abu Ghraib. Among these was the Abu Suhaib Group, a small group of 10-20 Wahhabis who worked for Abu Allah as couriers.[238] AQI also began to work more directly with the Green Battalion, funding their "amir of amirs" Haji Tturgi Ibrahim Alowi Fayadh al-Halbusi and giving instructions about the fate of Coalition sympathizers kidnapped by the Battalion through Abu Sarmet, the AQI leader in Karmah.[239]  Meanwhile, SARs Karim Karkaz and Nori Zubair were paid by AQI to carry out attacks in Fallujah**Error! Bookmark not defined.**.  The two insurgents were able to use their earlier ties to Khamis Sirhan's organization to rally surviving members of that group in an attempt to re-establish their position in the city.[240]

(S/NF) Zarqawi reintroduced his own insurgent cells into Fallujah**Error! Bookmark not defined.** as well, exploiting the conflict between the native Fallujahns and the Public Order Brigade to win

---

[234] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050319 | 20050319 | (S/NF) | ]
[ | Military | TACTICAL FUSION CENTER: GRINTSUM 050412 | 20050412 | (S/NF) | ]
[235] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050319 | 20050319 | (S/NF) | ]
[236] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050519 | 20050519 | (S/NF) | ]
[237] [ | Military |                                           (SECRET//REL TO USA AND MCFI) | ]
[238] [ | Military |                      1.4c                 (SECRET//REL USA AND MCFI) | ]
[239] [ | Military | TACTICAL FUSION CENTER: GRINTSUM | 20050513 | (S/REL MCFI) | ]  The rest of the Green Battalion leadership centered around the family of the group's leader Khalid Obeid Khodier, who had strong tribal ties in both Karmah and Baghdad**Error! Bookmark not defined.**. See [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050508 | 20050508 | (S/NF) | ]
[240] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050428 | 20050428 | (S/NF) | ]
[ | Military | TACTICAL FUSION CENTER: GRINTSUM 050429 | 20050429 | (S/REL MCFI) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

support.  He also hoped to prove that the Coalition had not been able to force him out of the city through their offensives.[241] The historic Furqan Mosque served as the main AQI**Error! Bookmark not defined.** planning and recruitment center in Fallujah.[242] As usual, however, the primary bases for assaults into Fallujah were in fact outside the city in Saqlawiyah and Amariyah. There, AQI leader Haytem Mohammed Anfous coordinated more than 200 insurgents to carry out attacks, kidnappings, and smuggling operations.[243]

(S/REL) As part of Zarqawi's new strategy, AQI**Error! Bookmark not defined.** began to refrain from conducting attacks that would cause death or injury to Sunni civilians (or damage to their property). The inverse, however, held true concerning the Shi'a and any members of the Iraqi security forces that refused to collaborate. When combined with mass casualty terrorist attacks targeting the central government in Baghdad**Error! Bookmark not defined.**, this helped the insurgency regain its lost momentum.[244]

(S/REL TO USA, MCFI) These efforts were not limited to Ramana and Rabit. Residents in Barwanah were heavily intimidated by insurgents who had safe houses in Haqlaniyah.[245] Regardless of the locals' desire to help the Coalition, their desire was overshadowed by the high degree of insurgent intimidation.

(S/NF) In western Anbar, AQI**Error! Bookmark not defined.** and Ansar al-Sunna showed a level of cooperation not seen elsewhere in Iraq extending down to street level joint operations in the Hit**Error! Bookmark not defined.**-Haditha**Error! Bookmark not defined.** corridor. Together, the two groups provided one another with enhanced early warning against Coalition raids, assisted in the movement of fighters and material, and contributed to the other's ability to mass. Elements of the al-Ahwal Group based in Hit (see Chapter 3) also played a role in assisting AQI. Led by Sinan Metib following Operation AL FAJR, the al-Ahwal Group split between those favoring MML's strategy of negotiation and hardliners led by Mohammed Sent that sided with AQI. Together with Ansar al-Sunna and al-Jama'a al-Salafia in addition to its historic western Anbari allies Quwwat Allah al-Tharib and al-Asa'ab al-Iraq, AQI was able to incite all of these groups against the Coalition in Baghdad**Error! Bookmark not defined.**.[246]

(S/REL TO USA, MCFI) AQI**Error! Bookmark not defined.** and the Ramadi**Error! Bookmark not defined.** Shura Council remained at odds over the former's relentless targeting of Iraqi security forces and resulting civilian casualties. The Abu Harun Group attempted to side with AQI but was

---

[241] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050420 | 20050420 | (S/NF) | ]
[242] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050514 | 20050514 | (S/NF) | ]
[243] [ | Military |                        1.4c                        [SECRET//REL TO USA AND MCFI) | ]
[244] [ | Military | TACTIC      U    ON CENTER: GRINTSUM 050424 | 20050424 | (S/NF) | ]
[245] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050425 | 20050425 | (S/NF) | ]
[246] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050428 | 20050428 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

still suffering from setbacks in material and was attempting to reunify its decentralized command structure before any decision could be made.[247]

### Anbari Reactions to Zarqawi's Blitz (April 2005)

(S/REL) Anbari perceptions of security varied dramatically throughout the province during the course of Zarqawi's offensive. The intermittent Coalition presence in towns like Hit**Error! Bookmark not defined.** and Haditha**Error! Bookmark not defined.** led to some communities being trapped in a vicious cycle of insurgent domination through murder and intimidation, the Coalition asserting presence, and insurgents reentering the community to reassert influence following Coalition departure. In extreme cases, insurgent domination meant the seizure of government buildings, the creation of *shari'a courts*, and the implementation of *hadd* punishments. Parties sympathetic to the Coalition were put at risk, purges were conducted by the insurgency, and fewer residents were willing to cooperate with the Coalition during its next operation in the area. As a result, Coalition departure bred resentment and the mood in many communities worsened with each cycle.[248]

(S/NF) The Ramadi**Error! Bookmark not defined.** Shura Council tried to help the security situation by declaring a cease-fire from April 15 to April 17, but this move failed to produce any significant lessening in the number of attacks between Habbaniyah**Error! Bookmark not defined.** and Ramadi. This was due to a number of factors, including pressure from AQI**Error! Bookmark not defined.**, but more importantly because the groups represented in the Ramadi Shura Council had always been a volatile coalition, as can be seen from its earlier feuding in February 2005. In some cases, the only thing that united member groups was their shared opposition to the Coalition. As a result, when MML and Daham attempted to develop political options as part of the emerging Sunni elite they found themselves becoming targets of their former allies.[249]

(S/REL TO USA, MCFI) In Ramadi**Error! Bookmark not defined.**'s Tamim district, one of the centers of violence in the city, the failure of the ceasefire led to a worsening perception of security, which dissuaded the population from supporting the Coalition. This allowed insurgents loyal to Nazir Abu Musab and the 1920 Revolution Brigades, based in the Haji Dahar Mosque, to gain influence.[250] Even so, Ramadi residents were just as unhappy with the insurgents, leading to an incident in which residents took up arms against insurgents who had been planning an ambush against Coalition forces.

### MCIA Insert map of these points

---

[247] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050429 | 20050429 | (S/REL MCFI) | ]
[248] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050421 | 20050421 | (S/NF) | ]
[249] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050417 | 20050417 | (S/NF) | ]
[250] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050502 | 20050502 | (S/REL MCFI) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/NF) The behavior of local police and interior ministry forces did not help the security situation. In Fallujah**Error! Bookmark not defined.** local support for the Public Order Brigade continued to decline because of mistreatment of detainees and religious differences.   Two members of the Brigade were even killed after a woman claimed that she was sexually harassed by the unit.[251] As described earlier in this Chapter, the Public Order Brigades were mostly Shi'a.    However, various Shi'a and Sunni Iraqi security forces units were plagued by problems similar to those of the Public Order Brigade. These units beat and tortured detainees during interrogation and used excessive force against civilians, exacerbating sectarian tensions. Both Coalition and Iraqi commanders were frustrated over Baghdad**Error! Bookmark not defined.**'s inability to control its own security forces, complaining that some Iraqi security forces routinely defied the central government and conducted independent operations.[252]

**Al-Qa'im, AQI**Error! Bookmark not defined.**'s "Capital" of Iraq (April 2005)**

(S/NF) With AQI**Error! Bookmark not defined.**'s offensive underway in Anbar, Zarqawi set up his non-military base of operations in al-Qa'im under Thabit Khalifa Jalut, declaring it the new capital of Iraq.[253] Jalut had served as Zarqawi's top lieutenant in al-Qa'im since December 2004, setting up AQI's internal security wing in the city following the reduction of Coalition forces in the area and establishing safe houses for foreign fighters from Afghanistan**Error! Bookmark not defined.**, Syria**Error! Bookmark not defined.**, Saudi Arabia, and Europe in al-Qa'im and Ramana.[254] AQI believed its situation in al-Qa'im to be sufficiently secure to use the city to plan operations, train new recruits, and lay the groundwork for mass casualty terrorist attacks aimed at Kuwait**Error! Bookmark not defined.** and Europe.[255]

(S/NF)  The form of governance that Zarqawi instituted in al-Qa'im is important, because it served as a template for later "shadow governments" set up by AQI**Error! Bookmark not defined.** throughout Iraq.  Zarqawi set up *sharia* courts in town, began implementing Islamic law and the *hadd* punishments, took over all the mosques, and killed anyone suspected of collaborating with the Coalition or central Iraqi government.   AQI operatives drove around the city and its environs in trucks making certain that young men were cutting their hair and growing beards.  They set up green Islamic flags on the government buildings that they controlled, publicly whipped a woman who was accused of prostitution, and created a system of volunteers to monitor violations of *shari'a*.[256]

**Anbar Fights Back**

Approved for Release

---

[251] [ ] Military |                1.4c                  | (SECRET//REL TO USA AND MCFI) | ]
[252] [ ] Military | TACTICAL FUSION CENTER: GRINTSUM 050417 | 20050417 | (S/NF) | ]
[253] [ ] Military | TACTICAL FUSION CENTER: GRINTSUM 050424 | 20050424 | (S/NF) | ]
[254] [ ] Militar   TACTICAL FUSION CENTER: GRINTSUM 050425   20050425   S/NF

1.4c

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

Declassified by: MG Michael X. Garrett,
Secretary of the Joint Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/NF) Zarqawi's strategy for reinvigorating the insur_enc_ in Iraq was at least partially successful. His successes were reflected in a May 2 report by the ☐ 1.4c Iraqi Working Group which suggested that progress towards stability in Iraq had slowed by mid-April due to the security situation, concerns over de-Ba'athification, and rising sectarian tensions. Anbar was listed as one of two provinces that served as centers of instability for the country. Even FallujahError! Bookmark not defined. was starting to backslide with increased insurgent activity, a deteriorating security situation, and Sunni marginalization within the security services.[257] While Zarqawi's role in creating these conditions should not be overstated (as noted, AQIError! Bookmark not defined. was operating in tandem with a number of insurgent groups during its April offensive and many of the internal Iraqi political problems such as de-Ba'athification would likely have existed regardless), AQI was able to exploit the situation for its own purposes. In so doing, however, Zarqawi would provoke a backlash from tribes in western Anbar.

(S/REL TO USA, MCFI) In many cases, the reasons for this backlash were local. When insurgents withdrew their weapons and propaganda from a school in the Jazira district of RamadiError! Bookmark not defined., teachers pointed to earlier collateral damage from attacks and began actively discouraging students from joining or supporting the insurgency. This forced insurgents to impose a curfew and begin warning residents prior to carrying out attacks.[258]

(S/REL TO USA, MCFI) The major trigger for fighting between AQIError! Bookmark not defined. and local tribes in Anbar, however, was the killing of a Coalition contractor belonging to the Mahalawi tribe by a member of AQI's ally al-Jama'a al-Salafia in al-Qa'im. While AQI likely considered this just another killing of a Coalition collaborator, the Mahalawi tribe was furious and mounted a reprisal, culminating in a major clash in al-Qa'im between AQI and the thousand member Hamza Battalion. This unit, under the leadership of Sheikh Saba, consisted primarily of Mahalawi tribesmen, joined by parts of the Salmani and Ubaydi tribes.[259]

(S/NF) The roots of the conflict between AQIError! Bookmark not defined. and the Hamza Battalion dated back far earlier. In October 2004 sheikhs from the Karbuli and Ramana tribes had considered the idea of a vigilante force that would oppose the rise of foreign fighters (FF). Jumah Hamid Khalef (Abu Umar) founded the group in October 2004 from Albu Mahal tribesmen in al-Qa'im, AnahError! Bookmark not defined., HadithaError! Bookmark not defined., RutbahError! Bookmark not defined., Sadah, Ubaydi, and Karabilah to drive out FF in order to more effectively fight the Coalition. The Albu Nimr also tried in November 2004 to form a paramilitary group that would fight the insurgents without sanction from the Coalition. The argument was that FF such as Zarqawi, by indiscriminately targeting non-combatants, were discrediting the indigenous insurgency. Native fighters were also upset that FF were damaging Sunni

---

[257] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050506 | 20050506 | (S/NF) | ]
[258] Ibid.
[259] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

Approved for Release

PX900

Declassified by: MG Michael X. Garrett,
Commander, CJTF-OIR/Chief of Staff
Declassified on: 201506

infrastructure, drawing the attention of the Coalition, competing for important smuggling routes, and spreading Salafist ideology.[260]

(S/NF) Neither of these efforts, however, met with much success until March 2005 when MML met with a group of AMS**Error! Bookmark not defined.** and tribal leaders to draft a *fatwa* calling on the tribes in western Al Anbar to fight AQI**Error! Bookmark not defined.**'s foreign fighters. Thanks to MML's support, by May 2005 the Hamza Battalion included fighters from 1920 Revolution Brigades, Umar al-Mukhtar, and the Nu'man Brigade[261] in addition to Albu Mahal and Albu Nimr tribesmen and former Iraqi police and National Guard soldiers.[262]

(S/REL TO USA, MCFI) Unlike Zarqawi's previous enemies in Anbar, Sheikh Sabah was a force to be reckoned with. The brother-in-law of the newly-elected Anbar governor and former al-Qa'im mayor Raja Nawaf Farhan, Sheikh Sabah was the head of the Mahalawi tribe and a former member of the Fallujah**Error! Bookmark not defined.** Mujahideen Shura (see Chapter 4).[263] As such, he had ties of his own to both the insurgency and local tribes that he was able to use as a force amplifier in his fight against AQI**Error! Bookmark not defined.**. Exploiting these connections, he was able to convince al-Asa'ab al-Iraq to turn against AQI in Husaybah**Error! Bookmark not defined.** and begin capturing their fighters traveling between Husaybah and Barwanah.[264] Exploiting tensions between AQI and the Jughayfah tribe in Haditha**Error! Bookmark not defined.**, Sheikh Sabah persuaded the Jughayfah tribe to begin training 200 tribesmen to fight AQI in Albu Hayat and Dulab (the Jughayfah tribe later declined to carry out any attacks due to a lack of leadership) and enlisted the Albu Alwan tribe to begin attacking the group in Ramadi**Error! Bookmark not defined.**.[265] Taking advantage of the differences between AQI and the Ramadi Shura Council leadership, Sheikh Sabah requested that they send fighters to al-Qa'im to reinforce his tribesmen.[266]

## Operation MATADOR (May 2005)

(U) In response to the rise of AQI**Error! Bookmark not defined.** activity in western Anbar, on May 7, 2005 forces from the 2nd RCT, 2nd Marine Division launched Operation MATADOR in the Jazira desert north of the Euphrates River to eliminate insurgents and foreign fighters, believing that the region had replaced the Ramadi**Error! Bookmark not defined.**-Hit**Error! Bookmark not defined.** corridor as the center of insurgent activity since the fall of Fallujah**Error! Bookmark not defined.** in 2004. MATADOR involved over 1,000 Coalition troops in addition to tanks and other armored vehicles and both manned and unmanned aircraft including F-15Es, Predators, and Marine Corps F/A-18s. The operation was primarily focused in the vicinity of al-Qa'im.

---

[260] [ | Military | DIIR IMEF HET01 0014 05 | 20041023 | (SECRET//REL TO USA AND MCFI) | ]
[261] Nu'man means "Blood."
[262] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050701 | 20050701 | (S/NF) | ]
[263] [ |     1.4c     | 20050506 | (S/NF) | ]
[264] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050505 | 20050505 | (S/REL MCFI) | ]
[265] [ | Militar     TACTICAL FUSION CENTER: GRINTSUM 050503 | 20050503 | (S/REL MCFI) | ]
[266] [ |     1.4c     | 20050506 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett,
SOUTHCOM Chief of Staff
Declassified on: 201506

(U) At the beginning of MATADOR, troops from the Army's 814th Multi-Role Bridge Company constructed a pontoon bridge across the Euphrates River where [ 1.4c ] indicated the insurgents were located. Marines crossed the southern banks of the Euphrates at Ubaydi and headed into the Jazira desert, establishing a blocking position at Ramana and flushing out a large group of insurgents after a decisive battle using combined arms and close air support. Insurgents attempted to launch a counter-attack against a Marine convoy at Camp Gannon using small arms fire, RPGs, IEDs, and two suicide car bombers. One car bomb damaged an armored HUMVEE, while the other was destroyed by a Marine M1A1 Abrams.[267]

(U) In both the Jazira desert and the Camp Gannon fighting, insurgents encountered by the Coalition were wearing paramilitary fatigues and in some cases wearing protective vests while demonstrating TTPs that exceeded those demonstrated by their counterparts in other parts of Iraq.[268] The organization, training, and discipline of these fighters, as well as the depth of insurgent penetration in this part of Iraq, came as a surprise to the Coalition and demonstrated the need to carry out major operations in order to deprive the insurgency of this staging ground.

(S/NF) AQIError! Bookmark not defined. leader Ghassan Amaean was captured by the Coalition during MATADOR, causing the group to become demoralized in al-Qa'im and to lose popular support. While the group remained active in HadithaError! Bookmark not defined., its fighters in the al-Qa'im area dispersed to RutbahError! Bookmark not defined., MosulError! Bookmark not defined., and SyriaError! Bookmark not defined. to escape both MATADOR and attacks by Sheikh Sabah's followers. Some would flee back into the HitError! Bookmark not defined.-Haditha corridor, regarding the area as a safe haven.[269]

(S/REL TO USA, MCFI) As part of MATADOR the Coalition carried out a diversionary operation in Zaidon. Once again, the depth of insurgent penetration in this small town came as a surprise to the Coalition, pointing out once again the need to do something to disrupt insurgent operations in the area.[270]

**City Stories**

**General Situation**

(S/REL) Many Anbaris continued to struggle in their daily lives and lacked basic services, publicly comparing life to how it had been under Saddam Hussein. The absence of utilities, economic growth, and security were all major aspects of public life whose absence or destruction was blamed

---

[267] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050514 | 20050514 | (S/NF) | ]
[268] Ibid.
[269] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050508 | 20050508 | (S/NF) | ]
[270] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050523 | 20050523 | (S/NF) | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett,
Joint Chiefs of Staff
Declassified on: 201506

on the Coalition. Several water and electricity-related problems arose in the Ramadi**Error! Bookmark not defined.**-Fallujah**Error! Bookmark not defined.** corridor, where residents needed an adequate water supply for crops in order to make money and survive. The general population was most supportive of the Coalition in Fallujah, Ramadi, and Husaybah**Error! Bookmark not defined.** and least supportive in Hit**Error! Bookmark not defined.** and Haditha**Error! Bookmark not defined.**. Several peaceful protests occurred regarding allegations that the United States desecrated the Qu'ran at Guantanamo Bay and calls for local government officials to take a stronger stand against former Ba'athists. While insurgent intimidation, kidnapping, and assassination were high, the relatively small Iraqi security forces continued to hold up.[271]

## Al-Qa'im, Akashat and Ga'aara

(S/NF) With many fighters dispersed from al-Qa'im by the Coalition and fighting with Sheikh Sabah, the insurgents began shifting their primary rallying area to Akashat, using the village of Ga'aara as their new headquarters. A small group of houses outside of Akashat disguised as a Bedouin village, Ga'aara served as a planning center for the insurgents after they had been pushed out of al-Wa'im in Operation MATADOR. The insurgency had already possessed a logistics and smuggling network in the Rutbah**Error! Bookmark not defined.** Husaybah**Error! Bookmark not defined.** corridor at least as far back as January 2005 and the villages of Maqir al-Thib, al-Baqhuz, and al-Karish were insurgent hubs to smuggle foreign fighters and supplies into Iraq due to their rural arrangement and the nomadic character of the inhabitants.[272]

(S/NF) Unfortunately, the security situation in al-Qa'im remained grave at the conclusion of Operation MATADOR, with large numbers of Iraqi fighters who had fled to Syria**Error! Bookmark not defined.** now returning to al-Qa'im to resume their intimidation of the population. Some were [ 1.4b ] who were now**Error! Bookmark not defined.** loyal to Zarqawi.[273]

## Hit**Error! Bookmark not defined.** and Haditha

(S/NF) Al-Asa'ab al-Ahwal fighters drawn from AQI**Error! Bookmark not defined.** and Ansar al-Sunna served the dominant group in the Hit**Error! Bookmark not defined.**-Haditha**Error!**

---

[271] [ | Militar    TACTICAL FUSION CENTER: GRINTSUM 050522 | 20050522 | (S/REL MCFI) | ]
[272] [ || 1.4c || 20050308 | (S/NF) | ]
[273] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050519 | 20050519 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

**Bookmark not defined.** corridor due to its large supply of munitions and the frequent movement of its supply caches.[274]

(S/REL) In general, insurgents in western Anbar were able to endure MATADOR by either withdrawing to urban areas while the Coalition was conducting operations in outlying villages or by assimilating into the rural population. Either way, they quickly reestablished influence once Coalition forces are no longer active in the area. Membership in individual insurgent groups remained fluid, with local groups operating under the umbrella of AQI**Error! Bookmark not defined.** or Ansar al-Sunna being the most common. Friction continued in Haditha**Error! Bookmark not defined.** between residents and SREs, while Hit**Error! Bookmark not defined.** was subjected to an intense murder and intimidation campaign by Ansar al-Sunna. Rawah**Error! Bookmark not defined.** and Annah served as secondary staging areas for AQI while the group relocated to Akashat and Rutbah**Error! Bookmark not defined.** following Operation MATADOR.[275]

**Khalidiyah and Habbaniyah**Error! Bookmark not defined.

(S/REL) Unfortunately, the end of Operation MATADOR coincided with another period of insurgent reconstitution in eastern Anbar. There were a number of factors behind this insurgent resurgence. These factors included the Albu Diab tribe beginning to relax its opposition to the insurgency in the Jazira area near Ramadi**Error! Bookmark not defined.**, the continued lack of employment, and irrigation problems that led to a low-yield harvest among the tribesmen.[276] Thanks to this ease in pressure, the Abu Harun Group and the followers of Nuhaad Abu Abdullah were able to organize 250-300 insurgents to carry out attacks in Khalidiyah and Habbaniyah**Error! Bookmark not defined.**. AQI**Error! Bookmark not defined.** fighters were able to move through the area, bribing Iraqi security forces into allowing them to move uninhibited through the area, attacking Coalition and Iraqi convoys in coordination with the Islamic Army of Iraq.[277]

**Ramadi**Error! Bookmark not defined. **and Fallujah**Error! Bookmark not defined.

(S/REL) The insurgent leadership in Ramadi**Error! Bookmark not defined.** continued to be divided between the Ramadi Shura Council, AQI**Error! Bookmark not defined.**, and Ansar al-Sunna despite efforts to form a united front.[278] Insurgents near Fallujah**Error! Bookmark not defined.**, by contrast, were far better organized and willing to coordinate attacks towards Baghdad**Error! Bookmark not defined.** and Abu Ghraib while supporting infiltration back into

---

| | | | |
|---|---|---|---|
| [274] [ ] Military \| | 1.4c | | ] |
| [275] [ ] Military \| | TACTICAL FUSION CENTER: GRINTSUM 050522 \| 20050522 \| S REL MCFI | | ] |
| [276] [ ] Military \| | 1.4c | | ] |
| [277] [ ] Military \| | TACTICAL FUSION CENTER: GRINTSUM 050520 \| 20050520 \| (S/NF) \| ] | | |
| [278] [ ] Military \| | TACTICAL FUSION CENTER: GRINTSUM 050522 \| 20050522 \| (S/REL MCFI) \| ] | | |

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

Fallujah. Insurgents north of Fallujah were largely drawn from Jaysh Mohammed and the Islamic Army of Iraq, while those to the south are AQI or Ansar al-Sunna.[279]

**Iraqi Politics and the Constitution**

(S/NF) Following the May 10 announcement of the Transitional National Assembly Constitution Drafting Committee, several prominent Sunni leaders expressed deep disappointment over what they saw as inadequate Sunni representation. While UIA MPs publicly acknowledged the need for greater Sunni inclusion, in practice they rejected all Sunni proposals. Even so, representatives from the prime minister, SCIRI**Error! Bookmark not defined.**, and UIA independents assured the U.S. embassy in mid-May that they were in close contact with Sunni groups and leaders in order to work out a compromise.[280]

(C) Of the fifty-five members of the committee drafting the constitution, twenty-one were from the UIA, fifteen were from the Kurdish Alliance, eight were secular Shi'a from Allawi's Iraq list, and two were Sunni Arabs. IIP**Error! Bookmark not defined.** leaders Tareq Hashemi and Naseer al-Ani told the Coalition that efforts to include Sunnis in the Iraqi government were superficial and that this treatment of the Sunnis was counter-productive to IIP efforts to put pressure on extremists. Dr. Adnan Pachachi rejected as well the idea that Sunnis should only have "consultative options" when it came to drafting the constitution. In an effort to address these criticisms, Awqaf Director al-'Ithawi told the Arab press that he was drawing up a list of Sunni candidates for inclusion on the Committee.[281]

**The Kidnapping and Death of Governor Farhan (May-June 2005)**

(S/NF) While the negotiations over the constitution continued, two significant developments in Anbar would profoundly affect the insurgency in mid-2005: the kidnapping and murder of the provincial governor and the capture of Mohammed Daham. The growing strength and effective action of the Hamza Battalion was the main impetus for AQI**Error! Bookmark not defined.**'s decision to kidnap Governor Farhan. After a brief lull following Operation MATADOR, the Hamza Battalion resumed its attacks on AQI, seeking to prove itself to the new Iraqi government in order to be incorporated into the police and Iraqi National Guard in the al-Qa'im area.[282] Among those they attacked were AQI foreign fighters in Karabilah under Hussein Shehab and Ra'ad Saleh Mutar, who had been planning another attack on Camp Gannon.[283]

(S/NF) In an effort to reduce attacks by the Hamza Battalion, AQI**Error! Bookmark not defined.** had Ansar al-Sunna kidnap Sheikh Sabah's brother-in-law Governor Farhan and his son while they

---

[279] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050520 | 20050520 | (S/NF) | ]
[280] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050520 | 20050520 | (S/NF) | ]
[281] Ibid.
[282] [ | Military | _____ 1.4c _____ ]
[283] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050524 | 20050524 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

were traveling from RamadiError! Bookmark not defined. to al-Qa'im.[284] This forced the Hamza Battalion, which had rejected two earlier truce offers, to halt its attacks against AQI in order to negotiate for the governor's release.[285] Sheikh Sabah of the Mahalawi and Sheikh Hatim Abd al-Razzak of the Albu Nimr oversaw the negotiations with the AQI leadership in RawahError! Bookmark not defined.. The first demand from AQI was that the Mahalawi tribe leave the group alone and that Sheikh Sabah and 10-12 of his top subordinates leave the area. On May 16, AQI agreed to release the governor's son in return for weapons and vehicles. The negotiations would continue until May 29, when AQI killed the governor during a Coalition raid northwest of Rawah that also resulted in the death of four foreign fighters and the capture of four more.[286]

(S/NF) Local reactions to the death of Governor Farhan were decidedly mixed. AQIError! Bookmark not defined. mounted an aggressive propaganda campaign to convince locals and members of the Hamza Battalion that the Coalition had deliberately killed Farhan. While Farhan's son and nephew blamed AQI for the governor's death, many in the Mahalawi tribe believed that threats by the Nawaf family served to exacerbate the situation. Many of the Mahalawi tribesmen who made up the bulk of the Hamza Battalion were demoralized and tired of fighting, not wishing to return to HusaybahError! Bookmark not defined..[287]

(S/NF) In late May and early June, AQIError! Bookmark not defined. and Hamza Battalion representatives attended talks in RawahError! Bookmark not defined. mediated by Dulaymi tribal leaders in the hopes of settling their dispute but no resolution occurred.[288]

**The Capture of Mohammed Daham**

(S/NF) Coalition forces also managed to capture Mohammed Daham in RamadiError! Bookmark not defined. when he made the mistake of attempting to turn a peaceful protest into a riot. At the time of his capture, Daham controlled multiple cells of the Nu'man Brigade and had recently reorganized his fighters to carry out multiple attacks.[289] MML ordered Sheikh Mohammed Sadaq, one of six representatives that he had named to negotiate with the government on behalf of the insurgency, to get Daham out of prison.[290] Sadaq organized a demonstration in Ramadi to petition for Daham's release, but this protest failed to generate large numbers since many Ramadi residents regarded Daham as a thug and were unconcerned by his detention.[291]

---

[284] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050601 | 20050601 | (S/NF) | ]
[285] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050524 | 20050524 | (S/NF) | ]
[286] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050601 | 20050601 | (S/NF) | ]
[287] Ibid.
[288] [ 1.4c ]
[289] [ | Military | IMEF HET02 0214 04 | 20040815 | (SECRET//REL TO USA AND MCFI) | ]
[290] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050529 | 20050529 | (S/NF) | ]
[291] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050530 | 20050530 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

(S/REL TO USA, MCFI) The detention of Daham led to a splintering of the Ramadi**Error! Bookmark not defined.** Shura Council, with additional leaders fleeing to Baghdad**Error! Bookmark not defined.**. Leadership and membership in insurgent cells became fluid, with low-level cells holding no clear allegiance except being willing to fight for whoever was willing to pay.[292] Even so, Daham's followers continued to conduct retaliatory attacks in Ramadi.[293]

(S/NF) AMS**Error! Bookmark not defined.** sought to head off the potential for chaos among the Ramadi**Error! Bookmark not defined.** fighters by uniting all the insurgent groups in the city into a single organization. This particular project was the provenance of Harith al-Dhari, who was under pressure within AMS because of his failure to secure Sunni power in the last election. Towards that end, AQI**Error! Bookmark not defined.** agreed to share funds and weapons with the Nu'man Brigade and other member groups of the Ramadi Shura Council.[294]

**Snapshot of the Insurgency**

(U)  By the end of May 2005, the insurgency had recovered from earlier Coalition operations and was now firmly embedded in certain areas of Anbar. Al-Qa'im was the new capital of AQI**Error! Bookmark not defined.**, and parts of the Jazira as well as a section of territory around Zaidon were hotbeds of insurgent activity. The example of al-Qa'im and nearby villages showed the sort of society that AQI hoped to create in Iraq: ruled by a strict version of shari'a and enforced by groups of "volunteers" who meted out medieval punishments for the least violation of these codes.

(U)  The dispersion of insurgents after AL FAJR and later Coalition operations had pushed AQI**Error! Bookmark not defined.**, AS and other groups into smaller towns and villages of the province. Localities like Akashat, Ga'ara, Ramana, Saqlawiyah and Amariyah now became important staging grounds for attacks. Insurgent groups—FRE, SRE, and SAR—also turned to criminal activities, since their regular financial networks were disrupted. At the same time, AQI and other groups had quickly reconstituted and were capable of sophisticated and complex attacks, like the one mounted against Abu Ghraib.

(U)  There were, at the same time, several positive changes brought about by AL FAJR and the January elections. The serious split between SARs and SREs—and between MML and AQI**Error! Bookmark not defined.**, in particular—was creating a space for insurgents to find a peaceful way out of the fighting. This political engagement was at an early stage in May 2005, but held great promise.  A related problem for AQI was the decision by MML to encourage attacks on foreign fighters by native Iraqi tribesmen. Sheikh Sabah's tribal force created a serious threat to Zarqawi, one that he felt compelled to answer with more violence.

---

[292] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050529 | 20050529 | (S/NF) | ]
[293] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050702 | 20050702 | (S/NF) | ]
[294] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 58 of 224

Declassified by: MG Michael X. Garrett,
USFOR-A Chief of Staff
Declassified on: 201506

(U)  Finally, the example of Fallujah**Error! Bookmark not defined.** after AL FAJR showed that, once free of overwhelming insurgent influence, ordinary Anbaris were relatively resistant to the appeal of the insurgency, and willing to find ways to work within the system to improve their lives.

(U)  **Summary:**

(S/NF) Early 2005 was a key period for AQI's efforts to reorganize its Anbar networks following Operation AL FAJR, setting the group up to become the preeminent insurgent force in Anbar the following year. Despite aggressive Coalition operations intended to defeat or degrade the insurgency, the decline of FRE insurgent groups inadvertently served to fuel the rise of AQI as many FREs continued to join or ally with AMZ in order to continue their fight against the Coalition. Coalition operations in major cities forced local insurgent cells to operate in a more clandestine manner, leading to a rise in criminality, murder, and intimidation as insurgents sought to raise money and retain influence over the general population.

**June to August**

**Introduction**

(U)  *If the first half of 2005 was dominated by the aftermath of AL FAJR and the January elections, the second half of the year was defined by two entirely different processes.  The Coalition carried out a series of operations designed to accomplish two tasks.  First, it disrupted insurgent activities provide the stability necessary for the political development of Iraq.  Second, it secured the western borders by clearing territory occupied by AQI***Error! Bookmark not defined.** *and affiliated groups.  Meanwhile, the summer of 2005 saw the continuation and deepening of tribal warfare, much of it aimed at AQI.  This development culminated in a blood feud between AQI and members of the Albu Mahal tribe's Hamza Battalion.  The battalion was decimated by AQI.*

(U)  *2005 ended on an uncertain note.  On the one hand, there was significant progress in the political development of Iraq, including the October constitutional referendum and the December national elections.  Yet the insurgency remained strong and was evolving into a more professional and integrated movement, dominated as never before by AQI***Error! Bookmark not defined.** *and its affiliated groups.*

**Operation NEW MARKET (SUK JADID) (May 25-29, 2005)**

(U)  To end insurgent intimidation in Haditha**Error! Bookmark not defined.** and maintain pressure on fighters dispersed by  MATADOR, the Coalition carried out Operation NEW MARKET (Arabic: *Suk Jadid*). A total of 1,000 personnel from RCT-2 and the Iraqi security forces took part in the operation.  They first established checkpoints around the city to interdict insurgents fleeing the area. Then, Marines and Iraqi security forces searched targeted areas, buildings, and businesses in an effort to locate insurgents, weapons, and ammunition caches.  They detained dozens of suspected insurgents while seizing numerous weapons caches.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

(S/NF) The insurgent reaction to NEW MARKET showed both the resilience of AQI**Error! Bookmark not defined.** and their growing problem with tribal warfare. Sheikh Rafa al-Rawi, who had taken command of AQI in western Anbar after Ghassan Amean's capture, attempted to coordinate an insurgent response to the Coalition offensive.[295] At the same time members of Jaysh Mohammed in Hit**Error! Bookmark not defined.**, supported by the Albu Nimr, turned their guns on AQI, Ansar al-Sunna, and AQI ally al-Asa'ab al-Ahwal to avenge the killing of a Jaysh Mohammed fighter by AQI.[296] This fighting soon spread north to Husayniyah, where AQI attacked a suspected Jaysh Mohammed facility north of the town with car bombs.[297] The Mahalawi, seizing the opportunity, attacked an AQI-occupied police station in Ramana, ending the informal truce that had existed between the two since the death of Governor Farhan. This action led to a series of kidnappings by both sides.[298] More than thirty-two bodies of AQI and Hamza Battalion fighters from Akashat, Rawah**Error! Bookmark not defined.**, 'Ubaydi, and al-Qaim were discovered by Coalition forces in the al-Thalaja Desert.[299] There are some indications that these developments alarmed the al Qaida senior leadership (AQSL). Abd al-Hadi al-Iraqi (Nashwan Abdul Razzaq) instructed the Ansar al-Sunna insurgent group facilitator Haji Said in Iran**Error! Bookmark not defined.**'s Kermanshah province, to make arrangements for him to enter Iraq[300]

**Abd al-Hadi al-Iraqi**

(S/REL TO USA AUS CAN AND GBR) The story of Abd al-Hadi's entry into Iraq illustrates several important lessons about AQI**Error! Bookmark not defined.** and the insurgency in general. Abd al-Hadi requested transfer to Iraq twice. Zarqawi had denied both requests on security grounds. AQSL pushed Abd al-Hadi to get into the country despite Zarqawi's objections because they felt Zarqawi's strategy and supporting tactics were hurting AQI. However, to even get into Iraq, Abd al-Hadi had to overcome the bureaucratic infighting between Ansar al-Sunna and AQI. Each group believed it should be in charge of all elements of AQ operating in Iraq. Due to infighting between the groups, it took almost seven months for al-Hadi to actually arrive in Iraq. This infighting prevented coordinated actions against the Coalition by Ansar al-Sunna and AQI.

**After-effects of Operation NEW MARKET (May-June 2005)**

(S) If the renewed fighting in late 2004-early 2005 between AQI**Error! Bookmark not defined.** and both JM and the Hamza Battalion was the reason for Abd al-Hadi's entry into Iraq, AQSL was right to be concerned. The feud between the AQI and the Hamza Battalion had led to the de facto partition of Husaybah**Error! Bookmark not defined.** between the two groups, with AQI holding Karabilah and the area east of the Husaybah hospital and the Hamza Battalion holding everything to

---

[295] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050602 | 20050602 | (S/NF) | ]
[296] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050605 | 20050605 | (S/NF) | ]
[297] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050606 | 20050606 | (S/NF) | ]
[298] Ibid.
[299] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050610 | 20050610 | (S/NF) | ]
[300] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050603 | 20050603 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

the west.[301] A number of fighters from the Hamza Battalion were arrayed near Camp Gannon, deterring AQI from mounting further attacks on the Coalition base.[302]

**MCIA Insert Map Here**

(S/NF) Elsewhere in the region, fighters loyal to AQI**Error! Bookmark not defined.** and al-Asa'ab al-Iraq retook control of the territory near the Ramana Bridge from the Hamza Battalion. AQI convinced al-Asa'ab al-Iraq that the Coalition was planning to attack its bases north of the Euphrates River and therefore it was necessary to secure their rear from the Hamza Battalion before this offensive began.[303]

(S/REL) AQI**Error! Bookmark not defined.** was also fighting with Jaysh Mohammed in Hit**Error! Bookmark not defined.**.  AQI used its control of the Ahmad al-Rafai, Abdel Rahim, and al-Haj Hussein Ali Sultan mosques in neighboring Haditha**Error! Bookmark not defined.** (and the support of leading clerics Sheikh Abu Doua'a, Sheikh Tahseen Zarnan and Sheikh Hamood al-Muadidi) to carry out attacks against the Coalition, local police, Iraqi National Guard, and rival insurgent groups like JM in Hit and Haditha.[304] Sheikh Abu Bahn of the Aziz Mosque in the Haditha Dam village even allowed AQI to use his mosque to launch attacks against the Coalition on June 11.[305] Although some religious and tribal leaders wanted to move against foreign fighters, they were unable to create an organized resistance movement.  Quite simply, they lacked a leader like Sheikh Sabah, who could focus their resolve against SRE groups like AQI.

(S) Despite the strength of AQI**Error! Bookmark not defined.**, Jaysh Mohammed was able to exploit the temporary disruption of the AQI foreign fighter network in western Anbar to divert foreign fighters into their own  rou .  Sheikh Khamis al-Rashad of the group's Albu Hatim cell used his religious and [ 1.4c, 1.4b ] **Error! Bookmark not defined.** to facilitate the entry of foreign fighters into Jaysh Mohammed.[306] Among his followers were former IIS**Error! Bookmark not defined.** agents Mohammed Khodier Sabah and Jassim Hammadi Hathel, both of whom served as key leaders with JM.[307]

(S/REL TO USA GBR AND AUS) Other insurgents, not wanting to take part in the infighting and fearful of Coalition efforts in western Anbar, fled south to regroup at Rutbah**Error! Bookmark not defined.**.[308] While the insurgent presence in Rutbah had traditionally been roughly 100-150 fighters,

---

[301] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050605 | 20050605 | (S/NF) | ]
[302] Ibid.
[303] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050618  20050618  S/NF
[304] [ | Military | [ 1.4c ]
[305] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050613  20050613  S/NF
[306] [ | Military | [ 1.4c ]
[307] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050602 | 20050602 | (S/NF) | ]
[308] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050606 | 20050606 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq
6/13/07

it now expanded rapidly.[309] Rutbah was an ideal sanctuary for these insurgents because the mayor and other key officials in the city were still the same former Ba'athists. They supported the insurgency by providing it with money given to them by the U.S. Civil Affairs Group.[310] The insurgents exercised strong control over residents, with anti-Coalition propaganda preached openly from the mosques while videos and CDs of insurgent attacks actively sold in markets.[311] No respected local authority existed to prevent ordinary criminal activity, let alone the insurgency, and checkpoints outside the city were not effective unless manned by Coalition troops.[312]

## AQIError! Bookmark not defined. Creates New Training Camps

(S/REL) The need to relocate AQIError! Bookmark not defined. personnel and infrastructure away from the Syrian border to escape Coalition operations may have coincided with the creation twenty miles east of from the Iraqi-Jordanian border of an AQI terrorist training camp capable of housing 200-250 recruits. Run by former FallujahError! Bookmark not defined. Mujahideen Shura fighters, the camp had personnel in al-Kasra, al-Nukhayb, and Ain al-Tamur that included an intelligence collection cell, an assassination cell that targeted Shi'a leaders, and a suicide bombing cell. The command node for these cells was located in a sand factory in Zigherat. This is the same factory where Zarqawi reportedly received medical attention following Operation AL FAJR. When KarbalaError! Bookmark not defined. police successfully infiltrated the camp during the summer of 2005, they discovered a group of fifty Saudis, Sudanese, Syrians, and Iraqis being indoctrinated to serve as suicide bombers.[313] Three additional training camps, each capable of housing 50-75 fighters, were located at Zweia, Khabat al-Habbariyah, and al-Habbariyah south of Ramadi, focusing on preparing fighters to conduct suicide bombings, complex attacks, IEDError! Bookmark not defined., and VBIED attacks. These camps were reportedly under the supervision of a former

```
            1.4b
```

## The Capture of the Military Housing Complex in Baghdadi (May 2005)

(S/REL TO USA AUS AND GBR) Despite being weakened in western Anbar during MATADOR and NEW MARKET, AQIError! Bookmark not defined. and its allies remained active in other parts of the province. As before, the key to AQI's survival lay in the absorption of individuals from other groups to help sustain and regenerate its networks. In Baghdadi, for instance, AQI took in fighters from the Islamic Army of Iraq. Led by Abd al-Rahman al-Afghani, the group carried out a successful operation that captured the Military Housing Complex of the 503rd Iraqi National Guard

---

[309] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050610 | 20050610 | (S/NF) | ]
[310] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050606 | 20050606 | (S/NF) | ]
[311] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050610 | 20050610 | (S/NF) | ]
[312] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050606 | 20050606 | (S/NF) | ]
[313] [ | Military | INTREP # 0612-2 | 20050612 | (SECRET//MCFI) | ]
[314] [ | Military | _____ 1.4c _____ ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Battalion in early May 2005.[315]  The unit's commander, [(b)(6)] was so intimidated by the insurgency that he fired any of his men who worked with the Coalition. By May 30, the situation had grown so dire that the 503rd completely abandoned their base.  The insurgents destroyed the gate the following day. This led to a June 2 Coalition raid on the Military Housing Complex that resulted in the capture of Atheer Nassif Turki, the last remaining significant FRE insurgent leader in Iraq.[316]  The capture of Turki in fact signaled the ending of an era in the history of the Iraq insurgency.  From this time on, there existed no serious FRE or FRL challengers to the SAR and SRE dominated insurgency.

**Operation SPEAR (Operation RUMAH) (June 17, 2005)**

(U) Operation SPEAR was launched on June 17 by 1,000 Marines from RCT-2, 2nd Marine Division and Iraqi forces from the 1st Company, 2nd Battalion, 4th Brigade against AQI**Error! Bookmark not defined.** fighters active in Karabilah. The operation lasted until June 22 and involved direct attacks against locations in Karabilah affiliated with AQI. These included a training compound that contained weapons, propaganda, and documentation for foreign fighters and a detention facility that housed Iraqi and foreign hostages. During the operation forty-seven Saudi and Sudanese AQI fighters were killed and one was detained.[317]

(S/REL TO USA, MCFI) It is difficult to say what effect Operation SPEAR had on the overall security situation in western Anbar. For instance, a new murder and intimidation campaign targeted base workers and Coalition interpreters in the Hit**Error! Bookmark not defined.**-Haditha**Error! Bookmark not defined.** corridor,[318] yet, because AQI**Error! Bookmark not defined.** was focused on reorganizing and on carrying out attacks on JM and the Hamza Battalion, there ensued a period of relatively few attacks on the Coalition in the area.[319]

(S/NF) There are some indications that Zarqawi was directly involved in AQI**Error! Bookmark not defined.**'s reorganization in western Anbar, as he was sighted in Anah**Error! Bookmark not defined.**, Ma'adid, and Haditha**Error! Bookmark not defined.** during this period along with the amir of al-Qaim Husayn Shihab al-Karbuli.[320] They were able to move about the area freely using established local support networks that provided knowledge of the terrain and early warning of Coalition operations.

**City Stories (Mid-2005)**

---

[315] This occurred after the group had spent a lengthy period stealing vehicles and weapons from site. [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050603 | 20050603 | (S/NF) | ]
[316] Ibid.
[317] [ | Open Source | www.globalsecurity.org/Operation Spear  (U) | ]
[318] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050701 | 20050701 | (S/NF) | ]
[319] Ibid.
[320] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050703 | 20050703 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

Approved for Release

PX900

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 63 of 224

**Fallujah**Error! Bookmark not defined.

(S/NF) The evolution of the insurgency in FallujahError! Bookmark not defined. demonstrates the complex relationship between AQIError! Bookmark not defined. and local insurgents who began join AQI as affiliated groups. AQI cells in Fallujah now somewhat united under the leadership of Sheikh Abd al-Munam Shakir Hamdan Faith al-Kubaisi of the Furqan Mosque, who hoped to facilitate Sheikh Abdullah Janabi's return to power in the city.[321] Janabi had sworn allegiance (*bay'at*) to Zarqawi in 2004. Yet his local fighters in Fallujah had sworn allegiance to Janabi, not to AQI itself.[322] However, there was only a surface distinction between the two groups without ideological, motivational, or operational significance. The double *bay'at* meant that the individual insurgents were bound to obey Janabi who was bound to obey Zarqawi, making them AQI affiliates through their leader. This was apparently a common phenomenon affecting the insurgency throughout 2005 and would culminate in early 2006 with the nearly complete al-Qaedization of the Sunni anti-Coalition Iraq insurgency.

(S/REL TO USA AUS CAN GBR AND NZL) Sheikh Abd al-Munam received funding from Janabi's backers in [1.4b] Error! Bookmark not defined.. [1.4b] Error! Bookmark not defined.. He used it to provide some 500,000 dinars to select locals in order to win their trust and to call them to a revived jihad in FallujahError! Bookmark not defined.. His position at the al-Furqan mosque made it very convenient to deliver anti-Coalition and pro-jihad sermons while passing out money to perspective mujahidin.[323]

(S/REL MCFI) During the summer of 2005, a group of Syrian, Yemeni, and Moroccan AQIError! Bookmark not defined. fighters led by Hamid Khamis Saleh used Sheikh Abd al-Munam's influence to target Aifan, a popular city council member and Albu Issa tribal leader who openly supported the Coalition.[324] An SVBIED attack on June 23 convinced Aifan to flee the country for [1.4b] rror! Bookmark not defined. where he was soon joined by other members of his family. Prominent pro-Coalition members of the Albu Issa, including Sheikh Hamed Togan and Sheikh Abd Allawi Salih were also assassinated, leaving Khamis Hasnawi as the leader of the Albu Issa.[325]

(S/NF) Jaysh Muhammad in FallujahError! Bookmark not defined., greatly reduced by defections to AQIError! Bookmark not defined. and Coalition efforts, was led by Sheikh Hassan Jassim al-Zuwad and his son Hassan Tohman.[326] They were supported by Sheikh Ismahial Saram Hussein

---

[321] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050603 | 20050603 | (S/NF) | ]

[322] [ | Military | TACTICAL FUSION CENTER: TFC INTREP #05-008 | (S/NF) | ]

[323] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050603 | 20050603 | (S/NF) | ]

[324] To complicate matters further, Aifan had also received a $10,000 bribe from Jaysh Mohammed leader Ahmed Tohman to keep the Coalition from targeting him.
[ | Military | TACTICAL FUSION CENTER: GRINTSUM 050628 | 20050628 | (S/MCFI) | ]

[325] [ | MNF-W | Tribal Engagement Assessment (S/NF) | ]

[326] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050618 | 20050618 | (S/NF) | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 64 of 224
Declassified by:  MG Michael X. Garrett,
SCAF, JS of Staff
Declassified on: 201506

Muslim al-Jumayli, the spiritual leader of the Fallujah insurgents, who fled to Syria**Error! Bookmark not defined.** during Operation AL FAJR.[327]

(S/REL TO USA AUS AND GBR) **Fatwas Calling for Support for the Coalition**: Not all Sunni clerics supported the insurgents.  The *Awqaf* issued *fatwas* calling for increased cooperation between locals and the Coalition, an end to violence, and increased Sunni participation in the Iraqi security forces and the political process.[328] These calls were taken up in Fallujah**Error! Bookmark not defined.** by Sadun al-Halbusi of the al-Khulafa Rashid Mosque and Fawzi Namiq Mustafa of the Hamud al-Mahmud Mosque.[329] Fallujah residents generally agreed with these sentiments, influenced in part by local anti-insurgent broadcasts that blamed the insurgency for an IED**Error! Bookmark not defined.** attack that resulted in the death of a young girl.[330] Many former mujahidin had given up the fight and were returning to the city to take up normal jobs despite efforts by AQI**Error! Bookmark not defined.** and others to incite them to return to jihad.[331] Even so, government activities and improved civil administration in the city went largely unrecognized by many residents.[332] In fact, the mostly Shi'a Public Order Brigade justified the residents continued distrust. After a June 17 VBIED attack on a local marketplace, members of the Brigade looted merchandise, leading to a substantial decline in public support for the police.[333]

**Ramadi**Error! Bookmark not defined.

(S/NF) The insurgent dynamics in Ramadi**Error! Bookmark not defined.** changed significantly following the capture of Daham in May 2005.  MML sought to rekindle his earlier alliance with Zarqawi in order to exact retribution against the Coalition for the capture of his lieutenant.[334] To do this, he opened a dialogue with AQI**Error! Bookmark not defined.** at the behest of Harith al-Dhari, to discuss the unification of AQI forces with those of his own Ramadi Shura Council.[335] This led to a temporary alliance between the two, and Latif facilitated the entry of as many as 183 foreign fighters under Ismael Hamad into Ramadi, using the ratlines around the inactive railroad south of the city to smuggle in fighters, weapons and explosives.[336] In addition, river routes were also reestablished to get around Coalition entry points into the city.[337]

---

[327] Ibid.
[328] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050614 | 20050614 | (S/NF) | ]
[329] Ibid.
[330] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050605 | 20050605 | (S/NF) | ]
[331] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050618 | 20050618 | (S/NF) | ]
[332] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050605 | 20050605 | (S/NF) | ]
[333] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050622 | 20050622 | (S/NF) | ]
[334] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050623 | 20050623 | (S/NF) | ]
[335] Ibid.
[336] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050630 | 20050630 | (S/NF) | ]
[337] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050623 | 20050623 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

Approved for Release

PX900

(S/NF) The Islamic Army of Iraq meanwhile established a presence in Ramadi**Error! Bookmark not defined.** as part of a broader campaign by Iraqi SREs to establish a greater presence in the provincial capital in order to counter the rise of Governor Mamoun.

(S/REL TO USA, MCFI) The influx of AQI**Error! Bookmark not defined.** and other SRE insurgents led to an increased harassment campaign against residents, leading some to leave the city.[338] Alcohol salesmen in particular were targeted for intimidation and kidnapping, showing the religious motivation for many of these actions.

(S/REL TO USA AUS CAN GBR AND NZL) Insurgents increased attacks on "soft" civilian convoys outside the city, stealing their merchandise both for profit and to intimidate locals.[339] During one such convoy ambush on June 7, a number of Iraqi civilians were taken hostage by Ansar al-Sunna, who separated them into different groups and took them to the Amariyah area.[340]

**Al-Qaim**

(S/NF) Despite renewed fighting in the city, AQI**Error! Bookmark not defined.** maintained their influence in al-Qaim. Not only was it their new capital, but because they relied heavily on foreign support they needed access to Ramana and Karabilah to facilitate smuggling personnel and material throughout Iraq.[341]

**Khalidiyah and Habbaniyah**Error! Bookmark not defined.

(S/REL TO USA, AUS, CAN, GBR, AND NZL) In Khalidiyah and Habbaniyah**Error! Bookmark not defined.**, the insurgents stepped up their intimidation campaign to limit local cooperation with the Coalition and Iraqi security forces.[342] Sentiment in both cities had been neutral, neither favoring the Coalition nor the insurgency, but this began to change as the insurgents assassinated or intimidated residents suspected of being associated with the Coalition.[343] These operations were financed by Amir Mubarak Atrouz, the brother of Zarqawi lieutenant Thamir Mubarak Atrouz (see Chapter 3).[344] In part, the intimidation and murder campaign was made possible through the work of Iraqi police captain Khalid Chaid Hayaf, who was the leader of the 1920 Revolution Brigades in this

---

[338] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050704 | 20050704 | (S/NF) | ]
[339] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050613 | 20050613 | (S/NF) | ]
[340] [ Militar | TACTICAL FUSION CENTER: GRINTSUM 050618 | 20050618 | (S/NF) | ]
[341] [                            1.4c                          ]]
[342] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050603 | 20050603 | (S/NF) | ]
[343] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050618 | 20050618 | (S/NF) | ]
[344] [ | Military |                     1.4c                     ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

city.[345] Through his lieutenant Abu Ayu, Hayaf was able to monitor residents entering and leaving Coalition bases.[346] This intimidation gradually created a favorable environment towards the insurgency in the town, enabling insurgents to step up attacks on civilian convoys in the area, and delaying the deployment of the 1st Iraqi Division.[347]

**Rawah**Error! Bookmark not defined. **and Anah**Error! Bookmark not defined.

(S/NF) A number of Zarqawi associates including Qasim Ali al-Mahmud fled to Anah**Error! Bookmark not defined.** and Rawah**Error! Bookmark not defined.** during Operations MATADOR and SPEAR, seeking refuge with Umar Ramadan**Error! Bookmark not defined.** al-Hadu, a local insurgent leader.  Umar Ramadan claimed to have personally beheaded forty Albu Mahal and Salmani tribesmen in al-Qaim at AQI**Error! Bookmark not defined.**'s behest. The Rawah-Anah corridor was heavily influenced by AQI and had previously been used as a base to supply training camps in the Jazira desert. Because both Rawah and Anah were Ba'athist retirement communities under the former regime, the predominantly Sunni planned communities were home to large numbers of insurgent supporters. The Euphrates River that surrounded 50% of Rawah provided a natural barrier against ground forces entering the city and both bridges were under constant AQI surveillance to provide early warning of any Coalition movement  south.[348] The influx of AQI fighters into the city led to the June 30 evacuation of residents, who feared that a Coalition attack on the town was imminent.[349]

**Karmah**

(S/REL TO USA, MCFI) After a short lull, the insurgency returned to previous levels in Karmah. Insurgent leaders were, however, frustrated by the effectiveness of the Coalition in the area and their inability to mount attacks. As a result, local insurgent leaders Salaam Dera Abdullah Thamer, FRE General Falah al-Awaeri, and Salah Hitalla held a series of meetings in which they argued over the reasons for the ineffectiveness of their attacks against the Coalition to date.[350]

(S/NF) Among the issues facing the Karmah insurgents was a dispute between AQI**Error! Bookmark not defined.** leader Sheikh Nawar Ali Musarbat and Turgi Ibrahim Allowi Fayad al-Halbusi (the head of the Green Battalion) over resorting to criminality.  Turgi supported it but Nawar decried it.[351] Turgi was later detained by the Coalition at the end of June.[352] He was replaced

---

[345] [ | Military |TACTICAL FUSION CENTER: GRINTSUM 050630 | 20050630 | (S/NF) | ]
[346] Ibid.
[347] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050618 | 20050618 | (S/NF) | ]
[348] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050702 | 20050702 | (S/NF) | ]
[349] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050705 | 20050705 | (S/NF) | ]
[350] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050610 | 20050610 | (S/NF) | ]
[351] [ | Military | 1.4c |
[352] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050630 | 20050630 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by:  MG Michael X. Garrett,
Joint Chiefs of Staff
Declassified on: 201506

as leader of the Green Battalion by Ahmed Migbas (Haji Waleed), who had his own ties to IIS**Error! Bookmark not defined.** and other FRE groups.[353]

(S/REL) The story behind the capture of Turgi points up the continuing intertwining between tribal issues and the insurgency.  Turgi was kidnapped by local Jumayli tribesmen, who had hoped to use him as leverage to secure the release of one of their own tribesmen who was being held by the Green Battalion.  The Jumaylis subsequently turned Turgi, who was also a member of a rival tribe (the Halbusi), over to the Coalition.[354] In retaliation for their role in Turgi's capture, Halbusis in the Green Battalion kidnapped the Jumayli tribal leader's son Arkan Mushhan Abbas al-Jumayli.[355]  They would subsequently kill Arkan and then his uncle (Talib Abbas al-Jumayli) forcing the head of the Jumaylis (Mehsin Abbas al-Jumayli) into exile in Syria**Error! Bookmark not defined.**  This would leave the Jumaylis without a sheikh, a fact which would be a significant factor in later tribal developments in Anbar.[356]

**Zaidon**

(S/NF) In Zaidon, AQI**Error! Bookmark not defined.** fighters were under the command of Zarqawi's cousin and AQI Baghdad**Error! Bookmark not defined.** amir Abu Harith.  He had masterminded the February 28, 2005 bombing in Hillah that had killed 166 Iraqi police recruits and injured 146.[357] Together with Zaidon-based Essa Handi Abood, Abu Harith met with AQI leaders in Ramadi**Error! Bookmark not defined.** and distributed funds and instructions to cells in the region. He also supervised the kidnapping of Jeffery Ake, who was held captive by Essa in Zaidon.[358]

(S/REL TO USA, AUS AND GBR) Recognizing the threat posed by local smugglers and Salafists tied to AQI**Error! Bookmark not defined.** in Zaidon, the Coalition carried out Operation VITAL GROUND, causing some insurgents to flee towards Baghdad**Error! Bookmark not defined.** and Abu Ghraib to regroup.[359] Others remained in the town, holed up in areas such as mosques, which they believed would not be targeted by the Coalition.[360]

**Ubaydi**

---

[353] [ | Military | TACTICAL DIIR MNFW HET07 0481 05 | 20050620 | (S/REL USA AND MCFI) | ]

[354] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050708 | 20050708 | (S/NF) | ]

[355] Ibid.

[356] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050805 | 20050805 | (S/NF) | ] ;
[ | Military | TACTICAL FUSION CENTER: GRINTSUM 050814 | (S/NF) | ]

[357] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050705 | 20050705 | (S/NF) | ]

[358] Ibid.

[359] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050605 | 20050605 | (S/NF) | ]

[360] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Approved for Release

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/REL TO USA, MCFI) AQI**Error! Bookmark not defined.**'s intimidation of the population in 'Ubaydi enabled the group some freedom of movement across the Euphrates River.[361] The major insurgent facilitator in the city was local pharmacist Salah Barakat Asideen, who joined AQI after his son was shot and killed by Coalition forces on May 16.  He used his pharmacy as a front for the insurgency. Adnan Abdul Kareem, the imam of the Mustafa Mosque, led a group of local Salafists allied with AQI in the city.[362]

**Snapshot of the insurgency**

(S/NF) The series of operations carried out in early summer 2005 only briefly disrupted insurgent activities, forcing fighters and their leadership to hide or disperse once again to smaller towns and villages throughout Anbar.   Certain towns were, however, relatively untouched by Coalition operations and these cities (including the al-Qaim area, the Haditha**Error! Bookmark not defined.**-Hit**Error! Bookmark not defined.** corridor, and Rutbah**Error! Bookmark not defined.**) would later permit the evolution of the insurgency into a more formalized structure with some of the characteristics of a state.

(S/NF) AQI**Error! Bookmark not defined.**, meanwhile, continued to attract fighters from other insurgent groups, but also faced serious resistance from certain tribes. These problems, in particular with the Albu Issa and the Albu Mahal tribes, would soon come to a head as open conflict with the Mahalawi and a murder and intimidation campaign against the Albu Issa.

**Attack Data (May – August 2005)**

(U) The following charts illustrate the numbers and types of insurgent attacks against Coalition forces in Anbar Province that occurred in the middle trimester (May to August 2005).  The first two (large – ½ page) charts provide an overview of attacks from 2003 to 2007 in the three AOs of Anbar (in two different graphic presentations).  The four months are highlighted and allow comparison to the entire period.  The following eight charts (small format) break down the overall data into the specific types of attacks (Direct Fire, Indirect Fire, IED, and Complex Attacks**Error! Bookmark not defined.**) arrayed over the 2003-2007 timeframe and also expanded to a week-by-week graphic.

(S) The average number of enemy attacks during this period was slightly higher than the previous period, and generally increased slightly during the four months.  In particular, the number of Direct Fire and IED incidents showed a definite increase during the four months.  The majority of activity in the period was concentrated in AO Topeka.  The Indirect Fire and Complex Attacks data showed no strong trends. There were no particular weeks during the period that varied significantly from the overall trends and averages.

---

[361] [ | Military | TACTICAL FUSION CENTER:GRINTSUM  050614 | 20050614 | (S/NF) | ]
[362] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

Page 67 of 122 Pages

PX900

Declassified by:  MG Michael X. Garrett,
Chief of Staff
Declassified on: 201506

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq

6/13/07

**All Incidents**



Approved for Release

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

Declassified by:  MG Michael X. Garrett,
Secretary of the Joint Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07





Derived from: MCIA, Multiple
Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

Declassified by:  MG Michael X. Garrett,
Secretary of the Joint Staff
Declassified on: 201506

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq

6/13/07



Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

Declassified by:  MG Michael X. Garrett,
SGCTC, U.S. Army Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07




## Political Developments:  The Rise of Governor Mamoun

(S/NF) With the death of Farhan, former provincial council chairman Mamoun Sami Rashid was chosen as the new governor of Anbar by a vote of 27-0 on June 1, 2005.[363] His success as the provincial council chairman had demonstrated his ability to work well with the other council members, leading to their confidence in him to serve as governor.[364] His political aptitude, however, made him a frequent target for insurgent groups seeking to prevent political progress in Anbar. Deputy Governor Taleb Ibrahim Sameer, who had temporarily served as governor in Farhan's absence, returned to his former position with Mamoun's ascension.[365] Sheikh Nasser Abdul Karim, an individual with a history of corruption and former regime ties that brought him considerable influence and "tribal legitimacy," was favored as Mamoun's replacement as provincial council chairman.[366] However, Sheikh Nasser was out-maneuvered by deputy provincial chairman Khedier Abd al-Jabar Abbas, a teacher and school administrator.[367]

| (S/NF) GOVERNOR | TERM IN OFFICE | REASON FOR LEAVING |
| --- | --- | --- |

---

[363] [ | Military | Provincial Council Meeting Notes; 061200MAY05 CMO Daily Brief | 20050601 | (S/NF) | ]
[364] [ | Military | TACTICAL FUSION CENTER:GRINTSUM 050601| 20050601| (S/NF) |
[365] Ibid.
[366] Ibid.
[367] [ | Military | TACTICAL FUSION CENTER:GRINTSUM 050614 | 20050614 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

| Fasal Raikan Najris al Gaoud[368] | November 8, 2004—February 2005[369] | Forced out of office by local tribal leaders.[370] |
| Raja Nawaf Farhan al-Mahalawi | February — May 9, 2005 | Kidnapped by insurgents in May 2005 and later killed in captivity.[371] |
| Maamoon Sami Rasheed al-Awani | June 1, 2005—Present | Incumbent |

(S/NF) Table 1.  Governors of Anbar Province 2004-2006

**Infiltration of the Iraqi Security Forces by Insurgents**

(S/NF) This positive development in the political sphere was undercut by infiltration of insurgents into the ISF.  This infiltration caused many Anbaris to hesitate to approach the Coalition for fear of being identified by insurgents who held senior positions in the new Iraqi security forces. One of the most successful examples of insurgent infiltration was [(b)(6)] [(b)(6)] who worked both for MML to spy on top-level Iraqi military meetings as a bodyguard for a commanding officer in the Iraqi armed forces in Anbar.[372] Other more common examples of insurgent infiltration took place in Karmah, where insurgents routinely sabotaged the weaponry of the local Iraqi security forces.[373]

(S/NF) MML was able to successfully coerce Anbar police chief Brigadier General Shakr Salih to support him, meeting regularly to receive intelligence on how to infiltrate the local police forces with fighters loyal to the RamadiError! Bookmark not defined. Shura Council.[374] Meanwhile Deputy Assistant Minister for Security Coordination of Police Affairs Ali Ghalib Khydaer was intimidated into providing intelligence to MML in return for his own security.[375] [(b)(6)] [(b)(6)] also worked for MML, attempting to reduce the Coalition presence in Ramadi in order to allow the Ramadi Shura Council to operate more freely in the city.[376]

(S/REL TO USA, GBR AND AUS) In addition to intelligence, MML used his agents within the security forces to provide himself with a steady income.[377] Foremost among his agents was Assistant to the Interior Ministry General Al Ghalib, who worked with General Shakir to "tax" 7,000 dinars

---

[368] Ibid.
[369] Ibid.
[370] Ibid.
[371] [ | Open Source | SAN DIEGO UNION TRIBUNE/AAMER MADHANI: U.S. TROOPS FIND BODY OF ANBAR GOVERNOR | 20050601 | (U) | ]
[372] [ | Military |
[373] Ibid.
[374] [ | Military |

| 1.4c |

[375] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050606 | 20050606 | (S/NF) | ]
[376] Ibid.
[377] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050727 | 20050727 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by:  MG Michael X. Garrett,
Joint Chiefs of Staff
Declassified on: 201506

from officers and 5,000 dinars from enlisted men to support MML in Ramadi**Error! Bookmark not defined.**.[378]

(S/REL TO USA, MCFI) Access to funding, coupled with the inability of many Anbaris to support their families, was a major factor in the success of insurgent infiltration.[379] The starting salary of an Iraqi police officer, facilities protection worker, or soldier was $150 a month, whereas insurgents were paid $100-200 per small arms, IED**Error! Bookmark not defined.**, mortar, or RPG attack. Civilians were paid $10 a day to spy on Coalition bases and checkpoints. Much of the day-to-day funding for these payments were collected or extorted from local Iraqis, though some chose to donate funding to support the insurgency at mosques, relying on anonymity to let them provide money without fear of detention.[380]

**Operation SWORD (Operation SAIF) (June-July 2006)**

(S/REL) Operation SWORD was the strategic successor to Operation SPEAR.  It was launched to pursue fleeing AQI**Error! Bookmark not defined.** fighters in the Hit**Error! Bookmark not defined.**-Haditha**Error! Bookmark not defined.** corridor using 1,000 Marines from RCT-2 along with a hundred Iraqi  infantry. The influx of Coalition and Iraqi security patrols forced more AQI fighters to flee towards Ramadi**Error! Bookmark not defined.**, which led in turn to a major insurgent intimidation and coercion campaign against residents in Khalidiyah and Habbaniyah**Error! Bookmark not defined.**.[381] In Hit, Operation SWORD encountered surprisingly light resistance because corrupt members of the Hit city council warned insurgents of the impending attack.  Most insurgents escaped to Baghdadi or Jubbah while others simply went underground.[382]

(S/NF) **AQI**Error! Bookmark not defined. **Fights the Jaghayfi Tribe**:  Possibly prompted by Coalition operations, fighting broke out in Haditha**Error! Bookmark not defined.** between AQI fighters under Husayn Shihab and members of the Jaghayfi tribe during May 2005. There had earlier been tensions and some outright violence between the two, but the proximate cause of the renewed fighting was AQI's decision to burn down houses in the Ahmed neighborhood and beat the inhabitants.[383] Sixty AQI fighters under Mohammed Cent (likely members of the Hit**Error! Bookmark not defined.** based Asa'ab al-Ahwal) managed to remain above the fray, hiding out in the Haditha water treatment plant.[384] Dissatisfied by what he regarded as insufficient zeal on the part of Iraqi SREs, Zarqawi appointed Yemeni AQI leader Abu Ayman as his new amir for Haditha to free up Shihab to operate in other parts of western Anbar.[385]

---

[378] Ibid.
[379] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050601 | 20050601 | (S/NF) | ]
[380] Ibid.
[381] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050703 | 20050703 | (S/NF) | ]
[382] Ibid., [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050705 | 20050705 | (S/NF) | ]
[383] Ibid.
[384] Ibid.
[385] [ |                    1.4c                    ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/NF) With AQIError! Bookmark not defined. now actively fighting local tribes in HusaybahError! Bookmark not defined., HitError! Bookmark not defined., and HadithaError! Bookmark not defined. in addition to the Coalition and the Iraqi government, AQI leader Husayn Shihab was forced to keep moving between Karabilah, Um Tina, and Haditha to evade capture.[386] Even so, Shihab continued to exert considerable influence in Karabilah, Sadah, and New 'Ubaydi despite the continued efforts of the Hamza Battalion, which was now holding foreign AQI fighters prisoner in Husaybah rather than killing them outright.[387]

(S/REL) The Coalition also moved into Zaidon, preventing insurgent groups in the city from recruiting openly for six weeks and forcing insurgents led by Mohammed Suleiman Fizza, Ahmed Ali Waelis, Sheikh Abdel Salaam Jameel, and Essa Abood al-Handi (largely Iraqi AQIError! Bookmark not defined. fighters with ties to the Jaysh al-Haqq and 1920 Revolution Brigades insurgent groups) to limit their recruiting efforts to offering money and support for the families of insurgent fighters.[388]

> (S/NF) **AHMAD ALI WAELIS.** Chief of Staff of the IISError! Bookmark not defined. for twenty-two years under Saddam, Waelis speaks Spanish and English fluently. In 2003 and 2004 he was a Jaysh Mohammed facilitator. In early 2005, Waelis was one of the Jaysh Mohammed members who split with the main body of JM to form Jaysh al-Haqq in opposition to MML's attempt at political engagement. Jaysh al-Haqq would then become a satellite group of AQIError! Bookmark not defined..

**A Fight for Influence within the Insurgency?**

(S/NF) **The New Ba'ath Party**: With AQIError! Bookmark not defined. under attack from the Coalition and local tribes, the [1.4b] Error! Bookmark not defined. [1.4b] leadership thought that this would be an opportune time to reestablish their influence in Anbar. Spearheading this effort was New Ba'ath Party leader Mohammad Yunis al-Ahmad, who had reformed and reorganized his FRE followers into eleven "battalions" under the leadership of the New Ba'ath Party Military Command. He planned for them to operate in and around the Sunni Triangle. Al-Ahmad directed many of the high-ranking Ba'athists based in Syria to return to Iraq to lead this new Ba'athist insurgent group. None of his plans were implemented to any serious degree.[389] The FRL portion of the insurgency in Iraq remained unable to influence events on the ground in Iraq.

(S/REL) **Zarqawi's Influence Challenged**: Zarqawi's influence was threatened internationally when his own mentor Sheikh Abu Mohammed al-Maqdisi denounced the killing of innocent Iraqis. Despite al-Maqdisi's later assertions that his words were taken out of context by the Arab media, he

---

[386] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050707 | 20050707 | (S/NF) | ]
[387] Ibid.
[388] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050705 | 20050705 | (S/NF) | ]
[389] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050707 | 20050707 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

Page 74 of 122 Pages

PX900

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

was not the only prominent Sunni cleric to take exception to Zarqawi's tactics; the prominent Egyptian cleric Tantawi and the Saudi cleric al-Awji also denounced him.[390]

(S/REL) **Zarqawi's Competing Objectives**: It would be a mistake, however, to see AQI**Error! Bookmark not defined.** as deeply damaged by the on-going Coalition operations, tribal infighting or international challenges. Yet Zarqawi may have felt that his reputation as a mujahidin had been damaged because he began to shift his publicized operations from western Anbar to Ramadi**Error! Bookmark not defined.** to reassert his presence in the provincial capital. Combined with increased threats and attacks against the province's Sunni leadership (particularly the Fallujah**Error! Bookmark not defined.** *mukhtar*s and the Karmah city council), Zarqawi sought to prevent Sunni leaders from distancing themselves from his jihad and to keep them from any further political participation.[391]

**Political Negotiations Resume**

(S/NF) In one important way Zarqawi was correct: his perceived weaknesses were pushing Ramadi**Error! Bookmark not defined.** tribal and religious leaders loyal to MML to discuss security and political issues in the city with the Coalition and the Iraqi government.[392] MML also seems to have realized that his anger over the arrest of Daham was counterproductive and that it was in his best interest to negotiate. These negotiations led to the creation of the Independent Popular Front for Anbar, an apolitical Sunni group designed to educate locals about the political process and prepare them for the upcoming elections.[393] Unfortunately, a June 16 planned meeting for political and religious leaders from throughout the province at the Saddam Mosque was prevented by a group of SREs. These same SREs had previously stopped Iraqi security forces from recruiting at the same mosque.[394]

(S/NF) **MML'S Strategy to Enter the Elections**: MML's strategy was to negotiate a ceasefire in Ramadi**Error! Bookmark not defined.** that would allow him to run in the December 2005 elections.[395] MML's renewed drive to transform himself from Sunni insurgent leader to aspiring politician led a number of his former followers in the Ramadi Shura Council to break ranks with him. In their search for an alternate leader for the insurgency, many rank and file fighters from the Islamic Army of Iraq, the al-Nu'man Brigade, the 1920 Revolution Brigades, and Jaysh al-Haqq joined AQI**Error! Bookmark not defined.**.[396]

---

[390] Ibid.
[391] Ibid.
[392] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050708 | 2005-7-8 | (S/NF) | ]
[393] Ibid.
[394] Ibid.
[395] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050718 | 20050718 | (S/NF) | ]
[396] Ibid. ; [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050714 | 20050714 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

Approved for Release

PX900

(S/NF) Together with their allies in Ansar al-Sunna, AQI**Error! Bookmark not defined.** reacted to MML's change of mind, by asking their new fighters from the Ramadi**Error! Bookmark not defined.** Shura Council member groups to carry out attacks in Ramadi.[397] The Al-Nu'man Brigades had already been partially assimilated into AQI.  The Brigades' leader Issa Daham, although he supported MML, had also been taking funding and direction from AQI leader Abu 'Ubayda al-Kubaysi ever since the capture of his brother.[398] Mid-level Ramadi Shura Council leaders were paid $300 by AQI to organize and conduct attacks, while low-level leaders were paid $100.[399] These attacks undermined MML's position in the negotiations by making him unable to control his own subordinates.  They also kept the Coalition focused on the member groups of the Ramadi Shura Council while AQI was reestablishing its own network in the city.

(S/NF) **Fault Lines**:  AQI**Error! Bookmark not defined.**'s actions in Ramadi**Error! Bookmark not defined.** created a public fault-line in the city.  On the one side were the leaders of the 1920 Revolution Brigades, al-Nu'man Brigade, Jaysh al-Haqq, Islamic Army of Iraq, and Islamic Movement of Iraqi Mujahideen (men such as Mukhlif al-Fahdawi, Ali Zaydon al-Milawi and even Issa Daham) who followed MML in pushing for negotiations with the Coalition.  On the other side were many rank-and-file members of these groups who joined AQI, Ansar al-Sunna, and Saraya al-Jihad in following AQI leader Muhammad Khalaf Ulyan al-Khalifawi (Abu Riam) in his push for continued attacks.[400] There were also certain leaders of the 1920 Revolution Brigades and the al-Nu'man Brigade who broke publicly with MML's view on negotiations and joined AQI and Ansar al-Sunna fighters under Ghassan Kazim Husayn al-Azzawi.[401] Betrayed by his own subordinates and targeted for death by AQI, MML abandoned his negotiations with the Coalition by the end of July.[402]

(S/NF) AQI**Error! Bookmark not defined.**, Ansar al-Sunna, and the Islamic Army of Iraq quickly became the most active insurgent groups in Ramadi**Error! Bookmark not defined.** (though Islamic Army of Iraq soon began suffering mass defections to AQI).  As before, they based their operations in the Jazira and Sufia districts of the city.  These districts afforded them a measure of safety from Coalition and Iraqi security forces as they conducted limited training, and intimidated the local population.[403] While fighters rapidly shifted back and forth between AQI and Ansar al-Sunna, both groups in Ramadi answered to Fallujah**Error! Bookmark not defined.** native Abu Salam (a representative of Zarqawi's Anbar amir Abu Yahya) following the capture of Ansar al-Sunna's

---

[397] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050714 | 20050714 | (S/NF) | ]
[398] Ibid.
[399] Ibid.
[400] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050717 | 20050707 | (S/NF) | ]
[401] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050718 | 20050718 | (S/NF) | ]
[402] Ibid.
[403] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050721 | 20050721 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Ramadi leader Mussab Jasim.[404] Abu 'Ubayda al-Kubaysi, meanwhile, took over the al-Nu'man Brigade rejectionists who opposed MML's negotiations.[405]

## Zarqawi's anti-Shi'a 'Umar Brigade

(S/REL) In an effort to inflame civil war across Iraq, Zarqawi announced the creation of the exclusively anti-Shi'a 'Umar Brigade on July 5, named after Caliph 'Umar. The fact that Umar conquered Persia and spread the Islamic empire to South Asia[406] was a constant reminder anti-Shi'a and anti-Iranian nature of the force. Soon after its creation, AQI**Error! Bookmark not defined.** began publicizing the Umar Brigades attacks against the Shi'a "Ghadr Corps" (a sectarian pejorative used by Zarqawi to refer to SCIRI**Error! Bookmark not defined.**'s Badr Corps) including the assassination of Badr commanders Kharyy al-Ameri and Adel Koshk Khabar.[407] Many Anbaris quietly supported the creation of the 'Umar Brigade as a means to protect Iraq from Shi'a domination, enabling Zarqawi to further develop his image as "Defender of the Sunnis" inside Anbar without putting his supporters there at any immediate risk, since most of the 'Umar Brigade's actions took place in Baghdad**Error! Bookmark not defined.** or southern Iraq.[408]

(S/NF) In Anbar, the 'Umar Brigade was made up of Iraqi, Saudi, and Syrian AQI**Error! Bookmark not defined.** fighters and required strict Salafist and Wahhabi beliefs as a criterion for membership.[409] It primarily focused on targeting the Shi'a in Haditha**Error! Bookmark not defined.** in order to gain local Sunni support and foment instability in the population.[410]

(S/REL TO USA, AUS, CAN AND GBR) The creation of the 'Umar Brigade coincided with a major effort by the AQI**Error! Bookmark not defined.** media committee headed up by Abu Maysarah al-Iraqi and Khattab al-Iraqi to create an AQI propaganda campaign specifically tailored to Anbar. Working with Muhammad al-Anbari, they established a media committee for every major city in Anbar, providing the necessary funding to hire media-savvy staff.[411]

## Targeting the Albu Issa Tribe (July 2005)

(S/NF) The Shi'a were not the only targets of AQI**Error! Bookmark not defined.**'s renewed murder and intimidation campaign. Among the top targets on their list was Fallujah**Error! Bookmark not defined.** city council member and Albu Issa tribal leader Sheikh Khamis Hasnawi. A one-time supporter of the Fallujah Mujahideen Shura, Sheikh Khamis had shifted his views

---

[404] Ibid.
[405] Ibid.
[406] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050716 | 20050716 | (S/NF) | ]
[407] Ibid.
[408] Ibid.
[409] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050806 | 20050806 | (S/NF) | ]
[410] Ibid.
[411] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050723 | 20050723 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

following Operation AL FAJR because he blamed the insurgents for the destruction in the city.[412] AQI attempted to kidnap him in January, but the plot failed and his tribe retaliated by killing two insurgents.[413]

(S/NF) **Tribal Vendettas**: Sheikh Khamis was a target for AQI**Error! Bookmark not defined.** assassination from then on, both because his presence on the Fallujah**Error! Bookmark not defined.** city council kept the Albu Issa tribal members from participating in large-scale insurgent activity and because the Zobai tribesmen who now made up many of the AQI in the Fallujah area saw his assassination as a way to settle a tribal vendetta against the Albu Issa.[414] Faced with continued threats to his life by AQI leader Essa Handi al-Essawi (a fellow Albu Issa tribesman), Sheikh Khamis fled to Jordan**Error! Bookmark not defined.** with several prominent members of the Albu Issa tribe, paving the way for wholesale participation by the Albu Issa in AQI.[415]

**AQI**Error! Bookmark not defined.**'s attempted merger with Ansar al-Sunna (Mid-2005)**

(S/NF) **A Love-Hate Relationship**: At the same time, AQI**Error! Bookmark not defined.** was making a robust effort to merge its organization with that of Ansar al-Sunna. While they shared the Salafist global jihad ideology and allegiance to 'Usama bin Laden, they were divided by local and personality-driven tensions throughout Anbar, Nineveh, and Baghdad**Error! Bookmark not defined.** provinces.[416] As we have already seen, some of the dispute between the two groups originated in claims over who truly represented al-Qaeda in Iraq. There were, however, other reasons for the tension, including Ansar al-Sunna's belief that Zarqawi was responsible for the destruction of their parent organization's base in northern Iraq, the Ansar al-Sunna belief that AQI did not respect it, resentment towards AQI for claiming AS attacks as their own, AQI recruitment of AS fighters, and Zarqawi's carefree attitude towards killing large numbers of Iraqis regardless of whether they were Shi'a or Sunni.[417] The attempted negotiations between Zarqawi and AS leader Abu Talha (see Chapter 3) were terminated by the latter's capture. Still, the negotiations fostered a closer degree of cooperation between the two groups as Abu Talha's lieutenants Abu Barra and Abu Saad sought to maintain a high operational tempo focused around Zarqawi's then-staging point of Tal Afar in an effort to assert leadership over AS across Iraq.[418]

---

[412] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050720 | 20050720 | (S/NF) | ]
[413] Ibid.
[414] Ibid.
[415] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050725 | 20050725 | (S/NF) | ]
[416] [ | Military | CIOC REPORT: EXPLOITING CONTINUED DISCORD BETWEEN ANSAR AL-SUNNA AND AL-QAIDA IN IRAQ | 200511 | (S/NF) | ]
[417] Ibid.
[418] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050715 | 20050715 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett,
[...] Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/NF) Other roots for the dispute between AQI**Error! Bookmark not defined.** and AS were the personal grudges between the leaders of the two groups. As far back as 2002, Zarqawi had told future AS leader Abu Abdullah al-Shafi'i that his organization was weak, poorly organized, and in need of experience.  His view was reinforced over the years by the steady stream of mid and senior-level Ansar al-Islam and Ansar al-Sunna defectors who had joined first JTJ**Error! Bookmark not defined.** and then moved on to join AQI.[419] While their lieutenants had discussed the need for operational coordination between the two groups prior to Operation AL FAJR, there was little love lost between the leadership of the two groups.[420]

(S/NF) These same views had already been expressed to Ansar al-Sunna commander in Kirkuk**Error! Bookmark not defined.**, Yahya al-Kurdi.  He had been ordered (through a courier) by Ansar al-Sunna leader Abu Abdullah al-Shafi'i not to support AQI**Error! Bookmark not defined.** in Fallujah**Error! Bookmark not defined.** during Operation AL FAJR.  Abu Abdullah felt Zarqawi was inexperienced and his plan to defend the city against the Coalition was doomed to failure.[421]

(S/REL TO USA, GBR, AUS, CAN AND NZL) **Intrigue within AQI**Error! Bookmark not defined.:  After JTJ**Error! Bookmark not defined.** became AQI in October 2004, the ⌐1.4c, 1.4b¬ ⌐_____1.4c, 1.4b_____¬ Abd al-Ghaffar al-Libi, a Zahedan-based leader of the Libyan Islamic Fighting.[422] During the meeting with al-Libi, the Ansar al-Sunna representative asked the following concerns be relayed to AQSL:[423]

- The Ansar al-Sunna leadership was concerned that AQSL had abandoned it after the defeat of its predecessor organization Ansar al-Islam in Beyara during the initial stages of OIF**Error! Bookmark not defined.**
- AQI**Error! Bookmark not defined.** had both committed and publicized the "brutal and barbaric" act of beheading hostages, which the Ansar al-Sunna leadership opposed.
- AQI**Error! Bookmark not defined.** had a poor to non-existent political strategy for their movement.
- AQI**Error! Bookmark not defined.** had no established avenue of negotiation or communication with the Iraqi government or the Coalition.
- AQI**Error! Bookmark not defined.** had no established public relations effort apart from intimidation and fear.
- Because Zarqawi was a Jordanian, he lent no legitimacy to the Iraqi resistance, which should be led by an Iraqi.

1.4c

Derived from: MCIA, Multiple Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 81 of 224
Declassified by: MG Michael X. Garrett,
Secretary of the Joint Staff
Declassified on: 201506

(S/REL TO USA, GBR, AUS AND CAN) Al-Libi relayed these concerns to his superior Abu Munther, who intended to relay it by courier to 'Usama bin Laden.[424] When these concerns were not addressed by mid-February 2005, Ansar al-Sunna leader Abu Layth made arrangements for a representative of the group to make its concerns known to AQAM global operations chief Abu Faraj al-Libi and to 'Usama bin Laden and Ayman al-Zawahiri in person if time and security allowed. Among the concerns expressed by Ansar al-Sunna leaders (including those of chemical weapons expert Abbas bin Farnas bin Qafqas) was that Zarqawi forcibly conscripted fighters into his organization and that there was the potential for dangerous situations to develop due to Zarqawi's mismanagement and lack of leadership. Abbas also provided a written critique of Zarqawi's performance during the defense of Fallujah**Error! Bookmark not defined.** (VIGILANT RESOLVE), noting that he failed to establish even basic defensive measures such as barbed wire, trenches, berms, and mine fields despite having months of advance notice that the Coalition was going to attack the city.[425]

(S/REL TO USA, AUS, CAN AND GBR) Other Ansar al-Sunna leaders in Anbar and throughout Iraq were equally disparaging of Zarqawi to the AQSL during the spring and summer of 2005, claiming that discord between AQI**Error! Bookmark not defined.** and other Iraqi Salafist groups had reached the point where armed conflict could erupt. Moreover, they claimed that Ramadi**Error! Bookmark not defined.** Salafists were so weary of killing innocent civilians that they now planned to aid the returning police and civil defense forces. Ansar al-Sunna leaders in northern Iraq had similar criticisms, with the Tulul al-Baqq-based Abu Sufiyan reporting that formerly sympathetic tribal leaders were now supporting the Iraqi military and police forces due to Zarqawi's violent tactics.[426]

**The Letter to Zarqawi from Ayman al-Zawahiri**

(U) Much of the Ansar al-Sunna criticism of AQI**Error! Bookmark not defined.** would later surface in a July 9, 2005 letter to Zarqawi from AQSL second-in-command Ayman al-Zawahiri. The letter, while written in a patronizing tone, nevertheless contained a comprehensive critique of Zarqawi's strategy to date, including his practice of televising beheadings, engaging in sectarian warfare against the Shi'a, and alienating other insurgent groups. In particular, al-Zawahiri emphasized the importance of popular support in jihad and urged Zarqawi to begin uniting as many other insurgent groups as possible behind him in preparation for the Coalition withdrawal. Zarqawi's focus, according to al-Zawahiri, should be on the creation of an Islamist amirate following the Coalition withdrawal that could spread jihad to other parts of the Middle East before more moderate or secular factions within the Iraqi Sunni community could emerge.

---

[424] Ibid.
[425] [ | ASSESSMENT OF AL-ZARQAWI'S GROUP MERGER WITH AL-QAIDA, SIX MONTHS LATER | (S/NF) | ]
[426] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett,
USFOR-A Chief of Staff
Declassified on: 201506

(U) Al-Zawahiri's letter reveals just how closely AQSL was following both Zarqawi's campaign in Iraq and global jihad in general. In particular, in his closing statements al-Zawahiri says "By God, if by chance you're going to Fallujah**Error! Bookmark not defined.**, send greetings to Abu Musab al-Zarqawi." This phrase, which initially made some Western analysts suspicious of the letter, is in fact a paraphase from a jihadist poem that was widely circulated online following Operation AL FAJR:

(U)     *You who rule countries by his infidels*
        *You who can kill flies with chemicals*
        *You who are riding the fast thing*
        *By God, where are you going to?*
        *If you are going to Fallujah***Error! Bookmark not defined.**
        *Send my regards to Abu Musab al-Zarqawi*
        *And all the jihadis in his group ...*

(U) **Friction**:   For reasons that are unclear, Zarqawi did not act upon al-Zawahiri's recommendations, and in fact declared publicly that the letter was a fraud.  This led to further friction between Zarqawi and AQSL that would cause Attiyah al-Jaziri, another member of AQSL, in November 2005 to issue his own far more direct letter to Zarqawi informing him of their displeasure.

### Summary of First Half of 2005

During the first six months of 2005, the Coalition conducted a series of offensive operations to clear the insurgents from cities throughout the province.  Unfortunately, as soon as the operation was completed, the Coalition forces moved on and the insurgents returned.  While the operations caused some damage, the insurgents were hurt just as badly by infighting  between Ansar al-Sunni, Jaysh Mohammed and AQI**Error! Bookmark not defined.**.  Despite the offensives and the infighting, by mid-year the insurgents were recovering from AL FAJR and gaining strength in large parts of the province.

### City Stories (Mid-2005)

**Fallujah**Error! Bookmark not defined.

~~(S/REL)~~ By mid-July most of the insurgents in Fallujah**Error! Bookmark not defined.** were members of AQI**Error! Bookmark not defined.**, Ansar al-Sunna, Jaysh Mohammed, and the Green Battalion, with unemployment the most common motivator to join the insurgency.[427] However, because the main focus of the Fallujah branches of Jaysh Mohammed and Green Battalion (made up primarily of FREs and IIS**Error! Bookmark not defined.** officers led by

---

[427] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050717 | 20050717 | ~~(S/NF)~~ | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

Approved for Release

PX900

Declassified by:  MG Michael X. Garrett,
Chief of Staff
Declassified on: 201506

Waleed Khalid Obied Khodier and Mohammed Suleyman Fizza Shenather) was criminal activity rather than fighting, AQI and Ansar al-Sunna dominated the insurgency.[428]

(S/REL) Munam Abu Sheba served as AQI**Error! Bookmark not defined.**'s primary organizer for SVBIED attacks in Fallujah**Error! Bookmark not defined.**.[429] Formerly the second-in-command under Umar Hadid, Abu Sheba had fought alongside him during both VIGILANT RESOLVE and AL FAJR, overseeing the execution of Iraqi National Guard soldiers and suspected Coalition collaborators during the Fallujah Mujahideen Shura's reign of Fallujah.[430] Despite being captured during AL FAJR, he was later released, at which time he resumed his former position within the insurgency.[431]

(S/NF) **Fallujahns Urged to Vote this Time**:  There were also signs of progress in Fallujah**Error! Bookmark not defined.**, with many *mukhtar*s (neighborhood chiefs) stating their intention to convince residents to participate in the upcoming elections during weekly meetings with the Coalition and Iraqi officials.[432] A number of Fallujah officials regretted not voting in the previous year and now saw an opportunity to regain Sunni political power by participating in the elections.[433] This was reflected in a *fatwa* issued on July 15 by 15 leading Fallujah clerics, including prominent imam Sheikh Kamal Shakir Mahmud, that urged residents to participate in both the constitutional referendum and the December elections.[434]

**Ramadi**Error! Bookmark not defined.

(S/NF) The ongoing negotiations between MML and the Iraqi government dominated the situation in Ramadi**Error! Bookmark not defined.** during the summer of 2005.  Attack levels remained high throughout the city, intimidating residents but generally proving ineffective against Coalition forces. The continued subsuming of FREs into AQI**Error! Bookmark not defined.** was illustrated by men like former Republican Guard lieutenant Nazim Hamid Rashid Abu Othman (al-Amir), who now took command of AQI fighters in the Zangora district of the city.[435]

**Amariyah**

(S/NF) SREs continued to grow in strength in eastern Anbar as the Jaysh Mohammed in the Habbaniyah**Error! Bookmark not defined.** and Amariyah corridor led by Ahmed Tohman began

---

[428] Ibid.
[429] [ | Military | _____1.4c_____ ]
[430] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050716  20050716  —S/NF  ]
[431] Ibid.
[432] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050731 | 20050731 | (S/NF) | ]
[433] Ibid.
[434] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050807 | 20050807 | (S/NF) | ]
[435] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050712 | 20050712 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

Approved for Release

PX900

Declassified by: MG Michael X. Garrett,
Chief of Staff
Declassified on: 201506

defecting to join AQI**Error! Bookmark not defined.**.[436] In Amariyah itself, the well-organized Black Flags was an SRE group that specialized in contract kidnapping for AQI and Ansar al-Sunna. Among their most infamous achievements was the kidnapping of the Algerian ambassador, whom they delivered to Ferris Town before moving him to the village of al-Libyar (al-Biar).[437] Led by an individual known as "Diya," ("Blood Money") the group was based in Saddamiyah because of the region's relative isolation and low population.[438]

**Rawah**Error! Bookmark not defined.

(S/NF) Rawah**Error! Bookmark not defined.** continued to serve as the primary AQI**Error! Bookmark not defined.** logistics node and staging area for foreign fighters from Syria**Error! Bookmark not defined.**, with foreign fighters waiting in the city to receive further instructions from cells in Baghdad**Error! Bookmark not defined.** or Mosul**Error! Bookmark not defined.**.[439] Fearing a Coalition attack because of the foreign fighters, many Rawah residents began fleeing the city on July 17, and there was widespread looting of property in the western part of the city as a result.[440]  The one hundred insurgents who remained in the city under the leadership of AQI amir Abu Abdullah, Waidi Wahab Jassim, and Hoqar Jumal used the water treatment plant as a headquarters.[441]

**Haqlaniyah**

(S/NF) AQI**Error! Bookmark not defined.** also seized the Haditha**Error! Bookmark not defined.** Project for Power Generation south of Haqlaniyah, forcing workers and contractors to abandon the site and turning it into a bomb factory and a safe house for foreign fighters.[442]

**Hit**Error! Bookmark not defined.

(S/NF) AQI**Error! Bookmark not defined.** continued to use Hit**Error! Bookmark not defined.** as a logistics node despite Coalition and Iraqi forces in the city. One of the major AQI leaders in Hit was Husayn 'Abd al-Ghafur al-Hitawi, who used it as a base from which to disperse suicide bombers to safe houses from which they could be transported to other parts of Iraq.[443] Tribal infighting, possibly related to AQI's problems with MML in Ramadi**Error! Bookmark not defined.**, led to fighting between the group and the Albu Fahad tribe.  It started with AQI's attempted kidnapping

---

[436] [ | Military |

| 1.4c |
| --- |

[437] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050726 | 20050726 | (S/NF) | ]
[438] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050819 | 20050819 | (S/NF) | ]
[439] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050720 | 20050720 | (S/NF) | ]
[440] Ibid.
[441] [ | Military | TACTICAL FUSION CENTER: MNF-W OPERATIONAL ASSESSMENT BRIEF | 20051024 | (S/NF) | ]
[442] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050728 | 20050728 | (S/NF) | ]
[443] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050730 | 20050730 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Case 1:18-cv-02248-CRC Document 97-10 Filed 09/06/22 Page 85 of 224
Declassified by: MG Michael X. Garrett, Secretary of the General Staff
Declassified on: 201506

of an Albu Fahad tribesman that local amir Mohammed Ibrahim Jadiyah believed to be working for the Coalition. The intended victim escaped, but the Albu Fahad killed the amir in retaliation.[444]

## Fighting Resumes with the Hamza Battalion (June-July 2005)

(S/NF) The trouble between the Albu Fahad and AQI**Error! Bookmark not defined.** in Hit**Error! Bookmark not defined.** was symptomatic of a brewing tribal conflict in western Anbar. By late June 2005, local tribes in that area regarded AQI as a greater threat than the Coalition to their short and long-term objectives. In al-Qaim in particular, the situation had deteriorated to the point where members of the Albu Mahal tribe found it difficult to move about freely without coming under attack by AQI.[445] As a first step towards reestablishing their traditional influence over their respective cities, these tribal leaders backed an attempt by residents to expel all foreign fighters. On June 22 local residents succeeded in doing just that in Husaybah**Error! Bookmark not defined.**, and then turned the city over to the Hamza Battalion.[446]

(S/NF) It would be a mistake to assume that every tribal member followed the decisions of his sheikh. In fact, many members of the Karbuli, Rawi, ʿUbaydi, Salmani, and even the Albu Mahal remained indecisive about whether to support AQI**Error! Bookmark not defined.** or the Hamza Battalion.[447] AQI was able to ensure the neutrality of many Albu Mahal tribesmen in Husaybah**Error! Bookmark not defined.** and Rawah**Error! Bookmark not defined.** by paying them off.[448] Though Zarqawi was now distrustful of many Iraqi tribes, he did rely on the Jashaʿama tribe to move foreign fighters in Ramana, Baghuz, and Usush.[449]

(S/NF) Local insurgent groups, since they were composed of tribesmen from the area, also split over whether to support AQI**Error! Bookmark not defined.** or the Hamza Battalion. Raʾad Saleh Mutar, the unofficial leader of the Quwwat Allah al-Tharib, al-Asaʾab al-Iraq, and Jaysh Mohammed insurgent groups decided to stay neutral and the groups loyal to him were thus divided over on whether to support AQI or the Battalion.[450] Some members of al-Asaʾab al-Iraq were willing to hire out their services to whoever would pay the most.[451] In order to distinguish themselves from the rest of al-Asaʾab al-Iraq, those members of the group that chose to fight alongside AQI adopted the name al-Asaʾab al-Qaim.[452] The mercenary attitude adopted by al-Asaʾab al-Iraq was due in part to its

---

[444] Ibid.
[445] [ 1.4c ]
[446] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050711 | 20050711 | (S/NF) | ]
[447] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050716 | 20050716 | (S/NF) | ]
[448] [ Militar    TACTICAL FUSION CENTER: GRINTSUM 050720 | 20050720 | (S/NF) | ]
[449] [ 1.4c ]
[450] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050717 | 20050717 | (S/NF) | ]
[451] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050716 | 20050716 | (S/NF) | ]
[452] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050724 | 20050724 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

Approved for Release

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

new leader Sa'ad Ghraib al-Rawi, who had taken over the group following the capture of Abd al-Hadi and the disappearance of his successor Mohammed 'Ubaydi Jassim.[453]

(S/NF) By mid-July the Hamza Battalion controlled not only Husaybah**Error! Bookmark not defined.** (preventing AQI**Error! Bookmark not defined.** from carrying out any attacks on Camp Gannon), but also Sadah and Old 'Ubaydi.  AQI controlled Karabilah, New 'Ubaydi, and the Jazira areas of Ar-Rabit and Ramana.[454] Aware that massing their forces risked Coalition attack, many AQI fighters in Karabilah and Ar-Rabit redeployed further north towards Tal Afar and Bayji.[455]

(S/NF) While many of AQI**Error! Bookmark not defined.**'s foreign fighters had fled western Anbar in response to Coalition offensives, those that remained active were a force to be reckoned with, especially in contrast to the Hamza Battalion. Despite having more than 900 active fighters spread out across Husaybah**Error! Bookmark not defined.**, Akashat, Rutbah**Error! Bookmark not defined.**, and Muhammadi**Error! Bookmark not defined.**, weapons and material shortages continually plagued the Battalion.[456] Additionally, the Battalion was also unable to penetrate AQI's internal structure and was reluctant to attack their rivals in the absence of specific intelligence for fear that the Coalition would end up targeting the Battalion during a firefight.[457]

(S/NF) AQI**Error! Bookmark not defined.** now shifted their attacks to Akashat, which lay on the Hamza Battalion's [ 1.4b ] **Error! Bookmark not defined.** and Rutbah**Error! Bookmark not defined.**.  In order to maintain its dominance of these necessary and lucrative smuggling routes, the Battalion was forced to dispatch 130 fighters from Husaybah**Error! Bookmark not defined.** to Akashat under the command of former members of the Iraqi National Guard. The Battalion leadership apparently believed that the Coalition presence in Husaybah would keep AQI at bay.[458] In retrospect this would prove to be a fatal mistake, since the reduction in fighters, combined with shortages in weapons and ammunition, allowed AQI to overpower the Battalion in Husaybah. By the beginning of August, AQI had largely defeated the Battalion in the city, setting up their banners over public buildings and moving freely about the city without fear of attack from residents.[459]

**Consequences of the Hamza Battalion's Defeat**

(S/REL TO USA, MCFI) Before the defeat of the Hamza Battalion, AQI**Error! Bookmark not defined.** had been willing to make a distinction between the Battalion and the Albu Mahal.  After taking Husaybah**Error! Bookmark not defined.**, however, this distinction disappeared, and AQI

---

[453] Ibid.
[454] [ 1.4c ]
[455] [ | Militar    TACTICAL FUSION CENTER: GRINTSUM 050713 | 20050713 | (S/NF) | ]
[456] [ 1.4c ]
[457] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050716 | 20050716 | (S/NF) | ]
[458] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050725 | 20050725 | (S/NF) | ]
[459] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050801 | 20050801 | (S/NF) | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

Declassified by: MG Michael X. Garrett,
Chief of Staff
Declassified on: 201506

began actively targeting the tribesmen in nearby villages like Barghuz, where many wealthy and influential Mahalawi lived.[460] The defeat of the Battalion also allowed AQI, in tandem with Ansar al-Sunna, to reposition many of its fighters (apart from those now active in Ramadi**Error! Bookmark not defined.**) to Haditha**Error! Bookmark not defined.**, Haqlaniyah, Bani Dahir, and Barwanah, with Barwanah serving as the primary staging area.[461]

## Snapshot of the Insurgency

(S/NF)   Throughout the summer of 2005 AQI**Error! Bookmark not defined.** faced and apparently overcame a series of challenges.  These included decisive solutions for the conflicts with the Hamza Battalion and the Albu Issa as well as the creation of the 'Umar Brigade to appeal to the Sunni by openly targeting Shi'a militias.  The ineffectual efforts by [ 1.4b ] **Error! Bookmark not defined.** to re-enter the battlefield showed that AQI continued to play a dominant role in the fighting on the ground.

(S/NF)   Yet the summer revealed four serious problems for AQI**Error! Bookmark not defined.** to overcome.  First, the growing movement for political engagement supported by many SAR groups was a direct threat to the existence of the insurgency as a whole.  Second, the continued disagreement with Ansar al-Sunna prevented the unification of the two largest SRE organizations. Third, the stiff letter from al-Zawahiri showed that AQSL was growing weary of Zarqawi's reckless attacks that killed far more Muslims than it did Coalition troops.  Finally, the defeat of the Hamza Battalion did not solve the tribal issue, but simply postponed a confrontation until 2006.  The four issues meant AQI had to fight several enemies besides the Coalition.

## The Foreign Connection (July-September 2005)

## Foreign Fighters

(U)  During the summer of 2005 the Coalition became more concerned about the infiltration of foreign fighters into the Iraq battlefield.  A key element of Zarqawi's strategy for rebuilding his AQI**Error! Bookmark not defined.** after Operation AL FAJR was the increased use of foreign fighters as suicide bombers and special advisors for his group. Although foreign fighters were never a large element of the Iraqi insurgency or AQI, their experience and leadership made them a key element of the group.

(U)  According to an overview of forei n fi hter recruiting [ 1.4b ] by the Center for Strategic and International Studies, many [ 1.4b ] recruits were motivated by revulsion at the idea of an Arab land being occupied by non-Arab troops, a view that was intensified by their reliance on

---

[460] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050803 | 20050803 | (S/NF) | ]
[461] Ibid.

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

Page 86 of 122 Pages

PX900

Declassified by:  MG Michael X. Garrett,
Secretary of Joint Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

extremely anti-American and anti-war TV and internet sources.[462]   The [ 1.4b ] recruits were particularly prized by AQI**Error! Bookmark not defined.** because each recruit often brought $10-15,000 in  ersonal fundin .[463]

| 1.4b |
| --- |
| 1.4b |

(S/NF) An investigation by the Tunisian DGNS provided insight into AQI**Error! Bookmark not defined.**'s ability to recruit North African fighters for Iraq. Tunisian recruits were angry over the situation in Iraq and the Israeli-Palestinian conflict.[465] Like-minded individuals discussed these concerns in online discussion boards. Some became radicalized and were then contacted by AQ recruiters.[466] Once recruited, they stopped attending mosque and adopted a low profile, wearing modern dress, shaving their beards, and finally traveling to [ 1.4b ]  rror! Bookmark not defined. in preparation to fight in Iraq.[467]

(S/NF) An investigation by the Algerian DDSE into the connection between AQI**Error! Bookmark not defined.** and its North African ally Jama'at al-Tawhid wal-Jihad bil-Maghrib (JTJM, see Chapter 4) uncovered the existence of an international support network run by followers of Zarqawi's mentor Sheikh Abu Muhammad al-Maqdisi.  The purpose of the network was to convey AQ propaganda and recruit foreign fighters to serve as suicide bombers in Iraq.[468] It was divided into six regional nodes:[469] (there are six nodes shown below)

| | |
| --- | --- |
| 1. | |
| 2. | |
| 3. | 1.4b |
| 4. | |

---

[462] [ | Open Source | CENTER FOR STRATEGIC AND INTERNATIONAL STUDIES/ANTHONY CORDESMAN AND NAWAF OBAID: SAUDI MILITANTS IN IRAQ: ASSESSMENT AND KINGDOM'S RESPONSE | 20050919 | (U) | ] p. 9
[463] Ibid., p. 10
[464] Ibid    . 10-11

| |
| --- |
| 1.4c |

Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by:  MG Michael X. Garrett,
SOSCO, CJCS Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

5.

6.                                              1.4b

(S/NF) The flow of foreign fighters into Iraq depended on the needs of AQI~~Error! Bookmark not defined.~~ and Zarqawi's preferences and paranoia. For instance AQI sent out a call for more foreign fighters in January 2005 to target polling sites for the Iraqi elections, yet during a meeting of AQI facilitators in al-Salt, Jordan**Error! Bookmark not defined.** in October 2005 recruiter Bilal Mansur al-Hiyari (Abu 'Asim) told the other attendees that there were already enough foreign fighters in Iraq and that Zarqawi's primary concern was now money.[470] That September, [ 1.4b ] were informed that Zarqawi was increasingly paranoid that the U.S. or Israel was trying to infiltrate his foreign fighters and had recently beheaded a Tajik national he believed to be a spy.[471] As a result, his [ 1.4b ] were instructed only to recruit Arabs to join AQI because he believed them to be trustworthy.[472]


**Training Camps**

(S/REL TO USA, AUS, CAN AND GBR) There were few discernible patterns in the movement of foreign fighters into Iraq.[473] Most foreign fighters traveled to [ 1.4b ] **Error! Bookmark not defined.** by plane and contacted facilitators there who were able to move them to Iraq through discreet inquiries at local mosques.[474] From there, they were taken first to Aleppo and then to the northern route through al-Qamishli or a southern route through al-Qaim.[475] The amount of time spent at safe houses in Aleppo depended on the facilitator's access, the security situation along the border, and whether or not the skills of the foreign fighters matched those that were currently needed by AQI**Error! Bookmark not defined.**.[476] Experienced fighters were sent into Iraq immediately while "green" foreign recruits were sent to training in [ 1.4b ] **Error! Bookmark not defined.** or ad-hoc training facilities on the other side of the border.[477]

**MCIA Insert Map of FF Infiltration Routes**

---

[470] [ | 1.4c | ]
[471] [ |
[472] Ibid.
[473] [ | Military | CIOC SPECIAL ANALYSIS PAPER, MAY 4, 2005 | 20050504 | (S/NF) | ]
[474] Ibid.
[475] Ibid.
[476] Ibid.
[477] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by:  MG Michael X. Garrett,
Chief of Staff
Declassified on: 201506

**SECRET/NOFORN**

Study of the Insurgency in Anbar Province, Iraq

6/13/07

(S/REL TO USA, MCFI) Two [ 1.4b ] training camps that appear most prominently in the intelligence reporting were the [ 1.4b ] Arab Council for Victory in Iraq camp at Hasakeh run by FREs and another at al-Qamishli run by AQI**Error! Bookmark not defined.**.[478] The existence of AQI training facilities in [ 1.4b ] **Error! Bookmark not defined.** should not be surprising, as an AQAM training facility was reported as active at an abandoned penitentiary in Tadmur as early as June 2004.[479]

(S/REL) In addition to providing terrorist and guerrilla training to prospective insurgents, these training facilities assisted foreign fighters with assimilating into the local population by providing them with instruction on Iraqi customs and dialects, though much of this training was unsuccessful.[480] Foreign fighters' ID cards and other distinguishing items were also altered to make them less conspicuous upon their entry into Iraq.[481]

(S/FGI [ 1.4b ] /NF) These camps did more than simply provide training for the Iraqi insurgency. Tayarah al Qaeda member Jamal Sayf Abdallah Salih al-Maqrami (Dr. Abu 'Ubayda, Abu Amr) was trained in the use of remote controlled explosives in [ 1.4b ] **Error! Bookmark not defined.** by Abu Hasan al-Suri and then sent back to Yemen to carry out a terrorist attack against the Sheraton Hotel.[482]

(S/REL TO USA, AUS, CAN, GBR AND NZL) Those foreign fighters entering Iraq through the northern route would enter the country at the Tal Kushik border crossing or via the smuggling routes southeast of al-Qamishli using the back roads near al-Hasakaharea or Ash-Shaddadah.[483] Once inside Iraq, they were taken to the border towns of Marhub al-Tayr, Bab al-Khair, Sununi, and Wardiyah.[484] "Green" recruits were taken to the ad-hoc terrorist training facility at Biaj, while trained fighters were taken to Sinjar for transport to Tal Afar or Mosul**Error! Bookmark not defined.**.[485] Another southern infiltration route into Iraq was to cross at Abu Kamal, Ar-Tanf, or Rabi'ah and be transported to Ramadi**Error! Bookmark not defined.** and other parts of Anbar or sent on to Baghdad**Error! Bookmark not defined.**.[486]

**Syrian Support for the Insurgency**



1.4b

---

[478] Ibid.
[479] Militar  1ST CALVARY DIVISION DAILY INTSUM, JUNE 4, 2004 | 20040604 | (S/NF) | ] See also [ [ 1.4c ]
[ 1.4c ]
[480] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050530 | 20050530 | (S/NF) | ]
[481] Ibid.
[482] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050303 | 20050303 | (S/NF) | ]
[483] [ | Military | CIOC SPECIAL ANALYSIS PAPER, MAY 4, 2005 | 20050504 | (S/NF ) | ]
[484] Ibid.
[485] Ibid.
[486] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

Approved for Release

PX900

Declassified by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

Page 90 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - -
1.4b

Approved for Release

Declassified by: MG Michael X. Garrett,
SOUTHCOM Chief of Staff
Declassified on: 201506

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq

6/13/07



1.4b

**Operation SAYYAD (HUNTER) Phase I (July 2005)**

(S/NF) During this period, the Coalition focused on reducing the violence in Baghdad**Error! Bookmark not defined.**.  As an economy of force effort, the Coalition forces in Anbar were limited to two options to allow widespread participation in the upcoming elections:  clear and hold the Euphrates valley or secure the border with Syria**Error! Bookmark not defined.**.  Two considerations—the need for Iraq to have control of its own borders and the need to prevent the smuggling of foreign fighters into Anbar—gave precedence to securing the border.  Thus, MNF-W began preparations for a phased operation, named Operation SAYYAD.[500]

(S/NF) The first phase of SAYYAD was a shaping operation, designed to prepare the battlefield for the major kinetic phase later that fall.  The Coalition began developing the required intelligence to establish an enduring Iraqi security force in western Anbar.  In particular the 2nd Brigade, 7th Division of the Iraqi army was focused around Anah**Error! Bookmark not defined.** and Rawah**Error! Bookmark not defined.**.[501] Mid-level insurgent leaders Mohammed Cent, Wahayb al-Abir, Khalid Abdul Rahman, and Sabah Nuri were killed.[502] These losses severely damaged al-Asa'ab al-Ahwal, forcing it into a prolonged period of inactivity as the group attempted to restructure in order to compensate for its losses.[503]

(S/NF) Operation SAYYAD I forced AQI**Error! Bookmark not defined.** and Ansar al-Sunna to shift their operations from al-Qaim and Hit**Error! Bookmark not defined.** to the Haditha**Error! Bookmark not defined.**-Haqlaniyah corridor.[504] Barwanah, which had previously been heavily influenced by Ansar al-Sunna's Haditha amir Abu Ayman, was abandoned by most of the group at the onset of SAYYAD I.[505] With the influx of insurgents into Haditha, sentiments toward the

---

[497] Ibid.
[498] Ibid.
[499] Ibid.
[500] [ | Open Source | Interview : LtGen JR Vines, August 2005 | 200508 | (U) | ]
[501] [ | Military | "Operation SAYYID," FRAGO: 0142-05 | 2005 | (S/NF) | ]
[502] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050804 | 20050804 | (S/NF) | ]
[503] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050807 | 20050807 | (S/NF) | ]
[504] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050803 | 20050803 | (S/NF) | ]
[505] Ibid.

Derived from: MCIA, Multiple Sources

Declassification on: 2028

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

Coalition changed from neutral to negative due to the intimidation campaigns carried out by the new insurgents. Residents stayed in their homes or fled the area rather than assist the Coalition.[506] Zarqawi was also active in Haditha during this period, meeting in Haditha with Rawah**Error! Bookmark not defined.** amir Hamid 'Awid al-Wayr, al-Qaim deputy amir Halid Ali Dawud, and an unknown Saudi cleric.[507] While there, he also visited 'Ukab Hamad al-Karbuli, all of whose sons served as AQI amirs.[508]

## Aftermath of Operation SAYYAD I (July 2005)

(S/NF) Well established in the Haditha**Error! Bookmark not defined.**-Haqlaniyah corridor, AQI**Error! Bookmark not defined.** and Ansar al-Sunna divided the region. Each group controlled "turf" by assigning cells to specific areas to carry out surveillance and small arms, IED**Error! Bookmark not defined.**, or mortar attacks.[509] Ansar al-Sunna was most active in Haditha, dividing the city into sectors, while AQI was centered on the palm tree forest in Haqlaniyah. Both groups maintained a small presence in Barwanah where they competed for control.[510] All major roads were under continuous surveillance and all hospitals were controlled by the insurgency, which used them both as medical centers and as safe havens.[511]

(S/REL TO USA, MCFI) Zarqawi maintained a base at the al-Thawid Mosque in Haqlaniyah during this period, threatening to punish the Jaghayfi tribe for attacking AQI**Error! Bookmark not defined.** in Haditha**Error! Bookmark not defined.**.[512] The root of the latest fighting between AQI and the Jaghayfis began when AQI kidnapped the driver of the director for oil pipes in Haditha, who was a member of their tribe.[513] The Jaghayfis retaliated in an effort to free the hostage, killing two AQI fighters and capturing three. This prompted senior AQI leaders negotiate for their release.[514] During the night following the negotiations, AQI attacked the Jaghayfi and burnt down their houses in Haditha.[515]

(S/NF) As Zarqawi grew stronger, large numbers of FREs in Haditha**Error! Bookmark not defined.**, many of whom were unemployed, were persuaded either by money or by ideological appeal to join AQI**Error! Bookmark not defined.** or Ansar al-Sunna.[516] This is reflected by the AQI leadership in Haditha. Its top leaders were former Republican Guard Chief of Staff Lieutenant

---

[506] Ibid.
[507] Ibid.
[508] Ibid.
[509] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050805 | 20050805 | (S/NF) | ]
[510] Ibid.
[511] Ibid.
[512] [ | Military | 1.4c ]
[513] Ibid.
[514] Ibid.
[515] Ibid.
[516] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050805 | 20050805 | (S/NF) | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

General Saif al-Din Falayh al-Rawi and his nephew Usam Malik al-Rawi. The other leaders were kidnapping chief Abd al-Razzaq al-Rawi, and spiritual leader Abu al-Hadi Armar al-Rawi who doubled as the head of AQI's secret police in the city and acted as judge and jury when dealing with suspected "collaborators."[517] In recognition of his role in defeating the Hamza Battalion in Husaybah**Error! Bookmark not defined.**, Zarqawi promoted Husayn Shihab al-Karbuli (Abu Ali) to the position of one of his top lieutenants in Iraq, with authority from al-Qaim to Haditha.[518]

(S/REL TO USA AUS AND GBR) In Hit**Error! Bookmark not defined.**, the permanent Coalition presence since Operation SWORD had finally begun to turn the tide against AQI**Error! Bookmark not defined.** and Ansar al-Sunna.[519] The sustained Coalition presence had forced insurgents to leave the urban areas and regroup along the outskirts of the city, enabling residents to partially overcome their intimidation campaign.[520]

**AQIError! Bookmark not defined. rebuilds in Western Anbar (July-August 2007)**

(S/REL) Despite losses suffered during Operation SAYYAD, AQI**Error! Bookmark not defined.** was down rather than out in western Anbar. In Husaybah**Error! Bookmark not defined.**, for instance, AQI operatives only withdrew briefly from most of the city, finding shelter in outlying areas until the operation ended.[521] By the beginning of August, AQI had successfully reconstituted its fighters in Karabilah to pre-SPEAR levels, using it as a staging point and operational hub to smuggle ⌐ 1.4b ¬ **Error! Bookmark not defined.** all the way to Baghdad**Error! Bookmark not defined.**.[522] AQI also solidified its position in New 'Ubaydi using weapons brought from Rawah**Error! Bookmark not defined.**. They prepared for renewed attacks against the Hamza Battalion.[523] Through July and August AQI leaders in Anbar continued to focus more on fighting the Battalion than on attacking the Coalition.[524]

(S/REL TO USA, MCFI) To regain their momentum against the Hamza Battalion, AQI**Error! Bookmark not defined.** began offering $300-400 monthly salaries for rank-and-file members and $1,000 monthly salaries for all cell leaders, with bonuses of $15,000 for every major attack on the Hamza Battalion.[525] Faced with AQI's superior financial resources and ideological appeal, the Battalion was unable to keep AQI from luring away those who might have otherwise supported its efforts for tribal or ideological reasons.[526]

---

[517] Ibid.
[518] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050807 | 20050807 | (S/NF) | ]
[519] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050812 | 20050812 | (S/NF) | ]
[520] Ibid.
[521] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050810 | 20050810 | (S/NF) | ]
[522] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050808 | 20050808 | (S/NF) | ]
[523] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050807 | 20050807 | (S/NF) | ]
[524] [ | Military | TACTICAL FUSION CENTER: GRINRSUM 050808 | 20050808 | (S/NF) | ]
[525] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050813 | 20050813 | (S/NF) | ]
[526] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

Approved for Release

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/NF)  **AQI**Error! Bookmark not defined. **Renews Attacks on the Hamza Battalion**: Using the weapons shipped from Rawah**Error! Bookmark not defined.** to New 'Ubaydi, AQI initiated a major operation against the Battalion in early August.  AQI evicted the Battalion from New 'Ubaydi and expanded its influence into Jurayjib and Sa'dah. [527]  AQI's fighters set up curfews and checkpoints along the main road in New 'Ubaydi and, using computer-generated lists and photographs, searched house-to-house for Albu Mahal tribesmen in order to kill them.[528]

(S/NF) Despite this victory, AQI**Error! Bookmark not defined.** remained otherwise quiet in the al-Qaim region for fear of provoking another Coalition offensive, focusing instead on rebuilding the support of the local population.[529] To counter Coalition accusations that AQI fighters fought only for money, AQI began capturing and executing suspected thieves in Rutbah**Error! Bookmark not defined.**.  This demonstrated that they were fighting for the implementation of shari'a, not venal gain, and they were better able to protect Iraqis than the Coalition.[530]

(S/NF)  **MML and Government try to Counter AQI**Error! Bookmark not defined.:  The Iraqi government, however, had little doubt as to AQI's intentions. Minister of Defense Sadun al-Dulaymi met with MML and representatives from the Albu Nimr and Albu Mahal tribes to discuss the creation of a majority Sunni Iraqi army division to fight AQI in Anbar. The Albu Nimr representatives offered the Defense Minister 500 recruits, stating that they could provide more if needed, but Sadun al-Dulaymi warned them that neither Prime Minister Jafari nor SCIRI**Error! Bookmark not defined.** leader Hakim wanted a Sunni army division created even as they feigned support for Sunni political inclusion.[531]

(S/NF) This revelation led MML to meet with tribal sheikhs in Ramadi**Error! Bookmark not defined.** to discuss the formation of a special Ramadi-based military unit to eliminate AQI**Error! Bookmark not defined.** in the city.[532] MML requested that the sheikhs identify members of their tribes who had served as soldiers or officers under the former regime but had not retained strong ties to the Ba'ath Party.[533] Knowing that Prime Minister Jafari would never agree to the formation of an all-Sunni military unit, MML informed the sheikhs that the unit would have to contain Shi'a and Kurds but that Sunnis would be the majority.[534] To appeal to his former allies in the Ramadi Shura Council, MML claimed that he had spoken with Mohammed Daham and had received his approval.[535] This claim might have been true, as Daham had been using his contacts in the medical

---

[527] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050810 | 20050810 | (S/NF) | ]
[528] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050902 | 20050902 | (S/NF) | ]
[529] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050811 | 20050811 | (S/NF) | ]
[530] [ | Military | TACTICAL FUSION CENTER: GRINRSUM 050808 | 20050808 | (S/NF) | ]
[531] Ibid.
[532] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050818 | 20050818 | (S/NF) | ]
[533] Ibid.
[534] Ibid.
[535] Ibid.

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

staff at Abu Ghraib prison to send messages to MML, among them a request to increase surveillance on Coalition convoys in the hope of kidnapping a sufficiently high-level Coalition or Iraqi official who could be used to barter for his release.[536]

(S/NF) The Defense Minister's message was eagerly adopted by Hamza Battalion recruiters, who told prospective members that their group would form the basis for the new Iraqi National Guard and police in al-Qaim as soon as AQIError! Bookmark not defined. was defeated.[537] There was, however, no practical way for Hamza Battalion to match AQI's international financial or logistical advantages, nor could they replace their losses in personnel and equipment.[538] The Battalion was only able to keep up the fight because Coalition operations, primarily MATADOR and SPEAR, had degraded AQI's position in the al-Qaim area.[539] In fact the Battalion was incapable of conducting operations involving more than 15-30 fighters, lacked proper training and equipment, and many of its potential recruits could not afford to leave their homes unguarded in order to receive proper training or conduct long-term operations.[540]

(S/NF) **Another AQI**Error! Bookmark not defined. **Offensive against the Hamza Battalion**:  In late August 2005, AQI mounted a major offensive against the Hamza Battalion, possibly under the personal direction of Zarqawi.[541] This offensive, which involved the use of 1,000 fighters against the Hamza Battalion's 300, led to significant AQI gains in HusaybahError! Bookmark not defined. and isolated the Hamza Battalion to the northeastern corner of the city. Coalition air strikes on August 26 prevented the Hamza Battalion from being driven out of Husaybah completely, but by the end of the offensive, AQI fighters under the command of Abu Islam controlled 75% of the city.[542] AQI then began increasing their attacks on Camp Gannon as Battalion members fled southeast towards the al-Tenek area.[543] In their section of the city, AQI fighters reportedly began going house to house, separating out adults and adolescents from the Albu Mahal tribe and executing them in order to send a message to other Iraqi tribes about the price of fighting AQI.[544]

(S/NF) Exploiting the Albu Mahal's long-standing rivalry with the Karabilah and Salmani tribes, AQIError! Bookmark not defined. began conscripting fighters from the latter two tribes to further its influence in the al-Qaim region.[545] Karabilah, HusaybahError! Bookmark not defined., Sa'dah, and Ramana were now under the influence of Iraqi AQI augmented by foreign fighters.[546]

---

[536] [ | Military | 1.4c ]
[537] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050813 | 20050813 | (S/NF) | ]
[538] Ibid.
[539] Ibid.
[540] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050815 | 20050815 | (S/NF) | ]
[541] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050826 | 20050826 | (S/NF) | ]
[542] Ibid; [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050829 | 20050829 | (S/NF) | ]
[543] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050829 | 20050829 | (S/NF) | ]
[544] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050830 | 20050830 | (S/NF) | ]
[545] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050901 | 20050901 | (S/NF) | ]
[546] Ibid.

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

From al-Qaim, AQI was able to control western Anbar's lucrative smuggling routes to facilitate AQAM operations throughout the Middle East and Europe.[547]

(S/NF) AQI**Error! Bookmark not defined.** prepared to attack the 100-150 Hamza Battalion fighters who had been active in Akashat.[548] Perhaps distracted by their need to consolidate gains in the al-Qaim area, as well as by the next phase of Operation SAYYAD, AQI never attacked. Given a reprieve, the remaining Battalion members began working with the Iraqi MOD to create the Desert Protectors Battalion designed to fight AQI and protect the borders of Iraq.[549]

**Return of the Abu Harun in Ramadi**Error! Bookmark not defined. **(August 2005)**

(S/REL TO USA, MCFI) With AQI**Error! Bookmark not defined.** consolidating its victory in western Anbar, the inadvertent release of Abu Harun Group leader Basim Muhammed Hazim Ahmed al-Fahdawi (Abu Khattab) by the Coalition caused the situation in Ramadi**Error! Bookmark not defined.** to take a turn for the worse.[550] Unlike the AQI and Ansar al-Sunna members who had only recently arrived in the city, Abu Khattab had been active there as leader of the Abu Harun Group since 2004. He possessed a great deal of local knowledge and was able to use it against the Coalition. Among Abu Khattab's top subordinates were his secret police chief Suhain Khalid Fadil Abu Ali Jasim (later killed in a car accident), former Republican Guard Colonel Naithem Hammed Rashid (Abu Othman), and former IIS**Error! Bookmark not defined.** analyst Satar Jubayr Rashid.[551]

(S/NF) Under the direction of Abu Khattab, the Abu Harun Group (also known as the Abu Bakr Group), AQI**Error! Bookmark not defined.**, and the Islamic Army of Iraq began distributing propaganda demanding that all police resign, that all Shi'a in the city depart, and that MML resign.[552] Zarqawi also threatened to kill any Sunni imams who supported the constitutional referendum.[553] Abu Khattab's followers forced Ramadi**Error! Bookmark not defined.**'s Christian community to adhere to *shari'a* law if they refused to convert to Islam.[554] MML retaliated by using his influence with several Dulaymi confederation tribes to protect a Shi'a neighborhood from attack by AQI, which he claimed wanted to turn Ramadi into another Fallujah**Error! Bookmark not defined.**.[555]

---

[547] Ibid.
[548] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050901 | 20050901 | (S/NF) | ]
[549] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050916 | 20050916 | (S/NF) | ]; [ | Military | GRINTSUM 050921 | (S/NF) | ]
[550] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050801 | 20050801 | (S/NF) | ]
[551] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050809 | 20050809 | (S/NF) | ]
[552] Ibid.
[553] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050814 | 20050814 | (S/NF) | ]
[554] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050809 | 20050809 | (S/NF) | ]
[555] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050814 | 20050814 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by:  MG Michael X. Garrett,
Secretary of the Joint Staff
Declassified on: 201506

(S/NF) Abu Khattab's prominence among the Ramadi**Error! Bookmark not defined.** insurgents was due in part to his relationship with Anbar Ministry of Oil and Gas Deputy Director Yusif Abid Farhan al-Fahdawi.[556] Every week, Abu Khattab or one of his lieutenants would receive a kickback from Yusif, who had turned control of his building over to the Abu Harun Group.[557]

(S/REL) This set the stage for open fighting between MML and Zarqawi over MML's support for the Iraqi political process. While many political and religious elites in Anbar shared Zarqawi's goal of ending the Coalition presence in Iraq, they also agreed with MML's criticism of his methodology. Zarqawi flatly rejected MML's efforts at negotiation, regarding it as "abandoning the law of Allah" and "deserting the Qur'an."[558]

(S/NF) With many Ramadi**Error! Bookmark not defined.** insurgent groups now working in at least tacit alliance with AQI**Error! Bookmark not defined.** and Ansar al-Sunna, a curious phenomenon emerged in which specific functions within the Ramadi insurgency were handled on a tribal rather than on a group or cell basis. For instance, the Albu Faraj housed foreign fighters and engaged in surveillance; the Albu Alwan acted as coordinators between the groups in the Tamim and Jazira districts and conducted small arms, IED**Error! Bookmark not defined.**, and kidnapping attacks; and the Albu Ghanem engaged in counterfeiting and document forgery.[559]

(S/NF) In an effort to rectify the security situation in Ramadi**Error! Bookmark not defined.**, the Coalition carried out a series of operations aimed at Abu Bakr (Ghazi Ahmed Sharmut Abu Ali Jassim), who was the leader of the Abu Harun Group prior to Abu Khattab's release. Abu Bakr had a group of sixty fighters who were personally commanded by him even after he resumed control of the group.[560] These operations led to the capture of one of Abu Bakr's top lieutenants and forced the Abu Harun Group to operate clandestinely for fear of a similar fate. Key leaders fled Ramadi while local cells attempted to root out the spy that Abu Bakr believed had betrayed him to the Coalition.[561] Abu Bakr himself fled to the Albu Faraj tribal area in the Jazira area north and east of Ramadi, where he was protected by his ally Abu Marwan.[562]

(S/REL TO USA, MCFI) The Jazira area encompassed the tribal lands of the Albu Diab, and the Albu Aetha tribes in addition to the Albu Faraj, and served as a well-known refuge for insurgents from Ramadi**Error! Bookmark not defined.**.  This was probably because of the presence of the al-Quds mosque, which acted as a gathering and meeting place for insurgents in general.[563] Among those members of the Abu Harun Group who fled to the Jazira area in addition to Abu Bakr was

---

[556] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050902 | 20050902 | (S/NF) | ]
[557] Ibid.
[558] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050815 | 20050815 | (S/NF) | ]
[559] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050802 | 20050802 | (S/NF) | ]
[560] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050816 | 20050816 | (S/NF) | ]
[561] Ibid.
[562] Ibid.
[563] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050817 | 20050817 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

Abu Othman, who had used his IIS**Error! Bookmark not defined.** connections to help manage the logistics and reorganization of the Abu Harun Group following the initial capture of Abu Khattab.[564]

**MCIA Insert Map Here**

**The Assassination Attempt on Governor Mamoun**

(S/NF) To maintain pressure on Anbaris to prevent them from participating in the political process, AQI**Error! Bookmark not defined.** attempted to assassinate Governor Mamoun during a meeting with fifty Ramadi**Error! Bookmark not defined.** imams at the Saddam Mosque. This particular meeting was held to discuss MML's proposal to set up a Sunni military force to fight AQI in the city.[565] The attack failed, but AQI injured provincial *Awqaf* officials Sheikh Dhafir 'Ubaydi and Sheikh Abdullah Jallal in the subsequent scuffle.[566] The attack was organized by Abu Khattab in conjunction with local AQI leader Haji Walid and his fighters.[567]

(S/NF) The failed assassination attempt on Governor Mamoon led to serious repercussions for AQI**Error! Bookmark not defined.** in Ramadi**Error! Bookmark not defined.**. Foremost among these was a meeting between MML's allies in the al-Nu'man Brigade and the 1920 Revolutionary Brigades chaired by Ghanam al-Khalifawi to discuss retaliation for AQI targeting members of the *Awqaf*.[568] Ghanam, who urged his fellow insurgents to respond to any AQI attacks or threats against them with a show of force, had already captured two AQI members who took part in the attack and tortured them into giving him the name of the AQI leader who ordered it.[569] He would later capture this (un-named) AQI leader, planning to execute him publicly in order to demonstrate to Zarqawi that not everyone in Ramadi was afraid of him.[570]

**Operation QUICK STRIKE (August 2005)**

(S/REL) After the Marines lost four more sniper teams, the Coalition carried out Operation QUICK STRIKE in and around Haditha**Error! Bookmark not defined.** with over 1,000 Marines. The operation forced more than 100-150 AQI**Error! Bookmark not defined.** and Ansar al-Sunna fighters under Yahya Ayish and Sheikh Hamid Rashi Salib to flee Haditha for Kubaysah**Error! Bookmark not defined.**.[571]

---

[564] Ibid.
[565] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050818 | 20050818 | (S/NF) | ]
[566] Ibid.
[567] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050823 | 20050823 | (S/NF) | ]
[568] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050822 | 20050822 | (S/NF) | ]
[569] Ibid.
[570] Ibid.
[571] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050816 | 20050816 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/NF) Intelligence gathered during the course of Operation QUICK STRIKE confirmed the continued presence of Ansar al-Sunna in Haditha**Error! Bookmark not defined.** and AQI**Error! Bookmark not defined.** in Haqlaniyah and Barwanah, with both groups exerting considerable influence over the general population through an extensive propaganda, murder, and intimidation campaign. The insurgents had been able to use Haditha as a base to manufacture IEDs and VBIEDs for use in cities along the Euphrates all the way to Baghdad**Error! Bookmark not defined.**. While QUICK STRIKE forced some insurgents to flee to Bayji or Kusaybah, many Haditha insurgents were in fact based in outlying towns such as Dulab, Jubbah, and Baghdadi along the Euphrates, which meant the Coalition operations missed them entirely. Insurgents in Haqlaniyah and Barwanah on the other hand did flee first south and then north to escape Coalition cordon and search operations, before returning to Haditha and re-exerting influence over the population.

(S/NF) **Pattern of Coalition Operations**:  As we have seen, this was the usual pattern for Coalition operations.  Another recurring pattern, typical for insurgencies as a whole, was that local residents would assist the Coalition as long as Coalition forces were present but would also tolerate (or even support) the insurgency in their absence. At times, even the presence of Coalition forces was not enough to ensure cooperation, since recent experience had shown that they would leave and the insurgents return to exact their vengeance.

(S/NF) Ansar al-Sunna, for instance, openly stated their intention to reenter Haditha**Error! Bookmark not defined.** as soon as Coalition forces departed. Despite QUICK STRIKE, Husayn Shihab managed to remain active in the Haditha-Haqlaniyah corridor with as many as 2,000 fighters, and would oversee the resumption of the intimidation campaign in the area.[573] The AQI**Error! Bookmark not defined.** propaganda campaign also resumed in earnest, circulating flyers depicting a "secret memo" from a high-ranking UIA official to rig the constitutional referendum in favor of the Shi'a.[574]

**MCIA Insert Map Here**

(S/NF) The *shari'a* court established by AQI**Error! Bookmark not defined.** and Ansar al-Sunna in the Albu Hayan area of Haditha**Error! Bookmark not defined.** played a major role in the renewed intimidation campaign.[575] For instance, a woman accused of prostitution was whipped 200 times and died from her injuries.[576] Two men who had publicly complained about the insurgency were kidnapped within hours and decapitated, their heads displayed on spikes along the Barwanah

---

[572] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050819 | 20050819 | (S/NF) | ]
[573] Ibid.
[574] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050821 | 20050821 | (S/NF) | ]
[575] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050901 | 20050901 | (S/NF) | ]
[576] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050831 | 20050831 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

Declassified by:  MG Michael X. Garrett,
USFOR-A CJ2/DJ2/Staff
Declassified on: 201506

Bridge.[577] Anyone who sought to participate in the elections was threatened with decapitation and a curfew was set up throughout Haditha for all residents.[578]

(S/NF) Among the positive effects of Operation QUICK STRIKE were the creation of Coalition bases in Hit**Error! Bookmark not defined.** and the heavy attrition among al-As'ab al-Ahwal leadership.[579] The surviving members of the group were forced to flee the city for Ramadi**Error! Bookmark not defined.** or Baghdad**Error! Bookmark not defined.**.[580] The Albu Nimr tribe exploited the group's weakness, attacking its members in Hit and the Albu Tiban area.[581] His organization fractured and in decline, al-Asa'ab al-Ahwal leader Sinan Metib was forced to seek shelter in the anonymity provided by Baghdad.[582] Those al-Asa'ab al-Ahwal members who fled to Ramadi gathered in the Tamim district or the Hai al-Sakani Military Housing Complex.[583]

**AQI**Error! Bookmark not defined. **Defeats the Albu Mahal**

(S/REL TO USA, MCFI) By early September, AQI**Error! Bookmark not defined.** had established itself across much of western Anbar. Having defeated the Hamza Battalion, AQI now dominated al-Qaim, Karabilah, Sadah, Ramanah, Husaybah**Error! Bookmark not defined.**, and 'Ubaydi to the point of conducting armed patrols and setting up checkpoints whenever Coalition forces were not immediately present.[584] The defeat of the Albu Mahal opened the door for AQI and its allies to consolidate their influence over a wide swath of western Anbar from the Hit**Error! Bookmark not defined.**-Haditha**Error! Bookmark not defined.** corridor all the way to Rutbah**Error! Bookmark not defined.**.. They created a virtual "shadow government" based in Haqlaniyah and Barwanah complete with *shari'a* courts and a secret police force.[585] Anticipating Coalition military action against Husaybah, AQI began contracting large numbers of Salmani and Karbuli tribesmen to serve as additional fighters in the event of a Coalition attack on the city.[586]

(S/REL) The goal of AQI**Error! Bookmark not defined.** and its co-belligerents such as Ansar al-Sunna was to openly assume control of the upper Euphrates River region just as they had Fallujah**Error! Bookmark not defined.** in 2004 and use it as a base for further attacks east towards Ramadi**Error! Bookmark not defined.** and Baghdad**Error! Bookmark not defined.**..[587] *Hadd* punishments had been implemented by AQI throughout September against suspected collaborators,

---

[577] Ibid.
[578] Ibid.
[579] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050822 | 20050822 | (S/NF) | ]
[580] Ibid.
[581] Ibid.
[582] Ibid.
[583] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 050825 | 20050825 | (S/NF) | ]
[584] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051002 | 20051002 | (S/NF) | ]
[585] Ibid.
[586] Ibid.
[587] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett, USCENTCOM Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

Iraqi police, and any Shi'a found in the area.[588] The frequency of these killings increased dramatically the closer the Coalition came to mounting military operations against the area.

## The Anbar General Conference and the Anbar People's Committee

(S/NF) AQI**Error! Bookmark not defined.**'s gains were balanced with Sunni efforts to join the political process. In late September 2005, the Anbar General Conference was formed in Amman, Jordan**Error! Bookmark not defined.**.  An outgrowth of the earlier Sunni Shura Council (see Chapter 5a), it supported the creation of a unified political front to represent the Sunni community (including many SAR insurgent groups) to the Coalition and the Iraqi government.[589] The group also supported the constitutional referendum process to prevent further Shi'a influence in Iraq.[590] In addition to AMS**Error! Bookmark not defined.** secretary-general Harith al-Dhari and MML, a number of prominent Iraqi Sunni politicians agreed to join the Anbar General Conference including Sheikh Abdullah Janabi's top deputy Sheikh Dhafir al-'Ubaydi.[591]

## City Stories (October 2005)

**Ramadi**Error! Bookmark not defined.

(S/NF) By the end of October, an estimated 1,200 insurgents were active in Ramadi**Error! Bookmark not defined.**, divided between MML's Ramadi Shura Council (which was funded by Mudhir and Abd al-Latif Humayin al-Kharbit) and AQI**Error! Bookmark not defined.** and affiliated groups. The Shura Council was probably responsible for at least some of the attacks on Coalition forces and IEDs, particularly those using secondary devices.  AQI, meanwhile, targeted the Coalition as well as government figures and buildings.  It was responsible for two assassination attempts against Governor Mamoun in September and October as well as the kidnapping of the Governor's son. AQI also assassinated Deputy Governor Taleb Ibrahim Hidawi and repeatedly attacked the Government Center. In addition to political leaders, AQI (and perhaps the Shura Council as well) targeted the Iraqi security forces to create instability in the city. This intimidation campaign enabled the insurgents to move in platoon-sized groups whenever Coalition forces were not present.[592]

---

[588] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051003 | 20051003 | (S/NF) | ]

[589] [ |                              1.4c                              | (S/NF) | ]

[590] Ibid.

[591] Ibid. Other members included Saleh al-Mutlaq and Sheikh Abdullah al-Mashhadani of the Iraqi National Dialogue Council, Sunni constitution drafter Dr. Hasib Arif al-Ubaydi, Fallujah**Error! Bookmark not defined.** city council deputy chairman Qasim Muhammad Abd al-Sattar al-Jumayli, IFTA Sheikh Dr. Abd al-Qadir Abdallah al-Ani, Abd al-Latif Humayyim Muhammad al-Lafi al-Fahdawi, and Ahmad Dakhil al-Fahdawi. Ibid.

[592] [ | Military | TACTICAL FUSION CENTER: MNF-W OPERATIONAL ASSESSMENT BRIEF OCTOBER 24, 2005 | 20051024 | (S/NF) | ]

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

Derived from: MCIA, Multiple Sources
Declassification on: 2028

Approved for Release

PX900

Declassified by: MG Michael X. Garrett, USA, JS/Joint Staff
Declassified on: 201506

(S/NF) Insurgent motivations in Ramadi**Error! Bookmark not defined.** continued to vary considerably. All the insurgents wanted the Coalition to leave Iraq and feared Shi'a influence.  But MML and his declining number of SAR followers remained open to political engagement, while AQI**Error! Bookmark not defined.** and other SREs wanted to disrupt the political process and targeted moderate Sunnis in order to do so.[593]

**Khalidiyah-Habbaniyah**Error! Bookmark not defined.

(S/NF) These two towns under District Manager Thaer Hulu Hamdala served as important safe havens and way stations for an estimated 900 insurgents traveling between Fallujah**Error! Bookmark not defined.** and Ramadi**Error! Bookmark not defined.**.  The Jazira area of Khalidiyah was home to a large number of retired FRE military and security officials. Insurgents were able to move freely through the area but were unable to mass in large numbers for fear of being targeted by the Coalition. As a result, they focused on contesting control of the Khalidiyah Bridge. IED**Error! Bookmark not defined.** attacks were common, and while residents did not support the insurgency they were intimidated by the rise of AQI**Error! Bookmark not defined.** and feared the group would turn its attention to them rather than Fallujah or Ramadi if they actively opposed them. The key insurgent leaders in the area were Abed Dawud Sulayman and explosives expert Captain Salam Dawud Sulayman al-Fahdawi.[594]

**Fallujah**Error! Bookmark not defined.

(S/NF) Fallujah**Error! Bookmark not defined.** served as a political example for all of Anbar with a standing city council under Mayor Sheikh Dari Abed Yousef and a strong Coalition presence that generally prevented insurgents from returning to the city. The roughly eight hundred fighters in the greater Fallujah area made up of the defeated Fallujah Mujahideen Shura forces, while nominally under the leadership of Sheikh Abdullah al-Janabi and Sheikh Khamis al-Rasheed, were in reality controlled by AQI**Error! Bookmark not defined.**.  Janabi made a half-hearted effort to retake the city on the anniversary of AL FAJR, but most of the actual insurgent activity in Fallujah was linked to criminality, with insurgents entering or leaving the city with the help of local smugglers.[595]

(S/REL TO USA, MCFI) AQI**Error! Bookmark not defined.** associate Munam Kamel Ahmed Abu Sheba, who had previously served as a deputy to Umar Hadid, worked from Lutayifiya with Janabi's lieutenant Ismail Sraya Jumayli as the operational leader of the insurgents in Fallujah**Error! Bookmark not defined.**.[596]

**Karmah**

---

[593] Ibid.
[594] Ibid.
[595] Ibid.
[596] [ | Military |     1.4c     | (SECRET//REL TO USA, MCFI) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 104 of 224

(S/NF) Majid Hamed Mothan al-Halbusi used his position as mayor of the city of Karmah to facilitate smuggling insurgents to and from Baghdad**Error! Bookmark not defined.**. An abundance of safe houses and arms caches existed in the area under the control of the dominant insurgent force in the city, the 300-member FRE Green Battalion now led by Thamir Khalid Ubeid al-Khudhair and Jassim Ubeid al-Khudhair. Jaysh Mohammed explosives expert Salaam Dera Abdullah Thamir served as the Green Battalion's primary contact with other elements of the insurgency.[597]

**Amariyah**

(S/NF) During the late summer and fall of 2005 there was a relative absence of insurgent activity in Amariyah area, although significant numbers of insurgents remained in the city, concentrated in the northern Ankur district. Two possible explanations for the dip in attacks were a prolonged Coalition presence in the area and a desire by insurgents to use Amariyah as a safe-haven. The destruction of a nearby police station in Feris Town and resulting lack of Iraqi security forces inside the city tends to support the latter explanation. Major insurgent figures in the city were Zarqawi associate Essa Handi Ahood al-Essawi, foreign fighter facilitator Abu Mukhlas, and Muslim Brotherhood leader Mohammed Fizza.[598]

**Hit**Error! Bookmark not defined.

(S/NF) Though nominally under the control of Mayor Ali Hamdi Nasser al-Awee and the "People's Sheikh" Yassin Muflin Ham Hadi, AQI**Error! Bookmark not defined.'**s murder, intimidation, and IO campaigns had successfully converted or cowed the local population by October. With assistance from local FREs, Hit**Error! Bookmark not defined.** served as the last stop for insurgent and foreign fighters traveling to Ramadi**Error! Bookmark not defined.** or Fallujah**Error! Bookmark not defined.** and its hospital was co-opted by the insurgency to treat their own wounded fighters. AQI was the dominant group in the city, but Ansar al-Sunna, Jaysh Mohammed, and (until their defeat) al-Asa'ab al-Awhal also maintained a presence.[599]

**Rawah**Error! Bookmark not defined.

(S/NF) Once the insurgents felt relatively secure in al-Qaim and Husaybah**Error! Bookmark not defined.**, Quwwat Allah al-Tharib attempted to re-establish the Bayt al-Masada training camp north of Rawah**Error! Bookmark not defined.**.[600] A number of Quwwat Allah al-Tharib leaders were Iraqi or foreign fighters who had been trained by AQAM instructors at this camp before its

---

[597] [ | Military | TACTICAL FUSION CENTER: MNF-W OPERATIONAL ASSESSMENT BRIEF, OCTOBER 24, 2005 | 20051024 | (S/NF) | ]

[598] Ibid.

[599] [ | Military | TACTICAL FUSION CENTER: MNF-W OPERATIONAL ASSESSMENT BRIEF, OCTOBER 24, 2005 | 20051024 | (S/NF) | ]

[600] [ | Military | DIIR MNFW HET03 0306 05 | 20050408 | (SECRET//REL TO USA AND MCFI) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

destruction in 2003 (see Chapter 3) and escaped to 'Ubaydi, al-Qaim, and Husaybah to join the nascent insurgency.[601]

**Al-Qaim, Husaybah**Error! Bookmark not defined.**, and Karabilah**

(S/NF)  Throughout this entire area, *shari'a* courts were set up and the *hadd* punishments were implemented by AQI**Error! Bookmark not defined.** clerics. Using boats and back roads, AQI was able to move rank-and-file insurgents as well as foreign fighters in and out of the area on a regular basis. The AQI senior leadership left for Syria**Error! Bookmark not defined.** as Operation SAYYAD II began, but 300 fighters under the command of mid-level leaders remained in both Husaybah**Error! Bookmark not defined.** and Karabilah to set up fortifications, plant IEDs, and establish C2 nodes in preparation for a Coalition attack.[602]

(S/NF) After their defeat of the Hamza Battalion, AQI**Error! Bookmark not defined.** forcibly evicted Battalion members from the area in mid-September and most of the cities' populations fled south and east in anticipation of the Coalition attack.[603]

**Rutbah**Error! Bookmark not defined.

(S/NF) As Coalition pressure on Anbar's northern border sanctuaries increased, Rutbah**Error! Bookmark not defined.** became a key location for fighters crossing into Iraq at Trebil and Waleed. The insurgency used the city as a meeting ground for arranging attacks, and had successfully persuaded locals that any problems in the city were caused by the Coalition. Cars purchased in Rutbah were taken to Akashat, Husaybah**Error! Bookmark not defined.**, and Rawah**Error! Bookmark not defined.** to be turned into VBIEDs. While the number of insurgents in Rutbah was estimated at only seventy-five men, all under the leadership of Sheikh Mohammed Abdul Khudayr and Mohammed al-Aswad, they exerted more influence over residents than did Acting Mayor Raheem Sabah Awadi.[604]

**The Example of Haditha**Error! Bookmark not defined.**, Haqlaniyah, and Barwanah: AQI**Error! Bookmark not defined.**'s ideas in action**

(S/NF) By October 2005 AQI**Error! Bookmark not defined.** had thoroughly penetrated the Haditha**Error! Bookmark not defined.** area and, perhaps aided by the presence of the many FREs

---

[601] Ibid.

[602] [ | Military | TACTICAL FUSION CENTER: MNF-W Operational Assessment Brief, October 24, 2005 | 2051024 | (S/NF) | ]

[603] Ibid.

[604] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

in the area (including former intelligence officers and former Republican Guard Chief of Staff Lieutenant General Saif al-Din Falayh al-Rawi), created a sophisticated organization in this region. A study of captured documents suggests that AQI had in fact created an infant "state within a state" in Haditha, Haqlaniyah, and Barwanah.  The incipient state had centralized command structures, intelligence and security cells, *shari'a* courts, a Shura Council, and a highly developed financial infrastructure.  This bureaucracy, while not fully mature, generated reports, kept meticulous records, and had set rules for conducting business.[605]

(S/NF) The documents show several other interesting facts about AQI**Error! Bookmark not defined.** in this part of Anbar.  First, the development of guerrilla tactics and therefore the evolution of the insurgency did not occupy much of the attention of the leadership. Second, religio-ideological justifications for their actions dominated the internal documents, suggesting that these justifications were more than simply talk, but rather speak to the deeper motivations of many AQAM members.  Finally, while much time was devoted to local concerns and figures, almost no thought was focused on understanding the Coalition—its motivations, potential strategies and tactics.[606]  These documents indicate the insurgents understood the fact that insurgency is a political rather than military struggle and that all politics are based on local issues.

(S/NF) A closer look at the situation in the Haditha**Error! Bookmark not defined.** region reveals some details about the larger state that AQI**Error! Bookmark not defined.** hoped to create in Anbar.  AQI organized their insurgent cells by city block and street and enforced their version of *shari'a* throughout the area with their police force, security forces and court system.[607] Reports on "immoral" residents (such as prostitutes or homosexuals) were collected and stored, as was a "black list" of people wanted by AQI for various infractions. The management of disputes and the mediation of local grievances were of special concern for AQI, which took the time, for instance, to arbitrate a dispute over land use near Haditha.[608]

**Snapshot of the Insurgency (September 2005)**

(S/NF)  Despite the series of operations designed to disrupt the insurgency in Anbar, secure the borders, and prepare the region for the elections, the bloodshed and intimidation in Anbar continued.   AQI**Error! Bookmark not defined.** and other insurgent groups seemed more entrenched than ever in certain parts of the province, able to create in places like Haditha**Error! Bookmark not defined.** a "state within a state" that enforced their ideas of governance on the unwilling populace.

---

[605] [ | Military | MCIA-2420-IRQ-010-07 | (S/NF) | ]
[606] Ibid.
[607] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051003 | 20051003 | (S/NF) | ]
[608] [ | Military | MCIA-2420-IRQ-010-07 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

Page 105 of 122 Pages

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/NF) Yet all was not well within either AQI**Error! Bookmark not defined.** or the insurgency as a whole. AQI's continued inability to defeat Coalition forces caused the organization to lose credibility in parts of Anbar, while the divide between SRE and SAR insurgents was more pronounced than ever. Genuine differences of opinion had formed over whether or not to participate in the upcoming referendum. From late September onward, tensions over this issue created a split between AQI and MML's followers in the Islamic Movement of Iraq Mujahideen, 1920 Revolution Brigade, and Jaysh Mohammed. JM even warned merchants in insurgent strongholds not to distribute AQI leaflets, posted flyers listing known AQI members, and preached anti-AQI sermons at mosques.[609]

(S/REL TO USA, MCFI) Meanwhile local concerns and personality-driven disputes continued to cause problems between AQI**Error! Bookmark not defined.** and Ansar al-Sunna. There were, in addition, continued AQI efforts to recruit Ansar al-Sunna fighters, the sectarian attitudes of the AQI leadership, and AQI's carefree attitude towards the killing of Iraqi Sunnis.[610] While Ansar al-Sunna continued to cooperate both strategically and tactically with AQI, Zarqawi's all-out declaration of war against the Shi'a over the summer had been the last straw for the Ansar al-Sunna leadership, and prospects for a merger between the two groups faded.[611]

### The Referendum (October 15, 2005)

(S/NF) As the referendum neared, AQI**Error! Bookmark not defined.** attempted to disrupt the political process by distributing a *fatwa* written by prominent al-Qaeda imam Abu Qatadah al-Taei. The *fatwa* declared that voting was punishable by death under *shari'a* and that Sunnis should fight rather than vote. AMS**Error! Bookmark not defined.**, MML, and insurgent financier Abd al-Latif Humayin al-Kharbit all countered this charge by claiming that participation in the referendum (in order to vote against the constitution) was a duty equivalent to participating in *jihad*.[612]

(S/REL TO USA, MCFI) The influence of these competing declarations, as well as the effects of the Coalition's shaping operations, was reflected in the turn-out for the referendum. Voting in Fallujah**Error! Bookmark not defined.**, Nasser Wa Salaam, Saqlawiyah, and Zaidon, where the insurgency had been more thoroughly suppressed and where the AMS**Error! Bookmark not defined.** and Anbar People's General Conference had advocated participation in the political process (in order to keep the Shi'a from imposing their ideas), was quite high, with 106,200 out of 153,477 eligible voters (69%) participating. The atmosphere in the area was so open to the referendum that additional ballots were requested for delivery to Fallujah.[613]

---

[609] [ | Military | TACTICAL FUSION CENTER: MNF-W OVERVIEW, OCTOBER 2005 | 200510 | (S/NF) | ]
[610] [ | Military | CIOC REPORT EXPLOITING: CONTINUED DISCORD BETWEEN ANSAR AL-SUNNA AND AL-QAIDA IN IRAQ, NOVEMBER 2005 | 200511 | (S/REL TO USA AUS GBR) | ]
[611] Ibid.
[612] [ | Military | MNF-W OVERVIEW, OCTOBER 2005 | 200510 | (S/NF) | ]
[613] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051015 | 20051015 | (S/MCFI) | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028
SECRET/NOFORN

PX900

Declassified by: MG Michael X. Garrett,
USARCENT Chief of Staff
Declassified on: 201506

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/REL TO USA, MCFI) The picture was quite different in western Anbar. The only town that had good turnout was Barwanah, where the atmosphere was described as "festive." Voting in Akashat, Rutbah**Error! Bookmark not defined.**, Sadah, Haditha**Error! Bookmark not defined.**, Baghdadi, and Hit**Error! Bookmark not defined.**, on the other hand, was extremely low: only 7,510 citizens out of 158,682 eligible voters participated (4.7%). The reason for this low turnout varied from place to place: Haditha residents were too intimidated by insurgents to participate in the referendum. Hit residents were told not to vote in mosque sermons. Residents in al-Qaim, Husaybah**Error! Bookmark not defined.**, and Haditha were unable to vote because there were no polling stations due to of a lack of security. In al-Qaim AQI**Error! Bookmark not defined.** reportedly set up cameras to identify and record individuals attempting to vote, so that they could be targeted.[614]

(S/REL TO USA, MCFI) Voting in Ramadi**Error! Bookmark not defined.**, Tammim, and Zangora was also low, with only 4,297 out of 217,940 eligible voters participating, barely 2%. The main reason given for the lack of voting was that the lack of visible Coalition forces at the polling stations made citizens feel unsafe.[615]

(S/REL TO USA, MCFI) Turnout across Anbar was estimated at 22% or 118,000 of the 530,000 eligible voters in the province.[616] Most attacks that took place the day of the referendum were both ineffective and directed against Coalition forces. It was intimidation, conflicting religious and political guidance, and widespread perceptions of insecurity rather than actual violence that were primarily responsible for the low turnout.[617]

(S/REL TO USA, MCFI) Despite this estimated turnout, the official statistics for Anbar reported 217,471 votes cast, of which 97% were against the constitution. The discrepancy between estimated and official turnout would lead to an official investigation of the referendum after its conclusion.[618] When the results across Iraq were tallied, Anbar, Salahaddin, and Nineveh had all voted against the constitution but Nineveh had failed to obtain the necessary 2/3 majority necessary to defeat it. The investigation into the elections in Anbar was therefore closed and the constitution was approved.[619] Some Anbari elites claimed that they were being disenfranchised by the Shi'a majority, but most begrudgingly accepted the results and began selecting candidates for the December elections.[620]

**Operation SAYYAD II (October-November 2005)**

(S/NF) With the successful conclusion of the referendum, the Coalition began the last phase of SAYYAD, designed to secure the borders and create enough security for the vital December

---

[614] Ibid.
[615] Ibid.
[616] Ibid.
[617] Ibid.
[618] [ | Military | Referendum Investigations, October 24, 2005 | 20051024 | (S/NF) | ]
[619] [ | Military | Final Referendum Statistics, October 25, 2005 | 20051025 | (S/NF) | ]
[620] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

Declassified by: MG Michael X. Garrett,
USFOR-A CoS, 201506 Staff
Declassified on: 201506

Case 1:18-cv-02248-CRC    Document 97-10    Filed 09/06/22    Page 109 of 224

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

elections to occur. Phase II of SAYYAD would establish a Coalition military presence in al-Qaim, Rawah**Error! Bookmark not defined.**, Haditha**Error! Bookmark not defined.**, Hit**Error! Bookmark not defined.**, Baghdadi, and Rutbah**Error! Bookmark not defined.**, in some cases displacing AQI**Error! Bookmark not defined.** for many months from these important cities.

(S/NF) Before SAYYAD II began, AQI**Error! Bookmark not defined.**'s ability to mass, communicate, and coordinate in western Anbar was shown in two ways. First, the organization established active communication with satellite cells in

|  |
|---|
| 1.4b |
| 1.4b |

Second, AQI was able to plan and coordinate attacks, mounting an increased intimidation and coercion campaign against the local population.[621] AQI relied on the Husaybah**Error! Bookmark not defined.**-Haditha**Error! Bookmark not defined.** corridor for logistical support, using murder and intimidation to force locals to comply with their demands and setting up "shadow governments" based on *shar'ia* law to maintain their influence and control within major cities.[622] SAYYAD II helped to rectify that state of affairs, with a series of supporting operations (GREEN LIGHT, LIGHTNING STRIKE, and IRON FIST), which specifically targeted AQI cells in Sadah, Rawah**Error! Bookmark not defined.**, Haditha, Haqlaniyah, Barwanah, and Baghdadi.[623]

(S/NF) By the end of Operation SAYYAD II, 529 AQI**Error! Bookmark not defined.** fighters had been killed and 1,584 detained.[624] Among the dead were Husayn Shihab (the regional amir of AQI), Abu 'Ubayda al-Kubaysi (head of the Nu'man Brigade and AQI member), Abu Asil (Shihab's successor as regional amir), and Asad Allah (senior AQI commander for the Anah**Error! Bookmark not defined.**-Rawah**Error! Bookmark not defined.** corridor), while the captured included senior amir Muhammad Hamud Kanush, Haditha**Error! Bookmark not defined.** amir Khalid Hamid Zeballa, Rawah amir Hoqar Jamal Razzaq, and senior AQI facilitator Sadiq Ayad Findi.[625]

(S/NF) Despite these losses, as had occurred in previous Coalition operations, many of AQI**Error! Bookmark not defined.**'s mid- and senior leaders in the region were able to flee the area while the majority of the rank-and-file members simply went underground. The ability of AQI to "melt away" during the course of battle enabled the group to preserve its forces when confronted with superior firepower at the expense of holding terrain.

**Operation STEEL CURTAIN (October 2005)**

(S/REL TO USA, MCFI) In support of the upcoming elections, and to increase security along the Iraq-Syria**Error! Bookmark not defined.** border, the Coalition launched a separate phase of

---

[621] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 060104 | 20060104 | (S/NF) | ]
[622] Ibid.
[623] Ibid.
[624] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 060104 | 20060104 | (S/NF) | ]
[625] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

Approved for Release

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

SAYYAD II named Operation STEEL CURTAIN (AL-HAJIZ Al-FULADHI) with 2,500 Marines from RCT-2 and 1,000 Iraqi troops.[626]

(S/REL TO USA, MCFI) Operation STEEL CURTAIN specifically targeted the insurgent networks headquartered in Husaybah**Error! Bookmark not defined.**. AQI**Error! Bookmark not defined.** had a virtual free run of this part of al-Qaim since driving the Hamza Battalion out of Husabah in August. During September and October, the AQI leadership in the city was able to plan a major attack on Camp Gannon with the goal of seizing or destroying the base. Executed in late October, the attack, though unsuccessful at seizing Camp Gannon, was sophisticated and complex.  The Coalition clearly needed to disrupt the insurgency in Husaybah.

(U) Beginning on November 5, combined Coalition and Iraqi forces pushed into Husaybah**Error! Bookmark not defined.**, encountering small arms fire and IEDs from insurgents. Nine Coalition air strikes were called against suspected insurgent strongholds on the first day of the operation and preparations began to begin a methodical search of every house in the city.

(U) By November 9, the Coalition had completed its sweep of Husaybah**Error! Bookmark not defined.**.  Coalition forces worked with Iraqi troops to set up a permanent presence in the city. Raids continued against Karabilah, however, and on November 14 the Coalition mounted another operation to secure 'Ubaydi, which had served as a safe haven for many insurgents who had escaped from Husaybah. By the time 'Ubaydi had been cleared on November 17, 256 suspected insurgents were captured and 139 killed.

(S/REL TO USA, MCFI) Some insurgents fought in RPG or machine-gun teams, and leadership in New 'Ubaydi coordinated IED**Error! Bookmark not defined.** and VBIED attacks. Some residential buildings were rigged with IEDs to explode when Coalition forces breached and cleared rooms. All main roads and avenues of approach had been rigged with IEDs, and large VBIEDs were found and destroyed in Husaybah**Error! Bookmark not defined.**, Karabilah, and New 'Ubaydi. Pre-planned defensive positions were used and some insurgents fought wearing flak jackets, kevlar helmets, and other forms of body armor. Later assessments stated that the degree of tactical discipline displayed by the insurgents showed that many had received military or terrorist training.

**Revelations about AQI**Error! Bookmark not defined. **from SAYYAD II**

(S/REL TO USA, MCFI) Operation SAYYAD II revealed a great deal about AQI**Error! Bookmark not defined.** operations and sophistication.[627] For instance, an AQI voucher discovered in a weapons cache near Albu Hyatt contained a day-to-day record of expenditures during the course of SAYYAD II for sixty-five fighters. The record was extremely detailed at the beginning, but

---

[626] This entire section is taken from [ | MILITARY | TACTICAL FUSION CENTER: GRINTSUM 060104 | 20060104 | (S/NF) | ]

[627] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 060205 | 20060205 | (S/NF) | ]

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

Derived from: MCIA, Multiple Sources
Declassification on: 2028

Page 109 of 122 Pages

PX900

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 111 of 224

Declassified by: MG Michael X. Garrett, USPACE CMD Staff
Declassified on: 201506

became less meticulous as time went on. The AQI cell that compiled the record regarded a visit by the group's Ramadi**Error! Bookmark not defined.** amir Methat Ibrahim Fahdawi (Abu Mustafa) as a great honor, spending roughly $1,000 to throw a party for him. The cell also spent more money on transportation and maintenance than on weapons, although "vehicle maintenance" was also the preferred euphemism for modifying cars to serve as VBIEDs.[628]

(S/NF) After SAYYAD II, the Coalition realized the extent of AQI**Error! Bookmark not defined.** influence over Iraqi society and the sophistication of its bureaucratic infrastructure throughout the western Anbar region. For instance a November 20, 2005 document found in Albu Hyatt detailed an AQI leadership meeting focused on how to take control of a city. The document discussed Haditha**Error! Bookmark not defined.** and Barwanah in particular and included the names of individuals approved to take over the land in the city and what type of land they were to receive. Many of the individuals listed were still involved in local government in early 2006. A second document, found at a weapons cache in Barwanah, was a transcript of an official insurgent meeting in which specific cases that had been brought against various residents of the town (for being Coalition informants or attempting to join the Iraqi police) were discussed. The documents also listed individuals who had been declared "thieves" and what they stole.[629]

(U) **SPOILS OF WAR (ANFAL).** Al-Qaeda, like many jihadist groups, believes that the spoils of war are a legitimate source of income provided by God for the mujahidin. They therefore take very seriously the division of any goods or land taken through fighting. The parceling out of territory in the Haditha**Error! Bookmark not defined.** area should be seen as part of the larger attempt to impose *shari'a* on the populace and to win over Muslims through legitimate *shari'a* means to the side of the insurgency.

## City Stories Post-SAYYAD II (December 2005)

### Al-Qaim

(S/NF) As the Coalition and Iraqi army retook control of al-Qaim, AQI**Error! Bookmark not defined.**'s ability to carry out operations in the city was severally degraded and the group was forced underground. AQI lost its ability to coordinate attacks in the city, to support insurgent activity further east, and to use the area as the capital for their notional state.[630]

### Hit**Error! Bookmark not defined.**

(S/NF) The presence of Coalition forces provided both stability and security for Hit**Error! Bookmark not defined.** residents. The Coalition forced the bulk of the insurgents from AQI**Error! Bookmark not defined.** and al-Asa'ab al-Ahwal to the outskirts of the city where they were reduced to conducting harassment attacks against Coalition bases and patrols. Al-Asa'ab al-

---

[628] Ibid.
[629] [ | Military | DIIR MNFW HET03 0329 06 | 20050000 | (S/NF) | ]
[630] [ | This entire section is taken from City Assessment, October 2005 (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by:  MG Michael X. Garrett,
USARCENT Chief of Staff
Declassified on: 201506

Ahwal continued to fragment under Coalition pressure, while AQI fighters were limited in their ability to move, forcing them into a reactionary stance of conducting attacks around the Coalition operation schedule.

**Rawah**Error! Bookmark not defined.

(S/NF) The Coalition and Iraqi army presence in Rawah**Error! Bookmark not defined.** since late July had disrupted AQI**Error! Bookmark not defined.'**s intimidation campaign against the general population, though the group continued to have IED**Error! Bookmark not defined.** cells in the city. While weapons transfers and smuggling operations still took place within the city, it was severely curtailed by the Coalition presence that continued to deny AQI freedom of movement, disrupted command and control, and forced their fighters to remain underground.

**Haditha**Error! Bookmark not defined.

(S/NF) Aggressive company-sized Coalition patrols and checkpoints forced both AQI**Error! Bookmark not defined.** and Ansar al-Sunna back underground, reducing their ability to organize, mass their fighters, or intimidate the population. While the two groups continued to contest the Coalition presence in Haditha**Error! Bookmark not defined.**, both were forced to keep a low profile to avoid being targeted by the Coalition.  In doing so, they preserved their organizations to re-emerge later.

**Baghdadi**

(S/NF) Because of the absence of a permanent Coalition presence in Baghdadi, the town served as a haven for AQI**Error! Bookmark not defined.** fighters fleeing other parts of western Anbar including senior leaders such as Sadiq Ayada Fandi al-Mahalawi. These AQI fighters were able to successfully intimidate residents, keeping the general sentiment anti-Coalition.
**Rutbah**Error! Bookmark not defined.

(S/NF) While Coalition operations in Rutbah**Error! Bookmark not defined.** were able to seize a number of weapons caches, safehouses, and suspected insurgents, the town remained an isolated, provincial transit point for foreign fighter movement, vehicle smuggling, and weapons trafficking. Smuggling continued to be a mainstay for local tribesmen and criminals, but residents were displeased at the presence of AQI**Error! Bookmark not defined.** in the city and the growing number of Saudi nationals becoming involved in traditionally Iraqi criminal activities in the area.

**Snapshot of the Insurgency**

(S/NF) Operation SAYYAD II and STEEL CURTAIN allowed Coalition troops to create a presence in the previous insurgent strongholds of al-Qaim, Hit,**Error! Bookmark not defined.** and

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 113 of 224

Declassified by:  MG Michael X. Garrett,
USARCENT CoS or Staff
Declassified on: 201506

Haditha**Error! Bookmark not defined.**, though AQI**Error! Bookmark not defined.** forces under Kunther Selma retained some influence in al-Qaim and Baghdadi.[631]

(S/NF) Meanwhile the Anbar General Committee evolved into the Anbar People's Conference following a national reconcilitation conference sponsored by the Arab League that recognized the right of "legitimate armed resistance" against occupation.[632] This recognition increased SAR and SRE divisions within the insurgency, with 1920 Revolution Brigade leader MML organizing a group of more than 70-100 politicians, technocrats, sheikhs, and insurgent leaders in order to organize municipal security committees in Ramadi**Error! Bookmark not defined.** made up of members of 1920 Revolution Brigade, Jaysh Mohammed, and Islamic Army of Iraq to assist in the December 15 elections.[633]

**The Amman Bombings**

(S/NF) Zarqawi's broader regional concerns were highlighted when, after numerous failed attempts, he finally succeeded in carrying out a terrorist attack in his native Jordan**Error! Bookmark not defined.** on November 9. Using non-Jordanian suicide bombers facilitated by Uthman Ismael Fahad al-Khalifawi (including a relative of top Zarqawi lieutenant Thamir Mubarak Atrouz), AQI**Error! Bookmark not defined.** carried out attacks against the Radisson, Hyatt, and Days Inn hotels in Amman, Jordan, killing 57 and injuring 60. The attack on the Radisson Hotel in particular was a major source of pride for Zarqawi, who had targeted it since 1999.[634]

(U) Zarqawi did not anticipate the wave of popular revulsion that the Amman bombings caused in Jordan**Error! Bookmark not defined.**. More Jordanians were killed than foreigners and one of the attacks targeted a wedding party largely made up of Palestinian Jordanians.  The attacks sparked a popular outcry against AQI**Error! Bookmark not defined.**. In an effort to defend his actions, Zarqawi posted two online defenses justifying his choice of targets. He claimed that the wedding party was made up of "Israeli Arabs" rather than Palestinian Jordanians and that it was well-established that the hotels were "the backyard of the enemies of the faith."  He also claimed he had sent a warning in AQI's attempted attack against U.S. warships in Aqaba in August 2005. He offered an alternate explanation in a subsequent audiotape, claiming that AQI had attacked the hotel because Israeli intelligence officials were meeting there and that the roof had fallen on the wedding hall as a result of the explosion.[635]

**Atiyah al-Jaziri**

---

[631] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051007 | 20051007 | (S/NF) | ]
[632] [ | Military | TACTICAL FUSION CENTER: Prominent Assassinations 20310307 | (S/NF) | ]
[633] Ibid.
[634] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 060116 | 20060116 | (S/NF) | ]
[635] [ | Open Source | INTERNATIONAL CRISIS GROUP/MIDDLE EAST REPORT NO. 47–23 NOVEMBER 2005: JORDAN'S 9/11: DEALING WITH JIHADI ISLAMISM | 20051123 | (U) | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

(U) AQSL appears to have been just as furious with Zarqawi over Amman as the Jordanians were. In an uncharacteristically blunt letter, AQSL Atiyah al-Jaziri scolded Zarqawi for his actions, informing him that all operations had to be subordinate to AQAM's long-term goals and rebuking him for undermining AQI**Error! Bookmark not defined.**'s ability to win hearts and minds in Iraq. According to al-Jaziri, Zarqawi's widening scope of operations was alienating the Sunni community and reducing support for AQAM. Zarqawi was therefore ordered to cease killing popular Iraqi Sunni leaders, to forge strategic relationships with moderate Sunni tribal and religious leaders, and to follow all previous orders from 'Usama bin Laden and Ayman al-Zawahiri concerning war with the Shi'a (i.e. to cease agitating for sectarian violence) and operations outside of Iraq. Al-Jaziri then proceeded to criticize Zarqawi's advisors in Iraq for their inadequate political and religious expertise, warned Zarqawi against arrogance, and implied that there might be someone more qualified than Zarqawi to command AQI. He closed with an order for Zarqawi to send couriers with regular reports on his activity to AQSL in Waziristan or use jihadi discussion forums to speak with AQSL directly.[636]

(U) Atiyah al-Jaziri's letter, which amounted to a formal rebuke of Zarqawi's activities and strategy in Iraq from the highest echelons of AQSL, was a major factor in the January 2006 formation of the Mujahideen Shura Council.[637]

## The December Elections (November – December 2005)

### The Rise of Anbari Political Parties

(S/REL TO USA, MCFI) When the insurgency failed to disrupt the constitutional referendum, many Anbari elites, including the members of the Anbar People's Conference with ties to the insurgency, began preparing for the December elections. The shift from insurgency to political actions is in keeping with a long-established insurgent pattern of setting up formal and informal political wings in order to engage the government. By October 27, the Sunni political groups Iraqi Islamic Party (IIP**Error! Bookmark not defined.**.), Iraqi National Dialogue Council (INDC), and the Conference of the People of Iraq (CPI) joined together to form the Iraqi al-Tawafuq Front (ITF) coalition in preparation for the December elections.[638] The IIP and INDC had originally intended to ally with Iyad Allawi, but his support for Operation AL FAJR made him a political liability in Anbar.[639] Operating on a platform calling for insurgent disarmament and Coalition withdrawal, the ITF planned to field as many as 230 candidates.[640]

(S/REL TO USA, MCFI) The ITF was not the only Anbari political faction to form during this period. Former INDC leader Saleh Mutlaq tried to create another political coalition that would

---

[636] [ | Military | CTC Westpoint: Letter Exposes New Leader in al-Qa'ida High Command | 20060925 |(U)| ]
[637] Ibid.
[638] [ | Military | Special Assessment: Sunni Political Parties | 20051030 | (S/NF) | ]
[639] Ibid.
[640] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett,
USARCENT Chief of Staff
Declassified on: 201506

include more extreme Sunni religious groups.  At the same time, Fallujah**Error! Bookmark not defined.** technocrat Engineer Farouk founded the Majlis Siyasi Watani Leel Iraq (National Political Council for Iraq, NPCI).[641]

(S/NF) The Sunnis realized they could gain more seats in the National Assembly by pooling resources and running together rather than as independent candidates.[642] While the specific candidates were not announced in Anbar until immediately prior to the elections due to security concerns, Governor Mamoun believed the ITF in particular was a strong, balanced coalition that could represent Anbari interests in Baghdad**Error! Bookmark not defined.**.  He felt any insurgent group that attacked it would draw the wrath of the provincial elites.[643] A key part of Mamoun's security plan was to engage the local imams and tribal leaders who opposed the referendum in order to overcome the intimidation against voting. [644]

## City Stories (November 2005)

**Ramadi**Error! Bookmark not defined.

(S/NF) The insurgency remained extremely active in Ramadi**Error! Bookmark not defined.**, with IEDs serving as the major threat to Coalition troops.[645] Because they were focused on western Anbar, Coalition forces maintained a minimal presence in Ramadi. Still, Coalition patrols, bases, and operating positions were the primary targets for insurgent attacks. Iraqi security forces were still targeted with kidnapping and execution in the hope of convincing them to quit their posts.[646] A major factor in the insurgency's ability to operate in the city lay in the fact that Police Chief Shakr Mohammed Saleh had been collaborating with the insurgents until his detention.[647] Even so, the SRE-SAR divide was apparent in Ramadi, with SARs loyal to MML hoping to join the political process and SREs loyal to Zarqawi hoping to disrupt it.[648]

(S/REL TO USA, MCFI) In a positive development for the Coalition, residents of the Sufia district formed a militia to fight AQI**Error! Bookmark not defined.** in their area.[649]  While a positive development, this decision also reflected a lack of trust in the government's ability to provide security.

**Khalidiyah-Habbaniyah**Error! Bookmark not defined.

---

[641] Ibid.
[642] Ibid.
[643] Ibid.
[644] Ibid.
[645] [ | Military | TACTICAL FUSION CENTER: CITY ASSESSMENT | 200511 | (S/NF) | ]
[646] Ibid.
[647] Ibid.
[648] Ibid.
[649] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051210 | 20051210 | (S/MCFI) | ]

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 116 of 224

Declassified by:  MG Michael X. Garrett, USCENTCOM Chief of Staff
Declassified on: 201506

(S/NF) The situation in this area reflected the difficulties that the Coalition faced in Anbar, as well as illustrating an important standard al-Qaeda technique.  On the one hand, residents of Khalidiyah and Habbaniyah**Error! Bookmark not defined.** remained unsupportive of the insurgency, but there was, at the same time, a great deal of anger and civil unrest directed against the Coalition. With the arrival of the 9th Brigade of the Iraqi Armed Forces, the area was actively patrolled by professional Iraqi soldiers.  The response of AQI**Error! Bookmark not defined.** was to use the two towns as their safe-havens for attacks on Ramadi**Error! Bookmark not defined.** while refraining from carrying out attacks within Khalidiyah and Habbaniyah themselves.[650]  This was standard practice for al-Qaeda around the world, reflecting both a religious as well as practical reading of the demands of an insurgency.

> (U) **SAFE HAVENS.**  As with other insurgent groups, AQI**Error! Bookmark not defined.** needs safe havens to rest, resupply and train.  The insurgency in Anbar has safe havens in neighboring countries as well as within the province itself.  Because of a particular reading of Muhammad's life, AQI believes in using one city or town as a safe haven that will be spared attacks, while carrying out attacks in neighboring cities.  A town or area of a city where attacks do not occur is often the sign that this is the center of an AQI safe haven.

**Fallujah**Error! Bookmark not defined.

(S/NF) The city remained a prime target for the insurgency.  Insurgents found ways to  enter the city using forged documents or by traveling the Euphrates River from Saqlawiyah or Amariyah to carry out grenade attacks, drive-by shootings, IEDs and other "low risk" attacks.[651] One major exception was AQI**Error! Bookmark not defined.**'s November 29 assassination of Sheikh Hamza, the   widely beloved and influential religious leader who had supported both the elections and reconstruction.[652]

**Karmah**

(S/NF) Karmah continued to serve as the primary planning and networking center for the Green Battalion.  It conducted explosives training outside the city and then entered it to plant IEDs. The Green Battalion exerted a strong influence on residents through family and tribal ties, causing the city's atmospherics to change on a weekly basis depending on the strength of the group. As a result, tribal leaders suffered a loss of influence and the city council was rendered completely ineffective. While residents did not support either the Coalition or the insurgency, many tolerated the insurgents for fear of being attacked. No Iraqi security forces were active inside the city and those local officials that worked with the Coalition were targeted for intimidation and assassination.[653]

---

[650] [ | Military | TACTICAL FUSION CENTER: CITY ASSESSMENT | 200511 | (S/NF) | ]
[651] Ibid.
[652] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051206 | 20051206 | (S/ MCFI) | ]
[653] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett,
USARCENT Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

**Amariyah**

(S/NF) Having successfully won over or intimidated police chief Captain Saldoon Hansal Subhee Husayn, the insurgent's received aid and support from many police.  Learning from their earlier lesson of massing in Fallujah**Error! Bookmark not defined.**, insurgents in Amariyah did not stay in one area for very long and exercised good operational security.[654]

**Haditha**Error! Bookmark not defined.

(S/NF) Infiltrating back into Haditha**Error! Bookmark not defined.** from Rawah**Error! Bookmark not defined.**, Bayji, and Ramadi**Error! Bookmark not defined.** after STEEL CURTAIN ended, insurgents were able to organize a limited number of attacks, but could not carry out more sophisticated operations.[655]

(S/REL TO USA, MCFI) The government agricultural building in Haditha**Error! Bookmark not defined.** was used as a headquarters and a field hospital by Ansar al-Sunna.[656] Staffed by trained doctors and nurses, wounded Ansar al-Sunna fighters from across Anbar were brought to the area for treatment.[657]

**Hit**Error! Bookmark not defined.

(S/NF) Coalition operations in Hit**Error! Bookmark not defined.**, which forced most leaders to flee to the outskirts, suppressed the insurgents' ability to operate in the city and limited activity to harassment attacks directed against targets of opportunity. A lack of safe houses also disrupted networks in the city and the ability to prepare more sophisticated attacks. As a result, insurgent intimidation and coercion campaigns against the general population ended.[658]

**Rawah**Error! Bookmark not defined.

---

[654] Ibid.
[655] Ibid.
[656] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051103 | 20051103 | (S/MCFI) | ]
[657] Ibid.
[658] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

Approved for Release

PX900

Declassified by:  MG Michael X. Garrett,
USFOR-A CJ3 Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/NF) Coalition presence in Rawah**Error! Bookmark not defined.** limited AQI**Error! Bookmark not defined.**'s ability to conduct operations in the city, though night attacks using IEDs were on the rise in and around the nearby town of Anah**Error! Bookmark not defined.**.[659]

## Al-Qaim

(S/NF) Although still forced to operate covertly, AQI**Error! Bookmark not defined.** continued to carry out IED**Error! Bookmark not defined.** and small arms attacks in a desperate attempt to contest Coalition control of the city.[660] AQI also attempted to infiltrate the new Iraqi security forces and intimidate residents into submission.[661]

(S/REL TO USA, MCFI) Meanwhile, the weakening of AQI**Error! Bookmark not defined.** in the al-Qaim area led to an escalation in tribal tensions, as the Albu Mahal tribe sought to consolidate its power in the region over its rival Salmanis.[662]

**Rutbah**Error! Bookmark not defined.

(S/NF) AQI**Error! Bookmark not defined.** believed that the Coalition could not or would not conduct major offensives in Rutbah**Error! Bookmark not defined.** and as a result chose the area as their safe haven after being driven from Husaybah**Error! Bookmark not defined.**.[663] Small villages in the al-Jafalah region were used as ad-hoc terrorist training facilities and the local criminal element was co-opted to support AQI personnel and operations after being told by AQI that the Badr Corps was planning to suppress the Sunni vote in Ramadi**Error! Bookmark not defined.**.[664]

## The Insurgency Divided (Late 2005)

(S/REL TO USA, MCFI) Coalition operations in western Iraq had decisively shifted the balance of power in the area away from AQI**Error! Bookmark not defined.** and back towards the Iraqi government.[665] This is an interesting conclusion given the city by city analysis above. Across the province, insurgent groups of all ideologies were under pressure to avoid Sunni civilian casualties, while constant Coalition and Iraqi patrols prevented AQI from gaining the necessary momentum to re-impose its influence on the general population.[666] From the perspective of the AQI leadership, the situation in their former stronghold of western Anbar was increasingly grim and the group needed to mount new operations to maintain momentum.

---

[659] [ | Military | TACTICAL FUSION CENTER: CITY ASSESSMENT | 200511 | (S/NF) | ]
[660] [ | Military | TACTICAL FUSION CENTER: CITY ASSESSMENT | 200511 | (S/NF) | ]
[661] Ibid.
[662] [ | Military | GRINTSUM 051210 | 20051210 | (S/MCFI) | ]
[663] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051221 | 20051221 | (S/NF) | ]
[664] Ibid.
[665] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051230 | 20051230 | (S/MCFI) | ]
[666] Ibid.

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

Declassified by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

(S/NF) AQI**Error! Bookmark not defined.**'s leadership in Ramadi**Error! Bookmark not defined.** (particularly the Albu Ubayd tribal region), Fallujah**Error! Bookmark not defined.**, and throughout western Anbar had been seriously attrited by Coalition military operations. Many key leaders and facilitators fled the province or went completely underground.[667] Among them was Khalid Hamad Zibalah al-Hayyani (Abu Harith), the AQI amir of Haditha**Error! Bookmark not defined.** who had fled to Baghdad**Error! Bookmark not defined.** during Operation STEEL CURTAIN and instructed other leading and mid-level insurgents to disperse to outlying river towns and villages near Haditha.[668] In an effort to regain momentum, Zarqawi began appointing a handful of temporary commanders to oversee the province until new leaders could be approved.[669] To avoid being targeted by the Coalition, the bulk of AQI's scattered fighters fled to the Khalidiyah-Habbaniyah**Error! Bookmark not defined.** corridor or to the Albu Faraj and Albu Dhiyab tribal areas of Jazira to regroup.[670]

(S/NF) Fearful that other insurgent groups would seek to fill the power vacuum left by AQI**Error! Bookmark not defined.**, local commanders began targeting the leadership of Ansar al-Sunna and the 1920 Revolution Brigade in Ramadi**Error! Bookmark not defined.**.[671] From Syria**Error! Bookmark not defined.**, Sheikh Abdullah Janabi directed the Umar Brigade to begin moving some 225 Iraqi and foreign fighters who had been dispersed across western Iraq to Ramadi, Husaybah**Error! Bookmark not defined.**, Rutbah**Error! Bookmark not defined.**, and al-Qaim in the hope that they would reinforce the existing AQI cells in those cities.[672]

(S/NF) Ironically for a group for whom hatred of the Shi'a was a key ideological component, AQI**Error! Bookmark not defined.** sought to use its ties to Muqtada al-Sadr and the Mahdi Army to help reconstitute its infrastructure.[673] Ties between AQI (then known as JTJ**Error! Bookmark not defined.**) and the Mahdi Army had first formed in April 2004, when al-Sadr had provided support to the Fallujah**Error! Bookmark not defined.** insurgents under Umar Hadid (see Chapter 4). This support had been reciprocated by JTJ, which sent heavy arms, ammunition, and fighters to assist al-Sadr against the Coalition in An Najaf in 2004. Mahdi Army fighters had fought alongside AQI during Operation AL FAJR, but ties between the two organizations had become more strained after al-Sadr joined the political process and it is unclear whether or not their efforts to enlist al-Sadr's assistance were successful.[674]

---

[667] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051127 | 20051127 | (S/NF) | ]
[668] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051126 | 20051126 | (S/MCFI) | ]
[669] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051127 | 20051127 | (S/NF) | ]
[670] Ibid.; [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051222 | 20051222 | (S/NF) | ]
[671] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051127 | 20051127 | (S/NF) | ]
[672] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051222 | 20051222 | (S/NF) | ]
[673] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051103 | 20051103 | (S/MCFI) | ]
[674] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/NF) Potential cooperation with al-Sadr was not the only means through which AQI**Error! Bookmark not defined.** planned to re-invigorate itself. Zarqawi told a senior AQI leader, who was later captured by Coalition forces, that following the group's losses in 2005, only starting a full-fledged civil war in Iraq would convince the other insurgent groups to support his strategy for jihad in Iraq.[675] Among those insurgents that the senior AQI leader recounted as having objected to this sectarian strategy were 1920 Revolution Brigade, Jaysh Mujahideen, Jaysh Islami, and Ansar al-Sunna.  The latter was of particular concern because it was attempting to make these objections known to the al Qaeda senior leadership.[676] It was the implementation of Zarqawi's strategy that would lead to the bombing of the Golden Mosque in Samarra**Error! Bookmark not defined.** in February 2006.

(S/NF) The other insurgent groups in Anbar were divided over the prospect of joining the political process. The Rahman Brigade (the new name for the al-Nu'man Brigade),1920 Revolution Brigade, Jaysh al-Haq, Islamic Army of Iraq, and Islamic Movement of Iraq Mujahideen all sought to engage the political process in order to increase their wealth, influence, and power in Anbar by covertly sponsoring candidates or political parties.[677] The ⬚1.4b⬚ leaderships of these groups were already negotiating with both the Coalition and Iraqi government in order to resolve the insurgency in Anbar so that the Coalition troops could begin to withdraw.[678] Other groups based in western Iraq, including Ansar al-Sunna, Jaysh Mohammed, Quwwat Allah al-Tharib, and al-Asa'ab al-Iraq, were divided over whether to join the political process or to continue to support AQI**Error! Bookmark not defined..**[679]

(S/NF) Despite these considerable gains against the insurgency, the underlying conditions in Anbar were unchanged. Corruption remained widespread among local officials and elites in Ramadi**Error! Bookmark not defined..**  Young men had only a limited number of ways to achieve status and financial independence.  During the former regime, they could join the Iraqi army, but in Ramadi government employees were often paid late or simply not paid for months on end.  The entire November payroll was stolen by the insurgency.  Insurgent groups, by contrast, paid $400 to plant an IED**Error! Bookmark not defined.** and $750 to detonate one, the equivalent of a month's insurgent salary and significantly more than a government employee. The families of suicide bombers were paid up to $10,000 and insurgent groups supported the families of their detained fighters.  False documents and counterfeiting shops were a huge business in places like Ramadi, enabling easy access for insurgent groups. As it sought to regroup in Anbar from 2005 onwards, AQI**Error! Bookmark not defined.** would exploit these financial hardships to serve its ideological goals and begin recruiting new fighters.[680]

---

[675] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051221 | 20051221 | (S/NF) | ]
[676] Ibid.
[677] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051127 | 20051127 | (S/NF) | ]
[678] Ibid.
[679] Ibid.
[680] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051226 | 20051226 | (S/NF) | ]

Derived from: MCIA, Multiple Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

Declassified by: MG Michael X. Garrett,
USARCENT Chief of Staff
Declassified on: 201506

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq
6/13/07

## Parliamentary Elections (December 2005)

(S/REL TO USA, MCFI) During the run-up to the elections, major Anbari political parties began actively campaigning, though the manner and degree to which this occurred varied from city to city depending on the security situation. In the most secure areas like Fallujah**Error! Bookmark not defined.**, this took the form of political rallies, speeches at mosques, and television advertisement blitzes, while in less secure areas like those in western Anbar the only sources of election news other than national television were the mosques and meetings of tribal leaders.[681] Political parties had been announced on November 5, but only Allawi's denounced the insurgency.[682] All of the other major parties in Anbar instead stressed Sunni identity politics, opposition to federalism, condemnation of Shi'a militia activity, support for the reconstitution of the Iraqi army, and a timeline for Coalition withdrawal.[683]

(S/REL TO USA, MCFI) Anbari support for the elections convinced AQI**Error! Bookmark not defined.** and its allies they had to change their tactics.  Rather than threatening to kill anyone who participated in the voting, they decided to concentrate on attacks against the Coalition.[684] Complex attacks in Hit**Error! Bookmark not defined.** and suicide bombings in al-Qaim demonstrated that AQI was still able to carry out mass casualty attacks.  AQI believed that it had to continue to challenge the Coalition presence in order to regain its former standing in western Iraq.[685] With AQI's intimidation campaign weakened, however, many residents began discouraging insurgent groups from operating in their area except in Rutbah**Error! Bookmark not defined.**, where the insurgency continued to wield significant influence over the general population.[686]

(S/NF) MML played a major role in the December 15 elections, using the 1920 Revolution Brigades to drive AQI**Error! Bookmark not defined.** from several Ramadi**Error! Bookmark not defined.** neighborhoods in order to ensure security at the polls.[687] He was assisted in this effort by his lieutenant Sheikh Nasser Fahdawi, who raised a militia in the Sufia district to protect the population against AQI.[688] MML used agreements with Sunni leaders in Fallujah**Error! Bookmark not defined.** similar to those he had with Sheikh Nasser to reduce violence in the city during the elections.[689] This move was also self-serving, as it helped to extend MML's authority from his center of power in Ramadi into the Hit**Error! Bookmark not defined.**-Haditha**Error! Bookmark not defined.** and the Khalidiyah-Habbaniyah**Error! Bookmark not defined.** corridors.[690] Even so,

---

[681] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051127 | 20051127 | (S/NF) | ]
[682] Ibid.
[683] Ibid.
[684] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051221 | 20051221 | (S/MCFI) | ]
[685] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051230 | 20051230 | (S/MCFI) | ]
[686] Ibid.
[687] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 060101 | 20060101 | (S/NF) | ]
[688] Ibid.
[689] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 060111 | 20060111 | (S/NF) | ]
[690] Ibid.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

SECRET/NOFORN

PX900

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

MML's 1920 Revolution Brigades had been seriously weakened in the Fallujah area, with many members absorbed into AQI or forced out of Zaidon and into Ramadi during inter-insurgent violence.[691]

(S/NF) In Karmah, AQIError! Bookmark not defined. did not take the support by other insurgents for the December elections lying down. Accusing the local Islamic Army of Iraq of collaborating with the Coalition, AQI leader Hajji Hamadi al-Janabi attacked them.  The attack failed, leading to the death of at least four AQI fighters.[692]

(S/REL TO USA, MCFI) Popular reaction to the elections in Anbar was delayed for several weeks into early 2006 while ballots were tallied and allegations of intimidation and voter fraud were addressed. Non-AQIError! Bookmark not defined. insurgents led by MML expressed their continued willingness to engage the Iraqi government and the Coalition, even to the point of providing security at polling sites, but regarded that willingness as contingent upon the results of the election and the share that Sunnis received in the new government.[693]

(S/REL TO USA, MCFI) As with the referendum, the FallujahError! Bookmark not defined. area took the lead with upwards of 200,000 votes.[694] This high turnout was the result of pressure on the general population from local mosques and imams to participate. Local elites had made agreements with all non-AQIError! Bookmark not defined. groups to refrain from attacks on election day and "wait and see" whether or not the political process would provide real benefits for Anbaris.[695] Even so, some insurgents continued to carry out attacks on Coalition forces in order to obtain political concessions.[696]

(S/NF) Despite the absence of violence during the elections, the situation in Anbar was by no means stable. Tensions in RamadiError! Bookmark not defined. were particularly high as local elites engaged in grandstanding against the anticipated election results, claiming that they had been "fooled" into participating by the Coalition. Many of them were, however, simply positioning themselves to negotiate concessions from the Iraqi government in return for their continued political participation.[697] Nationally, some Sunni parties and Allawi denounced what they argued had been elections rigged to favor the United Iraqi Alliance, while the Badr Corps and Mahdi Army were told to be ready to move if the election results did not correspond to what they believed the "correct" results of the voting should be.[698]

---

[691] Ibid.
[692] [ | Military | 1.4c
[693] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051221 | 20051221 | (S/MCFI) | ]
[694] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051216 | 20051216 | (S/MCFI) | ]
[695] Ibid.
[696] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051226 | 20051226 | (S/NF) | ]
[697] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051224 | 20051224 | (S/NF) | ]
[698] [ | Military | TACTICAL FUSION CENTER: GRINTSUM 051222 | 20051222 | (S/NF) | ]

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 123 of 224

Declassified by: MG Michael X. Garrett, USFOR-A Chief of Staff
Declassified on: 201506

(U)  The October Constitutional referendum and the December national elections were a significant step for Iraq, and for Anbar Province.  Still, insurgents roamed the province creating havoc and attempting to establish themselves in urban and rural areas.

## Conclusion

(U) The year 2005 thus ended on an uncertain note.  There had been many positive developments throughout the year: the participation of a significant percentage of the Sunni population in the elections, the division of the insurgency over political participation, the active support of the *Awqaf* on the side of the Coalition, the decision by at least some of the tribes that their interests coincided with those of the Coalition, and the serious disruption of AQI**Error! Bookmark not defined.** and affiliated insurgent networks in western Anbar.  These events gave hope for the year to come.

(U) However, AQI**Error! Bookmark not defined.** had not been destroyed, its leadership and organization were still intact, and Zarqawi would now determine that AQI's very survival depended on taking desperate action to provoke the sectarian violence that could be its only salvation. Still, Zarqawi's stature with the AQSL was waning as they became increasingly concerned with his tactics and large-scale slaughter of other Sunnis.

## Attack Data (September – December 2005)

(U) The following charts illustrate the numbers and types of insurgent attacks against Coalition forces in Anbar Province that occurred in the middle trimester (May to August 2005).  The first two (large – ½ page) charts provide an overview of attacks from 2003 to 2007 in the three AOs of Anbar (in two different graphic presentations).  The four months are highlighted and allow comparison to the entire period.  The following eight charts (small format) break down the overall data into the specific types of attacks (Direct Fire, Indirect Fire, IED, and Complex Attacks**Error! Bookmark not defined.**) arrayed over the 2003-2007 timeframe and also expanded to a week-by-week graphic.

(S) The attack levels during this period demonstrated a sustained peak from late September through early November, maintaining levels much higher than immediately before and after, and only surpassed previously by the incident rate during Fallujah II.  This peak is coincident with SAYYAD II and Operation STEEL CURTAIN.  The drop-off may be related to increased security efforts surrounding the December 2005 parliamentary elections.  Though all attack types showed a similar pattern, there were particularly significant drop-offs of Indirect Fire and Complex Attacks after the peak period, and there were almost no Complex Attacks at all by the end of the year.  The majority of attacks were taking place in AO Topeka during late 2005.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

**All Incidents**



Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett,
USARCENT Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07





Derived from: MCIA, Multiple
Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

Declassified by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07



Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

Declassified by:  MG Michael X. Garrett, US Army Chief of Staff
Declassified on: 201506

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq
6/13/07




## Insurgent Profile: 2005

(S/NF) In 2005, the typical street-level insurgent captured in Anbar was an Iraqi male about 28 years old, much more likely to be married than to be unmarried, and educated at a high-school level or less. Most captured detainees were associated with tribes and had some military experience. These conclusions are based on an analysis of more than 5,500 tactical interrogation reports gathered from intelligence sources.

(S/NF) Most insurgents captured in 2005 were 30 years old or younger (59.5%), with a significant group (9.9%) under 20 years old. The middle 50% of the population was between 23 and 36 years old. The fact that the median of 28 years is lower than the mean of 30.4 years confirms that the data is skewed younger and also indicates that the age range among older detainees has a large spread. The most common age among detainees was 23 years old.

(S/NF) Almost all of the insurgents captured in 2005 claimed to be Iraqi (98.3%), with only 1.7% claiming to be of foreign origin. Of those foreigners, the most frequent origins named were Jordan**Error! Bookmark not defined.**, Syria**Error! Bookmark not defined.**, Kuwait**Error! Bookmark not defined.**, Saudi Arabia, and Egypt.

(S/NF) The majority of detainees were associated with blue collar or other labor occupations. The most common occupation claimed was *shepherd* or *farmer* (21.6%), though the largest grouping of occupations was *blue collar workers* (23.9%), which included jobs like *electrician*, *carpenter*, and *laborer*. Though only 5.9% of detainees claimed to be actively unemployed, it is likely that many more detainees were actually unemployed but provided their previous job or training when asked their occupation. In addition, a noteworthy fraction of detainees (8.0%) were employed in positions of trust such as the Iraqi police or local security forces.

Derived from: MCIA, Multiple Sources
Declassification on: 2028

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX900

Declassified by:  MG Michael X. Garrett,
USFOR-A Chief of Staff
Declassified on: 201506

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq
6/13/07



Figure 1: 2005 Street-Level Insurgent Profile (S/REL TO USA, MCFI)

(S/NF) More than half of those captured in 2005 claimed to have some military experience (58.1%), while a portion of those that had not served were still students and were too young to have served in the military.   This finding indicates that a large segment of the insurgent population had some form of prior military training, combat experience, and perhaps access to weapons.

Derived from: MCIA, Multiple
Sources
Declassification on: 2028

PX900

Declassified by: MG Michael X. Garrett,
Declassified on: 201506

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/NF) At least three-quarters of those detained had no education beyond high-school, with nearly half (47.8%) having no more than an elementary education (6th grade or less). More than 14% had some post-secondary education or had completed a degree program.

(S/NF) The tribe with the most captured members in 2005 was the Albu Eissa tribe. From January through July, Albu Eissa consistently had the most captured members, averaging almost 45 per month, though by the end of the year, the rate of capture decreased dramatically, averaging only 17 captured per month. During this latter part of the year, other tribes such as Jumayli and Albu Mahal were captured more frequently than Albu Eissa. Though these were the most frequent tribes claimed, there were many tribes well-represented, as only 60% of the detainees associated themselves with one of the top 20 tribes.

(S/NF) By far, the most frequently claimed residence among detainees in 2005 was the Fallujah**Error! Bookmark not defined.** area, with more than 43% of detainees, compared to only 10% from Ramadi**Error! Bookmark not defined.**. This major spike likely was a result of the chaotic situation in Fallujah after the 2004 operations, allowing many people to claim Fallujah residence because of the difficulty in confirming that information. In particular, the Fallujah-area towns of Karmah (8.8%) and Amiriyah (5.6%) contained a large concentration of detainees. Other detainees came from Hadithah (9.1%), Al Qa'im / Husaybah**Error! Bookmark not defined.** (7.4%), Hit**Error! Bookmark not defined.** (5.9%) or from outside Anbar in Baghdad**Error! Bookmark not defined.** (4.4%), though this was somewhat limited.

(S/NF) More than 60% of all detainees in 2005 claimed to be married, engaged, or widowed, though most detainees under 30 (68.4%) were still single. Almost all married detainees (91.5%) claimed to have children, but this data is unreliable. The need to support a family likely was a factor that led those with children to participate in the insurgency to receive larger financial gain than their regular jobs or while unemployed.

Approved for Release

Derived from: MCIA, Multiple Sources
Declassification on: 2028

PX900

PX901

Declassified by: MG Michael X. Garrett,
USARCENT Chief of Staff
Declassified on: 201506

# Chapter Four

## The Insurgency Grows and Fights Pitched Battles

## (2004)

### Introduction

(S/NF) *The capture of Saddam Hussein in late 2003 represented a watershed event. The man who ruled so long and loomed so large was now a prisoner. Hopes for the regime's restoration had ended. The prominence of the FRLs also soon ended. While 2004 saw the splintering of the FRLs, this did not end the insurgency. As the year would show, the insurgency proved adaptable and resilient. Although 2004 began on a hopeful note with a reduced level of insurgent activity, various FRE, SRE, and Al Qaeda insurgent groups swiftly filled the power vacuum in Anbar. Insurgent activity increased not only in frequency but in complexity and intensity, most notably in the two major battles fought in Fallujah (Operation VIGILANT RESOLVE and Operation Al FAJR).*

(S/NF) *Although each battle resulted in numerous insurgent deaths and captures, insurgent groups showed their resilience and continued to reorganize, recruit, and re-arm. Despite the losses of Operation VIGILANT RESOLVE, the insurgency managed to exploit opportunities – such as negotiations, the creation of the Fallujah Brigade, and the Coalition's need to focus on Muqtada al-Sadr and his Mahdi Army – to increase its influence throughout much of Anbar. Insurgent influence was demonstrated by the fact the new government was unable to project its authority in Anbar. Government officials were often the targets of insurgent threats and violence. After a series of tense stand-offs, negotiations, and skirmishes during the summer and fall of 2004, a second battle took place in Fallujah. In Operation Al FAJR, the Coalition destroyed the center of insurgent power in Anbar, killing or capturing thousands. The year ended with the insurgents again reorganizing and the Coalition and Iraqi Interim Government preparing for upcoming elections.*

(S/NF) Saddam Hussein's capture severely weakened the FRLs. Saddam's followers began fighting among themselves for the leadership, funds and infrastructure of the FRE groups. Some, such as Izzat Ibrahim al-Duri, issued propaganda statements seeking to distance themselves from the former dictator's atrocities. Others championed themselves as Saddam's true heirs. FRL members sought to cooperate with insurgent leaders who'd established themselves in 2003. As the FRLs weakened in early 2004, the power gap in Anbar was quickly filled by emerging leaders who were either former regime elements (FREs), Sunni religious extremists (SREs) or members of Abu Mus'ab al-Zarqawi's Jamaat al-Tawhid wal Jihad (JTJ) organization. These three groups were the Coalition's primary enemies in Anbar for the remainder of 2004.

(S/REL) Early in 2004, the insurgency was still very local – no truly national group had yet emerged. FRE influence across Anbar remained pervasive throughout the year among these local insurgent groups (many with criminal or religious motivations). But they gradually changed from a focus on restoring their former influence and power to *Wahhabism* or *Salafism* and used religious rhetoric to

PX901

Declassified by: MG Michael X. Garrett,
USARCENT Chief of Staff
Declassified on: 201506

rally Anbaris to their cause.[1] Despite their changed mindset, the Coalition continued to classify many of them as FREs because of their positions in the former Iraqi regime.

(S/REL TO MCFI) In early 2004, Ba'athist infighting finally resulted in the complete splintering of the party. While divisions had been papered over throughout 2003, giving the appearance of a unified power structure, in practice a high degree of factionalization existed. Izzat Ibrahim al-Duri (now the titular political head of the Ba'athists as a result of his pre-OIF status as Vice Chairman of the Revolutionary Command Council) and the head of the Party's military wing, Muhammad Yunis al-Ahmad, engaged in a power struggle that would continue throughout the insurgency.

(U) **Iraqi National Guard**: Together with the CPA and U.S. forces, Iraqi officials worked to re-establish a paramilitary presence within the country. In late 2003 and early 2004 the Iraqi Civil Defense Corps and Iraqi National Guard were established, members recruited, trained and deployed – some to Anbar Province. The ING became the focus of insurgent efforts to prevent the re-establishment of a government presence.

> (U) **IRAQI CIVIL DEFENSE CORPS (ICDC) AND IRAQI NATIONAL GUARD (ING) – 2003-2004.** The ING evolved from the Iraqi Civil Defense Corps (ICDC), which was formed in the fall of 2003 by the Coalition Provincial Authority (CPA). CPA Order No. 28 established the ICDC on September 3, 2003. It was to be a temporary agency built to complement Coalition efforts aimed at providing security and emergency services. Battalions included mainly non-military Iraqi personnel who worked directly for the Coalition Task Force. Two months later, the ICDC role was expanded to include a Counterinsurgency Battalion composed of 750-850 militiamen selected by five of the main political parties in Iraq.[2] Under extreme political pressure, training time for ICDC members was increased to three weeks and the numbers grew from an estimated 700 initial members to over 15,000 members by January 2004. Their missions include: counter-insurgency operations, working with Iraqi police and fire departments to respond to civil disturbances, securing public buildings and providing security on Main Supply Routes (MSRs).[3]

> (U) **IRAQI NATIONAL GUARD: 2004-2005.** In April 2004, the ICDC was transferred to the Ministry of Defense.[4] By July 2004, as the ICDC continued to become more involved in offensive operations, the Iraqi Government decided to convert this force into an Iraqi National Guard (ING). The first new recruits completed training on July 10, 2004 after being trained for 20 days at the ING Training Academy in Tikrit by Coalition and Iraqi instructors with training modeled after U.S. Army Basic Training. Between July 2004 and January 2005, the ING membership fluctuated between an estimated 36,229 members and 43,455 members.[5]

(U) **Iraqi Special Police Forces**: As a law enforcement adjunct to the ING, various national police units were established.

> (U) **IRAQI SPECIAL POLICE FORCES: 2004.** Since 2004, Iraqi governments have developed and evolved various forms of national-level police. The Special Police Forces (SPF), composed of

---

1 [ | Military | GRINTSUM 050208 | 050208 | (S/REL MCFI) | ]
2 [ | Open Source| http://www.sourcewatch.org/index.php?title=Iraqi_Civil_Defense_Corps | (U) ]]
3 [ | Open Source | http://www.globalsecurity.org/military/world/iraq/ing.htm | (U) ]]
4 [ | Open Source | http://www.globalsecurity.org/military/world/iraq/ing.htm | (U) ]]
5 [ | Department of State |IRAQ WEEKLY STATUS REPORT |
http://www.state.gov/p/nea/rls/rpt/iraqstatus/ | (U) ]]

PX901

Declassified by:  MG Michael X. Garrett,
USFOR-A C of Staff
Declassified on: 201506

three major elements (commandos, public order brigades, and the 1st Special Police Mechanized Brigade) was formed in 2004 by the government of Iyad Allawi.[6] They are used when local police (the Iraqi Police Service) are unable to contain situations. Many Ba'athist former military personnel were recruited by the Sunni then-Interior Minister Falah al-Naqib.[7]

(U) **PUBLIC ORDER BRIGADES (POBs): 2004.** The POBs are considered a Shi'a organization and frequently referred to as the Shi's Public Order Brigades. They were formed by Ministry of Interior after the Shia gained control of the Ministry post-transfer of authority in July 2004. Their purpose was to provide national-level rapid-response with light armor capability to counter insurgency activities, provide support to Ministry of Interior taskings, crowd control, and security of high value installations. The POBs were trained and supervised by U.S. advisors of the Special Police Transition Teams (SPTT), the National Police Order Division of MNC-I.[8] One example of their activities stands out: the POBs were used in cities such as Fallujah after Operation AL FAJR (2004) to clear remaining pockets of insurgents and establish security until local police could be reestablished.

**All Quiet in Anbar from January to March**

(S/NF) With the capture of Saddam, damage to nationalist ideology, and resulting insurgency reorganization, the beginning of 2004 was quiet in Anbar. There were indications, however, that SRE groups – both newly Islamized organizations as well as established groups – were growing in size. This would prove correct. SRE growth continued throughout 2004. The Islamic Army of Iraq, Ansar al-Sunna, and JTJ all put out propaganda (leaflets and internet statements in particular), recruited heavily, and took over mosques in preparation for launching an insurgent campaign against the Coalition.

(S/NF) The rise of JTJ in Anbar and throughout Iraq soon became a major concern to the Coalition. A number of prominent foreign JTJ members had been killed in Fallujah prior to and following the apprehension of Al Qaeda emissary and KSM associate Hassan Ghul in January 2004. His capture and revelations about JTJ's activities inside Iraq prompted the Coalition to reevaluate its assumptions about Zarqawi and his activities inside Iraq. As a result, the Coalition began to publicize Zarqawi as the primary terrorist threat to the Coalition by early February 2004.

(U) JTJ appears to have responded by dropping the veil of secrecy that had characterized its actions throughout 2003. After the Coalition began to publicize Zarqawi's activities inside Iraq, JTJ and other Al Qaeda-associated groups such as Ansar al-Sunna and Ansar al Islam apparently concluded they had nothing left to hide. They began issuing regular claims of responsibility for acts of violence. They disseminated text and video messages via the Internet or media organizations that coincided with a number of mass casualty terrorist attacks. These attacks were directed against the Kurdish

---

[6] [ | Open Source | http://www.mnf-iraq.com/index.php?option=com_content&task=view&id=1112&Itemid=94 | (U) | ]

[7] [ | Military | U.K., DEFENSE ACADEMY OF THE UNITED KINGDOM, CONFLICT STUDIES RESEARCH GROUP/ JAKUB CERNY: DEATH SQUAD OPERATIONS IN IRAQ/ p. 7. | http://www.da.mod.uk/csrc | 200606 | (U) | ]

[8] [ | Open Source | http://www.defenselink.mil/transcripts/2006/tr20060217-12529.html and http://www.arabicnews.com/ansub/Daily/Day/060218/2006021818.html | 20060218 | (U) | ]

PX901

leadership during a conference in Irbil in February 2004, against the Iraqi Shi'a in Karbala and Baghdad during a celebration of their holy festival of Ashura, and against a large number of Iraqi police at a recruiting station in Iskandariyah. These attacks provided a clear indication that Zarqawi and his allies were able to back up their threats with action.

(S/NF) Relatively little of this terror campaign, however, took place within Anbar proper. There were several reasons for this. First, insurgent groups typically avoid carrying out mass casualty attacks near their primary recruiting grounds and centers of support. While Zarqawi and other insurgents had few reservations about killing perceived collaborators, they didn't target Sunnis in the way they did Shi'a or Kurdish populations. Second, JTJ was still building local alliances. These alliances – with other SRE and FRE insurgent groups and with anti-Coalition elements within powerful Anbari tribes such as the Mohamdi, the Albu Nimr, the Zobai and the Albu Eissa – might have been jeopardized by conducting mass casualty attacks in the province. Third, Zarqawi was interested in starting a civil war between Sunni and Shia and needed the support of the Sunnis.

**Khamis Sirhan and the FRLs**

(S/NF) One of the individuals of great interest to the Ba'athist pretenders that emerged following Saddam's capture was Khamis Sirhan and his Saqlawiyah-based Ferka et Hadi (FeH) network.[9] The former Ba'ath Party chairman in Karbala, Khamis Sirhan had fled to Anbar post-OIF. There he established FeH to fight the Coalition before reuniting with his FRL comrades who were now fighting under the banner of Hizb al-'Awda.[10] FeH was more involved in facilitating the attacks of local groups than with conducting attacks. It soon became an invaluable ally to FRL and FRE insurgent organizations in Anbar. Khamis Sirhan maintained ties with multiple FRL, FRE, and SRE insurgent organizations and acted as a nexus for inter-group communication and cooperation.[11] When Khamis Sirhan agreed that FeH should join Ba'athist pretender Muhsin Khudhair al-Khafiji's organization in late December 2003, it gave al-Khafiji access to one of the best-established FRE insurgent networks in Anbar. It also made neutralizing Khamis Sirhan a top priority for the Coalition.[12]

> (S/NF) **KHAMIS SIRHAN AL-MUHAMMAD.** Formerly the Ba'ath Party Chairman in Karbala, Khamis Sirhan emerged post-OIF as a key facilitator in the Anbar insurgency in late 2003. More interested in fighting the Coalition than in ideology, he and his Saqlawiyah-based Ferka et Hadi (FeH) network supported a variety of anti-Coalition groups in the province ranging from FRLs to Ansar al-Islam. Because he had one of the largest logistics networks in Anbar, Khamis Sirhan's loyalties were heavily sought after Saddam's capture.

(S/NF) Khamis Sirhan's usefulness for al-Khafiji would be short-lived. On January 11, 2004 elements of the 82nd Airborne Division and special operations forces captured him in Ramadi. In the absence of Khamis Sirhan and his immediate family, the FeH network either collapsed or was

---

[9] [ | Military | TACTICAL FUSION CENTER: KHAMIS SIRHAN: PERSONALITIES FOR TARGETING POWERPOINT BRIEFING | Possibly created 200401xx | (S/NF ) ]

[10] [ | Military | CIIR-3-66-39-03-084 | (S/NF) | ]

[11] Ibid.

[12] [ | Open Source | TAHERI, AMIR: WHO THE COALITION IS FACING IN IRAQ | 20031230 | (U) | ]

PX901

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

absorbed by other FRE insurgent groups. The dissolution of FeH led in turn to the splintering of the Hizb al-'Awda. With this, whatever tenuous hold the FRLs had hoped to gain in Anbar slipped away. Other FRE and SRE organizations rapidly moved to fill this power vacuum.

## Insurgent Networks and Coordination across Anbar

(S/NF) Despite JTJ's public debut, the majority of day-to-day attacks inside Anbar continued to be conducted by local and provincial FRE or SRE organizations (though the line between FRE and SRE became increasingly blurred as a result of Islamization). Infighting and rivalries initially hindered FRLs or FREs coordination of activities. Religious organizations stepped into the void and began facilitating cooperation by creating loose but not well-organized coalitions between the various insurgent groups. This cooperation enabled a great deal of permeability between insurgent groups, with members of one organization often blending or merging into another depending on the situation.

(S/NF) The clandestine Ramadi Shura Council (an overwhelmingly FRE organization) served as an informal coordinating body for insurgents based in and around Ramadi and throughout Anbar.[13] It was dominated by [ (b)(6) ] It met periodically with various insurgent leaders from the Jaysh Mohammed, the JTJ, the 1920 Revolution Brigade and the Green Battalion as well as smaller local groups like Abu Harun Group, Hawra Network, and the Black Flags Battalion at mosques in Ramadi.[14] Like many insurgent clerical organizations, the Ramadi Shura Council maintained close ties to AMS and influential Iraqi Sunnis including the Kharbit family.[15] Similar informal and formal shuras soon appeared in other major cities in Anbar. Though not tightly hierarchical, these shuras remained, in principle at least, subordinate to the Ramadi Shura Council and later the Fallujah Mujahideen Shura.

> (S/REL USA AND MCFI) **ABD AL-LATIF HUMAYIM AL-KHARBIT**, a wealthy Amman-based banker and scion of the influential Kharbit family, was a major Ramadi Shura Council financier. He was a former religious advisor to Saddam Hussein and the founder of Islamic banks in Baghdad and Ramadi.

(S/NF) The Ramadi Shura Council's ideology was as diverse as the groups it worked with. Latif was a deeply religious Sufi with a moderate view of *shari'a*. He sought to restore Sunni power in Iraq and saw himself as a defender of the Qur'an. In contrast, Daham was not very religious in his behavior, despite being a leading member of Ramadi Shura Council and supposedly adhering to a *Salafist* view of Islam.[16]

---

[13] [ | Military | TACTICAL FUSION CENTER: SPECIAL ASSESSMENT 001-05 | (S/NF) | ]
[14] Ibid.
[15] Ibid.
[16] [ | Military | TACTICAL FUSION CENTER: SPECIAL ASSESSMENT 001-05 | (S/NF) | ]

PX901

Declassified by:  MG Michael X. Garrett,
USFOR-A Chief of Staff
Declassified on: 201506

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq

6/13/07

(S/REL USA AND MCFI) Another approach, used by Jaysh Mohammed (now based at the southern end of Lake Thar Thar among the many chicken farms), was the creation of semi-autonomous subsidiary groups tailored to suit local interests.[17] Thus, groups like Saraya al-Jihad or Colonel Mohammed Khudyr Sabah al-Halbusi's Green Battalion were set up or reinforced in Ramadi, Karmah, Saqlawiyah, Shahabi, and Khalidiyah with the intent of appealing to Islamist Anbaris from the Halbousi and Jumayli tribes. They drew recruits who might have balked at joining Jaysh Mohammed, which by early 2004 was supported in part through money sent by intermediaries of [ b 6 ] (Saddam Hussein's daughter) and [ (b)(6) ].[18]

(S/NF) At the same time that the insurgent groups were competing and cooperating with each other, important events were occurring in the major cities of Anbar province.

## City Stories – Early 2004

(U) Although the insurgency may have been quiet while reorganizing and reorienting, the Coalition was active. Early 2004 saw a great deal of activity designed to stabilize Anbar. To suppress the insurgency, the Coalition based forces throughout the province under the command of the 82nd Airborne Division. Tiger Squadron of the 3rd ACR had three operating bases at Al Asad Airbase, Hadithah Dam and al Qa'im. 1st Infantry Division's 1st Brigade Combat Team (1st BCT, 1st ID) was in Fallujah. 1/124, Florida National Guard and 325th Airborne Infantry were in Ramadi.  As Coalition forces spread out, they discovered each city of Anbar had its own particular circumstances that colored the organization, ideology, and activities of the insurgent groups operating there, specifics the Coalition had to consider when designing a strategy for stability and reconstruction.

## Al-Qa'im

(S/REL TO USA, MCFI) In Al-Qa'im, the insurgency engaged in criminal activity more than attacks on the Coalition. Between January and March 2004, there were fewer than ten attacks on Coalition forces in the city.[19]

Because of its proximity to the border, insurgent groups and their allies in the Albu Mahal tribe used Al-Qa'im as a hub to smuggle insurgents to and from Syria. The two largest insurgent groups were the SRE organization Omar al-Muktar under Ghanem Mohowsh and the FRE criminal organization Al-Theeb (see Chapter 3 for a description of the latter).[20] Of the two, Omar al-Mukhtar had the wider reach, operating in Al-Qa'im, Anah, Rawah, Hadithah, and Muhammadi, but Al-Theeb was unquestionably the predominant group in the Al-Qa'im area.[21]

---

[17] Ibid.
[18] Ibid.
[19] [ | Military | 03JANMCFI | 20040102 | (S/NF) | ]; [ | Military | 3 ACR TEXT INTSUM | 20040103 | (S/NF) | ]; [ | Military | 06JANNOFORN | 20040105 | (S/NF) | ]; [ | Military | 27 FEB NOFORN | 20040226 | (S/NF) | ]; [ | Military | 09MARMCFI | 20040308 | (S/NF) | ]; [ | Military | 12MAR NOFORN | 20040310 | (S/NF) | ]; [ | Military | 14MAR MCFI | 20040313 | (S/NF) | ]; [ | Military | 14MAR MCFI | 20040314 | (S/NF) | ];
[20] [ | Military | THIRD ACR ANALYSIS AND CONTROL ELEMENT: AL QA'IM LINK ANALYSIS | (S/NF) | ]
[21] Ibid.

PX901

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

## Hadithah

(S/REL TO USA, MCFI) Disgruntled former Ba'athists, smugglers plying routes to Jordan and Syria, a thriving black market, and sabotaged electric lines (with the metal removed and sold as scrap) were all part of Hadithah's landscape in early 2004.[22] As was elsewhere, the insurgency was relatively quiet. Between January and March 2004, there were only nineteen attacks against the Coalition.[23]

(S/NF) Nonetheless, local intimidation efforts remained an issue, and the former mayor of Hadithah, Hawash Kalaf Metab, and police chief, Hosan Horat Waber, continued to collaborate with FRE insurgents in the city against Coalition forces.[24] Hadithah's proximity to Lake Thar Thar and strategic intersection within Anbar meant that the town served as an ideal staging area for FRE groups like Jaysh Mohammed.[25] Senior Ba'athists began relocating to the Hadithah area during the run-up to Operation VIGILANT RESOLVE, aided by sympathetic members of the Jughayfah tribe.[26]

(U) To counteract the appeal of the insurgency and to restore water distribution and power throughout Anbar, the Army Corps of Engineers, with support from CPA's Program Management Office, began a $12,000,000 project to overhaul and rehabilitate the Hadithah Dam. The project employed more than one hundred Iraqi workers at any given time, including those who had previously worked on the Dam. Earlier restoration projects in Hadithah had included the restoration of transmission lines to link the hydropower dam to the Iraqi power grid, a project overseen by the Washington Group International.

## Hit

(S/REL TO USA, MCFI) Hit, although far smaller than Hadithah, suffered more attacks during early 2004 compared to November-December 2003. Most consisted of IEDs, although the vast majority were found and defused before being detonated.[27]

---

[22] [ | Open Source | UNIVERSITY OF HAIFA/ AMATZIA BARAM: IRAQ AND ANBAR: A SOCIO-ECOJOMIC ANALYSIS & RECOMMENDATIONS | 20061025 | (U) | ] Unpublished paper prepared for MCIA.
[23] [ | Military | CJSOTF-AP: INTSUM | 20040104 | (S/NF) | ];
[ | Military | 08JANNOFORN | 20040108 | (S/NF) | ]; [ | Military | 17JANMCFI | 20040117 | (S/NF) | ];
[ | Military | 02 FEBMCFI | 20040202 | (S/NF) | ]; [ | Military | 05 FEBMCFI | 20040205 | (S/NF) | ];
[ | Military | 06 FEBMCFI | 20040206 | (S/NF) | ]; [ | Military | 07 FEBMCFI | 20040207 | (S/NF) | ];
[ | Military | 11 FEBNOFORN | 20040211 | (S/NF) | ]; [ | Military | 14 FEBMCFI | 20040204 | (S/NF) | ];
[ | Military | 15 FEBNOFORN | 20040215 | (S/NF) | ]; [ | Military | 19 FEBNOFORN | 20040219 | (S/NF) | ];
[ | Military | 05MARNOFORN | 20040305 | (S/NF) | ]; [ | Military | 07MARMCFI | 20040307 | (S/NF) | ];
[ | Military | 11MARMCFI | 20040311 | (S/NF) | ]; [ | Military | 13MAR NOFORN | 20040313 | (S/NF) | ]
[24] [ | Military | TACTICAL FUSION CENTER: HADITHAH CURRENT ASSESSMENT | 200408XX | (S/NF) | ]
[25] Ibid.
[26] Ibid.
[27] [ | Military | 20 FEBMCFI | 20040220 | (S/NF) | ]; [ Military | 21 FEBMCFI | 20040221 | (S/NF) | ]

PX901

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/NF) Insurgent intimidation and infrastructure problems led many Hit residents to see the Coalition as the cause. Residents complained that promises to restore the infrastructure and provide basic needs went unfulfilled.[28] Meanwhile, the city's corrupt police chief, General Salam, facilitated the travel of insurgents and foreign fighters through the town and assisted their anti-Coalition propaganda efforts, while police captain Mohab Nahib provided information to both sides.[29] Salam, however, had earlier been the target of insurgent intimidation, suggesting that his cooperation may not have been entirely voluntary.[30] The intimidation of public officials by insurgents was a common tactic throughout 2004.

**Husaybah**

(S/NF) In Husaybah, the insurgency consisted largely of local FRE groups who mounted retributive attacks, generally with RPGs. They recruited new members from disgruntled tribes and sent them to Abu Kamal in ⬚1.4b⬚ for training.[31] Many members of these FRE groups were former military or IIS officers who n trated the local police and were operating in conjunction with Al-Theeb in Al-Qa'im while cooperating on a tactical basis with JTJ.[32] SRE networks also used Husaybah as a way station for foreign fighters and a staging area for attacks in other parts of Anbar.[33]

**Ramadi**

(S/NF) In Ramadi and Fallujah, the situation was quite different from the rest of Anbar. In both cities, the insurgency was better entrenched and coordinated. This allowed for more sophisticated attacks against the Coalition.

(S/NF) Along with Ramadi Shura Council-coordinated activities, two major insurgent networks conducted many of the attacks in Ramadi, the al-Shabani Group and the Brigadier General Abid Sulayman al-Khalifawi network. Most active of the two was the informal FRE network loyal to Khalidiyah-based Brigadier General Abid Sulayman al-Khalifawi. This network, established in July 2003, had expanded by early 2004 to encompass most of eastern Anbar.[34] Also active in Ramadi was the ⬚ (b)(6)  1.4b ⬚[35] also based in Khalidiyah, led by explosives expert ⬚(b)(6)⬚

(S/NF) Ramadi also hosted a number of major insurgent facilitators and financiers. Foremost were members of the Kharbit family led in Ramadi by Abd al-Hamid al-Kharbit and Abd al-Latif Humayim al-Kharbit. As discussed earlier, they provided funding for a wide variety of insurgent

---

[28] [ | Military | TACTICAL FUSION CENTER: HIT CURRENT ASSESSMENT | 200408XX | (S/NF) | ]
[29] [ | Military | AL HIT ASSESSMENT - SPECIAL ASSESSMENT | 200405xx | (S/NF) | ]
[30] [ | Military | 02 FEBMCFI | 20040202 | (S/NF) | ]
[31] [ | Military | 01JANMCFI | 20040101 | (S/NF) | ]; [ Military | 3 ACR: INTSUM | 200401040600 | (S/NF) | ];
[ | Military | AO ATLANTA ASSESSMENT | 20040101 | (S/NF) | ]
[32] [ | Military | AO ATLANTA ASSESSMENT | 20040228 | (S/NF) | ]
[33] [ | Military | AO ATLANTA ASSESSMENT | 20040202 | (S/NF) | ]
[34] [ | Military |  OIA SF 2004-30038 | (S/NF) | ]
[35] Ibid.

PX901

Declassified by: MG Michael X. Garrett, USARCENT Chief of Staff
Declassified on: 201506

leaders and organizations throughout Anbar.[36] Anti-Coalition members of the Ghanim clan of the Albu Khalifah as well as the Fahad tribe facilitated the insurgency in Ramadi proper, providing documents, propaganda, and counterfeiting assistance to many groups active in the city.[37]

(S/REL TO USA, MCFI) **Ramadi Attacks Grow More Sophisticated**: Over 150 increasingly sophisticated attacks against the Coalition and its supporters occurred from January through March. Insurgents in Ramadi tended to carry out more complex attacks than in the smaller towns.[38] Daisy-chained IEDs produced more deadly explosions.[39] Ramadi was often the site of innovative techniques, among them the placement of IEDs in dead animals.[40]

(U) Even with these attacks, Ramadi's streets were generally more secure than Fallujah's. Coalition forces patrolled actively. Reconstruction efforts proceeded, with rehabilitation of schools, water treatment facilities, irrigation systems, and bridges. Unemployment was at 30% in Ramadi, in contrast to 40-60% throughout Anbar during the same period.

(U) Meanwhile, the Coalition worked to establish institutions that could govern both the city and the province. In January 2004, a 400-member conference of experts, notables, and professionals met at the Government Headquarters of Anbar Province in Ramadi. Conference committees organized caucuses and elections. Those with criminal records and senior members of the Ba'ath Party and IIS were ineligible. Press reports noted the debate regarding the status of former Ba'athists. The caucus system also generated friction between opposing factions and left some Anbaris feeling excluded. In the end, the caucuses selected the council, with Ali Mukhlif al-Assafi as head of council administration. The new council had one woman member (selected by the women's conference) and a broad swath of men from across Anbari society. Members included tribal chiefs, businessmen, clergy, engineers, health and education sector workers, lawyers, laborers, and a former soldier in the Iraqi army. The IIP, Iraqi Communist Party (ICP), and the Anbar National Congress (ANC) were all represented in the council, as were ten tribal leaders.[41]

---

[36] Ibid.

[37] Ibid.

[38] [ | Military | MCFI: 02JANMCFI | 20040102 | (S/NF) | ] ; MCFI: 06 FEBMCFI | 20040206 | (S/NF) | ] ; [ | Military | 28 FEB MCFI | 20040228 | (S/NF) | ]

[39] | Military | 03JANMCFI | 20040103 | (S/NF) | ]; [ | Military | 18JAN REL 4 EYES | (S/NF) | ]; [ | Military | 20JANNOFORN| (S/NF) | ]; [ | Military | 12 FEBMCFI | (S/NF) | ]; [ | Military | 28 FEB MCFI | (S/NF) | ] ; [ | Military | 09MARMCFI | (S/NF) | ]

[40] | Military | 18JAN REL 4 EYES | 20040118 | (S/NF) | ] ; [ | 21JANREL 4 EYES | 20040121 | (S/NF) | ]

[41] [ | Open Source | WISAM M. KARIM AL-JAF: GOVERNORATE WEST OF BAGHDAD SHRUGS OFF INSTABILITY AND INSURRECTION TO HOLD PEACEFUL BALLOT | http://iwpr.net?p=icr&s=f&o=168411&apc_state=heniicr2004 | (U) | ]

Approved for Release

PX901

Declassified by:  MG Michael X. Garrett, USFOR-A Chief of Staff
Declassified on: 201506

## Insurgent Reorientation and Reconciliation (January – March)

### Further FRL Splintering

(S/REL TO MCFI) It would be a mistake to assume with the capture of Saddam Hussein that the remaining Ba'athist leaders immediately gave up. Despite the splintering of the Hizb al-'Awda infrastructure, FRL leaders still regarded themselves as the best-organized insurgents. They believed they were the ones most likely to triumph against the Coalition. In the absence of Saddam's cult of personality, FRL propaganda reminded members of the 1960s, when the Party had to operate as a clandestine organization prior to rising up and seizing control of the country. Despite their efforts, the FRLs faltered. They were unable to reestablish the organization that had been in place during the fall of 2003. Infighting, factionalization, and a steady stream of defections by Ba'athists to stronger and more active FRE and SRE insurgent groups continued to diminish FRLs in Anbar and across Iraq.[42]

(S/REL TO MCFI) The decline of FRL influence in Anbar represented a major success for Coalition counter-insurgency (COIN) efforts. Through targeting of FRL leaders, facilitators, and financiers, the Coalition successfully disrupted their ability to organize and conduct attacks. Moreover, COIN efforts degraded FRL facilitation of allied groups in the province. The decline of the Ba'athist FRLs prompted a major restructuring of the insurgency. Many key individuals who had previously been active with FRLs joined or allied with FRE or SRE organizations. In many cases, the 1993 Faith Campaign (see Chapter 2) that Saddam engineered in order to bolster his rule appears in the case of Anbar to have worked entirely too well. Over the course of 2004, many Anbari FRLs and FREs found Sunni Arab nationalism or the religious appeal of the international *jihad* movement more attractive as an organizing principle than the socialist and pan-Arab ideology of the Ba'ath Party.

### Anbar SREs and Al Qaeda

(S/NF) **The Beginnings of Zarqawi and JTJ**: As the influence of FRL groups declined in Anbar at the beginning of 2004, other insurgent groups – particularly those with an Islamist outlook – capitalized on that decline to improve their position. As noted in Chapter 3, a number of Al Qaeda operatives, associates and allied terrorist organizations were active in Iraq in 2003, with Zarqawi's JTJ the largest single group. While JTJ was responsible for a number of spectacular terrorist attacks in 2003, perhaps as many as twenty-five suicide bombings, the group had only a small presence inside Iraq. They spent most of the year forging alliances and building coalitions with the assistance of SRE and FRE insurgent organizations.

(S/NF) **Merger Talks**: In late 2003, senior Al Qaeda leader Abdul Hadi al-Iraqi apparently met with Zarqawi, possibly in Fallujah, to discuss a direct merger between JTJ and Al Qaeda.  Zarqawi

---

[42] [ |                (b)(3) 50 USC § 3507                | IRAQ: BA'ATHISTS WEAKENED, OTHERS FIGHTING ON | 20040112 | (S/NF) | ]

PX901

Declassified by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

apparently thought this meant he was being offered overall command of the *jihad* in Iraq. In response to al-Iraqi's request for a detailed war plan for the Iraqi insurgency, Zarqawi wrote a 17-page letter meant for the global Al Qaeda leadership. He entrusted the letter to Hassan Ghul, an associate of Khalid Sheikh Mohammed who served as the primary liaison between JTJ and Al Qaeda senior leadership. Ghul had come to Iraq with the intention of expanding Al Qaeda presence in the country.

> (U) **ABDUL HADI AL-IRAQI.** A member of the Al Qaeda leadership and trusted lieutenant of Osama bin Ladin, al-Iraqi serves as the emissary and public face of the Al Qaeda *shura majlis* (ruling council) to Zarqawi and other Islamist leaders of the Iraqi insurgency.

(U) In January 2003 Hassan Ghul was captured near the town of Kalar by Kurdish *peshmerga* with Zarqawi's letter in his possession. Another copy was discovered on a compact disc recovered from a Zarqawi safe house in Baghdad. It appears, however, that his message eventually reached Abdul Hadi al-Iraqi and the rest of Al Qaeda's senior leadership.

(S/NF) **Zarqawi's Plan for Sectarian War**: Zarqawi's letter to Abdul Hadi al-Iraqi reveals much about the state of JTJ in early 2004. According to Zarqawi, JTJ had found it difficult to create a base inside Iraq to train new recruits. It was also hesitant to issue a general call to arms since Iraq has "no mountains to seek refuge or forests in which to hide." Zarqawi also complained that the Iraqi population "will give … refuge" to JTJ fighters, but that they "will not allow you to make their home a safe house."

(U) Despite these limitations, Zarqawi stated that JTJ had been involved in "overseeing, preparing, and planning" as many as twenty-five suicide bombings throughout Iraq in 2003. Although he agreed that the United States, the Kurdish factions, and the Iraqi security forces were enemies, Zarqawi argued that it was most important to target Shi'a religious, political, and military symbols. This would incite an Iraqi civil war that would force the Sunni population to side with him and keep the Coalition from taking over the country.

(U) **No Civil War Yet**: Zarqawi's plans to mount a sectarian war in Iraq were initially rejected. According to a May 2005 letter by second-in-command Ayman al-Zawahiri, Al Qaeda (a Sunni organization) leadership believed a sectarian war in Iraq would antagonize Iran (a Shi'a country). This was not desired at a time where Al Qaeda sought Iran's cooperation against the U.S. Attiyat al-Jaziri, another senior Al Qaeda leader, provided an alternate justification. In a December 2005 letter, he reminded Zarqawi how disastrous the fighting in Algeria had been for the Al Qaeda associated groups Armed Islamic Group (GIA) and Salafist Group for Preaching (Call) and Combat (GSPC). During the 1990s, the GIA massacred tens of thousands of Algerian civilians, which drove a majority of the population into the arms of the government to the detriment of the Islamists.

(U) According to a Zarqawi statement released in October 2004, JTJ and the Al Qaeda leadership conducted extensive negotiations in the period between Hassan Ghul's capture in January and September 2004. They finally reached an understanding. The primary issue was Al Qaeda's

PX901

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq
6/13/07

insistence that its associated groups adhere to two rules: maintain an anti-U.S. focus and not worsen intra-Islamic disputes until after the U.S. was defeated. By September, they reached agreement concerning the second rule. Zarqawi's desire to gain bin Ladin's blessing for JTJ was not merely symbolic. It meant access to Al Qaeda's global network of resources, personnel, propaganda, and financing.

(S/NF) **Zarqawi and Umar Hadid** While negotiations with Al Qaeda leadership were taking place, JTJ expanded its activities in Fallujah and Ramadi. Although often characterized as foreign terrorists, by 2004 JTJ had recruited enough Iraqi members they now represented a majority of the organization's rank-and-file members.[43] While foreign fighters constituted most of JTJ's leadership, Iraqi *jihadis* also held senior positions within the organization. In addition to Thamir Mubarak Atrouz (mentioned in Chapter 3), by early 2004 Umar Husayn Hadid al-Khutayf'awi al-Mahamdi (Umar Hadid) had become one of Zarqawi's most trusted lieutenants and facilitators in the Fallujah area.[44] This allowed Zarqawi to recruit Iraqis into his organization by exploiting mosque connections, family ties, and tribal rifts (in addition to his ruthless command style and robust international support).

(S/NF) **The Golden Chain**: The activities of JTJ and other Al Qaeda groups in Anbar were aided by the financial support they received from members of the Golden Chain. The Golden Chain is a global network of radical Islamist businesses, financiers, clerical organizations, and NGOs who support Al Qaeda and associated *jihad*ist movements. Drawing on supporters from Saudi Arabia (Sulayman al-Alwan), the UAE (Salim al-Shamsi) to Jordan (Jamal al-Basha), the UK (Muhammad bin Surur) and the U.S. (Luqman Aleem), these individuals channeled large amounts of money to JTJ and similar organizations in Anbar and throughout Iraq.[45] International Islamist organizations including Hizb al-Tahrir and the International Muslim Brotherhood also raised money for *jihad*ist groups active in Iraq.[46]

(S/NF) **The Iraqi Salafists**: Early 2004 saw an increasing Islamization in the insurgency. Existing Iraqi SRE organizations, and in particular Salafist groups, moved to exploit the power vacuum in Anbar left by Saddam Hussein's capture and the decline of the more political and nationalist FRLs. The two earliest manifestations are the rise of Mahdi Sumaydi's Salafi Jihad organization and the Abd al-Rahman al-Naqshbandi Network (see Index of Insurgent groups). Both used or infiltrated existing Sunni religious and political organizations such as AMS and IIP in order to recruit fighters to carry out anti-Coalition attacks.[47]

---

[43] [ | Military | OIA SF 2004-30029 | S/NF | ]
[44] [ | Military | CTC 2004-30132 |         | S/NF | ]
[45] [ |‗‗‗‗‗‗ b_3_50 USC   3507 ‗‗‗‗‗‗‗ IRAQ: VAST, DISPERSED NETWORKS FUNDING JIHAD | 20040122 | S/NF | ] The Golden Chain is a term used to describe the international network of organizations and individuals that support Al Qaeda's global jihad against the United States.
[46] Ibid.
[47] [ | Military | OIA SF 2004-30052 | S/NF | ]

Approved for Release

PX901

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/NF) These Salafist groups formed in 2003. They had operated primarily as clandestine organizations and hadn't taken an active role in conducting attacks on Coalition forces.[48] Salafi *Jihad* was the larger of the two, with an estimated 3,000 followers in Kirkuk, Baghdad, Mosul, and Fallujah.[49] Following the January 2004 detention of Mahdi Sumaydi, Salafi Jihad's military leader Abd al-Jabbar al-Habuth al-Saidi (Abu Rukiya) took control of the group, allying it closely with Jaysh Mohammed and Zarqawi. Abu Mohammad al-Adnani's Secret Islamic Army formed as a result of the latter alliance. Secret Islamic Army acted as an umbrella organization to facilitate cooperation between Salafi Jihad and Zarqawi.[50]

> (U) **MAHDI SUMAYDI.** The self-proclaimed "Amir al-Salafi" in Iraq, Sumaydi founded the Tamil al-Qur'an Salafist secret society in the al-Yusufiyah neighborhood of Baghdad in early 2001. After the fall of Saddam Hussein, he formed the Salafi Jihad organization to fight the Coalition and was detained as a result from January to November 2004.

> (S/NF) **ABD AL-RAHMAN AL-NAQSHBANDI.** An Iraqi Salafist leader, he issued a *fatwa* in October 2003 calling for jihad against Coalition forces. He married the widow of a Naqshbandi Sufi leader and adopted her name in order to conceal his Salafist views. He operated throughout Anbar and served as one of the most prominent Iraqi Salafist leaders within the insurgency in early 2004.

(S/NF) Salafi Jihad's greatest asset in Anbar lay in the ability to use Sumaydi's name and self-declared title. This title, Amir al-Salafi ("Commander of the Salafi"), helped attract funding from Salafist movements in Saudi Arabia, Yemen, Morocco, and Egypt. Salafi Jihad also received funding from Lebanon-based Al Qaeda leader Muhammad Salim and the Secretary General of the Arab Nationalist Movement in Lebanon, Ma'an Bashur.[51] This foreign funding enabled Salafi Jihad to enhance its influence in Anbar far beyond its actual size by actively financing a variety of FRE and SRE groups.[52]

(S/NF) **Networks**: As with Salafi Jihad, the Abd al-Rahman al-Naqshbandi Network was also aligned with Jaysh Mohammed and other FRE organizations.[53] Believed to possess up to 1,000 members, Abd al-Rahman al-Naqshbandi Network was made up largely of former Iraqi soldiers and intelligence officials who had made a sincere conversion to Salafism following the fall of the Iraqi regime.[54] Adil al-Hadithi, an associate of AMS leader Harith al-Dhari, served as head of the organization's military wing. He was one of the main organizers of Earthquake. This operation, which was planned for December 2003 but not executed, was to involve a massive, coordinated FRE and FRL attack against Coalition forces.[55] This is significant, as it further demonstrates the

---

[48] Ibid.
[49] Ibid.
[50] Ibid.
[51] Ibid.
[52] Ibid.
[53] Ibid.
[54] Ibid.
[55] Ibid.  The attack failed to occur.

SECRET/NOFORN

PX901

Declassified by:  MG Michael X. Garrett,
USARCENT CofS Staff
Declassified on: 201506

degree of cooperation and cohesion that already existed between FRL, FRE, and SRE groups following the capture of Saddam, a trend that would only intensify throughout 2004.

**The Consolidation of FREs**

(S/NF) Larger FRE organizations such as Jaysh Muhammad and its Saraya al-Jihad subsidiary group had already been active in Anbar at the provincial level in 2003 (as "false flag" FRL/FRE organizations that used religious rhetoric to gain popular support).

> (U) **A "FALSE FLAG" OPERATION** is one where a person or organization pretends to be something else, to cover its real identity and/or to create an appeal or blame based on different motivations. False flag operations are also used to enlist persons to learn their political or religious orientation.

(S/NF) By 2004 these groups abandoned their earlier allegiance to Sunni Arab nationalism.[56] Though Anbar was not a hotbed of *wahabbism*, the religious rhetoric adopted by IIS mid-level officers as a means to enlist Anbaris, was slowly embraced by many insurgents at nearly every level. As its more secular leaders were detained or killed by the Coalition's attacks in early 2004, Jaysh Mohammed expanded its existing alliance with Iraqi Salafist insurgent groups led by Mahdi Sumaydi and Sheikh Abd al-Rahman al-Naqshbandi.[57] These alliances radicalized Jaysh Mohammed (JM) and Saraya al-Jihad (SAJ), leading to their gradual adoption of a religious-extremist agenda and sectarian worldview during 2004 was unthinkable earlier.[58]

(S/NF) **The Saraya al-Jihad Group**: For Saraya al-Jihad this radicalization happened quickly as it adopted a variant of Al Qaeda's global *jihad* worldview.[59] Its rapid radicalization can be explained in two ways: 1) it maintained formal and informal cooperation with several radical groups and 2) its Mosul-based leader Abu Haditha fell under the influence of Ansar al-Sunna and JTJ in early 2004.

> (U) **AL QAEDA'S GLOBAL JIHAD**: Before 2001, most jihadist groups were motivated by a belief in jihad aimed at overthrowing local leaders, killing local Shi'a or other "apostates," expelling occupiers of Islamic lands, and/or creating an Islamic state in their own country. In the early 1990s, Al Qaeda's leadership argued that the United States should be the sole focus of jihad, because it was the source of all evil in the world (the "greater unbelief") and because expelling it from Islamic lands was the easiest way to accomplish the other objectives of jihadist groups around the world. Since 2001, Al Qaeda has worked to unite other jihadist groups in this global jihad against the United States.

(S/NF) Though originally set up as a subsidiary of Jaysh Mohammed (a nationalist *jihad*ist organization), SAJ's key individuals had pre-OIF ties to Al Qaeda and Ansar al-Sunna's parent organization Ansar al-Islam (AI).

---

[56] [ | Military | CJSOTF:  INTSUMS:  ORGANIZATIONS WITH IRAQ: KEY REPORTING  | 2003 0527 to 17 July 20030717  |  (S/NF)  | ]; [ | Military | JISE: 318-230-0329 |  (S/NF)  | ]
[57] [ | Military | OIA SF 2004-30052 |  (S/NF)  | ]
[58] [ | Military | OIA SF 2004-30002 |  (S/NF)  | ]
[59] [ | Military | JITF-CT:  ABU MUSAB AL-ZARQAWI NETWORK: MOSUL, IZ NETWORK PRESENCE | 20050107 |  (S/NF)  | ]

PX901

Declassified by: MG Michael X. Garrett,
USFOR-A CJ2 Staff
Declassified on: 201506

> **(S/REL TO MCFI)** ANSAR AL-SUNNA AND ANSAR AL-ISLAM. After the defeat of Ansar al-Islam in 2003, the survivors of the group who escaped into Iran split into several organizations, the largest of which joined Abu Abdullah al-Shafei to form Ansar al-Sunna. While Ansar al-Sunna cooperated with JTJ and later AQI, al-Shafei blamed Zarqawi for the loss of Ansar al-Islam's base in northern Iraq and refused to accept his authority, sending his own reports to the Al Qaeda leadership that were heavily critical of Zarqawi.

**(S/NF)** **The 1920 Revolution Brigade**: Other FREs grew from small local organizations in 2003 to major players in 2004. The best example is the 1920 Revolution Brigade (Kata'ib Thawrat al-Ishrin).[60] The 1920 Revolution Brigade was formed in July 2003 by Sheikh Muhammad al-Kubaysi (known within the group as Sheikh Abu al-Habib al-Dhahir) and his aides General Hamid Sha'ban and Major General Hamid Mahmud al-Abid. They formed the 1920 Revolution Brigade in response to a fatwa issued in the summer of 2003 by AMS leader Harith al-Dhari. This fatwa called for the Zobai tribe and the Sunni Arab al-Jibur areas of Nineveh, Diyala, and Anbar to form an umbrella Sunni insurgent organization to fight the Coalition. By early 2004, the 1920 Revolution Brigade was still organized along tribal lines, but it had become a national organization, with five regional commands across Iraq. Each region was reportedly led by a former colonel answering to a leadership council of twenty-five tribal leaders.[61] Using the National Islamic Resistance as its political wing and the Islamic Response Movement as its internal security wing, the 1920 Revolution Brigade had established itself in the Fallujah and Ramadi areas of Anbar by early 2004 and formed a loose tactical alliance with JTJ for their mutual benefit.[62]

**(S/NF)** **The Islamic Army of Iraq**: Another major group to emerge in early 2004 was the Islamic Army of Iraq. Islamic Army of Iraq was an umbrella organization for local and regional FRE groups such as the Khaled bin Walid Corps and the Mujahideen Brigades.[63] The group gained a great deal of notoriety in Anbar by kidnapping foreign nationals and contractors. They either killed their captives for political reasons or ransomed them for large sums of money that could be used to support the insurgency.[64]

**Further Islamization of the Insurgency**

**(S/REL TO MCFI)** The movement toward Islam was part of a larger phenomenon. Saddam's capture, the discrediting of Ba'athist secular and nationalist ideology, effects of the Faith Campaign, and an influx of Wahhabi/Salafist preachers resulted in changing motivations, with an Islamization and radicalism expressed in six different ways:

1. Implementation of *shari'a*, especially the *hadd* punishments;

---

[60] [ | Military | US CENTRAL COMMAND: 1920 REVOLUTION BRIGADE (KATA'IB THAWRAT AL ISHRIN) | 20060110 | (S/NF) | ]

[61] Ibid.

[62] [ | Military | DIIR IMEF THT204 0002 05 | (S/NF) | ] (Date based on interview with ▉▉▉ (b)(3), (b)(6) ▉▉▉)

[63] [ | Military | MARINE CORPS INTELLIGENCE ACTIVITY: BRIEFING: ANBAR : INSURGENCY GROUPS | 20061026 | Slides 8&9 (No sources listed.)

[64] Ibid.

PX901

Declassified by:  MG Michael X. Garrett,
USFOR-A Chief of Staff
Declassified on: 201506

> (U) **HADD (PL. HUDUD)** literally, "limits," are the punishments specified in the Qur'an for five different sins: adultery (execution or beating), apostasy (execution), stealing (cutting off of the left hand), murder (beheading) and intoxication (beating). Jihadists as well as radical Islamists believe that the *hudud* must be applied in order to practice Islam correctly.

2. Inclusion of clergy in insurgent leadership and decision-making (through the issuing of fatwas that the groups saw as binding);
3. New emphasis on creating an Islamic state (the Caliphate);
4. Establishment of a shura council;
5. Creation of committees to promote virtue and prevent vice;

> (U) **COMMITTEES TO PROMOTE VIRTUE AND PREVENT VICE.** Radical Islamist groups believe they must implement *shari'a* on any territory they control. To ensure all citizens will follow *shari'a*, most Islamists create an institution to enforce Islamic law through beatings, public humiliation or even executions. This organization, traditionally named the "hisba," is usually called by modern Islamists "The Committee to Promote Virtue and Prevent Vice," from a Qur'anic verse that calls Muslims true believers only when they promote virtue and prevent vice ("*al-amr bi'l-ma'ruf wa'l-nahy 'an al-munkar.*").

6. Belief in a Jewish-led American global conspiracy against Islam and the need to defeat it in Iraq through jihad

(S/NF) By early 2004, a plurality of the 57 verified insurgent groups active in Anbar (including many FRE organizations), had not only adopted Islamic rhetoric but had become at least to some degree Islamist.[65] While this did not immediately translate into support for the more radical positions of Salafism or Zarqawi's agenda, it did make many insurgent groups and rank-and-file insurgents more likely to accept these positions as legitimate.

(S/NF) The "Islamization" of the insurgency coincided with the rise of Salafist clerics such as Mahdi Sumaydi and Sheikh Abd al-Rahman al-Naqshbandi, in addition to AMS. They provided ideological, and in some cases operational, leadership for insurgent groups. Previously, prominent to mid-level political and military officials from the former regime filled such positions.[66] In 2003, pro-insurgent members of Anbar 's Sunni clergy limited their support to sermons and other public statements. By early 2004, some insurgent organizations enlisted Salafist and other Islamist clerics to assist them in finding religious justifications for their actions and to help in an active operational capacity. This involvement did not reflect the majority of Anbari clerics. Most were "on the fence" regarding whether or not to actively support the insurgency.

(U) The Islamization of the Iraqi insurgency should not be confused with an adoption or acceptance of Al Qaeda's ideology. Insurgents came to view their activities from an Islamist (rather than nationalist) perspective. They saw supporters of the Coalition as apostates instead of collaborators. They viewed the Shi'a as heretics. And, they believed the Coalition's actions occurred within the

---

[65] [ | Military | MARINE CORPS INTELLIGENCE ACTIVITY:  BRIEFING: ANBAR : INSURGENCY GROUPS | 20061026 |  Slide 1 (No sources listed.) | ]
[66] Ibid.

PX901

Declassified by: MG Michael X. Garrett,
USARCENT Chief of Staff
Declassified on: 201506

context of a global conspiracy against Islam. However, in an overwhelming majority of cases, this did not translate into support for Al Qaeda or its tactics (particularly the use of suicide bombers) or Zarqawi's strategy to trigger sectarian war and eradicate the Shi'a. Even within Al Qaeda, Zarqawi was regarded as an extremist and sectarian. This became an issue of contention and negotiation between Zarqawi and the Al Qaeda leadership when he sought to serve as their representative in Iraq.

## Snapshot: The Insurgency January-March 2004

(S/NF) During early 2004, there was far more religious content in the insurgency's propaganda and motivation.  The once clear lines between Arab nationalist and Salafist or Wahhabi groups began to blur. With the splintering of FRL organizations that followed the capture of Saddam Hussein, many former FRLs joined or supported new groups with Islamic or even Islamist ideologies (such as the Islamic Army of Iraq). Other FRL groups, such as those loyal to Izzat Ibrahim al-Duri, began providing support to "mixed" FRE/SRE groups. FRE groups like the 1920 Revolution Brigade and Jaysh Muhammad also became more religious in their propaganda and justifications for attacks. They adopted the advice and counsel of the 'ulama'. And, they cooperated tactically with SRE and Al Qaeda affiliated groups such as JTJ through a mixture of funding and joint participation in criminal endeavors.

(U) The emergence of JTJ and Zarqawi as major players in the insurgency underlined this turn toward a more extremist Islamist agenda. Although he had only carried out a few spectacular attacks, Zarqawi's anti-Shi'a orientation found wide appeal in Anbar. Like Zarqawi, the province had always viewed the Shi'a with suspicion and disdain. Zarqawi's negotiations with Al Qaeda would soon yield an agreement that would allow funding and support from the global *jihad* to flow freely to JTJ with two signification consequences. First, Iraq became a central part of Al Qaeda's strategic vision. Second, Zarqawi's targeting of the Shi'a became associated with Al Qaeda, leading eventually to a tarnishing of Bin Ladin's image in the Islamic world because he was seen as killing other Muslims (whereas he desires to be seen as defending Muslims against the 'evil' West).

(U) Anbar seemed quiet during this period with fewer attacks against the Coalition. The decrease in attacks can mostly be explained by a lowered Coalition presence and the withdrawal of the 82nd Airborne Division to bases outside the cities.

(U) Reconstruction and stabilization efforts progressed. Still, the continuing violence in Ramadi and Fallujah indicated that all was not well in this Sunni stronghold.  In retrospect, the rapidly changing nature of the insurgency makes clear that the quiet on the surface hid the action taking place below.

PX901

Declassified by:  MG Michael X. Garrett,
USPACOM US Army Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

## Operation VIGILANT RESOLVE (March - April 2004)

(S/REL TO USA, MCFI) Fallujah was experiencing a high degree of violence and intimidation. By the end of 2003, the insurgency had developed into a sophisticated network of groups, adept at raising money, recruiting young men, training would-be *jihadis*, and carrying out attacks against the Coalition. Numerous arms dealers made it easy for insurgents to acquire weapons. Moreover, the many FRE explosives experts continued to refine their techniques.

(S/REL TO USA, MCFI) The result was a series of attacks on the Coalition as well as everyday violence that escalated throughout early 2004. On January 6, two French nationals were shot and killed after their car broke down in Fallujah. This was followed on February 12 by an attack on the convoy carrying General John Abizaid. Two days later an organized raid by twenty-five insurgents on a police station killed twenty-three Iraqis who collaborated with the Coalition.[67] The first three months of 2004 saw IED attacks of new sophistication, including increased use of remote detonation (especially with cell phones), concealment in concrete or trash, the inclusion of shrapnel with the explosives[68] and secondary charges. [69]

(S/REL TO USA, MCFI) Insurgents also began to impose their religious ideas on the citizens of Fallujah. They insisted everyone follow their version of Islamic law (*shari'a*), punishing people who refused to comply. Thus there would be no pornography, alcohol, smoking, immodest dress by women or long hair for men. Those who violated these norms were publicly beaten or even killed. Businessmen and merchants received threats if they did not provide basic staples at a "fair" price. These were not idle threats. Businesses that violated the new rules were vandalized or destroyed.[70]

## Prelude to Operation VIGILANT RESOLVE

(S/NF) **Death of Blackwater Contractors**: The surge in violence reached a tipping point on March 31, 2004. Albu Eissa tribesmen from Islamic Army of Iraq murdered four American Blackwater contractors. International TV (with sources among the insurgents) broadcast video images of their bodies being burnt and mutilated.[71] As noted in Chapter 3, following the detention of Sheikh Barakat Albu Eissa in September 2003, his followers had threatened to target Coalition contractors in Fallujah.[72] This attack made good on that threat. In response to the attack, the Coalition initiated Operation VIGILANT RESOLVE. The operation's mission was to deny the insurgency a sanctuary in Fallujah and apprehend those responsible for the murder of American civilians.

---

[67] [ | Open Source | All taken from the Guardian | ]
[68] [ | Military | 09JANMCFI | 2004 0109 | (S/NF) | ] ; [ | Military | : 14JANMCFI | 2004 0114 | (S/NF) | ] ;
[ | Military | 24JANNOFORN | 2004 0124 | (S/NF) | ]; [ | Military | 15FEBNOFORN | 2004 0115 | (S/NF) | ]
[69] [ | Military | DIIR IMEF HET05 0195 05 | ]
[70] [ | Military |  IMEF HET05: DIIR 0195 05 | (S/NF) | ]
[71] [ | Military | MARINE CORPS INTELLIGENCE ACTIVITY:  BRIEFING: ANBAR : INSURGENCY GROUPS | 20061026 | (S/NF) | ]   Slide 9 (No sources listed.)
[72] [ | Open Source | INTERVIEW: [ b 3 , b 6 ]  US ARMY, TRIBAL ADVISOR TO CPA | 200610xx | (U) | ]

PX901

Declassified by:  MG Michael X. Garrett,
USARC/G-1 & USAR-Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/NF) The Coalition faced groups spanning the full range of the insurgency, from Al Qaeda to SRE, FRE, and FRL organizations. The ease with which these groups were able to operate in Fallujah was due to cooperation with local tribesmen. Tribesmen were generally anti-Coalition in outlook and supportive of the insurgency, though they preferred that violence not affect their own territory.[73] The Ba'athist and IIS remnants of Khamis Sirhan's network were also active in the city and receiving financial support from the surviving members of Saddam's inner circle.[74]

(S/REL TO USA, AUS, CAN, GBR) **Three Insurgent Groups in Fallujah**: There were, in fact, three large insurgent networks in Fallujah in April 2003. They were:

- FREs and Hizb al-'Awda members from Khamis Sirhan's organization. This network included former Ba'athists, soldiers, and IIS officers led by Fallujah Ba'ath Party leader Nuri Zbar al-Munajit.[75]

- SRE Yasin Hamudi Asaf Group. This network included Fallujah Islamists working closely with foreign fighters in the city.[76]

- The third and largest network was an FRE group led by Brigadier General Ali Daud Sulayman Nayil al-Khalifawi, who maintained ties to Zarqawi and Sheikh Abdullah Janabi.[77]

(S/NF) While it would be a mistake to regard any one individual as being the center of the Fallujah insurgency, Sheikh Abdullah al-Janabi had assumed the role of general organizer and coordinator.[78] In this role, he drew on his connections to Al Qaeda, JTJ, Ansar al-Sunna, AMS, Jaysh Mohammed, and less prominent FRE and SRE insurgent groups in the city. Janabi (aided by his lieutenant Dafir al-Ubaydi al-Baqiri, better known as Sheikh Dafir) played the most prominent role in Fallujah. Janabi's prominence continued as he later became, in a sense, the grey eminence within the Fallujah Mujahideen Shura serving as its political face.[79]

**The Battle**[80]

(S/REL TO USA, MCFI) Following the brutal murder of four Coalition contractors by the Fallujah insurgents, Secretary of Defense Donald Rumsfeld, CENTCOM Commander General John Abizaid, and CPA Ambassador Paul Bremer decided that a military response was needed to deny the

---

[73] Ibid.
[74] [ |          (b)(3) 50 USC § 3507          | IRAQ: POWER VACUUM AIDED INSURGENTS IN AL FALLUJAH | 20040402 | (S/NF) | ]
[75] [ | Military | OIA SF 2004-30007 | (S/NF) | ]
[76] Ibid.
[77] Ibid.
[78] [ | Military | SHEIKH ABDULLAH AL JANABI - BST RALEIGH HVT #2 | 20040801 | (S/NF) | ]
[79] Ibid.
[80] [ | Military | NGIC ASSESSMENT: COMPLEX ENVIRONMENTS: BATTLE OF FALLUJAH I | 200404xx | (S/NF) | ] ; and, Bing West

PX901

Declassified by:  MG Michael X. Garrett,
USARCENT Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

insurgents a sanctuary and to arrest those responsible for the murder of civilian contractors.  On April 4, elements of the I MEF launched their offensive into the city. Operation VIGILANTE RESOLVE had begun.

(U) Prior to the beginning of VIGILANT RESOLVE, RCT-1 of the First Marine Division set up a traffic control cordon around Fallujah to isolate the city's insurgent forces and prevent their escape. While food and medical supplies were allowed into the city, only women, children, and old men were allowed to leave. Other Coalition units conducted operations in Ramadi, Khalidiyah, Karmah, and northern Babil to prevent outside insurgent groups from aiding Fallujah. Civilians were repeatedly warned to evacuate the city.

(S/REL TO USA, MCFI) **Marine Units Attack**: On April 4th, the attack began. 2,000 troops, mostly infantry, from two battalion task forces from RCT-1 assaulted Fallujah. They were supported by ten M1A1 tanks, twenty-four AAVP-7 amphibious tractors, and a battery of M198 howitzers. The 2nd Battalion, 1st Marine Regiment (2/1) attacked the Jolan district. 1st Battalion, 5th Marine Regiment (1/5) attacked the industrial Shuhidah district. The Coalition plan was to trap the insurgent force between these two pincers. The 2nd Battalion, 2nd Marine Regiment (2/2) provided a screening force to the south. On April 13, 4th Light Armored Infantry Battalion attacked from the west. Air support included Marine Corps rotary-wing aircraft and AC-130s (particularly feared by the insurgents, with the mere appearance of AC-130s discouraging most of their movement at night).

(S/REL TO USA, MCFI) Roughly 2,000 Iraqi soldiers and police were deployed in support. Many, however, deserted soon after the fighting began. This forced some Marine units to reposition to maintain the cordon around the city. For instance, of 700 Iraqi soldiers from the 2nd New Iraqi Army Battalion, 38% deserted after coming under fire on April 5 while moving to Fallujah. An exception was the 400 Iraqis from the 36th Iraqi National Guard Battalion that together with seventeen Special Forces advisors took part in the fighting in Jolan.

(S/REL TO USA, MCFI) After two days of fighting, 2/1 had penetrated into northeastern Jolan and 1/5 had seized a stronghold in the southeastern Shuhidah district that would serve as a staging ground for patrols deeper into Fallujah. These patrols began to push up against the south side of Highway 10 almost immediately.

**Insurgent Strength in Fallujah**

(S/REL TO USA, MCFI) The enemy was, on the surface at least, an impressive one. Insurgent forces in Fallujah numbered 500-1,000. They possessed small arms, RPGs, machine guns, IEDs, and mortars. Operating in small teams and conducting hit-and-run attacks, insurgents moved from building to building as they fell back on pre-positioned weapon and supply caches. In addition, insurgents had hardened certain areas of the city with barriers, dug-in positions and traps designed to kill Coalition forces as they advanced.

(S/NF) Sheikh Abdullah al-Janabi served as de facto commander of the Fallujah insurgents. He, along with fellow cleric Dafir al-Ubaydi, spent the battle encouraging residents to fight. Zarqawi

PX901

Declassified by: MG Michael X. Garrett,
USARCENT Chief of Staff
Declassified on: 201506

personally oversaw the defense of 5-10% of the city with one hundred foreign fighters while his deputy Umar Hadid led the Iraqi JTJ fighters in the city. Other insurgent leaders active in Fallujah were former Republican Guard (RG) or Special Republican Guard (SRG) commanders, Islamic Army of Iraq leaders, and prominent members of the Mohamdi tribe.

(S/REL TO USA, MCFI) Some higher-ranking insurgent leaders, financiers, and facilitators fled Fallujah prior to the attack, leaving lower-level figures to conduct the fighting.

(S/REL TO USA, AUS, CAN, GBR) Mosques served as local insurgent command centers with the al-Hadhra al-Muhammadiya mosque the primary command and control center for Janabi and his followers. In most cases, the city's defenses were organized by armed groups of young men tied to local mosques.

(S/REL TO USA, MCFI) There was no city-wide central command responsible for coordinating the activities of Fallujah's fighters. While an organization akin to the later Fallujah Mujahideen Shura existed, it was still informal and ill-defined. A limited amount of operational planning – such as assigning defensive zones to major groups, setting up observation posts, and pre-registering mortars – took place. Once the fighting began, command and control became chaotic and decentralized with many insurgent cells acting autonomously.

(S/REL TO USA, MCFI) Yet it would be false to claim that no command and control existed. Some cells had a clear chain of command, issued written orders, set up observation points, and used organized scouts on motorcycles. Others simply ran towards the nearest sounds of fighting, relying on smoke and fire as reference points for their RPGs and machine guns.

(S/REL TO USA, MCFI) The insurgents generally employed a dispersed, nonlinear defense in depth, although there were some tactical advances by small mobile combat cells. These mobile combat cells carried out hit-and-run attacks, ambushes, and standoff attacks using mortars and IEDs. They did not attempt to defend, nor did the Marines attempt to clear every house in a given area. Most insurgents moved in groups of 5-10 as they ran forward, opened fire, and then retreated back into the alleys.

**External Support for Fallujah Insurgents**

(S/REL TO USA, MCFI) The Fallujah insurgents were not acting alone. They received support from other networks in Ramadi, Saqlawiyah, Amariyah, and Karmah. As a result, when VIGILANT RESOLVE began, allied insurgents attempted to surge their activities to stretch Coalition forces. They hoped this would allow Fallujah's insurgents to hold their ground. These allied insurgents set up roadblocks, IEDs, and ambushes along key Coalition lines of communication with the intent of interdicting supply convoys and patrols. They also attempted to destroy key bridges, including the Thar Thar canal crossing.

(S) Anbar was no longer the quiet province of January through March 2004. Fighting also took place in Husaybah, which like Fallujah had served as an insurgent staging area prior to the beginning of

PX901

VIGILANT RESOLVE. During this fighting, the Coalition clashed with the entire pro-insurgent Husaybah police department.[81]

(C/NF) The fighting in Anbar included large-scale attacks. Some numbered more than one hundred fighters, including those mounted by FREs and Ansar al-Sunna in Ramadi, Qusaybah, and Karmah. Insurgents apparently used the fighting in Fallujah as their model.[82]

(S/NF) Al-Qa'im-based Omar al-Mukhtar leader Juma Hamid Khalaf al-Mahalawi traveled to Ramadi with 40-60 fighters to support the Fallujah insurgents.[83] Other leaders in al-Qa'im, Mosul, Kirkuk, Tarmiyah, Tikrit, Sharqat, and Hillah all sent fighters and supplies to Fallujah.[84]
(S/REL TO USA, MCFI) During Operation VIGILANT RESOLVE, some allied insurgents were able to move with ease and remained able to enter Fallujah. They infiltrated through the Marine cordon using back roads and hidden trails not blocked by Coalition forces, smuggled weapons and contraband into the city as humanitarian supplies, and relied on bribes or collaborators within the Iraqi police forces.[85]

(S/NF) **Shi'a Support for Sunnis in Fallujah**: The Coalition attack on Fallujah stimulated Shi'a support for the Anbari Sunni. Even Muqtada al-Sadr's Mahdi Army provided support. By early April 2004, liaison had been established between the Fallujah insurgents and the Mahdi Army. This offered a loose framework for cooperation despite the obvious sectarian differences.[86] In mid-April, Sadr sent weapons, supplies, and even some fighters to Fallujah under the cover of providing humanitarian aid.[87]

**Political Pressure and the End of Operation VIGILANT RESOLVE[88]**

(U) Political pressure for a halt to Coalition military operations in Fallujah swiftly built. Key reasons included the following:

- Muqtada al-Sadr's Mahdi Army began attacking Coalition forces on April 2
- The closure of his *Hawza* newspaper and arrest of a top aide
- Al-Sadr's uprising put added pressure on the Coalition

---

[81] [ | Military | CARTER MALKASIAN: I MEF OPERATIONS IN IRAQ, MARCH – APRIL 2004 | 20040822 |
(U) |   Malkasian is a Center for Naval Anal sis field re resentative attached to I MEF in 2004-2005.
[82] [ |                 b 3 50 USC  3507         | IRAQ: MORE INSURGENT ATTACKS ON URBAN
AREAS, BASES | 20040518 | (S/NF) | ]
[83] [ | Military | OIA SF 2004-30022 | (S/NF) | ]
[84] Ibid.
[85] [ | Military | NGIC ASSESSMENT: COMPLEX ENVIRONMENTS: BATTLE OF FALLUJAH II (2004-2005) |
200404xx | (S/NF) | ]
[86] [ | Military | OIA SF 2004-30014 | (S/NF) | ]
[87] Ibid.
[88] [ | Military | NGIC ASSESSMENT: COMPLEX ENVIRONMENTS: BATTLE OF FALLUJAH  II (2004-2005)
| 200404xx | (S/NF) | ]

PX901

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq
6/13/07

- Cooperating insurgent cells began escalating attacks in other parts of Anbar, particularly in Ramadi where 12 Marines were killed on April 6 alone
- There was pressure from the British government for a halt to the attack on Fallujah
- The Abu Ghraib prisoner abuse scandal became public knowledge in late April 2004, causing widespread anger against the U.S. throughout the Arab and Muslim world
- Al-Jazeera claimed 600 Iraqi civilians had been killed by the Coalition in Fallujah, broadcasting images of dead children across the Arab world
- The Iraqi Governing Council (IGC) began to unravel. Three members quit and five threatened to quit. This prompted an April 8 meeting with Ambassador Bremer to discuss Operation VIGILANT RESOLVE. Sunni politicians considered the attack on Fallujah to be collective punishment and argued that mass demonstrations were about to occur.

(U) As a result of this pressure, on April 9 the CPA prevailed on General Abizaid to order a halt to offensive ground operations in Fallujah. Despite this, fighting in the city continued, with occasional lulls in the fighting. Although insurgents remained in their defensive positions and did not launch head-on assaults, insurgent mortar attacks remained common, as did minor Coalition maneuvers. Air strikes continued and snipers on both sides made movement through the city hazardous.

(U) Over the next several weeks, Fallujahn sheikhs loyal to Harith al-Dhari's AMS and other local leaders met with CPA, IGC and I Marine Expeditionary Force (I MEF) representatives to negotiate conditions for a permanent cease-fire. The U.S. National Command Authority pressed for options other than a return to fighting. On April 30, I MEF and CJTF 4 ended their operations and turned control over to the newly-created Fallujah Brigade.   Commanded by former Ba'athist officers, the brigade was a Sunni militia consisting primarily of "former" insurgents. Its effect on the security situation in Fallujah was minimal.

(S/REL TO USA, MCFI) After twenty-six days of fighting in Fallujah, eighteen Marines were dead and ninety-six wounded. I MEF estimated 600-700 insurgents were killed and an unknown number wounded. In addition, 150 air strikes had destroyed seventy-five buildings including two mosques.

**Aftermath of Operation Vigilant Resolve (May 2004)**

(S/NF) In the aftermath, insurgent networks and organizations based in Fallujah gained prestige and influence in Anbar. In both internal correspondence and public propaganda, insurgent leaders believed they had defeated the Coalition through their superior resolve. They also believed Fallujah's example could be replicated throughout the province.[89]

(S/NF) Renewed insurgent cooperation soon followed across much of Anbar. Many smaller organizations merged into larger groups or umbrella organizations. The intent was to reduce

---

[89] [ |                    (b)(3) 50 USC § 3507                    | IRAQ: MORE INSURGENT ATTACKS ON URBAN AREAS, BASES |  20040518 | (S/NF) | ]

PX901

Declassified by: MG Michael X. Garrett,
USARCENT Chief of Staff
Declassified on: 201506

infighting and conflicting goals.[90] An example of this can be seen in the creation of the Fallujah Resistance Brigade (different organization than the above mentioned Fallujah Brigade), which combined the 1920 Revolution Brigade, Sheikh Ahmad Yassin Brigades, and the *Jihad* Brigades of Imam Ali bin Abi Taleb into a single organization.[91]

## The Fallujah Mujahideen Shura (FMS)

(S/NF) Efforts to reduce internal conflict and improve command and control led to the formation of the Fallujah Mujahideen Shura.[92] Fallujah Mujahideen Shura improved the organization and coordination of insurgent groups not only in Fallujah but across Anbar. The Fallujah Mujahideen Shura had no clearly identified leader. Instead it relied on the consensus of various insurgent leaders.[93] The absence of a single leader enabled the most extreme elements of the Fallujah Mujahideen Shura, such as JTJ, to further radicalize the rest of the Fallujah insurgency and turn the city into a magnet for foreign fighters.[94]

> (U) **IJMA' (CONSENSUS).** For many Islamic cultures consensus is seen as the best way to determine correct action while minimizing conflict within the community. In Islamic law, the *ijma'* of the 'ulama' is one of the traditional methods for interpreting the Qur'an and hadith and thus for establishing the tenets of Islamic law and norms for pious Islamic behavior. Sunnis are more prone to seek consensus among leaders and people; whereas Shi'a tend to rely on their religious hierarchy for guidance. (See Appendix A for more on Sunni-Shi'a differences and similarities.)

(S/NF) The two dominant figures in the Fallujah Mujahideen Shura were Sheikh Abdullah al-Janabi and Umar Hadid. Other, less influential members within the city included Zarqawi, Sheikh Dafir al-Ubaydi, Sheikh Jamal Nazzal, Sheikh Barakat Albu Eissa, Sheikh Hikmat al-Muhamdi, Sheikh Khalid Hamud al-Jumayli, Ismail al-Jumayli, General Khalaf al-Ulayan, Dr. Mahmud al-Mashadani, Dr. Fakhri al-Qaysi, Abd al-Nasir, and Colonel Hatim Karim Mandib al-Falahi.[95, 96] Fallujah Mayor Ibrahim Juasi al-Muhamdi had no influence among Fallujah Mujahideen Shura or the general population of the city, who believed him to be a homosexual.[97]

---

[90] [ | Military | MARINE CORPS INTELLIGENCE ACTIVITY: BRIEFING: ANBAR : INSURGENCY GROUPS | 20061026 | (S/NF) | ] Slide 2 (No sources listed.)
[91] Ibid.
[92] Ibid.
[93] Ibid.
[94] Ibid.
[95] [ | Military | I MEF GRAPHIC INTELLIGENCE SUMMARY, PERIOD COVERED 0000 24 FEBRUARY 2005 THROUGH 2359 | 20050224 | (S/NF) | ]
[96] [ | Military | TEC INTREP # 05-008 | 20050224 | (S/NF) | ]
[97] [ | Military | CJSOTF-AP: INTELLIGENCE SUMMARY #393 - 29 MAY 2004 | 20040529 | (S/NF) | ]
The groups were: Sheikh Abdullah al-Janabi's Munadhamat Mujahideen Al Fallujah (MMAF), Mujahideen Front (MF); Zarqawi's JTJ, led in Fallujah by Umar Hadid; National Front for the Liberation of Iraq (NFLI), led by secular and religious RG FREs; Ansar al-Sunna led by Abu Abdallah al-Hasan bin Mahmud; Tanzim al Qari'ah (TQ), which collaborated with Ansar al-Sunna and Jaysh Mohammed; 1920 Revolution Brigade, along with its security wing Islamic Response Movement (IRM); Armed Islamic Group of Al Qaeda , Fallujah branch led by Abu Iyad; AI; Saraya al-Mujahideen Brigades (SMB); Abd al-Rahman al-Naqishbandi Network, led by Sheikh Jamal Nazzal; Jihad Brigades of Imam Ali bin Abi Taleb (JBIAAT); Islamic Army of Iraq, along with its associate faction Khaled bin al-Waleed Corps; Saraya al-Jihad, led by Riyadh Matloub (Abu Abdallah); Islamic Jihad Battalions (IJB), led by high-ranking IIS and RG

PX901

Declassified by: MG Michael X. Garrett,
USFOR-A Chief of Staff
Declassified on: 201506

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/NF) The FMS's diverse character is evidenced by the 39 insurgent groups active in Fallujah (and represented to some degree by Fallujah Mujahideen Shura). Members ranged from Al Qaeda-affiliated groups (including foreign organizations) and other SREs to FREs and the remnants of FRLs.[98] Some groups had as few as fifty fighters (MAU). Others had as many as several thousand (MF or JTJ.)[99] Nor were they all Sunni organizations. The names of two (JBIAAT and LI) appear to indicate the presence of Shi'a groups in Fallujah. This may indicate the continued informal cooperation between the Fallujah insurgents and Muqtada al-Sadr.[100] Cooperation was reciprocal: as fighting intensified between al-Sadr's Mahdi Army and Coalition forces in southern Iraq, Fallujah Mujahideen Shura sent heavy arms, ammunition, and fighters from Fallujah, Khalidiyah, and Ramadi to assist al-Sadr's forces in An Najaf.[101]

## The Role of the Association of Muslim Scholars (AMS)

(S/NF) The AMS greatly enhanced its prestige by brokering the ceasefire negotiations in Fallujah. The AMS negotiated with the Iraqi Government and the Coalition, acting as an intermediary. The group's representatives provided and guaranteed safe passage for the Government and Coalition negotiators. This brought AMS closer to its goal of being the Sunni community's main voice in Iraq.[102] Its outspoken opposition to the Coalition appealed to many Anbaris, while the fact it stopped just short of calling for violence enabled AMS to "have its cake and eat it too." AMS successfully exploited Anbari support for the insurgency while not being associated with any of its losses or atrocities.[103] The much smaller Iraqi National Unity Movement (INUM), led by UAE-based insurgent financier Ahmed Kubaysi (to be distinguished from the IIP leader of the same name), gained a lesser degree of prominence through much the same means.[104]

## Foreign Fighters

(S/NF) Not all groups active in Fallujah were Iraqi in origin. As many as 75 members of Palestinian HAMAS traveled to Fallujah through Syria in March 2003 to fight the Coalition. They made up the

---

officers and closely allied with JTJ; Muhammad Messenger of God Forces (MMGF); Ta'if al-Mansura and its foreign fighter wing Martyr Khattab Brigade (MKB); Mohammadi Jihad Brigades (MJB); Salafist Group for Call and Combat, an Algerian Al Qaeda  associate group; Fallujah Protective Army, led by an FRE general; Sheikh Ahmad Yassin Brigades (SAYB); Hamza Faction (HF); Iraqi National Islamic Resistance (INIR); Iraqi Islamic Patriotic Resistance (IIPR); Awakening and Holy War (AHW); Allahu Akbar Mujahideen (AAM); Harakat Ahbab al-Rasul (HAR); Jaysh Mohammed; Majmuat Abu Ulayan (MAU), led by Abu Ulayan; Usud al-Islam al-Mujahideen (UIM); Lajnat al-Iman (LI); Islamic Anger Brigades (IAB).| (S/NF) | ]

[98] [ | Military | MARINE CORPS INTELLIGENCE ACTIVITY:  BRIEFING: ANBAR : INSURGENCY GROUPS | 20061026 | (S/NF) | ]   Slide 6 (No sources listed.)

[99] Ibid.

[100] [ | Military | OIA SF 2004-30014 | (S/NF) | ]

[101] Ibid. and      Militar    OIA SF 2004-30022   S  NF  | ]

[102] [ |            (b)(3) 50 USC § 3507            |IRAQ: ANTI-COALITION SUNNIS MAY FILL POLITICAL VOID | 20040513 | (S/NF) | ]

[103] Ibid.

[104] Ibid.

PX901

Declassified by: MG Michael X. Garrett,
USARCENT CoS/Staff
Declassified on: 201506

core of the Sheikh Ahmed Yassin Brigade (SAYB), named in honor of their group's founder.[105] Ten of the 35 members of the Popular Front for the Liberation of Palestine-General Command (PFLP-GC) were active in Fallujah. They served as military advisors to several of the larger insurgent groups.[106] The Algerian Group for Preaching (Call) and Combat (GSPC), whose leader had publicly pledged allegiance to Al Qaeda in the fall of 2003, had been sending GSPC and other North African Islamist fighters to Iraq via Syria to support Zarqawi since April 2003.[107] By May 2004, enough of them were active in Fallujah to form their own organization, Jama'at al-Tawhid wal-Jihad bil-Maghrib (JTJM). Later, JTJM would remain an Al Qaeda associate group subordinate to Zarqawi, presenting a security threat in North Africa in 2005.[108]

(S/NF) A network of more than fifty professional smugglers, some experienced at circumventing UN sanctions under the former regime, facilitated the arrival of foreign fighters to Iraq and Anbar.[109]

**The Fallujah Brigade**

(S/NF) During ceasefire negotiations, Sheikh Abdullah al-Janabi and Sheikh Dafir al-Ubaydi sought to name General Jassim Mohammed Saleh as commander of the Fallujah Brigade. They were upset by the decision to instead name General Mohammed Latif commander because Latif was seen as less amicable to Sheikh Abdullah al-Janabi than Saleh. This was due to Saleh's ties to the insurgency.[110] As the Brigade formed, Janabi met with Saleh and Latif, using his influence in the city to force them to accept the inclusion of 300-350 FRE and SRE insurgents into the 2,100-strong Fallujah Brigade.[111] He also had Fallujah Brigade officers fired if they were not insurgents.[112] After the Brigade's formal establishment, Janabi informed foreign fighters and other insurgents he would no longer support activities against the Brigade because it was made up of native Fallujahns.[113] General Latif and General Saleh deferred to Janabi. They consulted with him prior to major decisions or activities in the city.[114] On May 24, General Latif relinquished command to General Abdullah al-Muhammadi, who had been Janabi's second choice to lead the Fallujah Brigade after Saleh.[115]

---

[105] [ | _____ b 3 50 USC 3507 _____ | IRAQ: SOME PALESTINIAN TERRORISTS JOINING INSURGENCY | 2004 0520 | (S/NF) | ]
[106] Ibid.
[107] [ | Open Source | WASHINGTON INSTITUTE FOR NEAR EAST POLICY /HUNT, EMILY : AL QAIDA 'S NORTH AFRICAN FRANCHISE: THE GSPC REGIONAL THREAT – POLICY WATCH #1034 | (U) | ]
[108] [ | Open Source | TERRORISM FOCUS, VOLUME 2, ISSUE 23/ ULPH, STEPHEN: AL QAIDA NETWORKS UNCOVERED IN MOROCCO | 20051213 | (U) | ]
[109] [ | _____ (b)(3) 50 USC § 3507 _____ | IRAQ: ENTRENCHED REGIONAL FACILITATORS AIDING JIHADIST TRAVEL | 20040710 | (S/NF) | ]
[110] [ | SHEIKH ABDULLAH JANABI – JANABI PACKAGE POWERPOINT | | (S/NF) | ]
[111] Ibid.
[112] [ | Military | TACTICAL FUSION CENTER: POST-FAJR – PRE-ELECTION, 'WHAT'S NEXT?' | (S/NF) | ]
[113] Ibid.
[114] Ibid.
[115] [ | Military | JICCENT: SPECIAL REPORT 04-033 | (S/NF) | ]

PX901

Declassified by:  MG Michael X. Garrett,
USACE Chief of Staff
Declassified on: 201506

(S/REL TO USA, MCFI) The Coalition was divided as to the role and effectiveness of the Fallujah Brigade. Many Marines regarded it as a nepotistic "jobs program" heavily infiltrated by insurgent fighters. The Fallujah Brigade was viewed as an expedient method to encourage law and order in the city after the battle. Other Coalition officials saw it as calming the city's population and recommended the possibility of creating similar units for other cities in Anbar, such as Ramadi.[116]

(S/NF) Contrary to the latter view, the Fallujah Brigade did not serve as a serious check on Janabi's ambitions or insurgent activities. *Shari'a* law, implemented even before Operation VIGILANT RESOLVE by some groups, was imposed much more widely. So too were the trappings of an Islamist doctrinaire state.[117] *Muhisba* (religious police, meant to "promote virtue and prevent vice") were established. *Qadi*s (religious judges) were appointed to head up *shari'a* courts. Suspected "traitors" received *Hadd* punishments.[118] In one show trial, Janabi served as *qadi*, convicting and personally executing a civilian outside the al-Hadra Muhamadiya mosque.[119] SREs and foreign fighters loyal to Zarqawi based in the Jolan district increased their movements and activities in the city and soon began manning checkpoints on the outskirts of the town.[120]

(U) The insurgency continued to view the battle as a major victory against the Coalition. With the ceasefire in effect and Fallujah Brigade compromised, insurgents possessed a major base of operations in Anbar from which they could conduct attacks elsewhere in Iraq.

**Abu Ghraib Prison**

(U) While the battle for Fallujah occurred, another major development began to affect the fortunes of the insurgency. The U.S. military had been investigating claims of maltreatment at the prison in Abu Ghraib since December 2003. A military report issued in January failed to attract attention. When photographs surfaced, however, a scandal over Abu Ghraib erupted on the front pages of newspapers and magazines around the world.

(U) The Abu Ghraib scandal had many consequences. Most important for the insurgency in Anbar was the creation of a cause celebre for the *jihad* in Iraq. *Jihad*ist recruiters used the graphic photographs to convince young Muslim men to join the fight in Iraq, just as they would use their belief that Fallujah was a "victory" to argue for the impending victory of the mujahidin.

**The Al-Sadr Uprising**

(S) **U.S. Focus Shifts to Sadr**: After Operation VIGILANT RESOLVE, the Coalition focus shifted to southern Iraq to deal with the Mahdi Army uprising led by the Shi'a cleric Muqtada al-Sadr.

---

[116] [ | IMPACTS OF FALLUJAH ON ROLE OF IRAQ SECURITY FORCES | (S/NF) | ]
[117] [ | SHEIKH ABDULLAH JANABI – JANABI PACKAGE POWERPOINT | (S/NF) | ]
[118] Ibid.
[119] Ibid.
[120] [ | Military | JICCENT | JICCENT: IRAQ: FALLUJAH – CURRENT SITUATION | (S/NF) | ]

PX901

Declassified by:  MG Michael X. Garrett,
USARCENT Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

> (U) **MUQTADA AL-SADR.** The son of the beloved Shi'a cleric Muhammad Sadiq al-Sadr, Muqtada
> has used his father's legacy and his own charisma to build a popular following among poor urban Shi'a
> in Iraq, though his lack of clerical credentials have forced him to rely on the Qom-based Iranian cleric
> Ayatollah Khadhim Husayn al-Haeri for religious authority. He is the leader of the Mahdi Army, a
> sectarian Shi'a militia made up of his followers that have fought U.S. troops and targeted suspected
> Sunni insurgents as well as civilians since 2003. Because of his fondness for computer games in his
> youth he was often called "Mullah Atari". Sadr's father, uncle and brothers were killed by Saddam in the
> 1980s.

(U) The emergence of Muqtada al-Sadr as a major threat to the Coalition in southern Iraq was another reason why the Coalition shifted its efforts away from Fallujah. Having established a following among the Shi'a slums in Baghdad, Basra, and Kirkuk through his father's social services network, Sadr had been a thorn in the Coalition's side ever since April 2003 when his followers were the suspected perpetrators of the murder of the pro-U.S. Shi'a cleric Majid al-Khoei.[121] Sadr believed that establishing himself as an anti-American Iraqi nationalist would make him an acceptable leader of Iraq for Sunnis as well as Shi'a. He refused to accept the leadership or authority of Grand Ayatollah Sistani and openly challenged the powerful Shi'a factions SCIRI and the Badr Brigade.[122]

(U) Establishing a cult-like following among the urban Shi'a poor, Sadr created his Mahdi Army militia and began fighting the Coalition in April 2004, gaining footholds in Baghdad, Basra, and most notably the holy city of Karbala, where commerce provided by pilgrims' visits to the Shrine of Imam Husayn provided him with the funding to continue his operations.[123]

(U Still oun and inex erienced, without religious training, Sadr allowed himself to be manipulated by [ 1.b ] Lebanese Hezbollah, and even Ahmed Chalabi during the course o s upris ng.[124] n t e summer of 2004, he violated a truce agreement with Coalition forces and occupied the Shi'a holy city of An Najaf and in particular the Shrine of Imam Ali and the vast necropolis surrounding it. Coalition troops fought pitched battles against the Mahdi Army in An Najaf, eventually reaching the walls of the shrine itself, when Grand Ayatollah Sistani intervened to negotiate a cease-fire. While Sistani regarded Sadr as an enemy and had likely intended for the Coalition to put an end to him, he believed that any damage to the shrine itself would spark a fury of popular outrage that could easily result in the disintegration of Iraq.[125]

(U) Following the cease-fire, Sadr rebuilt the Mahdi Army and began challenging SCIRI's dominance in Baghdad and the southern Shi'a regions of Iraq, demanding that SCIRI and the Coalition stay out of the slum areas that he regarded as being within his sphere of influence.[126] Because of his support for a strong Iraqi state, Sadr allied himself with the Da'wa Party (SCIRI envisioned Iraq as a loose federation made up of strong autonomous regions).[127] SCIRI was most powerful in Basra and

---

[121] [ | Open Source | W. W. NORTON & COMPANY | VALI NASR:  THE SHIA REVIVAL: HOW CONFLICTS WITH ISLAM WILL SHAPE THE FUTURE | 2006 | (U) | ] p. 190
[122] Ibid., p. 193
[123] Ibid., pp. 191-192
[124] Ibid., p. 191
[125] Ibid., p. 194
[126] Ibid., p. 195
[127] Ibid.

PX901

Declassified by:  MG Michael X. Garrett,
USARCENT Chief of Staff
Declassified on: 201506

Nasariya where residents were distrustful of Baghdad, while Sadr had the most influence over Shi'a living in the mixed urban areas of Baghdad, Kirkuk, and Mosul. They feared that the loose confederation envisioned by SCIRI would spell disaster for Shi'a living in the mixed region.[128]

## Attack Data (January – April 2004)

(U) The following charts illustrate the numbers and types of insurgent attacks against Coalition forces in Anbar Province that occurred in the first trimester (January to April 2004).  The first two (large – ½ page) charts provide an overview of attacks from 2003 to 2007 in the three AOs of Anbar (in two different graphic presentations).  The first four months are highlighted and allow comparison to the entire period.  The following four charts (small format) show the types of attacks (Direct Fire, Indirect Fire, and IED) arrayed over the 2003-2007 time frame and also expanded to a week-by-week graphic.  Complex Attack data was not yet available during this period.

(S) The average number of enemy attacks during this period was similar to the previous period through the end of February, but in the weeks leading up to and during Fallujah I, the number of attacks increased.  The rate of attacks peaked in mid-April, particularly in AO Raleigh, during the height of Operation VIGILANT RESOLVE.  Note that the patterns of Direct Fire, Indirect Fire, and IED incidents closely correlate to the overall attack patterns.  Also, the IED data was dominated by incidents in AO Topeka.

---

[128] Ibid., pp. 195-196

PX901

Declassified by: MG Michael X. Garrett,
USARCENT CoS Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

**All Incidents**





6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX901

Declassified by:  MG Michael X. Garrett, USFOR-A CJ3 Chief of Staff
Declassified on: 201506

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq

6/13/07

## Direct Fire Incidents

 

## Indirect Fire Incidents

 

## IED Incidents

 

6/13/07

Study of the Insurgency in Anbar Province, Iraq

SECRET/NOFORN

PX901

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq
6/13/07

**Summer Interlude (May – August 2004)**

(U) Despite the difficulties in Fallujah, the spring and summer saw two notable triumphs for the Iraq Government. First, in May, Ayad Alawi was appointed prime minister of the Iraqi Interim Government. A moderate Shi'a who believed in a secular vision for Iraq, Alawi's appointment suggested political progress toward the creation of a free, independent and stable Iraq. Second, on June 28 (two days ahead of schedule), Paul Bremer handed over control and sovereignty to Alawi and the Iraqi Interim Government.[129] From this moment on, the Iraqi government would have a say in how the insurgency would be fought.

(S) The establishment of the Iraqi Interim Government, combined with reduced Coalition presence (resulting from efforts to deal with Muqtada al-Sadr and the Mahdi Army), provided a period of enthusiasm for the new Iraqi government in Anbar.[130] This enthusiasm was short lived. It rested largely on the Sunni perception that Coalition forces would soon withdraw entirely and once that occurred, the insurgency would serve as the catalyst for renewed Sunni rule of Iraq.[131]

(S) When this didn't occur and the Iraqi Interim Government adopted an aggressive stance against the insurgency, Sunni moderates decided to adopt a "wait and see" approach. In the early summer, moderate Anbari sheikhs and imams remained warily neutral. They feared for the survival of their local mosques and worried about being targeted if seen as providing support to either side.[132]

(S) Meanwhile the larger insurgent organizations such as JTJ and the Ramadi Shura Council were encouraged by their perceived success in Fallujah and partial withdrawal of Coalition forces. They intensified attacks against civilians, police, and government officials to undercut Iraqi Interim Government support.[133] Insurgents also conducted violent attacks on Iraqi contractors engaged in Coalition-funded reconstruction. This kept civilians and local officials from cooperating with the Coalition. The lack of cooperation crippled many of the Iraqi security forces in Anbar throughout July and August 2004.[134] The result was stark: a briefing to General Abizaid described Fallujah as "a safe haven for the best organized, most effective terror network in Iraq." [135]

(S) Early enthusiasm for Iraqi Interim Government gave way by the end of the summer to widespread apathy. Many Anbaris thought it better to acquiesce to insurgent demands than to fight them.[136] While the Coalition was tolerated if it provided local protection and civil assistance, Anbaris tired of the constant violence and blamed Coalition "occupiers" for their state of affairs.[137]

---

[129] [ | Open Source | ANSWERS.COM AND USMC COMMAND CHRONOLOGY | 2004 | ]
[130] [ | Military | CARTER MALKASIAN: I MEF OPERATIONS IN IRAQ, MARCH – APRIL 2004 | 20040822 | (U) | ]
[131] Ibid.
[132] Ibid.
[133] Ibid.
[134] Ibid.
[135] [ | OPTIMIZED ZARQAWI NETWORK IN FALLUJAH POWERPOINT | (S/NF) | ]
[136] [ | Military | CARTER MALKASIAN: I MEF OPERATIONS IN IRAQ, MARCH – APRIL 2004 | 20040822 | (U) | ]
[137] Ibid.

SECRET/NOFORN

PX901

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

## City Stories – Summer 2004

### Ramadi

(S/NF) The situation in the capital of Anbar deteriorated noticeably over the summer. The Ramadi Shura Council and other insurgent groups in Ramadi wielded enough influence and control that by late July 2004 AQI was able to kidnap the three sons of Anbar's then-governor, Abdul Karim Burjis (see Chapter 3). While Governor Burjis claimed not to have paid a ransom for their release, he did release a humiliating videotaped statement in which he stated that, in exchange for their safe return, he had "repented" for having collaborated with the Coalition.[138] AQI also forced him to resign as governor.

(S/NF) In August 2004, the newly-appointed governor of the province, Mohammad Awad stated that "the province has collapsed and we feel like hostages."[139] The largest and most organized insurgent groups active in Ramadi itself were Jaysh Mohammed, Anbar Mujahideen Brigade, Hizb al-'Awda, Islamic Army of Iraq, Saraya al-Jihad, and the criminal organization Hasnah's Sons, all of which appeared to cooperate under the Ramadi Shura Council umbrella.[140]

(S) The Ramadi Shura Council allowed insurgents to better organize. Moreover, it facilitated larger terrorist attacks. Insurgents now could operate in squad to platoon-size units, with several instances of heavy street-fighting in the city.[141] One particular incident, on July 14, stands out for its planning, logistical support and coordinated use of firepower. This indicated that the insurgency was attempting to move to a higher form of warfare. The attack involved as many as fifty insurgents. They carried out a complex attack on a Marine combat outpost with RPGs, machine-gun fire, and grenades. They used trucks to carry fighters to the battle. The attack ended with twelve insurgents dead or wounded and twenty-one in custody, plus the capture of a weapons cache.[142]

(S/NF) The relationship between the Ramadi Shura Council and the Fallujah Mujahideen Shura was that of equals working in parallel rather than a chain of command.[143] While the Ramadi Shura Council deferred to the Fallujah Mujahideen Shura on a number of major decisions affecting specific operations, the Ramadi Shura Council was far more unified under Latif and Daham and hence able to maintain a more coordinated alliance of insurgent organizations.[144]

---

[138] [ | Open Source | WASHINGTON POST |  CONSTABLE, PAMELA : 300 SHIITE MILITIAMEN KILLED IN IRAQI SOUTH | 20040807 | (U) | ]
[139] Ibid.
[140] Ibid.
[141] Ibid.
[142] [ | Military | SIGACTS | (S/NF) | ]
[143] [ | Military | TACTICAL FUSION CENTER:  SPECIAL ASSESSMENT: STATE OF THE INSURGENCY IN MND-WEST | (S/NF) | ]
[144] Ibid.

PX901

Declassified by: MG Michael X. Garrett, USCENTCOM Chief of Staff
Declassified on: 201506

### Hit

(S/NF) Hit remained a major transit point for foreign fighters, arms smugglers and other insurgent facilitators. Three insurgent leaders were based in the town:

1)
2)
3)

(b)(6)

(S/NF) Hit also became a major staging area for Ramadi insurgents, who seem to have confined local action to attacks against Coalition convoys moving from Ramadi to al-Qa'im. This meant that the level of violence declined during the summer, with the local Albu Nimr, al-Suwatra, Oawam Alin, and al-Botoma tribes more supportive of the Coalition.[145]

(S/REL USA, AUS, CAN and GBR) The city council actively cooperated with the Coalition. It formed a "Pursuit Committee" that identified strangers in the city and determined their intentions. Coalition forces concentrated on the development of the Iraqi Security Forces (ISF) and rooting out infiltrators in the police and security forces. This resulted in the removal of police chief Salam, a decision supported by the city council. Insurgents, as elsewhere, turned their attention to the ISF, carrying out a series of attacks against Iraqi forces during the summer, including three assassination attempts against the commander of the local Iraqi National Guard (ING) battalion.[146]

### Hadithah

(S/NF) The security situation in Hadithah deteriorated dramatically over the summer of 2004 as a result of the insurgent murder and intimidation campaign. Emboldened insurgents conducted attacks against the Hadithah Dam and the police station. Intimidated local elites turned a blind eye to their activities.[147] The most spectacular attack was a dual car bombing in July of the Iraqi National Guard (ING) and the police station. This attack killed ten men, wounded many others and damaged every vehicle attached to the ING unit.[148] Although the al-Jaghayfah (TFC spelling: al-Jagayefa) tribe was openly anti-Coalition, it had a tense relationship with the insurgents. When a member of the

Approved for Release

145 Ibid. (N.B. Except for the Albu Nimr, these tribes are little known.)
146 [ | Military | HIT CURRENT ASSESSMENT | 20040825 | (S/NF) | ]
147 [ | Military | DIIR IMEF HET 03 0058 05 | (S/NF) | ]; [ | Military | IMEF IRR HET10 0264 04 | 2004 | (S/NF) | ]; [ | Military | IMEF IRR HET10 0269 04 | 2004 | (S/NF) | ]; [ | Military | IMEF IRR HET10 0271 04 | (S/NF) | ]; [ | Military | Spot-RCT7-00002-04 | (S/NF) | ]; [ | Military | IMEF IRR HET10 0270 04 | (S/NF) | ] [ | Military | CIIR-205-325-41-04-015 | (S/NF) | ]; [ | Military | DIIR-HET03-001-04 | (S/NF) | ]; [ | Military | DIIR HET03 003 04 | (S/NF) | ]; [ | Military | DIIR HETO3 0013 04 | (S/NF) | ]; [ | Military | DIIR IMEF HET03 0022 04 | (S/NF) | ]; [ | Military | DIIR HET03 009 04 | (S/NF) | ]; [ | Military | DIIR HET03 0061 04 | (S/NF) | ]; [ | Military | IMEF, TFC, HVT database/RCT7 | (S/NF) | ];
Above sources drawn from [ | Military | MARINE CORPS INTELLIGENCE ACTIVITY: BRIEFING: ANBAR : INSURGENCY GROUPS | 20061026 | (S/NF) | ]
148 [ | Military | HADITHAH CURRENT ASSESSMENT, AUGUST 2004 | 200408xx | (S/NF) | ]

PX901

Case 1:18-cv-02248-CRC   Document 97-10   Filed 09/06/22   Page 165 of 224

Declassified by:  MG Michael X. Garrett,
US Army, CENTCOM Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

tribe was killed by the mujahidin, the tribe kidnapped twelve insurgents in Husaybah and tortured them in retaliation.[149]

(S/NF) As a result of Coalition counter-insurgency operations, the Abd al-Rahman al-Naqshbandi Network that had previously used Hadithah as a base was destroyed. Their leader, al-Naqshbandi, was on the run. Unfortunately the Coalition counter-insurgency (COIN) operations did not defeat the Hizb al-'Awda, the Hwair cell, and the Salafia insurgent groups who remained active in the city. The main insurgent leaders in Hadithah were smuggler Mustafa Wasmi Hamad, foreign fighter facilitator Munir Simran, and Athir Nassif Turki, the leader of the Athir Group street gang (who went to Fallujah after Operation VIGILANT RESOLVE and would later be killed during Operation PHANTOM FURY). Over time, these local figures became subordinated to far more dangerous individuals, notably Zarqawi lieutenant Hamed al-Izawi, weapons smuggler Saeed Ali Hwair, and Sheikh Abdul Kareem Hadithah who served as the liaison between the Hadithah insurgents, Fallujah Mujahideen Shura, and Ramadi Shura Council.[150]

(U) The small bright spot was Hadithah's economy, which had somewhat better prospects by the summer. In June, several new transmission projects at the Hadithah Dam were completed. This, along with rehabilitation of a turbine unit, meant for the first time since 1990 four of the six turbines at the Dam were in full operation. Operating at close to full capacity, the hydropower plant could generate 660 megawatts of electricity for both Baghdad and the province.[151]

## Al-Qa'im[152]

(S/NF) The situation in al-Qa'im was similarly dire. Four major insurgent groups were active in the city and surrounding area. The situation was similar to that in Fallujah prior to Operation VIGILANT RESOLVE and the creation of the Fallujah Mujahideen Shura. Using mosques as command and control centers and supply depots, insurgent leaders delivered strident anti-Coalition rhetoric. Heavily infiltrated by the insurgency, the city would be used as a major base and staging area until well into 2005.

(S/NF) Unlike Fallujah, however, in al-Qa'im insurgents were motivated as much by criminal activity as by religion. The long-standing Al-Theeb criminal organization remained the largest and most prominent insurgent and criminal organization in the area. Al-Theeb merged with Omar al-Mukhtar and local Saraya al-Jihad members into a single organization commanded by Riyadh

---

[149] Ibid.
[150] Ibid.
[151] [ | Open Source | GLOBALSECURITY.ORG: HADITHA | (U) | ]
http://www.globalsecurity.org/military/world/iraq/haidtha.htm



[152] [ | Military | IMEF [1.4c] | (S/NF) | ]; [ | Military | DIIR IMEF HET 01 0183 04 | (S/NF) | ]; [ | Military [1.4c] | (S/NF) | ];
[ | Militar   ISG DET B [1.4c]   S/NF   ;   Milita [1.4c] | (S/NF) ;
[   b  3  50 USC   3507   [1.4c] | (S/NF) | ]; [ | Military | [1.4c] |
[1.4c] | (S/NF) | ]

Above sources drawn from [ | Military | MARINE CORPS INTELLIGENCE ACTIVITY:  BRIEFING: ANBAR : INSURGENCY GROUPS | 20061026 | (S/NF) | ]

PX901

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

Matloub. After Al-Theeb, the most active groups in the city were General Hassan al-Mahlawi's 1,100-strong FRE organization, Ghanem Hashim Mahowish's Saraya al-Jihad splinter group, and the Lebanese Salafia Group. Of the four major insurgent groups in al-Qa'im, the Lebanese Salafia Group provided funding, direction, and leadership to the others. The Lebanese Salafia Group also successfully infiltrated the local police and border guards, enabling its members to pass freely between Iraq and Syria.

## Habbaniyah[153]

(S/NF) Habbaniyah served as a key insurgent transit point between Fallujah and Ramadi. While many tribal groups in the area remained neutral, elements of the Albu Eissa, Albu Qartan, Albu Shahed, Albu Sha'aban, Albu Khalifah, Albu Fahid, and Hazeem tribes supported the insurgency. They provided transiting insurgents with safe haven and support. Fedayeen Mujahideen leader Muhammad Khalaf al-Ulayan was the top insurgent facilitator active in the city.

## Rutbah[154, 155]

(S/NF) Rutbah is a small desert outpost of 17,000 inhabitants, who depend heavily on smuggling for their livelihood. Many tribes in the town were suspicious of the Coalition. The local Shammari tribesmen supported the local insurgency, which centered around the Jordanian-born Hadithah-based SRE Sheikh 'Abd al-Karim Hadithah. The former imam of the Mustafa Mosque, Sheikh Hadithah led a group of criminals, smugglers, and SREs to Fallujah following the conclusion of Operation VIGILANT RESOLVE. This left control of the insurgency in the area to FREs led by former Ba'athists Tariq Mohammed Sirheed and Ibrahim Bedawi.

## Fallujah

(S/REL MCFI) Fallujah the Mujahideen Shura continued to serve as the real power in Fallujah given the weakness of the mayor, city council, and other local officials. Umar Hadid quickly established himself as the head the of Fallujah Mujahideen Shura's military wing. As a result, much of the practical power in the city rested with JTJ and other Al Qaeda associate groups.[156] This was soon

1.4c

PX901

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

reflected by the prominent insurgent leaders. The most powerful leaders after Hadid were Jaysh Mohammed leader Sheikh Khalid Hamud al-Jumayli; Al Qaeda members Abdullah al-Tunisi, Abu Qudama al-Filisteeni, and Dr. Muhammad Hardan al-Issawi; FREs Karim Karkaz, Mahmoud Alawi al-Jumayli; and FRE Lieutenant Colonel Maki Husayn Zaydan al-Jughayfi, who served as Hadid's intelligence chief.[157]

(S/REL TO USA, MCFI) Just as months earlier, the SREs, now dominant in Fallujah, along with foreign fighters loyal to Hadid and Zarqawi patrolled Fallujah. They directed traffic and set up checkpoints.[158] Imposing *shari'a* in the city, they required women to wear the hijab and implemented *hadd* punishments.[159]

(S/NF) **Sheikh Janabi's Influence**:[160] Under the direction of Sheikh Abdullah al-Janabi, the Fallujah Mujahideen Shura continued its kidnappings and murders against real and perceived enemies in Fallujah and surrounding communities. Attempting to centralize control of Fallujah under his rule, Janabi ran a robust counter-intelligence campaign. He sent sources to the Coalition that provided misinformation. Sometimes, this misinformation appears to have included negative reporting on Janabi. Knowing this would be contradicted by other Coalition intelligence sources, Janabi could disavow claims he was complicit in insurgent activities as being part of a smear campaign. Still, Janabi remained aware of the danger posed by Coalition military intervention. He used his influence within Fallujah Mujahideen Shura to forbid insurgents from carrying out attacks unless they were approved by him. This enabled Fallujah Mujahideen Shura to overcome the tactical impatience of individual insurgent cells and fighters.

(S/NF) **Friction Among Fallujah Insurgents**:[161,162] Friction quickly developed between the more pragmatic Janabi and the Zarqawi-aligned insurgents in Fallujah led by Umar Hadid, who favored all-out war against the Coalition. Arguments arose within the Fallujah Mujahideen Shura over the wisdom of carrying out attacks against Coalition forces, fearing a renewed Coalition assault. Tensions rose throughout the summer. Eventually, Janabi and al-Ubaydi issued a fatwa ordering the killing of Abu Azzam, Zarqawi's "Amir fi'l-Anbar" ("Commander in Anbar") and Hadid's superior within JTJ. Azzam had already been expelled from Fallujah by Janabi in May. Azzam had been recruiting local youths to serve as suicide bombers and inciting SREs against non-Salafist groups in the city. Azzam was killed by Jumayli tribesmen when he attempted to return. In June, 450 foreign fighters led by Hadid killed six Shi'a contractors loyal to Janabi, leading al-Ubaydi to kill five Syrians loyal to Hadid in reprisal.

---

[157] [ | Military | CG INTELLIGENCE UPDATE, NOVEMBER 7-8, 2004: OPERATION PHANTOM FURY UPDATE | 20041108 | (S/NF) | ]
[158] [ | Military | I MARINE EXPEDITIONARY FORCE:  DAILY INTELLIGENCE SUMMARY | 20040608 | (S/NF) | ]
[159] Ibid.
[160] [ | Military | IRAQI REACH BACK TEAM: FALLUJAH – IO ANALYSIS (PART B) | 20041001  | (S/NF) | ]
[161] Ibid.
[162] [ | Military | AO RALEIGH SIGNIFICANT REPORTING, JULY 10-20, 2004 | presumed  20040720 | (S/NF) | ]

SECRET/NOFORN

PX901

Declassified by:  MG Michael X. Garrett,
USARCENT Chief of Staff
Declassified on: 201506

(S/NF) Possibly fearing for his own safety in light of what had happened to Abu Azzam, Hadid temporarily left Fallujah in late June with a group of JTJ fighters to carry out attacks against targets in Baghdad. When Hadid returned to Fallujah in early July, they reached a reconciliation regarding the religious legitimacy of conducting attacks against Coalition targets in and around Fallujah. Key to this seems to be a July 8 meeting of Fallujah Mujahideen Shura attended by Zarqawi. The JTJ leader reportedly ordered them to put aside internal feuding and threatened violent retaliation if they refused to do so. This led to a split between Janabi and al-Ubaydi. The latter believed that allowing foreign fighters to reside in Fallujah would bring disaster to the city.

(S/REL TO USA, MCFI) The friction within Fallujah was not limited to clashes between Janabi and Hadid. When members of the Albu Eissa tribe attempted to set up a new group of Jordanian-trained police in mid-July, Sheikh Barakat Albu Eissa's nephew Enis was kidnapped by Janabi's SREs. A number of Albu Eissa tribesmen attempted to assassinate Janabi at one of the tribal meetings in retaliation, but the plot was foiled by their own clumsiness.

(S/NF) The Fallujah Brigade, already an unreliable force as a result of Fallujah Mujahideen Shura infiltration, proved to be no match for the insurgents—not that they attempted to assert real control. The Brigade deteriorated when, as noted earlier, Janabi began firing non-insurgent officers.[163] Brigade members were further intimidated when Fallujah Mujahideen Shura began assassinating the few non-insurgent officers or members of their families.[164]

(S) **Insurgents Attack Fallujah ING Compounds:**[165] A major turning point for the insurgency in Fallujah was the August 2004 attack on the 505th and 506th Iraqi National Guard compounds. JTJ and FMS fighters led by Hadid and Janabi carried out this attack. The compounds fell without a fight. Once secured, Janabi addressed the ING soldiers, informing them that a member of the ING had been cooperating with the Coalition and that the organization would now be disbanded in Fallujah. Seizing all ING weapons and equipment, Janabi told the soldiers to go home and warned that any who returned to Fallujah as ING would be killed.

(S) This prompted a conflict between Janabi and the Albu Maree (TFC spelling: Mar'ai) tribal leaders. Tribal leaders gave the Fallujah Mujahideen Shura 48 hours to release the kidnapped 506th commander Lieutenant Colonel Suliman, his deputy Captain Ali, and 505th commander Lieutenant Colonel Jubayr. While Jubayr was able to make a deal with Janabi to secure his release, Suliman and Ali were personally tortured and then executed by Janabi and Hadid. This led to a break between the Fallujah Mujahideen Shura and the Albu Maree tribe. The tribe agreed to support the Coalition in return for a promise they would be allowed to exercise *tha'ar* (vengeance) by killing Janabi and Hadid.

(S) Following their "victory" over the 506th and 505th ING battalions, Hadid and 200 foreign JTJ members began using the 505th compound as their command and control center.

---

[163] [ ] Military | TACTICAL FUSION CENTER: POST-FAJR – PRE-ELECTION, 'WHAT'S NEXT?' | (S/NF) | ]

[164] [ ] Military | AIF MLCOA FOR NEXT MONTH | (S/NF) | ]

[165] [ ] Military | 505TH ING COMPOUND, KINETIC STRIKE TARGET PACKAGE | (S/NF) | ]

PX901

Declassified by:  MG Michael X. Garrett,
USFOR-A Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

## Snapshot: The Insurgency May-August 2004

(S) Several factors encouraged the insurgents in Anbar and in Fallujah: the insurgents believed they had achieved a "victory" over the Coalition in Operation VIGILANT RESOLVE, the on-going scandal about prisoner abuse by the U.S. at Abu Ghraib, and Coalition decision to focus on al-Sadr following his uprising in southern Iraq.

(S) Insurgent groups began to expand operations across the province. They attempted to kill or intimidate those who cooperated or worked with the Coalition. They used Fallujah and Ramadi as urban bases for attacks throughout the province. The climate they fostered in Fallujah—including the implementation of *hadd* punishments, enforcement of strict norms of dress and behavior, and public beatings or even executions of those who dissented—was a foretaste of the state the Salafists and Al Qaeda affiliated groups hoped to create in Iraq. The insurgency continued to take on a more religious tone in parts of Anbar: in Fallujah there were no serious objections from supposedly secular Ba'athists and nationalists to the imposition of *shari'a* in the city.

(S) Meanwhile, ordinary Sunnis in Anbar, at first encouraged by the creation of the Iraqi Interim Government, became more distrustful as the summer progressed. The insurgents' intimidation campaigns turned moderates who might have supported the Coalition into wary and weary citizens. Many blamed the Coalition as much as the insurgents for the violence they were suffering.

## Attack Data (May – August 2004)

(U) The following charts illustrate the numbers and types of insurgent attacks against Coalition forces in Anbar Province that occurred in the middle trimester (May to August 2004). The first two (large – ½ page) charts provide an overview of attacks from 2003 to 2007 in the three AOs of Anbar (in two different graphic presentations). The four months are highlighted and allow comparison to the entire period. The following four charts (small format) show the types of attacks (Direct Fire, Indirect Fire, and IED) arrayed over the 2003-2007 time frame and also expanded to a week-by-week graphic. Complex Attack data was not yet available during this period.

(S) The average number of enemy attacks during this period was higher than the previous period and sharply increased throughout the period. While the overall attack, Direct Fire, and Indirect Fire incident counts increased, the count of IED incidents remained relatively stable. During this period, the majority of incidents were taking place in AO Raleigh and AO Topeka, while AO Denver levels were still relatively lower. Two weeks in particular showed peaks in the overall, Direct Fire, and Indirect Fire attack counts – the weeks of 24-30 June and 12-18 August, with the increases particularly attributable to activity in AO Raleigh.

PX901

Declassified by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq
6/13/07

**All Incidents**





SECRET/NOFORN

PX901

Declassified by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq
6/13/07

## Direct Fire Incidents

 

## Indirect Fire Incidents

 

## IED Incidents

 

SECRET/NOFORN

PX901

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

## Run-Up to Operation Al FAJR (September – October 2004)

### Further Tensions in Fallujah

(S) Coalition efforts against the Mahdi Army came to at least a temporary conclusion in August 2004. The main focus of Coalition counter-insurgency efforts returned to Fallujah. With the infiltration of the Fallujah Brigade followed by the seizure of two ING compounds, the threat was clear. The Coalition began preparations to remove what had in effect become a parallel center of political authority in Anbar to that of the legitimate Iraqi Interim Government.

(S/NF) **Tensions also continued to flare in Fallujah**.[166] Despite their temporary reconciliation, by mid-September Janabi once again found himself at odds with Hadid. He encouraged his followers to distance themselves from JTJ. At the core of the dispute was Janabi's belief that Hadid's activities in Fallujah were eroding public support for Janabi. Janabi had been working with Fallujah Mujahideen Shura in an effort to find a way to continue the insurgency outside Fallujah. Meanwhile, Hadid had been insistent on working with the *muhisba* to implement the most extreme interpretations of *shari'a*. However, this alienated less religious FREs in the city. Another major source of controversy was Hadid's decision to collect a religious tax from residents to support JTJ's activities in Fallujah. Hadid also claimed to have received a *fatwa* from Janabi calling for the seizure of the possessions of those who failed to cooperate. Janabi had never issued such a *fatwa* and was angered that Hadid made such a radical move without his permission.

(S/NF) Nor was the *fatwa* the only recent issue of contention. During early September, Hadid executed Ahmad al-Shamsah al-Issawi and Ahmad al-Hasna al-Krifawi, two popular Fallujah residents he claimed were cooperating with the Coalition. In response, the Albu Eissa tried (but failed) to capture Hadid and turn him over to the Albu Hatim, the tribe to which these two men belonged.[167] Although Hadid killed the two men without consulting with the Fallujah Mujahideen Shura, the Albu Hatim blamed Janabi and joined the Fallujah Mujahideen Shura's growing list of enemies.[168]

### Negotiations and Airstrikes

(S/NF) Prior to Operation Al FAJR, the Iraqi Interim Government and the Fallujah Mujahideen Shura representatives met repeatedly. The purpose was to discuss turning the city over to Iraqi Interim Government without fighting. In reality, Fallujah Mujahideen Shura was playing for time. Both Janabi and Sheikh Khalid Hamud al-Jumayli remained active in Fallujah Mujahideen Shura and JTJ activities. At the same time, they were supposedly seeking a peaceful solution with the government.[169] Prior to his detention, al-Jumayli told a group of insurgents in Khalidiyah in early

---

[166] [ ] Military | IRAQI REACH BACK TEAM: FALLUJAH – IO ANALYSIS (PART B) | 20041001 | (S/NF) | ]
[167] [ ] Military | OCTOBER DAILY HUMINT | 20041001 | (S/NF) | ]
[168] [ ] Military | IRAQI REACH BACK TEAM: FALLUJAH – IO ANALYSIS (PART B) | 20041001 | (S/NF) | ]
[169] [ ] Military | AO ATLANTA OVERVIEW, OCTOBER 29, 2004 | 20041029 | (S/NF) | ]

SECRET/NOFORN

PX901

Declassified by:  MG Michael X. Garrett,
USARC Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

October that the ongoing negotiations were little more than a ruse to allow the insurgents to prepare their defenses.[170]

(U) The Coalition decided against a major assault on Fallujah until after the conclusion of the 2004 U.S. presidential elections.[171] Instead, the Coalition conducted decapitation air strikes against senior insurgent leaders and foreign fighters based in Fallujah and other parts of Iraq. The Coalition scored a number of notable successes.[172] Perhaps most important was the killing of Omar Yusuf Jumah (Sheikh Abu Anas al-Shami), JTJ's spiritual leader who had served as a close advisor to Zarqawi and provided the group with Islamic legal justification for its activities.[173]

**Insurgent Preparations**

(S/REL TO USA, AUS, CAN AND GBR) As early as the seizure of the ING compounds in August, insurgents began preparing defenses for a possible Coalition attack.[174] Defenders were made up of roughly 50% Fallujahns, 32% other Anbaris, and 18% foreign fighters.[175] The Fallujah Brigade had now ceased to exist as an institution. With the removal of the Iraqi National Guard, Janabi, Hadid, and the rest of the Fallujah Mujahideen Shura had complete control over the city. Despite his strength in the city, Hadid began relocating foreign commanders to Ramadi to prevent senior foreign fighters from being targeted in the anticipated Coalition offensive.

(S/REL TO USA, MCFI) The Fallujah Mujahideen Shura coordinated with allied or satellite insurgent groups in Ramadi, Khalidiyah, Habbaniyah, Saqlawiyah, al-Amariyah, Karma, Latifiyah, Abu Ghraib, and Baghdad. The purpose was to prepare for widespread attacks as soon as the fighting began.[176]

(S/NF) These conventional insurgent preparations coincided with attempts by Zarqawi and Hadid to develop crude World War I-era chemical weapons for Fallujah's defense.[177] Coalition raids in 2004 discovered insurgent cells in Baghdad, Fallujah, and Tal Afar attempting to modify conventional mortar rounds to contain cyanide, pesticides, or industrial chemicals. One of JTJ's Fallujah-based cells attempted to manufacture mustard, tabun, and ricin but was unable to resolve the technical



170 Ibid.
171 [ | Open Source | LOS ANGELES TIMES/ MAZZETTI, MARK : MAJOR ASSAULTS ON HOLD UNTIL AFTER US ELECTION | 20041011 | (U) | ]
172 Ibid.
173 [ | Open Source | TERRORISM FOCUS, VOLUME 1, ISSUE 5 / STEPHEN ULPH : SHEIKH AL-SHAMI, AL-ZARQAWI'S MENTOR, KILLED | 20041001 | (U) | ]
174 [ | Military | IRAQI REACH BACK TEAM: FALLUJAH – IO ANALYSIS (PART B) | 20041001 | (S/NF) | ]
175 [ | Military | MNCI | FALLUJAH-RAMADI CORRIDOR," MNCI C2 PLANS, SEPTEMBER 17, 2004 | 20040917 | (S/NF) | ]
176 [ | Militar | NGIC          1.4c          S/NF    ]
177 [ | |                 b  3  50 USC   3507                IRAQ: ZARQAWI INTENT ON CW ATTACKS | 20040701 | (S/NF) | ]

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX901

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

difficulties prior to the Coalition attack.[178] Had they succeeded, their plan was to fill rockets and mortars with chemical agents and fire them at Coalition forces as soon as they entered the city.[179]

## The Birth of Al Qaeda in Iraq (AQI)

(U) As noted, Zarqawi had been actively seeking the blessing of the Al Qaeda senior leadership. He wished to establish himself as the undisputed leader of the *jihad* in Iraq. Moreover, he wanted to consolidate all Al Qaeda associate groups such as AI and Ansar al-Sunna under his leadership. By October 2004, Zarqawi had apparently secured that blessing. He issued a public statement in which he swore *bay'at* to Osama bin Ladin. He renamed JTJ as Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (Al Qaeda Organization in the Land of the Two Rivers, QJBR, or AQI, a Coalition term).[180] After eight months of negotiations, the Al Qaeda leadership "showed understanding for the strategy of the Tawhid wal-Jihad movement" and agreed to support Zarqawi's "style and system" provided he adhered to their strategy and directives.[181] Zarqawi gained a great deal of prestige among Sunni Islamists inside and outside of Iraq during the run-up to Operation Al FAJR, paving the way for his emergence as the preeminent leader of the insurgency in Anbar.

## Operation AL FAJR (November 2004)[182]

### The Battle

(U) In the run-up to the second battle for Fallujah, Coalition forces once again set up roadblocks and encouraged civilians to flee the city. The next Coalition phase consisted of several weeks of air strikes and ground feints by Coalition infantry and armor. This was designed to lure out and kill insurgent fighters. It was also designed to force insurgents to reveal their defensive positions on the east and southeast outskirts of Fallujah. The attack into the city began on November 7 with the seizure of the main hospital and two bridges over the Euphrates River. American and Iraqi forces created a tight cordon around Fallujah, secured the ground lines of communication, prevented insurgents from traveling to and from the city, and conducted robust counter-insurgency operations throughout Anbar.

(U) On November 8, 6,500 U.S. troops from six maneuver battalions breached insurgent defenses along the northern edge of the city, using artillery and close air support to hit suspected insurgent positions. Over 2,000 Iraqi troops followed their U.S. counterparts in a support role to secure lines of communication and clear sensitive buildings such as mosques. Initial Coalition progress was rapid. RCT-7 pushed 800 meters into the Askari neighborhood by the end of the first day. Fighting

---

[178] [ |                    b 3 50 USC  3507                    | IRAQ: POSSIBLE SMALL-SCALE CHEMICAL THREAT IN AL FALLUJAH | 20041110 | (S/NF) | ]
[179] Ibid.
[180] [ | Open Source | TERRORISM FOCUS, VOLUME 1, ISSUE 7: AL QAIDA ENSURES A VIOLENT RAMADAN IN IRAQ | 20041029 | (U) | ]
[181] Ibid.
[182] [ | Military | NGIC | NGIC ASSESSMENT: COMPLEX ENVIRONMENTS: BATTLE OF FALLUJAH II (2004-2005) | 200404xx | (S/NF) | ]

PX901

Declassified by: MG Michael X. Garrett,
USFOR-A Chief of Staff
Declassified on: 201506

in the western Jolan district was not as fierce as had been expected. Within three days of fighting the Coalition had already swept through the northern half of Fallujah, refitted, and begun their push across Route 10 to clear the industrial district in the eastern half of the city.

(U) As Coalition forces advanced, mosque loudspeakers blared "Prepare for jihad!" and "Allahu Akbar!" The insurgent forces conducted a fluid defense, moving to reinforce defenses as needed. Sometimes seeming to appear from nowhere, they fired small arms and RPGs from groups of 3-6 men before fleeing into nearby buildings. South of Route 10 insurgent resistance stiffened, particularly in the southwestern Resala and Nazal districts. Small groups of insurgents rushed Marine positions and dozens of RPGs struck tanks and other armored vehicles. On several occasions, insurgents fought to the death to defend individual buildings, prompting Coalition infantry to call for air support to flatten the structures.

(U) The Coalition continued to make steady progress, advancing 600 meters every six hours. By November 12, the Coalition had driven the insurgents into their last remaining strongholds in southwestern Fallujah. The smaller their area of operation became, the larger the insurgent cells grew, with some fielding as many as fifty fighters in a single engagement. Many of these holdouts fought to the last man rather than surrender.

(S/REL TO USA, MCFI) After seven days of heavy fighting, the Coalition had completed its sweep through Fallujah. Clearing operations followed to deal with isolated pockets and unexploded ordnance. Cells that remained active at this point operated in extremely small groups, fighting in close quarters with small arms and hand grenades. A few cells relocated to the "cleared" parts of northern Fallujah. The fighting that occurred in these previously cleared areas appears to have been due to a combination of relocated cells, sleeper cells, and insurgents who had previously fled Fallujah returning to the city to continue fighting.

(S/REL TO USA, MCFI) Between November 16 and late December, Coalition forces conducted further sweeps to clear buildings, sometimes on multiple occasions. It took nearly two weeks before all of Fallujah could be declared completely free of IEDs and enemy pockets. Even so, as late as December 20, surviving insurgent fighters continued to stage small attacks in Fallujah using undiscovered tunnels and facilities. Phase IV operations were then initiated to clean up the streets, restore damaged buildings, and position food and water for the return of the civilian population in late December 2004.

(U) From November 7-30, Coalition losses were seven Iraqi military and civilian deaths and 43 wounded. U.S. casualties included 69 dead and 619 wounded. MNF-I detained 2,052 suspected insurgents and estimated that 2,175 insurgents were killed during the fighting.

PX901

Declassified by: MG Michael X. Garrett,
USFOR-A CJ2 Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

**Insurgent Strategy**

(S/REL TO USA, MCFI) As in the first battle for Fallujah, the insurgent's relied on a dispersed, non-linear fluid defense. They used networks of small cells to elude, harass, and attrit Coalition forces as they advanced into the city. Insurgents mixed direct fire with small arms and RPGS, hit-and-run, and indirect fire. Some cells attacked Coalition forces from within one building, relocated to another, and attacked again. Others used mortars in conjunction with the attacks described above. The goal behind these tactics was to inflict casualties while gaining media attention and support for their cause. By defending a well-known symbol, they hoped to focus international attention on the civilian collateral damage and use Fallujah as a catalyst for stirring up retributive violence throughout Iraq.

(S/REL TO USA, MCFI) The insurgent plan for defending Fallujah also called for the dispersal of 50% of the city's total fighters to nearby towns and rural areas from Ramadi to Baghdad and south into northern Babil. The goal was to open a second front by attacking Coalition forces from the rear along the outer perimeter and energizing other insurgent groups into stepping up their attacks. While coordinated insurgent activity did increase throughout the Sunni Triangle, the outer cordon of Fallujah was never seriously threatened.

(U) The reasons for the insurgents' failure to threaten Fallujah's outer cordon were two-fold:

- Aggressive Coalition operations and increased troop presence in Ramadi disrupted insurgent plans to carry out attacks to penetrate the perimeter and relieve Fallujah's defenders. The Coalition established checkpoints, patrolled supply routes, carried out cordon sweeps, conducted counter-rocket and counter-mortar operations, and conducted movement to contact operations combined with the clearing of IEDs.

- Small groups of insurgent fighters did penetrate the outer perimeter to reach Fallujah on foot but were unable to challenge the presence of Coalition combined arms patrols on major roads.

(S/REL TO USA, MCFI) As earlier, Fallujah Mujahideen Shura assigned defensive sectors and zones to individual cells or groups of cells. They established eight primary defensive sectors, including the Jolan and Sina'a districts. At least some of the planning incorporated detailed maps, sketches, and annotated high-resolution imagery consistent with past urban defenses in other parts of the world.

(S/REL TO USA, MCFI) Despite these preparations, three factors led to unexpected weaknesses in the city's defense.

- On the second day of the Coalition assault, on November 8, Janabi, Zarqawi and many other Fallujah Mujahideen Shura leaders fled Fallujah. This reduced the level of cohesion among the city's defenders.

SECRET/NOFORN

PX901

- Another significant factor was rivalries within the remaining insurgent leadership, combined with a lack of coordinated communications between groups.

- Orders to individual cells were sent from senior facilitators or remaining Fallujah Mujahideen Shura leaders still present in the city, such as Hadid, though some cell leaders countermanded, ignored, or dismissed these orders and issued their own.

(S/REL TO USA, MCFI) Cooperation between Hadid's forces and those loyal to Janabi was tenuous at best. It is unclear to what degree the two factions set aside their differences in the face of a concentrated Coalition threat. AQI foreign fighters made up only thirty-eight of the detainees after the battle, with another thirty probable foreign fighters identified from the remains of dead insurgents, indicating that most of those that had been present in the city left with Zarqawi on November 8.

(S/REL TO USA, MCFI) Insurgent communications consisted of radios, cell phones, runners, and visual and auditory signaling. Numerous commercial hand-held mobile radios were captured by the Coalition from insurgent arms caches and living quarters, suggesting that they were widely available but seldom used. Fallujah's power was cut off on November 8, degrading landline communication so that cell phones became one of the few means of communication. To supplement the cell phones, black flags were used to signal between groups and mosque loudspeakers broadcast tactical information. Former RG and SRG generals, on the other hand, issued written orders complete with Saddam-era official letterheads to subordinates who snapped salutes.

(S/REL TO USA, MCFI) As during Operation VIGILANT RESOLVE, insurgent cells were small, semi-autonomous and widespread throughout the city. They conducted a decentralized defense. The most common cell organization was a hub network made up of cells of 3-6 fighters, though some were as large as thirty. As the fighting wore on and insurgents were left isolated in the southeastern part of the city, cell size increased to groups of as many as fifty fighters by November 13. No single leader appears to have been in control of more than fifteen fighters, with the exception of Hadid who personally led as many as 200 into battle.

**Further Cooperation between Fallujah Mujahideen Shura and Al-Sadr**

(S/REL TO USA, MCFI) As with his earlier support during Operation VIGILANT RESOLVE, Muqtada al-Sadr sent 100 of what he called his "elite fighters" from his Mahdi Army in Thawra to Fallujah to assist in its defense.[183] Al-Sadr also sent Hadid money. This money, raised during the weapons buy-back program, was to be used for the defense of Fallujah.[184] Once the Coalition initiated a full-scale attack on Fallujah, the number of Mahdi Army fighters in the city rose to as many as 350.[185] This is significant, as it illustrates that low-level cooperation was not viewed as

---

[183] [ | Military | INTREP# 04-159 | (S/NF) | ]
[184] Ibid.
[185] [ | Military | TACTICAL FUSION CENTER: SPECIAL ASSESSMENT 001-05 | (S/NF) | ]

PX901

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

inconceivable between the second-in-command of the stridently sectarian JTJ and the Khomeinist Mahdi Army.

## Endgame [186]

(S/REL TO USA, MCFI) The insurgency suffered a significant blow with the fall of Fallujah. Insurgents lost their primary safe haven. Their networks were disrupted and scattered. They were deprived of major weapons caches and IED factories and roughly 4,000 fighters were killed or detained.

(S/REL TO USA, MCFI) There were many reasons for Coalition success during Operation AL FAJR, which contrast with the experience of Operation VIGILANT RESOLVE:

- Coalition forces were three times larger, comprising roughly 15,000 troops.

- With 4,000 estimated insurgent defenders, the Coalition had a 3 to 1 force advantage. This resulted in a far more effective cordon around the city than in April.

- Insurgents underestimated the precision and volume of Coalition firepower at the disposal of the infantry. Some insurgents became extremely frustrated with the power exhibited by Coalition combined-arms attacks.

- The Coalition information campaign prior to the beginning of Operation AL FAJR persuaded most of the civilian population to evacuate the city. PM Ayad Allawi declared a round-the-clock curfew in Fallujah. The small number of civilians who chose to remain stayed off the streets, leaving fewer human shields than previously to complicate targeting. Civilian vehicles were completely banned, depriving insurgents of their ability to use VBIEDs.

- Approval of Coalition operations by the Iraqi Interim Government and participation by Iraqi troops helped defuse potential Sunni Arab backlash against the Coalition. The relatively muted response saw only IIP leaving the Iraqi government and only AMS calling for a boycott of the January elections. This undermined the insurgent plan to use the fighting in Fallujah as a catalyst for stirring up support for the insurgency throughout Iraq.

(S/REL TO USA, MCFI) In Operation Al FAJR, the Coalition destroyed the center of insurgent power in Anbar but did not end the insurgency or eliminate AQI. Still, Operation AL FAJR was a major blow to the insurgents. They would again have to reorganize, recruit, and re-arm. The roughly 4,000 fighters killed or captured included experienced leaders like Hadid, who would take time to replace. These losses, and the ensuing reorganization of insurgent networks, were a major reason that the insurgents could not disrupt the January 2005 Iraqi elections. But, many senior leaders and

---

[186] [ | Military | NGIC | NGIC ASSESSMENT: COMPLEX ENVIRONMENTS: BATTLE OF FALLUJAH II (2004-2005) | 200404xx | (S/NF) | ]

PX901

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

their lieutenants fled Fallujah beforehand, and they would resume their activities as soon as they were able.

## Aftermath of Operation Al FAJR (December 2004)

### Post-Fallujah Effects in Anbar

(S/NF) The fall of Fallujah prompted a temporary reevaluation of AMS's support for FRE and SRE insurgent groups. AMS had previously been divided between supporting the January elections and supporting the insurgency. The organization now found that it had lost face because its decision to back Janabi meant that it was tied to his defeat in Fallujah.[187] AMS leader Harith al-Dhari, who had sent $5,000,000 to support Janabi during Operation VIGILANT RESOLVE was even detained and then released by Iraqi Interim Government Ministry of the Interior in November 2004.[188]

(S/REL TO AUS, CAN, GBR) On November 30, the Sunni Endowment (*Awqaf*) manager Dr. Adnan Muhammad Salman al-Dulaimi hosted a meeting of imams, scholars, and clerics from across Anbar. He informed them there was no legitimate *jihad* in Iraq and that violence against Coalition forces would not be tolerated.[189] When some attendees dissented, al-Dulaimi pointed out that he had delivered this same warning to Janabi prior to Operation AL FAJR. He noted that because Janabi had not heeded it, Fallujah was now "a ghost town."[190] Warning attendees not to let this happen to their cities and informing them that anyone who continued to preach *jihad* would be removed from their positions, al-Dulaimi secured the majority's support for a proclamation calling for an end to Islamist violence in Anbar.[191]

(S/REL TO USA, MCFI) The apparent (if temporary) shift of the Anbari clergy away from the insurgency soon spread across the province. Moderate Iraqis saw the insurgency losing momentum post-Fallujah.[192] Sunni moderates wanted to retain some measure of power in Iraqi Interim Government at all costs. A number of Sunni elites viewed the waning of the insurgency in Anbar as a sign they could win concessions from Shi'a and Kurdish political blocs in return for an end to violence and Sunni participation in the political process.[193]

### Insurgent Dispersal and Reorganization

(S/NF) However, the majority of insurgents in Iraq and Anbar were not ready to give up the fight. Many were able to flee Fallujah and relocate as far north as Mosul and across central Iraq. Fighters

---

[187] [ | Military | TACTICAL FUSION CENTER: ☐ 1.4c ☐ | (S/NF) | ]
[188] [ | Military | TACTICAL FUSION CENTER: SPECIAL ASSESSMENT 001-05 | (S/NF) | ]
[189] [ |☐ b 3 50 USC 3507 ☐ | (S/NF) | ]
[190] Ibid.
[191] Ibid.
[192] [ | Military | TACTICAL FUSION CENTER: SPECIAL ASSESSMENT 001-05 | (S/NF) | ]
[193] Ibid.

PX901

Declassified by:  MG Michael X. Garrett, USFOR-A Chief of Staff
Declassified on: 201506

escaped by crossing the Euphrates or by avoiding main roads and checkpoints.[194] With the loss of Fallujah as their primary sanctuary, some rank-and-file insurgents retreated to secondary sanctuaries in western Anbar such as al-Qa'im and Hadithah.[195] Others headed east, attempting to export violence to Baghdad in retaliation for Fallujah. Or they sought refuge with other insurgent and tribal figures in northern Babil or along the Fallujah-Abu Ghraib corridor, where weak security environments were perceived to exist.[196]

(S/REL TO USA, MCFI) Criminal and SRE activity surged in Hit, Hadithah, al-Qa'im, and Husaybah as more and more insurgents sought refuge in western parts of the province. They believed these areas vulnerable due to low Coalition and Iraqi Interim Government presence.[197] However, for the remainder of the year the insurgents were unable to compensate for the manpower, leadership, and infrastructure destroyed in Fallujah.

**AQI Regroups**

(S/REL TO USA, MCFI) After the defeat in Fallujah, AQI also relocated its base of operations. With assistance from the Ramadi Shura Council and Albu Ghanem tribe, some leaders traveled to the Sufiah and Huseybah Sharqiah districts of Ramadi.[198] Ramadi Shura Council leader Latif assisted this move. Latif agreed to combine his forces with those previously loyal to Hadid. This allowed him to better dominate activities between Ramadi, Khalidiyah, and Fallujah.[199] Many rank-and-file AQI and SRE fighters fled west to al-Qa'im and Hadithah. Others remained in Karmah or Saqlawiyah near Fallujah. Large numbers of foreign fighters headed east to rural Taji and Tarmiya north of Baghdad.[200] Of the leaders who'd been active in Fallujah, Zarqawi is believed to have fled to Mosul, and Janabi used his tribal alliances to seek refuge in northern Babil.[201] With the death of Hadid in Fallujah, Ramadi Shura Council leader Daham was promoted to serve as Zarqawi's top lieutenant in Anbar .[202]

(S/NF) The insurgent intimidation and murder campaign between Hit and Hadithah, begun during the summer, deterred local support for the Coalition. Post-Fallujah, the AQI presence in Hadithah surged as fighters displaced from Fallujah fled west.[203] This served as a radicalizing force for

---

[194] [ ] Military | NGIC ASSESSMENT: COMPLEX ENVIRONMENTS: BATTLE OF FALLUJAH II (2004-2005) | 200404xx | (S/NF) | ]
[195] [ ] Military | CG INTELLIGENCE UPDATE :  OPERATION PHANTOM FURY UPDATE, OCTOBER 23-24, 2004 | presumed 20041024 | (S/NF) | ]
[196] Ibid.
[197] [ ] Military | TACTICAL FUSION CENTER:  SPECIAL ASSESSMENT 001-05 | (S/NF) | ]
[198] [ ] Military | AO TOPEKA SIGNIFICANT REPORTING, DECEMBER 4, 2004 | 20041204 | (S/NF) | ]
[199] Ibid.
[200] [ ] Military | CG INTELLIGENCE UPDATE," OPERATION PHANTOM FURY UPDATE, NOVEMBER 5-6, 2004 | presumed 20041106 | (S/NF) | ]
[201] [ ] Military | NGIC ASSESSMENT: COMPLEX ENVIRONMENTS: BATTLE OF FALLUJAH II (2004-2005) | 200404xx | (S/NF) | ]
[202] [ ] Military | TACTICAL FUSION CENTER:   SPECIAL ASSESSMENT 001-05 | (S/NF) | ]
[203] [ ] Military | NGIC ASSESSMENT: COMPLEX ENVIRONMENTS: BATTLE OF FALLUJAH II (2004-2005) | 200404xx | (S/NF) | ]

PX901

Declassified by: MG Michael X. Garrett,
USFOR-A C/Staff
Declassified on: 201506

Hadithah insurgents, shifting them towards something of a fusion between the Salafist and criminal mindsets.[204]

(S/NF) In Hit, the influx of AQI was not nearly as profound. Local insurgent groups, motivated by a desire for self-rule, continued to dominate the insurgency in the city.[205] These sentiments in Hit predated OIF, and many locals regarded any outside force seeking to control it, insurgent or Coalition, as illegitimate.[206]

## Summary

(U) In many ways, 2004 was a turning point for the insurgency in Anbar province. The capture of Saddam in late 2003 changed the insurgency forever, splintering the FRL resistance. Insurgent groups moved away from the secular, socialist, pan-Arab Ba'athist ideology toward an Islamist-based ideology. As a result, in 2004, Al Qaeda and Zarqawi began a rise to prominence, although neither dominated the insurgency. Insurgent activity surged, with increasing levels of sophistication in attacks and greater coordination (frequently facilitated by clerics) between and among groups. Insurgent activities were not nearly as localized as they had been in 2003.

(U) 2004 saw the first major battles in Anbar since the overthrow of Saddam Hussein. In both Operation VIGILANT RESOLVE and Operation AL FAJR, insurgent groups fought protracted battles with Coalition and Iraqi forces. Their goal was not only to resist the Coalition and the Iraqi interim government, but to set up a kind of parallel society that included the imposition of *shari'a* law. The insurgent defeat at the conclusion of Operation AL FAJR was a major blow that forced them to regress from attempts to fight the Coalition in semi-conventional warfare to regrouping and reorganization. Despite the insurgents' defeat, Anbar's Sunni community increasingly objected to and resisted the Iraqi Interim Government, which would have significant consequences for future efforts to enlist Iraqi Sunnis in the political process during 2005. Insurgents undertook efforts to weaken the perceived credibility of the Coalition as well as governance at all levels – local, provincial, and national – as reflected in aggressive targeting of government officials, foreshadowing the contest for legitimacy to be waged in 2005.

(U) 2004 closed with an Anbar insurgency that had been damaged but not destroyed, and was still dangerous.  The survival of most of the larger insurgent organizations following Operation AL FAJR demonstrated their resilience and flexibility. This had previously been shown in the insurgent reorganization and reorientation that occurred following the capture of Saddam Hussein as well as both battles in Fallujah. The flexibility of the insurgency allowed it to evolve and adapt to changes in Coalition tactics and strategy, with tactical cooperation even occurring between groups that had markedly different agendas. This was reflected by Coalition intelligence analysis, which showed a constantly changing insurgent landscape as groups allied, merged, or splintered on a regular basis (see Appendix J).

---

[204] Ibid.
[205] Ibid.
[206] Ibid.

PX901

Declassified by:  MG Michael X. Garrett,
USFOR-A Chief of Staff
Declassified on: 201506

(U) In 2005, the following trends within the insurgency would continue:

- rebuilding, expanding and consolidating the numerous groups into tighter organizational and command and control structures
- preventing the emergence of any effective national governance
- establishing their own parallel governance
- imposing *shari'a* law
- adapting to Coalition changes in strategy and tactics with increased flexibility and resilience

(U) Yet, despite the insurgents' efforts, the 2005 elections would go forward, although most Anbaris would boycott them.  While this started the year on a positive note, AQI took advantage of opportunities and continued to grow during the rest of the year.

### Snapshot: The Insurgency at the End of 2004

(S/REL TO USA, MCFI) While the insurgency had lost momentum as a result of its losses in Operation AL FAJR, they soon began to regroup and reorganize. Many mid- and high-level commanders who had been killed in the fighting were not easily replaced. Those leaders who survived were more focused on staying alive and evading capture than on conducting attacks. Fleeing to areas with less Coalition presence, these insurgent leaders managed to regroup, reequip, and recruit new fighters to replace those captured or killed during the fighting. It took several months for this to occur, however, resulting in attack levels in Anbar that were far lower than those seen prior to Operation AL FAJR. December 2004 insurgent attacks in Anbar fell more than 50% from the pre-Operation AL FAJR numbers. The result was that the insurgents lost too much momentum to prevent or disrupt the January 2005 elections.[207]

### Attack Data (September – December 2004)

(U) The following charts illustrate the numbers and types of insurgent attacks against Coalition forces in Anbar Province that occurred in the last trimester (September to December 2004).  The first two (large – ½ page) charts provide an overview of attacks from 2003 to 2007 in the three AOs of Anbar (in two different graphic presentations).  The four months are highlighted and allow comparison to the entire period.  The following six charts (small format) show the types of attacks (Direct Fire, Indirect Fire, and IED) arrayed over the 2003-2007 time frame and also expanded to a week-by-week graphic.  Complex Attack data was not yet available during this period.

(S) The average number of enemy attacks during this period was higher than the previous period and featured a significant spike concurrent with Fallujah II.  The spike in total counts during the week of 11-17 November represents the highest weekly figure recorded to date, with most activity focused in AO Raleigh but significantly increased levels in AO Topeka as well.  The Direct Fire and Indirect Fire attack counts closely mirror the overall counts, while the IED attack counts show a

---

[207] [ | Military | TFC:  SPECIAL ASSESSMENT 001-05 ( (S/NF) | ]

PX901

Declassified by: MG Michael X. Garrett,
USARC Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

more muted correlation. There is also a smaller spike in activity during the week of 9-15 September, with almost all of the increase coming from activity in AO Topeka.



PX901

Declassified by:  MG Michael X. Garrett,
USFOR-A Chief of Staff
Declassified on: 201506

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq
6/13/07

**All Incidents**





6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX901

Declassified by:  MG Michael X. Garrett, USFOR-A Chief of Staff
Declassified on: 201506

SECRET/NOFORN

Study of the Insurgency in Anbar Province, Iraq
6/13/07

### Direct Fire Incidents

 

### Indirect Fire Incidents

 

### IED Incidents

 

6/13/07
Study of the Insurgency in Anbar Province, Iraq
SECRET/NOFORN

PX901

Declassified by: MG Michael X. Garrett, USFOR-A Chief of Staff
Declassified on: 201506

**Insurgent Profile: 2004**



Figure 1: 2004 Street-Level Insurgent Profile (S/REL TO USA, MCFI)

(S/NF) In 2004, the typical street-level insurgent captured in Anbar was an Iraqi male about 28 years old, was more likely to be married than to be unmarried, and was educated at a high-school level or less. Most captured detainees were associated with tribes and also had some military experience. These conclusions are based on an analysis of more than 4,300 tactical interrogation reports gathered from intelligence sources.

PX901

Declassified by: MG Michael X. Garrett,
USFOR-A CJ2 Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

(S/NF) Most insurgents captured in 2004 were 30 years old or younger (61.7%), with a significant group (12.2%) under 20 years old. The middle 50% of the population was between 22 and 35 years old. The fact that the median of 28 years is lower than the mean of 30.0 years confirms that the data is skewed younger and also indicates that the age range among older detainees has a large spread. The most common age among detainees was 25 years old.

(S/NF) Of all detainees captured in 2004, 92.9% claimed to be Iraqi. However, it is likely that many of the remaining detainees, more than half who described themselves only as Muslim, Sunni, or Shiite, were Iraqis but identified themselves first by their religion. Of the 3.0% claiming to be of foreign origin, the most frequent origins named were Egypt, Syria, Saudi Arabia, Jordan, and Iran.

(S/NF) Just over 50% of the detainees were associated with blue collar or other labor occupations. The most common occupation claimed was *shepherd* or *farmer* (18.4%), though the largest grouping of occupations was *blue collar workers* (20.8%), which included jobs like *electrician*, *carpenter*, and *laborer*. Though only 7.2% of detainees claimed to be actively unemployed, it is likely that many more detainees were actually unemployed but provided their previous job or training when asked their occupation. In addition, a noteworthy fraction of detainees (11.8%) were employed in positions of trust such as the Iraqi police or local security forces.

(S/NF) More than half of those captured in 2004 claimed to have some military experience (57.6%), while a portion of those that had not served were still students and were too young to participate. This finding indicates that a large segment of the insurgent population had some form of prior military training, had combat experience, and may even have had personal access to weapons.

(S/NF) At least three-quarters of those detained had no education beyond high-school, with nearly half (46.1%) having no more than an elementary education (6th grade or less). More than 15% had some post-secondary education or had completed a degree program.

(S/NF) The tribe with the most captured members in 2004 was the Fahad tribe. The most captures of Fahad happened in April, coincident with Fallujah I, and in the latter part of the year. In November 2004, coincident with Fallujah II, the Albu Alwan and Albu Khalifah tribes were most captured, while there was a significant dip in Fahad captures from 75 in October to 9 in November. Though these were the most frequent tribes claimed, there were many tribes well-represented, as only 52% of the detainees associated themselves with one of the top 20 tribes.

(S/NF) The most frequently claimed residence among detainees in 2004 was the Ramadi area, with nearly a third (33.1%) of detainees, followed by Fallujah with 24.6% of detainees. In particular, the Fallujah-area town of Karmah (7.0%) contained a large concentration of detainees. Habbaniyah and the neighborhood of Khaldiyah was also a source of many detainees, with 12.2% of all detainees. Other detainees came from Al Qa'im/Husaybah (6.5%) or from outside Anbar in Baghdad (5.7%), though this was somewhat limited.

(S/NF) Nearly 60% of all detainees (58.3%) in 2004 claimed to be married, engaged, or widowed, though most detainees under 30 (75.8%) were still single. Almost all married detainees (91.5%)

PX901

Declassified by:  MG Michael X. Garrett,
USARCENT Chief of Staff
Declassified on: 201506

SECRET/NOFORN
Study of the Insurgency in Anbar Province, Iraq
6/13/07

claimed to have children, but this data is unreliable. The need to support a family likely was a factor that led those with children to participate in the insurgency to receive larger financial gain than their regular jobs or while unemployed.



PX901

PX937

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET/NOFORN
Working Paper
MC Study A
5/02/07

## INSURGENT GROUP PROFILE: AL QAEDA IN IRAQ (AQI)

**(U) Aliases:** Jama'at al-Tawhid Wa'al Jihad (JTJ—The Organization for Unity and Holy War); Tanzim Qa'idat al Jihad fi Bilad al-Rafidayn (TQJBR—Al-Qaeda Organization in the Land of the Two Rivers); Abu Musa'ab al-Zarqawi (AMZ) Network.

### Group Origins and Ideological Framework

(U) The complex history of al-Qaeda in Iraq (AQI) dates back to the late 1990s, when a relatively remote jihadist outpost sprang up in the city of Herat in western Afghanistan, near the Iranian border, serving as a training camp for international jihadists. It was set up and run by a Jordanian ex-convict and radical Islamist, Abu Musa'ab al-Zarqawi (AMZ), under al-Qaeda auspices and with the direct support of Osama bin Laden and his top lieutenants.[1] The camp received recruits from eighteen different countries around the world, including a good number of Jordanians and Palestinians.[2] The banner at the entrance of the camp, which was disguised as a religious school, read: "Tawhid wal Jihad (Unity and Holy War), which would become the name of Zarqawi's organization in Iraq a few years later.[3]

(U) The camp's strategic location facilitated easy access to Iraqi Kurdistan via Iran,[4] which made direct contact possible between the jihadists in Afghanistan and the biggest Islamist organization operating in Iraq prior to OIF (Operation Iraqi Freedom): Ansar al-Islam. According to Jean-Charles Brisard, a French terrorism expert, Zarqawi was communicating with the Islamic Kurdish resistance as early as 2000, gradually establishing a road link between Herat and the mountains of Iraqi Kurdistan by way of Mashhad, Iran.[5] Allegedly per bin Laden's instructions, AMZ took charge of the Sargat Camp in Northern Iraq, where terrorist training included the manufacture and testing of powerful chemical and biological weapons.[6] Moreover, a number of Zarqawi's associates, including Khaled al-Aruri (a.k.a. Abu Ashraf) and Abdel Hadi Ahmad Mahmoud Daghlas (a.k.a. Abu Ubaydah) took up residence in Iran, near the Iraqi Kurdistan border, where they subsequently helped coordinate Ansar al-Islam's operations per Zarqawi's orders.[7] This initial operational exchange not only gave AMZ a strategic foothold in Iraq well before the US invasion of 2003, but enabled him to play an increasingly important role in directing and overseeing Ansar al-Islam's operations, as well as placing him at the forefront of the SRE (Sunni Religious Extremist) insurgent movements following the fall of Saddam's regime.

---

[1] Brisard, Jean-Charles. Zarqawi: The New Face of Al Qaeda. 2005: Librairie Artheme Fayad. Page 72.
[2] Ibid.
[3] Ibid.
[4] Ibid. Page 73.
[5] Ibid. Page 78.
[6] Ibid.
[7] Ibid.

SECRET/NOFORN
Workin  Paper
(b)(6)
MC Study A
4/30/07

PX937

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET/NOFORN
Working Paper
MC Study A
5/02/07

(U) After U.S.-led forces invaded Afghanistan in 2001, AMZ, along with other senior al-Qaeda leaders fled the country, making his way to Syria through Iran and Iraq under a false passport. Once there, he reestablished contact with surviving members of his organization and regrouped in preparation of continuing his jihad against the West.[8]

(S/REL TO USA AUS CAN GBR NZL) In October 2002, AMZ formed a shura council in order to come up with a blueprint that would serve as his long-term strategy for the struggle in Iraq which he chose as his next battlefield, five months prior to the U.S. invasion.[9] He was in fact the first known insurgent leader to have anticipated the successful occupation of that country and the formation of a democratic government there,[10] which put his movement well ahead of many others that sprang up in the aftermath of OIF in terms of organizational preparedness. As one of the few groups that had a foothold in the country before the U.S. invasion, it was considerably larger, better organized, and better financed than most emerging insurgent groups of that era, second only to the FRL (Former Regime Loyalist) organizations, whose Ba'athist hierarchical structure and networks of support (including funds expropriated by leading members of Saddam's Administration) were already in place at the time of the invasion.

(U) In June of 2003, approximately two months after the fall of Baghdad, AMZ's network emerged on the Iraqi stage under the same name that was inscribed at the entrance of his camp in Afghanistan: Jama'at al-Tawhid Wa'al Jihad (JTJ). This new resistance force was Salafist in orientation and aimed to liberate Iraq from foreign domination, overthrow the interim Iraqi government, and establish an Islamic state based on Shari'a law.[11]

**Organizational Structure**

(S/NF) The AMZ Network quickly grew in size and scope, operating in five provinces (al-Anbar, Diyala, Salahuddin, Babil, and Nineveh), as well as in Baghdad, and consisting of approximately 1,000 members as early as the summer of 2003.[12] Like other insurgent groups, JTJ adopted a cellular organizational structure and drew on its members' extended family and tribal affiliations in an effort to expand its support networks, as well as its sources of political, religious, social, and financial backing.[13]

(S/REL TO USA AUS GBR) From the very beginning, AMZ planned to use Fallujah, the heart of the Sunni Triangle, as his center of operations in Iraq. By the time that Baghdad fell to Coalition forces, his network stockpiled tons of arms and munitions in 3-5

---

[8] Ibid. Page 93.
[9] Expanded Insurgent Group Notes: MCFI/20160110
[10] Ibid.
[11] MIPT Terrorism Knowledge Base (www.tkb.org/Group.jsp?groupID=4338).
[12] Expanded Insurgent Group Notes: MCFI/20160110
[13] Ibid.

SECRET/NOFORN
Workin   Paper

(b)(6)
MC Study A
4/30/07

PX937

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

**SECRET/NOFORN**
Working Paper
MC Study A
5/02/07

locations around the city.[14] By September of that year, AMZ was conducting training sessions for his fighters on the town's outskirts.[15] Throughout the insurgency, Fallujah remained one of JTJ/AQI's major strongholds and bases of support, despite coalition operations that have temporarily dislodged the rebels. Moreover, the organization enjoyed considerably more popular support in Fallujah than in any other major locale.

(S/REL TO USA AUS CAN GBR NZL) In October 2004, AMZ pledged loyalty to Osama bin Laden and JTJ formally became the al-Qaeda Organization in the Land of the Two Rivers, more commonly known as AQI (al-Qaeda in Iraq).[16] This change in status marked several significant structural differences from an organizational and operational standpoint. While JTJ started out as a group primarily led by foreign fighters, AQI drew heavily on local support, in an effort to "Iraqify the insurgency."[17] Subsequently, AMZ made the conscious choice to empower regional Iraqi emirs to make targeting decisions autonomously.[18] This was intended to transform the group into a local organization and increased its Iraqi membership to approximately 90%.[19] From a financial and logistical standpoint, AMZ's allegiance to bin Laden resulted in increased funding, recruits, logistical support, as well as political and religious backing from al-Qaeda's leadership.[20]

(U) Aside from the military structure of the organization, Zarqawi also set up a media department under the leadership of Abu Maysarah al-Iraqi, who was charged with writing and disseminating the organization's press releases.[21] The department has reportedly employed three staff members in Iraq, while relying on computer facilities in other countries, utilizing the most up-to-date graphic design and video editing techniques, as well as visual effects[22] that dramatize the impact of the organization's activities, ranging from executing foreigners to ambushing coalition and Iraqi forces. The group also has access to a number of media channels, as well as a website for posting its messages.[23] Furthermore, it has been known to partake in numerous online Islamist discussion forums in an effort to spread propaganda and broaden its appeal worldwide.[24] The sophistication of the movement's media capabilities is further evidenced by the fact that a number of Arabic language media outlets in the Persian Gulf regularly broadcast its messages without editing their content.[25]

---

[14] Expanded Insurgent Group Notes: IIR 7 921 0005 05
[15] 82nd Airborne Division Daily INTSUM, 30 SEP 03
[16] Expanded Insurgent Group Notes: IIR 7 921 0005 05
[17] Ibid.
[18] Ibid.
[19] Ibid.
[20] 050722 al-Kurdi Debrief
[21] Brisard, Jean-Charles. Zarqawi: The New Face of Al Qaeda. 2005: Librairie Artheme Fayad. Page 143.
[22] Ibid.
[23] Ibid.
[24] Ibid.
[25] Ibid.

**SECRET/NOFORN**
Working Paper
b 6
MC Study A
4/30/07

PX937

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET/NOFORN
Working Paper
MC Study A
5/02/07

## Goals and Objectives

(S/REL TO USA AUS CAN GBR NZL) AQI's stated long-term goal is to restore the Islamic Caliphate beginning in Iraq and extending to neighboring states.[26] In achieving this aim, AMZ first planned to inflame sectarian tensions within Iraq in an effort to instigate a confrontation that would reverse the Shi'a domination of the country; continue to attack coalition forces until the West loses its political will to fight; and use the country as a springboard for spreading jihad throughout the region by overthrowing "apostate" governments.[27] Initially, AMZ capitalized on U.S. preoccupation with FRLs (Former Regime Loyalists) following OIF, by operating clandestinely, right underneath coalition radars.[28] Every effort was made to avoid antagonizing the coalition and provoking counter-operations during this crucial organizational phase.[29] Instead, the movement used this time to develop its cellular structure, increase its size, build strategic and tactical alliances with other groups, expand its bases of operations, thereby enhancing the effectiveness of its networks.[30] According to one of the movement's main operational leaders who was captured in 2005, Abu Umar al-Kurdi, clandestine operations that were undertaken during this time were carried out in a manner that was designed to place the blame on former Ba'athists,[31] in a bid to both, mislead and confuse the coalition and avoid retaliatory strikes. After the organization increased in strength, stature, and influence, more direct confrontations with U.S. and Iraqi troops were possible. AMZ estimated that it would take between three and five years to sufficiently degrade the morale of coalition forces to prompt their departure.[32]

## Tactics and Strategy

(U) "Zarqawi is not a great strategist. His prominence is due to his brute force against the American 'invader'."[33]—Jean-Charles Brisard

(U) On April 9, 2004, Nicholas Berg, a 26 year old American businessman was abducted in the west of Baghdad. One month later, a website associated with Ansar al-Islam disseminated a video of his brutal execution under the title: "Sheikh Abu Musab Zarqawi slays an American Infidel."[34] The graphic footage depicted Berg kneeling in an orange jumpsuit, modeled after the ones worn by prisoners in Guantanamo, in front of AMZ and his associates, who read from a text denouncing the American enemy and called on all Muslims to join the struggle: "The time has now come to make jihad and brandish the sword that the prophet has sent us… You will see your warrior brothers hang the head of

---

[26] Expanded Insurgent Group Notes:  IIR 7 921 0005 05
[27] Ibid.
[28] Ibid.
[29] Ibid.
[30] Ibid.
[31] Ibid.
[32] Ibid.
[33] Brisard, Jean-Charles. Zarqawi: The New Face of Al Qaeda. 2005: Librairie Artheme Fayad. Page 133.
[34] Ibid. Page 131.

SECRET/NOFORN
Working Paper
b 6
MC Study A
4/30/07

PX937

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET/NOFORN
Working Paper
MC Study A
5/02/07

this infidel from one of the bridges in Baghdad, so that no one will forget the way we treat infidels. May he bear witness to the honor of the Muslims."[35] Zarqawi then produced a knife and proceeded to saw off the head of the hapless hostage. The brutal spectacle, which marked the beginning of a long series of hostage executions,[36] sent shockwaves all over the world, but it also provided a deeper glimpse into the tactical and strategic mindset of the organizational leadership at the time.

(U) AMZ's intention was to arouse maximum resentment in the media[37] and increase his personal notoriety, as well as that of his movement. For that reason, he focused not so much on the number of attacks and kidnappings his group carried out, but on the regularity of enemy executions and the advertisement thereof.[38] This was partially a testament of AQI's organizational capabilities, which demonstrated its capacity to kidnap foreigners on a routine basis all over Iraq. On the other hand, the sadistic method of killing was designed to instill fear in adversaries, as well as to demoralize them. By graphically displaying scenarios as gruesome and barbaric as Berg's beheading, AMZ inspired terror in the public mind all over the world,[39] which was consistent with his organization's strategy of depleting the coalition's political will to fight.

(U) Aside from hostage-taking and executions, AQI claimed responsibility for countless suicide bombings, an integral tactic in its war against the coalition, which reflected the group's obsession with martyrdom. In this regard, Zarqawi's network relied heavily on the theological teachings of Sheikh Yussef al-Qardawi, one of the religious leaders of the Egyptian Muslim Brotherhood who was in exile in Qatar.[40] Qardawi warned against U.S. attempts to install an "Iraqi Karzai," and regarded the use of "Human bombs," as a form of religious martyrdom that was justified under the Koran in thwarting enemy aggression.[41] Moreover, the JTJ/AQI leadership saw such operations as a show of strength, designed to demonstrate the insurgents' willingness to sacrifice themselves for their beliefs, which bolstered their credibility among supporters.

(S/REL TO MCFI) In an intercepted letter from AMZ to al-Qaeda's central leadership, Zarqawi claimed to have orchestrated twenty five suicide attacks during the course of 2003 alone, but noted that the security situation was not yet conducive to making claims of responsibility.[42] These attacks included the bombings of the Jordanian Embassy (August 7, 2003) and the U.N. Headquarters in Baghdad (August 19 2003). Suicide missions remain a major tactical component of the organization's operations today.

---

[35] Ibid.
[36] Ibid.
[37] Ibid. Page 142.
[38] Ibid. Page 143.
[39] Ibid.
[40] Ibid. Page 147.
[41] Ibid.
[42] Zarqawi Letter, January 2004

SECRET/NOFORN
Workin  Paper
(b)(6)
MC Study A
4/30/07

PX937

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET/NOFORN
Working Paper
MC Study A
5/02/07

(S/REL TO USA, AUS, CAN, GBR, NZL) Another major part of AQI's strategy under Zarqawi's leadership relied on inciting sectarian violence, primarily by targeting the Shi'a. The creation of the Umar Brigade, an offshoot of AQI whose mission was to "hunt and kill" members of the Shi'a Badr Corps,[43] greatly increased sectarian tensions and polarized Iraqi society, which was exactly Zarqawi's intention—to create a chaotic environment by raising the level of distrust and hostility between the Sunnis and the Shi'a, while championing his organization as a protector of Sunni interests in Iraq.

(U) In February 2006, this approach was taken to new extremes when the Golden Mosque in the city of Samarra, one of the most sacred Shi'a shrines, was bombed. In one swoop, Zarqawi single-handedly undid the progress made by the Coalition during the December 2005 election, which aimed to reconcile differences in Iraqi society. The attack regenerated distrust and greatly increased cross-sectarian tensions, but it also had negative effects, since it alienated al-Qaeda's senior leadership, as evidenced by letters between the two parties in which AMZ received rebukes from his superiors.[44] In one such letter addressed to AMZ, al-Qaeda's second in command, Ayman al-Zawahiri, wrote: "…many of your Muslim admirers amongst the common folk are wondering about your attacks on the Shia. The sharpness of this questioning increases when the attacks are on one of their mosques, and it increases more when the attacks are on the mausoleum of Imam Ali Bin Abi Talib, may God honor him. My opinion is that this matter won't be acceptable to the Muslim populace…"[45]

(S/NF) Al-Qaeda's senior leaders had good reason for concern, since sectarian attacks against the Shi'a in its name jeopardized their complex relationship with Iran[46] and cost them international support. Nonetheless, AMZ never diverted from his policy of sectarian killings, despite requests from his superiors to change course. Only after his death in June 2006 did the organization, under the leadership of Abu Ayyub al-Masri, halt such activities. Likewise, the policy of beheadings and indiscriminate killings of civilians, which were considered extremely controversial within Islamist ranks, were halted as well.

## Leadership
(U) "When it comes to violence, Zarqawi brings terrorism back to its original meaning: terror."[47]—Jean-Charles Brisard

---

[43] 050722 al-Kurdi Debrief
[44] Report: Complete Text of Al-Zawahiri 9 July 2005 Letter to Al-Zarqawi. Washington Office of the Director of National Intelligence Website in English 11 Oct 05
[45] Report: Complete Text of Al-Zawahiri 9 July 2005 Letter to Al-Zarqawi. Washington Office of the Director of National Intelligence Website in English 11 Oct 05
[46] Ibid.
[47] Brisard, Jean-Charles. Zarqawi: The New Face of Al Qaeda. 2005: Librairie Artheme Fayad. Page xiii.

SECRET/NOFORN
Working Paper
b 6
MC Study A
4/30/07

PX937

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET/NOFORN
Working Paper
MC Study A
5/02/07

(U) **Abu Musa'ab al-Zarqawi (AMZ)** (real name: Ahmed Fadil al-Khalayleh), the former founder of JTJ/AQI, started his adult life as a petty criminal on the streets of Zarqa, Jordan, fighting, shoplifting, drinking, and dealing drugs.[48] His first brush with Salafism was in a neighborhood mosque, where fundamentalist imams groomed young congregants for jihad against the Soviets in Afghanistan.[49] Zarqawi quickly became obsessed with the prospect of participating in a "holy war," which he perceived as the best way out of his purposeless life, but to his great disappointment, he arrived in Afghanistan too late, missing the fighting by several months.[50] Nonetheless, his experience in jihadist camps completely transformed him into a committed Islamist.[51] Shortly after his return to Jordan, he was arrested for involvement in terrorism and spent five years in prison,[52] during which time he hardened his fundamentalist views. Within a month of his release, he made his way back to Afghanistan where he joined al-Qaeda and became a member of its managerial staff.[53] After escaping the U.S. invasion of Afghanistan following 9/11/01, he correctly predicted Iraq to be the next "field of jihad" and waited anxiously to fulfill his long-lost opportunity to fight. He proved to be an effective organizer, successfully mobilizing various groups around his agenda, but earned a reputation for brutality and sadism, killing anybody whom he suspected of working against his cause. His tactics involved gruesome murders, which he frequently carried out personally, torture, and terrorizing the civilian population into submission. While other insurgent leaders made significant achievements by cultivating popular support, Zarqawi met many of his political and religious objectives through brute force.[54] As the most wanted man in Iraq since the outset of the insurgency, AMZ managed to evade coalition forces for more than three years, until he was finally killed in a U.S. air strike on June 7, 2006.

(S/NF) **Umar Husayn Hadid al-Khurayfawi al-Mohamdi**, a native of Fallujah who was formerly a member of Saddam Hussein's special guard,[55] had an extensive history of involvement in both, salafist organizations and criminal activities, which gave him the necessary credentials to serve as one of AMZ's top lieutenants. In the mid-late 1990s, he was involved in an Islamic extremist movement in Fallujah, which targeted liquor stores and unsuccessfully attempted to assassinate the head of the city's Ba'ath Party.[56] Following the failed plot, Hadid fled to Afghanistan, where he received terrorist training in al-Qaeda camps. In 2002, he resurfaced in Fallujah where he met Zarqawi and quickly established himself as part of his inner circle, playing a major role in the movement's

---

[48] Ibid. Page 13.
[49] Ibid. Page 15.
[50] Ibid. Page 17.
[51] Ibid. Page 26.
[52] Ibid. Page 57.
[53] Ibid. Page 70.
[54] Ibid. Page 203.
[55] Ibid. Page 137.
[56] Chapter 3, Page 21.

SECRET/NOFORN
Working Paper
(b)(6)
MC Study A
4/30/07

PX937

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET/NOFORN
Working Paper
MC Study A
5/02/07

recruitment effort of Islamist fighters during the 2002 Hajj in Mecca, Saudi Arabia.[57] Hadid's local knowledge and connections prompted AMZ to appoint him Emir of Falluajh.[58] Subsequently, he played a critical role in organizing the city's defenses in the run-up to Operation AL FAJR,[59] in which he was killed by coalition forces.

(S/NF) **Lu'ai Saqa** (a.k.a. Ala al-Din) was a senior al-Qaeda associate charged with providing logistical support to members of the organization, ranging from forged documents to safe houses and money. He operated mainly out of Syria and Turkey, but by 2004, Saqa based himself in Fallujah with AMZ and became regarded by some as his second in command. As JTJ's external operations chief, he served as the direct link between AMZ and the Iran-based al-Qaeda leadership.[60] Saqa was arrested in Turkey in August 2005 during a failed plot to bomb Israeli cruise ships.[61]

(U) One of the men closest to Zarqawi was a Jordanian cleric and fellow disciple of Abu Muhammed al-Maqdisi, **Abu Anas al-Shami** (a.k.a. Omar Yussef Jumah). After graduating from the University of Mecca in Saudi Arabia in 1990, al-Shami returned to Jordan, where he became the imam of a mosque. In the mid-1990s, he helped found the Jamaat al-Sunnah wal Kitab, a local Islamist movement which led to the closing of his mosque by the authorities. By 2003, he left for Iraq and established contact with AMZ, who pronounced him as the religious leader of JTJ.[62] Al-Shami became a key public relations instrument for AMZ, posting internet reports on battles with coalition forces in the Sunni Triangle and broadcasting radio messages justifying the killing of civilians who refuse to fight the coalition. This is evidenced by a July 28, 2004 broadcast in which al-Shami proclaimed: "if the infidels take Muslims as protectors, and these Muslims refuse to fight, it is permitted to kill these Muslims."[63] Likewise, he justified attacks on the Shiites, whom he alleged to have forged "an alliance with the infidels."[64] Although al-Shami did not have a known operational function within the organization, he served a crucial role nonetheless, by using his theological credentials to grant religious sanction to JTJ's activities, which was deemed necessary in order to win popular support. He was eventually killed by coalition forces on September 20, 2004.[65]

(U) **Sami Mohammed Ali Said al-Ja'af** (a.k.a. Abu Omar al-Kurdi, Abu Yusef) was one of AMZ's top lieutenants and explosive experts who rose to prominence in JTJ due to his numerous deadly attacks against U.S. and coalition forces in Iraq, as well as his terror

---

[57] Ibid.
[58] Expanded Insurgent Group Notes: CTC 2004-30132
[59] Ibid.
[60] Chapter 3, page 5.
[61] Ibid.
[62] Brisard, Jean-Charles. Zarqawi: The New Face of Al Qaeda. 2005: Librairie Artheme Fayad. Page 134.
[63] Ibid. Page 135.
[64] Ibid.
[65] Ibid.

SECRET/NOFORN
Working Paper
b 6
MC Study A
4/30/07

PX937

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET/NOFORN
Working Paper
MC Study A
5/02/07

campaign against Iraqi civilians. He is believed to be responsible for 32 car bombings, which caused hundreds of deaths.[66] After his capture by Iraqi security forces on January 15, 2005, he confessed to building 75% of all car bombs used in Iraq since OIF, including those used to attack the attack on the U.N. headquarters in the summer of 2003.[67]

(S/NF) **Abu Ayyub al-Masri** (a.k.a. Abu Hamza al-Muhajir) is considered among the most experienced and skilled insurgent leaders in Iraq. As a prominent member of Egyptian Islamic Jihad (EIJ) since the early 1980s, he traveled to Afghanistan where he first met AMZ. Prior to the overthrow of the Taliban in 2001, he fled to Iraq and arrived in Baghdad ahead of AMZ, renewing contact with some of his former colleagues and continued to work on behalf of EIJ. Al-Masri obtained a farm in Diyala Province through his Iraqi contacts, which he converted into a terrorist training camp for foreign fighters. Following Saddam's overthrow, he traveled to Fallujah where he served as one of AMZ's top lieutenants. After AMZ was killed in a U.S. air strike, al-Masri took over control of the organization and is now considered to be the head of al-Qaeda in Iraq.[68] Unlike his predecessor, al-Masri is an adept strategist and tactician who is believed to be well-versed in Islamic scriptures, as well as in intelligence gathering, recruitment, and training.[69] Moreover, he does not resemble his predecessor's sadistic personality traits and tends to be motivated more by politics and pragmatism than brutality.

(U) A number of highly-placed JTJ/AQI lieutenants that have not appeared in the Anbar reporting, nonetheless, are believed to have played a prominent role in the national leadership of the organization. For instance, Zarqawi's head of special missions in Iraq and abroad was his brother-in-law, Khaled Mustafa Khalifa al-Aruri (a.k.a. Abu al-Qassam, Abu Ashraf).[70] Having served a prison sentence with Zarqawi in Jordan in the 1990s, he traveled with him to Afghanistan and then to Iran and Iraq, becoming one of his closest and most trusted advisors.[71] Likewise Abdel Haadi Ahmad Mahmoud Daghlas (a.k.a. Abu Ubaydah, Abu Muhammad al-Sham) was another close Zarqawi associate from Jordan, who ran the Herat camp in AMZ's absence, but followed his leader to Iraq after the invasion. According to a JTJ press release, he is deceased.[72] Hamid al-Saedi (a.k.a. Abu Human, Abu Rana, Hamid al-Su'aydi, Hamid Jumaa), an Iraqi national who oversaw numerous terrorist cells and was responsible for ambushing coalition forces, conducting kidnappings for ransom, and terrorizing the civilian population, was also credited with planning and carrying out the infamous attack against the Shia Askari

---

[66] MIPT Terrorism Knowledge Base (www.tkb.org/Group.jsp?groupID=4338).
[67] Ibid.
[68] Chapter 3, page 5.
[69] MIPT Terrorism Knowledge Base (www.tkb.org/Group.jsp?groupID=4416).
[70] Brisard, Jean-Charles. Zarqawi: The New Face of Al Qaeda. 2005: Librairie Artheme Fayad. Page 135.
[71] Ibid.
[72] Ibid.

SECRET/NOFORN
Working Paper
(b)(6)
MC Study A
4/30/07

PX937

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET/NOFORN
Working Paper
MC Study A
5/02/07

Shrine in Samarra in February 2006.[73] Al-Saedi was subsequently captured by Iraqi forces in June 2006, shortly after Zarqawi's demise.[74]

## Membership and Recruitment

(S/NF) During its first organizational meeting in Fallujah in October 2002, JTJ formed a leadership council, which primarily consisted of foreign fighters, with only a handful of Iraqis, including Abu Umar al-Kurdi, Hajji Thamir al-Atruz, and Abu Basir.[75] However, as the organization evolved, it focused on recruiting more local members and commanders in an attempt to broaden its public appeal. AMZ was particularly interested in former regime elements with extensive military, security, and intelligence experience. His efforts to "Iraqify" the insurgency produced a number of promising new recruits, including: Ghassan Amin[76] (former major in Saddam Fedayeen), Thamir Mubarak Atrouz[77] (former Republican Guard), Ahmed Ali Waelis[78] (former IIS Chief of Staff), Saif al-Din al-Rawi[79] (former Republican Guard Chief of Staff), Mohammed Sulleiman Fizza Shenather[80] (Head of the Muslim Brotherhood in Zaidon), and Mullah Humaydi[81] (former Mayor of Haditha and AQI's spiritual leader for Anbar). According to one British intelligence assessment, Zarqawi's ability to draw members of other insurgent groups into his organization largely accounted for his success as a leader.[82]

(S/NF) Mosques and their imams also played a prominent role within the organization from the very beginning, offering not only religious/spiritual guidance, but serving as recruitment hubs and providing supplies, funding, sanctuary, and logistical support to the insurgents.[83] As major focal points in the community, mosques were ideal locations for meeting with residents who were potentially interested in joining the insurgency and the backing of the imams was instrumental in facilitating such exchanges, as well as rallying their congregants around the insurgents' agenda.

(S) Although most insurgent groups had employed the services of child soldiers throughout the insurgency, AQI developed a structured child-recruitment apparatus in early 2006, sending recruiters to high schools throughout Anbar Province, in an effort to mobilize willing participants between the ages of 12 and 17.[84] AQI particularly targeted poor teenagers who were regarded as especially susceptible due to their families' lack of

---

[73] MIPT Terrorism Knowledge Base (www.tkb.org/Group.jsp?groupID=4338).
[74] Ibid.
[75] 050722 al-Kurdi Debrief
[76] 03 Feb 05 The Bullet and the Box: A Guide to Factions in Iraq. Defense Intelligence Report. 3 Feb 2005.
[77] [ Military | CTC 2004-30132 |      | S/NF | ]
[78] [Military | TACTICAL FUSION CENTER: GRINTSUM 050705|20050705| (S/NF) | ]
[79] 03 Feb 05 The Bullet and the Box: A Guide to Factions in Iraq. Defense Intelligence Report. 3 Feb 2005.
[80] [Military | TACTICAL FUSION CENTER: GRINTSUM 050705|20050705| (S/NF) | ]
[81] 03 May 06 MNF-W INTSUM
[82] 03 Feb 05 The Bullet and the Box: A Guide to Factions in Iraq. Defense Intelligence Report. 3 Feb 2005.
[83] Expanded Insurgent Group Notes: MCFI/20160110
[84] [Military | 16 Oct 06 MNF-W INTSUM | 16 Oct 06 | (S/NF) | ]

SECRET/NOFORN
Workin  Paper
(b)(6)
MC Study A
4/30/07

PX937

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET/NOFORN
Working Paper
MC Study A
5/02/07

financial resources.[85] The organization compensated the children with either a lump sum of $27 per operation or a monthly wage of $400.[86] The adolescent recruits were mostly tasked with conducting surveillance, planting IEDs, and other duties that were considered menial and did not require much training, although in the Haditha area, teenagers conducted indirect fire and small arms attacks against Coalition forces.[87] Moreover, in Fallujah and Rawah AQI recruited and/or coerced some teens into conducting suicide missions, while on rare occasions, some highly radicalized AQI members recruited their own children for suicide attacks.[88]

(S/NF) According to several intelligence assessments, the organization's full-time membership increased from approximately 1,000 in the summer of 2003[89] to an estimated 5,495 in January 2006, with approximately 230,000 supporters nationwide.[90] It is likely, however, that these figures increased drastically following the Samarra Mosque bombing in February 2006.

**Sources of Funding**

(b)(3) 50 USC § 3507

(S/NF) Not unlike other insurgent groups, JTJ/AQI engaged in kidnappings for ransom, blackmail, extortion, car thefts, and other criminal activities as a means of raising funds, regularly cooperating with smugglers, and criminal groups.[93] One of the greatest sources of revenue for the organization, however, came from smuggling oil from Bayji to other regions of Iraq, as well as to neighboring countries and selling it on the black market for as much as three times the government-subsidized rate, initially generating approximately

[85] Ibid.
[86] Ibid.
[87] Ibid.
[88] Ibid.
[89] Ibid.
[90] 12 JAN 06 CIOC S_ecial Anal_sis Paper: Assessin_A_I Stren_th

(b)(3) 50 USC § 3507

[93] 09 Apr 06 MNF-W INTSUM

SECRET/NOFORN
Workin_ Paper
(b)(6)
MC Study A
4/30/07

PX937

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET/NOFORN
Working Paper
MC Study A
5/02/07

$50,000 per week in revenue.[94] Such operations were made possible by the high level of institutionalized corruption, as well as lax law enforcement. By April 2006, AQI established a monopoly on black market oil sales and expanded its operations to Ramadi, where it resold fuel acquired from the state-owned refinery in Bayji, amounting to an estimated $500,000 in revenue per month.[95] The fundraising model was quickly applied to other areas of the country and largely accounted for the group's self-sufficiency.

### Alliances

(S/NF) One of JTJ/AQI's greatest strengths throughout the insurgency was its ability to forge strategic and tactical alliances with diverse groups. Its leaders formed local umbrella organizations that were intended to not only facilitate cooperation between different insurgent movements, but to mobilize as many of them as possible around AQI's agenda. The Fallujah Mujahideen Shura, for instance, set up in early 2004 as a loose confederation of groups with no central leadership, paved the way for JTJ to dominate the council's agenda in an effort to radicalize the insurgency in the city and turn it into a safe haven for foreign fighters.[96] The Shura was comprised of a total of 39 groups, including various al-Qaeda affiliated organizations, foreign groups (i.e. Palestinian Hamas, [ 1.4b, 1.4c ] FREs (Islamic Army of Iraq, Hamza Battalion, Iraqi National Islamic Resistance, etc), SREs (Ansar al-Sunnah, Jaysh Mohammed, Saraya al-Jihad, etc), and FRL remnants.[98] Moreover, two of the groups on the council were Shi'a and were believed to be associated with Muqtada al-Sadr's Mahdi Army.[99] Their presence on the JTJ/AQI-dominated council shed light on the reciprocal tactical cooperation between Sadr and the Sunni insurgents, who supplied each other with arms and provisions,[100] despite the animosity between them.

(S/NF) A major facilitator of such cooperation was Abdullah Janabi, a leading member of the Fallujah Mujahideen Shura and a key AQI ally. As a well respected local cleric who was formerly associated with Saddam's security services, he served as the imam of the Sa'ad bin Abi Waqas Mosque in Fallujah, using his position to urge his congregants and followers to fight coalition forces at every opportunity. Moreover, he facilitated contact between AQI and various insurgent groups across tribal, ideological, and sectarian lines, without himself being subordinate to any of the organizations.[101]

---

[94] 02 Apr 06 MNF-W INTSUM
[95] 20 Apr 06 MNF-W INTSUM
[96] [ Military ] MARINE CORPS INTELLIGENCE ACTIVITY:  BRIEFING: ANBAR : INSURGENCY GROUPS | 20061           N     l           o       e   sted.)

(b)(3) 50 USC § 3507

[98] [ Military ] MARINE CORPS INTELLIGENCE ACTIVITY:  BRIEFING: ANBAR : INSURGENCY GROUPS | 20061026 | (S/NF) | ]    Slide 6 (No sources listed.)
[99] [ Military |         | OIA SF 2004-30014 |        | (S/NF) | ]
[100] Ibid. and [ Military |         | OIA SF 2004-30022 |      | (S/NF) | ]
[101] Chapter 3, page 23.

SECRET/NOFORN
Working Paper
b  6
MC Study A
4/30/07

PX937

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET/NOFORN
Working Paper
MC Study A
5/02/07

(S/NF) Following the destruction of the Fallujah Mujahideen Shura during Operation AL FAJR in November 2004, AQI regrouped, retaining many of its allies and eventually forming a successor umbrella organization known as the Mujahideen Shura Council in early 2006. As the insurgency became violently split between movements who favored a political compromise and those who opposed it, AQI spearheaded the effort against anybody who sought rapprochement with the Coalition or cooperated with it in any way. Consequently, many groups that were ideologically opposed to AQI's agenda were forced to ally with it nonetheless, to ensure their continued existence. For instance, after joining forces with the 1920 Revolution Brigade against AQI, the Islamic Army of Iraq (IAI) suffered tremendous losses during the winter of 2006, forcing it to subsequently renege on its alliance and cast its lot with AQI. Many smaller organizations (i.e. Abu Harun Group, Black Flags Battalion, etc) followed suit as well. Thus far, AQI has forged by far the most powerful alliances since the outset of the insurgency, which has contributed greatly to its success as an insurgent force.

**Assessment of Gains**

(U) JTJ/AQI's high level of organization, fundraising capacity, and ability to recruit a wide range of experts largely accounted for its success over the years. Its first major gain was AMZ's early prediction of a U.S. invasion of Iraq,[102] which enabled it to emerge as one of the best equipped organizations at the outset of the insurgency. Secondly, the organizational leadership brilliantly exploited the Coalition Provisional Authority's de-Ba'athification policy, which left numerous highly skilled military and intelligence professionals unemployed. Aside from providing them with a constant source of income, JTJ appealed to their sense of patriotism, as well as self-worth. As many former regime elements joined the group's ranks, JTJ was able to greatly enhance its operational capabilities, which translated into more deadly attacks against the coalition.

(S) Other gains over the years included the movement's ability to raise funds, discussed above, eventually attaining financial self-sufficiency by early 2006. Moreover, its "sticks and carrots" approach towards Iraqi civilians deterred many of them from cooperating with the coalition while encouraging them to support the organization through a number of incentives. Consequently, AQI's increasing level of support, coupled with its military capabilities facilitated the takeover of every major urban area in al-Anbar by early 2006, including Ramadi, which has been a bastion of the 1920 Revolution Brigade and other anti-AQI groups over the years. As a result, the 1920 Group, formerly one of the most powerful insurgent forces in the country, was largely wiped out. Its areas of operation have been reduced to a small pocket around the town of Habbaniyah. By eliminating rivals, AQI secured its position as the dominant insurgent force in the country.

**Assessment of Losses**

---

[102] Expanded Insurgent Group Notes: MCFI/20160110

SECRET/NOFORN
Working Paper
b 6
MC Study A
4/30/07

PX937

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET/NOFORN
Working Paper
MC Study A
5/02/07

(S/NF) JTJ/AQI's campaign of terror has incurred numerous costs over the years. The first major losses sustained by the organization were during Operation AL FAJR in November 2004, which claimed the lives of hundreds of fighters and several top lieutenants, including Umar Hadid, the Emir of Fallujah. Moreover, its aftermath sparked a violent rift between AQI and rival groups that began to seek venues for political engagement with the coalition. This resulted in a long and protracted internal battle, wherein AQI used murder and intimidation against rivals to coerce them into cooperation. Although, AQI emerged victorious, it has lost numerous fighters and incurred the wrath of many tribes, as well as segments of the population that continue to resent its influence. Consequently, in 2006-2007, many of these tribes, some of which were formerly anti-Coalition, began working against AQI with Coalition support, after having concluded that such an alliance is more likely to ensure their tribal survival.

(S) Aside from alienating numerous Iraqi tribes, AMZ marginalized the central al-Qaeda leadership as well, by ignoring its request to cease sectarian attacks against the Shi'a, which sparked controversy within international jihadist circles, resulting in a loss of both, domestic and international support. AMZ attempted to compensate for this loss, however, by continuing to actively kill critics and opponents of his organization and terrorizing the Iraqi population into submission. His death in the summer of 2006 could be considered a major moral blow to AQI, although its operational capabilities were largely unaffected.

**Conclusion**

(U) Overall, JTJ/AQI's gains have greatly surpassed its losses. Its resilience as a movement has been proven time and again over the years by its remarkable ability to withstand large-scale Coalition operations such as AL FAJR, STEEL CURTAIN, and SAYYAD II, after which it has staged comebacks and regrouped itself relatively quickly. Moreover, its refusal to consider political compromise and its violent stance against anyone who engages and/or cooperates with the coalition earned AQI its undisputed position as the vanguard of the Iraqi insurgency. The past four years of fighting have seen the rise and fall of numerous insurgent groups of various sizes, but despite the concerted efforts of coalition and Iraqi forces, AQI remains as strong as it has ever been.

**AL QAEDA IN IRAQ AREAS OF OPERATION IN AL-ANBAR**

| YEAR | MAJOR AREAS OF OPERATION |
|------|--------------------------|
| 2003 | Fallujah, Zaidon, and the al-Qaim-Khusaybah Corridor. |
| 2004 | Fallujah, Ramadi, al-Qaim-Khusaybah Corridor, Hit-Haditha Corridor, and Zaidon. |
| 2005 | Fallujah, Ramadi, al-Qaim-Khusaybah Corridor, Hit-Haditha Corridor, Zaidon, Habbanyah, and every major urban area in the province. |
| 2006 | Every major urban area in the province. |
| 2007 | Every major urban area in the province. |

SECRET/NOFORN
Workin Paper
(b)(6)
MC Study A
4/30/07

PX937

PX981

SECRET / REL MCFI

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506




# Corps Shaping Operation XXX
# ISO Operations RIVER BLITZ AND RIVER BRIDGE

PX981

SECRET / REL MCFI

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506





# Feb – Mar Events

| | |
|---|---|
| • 155 BCT TOA | 14 Feb 05 |
| • Operation RIVER BLITZ | 20 Feb –05 Mar |
| • Ashura (MNF-W) | 19 Feb 05 |
| • MOI Operation Salman Pak (MND-B) | Feb/MAR |
| • 1CD/3ID RIP/TOA | 27 Feb |
| • TNA will select Presidency Council during | Feb/Mar |
| • Operation RIVER BRIDGE | 10-25 Mar |
| • Arbaeen (MNF-W) | ~25-31 Mar |
| • MOAG movement | March/April |
| • Hiditha Dam Maint | 15 Mar – 15 May |

Approved for Release

PX981

SECRET / REL MCFI

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506





# Threat Update

PX981

SECRET / REL MCFI

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506



# Insurgent Goals

- Strategic goals remains unchanged
  - Undermine the legitimacy of ITG
  - Force the coalition to depart
  - Reestablish control of Iraq
- Way Ahead
  - Continue attacks to create insecure environment
  - Decrease ITG effectiveness
  - Prevent growth of security forces
  - Leverage Sunni dis-enfranchisement
  - Create ethnic or religious friction
- Tactics
  - Standoff attacks
  - Intimidation
  - Infiltration
  - Propaganda

Approved for Release

PX981

SECRET / REL MCFI

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506





# MNF-W Threat Assessment

- Disparate network remnants have coalesced into loose affiliations in order to counter a common enemy found in the MNF
  - Relocated, reoriented, reengage
  - Disrupt democratic process and deter Iraqi participation
- Group Leaders remain constant
  - Memberships change and overlap
- Attack methods remain consistent
  - Low risk; High gain
- Attacks focus on two primary goals
  - Destabilize security environment
  - Discourage Iraqi cooperation with ITG/MNF
- Insurgents increasingly conduct operations exploiting MNF boundaries

Approved for Release

PX981

SECRET / REL MCFI

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

# MNF-W Insurgent Movement Corridor





**HIT – HADITHA Corridor**
- Historic FRE presence
- Transient point for Islamic extremists

**FALLUJAH - RAMADI Corridor**
- FRE leadership - Fallujah & Ramadi
- Ramadi threat
    Abu Harun group
    Ramadi Shura Council
- Fallujah threat
    Rainbow Insurgent Coalition
    Green Battalion

Official Entry Points
MM Influence
FRE Influence
FRE Concentrations
AMZ/Islamic Extremists

SECRET// REL to USA and MCFI

PX981



Insurgent Movement – Operational Perspective
What's Next?

• In response to operations in North Babil and Mosul;
    Threat in Zaab Triangle, Baqubah, and Hit/Hadithah areas increases
• Baghdad and its outlying areas will always remain a hot spot
    • Salman Pak / Suwayrah / Sarabadi

7

PX981



PX981

SECRET//REL TO USA, IRQ and MCFI   for display only to IRQ





~~SECRET // REL MCFI~~ ed by: MG Michael X. Garrett, USCENTCOM Chief of Staff Declassified on: 201506

# ISR Support to I MEF

**Task:** **Conduct focused intelligence collection, surveillance, and reconnaissance operations.**

**Purpose:** **IOT support Coalition Force operations in the western Al Anbar Province (AO Atlanta) and identify and track insurgent movement prior to, during, and following operations.**

**Concept:** **Corps level intelligence assets will be prioritized and massed to support and reinforce the I MEF collection plan.** 1.4c

1.4c **assets will be focused to support the I MEF scheme of maneuver as well as movement corridors and lines of drift outside the area of operations.**

**Priority of Effort:** **MND-W, MND-B, MNB-NW, MND-NC, MND-CS, MND-SE**

**Period of Focus:** **21 Feb – 7 Mar**

**Effect:** **Disruption of AIF networks in western Al Anbar Province (AO Atlanta).**



PX981

SECRET / REL MCFI

Declassified by: MG Michael X. Garrett, USCENTCOM Chief of Staff Declassified on: 201506





# Proposed Mission

**MNC-I conducts shaping operations from 18 FEB thru 25 MAR 05 ISO Operations RIVER BLITZ and RIVER BRIDGE to disrupt AIF/FRE forces operating in Al Anbar province and facilitate RIP/TOAS.**

Approved for Release

PX981

SECRET / REL MCFI

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506





# Proposed Commanders Intent

- **The Purpose: To maintain pressure on AIF/FRE elements to prevent their consolidation, generate actionable intelligence on HVI's, bolster public confidence in ISF and set conditions for MSC RIP/TOA's .**

- **Key Tasks:**
  - **Synchronize Effects to isolate AIF in Al Anbar and increase popular support for ITG/TNA.**
  - **Prioritize/Sync ISR assets**
  - **Maximize ISF Presence to enhance public perception of ISF capability**
  - **Deny AIF/FRE safehaven's/sanctuary**
  - **Interdict AIF/FRE in Al Anbar**

- **End State: To have disrupted the enemy's ability to re-establish operating bases and continue operations, increased public confidence of ISF capability thereby improving the security situation, completing unit RIP/TOA's.**

Approved for Release

SECRET / REL MCFI

PX981

# Corps Shaping CONOP



Declassified by: MG Michael X. Garrett, USFOR-A Chief of Staff
Declassified on: 26 Feb 2014

Archived for Release

**MNB-NW**

**MND-NC**

MNF-W (ME) conducts offensive operations in Al Anbar Province to disrupt and defeat AIF elements and generate intelligence IOT set the conditions for Operation RIVER BRIDGE and our RIP with 2d Marine Division.

**MND-B (SE)**
T1: Conduct TCP/VCP's in Western MND-B
P1: Disrupt AIF elements transiting Al Anbar
T2: Interdict rat lines from Al Anbar into Baghdad and N. Babil
P2: Defeat AIF elements transiting Al Anbar
T3: Apportion collection efforts to Western MND-B AO
P3: Generate intel for targeting

**MNB-NW (SE)**
T1: Conduct TCP/VCP's in Ninawa
P1: Disrupt AIF elements transiting Al Anbar
T2: Interdict rat lines from Al Anbar into Ninawa
P2: Defeat AIF elements transiting Al Anbar
T3: Apportion collection efforts to Southern Ninawa
P3: Generate intel for targeting

**MND-NC (SE)**
T1: Conduct TCP/VCP's in Saladdin
P1: Disrupt AIF elements transiting Al Anbar
T2: Interdict rat lines from Al Anbar into Salaaddin
P2: Defeat AIF elements transiting Al Anbar
T3: Apportion collection efforts to SW Saladdin
P3: Generate intel for targeting

RCT-7 (ME): Conduct offensive operations along river cities corridor:
T1: Conduct small unit raids, VCPs, C2K and C2S in river cities area
P1: Disrupt and defeat AIF elements and generate intel for future targeting
T2: Interdict rat lines north of the Euphrate's River between Hit – Husaybah.
P2: Disrupt AIF

2 BCT (SE 1): Isolate Ramadi
T1: Isolate Ramadi
P1: Interdict AIF movement into and out of Ramadi
T2: Interdict rat lines north of the Euphrate's River between Ramadi – Hit – Hadithah.
P2: Disrupt AIF
T3: Conduct small unit raids, VCPs, C2K and C2S in Jazeera and Sofia areas
P3: Disrupt AIF and generate intel for future targeting

RCT-1 (SE 2): Focus disruption efforts north and east of Fallujah
T1: Conduct small unit raids, VCPs, C2K and C2S
P1: Disrupt AIF and generate intel for future targeting
T2: Continue CA efforts to rebuild and repopulate Fallujah
P2: Restore basic services

AO Denver
AO Raleigh
AO Topeka
N. Babil

**MND-CS**
**MND-SE**

SECRET// REL MCFI // X1

PX981

SECRET / REL MCFI

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506




# Shaping in the Corps AO

- Continue to Develop and Refine Targets
  - Corps Intel Collection focus on Al Anbar
  - Continue to build Intelligence thru striking known targets and assessing second and third order effects
    - Capture/Kill AIF facilitators IOT reduce AIF ability to affect operations in Fallujah-Ramadi-Hit
- Build Pressure
  - Select and prosecute key targets IOT focus AIF inward (localized containment)
    - Disrupt AIF ability to coordinate throughout the Corps AO
      - Capture and detain known AIF coordinators
      - Safe houses, meeting places, caches, heavy equipment, AIE patrols, crew served weapons, IDF, communications
  - Further separate the people from the insurgents
    - Exploit opportunities to discredit the AIF
  - Interdict AIF freedom of maneuver
- Set Conditions for Decisive Effect across Corps AO
  - Interdict Main AIF LOC's (Rat Lines) IOT disrupt flow of FRE and AIF within Iraq
  - Destruction of AIF/FRE C2 targets
    - Continue to conduct joint targeting with TF [1.4a] nd OGA

SECRET / REL MCFI

13

PX981

SECRET / REL MCFI

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506





# Endstate for Shaping in the Corps AO

- **Enemy**
  - Disrupt the AIF intimidation campaign
  - Disrupt enemy ability to coordinate across the Corps AO and reinforce Fallujah-Ramadi-Hit operations
  - Interrupt the enemy timeline/decision making cycle
  - Force the enemy to focus inward
  - Attrit the enemy's combat power
  - Enemy convinced that the same or greater degree of security exists in Corps AO denying them safehavens
  - AIF safe-havens denied throughout Corps AO (Gaps/Seams)
- **Friendly**
  - MEF TOA complete
  - MND-B TOA complete
  - Reduced AIF influence over Sunni Leadership

SECRET / REL MCFI

PX981

SECRET / REL MCFI

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506





# Tasks to Subordinates (1 of 4)

- MND-B/MND-NC/MNB-NW
  - Increase TCP/VCPs  operations in order to disrupt AIF transiting Al Anbar
  - Interdict infiltration and exfiltration routes from/into Al Anbar
  - Increase collection effort along infiltration routes from Al Anbar
  - Provide LNO Team to I MEF to synchronize operations/intel development
  - Increase security operations IOT prevent potential "Flair-ups" in sympathy
  - BPT Manage internally displaced persons within their AOs
  - BPT provide ASR security on ASR Golden to Fallujah (MND-NC)
- OPRES Planning Priorities
  - BPT reinforce MEF Operation River Bridge vic Haditha Dam/Hit
  - BPT escort MOAG though MNF-W from Hit to Taji
  - BPT provide 1 x Co Team to provide security on ASR Golden
- C2/ISR
  - Coordinate with CAOC to position Corps Aerial ISR Platforms to support I MEF
  - BPT Coordinate with other MSCs to facilitate movement of MITs
  - BPT Preposition Sensitive Site Exploitation Teams (CEXC, DOCEX)

Approved for Release

PX981

SECRET / REL MCFI

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506





# Tasks to Subordinates (2 of 4)

- PMO
  - BPT Surge Detainee Ops
- JIATF-FRE
  - BPT deal with refocusing of ISR/SOF assets
  - Prioritize efforts on those targets which may be in the AO
- EW
  - Provide [ 1.4g ] suppression
  - Coordinate EA attack
- STRATCOM
  - Engage ITG to make public statements ISO the operation
  - Counter Propaganda and Misinformation
  - Facilitate dissemination of information to the ITG/DCG
  - Gain MOD/MOI public support for the operation
  - Sync mitigation efforts for Haditha Dam repair project

SECRET / REL MCFI

PX981

**SECRET / REL MCFI**

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506





# Tasks to Subordinates (3 of 4)

- IO
  - SYNC Themes and Messages with I MEF (MEF = Release authority for Ramadi Operations)
  - Exploitation Cell
    - UAV/Gun Camera footage
    - COMCAM
    - AIF Atrocities
    - ISF Successes
  - Mitigate Collateral Damage
  - Explain Haditha Dam repair process to mitigate negative impact
- PAO
  - ICW MEF PAO Facilitate coverage by the Pan-Arabic and international Media
  - Coordinate/deconflict themes and releases between MSC's
  - Coordinate themes and messages prior to MNF-I release

PX981

SECRET / REL MCFI

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506





# Tasks to Subordinates(4 of 4)

- CMO
    - BPT Coordinate with MNF-I/IIG/IA/NGOs to deal with internally displaced persons
    - BPT Assist CAG in coordination of CMO
- C8
    - BPT allocate additional CERP funds for high impact projects
    - BPT allocate additional CERP funds for kinetic operation mitigation
- PSYOP
    - Develop product to support
- OPSEC
    - Maintain Operational Surprise by concealing scope of operation
    - Identify EEFIs for the ISO the operation
- Combat Camera
    - ISO of IO Exploitation/PA efforts
        - Facilitate Image Collection and dissemination
        - Document CF/ISF actions and AIF Atrocities

Approved for Release

PX981

SECRET / REL MCFI

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506



# Timeline





**Priority Events**

Ashura
18-21 Feb

Arbaeen
25-31 Mar

Selecting TNA Presidency
Council
20 FEB – 5 MAR

Haditha Dam Repair Starts
15 MAR

February     March     April

17     21     28     1     8     15     22     29     5

**Military Operations**

Operation RIVER CITY
20 FEB – 5 MAR

Operation RIVER BRIDGE
10-25 MAR

1st CD/3rd ID RIP/TOA
17 FEB – 9 MAR

MOAG Movement
TBD

MOI
Salman
Pak Op
TBD

Approved for Release

PX981

SECRET / REL MCFI

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506




# MSC Feedback

- ## MND-B

- ## MNB-NW

- ## MND-NC
  - Requests immediate return of N TRP/4-278 ACR from MNB-NW

Approved for Release

PX981