# PX982

Declassified by: MG Michael X. Garrett, USCENTCOM Chief of Staff
Declassified on: 201506

SECRET / REL MCFI




# Operation RIVER BLITZ

Approved for Release

PX982

Declassified by: MG Michael X. Garrett, USCENTCOM Chief of Staff
Declassified on: 201506

SECRET / REL MCFI




# Mission

From 20 Feb to 5 Mar, 1st Marine Division (-)(REIN) conducts offensive operations in Al Anbar Province to disrupt and defeat AIF elements and generate intelligence IOT set the conditions for Operation RIVER BRIDGE and our RIP with 2$^{d}$ Marine Division.

SECRET / REL MCFI

PX982

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506




SECRET / REL MCFI

# Commander's Intent

- **Purpose:** I intend to conduct operations in the river cities area as well as throughout Al Anbar province to capitalize on the momentum gained by Operation Al Fajr, Operation Citadel, and the Iraqi elections to further disrupt insurgent operations and expand our control while concurrently facilitating our RIP with 2d Marine Division.

- **Method:** Ramadi and the Hit-Haditha corridor will be the focus of our counterinsurgency operations. We will conduct small unit operations utilizing those tactics that have proved successful in the past, to include raids, patrols, sweeps, vehicle checkpoints, and cordon and knocks. 2$^d$ Marine Division personnel will be incorporated in planning to the greatest extent possible to increase their situational awareness and facilitate our turnover. I want to incorporate SOF and our Iraqi Security Forces in this operation to maximize their unique capabilities. Planning must include the most effective kinetic and non-kinetic methods to engage the AIF rapidly, at multiple points on the battlefield and overwhelm him in what has been previously an economy of force area of operations.

SECRET / REL MCFI

3

PX982

Declassified by: MG Michael X. Garrett, USCENTCOM Chief of Staff
Declassified on: 201506

SECRET / REL MCFI




# Commander's Intent

IO will be critical to assist in driving a wedge between the insurgents and the local citizenry.  Civil affairs will remain focused in Fallujah and Nasser Wa Salaam, where the enemy has largely been neutralized and we stand to gain the most from engagement, however, we will employ our civil affairs personnel anywhere they can make a difference. Our continued CMO efforts will demonstrate our commitment to the people, and through the creation of  jobs and rebuilt infrastructure, we will win the hearts and minds of the Iraqi people.  Our fine efforts to train our Iraqi counterparts will continue with new vigor thus providing a potent future force to expand on the tactical and operational gains that we have made in Al Anbar province.

- **End State:** We will have disrupted insurgent operations in the river cities area and elsewhere making Al Anbar province inhospitable for their continuing activities while reinforcing the authority of the legitimate Iraqi government and setting the conditions for a successful RIP with 2d Marine Division.

SECRET / REL MCFI

PX982

Declassified by: MG Michael X. Garrett, USCENTCOM Chief of Staff
Declassified on: 201506

SECRET / REL MCFI




# Concept

- Goal:
  - Disrupt and defeat AIF elements in Al Anbar to generate actionable intelligence
- Overarching Tasks:
  - Interdict rat lines from Ramadi to Hit on the north side of Euphrates river
  - Small unit operations to defeat enemy elements
    - Raids, snap VCPs, and presence patrols
  - Control access into and out of Ramadi
    - Cordon to isolate using chokepoints
  - Exploit integration of ISF in all DIV operations
  - Exploit SOF capabilities and integrate them into operations, as appropriate
  - RIVER BLITZ IO campaign for AO Raleigh, Topeka, and Denver while continuing enduring IO tasks
    - Explain isolation of Ramadi
    - Introduce the new Iraqi Army and legitimize the ITG
    - Continuity of themes and messages during the RIP
  - Engagement with newly elected Al Anbar leaders
  - Continued engagement with municipal leaders
  - Integrate ISR assets to assist in targeting and maximize opportunities for developing actionable intelligence
  - BPT target emerging HVIs
- Endstate:
  - AIF prevented from interfering with the 1st MarDiv & 2d MarDiv RIP and set conditions for implementation of Operation RIVER BRIDGE while expanding our gains in Al Anbar province.

SECRET / REL MCFI

PX982

Declassified by: MG Michael X. Garrett, USCENTCOM Chief of Staff
Declassified on: 201506




# Tasks

- Intel
  - Focus ISR assets to the west
  - Use JSTARs to analyze traffic patterns before and after implementing ECPs
  - Focus HETs on insurgent networks based on [ 1.4c ]
  - Conduct electronic survey and target development in the Hit/Haditha corridor IOT determine insurgent use of the electromagnetic spectrum and specific communications mediums.
  - Integrate Gossamer Support Teams into ECPs and VCPs IOT interdict/apprehend known insurgents based on their electronic signatures.
  - Conduct sustained ground based collection in the Hit/Haditha corridor IOT determine insurgent intentions, locations, and organizational structure.
  - Conduct TAREX of recovered electronic equipment IOT determine insurgent cell structure and associations.
- Fires/Effects
  - Conduct Electronic Attack (EA) against approved targets in support of Division operations IOT selectively deny insurgent use of the electromagnetic spectrum.
  - Ensure widest CBR coverage possible
  - Develop IO / PSYOP plan
- C2
  - 2X Platoons SCC TACON to 2 BCT (include ISF)
  - Freedom Guards DS to RCT-7
- AT/FP
  - TF [ 1.4a ] focus in AO Denver
  - Opals, Backscatters, wands, metal detector booths throughout AO Atlanta

Approved for Release

PX982

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET / REL MCFI




# Tasks

- Maneuver
  - Control access into and out of Ramadi
    - At least one Ramadi ECP for military traffic only
    - Plan for "priority traffic" through ECPs
    - Screening guidance for 2 BCT/ISF
    - Incorporate SCC into isolation ops
  - Use air for snap VCPs in AO Denver
    - Continue TRAP/QRF
  - Increase tempo of platoon and squad ops
  - Interdict RAT lines north of Euphrates between Ramadi & Hit
  - Focus small unit operations in Ramadi, Nasser wa Salaam, Karmah, river cities area, and Husaybah
- CMO/CA
  - Conduct leadership engagement to enhance legitimacy of newly elected government and elicit their support and cooperation
  - Inform ITG of our intention to control access into and out of Ramadi
  - Reinforce ECPs with CA teams to monitor atmospherics
  - Continue ongoing CA projects
- CSS
  - Identify and coordinate any special logistics requirements beyond organic ability to support/provide; to include ISF
  - Identify surge requirements for Class IV and HE to support ECPs

Approved for Release

PX982

Declassified by: MG Michael X. Garrett, USCENTCOM Chief of Staff
Declassified on: 201506

SECRET / REL MCFI

# Task Organization







SECRET / REL MCFI

8

PX982

Declassified by: MG Michael X. Garrett, SCENTCOM Chief of Staff
Declassified on: 201506

### RCT-7 (ME):  Conduct offensive operations along river cities corridor.
**T1: Conduct small unit raids, VCPs, C&K and C&S in river cities area**
**P1: Disrupt and defeat AIF elements and generate intel for future targeting**
**T2: Interdict rat lines north of the Euphrates River between Hit – Husaybah.**
**P2: Disrupt AIF**

### 2 BCT (SE 1): Isolate Ramadi
**T1: Isolate Ramadi**
**P1: Interdict AIF movement into and out of Ramadi**
**T2: Interdict rat lines north of the Euphrates River between Ramadi – Hit – Hadithah.**
**P2: Disrupt AIF**
**T3: Conduct small unit raids, VCPs, C&K and C&S in Jazeera and Sofia areas**
**P3: Disrupt AIF and generate intel for future targeting**

### RCT-1 (SE 2): Focus disruption efforts north and east of Fallujah
**T1: Conduct small unit raids, VCPs, C&K and C&S**
**P1: Disrupt AIF and generate intel for future targeting**
**T2: Continue CA efforts to rebuild and repopulate Fallujah**
**P2: Restore basic services**



SECRET//REL TO USA and MCFI

PX982

Declassified by: MG Michael X. Garrett,
CENTCOM Chief of Staff
Declassified on: 201506



Current 2 BCT & RCT-7 Boundary

Proposed 2 BCT & RCT-7 Boundary

PX982

Declassified by: MG Michael X. Garrett,
CENTCOM Chief of Staff
Declassified on: 201506

SECRET / REL MCFI




# Operation RIVER BRIDGE

## ConOps

SECRET / REL MCFI

PX982

Declassified by: MG Michael X. Garrett, CENTCOM Chief of Staff
Declassified on: 201506

SECRET / REL MCFI




# Operation RIVER BRIDGE

- Purpose:
    - Further disrupt and defeat AIF in Al Anbar and provide a bridging concept of operations that overlays and supports the RIP throughout AO Atlanta
- Method:
    - Exploit actionable intelligence resulting from RIVER BLITZ with focused offensive operations
    - Focus Division and SOF operations on emerging target sets
    - Continue to Interdict rat lines from Ramadi to Hit to Husaybah
    - Small unit operations (raids, snap VCPs, and presence patrols)
    - Continue to control access into and out of Ramadi
    - Continue integration of ISF in all DIV operations
    - IO campaign focuses on:
        - Continue to legitimize the ITG and the Iraqi Security Forces
        - Continuity of themes and messages during the 1st MarDiv and 2d MarDiv RIP
        - Develop IO themes that exploit results of RIVER BLITZ
    - Continue engagement with newly elected Al Anbar leaders
    - Continue engagement with municipal leaders
    - Continue RSO&I of Iraqi Security Forces in AO Atlanta
    - Integrate ISR assets to assist in targeting and maximize opportunities for developing actionable intelligence
    - BPT target emerging HVIs
- Endstate:
    - AIF prevented from disrupting the RIP in AO Atlanta
    - Successful transition from 1st MarDiv to 2d MarDiv with no operational pause
    - Increased level of security in Ramadi facilitating the emergence of the newly elected ITG

SECRET / REL MCFI

12

PX982

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET / REL MCFI

# RIP Dates





SECRET / REL MCFI

13

PX982

Declassified by: MG Michael X. Garrett,
CENTCOM Chief of Staff
Declassified on: 201506

SECRET / REL MCFI

# RIP Dates



PX982

Declassified by: MG Michael X. Garrett,
CENTCOM Chief of Staff
Declassified on: 201506




# Questions?

PX982

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, AUS, GBR//20160430



**Multi-National Force - Iraq**
**Combined Intelligence Operations Center**

## CIOC SPECIAL ANALYSIS PAPER                 30 April 2006

**(S//REL TO USA, MCFI)** The Changing Nature of the Fight in Iraq

*(S//REL TO USA, MCFI) Summary:  The purpose of this paper is to analyze the conflict in Iraq and determine whether the struggle is evolving into a new type of conflict – particularly, whether the month of April represented the beginning of a new type of conflict. The paper examines the overall nature of the struggle, distinguishes its different stages and analyzes trends data for the last nine months.  The paper draws on previous intelligence assessments, open source, counter-insurgency (COIN) metrics, sensitive and special reporting.*

**Key Judgments**

- **(S//REL TO USA, MCFI)** Sunnis who are not participating in the political process will be increasingly attracted to extremists groups, such as al-Qaida in Iraq (AQI). This includes members of the former regime, who bring technical expertise and military experience – improving AQI's capabilities to conduct complex attacks.

- **(S//REL TO USA, MCFI)** Attacks in Iraq are increasingly focused in the eastern Euphrates River Valley, Baghdad, and western Diyala Province.

- **(S//REL TO USA, MCFI)** The increasing involvement of rejectionist elements with AQI and other terrorist groups may be a contributing factor to increasing lethality and professionalism of attacks against Multi-National Forces (MNF), Iraqi Security Forces (ISF), Iraqi Government (IG), and civilians.

**(S//REL TO USA, MCFI)** Radicalization of Sunni Rejectionists Opposing Political Transition and MNF-I Presence:  Large segments of the Sunni insurgency are still resisting engagement in the political process.  Some rejectionist elements which maintain close operational connections to AQI may be increasingly cooperating in AQI-led attacks.  The divergence in the Sunni community has also likely led to a consolidation of military expertise, as ex-members of the Saddam-era Iraqi Army – particularly specialists in specific weapon-types and special forces – migrate towards AQI, bringing their skills with them.  AQI's high degree of control over Ramadi serves to attract an increasing number of members of the former Regime, deepening cooperation between AQI and other insurgents and further promoting the operational capability of AQI.  In addition, in areas with a significant rejectionist population, cooperation between extreme elements may be increasing, impacting the overall number and professionalism of attacks, particularly complex attacks.  With the assistance of members of the former regime, AQI will increasingly utilize paramilitary tactics in pursuit of its objectives to expel the Coalition, undermine the Iraqi government, and establish a caliphate from which to spread the jihad.

1

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, AUS, GBR//20160430

**(S//REL TO USA, AUS, GBR) General Attack Trends:** Attacks in Iraq are increasingly focused in the eastern Euphrates River Valley, Baghdad, and western Diyala Province since January. (See Figure 1: Density of Attacks 14-20 Jan 06; Figure 2: Attacks 15-21 Apr 06) Increasing attacks in this area may be a reflection of increased counter-terrorism activities, previous operations, and a reduction in terrorists' freedom of movement in other parts to the country. It also may reflect a strategic decision by terrorist and rejectionist groups to focus their efforts on Central Iraq. Establishing a relative safe haven in the areas surrounding Baghdad would allow terrorists and rejectionists to plan and stage operations in Baghdad, with the ultimate goal of creating such chaos in Baghdad that normal governance is impossible. Terrorist groups and rejectionist groups share the objective to expel the coalition and undermine the Iraqi government – conducting attacks in Baghdad further both goals. Cooperation between terrorists and members of the former regime based on common goals may partially account for the increased attack density in Baghdad.



Figure 1: Density of Attacks
14 – 20 JAN 06
All Attacks*

Figure 2: Density of Attacks
15 – 21 APR 06
All Attacks*

**(S//REL TO USA, AUS, GBR) Increased lethality and professionalism:** The increasing involvement of rejectionist elements with AQI and other terrorist groups may be contributing to increased lethality and professionalism of attacks against MNF, ISF, IG, and civilians. In addition, other factors, including sectarian violence and security measures, are impacting the attack levels and patterns. Terrorists and rejectionists primarily utilize four categories of attacks – Improvised Explosive Devices (IED), Small Arms Fire (SAF), Indirect Fire (IDF), and Vehicle Borne Improvised Explosive Devices (VBIED). Terrorist groups, particularly AQI and Ansar al-

2

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, AUS, GBR//20160430

Sunna, also utilize suicide attacks. (See Figure 3: Total CF, ISF, CIV Casualties by Weapon Type and Appendix 1: Effectiveness of Attacks by Weapons Type)

- (S//REL TO USA, MCFI) *Improvised Explosive Devices*: IEDs are the weapons used in the highest quantity and cause the most casualties. Total causalities are most affected by large shifts in total civilian casualties while ISF and CF casualties remain consistent. (See Appendix 1: Effectiveness of Attacks by Weapons Type)

- (S//REL TO USA, MCFI) *Small Arms Fire*: Increased SAF since February 06 likely reflects the sectarian violence in the aftermath of the 22 February Golden Mosque bombings, with attack rates reaching the highest point since October 05. The effectiveness of SAF against CF remains low. Trends are showing a two month cycle where it appears terrorist and insurgents alternate their choice of ISF or civilians as their primary target. (See Appendix 1: Effectiveness of Attacks by Weapons Type)



Figure 3: Total CF, ISF, CIV Casualties by Weapon Type

- (S//REL TO USA, MCFI) *Indirect Fire*: IDF attacks and IDF-inflicted casualties have been increasing since January 06. Although civilians continue to bear the major portion of the casualties, they have been decreasing since February 06 with CF and ISF casualties increasing slightly over the same period. The increased casualty rate for IDF suggests an improved operator skill, and could indicate the growing involvement of former regime military specialists and rejectionists in sectarian violence. Alternatively, more accurate IDF could be used by AQI and AQI affiliates in places where they are able to practice and train, thereby increasing the lethality of the attacks. (See Appendix 1: Effectiveness of Attacks by Weapons Type)

- (S//REL TO USA, MCFI) *VBIEDs*: While VBIED casualties had been increasing since the easing of security measure following the December 05 elections, the total number of casualties has been dropping since mid-March. This may reflect current increased security measures or an increased focus on other tactics by the perpetrators. VBIED effectiveness has remained steady and low against CF. VBIED attacks against ISF are slightly more effective than against CF, but have declined to levels near CF. VBIED effectiveness against civilians

3

SECRET//REL TO USA, AUS, GBR//20160430

PX983

Declassfied by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, AUS, GBR//20160430

is high with civilians accounting for almost all VBIED causalities. (See Appendix 1:
Effectivenss of Attacks by Weapons Type)

- (S//REL TO USA, MCFI) *Suicide Attacks:* Suicide attacks, including Suicide Vehicle Borne
  Improvised Explosive Devices (SVBIED) and Suicide Vests (SVEST), are a hallmark of
  terrorist groups, not rejectionist groups. Trends data does not suggest a terrorist group
  "spring offensive" utilizing suicide attacks similar to spring 2005. While April 06 suicide
  attack levels are slightly higher than the previous five months, they are consistent with the
  typical level of 30 to 40 suicide attacks per month.

(S//REL USA, AUS, GBR) **Ramadi Case Study:** Ramadi-based AQI is a highly effective and
organized network of independent AQI affiliated cells and criminal gangs taking direction from a
few local leaders. AQI-associated operatives have been able to orchestrate complex attacks
against important targets in the city. This trend is likely the result of AQI's freedom of
movement to plan and execute attacks at a time and place of their choosing. In addition, there
may be a temporary surge of cooperation in Ramadi between AQI and rejectionist elements,
since, as recent reporting indicates, local insurgents choose to cooperate with AQI in anticipation
of imminent MNF-I operations in the city. The perception of an imminent MNF operation may
provide a unifying factor in Ramadi, and temporarily counter previous indications of a split or a
wedge within the Sunni population between AQI and other groups in the city.

(S//REL USA, AUS, GBR) At any one time, MNF-W assesses Ramadi-based AQI capable of
massing over 150 fighters and support personnel for attacks in the city and its surrounding areas.
In addition, AQI has the ability to mass in groups of 30 fighters for a sustained engagement. The
ability of AQI to plan, train, and move freely in Ramadi allows AQI to conduct increasingly,
coordinated complex attacks. Complex attacks in Ramadi have been steadily increasing since
January, and, since 9 April, there have been 11 complex attacks in Ramadi, primarily against
MNF/ISF, including two complex attacks against the government center. (See Figure 4:
Complex Attacks in Ramadi)

- (S//REL TO USA, MCFI)
  The Mujahidin Shura
  Council (MSC) claimed the
  17 April 2006 complex
  attack against the
  Government Center in
  Ramadi. The attackers
  utilized SVBIED, Rocket
  Propelled Grenages (RPG),
  SAF and IDF against the
  Government Center,
  including firing from
  multiple positions. 15 CF
  were wounded, and 25
  insurgents were killed.



*Figure 4: Complex Attacks in Ramadi*

**Complex Attacks in Ramadi**
1 Sep 05 – 28 Apr 06

DATA SOURCE: FUSION NET

4

SECRET//REL TO USA, AUS, GBR//20160430

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, AUS, GBR//20160430

- (S//REL TO USA, MCFI) On 19 April 06, terrorists conducted a complex, coordinated attack with SAF from multiple firing positions and an attempted RPG against the perimeter of Camp Blue Diamond for approximately 40 minutes. No coalition forces were wounded in the attack.

- (S//REL TO USA, MCFI) On 25 March 06, terrorists conducted a coordinated attacks against the Government Center with SAF from multiple firing positions for approximately 2 hours. No coalition forces were wounded or killed in the attack, though 11 terrorists were killed.

(S//REL TO USA, AUS, GBR)
**Western Diyala Case Study:**
Terrorist activity in Diyala demonstrates cooperation between groups, particularly AQI, Ansar al-Sunna, and AQI-affiliates. In addition, reporting since January 2006 indicates increased cooperation between terrorist groups and rejectionists comprised of former Baathists and members of the New Ba'ath Party. While increasing Sunni alienation with the political process may have driven some of the rejectionists to work with AQI, trends data suggests the increase may be



*Figure 5: Complex Attacks in Diyala Province*

partially attributable to increased sectarian tensions following the 22 February Golden Mosque attack. Rejectionists' association with AQI may serve to explain recent increasingly complex attacks in the province. (See Figure 5: Complex Attacks in Diyala Province)

- (S//REL TO USA, MCFI) The MSC claimed a 28 March 06 complex attack involving a SVBIED, SAF and IDF against an Iraqi Police station in Iskandariyah; a further IED was employed, possibly to target responders. Approximately 15 unidentified insurgents attempted to capture a nearby bridge using IDF, RPG and machine guns half an hour prior to the attack on the IP station; this attack was possibly intended to prevent responding support reaching the station.

- (S//REL TO USA, MCFI) The MSC previously claimed a 21 March 06 large-scale complex attack involving SAF, IDF and RPG fire on an IP station in Muqdadiyah. Units responding to the initial attack were targeted by a VBIED and multiple IEDs; two helicopters were also engaged by accurate ground fire and forced to withdraw. The attack resulted in significant IP casualties and the release of approximately 30 detainees.

(S//REL TO USA, MCFI) **Conclusion: The conflict in Iraq is entering a new stage. The Sunni community is split between those who wish to continue to resist the political**

SECRET//REL TO USA, AUS, GBR//20160430

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, AUS, GBR//20160430

transition – who are increasingly attracted to extremist groups, such as AQI; and those who are willing to engage with the political process. Other factors, including increasing sectarian tensions in the aftermath of the 22 February Golden Mosque bombing, have likely increased radicalization of fringe elements of the Sunni rejectionists. The increased cooperation or possible inclusion of these elements in AQI and other terrorist groups could be reflected in increased complexity and lethality of attacks, particularly complex attacks. While this trend appears to be only in nascent stages, continued radicalization as rejectionists' goals and expectations are not met may improve AQI's capabilities and help it increasingly utilize paramilitary tactics in its pursuit of its strategic objectives to expel the Coalition, undermine and destroy the Iraqi government, and establish a caliphate from which to spread the jihad.

(U) Prepared by:  Iraqi Conditions and Effects Branch and Insurgency Groups Branch, DSN

(b)(3), (b)(6)

(U) Approved by:  (b)(3), (b)(6)   Chief, Analysis and Production

6

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, AUS, GBR//20160430

Appendix 1: Effectiveness of Attacks by Weapons Type



7

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, AUS, GBR//20160430



SECRET//REL TO USA, AUS, GBR//20160430

PX983

Declasssfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, AUS, GBR//20160430



SECRET//REL TO USA, AUS, GBR//20160430

PX983

Declasified by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declasified on: 201506

ODNI Camp David Scene Setter (U)
12 June 2006

**Although it will be some time before we can determine the full impact of the elimination of Abu Mu'sab al-Zarqawi and the appointment of the new Iraqi Ministers of Defense and Interior, the Intelligence Community assesses that Zarqawi's death is a significant setback for Al-Qa'ida in Iraq (AQI) and the completion of the Iraqi Cabinet provides a starting point for reforming and reinvigorating Iraqi security organs.**

- The death of Zarqawi rendered a strong blow to AQI. He provided the strategic vision for the group and his succesors may not be as committed to sustaining over the long term efforts to exacerbate Iraq's ethno-sectarian divisions by attacking Shia targets. However, these subordinates probably *will* be able to direct attacks that are already in the pipeline, and these attacks may increase in the near term as the organization attempts to demonstrate its resilience in the face of Zarqawi's demise.

- The appointment of new security ministers is an important step toward the government beginning to assert control over the deteriorating security situation. The ministers face an uphill struggle overcoming public skepticism over the government's ability to handle security issues in a non-sectarian, transparent manner—particularly among Sunni Arabs. They will need to quickly sort out roles and responsibilities, formulate a national security strategy, and prove that they can assert government control at the local levels. The nomination of Abdel Qader Jassim—a Sunni Arab and a former general—to the Minister of Defense post could help to ease Sunni perceptions that the country's Shia and Kurd-dominated military lacked a leadership that could check predatory, ethno-sectarian-driven practices. (S//NF)

**The Iraq conflict is increasingly an ethno-sectarian struggle for political power and the right to define Iraq's future national identity intertwined with a religious and nationalist resistance to foreign occupation.** This internally generated conflict is exploited by transnational terrorists who are having increasing success in recruiting and sustaining themselves within Iraq.   1.4b

- Violence between Iraqis is not limited to conflicts between sects and ethnic groups, but also occurs within them. The Shia, Sunni, and Kurdish communities all have substantial divisions that have—or could—result in armed conflict. Southern Iraq, for example, although quieter than the center could easily devolve into greater levels of violence between Shia militias.

- This struggle to define "Iraqi identity" and work out its subordinate power relationships is of central importance to Iraqis and armed conflict between

Declassified by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

them will almost certainly persist as we draw down our military presence.  In other words, **some of the violence is about us, but the need to sort out what post-Saddam Iraq looks like is the real driver.** (S//NF)

We have seen important changes in the Sunni Arab insurgency reflecting these themes.  Detainees and intelligence from other sources tell us that an increasing number of insurgents are taking up the mantle of defending Sunnis against what they perceive to be predatory Shia security forces and [ 1.4b ] A recent Zarqawi speech illustrated that Al Qa'ida in Iraq (AQI) is not only fighting to oust the Coalition, but sees casting itself as a "defender of the Sunnis" as a way to put down deeper roots in the country.

- Fears of sectarian violence and local security concerns appear to be powerful motivators for the Sunni population not to take a strong stand against AQI acts of terrorism.  Many Sunni insurgent groups disagreed with Zarqawi's methods and message, but efforts to coalesce meaningful resistance to AQI on the ground faltered in the past few months, particularly after the Anbar People's Committee—the most promising initiative—collapsed in January.

- Some of our intelligence also indicates that some local Sunni villagers are working for AQI not because they find the message appealing, but because they feel that AQI can protect them against Shia militias and the Iraqi Security Forces (ISF).

- Likewise, many Shia view the Jaysh al-Mahdi and other Shia militias as protectors of Shia security and interests against threats from AQI and other Sunni elements.  (S//NF)

**Insurgent violence has escalated in recent months to some of the highest levels ever.  In tandem with it, we see rising societal violence between Iraqis primarily in the form of more murders and kidnappings.**  The increases in attacks probably result from a combination of growing insurgent capacity in some areas—particularly Diyala and Anbar—sectarian fears, frustration with the slow formation of the central government, weather, anger at the lack of services, and growing violence from Shia militants against the Coalition and Sunnis.

- In Sunni perceptions, Shia-led security forces—and particularly the police—are instruments of a central government unwilling to curb them and not yet clearly willing to share meaningful political power.  Increased violence also results from the efforts of Shia militias to punish and retaliate for Sunni transgressions and expel Sunnis from Shia populated areas.  It also reflects AQI's growing strength and exploitation of weakened central institutions.

- The increasing violence—particularly in Sunni Arab areas—has occurred despite increased participation by Sunni leaders in the central government.

Approved for Release

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

This disconnect reflects the reality that national level Sunni parties have as yet been unable to build local bases of support that help to drain away grassroots backers of the insurgency.  (S//NF)

Attacks in Baghdad against the security forces have risen sharply, a development we think is rooted in their increasing role in patrolling the city, as well as in sectarian killings.

- Similar increases in attacks were noted in Diyala and Al Anbar.  We think these increases were due at least in part to growing insurgent capacity. We see some evidence that AQI strengthened in Al-Anbar in recent months—particularly Ramadi.  We have also seen reporting that it played a major role in a series of attacks in Diyala at the end of April involving a total of close to 300 insurgents; we have not seen comparable attacks since mid-2004.

- Several Shia-dominated provinces have shown steady increases in violence toward the Coalition since February, although province-wide attacks remain relatively low.  We see growing signs that Shia militants and their constituents—who have chafed at Coalition raids against their leaders, perceived US meddling in Iraqi politics, allegations of prisoner abuse, and the lack of improvement in basic services—have conducted attacks against Coalition forces, sometimes with explosives provided by [1.4b]  (S//NF)

**Erosion of security in Iraq has hindered the development of strong national institutions by creating alternative power centers and by making compromise by national sectarian leaders more difficult.** Although the ISF have made real progress—particularly the Iraqi Army—perceptions of poor local security, lack of faith in the government, and concerns of sectarian bias in the security forces have prompted many Iraqis to bypass official security institutions—particularly in the mixed provinces—and rely instead on their own confessional groups for protection against sectarian attacks.  Sunni and Shia communities increasingly are taking security into their own hands by mobilizing local neighborhood watch groups and in a growing number of cases ejecting minority residents to create sectarian sanctuaries.

- Local leaders—including an increasing number of Sunnis—in four provinces have told our military commanders and intelligence officers that if the Coalition left prematurely, they fear a large-scale civil war would occur in its wake.

- Even some insurgent leaders expressed a willingness to negotiate with US officials this spring on the condition that Coalition forces would protect Sunnis from Shia militias or Ministry of Interior forces.

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

- Coalition forces may come to play a much different role than in 2003 and 2004 in this environment; one that looks more like peace enforcement than counterinsurgency. (S//NF)



1.4b, 1.4d

Predominately Sunni countries are making some attempts to counterbalance 1.4b Five governments—Egypt, Jordan, Kuwait, Saudi Arabia, and the UAE— and Turkey have opened relations in the last five months with a broad range of Iraqi groups. This self-named "Committee of Six" focuses its relations on a mix of Iraqi groups, following a pattern established in the runup to Iraq's elections in late 2005. Currently, the Committee is seeking to broker a coalition of parties within the Iraqi legislature that can stymie 1.4b legislation and efforts to amend the constitution. (S//NF)

1.4b has increased efforts to broaden its influence in Iraq. Most of our information since January indicates the 1.4b Government has focused on engaging influential Shia cleric Muqtada al-Sadr and strengthening ties to Sunnis. As of last month, Damascus appears to be working with Shia and Sunnis to promote an Iraqi Government that would work to prevent the disintegration of the country along sectarian lines and to hasten the departure of Coalition forces. Reports of varying reliability indicate 1.4b is stopping some

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

insurgents from crossing its borders into Iraq but is allowing others to operate.
(S//NF)

Finally, Turkey is pressing the Coalition, Baghdad, and the Iraqi Kurdish
leadership to take military action against the Kurdistan People's Congress (KGK,
formerly PKK) camps in northern Iraq.  The Turkish military has moved
aggressively to counter infiltration of KGK militants from northern Iraq, but Ankara
probably will not undertake more than hot-pursuit or harassment operations into
Iraq without at least tacit approval from Washington, Baghdad, and/or Iraqi
Kurdish leaders in order to preserve relations with Washington and the EU.
(S//NF)

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

Pages 15 through 20 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - - -
CIA Document
Draft
Unreadable Text



PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI, LIMDIS//20160407

# Muqtada al Sadr and JAM: the Next Six Months

**(S//REL TO USA, MCFI) Purpose.**  To assess the challenge that Jaysh al Mahdi (JAM) and Muqtada al Sadr represent to Iraq and the Coalition over the next six months.

(U) Assumptions:

- (S//REL TO USA, MCFI) Sadr exercises broad strategic control over JAM, but delegates operational and tactical control to key lieutenants.

- (S//REL TO USA, MCFI) Sadr will continue to use JAM to enhance his profile in Iraq and influence over the Iraqi Government.

- (S//REL TO USA, MCFI) Unless constrained, co-opted or redirected, JAM's influence will grow and will increasingly challenge Iraqi Government authority.

- (S//REL TO USA, MCFI) JAM is a significant presence throughout large parts of the Iraqi Government and Security Forces.

**(S//REL TO USA, MCFI) Scope.**  This paper defines Sadr and JAM's objectives, level of control and shadow government, relationship with external actors, courses of action, vulnerabilities and opportunities to exploit those vulnerabilities, and presents worst-case scenarios and significant associated risks.

**(S//REL TO USA, MCFI) Background.**  Sadr is primarily an opportunist, interested in enhancing his own power. He exploits his family's religious heritage, nationalist and Islamist credentials. His commitment to Islamism is, however, genuine and he believes in greater clerical involvement in political affairs. Sadr will need to build a profile independent of his family's reputation. While he uses JAM to increase his stature, he will also need to build links to senior clerics to advance his clerical career and continue to build a reputation as a spiritual as well as political authority. Confrontations with senior clerics in Najaf have damaged his standing with senior religious leaders. Sadr has a group of close advisers but does not seem to have any senior leader acting as a patron.

**(S//REL TO USA, MCFI)** His political career has been defined by brinkmanship followed by compromise. For instance, confrontations in April and August 2004 and August 2005 brought short-term negative effects; but ultimately increased his national profile and popularity with his constituency – poor uneducated urban Shi'a.

**(S//REL TO USA, MCFI) Sadr's long term intentions, goals and objectives.**  Sadr's ultimate goal is a united, centralized, Shi'a-dominated Islamic state – suggesting his outreach to Sunnis has been largely politically expedient. It is likely that he does not wish to play an official political role, but intends to manipulate the political system from outside, aspiring to become a source of emulation. He is still exploring options and probably lacks a clearly defined plan to achieve his long term goals, taking opportunities



SECRET//REL TO USA, MCFI, LIMDIS//20160407

Declassfied by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI, LIMDIS//20160407

as and when they arise. He intends to re-establish Najaf at the heart of the Shi'a world. This will involve competition with [1.4b] and will limit his ability to draw support from [1.4b] in the long term. He is aware of the limits of his poor, urban constituency and will attempt to expand his appeal to a broader cross-section of the Shi'a community.

(S//REL TO USA, MCFI) **Sadr's near to mid–term, intentions, goals and objectives.** Sadr will aim to continue to be a key political power broker in the formation of the next government. He will attempt to control the UIA with the aim of exercising a significant influence in the government. Sadr likely sees the supporters of Dawa and Fadilah – who are broadly part of the Sadrist trend – as natural allies in his effort to reduce the influence of the Supreme Council of the Islamic Revolution in Iraq (SCIRI) and Badr Organization. It is probable he will seek to expand links with Dawa and Fadilah with the aim of bringing them back into a broadly-based Sadrist movement under his leadership. He will seek to control the service ministries in the next government, and expand his influence within the Iraqi Security Forces (ISF).

US OUT

DRAW OFF

(S//REL TO USA, MCFI) He will continue to maintain an anti-Coalition stance as a means of defining himself as the leading nationalist figure in the Shi'a community. However, he is unlikely to call publicly for anti-Coalition violence.

(S//REL TO USA, MCFI) Sadr will continue to work toward increasing his control over JAM, improving its religious credentials, military training, command and control and discipline. He will further seek to legitimize JAM as an official or semi-official security force protecting Shi'a communities, particularly in Sunni-majority areas.

(S//REL TO USA, MCFI) Sadr is keeping his options open, pursuing politics backed by threats and a better controlled and more capable JAM, but ready to move to violence the moment he feels it is to his advantage. Sadr will aim to maintain the ability of elements of JAM to launch limited attacks against CF unattributable to him.

(S//REL TO USA, MCFI) **The Extent of JAM's Control and Shadow-Government institutions in Baghdad and the south.** In Baghdad, JAM and OMS effectively control Sadr City with an extensive network of social services, Sharia courts, religious police and effective control over Iraqi Police Service (IPS). JAM maintains an openly armed presence, and an extensive intelligence network. Moreover, JAM takes credit for MNF-I and GOI reconstruction projects, social welfare, and delivery of essential services.

(S//REL TO USA, MCFI) Outside Sadr City, JAM is expanding its influence into the rest of eastern Baghdad through an armed presence and intimidation. In western Baghdad, JAM has used Shi'a enclaves in Sunni-majority areas as bridgeheads to establish a presence by providing security to these communities.

(S//REL TO USA, MCFI) In southern Iraq, JAM does not have the same level of control as it does in Baghdad. JAM faces greater internal organizational challenges and competition from other Shi'a organizations, especially SCIRI/Badr. Although they have not been able to monopolize the provision of social welfare, they have been able to

PX983

Declassified by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI, LIMDIS//20160407

extensively infiltrate lower echelons of the IPS. Sadr is increasing JAM's influence in Najaf, but we assess this is constrained by the Hawza and SCIRI and Badr's presence.

(S//REL TO USA, MCFI) Sadr has used ministries controlled by his supporters, specifically Health and Transportation, to advance his agenda under the cover of government organizations. Sadr's association with these ministries has increased his public profile due to their provision of essential services and social welfare programs.

(S//REL TO USA, MCFI) Provincial governance is associated by most Iraqis with the provision of essential services, and Sadr has used the position of his followers in provincial governments to extend his influence.

(S//REL TO USA, MCFI) Regardless of the differing levels of control that JAM exercises nationwide, it maintains the ability to mobilize rapidly and escalate attacks against MNF across large parts of Baghdad, central and southern Iraq.



1.4b, 1.4d

(S//REL TO USA, MCFI) While Sadr is willing to accept assistance from external actors such as [1.4b], he maintains distance and resists direction. His relationships with external actors are primarily designed to enhance his position within Iraq.

(S//REL TO USA, MCFI) **Sadr and JAM's likely COA over the next three to six months.** There are five policy areas that Sadr will have to address. In likely order of priority these are:

SECRET//REL TO USA, MCFI, LIMDIS//20160407

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI, LIMDIS//20160407

*(S//REL TO USA, MCFI)* *Sadr and JAM/OMS' role in the political process, and the position of Jafa'ari.* Sadr's prime consideration will be the maintenance of a central role in Iraqi politics.  He will seek to ensure that Jafa'ari retains the prime ministership and that OMS candidates are appointed to key service ministries.  Sadr will strongly oppose regional federalism and Kurdish control of Kirkuk.

(S//REL TO USA, MCFI) In the event that Jafa'ari does not remain Prime Minister this will be seen by Sadr and JAM as a defeat.  The Sadrist reaction will depend upon how Jafa'ari is removed.  Jafa'ari's replacement by a SCIRI/Badr figure would provoke a more extreme Sadrist reaction.  If, however, his replacement is more amenable to the Sadrists and other concessions are made (for example, an increase in Sadrist representation in the ministries) the reaction will be moderated.  Jafa'ari's removal would further delay the formation of the government, leading to a period of uncertainty and instability.  During this period, political posturing by Sadrists is likely, but it is unlikely that the Sadrists would permanently walk out of the Council of Representatives (COR).

(S//REL TO USA, MCFI) Accompanying this political posturing, public demonstrations organized by Sadrist groups, particularly in Sadr City, east Baghdad and perhaps in southern Iraq, are likely.  The largest demonstrations would take place in Baghdad, but would be unlikely to exceed 15,000.  In the south, demonstrations would likely number in the low thousands at best.  Likewise, an increase in JAM attacks on CF and ISF is likely.  However, an orchestrated large-scale offensive by JAM in Baghdad and MND-SE is unlikely.  There is the possibility that these events could escalate outside of the control of Sadr and JAM's senior lieutenants, and result in widespread violence between JAM members and ISF/CF.

(S//REL TO USA, MCFI) If Jafa'ari survives as PM he will require continued support from Sadr, complicating MNF-I/GOI anti-militia programs.  Whilst Jafa'ari will formally approve the anti-militia program, he will lack commitment to fully and effectively implement the program.  JAM will continue to build its strength and operate across large parts of Baghdad, militia-inspired sectarian violence will likely continue, and may escalate.  Jafa'ari may increasingly adopt a publicly anti-Coalition stance, though privately he will want the Coalition to remain.  More likely, Sadrists in the COR will take a more anti-Coalition stance, and Jafa'ari will be unable or unwilling to oppose them.

(S//REL TO USA, MCFI) In the provincial elections, Sadrists will likely retain control of Maysan, and will make significant gains in the other southern provinces.  JAM will use intimidation to support Sadrist political activity.  Although JAM and SCIRI/Badr may cooperate in some provinces (for instance in Basrah so as to remove Governor Wa'ili) and de-conflict in others, there will likely still be considerable competition between them – likely leading to some clashes.  It is unlikely, however, that Sistani, the Hawza and the senior leaders of SCIRI/Badr and JAM/OMS will allow such clashes to be sustained.

*(S//REL TO USA, MCFI)* *JAM's reaction to GOI/MNF policies towards militia activity.* GOI/MNF driven policy against overt, armed militia will be a central concern for Sadr,

Approved for release

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI, LIMDIS//20160407

due to his reliance upon JAM.  If the anti-militia policy is perceived as focused on JAM this will raise tensions, and likely lead to violence between JAM and CF.  However, the March 26 ISF/MNF raid in Sha'ab indicated that although some were prepared to fight, many JAM members were unwilling to do so.  Sadr probably recognizes this and is likely to attempt to use the threat of JAM violence as a form of intimidation, but will avoid widespread conflict due to the likelihood that large numbers of JAM members lack the staying power to engage the Coalition or ISF in sustained conflict.

(S//REL TO USA, MCFI) JAM's initial reaction to attempts to reduce its overt armed presence on the streets will be to evade rather than confront the ISF and MNF.  JAM will operate openly at times when it is least likely to lead to confrontation with ISF/MNF; JAM will operate under false flags – wearing ISF uniforms.  Those ISF units that are effectively controlled by JAM (for instance in Sadr City) will cease openly displaying their allegiance to Sadr.  The practices of JAM death squads, and other covert activities, are likely to continue, although possibly at a reduced level.  JAM members within the ISF will provide intelligence to Sadr and JAM's leadership.  Meanwhile, Sadr and his supporters will lobby within the GOI and COR to reduce the efficacy and impact of these policies.

(S//REL TO USA, MCFI) A reduction in JAM's armed presence would impair its ability to provide employment – leaving a large body of poor, unemployed Shi'a youth.  Without genuine economic opportunities – undeliverable in the short term – these youths would migrate towards criminal groups, other Shi'a militias, or form radicalized militias.

*(S//REL TO USA, MCFI) JAM and Sadr's relationship with the clerical establishment.* Sadr's attempts to reach out to Sistani and the Hawza will continue, although the relationship will remain tense.  JAM will continue to enhance its religious credential by improving the religious education of its members.  This will be partly utilized to market JAM as a security force for religious sites and the broader Shi'a community.  Sadr will aim to gain Sistani and the Hawza's support for this activity in an attempt to gain legitimacy for JAM's security role.  He will also attempt to improve his own religious education to increase his status within the religious hierarchy of the Shi'a community.

*(S//REL TO USA, MCFI) Continued improvement of JAM's command and control, discipline, training, and capabilities.* Since September 2005, and increasingly since February 2006, JAM has improved its command and control, discipline and training.  A central element in this program has been Sadr's key lieutenants.  He has taken a closer interest in them: disciplining some, and rotating many through a series of positions in different parts of the organization.  This has partly been to prevent them building independent power bases, partly to place trusted associates in positions to maximize his influence across the organization, and partly to prevent them being targeted.  This will likely continue over the coming months, regardless of ISF/MNF attempts to reduce JAM's armed presence and capabilities.  These improvements are vital to Sadr maintaining JAM as a tool to advance his religious, social and political agenda.

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI, LIMDIS//20160407

*(S//REL TO USA, MCFI) Sadr and JAM's policy in relation to the Sunni community.*
Sadr shares a number of goals in common with the Sunni leadership:  a broadly Islamist approach to social and political mores, anti-federalism, anti-Coalition, shared suspicion of Iranian intentions and a commitment to Iraqi nationalism.  He remains the only major figure within the UIA capable of reaching out to the Sunni political leadership.  The Sunnis in the COR, particularly the Tawafuq bloc, will be likely to align with Sadr when legislation relating to Islam or its place in the Iraqi state arise in the COR.

(S//REL TO USA, MCFI) Nonetheless Sadr's outreach to the Sunni community has decreased since 22 February.  His rhetoric against takfiris/salafists and criticism of the MUC for not strongly opposing Sunni extremists has created distance between Sadr and the MUC.  The involvement of JAM in attacks on Sunni mosques and sectarian killings since 22 February damaged his standing with Sunnis.  JAM is unlikely to renounce its role as a protector of the Shi'a community, and this will continue to involve killings of Sunnis.  Another significant attack against the Shi'a may lead to an increase in these killings, potentially creating a more indiscriminate self-sustaining cycle of retribution.  If this occurs, the physical separation of Sunni and Shi'a communities will increase and Sadr will find it more problematic to maintain relations with the Sunni leadership.

**(S//REL TO USA, MCFI) Sadr and JAM's vulnerabilities; opportunities that can be utilized to reduce or negate Sadr and JAM's influence; risks associated with effects upon identified vulnerabilities.**  Sadr and JAM's vulnerabilities revolve around the public perception of Sadr and JAM, JAM's organizational weaknesses, and the political immaturity of Sadr's movement and political philosophy.

*(S//REL TO USA, MCFI) Vulnerability - Corruption.*  Reporting indicates that there is considerable disquiet amongst the Shi'a population over corruption and mismanagement of public funds.  In addition, in Sadr City reporting shows that residents are angered by the misuse of locally-raised funds by Sadr-aligned politicians within the GOI.  Moreover, Sadrist politicians, such as Minister of Transport Salam Awda al-Maliki, have treated their ministries as personal fiefdoms, misappropriating public funds and replacing experienced public servants with their own cronies.

- *(S//REL TO USA, MCFI) Means to exploit.*  Corruption by Sadrist ministers and officials could be exploited by an Iraqi IO and judicial campaign that demonstrates the corruption and points out that it is incongruous with the Sadrist message of public service and Islam.

- *(S//REL TO USA, MCFI) Risks.*  Given the endemic nature of corruption in Iraq, targeting the Sadrists would appear to be singling them out and thus would play to a central part of the Sadrist political platform – their persecution complex.

*(S//REL TO USA, MCFI) Vulnerability - Falsely Claiming Credit for Reconstruction.*
Sadr and JAM's public support is partially based on their having falsely taking credit for reconstruction projects, particularly in Sadr City.  It has been difficult for the Coalition or GOI to combat this due to JAM's control of Sadr City.  This is unlike other parts of Iraq,

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI, LIMDIS//20160407

for instance in Muthanna Province, where more independent local authorities exist and
are able to prevent this type of Sadrist propaganda.

- *(S–REL TO USA, MCFI) Means to Exploit.* To exploit this vulnerability it is
  necessary for JAM's stranglehold over Sadr City to be broken. This is necessary
  to enable the establishment of independent local government, non-partisan
  security forces, and effective GOI and Coalition public affairs activity.

- *(S//REL TO USA, MCFI) Risk.* To do so could lead to large-scale military
  confrontation with JAM, requiring long-term commitment of resources and likely
  causing heavy civilian casualties.

*(S–REL TO USA, MCFI) Vulnerability – Reputation for Violence.* JAM's continued use
of violence has damaged its reputation amongst the Shi'a public. Following the August
2005 clashes between Badr and JAM reporting indicated that locals blamed JAM for the
fighting – reducing JAM's standing. JAM's use of the Imam Ali Shrine in Najaf as a
trial, torture and execution facility in 2004 created considerable ill-will amongst ordinary
Shi'a, as did the associated damage to local revenues caused by the decline in pilgrim
traffic through Najaf as a result of the conflict between the Coalition/ISF and JAM.

- *(S//REL TO USA, MCFI) Means to Exploit.* ISF, backed by MNF, taking direct
  action against JAM cells engaged in violence, accompanied by a robust IO
  campaign emphasizing the criminal activities of the targeted group and
  demonstrating that the reason for this kinetic action is to protect the population
  from those willing to use violence against them. The intent is to criminalize the
  activity of elements of JAM without explicitly targeting the organization.

- *(S//REL TO USA, MCFI) Risk.* JAM can mount a professional counter IO
  campaign (as they did after the 26 March Sha'ab raid). Effective use of such
  negative IO could unite the Shi'a, particularly in areas like Sadr City, and lead to
  widespread anti-MNF or anti-GOI violence.

*(S//REL TO USA, MCFI) Vulnerability – Confrontations with Other Shi'a Leaders.* Sadr's
public behavior has been characterized by public attacks upon other major Shi'a leaders –
raising questions about his maturity, respect for behavioral norms and ability to interact
with other Shi'a leaders. He is believed to be guilty of the 2003 murder of Ayatollah
Khoei. He has publicly chastised SCIRI leader Abd al Aziz al Hakim for going into exile
in Iran, and prior to the December 2005 election released a video in which he derided
Hakim over his knowledge of Islamic law and Iraqi politics. He has publicly questioned
Sistani's legitimacy as the pre-eminent religious authority in Iraq due to his Iranian
nationality. Moreover, Sadr's low-level religious credentials further undermine his on-
going problematic relationship with the religious leadership and the Hawza.

- *(S–REL TO USA, MCFI) Means to Exploit.* A covert IO campaign against Sadr's
  personal weaknesses.

SECRET//REL TO USA, MCFI, LIMDIS//20160407

PX983

Declassified by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI, LIMDIS//20160407

- *(S//REL TO USA, MCFI) Risk.* This would be extremely difficult for the Coalition to undertake. The risk of focusing upon Sadr's character weaknesses is that it would feed into Sadr and JAM/OMS' persecution syndrome. Targeting Sadr's religious credentials would be prohibitively difficult for those outside the Shi'a Muslim religious hierarchy, as this would be perceived as ill-informed comment by outsiders and interference in internal Shi'a affairs.

> 1.4b, 1.4d

- *(S//REL TO USA, MCFI) Means to Exploit.* This vulnerability could be exploited through a subtle IO campaign that demonstrates these links, and questions his Iraqi nationalism. Such a campaign would be most effective if backed by strong evidence and promoted by political rivals from within the UIA – for instance Fadilah, who are serious competitors for the leadership of the Sadrist movement. This campaign could also be pursued at the local level by CMO officers or unit commanders who deal with Iraqis on a frequent basis. Doing so would help to inject this issue into Iraqi public discourse, at which time rumor, gossip and Iraqi conspiracy theories would help to spread this idea widely.

- *(S// REL TO USA, MCFI) Risk.* If not handled carefully this may be seen as another Coalition attempt to smear Sadr's name, and could further enhance his reputation by demonstrating how unpalatable he is to the Coalition.

*(S//REL TO USA, MCFI) Vulnerability    Organizational Weaknesses.* JAM and OMS' lack of clearly articulated strategic vision and resultant loose organization – with strong and semi-autonomous leaders at the local level (particularly outside Baghdad) – generate fault-lines along which the organization might split.

- *(S//REL TO USA, MCFI) Means to Exploit.* Promoting and supporting moderate leaders who are not engaged in violence. Likewise, Sadrist politicians, in the COR or in provincial or local government need to be engaged politically by the Coalition – those who are not closely linked to extremists and violent elements should be identified and supported. Leaders engaged in violence should be targeted kinetically; ideally this would be Iraqi-run and would involve judicial prosecution of these individuals. It is likely that Sadr will, as he has in the past, distance himself from such leaders. Kinetic action must be preceded by a robust IO campaign demonstrating their links to violence and criminal activity.

- *(S// REL TO USA, MCFI) Risk.* Coalition or GOI support for moderate leaders could undermine their standing with their constituencies. Moreover, kinetic targeting of those engaged in violent or criminal activities may lead to widespread anti-Coalition and anti-GOI activity if the IO campaign failed to justify the actions. Indeed, targeting extremist elements without eliminating them could

SECRET//REL TO USA, MCFI, LIMDIS//20160407

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI, LIMDIS//20160407

increase their stature. Splitting JAM has the potential to exacerbate the problem. In effect, there is the possibility that JAM's more militant elements could re-energize and, divorced from moderate elements and central leadership, splinter into a multitude of local insurgencies, looking much like the Sunni insurgency.

*(S-REL TO USA, MCFI) Vulnerability – Military Limitations.* Large numbers of JAM fighters are poorly disciplined, and likely will not remain committed to the fight in the event of serious engagements with CF or the more proficient elements of the ISF. However, JAM is attempting to transform itself into a more professional fighting force.

- *(S-REL TO USA, MCFI) Means to Exploit.* Enforcing disarmament of publicly armed militia patrols and checkpoints at this stage will cause less committed members to disengage and this will disrupt the JAM reorganization program.

- *(S-REL TO USA, MCFI) Risk.* Unless the ISF can replace the JAM security presence in Shi'a communities, particularly those in the midst of Sunni-majority areas, this will result in the Coalition and GOI being seen as responsible for removing protection for the Shi'a – further enhancing JAM's reputation and discrediting the militia disarmament program.

**(S//REL TO USA, MCFI) Significant risks that must be mitigated; the worst case scenarios.** The two worst case scenarios are dependent upon how the Coalition and Iraqi Government deals with the JAM threat.

*(S-REL TO USA, MCFI) Worst case scenario: no action is taken against JAM's activities.* JAM sectarian killings continue unabated, JAM extends and consolidates its control in Baghdad, and potentially Najaf and other parts of the south. Sunni and Shi'a relations continue to deteriorate, numbers of internally displaced people increase; JAM's sectarian killings become increasingly indiscriminate, and a cycle of retribution killings becomes self-sustaining. Sunni terrorists accelerate the violence by symbolic or mass casualty attacks. The end result of this process would be intense sectarian strife across several provinces – likely resulting in civil war.

*(S-REL TO USA, MCFI) Worst case scenario: Coalition and GOI action against JAM goes awry.* Attempts to disarm militias are seen as unfairly targeting JAM, the IO campaign fails to convince the Iraqi public the campaign is justified, Sadr and his senior leadership do not feel that there are face-saving options available. It is likely that the core elements of JAM would respond by widespread attacks on CF and ISF. This would probably rapidly escalate into serious and sustained conflict – primarily against CF – leading to heavy casualties. At the conclusion of this conflict JAM would cease to exist in its current military form. However, sustained CF military action (likely involving action against ISF units loyal to JAM) in Shi'a areas would lead to extensive damage, civilian casualties and the dispersion of the residual JAM fighters throughout the community. This would likely lead to a widespread Shi'a uprising, which would have many of the characteristics of the current Sunni insurgency.

PX983

Declassified by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160417

# The Environment Facing The New Iraqi Government

## 17 April 2006

**(S//REL USA, MCFI) Purpose:**  To characterize the security, political, and economic environment in Iraq and highlight key challenges that will face the newly seated government.

**(U) Assumptions:**

- **(S//REL USA, MCFI)** Shi'a will dominate the new Iraqi Government, but it will also include representatives from Kurd, Sunni and other minority blocs.

- **(S//REL USA, MCFI)** The security and economic situation will remain largely unchanged.

- **(S//REL USA, MCFI)** Endemic corruption will continue to impede effective governance.

- **(S//REL USA, MCFI)** AQI mass casualty attacks will continue but are unlikely to fuel widespread, self-sustaining ethno-sectarian violence.

- **(S//REL USA, MCFI)** There will be increasing public pressure on the Government of Iraq (GOI) to announce a Coalition withdrawal timetable.

- **(S//REL USA, MCFI)** Militias will challenge the authority and effectiveness of the ISF, but the ISF will resist fracturing along sectarian lines.

**(S//REL USA, MCFI) Scope:**  This analysis identifies opportunities and risks that will face the GOI in its first six months.  While some long term trends are highlighted, the goal of the paper is to underscore issues of immediate importance to the GOI.

**(U) Key Judgments:**

- **(S//REL USA, MCFI)** The nature of the conflict is shifting from one based on the Sunni insurgency to a struggle between ethno-sectarian groups for power, territory and control of natural resources.

- **(S//REL USA, MCFI)** The new government's initial inability to meet public expectations for security, essential services and economic development will diminish confidence and support in the central government.

- **(S//REL USA, MCFI)** The economy and security are mutually dependent; the new GOI should seek to harness currently destabilizing forces by integrating militias into the ISF

1

SECRET//REL TO USA, MCFI//20160417

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160417

and reintroducing national service, to develop infrastructure and the economy, and improve the security environment.

- (S//REL USA, MCFI) The security situation could also be enhanced through the use of an 'oil spot' strategy that saturates troubled areas with large numbers of ISF over extended periods.

- (S//REL USA, MCFI) Further opportunities exist to enhance national reconciliation through the process of constitutional review, allowing the chance to codify resource sharing and officially end de-Ba'athification.

## (U) FACTORS IMPACTING THE SECURITY ENVIRONMENT

(S//REL USA, MCFI) **Fundamental Nature of the Struggle.** The struggle in Iraq is shifting from primarily a Sunni insurgency that sought to derail the political process to a competition between Iraq's social and political leaders and their ethno-sectarian constituencies for economic power and political influence. The struggle for power and resources will shape the national and provincial priorities over the first six months of the new administration.

(S//REL USA, MCFI) Although counter-insurgency will remain a very important element of the campaign, the nature of the operation is on the verge of changing from being a counter-insurgency operation to a stabilization operation. This stabilization operation will require large numbers of professionalized ISF – backed by Coalition forces – to establish a secure environment across Iraq and deny insurgents, criminals and militias the freedom of action they have enjoyed in many parts of the country to date.

(S//REL USA, MCFI) The struggle will continue to be characterized by high levels of ethno-sectarian competition as groups attempt to increase their power in a climate where antagonists are increasingly holding a zero-sum world view. Shi'a will use their militia and control of the Ministry of Interior (MOI) to maintain their influence, and the presence of Shi'a militiamen in the ranks of the ISF, especially Iraqi police units, is unlikely to change. Badr Organization and Jaysh al Mahdi (JAM) representation in police forces will continue to fuel ethno-sectarian competition and undercut Sunni confidence in the police. The appointment of a Shi'a Minister of Interior with strong sectarian ties will exacerbate Sunni perceptions of persecution – making it preferable that a candidate is chosen who is broadly acceptable to the Sunni parties.

(S//REL USA, MCFI) Heightened intra-Shi'a tensions could emerge as another manifestation in the shift in the nature of the struggle. Far from a monolithic bloc, competition between the various Shi'a organizations such as Dawa, Office of the Martyr Sadr, JAM, Fadilah, and the Supreme Council of the Islamic Revolution in Iraq (SCIRI)/Badr could intensify. As provincial elections approach competition will increase and could result in clashes, especially between Badr and JAM. However, widespread intra-Shi'a violence is unlikely, as the Shi'a leadership would act quickly to de-escalate such conflict. Iran will also bring its influence to bear to keep fissures in the Shi'a community from deepening.

2

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160417

(S//REL USA, MCFI) In a Shi'a dominated environment, some Sunnis will seek Coalition support and protection – further highlighting the shift in the nature of the struggle.  However, a perceived failure of the Coalition to meet Sunni security expectations – chiefly protection from arbitrary arrests, detentions, and executions, and from terrorist activities – would encourage Sunnis to establish militias – a move that would further destabilize the security situation and undermine the central government.

(S//REL USA, MCFI) The new government will implement policies to reduce militia intimidation to allay concerns over the role of militias in Iraq's security landscape.  However, the effectiveness of the programs will be diluted if Iraqi leaders owe their positions to the support of militia organizations.  Establishing weapons-free zones and dismantling illegal checkpoints would also be problematic as it would be reliant upon police that are widely infiltrated by, supportive of, or intimidated by militias.  This will make effective action against militias difficult for the new GOI to accomplish without extensive Coalition support.

(S//REL USA, MCFI) **Nature of the Violence.**  While AQI attacks have exacerbated sectarian violence, internecine tensions have been building since the fall of Saddam as sectarian groups jockey for power and influence.  Shi'a militias bear prime responsibility for elevated levels of murders of Sunnis, while Sunni terrorists have targeted the Shi'a community with mass-casualty attacks.  However, Sunni rejectionist groups mainly continue to target Coalition and ISF elements.

(S//REL USA, MCFI) We assess outbreaks of intense sectarian violence have been largely orchestrated by militia and insurgent leaders; they have not yet demonstrated a spontaneous or self-sustaining quality.  We should expect to see continued use of low-level intimidation and violence to displace populations and expand sectarian power bases and territorial control over the next six months.  Episodes of sectarian-motivated attacks will continue to occur, and have the potential to accelerate – if the ethno-sectarian leadership so desires.  We believe it is unlikely the mainstream Sunni or Shi'a leaders will seek to escalate sectarian violence, but much will depend on their satisfaction with power-sharing arrangements in the new government.

(S//REL USA, MCFI) Attack levels against Coalition forces probably will decrease slightly, as the nature of the struggle shifts and battlespace transitions to the ISF.  Heightened levels of attack against ISF will result from its increased presence in Iraqi communities.  Civilians will also remain victims of sectarianism and attacks are likely to increase if sectarian tensions elevate.  Shi'a militias will continue to conduct extra-judicial killings of Sunnis and attempt to expand their territorial control over areas with Shi'a populations. This slight shift in insurgent targeting is partly the result of ethno-sectarian struggles, effective Coalition force protection and the transitioning of the fight to the ISF.

(S//REL USA, MCFI) AQI will continue efforts to spark self-sustaining sectarian violence through high profile attacks, mass casualty attacks and assassinations.  AQI will attempt to expand its level of territorial control in rural areas of central and western Iraq, and attempt to maintain its current high level of control in Ramadi.

3

SECRET//REL TO USA, MCFI//20160417

PX983

Declassfied by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160417

(S//REL USA, MCFI) **Developing the ISF.** Progress in developing effective army and police forces will likely remain uneven following the appointment of new ministers. The Iraqi Army's (IA) tactical capabilities will continue to grow, owing to the embedded trainers present in the units, and Army battalions will continue to assume a greater share of battlespace. Army units, however, will remain dependent on the Coalition for most logistics, intelligence, and joint fire support. While many IA brigades are overwhelmingly comprised of a single ethno-sectarian group, the Army's policy of deploying recruits anywhere in the country, and increasing professional standards, reduce the risks of ethno-sectarian entrenchment. However, there are certain units, particularly those drawn from former Kurdish Peshmerga, whose loyalties lie primarily with their community, rather than to the Iraqi nation. This is likely to become problematic only in the event of widespread ethno-sectarian violence.

(S//REL USA, MCFI) The Iraqi Police Service (IPS) lags behind the IA in professionalism, ethno-sectarian diversification and operational readiness. Improved vetting and training—in addition to the increasing presence of international police trainers —will gradually raise police performance through 2006. Police, unlike their military counterparts, are typically recruited and stationed locally, leaving them more vulnerable to insurgent infiltration. The lack of an effective functioning judiciary, the proliferation of unauthorized detention facilities, and the highly publicized existence of MOI death squads will further reduce public confidence that the new IPS is demonstrably different than the corrupt police of the previous regime.

(S//REL USA, MCFI) **Politics.** Iraq's glacial progress in government formation has had an erosive effect on public confidence in the political process. Delays in choosing a Prime Minister have effectively squandered any grace period the government may have received after formation. The Iraqi population is anxious for rapid improvements in security and basic services; however, in its first six months the government will not meet public expectations. While these unmet expectations will lead to popular frustration with the GOI, the Coalition will still be blamed for many of the failures of the new government. Furthermore, the continued presence of Coalition forces will act as an ongoing source of friction and fuel perceptions of occupation.

(S//REL USA, MCFI) Overly centralized and inefficient government institutions will retard the government's progress in its first six months. Ministerial micromanagement, inefficiency, and corruption will continue to hamper policy implementation. The absence of a functioning civil service to provide middle and senior management, coupled with historic cultural resistance to delegation of authority, will undermine the GOI's ability to deliver essential services and support economic development.

(S//REL USA, MCFI) Provincial elections are unlikely to occur in the first six months of the new government due to a lack of political will, the potential disestablishment of the Independent Electoral Commission of Iraq (IECI) in May 2006, and contentious constitutional negotiations. However, pressure to hold provincial elections will increase towards the end of the government's first six months in office.

(S//REL USA, MCFI) The mandated constitutional review will likely be a prominent item on the Council of Representatives' (COR) policy agenda and Sunnis will push for a review once the government is formed. Sunnis want fair resource sharing, and will seek to head off Kurd and

4

SECRET//REL TO USA, MCFI//20160417

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

Shi'a-inspired federalism, which would potentially leave them with no stake in the country's oil reserves.  Shi'a and Kurd parties will be in no hurry to amend the current constitution and will attempt to delay the process.  The Kurds will not give up de facto control of territory gained since April 2003, especially Kirkuk, and will not allow a disarming of the Peshmerga, but will begrudgingly share oil revenues from the north.

(S//REL USA, MCFI) As negotiations over the constitutional review begin the new GOI will seek to demonstrate greater sovereignty.  This will manifest itself in calls for a Coalition drawdown timetable, a gradual reduction in the Coalition footprint and the hand back of key government buildings and functions. The GOI will increase calls for more cooperation between Coalition forces and ISF, particularly the use of embedded trainers, but operational control of the IA is an important symbol of Iraqi sovereignty that they will likely demand.   The approaching review of UNSCR 1637 on 15 June 06 and the expiration of the MNF-I mandate on 31 December 06 will force consideration of a status of forces agreement.

(S//REL USA, MCFI) Once the GOI is formed, the Prime Minister and ministers will likely govern largely by decree vice engaging the legislative process, not least because security concerns will make regular sessions of the COR difficult. Issues receiving ministerial attention will reflect constituent pressures to address parochial concerns.

(S//REL USA, MCFI) **Economic factors.**  Overall, the national economy will remain dependent upon oil as the single source of revenue.  The ability of the GOI to use oil revenues to create economic development and meet the social welfare expectations of the populace will remain very limited due to antiquated oil infrastructure and frequent insurgent interdiction.  Oil revenues will likely continue to be funneled largely into paying government salaries, with little remaining for economic reconstruction projects.

(S//REL USA, MCFI) Increased demand for power over the summer months will tax an already overwhelmed power infrastructure leading to widespread public dissatisfaction, particularly at a time when the population will be expecting to see results from the newly-seated government.

(S//REL USA, MCFI) In the center and west of the country poor economic development, characterized by high levels of unemployment, provides a pool of human resources upon which insurgents can draw.  This will continue to be the case until economic development both supplants insurgent funding and creates an environment where economic and social incentives outweigh the appeal of joining the insurgency.  Lack of security will continue to inhibit international investment, further reducing prospects for economic improvement.  The nexus between criminality and insurgent activity will continue to expand as organized crime flourishes in this environment of instability and economic stagnation.  Likewise, cooperation between insurgent and terrorist groups will increase in this environment.

(S//REL USA, MCFI) The north and south of Iraq will remain relatively secure, and economic development will proceed, particularly in the northern Kurdish regions.  Business and investment will continue to migrate north and south.  This will also be followed by population movements – not always motivated so much by 'ethnic cleansing' as by the economic opportunities in the southern and northern provinces that are not available in the center and west. The disparity

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

between the troubled central and western provinces and the north and south will increase calls for federalism.  Likewise, economic development will create increased demand for power and reduce the inclination to share national resources such as electricity and oil.

1.4b, 1.4d

## (U) OPPORTUNITIES FOLLOWING FORMATION OF THE GOVERNMENT

(S//REL USA, MCFI) The government turnover presents the new four year administration an opportunity to focus on longer-term policy development and implementation. Sectarian squabbling has wasted the momentum the elections and referendum generated.  Selling the benefits of democracy and creating realistic expectations should be an important IO priority for the new government.  The GOI will be expected, by the populace, MNF-I, and the international community to quickly embark on a number of programs and policy initiatives that will provide important opportunities.

(S//REL USA, MCFI) **Reducing militia influence**.  Checking the ascendancy of Iraq's multiple militias, beginning with PM Jafari's five-point plan, will provide an opportunity for the GOI, with MNF-I assistance, to lessen a substantial challenge to the successful transition to a democratic Iraq.  Thus a combination of targeted kinetic action against extremist militia elements engaged in violent criminal behavior with political engagement of more moderate elements is most likely to yield dividends.  Kinetic action would require justification via an IO campaign that stresses the criminal activities of those being targeted rather than their militia affiliation.

(S//REL USA, MCFI) In addition to actively reducing armed militia presence in Baghdad it will be necessary to address the root causes of militia activity. This must involve employing the large pool of youth who typically serve in militias to prevent recidivism and also addressing the security vacuum in many communities that has afforded militias fertile ground to sprout and bloom.  The various elements of the security 'industry' will necessarily remain a major provider of employment in Iraq for years to come.

(S//REL USA, MCFI) Integrating militia members into the ISF is a means to address these twin problems in the short term.  Removing the arbitrary ceiling imposed on ISF numbers would

6

PX983

Declassfied by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160417

allow greater integration of militia elements. Thus, militia members who are currently providing security to Shi'a communities would be integrated into the police service. Although an increase in militia numbers in the police would have some negative effects – such as police acting to pursue militia interests – over time these negative effects would decline as loyalty is transferred from militias to state institutions. This approximately mirrors the process that is underway with Badr Organization members in the police.

(S//REL USA, MCFI) Furthermore, a reintroduction of national service would facilitate the integration of militias and also engage the large pool of long-term unemployed from which militias draw recruits. This national service would not necessarily be purely military; large scale national infrastructure projects are essential for economic development to proceed. In particular, manpower intensive tasks, such as building an underground oil pipeline network, would be a means to employ large numbers of unemployed youth. A rigorous IO campaign that creates prestige and engenders pride in those engaged in this program would be required to promote the policy. A potential risk to this policy would be it might fuel regional suspicions of a revanchist, militaristic Iraq.

(S//REL USA, MCFI) **Increasing Iraqi participation in counterinsurgency operations.** While insurgents will probably remain capable of low-level attacks after the permanent government takes office, they will continue to lack the capability to launch large-scale operations on multiple Coalition or ISF targets. However, insurgents will be able to exert influence – through their presence or intimidation – in cities and towns that lack a dominant Coalition or ISF presence. Identifying these insurgent-controlled towns or locations and assisting Iraqis in saturating these areas with overwhelming numbers of ISF to establish government control provides Baghdad an opportunity to showcase ISF capabilities and restore public confidence. This strategy probably would focus initially on western Iraqi trouble areas and could expand, along the lines of the "oil-spot" theory, to encompass neighboring areas and over time push insurgents further away from traditional sanctuaries.

(S//REL USA, MCFI) The risks surrounding an Iraqi "oil-spot" strategy include generating sufficient numbers of Coalition forces and ISF to initiate the operation and then sustaining a large enough presence to prevent insurgents from returning to the area. However, while deploying a force this size may tax the ISF initially the burden would ease in the mid to long-term as locals – without the threat of insurgent retaliation – sought to join police forces.

(S//REL USA, MCFI) **Constitutional review.** The Sunni parties will likely call for a constitutional review early in the new government's term, presenting the opportunity to address a number of issues either as part of the review, or as part of the process of bringing the parties to the table.

(S//REL USA, MCFI) *A Formal End to De-Ba'athification.* A Sunni sense of detachment from the new Iraqi society remains, not least because they feel vilified by de-Ba'athification. While Sunni outreach efforts have met with some success, many qualified Sunnis are still excluded from participating in Iraqi institutions and civil service due to de-Ba'athification restrictions. An official end to de-Ba'athification and a formal amnesty for those not under investigation for human rights abuses will meet a long-standing demand of Sunni leaders and assist in drawing

7

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

more Sunni into civil society.  Risks associated with de-Ba'athification include Shi'a accusations against the Coalition of bowing to Ba'athist pressure and the possibility of including human rights abusers in Iraqi institutions – rewarding, rather than punishing them.  Rigorous vetting and a carefully managed IO campaign detailing the reasons for ending de-Ba'athification and de-stigmatizing past party membership will help mitigate some of these risks.

(S//REL USA, MCFI) *Codifying the national ownership and distribution of oil.*  The ownership and distribution of oil concessions and revenue lie at the heart of Sunni concerns about federalism and the new Constitution.  Specific codification of national ownership during the upcoming Constitutional Review, coupled with an independent statutory body to oversee oil revenue distribution, will ease Sunni concerns that they will be deprived of a reliable revenue source.  Easing Sunni concerns also will likely have a positive effect on the security environment, paving the way for oil infrastructure renovation and associated increases in revenue.  Shi'a and Kurd parties probably will resist Sunni and Coalition prodding to review oil ownership and distribution; but persuading these parties that such a review would indirectly lessen the Sunni insurgency over time and allow infrastructure rebuilding to commence may spur them to undertake the review.

(S//REL USA, MCFI) *Truth and reconciliation.*  A constitutional review over the next six months could present an opportunity to begin progress towards a South African-style truth and reconciliation commission.  Such a commission would allow ex-Ba'athists and Sunni rejectionists to rejoin civil society while also providing a venue for Shi'a militia elements that have been involved in murders and executions to rehabilitate.  It is likely that over the next six months only initial discussions on a future commission would be possible as much of the violence will still be ongoing.

(S//REL USA, MCFI) *Preparations for Provincial elections.*  Preparations for early provincial elections will assist in keeping Sunni leaders engaged in the political process in the time between the seating of the government and the actual poll.  Setting the conditions for provincial elections will require independent electoral oversight along with a reduction in insurgent and militia intimidation.  Only in an environment free from intimidation will Iraqis feel able to vote for secular candidates based on their platform rather than along sectarian lines.

(S//REL USA, MCFI) Regardless of when they are run, provincial elections will result in increased calls for federalism in the north and south.  Political victors in the north and south will likely feel justified calling for federalism if they have campaigned on that platform.  In northern Kurdish areas parties advocating independence or expanded autonomy are likely to increase their representation, as is the Kurdish Islamic Union (running on an anti-corruption platform).  Sunni may also increasingly see themselves as isolated from the rest of Iraq as the Baghdad Provincial Council remains controlled by Shi'a – particularly if there is continued movement of Sunni families out of west Baghdad into Anbar as a result of militia intimidation.

## (U) RISKS FOLLOWING FORMATION OF THE GOVERNMENT

(S//REL USA, MCFI) **Ministries acting as fiefdoms.**  Even after the new ministers have been decided, the ministries will still operate as independent entities beholden to ethno-sectarian and

8

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160417

personal agendas.  For example, MoD and MoI will continue to compete for power and influence as they carve out areas of responsibility and further develop distinct security forces.  This will reduce effective governance, and increase political and ethno-sectarian tensions within the government.

(S//REL USA, MCFI)  **Intensification of militia activity.**  Militias have already shown a willingness to usurp police authority.  Failure to curb militia expansion over the coming months will invite increasing lawlessness and instability.  An outside risk is that militia perceive that the Coalition is afraid to confront them, and that the political process is running contrary to their interests; this could result in an increase in sectarian violence which, coupled with terrorist attacks on the Shi'a community, could lead to a self-sustaining pattern of inter-communal retribution and ultimately to widespread inter-communal strife.

(S//REL USA, MCFI)  **Sistani dies.**  The Shi'a reaction to Sistani's death would depend on the manner of his death.  A natural death would cause widespread public mourning accompanied by outbursts of violence.  An assassination would spark an immediate and violent Shi'a response.  In either case, his death would cause at least temporary paralysis in the GOI as leaders struggled to deal with nationwide chaos without the benefit of Sistani's customary guidance and moderating influence.  This would likely require Coalition intervention to restore civil order.

Approved for Release

SECRET//REL TO USA, MCFI//20160417

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

UNCLASSIFIED

# *Battle Casualty Analysis*

1 Jan – 23 Apr 06



| Rate | 2006 | 2005 | Historical |
|---|---|---|---|
| Killed in Action | 10.0% | 8.9% | 20-25% |
| Died of Wounds | 1.0% | 1.5% | 2.5-4.5% |
| Wounded in Action | 89.0% | 89.6% | 70-77% |
| Evacuated (% of WIA) | 24.2% | 22.2% | 40% |
| Returned to Duty (% of WIA) | 75.8% | 77.8% | 60% |

- Slight increase in fatalities and wounded evacuated out of Theater
- Significant decrease in Died of Wounds
- Benefits of protective equipment clearly demonstrated

Sources: Casualty Reports, 30th Med Bde Patient Status Reports
OTSG Casualty Statistics from WW II, Korea, Vietnam

UNCLASSIFIED

Approved for Release

PX983



Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL MCFI



# Battle Casualty Analysis

1 Jan – 23 Apr 06

| Weapon | Weapon Lethality (% Killed of Those Hit) | | |
|---|---|---|---|
| | 2006 | 2005 | Historical |
| Small Arms | 15.9% | 17.1% | 33% |
| Complex | 16.7% | 10.9% | N/A |
| IED/Landmines | 10.7% | 10.6% | 20% |
| Indirect Fire | 4.5% | 7.9% | 20% |
| VBIED | 10.1% | 8.2% | N/A |
| Grenades | 3.3% | 4.3% | 10% |

| Weapon | Return To Duty Rate (% RTD of Those WIA) | |
|---|---|---|
| | 2006 | 2005 |
| Small Arms | 57.0% | 63.5% |
| Complex | 42.3% | 79.5% |
| IED/Landmines | 78.3% | 80.3% |
| Indirect Fire | 75.5% | 81.6% |
| VBIED | 90.5% | 77.8% |
| Grenades | 81.1% | 78.0% |

**Point:** Increased effectiveness of complex attacks in 2006

Sources: Casualty Reports, 30th Med Bde Patient Status Reports
OTSG Casualty Statistics from WW II, Korea, Vietnam

SECRET//REL MCFI

Approved for Release

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506



## MNF-I UAH Cumulative Battle Losses

As of: 15 Apr 2006

UAHs O/H vs Battle Losses '05/'06

Source: MNF-I DCS R&S, MLCS

Point: B/L per month shows a decrease over time

SECRET//REL MCFI

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET // REL MCFI//X1



# MNF-I Composite Campaign Assessment

## Campaign Assessment

| | |
|---|---|
| Defeat the Terrorists and Neutralize the Insurgents | Political developments continue to drive levels of violence. C1 Delays in formation of the government over concerns regarding the sharing of power and resources created an opening for destabilizing influences. These groups exploited the situation by inflaming existing ethno-sectarian tensions through the use of high profile attacks and targeted criminal activity designed to erode confidence in the government & ISF. Q2 |
| Capable ISF Assume Security Lead | |
| Representative Government that Promotes National Unity | Claims that Iraq is in the middle of a civil war are not substantiated. Confidence in the ISF remains fairly high, all parties intend to vote in the provincial elections and political discourse continues. Q3&4 |
| Meet Basic Needs | ISF proved effective at containing the violence. Excellent progress in development of IA units and transitioning security responsibility to the ISF. Over 46% of IA Battalions have transitioned to Iraqi Army Lead. Q5&6 Preliminary Provincial Iraqi Control transition assessments indicate that 2 of 18 provinces are ready to transition security responsibility. Q7 |
| Economic Reforms Initiated | |
| Strengthen Rule of Law | |
| International Support for Iraq Increased | Iraqis are generally dissatisfied with delivery of essential services. Q8 Availability of electricity and refined fuels through the national infrastructure is inadequate, particularly in Baghdad. Q9 The summer months will bring an increase in demand. |
| Drive a Wedge | |
| Enhanced Understanding of Coalition efforts | **Bottom Line:** Instability increased as Iraq worked through the democratic process of selecting government leaders. Despite an increase in long standing ethno-sectarian tensions, Iraq is not engaged in a civil war. ISF proved effective at containing the violence and the transition of security responsibility to the ISF continues. |

*Iltizam Mushtarak – United Commitment*

AWG EASB – Template



3

Declassfied by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL MCFI//X1



# *Campaign Assessment Recommendations*

## Recommendations

**Issue:** Militias are gaining increased influence and detracting from the legitimacy of the Iraqi Government / ISF.

**Recommendation:** Enforce the ban on weapons and take measures to minimize/marginalize the role of militias in providing security as part of a long term reconciliation effort.

**Issue:** Extra-judicial killings continue to increase.

**Recommendation:** Improve investigative capability to understand the nature of the extra-judicial killings in and around Baghdad to determine who the perpetrators are and take appropriate action to eliminate the threat.

**Issue:** Satisfaction with essential services is low and the ability to deliver electricity is constrained. Hours of power around Baghdad are below goals.

**Recommendation:** Reduce maintenance and fuel supply issues associated with the delivery of electricity. Complete scheduled maintenance now to reduce unscheduled maintenance and ensure maximum power generation during summer months. Stockpile fuel and repair parts in and around Baghdad. Increase the capability of the rapid repair teams.

**Issue:** Revenues from exports of oil are unable to meet budget requirements.

**Recommendation:** Fund necessary improvements to delivery systems such that they can export the increased flow of oil once wells come on line.



AWG EASB – Template

*Iltizam Mushtarak – United Commitment*

76

Declassfied by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL_MCFI//X1



# Campaign Assessment Recommendations

## Recommendations

<u>Issue:</u> Iraqi prison and detention facilities lack capacity, and only a few meet international human rights standards; ISF personnel committing gross human rights violations are not effectively or consistently prosecuted.

<u>Recommendation:</u> Work with the Iraqis to increase capacity of prisons/detention facilities and assist them in the development of a strong and independent High Commission for Human Rights with substantial authority to inspect all prison and detention facilities, monitor human rights compliance and prosecute violations.

<u>Issue:</u> There is an insufficient number of judges and investigators. Threats to their security impair HJC's ability to increase judicial output.

<u>Recommendation:</u> Work with Iraqis to increase the number of judges and increase security for judges, their families, and other court personnel.

<u>Issue:</u> Human rights prosecutions are not occurring.

<u>Recommendation:</u> Make Inspector Generals independent from ministries (funding and chain of responsibility). Ensure adequate protection for officials such that they are able to independently conduct investigations.

<u>Issue:</u> Subsidy reductions for fuel did not take place in March. Failure to eliminate subsidies compounds fuel shortage issues and provides incentives for smuggling and corruption which are a source of financing for the threat.

<u>Recommendation:</u> Implement subsidy reduction measures IAW the timelines established. Assist in the development of a public awareness campaign to help Iraqis understand why subsidy reduction must take place as a measure to prevent civil unrest.

AWG EASB – Template

*Iltizam Mushtarak – United Commitment*



77

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL MCFI//X1



# Campaign Assessment Recommendations

## Recommendations

Issue:  Corruption supports the insurgency, undermines citizen confidence in the Iraqi Government and discourages commercial investment.

Recommendation: Work with the Iraqis to develop the capacity of the Board of Supreme Audit, the Inspectors General, the Commission on Public Integrity, and the Central Criminal Court of Iraq.

Issue:  As the Iraqi Government is established, much legislation needs to be introduced.

Recommendation: Establish a strategy to coordinate legislative drafting assistance to Iraqi Government agencies, and review all proposed legislation submitted to the Council of Representatives that are of importance to the Coalition.



Approved for Release

AWG EASB – Template

*Iltizam Mushtarak – United Commitment*

78

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

Pages 47 through 52 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - - -
DIA Document

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

*SECRET/X1*

*Original – No Copies*

**Thoughts on the Way Ahead:
An Independent "Red Team" of Operation Iraqi Freedom**

---

> **The Anti-Iraq Forces (AIF) continue to grow in strength, capability and the range of threats they pose to Iraq and the Coalition**

**Signs that the AIF are growing in strength:**

Despite the addition to CF of over 200,000 fielded ISF operating against the AIF:

- Average weekly attacks against CF, ISF and Civilians have consistently increased *Not True* over the last two years.
- Aggregate average daily casualties (CF, ISF and civilian combined) have *Not True* consistently grown over the past two years.
- In a "battle for hearts and minds" average civilian casualties have more than doubled *close* in the past two years.
- Over the past year AIF have consistently averaged five "deadly days" per month that caused more than 100 casualties in a single effort; with 6 such days in February, 7 in *close* March and 8 in April.

Shift in Sunni insurgent strategy from an "Urban Terrorist" strategy to a "Protracted War" strategy:

- Emergence of Muslim Ulema Council (MUC) as a political wing and its engagement by political representatives of the GOI is a historical indicator of the growing strength of an insurgency both in legitimacy and in popular support.
- Increase during the last six months of organized, complex large-scale (greater than *tf* platoon-size) attacks against CF and ISF by Sunni insurgents (Ramadi, Baquba, Baghdad) signaling a phase transition from an "Insipient Strategy" to one of "Guerilla Warfare"

Successful implementation by AQI of a strategy of destabilizing Iraq through inciting ethno-sectarian violence (articulated 14 Sep 05 by AMZ).

- Siezing the initiative through Golden Mosque bombing and Al Baratha Mosque suicide bombings to change the characterization of the problem from an insurgency to a civil war.
- Shifting the focus of attention and action from outlying cities (Ramadi, Fallujah, Tal Afar, Baquba, and Samarrah) where the fight was AQI vs CF to Baghdad where the fight is now Sunni vs Shi'a and then exploiting the resulting impact on the political process both within Iraq and in the US.

Growth in strength and activity of Extra-Governmental Armed Groups (EGAG), aka militias.

- Kurdish Peshmerga have remained active, in strength and under control of Kurdish leadership, even as ISF forces were generated and stationed in the Kurdish Region.
- Badr Organization remains an armed force providing support to select politicians, most notably SCIRI.

*SECRET/X1*

*Original – No Copies*

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

*SECRET/X1*

*Original – No Copies*

- The Mahdi Militia (JAM) loosely controlled by Muqtada al Sadr, has grown in strength in Baghdad, Najaf, Basra and other areas of southern Iraq exerting physical control over portions of Iraq, most notably Sadr City in Baghdad.

Consolidation and cooperation among formerly disparate AIF factions into more cohesive and capable groupings.

- Recent reporting of Sunni Rejectionists joining AQI in efforts to attack both the CF and ISF. Conclusion is that Sunni military expertise added to AQI, presents a far more potent adversary than when the two groupings operate independently.
- Recent reporting of increased cooperation between Badr Organization and JAM at the tactical level; primarily directed against Sunni and therefore increasing sectarian violence.

Remarkable <u>resilience</u> on the part of AIF and in particular AQI.

- Despite significant attrition due to focused efforts such as OPERATION SAYID and persistent CF conventional operations, AIF (and in particular AQI) have continued and in fact increased operational tempo, as discussed in first paragraph above.
- Ability of AQI to attract skilled, experienced Sunni Rejectionists (1 May 06 C-2 Strategic assessment) provides a personnel base, decreasing reliance on Foreign Fighters.
- AIF have consistently demonstrated the ability to generate required resources (people, money, weapons, materiel) where and when required across the battlespace; despite deliberate CF efforts to interdict LOCs and disrupt flow across borders.
- Demonstrated ability over the last two and a half years to adapt and <u>shift TTP faster</u> than CF, thus retaining the initiative in terms of how the tactical fight is being fought. *Don't agree.*

> **Despite the growth of capable ISF and the consistent improvement in the excellence of Coalition tactical military operations…**
>
> **AIF retain the initiative and the outcome of the campaign remains in balance.**
>
> **Why is that the case?**

**In both the Coalition's military and civilian sectors our daily actions demonstrate a lack of understanding and/or commitment to the fundamentals of COIN:**

- **Balanced Development and Mobilization**: Failure to understand and focus efforts on the primary contest that exists in any COIN campaign; the <u>contest between insurgents and the legitimate government for the support of the people.</u>
- **Neutralization and Security**: CF confusion of their proven excellence in military training and efficiency with effectiveness in COIN operations; coupled with a failure to acknowledge that when committed ISF have proven as or more effective than CF at COIN.

**Transition of the COIN campaign to ISF is seen as an end in itself, as opposed to a means to complete the defeat of the AIF and insurgency**

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

*SECRET/X1*
*Original – No Copies*

- National Strategy for Victory in Iraq directs the defeat of terrorists and insurgents in Iraq using a Clear – Hold – Build methodology.
- The focus on transition of the COIN fight to the ISF, without a corresponding direction of intent for CF and ISF to work together to defeat the terrorists and insurgents. PIC and Iraqi Self-Reliance are seen as ends to themselves, rather than the means to defeat the terrorists and insurgents and create a stabile, enduring Iraq.

**The lack of USG effort to provide essential services or invigorate the Iraqi economy** ensures that the Iraqi people continue to turn away from the Coalition and the Government of Iraq and toward the insurgents or other extra-governmental agents (such as Muqtada al Sadr). Three years into the campaign:

- Oil revenues are decreasing, not increasing, with a severe impact on all aspects of the Iraqi economy. Southern oil pipelines are not affected by insurgent interdiction, but the USG has not created an effective Iraqi management structure, nor made the required repairs to oil infrastructure to maximize output.
- Baghdad, the acknowledged point of main effort for both the Coalition and the insurgents, continues to have less power available daily than anywhere else in the country. Citizens resort to generators for power, increasing demand for refined POL products that Iraq must import at great expense, further straining the Iraqi budget. This factor also contributes to significant black marketing in refined POL products, increasing criminal activity and corruption across the country.
- Daily nation-wide power output remains below pre-war levels. This provides numerous IO opportunities for MAS to speak out against the GOI and Coalition, gaining popular support and weakening the legitimacy of the GOI.

**AIF strategic effects effectively gain the support of the Iraqi populous either through persuasion or coercion; while Coalition strategic effects focus on the American media and politicians to the detriment of campaign objectives.**

- Coalition military and civilians at all echelons consistently fail to understand that the public information war must be won in Iraq, not in the US:
  - "Winning hearts and minds" of Iraqis will reduce friendly casualties and thus reduce pressure from media and politicians in the US on the campaign.
  - The overwhelming majority of Coalition Public Affairs effort is aimed at improving our capability to persuade American media and politicians of progress, rather than concentrating on developing a robust Iraqi civilian and military capability to address the Iraqi people.
- AIF consistently cycle public information faster than the Coalition, getting their version of the story out quicker after events and seizing the media initiative.
- Coalition kinetic operations, in particular US unilateral, indirect fire and CAS ground attack, are consistently exploited by AIF in terms of civilian casualties and collateral damage.

**The initiative belongs to the Anti-Iraq Forces:**

- Having divided Iraq into CF and ISF battalion sectors and allocated every CF and IA battalion to a sector, there is no ability on the friendly side to conduct a war of movement, mass at decisive points, or affect surprise.
- While CF have limited their flexibility; AIF have consistently demonstrated the ability to rapidly shift their main effort between Al Anbar, Ninewah, Sala A Din, Diyala and Baghdad Provinces.

*SECRET/X1*
*Original – No Copies*

3

PX983

Declasfied by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

*SECRET/X1*

*Original – No Copies*

- In those cases when the GOI through its control of MOI National Police has attempted to conduct operational maneuver, mass in decisive locations, or sieze the initiative, they have been frustrated by CF commanders. Rather than reinforcing Iraqi initiative, it has consistently been stifled, usually citing the demonstrably incorrect logic that "Shi'a can't operate in Sunni areas."
- Recent actions to further tie National Police to specific battlespace reduces further the few uncommitted forces available to the Coalition and GOI to retain operational agility.
- In Al Anbar the AIF virtually control all territory west of Fallujah except those locations physically occupied by CF and ISF. AIF move at will, attack at will and dominate the population of Al Anbar. Indications over the last four months that the population of Al Anbar may be tiring of AQI operations in their towns has not been exploited by CF.
- In Ninewah and At Tamim Kurdish elements continue to push control of terrain south and west to envelop and control the key cities of Kirkuk and Mosul, taking advantage of Coalition focus on Sunni vs Shi'a ethno-sectarian conflicts. While this is known and understood, little has been done about it. We have not confronted the Kurds politically or militarily and demanded that Peshmerga pull back behind the Green Line.
- Our recent actions suggest that we have decided that the war will be fought and won here in Baghdad. At the same time there is a growing "bunker mentality." We seem to be drawing in and holding on to what we have, allowing the enemy freedom of action in Al Anbar, Ninewah, Salah a Din, and Diyala.

**Operational overmatch of AIF over CF in terms of method/approach**

| Coalition | AIF |
|---|---|
| Attrition Warfare | Information Warfare |
| Physical battlespace | Psychological Battlespace |
| Pass thru terrain | Dominate terrain |
| Planning horizon in days | Planning horizon in months |
| Deliberate operations | Targets of Opportunity |
| Cumbersome orders process | Operate off intent |
| Goal is transition | Goal is victory |

The challenge is:
   **How do we mentally, morally, and physically regain the initiative?**

Cease all Coalition-only operations immediately, with the sole exception of TP 1.4a

- That's ALL operations, exceptions granted by CG, MNF-I and authority not delegated
- Concurrently, all combined operations will be conducted with ISF in the lead, CF forces providing only MiTT /SPTT and CS/CSS support. No exceptions.
- All QRFs will be combined, so no CF-only response to any crisis. No exceptions.
- Intent is to immediately and significantly reduce the visibility of Coalition Forces with the intent of visibly demonstrating to the GOI, the ISF and the people of Iraq that the ISF is responsible for and capable of providing security to the people of Iraq.
  - Iraqis and CF must both understand that Iraqis are the key to victory not CF
  - ISF must win "hearts and minds," not CF. That can not be accomplished with significant CF presence, which always overshadows the ISF.

*SECRET/X1*

*Original – No Copies*

4

Approved for release

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET/X1
*Original – No Copies*

- Get CF out of the news and Iraqis in the news
  - o Lessons the opportunity for terrorists and insurgents to use CF operations, losses and collateral damage as propaganda in support of their agendas.
  - o Provides significant opportunities for GOI, provincial, tribal and ISF leaders to publicly make the case that Iraq is responsible for its own security as a sovereign nation.
- Forces CF Commanders to concentrate on improving ISF capabilities, since CF will no longer have the option of doing it themselves.

**Concurrent with the seating of the new GOI announce that the Coalition will immediately begin a significant reduction in force down to 10 brigades by end of 2006**
- Joint Iraqi PM, US Amb, and CG, MNF-I announcement so that terrorists and insurgents can not claim that GOI is forcing CF out or that CF are leaving before the mission is accomplished.
- Capitalizes on the IO opportunity to signify that progress is being made by reinforcing it with troop withdrawals.
- Reduces opportunity for terrorists and insurgents to claim that they are forcing CF out by their actions.
- Clearly shifts the burden of defeating the terrorists and insurgents to the ISF.
  - o Forces IA Divisions to assume responsibility from CF for security in their AO.
  - o Demonstrates CF confidence that ISF is capable of securing the country
- Provides sufficient CF to support MiTT/SPTT and provide overwatch/support to ISF.

**Shift the focus of all Coalition actions to reinforcing an Iraqi information campaign with simple, clear messages**
- Immediate and dramatic shift from Coalition being out front with the media to Iraqis in front.
  - o No Coalition-only press conferences. No exceptions, not even the Pentagon Press Corps.
  - o Mass Coalition media expertise on developing Iraqi Public Affairs capabilities.
- Clear, messages reinforced by actions
  - o The nation of Iraq will endure as a democratic, multi-ethnic, multi-sectarian state and no effort by terrorists or insurgents will reverse that course
  - o The GOI and ISF are capable of proving the people of Iraq security and a quality of life that is better than it was under Saddam Hussein or that it would be if insurgents took control.
  - o With the formation of a unity government there is no such thing as a "legitimate insurgency."
- All military operations are designed first to support the Iraqi information campaign; any that don't directly support that campaign are not conducted.

**Give the Coalition military the mission of rebuilding the oil and electricity capacity**
- Failure to provide essential services is the single greatest source of strength to the insurgency and other anti-government actors (Sadr)
- *This must be the Coalition main effort.*
  - o Take risk in all other areas/missions to ensure this mission is accomplished.
  - o Security of oil/electric infrastructure becomes the main effort of MNC-I.
- Security of oil/electric infrastructure becomes main effort of Iraqi JHQ and IGFC.
- Reorganize GRD into a Lieutenant General's command with the mission of:

SECRET/X1
*Original – No Copies*

5

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET/X1

*Original – No Copies*

- o Generating a sustained capacity of 6000 MW by 1 Oct 06; 7000 MW by 1 Jan 07 and 8000 MW by 1 Mar 07
- o Rebuilding, not repairing, Iraq's major oil infrastructure (daily BUA slide) by 1 Mar 07.
- o Increase Iraq's output of oil to 3.0 MBOPD NLT 1 Jan 07.
- Clear message from CG, CENTCOM and CG, MNF-I that the USG must provide sufficient resources to accomplish above.
  - o Must have sufficient resources to contract the best in the world to accomplish this mission.
  - o Absent those resources Victory in Iraq is not possible.
  - o Failure to resource is a clear sign that the US has lost the political will to ensure a viable Iraqi nation and defeat the insurgency.
- CG, GRD given responsibility for development and transition of the oil and electricity Ministries and organizes along the lines of MNSTC-I Security Ministry Transition efforts.
- While in every other case the transition of functions and responsibilities to Iraq is more important than how well or how quickly those functions are executed, in this case the capability of providing essentials services to the people of Iraq must precede transition of that capability.
- Effort must utilize external design, expertise and major components; but employ as many Iraqis as possible.
- The entire effort must be used as a vehicle to develop Iraqi capability to operate and maintain their strategic infrastructure.

**Reorganize the ISF to provide a mobile Operational Reserve and employ it to defeat terrorist and insurgent cadres**
- Consisting of both National Police Divisions, the 9th IA Div (Mech) and the 1st Brigade of the 1st IA Div (currently in Baghdad)
- Intent is:
  - o Restore operational agility that was lost by assigning every CF and IA unit to a specific AO.
  - o Rapidly move anywhere in Iraq and mass sufficient Iraqi combat power to overwhelm the terrorists and insurgents in any area and execute the Clear – Hold - Build strategy.
  - o Shift main effort rapidly and without warning to regain the initiative.
  - o Conduct simultaneous large-scale operations in multiple locations to force AQI and insurgents to react to multiple threats and defeat their ability to sidestep large-scale operations due to advance warning.
- Coalition provides sufficient lift to move the operational reserve rapidly and repeatedly throughout Iraq. MNSTC-I tasked with generating the operational movement capability within the ISF.
- Supported by robust Iraqi and Coalition civil affairs, engineers, and other stability operations enablers.
- Establish a joint Iraqi/Coalition cell within the JHQ for planning the employment of the Operational Reserve in Clear – Hold – Build operations, with a robust capability to coordinate across Iraqi Ministries and the Coalition for the non-kinetic functions necessary to ensure that security endures and quality of life improves after an operation.
- Operations by this Operational Reserve confront the insurgents with the paradox that while the CF draw down the pressure on them becomes more intense – clear

SECRET/X1

*Original – No Copies*

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET/X1
*Original – No Copies*

indication to them and to the people of Iraq that it is the ISF, not the CF, who are defeating the insurgency.

- Redistribute IA forces in 2d and 10th IA Div AOs to provide 3 battalions from each division as reserves to participate in "Hold" operations in support of the Operational Reserve.
    - o There being no operational purpose for the IA in northeast (where there has been virtually no insurgent activity for a year) or southeast Iraq (where there is no insurgency)
    - o Predominantly Kurdish battalions from 2d IA Div can be employed for sustained periods of time in Sunni areas in Al Anbar.
    - o Predominantly Shi'a battalions from 10th IA Div can be employed in mixed areas such as Baquba and North Babil.

**Execute an effective Disarmament, Demobilization and Reintegration Strategy**

- Announced by the GOI soon after seating; in execution by 1 July 06
- Start immediately with Badr Organization, who has already offered to reintegrate into the ISF.
- Addressing in priority:
    - o Sunni insurgents. Political participation is the beginning. DDR participation is the proof that they are truly supportive of a peaceful Iraq.
    - o Mahdi Militia (JAM). JAM's growing power represents a long term threat to the viability of a democratic GOI. After nearly two years of failing to confront Muqtadr al Sadr and JAM it must begin this summer.
    - o Other smaller EGAG
    - o Peshmerga and Badr Organization. These two organizations are disciplined and controlled enough that they pose no threat to the GOI so long as their political leadership is satisfied with the pace of progress.
- Using a similar approach to all organizations above to ensure equal treatment across all sects.
- Emphasis on the Reintegration function
    - o Employ former armed insurgents and militia members in rebuilding the infrastructure, so that they:
        - Are employed and can improve their quality of life
        - Have a vested interest in the rebuilding of Iraq
        - Are working away from their neighborhoods
- Disarmament conducted uniformly across the country
    - o Publicized and enforced by GOI
    - o Short turn-in/amnesty period
    - o Executed by IA, not IPS, to maintain objectivity as much as possible

**Remove FPS and PSD as a source of friction and exploitation by AIF**

- o FPS and PSD detract from the legitimate use of force by the ISF
    - Suggest ISF is incapable of securing the country
    - Used by select ministers as "private armies" to frustrate the GOI
- o FPS absorbed into MoI effective 60 days after formation of new GOI
- o Reduce FPS based on capabilities of ISF; DDR for those positions eliminated
- o Reduce PSDs to close-in protection only, based on improved capabilities of ISF; conduct DDR for those positions eliminated

SECRET/X1
*Original – No Copies*

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA and MCFI//20160511

12 May 2006

**FROM:** J2

**TO:**     COMCENT

**SUBJ:**   Desk Note – Who are we fighting in Iraq? **(U)**

(U) Sir, this desknote responds to your inquiry asking who the Coalition is fighting in Iraq.

(S//REL MCFI) **Summary.** We assess the primary resistance facing Coalition Forces (CF) is comprised of indigenous Sunni Iraqis. They range from former military and intelligence service members to the disenfranchised, unemployed, criminal Sunnis on the street. Attacks on CF are initiated primarily by small local/regional insurgent Sunni groups. Shia militants are responsible for a small number of attacks, yet inflict a disproportionate number of CF casualties due to the effectiveness of explosively formed penetrators (EFPs). AQI/foreign fighters remain particularly well organized and capable of carrying out spectacular attacks. Most insurgent activity is focused against CF, though Iraqi Security Forces (ISF) are enduring an increasing share of attacks. Violence remains focused primarily in Baghdad and Sunni-dominated areas.

(S//REL MCFI) **Attack Trends.** 99% of all reported attacks reported by MNF-I SIGACTS occur in Baghdad and the North, West MNF-I areas of responsibility. Despite increased sectarian violence as a result of the 22 Feb Samarra shrine bombing and the ISF's higher profile, CF remain the primary insurgent focus. Despite CF targeting of insurgent number of insurgent casualties, organization, and logistics, attack levels have continued to rise. Shia and Kurdish empowerment, manifested in Iraq's emerging national institutions, along with the ongoing CF presence, continue to rally insurgents. Despite political progress, Iraq's leaders have been unable so far to deal effectively with the root factors driving the insurgency, though a Sunni-inclusive government would likely help mitigate violence. Standoff attacks remain the insurgent method of choice (IEDs, VBIEDs, RPGs, mortars); however, indirect fire attacks have increased.

(S//REL MCFI) [ 1.4b ] supported Shia militant groups continue to target Coalition forces with EFPs. Although attacks by Shia militants represent a small percentage of overall attacks, they cause a disproportionate number of Coalition casualties. These attacks hit an all time high in Apr, with 40 total incidents resulting in 15 Coalition KIA and 45 WIA. This increased trend is continuing in May and may continue as [ 1.4b ] expands efforts to make life difficult for the U.S. in Iraq in order to discourage the U.S. from launching attacks on Iran.

(S//REL MCFI) **Outlook.** Insurgent attacks will remain focused on CF, although attacks on civilians and ISF are likely to continue rising. AQI will continue targeting Shia in order to exacerbate sectarian violence and magnify negative domestic and international perceptions of Iraqi stability and security. We expect to see increased militia influence and activity, along with a small increase in militant Shia attacks on the Coalition. For the near term, Sunni insurgents will retain their capability to maintain current levels of violence.

Custer

OPR: CCJ2-JOAQ, DSN[          b 6          ]
Derived from: Multiple Sources; 11 May 2006
Declassify on: 20160511

SECRET//REL TO USA and MCFI//20160511

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

~~SECRET // X1~~

RE:  Thoughts on the Way Ahead:  An Independent "Red Team" of OIF

15 May 2006

For:  GEN Casey

Sir,

I have read the subject assessment.  Having recently reviewed SPA's attack analysis and a host of intelligence summaries, I give this assessment mixed reviews.

Bottom lines:

- I do not subscribe to much of their threat analysis; AIF is not unified and while it does regenerate itself, that reflects continued political issues as much as anything else.

- I agree with the idea of a mobile, operational reserve. This was a recommendation from the AUG COIN Assessment.  9 DIV and the former IIF would seem like good candidates.

- I agree that we need to work IO differently.  I have some thoughts on that.

- Security concepts.  There is a need to approach Iraq as a mosaic.  Where the ISF can lead, some of the recommendations here are appropriate; where the ISF cannot lead, cutting CF creates opportunity for the AIF.  As ISF capability matures, we are gaining in the abilty to clear and hold, but BIULD remains a challenge.  It still appears that weakness in the government's ability to do anything meaningful outside of Baghdad continues.  That was the #1 issue in the August 2005 COIN survey.  We are not investing enough effort in the civil side of the equation—we cannot win without success in the economic, services and government areas.  My analysis from last year remains the same; fixing this requires another $20 billion and 11,000 people dedicated to ministerial, provincial and local government capacity building.  Temporary "help" will not realize this effect.

- There is an imbalance in the COIN strategy; it is an imbalance between military and civil means and effects.  I do not think that conditions will allow ISF in the lead everywhere.  The authors offer no analysis to support that or the 10 brigade ceiling on CF.

- Oil.  Oil in the south needs massive work.  Estimates are about $35 billion.  This should not be a Coalition run "great IRRF project," rather the GOI needs to fix its legal position so commercial investment like with ARAMCO can come in here and bring state of the art systems and best practices to the Iraqi oil industry.  This commercial economic approach is sustainable.  Our building or rebuilding the oil infrastructure is not sustainable.

  o For this to happen, there needs to be some legal movement to secure consensus on the disposition of oil wealth in Iraq and in the South and North, the Iraqis need to sort out the militia issues and Kirkuk.

**Specific issues.  To follow.**

~~SECRET // X1~~

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160530

## Impact of Delay in Forming New Iraq Government

### 30 May 2006

(U) **Purpose:**  To describe the challenges facing the new Iraq Government over the next six months as a result of the delay in the appointment of the Prime Minister (PM) and his cabinet.

(U) **Assumptions:**

- (S//REL TO USA, MCFI) The Maliki Government will survive at least the first year of its term, although individual cabinet ministers may change.

- (S//REL TO USA, MCFI) Neighboring countries recognize the new government as legitimate and overtly seek positive relations with a safe, prosperous and stable Iraq.

- (S//REL TO USA, MCFI) Relations between Iraq and Iran will not result in direct, military confrontation.

(U) **Key Judgments:**

- (S//REL TO USA, MCFI) **The short-term pain of the delay is outweighed by the long-term benefits of a more unified and functional leadership capable of effective governance.  It allowed the establishment of a more effective government which is preferable to a government led by Ja'fari.  Ultimately, a more widely accepted and stable government will result.**

- (S//REL TO USA, MCFI) **While the opportunity to capitalize on the post-election enthusiasm for the political process is lost, most other missed opportunities can be recovered with swift and determined action by the Iraq Government.**

- (S//REL TO USA, MCFI) **The delay in government formation has enabled Shi'a militias, such as Jaysh al-Mahdi (JAM), to increase their influence.  The new Iraq Government has an opportunity to reassert its authority through programs such as Disarmament, Demobilization, and Reintegration (DDR).**

- (S//REL TO USA, MCFI) **MNF-I strategy has not been significantly disrupted – development of the Iraqi Security Forces (ISF), putting Iraqi Army (IA) in the lead and securing Iraq's borders remain on track. However, the achievement of some objectives may be delayed, such as securing Baghdad and reducing violence to a level that the ISF can handle.**

- (S//REL TO USA, MCFI) **A permanent government – established prior to the February Golden Mosque bombing – is likely to have been more effective in controlling the cycle of ethno-sectarian violence.**

1

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160530

- **(S//REL TO USA, MCFI)** MNF-I and coalition government involvement in deliberations of the selection of the PM have strengthened international perceptions Iraqi politicians are unable to resolve disputes without outside intervention.

- **(S//REL TO USA, MCFI)** The delay has enabled JAM to arm and to increase its influence in Baghdad and the south.  This has added to the complexity of the Baghdad security environment and caused extremists and Sunni Rejectionists to react; increasing the sectarian nature of the fight.  Opportunities for government action to improve the security situation have been complicated.

**(S//REL TO USA, MCFI) Background:**  Political maneuvering delayed government formation by three months.  This delay was caused by a number of factors.  The initial challenges to and subsequent Independent Electoral Commission of Iraq (IECI) investigation of the electoral results meant that the results were not ratified until 2 Feburary 2006.  Ja'fari's surprise nomination as the United Iraqi Alliance (UIA) candidate for PM resulted in a period of political maneuvering as members of the Sunni and Kurd blocs in the government, as well as certain elements of the UIA, opposed his premiership.  This lasted until 22 April when PM Maliki's nomination was announced.  Had these difficulties not been encountered the government may have been seated in mid-February.

**(U) CHALLENGES WITHIN IRAQ:**

(S//REL TO USA, MCFI) After the successful completion of the 15 December 2005 national elections the Iraqi population had unrealistically high expectations that the situation in the country would rapidly improve.  While the legitimacy of the government is not openly questioned, the control of key ministries rests with the same political and sectarian blocs, leading to a feeling that nothing significant has changed.  Indeed, the key ministerial posts remain divided along sectarian lines.  The delay was exploited by those seeking to portray the government as illegitimate and a puppet of the coalition.

(S//REL TO USA, MCFI) The delay and associated political infighting has increased the sense of disillusionment and a lack of confidence in the Iraq Government's ability to effect change.  However, the government's eventual formation will likely reinvigorate hopes for effective governance.  This provides PM Maliki with a short but definite opportunity to demonstrate positive results and effective leadership.

**(U) EXTERNAL CHALLENGES TO IRAQ**

(S//REL TO USA, MCFI) The security situation in Iraq overshadows perceptions of political inertia.  However, the delay may have contributed in a small way to regional decisions regarding the establishment of diplomatic missions and encouraging investment in Iraq.  Currently, Iran is the only Gulf state to have sent an ambassador to Baghdad; others are represented by Charges d'Affaires.  The delay in the formation of the government also postponed the Arab League reconciliation conference in Baghdad to June 2006.  This conference will present an opportunity

SECRET//REL TO USA, MCFI//20160530

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160530

to highlight improvements in Iraq and to increase Arab League engagement by the Iraq Government, enhancing its regional legitimacy.

(S//REL TO USA, MCFI) The principle international perception of Iraq during the period of the government formation is one of a fractured society wracked by ethno-sectarian strife, with political leadership unable to reach compromise without outside intervention.  Coalition members' attempts to influence the selection of the PM have reinforced perceptions that the Iraq Government is dependent and unable to resolve disputes without external assistance.  Negative perceptions contributed to setbacks in funding streams as international donors and aid organizations adopted a wait-and-see policy until confirmation of a permanent government.  The uncertainty has also discouraged engagement by financial institutions and private investors.

1.4b, 1.4d

## (U) IMPACT OF THE DELAY ON IRAQ'S SECURITY SITUATION

(S//REL TO USA, MCFI) Due in part to the delay, the new Iraq Government faces an emboldened and strengthened JAM that continues to infiltrate the ISF.  JAM has used the delay to arm and increase influence in Baghdad and in the south.  They have increased their targeting of MNF-I, including the use of sophisticated weapons such as EFPs and MANPADs.  At the same time, they have extended their influence to providing public services normally associated with government ministries.

(S//REL TO USA, MCFI) The delay had a minimal affect on the actions of Sunni Rejectionists; however, it has impacted on the Iraq Government's ability to quickly deal with Sunni grievances and undermine Sunni Rejectionists support.  While ethno-sectarian violence has settled somewhat since the February Golden Mosque attack, it remains at elevated levels and has drawn in some Sunni Rejectionists, while others have joined AQI.  Although the tactics or strategies of AQI have been largely unaffected, the new Iraq Government must now address situations like that in Ramadi, where a lack of decisive government action has allowed AQI to strengthen.

## (U) IMPACT OF DELAY ON MNF-I CAMPAIGN PLAN

(S//REL TO USA, MCFI) MNF-I strategy has not been significantly disrupted although the achievement of some objectives may be delayed.  The greatest effect of the delay has been on securing Baghdad and disarming the militias.  Progress towards defeating AQI in 2006 has been somewhat hindered by the unwillingness of former PM Ja'fari to commit to major action against AQI in Ramadi.  Neutralizing the insurgency and consolidating Anbar were affected by the delay because there has not been an active government effort to engage Sunni insurgents.  The effects on the Campaign Plan's individual lines of operation are discussed below:

3

SECRET//REL TO USA, MCFI//20160530

PX983

Declassfied by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160530

- (S//REL TO USA, MCFI) **Security:** The security situation has deteriorated somewhat as attack levels have risen since December. Increasing sectarian tensions since February 2006 have gained prominence. The lack of a permanent government has also prevented the implementation of security policies, such as DDR, and other actions to minimize the influence of militias. The delay has not directly increased Sunni insurgency attack levels; however, it has hardened Sunni opinion, indirectly prolonging the Sunni Arab insurgency. Government formation was largely irrelevant to the extremists' agenda; therefore, extremists' operations were unaffected, although the Iraq Government's opportunity to implement policies against them was postponed.

- (S//REL TO USA, MCFI) **Governance:** The effects on the government have been mixed. While the aims of government formation have been met, efforts to build ministerial capacity are unlikely to meet projections – Ministerial Advisory Teams have not been able to work with nominated ministers and immediate staff until government formation was completed, impacting effective delivery of the basic services that these ministries provide. The Ministries of Interior and Defense have not been as severely affected as they receive much greater support at all levels of the organizations through the actions of Transition Teams. Conversely, the absence of a strong central government during this period actually improved governance capability in some areas as provincial councils in the Kurdish provinces and the southern provinces of Basrah, Maysan, and Muthanna were able to consolidate their authority and gain experience in self-governance.

- (S//REL TO USA, MCFI) **Economic Development:** Current funding streams from the US Government are coming to an end and aid from other donors was largely put on hold until the Iraq Government was confirmed. Additionally, necessary economic reform legislation will now have to compete for priority with other parliamentary business, including constitutional reform and provincial elections. This will likely result in a projected shortfall in funding streams for Iraq. *legislative agenda*


*NO
LEOTI*

- (S//REL TO USA, MCFI) **Communications:** The delay has provided little opportunity for the Iraq Government to present itself in a positive light. Protracted political negotiations have reinforced the impression that the government remains driven by sectarian agendas. The government has lacked a public spokesperson to express policy objectives and achievements both to the Iraqi public and international community.

- (S//REL TO USA, MCFI) **Transition:** The delay in forming a government did not affect the raising and training of Iraqi Army (IA) units and Iraqi Police Service forces. IA and IPS units continue to achieve Transitional Readiness Assessment (TRA) level 2, meeting forecasted projections. IA units continue to assume the lead with greater than 70 percent of IA brigades achieving this by the summer. However, the delay in forming the government has not helped in the transition to Provincial Iraqi Control (PIC). The timetable outlined in the May Provisional Security Transition Assessment that 15 out of 18 provinces would achieve PIC by the end of 2006 is unlikely to be realized, given the unanticipated growth of militias in several provinces and the delay in the development of provincial governance capabilities to manage security affairs.

4

PX983

Declasssfied by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160530

## (U) OPPORTUNITIES LOST BETWEEN THE ELECTION AND THE FORMATION OF THE GOVERNMENT

- **(S//REL TO USA, MCFI) Government Effectiveness and Public Confidence**: The quick formation of a permanent government would have demonstrated Iraqi sovereignty and given an opportunity to present a clear message to Iraqis and the international community that stabilizing influences in Iraq were taking hold.

- (S//REL TO USA, MCFI) Post-election enthusiasm of Iraqis and the international community was squandered by the extended time taken to form a government.

- (S//REL TO USA, MCFI) Following the December 2005 elections, public expectations were high that general improvements in delivery of essential services would begin. However, uncertainty surrounding the tenure of ministers during the delay exacerbated Iraqi bureaucratic tendency to depend on direct ministerial guidance, resulting in reluctance by mid-level administrators to make decisions and implement policy. Additionally, progress on reducing corruption within ministries has been stifled.

- (S//REL TO USA, MCFI) The average level of sectarian violence has tripled following the Golden Mosque bombing. An opportunity existed for the Iraqi officials to show leadership in the immediate aftermath of the attack and take measures such as public calls for calm and the deployment of ISF and MNF-I to prevent escalation of sectarian violence. While Ja'fari did issue statements, he was overshadowed by Grand Ayatollah al-Sistani and Sadr. During this time, Sadr was able to present himself as a spokesman for the Shi'a and as the leader of an organization capable of delivering social and security services. Had a permanent government with effective leadership been in place, credit gained by Sadr could have been attributed to the government instead.

- (S//REL TO USA, MCFI) Sadr's political standing has not been damaged by the delay – he received as many ministries as could be realistically expected. While Ja'fari was Sadr's first choice, the appointment of Maliki as PM is unlikely to significantly hinder the continuing influence of the Sadrist movement in the new government.

- **(S//REL TO USA, MCFI) Security and Transition**: The lack of a permanent government prevented the establishment of security policies such as DDR and other actions to minimize the influence of militias.

- (S//REL TO USA, MCFI) The presence of a permanent Iraq Government is a prerequisite to effect the transition of the provinces to PIC status. The delay and the complications it caused to the security situation have set back the provincial transitional schedule and some MNF-I draw down plans.

- (S//REL TO USA, MCFI) PM Ja'fari's unwillingness to commit to significant actions prior to final government selection likely squandered an opportunity to showcase ISF capabilities in a significant IA-led operation against AQI in Ramadi. This resulted in a loss of progress towards defeating AQI and consolidating Anbar Province.

5

SECRET//REL TO USA, MCFI//20160530

PX983

Declassfied by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160530

- **(S//REL TO USA, MCFI)** **Economic Development**: Foreign governments and international financial institutions have delayed aid donations and debt relief until confirmation of the government. Foreign business investors have postponed financial commitments in Iraqi until they could strike deals with a government with a four-year mandate. The delay in forming the government contributed to a climate of economic uncertainty. The confidence of investors and donors was adversely affected. Legislative inertia has led to a number of key economic reforms, particularly fuel liberalization laws, being postponed.

- **(S//REL TO USA, MCFI)** **National Unity**: The delay has dented the long term prospects of Iraqi national unity by allowing the Kurdish Regional Government to further entrench its de-facto independent state. Over the last five months, it has continued to circumvent the central government control by independently negotiating international business deals such as oil exploration deals and opening airline routes into Irbil. This has increased the determination of the Kurds to operate independent of the central government.

## (U) IDENTIFY ANY OPPORTUNITIES FOR THE GOVERNMENT TO QUICKLY REGAIN LOST MOMENTUM

- (S//REL TO USA, MCFI) The short-term pain of the delay is outweighed by the long-term benefits of a more unified and functional leadership capable of effective governance. The delay allowed the establishment of a more effective government which is preferable to a government where questions over the leadership exist. Ultimately, a more widely accepted and stable government will result. PM Maliki enjoys broad support within the government and will be better able to implement effective policy. Had Ja'fari been approved as PM, the political wrangling of the last five months would likely have been protracted over at least the next year, creating an environment conducive to the growth of corruption and ripe for the further expansion of militias. It was unlikely that a Ja'fari government would have served a full-term, creating further political instability.

- (S//REL TO USA, MCFI) An opportunity exists for the Iraq Government to send the message that continued violence towards the MNF-I and the ISF prolongs the presence of foreign forces. This should include a statement ending the legitimacy of the idea of honorable resistance followed by concrete action to address Sunni grievances and increase Sunni political inclusion.

- (S//REL TO USA, MCFI) Establishing and communicating a practical timetable for provincial elections would demonstrate this issue still has momentum and remains a priority.

- (S//REL TO USA, MCFI) Drawing up and publicizing a practical timetable for constitutional reform and a moderation of de-Ba'athification policies would demonstrate to the Sunni's that these issues remain on the agenda, even though they might not be achieved by the end of 2006.

6

SECRET//REL TO USA, MCFI//20160530

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160530

- (S//REL TO USA, MCFI) Setting and achieving targets for progressive improvement of basic services, such as electricity supply, will show the effectiveness of PM Maliki and his cabinet while demonstrating progress on those issues most important to the Iraqi people. The targets should not be overly ambitious but should be achievable and sustainable.

 • (S//REL TO USA, MCFI) The Government of Iraq should present itself as independent of foreign influence, dispelling the perception that it is a puppet of either $\boxed{1.4b}$

- (S//REL TO USA, MCFI) The Iraq Government should quickly engage the militias and embark on concrete programs to reduce their power. This is the crucial initial step in implementing the DDR process.

- (S//REL TO USA, MCFI) Set and achieve targets for transition to Provincial Iraqi Control, such as announcing the transition of a province within the first 100 days of the government. This demonstrates the sovereignty of the Iraq Government and MNF-I commitment to drawdown forces and transfer authority.

- (S//REL TO USA, MCFI) The Iraq Government should take responsibility and credit for foreign debt relief by announcing what progress has been made and explaining to the Iraqi people what benefits this will bring. Although the greatest benefits will be felt in the medium to long term, the announcement will show a strong Iraq Government in control of its own economic destiny.

- (S//REL TO USA, MCFI) Encouraging regional neighbors to establish full embassies in Iraq and deal with Iraq as an equal in regional forums such as Arab League will demonstrate the sovereignty and legitimacy of the Iraq Government. While Baghdad is the focus of media attention during the conference, PM Maliki could use the opportunity to announce that the security situation in parts of Iraq has sufficiently improved to allow a draw down of MNF-I and transition to Iraqi control in those areas.

- (S//REL TO USA, MCFI) The Iraq Government should make visible signs that the issue of government corruption is being taken seriously and being addressed by demonstrating a willingness to prosecute offenders and publicize it. This will encourage investment and build confidence in the Iraqi administration.

(S//REL TO USA, MCFI) *Conclusion: Political wrangling surrounding Ja'fari's nomination led to a delay of approximately three months in the formation of the new Iraq Government. However, Maliki's eventual selection presents a better opportunity for a strong, effective government that will serve out its full term. The delay has not disrupted MNF-I's strategy, although it has compressed the timelines for completion of some stated objectives, such as transfer to PIC and ministerial capacity development. Other objectives, such as the raising and training of ISF units, have been largely unaffected. During the process of government formation the security situation, particularly in Baghdad, has grown more complex as JAM has increased its influence and sectarian violence has become more significant. PM Maliki now has a number of opportunities to quickly regain lost momentum and establish the authority of his government.*

7

SECRET//REL TO USA, MCFI//20160530

PX983

Declassfied by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

## Organizing the US Effort in Iraq for Success

**1. Place the U.S. effort in Iraq under the direction of a single leader stationed in Iraq.** This will unify the Nation's disparate efforts and resources against common direction and intent and address policy issues from a common perspective and with a single vision. No one now owns the entire problem nor directs all US efforts in Iraq. This undermines mission effectiveness.

A similar move to unify the British effort proved decisive in Malaya in 1951. Unifying the mission under Sir Gerald Templer (a retired LTG) as both high commissioner and chief of operations marked a turning point. Field Marshall Montgomery famously observed "When we have a plan and a man, we will succeed, not otherwise."

This could be a military or civilian leader. The key benefit to a military leader is command of resources and responsive organizations. The rapid exploitation of Fort Riley troops not deployed in January, but then redirected to the police transition team mission is illustrative of this responsiveness. No other agency of government could act that quickly as the slow establishment of PRTs and the lack of meaningful ministry assistance teams. In either case, this single leader must have a clear vision suitable to Iraq and be empowered with authority and resources from Washington to act. This is more important than their agency of origin.

**2. Recognize that troop totals and effectiveness are not yet adequate.** Total Iraqi and Coalition forces are inadequate to protect and control the population while concurrently pursuing the insurgents, terrorists and militias that threaten Iraqi citizens and government legitimacy.

Historically successful ratios average about 20 troops per 1000 of population; current levels are about 14 or 15:1000 counting all Coalition and Iraqi forces. This shortfall creates seams exploitable by the enemy.

To succeed, Iraq must be secured. That doesn't necessarily mean more US troops. It does suggest the need for more ISF. It also means not taking risk in contested areas. In those areas, the enemy cannot find sanctuary, and nascent Iraqi forces and institutions must have time to grow and develop, eventually building credibility with the people. The military is clearing and tenuously holding, but not effectively in every location. Moving reserves to Al Anbar can help, but it is instructive that nearly 1 million Vietnamese troops still took 5 years to pacify the country. This effort was aided by a significant US funds and manpower. Who will pay and how is a question, but it is unlikely that the Iraqi budget can absorb increases in the near term.

A national level strike force of selected Iraqi Army and Police forces would assist in dealing with challenges in contested regions where local forces are vulnerable to intimidation or subversion. Basra and Al Anbar are areas where these forces might be usefully employed.

ISF loyalty to the Nation is not yet a common ethos. Long term presence by US advisors can help build this ethos, identifying and advancing promising leaders to higher leadership. However, that is a long term effort. Short term, Iraqi political leadership must embrace of the ISF as their own, demonstrating. Jaafari's failure to back the ISOF troops on the OMS/JAM raid was exactly wrong. In this case, PM Maliki should be encouraged to model himself on Allawi.

**3. Build meaningful government and economic capacity.**

First, government remains your weak partner. The August 2005 COIN survey finding on a lack of government capacity appears to be unchanged. We should expand the capacity building capability within Central Government ministries and at the provincial and local levels by several fold. CORDS in Vietnam was about 7000 military and civilians for a country of 18 million; we have less than 2000 dedicated to this mission in a country of 27 million. The requisite manpower

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

bill is about 11,000. This requirement cannot be fulfilled without DOD stepping up to more fully support this capability with manpower and agree to secure them wherever they may be. If we are serious, this is the cost of doing business. State Department and other cabinet agencies are simply not manned to adequately respond to this sort of immediate mission requirement. This is not new. The Army was handed responsibility for occupation and administration of liberated North Africa at the '11th' hour after State was unable to assume that role, despite fighting to take the mission to begin with. The military had the capacity, State did not. The same is true for Iraq.

Second, get more money. If others will pay, great, but if not, send $20 billion. Given estimates that Iraq can absorb about $10 billion in economic assistance annually and absent major progress with donations, direct foreign investment, or oil revenue, another $20 billion is warranted.

Neither we nor the Iraqis have meaningful capacity to BUILD in support of the strategy of Clear, Hold and BUILD. One of the reasons why the security situation ebbs and flows is because security forces Clear, Hold and WAIT because there are no meaningful BUILD resources. Absent the capacity to BUILD, Provincial Iraqi Control, even with Iraqi Army and Police at Level 1, particularly at current levels, will be a temporary condition that can regress quickly. Insurgency is political struggle that manifests itself in violence. Without supporting government capacity and economic progress to address popular expectations, Iraqi forces will likely find it more and more difficult to deal with security challenges as citizens again become ambivalent to or supportive of insurgent activity in the face of Iraqi government ineffectiveness.

However, unlike the initial U.S. investment or typical foreign aid, however, these funds should not be devoted to projects. This money must be flexible, devoted to development of economic sectors and granted at the lowest levels—where visibility, impact, creativity, and entrepreneurial spirit are the greatest and where overhead and corruption are the lowest.

For those who push back, it is interesting that US foreign aid to Vietnam was about $3 billion per year in current dollars, not counting US Corps of Engineer infrastructure development efforts. Conversely, the $2 billion in the supplemental this year is aimed predominantly at paying for the operation of the PRTs, not funding economic development.

**4. Rededicate ourselves to WINNING the WAR**. Victory will not be achieved by winning bureaucratic turf wars or promoting one year goals or program execution as success.

Washington's approach and that of many agencies involved in Iraq is eerily similar to the escalatory, minimalist approaches and management by input, not output, damned by Ambassador Robert Komer's "Bureaucracy Does Its Thing" and Daniel Ellsberg's indictments in various Rand publications.

Komer noted that "Another constraint [on our success] was implicit in the incremental nature of our response, doing only what we believed minimally necessary at each stage . . ."

Ellsberg noted that "the pressure for results in a single year has always been with us, to deadly effect. It has been fed by an optimism, born partly of ignorance and partly of bureaucratic pressures, that present methods were succeeding -- would succeed in a year, in fact -- and hence, it was thought unnecessary to take moves that might risk failing to succeed in one year."

This is not to suggest that Vietnam was a bureaucratic failure, it wasn't. It was a failure of will, with our nation losing its determination just as the South Vietnamese were on the cusp of success. However, the bureaucratic response to Vietnam likely prolonged the conflict, exhausting the American public and sapping political leadership. Iraq faces a similar risk today.

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MC    660002

Version 1.1 02 June

MNF-I DCSINT
★ ★ ★

# DCSINT Monthly Threat Update

## MG Zahner
## 2 June 2006

Approved for Release

The Overall Classification of this briefing is:

SECRET//REL TO USA, MCFI/20160602

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MC   60602

MNF-I DCSINT
★★★

# Ethno-Sectarian Strife and Insurgency Effects

## Ethno-sectarian levels of strife

- Lessening of communal restraint
- Perceptions of the Iraqi Government and security forces as partisan
- Targeting of civilians
- Population Displacement

## Insurgency Effects Categories

- Effects of insurgents on effectiveness of the Iraqi Government
- Effects of insurgents on support of the Iraqi population
- Effects of ISF and CF operations on insurgents
- Effects of insurgents on the ISF and CF

Approved for Release

2

SECRET//REL TO USA, MCF//20160602

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MC    7100002

MNF-I DCSINT
★ ★ ★

# Ethno-Sectarian Levels of Strife

**_Bottom Line:_** _Sunni extremists and Shi'a militia seek to expand their influence in contested areas of Baghdad. Extremist goal is to leverage sectarian strife to radicalize population, generate support._

- Sectarian tensions up, evidenced by increases in executions and attacks on civilians

- In May, JAM continued to target Sunnis in retribution executions, sought to dominate mixed districts in Baghdad; also consolidate control over Shi'a dominated areas

- In Baghdad, attacks against civilians more concentrated on boundaries of mixed and ethnically-dominated areas. Sunni and Shi'a extremists are contesting control of ethnically mixed areas to expand existing areas of influence

- T&FF has expanded its ethno-sectarian attacks from Baghdad to Diyala with a shift towards targeting civilians. T&FF targeting Diyala to reignite the cycle of violence and repeat earlier success of Samarra bombing

- Since April, confidence in government effectiveness has continued to decline. Contributing factors are failure of government to deliver security and basic services, and delays in the government formation process. Confidence in Iraqi Police's ability to enforce the law equitably continues to fall

Approved for Release

SECRET//REL TO USA, MCFI20160602    3

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MC   J160802

MNF-I DCSINT
★ ★ ★

# Lessening of Communal Restraint

*Bottom Line: JAM is increasing activity against Sunnis in Baghdad, solidifying sectarian differences. JAM is actively pursuing Sunni terrorists; confrontations with Sunnis will increase as AQI establishes a presence in north Baghdad to conduct operations in Shi'a-dominated and mixed neighborhoods.*

- AQI attempting to establish foothold in Adhamiyah; AQI and JAM battling for control of western Adhamiyah

  – May attacks in Adhamiyah up 40% over April

- JAM operating outside government authority and legal framework; continues undermining security, particularly in Baghdad

  – JAM conducted kidnapping events in the Sunni areas of Adhamiyah and Khan Bani Saad, Diyala

  – JAM targeted terrorists in western Baghdad in Mansour/Rashid

- JAM continues to weaken government authority through infiltration and intimidation resulting in ISF inaction

  – Furthers Sunni perception ISF is biased

*Approved for Release*

SECRET//REL TO USA, MCFI/20160602

4

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506



## Areas of Concentrated Killings
### 22 Feb 06 - 30 May 06

SECRET//REL TO USA, MC...J160802

MNF-I DCSINT

**Ur** 148(5%)

**Sadr City** 139(5%)

**Locations of Reported Murder/Execution Victims in Baghdad**
- 3,034 reported murdered/executed in Baghdad, 22 Feb to 30 May 06
- Eight circled areas encompass 1254 (41%)

**Adhamiyah** 146(5%)

**al-Doura** 309(10%)

**Nur** 161(5%)

**Khadra** 92(3%)

**Ameriya** 186(6%)

**Bayaa** 73(2%)

JAM Brigade

JAM Battalion

Mixed
Majority Shi'a
Majority Sunni
Murder/Execution
Murder/Execution Concentration

**Assessment:** JAM is likely responsible for the majority of the sectarian killings in Baghdad; however, AQI's attempt's to develop footholds in Sunni neighborhoods in western Baghdad are leading to retaliatory attacks against Shi'a. Bodies are concentrated near areas of significant JAM presence primarily in Sadr City, Ur, Adhamiya, Nur, Khadra, Ameriya, Bayaa and Al Doura. These locations comprise 40% of the executions and murders in Baghdad over the period 01 Jan to 15 May 06.

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA-MC—   160602

MNF-I DCSINT
★★★

# Lessening of Communal Restraint

*Bottom Line: Sunni and Shi'a extremists succeeded in maintaining a level of sectarian strife that undermined confidence in the Iraqi Government. In May, a slight increase in ethno-sectarian incidents but decreased casualties, demonstrates a "sustained steady state" in heightened sectarian tensions since pre-Samarra bombing. Expect continued violence in Baghdad as militias and extremists vie for control of territory.*

- Ethno-Sectarian Violence Trends
  - In May, total ethno-sectarian incidents increased slightly, casualties declined
    - March 469
    - April 362
    - May 382
    - compared to average of 91.3 for previous six months
  - Total ethno-sectarian casualties
    - March 1701
    - April 1210
    - May 1185
    - compared to average of 596/month for previous six months
  - Baghdad ethno-sectarian casualties as percentage share of total have increased from April to May
    - In April, ethno-sectarian casualties in Baghdad were 799, 68% of national total
    - In May, ethno-sectarian casualties in Baghdad were 853, 70% of national total

6%

7%

- Significant Ethno-Sectarian Casualties
  - Tal Afar VBIED mass casualty event 9 May (16 KIA, 134 WIA)
  - Adhamiyah SVBIED 16 May (21 KIA, 33 WIA)
- April-May Hot Spots
  - Sectarian violence tightened along the peripheries between ethnically homogeneous areas and the ethnically mixed areas of Al-Doura, Al-Rashid and Al-Adhamiyah in Baghdad
- Kidnappings and Executions
  - Escalated kidnapping incidents have become a part of daily life targeting all classes, ethnicities, and sects in Iraqi society; not just ethno-sectarian motive
  - Many kidnappings are not reported due to lack of confidence in the Iraqi Police; account for the major difference between execution vs kidnapping figures

Approved for Release

SECRET//REL TO USA-MCFI/20160602

6

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506



**Assessment:** *Levels of violence stabilizing at levels higher than pre-Samarra bombing. Incidents inside Baghdad are rising as extremists and militias concentrate their activities on the capital in an effort to foment sectarian strife and discredit the Iraq Government.*

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506



## Lessening of Communal Restraint
### Mass Casualty Sectarian Events

MNF-1 DCSINT
★ ★ ★

Sectarian Events
MAY 06

**Baghdad Incidents**

- 9 May: VBIED Attk on Civ: 16 KIA, 134 WIA
- 16 May: SVBIED Attk on Civ: 21 KIA, 33 WIA
- 20 May: IED Attk on Civ: 10 KIA, 30 WIA
- 26 May: IED Attk on Civ: 1 KIA, 28 WIA
- 23 May: VBIED Attk on Civ: 11 KIA, 20 WIA

- 29 May: (2)VBIED Attk on Civ: 9 KIA, 16 WIA/8 KIA, 17 WIA
- 7 May: VBIED Attk on Civ: 5 KIA, 18 WIA
- 5 May: VBIED Attk on Civ: 3 KIA, 20 WIA
- 29 May: IED Attk on Civ: 11 KIA, 10 WIA

**Legend**
- ● - Significant Sectarian Incident
- ⊙ - Town/City

Note: A significant ethno-sectarian casualty incident is one involving at least ten casualties.

*Assessment: Ethno-sectarian attacks inflicting mass casualties are concentrated in Baghdad. Expect Baghdad focus to continue given AQI Baghdad-focus strategy and expansion of JAM (and to a limited extent Badr) elements engaged in targeted killings that will trigger a Sunnis response.*

PX983

Declassfied by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506



# Lessening of Communal Restraint
## April and May 06 Hotspots

**MNF-I DCSINT**
★★★

- ■ Majority Christian
- ■ Majority Shia
- ▨ Majority Sunni
- ☐ Mixed Ethnic Groups

**Density**
Attacks per Sq Km

Least Dense → Most Dense

**April**

| MOSQUE | # |
|---|---|
| SHIA | 4 |
| SUNNI | 4 |
| UNK | 3 |
| Grand Total | 11 |

| | |
|---|---|
| ASSASSINATION | 9 |
| EXECUTION | 472 |
| MURDER | 596 |
| Grand Total | 1077 |

| VBIED | 40 |
|---|---|
| SVBIED | 27 |
| SVEST | 11 |
| Grand Total | 78 |

**May**

| MOSQUE | # |
|---|---|
| SHIA | 0 |
| SUNNI | 0 |
| UNK | 4 |
| Grand Total | 4 |

| | |
|---|---|
| ASSASSINATION | 15 |
| EXECUTION | 720 |
| MURDER | 702 |
| Grand Total | 1437 |

| VBIED | 41 |
|---|---|
| SVBIED | 26 |
| SVEST | 8 |
| Grand Total | 75 |

Note: Hotspots are derived from total civilian deaths per square km

**Comment:** *New pattern of hotspots emerged in May. Civilian casualties in ethnically homogeneous areas are down. Attacks more concentrated on boundaries between mixed and ethnically homogeneous areas of Al-Doura, Al-Rashid, and Al-Adhamiyah. Attacks against mosques continued to decrease.*

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506



# Lessening of Communal Restraint
## Kidnappings and Executions

*Note: **Executions:** are murders bearing marks of any one of the following: bound, blindfolded, decapitated, other mutilations, reports that indicate "evidence of torture", hangings, shot in the BACK of the head, groups of three or more bodies found together

**Comment:** *Since the Golden mosque bombing, there has been a close correlation between kidnappings and executions. Kidnappings and executions are significant features of ethno-sectarian violence as rival groups vie for territory within ethnically mixed areas.*

PX983

Declassifed by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI—20160602

MNF-I DCSINT
★ ★ ★

# Perceptions of IG/ISF are Partisan

**Bottom Line:** *Confidence in IG/ISF continues to decline and appears to be directly related to the level of sectarian violence. Continuing violence will further erode public confidence in IG/ISF.*

- Perceptions of those polled believing government effectiveness will improve over next 3 months:
  - Jan 47%
  - Feb 33%
  - Mar 23%
  - Apr 28%
  - May 15%

  **46%**

- Perceptions of those polled believing Government effectiveness will improve over next 12 months:
  - Jan 78%
  - Feb 75%
  - Mar 61%
  - Apr 63%
  - May 53%

  **15%**

- Satisfaction with local government:
  - Jan 27%
  - Feb 25%,
  - Mar 18%;
  - Apr 20%;
  - May 15%

  **25%**

- Perceptions of those polled believing ISF can improve over next 3 months:
  - Jan 47%
  - Feb 32%
  - Mar 21%
  - April 24%
  - May 14%

  **42%**

- Perceptions of those polled believing ISF can improve over the next 12 months:
  - Jan 77%
  - Feb 74%
  - Mar 55%
  - Apr 62%
  - May 47%

  **24%**

- Confidence in IP to enforce law equitably in Baghdad continues to be affected by ethno-sectarian demographic distribution:
  - Higher in Shi'a majority areas:
    • Thawra (Sadr City) 89% / Apr 90%
    • Kadhamiya 84% / Apr 67%
  - Lower in mixed and Sunni areas:
    • Rusafa (mixed) 24% / Apr 37%
    • Karkh (Sunni) 13% / Apr 11%

Note: based on May polling data sourced from 4ID   11

SECRET//REL TO USA, MCFI—20160602

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506



## Perceptions of ISF are Partisan
### Perceptions of Iraqi Police

MNF-I DCSINT

**IP Enforce the Law Equitably**

Legend:
- Somewhat Agree- April
- Strongly agree- April
- Somewhat agree- May
- Strongly Agree- May

Green- More favorable
Black- Stable
Red- Less favorable

Districts: Rusafa, Karkh, Adhamiya, Kadhamiya, Thawra, Mansour, N.Baghdad, Rashid, Karrada, Rural

Baghdad Poll (10-17 May 2006)

**Assessment:** *Predominately Sunni districts perceive IP to be partisan, infiltrated by Sh'ia militia and pursuing sectarian agenda. This undermines ability of ISF to combat sectarian violence and increases support for AQI. Perceptions of ISF will continue to decline if violence continues at current levels, providing a key challenge to the newly seated government.*

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160602

MNF-I DCSINT
★★★

# Targeting of Civilians

*Bottom Line: Although targeting of civilians will continue, extremist groups will attempt to focus on attacking CF and ISF to force withdrawal and illustrate government ineffectiveness at providing security. Civilians will be targeted to foment sectarian tensions and undermine confidence in the IG/ISF.*

- Percentage of attacks against civilians, as a proportion of total attacks:
  - Nov 9%
  - Dec 9%
  - Jan 9%
  - Feb 10%
  - Mar 13%
  - Apr 11%
  - May 11%

- Total attacks against civilians:
  - Nov 194
  - Dec 201
  - Jan 177
  - Feb 212
  - Mar 342
  - Apr 319
  - May 336

- Percentage of attacks against civilians in Baghdad, as a proportion of total attacks:
  - Nov 9%
  - Dec 9%
  - Jan 9%
  - Feb 10%
  - Mar 13%
  - Apr 11%
  - May 11%

Approved for Release

13

SECRET//REL TO USA, MCFI//20160602

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506



# Targeting of Civilians
## Attacks against CF, ISF and Civilians

### Attacks in Top Five Provinces

**Assessment:** *Total attacks against civilians nationally remain elevated. However, there has been a significant upward trend in attacks against civilians in Baghdad and Diyala, reflecting heightened sectarian tensions, particularly in vicinity of Baqubah. Basra has seen a limited number of high-profile murders of Sunni notables. Expect violence to continue at these levels.*

14

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506



# Population Displacements

## IDP Camps

## IDP Trend

MNF-I DCSINT

Confirmed IDP Camps: 11
Reported IDP Camps: 11
Pre-2003 IDP Camps: 2

*Assessment: From March to mid-April, Sunni and Shi'a ethno-sectarian violence forced increasing numbers of families to migrate to their respective ethnic strongholds. In May, a small number of families migrating, reflect ongoing sectarian violence and lack of security. Total IDP numbers has stabilized. Minor population movements will continue in the near term but are not likely to cause humanitarian crisis as many move-in with friends and family. Reporting indicates the possibility of a large-scale migration of middle class families at the end of the school term in June.*

Approved for Release

15

PX983

Declassfied by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MC FI/20160602



MNF-I DCSINT

★★★

# State of the Insurgency

**Bottom Line:** *AQI continues to seek opportunities to stoke sectarian tensions while concurrently pursuing other lines of operation; leveraging military expertise of members of the former regime in anti-Coalition and anti-IG attacks. Militias, particularly JAM, are growing in strength and capability and usurp the ISF and fill perceived local security vacuums. They are responsible for perpetuating much of the AQI initiated cycle of ethno-sectarian violence.*

- AMZ remains firmly entrenched as leader of AQI and driving force behind Mujahidin Shura Council.  Baghdad remains strategic priority – crucible of new Iraqi government formation, Iraqi seat of power, IO centerpiece

- The majority of Sunni Rejectionists will continue the insurgency, but a hard line minority will be drawn towards terrorist groups, particularly AQI, others will elect political engagement

- AQI/AS complex attack capability will increase, benefiting from greater participation of former regime military in the planning and conduct of attacks

- Militias remain potential catalysts for ethno-sectarian violence; they derive from and act on behalf of sectarian rather than national interests

- Militias will continue to perpetuate a climate of intimidation and disregard for the rule of law

- Militia remain entrenched in Shi'a and Kurdish communities.  Without government action by summer 2006, militia influence will continue to grow

SECRET//REL TO USA, MCFI/20160602

16

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI 20160602

MNF-J DCSINT
★ ★ ★

# Effectiveness of the IG

*Bottom Line: Newly seated IG faced with ITG legacy of non-performance in delivery of effective security and essential services. AQI suicide operations impaced by CF – unable to generate extended spike to Mar IG installation. Militia-sponsored sectarian violence further complicates IG effectiveness.*

- **Suicide Attacks**
  - Incidents dropped from 38 to 35
  - Continued pattern of repeated "pulses" to generate sectarian strife
  - Also employed as IO ploy to undermine IG progress
  - Unsynchronized employment strategy critiqued in OBJ LARCHWOOD document

- **Assassination Trends**
  - Targeted Senior ISF officers - Baghdad and Diyala
  - Marked increase in Basrah Sunni tribal leaders (7)
  - Baghdad no longer epicentre – 25% in May

- **Essential Services**
  - Dissatisfaction peaked at 90%, up from 79, reflecting impact of seasonal temperatures
  - Overall infrastructure attacks down 80% since January
  - Insurgents intimidation focused on restoration contractors, delaying slow recovery process

Note
CIOC defines "assassination" as "The killing of a person, by virtue of their appointment/position, in order for a group to advance their political
aims. These appointments can range from the city to national levels."

SECRET//REL TO USA, MCFI 20160602

17

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506



# Effectiveness of IG

## Ability to Provide Essential Services

### Dissatisfaction with Electricity in Baghdad

■ Very Dissatisfied ■ Somewhat Dissatisfied

Baghdad Poll (10–17 May 2006)

### Infrastructure Attacks

...acks continued to decline in May. This likely unnecessary given lack of rapid repair. ...through contractor intimidation. ...issatisfaction survey and electricity delivery ...r failure for Maliki's social agenda.

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI 20160602

# ort of the Iraqi Population
## IO Themes



**Claims by Week**

24-May-06
17-May-06
10-May-06
3-May-06
26-Apr-06
19-Apr-06

in May, MSC made 636 claims and other groups made 414 claims.

numbers vetted through message traffic pulls for accuracy in reporting

claims in May and continued to dominate
operation of the citizens in Ramadi, Fallujah,
on effort most effective in Anbar. These
ce to MSC/AQI propaganda.

21

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506



# Support of the Iraqi Population
## Perceptions of Iraqi Government

### Satisfaction with Local Government

Baghdad Poll (10-17 May 2006)

### Perception of Government Effectiveness

Baghdad Poll (10-17 May 2006)

**Assessment:** *Public perception of government effectiveness has declined during delayed formation of new Iraq Government. Notwithstanding the complications of delay, decisive response to security and economic issues by PM Maliki can rapidly reverse these trends as seen from previous polling of Government effectiveness.*

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI20160802

MNF-I DCSINT

# ISF/CF Effects on Insurgents



**Foreign Fighters Killed/ Captured**

**Bomb Makers Killed/ Captured**

- The number of FF killed decreased from 53 in April to 26 in May
- The number of bomb makers captured decreased in May
  - Bomb makers captured in March: 7; April: 5; May: 1
  - VBIEDS continue decrease: March: 62; April: 41; May: 33
- 10% of suicide bombers are assessed to be Iraqi

*Assessment: Decreasing numbers of FF killed reflects effectiveness of CF operations in disrupting FF infiltration. Reduction in IED attacks reflects effectiveness of counter-IED operations (capture of bomb-makers).*

SECRET//REL TO USA, MCFI20160802

23

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160602

MNF-1 DCSINT
★ ★ ★

# Effects of Insurgents on ISF and CF

**Bottom Line:** *Overall attacks increased in May concentrated in Baghdad and the larger cities and towns in the Euphrates River Valley and the Tigris River Valley. ISF will sustain greater proportion of attacks as they assume more battle space.*

- **Overall Attacks**
  - Overall attack levels increased
    - April 2890
    - May 3161
  - Total attacks in Baghdad increased
    - Jan 576
    - Feb 754
    - Mar 883
    - Apr 865
    - May 956

- **Attack Targets**
  - CF were the target
    - 66% of attacks in March
    - 68% of attacks in April
    - 67% of attacks in May
  - ISF were the target of
    - 21% of attacks in March;
    - 20% of attacks in April;
    - 22% of attacks in May
  - Effective attacks
    - against CF increased by 15%;
    - against ISF they decreased by 4%

- **IED Comparison**
  - In May, 33% of all attacks, but high rate of found/cleared 23% (decrease from April)
  - IED attacks increased by 20% while casualties per detonation decreased by 2% in May to 0.87 casualties per attack (0.88 casualties in April)

- **VBIED events**
  - VBIED events increased by 15%
    - 48 in April
    - 55 in May
  - Casualties caused by VBIEDS increased by 74%
    - 299 in April
    - 520 in May
  - VBIED attack effectiveness increased
    - 7.3 casualties per attack in April
    - 12.7 casualties per attack in May

9%

10.5%

2%

15%

24

Approved for Release

SECRET//REL TO USA, MCFI//20160602

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI, GCTF 20160602

MNF-I DCSINT
★ ★ ★

# Effects of Insurgents on ISF / CF
## Overall Attacks



**Monthly Attacks Trends**

— Attacks   — Effective

Dec-05  Jan-06  Feb-06  Mar-06  Apr-06  May-06

**Overall Attacks by Top Five Provinces**

- >15% increase
- 5-15% increase
- <5% increase

85% of all attacks occurred in these provinces

+11%   -01%   +34%   -11%   +25%

Al Anbar  Baghdad  Diyala  Ninewa  Salah ad Din

Apr-06 May-06 (per province)

Approved for Release

**Assessment**: *Rise in attack levels reflects both a significant effort by hard-line rejectionists and T&FF to preclude the seating of a new government, and the lack of effective political outreach to Sunni insurgents by an Iraqi Government caught in an extended formation process. Growth also reflects sectarian violence in Baghdad and to a lesser extent, Diyala.*

SECRET//REL TO USA, MCFI 20160602

25

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI...6169662



# Effects of Insurgents on ISF / CF
## Complex Attacks

MNF-I DCSINT ***

**MAY 06**

### Two Large Scale Complex Attacks

Ramadi
18/1145MAY06
1 X CF CAS
~28 AIF KIA

Ad Dululyah
21/1506MAY06
22 X AI CAS
~11 AIF KIA

**MAY 06** — Overall Attacks vs Complex Attacks

- Overall Attacks
- Complex Attacks

Dec-05  Jan-06  Feb-06  Mar-06  Apr-06  May-06

### Complex Attacks by Target

- Coalition
- Iraqi Security Forces
- Civilian

Dec-05  Jan-06  Feb-06  Mar-06  Apr-06  May-06

Note: Large scale attacks are twenty or more insurgents involved in one attack. The definition of a complex attack is an engagement with multiple weapon systems and involving two or more members in a group working in concert at the tactical level.

*Assessment: In April, there were 6 large scale complex attacks: 4 in Ramadi, 1 in Fallujah and 1 in Baghdad. In May, there were just 2 large scale complex attacks: Ramadi and southwest Diyala. This reflects the relative lack of success against MNF using this TTP. Expect complex attacks against ISF and, where vulnerabilities are identified, against MNF.*

26

SECRET//REL TO USA, MCFI//6169662

PX983



Approved For Release

# Effects of Insurgents on ISF / CF
## Attack Targets

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, ML —01010UZ

MNF-I DCSINT

**Attacks on CF**

**Attacks on ISF**

Attacks — Effective

Assessment: *The trend since January has seen a sharper increase in attacks against ISF in comparison to CF. Attack effectiveness against both CF and ISF has increased slightly in May. ISF (especially IP) remain more vulnerable by virtue of their greater exposure, less sophisticated force protection equipment.*

SECRET//REL TO USA, MCF//20160602

27

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MC ... 20100802

Approved for Release



# Effects of Insurgents on ISF / CF
## IED Comparison

**IED Events MAY 06**

MNF-I DCSINT

### IED Attack Effectiveness

Casualties/Attack — 1.2, 1, 0.8, 0.6, 0.4, 0.2, 0

IED Attacks — 1400, 1200, 1000, 800, 600, 400, 200, 0

Dec-05, Jan-06, Feb-06, Mar-06, Apr-06, May-06

Legend
— IED Attacks
— Cas/Attk

### EFP Events

30, 25, 20, 15, 10, 5, 0

Dec-05, Jan-06, Feb-06, Mar-06, Apr-06, May-06

Legend
— EFP Attacks
— EFP F/C

Note: EFP Events are total EFP attacks (by arrays) and EFP arrays F/C

### IED Events

1600, 1400, 1200, 1000, 800, 600, 400, 200, 0

Dec-05, Jan-06, Feb-06, Mar-06, Apr-06, May-06

40% of all attacks

Legend
— IED Attacks
— IED F/C

Legend
● IED Events
● EFP Events

*Assessment: The sustained IED operational tempo in May likely reflects insurgent determination to maintain a high level of overall attacks. Use of simpler IEDs (in comparison to VBIEDs and suicide attacks) has increased. The reduction in EFP attacks from Apr is due to counter-IED operations targeting EFP cells, and improvements in training and ECM.*

PX983



Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506



PX983

Declassfied by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI 20180602

MNF-I DCSINT
★ ★ ★

# Defeating AQI in 2006 Strategy

***Bottom Line:*** *AQI is carrying out its strategy as stated in documents recovered during OBJ LARCHWOOD. AQI is concentrating its efforts in Baghdad to halt the establishment of a functional Iraqi Government and ferment sectarian violence by targeting mixed and Shi'a dominant neighborhoods. AQI's second priority has been keeping the Foreign Fighter/Suicide Bomber routes open and establishing the Caliphate in Ramadi. In accordance with their strategy, AQI is additionally targeting ISF and Shi'a in Diyala province to undermine the government, ferment sectarian violence and develop staging areas to attack Baghdad.*



- **Goal is to reduce pressure on Sunni areas**
  - Priority targets include Shi'a, ISF and militia
  - Diminish criticism from other Sunni contingents over Sunni casualties
- **Plan of action, focus on Baghdad**
  - First attack Shi'a areas to lull CF into a false sense of security in Sunni regions and at a later date resume attacking in Sunni areas
  - Targets include fixed elements: check points, bases, and major highways
  - Methods include snipers and IEDs
- **Benefits of sectarian violence**
  - Undermine Iraqi Government
  - Solidify Sunni Arab support
  - Position a conflict directly between Shi'a and Mujihaddin

NOTE: DATA COLLATED FROM MULTIPLE SOURCES

SECRET//REL TO USA, MCFI 20180602

30

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, ~~...20160002~~

MNF-I DCSINT
★ ★ ★

# Primary AQI Areas of Operation

Approved for release

| | |
|---|---|
| **Baghdad** | • Highest priority for AQI efforts<br>• Movement of experienced operatives to Baghdad from northern Iraq<br>• Movement is key to activities in Baghdad; "Baghdad Belts" north: Abu Ghurayb to Taji, south: Abu Ghurayb to Salman Pak facilitate operations<br>• IEDs/VBIEDs/SVBIED/SVESTs targeting civilians and stationary IG targets<br>• Attacks concentrated on mixed areas and Shi'a dominated areas<br>• *April-May: overall attack trends are down; attacks against civilians steady; attacks against CF/ISF down slightly.  However, they are still at historically high attack levels* |
| **Anbar** | • Important province for entry of FF/Suicide Bombers and other material supporting AQI<br>• AQI continues intense intimidation campaign in al Anbar<br>• Coerced passive and limited Sunni support for AQI<br>• Ramadi key city to controlling Anbar; largest population in Anbar; crossroad for transportation to/from Jordan and Walid; central access to Lake Thar Thar and Yusifiyah; desire to proclaim creation of Caliphate in the center of the Sunni triangle<br>• Cooperation between AQI and rejectionist groups developing greater strains<br>• AQI retains some freedom of movement; decreases with CF ops, increases as CF depart area<br>• *April-May: overall attacks against civilian, CF, ISF are down slightly* |
| **Diyala** | • Gaining in importance for operations in Baghdad and fermenting sectarian violence<br>• Terrorist and foreign fighter groups increasingly exploit sectarian / tribal divides and stoke sectarian violence in Diyala<br>• Terrorists operate primarily in southern and western Diyala, use area to stage for operations in Baghdad<br>• Increased activity by members of former regime in cooperation with AQI, likely reflected in recent complex attacks<br>• *April-May: overall attacks on CF remain steady; attacks on ISF increasing* |

31

SECRET//REL TO USA, MCFI/20160602

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MC          J160602

# State of AQI

MNF-I DCSINT
★ ★ ★

Approved for Release

| | |
|---|---|
| **Situation** | • AQI will maintain presence where support persists; employ intimidation where support wanes<br>• Main operating areas Baghdad, Ramadi, Fallujah, Baqubah; still has presence in Mosul<br>• Iran used for sanctuary and key communication path to AQSL; Syria still most utilized country for facilitation of FF, money and equipment<br>• Baghdad the focus of attacks against civilians; CF/ISF focus of attacks in other areas; primary base of operations Ramadi to Baghdad corridor, particularly in out lying rural areas; CF/ISF operations in current AQI op areas will displace AQI into other locations; however, AQI will maintain solid presence in Baghdad<br>• Sunni provinces remain semi-permissive environments; foreign fighter flow reduced as result of internal and external CT efforts, concerted current CF ops against FFF in Iraq may impact flow over the next month |
| **Goals** | Goals unchanged; major efforts in pursuit of:<br>• Establishment of a secure base from which to export terror from Iraq and creation of an Islamic state in Iraq<br>• Departure of a defeated MNF<br>• Destabilized nation, stop establishment of IG<br>• Radicalize Sunni base through generation of self-sustaining ethno-sectarian strife |
| **Operations and Methods** | AQI will continue the use of terrorist attacks and a sophisticated I/O campaign<br>• Anti-Shi'a terrorist attacks and IO to maintain and provoke sectarian violence; infrastructure attacks to interrupt basic services to de-legitimize IG"<br>• Attack police and IA recruiting stations to halt growth; attack ISF to kill and/or intimidate members<br>• Assassinate opponents, government officials to intimidate and coerce to regain freedom of movement<br>• Appeal to Sunni Islamist roots to incite a civil war, enabling AQI to fill any void left when IG or provincial authority falls<br>• Attacks against MNF to break will of governments involved in coalition |
| **Support** | Continued lessening of active or passive support from local communities<br>• AQI's indiscriminate targeting of civilians, Shi'a alienating AQSL and other T&FF groups' leadership<br>• AQI conducting intimidation campaign to stem loss of support, particularly in al-Anbar<br>• Continued external funding for AQI leadership from Gulf States; local cells funded by criminal activities<br>• Continued [ 1.4b ] CT operations has impact on AQI ability to facilitate through [ 1.4b ]<br>• AQI does not attack [ 1.4b ] in order to maintain permissive operating environment in [ 1.4b ] |

SECRET//REL TO USA, MC//20160602

32

Declassifed by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

MNF-I DCSINT
★ ★ ★

SECRET//REL TO USA - MC    J160602

# Infrastructure – Facilitation Networks

Approved for Release



| Activity | Trend | Assessment |
|---|---|---|
| | | 1.4b, 1.4d |
| **Routes Across Border** | | Indications in May FF/SB crossed border with [1.4b] in north and ERV |
| – North | → | Suicide attacks in Mosul, Tall Afar, Baghdad, Ramadi, and Fallujah indicate North route still preference |
| – ERV | → | ERV route constrained or limited use. Two suicide attacks in Husaybah indicate SB coming across at al-Qaim, but uncertain about facilitation down ERV. Suicide attacks in Fallujah, Ramadi, Hit and Baghdadi could be supplied by Northern route |
| – South | ↕ | Some indications Waled-Rutbah route used for facilitator and/or FF movement into Iraq |
| – Saudi crossings | ↕ | Leaders or facilitators may be using Saudi border, but no reporting of FF/SB crossing from KSA |
| | | 1.4b |

## Assessment:

*Due to disruptions in northern route, expect increased activity on ERV, or possibly Walid route over the next month.*
*Many Ghadiyah associates remaining who know ERV and northern facilitation routes.*
*Likely build up of FF/SB at the border in* [1.4b] *waiting to cross into Iraq.*

SECRET//REL TO USA, AUS, CAN, GBR//20310531

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

# Infrastructure – Facilitation Networks

SECRET//REL TO USA, M-   J160602

- **Preference for northern route through Bi'aj, Mosul, down TRV, via Lake Thar Thar, and into Ramadi, Fallujah, and Baghdad. No reflections route is closed**

- **ERV route constrained but still available**

- **Southern route through Walid to Rutbah or from Abu Kamal to Rutbah available but focuses on vehicle and oil smuggling, rather than human smuggling**

MNF-I DCSINT
★ ★ ★



**Current Primary Route**

**Alternate Routes**

SECRET//REL TO USA, AUS, CAN, GBR//20310531

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160602

35



MNF-I DCSINT
★ ★ ★

# Defeating AQI in 2006

- AQI remains the most dangerous terrorist group followed by Ansar Sunna, Islamic Army of Iraq and Mujahidin Army

- AQI continues efforts to provoke self sustaining sectarian violence in Baghdad and Diyala while pursuing other lines of operation including complex attacks on MNF/ISF

- Complex attacks increasing in sophistication and professionalism as hard-line Sunni Rejectionists bring military experience

- AQI showing indications of implementing some aspects of strategy outlined in OBJ LARCHWOOD Documents; heavily focused on Baghdad

  – Foment sectarian strife by focusing attacks against Shi'a in mixed and Shi'a-dominated districts; expand control of Sunni districts

  – Attacks against ISF and static checkpoints

- Key Vulnerabilities

  – Alienation from support base; loss of Sunni support; loss of funding

  – Interdiction of Foreign Fighter and supply routes, strongholds/staging areas

  – Coalition exploitation of OPSEC vulnerabilities; communications, detainee debriefs, materials from objectives

SECRET//REL TO USA, MCFI//20160602

Approved for Release

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160502

MNF-1 DCSINT

★ ★ ★

## Impact of Delay in Forming New Iraqi Government

**BLUF:** *Despite three month delay, Maliki's eventual selection presents opportunity for strong, effective government to serve full term. MNF-I's strategy not disrupted: compressed timelines for completion of some objectives (PIC, ministerial capacity development); Raising and training of ISF units largely unaffected. Security situation in Baghdad more complex; JAM influence increased, sectarian violence more significant. Maliki has opportunities to establish authority, regain lost momentum.*

- Short-term challenges of delay outweighed by long-term benefits - unified, functional leadership, capable of effective governance. Allowed establishment of more widely accepted, stable government

- MNF-I strategy not significantly disrupted – development of ISF, IA in lead, securing borders - on track. Some objectives may be delayed – securing Baghdad, reducing violence to level ISF can handle

- Opportunity lost to capitalize on post-election enthusiasm; most other missed opportunities can be recovered with swift and determined action by Iraqi government

- Permanent government, established prior to the February Golden Mosque bombing, likely to have been more effective at controlling ethno-sectarian violence

- Delay enabled JAM to arm, increase influence; adding to complexity of Baghdad security environment. Extremists, Sunni Rejectionists reacted; increasing sectarian nature of fight. Opportunities for government action to improve security situation have been complicated

- Delay enabled Shi'a militias to increase influence. Iraqi government has opportunity to reassert authority through programs such as DDR

- MNF-I and coalition government involvement in deliberations of selection of PM strengthened international perceptions Iraqi politicians unable to resolve disputes without outside intervention

SECRET//REL TO USA, MCFI//20160502

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160502

MNF-I DCSINT

★ ★ ★

# OPPORTUNITIES LOST

## Government Effectiveness and Public Confidence:

- Quick formation of permanent government would have demonstrated Iraqi sovereignty; had stabilizing influence in Iraq
- Uncertainty surrounding tenure of ministers resulted in reluctance of administration to take decisions and implement policy. Progress against corruption stifled
- After Golden Mosque attack, opportunity existed for Iraqi officials to show leadership, call for calm and deploy ISF/MNF-I to prevent escalation of violence. Ja'fari statements overshadowed by al-Sistani and Sadr – Credit gained by Sadr could have been attributed to government
- Sadr's political standing undamaged – received as many ministries as could be realistically expected. Ja'fari was Sadr's first choice, Maliki unlikely to significantly hinder Sadrist influence in government

## Security and Transition:

- Delay prevented establishment of DDR and other security policies to minimize the influence of militias
- Government formation prerequisite for transition to PIC. Delay and complex security situation set back provincial transitional schedule and some MNF-I draw down plans
- Ja'fari's unwillingness to commit to IA-led operation against AQI in Ramadi resulted in loss of progress towards defeating AQI; consolidating Anbar Province and IO opportunity

## Economic Development:

- Foreign investment, aid donations and debt relief delayed. Climate of economic uncertainty. Legislative inertia postponed economic reforms, particularly fuel liberalization laws

## National Unity:

- Delay increased determination of Kurds to operate independent of central government. Damaged long-term prospects of Iraqi national unity

SECRET//REL TO USA, MCFI//20160502

Approved for Release

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCF...0166502

# OPPORTUNITIES TO

## REGAIN LOST MOMENTUM

MNF-I DCSINT

★ ★ ★
★ ★

1.4b

- Communicate that continued violence prolongs presence of foreign forces: end legitimacy of "honorable resistance"

- Address Sunni grievances; increase Sunni political inclusion

- Establish, communicate timetable for provincial elections, constitutional reform, moderation of de-Ba'athification

- Set realistic timeframe for basic services improvement, eg electricity: targets achievable and sustainable

- Present Government of Iraq as independent of foreign influence; dispel perception of Iraq as

- Quickly engage militias: embark on programs to reduce militia power – crucial initial step in implementing DDR

- Set and achieve targets for transition to PIC: announce province transition within first 100 days – demonstrates Iraqi sovereignty and MNF-I commitment to draw down

- Take responsibility for foreign debt relief: announce progress and explain benefits. Benefits medium to long term, but announcement shows strong Iraqi Government in control of economic destiny

- Encourage neighbors to establish full embassies in Iraq, deal on equal terms: Use Arab League Baghdad Conference to announce that security situation in parts of Iraq permits transition

- Demonstrate willingness to tackle corruption: prosecute offenders. Will encourage investment and build confidence

SECRET//REL TO USA, MCF//20160502

Approved for Release

PX983

Declassfied by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCF//20160502

SECRET//REL TO USA, MCF//20160502

# Trends to watch

MNF-I DCSINT

- Attacks in Baghdad increase as AQI and JAM continue to contest territory and influence

- Expansion of ethno-sectarian violence from Baghdad to SW Diyala

- Expansion of Shi'a on Shi'a violence in southern provinces in run-up to provincial elections

- Increase of large-scale complex attacks as AQI/AS leverage former regime members' military experience

- "Industrial-scale" manufacturing of indigenous EFPs

- Increased use of Iraqi suicide bombers

- Establishment of Sunni militia

- Assassination of Sunni political/tribal leaders

Approved for Release

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160502

## Ten Bad Things

MNF-I DCSINT
★ ★ ★

- Sadr directs JAM to shut down southern LOCs in response to MNF provocation

- [ 1.4b ] to Shi'a, Sunni and AQI organizations in response UNSC resolution

- AQSL relocates from Waziristan to NW [ 1.4b ]

- Sunni politicians, coerced by AQI/hard-line Rejectionists, withdraw from political process

- AQI seizes, and holds for 24 hrs, Baghdad district

- Major failure of Iraqi Security Forces (subversion or military failure)

- Assassination of key leader (Sistani, PM, President, MAS)

- Catastrophic attack on iconic religious symbol

- Catastrophic PKK terrorist attack against Ankara initiates major military cross-border incursion by Turkey or [ 1.4b ]

- Major AQI attack on oil export infrastructure in the south

*Approved for Release*

SECRET//REL TO USA, MCFI//20160502

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, IRQ, MCFI//20160602

# STRATEGIC INTELLIGENCE ASSESSMENT – Mid 2006

- Sectarian parties create a government of national unity with representation in rough proportion to their December electoral success. Consequently, government effectiveness is challenged by sectarian agendas over direction of key ministries, control of key resources and particularly the strategy to confront insurgents and control militias

- The conflict in Iraq increasingly transitions to a struggle between Sunni and Shia extremists. Cycles of sectarian strife define the pattern of violence in 2006. However, expected hardening ethno-sectarian identities, limited population displacements, and periodic militia mobilization will be insufficient to stop political and economic developments

- T&FF remain a critical threat to the MNF-I end-state in 2006. AQI increasingly augmented by former hardline Rejectionist factions with anti-Coalition, anti-IG agendas. AMZ unyielding in his efforts to continue anti-Shi'a attacks to create self-sustaining sectarian violence; employing intimidation to coerce Sunni support. AQI aims are to expel the Coalition, render parts of Iraq ungovernable and create an Islamic caliphate from which to expand jihad

- Sunni Rejectionists will continue "talk and fight" strategy over an extended period, adjusting levels of violence to achieve political aims with most ultimately adopting the mantle of an "honorable resistance." A significant number of hardliners, rejecting political developments and fearing Shi'a domination, militias, join Sunni extremist/terrorist ranks, bringing professional military skills with them. Saddamists increasingly irrelevant

- Militia organizations, acting both as extra-legal bodies and within government structures at multiple levels will pursue sectarian agendas; they respond militarily to perceived or actual provocations, undermining the government's ability to improve the security environment and radicalizing moderate elements through fear. Shi'a militia support of political agendas during preparations for provincial elections or misinterpretation of CF actions will be potentially destabilizing

- Failure by the new Iraqi government to establish an inclusive political framework and effective governance, free from undue [1.4b] that controls sectarian violence exploited by Sunni and Shi'a extremists, is the greatest long-term risk to MNF objectives

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCFI//20160502

MNF-I DCSINT

★ ★ ★

# Priority Intelligence Requirements

1. How will AQI/AS pursue the strategy of inciting civil war?

2. Where are the critical support bases and infrastructure to support terrorist operations and who/where are the key enablers?

3. Is the new government broadly perceived as representative and is its policies and programs generating continued support for the political process?

4. Has unrestrained, self-sustaining sectarian strife spread?

5. Are militias mobilizing, stockpiling weapons and/or increasing their territorial control?

6. Are there indications of forced population movements?

7. Have Iraqi Rejectionists strategies and objectives changed?

8. Is Coalition outreach strategy with Sunnis increasing support for the Iraqi government? Are outreach efforts generating political backlash?

1.4b, 1.4d

10. Is sectarian violence creating fractures within the Iraqi Armed Forces?

11. Are Ministries developing critical capabilities to deliver essential services, address the insurgency and reduce ethno-sectarian tensions?

SECRET//REL TO USA, MCFI//20160502

Approved for Release

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506



## Discussion



MNF-I DCSINT

SECRET//REL TO USA, MCFI/20160602

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MX /0160602

# Back Up Slides

Approved for Release

MNF-I DCSINT

SECRET//REL TO USA, MCFI/20160602

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MC...20160602



MNF-I DCSINT
* * *

# Sunni Rejectionists

- Maintain dual track strategy – "talk and fight"
- Sunni engagement will achieve mixed results by mid-2006; reduction in attacks minimal through autumn
  - Only evidence of MNF withdrawal, effective IG governance, redress of Sunni grievances will remove insurgent motivations
  - Attack trends flat or rising even in the face of MNF transition to ISF
  - Localized groups/cells, no central leadership or direction makes engagement difficult
- Grievances remain:  Shi'a domination of IG institutions; security situation; lack of basic services, economic opportunities; attacks by Shi'a militias; ongoing MNF "occupation"; intimidation of key Sunni leaders; detentions
  - Sunnis will likely protest ministerial selections if seen as inequitable; protests will center around control of the MoI and MoD
  - Increased activity by Shi'a militias may pressure Sunnis to follow through with plans to form local militia groups for protection
  - Groups claim status as "honorable resistance", defenders of Sunni interests, but may lose momentum in face of national unity government
- Continued strategic incoherence
  - Some remain committed to insurgency
  - Some will engage with the political process
  - Early evidence of hardliners aligning with AQI

SECRET//REL TO USA, MCEI/20160602

46

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, M...0160602

MNF-I DCSINT
★ ★ ★

# *Terrorists and Foreign Fighters*

Approved for Release

- AQI remains most dangerous terrorist group, followed by Ansar al-Sunna, Islamic Army of Iraq and Mujahidin Army
  - AQI and AS areas of operation limited by ability to move FF, members and material between population centers
  - Baghdad remains top terrorist priority
- AQI continues to differ with other T&FF groups over strategy
  - Divisions between AQI and AS primarily over tactics, targets
  - Groups continue to cooperate at tactical and operational levels
  - AQSL effort to reunify T&FF and alter Zarqawi methods, underscores seriousness of their concern that Zarqawi's tactics have hurt the Jihad
- Sectarian violence and dissatisfaction with political process may increase IZR Sunni cooperation with T&FF, increase sophistication and professionalism of attacks
- Freedom of movement to train, plan, practice and engage in a time and place of their choosing increases T&FF effectiveness

47

SECRET//REL TO USA, MCFI//20160602

PX983

Declassfied by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MC...0160602

MNF-I DCSINT
★ ★ ★

# Militia Influences

*Bottom Line: Militia remain entrenched in Shi'a and Kurdish communities. Without government action by summer 2006, militia influence will grow. Militias remain potential catalysts for ethno-sectarian violence; they derive from, act on behalf of sectarian not national interests. Militias will continue to propagate a climate of intimidation and disregard for the rule of law.*

- Militia infiltration of ISF, particularly Iraqi Police (IP), reduces IP effectiveness and public confidence
- Badr Organization presence in Ministry of Interior facilitates sectarian agenda and targeting of Sunnis, encourages JAM to engage in similar activities
- JAM capable of rapid mobilization in Baghdad, throughout southern Iraq; greatest militia threat to MNF
  - Not subject to government control, operates outside the law – but with links to IP
  - JAM at increased readiness, prepared to respond to attacks or threats on Shi'a
  - Presence in government likely to grow as Sadr rewards supporters with key positions
  - JAM likely heavily involved in sectarian killings; target ISF units who are free of JAM influence: IA members, ISOF, SWAT units
  - JAM moving into Kirkuk, to oppose Kurd independence, rally local Shi'a around JAM
- Competition between Shi'a militias at national and provincial level are a threat to stability
- Peshmerga remains most effective militia in Iraq, essentially a Kurdish army; acts as guarantor of Kurdish autonomy
  - Elements of Peshmerga assimilated with 4th Div IA; will act to protect Kurd interest first

SECRET//REL TO USA, MCF//20160602

48

PX983

Declassified by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

Approved for Release

Pages 117 through 118 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - -
1.4b, 1.4d

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MC   a0460606

MNF-I DCS-INT

# JUNE 2006 ASSESSMENT
# Changing Nature of the Struggle in Iraq

*MG Zahner*
*June 2006*

The Overall Classification of this briefing is:

SECRET//REL TO USA, MCFI/20160606

Approved for Release

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCF//20160806

MNF-I DCS-INT

★ ★ ★

# Changing Nature of the Conflict

The conflict in Iraq is transitioning to a struggle between Sunni and Shia extremists. Cycles of sectarian strife will overlay, then define the pattern of violence in 2006. Sunni Rejectionists have arrived at a crossroads of continued insurgency, political engagement, or radicalization towards AQI/AS. Large-scale violence is no longer limited to "The Insurgency" but employed by an increasingly divergent array of militias, terrorist groups, criminals, former elites and Sunni Rejectionists to further individual agendas. The complex environment will confront the Iraqi government with insurgent, criminal and sectarian violence that challenges its critical need to deliver basic services and security to gain legitimacy and reduce underlying causes of violence.

SECRET//REL TO USA, MCF//20160806

Approved for Release

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, M...1560606

MNF-I DCS-INT

# Hotspot Assessment



**NINAWA / SALAH AD-DIN**
- Mosul remains a key staging area for AQI & AS
- Corridor for foreign fighter flow into Iraq remains

**AL ANBAR**
- T&FF intimidation of local Sunnis increases, hindering efforts to 'drive the wedge'
- Sunni population infiltrated by multiple insurgent groups; continued significant freedom of movement/action

**S. BAGHDAD/N. BABIL**
- Critical forward staging area for AQI/AS Baghdad operations
- Latifiyah/Yusufiyah contested area for AQI
- Mixed population likely to experience sectarian tension/violence

**AT TAMIM-KIRKUK**
- Potential for contained sectarian violence over issue of Kirkuk towards end of 2006

**DIYALA**
- Sunni-Shi'a split in population, growing AQI presence causing sectarian violence flare ups
- Increase in T&FF displaced from Al Anbar, Ninawa

**BAGHDAD**
- Vast majority of sectarian violence will occur in Baghdad over next six months; JAM expanding, increasing influence
- Focal point for the Rejectionist fight against MNF, and T&FF efforts to spark self sustaining sectarian violence

**SOUTHERN PROVINCES**
- Continued attacks on MNF by JAM
- Increased Shi'a violence as Sadr challenges SCIRI for influence in advance of provincial elections
- Militias, criminal and political parties' agendas increasingly intermixed
- Extensive infiltration of IPS by JAM/Badr

1.4b

SECRET//REL TO USA, MCFI//20160606

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506



# Cycle of sectarian violence

**Assessment:** In the last 6 months, cycles of sectarian violence revolved around AQI efforts to "spike" Shi'a casualties and JAM retaliatory violence. Sunni and Shi'a extremists have succeeded in maintaining a level of sectarian strife that has undermined confidence in the Iraqi government. Overall, a "sustained steady state" in heightened sectarian tensions since February continues, but not self-sustaining strife

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506



MNF-I DCSINT

★ ★ ★

SECRET//REL TO USA, MC    160606

# *Mid-2006: State of AQI*

- AMZ remains firmly entrenched as leader of AQI, driving force behind Mujahidin Shura Council

- Continues efforts to incite self-sustaining sectarian violence, provoking Shi'a with mass casualty attacks

- Concentrating efforts in Baghdad as the strategic priority undermine, then destroy the Iraqi government, fomenting sectarian violence by targeting mixed and Shi'a dominant neighborhoods

- Attempting to establish Ramadi/Anbar as base for Caliphate in Iraq; functioning facilitation network/foreign fighter/suicide bomber routes critical to the Caliphate/global jihad

- Seeks to instigate sectarian division in Diyala Province by capitalizing on religious, ethnic, and tribal differences

  – Diyala completes Baghdad "belt" facilitating attacks in Baghdad from surrounding support bases

- Continues to pursue transnational operations, reinforcing its network and increasing its threat as a regional terrorist organization

- AQI/AS complex attack capability will increase, benefiting from greater inclusion of former regime military in planning and execution of attacks

SECRET//REL TO USA, MCFI/20160606

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

# Attack density contracting towards Baghdad



- Attacks increasingly focused in the eastern Euphrates River Valley, Baghdad and western Diyala
  - Reflection of increased counterterrorism activities, previous operations, and reduction in T&FF freedom of movement
- Reflects strategic decision by AQI to focus efforts in central Iraq, particularly Baghdad
  - Plan and stage operations in Baghdad
  - Create chaos; make Iraq ungovernable
- Cooperation between AQI and hard-line IZR based on shared goals in Baghdad

Approved for Release

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MC...20160606

MNF-I DCS-INT

★ ★ ★

# Sunni Rejectionists

*Bottom Line: Sunni Rejectionists will continue current attack levels throughout 2006; some hard-liners joining extremists, but by years end popular support for a purely Rejectionist agenda will wane*

- Steady attacks against MNF will continue throughout 2006 as 'occupation' weariness, fear of [1.4b] Iraqi government props up insurgency

- By 2007 Sunni Rejectionists will weaken as security situation improves and effective governance becomes evident

- Majority of Sunni Rejectionists will continue the insurgency; hard-line minority will be drawn towards terrorist groups, particularly AQI, others will elect political engagement

- Hard-line Rejectionists, including former military, joining ranks of extremists, will enhance T&FF attack options -- more complex attacks

- Relationships with AQI increasingly characterized by AQI campaign of intimidation and coercion

SECRET//REL TO USA, MCF//20160606

PX983

Declassfied by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MCF...0468666

MNF-I DCS-INT

★★★

# Militia influences

**Bottom Line:** *Militia remain entrenched in Shi'a and Kurdish communities. Delay in formation of government allowed militia influence to grow, particularly in Baghdad and the south. Militias, especially JAM, remain catalysts for ethno-sectarian violence; they largely derive from and act on behalf of sectarian rather than national interests. Militias will continue to generate a climate of intimidation and disregard for the rule of law.*

- JAM and Badr abuse government authority and target Sunnis suspected of supporting terrorists or MNF; destabilizing urban areas
  - Infiltrating, intimidating ISF; limited cooperation to target Sunnis
- JAM is expanding and responding to AQI provocation; maintaining heightened levels of ethno-sectarian violence with kidnapping/death squads
  - Continues to target Sunnis in retribution executions, seeks to dominate mixed districts in Baghdad; also consolidate control over Shi'a dominated areas through use of JAM-operated Shari'a courts
  - Capable of rapid mobilization in Baghdad and south
  - Benefits from weapons and training from [1.4b] and surrogates to increase its attacks on MNF
  - Opportunistic relationship with [1.4b] and [1.4b]
- Badr legally increasing presence in ISF, though motives remain sectarian
- Peshmerga remains largest and most effective militia
  - Will act to protect Kurdish interests over national interests; final guarantor of Kurdish autonomy

SECRET//REL TO USA, MCF1720160000

PX983

Declassfied by:  MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

Approved for Release

Page 127 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - - - -
1.4b, 1.4d

PX983

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201506

SECRET//REL TO USA, MC... ...160686

MNF-I DCS-INT

# *Conclusion*

- Iraq is more violent, but not all violence is insurgent based (ethno-sectarian strife and overall attacks against civilians remains elevated from pre-Samarra Mosque period)

- AQI, the most dangerous terrorist group, remains adaptive with Zarqawi firmly entrenched as leader and is enacting a revised strategy with the main effort focused on Baghdad, Ramadi, and Diyala

- Majority of Sunni Rejectionists will continue insurgency; radicalized hard-line minority will be drawn towards terrorist groups (improving extremist's weapons and tactics capability for complex attacks), others will elect political engagement

- Militias will continue to perpetuate a climate of intimidation and disregard for the rule of law. JAM is the single largest perpetrator of sectarian strife in the Baghdad area. JAM will continue efforts to expand their area of influence, particularly in run-up to provincial elections

- Public confidence in the effectiveness of the Iraqi government, including the Security Forces has declined reflecting dissatisfaction with levels of basic services, security challenges and ethno-sectarian distrust

Approved for Release

SECRET//REL TO USA, MCFI/20160606

PX983

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

# MNC-I BUA Intel Daily Slides

Feb 07

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, IRQ, MCFI//20170201

## Area of Interest Update

- 1.4b signals continued defiance; Palestinian truce holding; media claims captured soldiers

  - 1.4b nuclear negotiator stated enrichment would not be suspended, during press conference

    - Larijani signaled continued defiance of UN resolution when asked for response to recent IAEA proposal
    - Asserted national interests at stake; claimed Iran seeks solution through diplomatic dialogue

  - Ceasefire between Palestinian factions holding despite sporadic incidents of violence

    - Several recent assassinations of rival militants
    - Truce in effect since Tuesday, five days of intense violence preceded deal; schools, shops had closed

  - Regional satellite channel claiming 11 soldiers held captive by Islamic Courts Council (ICC) in Somalia

- 1.4b indicating dismissal of recent IAEA attempt to re-start negotiations; expect Palestinian truce to breakdown as 11 Feb unity deadline nears.



2

Sources:

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170201
For display only to IRI

## JAM Update

- Recent reporting:
  - Najaf OMS office denied MAS issued statement backing new Baghdad security plan
    - Challenged media 'to produce text of the statement'
    - Did not address whether MAS supported or opposed security plan

  - JAM members reportedly receive sniper training in Muthanna province
    - Training runs approximately 45 days, 15 students per group
      - Between Oct – Dec 06, two groups graduated

    | 1.4b, 1.4d, 1.4c |
    | --- |

    - Graduates reportedly receive diploma signed by MAS


Recent JAM Activity
Baghdad
Najaf
Muthanna

| 1.4c |
| --- |

5

SOURCES:
Open Source, BBC Monitoring: Iraq Media Review 25-31 Jan

| 1.4c |
| --- |

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170201
For display only to IRQ

## Current Situation

- **Contractor aircraft shot down**
  - **Blackwater helicopter shot down south of Baghdad**
    - **Aircraft reportedly received SAF, large caliber SAFIRE, made forced landing**
      - SAFIRE included 7.62, 12.7mm
    - **Crew, PAX recovered by second Blackwater helicopter**
    - **Aircraft later sanitized, destroyed in place by CF mounted patrol**

  - **Indications of large caliber anti-aircraft weapons in the area**
    - **Possible 23mm gun reported in vicinity following yesterday's incident**
    - **AQI anti-aircraft weapons reported near yesterday's crash site as of December**
      - Cache recovered on 19 December contained several large caliber guns, ammunition

  - **SAFIRE incidents focused in MND-B, MND-N**
    - **SAFIRE incidents averaged 55 per month in 2006, majority of incidents SAF attacks, majority ineffective**
      - 70 SAFIRE incidents in January, maintaining above average trend for fifth straight month
    - **Four aircraft lost to SAFIRE, MANPADs in January**
      - All rotary wing; three resulted in A/C losses, one recovered by ground assets

  - **No attack claims, methodology suggest Sunni extremist, resistance groups**
    - **A/C losses historically exploited by multiple extremist, resistance IO forums**
    - **Aircraft likely target of opportunity while over-flying extremist operating area**

- *Opportunistic SAFIRE attack likely executed by Sunni extremist elements. Multiple groups will likely claim responsibility; expect IO portraying ability to successfully engage iconic CF target.*

6

**SCRIPT:**

Notes & Sources:

| |
|---|
| 1.4c |

CIDNE Trends Data

Approved for Release

6

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



Data represents reporting from CIDNE (contains NJOC data).
Data time period:  190001DEC06 – 252400DEC06

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, IRQ, MCFI//20170201

## *STRATEGIC INTELLIGENCE ASSESSMENT- LATE 2006*

- **The conflict in Iraq increasingly transitions into a struggle between Sunni and Shi'a extremists seeking to control key areas in Baghdad, create/protect sectarian enclaves, divert economic resources, and impose their political and religious agendas. Baghdad defines the conflict and remains the focus for sectarian violence. Death squads locked in mutually-reinforcing cycles of sectarian strife forcing Sunni and Shi'a to accept militias for safety. Sectarian violence spreading to Diyala, Kirkuk with competition for provincial influence. Southern Iraq and Anbar conflicts over political and tribal control, CF presence.**

- **Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence in Baghdad, Diyala and Kirkuk. AQI leadership increasingly convergent with AQSL on goals and strategy. Capable cellular networks provide resilience, despite CF operations disrupting leadership. Attacks focus on civilians and ISF with Umar Brigade as AQI's anti-Shi'a death squad front.**

- **Shi'a extremist influence on national and provincial political agendas through infiltration and intimidation further challenges ISF/CF ability to maintain security. Shi'a extremists sponsor death squads within and outside Baghdad to secure Shi'a enclaves from "Ba'athist Belts" by portraying themselves as Shi'a protectors and eliminating Sunni competition; prime agents of sectarian violence.**

- **Sunni Rejectionists continue decentralized, disorganized marginalization. Some hardliners, increasingly augmenting ranks of Sunni extremists, providing professional military effort to expel CF, prevent Shi'a economic, territorial gains and reverse Sunni political skills. Moderates will accept reconciliation, disarmament once death squads eliminated, Shi'a militia disarmed and key political demands met.**

1.4b, 1.4d

- **Maliki Government asserting itself on security issues. Sectarian agendas within key ministries, questionable dependability of MoI elements, rivalry for control of key resources and limited influence of central government outside Baghdad remain challenges. Iraqi government failure to eliminate death squads, control sectarian violence, generate economic growth, and establish an inclusive political environment free from undue   1.4b, 1.4d   pose the greatest long-term risks to MNF objectives.**

8

Approved for release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, IRQ, MCFI//20170202

## Area of Interest Update



- Arab League aims to solve Beirut crisis; Hamas ambush strains truce; Islamists plan insurgency
  - Arab League Secretary General coordinating with Saudi Arabia, Iran for Lebanese political agreement
    - Secretary Gen. planning 8 Feb meeting in Beirut to discuss possible political reconciliation framework
    - Nasrallah speech on A'shura warned "resistance groups" against civil war; viewed as pacifying
  - Hamas ambushed four-truck Fatah convoy after entering Gaza from Israel, straining current truce
    - Several Fatah security force officers killed, 30 civilians reportedly wounded
    - Hamas claimed convoy carrying weapons to Fatah; Fatah stated convoy carrying medical equipment
  - Somali website stated ICC mobilizing for "hit-and-run war," intends to target Ethiopian, Somali forces
- *Nasrallah likely pressured by Iran to make conciliatory comments, enable success of Saudi-Iranian-sponsored Arab League initiative.*

9

Sources:

OSC [____1.4c____] **Saudi Daily Cites Lebanese Officials on Ongoing Saudi,** [__1.4b__] **Efforts**

**Reuters, 1 Feb 07, Hamas Gunmen Ambush Gaza Convoy, Four Killed**

OSC [__(b)(6)__] **Somalia Islamist Forces Reportedly Led by Aweys Mobilize for "Hit-and-Run War"**

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



SECRET//REL TO USA, MCFI//20170202
For display only to IRQ

### Ethno-Sectarian Conflict Update

- **National ethno-sectarian incidents: 26; up 9 from previous day**
  - 1 targeted Shi'a, 25 were unattributed
  - Total casualties: 81 KIA, 200 WIA; up 221 from previous day

- **National Ethno-Sectarian Executions: 10 incidents; 22 killed; up 10 from previous day**
  - 9 occurred in Baghdad; 19 killed

- **Baghdad Incidents: 22; up 5 from previous day**
  - Total casualties: 33 KIA, 47 WIA; up 20 from previous day

- **Significant incidents:**
  - 2 x SVEST attack in Hillah; 45 KIA, 150 WIA
  - 11 x IDF attacks against civilians across Baghdad; 14 KIA, 45 WIA

Ethno-sectarian Daily Incident and Casualty Trends
From 0001 Feb 01 – 2400 Feb 01 2007

Legend: Shi'a | Sunni | Other | Unattributed | Total Casualties | ESE Deaths

BAGHDAD

LEGEND
ESE
VBIED
SVBIED
SVEST
IDF
Majority Shi'a | Majority Sunni | Mixed

**Assessment:** IDF attacks continued against civilians in Adhamiyah and Kadhimiyah. Expect ethno-sectarian executions to increase within next 24 hours following lull attributed to Ashura.

Source: CIDNE (includes NJOC)

11

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170202
For display only to IRD

## JAM Update

- Recent reporting:
  - Sharp dispute has erupted within senior Sadrists over authority to designate JAM members for BSP
    - Qays al-Khaz'ali has developed list of JAM members to serve as Sadr City IP's in support of BSP
    - OMS political committee did not authorize list and are taking steps to annul it

  - Sunnis denied agreement with Sadrists on Baghdad security
    - Late Jan, senior Sadrist Baha al-Araji announced agreement between Sadrists, Sunni Iraqi Islamic Party (IIP) to form joint security committees
    - IIP leader, Vice President Tariq al-Hashimi denied agreement was reached
      - **Stated security situation is 'so complicated' these committees will not solve the security problem**



Recent JAM Activity

Sadr City

**Assessment:** *Sadr's absence and apparent lack of guidance resulting in unclear lines of authority as well as infighting among his senior followers. Sadrist consensus for JAM to have cooperative security role in Sadr City; implications for other Sadrist Baghdad strongholds are unclear. Sadrists unlikely to cease sectarian operations targeting Sunnis. Deep mistrust makes formation of any Sadr/IIP security alliance unlikely.*

12

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170202
For display only to IRQ

## Current Situation

- **Suicide attack in Hilla**
  - **Coordinated suicide attack targeted market in Hilla**
    - **Two suicide vests targeted Shi'a civilians; reportedly nearly 200 casualties**
    - **Last major attack in Hilla killed 125 LNs in February 2005**
  - **January high profile attacks above norm**
    - **114 HP incidents nationwide in January, up 15% from 2006 average of 99**
      - 73 VBIED incidents in January, highest VBIED month since May 2005, up significantly from 2006 average of 48
      - 17 SVBIEDs in January, down 42% from 2006 monthly average of 31
      - 13 suicide vests in January, highest SVEST month since February 2005, up 4 from 2006 average of 9
    - **Total HP attack casualties during January up 56% from 2006 average of 974**
      - Highest total since July 2006
  - **No attack claims; targeting, reporting indicate AQI-affiliated Sunni extremist organizations**
    - **Continued focus on Shi'a civilian crowds to maximize casualties**
    - **Threat reporting indicated AQI intended to target Shi'a crowds in Babil province during A'shura**
      - Timing, location of attack possibly shifted due to increased A'shura security
- *Extremists modified method of HP attacks:  increasing SVEST, VBIED; decreasing SVBIED in January, likely due to colder weather enabling SVEST concealment, increased security driving variations.  Change of tactics increased high profile operational effectiveness.*

13

**SCRIPT:**

Approved for Release

13

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170202
For display only to MCFI

## Outlook: IO Themes and Effects

**Terrorists and Foreign Fighters (T&FF)**
- ISI/AQI propaganda volume up 59 to 436
  - Released statement claiming full control of all districts of Diyala Province
  - Demanded three 4b, 1.4a ptured in Mosul be handed over to them
  - Claimed to cause US forces to "flee" in three engagements
- AS propaganda volume down 4 to 49
  - Claimed  assassination of US Embassy employee
- IAI propaganda volume up 1 to 96
  - Denied decrease in operations
- Miscellaneous propaganda volume down 44 to 18

**Sunni Resistance**

- **Propaganda volume down 7 to 48**
  - **1920 BDE claimed to down helicopter on 23 Jan in Al Fadl area of Baghdad**
  - **Call & Encampment BDE claimed to down a Black Hawk on 26 Jan in Al Anbar**
  - **1920 BDE republished key points of group creed; Called for support and patience**
  - **Ba'ath Party released repeated calls for party unity, commitment to cause**
  - **Ameriyah Forces Command (AFC) released messages detailing Iraqi Resistance objectives; outlined CF and Resistance negotiation points**

*Assessment:  Propaganda volume remained steady.  Attacks against CF helicopters, proclamation of group objectives common themes this week.  AFC opposing CF and Sunni Resistance negotiations unless key Sunni demands met.  Expect higher level of SAFIRE against CF aircraft to continue due to perceived IO success, increased calls for unity of Sunni groups against Shia militants.*

14

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, IRQ, MCFI//20170202

## STRATEGIC INTELLIGENCE ASSESSMENT- LATE 2006

- The conflict in Iraq increasingly transitions into a struggle between Sunni and Shi'a extremists seeking to control key areas in Baghdad, create/protect sectarian enclaves, divert economic resources, and impose their political and religious agendas. Baghdad defines the conflict and remains the focus for sectarian violence. Death squads locked in mutually-reinforcing cycles of sectarian strife forcing Sunni and Shi'a to accept militias for safety. Sectarian violence spreading to Diyala, Kirkuk with competition for provincial influence. Southern Iraq and Anbar conflicts over political and tribal control, CF presence.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence in Baghdad, Diyala and Kirkuk. AQI leadership increasingly convergent with AQSL on goals and strategy. Capable cellular networks provide resilience, despite CF operations disrupting leadership. Attacks focus on civilians and ISF with Umar Brigade as AQI's anti-Shi'a death squad front.

- Shi'a extremist influence on national and provincial political agendas through infiltration and intimidation further challenges ISF/CF ability to maintain security. Shi'a extremists sponsor death squads within and outside Baghdad to secure Shi'a enclaves from "Ba'athist Belts" by portraying themselves as Shi'a protectors and eliminating Sunni competition; prime agents of sectarian violence.

- Sunni Rejectionists continue decentralized, disorganized marginalization. Some hardliners, increasingly augmenting ranks of Sunni extremists, providing professional military effort to expel CF, prevent Shi'a economic, territorial gains and reverse Sunni political skills. Moderates will accept reconciliation, disarmament once death squads eliminated, Shi'a militia disarmed and key political demands met.

- 

1.4b, 1.4d

- Maliki Government asserting itself on security issues. Sectarian agendas within key ministries, questionable dependability of MoI elements, rivalry for control of key resources and limited influence of central government outside Baghdad remain challenges. Iraqi government failure to eliminate death squads, control sectarian violence, generate economic growth, and establish an inclusive political environment free from undue   1.4b, 1.4d  pose the greatest long-term risks to MNF objectives.

15

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

Page 16 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - - -
1.4b, 1.4d, 1.4c

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170203
For display only to IRB

## JAM Update

- Recent reporting:
  - JAM in Shurta, Baghdad plan to avoid CF during Operation TOGETHER FORWARD
    - Shurta JAM elements reportedly scared of CF and do not want to fight them
    - JAM hopes CF 'wipes out' local Sunni fighters in neighboring Duwanim instead

  - 2 Feb media reports Sadrists placed decision for disbanding JAM with religious leaders
    - Said Grand Ayatollah Sistani in Najaf and Grand Ayatollah Ha'iri in Iran 'responsible for disbanding or keeping' JAM
    - Sadr aide asserted 'Sadr visited Sistani, discussed disbanding JAM and the latter refused'



Recent JAM Activity

*Assessment*: Most JAM Baghdad elements believed to be adopting defensive posture; assess this will compel CF/ISF to primarily target Sunni extremists. This perception may be driving recent expressions of support for TOGETHER FORWARD from some Sadrists. Deferring to religious authorities allows Sadr to remove himself from responsibility for disarming JAM. Sadr likely believes Sistani views JAM as last alternative for protecting Shi'a, will not force JAM to disarm.

19

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170203
For display only to IRD

## Current Situation

- **SAFIRE incident North of Baghdad**
  - **AH-64 reported shot down by suspected large-caliber SAFIRE near Taji**
    - Wingman reported SAFIRE as likely cause of incident
    - Catastrophic crash, crew KIA
    - Multiple IEDs encountered by mounted patrol sent to secure crash site

  - **Five rotary wing aircraft lost to enemy action in last 30 days**
    - Significant increase in successful aircraft engagements
      - Most incidents involved SAFIRE from large-caliber weapons; one complex attack, possibly employing MANPAD, SAFIRE
      - Large caliber weapons, ammunition recently recovered from caches
    - Methodology similar to recent incidents in rural areas surrounding Baghdad
      - Selection of remote area frequented by CF air assets, possible IED emplacement to impede QRF response

  - **Reporting, methodology suggests Sunni insurgents responsible**
    - Reporting indicates specific Sunni insurgent group possibly carried out attack using large caliber weapon mounted on truck, claimed attack included "Strela" MANPAD
      - Indicated attack was preplanned due to observation of airborne patrols in area over time
    - Recent Sunni extremist, insurgent success against aircraft possibly spurring similar attacks

- *SAFIRE attack likely carried out by Sunni insurgent elements.  Expect SAFIRE attacks to continue as enemy forces emboldened by perceived IO success of recent engagements.*

20

**SCRIPT:**

Notes & Sources:

| 1.4c |
| --- |

CIDNE Trends Data

20

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170203
For display only to IRQ

## Outlook:  Increasing IED Effectiveness in Mosul



- Significant spike in lethality of IED attacks
  - Jan, 29 effective IED attacks
    - Jan, 6 CF KIA, 25 CF WIA
    - Dec, 0 CF KIA, 8 CF WIA
    - Nov, 4 CF KIA, 11 CF WIA
- Insurgents benefiting from Iraqi Army Lead (IAL);
  becoming more proficient
  - Recent battle space turnover, reduction of CF;
    greater FOM to conduct attacks
  - Increased usage of improvised containers for
    explosive delivery

  - 15 Jan, CWIED; buried, consisted of 1000 lbs HE within industrial size acetylene tanks
- IED attacks in Mosul remain the most common attack targeting CF
  - Average 23 IED attacks/week targeting CF over a twelve-week period
  - Common munitions between 57 mm to 155 mm readily available
  - IED cells utilize additional time and FOM resulting from M&I on IP, for improved emplacement

**Assessment:** *IED attacks account for the majority of insurgent operations targeting CF in Mosul.  The recent increase in lethality of IED attacks attributable to improved insurgent TTPs, increased FOM derived from IAL and M&I targeting IP.  Expect insurgents to identify and duplicate most effective attack methods.*

21

21

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170203
For display only to IRQ

## STRATEGIC INTELLIGENCE ASSESSMENT- LATE 2006

- The conflict in Iraq increasingly transitions into a struggle between Sunni and Shi'a extremists seeking to control key areas in Baghdad, create/protect sectarian enclaves, divert economic resources, and impose their political and religious agendas. Baghdad defines the conflict and remains the focus for sectarian violence. Death squads locked in mutually-reinforcing cycles of sectarian strife forcing Sunni and Shi'a to accept militias for safety. Sectarian violence spreading to Diyala, Kirkuk with competition for provincial influence. Southern Iraq and Anbar conflicts over political and tribal control, CF presence.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence in Baghdad, Diyala and Kirkuk. AQI leadership increasingly convergent with AQSL on goals and strategy. Capable cellular networks provide resilience, despite CF operations disrupting leadership. Attacks focus on civilians and ISF with Umar Brigade as AQI's anti-Shi'a death squad front.

- Shi'a extremist influence on national and provincial political agendas through infiltration and intimidation further challenges ISF/CF ability to maintain security. Shi'a extremists sponsor death squads within and outside Baghdad to secure Shi'a enclaves from "Ba'athist Belts" by portraying themselves as Shi'a protectors and eliminating Sunni competition; prime agents of sectarian violence.

- Sunni Rejectionists continue decentralized, disorganized marginalization. Some hardliners, increasingly augmenting ranks of Sunni extremists, providing professional military effort to expel CF, prevent Shi'a economic, territorial gains and reverse Sunni political skills. Moderates will accept reconciliation, disarmament once death squads eliminated, Shi'a militia disarmed and key political demands met.

- 

|  |
|---|
| 1.4b, 1.4d |

- Maliki Government asserting itself on security issues. Sectarian agendas within key ministries, questionable dependability of MoI elements, rivalry for control of key resources and limited influence of central government outside Baghdad remain challenges. Iraqi government failure to eliminate death squads, control sectarian violence, generate economic growth, and establish an inclusive political environment free from undue   1.4b, 1.4d   pose the greatest long-term risks to MNF objectives.

22

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, IRQ, MCFI//20170204

## Area of Interest Update

- Ten arrested for terror funding in Saudi; factions pledge third truce in Gaza; envoys tour nuke site
  - Saudi Arabian interior ministry announced arrest of ten people for suspicion of funding terror activity
    - Seven Saudis, one foreigner arrested while meeting in Jeddah on Friday, two other Saudis in separate raids
    - Interior Ministry: the money was being used to lure "the sons of the nation to disturbed places"
  - Palestinian factions met Saturday to attempt third ceasefire since Tuesday
    - Inter-factional engagements continued; makeshift checkpoints reported throughout Gaza
    - Following meeting PM Haniyah appealed for calm, called for fighters to withdrawal from streets
  - Non-aligned Movement envoys toured Iranian uranium conversion site at Isfahan
    - Iranian officials stressed "transparency" during visit

- *Palestinian leaders likely reluctant to fully restrain respective factions prior to upcoming Mecca peace conference for resolute posture.*

**Saudi Arabia**



UNCLASSIFIED

**Ahmadinejad at Isfahan**



UNCLASSIFIED

23

Sources:

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170204
For display only to IRQ

## JAM Update

- Recent reporting:
  - JAM commander in Mu'alif, SW Baghdad ordered followers to cease attacks against CF unless necessary for self-defense
    - JAM ordered to keep weapons out of sight, members targeted by CF ordered to relocate
      - JAM to abide orders until otherwise instructed
    - JAM also ordered to stop fighting among themselves

  - Mu'alif JAM elements intended to reinforce Basrah associates, late Jan
    - Basrah JAM reportedly short of ammunition following engagement with police commandos
    - Baghdad group struggling to obtain ammunition on short notice



Recent JAM Activity

Mu'alif

Basrah

**Assessment**: *JAM leadership continues to convey MAS mid-Jan message condoning JAM defensive, but not offensive attacks on CF. JAM leadership believes low-profile, defensive posture best way to limit impact of new Baghdad security plan, HVI targeting. Continued lack of direction from senior-most Sadrist leadership may be causing infighting among lower ranks. CF/ISF targeting of JAM leadership possibly starting to impact JAM logistical networks.*

26

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

Approved for Release

SECRET//REL TO USA, MCFI//20170204
For display only to IRQ

## Current Situation

- **Complex, coordinated attack in Kirkuk**
  - **Multiple IEDs, VBIEDs detonated within three hour period**
    - **1 x SVBIED targeted Kurdish Democratic Party Substation**
    - **3 x IEDs detonated in northern Kirkuk**
      - One targeted home of PUK member
    - **6 x VBIEDs detonated within mixed areas in central, southern Kirkuk**
      - Four reportedly targeted known Kurdish interests
    - **Reportedly 25 cumulative casualties, all civilians**

  - **Over the past 12 months, 14 multiple-VBIED days occurred in Kirkuk**
    - **Six days totaled at least three; the highest was six on 15 October 06**
    - **Incidents yesterday exceeded Kirkuk monthly average; highest day on record**

  - **Methodology, targeting indicate AS, AQI involvement**
    - **Targets likely chosen to degrade public perception of ISF ability to provide security, undermine KDP/PUK**
    - **Attack possibly timed to coincide with ISI announcement of plan to counter new MNF strategy**
      - Claimed plan "does not include Baghdad alone;" will "expand the circle of battles"

- ***Targeting, resultant low casualty numbers indicative of AS involvement in yesterday's attack, number of VBIEDs suggests AQI facilitation.  Expect continued coordinated attacks to destabilize Kirkuk, undermine Kurdish political leadership. AQI possibly seeking to demonstrate MNF strategy failure outside of capital.***

27

**SCRIPT:**

<u>Notes & Sources:</u>

| 1.4c |
| --- |

CIDNE Trends Data

27

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170204
For display only to IRQ

## Current Situation

- **Suicide attack in Hit**
  - **SVEST targeted ISF in Hit**
    - **Attacker reportedly approached IP CP on bridge**
    - **5 IP Casualties, 5 civilian casualties**

  - **Attacks targeting ISF in MNF-W increased since June 2006**
    - **Last 7 months exceeded 2006 average of 131 attacks per month**
      - Majority of attacks were SAF (726 of 1576) with many complex incidents
      - IED attacks second most frequent (298); IDF third most frequent (291)
    - **Last four out of five months high profile attacks above 2006 average of six per month**
      - January 2007 two above average at eight

  - **Attacks targeting ISF in MNF-W AQI, Sunni extremist tool**
    - **Intended to protect critical LOCs, maintain freedom of maneuver, contribute to ongoing IO campaign**
    - **Attempt to discredit ISF capability to protect populace, persuade public to trust extremists for protection**

  - **ISF in MNF-W continues to develop locally-manned presence, capability, demonstrate professionalism despite extremist attacks**

- *Sunni extremist organizations in MNF-W continuing pressure on ISF in attempt to protect freedom to operate, enable IO effort by discrediting ISF, Anbar authorities.  Expect attacks targeting ISF to continue as Iraqis develop effective, locally-manned security forces.*

28

**SCRIPT:**

Notes & Sources:

| 1.4c |
| --- |

CIDNE Trends Data

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

 

SECRET//REL TO USA, MCFI//20170204
For display only to IRQ

## Outlook: Islamic State of Iraq Vulnerabilities

- Senior al-Qai'da (AQ) religious adviser addresses concerns of current al-Qai'da in Iraq (AQI) and potential Islamic State of Iraq (ISI) supporters:
  - Suggested proclamation of the ISI not unilateral; had widespread support
  - Responded to concerns over lack of territorial sovereignty, claiming ISI "controls" al-Anbar
  - Dismissed doubts regarding Egyptian-born AQI leader Abu Ayyub al-Masri's (AAM) right to lead
  - Stated ISI head Umar al-Baghdadi is well known in Iraq; al-Baghdadi's claim to "Commander of the Faithful" title applies only to Iraq

- Foreign jihadist support one key element to AQI's ability to fight
  - Jihadist imams abroad identify, indoctrinate, recruit foreign fighters (FF)
  - Foreign-based jihadist networks facilitate FF, materials, money into Iraq
  - Wealthy jihadist donors continue to finance AQI operations

*Assessment:  AQI's proclaimed establishment of the ISI has proven more of a liability than a successful strategic maneuver.  Rejection of the ISI concept by non-Iraqi jihadist supporters could disrupt several key enablers of AQI operations.  Expect continued AQ and AQI efforts to gain support from Sunni religious leaders, insurgent groups and external supporters to bolster the ISI's legitimacy.*

29

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170204
For display only to IRQ

## STRATEGIC INTELLIGENCE ASSESSMENT- LATE 2006

- The conflict in Iraq increasingly transitions into a struggle between Sunni and Shi'a extremists seeking to control key areas in Baghdad, create/protect sectarian enclaves, divert economic resources, and impose their political and religious agendas. Baghdad defines the conflict and remains the focus for sectarian violence. Death squads locked in mutually-reinforcing cycles of sectarian strife forcing Sunni and Shi'a to accept militias for safety. Sectarian violence spreading to Diyala, Kirkuk with competition for provincial influence. Southern Iraq and Anbar conflicts over political and tribal control, CF presence.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence in Baghdad, Diyala and Kirkuk. AQI leadership increasingly convergent with AQSL on goals and strategy. Capable cellular networks provide resilience, despite CF operations disrupting leadership. Attacks focus on civilians and ISF with Umar Brigade as AQI's anti-Shi'a death squad front.

- Shi'a extremist influence on national and provincial political agendas through infiltration and intimidation further challenges ISF/CF ability to maintain security. Shi'a extremists sponsor death squads within and outside Baghdad to secure Shi'a enclaves from "Ba'athist Belts" by portraying themselves as Shi'a protectors and eliminating Sunni competition; prime agents of sectarian violence.

- Sunni Rejectionists continue decentralized, disorganized marginalization. Some hardliners, increasingly augmenting ranks of Sunni extremists, providing professional military effort to expel CF, prevent Shi'a economic, territorial gains and reverse Sunni political skills. Moderates will accept reconciliation, disarmament once death squads eliminated, Shi'a militia disarmed and key political demands met.

1.4b, 1.4d

- Maliki Government asserting itself on security issues. Sectarian agendas within key ministries, questionable dependability of MoI elements, rivalry for control of key resources and limited influence of central government outside Baghdad remain challenges. Iraqi government failure to eliminate death squads, control sectarian violence, generate economic growth, and establish an inclusive political environment free from undue 1.4b, 1.4d pose the greatest long-term risks to MNF objectives.

30

Approved for release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



Approved for Release

**Sources:**

OSC [ 1.4c ] Syria:  Former Information Minister Denies Syrian Involvement in Iraq's Bombings

OSC [ 1.4c ] Al-Jazeera Reports on Video of Downing US Helicopter in al-Taji

Reuters, 4 Feb 07, UAE Names Eight Women to Advisory Council

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170205
For display only to IRQ

## JAM Update

- Senior Diwaniyah OMS official ruled out holding talks with CF
  - 'We reject negotiating with [CF] or sitting with their representatives at the same table'
  - JAM maintains Sadr City-like safe haven in northeastern quarter of Diwaniyah

- Senior Sadrist spokesman Shaykh Khalil al-Maliki, found dead in Basrah, 4 Feb
  - Reportedly killed by an unidentified gunmen
  - 8 Dec 06, Maliki threatened attacks by his tribe against Basrah governorate buildings
    - Demanded release of detainees from Maliki's tribe captured by CF
    - Detainees members of JAM IDF, assassination team



Recent JAM Activity

Baghdad

Diwaniyah

Basrah

**Assessment:**  Diwaniyah OMS likely responding to reported negotiations between Sadr City mayor, OMS/JAM and CF, GoI regarding support for Baghdad security plan.  Statement may reflect emerging divisions among OMS leaders during Sadr's absence.  Retaliatory attacks possible from Basrah JAM and/or tribal followers against perceived assailants given al-Maliki's prominence in Basrah, advocacy of Sadrists' interests.

SECRET//REL TO USA, MCFI//20170205
For display only to IRQ

33

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170205
For display only to IRD

## Current Situation

- **Sectarian IDF attacks in Baghdad**
  - **Mortar fire targeted mosque in Adhamiyah**
    - **Abu Hanifa Mosque (Sunni) targeted by 14 X 81mm mortars**
    - **Point of origin in Shi'a section of Adhamiyah**
    - **Reportedly eight civilian casualties, one house set ablaze**

  - **IDF targeting civilians in Baghdad returned to typical level following A'shura spike**
    - **January averaged less than two IDF attacks against civilians per day until 29 January – 1 February when attacks spiked to 11 per day; 19 attacks on 30 January**
      - IDF returned to more typical level 2 – 4 February
      - Majority of IDF attacks during spike took place in Adhamiyah, Kadhamiyah
    - **Last six months averaged 29 IDF attacks targeting civilians per month**
      - 73 IDF attacks reported in January; over double monthly average

  - **IDF attacks conducted by both Sunni, Shi'a elements for various reasons**
    - **Cyclic IDF likely prompted by 29 January IDF against Shi'a mosque in Zafaraniya**
    - **Increased employment of IDF possibly due to increased CF, ISF security operations resulting in restricted freedom of movement, operation**
    - **Shi'a IDF likely prompted by initial Sunni IDF during A'shura, recent high profile attacks**
      - IDF provides greater deniability, standoff distance than typical M&E activity

- *IDF exchanges in Baghdad spiked during A'shura likely prompted by Sunni attacks on iconic religious sites, Shi'a retaliatory fire. Expect IDF to sustain typical lower level, cyclic exchanges; although future Baghdad security operations may drive IDF increase due to further restricted militant FOM.*

SECRET//REL TO USA, MCFI//20170205
For display only to IRD

34

**SCRIPT:**

Notes & Sources:

| 1.4c |
| --- |

CIDNE Trends Data

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

**SECRET//REL TO USA, MCFI//20170205**
For display only to Iraq

## STRATEGIC INTELLIGENCE ASSESSMENT- LATE 2006

- The conflict in Iraq increasingly transitions into a struggle between Sunni and Shi'a extremists seeking to control key areas in Baghdad, create/protect sectarian enclaves, divert economic resources, and impose their political and religious agendas. Baghdad defines the conflict and remains the focus for sectarian violence. Death squads locked in mutually-reinforcing cycles of sectarian strife forcing Sunni and Shi'a to accept militias for safety. Sectarian violence spreading to Diyala, Kirkuk with competition for provincial influence. Southern Iraq and Anbar conflicts over political and tribal control, CF presence.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence in Baghdad, Diyala and Kirkuk. AQI leadership increasingly convergent with AQSL on goals and strategy. Capable cellular networks provide resilience, despite CF operations disrupting leadership. Attacks focus on civilians and ISF with Umar Brigade as AQI's anti-Shi'a death squad front.

- Shi'a extremist influence on national and provincial political agendas through infiltration and intimidation further challenges ISF/CF ability to maintain security. Shi'a extremists sponsor death squads within and outside Baghdad to secure Shi'a enclaves from "Ba'athist Belts" by portraying themselves as Shi'a protectors and eliminating Sunni competition; prime agents of sectarian violence.

- Sunni Rejectionists continue decentralized, disorganized marginalization. Some hardliners, increasingly augmenting ranks of Sunni extremists, providing professional military effort to expel CF, prevent Shi'a economic, territorial gains and reverse Sunni political skills. Moderates will accept reconciliation, disarmament once death squads eliminated, Shi'a militia disarmed and key political demands met.

- 

1.4b, 1.4d

- Maliki Government asserting itself on security issues. Sectarian agendas within key ministries, questionable dependability of MoI elements, rivalry for control of key resources and limited influence of central government outside Baghdad remain challenges. Iraqi government failure to eliminate death squads, control sectarian violence, generate economic growth, and establish an inclusive political environment free from undue 1.4b, 1.4d pose the greatest long-term risks to MNF objectives.

36

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, IRQ, MCFI//20170206

## Area of Interest Update

- Al-Assad rhetoric; Iranian installation; Israeli call for Barghouti's release
  - President al-Assad stated Syria capable of brokering peace in Iraq
    - Claimed Syria has credibility necessary to mediate sectarian truce; MNF approach flawed:
      - "After nearly four years of occupation, they haven't learned their lesson, they haven't started the dialogue"
    - Denied allegations Syria assisting foreign fighter facilitation, stated US looking for "scapegoats"
  - IAEA officials assert Iran has begun industrial-scale centrifuge installation at Natanz
    - Claimed two sets of 164 centrifuges installed as vanguard for planned total of 3,000 by June
    - Iran planning announcement of "significant" nuclear progress on 11 February to commemorate Islamic Rev
  - Senior Kadima minister called for release of Marwan Barghouti to support Fatah, secularism
    - Barghouti serving five life sentences in Israeli prison for murder; viewed as most popular Palestinian leader
- *Barghouti widely regarded as only person able to unify factions, rein in militants, re-invigorate peace process*





**Marwan Barghouti**

CONFIDENTIAL//REL TO USA, IRQ, MCFI//20170206

*Information compiled from open sources* 37

Sources:

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170206
For display only to mtz

## JAM Update

- Sadrist-associated officials in Baghdad announce delay in new security measures
  - Sadrist Deputy Mayor of Baghdad, Kabbi said BSP delayed "because Iraqi Army is not ready"
  - Sadr City Mayor Daraji publicly stated new plan may not be in place for another 15 to 20 days

- 4 Feb, JAM cell leader Khazim al-Hamdani killed during ISF/CF operation in Baqubah
  - Sadrist parliamentary spokesman alleged Hamdani was "stabbed with a bayonet"



*Assessment:*  Sadrist comments on ISF readiness possibly aimed at bolstering JAM's position as Shi'a protector.  Public statements also demonstrate level of desire by Sadrist leaders in Sadr City to be publicly associated with BSP preparations, increase popular legitimacy.  Hamdani's death is unlikely to significantly disrupt JAM operations in Diyala.

SECRET//REL TO USA, MCFI//20170206
For display only to mtz

40

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



## Current Situation

- **High profile effectiveness against civilians up over last three months**
  - **Civilian casualties up while incident totals remained steady**
    - **HP casualties per incident rising since November**
      - Last three months effectiveness steadily increased from 26 casualties/incident in November to 36 casualties/incident in January
    - **HP incidents against civilians remained steady at average of 23**
      - 9 of last 12 months HP incidents against civilians close to historical mean
        - » September, October 2006 incidents below average, likely due to Ramadan
        - » November 2006 incidents above average
      - Total January 2007 incidents same as 12-month average
    - **Last three months complex incidents more than double 12-month average**

  - **High profile effectiveness attributed to extremist tactical refinement**
    - **Increased focus on high civilian concentration areas**
    - **Increased employment of complex, coordinated attacks in last three months**
    - **Possible indications of extremists striving to increase explosives yield**

- *Sunni extremists demonstrating increased lethality per incident in last three months due to continued advances in VBIED employment, target selection. Expect Rusafa VBIED attacks to be less effective in near term as facilitation networks reconstitute after recent CF degradation of senior leadership.*

41

**SCRIPT:**

<u>Notes & Sources:</u>

CIDNE Trends Data

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170206
for display only to IRQ

## CIVIL WAR: INDICATORS

| Indicator | Trend | Reporting:  27 Jan - 2 Feb 2007 |
|---|---|---|
| Ethno-sectarian identities are the overriding force driving decision-making | ↔ | • President Talabani met with US House Speaker Nancy Pelosi and discussed security, political process and national reconciliation.<br>• IIP leader, Vice President Tariq al-Hashimi denied agreement with Sadrists on Baghdad security has been reached. |
| Unrestrained, self-sustained sectarian strife across multiple provinces | ↑ | • National Sectarian incidents: 207; up 19%  previous week<br>• National Sectarian casualties: 1068; up 51%<br>• National executions: 256 KIA; up 11%<br>• Baghdad Sectarian incidents: 183; up 22%<br>• Baghdad Sectarian casualties: 661; up 15%<br>• Baghdad executions: 237 KIA; up 21% |
| Ethno-sectarian mobilization | ↔ | • Basrah JAM reportedly short of ammunition following engagement with police commandos; Baghdad group struggling to obtain ammunition on short notice; JAM ordered to keep weapons out of sight in Sadr City. |
| Population movements | ↑ | • Internally displaced families in Iraq: IOM: 60,243 (no new data); MoDM: 72,000 (up 16,997), approximately 432,000 total individuals<br>• Forced displacement predominately in Rashid and northern Karkh. |

**Assessment:** JAM logistic networks potentially affected by ISF/CF targeting of JAM leadership.  JAM continuing low-profile, defensive posture to limit Baghdad security plan impact, reduce exposure to HVI targeting; however forced displacement activity evident in select areas.

SECRET//REL TO USA, MCFI//20170206
for display only to IRQ

42

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, IRQ, MCFI//20170207

## Area of Interest Update

- Palestinian leaders meet in Mecca; Iran blames CF for diplomat abduction; IRGC to test missiles
  - Abbas and Hamas leaders arrived in Mecca for peace negotiations
    - Hamas spokesman claimed both sides now have resolve necessary to reach durable unity agreement
    - Senior Abbas aide stated talks will aim to persuade Hamas to accept program of PLO
      - Acceptance of PLO program would implicitly recognize Israel, set conditions to end economic blockade
  - Iranian FM spokesman blamed CF for abduction of Jalal Sharafi, Iranian embassy second secretary
    - Sharafi reportedly abducted Sunday in Karrada by men wearing IA uniforms
    - Claimed Sharafi kidnapped by group linked to MoD, "which works under the supervision of [MNF]"
  - IRGC-AF, Navy announced military exercise for southern, central Persian Gulf, Sea of Oman
    - Two-day exercise to begin today, to include "missile interception and test firing"

- *Influential ministerial positions likely to remain key negotiating point for Palestinians; expect wide-spread violence if peace talks fail.*



*Information compiled from open sources* **43**

Sources:

Reuters, 6 Feb 07, Palestinian Rivals Land in Saudi for Unity Talks

BBC, 6 Feb 07, Iran Envoy 'Abducted in Baghdad'

OSC _____(b)(6)_____ | 1.4b | to Test Missiles in Upcoming Maneuvers in Gulf, Oman Sea

Approved for Release

43

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



44

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



### Ethno-Sectarian Conflict Update

- National ethno-sectarian incidents: 11; down 11 from previous day
  – 3 targeted Shi'a; 8 were unattributed
  – Total casualties: 13 KIA, 15 WIA; down 54 from previous day

- National Ethno-Sectarian Executions: 6 incidents; 8 killed; down 12 from previous day
  – 5 occurred in Baghdad; 8 killed

- Baghdad Incidents: 8; down 8 from previous day
  – Total casualties: 11 KIA, 15 WIA; down 60 from previous day

- Significant incidents:
  – 1 x VBIED in Doura; 3 KIA, 10 WIA
  – 1 x VBIED in New Baghdad; 2 KIA, 5 WIA

**Assessment:** Sunni elements employed VBIEDs in contested areas. Expect level of ethno sectarian activity to increase slightly within the next 24 hours to more typical volume.

45

Source: CIDNE (includes NJOC)

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170207
For display only to ISAF

## JAM Update

- Sadrist spokesman identified Khazim al-Hamdani as director of Sadr's political office in Diyala
  - Hamdani was killed 4 Feb during CF/ISF operation in Baqubah
  - Spokesman denied press reports Hamdani was 'rogue JAM' or had distanced himself from Sadr movement
  - Spokesman called the death a 'provocation'

- Sadrist attended conference in Kirkuk of groups opposed to joining Kurdistan region, 4 Feb
  - Participants reportedly included Sadrists and members from Sunni Iraqi Islamic Party
  - Conference spokesman said participants demanded GoI postpone implementation of Article 140, dealing with status of Kirkuk
    - Article 140 reverses Kirkuk Arabization



Recent JAM Activity

**Assessment:** *Hamdani's death will likely further increase Sadrist leadership paranoia of CF, ISF targeting. Sadrists attendance at the Kirkuk conference reaffirms commitment to representing Shi'a interests nationally; cooperation with Sunni groups to achieve local goals.*

46

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170207
For display only to IRD

## Current Situation

- **IED attacks in Kirkuk**
  - **Three IEDs targeted Kurdish families**
    - Devices placed near front gate of each home, located in same area
    - Kurdish victims claimed targeted for living in Arab neighborhood
    - Local IP detained civilian male who lives nearby
  - **IED attacks targeting civilians up in 2007**
    - **January 2007 highest number of IED attacks on civilians in Kirkuk on record**
      - More than double 2006 average of five per month
      - February on track to exceed January high
    - **Overall attack totals high, not unprecedented; increased focus on civilians**
      - 2006 average of 24 total attacks per month, 18% targeted civilians
      - January 2007 30 total attacks, 37% targeted civilians
  - **Increased Sunni insurgent targeting of civilians to intimidate, extort funds**
    - **5 February incident possibly indicates successful local recruitment, facilitation by larger Sunni extremist organizations**
      - Recent reporting indicated AAS threats to Kurds living in Arab neighborhoods
    - **Incidents likely aim to intimidate, force relocation of Kurdish families**
    - **Civilian attacks also likely intended to undermine security, discredit IG**
    - **Other recent attacks assessed as intended to extort money from LNs**

- *Kirkuk attack trends indicate targeting shift, greater targeting of Kurdish civilians.  Expect targeting of Kurds to continue as Sunni extremists, insurgents seek to reduce Kurdish presence in Arab enclaves.*

47

**SCRIPT:**

Notes & Sources:

MNC-I SIGACTS:                           1.4c

CIDNE Trends Data

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170207
for display only to IRQ

## Outlook: Shi'a Fringe

- Recent conflict in Najaf highlights potential threat of apocalyptic Shi'a groups
- Jund al-Sama; "Soldiers of Heaven"
  - Led by Diya Kazim Abd al-Zahrah (deceased)
  - Believed destruction of Shi'a leadership in Najaf would trigger revelation of Mahdi
  - Likely retains presence in Hilla, Kut, Basra
- **Jaysh al Sarkhi; "Army of Guardians"**
  - **Led by Mahmud al-Hassani al-Sarkhi who claims direct contact with Mahdi**
  - **Sarkhi was a disgruntled student of Muhammad al-Sadr, Muqtada's father**
  - **In conflict with Sadrists,** ___1.4b___ CF, and GoI
- **Several smaller groups:**
  - Jund Allah – led by Ahmad al-Hassan; created just after US invasion
  - Al-Mumahhidun - led by Muhsin al Hamami; main presence in Basrah
  - Al-Musta'jilun – believes sowing corruption will accelerate Mahdi's return
- **Media reaction generally ambivalent or negative toward these groups; little public reaction underscores their marginality**

(b)(3), (b)(6)

(b)(6)

*Assessment:*  Majority of groups' theology centers around revelation of 12th Imam or Mahdi. Fanatical, militant nature of such groups may present danger out of proportion with limited membership, influence; engagements with larger groups could cause significant ISF casualties. Lack of significant public support will likely minimize overall impact of groups.

48

Approved for release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170207
For display only to IRQ

## *STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007*

- The nature of the enemy and the conflict in Iraq has shifted from a Sunni–led resistance against perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups.  Baghdad and the surrounding belts remain the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along lines of communications into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence; they seek the creation of a Sunni Islamic State of Iraq.  Despite renewed efforts to further the "Islamic State of Iraq" declared in October, it has not received widespread support.  AQI leadership is increasingly convergent with AQSL on goals and strategy.  Capable cellular networks provide resilience despite CF operations disrupting leadership.  Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq.  Pursuit of viable chemical weapons capability continues.

- Shi'a extremist and militia influence on national and provincial political agendas exists through infiltration and intimidation, challenging Iraqi government authority.  Shi'a extremists and militia use death squads to expand influence throughout Baghdad and surrounding belts; portray themselves as Shi'a protectors; prime agents of systematic sectarian cleansing. Shi'a militia increasingly draw Sunni neighborhood watches in Baghdad into sectarian violence who are willing to accept AQI for protection.  JAM – Badr competition and internal friction within JAM may lead to localized intra-Shi'a conflict.

- Sunni Resistance continues decentralized effort to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization.  Localized cooperation with Sunni extremists continues in order to achieve tactical objectives.  Hardliners augment ranks of Sunni extremists and provide professional military skills.  Resistance cell and brigade leaders operate with autonomy, driven by local concerns – remain unmoved by national attempts at reconciliation.

|  |
| --- |
| 1.4b, 1.4d |

- Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of security forces, failure to provide basic services, and lack of progress at reconciliation.  However, sectarian violence remains the greatest strategic threat to achieving CF and GOI objectives in Iraq.

49

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, MCFI//20170209
For display only to IRQ

## Area of Interest Update

- (U) Palestinian factions sign unity agreement; Iran fires anti-ship missiles during exercise

  - (U) Hamas, Fatah agreed to form unity government during Mecca peace talks
    - (U) Hamas reportedly refused to include "commitment" to peace accords with Israel, claimed equates to recognition
      - (U) Instead agreement states Hamas willing to "respect" peace accords if they do not "contradict Palestinian interests"
    - (U) Key cabinet posts of finance, foreign minister to be filled by independent or third party MPs
      - (U) Interior minister to be nominated later, likely neutral MP

  - (U) Iranian IRGC Navy claimed to fire anti-ship cruise missiles during Persian Gulf exercise
    - (U) Navy commander announced test of SS-N-4 missiles
      - (U) System was likely Chinese variant, C-801

- *(C//REL TO USA, MCFI) Mecca agreement falls short of original international requirements to end financial sanctions; however, factional violence likely to subside.*

C-801

UNCLASSIFIED

CONFIDENTIAL//REL TO USA, MCFI//20170209
For display only to IRQ

50

Sources:

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



SECRET//REL TO USA, MCFI//20170203
For display only to IRZ

## JAM Update

- OMS official said ISF/CF are 'trying to drag Sadrists into a confrontation' following capture of Sadrist Deputy Health Minister
  - Minister Hakem al-Zamili detained during CF/ISF raid, 8 Feb
  - Al-Zamili reportedly aided JAM, used ambulances to move weapons

- JAM commander for Mahmudiyah, Ahmed al-Lami, reportedly planned to use GoI connections to secure release of colleague
  - The detainee was reportedly being held by IP in Iskandariyah for unknown reasons
  - Al-Lami directs kidnappings, killings of Sunnis

1.4c

SECRET//REL TO USA, MCFI//20170203
For display only to IRQ

53

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170209
FOR DISPLAY ONLY IRQ

## Current Situation

- Shi'a militant use of ambulances
  - JAM allegedly receiving ambulances
    - Reporting indicates Baghdad JAM members planning to receive additional ambulances from outside capital

  - Ambulances utilized to transport contraband, personnel
    - Utilization of ambulances an established TTP; allows unrestricted movement through checkpoints
      - Ambulances generally not searched by CF, ISF
    - Reporting indicates weapons, HVIs, kidnapped persons likely moved by ambulance in the past
      - Possibly linked to movement of JAM personnel, weapons out of Baghdad before expanded BSP operations

  - JAM ties to Ministry of Health
    - Deputy Health Minister Hakim al-Zamili arrested yesterday by ISF, CF for financial, materiel support to JAM
      - Al-Zamili former JAM commander during 2004 Najaf uprising
    - Reporting indicates MoH personnel, facilities involved in weapons smuggling
      - Significant portion of MoH FPS reportedly JAM members, sympathizers

- *JAM use of ambulances proven method to facilitate operations, HVI movement in/around Baghdad; will likely continue in absence of effective, impartial MoH leadership.*

SECRET//REL TO USA, MCFI//20170209
FOR DISPLAY ONLY IRQ

54

**SCRIPT:**

Notes & Sources:

| |
|---|
| 1.4c |

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170209
For display only to Iraq

## Outlook: IO Themes and Effects

**Terrorists and Foreign Fighters (T&FF)**
- ISI/AQI propaganda volume up 124 to 560
  - Statement predicted limited US nuclear strike on ☐ 1.4b ☐ nuclear facilities
  - Called on Palestinians in Iraq to join ISI in Anbar, Salah-al-Din, and Diyala
  - Claimed to shoot down AH-64s on 2 Feb in Taji, 11 Jan over city of Muqdadiyah
  - Claimed to down US cargo plane on 20 Jan over Habaniyah with "shoulder weapon"
  - Criticized UAE message to IG; not addressing "correct authority" in Iraq
- AS propaganda volume down 5 to 44
- IAI propaganda volume down 5 to 91
  - Criticized the "conspiracy of America, Safawis, ☐ 1.4b ☐ and Shiites to liquidate Sunnis"; called on Sunnis to defend Baghdad and "never give up an inch" of the city
- Miscellaneous propaganda volume up 26 to 44

**Sunni Resistance**
- Propaganda volume up 59 to 107
  - Ba'ath Party emphasized the legitimacy and "national authority" of Izzat Ibrahim
  - Ba'ath Party appealed to "progressive forces" in the world to prevent execution of Taha Yasin Ramadan; warned of continuing US efforts to "eliminate symbols of Iraq"

*Assessment:  Propaganda volume up 199 to 846 claims.  Attacks against CF aircraft remained significant theme.  ISI attempting to reinforce image as legitimate alternative to GoI. Ba'athists continue to decry prosecution of former regime leadership as assault on Iraqi and Arab symbols.  Expect higher level of SAFIRE against CF aircraft to continue due to perceived IO success, increased calls for unity of Sunni groups against Shia militants.*

SECRET//REL TO USA, MCFI//20170209//For display only to Iraq                    55

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170203
For display only to Iraq

## STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007

- The nature of the enemy and the conflict in Iraq has shifted from a Sunni–led resistance against perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups. Baghdad and the surrounding belts remain the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along lines of communications into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence; they seek the creation of a Sunni Islamic State of Iraq. Despite renewed efforts to further the "Islamic State of Iraq" declared in October, it has not received widespread support. AQI leadership is increasingly convergent with AQSL on goals and strategy. Capable cellular networks provide resilience despite CF operations disrupting leadership. Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq. Pursuit of viable chemical weapons capability continues.

- Shi'a extremist and militia influence on national and provincial political agendas exists through infiltration and intimidation, challenging Iraqi government authority. Shi'a extremists and militia use death squads to expand influence throughout Baghdad and surrounding belts; portray themselves as Shi'a protectors; prime agents of systematic sectarian cleansing. Shi'a militia increasingly draw Sunni neighborhood watches in Baghdad into sectarian violence who are willing to accept AQI for protection. JAM - Badr competition and internal friction within JAM may lead to localized intra-Shi'a conflict.

- Sunni Resistance continues decentralized effort to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization. Localized cooperation with Sunni extremists continues in order to achieve tactical objectives. Hardliners augment ranks of Sunni extremists and provide professional military skills. Resistance cell and brigade leaders operate with autonomy, driven by local concerns – remain unmoved by national attempts at reconciliation.

1.4b, 1.4d

- Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of security forces, failure to provide basic services, and lack of progress at reconciliation. However, sectarian violence remains the greatest strategic threat to achieving CF and GOI objectives in Iraq.

SECRET//REL TO USA, MCFI//20170203//For display only to Iraq     56

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



Sources:

Approved for release

57

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



SECRET//REL TO USA, MCFI//20170210//
For display only to IRQ

## JAM Update

- Leading Sadrists making use of Sadr's absence
  - Planning new cultural organization, headed by Qays al-Khaz'ali
  - Sadr reportedly undecided whether to return to Iraq
- Sadrists condemn Iraqi Deputy Health Minister, Hakem al-Zamili's arrest
  - Called for US to show 'proof and evidence'
  - Sadrist Health Minister Shammari denounced raid before session of parliament
- JAM SW Baghdad commander Abu Iyah possibly making plans to travel to Iran, early Feb
  - Dates/times for possible departure unknown
  - Early Feb reporting indicated Abu Iyah was considering leaving JAM

Recent JAM Activity

IRAQ
IRAN
Tehran
Baghdad

1.4b, 1.4d, 1.4c

SECRET//REL TO USA, MCFI//20170210//
For display only to IRQ

59

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170210//
For display only to IRQ

## Intelligence Highlight

- **Shi'a militants use uniforms, official credentials**
  - **Multiple incidents indicate continued uniform use**
    - **08 February – Reported murder of civilians in Salah Ad Din Province**
      - 25-40 armed men wearing IA uniforms murdered 12 male occupants of house northeast of Dujayl
      - All occupants murdered execution style
    - **09 February – 19 LN kidnapped by insurgents in IA uniforms south of Baghdad**
  - **Use, availability of uniforms**
    - **JAM reportedly using ISF uniforms, weapons, vehicles to commit acts of ethno-sectarian violence, kidnapping**
    - **Reports indicate JAM elements using IP identification in extortion efforts**
    - **Multiple recovered weapons caches nationwide have contained ISF, CF uniforms, identification**
    - **ISF, CF uniform items available in many Iraqi markets, including recent recovery in New Baghdad**
  - **Utilization of ISF uniforms serves multiple purposes**
    - **Allows freedom of movement to facilitate operations in, around secured areas**
    - **Discredit's IG ability to provide security, reinforces JAM as Shi'a protector**

*Assessment: Shi'a militants exploit ease of access to official uniforms, credentials to facilitate operations.  Expect continued use as militants attempt to ease freedom of maneuver; resulting in degraded ISF legitimacy and ability to provide adequate, impartial security.*

SECRET//REL TO USA, MCFI//20170210//
For display only to IRQ

60

**SCRIPT:**

Notes & Sources:

1.4c, (b)(3) 50 USC 3024(i)

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170210//
For display only to IRQ

## STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007

- The nature of the enemy and the conflict in Iraq has shifted from a Sunni–led resistance against perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups. Baghdad and the surrounding belts remain the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along lines of communications into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence; they seek the creation of a Sunni Islamic State of Iraq. Despite renewed efforts to further the "Islamic State of Iraq" declared in October, it has not received widespread support. AQI leadership is increasingly convergent with AQSL on goals and strategy. Capable cellular networks provide resilience despite CF operations disrupting leadership. Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq. Pursuit of viable chemical weapons capability continues.

- Shi'a extremist and militia influence on national and provincial political agendas exists through infiltration and intimidation, challenging Iraqi government authority. Shi'a extremists and militia use death squads to expand influence throughout Baghdad and surrounding belts; portray themselves as Shi'a protectors; prime agents of systematic sectarian cleansing. Shi'a militia increasingly draw Sunni neighborhood watches in Baghdad into sectarian violence who are willing to accept AQI for protection. JAM - Badr competition and internal friction within JAM may lead to localized intra-Shi'a conflict.

- Sunni Resistance continues decentralized effort to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization. Localized cooperation with Sunni extremists continues in order to achieve tactical objectives. Hardliners augment ranks of Sunni extremists and provide professional military skills. Resistance cell and brigade leaders operate with autonomy, driven by local concerns – remain unmoved by national attempts at reconciliation.

> 1.4b, 1.4d

- Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of security forces, failure to provide basic services, and lack of progress at reconciliation. However, sectarian violence remains the greatest strategic threat to achieving CF and GOI objectives in Iraq.

SECRET//REL TO USA, MCFI//20170210//For display only to Iraq

62

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, MCFI//20170211//~
For display only to IRQ

## Regional Update

- (U) Iranian state television reported two suspected al-Qa'ida members detained crossing border from Iraq
  - Suspects reportedly arrested after Ilam province, likely near Mehran border crossing
- (U) Protests continued over Israeli renovation near al-Aqsa mosque
  - Fifth consecutive day of protests, including Israeli police clashes with Palestinian youths throwing rocks
  - Renovation intended to repair damaged walkway within 35 acre holy site, near Dome of the Rock
- (U) Lebanese Defense Minister stated army will use seized weapons to defend against future incursions
  - Truck transporting weapons to Hezbollah from Bekaa Valley intercepted 9 Feb in Beirut by Lebanese Army
  - Hezbollah has demanded truck and weapons be released

Baghdad

Mehran

UNCLASSIFIED

*(C//REL TO USA, MCFI) Assessment:* ___1.4b___ *publicity of AQ arrests, intended to portray positive role in Iraqi security; counter international allegations.*

CONFIDENTIAL//REL TO USA, MCFI//20170211//~
For display only to IRQ

63

Sources:

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



SECRET//REL TO USA, MCFI//20170213//
For display only to IRQ

### JAM Update

- JAM elements reportedly not concerned over Iraqi Deputy Health Minister, Hakem al-Zamili's arrest
  - Al-Zamili arrested 8 Feb for reportedly aiding JAM, using ambulances to move weapons

- JAM seeking to create new 'university' for training JAM members
  - JAM seeking Iraqi military training manuals on tactics, training, weapons, operations
  - JAM allegedly trying to recruit approx 150 former IA members to provide security, give lectures on fighting techniques

- JAM associate reportedly tipped-off regarding CF/ISF raid on husayniyah, 9 Feb
  - An unnamed hostage reportedly being held in husayniyah, JAM told to move before raid

Recent JAM Activity

Baghdad

1.4c

SECRET//REL TO USA, MCFI//20170213//
For display only to IRQ

65

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170211//
For display only to IRQ

## Intelligence Highlight

- **House-borne IEDs in MND-N**
  - **Baqubah HBIED targeted CF on 9 February**
    - **Building exploded when inner door breached for cache search**
      - Site of previous weapons cache
    - **Caused partial collapse of building, trapped members of entry team**
    - **Several CF casualties resulted**

  - **HBIEDs possibly emerging TTP in MND-N**
    - **02 January – IP station rigged with explosives after IPs abandoned building during AIF attack**
    - **30 December – HBIED in Tal Afar, found and cleared**
    - **Each incident intended to target ISF or CF**

  - **HBIED methodology developing**
    - **Prior to 9 Feb incident, ineffective against CF; moderately effective against ISF, local nationals**
    - **Attack methodology may be used to protect high value assets; i.e. large weapons caches, safe houses, centers of operation**

**Assessment:**  *HBIEDs to date have been rare, with relatively low success rate against CF. Expect continued employment of TTP as AIF seek to protect key infrastructure, inflict significant ISF, CF casualties to deter entry into strongholds.*

SECRET//REL TO USA, MCFI//20170211//
For display only to IRQ

66

**SCRIPT:**

Notes & Sources:

| 1.4a |
| --- |

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



SECRET//REL TO USA, MCFI//20170211//
For display only to IRQ

## Outlook:  Al-Duri Fights for Leadership of NBP

(U) Izzat Ibrahim al-Duri

- Website articles challenge Syrian convention's legitimacy
  - Accused Muhammad Yunis al-Ahmad (MYA), Mizhar Matni Awwad, G
    treason against the party and expels them;
    calls Tartus convention illegitimate
  - NBP in Iraq, confirms election of Al-Duri through non-standard        proce
    "conspiracies" to undermine the                        legitimacy of leadership in Ir
- Website articles attack Syrian meddling in Iraq
  - Stated Syrian agents set up meeting to undermine Iraqi Ba'ath party; urges Syrian regime to put its
    strategic interests of the Arab nation before the narrow national interests"
  - Jordanian Ba'ath Party claims Tartus convention masterminded by Americans; rejects invitation as show of
    support for Al-Duri
  - Iraqi National Alliance accuses Syria of masterminding the "malicious" attempt of exploitation as a
    "bargaining chip with US imperialism"
- Al-Duri receives Iraqi Insurgent group support
  - Al Murabitin Army pledges support to fight the Americans, Jews, Qarmatians, and Safawids under the
    leadership of Al Duri; swears to uphold dogma and ideology of Ba'ath movement

*Assessment: Al-Duri will continue to fight for control of the New Ba'ath Party in an effort to retain his
relevancy as a leader in the Insurgency.  Al-Duri will rely on accusations of Syrian involvement and his
previous standing in Saddam's regime to support his legitimacy as head of the NBP.  MYA already has
operational control of the NBP and it is unlikely Al-Duri will be able to effectively challenge MYA's
leadership.*

SECRET//REL TO USA, MCFI//20170211//
For display only to IRQ

67

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170211//
For display only to IRQ

## STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007

- The nature of the enemy and the conflict in Iraq has shifted from a Sunni–led resistance against perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups.  Baghdad and the surrounding belts remain the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along lines of communications into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence; they seek the creation of a Sunni Islamic State of Iraq.  Despite renewed efforts to further the "Islamic State of Iraq" declared in October, it has not received widespread support.  AQI leadership is increasingly convergent with AQSL on goals and strategy.  Capable cellular networks provide resilience despite CF operations disrupting leadership.  Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq.  Pursuit of viable chemical weapons capability continues.

- Shi'a extremist and militia influence on national and provincial political agendas exists through infiltration and intimidation, challenging Iraqi government authority.  Shi'a extremists and militia use death squads to expand influence throughout Baghdad and surrounding belts; portray themselves as Shi'a protectors; prime agents of systematic sectarian cleansing. Shi'a militia increasingly draw Sunni neighborhood watches in Baghdad into sectarian violence who are willing to accept AQI for protection.  JAM – Badr competition and internal friction within JAM may lead to localized intra-Shi'a conflict.

- Sunni Resistance continues decentralized effort to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization.  Localized cooperation with Sunni extremists continues in order to achieve tactical objectives.  Hardliners augment ranks of Sunni extremists and provide professional military skills.  Resistance cell and brigade leaders operate with autonomy, driven by local concerns – remain unmoved by national attempts at reconciliation.

1.4b, 1.4d

- Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of security forces, failure to provide basic services, and lack of progress at reconciliation.  However, sectarian violence remains the greatest strategic threat to achieving CF and GOI objectives in Iraq.

SECRET//REL TO USA, MCFI//20170211//For display only to Iraq

68

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, MCFI//20170212//
For display only to IRQ

## Regional Update

- (U) Ahmadinejad vowed to continue nuclear development on Islamic revolution anniversary
  - Did not announce any new advancements or goals as expected
  - Chief nuclear negotiator met with EU officials in Munich, possible solutions reportedly discussed
    - UNSC resolution set 21 Feb as deadline for suspension
- (U) Israeli PM announced intention to further evaluate Palestinian unity framework
  - Olmert: "Israel neither rejects nor accepts the agreements"
  - "We, like the int'l community, are learning what was exactly accomplished and what was said"
  - Summit planned for 19 Feb between Olmert, Abbas
- (U) President Putin began regional tour in Saudi Arabia, due to also visit Qatar, Jordan



| 1.4c |
|------|

CONFIDENTIAL//REL TO USA, MCFI//20170212//
For display only to IRQ

69

Sources:

69

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170212//
For display only to IRQ

## JAM Update

- Sadrist Health Minister Ali al-Shammari fears retaliation for Deputy Minister Zamili's arrest
  - Iraqi officials reportedly requested MoD protection for MoH employees

- JAM allegedly extorts funds from CF and GoI contractors to finance JAM activities
  - Contractors forced to perform sub-standard work on CF/GoI reconstruction projects, gives profits to JAM
  - Contractors exploited in mainly Shi'a areas controlled by JAM


Recent JAM Activity
Baghdad

**Assessment:** Zamili loyalists likely angry over Health Ministers weak response to arrest, inability to have Zamili freed. Fear reflects possible divisions between hard-liners like Zamili and more moderate elements like al-Shammari. JAM continues to fund its activities through illicit means; JAM undermining integrity, viability of efforts important to GoI and CF reconstruction programs.

SECRET//REL TO USA, MCFI//20170212//
For display only to IRQ

70

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170212//
For display only to IRC

## Intelligence Highlight

- **VBIED attack between Tikrit, Samarra**
  - **VBIED targeted Ad Dawr IPs**
    - **Device detonated near Ad Dawr IP Station**
    - **Blast caused significant structural damage, collapsing top two floors**
      - Damaged several IP vehicles outside station
    - **Reporting indicates 12 casualties**

  - **High profile attacks against ISF in Salah Ad Din relatively uncommon**
    - In last 12 months average of two high profile attacks per month targeted ISF
      - Accounted for 34% of all high profile attacks
    - VBIED preferred HP method of attack, accounting for 58% of HP attacks on ISF

  - **No attack claim, methodology consistent with Sunni extremists, AQI**
    - **First significant incident in this predominantly Sunni area in over 12 months**
    - **Reporting indicates recent concentration of AQI**
    - **Ad Dawr IP generally sympathetic to resistance groups; elements maintain good freedom of maneuver**

*Assessment:  Attack likely conducted by extremists, possibly motivated by conflict with tribal, resistance elements; may indicate AQI effort to increase influence in vicinity of Ad Dawr.*

SECRET//REL TO USA, MCFI//20170212//
For display only to IRC

71

**SCRIPT:**

Notes & Sources:

| 1.4c |
|------|

CIDNE Trends Data

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



**Outlook: Ethno-Sectarian Conflict**

- National Incidents: 193; down 7% from previous week
  - 90 targeted Shi'a, 47 Sunni, 3 Kurd, and 53 unattributed
  - Total casualties: 418 killed, 529 injured; down 11% from previous week
- National Ethno-Sectarian Executions: 142 incidents, 224 killed; down 13% from previous week
  - Executions account for 24% of total casualties; 54% of deaths
  - Daily average of 20; elevated from pre-Golden Mosque baseline of 3
- Baghdad Incidents: 146; down 20% from previous week
  - 90 targeted Shi'a; 42 Sunni; 14 unattributed
  - Total casualties: 315 killed, 395 injured; up 7% from previous week
- Baghdad Ethno-Sectarian Executions:
  - 115 incidents, down 22% from previous week; 159 killed; down 33% from previous week

*Assessment:* Ethno-sectarian violence decreased as ISF/CF security operations hampered militant freedom of movement. Casualties remained high due to effective high profile attack in Rusafa. Expect ethno-sectarian executions to continue to decrease in Baghdad as BSP operations continue.

Source: CIDNE (includes NJOC)   72

PX985

Declassified by: MG Michael X. Garrett, USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170212//
For display only to IRQ

## STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007

- The nature of the enemy and the conflict in Iraq has shifted from a Sunni–led resistance against perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups.  Baghdad and the surrounding belts remain the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along lines of communications into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence; they seek the creation of a Sunni Islamic State of Iraq.  Despite renewed efforts to further the "Islamic State of Iraq" declared in October, it has not received widespread support.  AQI leadership is increasingly convergent with AQSL on goals and strategy.  Capable cellular networks provide resilience despite CF operations disrupting leadership.  Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq.  Pursuit of viable chemical weapons capability continues.

- Shi'a extremist and militia influence on national and provincial political agendas exists through infiltration and intimidation, challenging Iraqi government authority.  Shi'a extremists and militia use death squads to expand influence throughout Baghdad and surrounding belts; portray themselves as Shi'a protectors; prime agents of systematic sectarian cleansing. Shi'a militia increasingly draw Sunni neighborhood watches in Baghdad into sectarian violence who are willing to accept AQI for protection.  JAM - Badr competition and internal friction within JAM may lead to localized intra-Shi'a conflict.

- Sunni Resistance continues decentralized effort to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization.  Localized cooperation with Sunni extremists continues in order to achieve tactical objectives.  Hardliners augment ranks of Sunni extremists and provide professional military skills.  Resistance cell and brigade leaders operate with autonomy, driven by local concerns – remain unmoved by national attempts at reconciliation.

- 

| |
|---|
| 1.4b, 1.4d |

- Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of security forces, failure to provide basic services, and lack of progress at reconciliation.  However, sectarian violence remains the greatest strategic threat to achieving CF and GOI objectives in Iraq.

SECRET//REL TO USA, MCFI//20170212//For display only to Iraq

73

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, MCFI//20170213//
For display only to IRQ

## Regional Update

- (U) Iranian officials reacted to MNF press conference detailing EFP assistance to Shi'a militias
  - Iranian Foreign Minister called information "baseless propaganda"
    - Claimed attempt to divert attention from recent failures
  - During ABC interview, Ahmadinejad stated information represented "excuses to prolong the stay" of CF
    - Claimed "[MNF] would need a court to prove the case"

- (U) EU officials stated Iran showing "new ambition" to negotiate end to nuclear standoff
  - Claimed Larijani indicated intent to return to negotiations during Munich security conference
  - EU diplomats also discussed support for new UN sanctions to maintain pressure on Tehran

- (U) Al-Aqsa renovation work put on hold to allow public consultations



| 1.4c |
| --- |

CONFIDENTIAL//REL TO USA, MCFI//For display only to IRQ//20170213

**74**

Sources:

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



## JAM Recent Reporting

- Sadr bloc spokesman denies accusation Sadrists receiving support from 1.4b
  - Asserted Sadr Trend has no knowledge of any support by 1.4b to any party or armed group in Iraq

- OMS, Iraqi Islamic Party (IIP) in Basrah agreed to launch plan to bolster national unity, disavow sectarianism
  - Scheduled to form joint security committees to implement Sunni-Shi'a 'brotherhood plan'
    - Plan aims to encourage reconciliation, coexistence

1.4c

76

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170213//
For display only to IRQ

## Intel Highlight

- **Golden Dome anniversary attack**
  - **Complex suicide attack against local nationals in Rusafa**
    - **Multiple devices targeted Shurja market, coincided with Islamic calendar anniversary of Al-Askari Mosque attack**
    - **Reports indicate SVBIED/VBIED/SVEST/IDF incident**
    - **CF reports indicate 52 x CIV KIA, 128 x CIV WIA**

  - **Incident reinforces trend of increased HP attack effectiveness**
    - **HP casualties per incident rising since November**
      - Last three months effectiveness steadily increased from 26 casualties/incident in November to 36 casualties/incident in January
    - **HP casualties per incident increased to 40 in February**

  - **No attack claims; targeting, methodology indicate AQI**
    - **Attack time, targeting, use of VBIEDs targeting civilians consistent with Rusafa AQI VBIED network**
    - **Incident complexity, effectiveness demonstrates Rusafa VBIED network resiliency following recent CF targeting**
    - **Incident likely intended to exploit Shi'a sensitivity to significant date**

_Assessment:_  _Complex AQI effort coinciding with Islamic anniversary of Al-Askari Mosque attack intended to inflame sectarian violence by exploiting Shi'a sensitivity to iconic event, discredit Baghdad security operations.  Expect Shi'a militants to respond with increased executions, IDF attacks over next 48-72 hours._

SECRET//REL TO USA, MCFI//20170213//
For display only to Intel

77

**SCRIPT:**

Notes & Sources:

| 1.4c |
|------|

CIDNE Trends Data

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170213//
For display only to IRQ

## Civil War Indicators

| Indicator | Trend | Reporting:  3 - 9 Feb 2007 |
|---|---|---|
| Ethno-sectarian identities are the overriding force driving decision-making | ↔ | • Deputy Health Minister Hakim al-Zamili arrested by ISF/CF for financial, materiel support to JAM<br>• Leading Sadrists planning new cultural organization, headed by Qays al-Kaz'ali in Sadr's absence<br>• Sadrists attended Kirkuk conference of groups opposed to joining Kurdistan region, demanded GoI postpone implementation of Article 140 |
| Unrestrained, self-sustained sectarian strife across multiple provinces | ↓ | • National Sectarian incidents: 193; down 7%  previous week<br>• National Sectarian casualties: 947; down 11%<br>• National executions: 224 KIA; down 13%<br>• Baghdad Sectarian incidents: 146; down 20%<br>• Baghdad Sectarian casualties: 710; up 7%<br>• Baghdad executions: 159 KIA; down 33% |
| Ethno-sectarian mobilization | ↔ | • Shi'a militants use IA uniforms, official credentials to facilitate operations<br>• JAM using ISF/CF uniforms, weapons, vehicles, IP identification |
| Population movements | ↔ | • Internally displaced families in Iraq: IOM: 60,243 (no new data); MoDM: 72,000 families (no new verifiable data)<br>• Forced displacement predominately in Rashid |

**Assessment:**  Arrest of al-Zamili a positive step for GoI leadership.  Expect Sadrists to continue attempts to project nationalist, political-cultural image to distance organization from successful ISF/CF targeting, improve public standing.

SECRET//REL TO USA, MCFI//20170213//
For display only to IRQ

78

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170233//
For display only to IRQ

## *STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007*

- The nature of the enemy and the conflict in Iraq has shifted from a Sunni–led resistance against perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups.  Baghdad and the surrounding belts remain the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along lines of communications into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence; they seek the creation of a Sunni Islamic State of Iraq.  Despite renewed efforts to further the "Islamic State of Iraq" declared in October, it has not received widespread support.  AQI leadership is increasingly convergent with AQSL on goals and strategy.  Capable cellular networks provide resilience despite CF operations disrupting leadership.  Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq.  Pursuit of viable chemical weapons capability continues.

- Shi'a extremist and militia influence on national and provincial political agendas exists through infiltration and intimidation, challenging Iraqi government authority.  Shi'a extremists and militia use death squads to expand influence throughout Baghdad and surrounding belts; portray themselves as Shi'a protectors; prime agents of systematic sectarian cleansing. Shi'a militia increasingly draw Sunni neighborhood watches in Baghdad into sectarian violence who are willing to accept AQI for protection.  JAM - Badr competition and internal friction within JAM may lead to localized intra-Shi'a conflict.

- Sunni Resistance continues decentralized effort to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization.  Localized cooperation with Sunni extremists continues in order to achieve tactical objectives.  Hardliners augment ranks of Sunni extremists and provide professional military skills.  Resistance cell and brigade leaders operate with autonomy, driven by local concerns – remain unmoved by national attempts at reconciliation.

- 

|  |
|---|
| 1.4b, 1.4d |

- 

- Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of security forces, failure to provide basic services, and lack of progress at reconciliation.  However, sectarian violence remains the greatest strategic threat to achieving CF and GOI objectives in Iraq.

SECRET//REL TO USA, MCFI//20170233//
For display only to IRQ

79

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, MCFI//20170214//
For display only to IRQ

## Regional Update

- (U) IEDs exploded on two buses in Christian area of Lebanon on eve of Hariri assassination anniversary
  - Public buses were transporting workers into Beirut from Christian area; 3 reportedly killed, 20 wounded
    - Attack occurred near home town of former President Amin Gemayel; son Pierre assassinated in November
  - Pro-government groups had planned mass rally in Beirut for today, marking anniversary
- (U) Vice Premier Shimon Peres stated Israel seeks "active recognition" from Hamas
  - Peres: Israel is "not just waiting for formal recognition" we also want "recognition in the form of [Hamas'] presence at peace negotiations"
- (U) Seven IEDs/VBIEDs targeted police stations east of Algiers; six reportedly killed, 30 wounded
  - Attacks claimed by "al-Qa'ida Organization in the Islamic Maghreb," formerly GSPC



(C//REL) *Assessment*: *Bus attacks likely to prompt larger-scale pro-government demonstrations, increase current tension; GSPC leveraging AQ franchise to increase purview.*

CONFIDENTIAL//REL TO USA, MCFI//20170214//
For display only to IRQ

80

**Sources:**

Reuters, 13 Feb 07, Lebanon BUS Blasts Kill 3 on Eve of Hariri Memorial

OSC [    1.4c    ] Peres: Israel Seeks Hamas' 'Active Recognition'

AlJazeera.net, 13 Feb 07, Series of Blasts Hit Algeria

Approved for release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170214//
For display only to IRG

## Intelligence Highlight

- **VBIED hits Baghdad food warehouse**
  - **VBIED targeted civilian queue outside food distribution center**
    - **Food distribution center reportedly near College of Economic Sciences in Kadhamiyah**
      - Long line of Shi'a civilians waiting outside center for food
    - **Distribution center located in mainly Shi'a Hurriya district**
    - **CF reporting indicates 25 x civilians KIA, 50 x civilians WIA**

  - **HP Attacks in Baghdad continue upward trend**
    - **Last 12 months averaged 29 attacks per month**
      - 4 of last 5 months exceeded average
    - **19 HP attacks in February on track to exceed previous 12 month high of 36 set in January**

  - **Attack methodology, targeting suggests AQI involvement**
    - **HP attacks in Baghdad continue to focus on gatherings of Shi'a civilians within Shi'a neighborhoods**
    - **Incident likely attempt to maintain ethno-sectarian pressure in Shi'a areas, discredit Baghdad security**

*Assessment: AQI affiliated Sunni extremists continue targeting accessible groups of civilians in Shi'a areas to maintain ethno-sectarian violence, discredit IG, CF efforts to provide adequate security in Baghdad.*

SECRET//REL TO USA, MCFI//20170214//
For display only to IRG

83

**SCRIPT:**

Notes & Sources:

| 1.4c |
| --- |

CIDNE Trends Data

Open Sources

http://english.aljazeera.net/News/aspx/print.htm

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



**SECRET//REL TO USA, MCFI//20170214//**
For display only to IRQ

## Outlook: Fallujah

- Security and governance will face increasing challenges throughout 2007
  - Fallujah remains reliant on CF support to mold a security environment conducive to effective governance
  - Tribal dynamics remain fluid, non cohesive; rivalries easily leveraged by AQI
  - Tribal and civic leaders, ISF targeted by M&I campaign
- Insurgents exploit CF/IA unit and division boundaries, retain freedom of movement
  - Reporting indicates insurgents move between Zaidon, Karmah and Fallujah

  - Transient insurgents disperse to AO Raleigh due to increased CF/IA presence, security OPs in Baghdad and Ramadi; likely to re-infiltrate post CF/IA OPs
- Insurgents continue conscious effort to increase activity in Fallujah
  - 2007: assassination of IP, city councilman as security is handed over to the Iraqi Army
  - Targeting of Gov Center, JCC, and ECPs result in greatest # of CF/ISF casualties

*Assessment:  As Fallujah is weaned off CF support it will face increasing challenges. Insurgents will increase attempts to improve freedom of movement and reestablish the populations' acquiescence primarily through continued M&I targeting local community leaders and ISF.*

**SECRET//REL TO USA, MCFI//20170214//**
For display only to IRQ

84

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170214//
For display only to IRQ

## *STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007*

- **The nature of the enemy and the conflict in Iraq has shifted from a Sunni–led resistance against perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups.  Baghdad and the surrounding belts remain the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along lines of communications into the capital.**

- **Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence; they seek the creation of a Sunni Islamic State of Iraq.  Despite renewed efforts to further the "Islamic State of Iraq" declared in October, it has not received widespread support.  AQI leadership is increasingly convergent with AQSL on goals and strategy.  Capable cellular networks provide resilience despite CF operations disrupting leadership.  Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq.  Pursuit of viable chemical weapons capability continues.**

- **Shi'a extremist and militia influence on national and provincial political agendas exists through infiltration and intimidation, challenging Iraqi government authority.  Shi'a extremists and militia use death squads to expand influence throughout Baghdad and surrounding belts; portray themselves as Shi'a protectors; prime agents of systematic sectarian cleansing. Shi'a militia increasingly draw Sunni neighborhood watches in Baghdad into sectarian violence who are willing to accept AQI for protection.  JAM - Badr competition and internal friction within JAM may lead to localized intra-Shi'a conflict.**

- **Sunni Resistance continues decentralized effort to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization.  Localized cooperation with Sunni extremists continues in order to achieve tactical objectives.  Hardliners augment ranks of Sunni extremists and provide professional military skills.  Resistance cell and brigade leaders operate with autonomy, driven by local concerns – remain unmoved by national attempts at reconciliation.**

- 

| |
|---|
| 1.4b, 1.4d |

- **Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of security forces, failure to provide basic services, and lack of progress at reconciliation.  However, sectarian violence remains the greatest strategic threat to achieving CF and GOI objectives in Iraq.**

SECRET//REL TO USA, MCFI//20170214//
For display only to IRQ

85

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, MCFI//20170215//
For display only to IRQ

## Regional Update

- (U) Anti-Syrian crowd honored Hariri in Beirut
  - 300,000 Lebanese demonstrated support for anti-Syrian government coalition in Martyr's Square
  - Speakers included parliament majority leader Saad Hariri, Druze leader Walid Jumblatt
    - Called for implementation of UN tribunal; blamed Syria for organizing bus bombings Tuesday
    - Tribunal approved by UN, pending ratification by divided Lebanese parliament
- (U) VBIED targeted IRGC bus in Zahedan, SE Iran
  - 11 IRGC members reportedly killed, 30 injured
  - Attack claimed by "Jundollah," Sunni group with reported ties to al Qa'ida, led by Abdolmalek Rigi
    - Jundollah has been blamed for previous kidnappings, SAF attacks in southeast Iran border region
- (U) "Al-Qa'ida in the Arabian Peninsula" called for attacks against suppliers of oil to US



1.4c

CONFIDENTIAL//REL TO USA, MCFI//20170215//
For display only to IRQ

86

Sources:

Reuters, 14 Feb 07, Anti-Syrian Lebanese Crowds Honor Slain Hariri

Reuters, 14 Feb 07, Bus Bombed in SE Iran, Killing at least 11

Reuters, 14 Feb 07, Saudi Qaeda Group Wants World US Oil Sources Hit

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



87

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



**SECRET//REL TO USA, MCFI//20170215//**
**For display only to IRQ**

## JAM Recent Reporting

- 14 Feb, Sadrists deny Sadr currently in [____] accused CF of spreading propaganda
  - Sadrist representative, Hasan al-Zarqani stated Sadr has been in Najaf, accusation part of 'US-made report'
  - Sadr aide said report probably stemmed from campaign by Sadrists to submit false information of his location

- JAM elements allegedly planning to kidnap Sunni CF interpreter working at FOB Falcon, mid Feb
  - JAM believes interpreter informed CF of specific individual supplying JAM with [ 1.4b ]

1.4c

**SECRET//REL TO USA, MCFI//20170215//**
**For display only to IRQ**

88

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170215//
For display only to IRQ

## Intelligence Highlight

- HP attack on ISF in MNF-W
  - SVBIED targeted IP commander in Ramadi
    - Reporting suggests chief of West Ramadi IP, LTC Sawam, targeted
    - 4 x ISF KIA, 7 x ISF WIA; 7 x CIV KIA, 14 x CIV WIA

  - High profile attacks on ISF in MNF-W steady, while high profile attacks on ISF in Ramadi elevated during January, February
    - Eight attacks last month in MNF-W, slightly above 12 month average of six
    - January attacks in Ramadi equaled 12-month high of four set in October 06
      - February attacks on pace to meet or exceed last month
      - Both months all HP attack in Ramadi were suicide operations
    - Half of all January HP attacks in MNF-W occurred in Ramadi

  - Attack methodology, targeting consistent with Sunni extremists
    - AQI-affiliated groups continue to target ISF in MNF-W in attempt to maintain freedom of maneuver, discredit ISF, inhibit local recruiting, destabilize Anbar IG
    - Multiple reports indicate Ramadi-based tribes actively fighting AQI presence
      - Unit reporting indicates improving LN attitude toward CF in western Anbar; AQI freedom to operate impacted by local tribes, CF operations

*Assessment: AQI-affiliated elements targeting ISF in Anbar to regain freedom of maneuver through intimidation; demonstrates continued AQI concern of effective, locally-manned security forces. Recent increased concentration of suicide resources against ISF in Ramadi indicative of successful pressure on AQI along ERV.*

SECRET//REL TO USA, MCFI//20170215//
For display only to IRQ

89

**SCRIPT:**

Notes & Sources:

| 1.4c |
|------|

CIDNE Trends Data

Approved for Release

89

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170210//
For display only to IRQ

## Outlook: IO Themes and Effects

**Terrorists and Foreign Fighters (T&FF)**
- ISI/AQI volume down 375 to 185
  - Released three statements, one video claiming CH-46 loss in al-Karma
  - Claimed US afraid to implement BSP due to "recurring failure of former plans"
  - Criticized Tariq Al-Hashimi of Iraqi Islamic Party for urging implementation of BSP
  - Announced continuation of trial broadcast of "Voice of Caliphate" internet video
  - Announced "Dignity Plan"; three elements: fight Shi'a in Baghdad; escalate operations against CF; intensify efforts to absorb other jihadist groups
- AS propaganda volume down 13 to 31
  - Released 38th edition of online magazine "Harvest of Mujahideen"
- IAI propaganda volume down 7 to 84
  - Released statement supporting Palestinians and Al-Aqsa mosque
- Miscellaneous propaganda volume up 26 to 70
  - Mujahideen Army urged Ba'athists to "repent" and join them

**Sunni Resistance**
- Propaganda volume down 54 to 53
  - 1920 Rev BDE posted flyers in Fallujah denouncing AQI with "black list" of names
  - New Ba'athist group in Diyala: "Arabian Knights BDEs"

*Assessment*: Propaganda volume down 50% to 423 claims, driven by decrease in AQI claims. Downing of aircraft continued as theme; ISI's messaging continues to focus on Operation Law and Order and portraying failure of US policy; "Dignity Plan" designed to give ISI an IO victory by casting OP L&O as explicitly anti-Sunni.

SECRET//REL TO USA, MCFI//20170210//
For display only to IRQ

90

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170235//
For display only to IRQ

## STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007

- The nature of the enemy and the conflict in Iraq has shifted from a Sunni–led resistance against perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups.  Baghdad and the surrounding belts remain the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along lines of communications into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence; they seek the creation of a Sunni Islamic State of Iraq.  Despite renewed efforts to further the "Islamic State of Iraq" declared in October, it has not received widespread support.  AQI leadership is increasingly convergent with AQSL on goals and strategy.  Capable cellular networks provide resilience despite CF operations disrupting leadership.  Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq.  Pursuit of viable chemical weapons capability continues.

- Shi'a extremist and militia influence on national and provincial political agendas exists through infiltration and intimidation, challenging Iraqi government authority.  Shi'a extremists and militia use death squads to expand influence throughout Baghdad and surrounding belts; portray themselves as Shi'a protectors; prime agents of systematic sectarian cleansing. Shi'a militia increasingly draw Sunni neighborhood watches in Baghdad into sectarian violence who are willing to accept AQI for protection.  JAM - Badr competition and internal friction within JAM may lead to localized intra-Shi'a conflict.

- Sunni Resistance continues decentralized effort to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization.  Localized cooperation with Sunni extremists continues in order to achieve tactical objectives.  Hardliners augment ranks of Sunni extremists and provide professional military skills.  Resistance cell and brigade leaders operate with autonomy, driven by local concerns – remain unmoved by national attempts at reconciliation.

1.4b, 1.4d

- Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of security forces, failure to provide basic services, and lack of progress at reconciliation.  However, sectarian violence remains the greatest strategic threat to achieving CF and GOI objectives in Iraq.

SECRET//REL TO USA, MCFI//20170235//
For display only to IRQ

91

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, MCFI//20170216//
For display only to IHQ

## Regional Update

- (U) President Abbas directed Haniyah to form unity gov't; complications remain for durable agreement
  - Haniyah will remain caretaker prime minister; has five weeks to form new cabinet
    - Vowed to "work in accordance" with Abbas' direction; comments viewed as positive sign of diplomatic progress
  - Nominee for interior minister, disposition of Hamas' 5,600-member police force still unresolved
- (U) Iranian Defense Minister stated Sadr not in Iran
  - Claimed reports of Sadr in Iran spread as "rumors"
  - Also denied reports of Qods force assistance to Shi'a militants
    - Stated "Iran does not supply Iraq with any weapons"
- (U) Turkish PM Erdogan indicated possibility of diplomatic relations with KRG
  - Dismissed military opposition, justified stronger ties with KRG as way to bring peace to both parties



UNCLASSIFIED

| 1.4c |
|---|

CONFIDENTIAL//REL TO USA, MCFI//20170216//
For display only to IHQ

92

Sources:

Reuters, 15 Feb 07, Abbas Asks Haniyeh to Form Unity Government

OSC   1.4c   Defense Minister Denies Presence of al-Sadr in Iran

OSC   1.4c   Turkey's Erdogan: Steps Could be Taken to Develop Ties with Kurdish Gov't

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



**SECRET//REL TO USA, MCFI//20170216//**
For display only to IRQ

## JAM Recent Reporting

- Sadrist CoR member, Baha al-Araji commented on current role of Sadrists
  - Stated resistance now peaceful; movement striving for political, diplomatic solution
  - Claimed motive is Iraqi stability, not fear of CF
  - Denied reports of JAM leaders fleeing to Iran
  - Separate reporting, Araji argued JAM not a militia
    - Denied any foreign support for JAM, stated it would be disbanded once Iraq is secure, stable

- 

1.4b, 1.4d, 1.4c

**Recent JAM Activity**

Shaab

UNCLASSIFIED

**Assessment**: *Sadrists continue to argue JAM does not pose threat to IG, can have legitimate role in stabilizing Iraq; increased frequency of claims primarily reflects desire to avoid CF targeting. JAM will sustain efforts to increase weapons and equipment stockpiles, in possible preparation to resume major activities following OPERATION LAW AND ORDER.*

**SECRET//REL TO USA, MCFI//20170216//**
For display only to IRQ

94

94

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



**SCRIPT:**

<u>Notes & Sources:</u>

CIDNE Trends Data

Approved for Release

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



Data represents reporting from CIDNE (contains NJOC data).
Data time period:  190001DEC06 – 252400DEC06

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170210//
For display only to IRQ

## STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007

- The nature of the enemy and the conflict in Iraq has shifted from a Sunni–led resistance against perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups. Baghdad and the surrounding belts remain the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along lines of communications into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence; they seek the creation of a Sunni Islamic State of Iraq. Despite renewed efforts to further the "Islamic State of Iraq" declared in October, it has not received widespread support. AQI leadership is increasingly convergent with AQSL on goals and strategy. Capable cellular networks provide resilience despite CF operations disrupting leadership. Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq. Pursuit of viable chemical weapons capability continues.

- Shi'a extremist and militia influence on national and provincial political agendas exists through infiltration and intimidation, challenging Iraqi government authority. Shi'a extremists and militia use death squads to expand influence throughout Baghdad and surrounding belts; portray themselves as Shi'a protectors; prime agents of systematic sectarian cleansing. Shi'a militia increasingly draw Sunni neighborhood watches in Baghdad into sectarian violence who are willing to accept AQI for protection. JAM - Badr competition and internal friction within JAM may lead to localized intra-Shi'a conflict.

- Sunni Resistance continues decentralized effort to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization. Localized cooperation with Sunni extremists continues in order to achieve tactical objectives. Hardliners augment ranks of Sunni extremists and provide professional military skills. Resistance cell and brigade leaders operate with autonomy, driven by local concerns – remain unmoved by national attempts at reconciliation.

| |
|---|
| 1.4b, 1.4d |

- Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of security forces, failure to provide basic services, and lack of progress at reconciliation. However, sectarian violence remains the greatest strategic threat to achieving CF and GOI objectives in Iraq.

SECRET//REL TO USA, MCFI//20170210//
For display only to IRQ

97

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, MCFI///20170217//
For display only to IRQ

## Regional Update

- (U) Iranian authorities arrested 65 men suspected of involvement in Zahedan IRGC bus bombing
  - Attack claimed by Sunni militant group, Jundallah
    - Local police commander claimed suspects had "clear links" to US, UK intelligence services
  - Southeastern border region near Zahedan center of low-level unrest over past two months
    - Iranian officials have previously accused US, UK of supporting ethnic minority rebels in border areas



- (U) Western and developing IAEA representatives indicated consensus for proposed Iranian aid cuts
  - Proposed plan for technical aid reduction must be approved during next IAEA meeting, 5-9 March
  - Of 55 IAEA aid projects in Iran, 10 proposed to be frozen, 12 restricted to comply with Dec UN resolution

| 1.4c |
| --- |

CONFIDENTIAL//REL TO USA, MCFI//20170217//
For display only to IRQ

98

Sources:

Reuters, 16 Feb 07, Iran Arrests Bomb Suspects, Police Say US Link

Reuters, 16 Feb 07, US, Developing Nations Accept Iran Aid Cut Plan

*Approved for Release*

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



**SECRET//REL TO USA, MCFI//20170217//**
**For display only to IRO**

## Ethno-Sectarian Conflict Update

- **National ethno-sectarian incidents: 1; down 9 from previous day**
  - 1 targeted Sunnis
  - Total casualties: 2 kidnapped, 0 KIA, 0 WIA; down 74 from previous day

- **National Ethno-Sectarian Executions: No reported incidents**

- **Baghdad Incidents: No reported ethno-sectarian incidents**

- **Significant incidents:**
  - 2 Sunni males reportedly kidnapped IVO Baqubah
  - No host nation reporting last 24hrs

*Assessment:* Late reporting will likely alter yesterday's data. Expect increase in ethno-sectarian incidents during next 48hrs, remaining below average due to operations restricting militant freedom of maneuver.

**SECRET//REL TO USA, MCFI//20170217//**
**For display only to IRO**

99

Source: CIDNE (includes NJOC)

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170217
For display only to mtg

## Outlook: Council of Representatives (CoR)



- 2007 Agenda will have large focus on delineating the roles of federal and regional governments
  - Hydrocarbon Law delayed by Kurdish concern over revenue distribution between central and regional governments
  - Law of "Governorates Not Organized Into Regions" complicating federalism debate; no date set for provincial elections
  - Budget recently approved, issue of funding for Kurdish Peshmerga remains unresolved
- Calls for Speaker Mashhadani's removal resurface
  - Inflammatory remarks and unprofessional business manner source of frustration for all groups including Mashhadani's own Tawafuq (Sunni) bloc
- Sadrist members return to CoR after two month boycott
  - Sadrists believe they demonstrated bloc's power to impact CoR quorum
  - Likely emboldened by perception of political leverage

UNCLASSIFIED

**Assessment**: *Fulfilling its role as a parliamentary body, the CoR emerged as a high-profile debating venue for critical issues in 2006, though reaching solutions acceptable to all political blocs continues to be the primary obstacle to progress.  While managing to pass some key legislation, legislators continue to stall on controversial issues such as provincial elections and de-Ba'athification reform.*

101

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170237//
For display only to IRQ

## *STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007*

- The nature of the enemy and the conflict in Iraq has shifted from a Sunni–led resistance against perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups.  Baghdad and the surrounding belts remain the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along lines of communications into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence; they seek the creation of a Sunni Islamic State of Iraq.  Despite renewed efforts to further the "Islamic State of Iraq" declared in October, it has not received widespread support.  AQI leadership is increasingly convergent with AQSL on goals and strategy.  Capable cellular networks provide resilience despite CF operations disrupting leadership.  Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq.  Pursuit of viable chemical weapons capability continues.

- Shi'a extremist and militia influence on national and provincial political agendas exists through infiltration and intimidation, challenging Iraqi government authority.  Shi'a extremists and militia use death squads to expand influence throughout Baghdad and surrounding belts; portray themselves as Shi'a protectors; prime agents of systematic sectarian cleansing. Shi'a militia increasingly draw Sunni neighborhood watches in Baghdad into sectarian violence who are willing to accept AQI for protection.  JAM - Badr competition and internal friction within JAM may lead to localized intra-Shi'a conflict.

- Sunni Resistance continues decentralized effort to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization.  Localized cooperation with Sunni extremists continues in order to achieve tactical objectives.  Hardliners augment ranks of Sunni extremists and provide professional military skills.  Resistance cell and brigade leaders operate with autonomy, driven by local concerns – remain unmoved by national attempts at reconciliation.

| 1.4b, 1.4d |
| --- |

- Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of security forces, failure to provide basic services, and lack of progress at reconciliation.  However, sectarian violence remains the greatest strategic threat to achieving CF and GOI objectives in Iraq.

SECRET//REL TO USA, MCFI//20170237//
For display only to IRQ

102

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, MCFI///20170216//
For display only to IRQ

## Regional Update

- (U)  Syrian President al-Assad arrived in Tehran to discuss bilateral policy

  – Iranian news agency reported discussions will focus on Iraq, Lebanon

  – Al-Assad scheduled to meet with Supreme Leader Khamenei, President Ahmadinejad

- (U)  President Abbas issued appeal for acceptance  of unity government agreement with Hamas

  – Abbas aide: "This agreement was the best we could get. We cannot change it. You either take it or leave it."

  – Israeli FM Livni stated Mecca agreement does not meet requirements of international community

  – Summit between PM Olmert, Abbas scheduled for Monday; meeting to focus on requirements to end aid boycott



UNCLASSIFIED

1.4c

CONFIDENTIAL//REL TO USA, MCFI//20170216//
For display only to IRQ

103

Sources:

Reuters, 17 Feb 07, Syria's Assad in Iran for talks on Iraq

Reuters, 17 Feb 07, Abbas Defiant as Rice Begins ME Push

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



SECRET//REL TO USA, MCFI//20170210//
For display only to IRQ

## Ethno-Sectarian Conflict Update

- National ethno-sectarian incidents: 5; up 3 from previous day
  - 1 targeted Sunnis and 4 not attributed
  - Total casualties: 14 KIA, 99 WIA; up 111 from previous day

- National Ethno-Sectarian Executions: 2 incidents; 4 killed; up 2 from previous day
  - No reported incidents in Baghdad

- Baghdad Incidents: No reported ethno-sectarian incidents

- Significant incidents:
  - 2 x VBIEDs in Kirkuk; 7 KIA, 83 WIA
  - No host nation reporting last 48hrs

*Assessment: Ethno-sectarian casualties increased due to high-profile attack in Kirkuk. Expect execution deaths to remain below daily average as militants and extremists maintain low profile due to Fardh al-Qanoon.*

SECRET//REL TO USA, MCFI//20170210//
For display only to IRQ

Source: CIDNE

104

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170218//
For display only to IRQ

## JAM Recent Reporting

- Recent targeting of JAM leaders has reportedly created confusion over how to respond to Fardh al-Qanoon
  - Due to lack of leadership in Baghdad JAM members will keep a low profile
    - Most known JAM members reportedly fled Baghdad, while lesser known members remained to fight against Sunni insurgents, CF
    - JAM members reportedly told to deny militia affiliation if captured by CF

- Kufah Mosque Imam reportedly escapes assassination attempt, 16 Feb
  - Attempt apparently took place during call to Friday prayers, thwarted by mosque guard
  - Sadr aides earlier claimed MAS would be at mosque to give Friday prayers



C//REL

**Assessment:**  Lack of senior leaders will continue to cause confusion within JAM ranks during Fardh al-Qanoon; uncertain direction from OMS will further undermine willingness among lower-level JAM to confront CF or conduct sectarian violence.  Unclear if MAS was intended target; Sadrists may use assassination attempt as evidence for Sadr's need to remain out of public view.

SECRET//REL TO USA, MCFI//20170218//
For display only to IRQ

105

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170218//
For display only to IRQ

## Intelligence Highlight

- **VBIEDs inflict significant civilian casualties in Kirkuk**
  - **Two VBIEDs detonated near KDP building**
    - **Devices detonated approximately three minutes apart**
    - **Undetermined whether primary target was KDP offices or nearby civilian market**
    - **Reports indicate 7 x CIV KIA, 83 x CIV WIA; minor damage to KDP building**

  - **Recent incidents had similar attack methodology**
    - **Yesterday's attack third time VBIEDs detonated near market area in five months**
      - Each previous attack occurred on Friday during typical shopping hours

  - **Targeting, methodology, threat reporting indicate AQI involvement**
    - **Targeting likely aimed to discredit Kurdish authorities' ability to provide security**
    - **More indiscriminate attack methodology, civilian casualties suggests AQI**
    - **Recent threat reporting indicated possible AQI intent to attack political offices in Kirkuk with VBIEDs**

*Assessment:*  Kirkuk attacks remain focused on Kurdish political, civilian targets.  Expect targeting trend to continue as Sunni extremists, resistance elements seek to destabilize security environment, undermine city's overwhelmingly Kurdish political leadership.

SECRET//REL TO USA, MCFI//20170218//
For display only to IRQ

106

**SCRIPT:**


Notes & Sources:

Tipper 02-026: Terrorist Activities

| 1.4b |
| --- |

CIDNE Trends Data

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

 

SECRET//REL TO USA, MCFI//20170238//
For display only to IRQ

## Outlook: Zawahiri Calls for Sunnis to Unite

- 13 Feb 07, al-Qaida released audio statement by second-in-command Ayman al-Zawahiri calling on Iraqi Sunnis to put aside ethnic differences and unite under Islamic State of Iraq (ISI), Umar al-Baghdadi
  - Zawahiri's 22 Jan 07 message did not mention ISI or al-Baghdadi

- Zawahiri asked Kurds and Turkomen to work together with Arab *mujahidin*
  - Kurds should not be deceived into believing *mujahidin* are their Arab enemies
  - Kurds and Turkomen should cooperate with Arabs to support the "fledgling" ISI and help guide al-Baghdadi
  - All Sunnis should concentrate on fighting the "Crusaders" and "religion traders" (Shi'a)

- 20 Dec 06, Zawahiri message called on grandsons of Saladin to prevent secular wedge
  - 12th century, General Saladin led Muslim army against Crusaders
    - Saladin was Kurdish, originally from Tikrit

*Assessment:  Zawahiri's overture to Kurds and Turkomen reflects attempt to promote ISI as legitimate institution representing interests of all Iraqi Sunnis. Support of Kurds and Turkomen would particularly benefit ISI in northern cities such as Mosul and Kirkuk, which have ethnically mixed Sunni populations.  Expect similar statements by AQSL in attempt to coalesce Sunni support for AQI.*

SECRET//REL TO USA, MCFI//20170238//
For display only to IRQ

107

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170210//
For display only to IRQ

## *STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007*

- The nature of the enemy and the conflict in Iraq has shifted from a Sunni–led resistance against perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups. Baghdad and the surrounding belts remain the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along lines of communications into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence; they seek the creation of a Sunni Islamic State of Iraq. Despite renewed efforts to further the "Islamic State of Iraq" declared in October, it has not received widespread support. AQI leadership is increasingly convergent with AQSL on goals and strategy. Capable cellular networks provide resilience despite CF operations disrupting leadership. Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq. Pursuit of viable chemical weapons capability continues.

- Shi'a extremist and militia influence on national and provincial political agendas exists through infiltration and intimidation, challenging Iraqi government authority. Shi'a extremists and militia use death squads to expand influence throughout Baghdad and surrounding belts; portray themselves as Shi'a protectors; prime agents of systematic sectarian cleansing. Shi'a militia increasingly draw Sunni neighborhood watches in Baghdad into sectarian violence who are willing to accept AQI for protection. JAM – Badr competition and internal friction within JAM may lead to localized intra-Shi'a conflict.

- Sunni Resistance continues decentralized effort to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization. Localized cooperation with Sunni extremists continues in order to achieve tactical objectives. Hardliners augment ranks of Sunni extremists and provide professional military skills. Resistance cell and brigade leaders operate with autonomy, driven by local concerns – remain unmoved by national attempts at reconciliation.

- 

| 1.4b, 1.4d |
| --- |

- Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of security forces, failure to provide basic services, and lack of progress at reconciliation. However, sectarian violence remains the greatest strategic threat to achieving CF and GOI objectives in Iraq.

SECRET//REL TO USA, MCFI//20170210//
For display only to IRQ

108

PX985

Declassified by: MG Michael X. Garrett
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, MCFI//20170215//
For display only to IRQ

## Regional Update

- (U) Khamenei, al-Assad pledged cooperation to confront US "plots" in Middle East
  - Iranian television reported statement made during meeting between al-Assad, Khamenei
  - Khamenei asserted US policies had failed, Syria, Iran should support Maliki's gov't, Lebanese nation's will
  - Al-Assad stated "they [US] want to weaken Muslim nations and regional government's resistance to America"
- (U) Iranian foreign ministry spokesman declared   Iran will not agree to suspend uranium enrichment
  - Statement intended as response to Dec UNSCR mandating 21 Feb suspension deadline
  - Iranian officials have indicated they may consider compromise allowing continued centrifuge development
- (U) Burundi, Uganda to send 3,200 troops to Somalia

(C//REL) *Assessment:* Double-digit inflation, 11% unemployment and lower oil prices--forcing reductions of popular subsidies--will continue to fuel anti-Western rhetoric in Iran, intended to channel proletarian frustration away from regime.

CONFIDENTIAL//REL TO USA, MCFI//20170215//
For display only to IRQ

109

Sources:

Reuters, 18 Feb 07, Iran, Syria Must Defuse US Plots

AlJazeera.net, 18 Feb 07, Syria and Iran Vow Unity Against US

OSC _____1.4c_____ SANA Reports Al-Assad's Meeings in Tehran

Reuters, 18 Feb 07, Iran Says will Not Halt Uranium Enrichment

Reuters, 18 Feb 07, Burundi to Send 1,700 Troops to Somalia

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



SECRET//REL TO USA, MCFI//20170219//
For display only to IRQ

## JAM Recent Reporting

1.4b, 1.4d

- Sadrists may threaten key infrastructure in Basrah in retaliation for arrest of Sadrist Deputy Director for Electricity Distribution
  - Sadrists may have attempted attack on electricity stations mid-Feb 07
  - Considering attempt to cut off oil distribution

Recent JAM Activity

Baghdad

Basrah

S//REL

1.4b, 1.4d, 1.4c

SECRET//REL TO USA, MCFI//20170219//
For display only to IRQ

110

110

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

**SECRET//REL TO USA, MCFI//20170219//**
for display only to IRQ

## Intelligence Highlight

- **VBIEDs target civilians in Baghdad**
  - **Two VBIEDs detonated in New Baghdad market**
    - **CF at scene surveying for market protection measures when attack took place**
    - **Received international media coverage**
    - **Discrepancies in casualty reporting:**
      - CF reported 5 x CIV KIA, 10 x CIV wounded
      - JCC reported 51 x CIV KIA, 124 x CIV WIA

  - **VBIEDs increasingly effective, targeting civilians in Baghdad**
    - **79% of Baghdad VBIEDs in February targeted civilians**
    - **Baghdad VBIED attacks averaging 37 casualties per attack; January had record effectiveness with 40 per attack**

  - **Targeting, methodology indicate AQI affiliated Rusafa VBIED network**
    - **Rusafa VBIED network possibly reacting to ISF/CF presence in Rusafa markets; targeting markets in New Baghdad**
      - Operation Safe Passage intended to secure Rusafa markets from VBIEDs
    - **Intent likely to discredit security plan; maintain ethno-sectarian tension**

*Assessment:* *AQI affiliated Sunni extremists maintaining pressure on Shi'a civilian population centers, gathering places. Expect AQI to continue unclaimed attacks against Shi'a concentrations in parallel with anti-OFAQ IO campaign.*

**SECRET//REL TO USA, MCFI//20170219//**
for display only to IRQ

111

**SCRIPT:**

Notes & Sources:

BBC News Online

| 1.4c |
| --- |

CIDNE Trends Data

Approved for Release

PX985

Declassified by: MG Michael X. Garrett
USCENTCOM Chief of Staff
Declassified on: 201505



## Outlook: Ethno-Sectarian Conflict

- National Incidents: 113; down 41% from previous week
  - 42 targeted Shi'a, 28 Sunnis, and 43 not attributed
  - Total casualties: 253 killed, 361 injured; down 35% from previous week
- National Ethno-Sectarian Executions: 84 incidents, down 41% from previous week; 136 killed; down 39% from previous week
  - Executions accounted for 22% of total casualties, 54% of deaths
  - Daily average of 12; elevated from pre-Golden Mosque baseline of 3
- Baghdad Incidents: 77; down 47% from previous week
  - 42 targeted Shi'a, 19 Sunnis; 16 not attributed
  - Total casualties: 199 killed, 337 injured; down 25% from previous week
- Baghdad Ethno-Sectarian Executions:
  - 61 incidents, down 47% from previous week;
  - 88 killed; down 45% from previous week

*Assessment:* Ethno-sectarian violence decreased as ISF/CF security operations discouraged militant activity.  High profile attacks accounted for majority of nationwide casualties.  Expect ethno-sectarian executions to remain at low level in Baghdad as security operations continue.

112

*Source: CIDNE (includes NJOC)*

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170210//
For display only to IRQ

## *STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007*

- The nature of the enemy and the conflict in Iraq has shifted from a Sunni–led resistance against perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups.  Baghdad and the surrounding belts remain the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along lines of communications into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence; they seek the creation of a Sunni Islamic State of Iraq.  Despite renewed efforts to further the "Islamic State of Iraq" declared in October, it has not received widespread support.  AQI leadership is increasingly convergent with AQSL on goals and strategy.  Capable cellular networks provide resilience despite CF operations disrupting leadership.  Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq.  Pursuit of viable chemical weapons capability continues.

- Shi'a extremist and militia influence on national and provincial political agendas exists through infiltration and intimidation, challenging Iraqi government authority.  Shi'a extremists and militia use death squads to expand influence throughout Baghdad and surrounding belts; portray themselves as Shi'a protectors; prime agents of systematic sectarian cleansing. Shi'a militia increasingly draw Sunni neighborhood watches in Baghdad into sectarian violence who are willing to accept AQI for protection.  JAM - Badr competition and internal friction within JAM may lead to localized intra-Shi'a conflict.

- Sunni Resistance continues decentralized effort to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization.  Localized cooperation with Sunni extremists continues in order to achieve tactical objectives.  Hardliners augment ranks of Sunni extremists and provide professional military skills.  Resistance cell and brigade leaders operate with autonomy, driven by local concerns – remain unmoved by national attempts at reconciliation.

- 

  |  |
  |---|
  | 1.4b, 1.4d |

- Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of security forces, failure to provide basic services, and lack of progress at reconciliation.  However, sectarian violence remains the greatest strategic threat to achieving CF and GOI objectives in Iraq.

SECRET//REL TO USA, MCFI//20170210//
For display only to IRQ

113

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



CONFIDENTIAL//REL TO USA, MCFI//20170220//
For display only to IRQ

## Regional Update

- (U) Iran to meet with IAEA prior to UNSC report
  - Chief nuclear negotiator, Larijani, arranged meeting with Dr. ElBaradei for today in Vienna
  - IAEA expected to issue negative report on Iranian defiance of Dec resolution to UNSC later this week

- (U) Russia freezes Bushehr plant construction
  - Russian atomic energy officials announced delay of Bushehr light-water reactor construction
  - Delay attributed to missed Iranian payments, impact of sanctions o nuclear equipment imports
    - Bushehr reactor contract worth $800-million

- (U) Olmert-Abbas meeting ended w/out progress
  - Leaders affirmed commitment to two-state solution
  - Olmert stressed Palestinian gov't must accept international conditions for recognizing Israel

1.4c

CONFIDENTIAL//REL TO USA, MCFI//20170220//
For display only to IRQ

114

Sources:

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170220//
For display only to IRQ

## JAM Recent Reporting

- 18 Feb, media reported Sadr representative in Beirut, Hassan Zorqani, stated Sadrists support Fardh al-Qanoon
  - Zorqani said MAS's disappearance intended to help security plan succeed
    - Continued to deny Sadr in 1.4b refused to reveal Sadr's whereabouts
    - Stated Sadr will allegedly appear soon to reveal reasons for his disappearance
  - Separately, Sadr City clerics, tribal sheiks expressed readiness to support Fardh al-Qanoon

- Sadr CoR leader, Nassar al Rubay'i, stated all Sadrist ministers to be replaced


Recent JAM Activity

**Assessment**: *Reported comments by religious and tribal leaders indicates broader support for Fardh al-Qanoon among Sadr City leadership; pressure is building on Sadr to either appear publicly or explain his absence.  Reshuffle of Sadr Bloc ministers likely an attempt by Sadrists to put new face on political representation, create public impression of change in JAM/OMS leadership.*

SECRET//REL TO USA, MCFI//20170220//
For display only to IRQ

116

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170220//
For display only to IRQ

## Intelligence Highlight

- **Attack on IP near Ramadi**
  - **Two SVBIEDs targeted IP outpost NW of Ramadi**
    - **First SVBIED (sedan) detonated within ECP barriers**
      - Intent likely to disrupt ISF in preparation for second attack
    - **Second SVBIED (large cargo truck) targeted house north of outpost**
      - Unit analysis indicates target was likely IP leadership within house
      - Reportedly contained 1000-1500lb explosive; two chlorine tanks unconfirmed
    - **2 x ISF KIA, 3 x ISF WIA; 13 x CIV WIA (all women, children)**

  - **Similar attacks in vicinity on 28 January**
    - **SVBIED (with 1-ton chlorine tank) targeted ERU compound 2km east**
    - **SVBIED targeted ISF on Route Mobile, 300 meters southeast**

  - **Attack methodology, targeting consistent with AQI**
    - **AQI-affiliated groups targeting Anbar ISF in attempt to maintain freedom of maneuver, discredit ISF, destabilize Anbar provincial government**
    - **November 2006 reporting indicated AQI, affiliates obtained 100lb chlorine cylinders, likely from water treatment plants**
      - Two past attempts to incorporate 100lb chlorine cylinders in VBIEDs in Oct 06 unsuccessful, likely due to large amount of explosives relative to chlorine

*Assessment:  AQI-affiliated elements targeting ISF in Anbar to increase freedom of maneuver, demonstrating AQI concern of effective, locally-manned security forces; possibly continuing attempts to integrate chlorine into conventional VBIEDs for enhanced lethality, IO effect. Expect continued efforts to integrate chemicals, refine employment, limited by ability to obtain chemical material.*

SECRET//REL TO USA, MCFI//20170220//FOR DISPLAY ONLY TO IRQ

117

**SCRIPT:**

Notes & Sources:

| 1.4c |
| --- |

CIDNE Trends Data

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

| | SECRET//REL TO USA, MCFI//20170220// For display only to IRQ | |
|---|---|---|
| **Civil War Indicators** | | |
| **Indicator** | **Trend** | **Reporting:  10 - 16 Feb 2007** |
| Ethno-sectarian identities are the overriding force driving decision-making | ↔ | • Sadrist CoR member, Baha al-Araji stated JAM not a militia, it is striving for Iraqi stability, it is not receiving foreign support and will be disbanded once Iraq is secure, stable<br>• OMS reportedly ordered JAM to allow return of displaced Sunnis to Al Amil, SW Baghdad |
| Unrestrained, self-sustained sectarian strife across multiple provinces | ↓ | • National Sectarian incidents: 113; down 41%  previous week<br>• National Sectarian casualties: 614; down 35%<br>• National executions: 136 KIA; down 39%<br>• Baghdad Sectarian incidents: 77; down 47%<br>• Baghdad Sectarian casualties: 536; down 25%<br>• Baghdad executions: 88 KIA; down 45% |
| Ethno-sectarian mobilization | ↔ | • No apparent Shi'a militant response to complex attack against Shi'a LNs in Rusafa on Golden Mosque Islamic anniversary<br>• JAM elements in Shaab receiving weapons from Iranian smugglers |
| Population movements | ↑ | • Internally displaced families in Iraq: IOM: 62,473 (up 2,230 from 17 Jan) MoDM: 94,041 (no new data)<br>• International Medical Corps (IMC) reporting corroborates increasing trend |
| **Assessment:**  Violence in Baghdad declined as Iraqi, Coalition forces expanded operations. Sadrists projecting nationalist, non-militia image to avoid ISF/CF targeting, maintaining low profile.  Sunni extremists continue VBIED attacks in attempt to provoke Shi'a militant response. | | |
| | SECRET//REL TO USA, MCFI//20170220// For display only to IRQ | 118 |

**1.A. OSC RESTON VA, 13 FEB 07,** *Iraqi TV Channel Interviews Al-Sadr Bloc MP on Militias. Operations*
  **B. DODSPECONE, 160616Z FEB 07,** *Baghdad-Area Jaysh al-Mahdi Disseminate Order*
**2. CIOC Ethno-Sectarian Weekly Outlook 17 Feb 07**
**3.A. OSC RESTON VA, 12 FEB 07,** *Xinhua Told: Bomb Attacks Kill 66 in Downtown Baghdad on Samarra Anniversary*
  **B. JCMA FT George G Meade MD, 052000Z FEB 07,** *Task 28-98/JCMA/070205/Daily Summary 023*
**4. IMC/MODM/IOM/ IDP Update received 18 Feb 07**

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170220//
For display only to IRQ

## *STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007*

- The nature of the enemy and the conflict in Iraq has shifted from a Sunni–led resistance against perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups.  Baghdad and the surrounding belts remain the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along lines of communications into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence; they seek the creation of a Sunni Islamic State of Iraq.  Despite renewed efforts to further the "Islamic State of Iraq" declared in October, it has not received widespread support.  AQI leadership is increasingly convergent with AQSL on goals and strategy.  Capable cellular networks provide resilience despite CF operations disrupting leadership.  Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq.  Pursuit of viable chemical weapons capability continues.

- Shi'a extremist and militia influence on national and provincial political agendas exists through infiltration and intimidation, challenging Iraqi government authority.  Shi'a extremists and militia use death squads to expand influence throughout Baghdad and surrounding belts; portray themselves as Shi'a protectors; prime agents of systematic sectarian cleansing. Shi'a militia increasingly draw Sunni neighborhood watches in Baghdad into sectarian violence who are willing to accept AQI for protection. JAM - Badr competition and internal friction within JAM may lead to localized intra-Shi'a conflict.

- Sunni Resistance continues decentralized effort to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization.  Localized cooperation with Sunni extremists continues in order to achieve tactical objectives.  Hardliners augment ranks of Sunni extremists and provide professional military skills.  Resistance cell and brigade leaders operate with autonomy, driven by local concerns – remain unmoved by national attempts at reconciliation.

| |
| --- |
| 1.4b, 1.4d |

- Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of security forces, failure to provide basic services, and lack of progress at reconciliation.  However, sectarian violence remains the greatest strategic threat to achieving CF and GOI objectives in Iraq.

SECRET//REL TO USA, MCFI//20170220//
For display only to IRQ

119

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, MCFI//20170221//
For display only to IRQ

## Regional Update

- (U) Lebanese cabinet approved request to UNSC for extension of Hariri assassination inquiry
  - Current inquiry expires in June; request is for additional year
  - Lebanon has experienced 15 attacks on politicians, journalists, public places since Hariri assassination, Feb 05
  - Proposed tribunal for Hariri suspects fueling political crisis

- (U) Larijani offered guarantee for peaceful nuclear intent
  - Guarantee offered to IAEA director in exchange for negotiations without preconditions
    - Larijani: "we would give the necessary assurances and guarantees that there will be no deviation ever toward nuclear weapons"
  - Ahmadinejad declared Iran will halt its nuclear fuel cycle if Western nations do the same
  - IAEA expected to issue report to UNSC today confirming Iranian defiance of Resolution 1737
    - ElBaradei: Iran has acquired expertise from pilot program; possibly only six months away from industrial scale enrichment capability



UNCLASSIFIED

1.4c

CONFIDENTIAL//REL TO USA, MCFI//20170221//
For display only to IRQ

120

Sources:

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



## Ethno-Sectarian Conflict Update

- **National ethno-sectarian incidents: 8;  down 2 from previous day**
  - 2 targeted Shi'a, 1 targeted Sunnis and 5 were not attributed
  - Total casualties: 13 KIA, 21 WIA; down 16 from previous day

- **National Ethno-Sectarian Executions: 4 incidents; 6 killed; down 1 from previous day**
  - 3 occurred in Baghdad; 5 killed

- **Baghdad Incidents: 5; down 1 from previous day**
  - Total casualties: 12 KIA, 20 WIA; down 12 from previous day

- **Significant incidents:**
  - VBIED in West Rashid; 4 KIA, 3 WIA
  - SVEST attack in Rusafa; 3 KIA, 17 WIA

**Assessment:**  Majority of casualties due to high profile attacks targeting civilians.  Expect continued use of SVESTs, possible increase in IDF against civilians as extremists, militants adapt to increased security.

Source: CIDNE (includes NJOC)

121

Approved for Release

121

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170221//
For display only to IRQ

## Intelligence Highlight

- **Chlorine VBIED in Taji**
  - **Truck VBIED detonated near market**
    - **Truck reportedly carried 100lb of explosives, 2 x one-ton chlorine containers**
      - Both containers blown off truck, only one ruptured
    - **Unit analysis indicates intent was to create casualties with chlorine**
      - Device effectiveness mitigated by one chlorine tank remaining intact
    - **Local IP commander indicated primary target was likely nearby IP station, assessed driver was deterred by increased CF patrols in wake of JCC attack**
    - **1 x CIV KIA, 113 x CIV WIA**
      - Most injuries due to inhalation of chlorine

  - **Continued AQI effort to employ chlorine**
    - **19 February –VBIED possibly containing chlorine hit Ramadi IP station**
    - **28 January –truck VBIED with chlorine tanks targeted Ramadi ERU compound**

  - **Reporting indicates many water treatment plants contain significant supply of chlorine; minimal security, accountability**

  - **International media coverage contributing to IO success of attack, will likely embolden future attempts to integrate chemicals into VBIEDs**

*Assessment:*  *Second successful employment of chlorine to increase device lethality beyond initial blast.  AQI-affiliated Sunni extremists continue to demonstrate intent to construct, employ unconventional VBIEDs, leveraging relatively accessible water treatment stocks.*

SECRET//REL TO USA, MCFI//20170221//
For display only to IRQ

122

**SCRIPT:**

Notes & Sources:

| 1.4c |
| --- |

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170231//
For display only to IRQ

## STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007

- The nature of the enemy and the conflict in Iraq has shifted from a Sunni–led resistance against a perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups. Baghdad and the surrounding belts remain the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along the lines of communication into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence. Despite renewed AQU efforts to further its goal of creating the "Islamic State of Iraq" declared in October, the idea has not received widespread support among Iraqis. AQI leadership is increasingly convergent with AQSL on goals and strategy. Capable cellular networks provide AQI with resilience despite CF operations disrupting leadership. Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq. However, tribal opposition to AQI is growing in Al Anbar, and there are signs it is emerging in Diyala. AQI continues to pursue a viable chemical weapons capability.

- Shi'a extremist and militia influence on national and provincial political agendas is exerted through infiltration and intimidation, challenging Iraqi government authority. Shi'a extremists and militia use death squads to conduct sectarian cleansing in Baghdad and the surrounding cities in the Sunni belt. This cleansing campaign has driven some Sunnis to join militia and extremist groups for defense. JAM - Badr competition and internal friction within JAM may lead to localized intra-Shi'a conflict.

- Sunni Resistance continues decentralized efforts to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization. Localized cooperation between Resistance members and Sunni extremists continues in order to achieve tactical objectives. Hardliners augment the ranks of Sunni extremists and provide professional military skills. Resistance brigade and cell leaders operate with autonomy, driven by local concerns, and remain unmoved by national attempts at reconciliation.

> 1.4b, 1.4d

- Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of some security forces, failure to provide basic services, and lack of progress in reconciliation. However, sectarian violence and sectarian distrust are the greatest strategic threats to achieving CF and GOI objectives in Iraq.

SECRET//REL TO USA, MCFI//20170231//
For display only to IRQ

124

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, MCFI//20170222//
For display only to IRQ

## Regional Update

- (U)  Israeli officials claim UNIFIL, Lebanese army containing Hezbollah, arms smuggling continuing
  - PM Olmert:  "when they try to surface now they are disarmed and arrested"
    - Claimed it is now "almost impossible" for Hezbollah to function in southern Lebanon
  - Deputy PM Peres called for UN to address arms smuggling, asserted "not enough being done"
    - Hezbollah chief Nasrallah declared effort to reconstitute depleted rocket supplies in early February
    - IDF Chief stated continued smuggling may force Israel to take further action

- (U)  Somali "resistance" group vowed suicide operations against African Union peacekeepers
  - "The Popular Resistance Movement in the Land of the Two Migrations" declared AU force would be met with "exploding cars" and youths on suicide missions

**Bekaa Valley**



UNCLASSIFIED

1.4c

CONFIDENTIAL//REL TO USA, MCFI//20170222//
For display only to IRQ

125

Sources:

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



## Ethno-Sectarian Conflict Update

- **National ethno-sectarian incidents: 7;  down 1 from previous day**
  - 3 targeted Shi'a and 4 were not attributed
  - Total casualties: 30 KIA, 82 WIA; up 88 from previous day

- **National Ethno-Sectarian Executions: 3 incidents; 19 killed; up 13 from previous day**
  - 1 occurred in Baghdad; 1 killed

- **Baghdad Incidents: 2; down 3 from previous day**
  - Total casualties: 1 KIA, 25 WIA; down 6 from previous day

- **Significant incidents:**
  - SVBIED in Najaf; 11 KIA, 34 WIA
  - VBIED attack in Kirkuk; 14 WIA
  - VBIED attack in West Rashid; 25 WIA
  - 17 Shi'a males executed in Balad Ruz

**Assessment:** Expect Sunni extremists in Diyala to continue targeting Shi'a civilians to reassert influence following recent CF, ISF security operations.

126

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170222//
For display only to IRQ

## JAM Recent Reporting

- JAM likely responsible for assassination of Muthanna Provincial Council Deputy President, Muhammed Hanon, 20 Feb
  - Likely retaliation for arrest of three high-ranking OMS officials earlier on 20 Feb
    - OMS arrests prompted by 18 Feb IED attack against acting Provincial Director of Police (PDoP) convoy

- Current conflict follows recent cycle of violence involving suspected OMS/JAM in Samawah
  - Three senior OMS officials assassinated, mid-Feb
  - IP and suspected former Ba'athist killed by gunman, 11 Feb
  - JAM members reportedly arrested on 9 Feb following wounding of IP by unknown gunmen, 5 Feb



Recent JAM Activity

_**Assessment:**  Recent violence between JAM and provincial authorities is similar to conflicts in Samawah and Amarah in late 2006.  JAM attempting to challenge IP to gain greater freedom of operation and political influence; will continue to target the Muthanna PDoP.  Expect continued cyclical attacks with possible escalation of violence in near-term._

SECRET//REL TO USA, MCFI//20170222//
For display only to IRQ

127

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170223//
For display only to IRQ

## Intelligence Highlight

- **Suicide attack in Najaf**
  - **SVBIED targeted civilians**
    - **Device detonated near west entrance of old city**
    - **Vehicle reportedly owned by identified Baghdad resident**
    - **11 x CIV KIA, 34 x CIV WIA**

  - **High profile attack rate in Najaf low, consistent**
    - **Five high profile attacks in last 12 months; typically one every other month**
      - Yesterday's attack was first HP incident since December
    - **All Najaf HP attacks over last 12 months targeted civilians**

  - **No attack claims; targeting, methodology suggest AQI**
    - **Continued focus on civilians in Shi'a areas to maximize casualties**
    - **Attack likely intended to exploit Shi'a sensitivity to iconic sites**
      - Part of greater effort to provoke Shi'a militant response
    - **May indicate AQI attempt to portray offensive through operations outside Baghdad**

*Assessment:  SVBIED likely intended to exploit religious significance of Najaf; may reflect AQI effort to demonstrate offensive posture by shifting to areas with relatively less security outside the capital.*

SECRET//REL TO USA, MCFI//20170222//
For display only to IRQ

128

**SCRIPT:**

Notes & Sources:

| 1.4c |
| --- |

CIDNE Trends Data

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170222//
For display only to IRQ

## Outlook: IO Themes and Effects

**Terrorists and Foreign Fighters (T&FF)**

- ISI/AQI volume up 169 to 354
  - Claimed "new weapons and techniques" used to shoot down 2 x AH-64, C-130
  - Released 40-min video critical of Sunni political involvement, duplicity of politicians
  - Denied media reports Abu Hamza Al-Muhajir (AAM) injured
  - AQ strategist "Luis Atallah" called for IAI, AS, MA, Al-Rashidin Army to join ISI
- AS propaganda volume down 28 to 3
  - Urged Sunni residents of Baghdad to defend their "homes, mosques, and honor"
- IAI propaganda volume down 31 to 53
  - Released statement promising to avenge alleged rape of Sunni women by MOI officers
- Miscellaneous propaganda volume down 39 to 31

**Sunni Resistance**

- **Propaganda volume up 27 to 70**
  - Ba'ath Party expressed outrage over death sentence for Taha Yasin Ramadan; appealed to international human rights groups
  - Ba'athists threatened to attack petroleum facilities; warned Muslims to vacate areas

*Assessment: Attacks against CF aircraft using "new techniques" remained significant theme this week. AQI continues to criticize OP Fardh al-Qanoon and Sunni leaders who engage in political process. Expect further references to alleged rape—leveraging Muslim sensitivity to female honor—in effort to rally Sunni opposition against ISF/CF operations in Baghdad.*

SECRET//REL TO USA, MCFI//20170222//
For display only to IRQ

129

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170223//
For display only to IRQ

## STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007

- The nature of the enemy and the conflict in Iraq has shifted from a Sunni–led resistance against a perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups. Baghdad and the surrounding belts remain the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along the lines of communication into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable and perpetuate sectarian violence. Despite renewed AQU efforts to further its goal of creating the "Islamic State of Iraq" declared in October, the idea has not received widespread support among Iraqis. AQI leadership is increasingly convergent with AQSL on goals and strategy. Capable cellular networks provide AQI with resilience despite CF operations disrupting leadership. Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq. However, tribal opposition to AQI is growing in Al Anbar, and there are signs it is emerging in Diyala. AQI continues to pursue a viable chemical weapons capability.

- Shi'a extremist and militia influence on national and provincial political agendas is exerted through infiltration and intimidation, challenging Iraqi government authority. Shi'a extremists and militia use death squads to conduct sectarian cleansing in Baghdad and the surrounding cities in the Sunni belt. This cleansing campaign has driven some Sunnis to join militia and extremist groups for defense. JAM - Badr competition and internal friction within JAM may lead to localized intra-Shi'a conflict.

- Sunni Resistance continues decentralized efforts to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization. Localized cooperation between Resistance members and Sunni extremists continues in order to achieve tactical objectives. Hardliners augment the ranks of Sunni extremists and provide professional military skills. Resistance brigade and cell leaders operate with autonomy, driven by local concerns, and remain unmoved by national attempts at reconciliation.

| 1.4b, 1.4d |
| --- |

- Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of some security forces, failure to provide basic services, and lack of progress in reconciliation. However, sectarian violence and sectarian distrust are the greatest strategic threats to achieving CF and GOI objectives in Iraq.

SECRET//REL TO USA, MCFI//20170223//
For display only to IRQ

130

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, MCFI//20170223//
For display only to IRQ

## Regional Update

- (U) IAEA report to UNSC details unexpected Iranian enrichment progress
  - Iran has reportedly demonstrated faster enrichment advances than international monitors expected
    - 656 centrifuges installed at Natanz industrial enrichment facility, more than previously assessed
    - Unclear whether all technical issues have been overcome
  - Report indicates Natanz facility will likely achieve     initial Iranian goal of 3,000 centrifuges by May
    - Iranian officials have outlined long-term goal of 54,000 centrifuges at Natanz

- (U) Hamas cabinet spokesman stated the group is encouraged by the Quartet meeting Wednesday
  - Quartet of Middle East mediators agreed to withhold judgment on sanctions until unity government formed
  - Hamas: "they have decided to wait until the new government is formed... they have not rushed to reiterate the continuation of the siege and sanctions"

UNCLASSIFIED

1.4c

CONFIDENTIAL//REL TO USA, MCFI//20170223//
For display only to IRQ

131

Sources:

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



SECRET//REL TO USA, MCFI//20170223//
For display only to IRQ

## JAM Recent Reporting

**Iran-Iraq Border**

1.4b, 1.4d, 1.4c

- Sadrists reportedly plan to claim the UK's decision to redeploy select units from Iraq is a victory for Shi'ites, Sadr Trend
  - Sadrists considering offering UK a truce during the redeployment time period
    - In return, Sadrists would seek compensation, reconstruction

UNCLASSIFIED

**Assessment:**  A return of some JAM elements could impact Fardh al-Qanoon; however, returnees would likely adhere to Sadr's call to avoid engagement of CF. Sadrists likely to use UK redeployment as part of IO campaign, claiming they compelled UK forces to withdrawal. OMS would use facilitation of reconstruction projects to bolster public image and provide patronage.

SECRET//REL TO USA, MCFI//20170223//
For display only to IRQ

133

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170223//
For display only to IRQ

## Intelligence Highlight

- **Indigenous EFP attempts**
  - **Makeshift EFP recovered 21 February near Ramadi**
    - **Makeshift EFP was recovered from vehicle stopped for suspicious behavior**
    - **Device consisted of cylinder with concave plate at one end, blasting cap on opposite end**
    - **EOD analysis indicated device intended to be EFP; result was shaped charge**
      - Would not have resulted in successful formation of projectile

  - **Crude EFP's recently recovered in MND-N**
    - **18 February – Five possible EFP's recovered by 4th IA DIV**
      - Consisted of five tank rounds covered with possible copper shape materials

  - **Ramadi, MND-N incidents likely Sunni attempts to construct, employ what has become Shi'a premier weapon**

  - 

| |
|---|
| 1.4b, 1.4d, 1.4c |

| |
|---|
| 1.4c |

SECRET//REL TO USA, MCFI//20170223//FOR DISPLAY ONLY TO IRQ     134

**SCRIPT:**

Notes & Sources:

| |
|---|
| 1.4c |

Approved for Release

134

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



## Outlook: Security in the Hadithah Triad

- Local government officials sympathetic to insurgency undermining security efforts
  - Many influential local officials connected to insurgency
  - Corruption and removal of city councilmen inhibiting reconstruction
  - Fear of insurgent retaliation preventing recruitment of effective administrators
- IA/CF OPs impacting insurgent activity; effective IP development challenged by insurgent M&I
  - **Nov, CF berming operations restricted insurgent freedom of maneuver**
  - **Local IP numbers remain low; IP success dependent on CF presence**
- **Security effects on insurgency serving to encourage residents, tribal resistance**
  - **Residents beginning to support local IP**
  - **Abu Nimr tribe has demonstrated opposition to insurgents in Barwanah**

**Assessment:** Continued IA/CF presence in Hadithah Triad will provide conditions for local IP development, improved governance. Expect an increase in insurgent activity as AIF in the area attempt to regain dominance.

135

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170223//
For display only to IRQ

## STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007

- The nature of the conflict in Iraq has shifted from a Sunni–led resistance against a perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups.  Baghdad and the surrounding belts are the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along the lines of communication into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable, and perpetuate sectarian violence.  Despite renewed AQI efforts to further its goal of creating the "Islamic State of Iraq" declared in October, the idea has not received widespread support among Iraqis. AQI leadership is increasingly convergent with al-Qaida senior leadership on goals and strategy. Capable cellular networks provide AQI with resilience despite CF operations disrupting leadership.  Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq. However, tribal opposition to AQI is growing in Al Anbar, and there also are signs it is emerging in Diyala.  AQI continues to pursue a viable chemical weapons capability.

- Shi'a extremist and militia influence on national and provincial political agendas is exerted through infiltration and intimidation, challenging Iraqi government authority.  Shi'a extremists and militia use death squads to conduct sectarian cleansing in Baghdad and the surrounding cities in the Sunni belt.  This cleansing campaign has driven some Sunnis to join militia and extremist groups for defense.  JAM - Badr competition and internal friction within JAM will lead to periodic localized intra-Shi'a conflict.

- The Sunni Resistance continues decentralized efforts to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization.  Localized cooperation between Resistance members and Sunni extremists continues in order to achieve tactical objectives.  Hardliners augment the ranks of Sunni extremists and provide professional military skills. Resistance brigade and cell leaders operate with autonomy, driven by local concerns, and generally are unmoved by national attempts at reconciliation.

| |
|---|
| 1.4b, 1.4d |

- The Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of some security forces, inability to provide sufficient levels of basic services, and lack of progress in reconciliation.

- Sectarian violence and sectarian distrust are the greatest strategic threats to achieving CF and GOI objectives in Iraq.

SECRET//REL TO USA, MCFI//20170223//
For display only to IRQ

136

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, MCFI//20170324//
For display only to IRQ

### Regional Update

- (U) Turkish authorities arrested Kurdish politician over comments regarding intervention in Iraq
  - Leader of Democratic Society Party branch in Diyarbakir charged with threatening public safety
    - Democratic Society Party has been previously accused of having links to PKK
  - Politician warned Turkish government against taking action over Kirkuk
    - Claimed 20 million Kurds in Turkey would rise against the state over attacks against Iraqi Kurds
    - Also stated, "any attack on Kirkuk would be considered an attack on Diyarbakir"
- (U) UN World Food Program released report stating 46% of Palestinians "food insecure"
  - Up from 2004 UN estimate of 35%
  - Previously secure workers such as fishermen, farmers, small traders increasingly reliant on food aid

*(C//REL) Assessment:  Fringe elements will attempt to leverage sensitivity of Kirkuk's status during buildup to referendum to rally support bases.*

CONFIDENTIAL//REL TO USA, MCFI//20170324//
For display only to IRQ

137

Sources:

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



**SECRET//REL TO USA, MCFI//20170224//**
For display only to IRS

### Ethno-Sectarian Conflict Update

- **National ethno-sectarian incidents: 1; down 4 from previous day**
  - Assessed as ethno-sectarian execution
  - Incident occurred in Baghdad Province
  - Victim's sect was not identified
  - Total casualties: 1 KIA; down 12 from previous day

- **Significant incidents:**
  - No host nation reporting past 24hrs

**Ethno-sectarian Daily Incident and Casualty Trends**

_Assessment:_ Reported incidents of ethno-sectarian violence remained at lower level most likely due to lack of host nation reporting, Friday prayers and ongoing security operations in the capital. Expect incidents to increase during next 48 hours as extremists, militants increase activity within Baghdad.

**SECRET//REL TO USA, MCFI//20170224//**
For display only to IRS

Source: CIDNE   138

138

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170224//
For display only to IRQ

## JAM Recent Reporting

- Senior advisors reportedly believe MAS unlikely to return to Iraq in near future
  - Sadr allegedly refuses to meet with anyone

- Local OMS official in western Baghdad says MAS is now outside Iraq, in 1.4b
  - Said Sadr's travel to 1.4b is 'a natural and legitimate right guaranteed by the law'
  - Official added GOI should protect Sadrist Trend members, stop pursuing them

- Sadrist official sought list of 300 candidates, preferably from JAM, for Facility Protection Service (FPS) positions in Hillah, late February

Recent JAM Activity

S//REL

**Assessment:** *Sadr's isolation likely due to pressure from Fardh al-Qanoon, ongoing targeting of Sadrists, JAM splintering. Revelation of Sadr's presence in Iran by low level official may be attempt to gauge reaction. Sadrists likely believe FPS hiring, screening practices less stringent than other security services. Sadrists continue to use FPS to infiltrate government and employ JAM members.*

SECRET//REL TO USA, MCFI//20170224//
For display only to IRQ

139

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SCRIPT:

Notes & Sources:

1.4c

Approved for Release

140

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



SECRET//REL TO USA, MCFI//20170224//
For display only to IRQ

## Outlook: Six-Month VBIED Assessment – Kirkuk

- 59% more VBIED attacks in Kirkuk from Aug 06 through Jan 07 compared to previous six months
  - Casualty rate constant 14 per VBIED
  - Proportion of Suicide VBIEDs constant 34%

- Primarily Kurdish targets; 51% against civilians
  - Preferred targets: Kurdish political offices, Kurdish government officials, Kurds in ethnically mixed neighborhoods
  - VBIED attacks on locally recruited ISF are also strikes on Kurds
  - Jan 06, spate of VBIED attacks on Turkomen businesses, intended to extort

- **VBIED attacks conducted by al-Qaida in Iraq (AQI), Ansar al-Sunna and Ba'athists**
  - **AQI claims and is likely involved in most VBIED attacks**

- **Dip in VBIED attacks from Nov to Dec possibly due to insurgent reset/refit period**

_**Assessment**_:  VBIED attacks in the Kurd-dominated, oil rich Kirkuk are intended to undermine Kurdish authority and demonstrate Sunni insurgents' efforts to protect Arab Sunni access to Iraq's oil wealth.  Expect increased VBIED employment as Dec 07 referendum on Kirkuk's future political status approaches.

SECRET//REL TO USA, MCFI//20170224//
For display only to IRQ

141

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170224//
For display only to IRQ

## STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007

- The nature of the conflict in Iraq has shifted from a Sunni–led resistance against a perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups.  Baghdad and the surrounding belts are the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along the lines of communication into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable, and perpetuate sectarian violence.  Despite renewed AQI efforts to further its goal of creating the "Islamic State of Iraq" declared in October, the idea has not received widespread support among Iraqis.  AQI leadership is increasingly convergent with al-Qaida senior leadership on goals and strategy.  Capable cellular networks provide AQI with resilience despite CF operations disrupting leadership.  Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq.  However, tribal opposition to AQI is growing in Al Anbar, and there also are signs it is emerging in Diyala.  AQI continues to pursue a viable chemical weapons capability.

- Shi'a extremist and militia influence on national and provincial political agendas is exerted through infiltration and intimidation, challenging Iraqi government authority.  Shi'a extremists and militia use death squads to conduct sectarian cleansing in Baghdad and the surrounding cities in the Sunni belt.  This cleansing campaign has driven some Sunnis to join militia and extremist groups for defense.  JAM - Badr competition and internal friction within JAM will lead to periodic localized intra-Shi'a conflict.

- The Sunni Resistance continues decentralized efforts to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization.  Localized cooperation between Resistance members and Sunni extremists continues in order to achieve tactical objectives.  Hardliners augment the ranks of Sunni extremists and provide professional military skills.  Resistance brigade and cell leaders operate with autonomy, driven by local concerns, and generally are unmoved by national attempts at reconciliation.

| |
|---|
| 1.4b, 1.4d |

- The Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of some security forces, inability to provide sufficient levels of basic services, and lack of progress in reconciliation.

- Sectarian violence and sectarian distrust are the greatest strategic threats to achieving CF and GOI objectives in Iraq.

SECRET//REL TO USA, MCFI//20170224//
For display only to IRQ

142

PX985

Approved for Release

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, MCFI//20170225//
For display only to IRQ

## Regional Update

- (U) Iranian media reported IRGC operations killed 17 Kurdish "rebels" near the Turkish border
  - Operations took place in West Azerbaijan province
  - PJAK (Kurdistan Free Life Party) active in province
    - Kurdish militant group founded in 2004 with reported links to KGK (formerly PKK)
  - IRGC chief, Yayha Rahim, blamed foreign meddling
    - "Enemies headed by the United States, Britain and the Zionist regime… are seeking insecurity in some border areas"
- (U) Jordan's King Abdullah stated there's broad Arab consensus for Palestinian gov't to conform
  - Called on new Palestinian government to adhere to demands of Quartet of Middle East mediators
    - Demands include: recognition of Israel, renunciation of violence, acceptance of interim peace accords w/ Israel



1.4c

CONFIDENTIAL//REL TO USA, MCFI//20170225//
For display only to IRQ

143

Sources:

Approved for Release

143

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



144

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



## JAM Recent Reporting

1.4c

- OMS officials hoped to portray announcement of UK troop draw-down as 'divine victory for resistance,' late Feb
  - Officials wanted Imam of the Basrah Mosque to focus on this issue, possibly during Friday prayers on 23 Feb
  - After initial euphoria, Sadrists realized UK troop reductions were not equal to timetable for withdrawal
  - Senior Sadrists, including MAS, are reportedly more pessimistic now, concerned UK forces will remain in Iraq for some time

1.4c

145

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170225//
For display only to IRQ

## Intelligence Highlight

- **Attack on civilians in Habbaniya**
  - **SVBIED detonated near mosque, IP station, school**
    - Device detonated as worshippers were leaving mosque
    - Open sources report the mosque was Sunni; Imam reportedly criticized AQI in Friday sermon on 23 February
    - Preliminary BDA estimates 65 x CIV KIA, 100+ x CIV WIA, 13 x IP KIA; 1 building partially collapsed

  - **February HP attacks on civilians in MNF-W above average**
    - Only 5% of HP attacks targeted civilians in MNF-W in last six months
    - 17% of HP attacks in February targeted civilians; highest since June 2005

  - **No attack claims; targeting, methodology indicate AQI**
    - Targeting of civilians, intent to create mass casualties more prevalent in Baghdad attacks
      - Intent likely to intimidate Anbar leaders to support AQI or face similar retaliation
    - Recent reporting indicates select Anbar leaders increasing anti-AQI rhetoric
      - Tribal leaders working against AQI elements in Ramadi, several other ERV cities

**Assessment:  Attack likely intended to intimidate Anbar leaders and civilian population into support for AQI and other extremist elements operating in MNF-W.  High civilian casualties from attack may serve to galvanize AQI opposition in Habbaniya area.**

SECRET//REL TO USA, MCFI//20170225//
For display only to IRQ

146

**SCRIPT:**

Notes & Sources:

| 1.4c |
| --- |

CIDNE Trends Data

Reuters http://www.reuters.com/articlePrint?articleId=USCOL36065620070224

NY Times online article

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

Page 147 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - - -
1.4b, 1.4d, 1.4c

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

**SECRET//REL TO USA, MCFI//20170220//**
**For display only to IRQ**

## STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007

- The nature of the conflict in Iraq has shifted from a Sunni–led resistance against a perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups. Baghdad and the surrounding belts are the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along the lines of communication into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable, and perpetuate sectarian violence. Despite renewed AQI efforts to further its goal of creating the "Islamic State of Iraq" declared in October, the idea has not received widespread support among Iraqis. AQI leadership is increasingly convergent with al-Qaida senior leadership on goals and strategy. Capable cellular networks provide AQI with resilience despite CF operations disrupting leadership. Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq. However, tribal opposition to AQI is growing in Al Anbar, and there also are signs it is emerging in Diyala. AQI continues to pursue a viable chemical weapons capability.

- Shi'a extremist and militia influence on national and provincial political agendas is exerted through infiltration and intimidation, challenging Iraqi government authority. Shi'a extremists and militia use death squads to conduct sectarian cleansing in Baghdad and the surrounding cities in the Sunni belt. This cleansing campaign has driven some Sunnis to join militia and extremist groups for defense. JAM - Badr competition and internal friction within JAM will lead to periodic localized intra-Shi'a conflict.

- The Sunni Resistance continues decentralized efforts to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization. Localized cooperation between Resistance members and Sunni extremists continues in order to achieve tactical objectives. Hardliners augment the ranks of Sunni extremists and provide professional military skills. Resistance brigade and cell leaders operate with autonomy, driven by local concerns, and generally are unmoved by national attempts at reconciliation.

- 

  > 1.4b, 1.4d

- The Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of some security forces, inability to provide sufficient levels of basic services, and lack of progress in reconciliation.

- Sectarian violence and sectarian distrust are the greatest strategic threats to achieving CF and GOI objectives in Iraq.

**SECRET//REL TO USA, MCFI//20170220//**
**For display only to IRQ**

148

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, MCFI///20170226//
For display only to IRQ

## Regional Update

- (U) Iran expressed defiance prior to meeting of Group of Five + One today
  - Ahmadinejad declared nuclear program had no "reverse gear"
  - G5+1 expected to consider expanded sanctions and travel bans against nuclear officials
    - Russia, China limited scope of sanctions, prevented travel ban in December
  - Foreign ministers of seven Muslim countries met in Pakistan, warned of "dangerous escalation"
    - Ministers represented Egypt, Indonesia, Malaysia, Saudi Arabia, Turkey, Pakistan—all predominantly Sunni
    - Regional media portrayed meeting as foundation for united Sunni bloc in opposition to Iran
- (U) Iranian officials claimed missile launched into space orbit, later rescinded claim
  - Officials later stated missile was sub-orbital, intended for scientific research



| 1.4c |
| --- |

CONFIDENTIAL//REL TO USA, MCFI///20170226//
For display only to IRQ

149

Sources:

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170226
For display only to IRQ

## JAM Recent Reporting

- Sadr statement delivered by Director of OMS in Baghdad in front of thousands in Sadr City
  - Statement called on ISF to take the lead and not rely on CF in Fardh al-Qanoon (FAQ), to protect Iraqis 'through faith, patience, sacrifices, solidarity, and affection for your people'
    - Continued: ISF does not need help from the 'occupier, its planes, and tanks'

- JAM/OMS in al-Hindiyyah and Karbala reacting to pressure from ISF/CF, mid-Feb
  - Stemmed from GOI efforts to find assassins of Karbala official Akram al-Zubaydi, and FAQ
  - Raids reportedly held in Karbala; expected in al-Hindiyyah
    - JAM allegedly enjoys local support; under orders not to clash with CF


Recent JAM Activity

**Assessment:**  Statement indicates Sadr's intent to retain public visibility while out of the country, emphasize support for GOI rather than CF efforts in FAQ.  Intensified ISF/CF effort to find al-Zubaydi assassins likely to incite conflicts in Karbala and al-Hindiyyah regardless of alleged JAM orders to not clash with CF.

SECRET//REL TO USA, MCFI//20170226
For display only to IRQ

150

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170226//
For display only to IRQ

## Intelligence Highlight

- **Suicide attack on civilians in Baghdad**
  - **Suicide vest detonated at al-Mustansiryah University Annex, Adhamiyah**
    - **Device reportedly detonated at the Economics and Business Department**
    - **Open sources report suicide bomber was female; institution controlled by JAM**
    - **Multiple VBIED attack against main university campus, 16 January**
    - **15 x CIV KIA, 20 x CIV WIA**

  - **Baghdad HP attack rates steady over last three months**
    - **45 February HP incidents so far this month, on par with December (45), January (46); average of 44 per month over last 12 months**

  - **No attack claims, targeting and methodology indicates AQI**
    - **Late December reporting indicated AQI intended to attack al-Mustansiryah Univ.**
    - **Targeted predominantly Shi'a area IVO Sadr City**
    - **Methods may indicate attempt to circumvent restricted freedom of maneuver**
      - Use of SVEST to facilitate movement, adapting to increased security measures
      - Female suicide bomber possible attempt to utilize non-traditional suicide profile
        - » 30 Jan 07:  male dressed as female detonated SVEST outside Balad Ruz mosque
        - » 16 Aug 06:  last confirmed female suicide attack, Muqdadiyah

**_Assessment:  AQI likely executed high profile attack as part of campaign to provoke militant Shi'a response.  Expect further use of more mobile methods and possibly non-traditional profiles to achieve Shi'a civilian casualties._**

SECRET//REL TO USA, MCFI//20170226//
For display only to IRQ

151

**SCRIPT:**

Notes & Sources:

| 1.4a |
| --- |

BBC News Online

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170226//
For display only to IRQ

## STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007

- The nature of the conflict in Iraq has shifted from a Sunni–led resistance against a perceived CF occupation to a struggle for the division of political and economic influence among sectarian groups. Baghdad and the surrounding belts are the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along the lines of communication into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable, and perpetuate sectarian violence. Despite renewed AQI efforts to further its goal of creating the "Islamic State of Iraq" declared in October, the idea has not received widespread support among Iraqis. AQI leadership is increasingly convergent with al-Qaida senior leadership on goals and strategy. Capable cellular networks provide AQI with resilience despite CF operations disrupting leadership. Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq. However, tribal opposition to AQI is growing in Al Anbar, and there also are signs it is emerging in Diyala. AQI continues to pursue a viable chemical weapons capability.

- Shi'a extremist and militia influence on national and provincial political agendas is exerted through infiltration and intimidation, challenging Iraqi government authority. Shi'a extremists and militia use death squads to conduct sectarian cleansing in Baghdad and the surrounding cities in the Sunni belt. This cleansing campaign has driven some Sunnis to join militia and extremist groups for defense. JAM - Badr competition and internal friction within JAM will lead to periodic localized intra-Shi'a conflict.

- The Sunni Resistance continues decentralized efforts to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization. Localized cooperation between Resistance members and Sunni extremists continues in order to achieve tactical objectives. Hardliners augment the ranks of Sunni extremists and provide professional military skills. Resistance brigade and cell leaders operate with autonomy, driven by local concerns, and generally are unmoved by national attempts at reconciliation.

- 

    1.4b, 1.4d

- The Iraqi government remains challenged by sectarian agendas within key ministries, militia infiltration of some security forces, inability to provide sufficient levels of basic services, and lack of progress in reconciliation.

- Sectarian violence and sectarian distrust are the greatest strategic threats to achieving CF and GOI objectives in Iraq.

SECRET//REL TO USA, MCFI//20170226//
For display only to IRQ

153

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, MCFI//20170227//
For display only to IRQ

## Regional Update

- (U) Foreign nationals killed in Saudi Arabia
  - Three French citizens killed in SAF attack by suspected Islamic militants in northwest desert
  - First attack targeting foreigners in Saudi Arabia since Sep 2004, previous efforts claimed by AQ
- (U) G5+1 began drafting new UNSC Resolution
  - Representative stated: "we had a productive first discussion of the next steps... we also considered how best to re-engage with Iran"
  - G5+1 officials planned further discussions this week
- (U) Abbas, Olmert agreed to meet w/in two weeks
  - Abbas stated new meeting intended to continue "dialogue and consultations"
  - Abbas met with President Mubarak to discuss mechanisms for renewed development aid from EU



| 1.4c |
| --- |

CONFIDENTIAL//REL TO USA, MCFI//20170227//
For display only to IRQ

154

**Sources:**

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



**SECRET//REL TO USA, MCFI//20170227//**
For display only to IRQ

## JAM Recent Reporting

- Media reports MAS conducting purge of some JAM members, allowing CF to arrest them
  - Moves supposedly part of organizational overhaul
  - Members allegedly had not obeyed Sadr's orders
  - Claimed Sadr also expelled two commanders who reportedly published a DVD documenting killing of Sunnis in Baghdad
- Sadrist publication reported "thousands" of Sadrists staged demonstration in al-Nasariyah, 25 Feb"
  - Protesting US media campaign against MAS

**Assessment:**  Media reports of Sadr purging JAM elements may be IO campaign to improve JAM's image and demonstrate his continued control over organization.  Sadr also trying to present JAM as protector of all Iraqis.  Demonstrations in al-Nasariyah may reflect OMS concerns about media reports that Sadr is in _____1.4b, 1.4d_____ to JAM.

**SECRET//REL TO USA, MCFI//20170227//**
For display only to IRQ

156

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170227//
For display only to IRQ

## Intelligence Highlight

- **Civilian attacks in Balad Ruz**
  - **Anti-tank mine kills six Shi'a local nationals**
    - **25 February - family received threat to leave their home or be killed**
      - Family was returning home on advice from 3/1/5 IA
    - **All victims were from same family**
    - **Two additional AT-mines were found and cleared in the same area**

  - **Recent executions followed CF operations near Turki village**
    - **21 February – 17 Shi'a males executed by AIF wearing ISF uniforms**
      - Followed Operation Turki Bowl II
    - **25 November 06 – 21 Shi'a males executed by AIF wearing IA uniforms**
      - Followed Operation Turki Bowl I

  - **Sunni extremists near Balad Ruz attempting to assert dominance**
    - **Sunni extremist elements targeted by Turki Bowl II were able to flee to avoid CF targeting, possibly returning to area**
    - **Incidents possibly reflect retribution against Shi'a perceived to assist CF during Turki Bowl II**
      - Sunni conducting murder, intimidation operations in area reportedly led by "the Council", operates out of Turki Village area; was target of Turki Bowl operations

*Assessment: Murder, intimidation operations likely taking place in the Balad Ruz, Turki Village area in effort to reassert Sunni extremist local dominance, conducting retribution attacks against those perceived as complicit with ISF/CF.*

SECRET//REL TO USA, MCFI//20170227//
For display only to IRQ

157

**SCRIPT:**

<u>Notes & Sources:</u>

| 1.4c |
| --- |

CIDNE Trends Data

Reuters http://www.reuters.com/articlePrint?articleId=USCOL36065620070224

NY Times online article

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170227//
For display only to IRQ

## Civil War Indicators

| Indicator | Trend | Reporting:  17 - 23 Feb 2007 |
|---|---|---|
| Ethno-sectarian identities are the overriding force driving decision-making | ⟷ | • Prime Minister dismissed head of Sunni Waqf Bureau, Ahmad Abd-al-Ghafur al-Samarra'i, following Waqf statements that the alleged rape was proof of failure of Fardh al-Qanoon |
| Unrestrained, self-sustained sectarian strife across multiple provinces | ↓ | • National Sectarian incidents: 71; down 37%  previous week<br>• National Sectarian casualties: 377; down 39%<br>• National executions: 85 KIA; down 38%<br>• Baghdad Sectarian incidents: 44; down 43%<br>• Baghdad Sectarian casualties: 153; down 71%<br>• Baghdad executions: 49 KIA; down 44% |
| Ethno-sectarian mobilization | ⟷ | • AQI and IAI call for Sunnis to avenge Sunni woman who claimed to have been raped by MoI forces on *jihadist* website |
| Population movements | ⟷ | • Internally displaced families in Iraq: IOM: 62,473 (no new data); MoDM: 92,000 (no new data); IMC 108,663 (no new data) |

*Assessment: Despite declining violence in Baghdad due to Fardh al-Qanoon, rape allegations and actions against Sunni Waqf will further Sunni distrust of Shi'a-dominated police and GOI.  Although Shi'a death squad activity remains low, renewed high-profile attacks following calls for revenge by AQI and IAI will continue to be the short-term threat to perpetuating the cycle of violence and undermining OFAQ.*

SECRET//REL TO USA, MCFI//20170227//
For display only to IRQ

158

1.  A. OSC RESTON VA, [1.4c] *Iraqi Premier Nuri al-Maliki Dismisses Head of Sunni Waqf Bureau*
    B. **DODSPECONE, 231917Z FEB 07,** *Senior Sadrists, Including Muqtada al-Sadr, Reported to be More Pessimistic*
2. **CIOC Ethno-Sectarian Weekly Outlook 24 Feb 07**
3. A. **DODSPECONE, 240656Z FEB 07,** *Iraqi Officials Review Rape*
    B. **USCENTCOM, 232125Z FEB 07,** *Terrorist Threat Advisory Message: AOR*
    C. **OSC RESTON VA,** [1.4c] **,** *Al-Qa'ida in Iraq Leader Promises to Avenge Alleged Rape of Sabrin*
4. **IMC/MODM/IOM/ IDP Update received 22 Feb 07**

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170237//
For display only to IRQ

## STRATEGIC INTELLIGENCE ASSESSMENT- Early 2007

- The nature of the conflict in Iraq has shifted from a Sunni–led resistance against a coalition "occupation force" to a struggle for the division of political and economic influence among sectarian groups.  Baghdad and the surrounding belts are the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along the lines of communication into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable, and perpetuate sectarian violence.  Despite renewed AQI efforts to further its goal of creating the "Islamic State of Iraq" declared in October, the idea has not received widespread support among Iraqis.  AQI leadership is increasingly convergent with al-Qaida senior leadership on goals and strategy.  Capable cellular networks provide AQI with resilience despite CF operations disrupting leadership.  Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq.  However, tribal opposition to AQI is growing in Al Anbar, and there also are signs it is emerging in Diyala.  AQI continues to pursue a viable chemical weapons capability.

- Shi'a extremist and militia influence on national and provincial political agendas is exerted through infiltration and intimidation, challenging Iraqi government authority.  Shi'a extremists and militia use death squads to conduct sectarian cleansing in Baghdad and the surrounding cities in the Sunni belt.  This cleansing campaign has driven some Sunnis to join militia and extremist groups for defense.  JAM - Badr competition and internal friction within JAM will lead to periodic localized intra-Shi'a conflict.

- The Sunni Resistance continues decentralized efforts to expel CF, prevent Shi'a economic and territorial gains, and reverse Sunni political marginalization.  Localized cooperation between Resistance members and Sunni extremists continues in order to achieve tactical objectives.  Hardliners augment the ranks of Sunni extremists and provide professional military skills.  Resistance brigade and cell leaders operate with autonomy, driven by local concerns, and generally are unmoved by national attempts at reconciliation.

- 
  | 1.4b, 1.4d |
  | --- |

- The Iraqi government remains challenged by sectarian agendas and corruption within key ministries, militia infiltration of some security forces, inability to provide sufficient levels of basic services due to a lack of state capacity, and lack of progress in reconciliation.

- Sectarian violence and sectarian distrust are the greatest strategic threats to achieving CF and GOI objectives in Iraq.

SECRET//REL TO USA, MCFI//20170237//
For display only to IRQ

159

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

CONFIDENTIAL//REL TO USA, MCFI//20170228//
For display only to IRQ

## Regional Update

- (U) Russia indicated desire to lift economic sanctions against Hamas
  - Russian FM met with Hamas leader Meshaal to discuss potential steps to end embargo
  - Meshaal called on EU, UN to cooperate with Russia to alter Quartet's position concerning Palestinian gov't
    - Claimed to speak for the Arab and Islamic region
- (U) Larijani suggested Iran would re-adopt NPT Additional Protocol (AP) if case returned to IAEA
  - Larijani suggested offer during meeting with IAEA director; UNSC would have to send issue back to IAEA
  - Iran adopted AP in Oct 2003, rejected AP in Oct 2005 following election of hardliners including Ahmadinejad
  - Additional Protocol created by IAEA to allow international monitors access to undeclared facilities



| 1.4c |
| --- |

CONFIDENTIAL//REL TO USA, MCFI//20170228//
For display only to IRQ

160

Sources:

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



161

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170226//
For display only to IRQ

## JAM Recent Reporting

- Sadr aide stressed Sadr has not withdrawn his support for Fardh al-Qanoon
  - Aide accused media of misinterpreting Sadr's statement made Sunday
    - Aide mentioned statement was advice to ISF 'which are capable of achieving better results without CF assistance'

- Sadrists met in Karbala in mid-Feb to discuss impending arrests of suspects in assassination of Karbala official Akram al-Zubaydi
  - Sadrists agreed to follow MAS instructions to avoid conflict with GoI
  - Plan to seek increased support from Karbala provincial officials, handle matter politically until 'crisis' passes

Recent JAM Activity



**Assessment:** Sadrists continue efforts to demonstrate support for new security measures; boost image of OMS/JAM by reassuring public of support for ISF, Fardh al-Qanoon. Sadrists will likely allow arrests of al-Zubaydi's assassins to go forward in order to avoid conflict with GoI.

SECRET//REL TO USA, MCFI//20170226//
For display only to IRQ

162

Approved for Release

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505

SECRET//REL TO USA, MCFI//20170228//
For display only to IRQ

## Intelligence Highlight

- **High Profile attacks target ISF in Mosul**
  - **Two truck suicide VBIEDs targeted IP compound**
    - First truck breached outer wall, enabled second truck to breach inner wall
    - Blasts followed by SAF, RPG
    - IP station nearly destroyed; 7 x IP KIA, 14 x IP WIA, 1 x CIV KIA, 28 x CIV WIA
  - **VBIED detonated near COP Resolve**
    - Damaged main COP building; 3 x CF WIA, 5 x IA WIA
  - **VBIEDs targeting ISF, effectiveness in Mosul increased over past 2 months**
    - January (5), February (7) exceeded 12-month average of two VBIEDs per month
    - Yesterday's 53 casualties second highest on record for attacks against ISF in Mosul; highest since 19 October 2006 incident with 56 casualties
  - **No attack claims; threat reporting, targeting, methodology indicate AQI**
    - 18 February – AQI elements reportedly planned suicide attack on Mosul IP, specifically targeting Hammam al-Alil, Chief of Police
    - AQI VBIEDs in Mosul generally target ISF
    - AQI reportedly seeking to disrupt, intimidate Mosul ISF to improve FOM

*Assessment:  High profile attacks on ISF intended to disrupt ISF operations, intimidate personnel in attempt to increase AQI freedom of maneuver in, around Mosul.  AQI efforts to target ISF facilities, leaders likely to continue as increased ISF effectiveness further impacts AQI operations.*

SECRET//REL TO USA, MCFI//20170228//
For display only to IRQ

163

**SCRIPT:**

Notes & Sources:

| 1.4a |
| --- |

CIDNE Trends Data

| 1.4c |
| --- |

PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



PX985

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



SECRET//REL TO USA, MCFI//20170228//
For display only to IRQ

## STRATEGIC INTELLIGENCE ASSESSMENT

- The nature of the conflict in Iraq has shifted from a Sunni–led resistance against a coalition "occupation force" to a struggle for the division of political and economic influence among sectarian groups. Baghdad and the surrounding belts are the focus for most sectarian violence, but it is also evident in Diyala, Kirkuk, and along the lines of communication into the capital.

- Sunni extremists continue efforts to expel CF, make Iraq ungovernable, and perpetuate sectarian violence. Despite renewed AQI efforts to further its goal of creating the "Islamic State of Iraq" declared in October, the idea has not received widespread support among Iraqis. AQI leadership is increasingly convergent with al-Qaida senior leadership on goals and strategy. Capable cellular networks provide AQI with resilience despite CF operations disrupting leadership. Cooperation between AQI and other Sunni Resistance groups is growing, particularly in northern Iraq. However, tribal opposition to AQI is growing in Al Anbar, and there also are signs it is emerging in Diyala. AQI continues to pursue a viable chemical weapons capability.

- Shi'a extremist and militia influence on national and provincial political agendas is exerted through infiltration and intimidation, challenging Iraqi government authority. Shi'a extremists and militia use death squads to conduct sectarian cleansing in Baghdad and the surrounding cities in the Sunni belt. This cleansing campaign has driven some Sunnis to join militia and extremist groups for defense. JAM - Badr competition and internal friction within JAM will lead to periodic localized intra-Shi'a conflict.

- 1.4b, 1.4d, 1.4c

- 1.4b, 1.4d, 1.4c

- The Iraqi government remains challenged by sectarian agendas and corruption within key ministries, militia infiltration of some security forces, inability to provide sufficient levels of basic services due to a lack of state capacity, and lack of progress in reconciliation.

- Sectarian violence and sectarian distrust are the greatest strategic threats to achieving CF and GOI objectives in Iraq.

SECRET//REL TO USA, MCFI//For display only to IRQ//20170228

Current as of: 27 Feb 07 **165**

Approved for Release

PX985