# PX993



PX993



PX993



# 22 1238C NOV 08 EFP ATTACK ON CF SE OF ISKANDARIYAH

**INITIAL REPORT**

•**AT 1238C, MND-C, 4/3 BCT, 1-76 FA REPORTED AN EFP ATTACK ON CF SE OF ISKANDARIYAH RESULTING IN 4X CF WIA.**

•**THE CASUALTIES WERE TAKEN TO 86 CSH FOR TREATMENT.**

•**BDA: 4X CF WIA**

•**ASSESSMENT: THIS IS THE 2ND IED ATTACK THAT HAS OCCURRED WITHIN 5 KM IN THE LAST 60 DAYS. THIS EFP WAS LIKELY EMPLACED BY SMALL GROUP ELEMENTS IN AN ATTEMPT TO LIMIT THE CF FREEDOM OF MOVEMENT THROUGHOUT THE AREA. THE THREAT LEVEL HAS INCREASED ON MSRS DUE TO A RECENT SPIKE IN EFP ACTIVITY AGAINST CF CONVOYS. IT IS LIKELY THIS TREND WILL CONTINUE AS LONG AS THE SECURITY AGREEMENT REMAINS UNSIGNED/RATIFIED.**

**WHO: MND-C, 4/3 BCT, 1-76 FA**

**WHAT: CF CASUALTIES**

**WHEN: 22 1238C NOV 08**

**WHERE: 38SMB 44582 27123**

**(SE OF ISKANDARIYAH)**

**MNC-I CCIR #: 6**          **MNC-I PIR#: N/A**

**MNF-I CCIR #: 6**

**NOTIFICATION IN JOC: 22 1319C NOV 08**

**CIDNE #: 20081121213938SLD5510966558A**

1238: EFP ATTACK

USCENTCOM FOIA# 18-0432

SECRET//REL TO USA,MCFI//20181130

PREPARED BY C3 OPS
AS OF 22 1817C NOV 08

PX993



PX993





SECRET//REL TO USA, AUS, CAN, GBR//20181122

| 221259NOV08 | WIT ANALYSIS | 38S MB 44582 27123 |
|---|---|---|

- Blast seat and strike points were consistent with a 3 array, 8-10 inch EFP, each containing approximately 10-15 lbs NEW
- EFP was angled at approximately 26 degrees in an attempt to target MRAP-style vehicles
- Buffalo is typically not the lead vehicle - Buffalo led the RCT due to the increase EFP threat and because it had increased armor
- Vehicle was approximately 15 feet from EFP when struck
- Due to location of impact points it is believed that this was a VOIED triggered when the Buffalo's tires crossed in front of a probable PIR
- Buffalo Anti-EFP Armor was effective in preventing third slug from penetrating main hull
- This is the second EFP strike of similar array targeting CF on ASR Jackson in 3 days
- WIT 14 recommends all vehicles and soldiers remain vigilant along ASR Jackson and that all lead vehicles have Anti-EFP armor, since the last two attacks have hit the first vehicles. Also, when mission and supplies allow, have all vehicles equipped with Anti-EFP armor.

SECRET//REL TO USA, AUS, CAN, GBR//20181122

SECRET//REL TO USA, AUS, CAN, GBR//20181122

| 221259NOV08 | METAL RECOVERED FROM VEHICLE / CRATER | 38S MB 44582 27123 |
|---|---|---|

Slug recovered

SECRET//REL TO USA, AUS, CAN, GBR//20181122

PX993



PX993



USCENTCOM FOIA# 18-0432

560  2/19/2019

PX993



PX993



PX993



USCENTCOM FOIA# 18-0432

PX993

UNCLASSIFIED//FOUO



# *Multi-National Corps – Iraq Counter-IED*



# *2/3/760 EOD EFP Post Blast Storyboard*
## *22 NOV 08*

Overall Classification of this brief is:
SECRET//REL to USA, AUS, CAN, GBR // 20181122

USCENTCOM FOIA# 18-0432

564  2/19/2019

UNCLASSIFIED//FOUO

PX993

SECRET//REL TO USA, AUS, CAN, GBR //20181122



# CJTF TROY MND-C BN
# (760th EOD / Team 3-2)



**1. 760thTeam 3-2 / Outlaw 16 /** (b)(3) 130b, (b)(6)

(b)(3) 130b, (b)(6)

**2. 221259CNOV08**　　　　　**Post Blast**　　　　**38S MB 44582 27123**

　　　DATE TIME GROUP　　　　TYPE OF REPORT / ATTACK　　　　MGRS  GRID LOCATION

**3. CIDNE #: 20081122123838SMB4458227123**　　**CCIR: #6, #23**

**4. CF   KIA: 0   WIA: 4**

| # | Type | Interval Distance (meters) | Distance from IED Site (meters) | CREW Type | CREW Status | Additional Armor | PIR Defeat | Other Sign. Equip. |
|---|------|---------------------------|--------------------------------|-----------|-------------|------------------|------------|--------------------|
| (b)(1)1.4g | | | | | | | | |

APPROVED FOR RELEASE

SECRET//REL TO USA, AUS, CAN, GBR // 20181122

PX993

SECRET//REL TO USA, AUS, CAN, GBR //20181122



# CJTF TROY MND-C BN
# ( 760th EOD / Team 3-2)



## Narrative/Background

- *Outlaw 16* reported an EFP strike on lead vehicle of RCT team heading North on ROUTE JACKSON from Hillah resulting in 4 x CF WIA
- Team and WIT 14 responded and conducted Post Blast Analysis
- Blast seat was located on east side of northbound lane 9 feet off shoulder of road
- EFP was possibly covered by a large pile of gravel and debris
- No initiation components were able to be identified or recovered
- Vehicle struck was a Buffalo
- 3 EFP slug strike points were identified on TC side of Buffalo:
  - 1- Engine compartment, just forward of windshield
  - 2- Side of windshield, redirecting downward into crew compartment
  - 3- Behind TC, striking EFP armor first, never striking actual hull

USCENTCOM FOIA# 18-0432

SECRET//REL TO USA, AUS, CAN, GBR // 20181122

566  2/19/2019

PX993




SECRET//REL TO USA, AUS, CAN, GBR //20181122

# CJTF TROY MND-C BN
## ( 760th EOD / Team 3-2)

## Conclusion

- Blast seat and strike points were consistent with a 3 array, 8-10 inch EFP, each containing approximately 10-15 lbs NEW
- EFP was angled up in an attempt to target MRAP-style vehicles
- Buffalo is typically not the lead vehicle - Buffalo led the RCT due to the increase EFP threat and because it had increased armor
- Vehicle was approximately 15 feet from EFP when struck, possibly preventing full formation of slug
- Due to location of impact points it is believed that this was a VOIED triggered when the Buffalo's tires crossed in front of a possible PIR
- Buffalo EFP Armor was effective in preventing third slug from penetrating main hull
- This is the second EFP strike of similar array targeting CF on ASR Jackson in 3 days
- This attack is further North on ASR Jackson than previous attacks, approximately 1.5 km South of RTE Christy turnoff

SECRET//REL TO USA, AUS, CAN, GBR // 20181122

567 2/19/2019

PX993



SECRET//REL TO USA, AUS, CAN, GBR //20181122

# Cardinal Directions
(From Blast Seat)









SECRET//REL TO USA, AUS, CAN, GBR // 20181122

568  2/19/2019

PX993

SECRET//REL TO USA, AUS, CAN, GBR //20181122

# Overall view of Buffalo







(b)(1)1.4g

Strike Points

SECRET//REL TO USA, AUS, CAN, GBR // 20181122

569  2/19/2019

PX993

SECRET//REL TO USA, AUS, CAN, GBR //20181122

# Exterior – 1st EFP slug





USCENTCOM FOIA# 18-0432

SECRET//REL TO USA, AUS, CAN, GBR // 20181122

570  2/19/2019

PX993

SECRET//REL TO USA, AUS, CAN, GBR //20181122

# Exterior – 2nd EFP slug





SECRET//REL TO USA, AUS, CAN, GBR // 20181122

571  2/19/2019

PX993

SECRET//REL TO USA, AUS, CAN, GBR //20181122

# Interior – 2nd EFP Slug



Direction of travel (outside

Direction of travel (inside)

USCENTCOM FOIA# 18-0432

572 2/19/2019

SECRET//REL TO USA, AUS, CAN, GBR // 20181122

PX993

SECRET//REL TO USA, AUS, CAN, GBR //20181122



# Exterior – 3rd EFP Slug



USCENTCOM FOIA# 18-0432

SECRET//REL TO USA, AUS, CAN, GBR // 20181122

573  2/19/2019

PX993



SECRET//REL TO USA, AUS, CAN, GBR //20181122

# Exterior – 3rd EFP Slug



USCENTCOM FOIA# 18-0432

SECRET//REL TO USA, AUS, CAN, GBR // 20181122

574  2/19/2019

PX993





**UNCLASSIFIED//~~FOUO~~**



**UNCLASSIFIED//~~FOUO~~**

PX993

SECRET//REL TO USA, AUS, CAN, GBR



# COMBINED EXPLOSIVES EXPLOITATION CELL (CEXC)

Home | CEXC Search | Reports | Intel | Evidence | Guidance | Briefs | Links | Admin    Database: CEXC Iraq

Triage | Chemical | Reports | Images

## Report 22776-08

| | |
|---|---|
| Evidence recovered by: WIT 14 | Incident Date: 22-Nov-2008 12:59 |

SECRET//REL TO USA, AUS, GBR

### General Information

| | | |
|---|---|---|
| CEXC Report #: | 22776-08 | Email Notification |
| CEXC Priority: | Red | |
| Priority Reason: | Armor Defeating | |
| Evidence Recovered By: | WIT 14 | |
| Incident Type: | IED | |
| Incident Date: | 22-Nov-08 12:59 | |
| Recovery Type: | Post Blast | |
| Zone: | USD-South | |
| Province: | Babil | |
| Grid Coordinates: | 38S MB 44582 27123 | |
| Geodetic Coordinates: | 32.78063049,44.40822460 | |
| Chemical Fill: | Nitro Esters | |
| Close Date: | | |
| Shipping Status: | Open | |

### Chemical Information

**Author:**

### Chemical Samples

| | |
|---|---|
| Sample ID: | 22776-08-1 |
| Explosive Category: | HME:✗  Military:✗  Commercial:✗ |
| Physical Description: | soil sample "b" |
| Machine: | Ion Trap Mobility Spectrometry, ITMS, Itemiser³ |
| Analysis Notes: | |

| | |
|---|---|
| Analysis Results: | Analysis indicates positive results for trace explosive residue consistent with a Cyclotrimethylenetrinitramine (RDX) based explosive. |
| How Material was Used: | Analysis would indicate that a RDX based explosive was most likely used in the manufacturing of an Improvised Explosive Device (IED). |
| Chemicals Found: | |
| Commercial Use: | RDX based explosive is commonly used in commercial and military blasting applications as well as military weapons. |
| Historical Use: | RDX is a high explosive commonly utilized in IEDs within the ITO. |
| Hazards: | There are no significant hazards associated with RDX based explosives. |



| | |
|---|---|
| Sample ID: | 22776-08-2 |
| Explosive Category: | HME:✖   Military:✖   Commercial:✖ |
| Physical Description: | soil sample "c" |
| Machine: | Ion Trap Mobility Spectrometry, ITMS, Itemiser³ |
| Analysis Notes: | |
| Analysis Results: | Analysis indicates negative results for trace explosive residue. |
| How Material was Used: | |
| Chemicals Found: | |
| Commercial Use: | |
| Historical Use: | |
| Hazards: | |

| | |
|---|---|
| Sample ID: | 22776-08-3 |
| Explosive Category: | HME:✖   Military:✖   Commercial:✖ |
| Physical Description: | soil sample "l" |
| Machine: | Ion Trap Mobility Spectrometry, ITMS, Itemiser³ |
| Analysis Notes: | |
| Analysis Results: | Analysis indicates negative results for trace explosive residue. |
| How Material was Used: | |
| Chemicals Found: | |
| Commercial Use: | |
| Historical Use: | |
| Hazards: | |

| | |
|---|---|
| Sample ID: | 22776-08-4 |
| Explosive Category: | HME:✘   Military:✘   Commercial:✘ |
| Physical Description: | frag (efp slugs) |
| Machine: | Ion Trap Mobility Spectrometry, ITMS, Itemiser³ |
| Analysis Notes: | |
| Analysis Results: | Analysis indicates positive results for trace explosive residue consistent with a Trinitrotoluene (TNT) based explosive. |
| How Material was Used: | Analysis would indicate that a TNT based explosive was most likely used in the manufacturing of an Improvised Explosive Device (IED). |
| Chemicals Found: | |
| Commercial Use: | TNT is commonly used in commercial and military blasting applications as well as military weapons. |
| Historical Use: | TNT based explosives are commonly utilized in IEDs within the ITO. |
| Hazards: | There are no significant hazards associated with TNT. |

**Detonators**

| |
|---|
| None |

SECRET//REL TO USA, AUS, GBR



**United States Central Command - CCJ2**
DSN Phone     (b)(6)
S-VOIP #
Website Technical Support # : (b)(6)



SECRET//REL TO USA, AUS, CAN, GBR



CEXC 22776-08
CEXC 22776-08
MND-C
EFP SPECIAL INTEREST
PB UNK WITH
~~SECRET//REL TO USA, AUS, CAN, GBR~~//20181122
221259NOV08
NARRATIVE DETAIL
38S MB 44582 27123
• At 221259NOV08, WIT 14 received 9-line report for a post blast located at 38S MB 44582 27123
• Outlaw 16 reported an EFP strike on lead vehicle of RCT team heading North on ASR JACKSON traveling from Hillah to FOB Kalsu resulting in 4 x CF WIA
• 760th EOD Team 3-2 and WIT 14 responded and conducted Post Blast Analysis
• Blast seat was located on east side of northbound lane 9 feet off shoulder of road
• EFP was shadowed by a large pile of gravel and debris
• All initiation components were consumed in blast
• Buffalo vehicle was struck
• 3 EFP slug strike points were identified on passenger side of Buffalo:
• 1- Engine compartment, just forward of windshield
• 2- Side of windshield, redirecting downward into crew compartment
• 3- Behind TC, striking Anti-EFP armor first; armor prevented penetration of cab
25NOV08
~~SECRET//REL TO USA, AUS, CAN, GBR~~//20181122
USCENTCOM FOIA# 18-0432
579 2/19/2019

PX993



c 22776-09

SECRET//REL TO USA, AUS, CAN, GBR//20181122

221259Nov08   EFP Fragments recovered from Blast Crater / Vehicle   38S MB 44582 27123

Soil samples taken of inside Blast crater and crater lip

Circled EFP fragmentation was recovered from vehicle

N

SECRET//REL TO USA, AUS, CAN, GBR//20181122

SECRET//REL TO USA, AUS, CAN, GBR//20181122

221259Nov08   ANALYSIS   38S MB 44582 27123

WIT 14 analysis is that the EFP placement is from members of the insurgent cell that planted the EFP on 19 Nov 08, 29 Oct 08 and 5 Nov 08 on ASR Jackson. The EFP attack had identical effects as that of 19 Nov 08. Insurgents have fine tuned their attacks with a mix of the right standoff placement, optimized the angle of attack to strike occupants of the armored vehicles, created the right size of EFP with enough explosive to penetrate the vehicle and used a triggering mechanism to circumvent CREW – most likely incorporating PIR. No evidence has been recovered to identify the triggering method. Attacks have been effective and will continue to cause casualties until insurgents are captured/arrested. The vehicle attacked/damaged had Anti-EFP armor which saved soldiers lives. WIT 14 recommends lead vehicles of convoys should be cognizant of EFP IED's down ASR Jackson. WIT 14 also recommends all lead vehicles have anti EFP armor and eventually added to all vehicles.

SECRET//REL TO USA, AUS, CAN, GBR//20181122

CEXC 22776-08

580   2/19/2019

PX993

Report Source: CIDNE by CEXC

SECRET REL TO USA, FVEY

# CEXC Triage Report 22776-08

| | | | |
|---|---|---|---|
| **Case File Report Theater: ROAR** | | | |
| Classification: | ~~SECRET~~ | Releasability: | ~~REL TO USA, FVEY~~ |
| Case Number: | 22776-08 | Case Author: | (b)(3) 130b, (b)(6)   CEXC Triage) |
| Incident Date: | 22 Nov 2008 12:59 | Incident Type: | IED |
| MGRS: | 38SMB4458227123 | Zone: | USD-South |
| Case Agent: | Not Reported | | |
| Case Priority: | Red | Priority Reason: | Armor Defeating |
| SIGACT Tracking Number: | 20081122123838SMB4458227123 | | |
| CEXC Report: | Yes | Detainee Case: | No |
| Remarks: | | ***EFP/SPECIAL INTREST*** | |
| | | BAG 1/2 (CHEM) | |
| | | 3 X SOIL SAMPLE | |
| | | | |
| | | BAG 2 (CHEM) | |
| | | COPPER SLUG | |
| | FRAG The associated media files for this report are currently unavailable in CIDNE. To retrieve the media, please query the CEXC-I server hosted by NGIC on SIPRNet ((b)(6)    utilizing the number provided in the "Case Number" field. | | |
| HME Equipment: | No | | |
| Case Closed: | No | | |
| Biometric Results: | Not Reported | | |
| Chemical Explosives: | | None Reported | |
| External Report Links: | | No External Reports | |

| |
|---|
| **Photo(s)** |



PX993

Report Source: CIDNE by CREW EF-S

| CREW Report Theater: ROAR | |
|---|---|
| **Classification:** SECRET | **Releasability:** REL TO USA, AUS, CAN, GBR |

### CREW Event Analysis

| | | | |
|---|---|---|---|
| **Title:** | CREW-2011062722110259-CREWEFS | **DTG Event:** | 22 Nov 2008 12:38 |
| **Tracking Number:** | CREW-20081122123838SMB4458227123 | **Sigact Number:** | C40AB124-D5CE-D5AF-D106477DB85723DC |
| **Unit:** | CREW EF-S | **Group:** | CREW EF-S |
| **Priority Questions:** | Post Blast or Found-n-Cleared USF Casualties | | |

### POC Data

| | | | |
|---|---|---|---|
| **Originator Name:** | Engineer (b)(3) 130b, (b)(6) | **SIPR Email:** | (b)(3) 130b, (b)(6) |
| **Position:** | | **SVoIP:** | |
| **Division:** | | **DSN:** | |

### Alibis/Anomolies

| | |
|---|---|
| **Comments:** | |
| **Remarks:** | |

### Vehicle 1

| | | | |
|---|---|---|---|
| **Type:** | Buffalo | **Number Of Vehicles:** | 1 |
| **Crew System:** | (b)(1)1.4g | **Bumper Number:** | |
| **Rhino Status:** | Off | **Convoy Position:** | 1 |
| **Summary:** | n/a | | |

#### Crew Analysis

| | | | |
|---|---|---|---|
| **Log File 1:** | Correct | **Log File 2:** | Correct |
| **Assessed Crew Status:** | On | **Loadset:** | Current/Correct |
| **Crew Analysis** | | | |
| **Analyst Comments:** | | | |

### Vehicle 2

| | | | |
|---|---|---|---|
| **Type:** | Husky/Meerkat | **Number Of Vehicles:** | 1 |
| **Crew System:** | (b)(1)1.4g | **Bumper Number:** | |
| **Rhino Status:** | Off | **Convoy Position:** | 1 |
| **Summary:** | n/a | | |

#### Crew Analysis

| | | | |
|---|---|---|---|
| **Log File 1:** | Correct | **Log File 2:** | Correct |
| **Assessed Crew Status:** | On | **Loadset:** | Current/Correct |
| **Crew Analysis** | | | |
| **Analyst Comments:** | | | |

| | | | |
|---|---|---|---|
| **Time Of Incident:** | 10:11:32 | **Fratricide:** | |

