PX1105

## DECLARATION OF

## PETER NANA YAW BAAH

I, Peter Nana Yaw Baah declare and state under penalty of perjury that the following statements are true and correct:

a. I have personal knowledge of the facts and information contained in this Declaration.

b. I am a naturalized U.S. citizen. I was born in Ghana on ███████████. I immigrated to the United States at fifteen years old and later became a naturalized U.S. citizen.

c. I enlisted in the United States Army in May of 2002. After my Basic Combat Training and Advance Individual Training, I was assigned to A Company, 2nd Battalion, 5th Cavalry Regiment, 1st Cavalry Division at Fort Hood, Texas. My specialty and my position there was Unit Supply Specialist (92Y). In November 2003 I received orders as a Private First Class (PFC/E-3) to deploy with my unit to Iraq.

In March 2004, my unit first deployed to Kuwait which was being used as a staging area prior to entering Iraq. We then entered Sadr City, which is located northeast of Baghdad and were placed at our Forward Operating Base (FOB) named Camp War Eagle. This is located in the Baghdad Governate.

Our mission was to assist in maintaining and rebuilding the infrastructure of Baghdad immediately following the invasion as well as general peacekeeping.

d. Prior to arriving at Camp War Eagle, we were briefed by the Intelligence personnel that the area that we were going to in Sadr City was a relatively safe and peaceful area with its' Shia majority. However, we were also warned that there were militias in Sadr City.

e. On April 4, 2004, I was inside Camp War Eagle as a member of Alpha Company. I was performing my normal duties as a Supply Specialist when we received information that a unit in Sadr City was receiving enemy fire and needed assistance. It was at this point, I volunteered to respond with the Quick Reaction Force (QRF) because, as a supply clerk, my status as a soldier had often been questioned and I had to prove myself. There was a Light Medium Tactical Vehicle (LMTV) that responding soldiers were loading into. I volunteered to drive, but my Staff Sergeant (SSG/E6) would not let me so I loaded in the back-cargo area with approximately 16 other soldiers. When I got in the back, I knew something was gravely wrong. The other soldiers worried how exposed we were. The LMTV provided us with no protection. Still, we had to get to the stranded soldiers as quickly as we could. The QRF then positioned the vehicles in a tactical manner prior to leaving the camp.

PX1105

    We initially thought the insurgents were a small group of soldiers, however, we later learned it was large coordinated attack throughout the entire city.

f.  As soon as we were outside the gate, I heard a shot. We were concerned about a possible sniper somewhere in the open field nearby, but we continued on. As we drove, it was quiet in the streets. This worried us because it was usually a bustling area with civilians all around conducting business. At one point, I looked back and saw that people were moving things into position to close the street off behind us. Suddenly we started to get hit by small arms and light machine gun fire, Rocket Propelled Grenades (RPGs) and pipe bombs filled with various items used as for shrapnel. We were caught in the middle of the street with fire coming from inside the buildings, that were on both sides of the street, and from the rooftops. It was then that I realized we were in an ambush. We were getting overwhelmed with intense enemy fire and we were very exposed in the LMTV. We couldn't turn around because the insurgents had blocked the street and the only way out was to go forward to try and find a way back to base.

g.  As the attack continued, it seemed as though gunfire was coming from everywhere. At one point, our commander's vehicle came in between our LMTV and a house for protection. We had to stop because the commander's driver had already been shot by small arms fire and gravely wounded. A Bradley vehicle then pulled up to transfer the wounded driver to their armored vehicle for medical attention. Many of us were injured and I looked and saw that Sergeant (SGT, E5) Salvador "Sal" Beltran-Soto's face was full of shrapnel that was sticking out. Someone, later identified as Private (PVT, E1) Michael Pfahler, got shot in both hands, and was moaning because he was in so much pain. SPC Stevenson Charite was shot in the leg and was bleeding. Meanwhile, I kept shooting like I had unlimited ammunition.

h.  As we continued to drive, SPC Robert Arsiaga was shot and went down. He died from his wounds. I then turned and saw that Specialist (SPC, E4) Israel Garza was hit and was laying there motionless. As we turned a corner in the road, I was shot in my trigger finger. When I looked down I saw blood and the exposed bone of my finger. After I was shot, I leaned back and landed on top of SPC Charite, but couldn't lay down all the way due to all the bodies on the floor. Another soldier helped push me down to minimize my exposure. I don't know how long exactly it took us to get out of the ambush, but eventually, after what felt like forever, we managed to get out of the kill zone and return to the base.

i.  Most of the soldiers in our vehicle were wounded or killed in action. The LMTV we were in was heavily damaged and the tires were shredded. I couldn't believe we were able to get back to the base in it.

