PX1305

Vinesign Document ID:

## DECLARATION OF

## JUAN MARTINEZ RUBIO

I, JUAN MARTINEZ RUBIO, declare and state under penalty of perjury that the following statements are true and correct:

a. I have personal knowledge of the facts and information contained in this Declaration.

b. I was born on ▮▮▮▮▮▮, 1973, in Fort Polk, LA and am a U.S. Citizen. After high school, I attended Angelo State University seeking a degree as a registered nurse (R.N.) and worked part-time at a nursing home. I received my certification as a vocational nurse and worked at a trauma center in Abilene Texas and got married. I continued working at the trauma center until 1999 and then enlisted in the United States Navy as a corpsman. I attended my core training at the Great Lakes Naval Training Center before going the National Naval Hospital in Bethesda Maryland. I completed my training in Bethesda and remained there until the attacks on 9/11. After seeing the attacks, I requested transfer to a corpsman assigned to a United States Marine Corps Unit. In 2002, I was sent to Camp Johnson and completed the course that qualified me for assignment to a Marine Ground Unit. Later in 2002, I was assigned to Camp Lejeune, North Carolina with further assignment as a replacement corpsman in Iraq. In 2003, I returned to Camp Lejeune.

c. During our 2005 deployment to Iraq, my rank was E4 Petty Officer; my specialty 8404 and my position was Hospital Corpsman assigned to a United States Marine Corps (USMC) Small Craft Company. Our unit was 4th Platoon, Small Craft Company, Headquarters Battalion. Our base was the Haditha Dam on the Euphrates River.

d. Our mission in Iraq was to provide security in the area of Haditha Dam, the river to the south of the dam and the lake to the north of the dam.

e. On January 26, 2005, after receiving information on some weapons caches in Haqlaniyah and Haditha. We were sent on a raid mission late at night, around midnight. We were part of a convoy to the city of Haqlaniyah, which is located along the Euphrates River near Haditha Dam. The main purpose of my convoy was to secure a road intersection while other teams went into buildings to look for weapons caches.

f. While the Marines conducted the raids to search for weapons, I was assigned as part of the perimeter security detail with Lt Thomas, our platoon commander. My platoon was assigned to conduct a series of small-scale raids of four houses in Gallabiyah, Iraq. The

The signed document can be validated at https://app.vinesign.com/Verify

PX1305

buildings, it turned out, were empty. We later learned they were given false information about the weapons caches as part of a setup.

g.  After searching all four homes, the Marines did not find any weapons and our platoon, remounted the HMMWVs, and left the area to return to Haditha Dam. We were riding about five minutes when I saw an explosion in front of my HMMWV. The attack began with an explosion then we were ambushed. Soon after, two other Marines and I were blown out of the back of my HMMWV and onto the ground. I gathered my senses and climbed back into the HMMWV with the other Marines, and we proceeded through a small arms ambush that lasted approximately 8 to 10 minutes. I remember firing my M16 and having to reload it 3 times as we drove through the ambush site, and this continued as we pushed through the small arms fire. I saw 7-8 insurgents attacking them but there were more than that because the fire was coming from multiple directions—front and behind as well as rooftops and the ground. We pushed through the firefight and proceeded to a casualty collection point. Once we were clear of the ambush, we stopped to account for personnel and check for injuries. I was directed to another HMMWV and noticed it was extremely dark inside the other HMMWV. I climbed into the HMMWV and dropped my flashlight. I found several casualties in the HMMWV and began providing care to the injured. I did this for several minutes and began wonder where the other Marines that should be in the HWMMV. I eventually found my flashlight and saw that the "sandbags" that I was standing on were actually other Marine casualties that I could not not see. I began to work on those two Marines, as we continued our Medevac to Haditha Dam. Once back at the base, I helped move the wounded Marines into the battalion aid station (BAS) near the Haditha Dam.

h.  During an after-action report led by platoon commander, Lt. Thomas, we were informed that the attack was likely committed by Al Qaeda.

i.  Prior to the attack, we had found and cleared several large weapons caches that were gathered in the area along the Euphrates River. The river was a known route used to transport weapons. We were informed that AQ was in the area and that the weapons caches belonged to AQ. The city was a hotspot for AQ and several attacks were carried out around the same timeframe.

j.  As a result of the January 26, 2005, attack, I was thrown out of the HMMWV that I was riding in and received a concussion, contributed TBI, contributed tinnitus and PTSD. I suffered several scrapes from shrapnel and a shrapnel injury to my right hip, which I self-treated.

k.  As a result of the attack, I have short term memory loss, my wife has to dress me and reminds me of daily basic hygiene things. I hallucinate and have flashbacks, that at times,

PX1305

can lead to me being violent. I have night terrors, fight in my sleep, and have emotional outbursts and public situations overwhelm me. I only drive in areas that I know and have to set reminders on my phone when my wife is not with me to remember things. I lack motivation and feel depressed daily. I have argued with my parents and brother which is contrary to how I was raised. I had a wonderful home life, and my behavior now does not reflect how I was raised.

1. As Part of my Declaration, I am providing documentary materials attached as Exhibit A through B.

   1. **Exhibit A** attached to this Declaration is a true and authentic copy of our medical patrol boat on the Euphrates River, in front of the Haditha Dam. The photograph was taken in approximately December 2004. I have personal knowledge of the source or creation of this Exhibit because I was present when the photograph was taken and I am present on the boat that is depicted in the photograph.

   2. **Exhibit B** attached to this Declaration is a true and authentic copy of a photograph of our unit taken at a staging base in 2003/2004. I have personal knowledge of the source and creation of this exhibit because I was present when the photograph was taken and I am depicted in the photograph.

   3. **Exhibit C** attached to this Declaration is a true and authentic copy of a photograph our medevac team taken on November 7, 2004. I have personal knowledge of the source and creation of this exhibit because I was present when the photograph was taken and I am depicted in the photograph.

   4. **Exhibit D** attached to this Declaration is a true and authentic copy of a photograph of myself during the clearing of a weapons cache that my unit found and cleared in late 2004 (approximately December). I have personal knowledge of the source and creation of this exhibit because I was present when the photograph was taken and I am depicted in the photograph.

   5. **Exhibit E through Exhibit K** attached to this Declaration are true and authentic copies of photographs of a large weapons cache that my unit found and cleared along the Euphrates River in late 2004. I have personal knowledge of the source and creation of these exhibits because I was present when the photograph was taken and I am in possession of the photographs used as exhibits.

PX1305

I declare and state under penalty of perjury under the laws of the **United States** of America that the foregoing statements are true and correct.

Executed on _____ 08/11/2022 _____

Signature: _____

PX1305

# EXHIBIT A

PX1305



PX1305

# EXHIBIT B

PX1305



PX1305

# EXHIBIT C

PX1305



PX1305

# EXHIBIT D

PX1305



PX1305

# EXHIBIT E

PX1305



PX1305

# EXHIBIT F

PX1305



PX1305

# EXHIBIT G

PX1305



PX1305

# EXHIBIT H

PX1305



PX1305

# EXHIBIT I

PX1305



PX1305

# EXHIBIT J

PX1305



PX1305

# EXHIBIT K

PX1305



PX1305

## Vinesign



| | |
|---|---|
| **Document Status** | ✓ Signed & Verified |
| **Document Name** | Declaration of Juan Rubio (1-26-2005) with Exhbitis A-K |
| **Sender Name** | Jessica Berberich |
| **Document Key** | |

**Recipient 1**
Juan Rubio

**Signature**

## Document History



| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| **Document Completed** Matching Hash | 08/12/2022 01:34 UTC | Juan Rubio | Signed by Juan Rubio ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ **Timestamp** 08/12/2022 01:34 UTC |
| **Document Viewed** | 08/12/2022 01:33 UTC | Juan Rubio | Viewed by Juan Rubio ▇▇▇▇▇▇▇ |
| **Document Sent** | 08/12/2022 01:32 UTC | Juan Rubio | Sent out via email to Juan Rubio ▇▇▇▇ |
| **Document Sent** | 08/12/2022 01:32 UTC | Juan Rubio | Sent out via text to Juan Rubio ▇▇▇▇ |
| **Document Created** | 08/12/2022 01:31 UTC | | Created by Jessica Berberich ▇▇▇▇ |

PX1305

PX1306

## DECLARATION OF

## ANDREW HOWARD ROTHMAN

I, ANDREW HOWARD ROTHMAN declare and state under penalty of perjury that the following statements are true and correct:

a.   I have personal knowledge of the facts and information contained in this Declaration.

b.   I was born on ███████ in Brooklyn, NY and am a U.S. Citizen. After completing high school, I worked with my father in his appliance parts store for about one year before being able to join the United States Navy as a Corpsman. In February 2003, I went to Naval Training Station, Great Lakes to attend boot camp and my initial training as a corpsman. In August of 2003, I was sent to Camp Lejeune, NC to complete the Field Medical Service Technician Course which permitted me to be assigned to a US Marine Corps unit. After completing the course, in November 2003, I was sent to Twentynine Palms CA and was assigned to Bravo Company, 1st Battalion, 7th Infantry Regiment, 1st Marine Division. In August 2004, I deployed with that unit to Camp Gannon, Iraq and stayed at the camp until March 2005. After we returned to Twentynine Palms, CA, our unit redeployed to Iraq in February 2006 through October 2006. In April 2007, I was transferred to Groton CT Naval Base and remained there until my retirement in April 2008.

c.   In Iraq, my rank was Hospitalman (E3) and Petty Officer 3rd Class (E4). My specialty was 8404 and my position was corpsman in a Marine rifle company.

d.   In August 2004 to March 2005, I was assigned to Bravo Company, 1st Battalion, 7th Infantry Regiment, 1st Marine Division as part of Multi-National Division-West and was stationed at Camp Gannon in the Anbar Province near Husaybah, Iraq. I was still assigned to Bravo Company, 1st Battalion, 7th Infantry Regiment, 1st Marine Division as part of Multi-National Division-West when our unit returned to Iraq in February 2006 to October 2006. However, I was stationed at Al Qaim in the Anbar Province in Iraq.

e.   Our mission in Iraq, in August 2004 to March 2005, was to conduct cordon and search missions and locate enemy combatants. Our other missions were conducting raids, serve as the quick reaction force (QRF), and we conducted mounted and dismounted combat patrols.

In 2006 we returned to the Anbar Province and our mission had changed. We conducted stability operations and did civic action projects, such as building schools and clinics, and we had less combat patrols than the previous tour.

PX1306

f.  On January 26, 2005, our platoon was assigned to conduct a raid of some homes in Haditha Iraq. During this deployment we conducted approximately 30 of this type missions.  As part of this mission, I recall 1st Bn 23rd Marines were also assigned to the raid. At approximately 0100-0200, I was riding in an amphibious assault vehicle (AAV) and was seated in the crew compartment and heard an explosion and started to receive small arms fire. Normally when we would get hit with an ambush following a raid, we would speed out of the area rather than engage.  However the explosion had hit and disabled one of the vehicles in our convoy.  As per procedure, our AAV stopped, dropped the rear ramp and I deployed on foot out of the back of the AAV with the Marines. I went to the right side of the AAV and returned fire with my assigned M16 rifle. During the attack, an RPG detonated approximately 30 feet from me, and I was hit with shrapnel in my thigh. This ambush lasted for some time, but in the thick of a firefight it is hard to tell how much time passed.  Once we had cleared the area, and the medevac's had arrived to take the wounded, we loaded back up to return to camp.  On our way back to camp I ripped open my pants to check my injuries, and determined the shrapnel had not hit a major artery.

g.  During the attack I was not required to render aid to any of the Marines in my immediate area. I did hear that some of our injured from other units had died but did not know which unit sustained those casualties. Once we returned to camp we conducted an after-action-review (AAR) of the operation.  I then went to the aid station where I was treated for the shrapnel and provided a shot of antibiotics. I was awarded the Purple Heart for those injuries.

h.  The weapons used in the attack against us were an IEDs, RPGs, RPKs (machine guns), hand grenades, and small arms fire.

i.  This attack resulted in shrapnel injuries to my thigh and lower leg.  I removed shrapnel from my shin during the summer of 2020. The VA has determined that I have 100% service-connected disability for PTSD with panic disorder and opiate use disorder, left knee chronic pain syndrome and patellofemoral syndrome 10%, right knee chronic pain syndrome and patellofemoral syndrome 10%, sinusitis 10% and chronic low back pain syndrome with myofascial pain syndrome (claimed as chronic back pain and herniated discs).

j.  As Part of my Declaration I am providing documentary materials attached as Exhibit A:

1.  Exhibit A attached to this Declaration is a true and authentic photograph of the Purple Heart I was awarded for January 26, 2005 attack. I have personal knowledge

---

PX1306

of the source or creation of this Exhibit because it was issued to me by military officials, and I took the photograph. (Fis_RothmanA_CP_00000102).