PX993

**Convoy Speed:**                          **Convoy Location:**

**Convoy Spacing:**

**Event Analysis:**

PX993

Report Source: CIDNE by 760th Team 32

| IED Report Theater: ROAR | | | |
|---|---|---|---|
| **Classification:** | ~~SECRET~~ | **Releasability:** | ~~REL TO USA, AUS, CAN, GBR~~ |
| **Tracking Number:** | IED-20081122125938SMB4458227123 | **MGRS:** | 38SMB4458227123 |
| **Call Sign:** | None Selected | **Secondary Safe Area MGRS:** | Not Reported |
| **Primary Safe Area MGRS:** | Not Reported | | |

| Coalition | | Civilian | | Host Nation | |
|---|---|---|---|---|---|
| **KIA** | **WIA** | **KIA** | **WIA** | **KIA** | **WIA** |
| 0 | 4 | 0 | 0 | 0 | 0 |

| Equipment Used |
|---|

| Releasable Data | | | |
|---|---|---|---|
| **Classification:** | UNCLASSIFIED | **Releasability:** | ~~FOR OFFICIAL USE ONLY~~ |
| **Reporting Unit (EOD):** | JTF Troy MND-C, 760th Ord Co, Team 32 | **Date Discovered DTG (Zulu):** | 22 Nov 2008 12:59 |
| **Event Type:** | Explosion | | |

| Team Data | | | |
|---|---|---|---|
| **Service Affiliation:** | USA | | |
| **EOD Notification DTG (Zulu):** | 22 Nov 2008 12:59 | | |
| **EOD FOB Departure DTG (Zulu):** | 22 Nov 2008 13:18 | **EOD Scene Arrival DTG (Zulu):** | 22 Nov 2008 13:42 |
| **EOD Scene Departure DTG (Zulu):** | 22 Nov 2008 14:25 | **EOD Mission Complete DTG (Zulu):** | 22 Nov 2008 16:03 |

| Site Data | |
|---|---|
| **Site Marked:** | No |
| **Marking Details:** | None Selected |
| **Civilian Activity:** | Normal Activity |
| **Reference Point:** | None Selected |
| **Aiming Point Details:** | None Selected |
| **Firing Point Details:** | None Selected |
| **Firing Point MGRS:** | Not Reported |
| **Light Conditions:** | Daytime |
| **Weather:** | Clear |
| **Route Patrol:** | None Selected |
| **Last Time Route Cleared (Zulu):** | RCT was convoy struck. Cleared previous day |
| **Analysis:** | Team 2/3/760 responded to Post Blast at GRID 38S MB 44582 27123 ISO 1/76 FA. Outlaw 16 reported IED strike against |

PX993

lead vehicle of RCT heading North in the northbound lane of ASR JACKSON resulting in 4 CF WIA. EOD and WIT assets were requested to conduct a post-blast analysis. Team arrived on-scene and remotely cleared blast seat and surrounding area with NSTR. No initiation components were able to be identified/recovered. Vehicle struck was Buffalo, with 3 distinct strike points visible on TC side, indicating an EFP detonation. Make-up was a 3-array, 8-10 EFP, 10-15lbs NEW ea, angled up to target MRAP-style vehicles. Buffalo was approximately 15 feet from EFP when it was struck. EFP slugs penetrated the engine compartment just forward of windshield, windshield and behind TC with no hull penetration due to striking EFP armor first. Due to location of impact points it is believed that this was a VOIED triggered when Buffalos tire crossed in front of possible PIR. Buffalo EFP Armor was effective in preventing 3rd slug from penetrating main hull. Copper remains and one EFP slug were recovered and turned over to WIT 14 for exploitation. No further explosive hazards were identified. Team continued to follow-on mission. (2 Items, 45lbs NEW) 221259CNOV08

## Devices

### Device 1

| | | | |
|---|---|---|---|
| **Placement:** | Concealed - Debris/Rubble Pile | **Location:** | Road - Right Side |
| **Container:** | None | **Container Sub-Type:** | Not Reported |
| **How Device Was Found:** | Not Reported | **Who Found Device:** | Driver |
| **Explosive Effect:** | Blast Fragmentation | **Action Taken:** | Post Blast |
| **Main Charge Configuration:** | EFP | | |
| **Casualties: Yes** | | **Suicide Device: No** | **First Responder Targeted: No** | **Post Blast: Yes** | **Partial Build: No** |

#### Releasable Device Information

| | | | |
|---|---|---|---|
| **Classification:** | UNCLASSIFIED | **Releasability:** | ~~FOR OFFICIAL USE ONLY~~ |
| **Device Description:** | | 3-array, 8-10 EFP, 10-15lbs NEW ea | |
| **MGRS:** | 38SMB4458227123 | | |

#### Targets

| | | | |
|---|---|---|---|
| **Target Precedence:** | Primary | **Affiliation:** | Coalition |
| **Country:** | USA - UNITED STATES | **Target Type:** | Military |
| **Details:** | Patrol | **Intended Effect:** | Anti-Armor |
| **Description:** | | Lead vehicle of RCT (Buffalo) | |

#### Initiators

| | | | |
|---|---|---|---|
| **Type:** | Victim Operated | **Initiation Sub-Type:** | Passive Infared |
| **Initiation Detail:** | Not Reported | **Initiator:** | Unknown |
| **Arming:** | Not Reported | **DTMF:** | None Selected |
| **Make:** | None Selected | **Model:** | None Selected |
| **Receiver Remoted:** | None Selected | **Receiver Remoted Distance (M):** | Not Reported |

## Munitions

## Render Safe

PX993

Report Source: Not Provided by MND-CENTER

| SIGACT Report Theater: ROAR |
|---|

**** SIGACT CLOSED ****

| | |
|---|---|
| **Title:** | (EXPLOSIVE HAZARD) IED EXPLOSION RPT (Directional IED) 535 EN/1-76 FA, 4/3 HBCT : 4 CF WIA |

| | | | |
|---|---|---|---|
| **Tracking Number:** | 20081122123838SMB4458227123 | **Report Precedence:** | Flash |
| **Classification:** | ~~SECRET~~ | **Releasability:** | ~~REL TO USA, EGY, FIN, NWT, IRKG, NATO~~ |
| **Reporting Unit Name:** | MND-CENTER OPS LNO | **Report Source:** | Coalition |
| **Report URL:** | http://cidneconus.centcom.smil.mil/LiteReportView.cfm?module=operations&reporttype=SIGACT&reportkey=C40AB124-D5CE-D5AF-D106477DB85723DC | | |

| SPOT Report |
|---|

| | | | |
|---|---|---|---|
| **Unit Name Involved:** | 535 EN/1-76 FA, 4/3 HBCT | **Call Sign:** | Not Reported |
| **Type Of Involved Unit:** | CF | **Involved Unit Activity:** | Route Clearance |
| **Incident Reported By:** | Coalition Forces | **Battlespace Lead:** | Coalition |
| **Tip Reported By:** | Not Reported | | |
| **DTG Of Incident (Zulu Time):** | 2008-11-22 12:38 | **DTG Updated (Zulu Time):** | 2008-11-23 02:29 |

| Location |
|---|

(S//REL TO USA, EGY, FIN, NWT, IRKG, NATO)

| | | | |
|---|---|---|---|
| **MGRS:** | 38SMB4458227123 | ☐ Coords Unknown | |
| **AOR:** | USCENTCOM | **Province:** | Babil |
| **Region:** | IRAQ | **District:** | Babil |
| **Country:** | IRAQ | **City:** | MISIAB |
| | | **Village:** | Ritz Carlton Hotel Complex |

| Events |
|---|

(S//REL TO USA, EGY, FIN, NWT, IRKG, NATO)

| | | | |
|---|---|---|---|
| **Environment Type:** | Not Reported | | |
| **Event Type:** | Explosive Hazard | **Modes Of Attack:** | Directional IED |
| **Event Category:** | IED Explosion | | |
| **Primary:** | Yes | | |
| **Actions Taken:** | Not Reported | **Suicide?:** | No |
| | How Device Was Found: | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Coordinated Attack:** | No | **Complex Attack:** | No | **Counter Attack:** | No | **MEDEVAC Requested:** | No |

| Associated Organizations |
|---|

| SIGACT Summary |
|---|

| | |
|---|---|
| **Summary:** | (S//REL TO USA, EGY, FIN, NWT, IRKG, NATO) MND-C SIGACT 2 |

PX993

MND-C EVENT 3

MND-C IR 4

MNC-I CCIR 6

UNIT: 1-76 FA, 4/3 HBCT

WHO: 2/535 EN

WHAT: IED STRIKE

WHEN: 221238NOV08

WHERE: 38S MB 44582 27123

TIMELINE:
1238: 20 EN BDE PATROL INFORMS THAT THEY HAVE BEEN HIT BY AN EFP. REQUESTING MEDEVAC ATT AND
SENDING UP 9LINE UXO:
1. 221259NOV08
2. 38S MB445-271
3. OUTLAW 16, 70.875 SC/CT
4. EFP
5. NONE
6. NONE
7. MSN HALTED
8. CORDON
9. 1 MM

1250: EOD IS NOTIFIED

1308 AWT CHECKS ON STATION TO PROVIDE OVERWATCH

1315: SHADOW IS ON STATION ATT TO PROVIDE OVERWATCH

1324: EOD SP ATT.

1345: EOD RP ON SITE ATT, CONDUCTING PBA.

1346: CAS FOLLOWED POSSIBLE SPOTTER + 5 PERSONNEL TO A HOUSE AT 38S MB 46339 28797.

1413: SHADOW IS OFF STATION ATT.

1500: EOD COMPLETE PBA AND WILL SEND UP INFO AFTER RTB.

1501: EOD SP SITE ATT.

SUMMARY:
1 X EFP IED STRIKE
4 X WIA THE INJURIES ARE:
- 1 X MINOR SHRAPNEL
- 3 X MACE SCREENING
1 X DMG (DISABLED BUFFALO RCV)

///CLOSED///

| Enemy | | | Blue Forces | | | CIV-NGO-ASG | | | Host Nation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIA | WIA | DET | KIA | WIA | ABD | KIA | WIA | ABD | KIA | WIA | ABD |
| 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Requirements |
|---|

| Capture Details |
|---|

PX993

**Casualty Details**

(S//REL TO USA, EGY, FIN, KWT, IRKS, NATO)

| | | | | |
|---|---|---|---|---|
| **Battle Roster Number:** | Not Reported | | | |
| **Casualty Count** | **Force Type:** | CF | **Party Responsible:** | Unknown |
| 1 | **Affiliation:** | Coalition | **Casualty Type:** | WIA |
| | **Nationality:** | UNITED STATES | **Service:** | Not Reported |
| | **Category:** | Urgent | **Position:** | Unknown |
| | **Group:** | Unknown | **Status:** | Unknown |

| | |
|---|---|
| **Associated Event:** | Not Reported |
| **Comments:** | Not Reported |
| **Wound Points:** | Legs |

(S//REL TO USA, EGY, FIN, KWT, IRKS, NATO)

| | | | | |
|---|---|---|---|---|
| **Battle Roster Number:** | Not Reported | | | |
| **Casualty Count** | **Force Type:** | CF | **Party Responsible:** | Unknown |
| 1 | **Affiliation:** | Coalition | **Casualty Type:** | WIA |
| | **Nationality:** | UNITED STATES | **Service:** | Not Reported |
| | **Category:** | Unknown | **Position:** | Unknown |
| | **Group:** | Unknown | **Status:** | Unknown |

| | |
|---|---|
| **Associated Event:** | Not Reported |
| **Comments:** | Not Reported |
| **Wound Points:** | None Reported |

(S//REL TO USA, EGY, FIN, KWT, IRKS, NATO)

| | | | | |
|---|---|---|---|---|
| **Battle Roster Number:** | Not Reported | | | |
| **Casualty Count** | **Force Type:** | CF | **Party Responsible:** | Unknown |
| 2 | **Affiliation:** | Coalition | **Casualty Type:** | WIA |
| | **Nationality:** | UNITED STATES | **Service:** | Not Reported |
| | **Category:** | RTD | **Position:** | Unknown |
| | **Group:** | Unknown | **Status:** | Unknown |

| | |
|---|---|
| **Associated Event:** | Not Reported |
| **Comments:** | Not Reported |
| **Wound Points:** | None Reported |

PX993



| Target(s) of Attack | | | |
|---|---|---|---|
| Precedence: | Primary | Affiliation: | Coalition |
| Type: | Coalition | Details: | Patrol |
| Nationality: | UNITED STATES | Sect: | Not Reported |
| | | Status: | |
| | Wounded | | |
| Description: | | Not Reported | |

| DRUGREP Details |
|---|
| Show |

| Evidence Report Details |
|---|

PX994



WHO: MND-B, 4-1 ID, ADOC
WHAT: VBC SECURITY
WHEN: 04 2014C APR 08
WHERE: 38SMB3064283872 (VBC)
MNC-I CCIR #: 11
MNF-I CCIR #: N/A
NOTIFICATION IN JOC: 04 2200C APR 08
CIDNE #: 20080404201438SMB3064283872

MND-B

### INITIAL REPORT

•AT 2014C, MND-B, 4-1 ID, ADOC REPORTED AN IDF ATTACK ON VBC.

•THE ATTACK CONSISTED OF 4X 107 mm ROCKETS AND 1X POO IN WEST RASHID.

•C-RAM PICKED UP 4X TRACKS, WAVES SOUNDED, AND GUNS ENGAGED.

•ADOC REPORTED IMPACT AT PALACE AREA AND THERE WAS MINOR DAMAGE TO 1X LN VEHICLE.

•2/C/4-64 REPORTED THERE WAS NOTHING FOUND AT OR AROUND THE POO SITE AND RETURNED TO COP 851.

•BDA: 4X CF WIA, 2X NTV DAMAGED, 1X WINDOW DAMAGED, AND 1X A/C UNIT DAMAGED

•TF TROY CONDUCTED A POST BLAST OF THE IDF POI SITE. FRAGMENTATION, BLAST DAMAGE AND THE ROCKET MOTOR RECOVERED FROM THE SITE ARE CONSISTENT WITH 1X 107mm IRANIAN ROCKET WITH A 2006 LOT NUMBER. THE ROCKET IMPACTED THE WALL OF BLDG 82 AND HAD DAMAGED THE BEDROOM WINDOW OF THE BUILDING. THE MYLAR WINDOW PREVENTED ANY INTERIOR DAMAGE TO THE BUILDING. NO ADDITIONAL EXPLOSIVE HAZARDS WERE FOUND.

•ASSESSMENT: THIS IS THE SECOND IDF WITHIN 7X DAYS ON VBC. THE IDF ATTACK ORIGINATED FROM A HISTORIC POO IN WEST RASHID AND WAS LIKELY CONDUCTED BY SGC. EARLIER REPORTING INDICATED THAT SGC WERE PREPARING TO CONDUCT IDF ATTACKS FOLLOWING THE DEMONSTRATIONS PLANNED FOR TODAY. WHILE JAM IS LIKELY USING THOSE DEMONSTRATIONS TO HIGHLIGHT THEIR PEACEFUL NATURE, SGC WILL CONTINUE DEMONSTRATE THEIR DISPLEASURE WITH MUQTADA AL SADR'S RECENT CALL FOR "CALM". ATTACKS OF THIS NATURE CAN BE EXPECTED TO CONTINUE AS MORE DEMONSTRATIONS ARE PLANNED UNTIL 9 APR.



# 04 2014C APR 08 IDF ATTACK ON VBC

VBC

WEST RASHID

WINDOW DAMAGE

WALL DAMAGE

IRANIAN 107mm ROCKET FRAG

| LEGEND | |
|---|---|
| ● POO | ● POI |

PREPARED BY C3 OPS
04 2200C APR 08

SECRET//REL TO USA,MCFI//20180430

PX994

# 04 2329C APR 08 WHITE ON BLUE INCIDENT IN EAST RASHID



**INITIAL REPORT**

- **AT 2329C,** MND-B, 4-1 ID, 2/2 SCR REPORTED A BLUE ON WHITE INCIDENT IN EAST RASHID.
- 1/E/2/2 SCR REPORTED RECEIVING SAF WHILE ON A MOUNTED PATROL.
- EAGLE BASE REPORTED THAT THE SAF ORIGINATED FROM SOI CP 69 IN SOUTHERN M834.
- 11X SOI MEMBERS WHO WERE ALLEGEDLY INVOLVED IN THE SAF INCIDENT WERE QUESTIONED. THE SOI MEMBERS WERE THEN BROUGHT TO COP 860 FOR AN EOF CLASS AND TRAINING. AFTER THE CLASS INSTRUCTION, ALL WERE RELEASED BACK TO DUTY.
- BDA: NONE
- ASSESSMENT: N/A

**WHO: MND-B, 4-1 ID, 2/2 SCR**

**WHAT: FRIENDLY FIRE**

**WHEN: 04 2329C APR 08**

**MND-B**

**WHERE: 38SMB4439877549 (EAST RASHID)**

**MNC-I CCIR #: 4**

**MNF-I CCIR #: 4**

**NOTIFICATION IN JOC: 05 0323C APR 08**

**CIDNE #: 20080404232938SMB4439877549**

**LEGEND**

- WHITE ON BLUE

PREPARED BY C3 OPS
05 0328C APR 08

SECRET//REL TO USA, MCFI//20180430

PX994




SECRET//REL TO USA, MCFI //20180404

# JTF TROY MND BAGHDAD
# (731 EOD CO: Team 2-1)

**1. BDOC / MNF-I /** [(b)(3) 130b, (b)(6)]

**2. 042034APR08,**   **IDF (Post Blast),**   **38S MB 30687 83537,**   **VBC**
DATE TIME GROUP         TYPE OF REPORT            MGRS  GRID LOCATION          MSR

**3.** SIGACT# 20080404201438SMB3064283872      **CCIR# 5, 11**

**4. CF:** KIA 0 WIA 1 // **LN:** KIA 0 WIA 0 // **IA/IP/NP:** KIA 0 WIA 0 // **E:** KIA 0 WIA 0

**5. IDF Iranian**



USCENTCOM FOIA# 18-0427

SECRET//REL TO USA, MCFI //20180404

538  2/19/2019
**VER 2 20080307**

PX994

SECRET//REL TO USA, MCFI //20180404

# Narrative / Background



Team maneuvered to a Post Blast ISO BDOC at GRID 38S MB 30687 83537.  Team arrived on site and conducted a post blast of the IDF POI site.  Fragmentation, blast damage and the rocket motor recovered from the site are consistent with one 107mm Iranian Rocket with a 2006 LOT number.  The rocket impacted the wall of BLDG 82 and had damaged the bedroom window of the building.  The Mylar window prevented any interior damage to the building.  One WIA was reported with hearing injuries.  No additional explosive hazards were found.

# Conclusion

Team identified one location impacted by an Iranian 107mm Rocket.