j.  When we returned to Camp War Eagle, I was immediately treated for shrapnel in my left thigh and a gun-shot wound to my right index finger. I was then transported to another medical facility close by, but do not remember exactly where. I was later medevac'd to Landstuhl, Germany then back to the U.S. Between then and the end of the following year, I underwent several surgeries on my right hand and had a prosthetic implant placed in my right index finger. The hand I was shot in is my dominant hand and I have permanently lost the use of my index finger. My middle finger still

PX1105

has shrapnel inside of it and has caused a deformity. The pain has worsened over time. For the wounds I sustained that day, I was awarded a Purple Heart. As a result of the attack I continue to suffer from Post-Traumatic Stress Disorder (PTSD).

k. My finger and hand injury have been rated at 10% disability each by the Veterans Administration (VA), and my PTSD is rated at 70%. My PTSD symptoms include; alcohol abuse, anger issues, difficulty adapting to social life in relationships and intimacy, headaches, memory gaps, loss of sleep and nightmares.

l. SPC Robert Arsiaga and SPC Israel Garza were killed. PVT Steven Greenwood, SGT Stephenson Charite, and PVT Michael Pfahler were wounded. There were many others as well, but I don't know all their names.

m. As Part of my Declaration I am providing documentary materials attached as Exhibit A through E.
   1. Exhibit A is a true and authentic copy of my orders awarding me a Purple Heart for April 4, 2004. I have personal knowledge of the source or creation of this Exhibit because it was issued to me by military officials.
   2. Exhibit B is a true and correct copy of a photograph of me in Iraq with soldiers from my unit. I have personal knowledge of the source or creation of this Exhibit because I was present when it was taken.
   3. Exhibit C is a true and correct copy of a photograph of my right showing a scar from surgery. I have personal knowledge of the source or creation of this Exhibit because I took it using my cellphone.
   4. Exhibit D is a true and correct copy of a photograph of my right hand showing the finger where I have a prosthetic implant. I have personal knowledge of the source or creation of this Exhibit because I took it using my cellphone.
   5. Exhibit E is a true and correct copy of a photograph of my right hand showing the deformity of my finger. I have personal knowledge of the source or creation of this Exhibit because I took it using my cellphone.

I declare and state under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on this ___Aug 8, 2022_____ day of August, 2022.

Signature: _*Peter Baah*_
Peter Baah (Aug 8, 2022 16:29 EDT)

---

Declaration Peter Nana Yaw Baah (April 4,2004 attack)                                    Page 3

PX1105

# Revised declaration

Final Audit Report                                                                 2022-08-08

| | |
|---|---|
| Created: | 2022-08-08 |
| By: | Stephen Bauer ▉▉▉▉▉▉▉ |
| Status: | Signed |
| Transaction ID: | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |

## "Revised declaration" History

- Document created by Stephen Bauer ▉▉▉▉▉▉▉
  2022-08-08 - 8:14:07 PM GMT

- Document emailed to ▉▉▉▉▉▉▉▉▉ for signature
  2022-08-08 - 8:15:21 PM GMT

- Email viewed by ▉▉▉▉▉▉▉▉▉
  2022-08-08 - 8:25:16 PM GMT

- Signer ▉▉▉▉▉▉▉▉▉▉▉ entered name at signing as Peter Baah
  2022-08-08 - 8:29:58 PM GMT

- Document e-signed by ▉▉▉▉▉▉▉▉▉▉▉
  Signature Date: 2022-08-08 - 8:29:59 PM GMT - Time Source: server

- Agreement completed.
  2022-08-08 - 8:29:59 PM GMT

Adobe Acrobat Sign

PX1105

# EXHIBIT A

PX1105

DEPARTMENT OF THE ARMY
Headquarters, First Cavalry Division
APO AE 09244

PERMANENT ORDERS # 127-45                                        6 May 2004

BAAH, PETER, [REDACTED] PV2, Alpha Company, 2ND Battalion, 5TH Cavalry Regiment (WAGNAA) 1ST Cavalry Division, APO AE 09373

Announcement is made of the following award:

Award: Purple Heart
Date(s) or period of service: 4 April 2004
Authority: AR 600-8-22, paragraph 2-8, COMCFLCC message DTG 031122Z APR 03 and COMCFLCC Memorandum, Subject: Delegation of Army Awards Approval Authority dated 6 April 2003.
Reason: For wounds received as a result of hostile enemy action.

FOR THE COMMANDER:

FRANK J. CAPONIO
LTC, GS
ACofS, G1

DISTRIBUTION:
1-INDIVIDUAL
1-UNIT
1-Cdr, USAEREC, ATTN: PCRE-FS, Ft. Ben Harrison IN 46249-50000 (Enlisted)
1-FILE
1-Cdr, HQDA, ATTN: TAPC-MSR, Alexandria, VA 22332-0400 (Officer)

PX1105

# EXHIBIT B

PX1105

# EXHIBIT C

PX1105



# EXHIBIT D

PX1105



PX1105

# EXHIBIT E

PX1105