I declare and state under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on  Aug 10, 2022

Signature: _Andrew Rothman (Aug 10, 2022 17:44 EDT)_

PX1306

# 2022 07 28 Draft Declaration Andrew Rothman (MWL)

Final Audit Report                                                                            2022-08-10

| | |
|---|---|
| Created: | 2022-08-10 |
| By: | Blair Ross ███████████ |
| Status: | Signed |
| Transaction ID: | ████████████████████ |

## "2022 07 28 Draft Declaration Andrew Rothman (MWL)" History

📄 Document created by Blair Ross ████████████████
   2022-08-10 - 9:32:27 PM GMT

📧 Document emailed to ███████████████ for signature
   2022-08-10 - 9:33:07 PM GMT

📄 Email viewed by ███████████████
   2022-08-10 - 9:43:24 PM GMT

✒️ Signer ███████████████ entered name at signing as Andrew Rothman
   2022-08-10 - 9:44:15 PM GMT

✒️ Document e-signed by Andrew Rothman ███████████████
   Signature Date: 2022-08-10 - 9:44:17 PM GMT - Time Source: server

✅ Agreement completed.
   2022-08-10 - 9:44:17 PM GMT

**Adobe Acrobat Sign**

PX1306

# EXHIBIT A

PX1306



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:
THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

## PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782
TO

**HOSPITALMAN ANDREW HOWARD ROTHMAN, U. S. NAVY**

FOR WOUNDS RECEIVED
IN ACTION

**26 JANUARY 2005**

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS     **10TH**     DAY OF     **AUGUST 2012**

*Mark E. Ferguson III*



NAVPERS 1650/51, REV. (12-99)

BUREAU OF ENGRAVING AND PRINTING

PX1306

PX1308

**CERTIFICATE/LETTER OF QUALIFICATION**                    Court File No. ▮▮▮▮▮
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 6.2-893, 6.2-1171, 6.2-1365, 6.2-1367, 64.2-2011, 64.2-506, 64.2-607


**Patrick County** Circuit Court

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on **September 20, 2018**
                                                                                        DATE


**DARRELL C BOWLING  ,           ROBIN BOWLING FERON          ,**
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this court, under applicable provisions of law, as **Administrators** of the estate of

**JONATHAN WILLIAMS BOWLING**
☒ DECEASED   ☐ MINOR   ☐ INCAPACITATED

The powers of the fiduciary(ies) named above continue in full force and effect.


**$10,000.00** bond has been posted.


Given under my hand and the seal of this Court on


September 20, 2018
DATE


                              **Sherri M. Hazlewood** , Clerk

                        by _Vicki L. Reese_____ , Deputy Clerk


FORM CC-1625 MASTER 10/12

Fis_BowlingJ_E_00000003
PX1308

PX1314



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:
THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

## PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782 ·
TO

CORPORAL JONATHAN W. BOWLING, UNITED STATES MARINE CORPS
FOR WOUNDS RECEIVED
IN ACTION

ON 26 JANUARY 2005 IN IRAQ RESULTING IN HIS DEATH
GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS        26TH            DAY OF    JANUARY 2005

GENERAL, U.S. MARINE CORPS
COMMANDANT OF THE MARINE CORPS

Fis_BowlingJ_MR_00000074

PX1314

PX1319



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:
THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

## PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782
TO

**HOSPITALMAN ANDREW HOWARD ROTHMAN, U. S. NAVY**

FOR WOUNDS RECEIVED
IN ACTION

**26 JANUARY 2005**

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS     **10TH**     DAY OF     **AUGUST 2012**

*Mark E. Ferguson III*

NAVPERS 1650/51, REV. (12-99)

BUREAU OF PERSONNEL AND TRAINING

Ex_RothmanA_CP_0000032
PX1319

PX1401

8/3/2018                                    Defense.gov News Release: DoD Identifies Army Casualties



**You have reached a collection of archived material.**

The content available is no longer being updated and may no longer be applicable as a result of changes in law, regulation and/or administration. If you wish to see the latest content, please visit the current version of the site.

For persons with disabilities experiencing difficulties accessing content on archive.defense.gov, please use the DoD Section 508 Form. In this form, please indicate the nature of your accessibility issue/problem and your contact information so we can address your issue or question.

**U.S. DEPARTMENT OF DEFENSE**

Search

HOME    TODAY IN DOD    ABOUT DOD    TOP ISSUES    NEWS    PHOTOS/VIDEOS    DOD SITES    CONTACT US    RESOURCES

**News**
News Articles
News/Casualty Releases
Press Advisories
News Transcripts
Publications
Speeches
Contracts
Testimony
Messages
Special Reports

**Secretary of Defense**
Biography
Speeches
Messages
Testimony
Travels
News Photos

**Deputy Secretary of Defense**
Biography
Speeches
Travels
News Photos

**Photos/Videos**
Lead Photos
News Photos
Photo Essays
Week in Photos
Videos
DoD Video News
Imagery Archive

**Other**
Briefing Slides
Pentagon Press Badges
Press/Media Queries
Military Commissions
Detainees
Other News Sources

# News Release
Press Operations

NEWS RELEASE                    E-MAIL A COPY | PRINTER FRIENDLY | LATEST NEWS RELEASES

SHARE

## Most Recent News Releases

08/14/2015
General Officer Assignments

08/11/2015
Airman Missing From World War II Accounted For

08/10/2015
Soldier Missing From Korean War Accounted For

08/10/2015
Flag Officer Assignments

08/10/2015
DoD Identifies Army Casualty

08/07/2015
General Officer Assignments

08/06/2015
Defense Department Announces the Transfer of Umm Sayyaf

08/06/2015
Airman Missing From World War II Accounted For

08/06/2015
Statement by Secretary of Defense Ash Carter on the Senate's Confirmation of General Milley, Admiral Richardson, and Lieutenant General Neller

08/05/2015
Readout of Deputy Secretary of Defense Bob Work and Undersecretary of Defense for Acquisition, Technology and Logistics Frank Kendall Visit to Defense Innovation Unit Experimental

**IMMEDIATE RELEASE**

Release No: 377-05
April 19, 2005

**DoD Identifies Army Casualties**

The Department of Defense announced today the death of three soldiers who were supporting Operation Iraqi Freedom. They died April 16 in Ar Ramadi, Iraq, while conducting combat operations. The soldiers were assigned to the 2nd Battalion, 17th Field Artillery Regiment, 2nd Brigade Combat Team, 2nd Infantry Division, Camp Hovey, Korea.

Killed were:

Sgt. Angelo L. Lozada Jr., 36, of Brooklyn, N.Y.

Sgt. Tromaine K, Toy Sr., 24, of Eastville, Va,

Spc. Randy L. Stevens, 21, of Swartz Creek, Mich.

For further information related to this release, contact Army Public Affairs at (703) 692-2000,

0        ?        ?        0        0        0

Home                Inspector General        Join the Military
Today in DOD        Privacy & Security        Careers
About DOD           Link Disclaimer          Web Policy
Top Issues          Recovery Act
News                FOIA
Photos/Videos       USA.gov
DoD Sites           No FEAR Act
Contact Us          Plain Writing Act of 2010
Resources           Accessibility/Section 508

STAY CONNECTED

Facebook    Twitter    YouTube    Google +    Instagram

Flickr    DOD Live Blog    Email    RSS Feeds    Widgets

MORE SOCIAL MEDIA SITES »

Fis_JaureguiJ_R_00000006

PX1401

PX1402

## DECLARATION OF

## JOHN S. FANT

I, John S. Fant, declare and state under penalty of perjury that the following statements are true and correct:

a.   I have personal knowledge of the facts and information contained in this Declaration.

b.   I was born on ███████, 1964 in Union, South Carolina.

c.   I attended the U.S. Army from Reserve Officers' Training Corps at Furman University in Greenville, South Carolina and upon graduation, I was commissioned on May 31, 1986 as a Second Lieutenant (O1) as a Field Artillery Officer (13A). I began active duty on June 1, 1986. During my 27 plus years of active federal service, I served in a variety of command and staff positions including battalion and brigade command, overseas tours in Germany and South Korea, and combat tours in Afghanistan and Iraq. Additionally, I served at the strategic-level of national defense with Joint Special Operations Command and the Joint Chiefs of Staff. I retired as a Colonel (O6) in September 2013.

d.   In June 2003 as a Lieutenant Colonel (O5), I assumed command of the 2nd Battalion, 17th Field Artillery Regiment, 2nd Brigade Combat Team, 2nd Infantry Division in South Korea. Private First Class (PFC, E3) Jose Jauregui, Specialist (SPC, E4) Randy Lee Stevens, (SGT, E5) Tromaine Toy, and (SGT, E5) Angelo Lozada Jr. were all in the unit when we deployed to Iraq. I would see them occasionally in the various places in the battalion (motor pool, unit work spaces, battalion formations, etc.). I saw SGT Lozada frequently since he worked in our Battalion S1 Section for admin/personnel operations. He later transitioned down to Company A to be assigned to a gun crew.

e.   In July of 2004, our battalion, including the men mentioned above, was deployed from Camp Hovey, South Korea to Iraq. We first went to Kuwait for a month of training and acclimation to the heat of Kuwait and Iraq and then we were deployed into Iraq. The battalion headquarters, A Battery (including the men mentioned above) and I were stationed at Camp Ramadi in Ramadi in the Al Anbar Governate.

f.   Our battalion was initially supporting the 1st Marine Division and then later the 2nd Marine Division both of which were based in Ramadi. Our battalion had four primary missions: 1) Provide artillery counter-fire (aka counter-battery fire) in response to any mortar or rocket fire onto Camp Ramadi and Camp Habbaniyah; 2) Provide base defense for Camp Ramadi. This required me to be the base commander directing security, including perimeter and

PX1402

checkpoints, that were manned by personnel from my battalion and the other units stationed on the camp; 3) Conduct combat patrols in the area of Tamim District / neighborhood of Ramadi; and 4) Conduct Combat Logistics Patrols throughout Iraq providing supplies and equipment for my battalion elements as well as for the brigade and some Marine divisional units.

g.   PFC Jauregui, SPC Stevens, SGT Toy, and SGT Lozada were part of a 155 mm howitzer (Paladin) cannon crew that was tasked along with another crew to provide the counter-fire support for Camp Ramadi.  In Habbaniyah, we had another set of Paladins providing counter-fire support for the Eastern half of Ramadi and north of Habbaniyah. We also had a mortar platoon from the 1st Battalion, 9th Infantry Regiment that was set up in Camp Ramadi.  The mortar and Paladin teams would stand by their weapon systems waiting for attacks and orders to fire artillery rounds back onto the point of origin (POO) of the attacking weapons.  I would see the Paladin team members at least a couple times a month, sometimes just in the dining facility, gym, and the battalion headquarters, etc.