USCENTCOM FOIA# 18-0427

SECRET//REL TO USA, MCFI //20180404

539  2/19/2019
**VER 2 20080307**

PX994

SECRET//REL TO USA, MCFI //20180404

# Aerial / Map View of VBC Impact





Victory Base Complex Impact
38S MB 30687 83537

SECRET//REL TO USA, MCFI //20180404

VER 2 20080307

PX994



SECRET//REL TO USA, MCFI //20180404

# Initial Impact





UNCLASSIFIED//FOUO

**Wall Damage**

**Wall Damage**

**Window Damage**

**Iranian 107mm Rocket Frag**

USCENTCOM FOIA# 18-0427

SECRET//REL TO USA, MCFI //20180404

541  2/19/2019

**VER 2 20080307**

PX994

Report Source: CIDNE by JTF TROY Baghdad 731 EOD CO

| IDF Report Theater: ROAR | | | |
|---|---|---|---|
| Classification: | ~~SECRET~~ | Releasability: | ~~REL TO USA, FVEY~~ |
| Tracking Number: | IDF-20080404203438SMB3068783537 | Reporting Unit: | JTF TROY Baghdad 731 EOD CO |
| DTG Occurred (Zulu): | 2008-04-04 20:34 | Casualties: | Yes |
| Volume Of Fire: | 4 | Category Of Attack: | Attack(s) on CF on FOB |
| CounterFire Rounds: | Not Reported | Response: | Ground QRF |
| Response Time: | Not Reported | CounterFire Type: | Not Reported |
| CRAM: | Yes | Airburst: | Not Reported |
| Attacker Sect: | Not Reported | | |

Summary: Team maneuvered to a POST BLAST ISO BDOC at GRID 38S MB 30687 83537. Team arrived on site and conducted a post blast of the IDF POI site. Fragmentation, blast damage and the rocket motor recovered from the site are consistent with one 107mm Iranian Rocket with a 2006 LOT number. The rocket impacted the wall of BLDG 82 and had damaged the bedroom window of the building. The Mylar window prevented any interior damage to the building. One WIA was reported with hearing injuries. No additional explosive hazards were found.

| Coalition | | Civilian | | Host Nation | |
|---|---|---|---|---|---|
| KIA | WIA | KIA | WIA | KIA | WIA |
| 0 | 4 | 0 | 0 | 0 | 0 |

| Munitions | | | |
|---|---|---|---|
| Type: | Rocket | Suspect: | No |
| Round Size: | 107mm | Round Status: | Exploded |
| Point Of Origin(MGRS): | 38SMB3754779557 | Point Of Impact(MGRS): | 38SMB3068783537 |
| Distance Traveled: | Not Reported | Back Azimuth: | Not Reported |
| Radar Type: | Q36 | Acquisition Status: | Yes |

PX994

Report Source: Not Provided by MND-BAGHDAD

| SIGACT Report Theater: ROAR |
|---|

**** SIGACT CLOSED
****

| | |
|---|---|
| **Title:** | (ENEMY ACTION) INDIRECT FIRE RPT (Rocket) 4-1ID/LEXINGTON : 4 CF WIA |

| | | | |
|---|---|---|---|
| **Tracking Number:** | 2008040420143BSMB3064283872 | **Report Precedence:** | Flash |
| **Classification:** | SECRET | **Releasability:** | REL TO USA, GCV, FIN, KWT, IRKG, NATO |
| **Reporting Unit Name:** | MND-BAGHDAD SIGACT MANAGER | **Report Source:** | Coalition |
| **Report URL:** | http://cidneconus.centcom.smil.mil/LiteReportView.cfm?module=operations&reporttype=SIGACT&reportkey=1AA5D63E-423D-4561-51F113A4F6DB5198 | | |

| SPOT Report |
|---|

| | | | |
|---|---|---|---|
| **Unit Name Involved:** | 4-1ID/LEXINGTON | **Call Sign:** | Not Reported |
| **Type Of Involved Unit:** | CF | **Involved Unit Activity:** | Other |
| **Incident Reported By:** | Coalition Forces | **Battlespace Lead:** | Coalition |
| **Tip Reported By:** | Not Reported | | |
| **DTG Of Incident (Zulu Time):** | 2008-04-04 20:14 | **DTG Updated (Zulu Time):** | 2008-04-06 00:09 |

| Location |
|---|

(S//REL TO USA, GCV, FIN, KWT, IRKG, NATO)

| | | | |
|---|---|---|---|
| **MGRS:** | 38SMB3064283872 | | ☐ Coords Unknown |
| **AOR:** | USCENTCOM | **Province:** | Baghdad |
| **Region:** | IRAQ | **District:** | Baghdad |
| **Country:** | IRAQ | **City:** | Baghdad |
| | | **Village:** | Ritz Carlton Hotel Complex |

| Events |
|---|

(S//REL TO USA, GCV, FIN, KWT, IRKG, NATO)

| | | | |
|---|---|---|---|
| **Environment Type:** | Not Reported | | |
| **Event Type:** | Enemy Action | **Modes Of Attack:** | Rocket |
| **Event Category:** | Indirect Fire | | |
| **Primary:** | Yes | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Coordinated Attack:** | No | **Complex Attack:** | No | **Counter Attack:** | No | **MEDEVAC Requested:** | No |

| Associated Organizations |
|---|

| SIGACT Summary |
|---|

| | |
|---|---|
| **Summary:** | (S//REL TO USA, GCV, FIN, KWT, IRKG, NATO) MND-B SIGACT 3 (042031) |

MND-B CCIR # 13, 12
MNC-I CCIR # 11, 5

APPROVED FOR RELEASE

PX994

MND-B EVENT 23 (042029)

DIV FEC CONFIRMED

UNIT: 4-1ID/LEXINGTON

DIV FEC (2014C)
TGT # (b)(1)1.4c
RCS: (-11/364)
POO: 38SMB3754779557
POI:
1:38SMB3068783537
2:38SMB3082083080
3:38SMB3105783181
4:38SMB3114383957
ASSESSED AS: 4 x 107MM RKT
CF: NO COUNTERFIRE DUE TO CDE
BDA: 4 X US WIA ( (b)(3) 130b, (b)(6)
2 X NTV DMG,
1 X A/C UNIT DMG
1 X BLDG WINDOW DMG
IVO: VBC

CRATER ANALYSIS CONDUCTED:
BACK AZ:

SECT RESPONSIBILITY ASSESSMENT: SHIA

POO SITE INVESTIGATION: 4-64 WENT TO POO WITH NSTR
.................................................................

UNIT: BDOC

TIME: 042014APR08

TARGET NUMBER(S):
POO: (38SMB 37520 79570)
POI:
1:38SMB 30687 83537
2:38SMB 30820 83080
3:38SMB 31057 83181
4:38SMB 31143 83957

ASSESSED AS: 4 X 107MM RKT
COUNTERFIRE: (NO)
CRATER ANALYSIS: (YES)

NEAREST ISF/SoI CP: 3-5-2 NP BN
NAME: WRSL01
GRID: MB 37550 79300
CP IS 281M SOUTH OF POO
CP WAS MANNED AT TIME OF ATK

TIMELINE:
2014: C-RAM PICKS UP 4 TRACKS. WAVES SOUNDED. GUNS ENGAGED.
NET CALL COMPLETE. IMPS AND ADOC ENROUTE TO POI\'S.

2025: CALLED CLINICS NOTHING REPORTED.

2035: ADOC IN AREA OF POI 4 NOTHING SHOWING.

PX994

2040: CALLED CLINICS NOTHING REPORTED.

2041: ADOC REPORTS IMPACT AT PALACE AREA. VEHICLE DAMAGE AND SHARPNAL.

2041: MPS REPORT BUILDING WINDOWS AT POI 1 BROKEN. EOD ENROUTE AND ADOC ON SCENE.

2042 : MPS CONFIRM IMPACT AT POI 3. CRATER IS 13\" X 18.5\" X 6\" DEEP. ALSO REPORT 2 X NTV DMG

2050: 2/C/4-64 REPORTS ENROUTE TO POO SITE.

2053: 2/C/4-64 REPORTS COULDN\'T FIND ANYTHING AT OR AROUND THE POO SITE AND BACK ENROUTE TO COP 851.

2055: VIGILANT NOTIFIES BDOC OF 1 X WALKING WOUNDED US SOLDIER HEARING LOSS. HEADING TO GOLBY CLINIC (b)(3) 130b, (b)(6)

2125: TASK FORCE TROY REPORTS IMPACT AT MB3144383110. IMP AND TF VIGILANT RESPONDING

2145: ADOC REPORTS SOLDIER SUFFERD MINOR RINGING IN EARS. SOLDIER HAS BEEN RELEASED BACK TO UNIT.

2230: TF MED REPORTS THREE MORE PATIENTS FROM TONIGHTS IDF. (b)(3) 130b, (b)(6) ALL SUFFREING FROM RINGING IN EARS AND HEADACHE.

2250: CYCLONE 6 REPORTS THAT ALL CHECK POINTS ENROUTE TO POO SITE AND CP WRSL01 WHERE MANNED BY NP FROM 3-5-2 NP BN.

050025APR08: TF MED REPORTS ALL PATIENTS RTD

----------S-2 ASSESMENT----------

4-1ID S2 ASSESSMENT: THIS AREA IS A HISTORIC HOTSPOT FOR IDF. EXTREMISTS HAVED USED THIS AREA IN THE PAST IN TE PAST TO LAUNCH ATTACKS AT VBC. EXTREMIST GROUPS FROM THE RISALH AND SHURTA REGIONS AS WELL A A FEW OF THE CLOSER MUHALLAS IN 1-28\'S AO HAVE USED THIS AREA BEFORE FOR ATTACKS. THE DETERMINATION ON WHAT GROUP CONDUCTED THE ATTACK IS UNKNOWN AT THIS TIME.

EOD ASSESSMENT:

TEAM MANEUVERED TO A POST BLAST ISO BDOC AT GRID 38S MB 30687 83537. TEAM ARRIVED ON SITE AND CONDUCTED A POST BLAST OF THE IDF POI SITE. FRAGMENTATION, BLAST DAMAGE AND THE ROCKET MOTOR RECOVERED FROM THE SITE ARE CONSISTENT WITH ONE 107MM IRANIAN ROCKET WITH A 2006 LOT NUMBER. THE ROCKET IMPACTED THE WALL OF BLDG 82 AND HAD DAMAGED THE BEDROOM WINDOW OF THE BUILDING. THE MYLAR WINDOW PREVENTED ANY INTERIOR DAMAGE TO THE BUILDING. ONE WIA WAS REPORTED WITH HEARING INJURIES. NO ADDITIONAL EXPLOSIVE HAZARDS WERE FOUND.

SUMMARY:

4 X IDF (1 X IRANIAN 107 MM RKT)

0 X KIA

4 X US WIA ( (b)(3) 130b, (b)(6)

2 X NTV DMG,

1 X A/C UNIT DMG

1 X BLDG WINDOW DMG

// CLOSED //

| | Enemy | | | Blue Forces | | | CIV-NGO-ASG | | | Host Nation | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIA | WIA | DET | KIA | WIA | ABD | KIA | WIA | ABD | KIA | WIA | ABD |
| 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Direct/Indirect Fire Information | | | |
|---|---|---|---|
| **Event Type:** | Not Reported | **Force Type:** | Not Reported |

PX994

| Point Of Origin (POO)[MGRS]: | 38SMB3754779557 | Point Of Impact (POI)[MGRS]: | 38SMB3064283872 |
|---|---|---|---|
| Azimuth: | Not Reported | Range (Km): | Not Reported |
| Round Size: | 107mm | Serial: | Not Reported |
| Remarks: | | ASSESSED AS: 4 X 107MM RKT | |
| Cross Border: | No | Counterfire: | No |

### Requirements

### Capture Details

### Casualty Details

(S//REL TO USA, EGY, FIN, KWT, IRKS, NATO)

| Battle Roster Number: | (b)(3) 130b, (b)(6) | | |
|---|---|---|---|
| Casualty Count | Force Type: | CF | Party Responsible: | Unknown |
| 0 | Affiliation: | Coalition | Casualty Type: | WIA |
| | Nationality: | UNITED STATES | Service: | Not Reported |
| | Category: | RTD | Position: | Not Reported |
| | Group: | Unknown | Status: | Unknown |
| Associated Event: | | Not Reported | |
| Comments: | | Not Reported | |
| Wound Points: | | Head | |

(S//REL TO USA, EGY, FIN, KWT, IRKS, NATO)

| Battle Roster Number: | (b)(3) 130b, (b)(6) | | |
|---|---|---|---|
| Casualty Count | Force Type: | CF | Party Responsible: | Unknown |
| 0 | Affiliation: | Coalition | Casualty Type: | WIA |
| | Nationality: | UNITED STATES | Service: | Not Reported |
| | Category: | RTD | Position: | Not Reported |
| | Group: | Unknown | Status: | Unknown |
| Associated Event: | | Not Reported | |
| Comments: | | Not Reported | |
| Wound Points: | | Head | |

(S//REL TO USA, EGY, FIN, KWT, IRKS, NATO)

| Battle Roster Number: | (b)(3) 130b, (b)(6) |
|---|---|

APPROVED FOR RELEASE

PX994

| | | | | |
|---|---|---|---|---|
| Casualty Count | Force Type: | CF | Party Responsible: | Unknown |
| 0 | Affiliation: | Coalition | Casualty Type: | WIA |
| | Nationality: | UNITED STATES | Service: | Not Reported |
| | Category: | RTD | Position: | Not Reported |
| | Group: | Unknown | Status: | Unknown |
| Associated Event: | | Not Reported | | |
| Comments: | | Not Reported | | |
| Wound Points: | | Head | | |

(S//REL TO USA, GCV, FIN, IWVT, IRKC, NATO)

| | | | | |
|---|---|---|---|---|
| Battle Roster Number: | (b)(3) 130b, (b)(6) | | | |
| Casualty Count | Force Type: | CF | Party Responsible: | Unknown |
| 0 | Affiliation: | Not Reported | Casualty Type: | Not Reported |
| | Nationality: | UNITED STATES | Service: | Not Reported |
| | Category: | RTD | Position: | Not Reported |
| | Group: | Unknown | Status: | Unknown |
| Associated Event: | | Not Reported | | |
| Comments: | | Not Reported | | |
| Wound Points: | | Head | | |

APPROVED FOR RELEASE

### Target(s) of Attack

| | | | |
|---|---|---|---|
| Precedence: | Primary | Affiliation: | Coalition |
| Type: | Coalition | Details: | Recovery |
| Nationality: | UNITED STATES | Sect: | N/A |
| | | Status: | |
| | Damaged | | |
| Description: | | VBC | |

### DRUGREP Details
Show

### Evidence Report Details

PX994

PX1100

Declassified by MG Patrick D. Frank
USCENTCOM Chief of Staff
Declassified on: 29 Apr 2022
Privacy Act Protective Order applies

# Ops Report

WebTAS

## Wednesday, 23 February 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Apr 04 2004 17:00:00 |
| is Closed | TRUE |
| Summary | INITIAL REPORT : AT APPROX 1600D, 1AD REPORTED ATTKS BY MADHI ARMY WERE COMMENCED ON IPS STATIONS IN BAGHDAD. INITIAL REPORTS INDICATE 5X IPS STATIONS WERE OVERRUN BY ARMED IZ (IDENTIFIED AS MADHI ARMY). THE FOLLOWING IPS STATIONS WERE ATTK: [1] AL RAFIDIAN (ZONE 21 - MB503953); [2] KARAMAH (ZONE 21 - MB 481938); [3] AL THAHDEED (ZONE 21- GRID TBD); [4] AL ZARPHANIA (ZONE 49 - MB523812); AND [5] NAME UNKNOWN (ZONE 31 - MB 551771). AT APPROX 2330D, 1AD COMMENCED OFFENSIVE OPS TO RETAKE THE IPS STATIONS. ALL STATIONS (EXEMPT AL THAHDEED) ARE REPORTED TO BE BACK IN CF OR ISF CONTROL. THE ATTKS HAVE RESULTED IN 2X CF KIA (DOW) AND 39 X CF WIA (INCLUDING 2X VSI). EN CAS ARE ASSESSED AS 31X EKIA AND 194 EWIA. THERE IS NO INFO ON ISF CASUALTIES. IN ADDITION, 1AD REPORTS 2X LMTV 2X HMMWV DESTROYED. 1 AD WILL AMEND/SUBMIT DETAIL SIGACT ONCE DATA IS AVAILABLE. |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2004 |
| Month Occurred | April |
| Day Occurred | 4 |
| Event Type | Friendly Action |
| Event Category | Attack |
| Event MOA | N/A |
| Primary Country | IRAQ |
| Primary RC | MND-BAGHDAD |
| Primary AO | 1/1 CD |
| Primary District | Sadr City |
| Primary Province | BAGHDAD |
| was Suicide | FALSE |
| Tracking Number | attlemaj-14453065 |
| Attack On | None Selected |
| Unit Activity | NONE SELECTED |
| Title | MADHI ARMY ATTK ON IPS IN BAGHDAD (ZONE 21, 49 AND 31): 2 CF KIA, 39 CF WIA |
| Association Count | 1 |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

04/28/22 001
FISHBECK
CENTCOM_00000097

PX1100

## Ops Report

| | |
|---|---|
| BDA Friendly KIA | 2 |
| BDA Friendly WIA | 39 |
| BDA Friendly Casualties | 41 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 52 |
| BDA Enemy WIA | 194 |
| BDA Enemy Casualties | 246 |
| BDA Enemy Detained | 0 |
| City | Baghdad |
| Classification | SECRET |
| Classification Releasability Mark | REL TO USA, EGY, FIN, KWT, IRKS, NATO |
| CIDNE Folder | 3.5c iteReportView.cfm?module=operations&reporttype=sigact&re portkey=8590E19B-E68F-4A6A-A960-F05B2E30DC80&entity=report |
| Date Occurred Excel UK | 04/04/2004 |
| Date Occurred Excel US | 04/04/2004 |
| Date Posted(Z) | Apr 08 2004 00:42:39 |
| Date Updated(Z) | Apr 08 2004 01:24:41 |
| FOB | Callahan |
| Latitude | 33.3822177664 |
| Longitude | 44.4420048195 |
| MGRS | 38SMB481938 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | UNKNOWN |

Page 2 of 4

## Ops Report

| | |
|---|---|
| Originator Name | UNKNOWN |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | 8590E19B-E68F-4A6A-A960-F05B2E30DC80 |
| Reporting Unit | Not Provided |
| Route | UNKNOWN |
| Type Of Unit | None Selected |
| Unit Name | Not provided |
| Updated By Group | UNKNOWN |
| Updated By Name | UNKNOWN |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

SIGACT Location

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 003
FISHBECK
CENTCOM_00000099

PX1100

## Ops Report

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 1/1 CD | Baghdad | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRK5, NATO~~ | | IRAQ | (More not shown) |

| MOA | | | |
|---|---|---|---|
| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
| N/A | 8E6BF98B-F482-4602-A0D4-3A2FBBDB0705 | Friendly Action | Attack |

| Events1 | | | | | |
|---|---|---|---|---|---|
| Event Category | Event Key | Event Type | Intended Outcome Suicide | Hit Or Miss | (More not shown) |
| | | | | | (More not shown) |
| | | | | | (More not shown) |
| Attack | 3ACABBFC-2B8F-4D01-8574-F7ED8E06240D | Friendly Action | | | (More not shown) |

| Association | | | | | | |
|---|---|---|---|---|---|---|
| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |

12 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AOR, Primary Region, Reintegratees Count, Report Text by Associated Org, CCIR, CIDNE Media, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Target, Units, Vehicle

## Relationships

(None)

## Attachments

(None)

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 004
FISHBECK
CENTCOM_00000100

PX1100

PX1101

12/23/2019                                    DoD News: U.S. Central Command Background Briefing

ï»¿



United States Department of Defense.
News Transcript

Monday, April 5, 2004 2:01 p.m. EDT

**Presenter:** Senior CENTCOM Official

## U.S. Central Command Background Briefing

STAFF:  Let me see if we're up.  Are we up?

SR. CENTCOM OFFICIAL:  Yeah, I read you loud and clear down here.

STAFF:  Okay, sir.  I think that you want to start with a few comments, and then we'll get right into the questions.

SR. CENTCOM OFFICIAL:  You bet.  This has been an interesting weekend.  It's pretty calm right now over there.  I just got off the phone with our Forward Operations Center -- fairly calm in all the areas that we're operating.

The obvious beginnings of this were earlier, or late last week when Fallujah kicked off.  And sometimes in that whole business it's  forgotten we lost five soldiers the same day we lost the contractors, about 21 kilometers north of Fallujah, to a mine on a -- I think an M- 113 -- but then the tragic events within Fallujah that made the news.