h.   In the evening of April 16, 2005, I was in the Battalion Tactical Operations Center (TOC) when I heard a loud explosion in the direction of our two Paladins on Camp Ramadi. Initially I did not know that one of our Paladin howitzers had been hit.  From the TOC, which was approximately one kilometer away from the blast scene, I could see fire, flashes of the ammunition cooking off, as well as hear the noise from the explosions. We immediately received a radio call from Alpha Battery that Gun #1 reported that Paladin Gun #2 had been hit and was on fire.  Paladin #1 was not hit.  I directed the ambulances, fire department, A Company to respond. We also prepared for anticipated follow-up attacks to the FOB.

i.    Paladin Gun #1 personnel and other responders tried to rescue the soldiers from Paladin Gun #2, but the Paladin was encompassed by a tremendous fire and explosions from within the Paladin prohibiting them from getting close.  The Paladin was on fire from the initial explosion, but also likely from the vehicle's fuel and ammunition.  The gun powder and artillery rounds were cooking off, meaning they were exploding due to the fire and heat. Approaching the Paladin was very unsafe for approximately 12 hours. Prior to midnight, I watched from a safe distance of about ½ km. Around midnight my driver took me to the attack site and we were escorted by the EOD team and possibly others.   I also went to the attack scene the next morning to look at the remains of the Paladin.  I believe the EOD team was still investigating.  There were human remains, gun fragments, etc. still at the attack scene at that time.

j.    PFC Jauregui somehow survived the attack.  I believe he was outside of the Paladin when the round hit. After the initial explosion, PFC Jauregui was somehow able to get away from

the burning Paladin and was found walking a short distance from the Paladin by members of the mortar platoon.  He had significant injuries and burns over a large part of his body, and was taken in the back of one of the mortar vehicles to Charlie Medical Company (aka Charlie Med), the medical facility on Camp Ramadi.  From there I understand that he was transported to Habbaniyah Air Base, later to Landstuhl Hospital in Germany, and then to Brooke Army Medical Center / Burn Center in San Antonio, TX.  I know that PFC Jauregui sustained significant injuries including loss of fingers, loss of function of his hands, and was estimated to have sustained third degree burns to over 75% of his body.   Since the attack, I am aware of surviving members of the platoon remaining in contact with him and providing him moral support and encouragement to him since his injuries.

k. After it was safe for the responders to approach the Paladin, they found the bodies of SPC Stevens, SGT Toy, and SGT Lozada.

l. The next day an EOD team examined the blast area.  The Paladin had been totally destroyed. The EOD team determined that a 107 mm rocket impacted the loaders hatch and exploded.  This somewhat limited the blast to inside the Paladin.  Another factor that limited the blast were two barriers. One was concrete Jersey Barriers encircling the gun and the second barrier was a dirt berm behind the gun.

a. These four men were good soldiers, doing their job, and serving their Country on April 16, 2005. I knew SGT Lozada the best.  I recall SGT Toy as a laid back, quiet, very competent soldier.  SPC Stevens volunteered to take another soldier's shift and was killed in the attack. I did not really know PFC Jauregui prior to the attack, but I know that he sustained significant injuries while serving his country.

m. As Part of my Declaration, I am providing documentary materials attached as Exhibit A through Exhibit C.

1. Exhibit A attached to this Declaration is a true and authentic copy of a photograph of me at the Café al Ramadi at Battalion Headquarters. I have personal knowledge of the source or creation of this photograph, as I was present when it was taken near the time of the attack by a photographer for Stars & Stripes newspaper. This exhibit is a fair and accurate representation of me while I was deployed to Iraq.

2. Exhibit B attached to this Declaration is a true and authentic copy of a photograph of me while on patrol in Iraq in an observation point (OP) overlooking a highway in our area.      I have personal knowledge of the source or creation of this photograph, as I was present when it was taken by someone in our unit or by a

photographer covering a story in Iraq. This exhibit is a fair and accurate representation of me while I was deployed to Iraq.

3. Exhibit C attached to this Declaration is a true and authentic copy of a photograph of me taken when I previously was running for public office.  I have personal knowledge of the source or creation of this photograph, as I was present when it was taken. This exhibit is a fair and accurate representation of me after returning from Iraq and while running for public office.

I declare and state under penalty of perjury under the laws of the **United States** of America that the foregoing statements are true and correct.

Executed on this _07/01/2022_____ day of June, 2022.


Signature:_____John S Fant_____

PX1402

# EXHIBIT A

PX1402



PX1402

# EXHIBIT B

PX1402



PX1402

# EXHIBIT C

PX1402



PX1402

PX1403

## DECLARATION OF

## TODD M. JACOBUS

I, Todd M. Jacobus declare and state under penalty of perjury that the following statements are true and correct:

a.  I have personal knowledge of the facts and information contained in this Declaration.

b.  I am a retired Army Colonel with thirty-three years of service. I graduated from Hoover High School in Des Moines, Iowa, in 1985; received a Bachelor of Arts degree from The University of Iowa in 1989; received a Master's Degree in Public Administration from Drake University in 2003; and was a Senior Service College Fellow at the Fletcher School of Diplomacy at Tufts University in 2009 to 2010. I began my military career as an enlisted soldier in the U.S. Army Reserve on March 23, 1984, while I was still in high school. I commissioned as a Second Lieutenant Engineer Officer in 1988. I transferred to the Iowa Army National Guard just before being commissioned. I retired from the Iowa Army National Guard on December 25, 2017.  For 28 years, I was a full time National Guardsman working weekly in assignments relating to Security, Education, Human Resource Management, Facilities Management, Recruiting & Retention, and Domestic Response Operations.  At the same time, I fulfilled inactive duty for training responsibilities in positions ranging from Platoon Leader, Company Commander, Battalion Commander, Brigade Commander and finishing as the Director of Military Support over domestic and disaster responses for the State of Iowa.

c.  I was assigned Commander of the Iowa Army National Guard's 224th Engineer Battalion, Fairfield, Iowa, on March 31, 2004, and I was promoted to Lieutenant Colonel on June 3, 2004. I met Specialist Robert W. Briggs in the summer of 2004, during the 224th Engineer Battalion's annual training at Camp Dodge in Johnston, Iowa. Robert Briggs was a Specialist Heavy Construction Equipment Operator, in Company C, which was located in Mount Pleasant, Iowa.

d.  On October 11, 2004, the 224th Engineer Battalion mobilized in Iowa and deployed to Fort Sill,Oklahoma, where we trained for 10 weeks, and were certified as mission ready on December 8, 2004. The 224th Engineer Battalion left Fort Sill on December 31, 2004, andarrived in Iraq on January 1, 2005 where we were under the Tactical Control of the 1st Marine Division, and the Administrative Control of the 194th Engineer Brigade. We replaced the 153rd Engineer Battalion. Our headquarters and three companies (HHC, Company A, Company B) were stationed at Forward Operating Base Duke in Najaf, Iraq, and one line company (Company C) was stationed at Camp Habbaniyah near Taqaddum

PX1403

Air Base, Iraq. On February 27, 2005 the Battalion (minus Company C) began movement from Forward Operating Base Duke in Najaf, Iraq, to Camp Ramadi (referred to during previous rotations as Camp Junction City), Ramadi, Anbar Province, Iraq. The Battalion ultimately took over the convoy security / escort mission in the Anbar Province from the 2nd Battalion 11th Marines, as well as leading the counter-improvised explosive device mission.

e.  The 224th Engineer Battalion was under the operational control of the 1st Marine Division, which was headquartered at Camp Blue Diamond in Ramadi, Iraq, from January 1, 2005 to March 10, 2005. On March 11, 2005, there was a transfer of authority from the 1st Marine Division to the 2nd Marine Division when the 224th Engineer Battalion became under the operational control of the 2nd Marine Division. This was the first time that a Marine divisional relief in place had taken place since World War II. The 224th Engineer Battalion served as the Divisional Engineer Battalion, providing mobility (route clearance), survivability, and general engineering support, until we were relieved in place by the 54th Engineer Battalion on December 2, 2005.

f.  In Iraq, SPC Briggs and his company were stationed initially at Camp Habbaniyah located in Al Anbar Province, and then approximately 1 week before the attack his company moved to Camp Ramadi to be stationed with the rest of the Battalion. In both places, his duties consisted of operating heavy engineering equipment, upgrading entry control points, reinforcing barriers and obstacles, filling Hesco barriers, improving road systems, grading areas to improve drainage, and other tasks requiring heavy equipment.

g.  Saturday, April 16, 2005 was a normal day. I spent the majority of the evening in the Battalion Tactical Operations Center. At around 8:00 pm, I was in the Battalion Tactical Operations Center when I heard the familiar thump and whirling sounds of mortars. We were quite used to the sounds since we had heard mortars coming into Camp Ramadi many times. (By the time we completed our tour on December 2, 2005, 230 mortars hit somewhere within our portion of the Camp Ramadi perimeter.) Camp Ramadi was by far the largest in the Anbar Province – my best estimate of its size is approximately 1.6 miles North to South and 1.8 miles East to West. There were several instances of U.S. Armed Forces service members being injured, and even killed, during indirect fire attacks on Camp Ramadi. I recall instances of Trooper Gate, which was the main entry control point to Camp Ramadi located on the North side of the installation, being hit with indirect fire more than once with devastating effect. Although, the vast majority of the incoming mortars and rockets did NOT land with effect.

h. Insurgents conducted a complex attack on Camp Ramadi during the evening of Saturday, April 16, 2005. I specifically recall receiving and reviewing the after action reports for the attack, and this reporting indicated the attack involved several 120mm mortars and two 107mm rockets. The attack originated from the Tamim District/neighborhood just north of the City of Ramadi and just South of the Camp Ramadi's Ogden Gate. The reporting further indicated that the rockets were fired from the back end of a cement truck; one of those struck the M109A6 Paladin Self-Propelled Howitzer. The mortars were launched from mobile tubes – brought to the point of origin on motorcycles. Explosives Ordnance Disposal teams did blast analysis on all points of impact to determine the size and type of ordnance.

i. The first round that I heard impact was a 107mm rocket that hit the M109A6 Paladin Self-Propelled Howitzer that was stationed near the Ogden Gate on the Southeast Side of Camp Ramadi. I remember that impact specifically because it was steel on steel, indicating a direct hit, and I had never heard such a devastating detonation so close to me before.

j. I immediately left the Battalion Tactical Operations Center on the second floor of our building. It was dark outside, but I saw fire and smoke coming from the Paladin and also saw smoke coming from billets our Company C Soldiers had just occupied a week or so before – approximately 400 meters Southwest of our Battalion Headquarters. I ran towards the billets and found a large group of soldiers gathered around one of the small picnic pavilion/gazebo that soldiers had constructed throughout our billeting area. I saw SPC Robert Briggs laying on the ground receiving medical treatment. SPC Briggs sustained a gruesome open head injury, had lost a significant amount of blood, one of his eyes was not in the eye socket, and his skin had been peppered with shrapnel. When I arrived at his location, SPC Briggs was conscious and in a great deal of pain. SPC Briggs was asking those around him to not let him die. He said several times that he felt like he was dying and that he could not see anything. Captain Doug Houston, his Company Commander, and First Sergeant Dave Tadman, the Company First Sergeant, were both by his side, as were a dozen or more soldiers in his company, including at least one combat lifesaver or combat medic who were providing medical attention to SPC Briggs. After stabilizing SPC Briggs as well as possibly First Sergeant Tadman, and others, transported SPC Briggs to the Ramadi Medical Facility. I learned later that all air medical evaluation out of Camp Ramadi had been suspended because the Camp was not considered secure due to incoming mortar fire and explosions from the Paladin. Air medical evaluation did not arrive at Camp Ramadi for 30+ minutes after the casualties were incurred. SPC Briggs was evacuated first to Baghdad, and then later to Landstuhl, Germany.