We are currently, as I think you know, conducting operations in and around Fallujah.  I won't say we've locked the city down, but we've established a cordon around the city to monitor trafficking going in and out, and are beginning to conduct operations to go seek out those that committed which are tragic acts, not just as determined by the coalition and the U.S. folks that are over there, but by most Iraqis as well.  That is not how Iraqis act, and that represented a very small portion of Fallujah, albeit Fallujah has been a pretty active town for some time now.  It is a strong Saddam stronghold and has been since the beginning.  And we will get that under control.

The events of the weekend surrounding Muqtada Sadr are concerning to us.  They are Shi'a, and Sadr is a more or less minor cleric within the Shi'a religion.  He has been more or less marginalized by most of the Shi'a community, and those that surround it, from both the Ayatollah in Lebanon as well as those that he seeks guidance and help from in Iran.  But he does have a very strong following amongst a minor group, probably about 3,000 members of a militia force called the Mahdi Army, that he uses to protect himself and some of his other leaders, and then uses as he sees fit, whether it's establishing the Shiriah (ph) court or protecting a mosque from outside activities.  Most of his following, I think, as far as those folks that are not involved with the Mahdi Army, come from those Shi'a members who recall with fondness and with reverence his family name, his father and others that have the Sadr name, at least two grand ayatollahs in the family, and he has a following that directly revolves around that.

This started in An Najaf with a large demonstration that got out of control.  We don't think it was initially intended, at least by the demonstrators, to get out of control, but somewhere amidst the crowds that were out there, some snipers started firing at

PX1101

coalition members and it did get out of control.

Ultimately they went to our Joint Coordination Center that was established to work coordination between the police and the Civil Defense Corps and the coalition in preparation for the Arba'in activities that will be going on over the next week, and they also attacked a compound that housed the folks from the Spanish brigade there.

The El Salvador quick response team or force counterattacked, and we did lose one El Salvadoran during that effort.  But they relieved the pressure on those facilities and ultimately -- I won't say brought calm, but ended the attacks there.

Sadr City in Baghdad was the location, as you know, for several police station takeovers, and we lost several soldiers -- actually, eight -- in retaking those in very violent attacks.  And actually, they did a very good job of going back in and restoring some level of order after apparent Mahdi Army folks had gone in and taken over four of the police stations.

There were a number of other demonstrations around the country, in An Nasiriyah and a couple of other areas; but all told, probably the number of demonstrators and followers were less than about 10,000.

A great deal of violence, mostly committed by an outlaw militia group, the Mahdi Army, and directed by a cleric who, as we see it, is attempting to gain some power, which he has not had up to now, and to gain more influence as we run up to the turnover of sovereignty.

And I'll leave it with that and open the floor for any questions.

STAFF:  Okay.  (Off mike) -- microphone and we'll pass it around. If you'd just state your name and your news organization, so our official knows who he's talking to, we'll try to get around to as many as we can.

Q    Hi, (title of briefer deleted).  It's John Hendren at The L.A. Times.  You describe this as the small group, a minority of people in Fallujah.  It seemed like, just reading the reports today, that these attacks were coordinated in some way.  Is this not an alarming Shi'a uprising that presents sort of a new front in the war in Iraq?

SR. CENTCOM OFFICIAL:  Two issues here.  One, the Fallujah piece is Sunni.  And that was coordinated, as best we can tell, from a number of ambush sites, but mainly, we believe, because that's a main road where we had had -- where there was a certain amount of coalition traffic that had been traveling up and down the road.  The -- again, as best we can tell, taking out the two SUVs with the contractors in it was a target of opportunity.

So yes, there was some coordination there, and that is -- that obviously gives us concern.  We're seeing more and more of the complex kind of attacks that take some level of planning.

But again, these are very small groups.  It doesn't take a lot to do this.  And they are, especially in the area of Fallujah, more or less the disenfranchised, former Ba'athists or former regime elements that really are out there, oftentimes unemployed, with little hope for the future.  And we've got to deal with that.  But we don't see that piece as being nearly as troublesome as the Shi'ite demonstrations that have occurred.  Fallujah has been like that.  The Sunni situation is understandable.  And we've got continued work to do to fix that situation.  And we will go in Fallujah and fix that and find the folks that perpetrated those activities.

It's worth mentioning that in Fallujah, when that occurred, I mean, there were obviously a lot of people out on the streets, but they didn't stay for very long.  When we went back over the area about an hour afterwards, most of the crowds had dispersed.  And the crowds were not nearly as big as they are when you put them on camera and show a scene over and over again.

For the most part, the people of Fallujah, whether they support us or not, certainly don't condone the violence and that kind of activity.  They certainly would like to see an economic recovery in the area and a free Iraq.

As far as the Shi'a activities, I would not even begin to call that an uprising.  You know, 60 percent of the population of Iraq is Shi'a, and if you figure the population is 25 million, that puts something in the neighborhood of 15 million or so.  And I'm not going to try to do math in public, but certainly the numbers don't suggest even the hint of a Shi'a uprising, even though that's what the papers showed -- or the papers put on their headlines.  This is an outlaw group of militia that is taking actions in support of a cleric

PX1101

who is not a particularly powerful Shi'a cleric.  And in my view, this is more a power grab at a very difficult time, given that we have Arba'in coming up.  And just the fact that we have this coupled with 500,000 to a million pilgrims makes this something of concern to us as far as how we want to respond.

Q     This is Pam Hess with United Press International. I've got a couple of questions, mostly about the Baghdad situation, but I'm also mildly obsessed by Muqtada al-Sadr, so I'll ask something about that, as well.

The soldiers that were killed in Sadr City, were they on their way into the fighting and came under sniper fire, or was this in sort of in a pitched battle?  And can you describe for us what your thinking now is about Iraqi security forces?  If four police stations were vulnerable enough to be taken over by the militia and we also had a similar situation in Fallujah, how confident are you that these guys are able to operate without significant backup?  And then as far as Sadr is concerned, he has been a thorn in the side of the CPA and the Western forces there for a while.  Are you regretting not taking stronger action to disarm his militia earlier?

SR. CENTCOM OFFICIAL:  Let me start at the beginning.  You're getting down at the tactical level on me on the depth of the Marines.  That may be one we'd have to ask General Kimmitt or General Sanchez.  And it's probably a mix.  As best I understand, those soldiers were lost in retaking the police stations.  But that's probably not the case for all of them.  And as you know, that is a difficult thing to do, to go in and retake something when there are guys with guns behind walls or shooting out from windows and rooftops.  And that would be hard to tell, by the way, just exactly how those guys died until we get full reports back from the folks that participated in it.

I can't remember the second one, but let me get to the third one and then I'll go back to the second.

Muqtada al-Sadr has been -- I mean, he has -- he knows he's being looked for, so he's been very difficult to both locate and get in a situation where we can go get him.  There has been an arrest warrant out for him.  We would certainly prefer that the police or the Civil Defense Corps take those actions because the warrant is out based on an Iraqi judge's warrant.  And so our preference on these things, when possible, is to allow the Iraqi security forces to do it.

Now, you make a good point, and this probably gets to your second question in the capabilities of the Iraqi security sector, and there's obviously a mixed bag in this.  We have put a fair amount of police on the street, but they haven't all been put on the street with the full- up kind of training that they need to be effective, nor have we completed the equipping of them to reach a full-up and capable force, and we're in the process of doing that.  We're turning out a lot of trained police with the Jordanians doing much of the training, and we're doing other training in Baghdad, and I think setting one up soon in Mosul, a school for the police, as well as some of the other nations that are contributing to that in some of the specialized part of the police force.

So we are working to get them up to the standards that they need in Iraq.  It probably is not a standard that you would be used to when you see a cop out on the street, but we're trying to get them to a level that is adequate for Iraq.  And they're not there yet in training or equipment, but it's coming.

Let me see, where were we on this?  What didn't I answer out of this that --

Q     I think you got it, but if you can maybe expand on what your thinking is now.  Are you going to have to reinforce Iraqi police stations because they've become a target now, at least five of them in the last couple of weeks?

SR. CENTCOM OFFICIAL:  Yeah, well, you know, that's -- yes.  I mean, we're going to have to go back in and take a look at -- just like we have all along.  I'm not sure exactly how each of these stations, you know, were protected, but they have been -- as you know, there has been a move from attacking the coalition forces -- because we're getting much harder targets to attack -- to those soft targets that are really at the core of a future Iraq society.  And they are symbols of that, and so those folks that do not wish a free and democratic Iraq go after those sorts of targets.  So where -- in many places like Mosul and stuff, where a lot of this has been going on, those police stations have taken some pretty good actions to get some standoff distance and to protect themselves from these sorts of attacks.

We've done a lot of that in Baghdad as well.  But we'd not experienced a lot of these sorts of problems in Sadr City.  And I can't say this categorically, but I'm not certain that this isn't the first time the police stations in Sadr City have actually been attacked in any significant manner.

PX1101

So yes, they will no doubt go back and look at how it was done and what they need to do to better either locate themselves or better protect themselves from those sorts of attacks.

Q    Sir, it's Jamie McIntyre from CNN.  CNN has been told that General Abizaid has requested some options in the event in the future you needed to dispatch some more U.S. troops to Iraq.  Can you give us any context behind that and tell us whether it represents any shift in thinking about whether more U.S. troops might be useful?

SR. CENTCOM OFFICIAL:  Sure.  I can at least give you the type of discussions that go on here.  As I think you know, we are always in the business of planning, and we always plan worst-case scenarios. And clearly if this thing got out of control over there, we would have to start looking at the number of forces that we have in theater and whether they were adequate to meet our needs.

As it sits right now, and given the situation, we have plenty of forces there.  In fact, we have more forces right now in Iraq than we had, oh, three or four months ago.  I think in September-October- November time frame we had about 120,000 folks, and right now we have about 134,000.  So we have the forces necessary to be able to do the job that we've got ahead of us.  But clearly it is prudent that we sit and take look at other events to determine whether or not that we would need more forces or what forces were available, if indeed we did want some more forces over there.

So the short answer is, we always do prudent planning of this sort.  We have not requested any additional forces.  And you know, the situation would certainly determine whether or not we needed additional forces.  But in my view, as we look at it right now, we've got adequate forces to be able to do the job.

Q    (title of briefer deleted) Jim Miklaszewski with NBC News.  Could you help us better understand the reason why efforts were not made -- at least visible efforts were not made to take Sadr into custody?  After all, as you mentioned, there had been an arrest warrant out for him for several months.  You describe him as not a particularly powerful cleric.  And you said he was hard to get to, but he wasn't totally invisible.  Was there concern that by arresting him it might incite the Shi'ite population?  And since the inflammatory rhetoric in the newspaper, his sermon on Friday, and now this demonstration over the weekend, are the gloves off?

SR. CENTCOM OFFICIAL:  I would say that the Shi'a community was doing a pretty good job of marginalizing Sadr on their own.  And so he was walking a pretty thin line without throwing out a whole bunch of rhetoric in our direction.  And certainly there are concerns as we deal with the Shi'a community that we try and do it within the rule of law.  And so yes, the warrant has been out there and we have been basically trying to help the police and the Civil Defense Corps as they try to locate and determine what action to take down there.

And by the way, it seemed like after his sermons and stuff, after his Friday sermons, his followers were getting smaller and smaller in size.  So we weren't -- I won't say concerned with him, but it looked like things were moving in a direction that were good as far as the Shi'a community moving more towards the Sistani view of things, if not pro-coalition or not anti-coalition, certainly in a neutral position. There certainly are concerns about inflaming the Shi'a folks, but I'm not sure that we were that concerned about Sadr doing that because he was starting to get marginalized by them already.  And had a target of opportunity come up, we certainly would have grabbed him.  He's known that warrant's been out so he has been very quiet -- well, not quiet. He has protected himself very well, and it has been very difficult to follow his moves.  And the last thing we want to do is go into a mosque and take significant actions in there.  That I do believe would incite Shi'a if we did that during sermons and the like.  Although his actions did or his words did go over the line recently, I think, more so than they have in the past, where, without having heard the words or seen the translation, I believe he actually did call for violence against coalition.  And that is over the line and that does -- not take the gloves off, but certainly gives us more impetus to go after him and help the Iraqi security sector get him under control and get tried before an Iraqi judge.

Q    Hi.  Bret Baier from Fox News Channel.  I'm going to try Jamie's question a different way.  There's kind of a mixed message here that I'm hearing: that you don't believe this is an uprising, it doesn't suggest a hint of an uprising, you don't think Sadr has the juice, if you will, in the Shi'a community to incite that many people, yet you say if this thing got out of control, we would have to look at the numbers again.

What you're looking at now, do you believe the capabilities are in Iraq to handle the threat as it stands today?

PX1101

SR. CENTCOM OFFICIAL:  You bet.  I mean, we think the threat that's out there and we think we're taking the proper actions right now, being very deliberate and trying to make sure that we are not doing things that would turn those Iraqis that are really looking towards a positive future for Iraq against us by doing something stupid that would put more people into the camp of anti-coalition folks.  So, you know, given the situation as it is right now and given what we expect, we have adequate forces over there to be able to handle this.

Q   Toby Zakaria with Reuters.  I wanted to ask you about Fallujah.  How clearly have you identified who was behind those attacks?  Do you believe that there were any -- I've heard that there are some Zarqawi-related cells in that area as well as, obviously, being Saddam's supporters.  Is there any indication at all that anybody linked to Zarqawi was connected to what happened over there, or do you believe that it was basically the Ba'athists?

SR. CENTCOM OFFICIAL:  You know, I am not absolutely certain yet. We'll find more out as we get into the operations that are ongoing. But it is more likely in my view that it revolves around the former regime element, but that's not to say that there couldn't have been some cooperation with the Zarqawi folks. I mean, he has got cells in Fallujah or a cell in Fallujah, and he's got influence in Fallujah, and we've seen more and more cooperation between former regime elements and some of the extremist groups like AIA and Ansar al-Islam and Zarqawi's networks. So I wouldn't -- I don't think I could categorically say that they did or did not involve one or the other. It's possible that there was cooperation, but we think this was primarily former regime elements.

Q   (Briefer's title) -- Brian Hartman with ABC News.  You've had a lot of different units coming in and out of Fallujah. They've tried a lot of different tactics. They've tried the carrot. They've tried the stick. They've tried variations of both. What have you learned from the Army's experiences there, and how is this variation of the Marines' use of the carrot and the stick any different? Can you help us understand what's going on in Fallujah in those terms?

SR. CENTCOM OFFICIAL:  Yeah, I don't think I can in that it's really too early to tell on the Marine approach to things, although I would say it's not really significantly different from how the 82nd Airborne handled things out there. We have always tried to go after the will of the people, and that's part and parcel of the liberties we've given to our division commanders and the like to have funds available to them to go in and help rebuild schools and dig wells and do those sorts of activities. And we know how important that is, and it has been very effective in most parts of Iraq. And so, you know, we tend to focus just on the areas where we have a lot of problems, but those are probably less than 10 percent of the country, 10 (percent) to 20 percent of the country, while these things are doing well outside of that.

The Marine approach in Fallujah is -- it's just too early to see exactly what they're doing in there and how they're approaching this thing to find out if there is any significant difference or if it would have an impact. Any way you cut it, they haven't been there long enough to have had an impact that would have either caused or halted or stopped from happening the events that happened in Fallujah.

Q   (title of briefer deleted) This is Douglas Jehl with The New York Times.  Can you elaborate on your thinking about how to manage the balancing act, if you will, between going after those in the Shi'a community responsible for the violence and avoiding inciting further violence, particularly, as you said, with Arba'in coming up and hundreds of thousands of pilgrims on the move?

SR. CENTCOM OFFICIAL:  You bet.  I mean, I think we have to go after those folks that actually committed whatever action -- illegal action was out there.  So in the case of Fallujah, I mean, we've got some pretty good pictures of the folks that did it.  And we -- I expect we'll get help from the city of Fallujah, who condemn those sorts of actions.  And we will go find the folks that did it, and we will take care of them through the Iraqi justice system.

As far as the Sadr piece, we need to first of all make sure that the Iraqis themselves condemn the actions that he's conducted.  And then we need to deliberately go after the militia folks that are conducting these sorts of attacks and de-arm them and take them apart and make sure that it is clearly understood that they are illegal and they are doing things that are outside the system of justice in Iraq.

And then the Iraqis are going to have to help us take care of that situation and charge them or put them in jail or put them through the system that they need to put them through or move them over, and get those folks that are -- that don't have blood on

PX1101

their hands into the Iraqi security forces, which is what we're hoping to do up north with the peshmerga and some of those other troops.  And we'll see where we go with some of the other militias that are out there.

But certainly with the Mahdi Army, we are going to focus on disbanding them, de-arming them, and we'll do that deliberately and with a plan, so as not to just go in with all -- you know, all guns blazing and hurt or kill or damage those folks that live in the neighborhoods and are innocent bystanders to all of this.

STAFF:  Two more quick ones --

Q    Okay.

STAFF:  -- (off mike) -- that point.  (Laughter.)

Q    Okay.  Sir, this is Craig Gordon from Newsday.  Let's take one more crack at Jamie's question.

What CNN is reporting today -- seems to be reporting today is that General Abizaid has specifically asked for options for the possibility of increasing the number of U.S. troops in Iraq as a result of this weekend's violence, or the latest uptick in violence. I guess I'm just trying to figure out -- I mean, I know generals do contingency planning all the time, but has there been an added look at this possibility given this recent violence, and the option -- or what possible options there would be for that and where those troops would come from?

SR. CENTCOM OFFICIAL:  Given the events of this weekend and the obvious potential for more demonstrations or more violence, we have asked the staff to at least take a look and see what forces are available out there in a quick response mode, in the event that they should be needed if there was a widespread move in that direction.

But we don't believe that that's going to occur, and we don't believe that we're going to need any additional forces from the United States.  So we simply do that as a matter of planning, as we would do in any significant event that occurred in Iraq or Afghanistan or anyplace else.

STAFF:  Last one.

Q    George Edmondson with Cox Newspapers.  We've heard, and you again said that the violence is not going to deter the handoff at the end of June.  Is there any level of violence that would cause a rethinking of the timing on the handoff, or is that going to happen no matter what happens?

SR. CENTCOM OFFICIAL:  Well, I mean, I think that's a political question.  But from a military perspective, certainly things could go to all-out, full-up civil war, or something like that, and we would have to -- somebody would have to relook whether turning it over to the Iraqis is a wise thing at that particular time or whether it would need to be delayed.

But we just don't see that happening right now.  I mean, there is a great deal of reaction to this and it is significant, but this is not the beginnings of a civil war, in our view.  And let's keep in mind that, you know, the moderate Shi'a are certainly not in favor of this sort of thing happening because the move towards democracy is clearly, you know, to their benefit as they are the majority population within Iraq.  So we don't see these activities in the   Shi'ite community as being condoned or supported by the large majority of the Shi'a population.

So, I mean, again, I can't answer the political end of it, but we just don't see the situation developing right now that would cause us to have to seriously reconsider the turnover of sovereignty to the Iraqi people.

STAFF:  Sir, I'd like to thank you.  This has been very helpful back here for all of us, I think, and we appreciate your time and hope that you can join us again real soon.

SR. CENTCOM OFFICIAL:  Great.  Thank you very much.

PX1101

http://www.defenselink.mil/transcripts/2004/tr20040405-0580.html

**NEWSLETTER**

Join the GlobalSecurity.org mailing list

**Enter Your Email Address**

[                    ]   [ Sign Up Now! ]

Advertise with Us   |   About Us   |   GlobalSecurity.org In the News   |   Site Map   |   Privacy

Copyright © 2000-2019 GlobalSecurity.org All rights reserved.
Site maintained by: John Pike

PX1101

PX1102



Home :: Military :: Library :: News :: 2004 :: April ::

## MILITARY

**Further Reading**



United States Department of Defense.
News Transcript

|  |  |
|---|---|
| **Presenter:** Brig. Gen. Mark Kimmitt, Deputy Director for Coalition Operations; and Dan Senor, Senior Adviser, CPA | Monday, April 5, 2004 11:05 a.m. EDT |

## Coalition Provisional Authority Briefing

MR. SENOR:  Good evening.  I just have a brief opening statement, and then General Kimmitt will make an opening statement, and then we will be happy to take your questions.