PX1403

k.  The tactical situation at that time was quite tenuous because dozens of detonations were impacting to the Southeast, and within 400 meters of our location. We learned later that the source of these detonations was the ordinance inside the Paladin cooking off as the vehicle burned down. However, we did not know this at the time, and the noise was quite intense. The detonations were so severe and constant that there was a thought that this was perhaps a preparatory mortar attack to be followed by an assault on Camp Ramadi. The explosions from the Paladin continued for maybe 10 minutes

l.  SPC Troy DeRoos sustained multiple shrapnel wounds and a serious injury to one of his arms. He was also medically evacuated out of country to Landstuhl. A third soldier, SPC Marty Sackman, sustained a concussion and a ruptured eardrum, but remained at Camp Ramadi.

m.  I learned later that SPC Robert Briggs, SPC Troy DeRoos, and SPC Marty Sackman were off duty for the evening and were sitting in a gazebo that was located between two buildings used for troop housing. One mortar landed on top of the gazebo. A second mortar landed near the South entrance to one of the billets and destroyed a portion of that building. The platoon that occupied that billet was on a mission; and therefore, no one was inside at the time of the attack.

n.  The Paladin was completely destroyed. The gazebo and the building next to it were also destroyed. Three soldiers were killed in the attack on the Paladin, including SPC Randy Lee Stevens, Sergeant Tromaine K. Toy, Sr. and Sergeant Angelo L. Lozado, Jr. I heard from Lieutenant Colonel John Fant, Battalion Commander of the 2nd Battalion 17th Field Artillery 2nd BCT 2nd ID, there was one survivor from the Paladin, but I do not know his name or his injuries.

o.  The 224th Engineer Battalion leadership team conducted battle damage assessment well into Sunday, April 17, 2005. The Paladin was located within 100 meters of our 224th Engineer Battalion Motor Pool, and one of our Guard Towers.

p.  SPC Robert Briggs was promoted to Sergeant (E5) on May 1, 2005. He was medically retired on July 28, 2005.

q.  I believe the weapon(s) used during the complex attack on Camp Ramadi on Saturday, April 16, 2005, included several 120mm mortars and 2 x 107mm rockets. I base my conclusions on investigation and reporting provided to me in Iraq and which identified the type and caliber of weapons used during the attack. Sergeant First Class Anthony C. Brown, who was the Battalion Intelligence Non-Commissioned Officer, reported to me in chain of command that these were the weapon systems used during the attack,

according to reporting that he reviewed while we were in Iraq. SFC worked directly for Captain Eric Rant; Captain Rank worked for me as the 224th Engineer Battalion Intelligence Officer (S2).  These reports were published after Explosives Ordnance Disposal had done a blast / crater analysis to determine type and size. This type of munition and TTP comports with the size and type of IDF munitions that we were seeing routinely in other attacks, caches, and/or Intel reports.

r.   The 120mm mortar launching tubes were brought into the Tamim District / Neighborhood on motorcycles and the mortar rounds were fired into Camp Ramadi from the Tamim District / Neighborhood, which was located near railroad tracks South of Ogden Gate – based on the incident investigation that was reported later.

s.   The 107mm rockets were fired into Camp Ramadi from the back of a cement truck that was also located in the Tamim District / Neighborhood, which was located near railroad tracks South of Ogden Gate – based on the investigation and reporting that was published later.

t.   We had approximately 488 Soldiers and two Marine Company sized organizations within the command structure of the 224th Engineer Battalion so I did not know a lot of detail about most of our Soldiers and Marines with whom I served.  However, I do recall that SGT Robert Briggs was a quiet, humble, lead-by-example Soldier.  He wanted to help, do a good job, work hard, and was a perfectionist when it came to getting the job done.  SGT Briggs was a skilled equipment operator in a combat engineer battalion.  I remained in periodic contact with SGT Briggs after he was injured in Iraq on April 16, 2005.  I saw SGT Bobby Briggs on January 23, 2006 when Governor Tom Vilsack announced the passage of a bill, The Caregiver Bill, to provide financial benefits to wounded Iowa National Guard men and women and their families.  In November 2006, SGT Briggs was also able to attend our National Guard Annual Engineer Ball held in Burlington, Iowa when Major General Richard Huck of the 2nd Marine Division spoke. Despite his serious injuries, Bobby attended this event with his wife.  He was on crutches and had difficulty speaking.  However, I had an opportunity to talk with him and remember asking him if knowing how things would turn out, would he have made the same decision to serve in the Army and serve our country.  Bobby said it was the best decision he ever made – joining the Army and serving our country.  Even though Bobby had serious injuries, he and his wife also established at the English River Outfitters Resort – a non-profit resort in Washington County, IA that provides recreational activities such as camping, fishing, hunting, camping, etc. free to Veterans.

u.  As Part of my Declaration I am providing documentary materials attached as Exhibit A through Exhibit J:

1.  Exhibit A attached to this Declaration is a true and authentic copy of a photograph of me in Class A Uniform as a Lieutenant Colonel.  This was used as a Command Photograph during my battalion command tour of both the 224th Engineer Battalion (2004-06) and the Recruiting & the Iowa Army National Guard Retention Battalion (2006-09).  I have personal knowledge of the source or creation of this photograph as I was present when it was taken and it accurately depicts me at the moment it was taken.

2.  Exhibit B attached to this Declaration is a true and authentic copy of a photograph of me sitting in a Husky Mine Detection Vehicle. This photograph was taken by Captain Doug Houston at Camp Habbaniyah, Iraq, on January 23, 2005 during my visit to Company C 224th Engineer Battalion. I spoke with SPC Robert Briggs in the same facility where this vehicle was located a few minutes prior to the photo being taken.  I have personal knowledge of the source or creation of this photograph as I was present when it was taken and it accurately depicts the scene at the moment it was taken.

3.  Exhibit C attached to this Declaration is a true and authentic copy of a photograph of me with the 2nd Marine Division Engineer Team and my Senior Leadership Team. I am located in the center of this photo, which was taken at the 224th Engineer Battalion Headquarters on Camp Ramadi, Anbar Province, Iraq, on December 2, 2005, following the transfer of authority ceremony to the 54th Engineer Battalion.  I have personal knowledge of the source or creation of this photograph as I was present when it was taken along with others in my team, and it accurately depicts the scene at the moment it was taken.

4.  Exhibit D attached to this Declaration is a true and authentic copy of a photograph of SPC Robert Briggs taken at the Maintenance Facility at Camp Habbaniyah, Iraq, in January 2005.  I have personal knowledge of the source or creation of this photograph. Although I am unsure of the person who took the photograph, it accurately depicts SPC Briggs at the time.

5.  Exhibit E attached to this Declaration is a true and authentic copy of a photograph of SPC Robert Briggs taken at Fort Sill, Oklahoma, on December 2, 2005. Mr. Briggs is wearing light work gloves and his head is covered.  I have personal knowledge of the source or creation of this photograph as I took the photograph and it accurately depicts SPC Briggs along with other soldiers at Fort Sill, Oklahoma.

6.  Exhibit F attached to this Declaration is a true and authentic copy of a press release published by the Iowa Army National Guard Public Affairs Officer, Colonel Greg Hapgood, and providing information on the April 16, 2005 attack on Camp Ramadi, including identifying the Soldiers injured in the incident. Press releases of this type and nature were created in the routine course of business of the public affairs office, and accurately record information approved for release by the military for the public at that time. I am familiar with this press release and its contents, which is consistent with my personal knowledge, and I personally obtained this document when Colonel Hapgood emailed it to me while I was still in Iraq.

7.  Exhibit G attached to this Declaration is a true and authentic copy of an article dated August 10, 2005, written by Kiley Miller and published in the Burlington Hawkeye newspaper. The article provides an update on SPC Robert Briggs.  I am familiar with this article and its contents, which is consistent with my personal knowledge, and I personally obtained this document from the official website of the newspaper.

8.  Exhibit H attached to this Declaration is a true and authentic copy of an article dated August 23, 2009, written by Tony Leys and published in the Des Moines Register newspaper. The article provides an update on SPC Robert Briggs. I am familiar with this article and its contents, which is consistent with my personal knowledge, and I personally obtained this document from the official website of the newspaper.

9.  Exhibit I attached to this Declaration is a true and authentic copy of Robert Briggs obituary, which was published publicly on the Vigen Funeral Home website dated June 28, 2011.  I am familiar with this document and its contents, which is consistent with my personal knowledge, and I personally obtained this document from the official website of the funeral home that published it.

10. Exhibit J attached to this Declaration is a true and authentic copy of the Announcement of the Combat Action Badge dated November 28, 2005 and presented to SPC Robert Briggs on January 25, 2006 as a result of the April 16, 2005 attack.  I have personal knowledge of the source and creation of this document because I was in the chain of command that nominated SGT Briggs for the Combat Action Badge.

I declare and state under penalty of perjury under the laws of the **United States** of America that the foregoing is true and correct.

Executed on this ___06/06/2022___ day of June, 2022.

Signature:_____

PX1403

# EXHIBIT A

PX1403



PX1403

# EXHIBIT B

PX1403



PX1403

# EXHIBIT C

PX1403



PX1403

# EXHIBIT D

PX1403



PX1403

# EXHIBIT E

PX1403



PX1403

# EXHIBIT F

PX1403



**RELEASED BY Lt. Col. Greg Hapgood**
**PUBLIC AFFAIRS OFFICER**
| | |
|---|---|
| **OFFICE:** | **(515) 252-4582** |
| **CELL:** | **(515) 971-6385** |
| **HOME:** | **(515) 986-5725** |

**RELEASE: IMMEDIATE**

# NEWS ADVISORY

CAMP DODGE, IOWA
APRIL 20, 2005
6:25 A.M.

*//s// Gregory O. Hapgood, Jr., Lt. Col.*

JOHNSTON, IOWA

## UPDATE ON IOWA ARMY NATIONAL GUARD SOLDIERS WOUNDED IN MORTAR ATTACK

Three Iowa Army National Guard soldiers serving in Iraq were injured Saturday, April 16 in a mortar attack west of Baghdad.  The incident occurred at Camp Ramadi, approximately 70 miles west of Baghdad, when insurgents launched a mortar attack and struck a building at the camp at approximately 8:40 p.m., local Iraq time (note the revised name of the camp and time of attack).

Injured in the attack were Sgt. Troy Deroos, Spc. Marty Sackman, and Spc. Robert Briggs.  Deroos and Briggs were transported to the 86th Combat Support Hospital in Balad for additional medical treatment and then evacuated to Landstuhl Regional Medical Center in Germany.  Sackman was treated and returned to duty.  The soldiers are all members of Company C, 224th Engineer Battalion, based in Mount Pleasant, with a detachment in Keokuk.  No additional information is available at this time regarding the nature and extent of their injuries or the soldiers' hometowns.

The soldiers' families request that their privacy be respected at this time.  Direct all media queries to the Iowa National Guard Public Affairs Office (see below for contact information).

# IOWA NATIONAL GUARD
Americans at Their Best

# IOWA NATIONAL GUARD
Americans at Their Best

Page 2 of 2

Approximately 500 soldiers were mobilized from the 224th Engineer Battalion in October 2004.  The unit arrived in the Iraq theater of operations in January 2005.  This mobilization and activation is part of Operation Iraqi Freedom and the global war on terrorism.

The 224th Engineer Battalion is comprised of units located in Fairfield (Headquarters and Headquarters Company), Burlington (Company A), Ottumwa (Company B), Mount Pleasant (Company C), and Keokuk (Detachment 1, Company C).  Additionally, the 834th Engineer Company from Davenport, which falls under the command and control of the 224th Engineer Battalion, also mobilized selected soldiers in support of this operation.