Today the Iraqi police service formally arrested Mustafa al-Yacoubi, this pursuant to a valid arrest warrant issued by an Iraqi judge.  Mr. al-Yacoubi was arrested in connection with the brutal murder of Ayatollah As Seyed Ala-Majid al-Khoei, who was repeatedly stabbed and shot to death last April in front of one of the world's holiest shrines.

Mr. Yacoubi has been transferred to Iraqi police custody, where he is held at an Iraqi detention facility and will be tried by Iraqi judges in Iraqi courts under Iraqi law.  Today the Iraqi investigative judge held his first meeting with Mr. Yacoubi to ensure that he fully understands the charges against him and he fully understands his rights.  The arrest and trial are about justice and  law and order in Iraq.  The Iraqi people want elections, not mob violence, to determine who will govern Iraq.

General Kimmitt.

GEN. KIMMITT:  Good afternoon.  The coalition is accelerating its offensive operations to kill or capture anti-coalition elements and enemies of the Iraqi people.  In response to the latest increase in violence, in the past 24 hours the coalition conducted 1,566 patrols, 10 offensive operations, 18 raids, and captured 42 anti-coalition suspects.

In the Al Anbar province, Iraqi security forces and the 1st Marine Expeditionary Force initiated Operation Vigilant Resolve to confront anti-coalition and anti-Iraqi elements in the Fallujah area. The joint force, currently consisting of over 1,300 personnel from the 1st MEF, Iraqi armed forces and the Iraqi Civil Defense Services, have established a series of traffic control points around the city of Fallujah, along with additional assets to regulate passage and establish a cordon in and out of the city.  A curfew from 1900 to 0600 has been established, and these are the first of a series of actions taken to attack anti-coalition and anti-Iraqi forces, to reestablish security in Fallujah and begin the process of civil military assistance projects in Fallujah.

Over the past 36 hours, there have been a number of demonstrations and incidents throughout the central and southern zones of Iraq, some of which turned violent, as elements of Mahdi Army incited and perpetrated violence against Iraqi citizens, Iraqi security forces and the coalition.

PX1102

In Baghdad yesterday there were six demonstrations in support of Muqtada al-Sadr and demonstrating against the detention of Mustafa Yacoubi. In Sadr City, three police stations came under attack, but all have been returned to IPS control.

In An Najaf, a large crowd gathered midday Sunday to show support for Sadr and Yacoubi, and the demonstration turned violent in the afternoon, when elements of the Mahdi Army attacked coalition facilities on the edge of the city.

In An Nasiriyah, a violent demonstration of approximately 200 Mahdi Army personnel attempted to secure bridges entering the city. The only hostile action against coalition forces was a rocket grenade fired at a CPA building, which missed. The governor defused the incident, and the demonstration ended peacefully.

In al-Amarah, a crowd of about 2,000 built up peacefully during Sunday afternoon. At approximately 1700 an explosive device was thrown at coalition forces that led to violence. Order was reestablished later in the evening.

In Basra, there were peaceful demonstrations by about 1,500 Sadr supporters in a number of different locations. There were some RPG attacks after the crowds dispersed, without effect on coalition forces.

In al Kut, a crowd of 1,000 Sadr supporters protesting the detention of Mustafa Yacoubi were dispersed without incident.

Today those cities are relatively quiet. There have been a number of demonstrations in Baghdad, to include a peaceful demonstration outside the Al Hurra Police Station in western Baghdad and a demonstration in the vicinity of the Sadr bureau in Sadr City. There have also been demonstrations in An Najaf, Basra and al Kut with no reported violence.

There are reports of a takeover of a contractor building in An Nasiriyah by Sadr followers as well as other reports of a takeover of an abandoned building in Basra by approximately 200 Mahdi Army members. In both cases there is no violence reported, and Iraqi police service and coalition forces are monitoring the situation.

MR. SENOR: With that, we'll be happy to take your questions.

Yes, go ahead.

Q      Thank you. Larry Kaplow with Cox Newspapers. Can you tell us what happened today in Shula, where there are reports that there are helicopters that fired on targets there? Is that true, and what were the targets?

GEN. KIMMITT: Yeah, there were attack helicopters, Apache helicopters used today in Baghdad. It is my understanding that one helicopter was fired upon by small-arms fire, approximately five to six rounds that hit, one round which may have hit the cockpit without injury to any of the pilots. Acting within the limits and the inherent right of self-defense, the helicopter fired back with approximately 100 or so rounds of 20-millimeter. But no rockets were fired and no anti-tank missiles were fired.

MR. SENOR: Yes.

Q      (Through interpreter.) Naji Murubai (ph) from Ad-Dustour newspaper. Mr. Kimmitt, there are -- news came from the Shula city about launching some missiles on some houses and centers of the groups of Muqtada Sadr. This was through -- broadcast through the BBC. How accurate is this information?

GEN. KIMMITT: That information is wrong. As I said earlier, the helicopter fired in self-defense after it had fired on by small-arms fire. No rockets were used, only 20-millimeter rounds.

MR. SENOR: Rachel.

Q      This is for you, General Kimmitt. We've heard from senior military coalition officials that say that Sadr should be detained because they know -- they have evidence that he was coordinating attacks. So my question is, why hasn't he or will he be? And if so, can we --

PX1102

MR. SENOR:  Rachel, I'll answer that.  An Iraqi judge has issued an arrest warrant for Muqtada al Sadr, and that is based on evidence that connects Muqtada al Sadr to the brutal murder of Mr. al-Khoei, a murder in which Mr. al-Khoei was repeatedly stabbed and shot to death in front of the world's -- in front of one of the world's holiest shrines.  And I think the message to all individuals that were involved in that murder is that the Iraqi people want elections, not mob rule to determine who will govern Iraq.

Q      All right.  Just a follow-up.  Has he been served with --

Q      (Off mike.)

MR. SENOR:  Okay.  Well, we'll fix the translation.

GEN. KIMMITT:  Both.  He is correct.

Q      Al-Sadr?

GEN. KIMMITT:  Both.

Q      Have you -- sorry, Dan.

MR. SENOR:  Go ahead.  Rachel.

Q      Just a follow-up.

MR. SENOR:  Yes.

Q      Has he been --

MR. SENOR:  What I said was there is an arrest warrant against Muqtada al-Sadr.

Q      Dan?

MR. SENOR:  Yes?

Q      Has he been served with a warrant?  Where is he now?  Has he been taken into custody?

GEN. KIMMITT:  He has not been taken into custody.  He has not been served with that warrant at this time.

MR. SENOR:  Yes?

Q      James Hider from the Times.  Do you know where he is? We're hearing reports that he's in Kufa, he's in a mosque surrounded by a large number of gunmen.  How difficult is it going to be to serve this warrant and arrest him?

GEN. KIMMITT:  I think a lot will depend on how he intends to take the news of this warrant and whether he decides to come  peacefully or whether he decides to come not peacefully.  That choice is the choice of Muqtada al-Sadr.

MR. SENOR:  I would just add to that that the Iraqi Governing Council has issued, just earlier today, a very strong statement addressing this entire issue.  And it has specifically said -- the Governing Council specifically said that Iraqis should show respect for mosques and other holy sites.

Yes?  Go ahead.

Q      Luke Baker from Reuters.  These warrants were issued last autumn, we heard.  Why have you waited till now to arrest or try to arrest Yacoubi?  And why haven't you detained Sadr earlier?

PX1102

MR. SENOR:  Sure.  The arrests -- there were originally 12 arrests made shortly after the murder of Mr. al-Khoei.  And there was a view and there is a view today in Iraq that when these cases come to trial, in the effort to conserve Iraq's scarce judicial resources, that as many of the individuals involved in a particular case be tried at once.  The initial 12 individuals were arrested. Subsequently after a meticulous investigation, additional warrants were filed.  There were additional individuals they intended to pursue.  The initial 12 were found early on and detained.  It was more difficult to target some of the other individuals.

Recently they have begun -- the Iraqi judge, the investigative judge has begun to prepare the case for trial, about a month of preparation.  And in light of the fact that the case was about to go to trial, he thought it important to take another shot at trying to gather up some of the other individuals that had been involved and for whom there were warrants.  Mr. Yacoubi falls into that category, and they detained him.

Q    But -- sorry -- you could have detained Yacoubi and Sadr months ago, then.  I mean, they've been freely available to be detained.  Why only now?

MR. SENOR:  The investigative judge made a determination that as he prepared this trial, that it is important to go -- try again, take another shot at trying to detain Mr. Yacoubi.  And so in consultations with coalition forces, we carried this out.

Yeah?

Q    Yeah, Daniel Cooney (sp) from Associated Press.  Can you just say, when was the warrant issued for Sadr's arrest, and when will the arrest be carried out?

MR. SENOR:  The arrest for Muqtada al-Sadr has been -- it was issued within the last several months.  I can get you the exact date after this meeting.  I know the warrant for Mr. Yacoubi was even prior to that.  And as to when the arrest will be carried out --

GEN. KIMMITT:  You'll know.

MR. SENOR:  Yeah.  Let's just say there will be no advance warning.

Yes, go ahead.

Q    Carrie Gerhardt (sp), National Public Radio.  I have two questions and they're kind of big, but it's my last day, so I feel like maybe you guys will answer them both.

So, okay, the first one is, we've heard from doctors at the al- Khatib (ph) hospital in the Al Shula district of Baghdad that U.S. troops have been going in there and asking the doctors to -- anyone that they're treating with a bullet wound to save the bullets and the fragments and put them aside so that they can then test those bullets afterwards to see if they're from coalition weapons.

I'm wondering why they would have a crazy idea like that.

And also, my second question is the arrest warrant for Sadr was issued several months ago.  Can you tell us when exactly, maybe?

MR. SENOR:  Yeah, I just said in the previous question that I would get the exact date after.  I said in the last several months.

GEN. KIMMITT:  I have not heard those reports about coalition forces going into hospitals.

Q    Hi, it's a question for General Kimmitt.  CNN is reporting that General Abizaid has asked for options for increasing the number of troops in Iraq.  Do you think in the light of the recent events that more troops are needed to stabilize the country going into and following the handover?

PX1102

GEN. KIMMITT:  Well, if that was a statement made by General Abizaid, I'd suggest you ask General Abizaid.

MR. SENOR:  Yes.

Q      (Through interpreter.)  (Name and affiliation inaudible.) I have a question regarding the subject of detaining Mr. Muqtada al- Sadr.  Of course you know that al-Yacoubi was not present as you indicated, and there have been some -- and due to so many reasons you have delayed detaining al-Yacoubi.  So what are the reasons behind delaying the detaining of al-Yacoubi while he was involved in so many occasions in -- (inaudible) -- to call people or to ask people to act against the coalition, why haven't you called those people to investigate, and put them for investigation?   And why have you just taken this -- you have taken this decision only right now?  Are you going to delay the handing over of the -- stick to the deadline for handing over sovereignty to the Iraqi by the 30th of June, or are you going to be -- try to delay it to another time or another date?

MR. SENOR:  The Iraqi investigative judge has made it clear that there were a number of individuals that were connected to the brutal murder of al-Khoei, and the first 12 individuals were detained sometime shortly after, but not immediately after the incident.  Keep in mind that the court system was initially in some mild state of disarray immediately following liberation.  So it took some time to get organized, and then the Iraqi investigative judge began to organize the investigation.  Twelve individuals were arrested.

The Iraqi investigative judge is now prepared to bring the trial to court.  And in an effort to conserve scarce judicial resources in Iraq, the goal by many Iraqi judicial -- by many Iraqi investigative judges is to try as many individuals involved in any particular case at one time.  In light of the fact that the trial was going to court and the case was being prepared, he thought he would take another shot at trying to gather up other individuals involved with the case, and that's when warrants were issued and this matter came -- sort of bubbled up, if you will, recently.

To your second question --

Q      (In Arabic.)

MR. SENOR:  Let me answer your second question before you ask a third.

Q      (Through interpreter.)  Why haven't you been calling them -- why haven't you been calling them for investigation while this person was present and while he was accused a long time ago?

MR. SENOR:  It isn't our investigation.  It is the investigation of an Iraqi investigative judge, and we have been working with this Iraqi investigative judge and a number of these steps have been taken at his initiative, not ours.

Now to your second question, we intend to hand sovereignty over on June 30th.  That has been our plan.  We've made that clear that that is our plan, going back to November 15th, and it will continue to   be our plan on June 30th when we hand over political sovereignty to the Iraqi people, period.

Sewell.

Q      Dan, there are several points in your account of the arrest warrant for Mr. Sadr that I'm a little bit unclear on.  They're all small ones, but if you could help me clarify to understand.  First of all, if I'm not mistaken we're talking about a total of 37 individuals, then, who are -- who have been implicated in the death of Mr. Khoei, 12 who were arrested shortly after his murder last April and then an additional 25 who -- for whom arrest warrants were issued in the fall.

MR. SENOR:  Where's that number coming from?

Q      The 25?  Remember yesterday?

MR. SENOR:  Yeah.  It's a total of 25, 12 initial and then 13 subsequent -- now 13, including Mr. Yacoubi.

Q      Oh, but you said a short time after.  So are you saying by the fall?

**PX1102**

MR. SENOR:  Yes.

Q    Because yesterday --

MR. SENOR:  I don't know the exact date, but in any event, it's -- what I said yesterday -- it's a total of 25.  Twelve have been arrested.  Now the 13th has been arrested, Mr. Yacoubi, and now there's -- the balance is 12.

Q    Including Mr. Sadr?

MR. SENOR:  That's correct.

Q    Can you name the investigative judge in Najaf?

MR. SENOR:  I cannot.  I will try to do that in the next couple of days, but obviously I have to get authorization from that individual.

Q    When did this judge issue his request for the coalition forces to, A, detain Mr. Yacoubi, and B, to make public the arrest warrant for Mr. Sadr?

MR. SENOR:  I don't know the exact date that a discussion was held, but we have been in consultations with the investigative judge for some time.

Q    You -- and finally, your definite -- your position is definitely that this announcement of an arrest warrant -- of a murder warrant for Mr. Sadr, coming 72 hours after his sermon in Kufa, is just a coincidence and then that is related exclusively to his -- to the initiative of this investigative judge?

MR. SENOR:  The -- absolutely.  The arrest warrant has been issued some time ago, well before any sermon he gave on Friday.

Q    But the announcement is now.

MR. SENOR:  I'm sorry?

Q    But the announcement is now, so that means you --

MR. SENOR:  Well, that's correct, because we are obviously addressing this issue with regard to Mr. Yacoubi and surrounding events.

Yes?

Q    Dan Murphy from the Christian Science Monitor.  Is any action being planned against the Mahdi Army more generally?  And if so, what?

And a separate question:  I read an AFP report that said the ICDC turned on American troops in this neighborhood where the Apache fired today.  Have you heard anything about that?

GEN. KIMMITT:  I have heard nothing about the second report.  It would -- I think it would fall in line with some of the other reports that we've heard over the last couple of days that have proven not to be correct.

We have a very strong policy and a very direct policy towards militias.  Militias are inconsistent with a democratic and sovereign nation with a central government.  We are particularly focused upon militias that start attacking coalition forces, start attacking Iraqi forces, start attacking Iraqi civilians.

PX1102

The actions of the Mahdi Army over the past 48 hours is clearly inconsistent with a safe and secure environment, and clearly inconsistent with the security of the people of Iraq. And we will take action, as and when necessary, to maintain a safe and secure environment in Iraq. Individuals who create violence, who incite violence, who execute violence against persons inside of Iraq will be hunted down and captured or killed. It is that simple.

MR. SENOR: Yes?

Q Gregor Mayer from the German Press Agency. Could you explain in more details the events yesterday in Sadr City? You mentioned three police stations were attacked. You counted eight U.S. military lost lives. So was there a real gun battle? What happened?

And my second question: In Shwala (sp) today, some of our photographers saw a burned-out -- what looked like a burned-out military -- American military truck. So was there casualties in the American side, a convoy attacked, or whatever?

GEN. KIMMITT: Yeah, the -- if you would like the specific details, I would recommend you go to the 1st Armored Division. They can give you -- I mean, we could spend 15 minutes talking about all the events of the last night. But as I understand, the casualties were taken in two separate incidents as coalition forces were moving into Sadr City, based on intelligence of anticipated attacks upon those Iraqi police forces.

But the 1st Armored Division has the details on that, and I would commend you to them for those details and the details of the large truck that I think many people saw on fire today in the Al-Shwala (sp) district.

MR. SENOR: Yeah?

Q General, can you say whether or not al-Sadr is being pursued also criminally in regard to the demonstrations that turned violent over the weekend? And also, could you elaborate a little bit more on what's going on in Fallujah? There's been a report of at least one Marine killed there. I don't know whether it's related to the operation that's ongoing. But are they operating on specific intelligence, pulling people out that they have developed information on?

GEN. KIMMITT: Yeah, on the first question, not only are militias banned inside of Iraq and when those militias turn to violent acts, will we take actions against them; but we will also go for their leadership, their leadership organs, the people at the top, the people in the middle, the people that are inciting, the people that are planning, the people that are executing the violence.

As regards Fallujah, I would refer you to the 1st Marine Expeditionary Force for the details of their ongoing operation. We did confirm this morning that there was a Marine killed in the Al Anbar region. For more details about the ongoing operation, we have embedded a number of reporters out with the 1st MEF, and I think they could probably give you far more detail than we could from this podium.

MR. SENOR: John?

Q General --

MR. SENOR: Use the mike, John. Can't hear you. Thanks.

Q John Burns, New York Times. General, Dan, if we look at everything we've seen in the last week and what you've told us today about the decision to proceed, with or without American active cooperation and encouragement, with the serving of an arrest warrant against Muqtada al-Sadr, it looks as though you've reached a critical moment on the approach to June 30th, where the attempt to approach June 30th as softly and as cooperatively as you could, in your judgment, has had to turn to something much tougher; that we get the impression that there's a new steeliness, a new decision to go hard. Is that correct?

GEN. KIMMITT: Well, first, I would say that that decision was not independently made by us. That decision to conduct offensive operations is in response to some others who have made the decision to, as you would say, go hard. It was not the coalition that caused the casualties in Fallujah. It is the coalition that is responding to those casualties in Fallujah. It is not the 1st Armored Division who executed combat operations in Sadr City for the purpose of disrupting operations in there, but in fact it was

PX1102

Mahdi Army members who took on the 1st Armored Division as they were trying to set up control or reestablish control on legitimate government offices and Iraqi police stations.

We are responsive to the level of violence. We have a responsibility, we have an obligation to maintain a safe and secure environment. We have forces that are absolutely capable, 100 percent of the time, to be in a mode of fixing schools, fixing sewers, fixing health clinics. That's what our soldiers would like to be doing. That's what our Marines would like to be doing. And soon in Fallujah they will be doing that. But their first and foremost responsibility is for safety and security in Iraq. And when that safety and security is threatened, is challenged, and violence is incited, and violence is executed, those same soldiers and those same Marines are capable of putting down their paintbrushes and picking up their weapons to defend the people of Iraq and to ensure that the process of taking this country to democracy and sovereignty will not be impeded.

MR. SENOR: John, I would just add that there are clearly foreign terrorists and former Ba'athists and other extremists inside Iraq that are trying to derail the process to June 30th, in which we hand over sovereignty. As General Kimmitt has said, we absolutely will not tolerate that. The Iraqi people will not tolerate that. For example, Samir al-Sumaidy, a member of the Iraqi Governing Council, earlier today was quite explicit on this point: that the debate in Iraq today is not between any two ethnic groups or any two regions; it's between moderates and extremists. And there are no -- there's no room for extremists in Iraq, particularly when it comes to issues like the rule of law and justice and ideas like the one I articulated earlier: that elections will determine who governs Iraq, not mob violence.