The mission of the 224th Engineer Battalion is to increase the combat effectiveness of United States and coalition forces by removing physical obstacles, identifying and reducing minefields, emplacing barriers, constructing protective positions, repairing bridges and roadways, and performing infantry missions as required. Additionally, while in Iraq, the 224th Engineers have conducted route clearing missions, convoy escorts, and detainee operations. This unit was last deployed in support of Operation Desert Storm in 1991.

For questions concerning this release as well as additional information about the operations, training, and activities of the Iowa Army and Air National Guard, please contact Lt. Col. Greg Hapgood, Iowa National Guard Public Affairs Officer by email at gregory.hapgood@ia.ngb.army.mil or (515) 252-4582 (office), (515) 971-6385 (cell), or (515) 986-5725 (home), or Lt. Caitlin Wright at (515) 252-4666 or caitlin.wright@ia.ngb.army.mil

-END-

# IOWA NATIONAL GUARD
Americans at Their Best

PX1403

# EXHIBIT G

PX1403

# Town rallies for courageous, wounded soldier

August 10, 2005

By KILEY MILLER
kmiller@thehawkeye.com

SALEM — Sandy Briggs is hushed on the phone, as if her son sleeps in the next room, instead of lying in a hospital bed.

Tears rattle behind her words, dammed by will — or fatigue.

She speaks proudly of her daughter–in–law and grandchildren. "They're doing exceptionally well, considering what they've been through."

And she is honest about her own household: "Almost crazy, but with God's help, we'll get through it."

Most of all, Sandy Briggs praises her son; his courage, his resolve, his sacrifice.

Sgt. Robert Briggs, a soldier in the 224th Engineer Battalion, was hit by shrapnel from an artillery round April 16 at Camp Ramadi, Iraq.

Surgeons took one of his eyes. The other is partially blind.

Head trauma paralyzed his left side. Metal litters his body.

This Saturday, the people of Salem will have a benefit concert and auction for Briggs and his family. This is his adopted hometown, after all. Or very nearly — Hillsboro might be a tad closer.

And folks here respect him.

"He's a soldier. He's a hero. He's a neighbor," said Rosalee Boeker, who lives just down the road from the Briggs home and organized the fund–raiser. "I just love him."

The event starts at 4 p.m. in City Park and lasts ... well, 'til it's over. Performers include former Nashville recording artist Gene Mills with the Country Gold Band and about a dozen other acts.

Area businesses donated to the auction. And Boeker and other friends of the family are selling raffle tickets.

PX1403

Helping out with that sale are the men at the Iowa Department of Transportation maintenance shed in Mount Pleasant where Briggs worked as an equipment operator.

"He's an outgoing fellow," said Jeff Arbogast, a fellow operator. "He's bound and determined to get better."

Few details have been released about the day Briggs was hurt. Officers in the 224th Engineer Battalion deferred all questions to his wife, who could not be reached for this story.

Three men from another unit were killed at Camp Ramadi in the same attack, and two of Briggs' fellow soldiers in Company C were injured.

"At 8:40 p.m. several rockets were randomly fired from afar," Lt. Col. Todd Jacobus, the 224th commander, wrote in a battalion newsletter a few days later. "Two of them hit targets. One of them took the lives of three artillerymen, and critically injured a fourth. Another detonated between the buildings occupied by our Charlie Company soldiers, injuring three, and resulting in the evacuation of two of these three soldiers."

Briggs, who was then a specialist, was taken to Germany and then to Walter Reed Army Medical Center in Washington.

An operation removed part of his skull. Now he wears a helmet to get out of bed.

"He basically has to learn to walk again," Sandy Briggs said from her home in Keokuk. "He's trying to feed himself, trying to use his arm and put weight on his left side, trying to strengthen his body."

Briggs is enduring physical therapy in Minneapolis. His wife, Michelle, has been gone from home much of the last four months to be at his side.

That has torn her away from the pet grooming and boarding business she runs from their home. And travel expenses are mounting.

Robert and Michelle have two children, Ashlea, 5, and Cody, 1.

Sandy Briggs thanked people in Salem for rallying behind her son. She called the fund–raiser "wonderful."

Briggs is slowly getting up and around. And he defies any suggestions he won't get better. "They told him at Walter Reed to expect to get 80 percent use back in his left side," Sandy Briggs said. "He said, 'No, I'm going to get 100 percent.' "

A symbolic step in that recovery comes Saturday. Just four months after being wounded in Iraq, Sgt. Robert Briggs is coming home for the fund–raiser in his honor.

PX1403

"He's going to be there," Sandy Briggs said.

Suddenly, her voice sounded stronger.

PX1403

# EXHIBIT H

PX1403

http://www.desmoinesregister.com/article/20090823/NEWS/908230357

# Surviving the war: 'They knew I was dead. I proved them wrong.'

**BY TONY LEYS • TLEYS@DMREG.COM • AUGUST 23, 2009**

**Hillsboro, Ia. -** Bob Briggs isn't expecting any more miracles.

The former Iowa National Guard sergeant is still amazed to have survived a rocket blast to the head four years ago in Iraq. "If this had happened in the Vietnam War, I wouldn't have lived," he said. "Medicine has come so far."

Military medics and surgeons have learned a great deal about how to transport and treat soldiers with brain injuries, which have become a hallmark of the wars in Iraq and Afghanistan. They saved Briggs from what his friends thought was a fatal wound. Then Veterans Affairs specialists helped him get out of bed and out of a wheelchair during months of painful and frustrating rehabilitation.

Briggs, 40, is one of hundreds of veterans rebuilding their lives after suffering head wounds. He can walk and talk, and he's resumed his role as a father and husband. He continues to improve, but the progress is slow. One of his biggest challenges is accepting the limits he will always face, including the likelihood that he will never regain full use of his left arm and leg or of his short-term memory. He still carries shrapnel in his brain and elsewhere in his body, and he'll probably never be able to hold a job again.

But he's glad he joined the military, and he believes his service and that of his fellow soldiers were worth the sacrifices they all made.

Briggs was pleased to hear that American troops were able to pull out of Iraqi cities this summer, letting Iraqi troops and police provide security.

"I think it's great, I really do," he said, then he paused. "I hope it's great. Everybody deserves to live free. I really hope they get somebody in over there that can take care of their own people."

**Rocket attack leaves severe head wound**

Briggs was a longtime member of the National Guard, which called him up in 2004 and shipped him to Iraq. He and the rest of the 224th Engineer Battalion were sent to the dangerous Sunni Triangle region, where their assignments included searching for roadside bombs.

Many soldiers' head injuries have occurred when insurgents blew up roadside bombs as U.S. convoys drove past. In those cases, brain damage can occur even if there is no outward sign of a head wound.

Briggs' injuries were more direct. He was sitting outside his barracks, smoking with two friends at a base in Ramadi when insurgents attacked on April 16, 2005. A rocket exploded a few feet from Briggs, hurling shrapnel into his head.

All three Iowa soldiers were injured, but Briggs was hurt the worst.

He has no recollection of the blast. "I remember a friend saying, 'Calm down, Bob, calm down. Bob, I've got you.' And then I don't remember anything else."

Other soldiers told him later that his head wound appeared beyond repair.

"They knew I was dead. They just knew it. I proved them wrong," he said.

PX1403

Several Marines died in the same attack, but surgeons at an Army hospital in Iraq managed to save Briggs, partly by cutting off a large piece of his skull to make room for his swelling brain. Medical workers resuscitated him twice while they flew him from Iraq to a military hospital in Germany.

Within three days, he was in Walter Reed Army Medical Center in Washington, D.C., where he spent eight weeks and began an odyssey of treatments and exercises.

His wife, Michelle, said that at first, doctors at Walter Reed talked about how her husband might fare "if he wakes up." She had no idea what to expect. But he did wake up, and he slowly came back to life.

**Modern medicine saved his life, doctor says**

From Walter Reed, he was sent to the Veterans Medical Center in Minneapolis, which has one of four centers nationally for soldiers with multiple traumatic injuries.

Dr. Larisa Kusar, a VA rehabilitation specialist who helped treat Briggs during his seven months in Minneapolis, said his head wound probably would have been fatal if it had happened in earlier wars.

Now, critically wounded soldiers can be evacuated more quickly. Neurosurgeons are stationed near the battlefield, to provide immediate brain surgery. And rehabilitation experts have figured out better ways to help injured soldiers recover.

Since 2004, Kusar's program has treated 170 patients like Briggs, who suffered several severe injuries at once. Besides his brain injury, he suffered facial wounds, plus he lost one eye and had debilitating bleeding in the other.

"Given all of that, I would say his recovery is pretty remarkable," she said.

The rehabilitation program teaches wounded soldiers to walk again, to read, to eat, to dress themselves.

Briggs wore a bulky protective helmet while he was in the Minneapolis program, because he still had a hole in his skull. Snapshots from then show a sunken area on top of his head. Eventually, he returned to Walter Reed, where surgeons used a tough piece of acrylic to patch the hole.

Then he went back home to rural Henry County, where he and Michelle are raising a 9-year-old daughter, Ashlea, and a 5-year-old son, Cody.

Ashlea has hazy memories of her father before he was hurt. Cody does not.

**Plenty of frustration; small steps forward**

As he talked on a recent afternoon, Briggs looked out the window at his big front lawn, which runs along a rural highway. He remembers playing volleyball and flying kites with his daughter. He hopes to do those things again someday.

"It pisses you off when you think about it, but I'm not giving up," he said.

The brain injury also decreased his ability to hold his temper, and he often feels edgy. He always sits with his back to the wall when he goes to a restaurant. "I still watch the exits," he said.

PX1403

He chuckled, but he wasn't joking. Then he noted that it's an accomplishment to go into a crowded place, which he wouldn't do when he first returned home.

Briggs sometimes loses his train of thought, and he has a hard time concentrating enough to read for long. But he can ride a specially equipped recumbent bicycle, operate his riding lawn mower and play computer games that help improve his memory.

He also is working with a 120-pound Rottweiler named Pock, which is being trained as a guide dog to help him get around.

Briggs, who used to work for the Iowa Department of Transportation, probably will never be able to hold a job again. The couple lives on disability payments from the state and income from Michelle Briggs' pet-grooming and kennel business, which is next to their house.

This summer, Briggs regained his driver's license, allowing him to drive a minivan whose controls have been adapted for use with one hand and one foot. The license is an especially big deal, because the family lives in the country and needs to drive for nearly any errand.

**He goes on camera to help others cope**

Briggs agreed to be held up as an example in a national documentary series about veterans of the Iraq and Afghanistan wars. The series, "In Their Boots," is distributed on the Internet. Briggs is one of four soldiers featured in a recently posted episode about brain injuries. The veterans talk candidly about how they cope with their emotions, their loss of memories and the awkward process of re-entering civilian society.

In the video, Briggs said he hopes to inspire others to keep moving forward.

"If I can do it, anybody can do it," he said. "Just because you can't walk, just because you only have one arm, you know, that's not the end of the world. There's no reason to get down about it, because there's a whole lot more to life than just sitting around feeling sorry for yourself."

Amanda Spain, a television producer from Los Angeles who worked on the documentary, interviewed dozens of Iraq War veterans, including Briggs. A few told her they wished they'd never joined the service, but they seemed to be the exception. Most veterans, like Briggs, are glad they served.

"It might have surprised me before I started working on this series," Spain said, "but I've talked to so many of these people, and they really believe in what they believe in. And an injury is not going to change that."

Spain credits Michelle Briggs, who has stood up for benefits she thought her husband and other veterans deserved.

**His support for military, war remains strong**

Bob Briggs clearly appreciates his wife's role. He said they initially had some trouble getting the right help, but not lately. "Michelle's done enough screaming, everyone in Washington knows who we are," he said, grinning.

As he spoke, his wife was on the phone, making arrangements to go to Washington to lobby lawmakers on veterans' issues.