But I think it's important that this not only a lead-up to June 30th, because after June 30th, even if there are acts of violence after June 30th, American security forces will still be here. We will still be working side by side with the Iraqi security forces to address any violence or efforts to derail the new Iraq that are similar to what we are experiencing before June 30th.

Q    I'd like to follow up.

MR. SENOR: If you use your microphone.

Q    General, Dan, if you looked at the Sunday morning talk shows yesterday, the display in American newspapers today, the media, and indeed, some politicians on Capitol Hill, are presenting the events of the past few days here as a crisis, or at least one of the most critical moments in this entire American enterprise here. Is that the way it's felt in the green zone?

MR. SENOR: I would say that the way we feel is in interacting with the Iraqis at the grassroots level, Iraqis out in the provinces, Iraqi political, regional and religious leaders, we hear one thing over and over -- it's important when we make a commitment to keep it. We made a commitment to the Iraqi people that we would hand over political sovereignty on June 30th. But we also made a commitment that after June 30th, we will still have a major role in helping to reconstruct this country and continuing to secure this country, and that will continue on June 30th.

I think there is somehow this view that there's going to be this dramatic change after June 30th, as though the lights will be switched off and we will depart. And that is simply not the case. Ambassador Bremer will depart. The coalition control -- or the coalition role in the political process will be handed over to the Iraqi people. But we will still have a prominent role here in security and we will still be deploying billions and billions of dollars in the reconstruction of Iraq, which will be spread over several years. We will have the largest U.S. embassy here in the world. We will have -- as I said, deploying over $18 billion, with civilian reconstruction personnel from the United States and other coalition countries still here.

So while Ambassador Bremer will be gone and our role in the political process will be handed over to the Iraqi people, we will still continue to work with the Iraqi people, work quite closely with the Iraqi people after June 30th.

GEN. KIMMITT: And I would just tell you that I'm not sure about the green zone, but I know on a rooftop yesterday in An Najaf, with a  small group of American soldiers and coalition soldiers, Spanish soldiers and Salvadorian soldiers who had just been through about three-and-a-half hours of combat, I looked in their eyes, there was no crisis. They knew what they were here for. They'd lost three wounded. We were sitting there among the bullet shells -- the bullet casings, and frankly, the blood of their comrades, and they were absolutely confident.

PX1102

They were confident for three reasons.  One, because they're enormously well trained.  Two, because they're extremely good at what they're doing.  And three, because they knew why they were there. There was no doubt in their mind why they were there, there was no doubt of their purpose, and they knew that they were getting the support from the people back home.  And they fully understood in a very crystal clear way what they were there for, why they were there, and what their purpose was and is.  And to them, there certainly didn't seem to be a sense of crisis.

MR. SENOR:  So ahead.

Q     Nick Ricardi (sp), Los Angeles Times.  On the Sadr warrant and the chronology here, I just want to take one last stab at this.  I understand that you're working on a timetable urged by an Iraqi judge. And correct me if I'm wrong in my understanding of the chronology, but the judge made a judgment call -- no pun intended -- in the summer or early fall that there wasn't sufficient capacity, or what have you, to arrest individuals as prominent as Mr. Yacoubi and Mr. Sadr.  But because the warrants were issued at that time, there was an official determination that they were likely to have been involved in what I think you yourself said was a very heinous and violent murder of a very prominent individual.  Certainly, since that time they've had an armed militia that you consider to be dangerous and potentially a threat to national stability, and they've urged in a number of statements actions, which could be interpreted as, you know, violent or disruptive actions.

Why was the coalition willing to wait all this time for the Iraqi justice system to get to the level -- the point where it could take on a challenge like this?  Why did it allow this to linger for so many months if it was such a threat?

MR. SENOR:  You're asking us to make an assessment of all these other related factors in determining when action was taken or action was decided to be taken.

I can just tell you that we are dealing specifically with an arrest warrant.  That is the basis upon which Mr. Yacoubi was detained.  And it was in consultations with an Iraqi investigative judge because it is an Iraqi arrest warrant, it's an Iraqi process. Mr. Yacoubi will be tried in an Iraqi court by Iraqi judges under Iraqi law.  And these discussions about when to act upon an Iraqi arrest warrant were based on consultations with the relevant Iraqi officials.

Yes, go ahead.

Q     (Through interpreter.)  (Name and affiliation inaudible.) What are the procedures that will be done by the American forces after the -- (inaudible) -- controlled some of the government institutions and some police centers?

GEN. KIMMITT:  For those personnel that we've captured in those locations, we will detain them.  For those persons that we could identify, we will follow up our operations; conduct future operations to go after them, to capture them, along with the Iraqi police service.  We will treat them the same way we treat any anti-Iraq, anti-coalition elements.

MR. SENOR:  Yes, sir?

Q     Thank you.  Dr. Ahmed Rushdie (ph) from Dar es Salaam newspaper.  General Kimmitt, according to your talking now, is there any arresting memos will be appeared before the 1st of June, especially against Islamic leaders?

MR. SENOR:  I'm sorry, what's the question?

Q     Arresting memos will be appeared?

MR. SENOR:  I'm not going to comment on any other warrants that may or may not be outstanding.

Yes?

Q     (Through interpreter.)  General Kimmitt, you spoke about that there are intentions for the American forces to arrest -- to implement the judge decision to arrest Mr. Sadr, and this action could cause disturbances again in Iraq while you are on your way to give sovereignty.  Does the coalition forces looking for a middle ground or a kind of negotiation to calm the situation and so that Mr. Sadr be presented to a just trial so that you're not facing disturbances to the process of delivering sovereignty?

PX1102

GEN. KIMMITT: We absolutely do have a middle ground to avoid violence in terms of having the warrant served and Muqtada al-Sadr coming to justice. He's free to surrender. He's free to walk into any police station. He's free to have that warrant served upon him. He'll be treated with dignity. He'll be treated with respect. He'll be treated the same way every other alleged criminal in the Iraqi justice system is treated.

MR. SENOR: Someone who hasn't asked a question. Yes, sir? Go ahead.

Q (Through interpreter.) Hamid (sp) Ali from El (ph). Will these incidents affect the destiny of the political process in Iraq and the expansion of the GC so that the political parties would be more cautious in choosing those who represent them, especially after what was said by some of the religious organizations and the lack of their representation in the GC?

MR.SENOR: We believe that the Iraqi Governing Council is certainly the most representative body in the history of Iraq, and it's arguably the -- one of the most representative political bodies in the entire region. You have political, religious, regional leaders from all over the country, from all backgrounds. There are Sunni, Shi'a, Kurd, Turkomen, Christians, men, women; again, from the north, from the south, from the central part of the country. We think it is a very diverse and representative body.

Before we wrap up here, I have one quick announcement that I wanted to make at the end. Ambassador Bremer today announced the appointment of 28 new deputy ministers in 14 ministries. Nominations for these deputy ministers came from both the Iraqi Governing Council and the ministers themselves. CPA personnel and Iraqi ministry officials have worked intensively over the past year to increase the capacity of the country's ministries to function effectively and deliver vital services to the Iraqi people. Their work has included everything from identifying qualified managers, renovating and equipping buildings, and training staff. The appointment of these deputy ministers is another important step in these efforts. This group of deputy ministers is expected to have major impact on the ability of the Iraqi ministries to develop their staffs, manage their programs and create effective ministries able to take on the challenges of the interim period.

This is a highly qualified group. The new deputy ministers were educated in Iraq, the U.S., some in the U.K., France and elsewhere. It includes seven Ph.D.s in areas as diverse as agricultural, political, science, law, electrical engineering, animal science, biochemistry. The group includes Iraqis from throughout the country, including six women. We plan to appoint the second tranche of deputy ministers representing the remaining 11 ministries shortly.

The new deputy ministers will be assigned to the following ministries: Ministry of Agriculture, Culture, Ministry of Displacement and Migration, Ministry of Education, Ministry of Electricity, Ministry of Environment, Ministry of Foreign Affairs, Ministry of Health, Ministry of Higher Education, Ministry of Human Rights, Ministry of Interior, Ministry of Justice, Ministry of Municipalities and Public Works, and Ministry of Transportation.

What I've done is I've asked the press center staff to have bios of all these new deputy ministers available to you at the International Press Center. So if you want more information on these individuals, it will be there waiting for you.

And that's all for today. Have a good evening.

http://www.defenselink.mil/transcripts/2004/tr20040405-0579.html

**NEWSLETTER**

Join the GlobalSecurity.org mailing list

**Enter Your Email Address**

[ Sign Up Now! ]

PX1102

Advertise with Us    |    About Us    |    GlobalSecurity.org In the News    |    Site Map    |    Privacy

Copyright © 2000-2019 GlobalSecurity.org All rights reserved.
Site maintained by: John Pike

PX1103



Subscribe Now !     Sign Out

Home ::   Military ::   Library ::   News ::   2004 ::   April ::

## MILITARY



United States Department of Defense.
News Transcript

<u>**Further Reading**</u>

---

**Presenter:** Brig. Gen. Mark Kimmitt, Deputy Director, Coalition Operations; and Daniel Senor, Senior Adviser, CPA

Tuesday, April 13, 2004 10:29 a.m. EDT

---

## Coalition Provisional Authority Briefing

MR. SENOR:  Good evening.  General Kimmitt has an opening statement, and then we will jump into questions.  There was talk about a backgrounder today, which is being postponed till tomorrow, given the late hour here.  We know a lot of you want to get going here, so we will do the backgrounder tomorrow.

General Kimmitt.

GEN. KIMMITT:  Good afternoon.  The coalition is continuing to conduct offensive operations to destroy extremist and foreign fighter elements in Iraq, and stability operations to assist the restoration of essential services, revitalization of the economy, and handover of sovereignty to the people of Iraq.

In Multinational Brigade North, the current situation remains relatively stable.    Government buildings and infrastructure are secure.  Facilities Protection Service and Iraqi Civil Defense Corps are actively augmenting municipal authorities to maintain order.

In Mosul, the situation remains stable.  Yesterday the governor of Nineveh Province and other municipal leaders made televised addresses in which they discussed the importance of working with Iraqi security forces and maintaining order.

Yesterday operating bases in central and southern Mosul were attacked with indirect fire, but there were no casualties or damage to coalition equipment.

In Tall Afar, the Iraqi armed forces battalion base camp was attacked by indirect fire two nights ago, but there were no casualties.  In Irbil and Dohul the situation remains stable.

In the north-central zone of operations, coalition forces remain on the offensive, and have seen a decrease in the number of anti- coalition attacks over the past week.  Over the next 24 hours, however, forces expect an increase in anti-coalition activity, with demonstrations in a number of cities in the area of operations.

In Tikrit, the situation is stable. There were five reported attacks on coalition forces.  In Tuz, two reported attacks.  One IED attack last night resulted in two coalition force wounded, and in Samarra there were three reported  attacks  , Baqubah four reported attacks.

PX1103

In Baghdad, the 1st Cavalry Division continues offensive operations against Sadr's militia and other extremist forces. The division conducted two intelligence-based raids to destroy and capture enemy targets within the battlespace, capturing 16 suspects. This morning coalition forces detained an additional 29 individuals and confiscated numerous arms and ammunition.

Today at 11:05, Hazim al-Araji (ph), a spokesman for Muqtada al- Sadr, was detained for questioning by coalition forces. After questioning, al-Araji (ph) was determined to have no direct involvement in violent acts in Iraq, and is not viewed as an imminent threat to security. He was released at 5:50 p.m. today.

In the western zone of operations, the 1st Marine Expeditionary Force continued offensive operations throughout the Al Anbar province, except in Fallujah. In Fallujah the current situation remains stable. During the past 24 hours, there heave been a number of provocative attacks on coalition forces. Early this morning a helicopter made an emergency landing due to ground fire. The attack resulted in three wounded and a quick-reaction force secured the crew, and the helicopter was later destroyed to prevent it from falling into enemy hands.

In Ar Ramadi, the situation is calm, and there were no attacks reported in the last 24 hours.

In the Central South zone of operations, the situation remains relatively stable. In Karbala there have been no attacks in the past two days. The number of pilgrims in the city continues to decrease as the Arba'in celebration has concluded. In the past 24 hours there has been no resistance by anti-coalition forces within Al Kut. Task Force Dragoon has freedom of movement and is targeting anti-coalition leaders to demonstrate to the citizens of Al Kut the coalition's resolve to maintain a safe and secure environment.

Coalition forces conducted four cordon-and-search operations, resulting in the capture of six individuals. And Ukrainian forces have resumed responsibility of two bridges.

Today the deputy CPA administrator and 16 members of his staff returned to the CPA building in Al Kut, and they are expected to be fully operational in the near future.

In Ad Diwaniyah the situation is stable, as is An Najaf, although anti-coalition forces continue to conduct night harassing attacks on coalition base camps.

In Multinational Division Southeast the current situation is stable and calm. There was one attack on coalition forces over the last 24 hours. In al-Amarah, Basra, An Nasiriyah and Al Samawa the situation remains calm and there were no attacks reported in these cities in the past 24 hours.

Yesterday there was a minor demonstration by local civilians in Samawa that had been fired by the local government. This demonstration was peaceful and dispersed on its own.

In al-Amarah, the civil military cooperation house was once again targeted last night by mortar fire. All three rounds missed the target and impacted on the west bank of the Tigris River. Later in the night, in the town center, a Warrior fighting vehicle was engaged by what was assessed to be a rocket-propelled grenades, followed by small arms fire. There were no casualties in either attack.

MR. SENOR: With that, we'll be happy to take your questions. Jennifer.

Q    Jennifer Glass from "The World." General Kimmitt, the Iraqi police have refused to engage the Madhi Army across central and south Iraq, and the Iraqi army wouldn't go after insurgents in Fallujah. How do you work with these people who won't help you in operations against folks that you think are against the stability and safety of the country?

GEN. KIMMITT: Yeah, it was clear over the last couple of weeks that the progress we had hoped to have been made thus far on the Iraqi security forces is not as far along as we would have expected. But before we suggest that all the forces just walked away from the fight, in fact there have been numerous forces that when mustered went to   where they needed to be, and have performed brilliantly. In Fallujah, we have two battalions of Iraqi Civil Defense Corps that are fighting alongside coalition forces. In many towns the Iraqi police service has come back to man their stations. But, in truth, there were a number of troops, there were a

PX1103

number of police that didn't stand up when their country called. We're going to take a very hard look at those. We are going to take a very hard look at where we are on the development of the Iraqi security forces and we are going to redouble our efforts so that our eventual goal, which is an Iraqi security apparatus capable of defending itself and providing public security is met. That will take some time, it will take some equipping, but that's why the coalition forces remain here and will remain here for a long period of time.

Q      Just a quick follow-up: Who's in charge of safety and stability on July 1st? Who do these troops answer to on July 1st?

GEN. KIMMITT: The same people who are responsible for safety and security on June 15th, which is the coalition forces, alongside the Iraqi security partners. We will continue to work side by side with the Iraqi security forces as long as we're needed here.

Q      Sorry, just to clarify, General Kimmitt, so the security portfolio stays with coalition forces and doesn't get turned over as part of sovereignty?

GEN. KIMMITT: That's correct.

MR. SENOR: Jane?

Q      Thank you. Jane Arraf, CNN. Wanted to ask about the detention and release of Muqtada al-Sadr's deputy. Now, we are told that he's been released, as you've said, because he was believed not to contribute to violence. And we're told further that he was thought to be someone who promoted dialogue. Does that mean that there are people in the Sadr organization that you will deal with?

And if I could get in a second question, wanted to ask about the impact of a growing number of countries telling their citizens they should not come here, and those here should leave.

MR. SENOR: On your first question, I don't want to specify or designate people by organization. I think General Kimmitt could speak to the basis on which this one individual was released, which I think was for very specific reasons -- the fact that he was not connected to any alleged crimes. But, again, General Kimmitt can speak to that.

Broadly speaking, Jane, we have been approached by a number of individuals who are trying to seek a peaceful resolution to the situation with Sadr's militia, and we respect and appreciate their good intentions. We too want to minimize the bloodshed, but we have a few principles that are very clear:  the rule of law must prevail in Iraq; there is no role for illegal militias and illegal mobs and mob violence; there is no role for individuals or organizations that take control of government properties. And we have been very consistent about these principles and these positions to any individual that has approached us wanting to seek a peaceful resolution.

Now, to the extent that they want to communicate that onward, that's their prerogative, but our position is very clear.

Sewell?

Q      Sewell Chan of the Washington Post --

Q      The second question --

MR. SENOR: Oh, sorry, what was the second question?

Q      (Off mike)?

GEN. KIMMITT: Yeah. I think every individual and every country has to make an individual security determination in terms of ongoing operations here in Iraq. We still have some tough fighting ahead of us. It is not completely calm throughout this country. We will continue to work closely with our Iraqi security partners to bring safety and security to this country. But that has

got to be a sovereign decision of the nations, and it's got to be an individual decision made by each person. We can't at this point declare that it is as safe as we'd like it to be. But we can declare that we will continue to work to try to reduce the amount of violence in this country, whether it's in Fallujah or what has sort of emanated out of Fallujah, whether it's in the south or whether it's here in Baghdad. Those are decisions that people have to make, and countries have to make.

But I would also factor into that discussion and factor into that analysis the coalition and the Iraqi security forces continue to be determined to go to attack, to kill or capture terrorists, extremists and people who would bring violence into this country.

MR. SENOR: Sewell?

Q    Sewell Chan of the Washington Post. I have a question that I'd like both General Kimmitt and Mr. Senor to address, if possible. As Jane pointed out, there have been several governments, including those of France and Russia, that have urged citizens working in Iraq to leave. In addition, there have been a wave of foreign kidnappings, including several more announced today. Is there a coordinated strategy for looking at these hostage-takings and these kidnappings and abductions that examines specifically th e  tactics, methods and locations used by these kidnappers? Who is coordinating this approach? What is the total number of foreign hostages that are believed to be held right now? And what progress specifically, if any, has been made to capture or stop these kidnappers and these people who are taking hostages? Thank you.

MR. SENOR: Sewell, I obviously for operational reasons cannot address a number of your questions, given that we are working to pursue the hostages and the hostage-takers at this point.

The number i s  approximately 40 hostages from we think 12 countries. The FBI is working with coalition forces and with Iraqi security forces to seek out the hostage-takers and the hostages. We have a number of other international -- a number of other law enforcement agencies from the international community that are involved in this process. And I'd really prefer to leave it at that. We are not terribly interested in tipping our hand with a great degree of detail right now to those who have taken hostages.

Our message, however, has been consistent on this point: we will not negotiate with terrorists and kidnappers, and it is in everybody's interest that these hostages be released as expeditiously as possible.

Q    As a quick follow-up, Dan, when you say 40 hostages from 12 countries, sir, are you currently -- are you referring to people currently held or are you including people who have been held and released? Thank you.

MR. SENOR: I am referring to people currently held.

Q    Dan, for you, do you have a sense how much Iraqi attitudes have changed since Fallujah just anecdotally, and has any actual scientific polling been done on that? A lot of us have the impression that there's been a very major change in attitude toward the occupation and the coalition now, and I would like to hear your views.

MR. SENOR: We don't have any, at least I don't have access to any statistical survey research within the past 72 hours. I know there is work being done on it. I can follow-up with you and connect you with our team who is working on it. Anecdotally, though, which we have been meeting with leaders from Iraq who are very much in touch with the local scene in Fallujah, and while there are frustrations along the lines you have described, I would also say that there is a sense of frustration we are hearing among the silent majority of Fallujans about the foreign fighters and international terrorists that are hanging their hats in Fallujah right now, and consequently imposing enormous burden, and misery, and death in some cases by virtue of their location. A number of Fallajans have spoken out on this. Our -- the problem here is not with the Fallujans, the problem here is not with the coalition. The problem here is with foreign fighters, international terrorists, people like Zarqawi, who we believe to be in Fallujah or nearby, and those Iraqis who would support the operations of the foreign fighters and the terrorists. That is not something the majority of Fallujans support. The Fallujans we are hearing from would love to rid themselves of this burden, and put this sad past few days behind them.