PX1403

http://www.desmoinesregister.com/article/20090823/NEWS/908230357

She recalled that when she met him, he was a hard-partying, aimless young man. That changed after he joined the Guard at 22. "It's kind of ironic to say now, but the military saved his life," she said.

Although she has spent countless hours wrangling with Army regulations and bureaucrats, she would be proud if one of their children joined.

Bob Briggs had no hesitation when asked whether he would support his children if they wanted to become soldiers. "Yeah, I would," he said. "If they were doing it for the right reasons, I would."

The right reasons don't involve money for college, he said. They're about doing something important.

And he has no doubt that he and his buddies did something important for America and for Iraq. The United States might have gone into Iraq too quickly, and it didn't handle everything perfectly, he said, but the war was worth fighting.

Bob Briggs said his thoughts are with troops still overseas, and with the veterans trying to resume their lives. The wars in Iraq and Afghanistan are receiving less media attention than they used to, but he's confident the American people will remember the soldiers' contributions.

He said he has no regrets about his decision to serve.

"I signed on the line," he said. "I knew what I was getting into."

PX1403

http://www.desmoinesregister.com/article/20090823/NEWS/908230357



MARY CHIND/THE REGISTER – Briggs relaxes in his Hillsboro home with his son Cody, 5. Despite his injuries, Briggs' support for the military is unwavering. He says he'd be proud if one of his children decided to join.



MARY CHIND/THE REGISTER – Bob Briggs was hit in the head with shrapnel from a rocket blast while serving as a National Guard sergeant in Iraq. Doctors created a replica of his skull out of acrylic, left. The cutout area has been used as bone replacement in his head.

PX1403



MARY CHIND/THE REGISTER – Bob Briggs

http://www.desmoinesregister.com/article/20090823/NEWS/908230357



SPECIAL TO THE REGISTER – Briggs poses with an empty shell before his injury in Iraq. He says he has no memory of the blast in Ramadi that sent shrapnel flying into his head in April 2005



MARY CHIND/THE REGISTER – Bob Briggs, a former National Guard sergeant, is on a long road to recovery after he was severely wounded by shrapnel during a rocket attack in Iraq. He gets around on a customized recumbent bike and recently regained his driver's license, allowing him to drive a minivan that has been modified so he can operate it with one hand and one foot. Besides giving him more freedom, he can now help his wife, Michelle, in background, by running errands.



SPECIAL TO THE REGISTER – Briggs rests at Walter Reed Army Medical Center in Washington, D.C., after having the hole in his skull patched. Part of his skull had been removed to allow his brain to swell.

PX1403

# EXHIBIT I

PX1403

http://vigenmemorialhome.com/fh/obituaries/obituary.cfm?o_id=1198317&fh_id=10431

## Robert William Briggs
( ██████████ - June 28, 2011)



Robert William Briggs, 42, of Hillsboro, IA, formerly of Keokuk, IA, passed away Tuesday, June 28, 2011 in Washington County IA from injuries received on April 16, 2005 for which he received the Purple Heart Award, while serving his country in Iraq.

He is survived by his wife, Michelle and their children, Ashlea and Cody. He was born in Keokuk, IA to Bob and Sandra Steele Briggs of Keokuk, IA who survive. He is also survived by his sister, Brenda and her husband Terry Best and their children Chelsi, Lydia, Caleb, Tiffany, Sean, Alexis and Alex, many nieces, nephews, aunts and uncles. He was preceded in death by his grandparents Russell and Alma Steele and William H. and Lelah Briggs.

Bob was employed by the State of Iowa Department of Transportation from November 1999 to April 2005. He served with the National Guard 224th Combat Engineers Co. C in Keokuk and Mt. Pleasant from September 1991 to December 2007 when he was retired due to injuries he sustained while serving in Ramadi, Iraq.

Bob enjoyed staying active by hunting, fishing, skiing, golfing and helping other veterans and their families. Bob enjoyed spending time with his family and friends, meeting new people and experiencing new challenges. He was in the first GIVE (Golf for Injured Veterans) class in Riverside, IA, a member of the VFW Post 1797, American Legion Post 94, an advocate for the Wounded Warrior Project and a life time member of AM Vets. He was also the Vice President of English River Outfitters in Washington, IA, an organization "Designed by Veterans for Veterans" that offer a safe outdoor experience with other veterans to help promote healing and closure all at no cost to the veterans. Bob was very passionate about helping other veterans and their families. He and his wife spent many hours and traveled extensively to bring about the necessary changes to legislation on both the local and federal level in support of veterans and both were instrumental in the development of the recently passed "Caregiver Bill" and the passing of the "Iowa Injured Veterans Grant" of which he was very proud of.
Bob was loved by many and has touched every person he met, never meeting a stranger and always offering his love and support to others.

Bob was also extremely proud of his Native American heritage.

In lieu of flowers, a memorial has been established toward English River Outfitters, an organization that was important to Bob. Memorials may be mailed to Bob Briggs Memorial, c/o West Liberty State Bank, P.O. Box 78, West Liberty, IA 52776.

A graveside service with military rites will be held at 11 a.m. on Monday, July 11, at the Keokuk National Cemetery. A procession to the cemetery will leave at 10:30 a.m. from the Vigen Memorial Home in Keokuk, IA. Anyone wishing to be in the procession should arrive at the funeral home by 10 a.m.

There will be no visitation.

PX1403

# EXHIBIT J

PX1403



**HEADQUARTERS**
**MULTI-NATIONAL CORPS IRAQ**
**BAGHDAD, IRAQ**
**APO AE 09342**

REPLY TO
ATTENTION OF

PERMANENT ORDERS 332-010                                28 November 2005

BRIGGS, ROBERT W., ▮▮▮▮▮▮, SGT, CHARLIE COMPANY, 224TH ENGINEER
BATTALION, APO AE 09396

Announcement is made of the following award:

Award: Combat Action Badge
Date (s) or period of service: 16 April 2005
Authority: HQDA Letter 600-5-1, Dated 3 June 2005
Reason: For engaging or being engaged by the enemy.
Format: 320

FOR THE COMMANDER:

JILL R. ASPRAY
WO1, GS
Chief, CJ1 Personnel Actions

DISTRIBUTION:
1-INDIVIDUAL
1-UNIT
1-OMPF
1-FILE

POSTED SIDPERS
FEB 07 2006
DATA BASE LAM

PX1403



**HEADQUARTERS**
**MULTI-NATIONAL CORPS IRAQ**
**BAGHDAD, IRAQ**
**APO AE 09342**

REPLY TO
ATTENTION OF

PERMANENT ORDERS 332-010                                   28 November 2005

BRIGGS, ROBERT W.,                      SGT, CHARLIE COMPANY, 224TH ENGINEER
BATTALION, APO AE 09396

Announcement is made of the following award:

Award: Combat Action Badge
Date (s) or period of service: 16 April 2005
Authority: HQDA Letter 600-5-1, Dated 3 June 2005
Reason: For engaging or being engaged by the enemy.
Format: 320

FOR THE COMMANDER:

JILL R. ASPRAY
WO1, GS
Chief, CJ1 Personnel Actions

DISTRIBUTION:
1-INDIVIDUAL
1-UNIT
1-OMPF
1-FILE

PX1403

PX1404

# DECLARATION OF

# MARK W. CRULL

I, Mark W. Crull, declare and state under penalty of perjury that the following statements are true and correct:

a.  I have personal knowledge of the facts and information contained in this Declaration.

b.  I served in the Iowa Army National Guard and met Specialist (SPCSPC) Robert Briggs when he first joined the Guard in the early 90's.  We were assigned to the same unit, C Company, 224th Combat Engineer Battalion.  I retired from the Iowa National Guard in July 2008 as a Sergeant First Class (SFC) / E7.

c.  Our 224th Engineer Battalion was deployed to Iraq in January 2005 and we were initially stationed at Camp Habbaniyah located in the Al Anbar Province.  I was a Staff Sergeant (SSG) and was Section Sergeant over SPC  Briggs.  Shortly before this attack on April 16, 2005, our Battalion had been transferred to Camp Ramadi.

d.  After coming off duty on April 16, 2005, SPC Briggs and others were resting in a gazebo located between two buildings.  I talked with him for a few minutes and then went inside one of the troop housing buildings.  About 15 minutes later, rockets landed on top the gazebo and buildings nearby. I found out later that a Paladin howitzer was also hit and pieces of the Paladin were falling in the area where SPC Briggs was injured.

e.  Although I was inside one of the buildings, the force of blast knocked me to the ground. The building was full of smoke, dirt, and dust.  I got up and ran out to check on the others. I was the first one that got to SPC Briggs.  He was lying on the ground and had suffered an open head wound and a significant injury to his right eye.  Just looking at him, I did not think he would survive.  A medic arrived and began providing aid to SPC Briggs and I was telling SPC Briggs to "Hold on, you are going to make it," to which he replied "I'm not going anywhere."

f.  Attached to my Declaration are photographs, which were taken after the attack on April 16, 2005 in which SPC Briggs was injured.  Although I cannot identify the person who took the photographs, I was present when the attack occurred, was present when these photographs were taken, and can confirm that these photographs accurately depict the attack scene on April 16, 2005.

PX1404

1.  Exhibit A attached to this Declaration is a true and authentic copy of a photograph, depicting damage to the area and to one of the buildings that were hit in the attack on April 16, 2005.  I was present when this photograph was taken.  This exhibit is a fair and accurate representation of the area after the April 16, 2005 attack.

2.  Exhibit B attached to this Declaration is a true and authentic copy of a photograph, depicting damage to one of the buildings that were hit in the attack on April 16, 2005.  I was present when this photograph was taken.  This exhibit is a fair and accurate representation of the area after the April 16, 2005 attack.

3.  Exhibit C attached to this Declaration is a true and authentic copy of a photograph depicting a blast crater caused by the rockets that landed nearby on April 16, 2005.  I was present when this photograph was taken.  This exhibit is a fair and accurate representation of the area after the April 16, 2005 attack.

4.  Exhibit D attached to this Declaration is a true and authentic copy of a photograph, depicting damage to the gazebo and other buildings that were hit in the attack on April 16, 2005.  I was present when this photograph was taken and was standing in front of the building on the left side of the picture, holding a coffee cup.  This exhibit is a fair and accurate representation of the area after the April 16, 2005 attack.

5.  Composite Exhibit E attached to this Declaration are true and authentic copies of photographs where SPC Briggs was sitting when the gazebo was hit by rockets.  I was present when this photograph was taken.  This exhibit is a fair and accurate representation of the gazebo where SPC Briggs was seated at the time of the April 16, 2005 attack.

    I declare and state under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on ___08/30/2022_____.