Yes.

Q    Sam Dagger (ph) with AFP. Just going back to Zarqawi, whom you mentioned right now, is going after Zarqawi part of your operation there? And yesterday you read out a statement from a document, could you give us the date of the document that

you referred to yesterday?

MR. SENOR:  Sure, I can get that for you.  It was retrieved in the last couple weeks.  As for Zarqawi, I'm not going to talk about our specific plans for the hunt for Zarqawi.  Rest assured that it is robust.  But we believe that Fallujah right now is a hotbed for foreign fighters who are in Iraq, in which we include Zarqawi.

Q      Just a question on the Italian hostages, what do you have on that?

MR. SENOR:  I have nothing in addition to what I said about hostages broadly speaking.  We are chronicling and investigating every single report about hostages, including the Italian situation.  We are making it clear that there will be no negotiations with hostage takers, and we are making it clear that it is in everybody's interest for those hostages to be released as expeditiously as possible.

Yes.

Q      Question for General Kimmitt, it's Quinn O'Toole with NPR. I'm wondering if you can give us an update on the situation in Najaf, the number of American forces around there, and word today from a statement by Ayatollah Sistani that U.S. forces will not enter Najaf, and will not humiliate Muqtada al Sadr.

GEN. KIMMITT:  It is clear that we are repositioning forces in this country where they're needed, as we saw in Al Kut, we have the capability to rapidly displace and reposition forces to counter any threat within this country.  Currently, we see a significant threat in the vicinity of Najaf by the name of Muqtada al Sadr and his militia. And we will get the forces to the place and at time when it is necessary to go after him, and his militia to end this violence.  It is that simple.

Q      Update us as far as the size of the force around Najaf?

GEN. KIMMITT:  I'm sorry?

Q      The size of the coalition forces around Najaf?

GEN. KIMMITT:  I will tell you that the size is significant, I will tell you that the force that is being brought to that region is powerful, and it will be disciplined, and it will be capable of conducting the full spectrum of military operations, which could range from full combat operations, and if necessary it could range down to humanitarian activities.  It's a multi-spectrum force.  It can do anything that it's asked to do.  It will go wherever it's needed to wipe out the violence inside this country.

Q      What kind of operations are underway there now?

GEN. KIMMITT:  Right now, preparatory operations.

MR. SENOR:  Yes.

Q      (Through interpreter.)  Two questions.  General Kimmitt, for a few days the media said that the Kurdish Peshmerga cooperated with the coalition forces in Fallujah, and in the same frame what is the fact of the 36th Battalion which works with the coalition forces?

Another question for Mr. Dan, the Iraqi Governing Council announced stopping the violence in all of Iraq.  How do you see this?  As the Iraqi Governing Council says, the coalition forces are the side which are putting obstacles in the way of ceasefire.  What do you say about that?

GEN. KIMMITT:  I continue to hear that there are illegal militias operating inside the Iraqi Civil Defense Corps.  Nothing could be further from the truth.  Those are Iraqi citizens that are operating inside the 36 Iraqi Civil Defense Corps battalion.  They may have had a past history working as Peshmerga.  They may have had a past history working in any of the other militias that have either been friendly, or in some cases unfriendly to coalition interests.  What is important is that is the past, and that's history.  To join the Iraqi Civil Defense Corps, you do not swear allegiance to an organization; you do not swear allegiance to a person.  You

PX1103

swear your allegiance to a nation, and you swear your allegiance to this nation of Iraq. So regardless if they were past Iraqi armed forces, whether they were past militia forces, they are now the present, and the future, they are responsible for the protection of the country of Iraq, answerable to the people of Iraq. That is their obligation, and that is their responsibility.

MR. SENOR: To your other question with regard to the governing council statement, we want to see a stop to all the violence in Iraq, too. And we certainly share the sentiment of much of what was expressed in the governing council statement, not the least of which is the importance of the rule of law prevailing in Iraq. That principle is what is driving so much of our activity over the last few days. So we thought the governing council statement in most respects was very constructive.

Yes?

Q    (Through interpreter.) al Khofet (ph) Newspaper. Your concerns for a peaceful resolution with al Sadr means that you will not carry out further attacks on Sadr militias?

MR. SENOR: We are looking for minimal bloodshed, peace, and justice. We are looking for the rule of law to prevail. Much of this can be dictated by Mr. Al Sadr. Much of this can be dictated by the actions of his illegal mob.

Yes. Najim (ph)?

Q    (Through interpreter.) (Inaudible) -- newspaper, one question about Muqtada al Sadr, there is the contradiction between, in the U.S. theory, from one side it says that he is illegally wanted, and that the Iraqi law will take care of that. Yesterday we heard that it will arrest or kill Muqtada al Sadr. There is duality in the U.S. position, is there a certain purpose, or certain demand for Mr. al Sadr, from your side?

MR. SENOR: Najim (ph), what we have been saying, and it has been quite consistent, whether it's what you heard last night, or what we're saying from the podium today, the rule of law must prevail. The rule of Iraqi law must prevail. I don't need to remind you that this arrest warrant was issued by an Iraqi investigative judge, not by an American official. The actions we've taken have been in consultation with Iraqi legal authorities. Given that this was issued by an Iraqi investigative judge, an investigative judge who, by the way, has made it clear that Muqtada al Sadr, from his point of view, from the Iraqi judge's point of view, should be tried under Iraqi law, in an Iraqi court, by Iraqi authorities, and his officials, his deputies, like Yacoubi, for instance, is being held right now in an Iraqi detention facility. So the Iraqi investigative judge's message is consistent with our own.

Q    If you allow me, each person is presumed innocent until proven guilty. You have called for the killing of Muqtada al Sadr, so how do you explain this? He should be investigated, and tried by an Iraqi court. He should be arrested.

MR. SENOR: The Iraqi investigative judge believes, or has compiled evidence that he believes connects Muqtada al Sadr to a brutal murder, and believes that Muqtada al Sadr should be issued an arrest warrant based on the evidence that ties into the crime. We share that view.

Yes, sir?

Q    Jonathan Steele from the Guardian. There are reports from some of the negotiators, Iraqi negotiators going to Fallujah, that the U.S. has now dropped its demand for the early handover of the people who mutilated the four American contractors. Can you confirm that?

And the second point is there are also reports in Fallujah that photographs are circulating which show dismembered bodies without arms and legs, which the people circulating the photos say was done by the Marines. Are you aware of such photos circulating in Fallujah?

MR. SENOR: On your first question, there are discussions -- and I don't want to over- or under-characterize them -- there are discussions that representatives from Iraq's Governing Council have been attempting to lead in Fallujah. The notion of some terms and some conditions being dropped or added I think characterizes them in such a way as to imply that they are much further advanced than they probably are.

PX1103

These are discussions that we want to see an end to the bloodshed, we want to allow Iraqi officials to get in there, tend to the wounded, tend to the dead, to get in essential supplies from the Iraqi government, and obviously we want to remove from Fallujah the foreign fighters, the international terrorists, and those Iraqis that support the foreign fighters and the international terrorists that have made Fallujah their home. And we want -- we believe that what we want in that regard is something the majority of Fallujans want as well, and that could include certainly the individuals that killed the four American contractors. And it is all included as one group.

GEN. KIMMITT: As the to the photos being passed out, I don't know or nor do I have reports of those being passed around. It could well be that they're just passing around the photographs that showed in many of the major newspapers and many on the major news channels during that same time period.

MR. SENOR: Yes, in the back.

Q    Betsy Hiel, the Pittsburgh Tribune Review. I was wondering first if you could tell us whether you've secured the road lines right now coming outside of Baghdad, both going north and south?

And, also, I've been hearing these different groups -- there's the Jihad squadrons, the national Islamic resistance, the mujaheddin group, the Iman Rafiye (ph) Brigade. Are these all fly-by-night groups that have just sprung up now, coming out of the recent violence, or do you know who they are and can you tell us anything specific about all these groups?

GEN. KIMMITT: To you first question, we would not consider the lines of communication and the major roads coming out of Baghdad from East to West or from North to South completely secure at this time. We think we've made a significant improvement. We would still rate them in the military lexicon as "amber" -- not exactly green. And we would advise anyone traveling on those roads to take reasonable force protection measures, as you have been over the past few days, if needing to travel along those.

With regards to the additional groups that have, as you characterized, cropped up lately, some of those names are new to us. We are talking to our intelligence services. They are working hard to find out if some of these nom de guerre, some of these are just part of an overall propaganda campaign by one or a couple of the organizations that we're very familiar with. The Ansar al-Islam, some of the former regime elements, some of the former Saddam Fe da y een who now are putting on different names to sort of give them a little bit of glamour and a little bit of attention. But I don't think at this point that we've got a cohesive understanding of all these organizations -- who they are and what they represent. Except we certainly understand that what they do represent is extremism, in some cases terrorism. And what they certainly do not represent is the vast majority, the overwhelming majority of the people of Iraq who understand these organizations for what they are.

Q    (Through interpreter.) Arad Asadi (ph) from -- (inaudible). I have a small message to Mr. Dan Senor. I hope that this message will get to the officials in power. My message is that we learned from you when you were among us for more than one year -- you brought new concepts for us on the professional side -- I mean the press. We are lacking these conceptions: freedom of dialogue, freedom of expression. Mr. Dan Senor, as you have learned -- taught this to us, I want you to teach this to the people in power and those who will assume power in Iraq. These principles have we have learned, a country without a free press cannot be a healthy country. This is my message.

As for my question, you have always stressed that you respect law and the supremacy of law, and you are calling on the Iraqis to respect law. Is there a legal document issued against Mr. Al-Araji, or was he arrested haphazardly?

GEN. KIMMITT: In the case of Mr. Al-Araji, he clearly is a known associate of Muqtada al-Sadr. I think all of us clearly recognize the violence that he has brought to this country of late, the amount of deaths and destructions he has brought to towns such as Kut, Diwaniyah, here in Baghdad, and Sadr City. We wanted him for questioning. After questioning, we determined that he was not an imminent threat to security. Like any other person we hold in detention, when he is determined not to be an imminent threat to security, he is released, and that is what we have done to him and with him.

MR. SENOR: Carol?

Q    Carol Rosenberg with the Miami Herald. I have a couple of real quick ones, and then a complicated one. When did the roads go from green to amber, north, south, east, west? Are there any updates in casualties since you were last at the

podium? Do you have anything on a convoy heading south to Najaf losing 10 APCs? And everybody held their breath and we just had a peaceful Arba'in. Can you guys figure out or explain to us why it happened, and can you bottle it?

GEN. KIMMITT: I think the answer to your question is over the past few days we've lost two Americans. Since I last said the number was roughly around 70 soldiers and Marines. I know that we lost one more Marine, one more soldier. And our hearts go out to their families for these losses.

I'd like to be able to say it's been pretty quiet for the last few days, and we've seen the amount of deaths go down significantly. But the fact remains that we've lost two, and that's two too many.

On your question about when did the roads go from green to amber, over the weekend is when we started seeing, particularly in the area of Abu Gharib, we started seeing some attacks being directed from the Abu Gharib vicinity onto coalition convoys, personnel convoys, and that was a determination in my estimation when the roads went at that point from green not to amber, but actually to red and nearly black. We've sent a lot of brave soldiers out there over the past few days. They've conducted a lot of tough combat. What they're trying to do is get those roads open. But it's going to be some time before in our estimation they're truly green. And frankly at any time, as we've seen throughout this country, somebody who has a vested interest in trying to kill Iraqi citizens or kill coalition soldiers nonetheless will still put an improvised explosive device on the road. So you may have none of those for a period of four or five days, and then all of a sudden you have one that tragically kills women and children, coalition soldiers, Iraqi citizens.

So to answer your question directly, I think it's still going to be some time before we feel that those lines of communications are to the point where we can say they are green.

MR. SENOR: To your other question, Carol, I think the past few days we've been grateful and relieved that there has been none of the terrorist violence that you raise. I think it's a function of a number of factors, including the fact that we were on high alert. We engaged in extensive comprehensive planning to prepare for Arba'in, coalition security forces working extremely closely with Iraqi security forces, focused intensively on the Arba'in period. And as pleased as we are, I think it's also important to be realistic. Between now and June 30th, as we have said from time to time, the terrorists and the foreign fighters have a real incentive to try to throw what is otherwise a successful path to sovereignty off track. And even though we've had a bumpy few days in the general security situation, I think most foreign fighters who have decided to stake their ground in Iraq recognize that by and large you have a process on the political track against the backdrop of an interim constitution, with the reality that there are two U.N. teams on the ground -- one working on putting in place the requisite electoral infrastructure for direct elections, another team working on setting up -- consulting widely with Iraqis in the hope of establishing an interim government to govern for seven months between June 30th and the direct elections. There is a lot of activity. It is very real. It is beginning to take a life on of its own. And it is very difficult -- as Zarqawi has said, as you move closer and closer to June 30th to turn back the momentum. And so as I said, we recognize that there is an incentive for those who are against Iraqi democracy, who are enemies of freedom, to engage in attacks between now and June 30th. We are grateful they did not happen during the Arba'in period. We will continue to be vigilant. We encourage all Iraqis to continue to be vigilant. The terror threat is still very real. And we will continue to confront it everywhere we have to.

Go ahead.

Q   Hi, Dan. I just wanted to ask a little bit further about the question, about the peshmerga. I wonder if there's any concern at this point that if people see Kurdish fighters in Fallujah at a time, even if they are members of the new Iraqi security forces, at a time when some other battalions have refused to fight in Fallujah, whether this would reinforce the perception that the U.S. might be fomenting or encouraging a split between Kurds and Arabs in the country.

My other question is about Najaf. Is there a plan in place in case there is violence around the shrine? Clearly there might be a very strong reaction -- not just in Najaf but in Baghdad and around the country. What are the plans to keep the situation calm if a situation like that happens? Thanks.

GEN. KIMMITT: On the first question about the members of the Iraqi Civil Defense Corps, what people will see will be a soldier, Iraqi Civil Defense Corps member wearing a uniform. On that uniform it will have a flag of Iraq. Again, where that soldier came from, where that Iraqi Civil Defense Corps soldier had a prior association does not matter. There will be some that try to turn

that into a tool of propaganda.  But should we also argue that the former members of the Iraqi armed forces, if they are attacking Fallujah, are truly former Saddam loyalists that are trying to restore his government to power?  Should we somehow suggest that Shi'a members of the Iraqi Civil Defense Corps are secretly trying to go after all the Sunnis in Fallujah?   Those people who responsibly and reasonably look at the question will come to a responsible and reasonable answer.  Those who don't, and who want to try to spin it for other purposes, we can only respond with facts.

On the second question, we seem to miss a point about the force deployment to the south.  The target is not An Najaf.  The target is Muqtada al-Sadr and his militia.  We will hunt them down and we will destroy them.  It does not necessarily have to be in An Najaf.  We would prefer it not to be in An Najaf or Karbala.  We have very great respect for the shrines for the Shi'a, for the religion.  We will do what is necessary -- but we will only do what is necessary.  It does not necessarily have to be in the town of An Najaf nor in the town of Karbala.  The target is not a town.  The target is a group that is promoting and executing violence, who is trying to disrupt the process of sovereignty, and who is trying to intimidate through the barrel of a gun the vast majority of the people of Iraq.  That will not stand. They will be hunted down.  They will be killed or captured.

MR. SENOR:  Yes, ma'am?

Q      (Through interpreter.)   Halida (ph) Khamadi (ph). al Musharaka (ph) newspaper.  Mr. Kimmitt, don't you agree that you have took it so far in the operation of vengeance for the four American contractors and that you give more importance to American citizens than Iraqi citizens.  Aren't Iraqi children and women who are dying -- aren't they also human beings?  There have been very big losses in Fallujah, and your excuse is the protection of Americans.  How do you explain that?

GEN. KIMMITT:  Well, first of all, I don't explain it as protection of Americans.  Nor do I explain  it as conducting operations against Fallujans.  Nor do I explain it as punitive   retribution f or  the  loss of American citizens in Fallujah, whether they were in Fallujah as the contractors, or outside Fallujah for the five American soldiers that were killed by an IED that day.  That is just one small town. You have seen coalition forces operating throughout this entire country -- in Mosul, in Basra -- you've seen them in An Najaf, Al Kut.  You've seen coalition soldiers fighting and dying for the people of Iraq -- not solely for the purpose of as you would say, but I won't, retribution for the killings in Fallujah. We have been here for a year, we have stood side by side with Iraqi security forces.  In many cases our soldiers fighting and dying in areas that have not seen any Americans or coalition soldiers fight and die.  They are dying and they are fighting simply to bring this country and those young children and those young women that you're talking about to a better life, to freedom and democracy.  So those that would try to tell you that what we're doing in Fallujah is to wreak vengeance, I would tell you that that is wrong.  It is no different in Fallujah than it is the fight that we had in Al Kut, the fight that the Italians had in Diwaniyah, the fight that the British had in Basra, the fight that the Americans have in Mosul.  They are fighting to bring this country -- to make this country safe so those children that you're talking about can grow up in a better society than their parents have.

MR. SENOR:  And I would just add the poisonous reporting to which you are referring, these reports out there about the targeting of women and children, is something that we encourage every journalist here to take a very tough critical look at. It is part and parcel with the reporting that we have been seeing, or the misreporting that we have been seeing on a number of the satellite channels like al Jazeera and al Arabiya, and they certainly do not make a constructive contribution to the debate in this country about how to move forward as we try to minimize bloodshed.

I actually have here with me just a couple of examples -- we have many -- but just a couple of examples of some of the irresponsible and clearly incorrect reporting that has occurred on al Jazeera over the last few days.  Saturday, for instance: Baghdad students, according to al Jazeera, gathered at Mustansiriyah University to prepare relief supplies for people in Fallujah.  And al Jazeera reported that U.S. troops surrounded the university and demanded via loud speakers that the students leave the university.  The report is accompanied by a clip of an armored vehicle driving around Mustansiriyah.  And we of course looked right into this when the report as concerning as this one came out, and we learned that approximately 20 students from Mustansiriyah University came to a coalition force compound complaining of an armed militia on their campus.   Coalition forces and Iraqi Civil Defense Corps responded to the college, responded to the university and searched 14 buildings, confiscated nine AK-47s, one pistol, pro-al-Sadr banners, and one al-Sadr uniform. The armed militias subsequently departed the area.

I'll give you another example.  On Saturday in Kut, al Jazeera reported that large numbers of British soldiers were killed, their    vehicles destroyed in an attack on their camp in the governorate of Maysan.  And we confirmed this with our officials in Maysan, who confirmed no casualties of any kind, after nine mortar rounds fired at an Iraqi Civil Defense Corps base.

PX1103

Also on Saturday al Jazeera reported that they themselves were being targeted, and that they were being targeted by coalition tanks twice, but they escaped, they reported, but the U.S. wants them out of Fallujah.  "But we will stay," the reporter said -- they were reporting that we wanted them out of Fallujah so badly that we sent tanks after them.  The last one is especially absurd.  I don't thin k  it deserves clarification.

The fact is there is poisonous reporting out there, and it is seeping out on a number of these stewardship channels, like al Jazeera and like Al Arabiya.  And it is important for all responsible journalists who are getting their information from these new channels to give them a very tough critical look.

Yes?

Q    Matthew Fisher from the National Post of Canada.  Do you have any figures on the number of POWs you have taken this month?  And also how many arms you've seized from the insurgents?  I understand the Marines in Ramadi had a very big weapons seizure.  And do the weapons that you are seizing tell you something about the quality of weaponry that your enemy has?