Signature:_____

PX1404

# EXHIBIT A

PX1404



PX1404

# EXHIBIT B

PX1404



04/16/2005

PX1404

# EXHIBIT C

PX1404



04/16/2005

PX1404

# EXHIBIT D

PX1404



04/16/2005

PX1404

# EXHIBIT E

PX1404



04/16/2005

PX1404



PX1404

PX1405

## DECLARATION OF

## JOSE MIQUEL JAUREGUI

I, Jose Miquel Jauregui declare and state under penalty of perjury that the following statements are true and correct:

a.  I have personal knowledge of the facts and information contained in this Declaration.

b.  I was born on ███████████ in Stockton, California and I am a U.S. Citizen.

c.  I joined the U.S. Army Reserves on October 3, 2002 at age 17, right out of high school. On August 12, 2003, I enlisted in the Army with a four year commitment and served as an Army Cannon Crewmember (13B).  I was discharged from the Army effective February 19, 2007 due to physical disability directly related to my involvement in the mortar attack on April 16, 2005.

d.  I was assigned to A Battery, 2nd Battalion, 17th Field Artillery Regiment, 2nd Brigade Combat Team, 2nd Infantry Division, and transferred to Camp Hovey in South Korea.  At the time of the attack on April 16, 2005, I was a Private First Class (E2).

e.  In August, 2004, my battalion was deployed to Iraq from Korea. We were assigned to Camp Ramadi in the city of Ramadi in the Anbar Governate (also known as Camp Junction City). Our general artillery mission was to conduct counter-fire, which is used if the camp was attacked by indirect fires (IDF) (i.e., artillery, mortars, and/or rockets).  Radar would be used to detect the IDF, its flight path, where the point of origination (POO) was, and then we would be ordered to fire our artillery at the POO. Besides the artillery mission, we were also charged with performing typical infantry missions in the Ramadi area which consisted of area security, patrolling the areas and routes looking for insurgents and IEDs, and conducting raids to capture insurgents.

f.  On April 16, 2005, I was with my team pulling counterfire duty in a standby mode waiting for any attack and orders to fire our Paladin.  We were standing around our Paladin which was a 155 mm self-propelled howitzer.  With me were Sergeant (SGT, E5) Tromaine K. Toy Sr., Sergeant (SGT, E5) Angelo Lozada Jr., and Specialist (SPC, E4) Randy Lee Stevens.  SGT Toy was the #1 Man/chief who supervised everything.  SGT Lozada managed the powders and assisted the chief.  I was the Gunner who loaded the artillery rounds and fired the Paladin.  SPC Stevens would have been driving, but we had not yet gotten into the Paladin when the mortar rounds began.  As we heard mortar rounds hitting our base and we heard over the radio to seek safety, we scrambled to get into the Paladin.

PX1405

I was ahead of everyone and was just able to crawl in through the small back hatch when what I later learned was a 107 mm rocket hit just outside our Paladin and a fireball came through the hatch and engulfed me, as well as the others standing outside the Paladin.

g.  Right after the fireball, I fell out of the hatch onto the ground with my clothing and body on fire. My whole body was pretty much on fire.  Instinctively, I dropped to the ground and rolled around on the ground desperately trying to put the fire out.  I was in excruciating pain from the burns and was probably in shock due to my injuries. Despite my severe pain and injury, I ran around to the front of the Paladin and I saw a HMMVW in the distance towards the camp entrance and began to run towards it.  They didn't see me and didn't stop.  I then saw another HMMVW and ran towards it.  They stopped and picked me up and drove me to the Charlie Medical Company on Camp Ramadi. From there I was medevac'd by chopper to the Combat Support Hospital in Baghdad where they stabilized me and then flew me to Landstuhl Regional Medical Center in Landstuhl, Germany.

h.  I believe the rocket exploded right outside the Paladin immediately killing the other members of my team who had not yet entered the Paladin.  The powder for the artillery rounds was stored close by the Paladin and exploded.  The fire ball ignited the powder and ammunition inside the Paladin causing the vehicle to burn and be totally destroyed

i.  There was another counter-fire team across the field from us who saw what happened to our Paladin and us.  I believe that personnel in Paladin #1 tried to rescue those in our Paladin, but were unable to because of fire and explosions in our Paladin as ammunition was cooking off.  SGT Toy, SGT Lozada, and SPC Stevens died in the attack.

j.  I sustained extensive injuries in this attack including loss of all my fingers on my left hand, third degree burns on approximately 75% of my body including my face and head, loss of my ears due to burns, extensive scarring on my body including my face and head.  I was initially taken by HMMVW to Charlie Medical Company on Camp Ramadi and then medevac'd to Baghdad.  I later learned that I underwent escharotomies or surgeries to treat my burns and relieve pressure caused by thickening of the skin from the burns to my arms and left lower leg at Baghdad.  I also underwent exploratory laparotomy and exploration of an anterior chest wound.  I was then medevac'd to Landstuhl Regional Medical Center, Landstuhl, Germany.    I was transported by Critical Care Air Transport Team (CCATT) to Landstuhl where my wounds were washed out in the ICU.  I underwent fasciotomies and a wound Vac was placed. Chest and hand escharotomies for removal of burned tissue were performed.  I was air evacuated from LRMC on April 20, 2006 by the U.S. Army Institute of Surgical Research Team (SMART).  After undergoing surgery on my hands and initial treatment of burns, at Landstuhl, I was transported to Brook Army Medical Center and began extensive and ongoing medical treatment and surgeries from April 2005

PX1405

through February 2007. I found out later that I was placed in a medically induced coma for two or more months. I was also told that due to the extent of my injuries, the doctors only projected a 3% chance of survival from the injuries and the resulting surgeries and treatment. I have undergone numerous surgeries and invasive treatments since the attack. For example, in April, 2005, I underwent exploration of my abdomen with excision and grafting. On April 23, 2005, I also underwent skin grafts from donor skin to my right lower leg and left arm. Four days later, another donor skin graft surgery was performed on my scalp and my back. On May 11, 2005, I underwent amputation of all of my fingers and my thumb on my left hand due to burns. I also underwent debridement or removal of dead tissue and non-adherent donor grafting from my shoulders to my ankles. I continued to undergo debridement of my burn wounds with numerous surgeries including May 20, 2005, June 13, 2005, June 29, 2005, etc. I have undergone numerous surgeries to release contractures, which developed after my injuries and skin grafts. On July 26, 2005, I underwent lower eyelid release with full thickness skin graft harvested from my upper torso and neck contracture release with Integra placement. On August 3, 2005, I underwent surgery to relocate my ulnar nerve as well as elbow contracture release. On 9/12/05, I underwent contracture release of my neck and upper lip. On February 24, 2006, I underwent surgery for release of burn scar contractures on my right lower eyelid, left lower eyelid, my lips, and left elbow. In May, 2006, I underwent contracture release of my right thumb web space and lips. It is estimated that I underwent more than 55 blood and blood product transfusions from April 21, 2005 through July 1, 2005. Since the attack, I have undergone many surgeries for skin grafts, hand surgeries, etc., rehabilitation, physical and occupational therapy, as well as counseling at VA Palo Alto Health Center in Palo Alto, CA, UCLA Medical Center in Los Angeles, CA, Santa Clara Valley Medical Center, San Jose, CA, and Pine Street Physical & Occupational Therapy in Stockton, CA. As recently as May 2021 at UCLA Medical Center, I have continued to undergo surgeries for contracture release and skin grafts, at this time for my left lower eyelid and lower lip.

k.  I have extensive scarring from my burns in this attack including scarring and burns to my head and face, neck, shoulders and trunk, arms, elbows, forearms, wrist and hands, legs. Both my ears were burned off. The fingers and thumb on my left hand had to be amputated to the PIP joint or the middle joint and my left thumb had to be amputated to the IP joint or the first joint below the nail bed. I continue to experience ongoing left knee pain, (need to discuss this further with client). This attack totally changed my life. I was unable to pursue my military career and was medically retired. I have undergone numerous surgeries and painful treatment. I have spent months of my life trying to recover and regain the most normal life that is possible. I have had to rely on family members including my brother and his wife as well as my parents for assistance in my care. My life was totally changed on April 16, 2005 and will never be the same!

l.  As Part of my Declaration, I am providing documentary materials attached as Exhibit A through E.

    1.  Exhibit A attached to this Declaration is a true and authentic copy of a military photograph taken of me prior to my injuries in the attack.  I have personal knowledge of the source or creation of this Exhibit because I was present when this photograph was taken by the Army during basic training in 2003.  It fairly and accurately depicts me when I first joined the Army.

    2.  Exhibit B attached to this Declaration is a true and authentic copy of a photograph, which depict burn injuries I sustained.  I have personal knowledge of the source or creation of this Exhibit because I was present when this photograph was taken while I was hospitalized at UCLA Medical Center.  It fairly and accurately depicts some of injuries I sustained from the attack on April 16, 2005.

    3.  Composite Exhibit C attached to this Declaration are true and authentic copies of photographs, which depict injuries I sustained.  I have personal knowledge of the source or creation of these photographs because I was present when these photographs were taken by various friends or family members since April, 2005.  These photographs fairly and accurately depict injuries I sustained from the attack on April 16, 2005.

    4.  Exhibit D to this Declaration is true and authentic copy of my Purple Heart award that was presented to me because of my injuries in the April 16, 2005 attack.  I have personal knowledge of the source of this exhibit because I was awarded the Purple Heart when I returned stateside after I was injured in Iraq.  This exhibit fairly and accurately represents the Purple Heart award I was awarded for my injuries in Iraq.

    5.  Exhibit E to this Declaration is true and authentic copy of the Announcement of the Combat Action Badge that was presented to me because of my injuries in the April 16, 2005 attack.  I have personal knowledge of the source of this exhibit because I was provided a copy of the Combat Action Badge when I returned from Iraq.  This exhibit fairly and accurately represents the Combat Action Badge award I was awarded.

I declare and state under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on  08/12/2022                                     .

Signature:_____

---

PX1405

# EXHIBIT A

PX1405



PX1405

# EXHIBIT B

PX1405



PX1405

# EXHIBIT C

PX1405

PX1405

PX1405





PX1405



PX1405

# EXHIBIT D

PX1405

PX1405



# THE UNITED STATES OF AMERICA

## TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

### THIS IS TO CERTIFY THAT
### THE PRESIDENT OF THE UNITED STATES OF AMERICA
### HAS AWARDED THE

# PURPLE HEART

## ESTABLISHED BY GENERAL GEORGE WASHINGTON
## AT NEWBURGH, NEW YORK, AUGUST 7, 1782

### TO

### PRIVATE FIRST CLASS JOSE M. JAUREGUI
### UNITED STATES ARMY

### FOR WOUNDS RECEIVED
### IN ACTION
ON 16 APRIL 2005

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 31ST DAY OF MAY 2005







# EXHIBIT E

PX1405

2 0

**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 7TH INFANTRY DIVISION AND FORT CARSON
FORT CARSON, COLORADO 80913-5000

PERMANENT ORDERS 092-117                                    3 April 2006

JAUREGUI, JOSE ███████, PV2, A BTRY, 2-17TH FA, Fort Carson, CO 80913

Announcement is made of the following award.

Award: Combat Action Badge
Date(s) or period of service: 8/5/2004 to 7/25/2005
Authority: HQDA Letter 600-05-1, dated 3 June 2005
Reason: Actively engaging or being engaged by the enemy
Format: 320

FOR THE COMMANDER:

CHONTA R. EDWARDS
MAJ, AG
Deputy G1

DISTRIBUTION:
G1 AWARDS (1)
INDIVIDUAL CONCERNED (1)
COMMANDER (1)
OMPF (1)

PX1405

PX1418

VIRGINIA:

IN THE CIRCUIT COURT FOR THE COUNTY OF NORTHAMPTON

IN RE:

*Grant of Administration of*
THE ESTATE OF TROMAINE KEON TOY, SR.

Court File No. ███████

## ORDER

This day came the Petitioners, Michael A. Toy ("Michael") and Tyrell R. Toy ("Tyrell"), by counsel, pursuant to under the provisions of §64.2-500 *et seq.* of the Code of Virginia, 1950, as amended, seeking entry of an order for the appointment of Tyrell R. Toy, as successor Administrator of the Estate. In support of their Petition, the Petitioners offered, and the Court reviewed the documents included with the Petition, including in particular, the consent of all Parties.

It appearing to the Court (a) that Michael A. Toy wishes to resign as Administrator of the Estate (b) that Michael wishes for Tyrell R. Toy be appointed as successor Administrator of the Estate, and (c) that Tyrell is willing to serve as successor Administrator of the Estate.

ACCORDINGLY, it is ORDERED that in light of Michael A. Toy's resignation as Administrator of the Estate, that Tyrell R. Toy be appointed as the Administrator of the Estate and vested with all powers of an Administrator pursuant to the Code of Virginia, including Va. Code §64.2-105.

It is further ORDERED that this matter is ended and the Clerk directed to place the papers amongst the ended causes, properly indexed.