GEN. KIMMITT:  I'll get you those numbers about how many detainees we've captured this month.  Of particular interest, some of the weapons that we found in Ar Ramadi, which we have not seen in any large numbers that are Dragunov sniper rifles, which isn't your typical garden variety buy-it-off-the street AK-47.  These are fairly accurate long-range, well-telescoped weapons that have a significant range and a significant lethal capability.  So I think those are the weapons that probably are a little bit different than what we've seen over the past few months, and ones that no doubt gave the Marines some measure of concern.

MR. SENOR:  Yeah, time for a couple more -- go ahead.

Q    I know you're trying to wrap it up, so I'll make this quick.  Kevin Seitz (ph) with NBC News.  Two quick questions.  Concerning the convoy, are there actually going to be shortages of food and fuel and supplies at those forward-operating bases because of the convoy attacks?   And, secondly, we've seen some very dramatic pool footage come in recently overnight from Fallujah -- Marines certainly returning fire in great quantities -- also reports that Marines had been killed -- two Marines -- because of a mortar attack. What does this do to the cease-fire there?

GEN. KIMMITT:  On your first question, no, we are not going to lose any -- let me rephrase that.  None of the coalition forward- operating bases are in danger of running out of supplies at this time. Between the stockpiles and our capability to resupply by many different ways -- whether it's by air, whether it's by ground -- we are absolutely confident that we will not have any of our forward- operating bases imperilled by a lack of supply.

Number two, on the issue of the mortar rounds, we understand there was one mortar attack last night that cost the life of a Marine. And the footage that you saw probably is indicative of what we've said all along about the operations in Fallujah. The Marines have been very set over the past 72 hours. They have suspended offensive operations. They can't and they won't ever forfeit their inherent right to self- defense.  It is clear to us that many of these attacks that are being conducted by the enemy in Fallujah are meant to be provocative, meant to be spectacular -- get it on the screen, try to throw a grenade or couple of grenades at a Marine position, intentionally to cause them to return fire -- get it on the film, get it on to Doha, and get it on the next morning's reels, to try to demonstrate that in

f act the Marines are something that they are not.  The Marines are an outstanding fighting organization.  They are precise, they're deliberate, they're powerful.  When they are told to suspend offensive operations, they will.  Retaining the right, the inherent right of self-defense, if fired upon they will return.  They will put aimed, accurate fire, often in large quantities against those that would try to kill their fellow Marines.

MR. SENOR:  Christine, last question.

Q    I just want to get to the point that with every day of violence you are losing days toward preparing for sovereignty.  Are you redefining the term of turning of sovereignty? And what will it mean at this point?  And even as far as the embassy -- how many people   will you be able to get here in order to be ready for turnover of sovereignty?

PX1103

MR. SENOR: Our vision and our plan for sovereignty turnover remains the same. Christine, we have said all along that on June 30th we will hand over political sovereignty to the Iraqi people. They will be in control of their political destiny. But Iraqis, American and coalition -- many coalition country security forces -- will still have a significant role in Iraq to help support the Iraqi security forces. We recognize there will still be a major terror threat here after the Iraqi people have sovereignty. We recognize that the Iraqi security services may not be in a  position to defend against that terror threat after June 30th. And so we will still be here.

We have said since last fall, when the U.S. Congress passed an $18.6 billion supplemental package that almost $20 billion in U.S. taxpayer funds alone, let alone the contributions from the international community, will be deployed over several years. There will have to be American civilian reconstruction workers involved in that. You will have -- we have said all along you are going to have one of the largest U.S. Embassies here in the world -- if not the largest. So the plan remains the same, and while these days have been difficult and we are still working to address the problems that are associated with them, I think that postponing sovereignty is all the more not an option now. Changing the nature of sovereignty is all the more not an option now -- because to do so would be to allow the terrorists and the extremists and illegal mobs and militias and the foreign fighters to have scored a major victory.

Q     So, but Dan, what do you mean by "sovereignty"? If the Iraqis can't defend themselves, and the politicians can't guarantee public security -- which is the nature of government -- what is sovereignty here?

MR. SENOR:  Iraqis will be in control of their government. We will be here to support them on the security front. Ambassador Bremer will be gone. We will no longer be occupiers. There will be an Iraqi head of state. There will be an Iraqi -- some form of  an Iraqi legislative body. Iraqi officials will be held accountable by Iraqi citizens. This is the end of an occupation. This is Iraqis taking control of their political future.

We have security forces in many parts of the world where we play a supporting role -- in some cases, depending on the nature of the local threat -- to the local governments or the local countries. Those countries are not occupied by the United States of America.

Thank you, everybody.

MR. SENOR:  One other quick thing. This -- the few examples I cited on the misreporting we -- have English and Arabic copies and translations of them. Our staff can distribute them before you depart.

http://www.defenselink.mil/transcripts/2004/tr20040413-0603.html

**NEWSLETTER**

Join the GlobalSecurity.org mailing list

**Enter Your Email Address**

[                    ]  [ Sign Up Now! ]



Advertise with Us   |   About Us   |   GlobalSecurity.org In the News   |   Site Map   |   Privacy

Copyright © 2000-2019 GlobalSecurity.org All rights reserved.
Site maintained by: John Pike

PX1106

Vinesign Document ID: 0D2FAFFF-ED52-4C9F-B67B-F53706D2E4A1

**<u>DECLARATION OF</u>**

**<u>FRANKLYN LEE DOSS</u>**

**<u>REGARDING THE 4 APRIL 2004 ATTACK IN SADR CITY</u>**

I, Franklyn Lee Doss, declare under penalty of perjury that the following statements are true and correct:

a.  I have personal knowledge of the facts and information contained in this statement.

b.  I was born in West Virginia on ▮▮▮▮▮▮▮ but grew up in south Florida near Palm Beach. I joined the United States Army in June of 1996 and went to Fort Benning for basic training and Advanced Individual Training, as an 11B, Infantryman. I had several duty stations, including Germany where I deployed to Kosovo, before I was assigned to Fort Hood, Texas as part of the 1st Calvary. I got married and settled in with my wife's two children before having a daughter together.

c.  In Iraq, my rank was Staff Sergeant (SSG); my specialty was 11B Infantryman and my position was truck commander. I was assigned to B Company, 2nd Battalion, 5th Cavalry Regiment, 1st Cavalry Division, United States Army.

d.  Our mission in Iraq was to provide security and to distribute food in the area of Sadr City, Baghdad Governorate, Iraq as part of a peacekeeping mission.

e.  We were located in downtown Sadr City at the time of the attack and stationed at Camp War Eagle approximately ¼ mile outside of Sadr City.

f.  On April 4, 2004, my team responded to reports from our platoon commander 1st Lieutenant (1LT) Dan Hines, that 1st platoon was pinned down and had been ambushed while providing security to a sewage pumping company. 1LT Hines and I quickly assembled a Quick Reaction Force (QRF) and left Camp War Eagle. Our team left in front of a larger convoy being assembled by Captain (CPT) Troy Denomy. Our two-vehicle convoy consisted of two up-armored Humvees, in which 1LT Hines, Sergeant (SGT) Boutte, Specialist (SPC) Smith, and Private First Class (PFC) Hall were all part of. I was not driving the vehicle but I recall that we used either Route Texas or Route Aeros to approach Sadr City and turned right onto Route Bravo. Not long after turning onto Route Bravo we began to take fire from every direction. We encountered small arms, RPGs, and large caliber mounted-machine gun fire. I recall men, women, and even children, lighting Molotov cocktails and throwing them at our Humvee. We were taking fire the entire time we drove up Route Bravo. We had only

Statement of Franklyn Lee Doss (April 4, 2004)                                    Page 1

The signed document can be validated at https://app.vinesign.com/Verify

PX1106

been in the country for three days and the shock of what we were seeing, and experiencing, was immense. The tires of our Humvee were shot out and we were riding on the rims for most of the time. The windshield of our Humvee was also shot out by small arms fire. I was hit by burning shrapnel and I suffered multiple shrapnel wounds to my face and arms. We were unable to reach the trapped platoon and were pinned down for some time before reversing course. We ended up at one of 2 casualty collection points that had been established. Once there, despite my wounds, I assisted in securing the area around the CCP. Once secure, I received medical treatment to the burns and shrapnel wounds I suffered. It was during this time I learned that my good friend SGT Eddie Chen from 1st platoon had been killed in action during the initial ambush.

g. The attack on April 4, 2004, involved a large and well-organized group of insurgents. Several days before the attack I had observed large groups of men wearing black clothes and green headbands marching in formation in the streets of Sadr City. The insurgents that attacked us on April 4 wore the same outfits. They seemed to know the routes that we would use to enter Sadr City and used coordinated efforts to block our routes of travel and ambush our convoys. They were trained on and knew how to funnel our vehicles into ambush zones, build roadblocks and create choke points to control our direction of travel. This demonstrated a distinct difference in the sophistication and complexity of the insurgent tactics we had prepared for, and what we would later experience during our tour of duty.

h. I remained on deployment until March 2005, and once back at Fort Hood, Texas, I started treatment for my Post Traumatic Stress Disorder (PTSD) symptoms at Carl R. Darnall Army Medical Center. I attended therapy, group therapy, regular clinic visits and prescribed medications to help. In 2007, I finally was able to receive treatment for Traumatic Brain Injury (TBI), and I have had to continue to monitor and treat for this with the VA and a private physician.

i. These events greatly contributed to my severe PTSD that I suffer from and continues to negatively impact my life. I have been rated at a disability rating of 70% for my PTSD and an overall 80% disability rating. I suffered shrapnel wound and burns to my head, face and neck. I continued treatment for PTSD and headaches in 2007, after my discharge, at Veterans Administration (VA) facilities. Currently, I still continue therapy with the VA, and I take medication daily to help me manage and deal with my symptoms.

j. When I returned home from Iraq my wife told me that I had become distant and a shell of my former self. I became withdrawn and rarely went out or interacted with anyone. I suffer from sleep loss and disturbing dreams and have distanced myself from my wife and family. This was a result of my PTSD from the attacks.

PX1106

k.  As part of my Declaration, I am providing documents attached as Exhibit A through E.

1.  Exhibit A attached to this Declaration are true and authentic copy of a photograph of myself depicting the shrapnel scar on my cheek received from the attack on April 4, 2004.  I have personal knowledge of the source or creation of this exhibit because I was present when the photograph was taken, and I am depicted in the photograph. The photograph was taken by my wife, Juanita Doss, in March 2021.

2.  Exhibit B attached to this Declaration are true and authentic copy of a photograph of myself showing the shrapnel scar on my cheek and the permanent knot on my forehead from shrapnel injuries received in the attack on April 4, 2004.   I have personal knowledge of the source or creation of this Exhibit because I was present when the photograph was taken, and I am depicted in the photograph. The photograph was taken by my wife, Juanita Doss, in March 2021.

1.  Exhibit C attached to this Declaration are true and authentic copy from my military record showing I received a Purple Heart for the wounds received in service on April 4, 2004. I have personal knowledge of the source or creation of this exhibit as I was presented this award while still in Iraq on May 9, 2004.

2.  Exhibit D attached to this Declaration is true and authentic copy from my military record showing I received a Bronze Star for service in Iraq from March 12, 2004 - March 22, 2005. I have personal knowledge of the source or creation of this exhibit as I was presented this award during my time in service.

3.  Exhibit E Attached to this Declaration is true and authentic copy from my military record showing my Form DD214 that details facts of my time in service to the United State military. I have personal knowledge of the source or creation of this I was provided a copy of this form upon my discharge from service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on:  _____08/22/2022_____

Signature:  _____

PX1106

# EXHIBIT A

PX1106



PX1106

# EXHIBIT B

PX1106



PX1106

# EXHIBIT C

PX1106



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

## PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782
TO

STAFF SERGEANT FRANKLIN L. DOSS
CHARLIE COMPANY, 2ND BATTALION, 5TH CAVALRY REGIMENT

FOR WOUNDS RECEIVED
IN ACTION

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON

THIS 27TH DAY OF MAY 2004

PETER W. CHIARELLI
Major General, U.S. Army
Commanding
PO# 148-12

ACTING SECRETARY OF THE ARMY

DA FORM 4980-10, JAN 2000. Previous edition is obsolete.

PX1106

**DEPARTMENT OF THE ARMY**
**Headquarters, First Cavalry Division**
**APO AE 09344**

PERMANENT ORDERS # 148-12                                        27 May 2004

DOSS, FRANKLIN L., ████████, SSG, Charlie Company, 2ND Battalion, 5TH Cavalry Regiment, (WAGNAA) 1ST Cavalry Division ██ ██ ██

Announcement is made of the following award:

Award:  Purple Heart
Date(s) or period of service: 9 May 2004
Authority:  AR 600-8-22, paragraph 2-8, COMCFLCC message DTG 031122Z APR 03 and COMCFLCC Memorandum, Subject:  Delegation of Army Awards Approval Authority dated 6 April 2003.
Reason: For wounds received as a result of hostile enemy action.
Format: 320

FOR THE COMMANDER:

                                        FRANK J. CAPONIO
                                        LTC, GS
                                        ACofS, G1

DISTRIBUTION:
1-INDIVIDUAL
1-UNIT
1-Cdr, USAEREC, ATTN:  PCRE-FS, ██ ██ ████████ ████████ ████
1-FILE
1-Cdr, HQDA, ATTN:  TAPC-MSR, ████████ ██ ████████ ████

PX1106

# EXHIBIT D

PX1106



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT
OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 24 AUGUST 1962 HAS AWARDED

## THE BRONZE STAR MEDAL

STAFF SERGEANT FRANKLYN DOSS

**TO**

CHARLIE COMPANY, 2ND BATTALION, 5TH CAVALRY REGIMENT

FOR EXCEPTIONALLY MERITORIOUS SERVICE DURING COMBAT OPERATIONS WHILE DEPLOYED TO BAGHDAD,
IRAQ IN SUPPORT OF OPERATION IRAQI FREEDOM II. IN SPITE OF CONTINUOUS DANGERS AND HARDSHIP,
STAFF SERGEANT DOSS HONORABLY CONTRIBUTED TO THE INSURGENTS' DEFEAT AND THE PROTECTION OF
HIS COMRADES. WHILE ASSIGNED TO THE FIRST BRIGADE COMBAT TEAM, HIS DEDICATION TO DUTY AND
COMMITMENT TO EXCELLENCE ENABLED THE UNIT TO SUCCEED IN ITS MISSION AND PROVIDE A SAFER,
MORE SECURE IRAQ. STAFF SERGEANT DOSS' DECISIVE LEADERSHIP AND BOLDNESS IN ACTION ARE IN
KEEPING WITH THE FINEST TRADITIONS OF MILITARY SERVICE AND REFLECT GREAT CREDIT UPON
HIMSELF, THE FIRST CAVALRY DIVISION AND THE UNITED STATES ARMY.

FROM 12 MARCH 2004 TO 22 MARCH 2005

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 11TH DAY OF NOVEMBER 2004

**PETER W. CHIARELLI**
**Major General, USA**
**Commanding**
**PO# 316-59**



ACTING SECRETARY OF THE ARMY

DA FORM 4980-5, JAN 2000. Previous edition is obsolete.

PX1106

# EXHIBIT E

PX1106

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) DOSS, FRANKLYN LEE | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/RA | 3. SOCIAL SECURITY NUMBER |
|---|---|---|

| 4a. GRADE, RATE OR RANK SFC | b. PAY GRADE E07 | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 00000000 |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY MIAMI, FLORIDA | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND 0001ARTAC CO HQS FC | b. STATION WHERE SEPARATED FORT HOOD, TX 76544-5056 |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED N/A | 10. SGLI COVERAGE [NONE] AMOUNT: $400,000.00 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 11B40 00 INFANTRYMAN - 10 YRS 8 MOS//NOTHING FOLLOWS | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 1996 | 06 | 20 |
| | b. SEPARATION DATE THIS PERIOD | 2007 | 05 | 04 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0010 | 10 | 15 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| | f. FOREIGN SERVICE | 0004 | 06 | 07 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2006 | 05 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) BRONZE STAR MEDAL//PURPLE HEART//ARMY COMMENDATION MEDAL (2ND AWARD)//ARMY ACHIEVEMENT MEDAL (4TH AWARD)//MERITORIOUS UNIT COMMENDATION//ARMY GOOD CONDUCT MEDAL (3RD AWARD)//NATIONAL DEFENSE SERVICE MEDAL (2ND AWARD)//GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL//GLOBAL//CONT IN BLOCK 18 | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) ADV NCO CRS (ANCOC), 9 WEEKS, 2006//BASIC NCO CRS (BNCOC), 7 WEEKS, 2003//COMBAT LIFE SAVERS CRS, 1 WEEK, 1997//FAM MED TAC VEHS TNG, 1 WEEK, 2000//PR LDRSHP DEV CRS (PLDC), 4 WEEKS, 1999//UNIT ALCOHOL & DRUG COORDINATOR CERTIFICATION CRS, 1 WEEK, 2000//NOTHING FOLLOWS |
|---|---|

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | YES | NO X |
|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X YES | NO |

| 16. DAYS ACCRUED LEAVE PAID 8.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

| 18. REMARKS IMMEDIATE REENLISTMENTS THIS PERIOD -- 20010705-20050214, 20050215-20070504//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 19960424-19960619//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN KOSOVO 19991114-20000502//SERVICE IN IRAQ 20040311-20050310//DISABILITY SEVERANCE PAY -- $69359.40//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//CONT FROM BLOCK 13: WAR ON TERRORISM SERVICE MEDAL//KOSOVO CAMPAIGN MEDAL//NON COMMISSIONED OFFICER PROFESSIONAL DEVELOPMENT RIBBON (3RD AWARD)//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON (2ND AWARD)//NATO MEDAL//COMBAT INFANTRYMAN BADGE//EXPERT INFANTRYMAN BADGE//DRIVER AND MECH BADGE WITH DRIVER - TRACKED VEHICLE(S) CLASP//DRIVER AND MECHANIC  BADGE WITH DRIVER - WHEELED VEHICLE(S) CLASP//NOTHING FOLLOWS |
|---|

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address – Include ZIP Code) |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO ___ TX | DIRECTOR OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) BRUCE JEFFERSON, GS07, HEAD TECH, TRANS CEN |
|---|---|

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION DISCHARGE | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY AR 635-40, PARA 4-24B(3) | 26. SEPARATION CODE JFL | 27. REENTRY CODE 3 |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION DISABILITY, SEVERANCE PAY |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) NONE | 30. MEMBER REQUESTS COPY 4 (Initials) |
|---|---|

| DD FORM 214-AUTOMATED, FEB 2000 | PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC | SERVICE-2 |
|---|---|---|

PX1106

# Vinesign



| ✓ | **Verification Complete** |
|---|---|
| | The document has been officially verified. |

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Declarations of Franklyn Doss (4-4-2004) and (9-10-2004) with Exhibits |
| **Sender Name** | Jessica Berberich |
| **Document Key** | ████████████████ |

| **Recipient 1** | **IP Address** | **Signature** |
|---|---|---|
| Franklyn Doss | ██████ | |
| █████████ | | |
| Order 1 | | |

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✓ **Document Completed** **Matching Hash** | 08/22/2022 19:21 UTC | Franklyn Doss | Signed by Franklyn Doss ████████<br>**Blockchain Block** ███████████<br>**Document Hash** █████████████████<br>**Timestamp** 08/22/2022 19:21 UTC |
| 👁 **Document Viewed** | 08/22/2022 19:19 UTC | Franklyn Doss | Viewed by Franklyn Doss ████████ |
| 👁 **Document Viewed** | 08/22/2022 19:19 UTC | Franklyn Doss | Viewed by Franklyn Doss (█████ |
| ✈ **Document Sent** | 08/22/2022 19:19 UTC | Franklyn Doss | Sent out via email to Franklyn Doss ██████████ |
| ✈ **Document Sent** | 08/22/2022 19:19 UTC | Franklyn Doss | Sent out via text to Franklyn Doss █████████ |
| 📄 **Document Created** | 08/22/2022 19:19 UTC | | Created by Jessica Berberich ██████████ |

PX1106