Northampton Co. Circuit Court
I certify that the document to which this authentication
is affixed is a true copy of a record in the
Northampton County Circuit Court,
that I have custody of that record and
I am the custodian of that record.
A TRUE COPY.
TESTE: TRACI L. JOHNSON, CLERK

By: _Connie Wilson_, Deputy Clerk

Fis_ToyT_E_00000006

PX1418

The Court shall forward an attested copy of this Order to counsel of record.

ENTER: 03/28/2019

BY: _____

**I ASK FOR THIS:**

_____

Michael C. Hall, Esq. (VSB #21733)
Scott D. Stovall, Esq. (VSB #68687)
CowanGates PC
P.O. Box 35655
Richmond, VA 23235-0655
(804)320-9100
(804)323-7006 (facsimile)
sstovall@cowangates.com
*Counsel for Michael A. Toy and Tyrell R. Toy*

*Endorsements on following pages*

Northampton Co. Circuit Court
I certify that the document to which this authentication
is affixed is a true copy of a record in the
Northampton County Circuit Court,
that I have custody of that record and
I am the custodian of that record.
A TRUE COPY.
TESTE: TRACI L. JOHNSON, CLERK
By: _____ , Deputy Clerk

2

SEEN AND AGREED TO:

MICHAEL A. TOY

Northampton Co. Circuit Court
I certify that the document to which this authentication
is affixed is a true copy of a record in the
Northampton County Circuit Court,
that I have custody of that record and
I am the custodian of that record.
A TRUE COPY.
TESTE: TRACI L. JOHNSON, CLERK

By: _____ , Deputy Clerk

3

Fis_ToyT_E_00000008

PX1418

SEEN AND AGREED TO:

TYRELL R. TOY

Northampton Co. Circuit Court
; I certify that the document to which this authentication
is affixed is a true copy of a record in the
Northampton County Circuit Court,
that I have custody of that record and
I am the custodian of that record.
A TRUE COPY.
TESTE: TRACI L. JOHNSON, CLERK

By: _____ , Deputy Clerk

4

Fis_ToyT_E_00000009

PX1418

PX1421

| AHRC-ERP | STATEMENT OF SERVICE - ENLISTED PERSONNEL | | | | | | | | | DATE PREPARED & INITIALS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ACTIVE DUTY DEATH | | | | | | | 050425    LR | | |

**1. LAST NAME - FIRST NAME - MIDDLE INITIAL**
TOY TROMAINE

2. SSN

**3. DATE OF BIRTH**

**4. PLACE OF BIRTH**
EASTVILLE, VA

**5. CURRENT GRADE**
SGT (E5)

| 6. CHRONOLOGICAL DATES OF MILITARY SERVICE (ENLISTMENT AND DISCHARGE DATES AND CHANGE IN STATUS FROM ACTIVE TO INACTIVE SERVICE AND VICE VERSA.) | | | | | | | | TIME LOST DAYS | ACTIVE FEDERAL SERVICE + TIME LOST | | | INACTIVE SERVICE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENL, WO, COM | COMPONENT | FROM | | | TO | | | | TOTAL | | | TOTAL | | |
| | | YR | MO | DAY | YR | MO | DAY | | YR | MO | DAY | YR | MO | DAY |
| E | USAR DEP | 98 | 10 | 06 | 98 | 11 | 09 | | | | | 0 | 1 | 4 |
| | RA | 98 | 11 | 10 | 01 | 08 | 01 | * | 2 | 8 | 22 | | | |
| | RA | 01 | 08 | 02 | 02 | 08 | 07 | * | 1 | 0 | 6 | | | |
| | RA | 02 | 08 | 08 | 05 | 04 | 16 | * | 2 | 8 | 9 | | | |

| 7. TOTAL TIME LOST | | TOTAL | | |
|---|---|---|---|---|
| | | YR | MO | DAY |

| 8. QUALIFYING (SATISFACTORY) FEDERAL SERVICE (CREDITABLE FOR RETIREMENT) AS OF:    DATE OF DEATH:    16-APR-2005 | 6 | 5 | 7 |
|---|---|---|---|
| 9. OTHER THAN QUALIFYING FEDERAL SERVICE (CREDITABLE FOR BASIC PAY PURPOSES ONLY) | 0 | 0 | 0 |
| 10. TOTAL SERVICE FOR BASIC PAY PURPOSES (ITEMS 8 + 9) | 6 | 5 | 7 |

**11. HIGHEST GRADE HELD** SGT   **DATE OF RANK:**   01-MAR-2002

**12. DATE OF COMPLETION OF 30 YEARS SERVICE (DAY, MONTH, AND YEAR)**

**13. COMPUTED BY (INITIALS)** LR   **DATE** 25 APR 2005

**14. REMARKS**

TIME LOST:  0    DAYS FROM    TO

[ ]  0    DAYS TIME LOST TAKEN FROM DD FORM 214.

[ ]  0    DAYS TIME LOST TAKEN FROM DD FORM 4.

[*]    TIME LOST NOT AVAILABLE.

**TO:**
COMMANDER
ARMY HUMAN RESOURCES COMMAND - ALEXANDRIA
AHRC-PEC
2461 EISENHOWER AVENUE
ALEXANDRIA, VA 22332-0400

OFFICIAL — ENLISTED RECORDS AND EVALUATION CENTER, U.S. ARMY

**USAEREC FORM 3**
**1 AUG 79**   REPLACES USAEREC FORM 3, 1 FEB 76, WHICH IS OBSOLETE

Fis_ToyT_MR_00000004

PX1422

**Pension Claims Intake Center - 07/22/2019**
**BEST COPY**



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

## PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782
TO

**SERGEANT TROMAINE K. TOY SR**
**UNITED STATES ARMY**

FOR WOUNDS RECEIVED
IN ACTION
ON 16 APRIL 2005
GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON

THIS 20TH DAY OF APRIL 2005

THE ADJUTANT GENERAL

SECRETARY OF THE ARMY

DA FORM 4980-10, JAN 2000. Previous edition is obsolete.

PX1428

Approved, SCAO

| STATE OF MICHIGAN PROBATE COURT COUNTY OF GENESEE | LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE | F [barcode] 2018210862DE |
|---|---|---|

Estate of **Randy L. Stevens**

| TO: | Name and address | | Telephone no. |
|---|---|---|---|
| | **David Stevens** | | |

You have been appointed and qualified as personal representative of the estate on _____ **9-4-18** _____.

Date

You are authorized to perform all acts authorized by law unless exceptions are specified below.

[ ] Your authority is limited in the following way:

    [ ] You have no authority over the estate's real estate or ownership interests in a business entity that you identified on your acceptance of appointment.

    [ ] Other restrictions or limitations are:

[ ]These letters expire: _____
Date

**9-4-18**
Date

_(signature)_
Judge (formal proceedings)/Register (informal proceedings)          Bar no.

SEE NOTICE OF DUTIES ON SECOND PAGE

**John Ceci PLLC**
**John R. Ceci**                          **P64636**
Attorney name (type or print)          Bar no.
726 W. Grand River Ave.
Address
Brighton, MI 48116                  (810) 299-2734
City, state, zip                          Telephone no.

I certify that I have compared this copy with the original on file and that it is a correct copy of the original, and on this date, these letters are in full force and effect.

**9-4-18**
Date

_(signature)_
Deputy Register

REGISTER

Do not write below this line - For court use only
GENESEE COUNTY
PROBATE COURT

2019 SEP -4 A 8 53

[FILED]

MCL 700.3103, MCL 700.3307, MCL 700.3414,
MCL 700.3504, MCL 700.3601,
**PC 572** (2/13) **LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE**   MCR 5.202, MCR 5.206, MCR 5.307, MCR 5.310

Fis_StevensR_E_00000002

PX1428

**The following provisions are mandatory reporting duties specified in Michigan law and Michigan court rules and are not the only duties required of you.** See MCL 700.3701 through MCL 700.3722 for other duties. Your failure to comply may result in the court suspending your powers and appointing a special fiduciary in your place. It may also result in your removal as fiduciary.

**CONTINUED ADMINISTRATION:** If the estate is not settled within 1 year after the first personal representative's appointment, you must file with the court and send to each interested person a notice that the estate remains under administration, specifying the reasons for the continued administration. You must give this notice within 28 days of the first anniversary of the first personal representative's appointment and all subsequent anniversaries during which the administration remains uncompleted. If such a notice is not received, an interested person may petition the court for a hearing on the necessity for continued administration or for closure of the estate. [MCL 700.3703(4), MCL 700.3951(3), MCR 5.144, MCR 5.307, MCR 5.310]

**DUTY TO COMPLETE ADMINISTRATION OF ESTATE:** You must complete the administration of the estate and file appropriate closing papers with the court. Failure to do so may result in personal assessment of costs. [MCR 5.310]

**CHANGE OF ADDRESS:** You are required to inform the court and all interested persons of any change in your address within 7 days of the change.

Additional Duties for Supervised Administration

If this is a supervised administration, in addition to the above reporting duties, you are also required to prepare and file with this court the following written reports or information.

**INVENTORY:** You are required to file with the probate court an inventory of the assets of the estate within 91 days of the date your letters of authority are issued or as ordered by the court. You must send a copy of the inventory to all presumptive distributees and all other interested persons who request it. The inventory must list in reasonable detail all the property owned by the decedent at the time of death. Each listed item must indicate the fair market value at the time of the decedent's death and the type and amount of any encumbrance. Where the decedent's date of death is on or after March 28, 2013, the lien amount will be deducted from the value of the real property for purposes of calculating the inventory fee under MCL 600.871(2). If the value of any item has been obtained through an appraiser, the inventory should include the appraiser's name and address with the item or items appraised by that appraiser. You must also provide the name and address of each financial institution listed on your inventory at the time the inventory is presented to the court. The address for a financial institution shall be either that of the institution's main headquarters or the branch used most frequently by the personal representative. [MCL 700.3706, MCR 5.307, MCR 5.310(E)]

**ACCOUNTS:** You are required to file with this court once a year, either on the anniversary date that your letters of authority were issued or on another date you choose (you must notify the court of this date) or more often if the court directs, a complete itemized accounting of your administration of the estate. This itemized accounting must show in detail all income and disbursements and the remaining property, together with the form of the property. Subsequent annual and final accountings must be filed within 56 days following the close of the accounting period. When the estate is ready for closing, you are also required to file a final account with a description of property remaining in the estate. All accounts must be served on the required persons at the same time they are filed with the court, along with proof of service.

**ESTATE (OR INHERITANCE) TAX INFORMATION:** You are required to submit to the court proof that no estate (or inheritance) taxes are due or that the estate (or inheritance) taxes have been paid. **Note:** The estate may be subject to inheritance tax.

Additional Duties for Unsupervised Administration

If this is an unsupervised administration, in addition to the above reporting duties, you are also required to prepare and provide to all interested persons the following written reports or information.

**INVENTORY:** You are required to prepare an inventory of the assets of the estate within 91 days from the date your letters of authority are issued and to send a copy of the inventory to all presumptive distributees and all other interested persons who request it. The inventory must list in reasonable detail all the property owned by the decedent at the time of death. Each listed item must indicate the fair market value at the time of the decedent's death and the type and amount of any encumbrance. Where the decedent's date of death is on or after March 28, 2013, the lien amount will be deducted from the value of the real property for purposes of calculating the inventory fee under MCL 600.871(2). You are required within 91 days from the date your letters of authority are issued, to submit to the court the information necessary to calculate the probate inventory fee that you must pay to the probate court. You may use the original inventory for this purpose. [MCL 700.3706, MCR 5.307]

**ESTATE (OR INHERITANCE) TAX INFORMATION:** You may be required to submit to the court proof that no estate (or inheritance) taxes are due or that the estate (or inheritance) taxes have been paid. **Note:** The estate may be subject to inheritance tax.

PX1428