# PX2001

# DECLARATION OF

# MICHAEL C. BEHENNA

I, Michael C. Behenna declare and state under penalty of perjury that the following declaration is true and correct:

a.  I have personal knowledge of the facts and information contained in this statement.

b.  I enrolled in the University of Central Oklahoma where I attended the Reserve Officers Training Corps (ROTC). In 2006, I graduated from the bachelor's program and was commissioned as a Second Lieutenant in the U.S. Army as an Infantry Officer (11A). In June 2007, I was assigned to the 1st Battalion, 327th Infantry Regiment, 101st Airborne Division at Ft Campbell, Kentucky. I completed the Infantry Officer Basic Course and the Army Ranger School by July 2007 and was assigned as platoon leader in Delta Company in August 2007.

c.  I met Adam Kohlhaas in approximately August 2007 when I was assigned as platoon leader of Delta Company's 5th Platoon.. Koolhaas was in the platoon with the rank of Specialist (E4). He was an Administration Specialist (75B) working as an Infantryman. I am unsure why his classification was (75B) and he was not a squad leader at that time.

d.  In September 2007, our battalion deployed to Iraq and was stationed at Forward Operating Base (FOB) Summerall, which was approximately 5 miles northwest of the city of Tikrit, in the Salah ad Din province.

e.  Our mission in Iraq was to provide security, counterinsurgency operations, and be a quick reaction force in the area of Baiji in the Salah ad Din province

f.  On April 21, 2008 we were conducting counterinsurgency operations with soldiers from the Sons of Iraq (SoI). We were searching for insurgents in an area that was approximately 1,000 meters beyond my regular assigned area. This area was assigned to our Company/Battalion but no one patrolled it. We called it "No Man's Land." Due to our presence in populated areas, the no-man's land had become a refuge for the insurgents to hide and plan attacks. I had discussed this with my Company Commander and requested to patrol that area. My request was approved by the Company/Battalion Commander.

There were at least 5 people in each of the three Mine-Resistant Ambush Protected vehicles (MRAP). I was in the second vehicle and SPC Kohlhaas and SPC Christofferson were in the third vehicle. Also, in the third vehicle were other platoon

1

PX2001

members and some SoI soldiers. We were traveling in open desert on a dirt road. The closest building(s) were hundreds of meters off MSR Tampa, the main highway.

g. We had gone to a house in Salam Village where the SoI soldiers had identified it as an Al Qaeda in Iraq (AQI) hideout. We detained two men who the SoI soldiers said were involved with a cell responsible for placing IED's on MSR Tampa and involved in terrorism. These men were detained before the IED's were detonated that ultimately killed my soldiers.

h. We were leaving the AQI hideout in Salam Village driving on a dirt road leading to MSR Tampa. At approximately 1400 hours I heard a thud from behind us and knew from my experience that it was an IED. The third vehicle had run over a pressure plate IED, causing it to flip and roll over. We looked back towards the rear and the third vehicle, but could only see smoke and dust. I ran back to the vehicle to assess the situation. The scene was chaotic. Besides the smoke and dust, 5 to 6 people including my platoon SGT, other US soldiers, a US Interpreter, and SoI's who had been in the vehicle were ejected, and laid on the ground screaming. The driver, PFC J.J. Busch ran towards me, he was out of it, delirious. SPC Steven Christofferson, who was the gunner and standing up in the turret when the vehicle rolled over, was cut in half and dead. SPC Kohlhaas was lying on the ground with his body armor partially open. He appeared to be unconscious with no signs of external bleeding. The other wounded personnel on the ground had cuts and gashes. More of the platoon members assessed the wounded and providing medical care. I called Company Operations and provided a SitRep (Situation Report) and then called for Medevac.

i. I attempted CPR on SPC Kohlhaas, but there was no response. His friend, SPC Michael Ortiz continued to render CPR. Approximately five minutes after the explosion, we determined that SPC Kohlhaas was dead.

j. Approximately 15 minutes after the explosion and before the medevac showed up, we could see some white Toyota trucks in the distance heading our way. We expected to be attacked; however, approximately 20 minutes after the explosion when the Blackhawk medevac helicopters arrived, the trucks stopped, and left the area. The medevac helicopters took the wounded to COB Speicher.

k. Approximately 3 hours after the attack, we finished cleaning up the debris and personal belongings, and left the area to return to FOB Summerall. The IED blast went through the MRAP beginning underneath it and going upward. The MRAP was totally destroyed and was towed away.

l. An EOD team escorted by another platoon went to the attack site to conduct a battle damage assessment (BDA). After the EOD team completed their assessment, I was told

2

that the weapon was a pressure plate IED. I have no knowledge as to how the IED was constructed or the materials used in the construction. Shortly before the IED detonated, I noticed that some of the local Iraqis were driving alongside of the road, which indicates they knew there were IEDs positioned to attack vehicles and personnel on the road.

m. I understood from 1SG Kevin Artis that SPC Kohlhaas died of internal injuries. Additionally, the interpreter and a SoI soldier died from their wounds.

n. I hold myself responsible for the deaths and wounded in this attack, because I had asked the Company Commander to go into "No Man's Land" to seek out the insurgents.

o. It was well known by my Battalion chain of command, the Battalion Intel personnel, and all within the Battalion to include my platoon that Al Qaeda (AQ) and/or Al Qaeda in Iraq (AQI) were a dominant insurgent force in our area. There also was the 1920 Revolutionary Brigade, a Sunni group, who worked with AQ/AQI. These organizations had the same goals -- to expel/kill coalition forces. The area was known as the "Sunni Triangle." At no time while we were there, did I see any reports or have personal experience that there were Shia insurgents in the area. One of our interpreters was Shia and asked us to swear to him that we would not tell any of the local residents that he was Shia, for he was afraid of what would happen to him if they did find out. I have two intelligence reports that attribute the attack that killed Kohlhaas to AQ/AQI.

p. We could tell that money flowed into the area that was funding AQ/AQI. There were individuals that our Battalion Intel section investigated and tracked their activity. One man, Ahmed Abdullah Abid Khalaf al-Jubouri (Abu Mazin), was the Salah ad Din governor's Assistant for Security Affairs. His house in Hijaj was the nicest house in the area. Where most houses were small, his house was like a mansion. His file maintained by the Battalion S2 (Intelligence Section) was thicker than anyone else's. He was known to play both sides. However, in his file there was a note not to detain him. It was rumored that he was a source for the U.S. Central Intelligence Agency (CIA). He wanted his own people to be assigned as the Police Chief and the police officers of the police station located in Al-Butoma and to be responsible for the area of Al-Butoma and Hijaj. When Abu Mazin didn't get his way, the police station was attacked and all of the people were killed including the Police Chief. After that, he selected the new Police Chief and police officers and then used them as his personal security detail. Abu Mazin also appointed Ali Mansur Mohamed as a police officer to legitimize Ali Mansur; however, Mansur did not participate in any police activities, which was confirmed later by Army interrogators. Abu Mazin and Ali Mansur were both identified by the Battalion S2 to be AQ/AQI. In May 2008, Ali Mansur was apprehended and detained for the attack that killed SPC Kohlhaas and SPC Christofferson. When arrested, Ali Mansur's passport was reviewed and found to have stamps of multiple trips to Syria and Saudi Arabia. Also in his possession were multiple Arabic photo identifications in other people's names.

3

PX2001

q.  I saw an intelligence/interrogation report that stated that while Ali Mansur was detained at COB Speicher, he went out of his way to meet a well-known terrorist. Ali Mansur denied that he had any connection with the terrorist other than just meeting him for the first time.

r.  At one time members of the Task Force 16, which was Special Forces, were provided information about a mission to apprehend or kill Abu Mazin. Task Force 16 only focused on high value targets. Because they were considering capturing Abu Mazin shows they considered him to be of significant importance in terms of the insurgency. They ultimately called off the mission, partly because of his extensive security detail from the police that he had appointed and because I told them an attack on Mazin would make the area more volatile for my men on patrol.

s.  On a day before the attack that killed Kohlhaas and Christofferson, my platoon and I went to Al Butoma to check on the construction of the police station. I got a call from Lieutenant Brinks our Battalion S2, saying not to go there because Ali Mansur was planning an attack on the platoon at or near the police station. This forced us to alter our plans for that day. There were other reports that I saw regarding Mansur during my deployment; however, I have not been able to obtain copies.

t.  The AQ/AQI/1920 Revolutionary Brigade used many different techniques/ tactics/ procedures (TTPs). While we were in Iraq, we saw numerous incidents of pressure plate IEDs, Suicide vests, VBIEDs (vehicle borne improvised explosive device), kidnapping, and extortion. One of the other platoons in our Company was hit by an EFP (an IED which expels a projectile). The IEDs were often concealed along roadways, in culverts, in potholes. Before we had to drive over a culvert, we would have two men get out and go inspect the culvert for wires. One technique they used was to have one IED go off and then when there were responders that came to care for the wounded, provide security, and/or recover the vehicles, the insurgents would explode another IED or have one pre-positioned where the responding vehicles would detonate the second IED.

u.  During my deployment, I thought some of the dead bodies that we found looked to be light skinned North Africans. I never found any identification to verify that fact but felt that their skin coloring and hair was not middle eastern.

v.  After 10 days in Army custody, Mansur was released by the Coalition Forces for supposed lack of evidence. My platoon was ordered to return him to Al Butoma. In the process of returning him, Mansur reached for my weapon and I was forced to shoot him in self-defense. The Army court martialed me for this act and I was sentenced to 20 years in military prison at Fort Leavenworth, Kansas. After my trial, a forensic analyst Dr.

PX2001

Herbert MacDonell contacted my defense attorney and advised that he was an expert for the prosecution and that his testimony would have exonerated me. However, the military prosecution did not advise my attorney of the testimony nor call Dr. MacDonell to testify in the Court Martial hearing. I served 5 years before I was paroled and then granted a full pardon by U.S. President Donald Trump in 2019.

w. **AUTHENTICATION OF PHOTOS/DOCUMENTS/EVIDENCE. Evidence may include, but is not limited to, photographs, shrapnel, award citations, announcements, and recommendations (especially with Purple Hearts and Combat Action Badges where the attack date/injury is included), Line of Duty Investigations, VA disability rating decisions, news articles, and Physical Evaluation Board or Medical Evaluation Board Results:** As Part of my Declaration, I am providing documentary materials attached as Exhibit A through Exhibit C.

1. Exhibit A attached to this Declaration is a true and authentic copy of two videos of the aftermath of the attack site of the IED that killed Kohlhaas and Christofferson. I have personal knowledge of the source or creation of this Exhibit because I was there when the MRAP was hit by the IED. The videos of the MRAP on its side and the soldiers laying on the desert floor were taken by one of my soldiers, Chris Bradford, and sent to me after the event.

2. Exhibit B attached to this Declaration is a true and authentic copy of a photo of Kohlhaas and me. I have personal knowledge of the source or creation of this Exhibit because this picture was taken of us during our deployment in Iraq. The picture was taken by a soldier in my platoon and sent to me after it was taken.

3. Exhibit C attached to this Declaration is a true and authentic copy of declassified Defense Intelligence Reports and declassified Army interrogation reports of Mansur regarding Mansur and his terrorist groups. I received these intelligence reports from the Army based on a request during trial discovery by my defense lawyer Jack Zimmermann.

I declare and state under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

Executed on this _29_ day of _December_ , _2021_.

Signature: _____

Michael C. Behenna

PX2001

# EXHIBIT A

PX2001

Behenna Declaration- LAST RIDE 4-21-08 video

PX2001

Behenna Declaration - LAST RIDE 2 - video #2-
4-21-2008

PX2001

# EXHIBIT B

PX2001



PX2001

# EXHIBIT C

PX2001



UNCLASSIFIED//FOR OFFICIAL USE ONLY
**HEADQUARTERS**
MULTI-NATIONAL FORCE – IRAQ
BAGHDAD, IRAQ
APO AE 09342-1400

REPLY TO
ATTENTION OF

MNCI-CG                                                            23 Oct 2008

MEMORANDUM FOR MNC-I CG, LG Lloyd J. Austin III

SUBJECT: Declassification of information to be used in two court-martials

1. Reference
       a. (U) DIIR-1AD-101-676-08-094
       b. (U) DIIR-1AD-101-MFT4-08-085

2. Background
       This information pertains to an upcoming court-martial. The defense teams, including the civilian attorneys retained by the accused, are entitled to review of this information and to present it at court-martial. The accused right to participate in his own defense and to a public trial is derived from the U.S. Constitution. The two court-martials concerned are U.S. v. Behenna and U.S. v. Warner.

3. (U//FOUO) Upon review of the references the following portions are declassified:

**DATE: 27 Apr 08**

**SUBJ: MEMBERS OF THE AL-QA'IDA IN IRAQ CELL CONDUCT IMPROVISED EXPLOSIVE DEVICE ATTACKS ON COALITION FORCES IN THE VICINITY OF ALBU TOMA, SALAH AD DIN PROVINCE, IRAQ (U)**

**SUMMARY: ON 20 APRIL 2008, MEMBERS OF THE AL-QA'IDA IN IRAQ IMPROVISED EXPLOSIVE DEVICES CELL CONDUCTED AN IMPROVISED EXPLOSIVE DEVICE ATTACK ON THE COALITION FORCES CONVOY IN THE VICINITY OF SALAM VILLAGE, SALAH AD DIN PROVINCE, IRAQ.**

**TEXT: 20 APRIL 2008, ADIL ARAK ((DAHIR)) TNU, SA'ID ARAK ((DAHIR)) TNU, KANAN FANNR ((THARTHAR)) TNU, SAHAB THARTHAR ((MUTLAK)) TNU, AND ARIF HAMID ((AFFAN)) TNU EMPLACED AN IED AT SALAH AD DIN PROVINCE, IRAQ.**

**2. THE FOLLOWING INDIVIDUALS ARE MEMBERS OF THE AL-QA'IDA IN IRAQ IED CELL OPERATING IN SALAM VILLAGE, AND ALBU TOMA SALAH AD DIN PROVINCE --**

**A. ADIL ARAK IS THE LEADER THE AL-QA'IDA IN IRAQ IED CELL. ADIL MAKES AND EMPLACES IEDS. ARAK RESIDES IN SALAM VILLAGE.**

**F. ALI MANSUR TRANSPORTS EXPLOSIVES AND INFORM ADIL ABOUT THE CF**

PX2001

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**PRESENCE IN THE AREA. ALI IS AN IRAQI POLICEMAN WORKING AT THE IRAQI POLICE STATION IN ALBU TOMA.**

**DATE: 18 May 08**

**SUBJ: INSURGENT CELL IN ALBU TOMA, SALAH AD DIN PROVINCE, IRAQ (U)**

**SUMMARY: AN INSURGENT CELL, LED BY JASIM MUHAMMAD JABAR AL-JABURI, WORKS FOR VARIOUS INSURGENT GROUPS INCLUDING AL-QA'IDA IN IRAQ, 1920TH REVOLUTIONARY BRIGADE, AND THE ISLAMIC ARMY OF IRAQ. THE INSURGENT CELL IS KNOWN TO CONDUCT KIDNAPPINGS, MURDERS, AND IMPROVISED EXPLOSIVE DEVICE ATTACKS AGAINST COALITION FORCES, IRAQI SECURITY FORCES, AND IRAQI POLICE.**

**TEXT: 1. AN INSURGENT CELL, LED BY JASIM MUHAMMAD ((JABAR)) AL-HARMASHA OF THE AL-JABURI TRIBE, WORKS FOR VARIOUS INSURGENT GROUPS INCLUDING AL-QA'IDA IN IRAQ, 1920TH REVOLUTIONARY BRIGADE, AND THE ISLAMIC ARMY OF IRAQ. THE INSURGENT CELL LED BY JASIM IS KNOWN TO CONDUCT KIDNAPPINGS, MURDERS, AND IED ATTACKS. THE INSURGENT CELL IS KNOWN TO TARGET ANY ONE WHO IS RELATED WITH CF, IRAQI POLICE (IP), IRAQI NATIONAL GUARD, AND SONS OF IRAQ IN THE VICINITY OF TIKRIT, SALAH AD DIN PROVINCE, IRAQ AND BAYJI, SALAH AD DIN -PROVINCE.**

4. Recommendation
    (U) The originating office, all pertinent intelligence offices and the MNF-I Senior Security Management Office recommends Approval for declassification of extracted information.

5. (U) This declassification is specific only to the annotated portions of the documents noted above. All remaining portions of the documents will remain classified, as marked.

Lloyd J. Austin
Lieutenant General, USA
Commanding

UNCLASSIFIED//FOR OFFICIAL USE ONLY

PX2001



UNCLASSIFIED//FOR OFFICIAL USE ONLY
**HEADQUARTERS**
MULTI-NATIONAL FORCE – IRAQ
BAGHDAD, IRAQ
APO AE 09342-1400

REPLY TO
ATTENTION OF

MNCI-CG                                                23 Oct 2008

MEMORANDUM FOR MNC-I CG, LG Lloyd J. Austin III

SUBJECT: Declassification of information to be used in two court-martials

1. Reference
   a. (U) SIR-1AD-101-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
   b. (U) SIR-1AD-101-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
   c. (U) SIR-1AD-101-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
   d. (U) SIR-1AD-101-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

2. Background
       This information pertains to an upcoming court-martial. The defense teams, including the civilian attorneys retained by the accused, are entitled to review of this information and to present it at court-martial. The accused right to participate in his own defense and to a public trial is derived from the U.S. Constitution. The two court-martials concerned are U.S. v. Behenna and U.S. v. Warner.

3. (U//FOUO) Upon review of the references the following portions are declassified:

**REPORT DATE: 08 May 08**

SUMMARY: FIRST INTERROGATION OF ALI MANSUR ((MUHAMMAD)) AL JABURI

TEXT:
LAST NAME: MUHAMMAD
TRIBAL NAME: AL JABURI
FIRST NAME: ALI
MIDDLE NAME: MANSUR
ALIAS NAME: ABU ABDAL KHALIQ
DISTINGUISHING FEATURES: NONE.
ADDRESS: ALBU TUMA, BAYJI, SALAH AD DIN PROVINCE, IZ.
PHONE NUMBER: 853349; (CELL) 07708440400; (CELL) 07701991227
POB: BAYJI, IZ.
DOB: 01 JAN 1982.
MARITAL STATUS: MARRIED
NATIONALITY: IRAQI ARAB
RELIGION: SUNNI MUSLIM
MOSQUE: DETAINEE DOES NOT KNOW THE NAME OF THE MOSQUES HE GOES TO.
EDUCATION: 8 YEARS COMPLETED; LITERATE.

PX2001

UNCLASSIFIED//FOR OFFICIAL USE ONLY

OCCUPATION: THE DETAINEE HAS BEEN AN IRAQI POLICE OFFICER IN AL HIJAJ, BAYJI, FOR SEVEN MONTHS AND MAKES 590,000 DINAR (400 USD) MONTHS. THE DETAINEE IS A CAR DEALER ON HIS OFF TIME MAKING 300 USD A MONTH, AND IS ALSO A CONSTRUCTION CONTRACTOR MAKING 3,000,000 DINAR (2083 USD) A CONTRACT.

MILITARY EXPERIENCE: THE DETAINEE WAS A DRIVER IN THE IRAQI ARMY FROM 2001-2003 AND WAS STATIONED IN NASSARIYA, NASSARIYA PROVINCE, IZ.

CIRCUMSTANCES OF CAPTURE: ON 05 MAY 2008, THE **** WENT TO THE HOUSE, SALAH AD DIN PROVINCE, IZ, OF ALI MANSUR ((MUHAMMAD)) IN ORDER TO DETAIN HIM. DETAINEE WAS CAPTURED ALONE.

DTG OF CAPTURE: 05 May 08

REASON FOR CAPTURE/POINT OF CAPTURE: THE DETAINEES CF AUTHORITY PROVISIONAL AUTHORITY APPREHENSION FORM STATES THE DETAINEE WAS CHARGED WITH ILLEGAL POSSESSION OF WEAPON, ASSAULT OF CF, OBSTRUCTING A MILITARY MISSION, AND TRANSPORTING EXPLOSIVES. THERE IS A DIIR IN THE DETAINEES PACKET STATING THE DETAINEE TRANSPORTS WEAPONS. THERE IS ALSO A PHOTO IN THE DETAINEES PACKET SHOWING THE RPK MACHINE GUN THAT WAS FOUND.

CURRENT LOCATION: (U) COB SPEICHER, TIKRIT, IZ.

WEAPONS, DOCUMENTS, AND EQUIPMENT: 1 X IDENTIFICATION CARD; 1 X CELL PHONE; 1 X PASSPORT; 1 X RPK MACHINEGUN.

THE DETAINEE PROVIDED NO INTELLIGENCE INFORMATION DURING THIS INTERROGATION.

B. THE DETAINEE HAS BEEN IN THE IP FOR THE LAST SEVEN MONTHS. THE DETAINEE NEEDED A JOB SO HE ASKED ABU MASIN, THE ASSISTANT SECURITY OFFICER OF SALAH AD DIN PROVINCE, TO SEND UP HIS APPLICATION. HE ALSO TALKED WITH AHMAD AL FAHAL (LNU) AL JABURI, A MAJOR IN THE JCC IN TIKRIT TO HELP HIM OUT. THE DETAINEE KNOWS THIS MAN BECAUSE THEY ARE FROM THE SAME VILLAGE AND THE SAME TRIBE. THE DETAINEE'S APPLICATION WAS APPROVED AND THE DETAINEE WAS SENT TO THE FIRST STAGE OF TRAINING FOR THE IP. THE DETAINEE WAS TAUGHT HOW TO MARCH, AND DO OTHER THINGS HE DOES NOT REMEMBER. THE DETAINEE WAS TAUGHT HOW TO USE THE AK-47 ASSAULT RIFLE AND THE RPK MACHINE GUN IN HIS FIRST STAGE OF TRAINING. THE DETAINEE WAS TAUGHT HOW TO USE AN RPK MACHINE GUN (RPK) WHEN HE GOT TO OUT OF TRAINING. THE DETAINEE GOT THE TWO WEAPONS MIXED UP BECAUSE THEY SOUND ALIKE, THAT IS WHY THE DETAINEE SAID HE WAS

PX2001

UNCLASSIFIED//FOR OFFICIAL USE ONLY

TAUGHT HOW TO USE THE RPK DURING HIS FIRST STAGE OF TRAINING. THE DETAINEE WAS TAUGHT BY THE COMMANDER AND THE OFFICERS IN THE STATION TO USE AN RPK. THE DETAINEE WORKS A 24 HOUR SHIFT, AND THEN HAS TWO DAYS OFF. THE SCHEDULE IS ALWAYS ROTATING. THE DETAINEE HAS A BEARD BECAUSE THE DETAINEE WAS GIVEN A SPECIAL ORDER FROM THE COMMANDER THAT HE IS ALLOWED TO HAVE HIS BEARD. THE DETAINEE EXPLAINED TO THE COMMANDER THAT IT IS HIS RELIGION TO HAVE THE BEARD AND HE CAN NOT SHAVE IT. OTHER PEOPLE IN THE IP ARE MUSLIM TOO, AND THEY DO SHAVE THEIR BEARDS, BUT THE DETAINEE DOES NOT HAVE TO BECAUSE HE GAVE HIS COMMANDER A GOOD REASON. THE DETAINEE IS VERY LUCKY TO HAVE HIS BEARD. THE DETAINEE GOES ON PATROLS THROUGHOUT THE VILLAGE. THE DETAINEE TOLD THE INTERROGATOR TOLD THIS BECAUSE HE WANTS TO SHOW THE INTERROGATOR HE IS CREDIBLE. THE DETAINEE DOES ONE OF THREE THINGS WHEN HE WORKING: HE GUARDS THE GATE, GUARDS THE CHECKPOINT, OR GOES ON PATROL. WHEN THE COMMANDER WANTS TO GO THROUGH A DANGEROUS AREA, THEY SET UP CARS AROUND AREA HE WANTS GO THROUGHSO HE DOES NOT GET HURT. THIS IS WHAT THE DETAINEE MEANS WHEN HE SAYS PATROLS. THE DETAINEE EITHER HAS A PKC MACHINE GUN, AN RPK, AND AK-47 ASSAULT RIFLE. THE DETAINEE DOES NOT MEAN HE USES THESE WEAPONS, HE MEANS THE IP USE THEM. THE DETAINEE USES AN AK-47 ASSAULT RIFLE. THE DETAINEE USES AN AK-47 ASSAULT RIFLE, OR AN RPK. THE DETAINEE USUALLY USES WHICH EVER ONE IS AVAILABLE. IN THE DETAINEES UNIT, THEY DO HAVE PEOPLE ASSIGNED TO WEAPONS, BUT THE DETAINEE USES BOTH.

C. THE DETAINEE HAS SOLD CARS SINCE 2003. THE DETAINEE LIKES TO TRADE AND SELL CARS, IT IS LIKE A HOBBY FOR THE DETAINEE. THE DETAINEE LIKES DRIVING A NEW CAR EVERYDAY. THE DETAINEE SELLS THESE CARS AT A PUBLIC SELLING LOT. THE DETAINEE DOES NOT HAVE A PARTNER IN THIS BUSINESS BECAUSE HE DOES NOT TRUST MANY PEOPLE. THE DETAINEE DOES NOT GET MUCH MONEY OFF OF THIS AND SOMETIMES LOSSES MONEY ON THE CARS HE SELLS. THE DETAINEE ALSO IS IN THE CONSTRUCTION BUSINESS WITH HIS UNCLE, ABBAS ZIDAN ((SALIH)) AL JABURI. THE DETAINEE GETS AT LEAST 3,000,000 DINAR (2083 USD) A CONTRACT. THE DETAINEES UNCLE KNOWS THE ASSISTANT SECURITY ADVISOR TO SALAH AD DIN PROVINCE, THE GOVERNOR OF THE SALAH AD DIN PROVINCE, AND THE POLICE COMMANDER IN THE AREA. THEIR COMPANY GETS A LOT OF JOBS AND THIS BUSINESS IS DOING VERY WELL. THE DETAINEE WAS DOING THIS BEFORE HE STARTED WITH THE IP.

D. THE DETAINEE GETS ALL WEAPONS FROM THE WEAPONS ROOM IN THE IP OFFICE. THE DETAINEE GETS AN AK-47 TO TAKE HOME FOR PROTECTION BUT THAT IS IT. THE DETAINEE HAS TO TURN IN HIS RPK AFTER EVERY MISSION. DURING THE MISSION THAT THE DETAINEE WAS ON BEFORE HE GOT CAPTURED, HE WAS ASSIGNED AN RPK. THE DETAINEE FORGOT TO

PX2001

UNCLASSIFIED//FOR OFFICIAL USE ONLY

TURN IT IN THE DAY HE WAS CAPTURED. THE DETAINEE KNOWS THE WEAPONS ROOM SUPERVISOR SO IT WAS OK THAT THE DETAINEE HAD THE WEAPON IN HIS HOUSE. THE DETAINEE HAS NOT DONE THIS BEFORE, ONLY THIS TIME. THE DETAINEE UNDERSTANDS THAT THIS DOES NOT MAKE MUCH SENSE, BUT THIS IS WHAT HAPPENED. THE DETAINEE IS HUMAN AND MAKES MISTAKES. THE DETAINEE DOES NOT KNOW HOW HE FORGOT THE WEAPON. THE DETAINEE UNDERSTAND THAT THE RPK IS A BIG WEAPON AND HARD TO MISS. THE DETAINEE UNDERSTANDS THAT THE NEXT TIME HE WOULD HAVE SEEN THE WEAPONS SUPERVISOR WOULD HAVE BEEN TWO DAYS LATER, BUT THE HE SAID IT WAS OK FOR THE DETAINEE TO HAVE THE WEAPON. THE DETAINEE IS NOT LYING; THIS IS ALL THE DETAINEE CAN SAY.

3. JASIM HAS AT LEAST 15 INDIVIDUALS UNDER HIS COMMAND

REPORT DATE: 10 May 08

SUMMARY: SECOND INTERROGATION OF ALI MANSUR ((MUHAMMAD)) AL JABURI

THE DETAINEE PROVIDED NO INTELLIGENCE INFORMATION DURING THIS INTERROGATION.

B. THE DETAINEE UNDERSTANDS WHAT TRUTH IS. TRUTH IS REALITY, WHAT REALLY HAPPENED. THE DETAINEE DOES NOT KNOW WHO JUBAYIR ANAD ((WASMI)) NIMRAWI IS. THE DETAINEE JUST MET HIM WHEN THEY WERE DETAINED TOGETHER. THE DETAINEE HAS NEVER SEEN HIM IN HIS LIFE. WHEN JUBAYIR TALKED TO THE DETAINEE, HE WAS ASKING THE DETAINEE HOW TO SPELL HIS NAME. THE DETAINEE STARTED TO WORK FOR THE IP BECAUSE HE WAS APPOINTED TO DO THE JOB BY ABU MASIN, THE ASSISTANT SECURITY OFFICER OF SALAH AD DIN PROVINCE. THE DETAINEE DID NOT NEED THIS JOB, HE WAS JUST APPOINTED TO IT BY ABU MASIN. ABU MASIN WANTED THE DETAINEE TO JOIN THE IP BECAUSE THE DETAINEE WAS SUCH A GOOD CITIZEN. THE DETAINEE DOES NOT NEED THE JOB BECAUSE HE HAD JOB ALREADY. THE DETAINEE WAS APPOINTED AS IP AND DOES NOT KNOW WHEN THE DETAINEE DOES NOT WHEN THE IP STARTED TO RECRUIT. THE DETAINEE WAS NOT RECRUITED, HE WAS APPOINTED. THE DETAINEE DID TELL THE INTERROGATOR THAT HE NEEDED THE JOB THE LAST TIME THEY TALKED, BUT THE DETAINEE DID NOT NEED THE JOB. THE DETAINEE MUST HAVE BEEN THINKING ABOUT SOMETHING ELSE. THE DETAINEE HAD A JOB BEFORE THE IP AND DID NOT NEED ONE. THE DETAINEE WAS A CONTRACTOR WORKING CONSTRUCTION. THE DETAINEE DID NOT WORK CONSTRUCTION BEFORE HE WAS IN THE IP. THE DETAINEE CANNOT REMEMBER WHEN HE STARTED TO WORK CONSTRUCTION. THE DETAINEE DID NOT HAVE A JOB BEFORE BEING IP, THE DETAINEE ONLY SOLD CARS. THE DETAINEE DID NEED THE JOB THAT IS WHY HE IS IP. THE DETAINEE IS NOT LYING, HE IS JUST CONFUSED.

PX2001

UNCLASSIFIED//FOR OFFICIAL USE ONLY

C. THE DETAINEE LEFT THE RPK MACHINE GUN (RPK) AT HIS HOUSE BECAUSE HE WAS GOING TO TURN IT IN. THE POLICE STATION THE DETAINEE WHERE THE DETAINEE IS EMPLOYED IN FIVE KILOMETERS DOWN THE ROAD. THE WEAPONS ROOM SUPERVISOR KNEW THE DETAINEE HAD THE WEAPON AND TOLD THE DETAINEE IT WAS OK. THE WEAPONS ROOM SUPERVISOR WOULD GET FIRED IF THE COMMANDER WANTED TO KNOW WHERE THE WEAPON WAS, BUT HE TRUSTED THE DETAINEE. THE WEAPONS ROOM SUPERVISOR DID NOT KNOW THE DETAINEE HAD THE WEAPON, BUT HE TRUSTS THE DETAINEE. THE WEAPONS ROOM SUPERVISOR HAS NO REASON TO LOSE HIS JOB OVER THE DETAINEE. THE DETAINEE WOULD FIRE THE WEAPONS ROOM SUPERVISOR IF HE WAS THE COMMANDER AND FOUND OUT WHAT THERE WAS A WEAPON MISSING. THE WEAPONS ROOM SUPERVISOR DID KNOW THE DETAINEE HAD THE WEAPON, BUT THE DETAINEE IS HUMAN AND HE FORGOT TO TURN THE WEAPON IN. THE ARMS ROOM SUPERVISOR WOULD FOUND OUT THE DETAINEE HAD IT WHEN HE LOOKED AT HIS RECEIPTS, BUT HE TRUSTS THE DETAINEE. THE DETAINEE IS NOT LYING HE IS JUST NOT THINK STRAIGHT BECAUSE HE IS THINKING ABOUT HIS FAMILY. THE DETAINEE WOULD LIKE TO SEE HIS FAMILY AGAIN AND LOVES THEM VERY MUCH. THE DETAINEE IS NOT LYING.

REPORT DATE: 10 May 08

SUMMARY:  THIRD INTERROGATION OF ALI MANSUR ((MUHAMMAD)) AL JABURI

DTG OF CAPTURE: 05 May 08

REASON FOR CAPTURE/POINT OF CAPTURE: THE DETAINEES CF AUTHORITY PROVISIONAL AUTHORITY APPREHENSION FORM STATES THE DETAINEE WAS CHARGED WITH ILLEGAL POSSESSION OF WEAPON, ASSAULT OF CF, OBSTRUCTING A MILITARY MISSION, AND TRANSPORTING EXPLOSIVES. THERE IS A DIIR IN THE DETAINEES PACKET STATING THE DETAINEE TRANSPORTS WEAPONS. THERE IS ALSO A PHOTO IN THE DETAINEES PACKET SHOWING THE RPK MACHINE GUN THAT WAS FOUND.

WEAPONS, DOCUMENTS, AND EQUIPMENT: 1 X IDENTIFICATION CARD; 1 X CELL PHONE; 1 X PASSPORT; 1 X RPK MACHINEGUN.

THE DETAINEE PROVIDED NO INTELLIGENCE INFORMATION DURING THIS INTERROGATION.

B. THE DETAINEE WOKE UP AT 0800 HOURS LOCAL TIME (HLT) THE DAY BEFORE HE WAS CAPTURED. THE DETAINEE WASHED HIMSELF, ATE BREAKFAST, AND GOT A RIDE TO WORK AT 0845 HLT. THE DETAINEE GOT TO WORK AND WENT TO SIGN OUT AN RPK MACHINE GUN (RPK) FROM THE

PX2001

UNCLASSIFIED//FOR OFFICIAL USE ONLY

ARMS ROOM SO HE COULD GO ON PATROL. THE DETAINEE WAS GOING ON PATROL THAT DAY BECAUSE SOMEONE IMPORTANT WAS COMING INTO THE AREA. THE DETAINEE AND THE PEOPLE IN HIS TRUCK PATROLLED THE AREA UNTIL THE IMPORTANT PERSON CAME THROUGH, AND THEN WENT BACK TO THE STATION. THE DETAINEE DOES NOT KNOW WHO THE IMPORTANT PERSON IS. THE DETAINEE THEN SAT IN THE STATION FROM 1100 HLT UNTIL 0845 HLT THE NEXT DAY WAITING FOR CALL FROM THE COMMANDER TO GO SOMEWHERE. THE DETAINEE DID NOT DO ANYTHING IN THE STATION, JUST SAT AROUND. THE DETAINEE HAD LUNCH AT 1310 HLT AND FINISHED AT 1345 HLT. THE DETAINEE JUST SAT AROUND AND TALKED FOR THE REST OF THE TIME HE WAS AT THE STATION. BEFORE THEY LEAVE IN THE MORNING, THEY HAVE TO TURN THEIR WEAPONS BACK TO THE ARMS ROOM. THEY DO THIS BECAUSE THEY SIGNED FOR THE WEAPONS, AND THEY HAVE TO RETURN THE WEAPONS BACK. IF THEY DO NOT RETURN THE WEAPONS THAN THE ARMS ROOM SUPERVISOR GETS IN TROUBLE. THEY DID THIS AT 0830 HLT THE NEXT DAY. THE DETAINEE DID NOT THOUGH. THE DETAINEE WAS THEN DRIVEN BACK TO HIS HOUSE. USUALLY SOMEONE DRIVES A PATROL VEHICLE TO TAKE EVERYBODY HOME AND THEN RETURNS IT BACK TO THE STATION. THE DETAINEE WENT HOME THAT DAY WITH TWO OTHER PEOPLE. THE DETAINEE GOT HOME AT 0900 HLT LOCAL TIME, AND REALIZED AT 0915 HLT THAT HE DID NOT RETURN THE WEAPON HE SIGNED OUT.

C. WHEN THE DETAINEE LEFT THE STATION TO RETURN HOME, THE DAY HE WAS CAPTURED, THE RPK WAS IN THE BACK SEAT. THE RPK IS A LONG WEAPON AND THE DETAINEE WOULD HAVE TO MOVE THE RPK TO SIT DOWN. THE DETAINEE MOVED THE RPK TO SIT DOWN. THE DETAINEE DID NOT REALIZE HE DID NOT TURN IN THE WEAPON UNTIL HE GOT IN THE HOUSE. THE DETAINEE DID NOT SEE THE RPK IN THE BACK SEAT. THE DETAINEE DID NOT MOVE THE RPK IN THE BACK SEAT. THE DETAINEE DID SAY HE MOVED THE RPK IN THE BACK SEAT BUT THE DETAINEE WAS BEING PRESSURED BY THE INTERROGATOR AND DID NOT KNOW WHAT HE WAS SAYING. THE DETAINEE KNEW HE DID NOT RETURN THE WEAPON WHEN HE GOT OUT OF THE VEHICLE TO GO TO HIS HOUSE AND THE DRIVER TOLD HIM HE LEFT HIS RPK IN THE VEHICLE. THE DETAINEE DID NOT LEAVE THE WEAPON WITH THE DRIVER TO RETURN BECAUSE HE SIGNED FOR IT AND DID NOT WANT IT TO GET STOLEN. THERE IS NO CORRUPTION IN THE DETAINEES IP STATION. THE DETAINEE MADE A MISTAKE. THE DETAINEE WAS NOT CALLED BY THE ARMS ROOM SUPERVISOR ABOUT THE WEAPON. THE DETAINEE MADE A MISTAKE. THE DETAINEE DID NOT CALL THE ARMS ROOM SUPERVISOR TO TELL HIM BECAUSE THE DETAINEE FORGOT. AFTER THE DETAINEE REALIZED HE FORGOT TO TURN IN THE WEAPON AT 0915 HLT, HE THEN TOOK SOMEONE TO BAYJI TO LAY DOWN SOME CEMENT AT 1000 HLT. THE DETAINEE DID HAVE TIME TO TURN IN HIS WEAPON, BUT FORGOT. THE DETAINEE MADE A MISTAKE. THE DETAINEE KNOWS HOW IMPORTANT TURNING THE WEAPON IN IS. THE DETAINEE MADE A MISTAKE.

PX2001

UNCLASSIFIED//FOR OFFICIAL USE ONLY

THE DETAINEE UNDERSTANDS THAT HIS STORY MAKES NO SENSE, BUT IT IS TRUE.

**REPORT DATE: 12 May 08**

SUMMARY: SIR-1AD-101-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/FOURTH INTERROGATION OF ALI MANSUR ((MUHAMMAD)) AL JABURI

THE DETAINEE PROVIDED NO INTELLIGENCE INFORMATION DURING THIS INTERROGATION.

B. THE DETAINEE JOINED THE POLICE BECAUSE HE WANTED TO SERVE HIS PEOPLE. THE DETAINEE'S WORK HOURS ARE GOOD AND HE HAS A CHANCE TO GIVE BACK TO THE COMMUNITY. BEFORE CF CAME, THEY DID NOT HAVE VOLUNTARY POLICE AND NO ONE WANTED TO JOIN. NOW EVERYONE IS PUTTING IN AN APPLICATION.

C. ON THE DAY OF CAPTURE, THE DETAINEE WENT TO BAYJI TO LAY DOWN CEMENT FOR A SUB CONTRACT HE HAD. THE DETAINEE WENT WITH AN ENGINEER HE CALLS ENGINEER ABDUL KADAR ((LNU)) TNU. THE DETAINEE BROUGHT THE ENGINEER WITH HIM BECAUSE IT WAS REQUIRED BY LAW FOR AN ENGINEER TO SEE THE WAY THE CEMENT IS LAID AND MIXED BEFORE IT COULD BE DONE. THE DETAINEE OFTEN SAW THIS MAN IN THE WATER PURFICATION OFFICE WHEN THE DETAINEE WAS DOING, SO THEY WERE FRIENDS. THEY STARTED TO TALK ABOUT THE DETAINEES RECENT SUB CONTRACTING JOB AND THE ENGINEER AGREED IT WOULD BE A GOOD IDEA FOR HIM TO COME. THE DETAINEE WAS CONTRACTED TO DO THE FIRST STAGE OF BUILDING, WHICH WAS LAYING THE CEMENT. IT WAS A 45,000,000 DINAR (30, 570 USD) CONTRACT AND WITH ALL THE EXPENSES FOR BUILDING AND EVERYTHING ELSE, THE DETAINEE WOULD MAKE 4,000,000 DINAR (2717 USD) PROFIT. THIS JOB WOULD HAVE BEEN FINISHED BY THE DAY AFTER THE DETAINEE GOT CAUGHT. THIS WOULD HAVE BEEN A 2 MONTHS WORK FOR 45,000,000 DINAR. THE PROFIT THE DETAINEE MAKES IS REALLY NOT THAT MUCH. LIVING IS EXPENSIVE IN IRAQ, AND THE MONEY THE DETAINEE GETS WILL NOT LAST LONG.

D. THE DETAINEE LEFT THE RPK IN HIS HOUSE BECAUSE HE FORGOT TO TURN IT IN. NO MATTER WHAT THE DETAINEE SAYS ABOUT HOW IT HAPPENED THAT IS WHAT HAPPENED. THE DETAINEE CHANGED HIS STORY AROUND BECAUSE SOMETIME THE DETAINEES TONGUE SLIPS AND THE DETAINEE GETS CONFUSED. THE DETAINEE DID CHANGE THE STORY SEVERAL TIME DURING HIS CONVERSATIONS WITH THE INTERROGATOR, BUT THE DETAINEE IS TELLING THE TRUTH. THE DETAINEE HAS ONLY THE TRUTH AND THAT IS ALL HE CAN GIVE THE INTERROGATOR. THE DETAINEE IS HUMAN AND MAKES MISTAKES.

PX2001

UNCLASSIFIED//FOR OFFICIAL USE ONLY

4. Recommendation

    (U) The originating office, all pertinent intelligence offices and the MNF-I Senior Security Management Office recommends Approval for declassification of extracted information.

5. (U) This declassification is specific only to the annotated portions of the documents noted above. All remaining portions of the documents will remain classified, as marked.

Lloyd J. Austin
Lieutenant General, USA
Commanding

PX2001

PX2004

| REPORT OF CASUALTY | DEPARTMENT OF THE ARMY ALEXANDRIA, VIRGINIA 22331-0481 | REPORT CONTROL SYMBOL DD-P&R(AR)1664 |
|---|---|---|

| 1. REPORT TYPE Final | 2. DATE PREPARED 09 May 2008 |
|---|---|

**3. SERVICE IDENTIFICATION**

| a. NAME (Last, First, Middle and Suffix) Kohlhaas, Adam Job | | c. RANK SGT | d. PAY GRADE E-4 | e. OCCUPATION CODE/RATING 11B1O |
|---|---|---|---|---|
| f. COMPONENT Regular | g. BRANCH USA | h. ORGANIZATION Company D, 1st Battalion, 327th Infantry, 1 BCT, Fort Campbell, KY | | |

**4. CASUALTY INFORMATION**

| a. TYPE Hostile | b. STATUS Deceased | c. CATEGORY Died of Wounds | d. DATE OF CASUALTY 21 Apr 2008 | e. PLACE OF CASUALTY Bayji, Iraq |
|---|---|---|---|---|

f. CIRCUMSTANCES
Hostile Action:  Blast injuries, per DD Form 2064 (Certificate of Death).

| g. DUTY STATUS Active:  Present For Duty | h. BODY RECOVERED Yes |
|---|---|

**5. BACKGROUND INFORMATION**

| a. DATE OF BIRTH | b. PLACE OF BIRTH Hartland, VT | c. COUNTRY OF CITIZENSHIP United States |
|---|---|---|
| d. RACE White | | |
| e. ETHNICITY None | | f. SEX Male |
| g. RELIGIOUS PREFERENCE No Religious Preference | | |

**6. ACTIVE DUTY INFORMATION**

| a. PLACE OF ENTRY Saint Louis, MO | b. DATE OF ENTRY 12 Jun 2002 | c. HOME OF RECORD AT TIME OF ENTRY Perryville, MO |
|---|---|---|

**7. INTERESTED PERSONS/REMARKS** *(Name, Address, and Relationship (Continue on separate sheet, if necessary)*

Conflict: WAR ON TERRORISM / OPERATION IRAQI FREEDOM

Rebecca E. Kohlhaas.                                                              (Wife 1, 2, 3/SGLI 100%)

Henry P. Kohlhaas,                                          (Father)
Lynne Kohlhaas, Deceased    (Mother)

Specialist Adam J. Kohlhaas was posthumously promoted to the rank of Sergeant, as of 21 April 2008, under provisions of Public Law 680, 77th Congress, as amended.  Pay grade shown in item 3d is that of E-4 since additional pay is not involved.

Changes were made to items #1, #2, #4f, #5e and #7.
This replaces Interim Report dated 22 April 2008.

FOOTNOTES.     1. Attainment of kin
               2. Beneficiary for gratuity pay in the event there is no surviving spouse or child - as designated's record of emergency data
               3. Beneficiary for unpaid pay and allowances - as designated or record of emergency data

**8. REPORTING INFORMATION**

| a. COMMAND AGENCY CENTCOM, ARCENT, APO AE  09366 | b. DATE RECEIVED 21 Apr 2008 |
|---|---|

| 9. DISTRIBUTION CAM LNW | 10. SIGNATURE ELEMENT BY ORDER OF THE SECRETARY OF THE ARMY: |
|---|---|
| | [signature] LTC, US Army |
| | NOTE:  This form may be used to facilitate the cashing of bonds, the payment of commercial insurance, or in the settlement of any other claim in which proof of death is required. |

DD Form 1300, MAR 2004                    PREVIOUS EDITION MAY BE USED.

Fis_KohlhaasA_CP_00000001

PX2004

PX2005

# CERTIFICATE OF DEATH *(OVERSEAS)*
## Acte dé décès   (D'Outre-Mer)

| NAME OF DECEASED   *(Last, First, Middle)*<br>Nom du décédé (Nom et prénoms)<br>**Kohlhaas, Adam,  Job** | GRADE<br>Grade<br>**E04** | BRANCH OF SERVICE<br>Arme<br>**Army** | SOCIAL SECURITY NUMBER<br>Numéro de l'Assurance Social |
|---|---|---|---|

| ORGANIZATION   Organisation<br>Company D, 1st Battalion, 327th Infantry, 1 BCT, Fort Campbell, KY | NATION  *(e.g, United States)*<br>Pays<br>**United States** | DATE OF BIRTH<br>Date de naissance<br>**1982** | SEX   Sexe<br>[X] MALE<br>[ ] FEMALE |
|---|---|---|---|

| | RACE   Race | | MARITAL STATUS   État Civil | | | RELIGION   Culte | | OTHER  {Specify}<br>Autre (Spécifier) |
|---|---|---|---|---|---|---|---|---|
| X | CAUCASOID   Caucasique | SINGLE   Célibataire | | DIVORCED<br>Divorcé | | PROTESTANT<br>Protestant | | |
| | NEGROID   Negroïde | X | MARRIED   Marié | | | CATHOLIC<br>Catholique | X | **No Religious Preference** |
| | OTHER  {Specify}<br>Autre (Spécifier) | WIDOWED   Veuf | | SEPARATED<br>Séparé | | JEWISH   Juif | | |

| NAME OF NEXT OF KIN   Nom du plus proche parent<br>**Mrs. Rebecca E. Kohlhaas** | RELATIONSHIP TO DECEASED   Parenté du décédé avec le sus<br>**Wife** |
|---|---|
| STREET ADDRESS   Domicile à [Rue] | CITY OR TOWN OR STATE   *(Include ZIP Code)*   Ville (Code postal compris)<br>**Bowling Green, KY 42101-9570** |

## MEDICAL STATEMENT     Déclaration médicale

| CAUSE OF DEATH     (Enter only one cause per line)<br>Cause du décès (N'indiquer qu'une cause par ligne) | | INTERVAL BETWEEN<br>ONSET AND DEATH<br>Intervalle entre<br>l'attaque et le décès |
|---|---|---|
| DISEASE OR CONDITON DIRECTLY LEADING TO DEATH [1]<br>Maladie ou condition directement responsable de la mort | **Blast injuries** | **Minutes to Hours** |
| ANTECEDENT CAUSES<br>Symptômes précurseurs de la mort | MORBID CONDITION, IF ANY, LEADING TO PRIMARY CAUSE<br>Condition morbide, s'il y a lieu. menant à la cause primaire | | |
| | UNDERLYING CAUSE, IF ANY, GIVING RISE TO PRIMARY CAUSE<br>Condition morbide, s'il y a lieu. menant à la cause primaire | | |
| OTHER SIGNIFICANT CONDITIONS [2]<br>Autres conditions significatives | | | |

| MODE OF DEATH<br>Condition de décès | AUTOPSY PERFORMED     Autopsie effectuée   [X] YES  Oui   [ ] NO  Non | CIRCUMSTANCES SURROUNDING DEATH DUE TO EXTERNAL CAUSES<br>Circonstances de la mort suscitées par des causes extérieures |
|---|---|---|
| [ ] NATURAL<br>Mort naturelle | MAJOR FINDINGS OF AUTOPSY     Conclusions principales de l'autopsie | |
| [ ] ACCIDENT<br>Mort accidentelle | | |
| [ ] SUICIDE<br>Suicide | NAME OF PATHOLOGIST     Nom du pathologiste<br>**Timothy⬛⬛⬛MC, USN** | |
| [X] HOMICIDE<br>Homicide | SIGNATURE   Signature | DATE   Date<br>**26 April 2008** | AVIATION ACCIDENT     Accident à Avion<br>[ ] YES  Oui   [X] NO  Non |

| DATE OF DEATH     *(day, month, year)*<br>Date de décès     [le jour, le mois, l'année]<br>**21 April 2008 1615** | PLACE OF DEATH   Lieu de décès<br>**Bayji  Iraq** |
|---|---|

I HAVE VIEWED THE REMAINS OF THE DECEASED AND DEATH OCCURRED AT THE TIME INDICATED AND FROM THE CAUSES AS STATED ABOVE.
J'ai examiné les restes mortels du dé funtet je conclus que le décès est survenu à l'heure indiquée et a, la suite des causes énumérées ci-dessus.

| NAME OF MEDICAL OFFICER     Nom du médcin militaire ou du médcin sanitaire<br>**Timothy D. Monaghan** | TITLE OR DEGREE     Titre ou diplôme<br>**Deputy Medical Examiner** |
|---|---|
| GRADE     Grade<br>**CDR** | INSTALLATION OR ADDRESS     Installation ou adresse<br>**Dover AFB, Dover DE** |
| DATE     Date<br>**5/1/2008** | SIGNATURE     Signature |

[1] State disease, injury or complication which caused death, but not mode of dying such as heart failure, ect.<br>
Préciser la nature de la maladie, de la blessure ou de la complication qui a contribué à la mort, mais non la manière de mourir, telle qu un arrêt du coeur, etc.<br>
[2] State conditons contributing to the death, but not related to the disease or conditon causing death.<br>
Préciser la condition qui a contribué à la mort, mais n'ayant aucun rapport avec la maladie ou à la provoqué la mort.

**DD** FORM<br>1 APR 77  **2064**

REPLACES DA FORM 3565, 1 JAN 72 AND DA FORM 3566-R(PAS), 26 SEP 76, WHICH ARE OBSOLETE.

*(REMOVE, REVERSE AND RE-INSERT CARBONS BEFORE COMPLETING THIS SIDE)*

## DISPOSITON OF REMAINS

| NAME OF MORTICIAN PREPARING REMAINS | GRADE | LICENSE NUMBER AND STATE | OTHER |
|---|---|---|---|
| David L. Vance | GS11 | 8186A / OH | |

| INSTALLATION OR ADDRESS | DATE | SIGNATURE |
|---|---|---|
| 436 SVC/SVD 116 26th Street, Dover AFB DE 19902 | 5/1/2008 | E-Signed by VANCE.DAVID.L.1298481207 VERIFY authenticity with ApproveIt |

| NAME OF CEMETERY OR CREMATORY | LOCATION OF CEMETERY OR CREMATORY |
|---|---|
| | |

| TYPE OF DISPOSITION | DATE OF DISPOSITION |
|---|---|
| | |

## REGISTRATION OF VITAL STATISTICS

| REGISTRY *(Town and Country)* | DATE REGISTERED | FILE NUMBER | |
|---|---|---|---|
| | | STATE | OTHER |

| NAME OF FUNERAL DIRECTOR | ADDRESS |
|---|---|
| | |

| SIGNATURE OF AUTHORIZED INDIVIDUAL |
|---|
| |

**DD FORM 2064, APR 1977 (BACK)**                    USAPA V1.00

Fis_KohlhaasA_CP_00000074

PX2007

**25**                                        $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$



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

## PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782
TO
**SERGEANT ADAM J. KOHLHAAS
UNITED STATES ARMY**

FOR WOUNDS RECEIVED
IN ACTION
**ON 21 APRIL 2008**
GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON

**THIS 22D DAY OF APRIL 2008**

THE ADJUTANT GENERAL                          SECRETARY OF THE ARMY

DA FORM 4985 1o JAN 2000  Previous edition is obsolete

Fis_KohlhaasA_CP_00000066
PX2007

2 5



**DEPARTMENT OF THE ARMY**
U.S. ARMY HUMAN RESOURCES COMMAND
200 STOVALL STREET
ALEXANDRIA VA 22332-0400

PERMANENT ORDERS 113-04                                        22 April 2008

KOHLHAAS, ADAM J            SGT  Company D, 1st Battalion, 327th Infantry
Regiment, Multi-National Corps Iraq, APO AE 09342

Announcement is made of the following award.

Award:  Purple Heart (Posthumous)
Date(s) or period of service:  21 April 2008
Authority:  AR 600-8-22, Paragraph 2-8
Reason:  For wounds received as a result of hostile actions.
Format:  320

This order supersedes any previously issued order that may have been published
announcing this award.

BY ORDER OF THE SECRETARY OF THE ARMY:

SYLVIA A. BENNETT
LTC, AG
Chief, Military Awards Branch

DISTRIBUTION:
Next of Kin (3)
AHRC-PED-A (1)
SRDC (AHRC-EFS) (1)
Unit (1)
File (1)


Printed on Recycled Paper

Fis_KohlhaasA_CP_00000068
**PX2007**

PX2008



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT
OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 24 AUGUST 1962 HAS AWARDED

## THE BRONZE STAR MEDAL

TO

### SERGEANT ADAM J. KOHLHAAS
### UNITED STATES ARMY

For meritorious service from 24 September 2007 to 21 April 2008, while assigned to Company D, 1st Battalion, 327th Infantry Regiment during Operation Iraqi Freedom. His commitment contributed to our Nation's continual war on terror and his actions represented his dedication to the security of the United States of America. His sincere desire to bring peace and stability to a foreign nation is an example of what all American Soldiers strive to achieve. No greater honor can be demonstrated by his ultimate sacrifice and he will be forever remembered for his actions. Sergeant Kohlhaas' duty performance and selfless service are in keeping with the highest traditions of military service and reflect great credit upon himself, the Multi-National Corps-Iraq, and the United States Army.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON

THIS 22D DAY OF APRIL 2008

THE ADJUTANT GENERAL

SECRETARY OF THE ARMY

DA FORM 4980-5 WT, JAN 2000  Previous edition is obsolete

Fis_KohlhaasA_CP_00000067
PX2008



8 5

**DEPARTMENT OF THE ARMY**
U.S. ARMY HUMAN RESOURCES COMMAND
200 STOVALL STREET
ALEXANDRIA VA 22332-0400

PERMANENT ORDERS 113-05

22 April 2008

KOHLHAAS, ADAM J. ▮▮▮▮▮▮▮ SGT  Company D, 1st Battalion, 327th Infantry
Regiment, Multi-National Corps Iraq, APO AE 09342

Announcement is made of the following award:

Award:  Bronze Star Medal (Posthumous)
Date(s) or period of service:  24 September 2007 to 21 April 2008
Authority:  AR 600-8-22, paragraph 3-14
Reason:  For meritorious service
Format:  320

This order supersedes any previously issued order that may have been
published announcing this award.

BY ORDER OF THE SECRETARY OF THE ARMY:

SYLVIA A. BENNETT
LTC, AG
Chief, Military Awards Branch

DISTRIBUTION:
Next of Kin (3)
AHRC-PED-A (1)
SRDC (AHRC-EFS) (1)
Unit (1)
File (1)


Printed on Recycled Paper

Fis_KohlhaasA_CP_00000069
**PX2008**

PX2015

# EXPERT WITNESS REPORT AND DECLARATION

### *Estate of Christopher Brook Fishbeck, et al., v.*
### *Islamic Republic of Iran, et al.*
### 1:18-cv-2248, D.D.C.

## COLONEL MARK LEE WALTERS, US ARMY RET
## CW4 RONALD EVANS, US ARMY RET
## CW3 DAVID SULTZER, US ARMY RET.

### April 21, 2008, Attack in Salah ad Din Province that Killed
### SGT Adam J. Kohlhaas

PX2105

# TABLE OF CONTENTS

I.   Salah ad Din ............................................................................................ 1

    A.   Overview ........................................................................................ 1

    B.   Major cities / urban areas and terrain features ................................ 1

    C.   Predominant people groups.............................................................. 2

    D.   Threat Groups (space, purpose, major activities) ........................... 2

        1.   AAI in Salah ad Din Governorate................................................ 2

        2.   Al Qaeda in Iraq (AQI) in Salah ad Din Governorate ................ 3

    E.   Tactics, Techniques, and Procedures (TTPs)................................... 6

    F.   Connection with Iran support........................................................... 7

II.   Attack: April 21, 2008 – IED attack – Near Baiji, Salah ad Din Governorate .................... 11

PX2105

## I.    Salah ad Din

### A.    Overview

Salah ah Din Governorate lies north of Baghdad and bordered by Al Anbar to the west, Diyala to the east and Kirkuk, Erbil, and Nineveh to the north.  The province covers an area of over 9400 square miles of terrain and maintains a population of over 1 million people.  Salah ad Din is noted for a number of important religious and cultural sites and was the home of Saddam Hussein in a small town near Tikrit.



### B.    Major cities / urban areas and terrain features

The capital of Salah ad Din is Samarra, located near the center of the governorate.  Other major urban areas include Tikrit, Balad, Taji, Tarmiyah, and Tooz.  It is considered one of the most rural populations in Iraq and benefits from the Tigris river that runs through the center of the province.  Additionally, Highway 1, Iraq's largest highway, runs alongside the Tigris through the major urban areas between Baghdad and en route to Mosul.  Salah ad Din was long used as a transit area for smugglers as it sat on strategic cross-roads that offered easy access into the Iraqi capital city of Baghdad, which would later become a prominent feature in Al-Qaeda in Iraq (AQI) operations against Coalition forces.  Salah ad Din is also known for its major religious and cultural sites to include the Shia-Muslim Al-Askari Shrine, where the 10th and 11th Shia Imams are buried and the Great Mosque of Samarra which was completed in 861 A.D.

PX2105

## C.     Predominant people groups.

Despite the significant Shia-Muslim religious and cultural sites, Salah ad Din is primarily a Sunni-Muslim province.  There exists some Kurdish influence, as the province borders heavy Kurdish provinces like Diyala.  The namesake of the Governorate, Saladin was a Kurdish warrior and was a legend for his role in clearing the Crusaders from Jerusalem in the late 1100s.  Finally, like all other Iraqi Governorates, Salah ad Din is home to many tribes such as the Al Bu Nasir tribe, of which Saddam Hussein belonged and where he drew his inner-circle of advisors during his reign.

## D.     Threat Groups

The primary enemy threat groups operating in the Salah ad Din Governorate were two Sunni-insurgent groups, Ansar al-Islam (AAI) [also known as Ansar al-Sunnah (AAS)] under Abu Abdullah al-Shafi and Tawhid wal-Jihad (TWJ) that would later become Al-Qaeda in Iraq (AQI) network led by Abu Musab al-Zarqawi.

Throughout 2003 - 2008, AQI and AAI conducted insurgent operations against US and Coalition forces as they aimed to drive western influence out of Iraq and establish Islamic primacy over the area.  For example, during Ramadan of 2006 the Mujahadeen Shura Council (MSC) of AQI announced the formation of the Sunni Islamic State of Iraq (ISI) which were centered around Baghdad, al-Anbar, Diyala, Kirkuk, Ninawa, and Salah ad Din provinces.  According to the SITE Institute, the Sunni ISI would "judge according to the Islamic Shari'a (law), using such as an aegis for the people, and to defend the region."

### 1.    AAI in Salah ad Din Governorate

Ansar al-Islam (AAI) which was renamed Ansar al-Sunna (AAS) in 2003, operated in the northern portion Salah ad Din Governorate and shared the same focus of targeting Coalition forces, western interests, and any Iraqi organization seen as cooperating with Coalition according to the Australian Parliamentary Joint Committee on Intelligence and Security's summary of AAI/AAS.  AAI sought to overthrow the Iraqi Government, expel Coalition forces, and establish a Sunni Islamic state under Sharia Law.

Early in the conflict, the US and Coalition forces successfully defeated AAS and drove them out of Iraq, however later in the 2003, as Sunni resistance mounted against the Coalition, Ansar al-Islam began to recover and re-establish capability.  The US Army's History of the Iraq War expands,

> The group (AAI) had lost its enclave in northern Iraq, its training camps, and many of its veteran fighters, but the coalition's inability to close off escape routes from Kirkuk and Sulaymaniyah into Salahadin and Diyala allowed surviving members of the organization to reach the Sunni Triangle and Iran, where they joined forces

PX2105

*with al-Qaeda and other Islamist resistance groups. In short order, Ansar al-Islam established a network of safe houses and other logistics operations for foreign fighters inside Iraq*[1]

According to the US Army History, in June 2003 elements of AAI began to re-establish contacts with surviving pre-invasion Islamist foreign fighters operating in such areas as Tikrit and Bayji (within the Salah ad Din Province).[2]

## 2. Al Qaeda in Iraq (AQI) in Salah ad Din Governorate

According to the Institute for the Study of War's description of Northwest Baghdad (which included southern areas of Salah ad Din), in 2007, al Qaeda used much of this area to move fighters and supplies between al-Anbar, Salah ad Din, and Diyala provinces in order to facilitate attacks against US and Coalition forces in the city of Baghdad.  Additionally, AQI would use these "safe havens" to build improvised explosive devices that would be smuggled into the capital city for high profile attacks against these same forces.   In the summer of 2007 Multi-National Corps-Iraq (MNC-I) conducted Operation PHANTOM THUNDER to destroy these al-Qaeda safe havens in the area stretching north from Karmah to Lake Thar Thar and east toward Taji (in Salah ad Din Province).[3]

Bill Roggio, a noted war-time correspondent with the Long War Journal and a Senior Fellow at the Foundation for the Defense of Democracies (FDD) during Operation Iraqi Freedom described the intensity of Al Qaeda operations occurring in the Salah ad Din Province in 2007.  As US and coalition operations were intensifying in the summer of 2007, Roggio reports,

*On August 3, Iraqi Security Forces captured the al Qaeda in Iraq Emir in Samarra, along with an assistant. Also on August 3, Iraqi and US forces captured two members of an al Qaeda IED cell near Taji and three members of an al Qaeda cell responsible for facilitating Iraqi insurgents and foreign fighters in the Qaim region in Western Iraq.*[4]

In the summer of 2007, Multi-National Corps-Iraq (MNC-I) conducted Operation PHANTOM THUNDER in order to attack the key support zones and sanctuaries for AQI and its allies which included the southern portion of Salah ad Din Province. The map below shows the support zones that would focus the effort of Operation PHANTOM THUNDER.  Specifically, 1st

---

[1] The U.S. Army in the Iraq War, Volume 1.  Page 174.

[2] ibid

[3] Institute for the Study of War, "Northern Iraq," 2008.  http://www.understandingwar.org/region/northern-iraq.  Accessed 14 June 2020.

[4] Bill Roggio, "Taking the fight to al Qaeda in the North," FDD's Long War Journal, November 29, 2007.  https://www.longwarjournal.org/archives/2007/11/taking_the_fight_to.php.  Accessed 14 Jun 2020.

PX2105

Brigade, 1st Cavalry Division was responsible for the area near the city of Taji, in Salah ad Din Province.[5]



Map created by the official cartographer at the U.S. Army Center of Military History, Washington, DC.

The early success of combat operations prior to Operation PHANTOM THUNDER served to drive AQI out of the western part of Iraq into towns north of Baghdad to include Taji, Tarmiyah and Karmah where they could mount significant attacks against the thinly stretched coalition forces who were attempting to control these areas.  As a result, Sunni insurgents were able to mount a significant attack against US Forces north of Taji which included three suicide car bombs that "rammed the outpost's entry point…"[6]

In 2008, the successes associated with the increase in U.S. military combat power (known as the "Surge") and the support from disaffected Sunni Tribes (known as the "Awakening") began to have a detrimental effect against AQI. However, despite this success, AQI was not defeated and remained determined and able to conduct attacks against US and Coalition forces in areas such as Salah ad Din Province.  Bill Roggio's report from April 2008 highlighted this reality,

---

[5] The U.S. Army in the Iraq War, Volume 2.  Page 196

[6] Ibid, 203.

*Al Qaeda's ability to conduct large-scale, coordinated attacks has diminished since the fall of 2007 as the security situation improved. But as yesterday's suicide attacks in Baqubah, Mosul, Ramadi, and Baghdad show, al Qaeda still maintains some capacity to coordinate operations and target civilians.*[7]

The map below shows, that while the Al Qaeda influence significantly dropped between 2006 and 2008, there was still a strong presence along the Tigris River corridor in areas that included the major urban areas in Salah ad Din Province.[8]



Finally, it's important to note that Ansar al-Sunna/Ansar al-Islam had close ties with Al Qaeda in Iraq, given their similar views on the US and Coalition force and desire to create an Islamic state in fact, many members of AQI once belonged to AAI.  As an example, in a DOD press briefing in Jul 2007, Brigadier General Bergner informed the group that a recent high-level AQI leader had recently been captured and described his history

*Earlier this month, there was also a significant operation in the fight against the al Qaeda leadership in Iraq.  On the 4th of July, coalition forces captured a terrorist named Khaled Abdul-Fattah Dawoud Mahmoud al-Mashhadani...believed to be the most senior Iraqi in the al Qaeda in Iraq network. He is a close associate of Abu Ayyub al-Masri, the Egyptian-born head of al Qaeda in Iraq.  He's currently in coalition custody and providing significant insights into the nature and*

---

[7] Bill Roggio, "Targeting al Qaeda in Iraq's Network, March-April 2008," FDD's Long War Journal.  April 16, 2008. https://www.longwarjournal.org/archives/2008/04/targeting_al_qaeda_i.php.  Accessed 14 Jun 2020.

[8] Eric Hamilton, Researcher, "Backgrounder #21.  "Developments Fighting AQI in 2007," Institute for the Study of War, January 2008.

PX2105

*circumstances of al Qaedain Iraq.  <u>Mashhadani was a leader in the Ansar al-Sunna</u>*
<u>*terrorist group before joining al Qaeda in Iraq*</u> *two and a half years ago.  He served*
*as the al Qaeda media emir for Baghdad and then was appointed the media emir*
*for all of Iraq and served as an intermediary between AQI leader al-Masri, Osama*
*bin Laden and Ayman al-Zawahiri.[9]*

Thus, in many cases attacks were sometimes attributed to al-Qaeda in Iraq that were
conducted by AAI/AAS and vice versa.  Both organizations, however shared common Tactics,
Techniques, and Procedures and possessed ties to Iranian active and tacit support, as outlined
below.

### E.    Tactics, Techniques, and Procedures (TTPs)

Traditionally, al-Qaeda in Iraq (AQI) and Ansar al-Islam/Sunnah (AAI/AAS) employed
standard tactics against US and Coalition forces which included small arms, mortar, and rocket
attacks.  They were also known to employ various forms of improvised explosive devices (IEDs)
against moving and stationary targets.  The US Army's detailed report from the Iraq War further
describes how in 2004 these TTPs employed by these Sunni-insurgent groups operating in areas
like Baghdad and Salah ad Din Province began to mature from random attacks to deliberate
assaults on specific targets:

> *The attackers in these areas used mostly guerrilla-type hit-and-run tactics such as*
> *opportunistic firefights, drive-by shootings, ambushes, rocket-propelled grenades,*
> *and sniper attacks against coalition military targets. Beginning in July, CJTF-7*
> *also observed increasing numbers of mortar attacks against military compounds,*
> *particularly those in Baghdad, Tikrit, and Baqubah. The attacks had shifted from*
> *random targets to planned attacks against supply convoys, checkpoints, forward*
> *operating bases, and NGOs.[10]*

Further, these same insurgents began to perfect the use of "road-side bombs" against
convoys and softer targets.  Based on the volumes of ordnance left by the old Iraqi Army,
insurgents had easy access to explosives, mines, mortars, tank rounds and artillery shells that they
could fashion into IEDs.  The Sunni insurgents would employ these devices against specific
Coalition or Iraqi Army targets and over time became more lethal and advanced in their designs.

According to the Institute for the Study of War, during Operation PHANTOM THUNDER
the US established combat outposts in Tarmiyah (north of Taji) where al-Qaeda often conducted

---

[9] DOD Press Briefing, Brigadier General Kevin Bergner, Spokesman and Deputy Chief of Staff for Strategic
Effects, MNF-I, July 18, 2007.  https://www.globalsecurity.org/military/library/news/2007/07/mil-070718-mnfi-
b01.htm.  Accessed 14 June 2020.

[10] The US Army in the Iraq War, Volume 1, page 177.

PX2105

coordinated attacks with small arms fire and vehicle borne improvised explosive devices (VBIEDs).[11]

From 2003 through 2006, AAI/AAS conducted suicide bomb attacks known as a Person-borne IED (PBIED) attacks as well as Suicide vehicle-borne IED (SVBIED) attacks throughout Northern Iraq.  The AAI/AAS suicide bomber attacks targeted Kurdish military, Kurdish political figures, and U.S. military forces.

The Australian Parliament published a study providing an excellent overview of AAI/AAS organization, objectives, structure, and typical tactics, techniques and procedures which included, "Ansar al-Sunna's engagement in terrorist activities Ansar al-Sunna undertakes terrorist attacks each week in Iraq. Ansar al-Sunna's operational focus includes targeting Coalition Forces; Western interests; Iraqi security forces; Iraqi government structures; Iraqis seen as cooperating with Coalition forces; secular Kurdish officials; and increasingly sectarian Shia targets. Ansar al-Sunna's terrorist activities include suicide attacks, car bombs, emplaced improvised explosive devices (IEDs), kidnappings, executions, assassinations and conventional military attacks."[12]

## F.    Connection with Iran support

There is significant evidence that Al-Qaeda received support from Iran despite their differences as Sunni (AQ) and Shia (Iran) religious views.  Much of this evidence has been detailed in other documents such as the 9/11 Commission Report.

Furthermore, evidence suggests that Abu Musab Zarqawi, Tawhid wal-Jihad (TwJ) and later al-Qaeda in Iraq (AQI) gained its support and expertise from Iranian sources, either directly or indirectly.  The United States Military Academy Combating Terrorism Center (CTC) article, "Marriage of Convenience" outlined how Zarqawi was able to move safely from Afghanistan and prepare for operations in Iraq through the assistance of Iran.

> *Iranian officials also frequently granted transit through Iran to al-Qa`ida members seeking to travel into or out of Afghanistan. Saif al-`Adl, a senior Egyptian al-Qa`ida operative, wrote in his biography of al-Zarqawi that al-Qa`ida suggested setting up guest houses in Tehran and Mashhad to facilitate the movement of fighters to al-Zarqawi's training camp in Herat, Afghanistan.*[13]

---

[11] Eric Hamilton, Researcher, "Backgrounder #21.  "Developments Fighting AQI in 2007," Institute for the Study of War, January 2008.

[12] Parliamentary Joint Committee on Intelligence and Security, "Review of the re-listing of Ansar al-Sunna, JeM, LeJ, EIJ, IAA, AAA and IMU as terrorist organisations." The Parliament of the Commonwealth of Australia.  Page 8

[13] Assaf Moghadam, USMA Combatting Terrorism Center (CTC), "Marriage of Convenience: The Evolution of Iran and al-Qa`ida's Tactical Cooperation. https://ctc.usma.edu/marriage-of-convenience-the-evolution-of-iran-and-al-qaidas-tactical-cooperation/.n accessed 14 June 20.

7

PX2105

In May 2007, the Multi-National/Coalition Force-Iraq (MCF-I) Intelligence section drafted an analysis of Al Qaeda connections with Iran. Some of the key points addressed included how Iran served as a "gateway" between AQI interests in Afghanistan and Iraq. According to the paper, AQI drew its lineage to the radical Islamist Abu Musa'al al Zarqawi (AMZ) and his Tawhid wal Jihad (TWJ) insurgent camp that he led in Herat, Afghanistan. There Zarqawi received direct support from Osama bin Laden and his top lieutenants. The TwJ camp's location was ideal as it had easy access into Iraqi Kurdistan via Iran, providing easy contact between the jihadists in Afghanistan with the largest Islamic organization operating in Iraq, prior to the Iraq War – Ansar al Islam.[14]

The MCF-I paper also notes that Iran served as a safe haven for Zarqawi operations. According to the document many of Zarqawi's subordinates such as Khaled al-Aruri and Abdel Hadi Ahmad Mahmoud Daghlas maintained residence inside Iran, near the Iraqi border where they coordinated AAS operations for Zarqawi.[15]

Once Zarqawi formally established ties with Al Qaeda, in 2004 this change in status allowed increase financial and logistical support as well as religious and political backing from AQ's senior leadership, and therefore also enjoyed the support that Iran afforded to Al Qaeda which included logistical support. According to the MCF-I paper, Lu'ai Saqa (aka Ala ad Din) served with Zarqawi as a "senior al-Qaeda associate charged with providing logistical support to members of the organization, ranging from forged documents to safehouses and money." He was regarded as Zarqawi's "external operations chief and served a direct link between Zarqawi and the Iran-based al-Qaeda leadership. [16]

Finally, the Center for Strategic and International Studies (CSIS) article by M.J. Kirdar, "Al Qaeda in Iraq," further outlines the common interests that Iran and AQI shared that overcame other religious differences:

> *Another unexpected alliance occurred between Zarqawi's group and Iran. According to a Jordanian intelligence officer, Iran equipped AQI with weapons, uniforms, and other military equipment: "The Iranians see Iraq as a fight against the Americans... they'll get rid of Zarqawi and all of his people once the Americans are out." The complex, at times cooperative, relationship between al Qaeda and*

---

[14] PX937, Insurgent Group Profile: Al Qaeda in Iraq (AQI), published May 2, 2007, MCFI Study A (Working Paper); declassified by USCENTCOM Chief of Staff, MG Michael X. Garrett, 201505, FOIA Release, page 1

[15] Ibid, page 1

[16] PX937, Insurgent Group Profile: Al Qaeda in Iraq (AQI), published May 2, 2007, MCFI Study A (Working Paper); declassified by USCENTCOM Chief of Staff, MG Michael X. Garrett, 201505, FOIA Release, page 3, 8

PX2105

*Iran—ostensibly mortal enemies—demonstrates the importance of not viewing alliances through one-dimensional assessments of group interests.*[17]

Similar to AQ/AQI, there is evidence that AAI enjoyed overt and tacit support from their Iranian neighbors who shared the same desire to rid Iraq of western influence and coalition occupation.  Much of the available information indicates that Iran provided safe havens for AAI/AAS leaders and insurgents.

Jonathan Schanzer reports in his article, "Al-Qaeda's Armies" that the AAI spiritual leader, Mullah Krekar sought refuge in Iran but was later arrested in Amsterdam following a flight from Tehran. (Schanzer).  Schanzer further reports,

Iran allowed the group to operate along its borders with Iraq. Kurds further allege that Iran provided logistical support by allowing for the flow of goods and weapons, and providing a safe area beyond the front lines.[18]

Schanzer also describes how Ansar al Sunna fighters sought refuge in Iran following the major hostilities in Iraq,

*Throughout the summer following the war, it became clear that Ansar militants and other al-Qaeda fighters had sought refuge in Iran. Washington and Tehran were reportedly negotiating the extradition to their home countries. Among those sought by the U.S. was Abu Wael. In October, Iran announced that it had deported some al-Qaeda suspects, but would not extradite any to the U.S. By the following year, reports emerged that dozens of Ansar al-Islam militants had found refuge in Iranian towns such as Mariwan, Ravanshar, and Jebel Shiram.[19]*

Early in their formation, Iran provided support to AAI/AAS in the form of transportation, safe haven and supplies in an effort to dissuade their own Kurdish militants from activity within Iran.  In 2007, David Romano from the Jamestown Foundation wrote "An Outline of Kurdish-Islamist Groups in Iraq" expands on this mutual interest,

*The Shiite regime in Iran likely provided support to this radical Sunni group as a means of exercising leverage on the Kurdish secular parties ruling the KRG. Support for Ansar al-Islam could provide Iran with a particularly effective means of warning Iraqi Kurds not to allow Iranian Kurdish dissidents based in the KRG*

---

[17] M. J. Kirdar, "Al Qaeda in Iraq," AQAM Futures Project Case Study Series, Case Number 1, June 2011. https://www.csis.org/files/publication/110614_Kirdar_AlQaedaIraq_Web.pdf.  Accessed 14 Jun 2020.

[18] Jonathan Schanzer, "Al Qaeda's Armies: Middle East Affiliate Groups and the Next Generation of Terror," The Washington Institute: Policy Analysis.  October 2004.  https://www.washingtoninstitute.org/policy-analysis/view/al-qaedas-armies-middle-east-affiliate-groups-and-the-next-generation-of-te.  Pages 137-138.  Accessed 14 Jun 2020.

[19] ibid

9

PX2105

*(the Kurdistan Democratic Party of Iran and Komala) to make too much trouble for Iran.[20]*

This support included logistics for Ansar al Islam cells in between 2001 and 2003, Romano writes,

> *In addition to Ansar al Islam cells operating as far away as Italy...a significant degree of Iranian support was necessary for [AAI] to function, given that the group's military supplies came in from Iran (the mountainous region they control touches the Iranian border), veterans from Afghanistan joined them via Iran, and their cadres (including Mullah Krekar himself) entered and left the area via Iran.[21]*

Early in their formation, Iran provided overt and covert support to AAI/AAS in the form of safe passage into and out of northern Iraq.  Romano writes, Ansar included Palestinians, Iranians, Jordanians, Afghans and Arabs from various countries, according to a PUK agent who lived in the area they controlled. Ansar members were paid their salary in the currency of their home country. Most of them held Iranian passports (regardless of their actual nationality) and took a yearly vacation by first traveling to Iran and then generally on to another country. Finally, following the joint US Special Forces and Patriotic Union of Kurdistan (PUK) operations in 2003 that dealt a significant blow to the AAS leadership, many AAS escaped to Iran.  Romano interviewed villagers from nearby towns who reported that AAS militants continued to operate from nearby towns in Iran.[22]

Villagers in Biyara, Sargat, and Gul (all former Ansar-controlled villages on the border) stated that Iran now allows [AAI] to operate from safe houses in adjacent Iranian towns such as Mariwan.  In other cases, Iranian authorities held Ansar militants a few days and brought them back to the boarder, returned their weapons to them and allowed them to reenter Iraq.[23]

The Council on Foreign Relations 2008 profile of AAI describes the connection between AAI/AAS and Osama bin Laden and further suggests additional Iranian support,

> *Police in Turkey seized guns, explosives, bomb-making booklets and over 4,000 compact discs with training advice from Osama bin Laden. Some analysts say Ansar has received logistical support from Iran and Syria and recruited members in Italy. Some analysts say Iran assists Ansar, harboring its militants within its*

---

[20] David Romano, "An Outline of Kurdish-Islamist Groups in Iraq," September 2007. (https://www.researchgate.net/publication/228385364_An_Outline_of_Kurdish_Islamist_Groups_in_Iraq), accessed 14 Jun 2020, page 12

[21] Ibid

[22] Ibid, 13

[23] ibid

PX2105

*borders and providing a route for foreign fighters to enter Iraq and join Ansar's ranks. "It's very clear that there are fighters streaming in over the Iranian border tied to this group," says Jonathan Schanzer, an expert on militant Islam at the Washington Institute for Near East Policy. Iran has denied reports of links to the group.[24] (https://www.cfr.org/backgrounder/ansar-al-islam-iraq-islamistskurdish-separatists-ansar-al-sunnah)*

Finally, in their article, "Iranian Influence in the Levant, Iraq, and Afghanistan," American Enterprise Institute report, Kimberly Kagan, Frederick Kagan, and Danielle Petka provide insights into the relationship between Ansar al-Islam (AAI) and Iran.  In this detailed and well-researched report, they point to U.S. and British intelligence reports that identified the close relationship between the Sunni insurgent group and Iran starting in 2004.  According to their report, "U.S. and British intelligence reports in 2004 "concluded that Ansar al-Islam was working closely with Iran, and also al-Qaeda, in its terrorist attacks against coalition forces…[O]ne British defence report noted pointedly: 'some elements [of AAI] remain in Iran.  Intelligence indicates that elements of Iran's Islamic Revolutionary Guard Corps are providing safe haven and basic training to Iran-based [Ansar al-Islam] cadres."[25]  The authors also point to another report by the Iraq Survey Group that noted "approximately 320 Ansar al-Islam terrorists being trained in Iran…for various attack scenarios including suicide bombings, assassinations, and general subversion against U.S. forces in Iraq.[26]

## II.    Attack: April 21, 2008 – IED.  Salah Ad Din Province, near Baiji

**Directly Injured Plaintiff:** Estate of Adam J. Kohlhaas

**Iranian-supported FTO & Groups Involved:** MOIS/IRGC/AQ/AQI

**Summary of Opinion.**  After reviewing the available evidence and information, we conclude with a reasonable degree of certainty that the April 21, 2008, IED attack that killed Sergeant (SGT) Adam J. Kohlhaas was executed by an AQ/AQI cell operating in the vicinity of Baiji, north of Baghdad in the Salah ad-Din Province, Iraq. At the time of the attack, the area was a known permissive environment for AQ/AQI where elements would transit into and out of Baghdad to conduct attacks against the local populace and Coalition Forces. Ultimately, AQ/AQI's

---

[24] Kathryn Gregory, "Ansar al-Islam (Iraq, Islamists/Kurdish Separatists), Ansar al-Sunnah: Profile of militant Islamist Kurdish Separatist movement seeking to transform Iraq into an Islamic state."  Council on Foreign Relations.  November 5, 2008.  https://www.cfr.org/backgrounder/ansar-al-islam-iraq-islamistskurdish-separatists-ansar-al-sunnah.  Accessed 14 Jun 2020.

[25] Kagan, Kagan, Petka, Iranian Influence in the Levant, Iraq, and Afghanistan.  Institute for the Study War, accessed June 3, 2020.  http://www.understandingwar.org/otherwork/iranian-influence-levant-iraq-and-afghanistan, page 22

[26] ibid

11

PX2105

objective with these attacks was to kill and maim Iraqi citizens and Coalition Forces in order to coerce the withdrawal of U.S. and Coalition Forces from Iraq and regain Sunni dominance of the country in order to ultimately establish an Islamic caliphate.  Further, we conclude that the successful execution of this well-coordinated IED attack against U.S. combat patrol was likely a result of the material support that AQ/AQI received from Iran through the Iranian Ministry of Intelligence (MOIS) and the Iranian Islamic Revolutionary Guard Corps (IRGC) and IRGC-Qods Force.

**Summary of Attack.**  On April 21, 2008, SGT Kohlhaas was serving as an Infantryman assigned to D Company, 1st Battalion, 327th Infantry Regiment, 1st Brigade Combat Team (BCT), 101st Airborne Division in the MND-North area of operations.  SGT Kohlhaas' BCT was conducting clearing operations to defeat AQ/AQI in the Baiji area of operations.  He was a passenger, performing security in a Mine-Resistant Ambush Protected (MRAP) vehicle as part of a patrol travelling in the vicinity of Salam Village, in Salah ad Din Province.  During the movement, his MRAP (third in order of march) struck a pressure plate (initiating device) and detonated an IED.  The force of the IED flipped the MRAP over, killing two soldiers (including SGT Kohlhaas).  The other soldiers attempted life-saving measures to resuscitate SGT Kohlhaas, but his internal injuries were too severe.  Later, the BN EOD team conducted a battle damage assessment and confirmed that it was a "pressure plate" IED that detonated underneath the MRAP (i.e., victim initiated IED).  At the time of the attack, AQ/AQI maintained relative freedom of maneuver in outside the built-up/urban areas of Salah ad Din Province.  The maps below depict the location where SGT Kohlhaas unit was attacked near Baiji, in Salah al-Din Province.



12

PX2105





**Attribution (associated with the List of Documents reviewed):**

o **Storyboard Report**.  The storyboard from an MNC-I Ops Report, Tracking Number:  20080421145438SLD61944732,  "(EXPLOSIVE HAZARD" IED EXPLOSION RPT (Underbelly IED) 5/D/1-327: 2 CF KIA 2 CF WIA 2 CIV KIA 1 CIV WIA 4 UE DET." 23 Feb 2022. According to the official report, an IED detonated against 5th Platoon, D/1-327 IN in vicinity of the Salam Desert in the

13

Salah Ad Din Province.  Later, the Battalion Intelligence officer reported that the IED "was most likely placed there for a significant amount of time…it shows that the UE (unidentified enemy) emplacers use pressure switch/mines in order to hit CF using the road to travel to Salam Village…the local populace near the scene of the incident claim, that they never travel this road for fear of explosives that are buried or hidden."[27] Given that the IED had been in-place for a significant period of time and that the local populace avoided the same road, indicates the area was a relatively permissive environment for the enemy forces.  Likewise, the size of the IED was significant in that it was able to penetrate the thick armor of the MRAP vehicle and flip it over (weighing approximately 14-18 tons).

o  **Casualty Report**.  The Casualty report confirms that SGT Kohlhaas was killed in action by "blast injuries" on 21 April 2008.[28]

o  **Declarations**

  ▪  Michael C. Behenna.  1LT Behenna served as SGT Kohlhaas' platoon leader at the time of the attack and was present with him when he was killed by an IED explosion.  Behenna's declaration is consistent with the information contained in the official SIGACT and provides further details regarding the attack that killed SGT Kohlhaas on April 21, 2008.  Specifically, he cites that AQI and its affiliates operated in the area where his platoon was conducting operations and was likely responsible for emplacing the IED that detonated against a vehicle in his platoon.[29]  As a Platoon Leader, Behenna would have access to the intelligence of the enemy operating in his area of operations, so it is reasonable to conclude AQI was responsible for the attack.

o  **MNC-I Press Briefings**.

  ▪  DOD Press Briefing, Major General Mark Hertling, Commanding General, Multi-National Division – North, Topic: Operational Update.  Date: Wednesday, February 11, 2008.  MG Hertling commanded the Division whose area of operations included Salah ad-Din province.  In his update, he provided an overview of the security situation for his Area of Operations.  The tone of his assessment was positive regarding many of the provinces including Salah ad-Din with the exception of the area around Bayji (the site where SGT Kohlhaas was attacked) that were causing him concern.[30]

---

[27] PX2000, MNC-I Ops Report, Tracking Number: 20080421145438SLD61944732, "(EXPLOSIVE HAZARD" IED EXPLOSION RPT (Underbelly IED) 5/D/1-327: 2 CF KIA 2 CF WIA 2 CIV KIA 1 CIV WIA 4 UE DET." 23 Feb 2022

[28] PX2004, DD Form 1300, Report of Casualty, SPC Kohlhaas, Adam, Job, Fis_KohlhaasA_CP_000001, 9 May 2008

[29] PX2001, Michael C. Behenna, Sworn Statement, December 29, 2021.

[30] PX393, DOD Press Briefing with Major General Mark Hertling, CG, MND-N, February 11, 2008. https://www.globalsecurity.org/military.  Accessed August 6, 2022.

Regarding the security concerns, he specifically was referencing Al Qaeda in Iraq.

- DOD Press Briefing, Major General Kevin J. Bergner, Spokesman Multi-National Force Iraq: Topic: Operational Update.  Date: Wednesday, 16 April 2008.  During his weekly Operational update to the press, MG Bergner provided the audience with a slide presentation that included locations where the top 10 AQI leaders had been apprehended over the past month.  These leaders' locations extended from Mosul, along the Tigris River Valley south and into Baghdad.  Two of the leaders, Abd al-Rahman Ibrahim Jasim Tha'ir was a military Emir from Bayji and Muhammad Fathi Hammad Husayn was an AQI cell leader and formerly in charge of assassinations also from Bayji[31] (near the same area as SGT Kohlhaas' attack the previous month).  Despite the success the coalition was experiencing, AQI still maintained pockets of strongholds throughout northern Iraq and in parts of Baghdad.

- DOD Press Briefing, Major General Kevin J. Bergner, Spokesman Multi-National Force Iraq, and Dr. Tahseen al-Sheikhly, Iraqi Spokesman: Topic: Operational Update.  Date: Wednesday, 7 May 2008.  During his weekly Operational update to the press, MG Bergner provided the audience with a slide presentation that included locations where the top 10 AQI leaders had been apprehended over the past month.  These leaders' locations extended from Mosul, along the Tigris River Valley south and into Baghdad.  One of the leaders, Yusif Dhalaf 'Abd Fayyad was a Security Amir in Bayji[32] (near the same area as SGT Kohlhaas' attack the previous month).  Despite the success the coalition was experiencing, AQI still maintained pockets of strongholds throughout northern Iraq and in parts of Baghdad.

- o **Other Materials/Evidence.**

  - Memorandum for MNC-I CG, LTG Lloyd J. Austin.   SUBJECT: "Declassification of information to be used in two courts-martials." 23 Oct 2008.  As part of his declaration, Mr. Behenna (SGT Kohlhaas' Platoon Leader at the time of the attack) provided excerpts from declassified intelligence summaries that described the enemy situation at the time of the attack.  According to these statements, "on 20 April 2008, members of the Al-Qaida In Iraq improvised explosives devices cell conducted an improvised explosive device attack on the coalition forces convoy in the vicinity of Salam Village, Salah ad Din Province, Iraq."[33]  The report names the individuals associated with the attack that occurred the day prior and

---

[31] PX394, DOD Press Briefing with Major General James. Bergner, MNF-I, April 16, 2008.
https://www.globalsecurity.org/military.  Accessed August 6, 2022.
[32] PX395, DOD Press Briefing with Major General James. Bergner, MNF-I, May 7, 2008.
https://www.globalsecurity.org/military/library/news/2008/05/mil-080507-mnfi-b01.htm.  Accessed July 27, 2022.
[33] PX885, Memorandum for MNC-I CG, LTG Lloyd J. Austin.  SUBJECT: "Declassification of information to be used in two courts-martials." 23 Oct 2008

PX2105

highlights they were part of AQI operating in the Salam Village. Given that this report identifies AQI conducting an IED attack one day prior to the Plaintiff's attack, in the same area, indicates that AQI was likely responsible for the 21 April 2008 attack that killed SGT Kohlhaas.

- FDD's Long War Journal, "Targeting al Qaeda in Iraq's Network, April – May 2008. Bill Roggio, a noted correspondent who lived and reported on the war from Iraq described how U.S. and Iraqi security forces continued to pursue AQI networks in Baghdad, Mosul, and northern Diyala Province (adjacent to Salah ad-Din). He cited MG Bergner's 8 May 2008 press briefing where he listed the top ten AQI leaders that had been captured in northern Iraq, to include Bayji[34] (see DOD Press brief above). Additionally, he included a recent map, highlighting AQI areas of influence across Iraq, dated March 2008. This map shows where AQI enjoyed freedom of movement along the Tigris and Diyala River valleys to include the site where SGT Kohlhaas was attacked the following month.



- Multi-National Corps-Iraq (MNC-I) Battle Update Assessment (BUA), 7 Feb 08 Notes. In declassified report of notes taken during a BUA briefing to the MNC-I Commanding General in February 2008, the MND-North Division provided a summary of operations in the Salah ad-Din Province.

---

[34] Roggio, Bill, FDD Long War Journal, "Targeting al Qaeda in Iraq's Network, April-May 2008," May 7, 2008.

16

PX2105

Specifically, the briefer stated that 1st Brigade, 101st Airborne Division (1/101 BCT) was "continuing to target AQI and ISI support zones throughout the province [Salah ad-Din]." The focus of their effort was in the Al Jazeera Desert outside of Bayji and near Balad.[35] The remainder of the notes highlight IED caches found and a suspected AQI logistics node and safe haven in east Balad. SGT Kohlhaas' patrol was attacked in the same region less than two months later, so it is reasonable to conclude that elements of AQI were also responsible for the same attack.

- Institute of War Article, 2007 regarding NW Baghdad region and Al Qaeda influence. According to the Institute for the Study of War's description of Northwest Baghdad (which included southern areas of Salah ad-Din), in 2007, Al Qaeda used much of this area to move fighters and supplies between al-Anbar, Salah al-Din, and Diyala provinces in order to facilitate attacks against US and Coalition forces in the city of Baghdad. Additionally, AQI would use these "safe havens" to build Vehicle Borne Improvised Explosive Devices (VBIEDs) that would be moved to the capital city for high profile attacks against these same forces. In the summer of 2007 Multi-National Corps-Iraq (MNC-I) conducted Operation PHANTOM THUNDER to destroy these Al Qaeda safe havens in the area stretching north from Karmah to Lake Thar Thar and east toward Taji (in Salah ad-Din Province).[36]

- MNC-I Monthly Intelligence Update. According to the Joint Intelligence and Operations Center (JIOC) January 2008 report, AQ senior leadership was receptive to [redacted] terrorists establishing a route into Iran for the purpose of moving communications and personnel into Iraq. While not stating specific locations in Iran as a source/starting point for any route, the map on the slide shows arrows moving from Iran into Iraq. Further, the MNC-I Intelligence assessment states," …[redacted] authorities would likely monitor foreign terrorist flow through Iran to Iraq; it is unknown if (redacted) would perceive this flow as a threat." [37]

---

[35] PX884, MNC-I BUA February 2008 Notes. FOIA Request, CENTCOM. Declassified by MG Michael X. Garrett, USCENTCOM Chief of Staff, page 23.

[36] Institute for the Study of War article, "Summer Operations Northwest of Baghdad: Denying Sanctuary to Al-Qaeda in Iraq," Dec 11, 2007. Accessed June 11, 2020. http://www.understandingwar.org/backgrounder/summer-operations-northwest-baghdad-denying-sanctuary-al-qaeda-iraq

[37] PX941, USCENTCOM released file – summary of MNC-I BUA slides from January 2008. Declassified by MG Michael X. Garrett, USCENTCOM Chief of Staff: 201505, slide 37

PX2105

- Article, Daniel L. Byman, Unlikely Alliance: Iran's Secretive Relationship with Al Qaeda, Brookings Institute (July 31, 2012). This article details Iran's longstanding relationship with Al Qaeda, its motivations for supporting the terror group, and the safe haven provided to AQ leadership permitting cohesive leadership during the time of this attack.  He points out that, "In his publicly available writings (cited by the USMA Combatting Terrorism Center, CTC), Sayf al-Adl [one of al-Qaeda's top-ranking leaders] explained that Al Qaeda chose the locations of the training camps to enable recruits to transit to and from Afghanistan and Pakistan to Iran, and travel from there to important fields of jihad such as Iraq.[38]

- Report, Federal Research Division, Iran's Ministry of Intelligence and Security: A Profile. Library of Congress, Combatting Terrorism Technical Support Office – Irregular Warfare Support Program (Dec. 2012). This report details Iran's use of MOIS to provide "financial, material, technological and other support services" to AQ, and AQ's use of Iran as a safe haven from which it connects with its regional affiliates, including AQI.[39]

---

[38] Byman, Daniel, "Unlikely Alliance: Iran's Secretive Relationship with Al Qaeda." HIS Defense, Risk and Security Consulting, July 2012, page 29.

[39] Federal Research Division, Library of Congress, "Iran's Ministry of Intelligence and Security: A Profile," December 2012, page 37

18

PX2105

- U.S. Department of Treasury Press Center, "Treasury Takes Action to Stem Funding to the Iraqi Insurgency." February 15, 2005.  In 2005, the U.S. Treasury described how the Islamic Republic of Iran was providing support to Al Qaeda.  According to the official press release, the U.S. Treasury Department designated Muhsin al-Fadhli, an Iran-based confidant of Bin Laden, for providing financial and material support to underwrite attacks against American and Coalition forces fighting in Iraq.[40]

- U.S. Department of State Press Release, "Rewards for Justice – Ezedin Abdel Aziz Khalil (a.k.a. Yasin al-Suri) Reward Offer, December 22, 2011. In 2011, the Department of State offered $10 million reward for information that would lead to the capture of Yasin al-Suri.  According to the report, Suri was an important fundraiser for Al Qaeda and funneled significant amounts of money to Iraq, via Iran.  The report highlights those Iranian authorities maintained a relationship with al-Suri and have permitted him to operate within the Iranian borders since 2005.[41]

- U.S. Department of Treasury Press Center, "Treasury Further Exposes Iran-Based Al-Qa'ida Network." October 18, 2012.  Later, in 2012, the U.S. Treasury Department published another official press release citing al-Fadhli with providing financial and material support to Sunni militants fighting in Iraq. At the time, he was the principal link man for channeling money and material support to the Zarqawi network.[42]

- U.S. Department of Treasury Press Center, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism." February 16, 2010.  In this February press bulletin, the U.S. Treasury formally designated the Iranian Ministry of Intelligence and Security (MOIS) for human rights abuses and support of terrorism.  Among the entities listed was AQI, which according to the Treasury Department received not only money and weaponry but also "intermediary services" that helped secure the release of the group's imprisoned operatives.[43]

---

[40] U. S. Department of the Treasury, "Treasury Takes Action to Stem Funding to the Iraqi Insurgency," February 15, 2005.

[41] See Office of the Spokesperson, U.S. Department of State, "Rewards for Justice – Ezedin Abdel Aziz Khalil (a.k.a. Yasin al-Suri) Reward Offer," December 22, 2011, https://2009-2017.state.gov/r/pa/prs/ps/2011/12/179618.htm.

[42] U.S. Department of the Treasury, "Treasury Further Exposes Iran-Based Al-Qa'ida Network," October 18, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1741.aspx; Awami, "Looking for Foreign Elements."

[43] U.S. Department of the Treasury, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," February 16, 2012, https://content.govdelivery.com/accounts/USTREAS/bulletins/2f1cdf.

PX2105

**Conclusion:** After reviewing the available evidence and information, we conclude with a reasonable degree of certainty that the April 21, 2008, IED attack that killed SGT Adam Kohlhaas was executed by an AQ/AQI cell operating in the vicinity of Salam Village, in the Salah ad-Din Province of Iraq. The area where SGT Kohlhaas' unit was attacked was a known AQ/AQI permissive environment from which they could launch attacks against the local populace and Coalition Forces in and around Baghdad in order to ultimately regain Sunni power and force the withdrawal of U.S. and Coalition Forces from Iraq. Due to the coordination, precision, and intensity of the attack, it demonstrates strong proficiency by the insurgent cell such that it is highly likely that it received material support from Iran through the Iranian Islamic Revolutionary Guards Corps and Ministry of Intelligence and Security.

In our professional opinion, based upon our training, experience and expertise, the totality of the available information indicates that:

1.  The area of along the Tigris River Valley, between Bayji and Tikrit, Salah ad-Din Province was a known Al Qaeda in Iraq permissive environment during the spring and summer of 2008.  This permissive environment allowed AQI to operate and conduct attacks against coalition forces in and around the region and would have allowed them time to emplace victim-initiated IEDs along major routes where U.S. and coalition forces traveled.

2.  In April 2008, SGT Kohlhaas' BCT was conducting operations designed specifically to clear the AQI cells in the vicinity of the Salam Desert, Salah ad-Din Province, Iraq.

3.  The IED attack against SGT Kohlhaas' unit was likely performed by elements of Al Qaeda in Iraq (AQI) to deny the U.S. forces from clearing their stronghold in the region.

4.  Although Abu Musab al-Zarqawi was no longer leading AQI at the time, he and many leaders likely trained on these types of maneuvers during their stay in Iran following the 2001 invasion of Afghanistan.  Additionally, during his initial years in Iraq, there are reports that Zarqawi established a training base in places like Zahedan, Isfahan, and Tehran Iran and prepared his network to conduct operations in Iraq to fight US and other Western forces when they invaded in 2003.

5.  While Zarqawi and his successors from the Mujahedeen Shura Council (MSC) were deployed forward in Iraq, several Al Qaeda Senior Leaders (AQSL) remained in state-provided safe havens throughout Iran which provided AQ/AQI with a cohesive command and leadership structure, funding network, religious/recruitment guidance, operational authority, and support to the AQ affiliates operating in Iraq. This attack was intended, in part, to protect this network critical to sustaining AQI in Baghdad.

6.  Finally, the U.S.  Department of Treasury, Department of State, and the Library of Congress have all cited Iran's use of their Ministry of Intelligence and Security

20

PX2105

(MOIS) to provide financial, material, technological, and other support services to Al Qaeda and their affiliates, to include Al Qaeda in Iraq (AQI) to further their strategic goals in the region.

We hold the conclusions and opinions detailed in this report to a reasonable degree of military intelligence certainty and declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2022

_____
Colonel Mark Lee Walters, US Army Ret


_____
CW4 Ronald Evans, US Army Ret


_____
CW3 David Sultzer, US Army Ret

21

PX2105

(MOIS) to provide financial, material, technological, and other support services to Al Qaeda and their affiliates, to include Al Qaeda in Iraq (AQI) to further their strategic goals in the region.

We hold the conclusions and opinions detailed in this report to a reasonable degree of military intelligence certainty and declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2022

_____

Colonel Mark Lee Walters, US Army Ret

_____

CW4 Ronald Evans, US Army Ret

_____

CW3 David Sultzer, US Army Ret

21

PX2105

(MOIS) to provide financial, material, technological, and other support services to Al Qaeda and their affiliates, to include Al Qaeda in Iraq (AQI) to further their strategic goals in the region.

We hold the conclusions and opinions detailed in this report to a reasonable degree of military intelligence certainty and declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2022

_____
Colonel Mark Lee Walters, US Army Ret

_____
CW4 Ronald Evans, US Army Ret

_____
CW3 David Sultzer, US Army Ret

21

PX2105

**Vinesign**

 **Verification Complete**
The document has been officially verified.

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Expert Witness Report to M. Lee Walters 9-5-2022 |
| **Sender Name** | Jessica Berberich |
| **Document Key** | 28CB3C33-AA65-480B-9C55-3137CCE0D247 |

**Recipient 1**
M. Lee Walters
mleewalters88@gmail.com
(571) 326-5574
Order 1

**IP Address**
172.33.1.234

**Signature**

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✔ **Document Completed** _Matching Hash_ | 09/05/2022 19:53 UTC | M. Lee Walters | Signed by M. Lee Walters ((571) 326-5574)<br>**Blockchain Block** VVTXgSedPs5pWOFlq41KBIzgipUQ1LhtG06oHFbMDmU=<br>**Document Hash** EA05B96E6B3C429BDA74C96DE276878B24ECD4AB050241DC7A4F515809278EF5<br>**Timestamp** 09/05/2022 19:53 UTC |
| 👁 **Document Viewed** | 09/05/2022 19:52 UTC | M. Lee Walters | Viewed by M. Lee Walters ((571) 326-5574) |
| ✈ **Document Sent** | 09/05/2022 19:49 UTC | M. Lee Walters | Sent out via email to M. Lee Walters (mleewalters88@gmail.com) |
| ✈ **Document Sent** | 09/05/2022 19:49 UTC | M. Lee Walters | Sent out via text to M. Lee Walters ((571) 326-5574) |
| 📄 **Document Created** | 09/05/2022 19:49 UTC | | Created by Jessica Berberich (jberberich@spanglaw.com) |

PX2105

**Vinesign**



## ✓   Verification Complete
The document has been officially verified.

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Expert Witness Report to M. Ronald Evans 9-5-2022 |
| **Sender Name** | Jessica Berberich |
| **Document Key** | 2084CC27-3030-4E2E-AD90-F2E32C84889F |

**Recipient 1**
Ronald Evans
ron.evans.usa@gmail.com
(813) 484-0473
Order 1

**IP Address**
172.33.3.7

**Signature**

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✓ **Document Completed** — Matching Hash | 09/05/2022 20:00 UTC | Ronald Evans | Signed by Ronald Evans ((813) 484-0473)<br>**Blockchain Block** VVeXna3jGunuDLoNKuLJdmx6NibvitEFD070mSaQthk=<br>**Document Hash** 9F79D7A87862307E1EE91350E1685EB5D6FA2DE851B7BBEDB943397FE4B131BE<br>**Timestamp** 09/05/2022 20:00 UTC |
| 👁 Document Viewed | 09/05/2022 19:59 UTC | Ronald Evans | Viewed by Ronald Evans ((813) 484-0473) |
| ✈ Document Sent | 09/05/2022 19:58 UTC | Ronald Evans | Sent out via email to Ronald Evans (ron.evans.usa@gmail.com) |
| ✈ Document Sent | 09/05/2022 19:58 UTC | Ronald Evans | Sent out via text to Ronald Evans ((813) 484-0473) |
| 📄 Document Created | 09/05/2022 19:58 UTC | | Created by Jessica Berberich (jberberich@spanglaw.com) |

PX2105

## Vinesign

 **Verification Complete**
The document has been officially verified.

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Expert Witness Report to M. David Sultzer 9-5-2022 |
| **Sender Name** | Jessica Berberich |
| **Document Key** | 21E6F636-E695-4473-9313-CBC12B1F7AB6 |

| **Recipient 1** | **IP Address** | **Signature** |
|---|---|---|
| David Sultzer | 172.33.1.234 | |
| dsultzer@msn.com | | |
| (240) 427-7588 | | |
| Order 1 | | |

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| **Document Completed** (Matching Hash) | 09/05/2022 23:18 UTC | David Sultzer | Signed by David Sultzer (dsultzer@msn.com)<br>**Blockchain Block**<br>VV01GjWsVyLVRddzBclZw8o45uXbJHI1S0nCW5WDygE=<br>**Document Hash**<br>85A66283CFCDA8CD9750A4BE8C2B68683B3D6D4B2B0F40B2383E2A6FD83BF6D4<br>**Timestamp**<br>09/05/2022 23:18 UTC |
| **Document Viewed** | 09/05/2022 23:17 UTC | David Sultzer | Viewed by David Sultzer (dsultzer@msn.com) |
| **Document Viewed** | 09/05/2022 23:17 UTC | David Sultzer | Viewed by David Sultzer (dsultzer@msn.com) |
| **Document Viewed** | 09/05/2022 23:17 UTC | David Sultzer | Viewed by David Sultzer (dsultzer@msn.com) |
| **Document Sent** | 09/05/2022 19:54 UTC | David Sultzer | Sent out via email to David Sultzer (dsultzer@msn.com) |
| **Document Sent** | 09/05/2022 19:54 UTC | David Sultzer | Sent out via text to David Sultzer ((240) 427-7588) |
| **Document Created** | 09/05/2022 19:54 UTC | | Created by Jessica Berberich (jberberich@spanglaw.com) |

PX2105

PX2102

# DECLARATION OF

# STEVE NUNEZ, JR.

I, Steve Nunez, Jr. declare, certify, verify, and state under penalty of perjury that the following statements are true and correct:

a.  I have personal knowledge of the facts and information contained in this statement.

b.  I am a United States Citizen born on ▮Redacted▮, in Baldwin Park, California.

c.  In Iraq, my rank was E6 Staff Sergeant; my specialty (MOS) and my position was 11 Bravo 30, Infantry.

d.  I was assigned to A Company, First Battalion, 184th Infantry Regiment, 4th Brigade Combat Team, 3rd Infantry Division.

e.  Our mission in Iraq was to provide Security and Quick Reaction Force in the area of the Al Dora District in South Baghdad.

f.  On the morning of April 5, 2005, my Section was doing security patrols in Al Dora District of Southern Baghdad near the vocational college on Route Sonics. We had four vehicles in our convoy. My vehicle was an M-1026 Hatchback Truck and was the fourth in line. I was located in the vehicle's front passenger as truck commander (TC), Specialist John Cadillo was driving, Corporal Glenn Watkins was our gunner, Sergeant Thomas Kruger was located in the backseat on the driver side, and Sergeant Roman Moran was sitting in the backseat passenger side.

g.  We were located on Route Sonic, Al Dura District in Southern Baghdad in Iraq. We were driving west on Route Sonic in the Al Dora district where we encountered a vehicle that was parked on the side of the road, but the engine was running. It was a blue Chevy Caprice taxi idling next to a nursery. My vehicle pulled up next to it and as I was about to exit my vehicle, I had this feeling come over me that something was not right, so I shut my door and ordered Specialist Cadillo to move ahead. As we began to pull forward the Chevy Caprice car detonated. The blast was so severe it picked up our vehicle, turned it a quarter turn and slammed it back to the ground causing the frame to break in half. In the process Corporal Watkins was killed, Specialist Caudillo, Sergeant Kreuger and Sergeant Moran suffered wounds to their feet and ankles. I injured my left foot, fracturing the 3rd and 4th metatarsal. All of us inside the vehicle lost consciousness after the blast. After coming to, I got out of the vehicle and provided security until help arrived. Specialist Caudillo,

PX2102

Sergeant Kreuger and Sergeant Mora got out and moved behind the vehicle. Doctor Harp and Doctor Kirk arrived and started treating casualties. Once help arrived I sat down and watched as the medics work on Sergeant Kreuger, Sergeant Moran, and Specialist Caudillo as well as Corporal Watkins, though he was already gone.

h.  I received a TBI and two broken bones in my left foot at the scene of the vehicle -borne improvised explosive device (VBIED) explosion. I was given first aid by Doctor Harp, the medic, and Sergeant Henniger by doing a visual assessment. I experienced flash burn on my right side from head to toe, felt like I broke both ankles, wrenched my lower back and had a hole in my right arm from opening the door of my vehicle after the blast. I was in shock while I was doing what I could until help arrived. I was given first aid on site by the medics and Combat Lifesavers before I was loaded on a stretcher and evacuated to 95th CSH.

i.  I was evacuated by helicopter to 95th CSH, Green Zone, where I was put in a hard cast and sent back to my unit at FOB Falcon. In late April, I was transported to and treated at Landstuhl Regional Medical Center, Germany for two days where I was given pain medication and my vitals were checked.  I was then sent to William Beaumont Army Medical Center at Fort Bliss where they replaced my cast and provided me with rehabilitation at Medical Hold Facility from April until July; I was transferred back to my unit in Iraq in July.

j.  Corporal Glen Watkins was killed in action. Specialist. John Caudillo also received injuries to both of his lower limbs and suffered a loss of consciousness.  He was given first aid by the medic Specialist Harp and Sergeant Kreuger, by treating his wounds with morphine, splints, and battle dressings on site. He was evacuated by helicopter to 95th CSH, Green Zone, he received further medical care and then he was evacuated to Beaumont Medical Center, Ft Bliss, Texas where he received surgery and further medical care. Sergeant Kruger also received injuries to both of his lower limbs and suffered a loss of consciousness.  He was given first aid by medic Specialist Harp, by treating wounds with morphine, splints, and battle dressings on site. He was evacuated by helicopter to 95th CSH, Green Zone, where he received further medical care and then he was evacuated to Beaumont Medical Center, Fort Bliss, Texas, where he received surgery and further medical care.  Sergeant Roman Moran also received injuries to both of his lower limbs and suffered a loss of consciousness.  He was given first aid by medic Specialist Harp and Sergeant Kreuger, by treating wounds with morphine, splints, and battle dressings on site. He was evacuated by helicopter to 95th CSH, Green Zone, where he received further medical care and then he was evacuated to Beaumont Medical Center, Ft Bliss, TX where he received surgery and further medical care.

k.  The weapon used in the attack against us was a VBIED that came from the trunk of an idling blue Chevy Caprice that was located on the North Side of the road to the right of our vehicle which was parked by a plant nursery. The evidence found from the weapon was pieces from the (four) 122mm artillery rounds that were affixed and deployed in the trunk of the vehicle found at the blast site. The M-1026 was damaged by the explosion and was towed from the scene.

l.  Myself and my unit were aware of AQI operatives in the area and received reports from other units that Iran was training insurgents in the area around the time of the attack. Just before the attack I saw men in the area with their faces covered with bandanas, running away from the area of the attack, but I did not see any identifying insignia. After the attack, I received a piece of shrapnel that was found at the blast site, given to me by a member of the crew that investigated the area post-attack. The artillery shrapnel is still in my possession.

m.  Since my discharge from the Army, I have continued my medical treatment at various Veterans Administration (VA) medical facilities in California. In 2020, I began treatment for PTSD and anger management with the VA and currently continue my therapy with private mental health providers.

n.  This attack has caused serious pain and grief on myself and my loved ones. I have lost friends and continue to struggle with relationships. I suffer from PTSD, headaches, anger issues, short term memory loss and TBI. I will never be able to pass a Chevy Caprice without the images of my attack haunting me for the rest of my life. Physically, I still feel the effects of the injuries when it's cold and I can't stand on a ladder very long. I eventually had to change career paths after I returned home. I'm reminded of the attack every year on the fifth of April on Facebook from fellow veterans that were on my deployment. The last assignment before I retired in 2021 was as the Command Sergeant Major for the same unit I deployed with. I was reminded of the attack every time I was at the armory, as the walls in the hallways to my office were decorated with plaques and memorabilia of the names of those in our unit which were injured and killed in the attack, and other attacks, while deployed to Iraq. The event affected everything I had done in the military since the day of the event.

PX2102

As part of my statement, I am providing documentary materials attached as Exhibit A through E.

1. Exhibit A attached to this Declaration are true and authentic copies of a photograph of myself at the service for Corporal Watkins, who was killed in the attack.  I have personal knowledge of the source or creation of this Exhibit because I was present when the photograph was taken, and I am depicted in the photograph. The photograph was given to me before we returned home from Iraq.

2. Exhibit B attached to this Declaration is a true and authentic copy of a photograph of myself on patrol while deployed in Iraq a few weeks before the attack. I have personal knowledge of the source or creation of this Exhibit because I was present when the photograph was taken, and I am depicted in the photograph. The photograph was given to me before we returned home from Iraq.

3. Exhibit C attached is a picture of the damage to our M-1026 Humvee. I have personal knowledge of this photograph because it is a picture of the truck I was riding in when the explosion took place. This photograph was given to me when I returned home to the United States following the attack.

4. Exhibit D attached is a picture immediately following the attack of myself (right) and another unit member lying on a stretcher. I have personal knowledge of the source or creation of this Exhibit because I was present when the photograph was taken, and I am depicted in the photograph. The photograph was given to me when I returned home from Iraq.

5. Exhibit E attached is a picture immediately following the attack of me being loaded into the helicopter for hospital transport. I have personal knowledge of the source or creation of this Exhibit because I took the photograph.

6. Exhibit F attached is a picture of the artillery shrapnel that was found at the attack scene post-blast. I have personal knowledge of the source or creation of this Exhibit because it was given to me a crew member that was assigned to investigate and cleanup the site after the attack and the shrapnel is still in my possession.

7. Exhibit G attached to this Declaration is a true and authentic copy of my Purple Heart award. Although the Purple Heart has 13 April 2005, it was awarded for my 5 April 2005 injuries.  I was not in any subsequent combat in April 2005 due to the injuries I sustained. I have personal knowledge of the source or creation of this Exhibit because it was obtained from my miliary records provided by The Department of the Army.

8. Exhibit H attached to this Declaration is a true and authentic copy of my Combat Infantryman Badge Order. I have personal knowledge of the source or creation of this Exhibit because it was obtained from my miliary records provided by The Department of the Army.

PX2102

I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on: _____08/09/2022_____

Signature: _____

PX2102

# EXHIBIT A

PX2102



# EXHIBIT B

PX2102



# EXHIBIT C

PX2102



PX2102

# EXHIBIT D

PX2102



PX2102

# EXHIBIT E

PX2102



PX2102

# EXHIBIT F

PX2102



# EXHIBIT G

PX2102



# THE UNITED STATES OF AMERICA

## TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

### THIS IS TO CERTIFY THAT
### THE PRESIDENT OF THE UNITED STATES OF AMERICA
### HAS AWARDED THE

# PURPLE HEART

## ESTABLISHED BY GENERAL GEORGE WASHINGTON
## AT NEWBURGH, NEW YORK, AUGUST 7, 1782
### TO

STAFF SERGEANT STEVE NUNEZ JR.
ALPHA COMPANY, 1ST BATTALION, 184TH INFANTRY REGIMENT, 4TH BRIGADE COMBAT TEAM

## FOR WOUNDS RECEIVED
## IN ACTION

### GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON

THIS 13TH DAY OF APRIL 2005

WILLIAM G. WEBSTER
Major General, U.S. Army
Commanding
PO# 103-01

SECRETARY OF THE ARMY

DA FORM 4980-10 (WT), JAN 2000.

PX2102

# EXHIBIT H

PX2102

**DEPARTMENT OF THE ARMY**
Headquarters, 4th Brigade Combat Team
Multi-National Division Baghdad
Camp Prosperity, Iraq
APO AE 09348

PERMANENT ORDERS # 147-08                                   27 May 2005

NUNEZ, STEVE JR ▮▮▮▮ 6597  SSG  A CO, 1-184 INF APO AE 09364
GOSSETT, PHILLIP L. ▮▮▮▮         SPC  A CO, 1-184 INF APO AE 09364
CAUDILLO, JOHN D. ▮▮▮▮         SPC  A CO, 1-184 INF APO AE 09364
VERGARA, ANDRE F. ▮▮▮▮         PFC  A CO, 1-184 INF APO AE 09364
TOEDT, DARREN A. ▮▮▮▮         SPC  A CO, 1-184 INF APO AE 09364
REYNA, JAVIER A. ▮▮▮▮         SGT  A CO, 1-184 INF APO AE 09364
POTERACKI, CHRISTOPHER J. ▮▮▮▮         SSG  A CO, 1-184 INF APO AE 09364
PEREA, GERARDO ▮▮▮▮         SPC  A CO, 1-184 INF APO AE 09364

Announcement is made of the following award:

Award:  Combat Infantryman Badge
Dates(s) or period of service:  5 April 2005
Authority:  AR 600-8-22, paragraph 8-6 and Multi-National Division Baghdad
Wartime Awards Policy dated 26 January 2005
Reason:  For participating in active ground combat operations as an infantryman in support of
Operation Iraqi Freedom 04-06
Format:  320

EDWARD C. CARDON
COL, EN
Commanding

DISTRIBUTION:
Unit (1)
OMPF (1)

**Vinesign**



## Verification Complete
The document has been officially verified.

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Declaration of Steve Nunez, Jr. 4-5-2005 with Exhibits A-H |
| **Sender Name** | Jessica Berberich |
| **Document Key** | DA4C569E-46A4-4609-93FF-50E4C910B997 |

| **Recipient 1** | **IP Address** | **Signature** |
|---|---|---|
| Redacted | 172.33.2.234 | |

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| **Document Completed** ✔ `Matching Hash` | 08/09/2022 22:29 UTC | Steve Nunez, Jr. | Signed by Steve Nunez, Jr. Redacted<br><br>**Blockchain Block**<br>VV9Es8hXVNhbP NrqwCefJOSd+Eo00 mtNg2eYE1C64=<br><br>**Document Hash**<br>A763E1A4E97136FC5716E3BDB3487321FA50B3A640438FFD14AFAFC0DBCA5169<br><br>**Timestamp**<br>08/09/2022 22:29 UTC |
| **Document Viewed** 👁 | 08/09/2022 22:29 UTC | Steve Nunez, Jr. | Viewed by Steve Nunez, Jr. Redacted |
| **Document Sent** ✈ | 08/09/2022 22:29 UTC | Steve Nunez, Jr. | Sent out via email to Steve Nunez, Jr. Redacted |
| **Document Sent** ✈ | 08/09/2022 22:29 UTC | Steve Nunez, Jr. | Sent out via text to Steve Nunez, Jr. Redacted |
| **Document Created** 📄 | 08/09/2022 22:28 UTC | | Created by Jessica Berberich (jberberich@spanglaw.com) |

PX2102

PX2103

## DECLARATION OF

## ROMAN MORAN

I, Roman Moran  declare and state under penalty of perjury that the following statements are true and correct:

a.  I have personal knowledge of the facts and information contained in this Declaration.

b.  I was born on ████████ in Orange California.

c.  I originally enlisted in the Marine Corps and served for eight years and achieved the rank of Corporal (E4). I then enlisted in the U.S. Army National Guard as Infantry (11B). I entered the Army as a Specialist (E4) and rose to the rank of Sergeant (E5), at the time of the attack in Iraq

d.  I was assigned to A Company, First Battalion, 184th Infantry Regiment, 4th Brigade Combat Team, Army Corps with Steve Nunez as my squad leader in Iraq. We deployed to Iraq in August of 2004. We were stationed at FOB Falcon in the El Dora Sector of Bagdad, Iraq.

e.  Our mission in Iraq was to provide Security and Quick Reaction Force in the area of the Al Dora District in South Baghdad.

f.  On the morning of April 5, 2005, my Section was doing security patrols in Al Dora District of Southern Baghdad near the vocational college, that we had nicknamed IED University, on Route Sonics. We had four vehicles in our convoy. My vehicle was an M-1026 Hatchback Truck and was the fourth in line.  I was located in the vehicle's backseat passenger side, Specialist John Cadillo was driving, Corporal Glenn Watkins was our gunner, Sergeant Thomas Kruger was located in the backseat on the driver side, and Staff Sergeant Steven Nunez was sitting in the front passenger seat as the truck commander (TC).

g.  We were located on Route Sonic, Al Dora District in Southern Baghdad in Iraq. We were driving west on Route Sonic in the Al Dora district after leaving the power plant. As we left the power plant, we encountered a vehicle that was parked on the side of the road with the engine running. We travelled this route daily and knew that this vehicle was out of place. It was a vehicle with very dark tinted windows idling next to a nursery. Our vehicle pulled up next to it and the car detonated. The blast was so severe it picked up our vehicle, turned it a quarter turn and slammed it back to the ground causing the frame to break in half. In the process Corporal Watkins was killed, Specialist Cadillo and Sergeant

The signed document can be validated at https://app.vinesign.com/Verify

PX2103

Kruger and Staff Sergeant Nunez suffered wounds to their feet and ankles.   I received severe injuries to both my feet, as they were shattered in the blast and suffered shrapnel wounds from the explosion. Staff Sergeant Nunez and I had lost conscience after the blast. When I regained consciousness,  I was already receiving first aid.

h.   I received a TBI and injuries to my lower extremities at the scene of the VBIED explosion. I was given first aid by Doctor Harp, the medic, and Sergeant Henniger by doing a visual assessment.  I was given first aid on site by the medics and Combat Lifesavers before I was loaded on a stretcher and evacuated to 95th CSH. The M-1026 was damaged by the explosion and was towed from the scene.

i.   After my treatment at the 95th CSH, I was sent to William Beaumont Army Medical Center, Ft Bliss, TX, for continued medical treatment. I was medically discharge from the military in September 11, 2008. I have continued my medical treatment at WBAMC, Ft Bliss, TX and the Veterans Administration in El Paso, TX for corrective orthopedic surgery, cancer treatment, PTSD and I still continue my treatment to date at WBAMC, Ft Bliss, TX.

j.   I was told that the weapon used were numerous Russian tank rounds packed into the vehicle and then detonated. I received a letter many years later from the Department of Defense asking if they could test the shrapnel that is still in my body because they believe that the Russian tank rounds may have contained radioactive uranium. I declined to be tested. I was also told during my rehab that the people that were responsible for the attack had been identified and that they would never hurt anyone else.

k.   As Part of my Declaration, I am providing documentary materials attached as Exhibit A through C.

1.   **Exhibit A** attached to this Declaration is a true and authentic copy of a picture of the damage to our M-1026 Humvee. I have personal knowledge of this photograph because it is a picture of the truck I was riding in when the explosion took place. This photograph was given to me when I returned home to the United States following the attack.

2.   **Exhibit B** attached to this Declaration is a true and authentic copy of a picture immediately following the attack of myself (left) and Staff Sergeant Nunez (right) lying on a stretcher. I have personal knowledge of the source or creation of this Exhibit because I was present when the photograph was taken and I am depicted in the photograph. The photograph was given to me when I returned home from Iraq.

PX2103

3.  **Exhibit C** attached to this Declaration is a true and authentic copy of a picture of myself while in Iraq between 2004-2005. The photograph depicts Staff Sergeant Nunez (left), Henniger, myself (center), Gossett and Cadillo (right) waiting to go to FOB Falcon, I have personal knowledge of the source of this Exhibit because I was present when the photograph was taken and I am depicted in the photograph.

I declare and state under penalty of perjury under the laws of the **United States** of America that the foregoing statements are true and correct.

Executed on _____08/10/2022_____

Signature:_____

# EXHIBIT A

PX2103



PX2103

# EXHIBIT B

PX2103



PX2103

# EXHIBIT C

PX2103



PX2103

**Vinesign** 

| ✔ | **Verification Complete** |
|---|---|
| | The document has been officially verified. |

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Declaration of Roman Moran (4-5-2005 Attack) |
| **Sender Name** | Jessica Berberich |
| **Document Key** | 9C66B98C-BE7A-4BB3-9A4B-A003E691499C |

| Recipient 1 | IP Address | Signature |
|---|---|---|
| Redacted | 172.33.1.155 | |

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✔ **Document Completed** [Matching Hash] | 08/10/2022 21:57 UTC | Roman Moran | Signed by Roman Moran Redacted<br>**Blockchain Block**<br>VV DOWnY0UMRxB/PkG3WOP JfG8fpduwWcZkBV3jzCU=<br>**Document Hash**<br>0FE810A55B6A2DA75D1FAA6A51E037D6AEAE3D92AEAF52307BA18F96D3886A17<br>**Timestamp**<br>08/10/2022 21:57 UTC |
| 👁 Document Viewed | 08/10/2022 21:56 UTC | Roman Moran | Viewed by Roman Moran Redacted |
| ✈ Document Sent | 08/10/2022 21:20 UTC | Roman Moran | Sent out via email to Roman Moran Redacted |
| ✈ Document Sent | 08/10/2022 21:20 UTC | Roman Moran | Sent out via text to Roman Moran Redacted |
| 📄 Document Created | 08/10/2022 21:20 UTC | | Created by Jessica Berberich (jberberich@spanglaw.com) |

PX2103

PX2106

Declassified by: MG Michael X. Garrett, USCENTCOM Chief of Staff
Declassified on: 201506

Pages 1 through 4 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - -
Joint Staff

Approved for Release

PX2106

Declassified by: MG Michael X. Garrett,
CENTCOM Chief of Staff
Declassified on: 201506



**REGION 4 - NORTH**
4 Border Teams    40 pax

MOSUL

**MNB-NW**
20 x Military Training Teams          200 pax
20 x BN Augmentation Training Team  400 pax

AL HADR

**IRBIL**
1 x Regional HQ    10 pax

**REGION 3 - EAST**
10 x Border Teams 100 pax

**GREATER BAGHDAD**

**Baghdad**
1 x Iraqi Assistance Group-Provisional  76 pax
8 x Military Transition Teams              80 pax

34 x Special Police Training Teams      269 pax

**Tadji**
8 x Military Police Transition Teams    32 pax
9 x Military Transition Teams            90 pax
4 x Engineering Transition Teams        40 pax
6 x Logistics Transition Teams          60 pax
5 x Transportation Transition Teams     50 pax
2 x  Signal Transition Teams            20 pax

**BAQUBAH**
1 x Regional HQ    10 pax

AR RAMADI

FALLUJAH

**REGION 1 - WEST**
9 x Border Teams      90 pax

**FALLUJAH**
1 x Regional HQ    10 pax

AN NAJAF

AS SAMAWAH

*RFF – 450  Demands*

21

PX2106

# Initial Courses of Action:

# Joint Staff PLANORD

# for

# Accelerated Force Drawdown in Iraq

This briefing is classified
SECRET
REL USA, AUS, GBR
Derived from:  Multiple sources
DECL ON: 12 Dec 2015

*Iltizam Mushtarak – United Commitment*

PX2106

SECRET//REL USA, AUS, GBR

Declassified by: MG Michael X. Garrett,
CENTCOM Chief of Staff
Declassified on: 201506

# Directed COA

- JS PLANORD (3 Dec 05) directed development of COAs to more rapidly reduce BCTs in Iraq if warranted by post-Election conditions; specifically:

  - Directed COA: Increase by 2 BCTs shortly following the elections; reduce to 13 BCTs in Iraq NLT Mar 06; reduce to 10 BCTs in Iraq NLT Jun 06; reduce to 8 BCTs in Iraq NLT Sep 06

  - SecDef expects other COAs for consideration as well

- Agreed JS J3 / CC J3 suspense is 15 Jan 06

Approved for Release

PX2106

Declassified by: MG Michael X. Garrett, CENTCOM Chief of Staff
Declassified on: 201506

SECRET// REL USA, IRQ  and MCFI //20160510




# Operation Forward Together

Approved for Release

Problem Statement:  Determine the best strategy to transition from Scales of Justice to Baghdad Sentinel using a combination of military operations in select districts, reduction of forces in Baghdad City, and continuation of offensive operations in the outer Baghdad Qadas

التصنيف العام لهذا الايجاز سري // اصدار لقوات التحالف - العراق

The overall classification of this briefing is SECRET//REL USA, IRQ and MCFI // 20160510

Approved by: 4ID G2
Classified by: Multiple Sources
Reason: EO 12958 (as amended) - 1.4(a), (c) and (d)
Declassify on: 20151123

1

22-May-06

SECRET// REL USA, IRQ  and MCFI //20160510

PX2106

Declassified by: MG Michael X. Garrett, CENTCOM Chief of Staff
Declassified on: 201506
SECRET//REL TO USA, IRQ, MC.      160512

# Operation Scales of Justice

**Purpose:** Prevent escalation of sectarian violence and protect the local government and its citizens in order to create a safe and secure environment for the establishment of the Iraq sovereign government.

**Key tasks:**

- Increase current patrolling by over 100 combat patrols

- Control the key Baghdad Districts: Al Mansour, Al Bayaa, Doura, Sadr, and New Baghdad through active and continuous mounted and dismounted patrolling 24 hours a day

- Change the perception of the Iraqi people, through actions, that Iraqi Security Forces are providing a safe and secure environment

- In accordance with MND-B Rules of Engagement, neutralize terrorist forces committing hostile acts or demonstrating hostile intent



3 SECRET//REL TO USA, IRQ, MCFI//20160512

PX2106

Declassified by: MG Michael X. Garrett,
CENTCOM Chief of Staff
Declassified on: 201506




SECRET//REL TO USA, MCFI// 20160520

# Scales of Justice Daily Attack Assessment

## Pre-Samarra Bombing vs Current Week

| Belladiyah | 15 - 21 FEB Avg | 7 - 13 MAY Avg | 14 - 20 MAY Avg |
|---|---|---|---|
| Mansour | 4.7 | 6.1 | 6.4 |
| Bayaa | 1.3 | 2.3 | 2.1 |
| Khadamiyah | 2.4 | 1.0 | |
| Sadr City | 0.3 | 0.6 | 0.6 |
| New Baghdad | 1.7 | 2.4 | 1.9 |
| Karada | 0.9 | 2.6 | 1.0 |
| Rusafa | 0.9 | 1.7 | 1.4 |
| Doura | 2.0 | 4.9 | 5.9 |
| Karkh | 0.7 | 0.7 | 0.7 |
| Adamiyah | 1.1 | 3.3 | 4.4 |
| | | | 25.9 |



Before Samarra Attack — Last Week — This week vs. pre-Samarra



SAF  IED  Kidnapping  IDF  Murder  VBIED  TOTAL



- Overall attacks remain elevated since 22 FEB Samarra Golden Mosque Bombing

- Mansour has been the most active in the current week.

- IED attacks continue to be the most prevalent type of attack

SECRET//REL TO USA, MCFI// 20160520

PX2106

Declassified by: MG Michael X. Garrett,
CENTCOM Chief of Staff
Declassified on: 201506

SECRET. . USA, IRQ and MCFI //20160510




# Operation Forward Together

Problem Statement: Determine the best strategy to transition from Scales of Justice to Baghdad Sentinel using a combination of military operations in select districts, reduction of forces in Baghdad City, and continuation of offensive operations in the outer Baghdad Qadas

التصنيف العام لهذا الايجاز سري // إصدار لقوات التحالف العراق

The overall classification of this briefing is SECRET//REL USA, IRQ and MCFI // 20160510

Approved by: 4ID G2
Classified by: Multiple Sources
Reason: EO 12958 (as amended) - 1.4(a), (c) and (d)
Declassify on: 20151123

SECRET// REL USA, IRQ and MCFI //20160510

PX2106

Declassified by: MG Michael X. Garrett,
CENTCOM Chief of Staff
Declassified on: 201506

SECRET// REL USA, IRQ and MCFI //20160510

# Purpose

**Purpose: Provide a decision brief on MND-B's transition from Scales of Justice to Baghdad Sentinel using a combination of military operations in select districts, reduction of forces in Baghdad City, and continuation of offensive operations in the outer Baghdad Qadas**

**Decision Required: Yes**

**Way Ahead:**
- **Publish MND-B FRAGO**

Approved for Release

22-May-06

SECRET// REL USA, IRQ and MCFI //20160510

2

PX2106

Declassified by: MG Michael X. Garrett, CENTCOM Chief of Staff
Declassified on: 201506

SECRET// REL USA, IRQ and MCFI //20160510

# Scales of Justice Results

- **Strategic Success: Inauguration of GOI completed**
- **Bought time for Government of Iraq to form; built confidence in politicians and citizens**
- **Public perception on security improved since Scales of Justice began**
- **Mosque attacks decreased since Scales of Justice began**
- **Continued neutralization of AIF in Baghdad City**
- **Improved Coordination between MoD, MoI, and Coalition Forces**
- **Prevented escalation of Sectarian violence**

Approved for Release

4

22-May-06

SECRET// REL USA, IRQ and MCFI //20160510

PX2106

Declassified by: MG Michael X. Garrett, CENTCOM Chief of Staff
Declassified on: 201506

SECRET// _ USA, IRQ and MCFI //20160510

# Purpose and Key Tasks

**Purpose: Accelerate the transition from Scales of Justice to Iraqi Police Lead - Interim Provincial Authority to enable the continued formation of the Government of Iraq**

**Key Tasks:**

- **Neutralize AIF enemy concentrations inside Adamiyah, Mansour, Doura and Bayaa in order protect the force and reduce the number of effective IED attacks on Coalition and Iraqi Forces**
- **Defeat AQI in key Mulhallas in order to prevent disruption to the Government of Iraq formation process**
- **Disrupt AIF/AQI movement and operations with tiered checkpoints and combined combat patrols**
- **Coordinate actions of Iraqi Police, National Police, Iraqi Army and Coalition Force operations in Combined Operations Areas**
- **Do not establish patterns, show the enemy a new look everyday in order to deny enemy initiative**
- **Gradual reduction of Coalition Patrols**

**Endstate: Karadah Peninsula transitioned to Iraqi Police Lead, Rusafa Adamiyah, Sadr City and New Baghdad approaching Iraqi Police Lead. Inauguration completed and GOI formation progress ongoing**

22-May-06

SECRET// REL USA, IRQ and MCFI //20160510

PX2106

Declassified by: MG Michael X. Garrett,
CENTCOM Chief of Staff
Declassified on: 201506

SECRET//   . USA, IRQ  and MCFI //20160510

# Execution Decision Planning Guidance

- **Execute Combined Iraqi / Coalition operations focused on enemy concentrations in order to show the enemy a new look**
  - **Continue Intelligence Driven Precision Operations**
  - **Adamiyah, Mansour, Doura, Bayaa**
  - **Develop ramp-up (tiered) response checkpoints and patrols**
  - **Focus on Muhallas**
- **Gradual Reduction of Coalition presence in Baghdad City**
  - **Shift to more night operations**
  - **Transition Baghdad City District security to Iraqi Police lead**
- **Do not establish patterns**
  - **Show the enemy a new look everyday**
  - **Maintain combined (IP, NP, IA, CF) patrols**
- **Baghdad Beautification**
  - **Remove old checkpoint material**
  - **Clean up barriers, wire, and trash**
- **Continue to execute military operations in the outer Baghdad Qadas**

Approved for Release

6

22-May-06

SECRET// REL USA, IRQ  and MCFI //20160510

PX2106

Declassified by: MG Michael X. Garrett,
CENTCOM Chief of Staff
Declassified on: 201506

SECRET//    . USA, IRQ and MCFI//20160510

# Why Attacks Occur

| Al Qa'ida | Sunni Rejectionists |
|---|---|
| • **Secure Sunni areas as Support Zones inside and outside the city (Shia residents, ISF)**<br><br>• **Pressure Shia to leave their areas (residents and merchants)**<br><br>• **Attack checkpoints to ensure Freedom of Movement / Maneuver (ISF, CF)**<br><br>• **Draw attention away from Support Zones (CF)**<br><br>• **Disrupt CF Freedom of Movement on key LOCs (CF)- "Let them feel safe."**<br>   – **Focus on secondary roads or in Shia areas (CF, ISF)**<br><br>• **Strike their centers to reduce combat power (IP stations, PBs, FOBs)**<br><br>• **Incite a Shia retaliation to build greater Sunni support- Civil War (Shia people)**<br><br>• **Demonstrate power- deny political inferiority (Shia people, ISF, GOI)**<br><br>• **Control Terrain in the long-term (businesses, Shia population)** | • **Must negotiate from a position of power (CF, ISF, GOI)**<br>   – **No access to oil, political minority**<br>   – **Conduct the majority of attacks on CF**<br>• **Fear of domination / demonstration of power (CF, ISF, GOI)**<br>•             1.4b, 1.4d |

**Shia Rejectionists and Militias**
- **Resist the occupation (CF)**
- **Targeting terrorists (Sunni AIF, T&FF)**
- **Demonstrate power (CF, GOI)**
- **Retribution (Sunni population – AIF)**
- **Intimidation / elimination of threats (all)**

**Common to All**
- **Money (Syria, Iran, other Arab states)**
- **We are here (CF)**
- **Sunni vs. Shia, crime, tribal justice**

22-May-06          SECRET// REL USA, IRQ  and MCFI //20160510

PX2106

Approved for Release

Declassified by: MG Michael X. Garrett, CENTCOM Chief of Staff
Declassified on: 201506

# Adamiyah
### 3-21 May 2006

**Known Groups / TTPs:**
- AQI/Umar: Murder / VBIED
- JAM: Murder / EFP
- Ansar al Sunna
- Victorious Sect: IED

**Enemy Analysis:**
- T&FF attacks Shia, ISF, and CF to show inability of Government- JAM is eliminating threats
- 5 assessed T&FF cells
- JAM controls Zones 50 & 22
- Population intimidated by T&FF in Adamiyah Hayy
- Murder victims are locals killed and left in their neighborhood

**Attack Observations:**
- 44 of the attacks took place in or near Adamiyah Hayy
- Few from 06-1200
- Attacks heaviest in the late afternoon to early evening



- 75%+ Shia
- 75%+ Sunni
- 50-75% Sunni/25-50%Shia
- 50-75% Shia/25-50% Sunni

Adamiyah Concentration Zone 18

77W

Sunni majority mixed Muhallas

**Attack Types:**
| | |
|---|---|
| IED (Found) | 6 |
| IED (Detonated) | 13 |
| Murder (Events) | 28 |
| • Bodies (46) | |
| VBIED | 7 |
| SVBIED | 2 |
| Grenade | 5 |
| RPG | 2 |
| Kidnapping | 3 |
| • Victims (3) | |
| Mortar | 2 |
| Complex | 3 |
| Drive By Shooting | 2 |
| SAF | 14 |
| Total | 87 |

8

22-May-06

SECRET// REL USA, IRQ, and MCFI //20160510

PX2106

Declassified by: MG Michael X. Garrett, CENTCOM Chief of Staff
Declassified on: 201506

# Al Mansour
### 3-21 May 2006

## Known Groups / TTPs
- **AQI / TWJ: IED, Murder, SAF**
- **Ansar al Sunnah: IED, SAF**
- **JAM: Murder, IED**

## Enemy Analysis:
- **T&FF control Sunni majority areas and drive Shia out**
- **JAM kill terrorists / threats to their goals**
- **Victims are brought into the Muhalla, murdered and dumped**

## Attack Observations:
- **Fewer multiple body murder incidents than previous weeks**
- **Murders moving south**
- **36 of the attacks took place in or near Ameriyah**
- **Concentration of IED and SAF in Ghazaliyah**



**Shia majority mixed Muhallas**

**Ghazaliyah, Adl, Andalus Concentration Zone 46 & 54**

**Sunni majority mixed Muhallas**

**Ameriyah Concentration Zone 36N**

### Attack Types:
| | |
|---|---|
| IED (Found) | 10 |
| IED (Detonated) | 39 |
| Murder (Events) | 27 |
| • Bodies (40) | |
| Drive By | 8 |
| SAFIRE | 1 |
| SVBIED | 1 |
| Mortar | 2 |
| Rocket | 1 |
| RPG | 2 |
| Complex | 3 |
| Kidnapping | 3 |
| • Victim (3) | |
| Point of Impact | 4 |
| SAF | 21 |
| **Total** | **122** |

- 75%+ Shia
- 75%+ Sunni
- 50-75% Sunni/25-50%Shia
- 50-75% Shia/25-50% Sunni
- Mixed- No further data

**Murders** ■ **Other Attacks** ■

| 0001-0200 | 0201-0400 | 0401-0600 | 0601-0800 | 0801-1000 | 1001-1200 | 1201-1400 | 1401-1600 | 1601-1800 | 1801-2000 | 2001-2200 | 2201-2400 |

22-May-06

SECRET// REL USA, IRQ and MCFI //20150510

PX2106

Declassified by: MG Michael X. Garrett, CENTCOM Chief of Staff
Declassified on: 201560

# Doura
## 3-21 May 2006

**Known Groups / TTPs:**

- AQI, TWJ, Umar, Ferocious Lions: IED, Murder, VBIED
- Ansar al Sunnah, Mansoura-Victorious Sect : IED / SAF
- JAM: Kidnapping / Murder, IED / EFP

**Enemy Analysis:**

- T&FF control Sunni majority areas and drive Shia out
- Tortured murder victims likely killed in JAM areas
- AQI / Umar murders dumped in a convenient location
- IED target CF

**Attack Observations:**

- 61 of the attacks took place in or near Zone 25
- Only 7 attacks between 2201 and 0600



Legend:
- 75%+ Shia
- 75%+ Sunni
- 50-75% Sunni/25-50%Shia
- Mixed- No further data
- 50%+ Christian/ 25%Shia

Sunni majority mixed Muhallas

Shia majority mixed Muhallas

IDF targeting PB Red; avoid TUAV coverage

Masafee Concentration Zone 25

**Attack Types:**

| | |
|---|---|
| IED (Found) | 15 |
| IED (Detonated) | 16 |
| Murder (Events) | 38 |
| • Bodies (60) | |
| Drive By | 5 |
| Explosion | 2 |
| Kidnapping | 2 |
| • Victims (3) | |
| Mortar | 9 |
| Rocket | 2 |
| RPG | 2 |
| VBIED | 1 |
| POI | 3 |
| Complex | 2 |
| SAF | 17 |
| Total | 114 |

Chart legend: ■ Murders   ■ Other Attacks

X-axis: 0001-0200, 0201-0400, 0401-0600, 0601-0800, 0801-1000, 1001-1200, 1201-1400, 1401-1600, 1601-1800, 1801-2000, 2001-2200, 2201-2400

22-May-06

SECRET// REL USA, IRQ and MCFI //20160510

PX2106

Declassified by: MG Michael X. Garrett, CENTCOM Chief of Staff
Declassified on: 201500

# Al Bayaa
3-21 May 2006

**Known Groups / TTPs:**
- JAM:  IED / EFP
- AQI / TWJ:  IED, VBIED staging
- Ansar al Sunna:  IED, SAF (sniper cell)
- Victorious Sect:  IED, VBIED

**Enemy Analysis:**
- IEDs target Coalition Forces
- Planning / meeting location for attacks in other areas of the city
- Mix of AQI / JAM murders, many dumped in other areas

**Attack Observations:**
- 1 EFP where RTE Jackson becomes RTE Irish
- 1 EFP found in Zone 41
- 25 of 42 events were IEDs
- Many VBIED come from the Bayaa Car Market



| Legend | |
|---|---|
| ■ | 75%+ Shia |
| ■ | 75%+ Sunni |
| □ | 50-75% Sunni/25-50%Shia |
| □ | Mixed- No further data |

Aamel & Bayaa
Concentration
Zone 37S

Sunni majority mixed Muhallas

Shia majority mixed Muhallas

Sunni majority mixed Muhallas

RTE Jackson &
Irish
Concentration

**Attack Types:**

| Type | Count |
|---|---|
| IED (Found) | 5 |
| IED (Detonated) | 20 |
| Murder (Events) | 4 |
| · Bodies (4) | |
| SAFIRE | 2 |
| POI | 1 |
| Rocket | 1 |
| SAF | 9 |
| TOTAL | 42 |

| ■ Murders | ■ Other Attacks |
|---|---|

| | 0001-0200 | 0201-0400 | 0401-0600 | 0601-0800 | 0801-1000 | 1001-1200 | 1201-1400 | 1401-1600 | 1601-1800 | 1801-2000 | 2001-2200 | 2201-2400 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

22-May-06

SECRET// REL USA, IRQ  and MCFI //20160510

PX2106

Declassified by: MG Michael X. Garrett,
CENTCOM Chief of Staff
Declassified on: 201506

SECRET//   USA, IRQ  and MCFI //20160510

# Execute Combined Iraqi / Coalition Operations Focused on Enemy Concentrations in order to Regain Initiative

Approved for Release

22-May-06

SECRET// REL USA, IRQ  and MCFI //20160510



Declassified by: MG Michael X. Garrett, CENTCOM Chief of Staff
Declassified on: 201506

SECRET// . USA, IRQ and MCFI //20160510

# Combined Iraqi / Coalition focused on Enemy Concentration

- **Simultaneous synchronized pressure to gain and maintain contact in order to deny sanctuary**
- **As much as possible, show on 12 June a dramatic change to the way we conduct operations by transitioning Karadah Peninsula**
- **Continue** [ 1.4c ] **Precision Operations**
- **Priority of effort: Adamiyah, Mansour, Doura, Bayaa**
- **Develop ramp-up (tiered) response checkpoints and combined patrols**
    - **Vary checkpoint manning levels**
- **Focus on Muhallas**
- **Coalition patrols at night, combined patrols in the day**
- **Denies AQI desire to intimidate certain areas / populations and establish areas of access in Baghdad**
- **Reinforces success of patrols and checkpoints against AQI tactics**

17

22-May-06

SECRET// REL USA, IRQ and MCFI //20160510

PX2106

Declassified by: MG Michael X. Garrett, CENTCOM Chief of Staff
Declassified on: 201506



**Operations in Enemy Concentrations**

**Adamiyah**
T1: Neutralize AIF in key Hayys of Adamiyah, Magrib, and Waziriya in COA North
T2: Disrupt AIF surrounding COA North by manning Checkpoints

**Tactical Overwatch**

**Karadah to Iraqi Police Lead**

★ *East vs. Bayaa or Doura*

**Mansour**
T1: Neutralize AIF in the Hayy of Ameriyah in COA Warrior
T2: Disrupt AIF in COA Warrior by increased manning of surrounding checkpoints

**Doura**
T1: Neutralize AIF in the Hayys of Jaza'ir, and Masafee
T2: Disrupt AIF surrounding COA East by manning Checkpoints

**Bayaa**
T1: Neutralize AIF in the Hayy of Bayaa
T2: Disrupt AIF in COA West by increased manning of surrounding checkpoints

*Bridging strategy between Scales of Justice and Iraqi Police Lead- Provincial Iraqi Control*

18

SECRET// REL USA

PX2106

Declassified by: MG Michael X. Garrett, CENTCOM Chief of Staff
Declassified on: 201506

SECRET//   USA...

# Operations in Enemy Concentrations- Mansour

**1/10 BCT:**
T1: Neutralize AIF in COA Warrior
T2: Coordinate Operations in COA Warrior
P: Accelerate the transition from Scales of Justice to Iraqi Police Lead-Interim Provincial Authority to allow the continued formation of the Government of Iraq

**6 IA DIV:**
T1: Neutralize AIF in Hayy of Ameriyah and COA Warrior
T2: Disrupt AIF surrounding COA East by manning Checkpoints
P: Accelerate the transition from Scales of Justice to Iraqi Police Lead-Interim Provincial Authority to allow the continued formation of the Government of Iraq

**5/2 NP Bde:**
T1: Disrupt AIF in COA Warrior by manning surrounding checkpoints
P: Deny AIF operations/freedom of movement in Ameriyah and allows 1/10 BCT and 5/2 NP Bde to secure neighborhoods

PX2106

PX2107

## Ops Report

Declassified by MG Patrick D. Frank
USCENTCOM Chief of Staff
Declassified on: 29 Apr 2022
Privacy Act Protective Order applies



Wednesday, 23 February 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Apr 05 2005 08:45:00 |
| is Closed | TRUE |
| Summary | AT 0845D, INITIAL REPORT WAS A 1-184 IN CONVOY STRUCK AN IED. 1X US KIA AND 4X US WIA. AT 0927D, MEDEVAC ARRIVED ALONG WITH ATTK AVN. AT 0930D, 1X WIA (URGENT SURGICAL) DOW. AT 0941D, MEDEVAC LOADED UP THE 4X WIA (1X SHRAPNEL TO BOTH LEGS, 1X BROKEN RIBS, 1X BOTH LEGS BROKEN AND SHRAPNEL, 1X SPINAL INJURY AND BROKEN ANKLE). AT 1007D, AIR MEDEVAC TOOK OFF TO 86TH CSH. AT 1015D, AIR MEDEVAC ARRIVED AT 86TH CSH. AT 1050D, 1-184 IN REPORTS WRECKER AND RECOVERY ASSESTS ENROUTE TO LOCATION OF WHAT IS NOW VBIED STRIKE. 1X US KIA, 4X CF WIA, AND 1X      1.4(g) |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2005 |
| Month Occurred | April |
| Day Occurred | 5 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Vehicle-Borne IED (VBIED) |
| Primary Country | IRAQ |
| Primary RC | USD-C |
| Primary AO | MND-BAGHDAD |
| Primary District | Doura |
| Primary Province | BAGHDAD |
| was Suicide | FALSE |
| Tracking Number | IDLNO-6573252 |
| Attack On | None Selected |
| Unit Activity | NONE SELECTED |
| Title | VBIED ATTK ON 1-184 PTL IN BAGHDAD (ZONE 25): 1 CF KIA, 4 CF WIA/M1028 DESTROYE |
| Association Count | 1 |
| BDA Friendly KIA | 1 |
| BDA Friendly WIA | 4 |
| BDA Friendly Casualties | 5 |

Page 1 of 4

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 001
FISHBECK
CENTCOM_00000085
PX2107

## Ops Report

| | |
|---|---|
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | Baghdad |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | 3.5c iteReportView.cfm?module=operations&reporttype=sigact&re portkey=80D0F1D1-2CC4-4D06-87FF-BF8AC1005642&entity=report |
| Date Occurred Excel UK | 05/04/2005 |
| Date Occurred Excel US | 04/05/2005 |
| Date Posted(Z) | Apr 05 2005 07:41:18 |
| Date Updated(Z) | Apr 05 2005 07:41:18 |
| FOB | Union I |
| Latitude | 33.2549828757 |
| Longitude | 44.3914988627 |
| MGRS | 38SMB43327972 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | UNKNOWN |
| Originator Name | UNKNOWN |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | 80D0F1D1-2CC4-4D06-87FF-BF8AC1005642 |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

04/28/22 002
FISHBECK
CENTCOM_00000086

PX2107

## Ops Report

| | |
|---|---|
| Reporting Unit | Not Provided |
| Route | UNKNOWN |
| Type Of Unit | None Selected |
| Unit Name | Not provided |
| Updated By Group | UNKNOWN |
| Updated By Name | UNKNOWN |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

| SIGACT Location | | | | | | |
|---|---|---|---|---|---|---|
| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) (More not shown) |
| | | | | | | (More not shown) |
| MND-BAGHDAD | Baghdad | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

Page 3 of 4

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 003
FISHBECK
CENTCOM_00000087

PX2107

## Ops Report

| MOA | | | |
|---|---|---|---|
| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
| Vehicle-Borne IED (VBIED) | AF80F8DA-112E-426B-A0FC-842ACAA476E5 | Explosive Hazard | IED Explosion |

| Events1 | | | | | | |
|---|---|---|---|---|---|---|
| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| IED Explosion | F06573E6-1C87-4B90-8532-928FF0248BF3 | Explosive Hazard | | | | (More not shown) |

| Association | | | | | | |
|---|---|---|---|---|---|---|
| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | SECRET | REL TO USA, FVEY | Dec 05 2014 17:57:08 | (More not shown) |

12 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AOR, Primary Region, Reintegratees Count, Tbr Reported By

Associated Org, CCIR, CIDNE Media, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Target, Units, Vehicle

## Relationships

(None)

## Attachments

(None)

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

04/28/22 004
FISHBECK
CENTCOM_00000088

PX2107

PX2202

## DECLARATION OF BRIAN L. JENKINS

I, Brian L. Jenkins declare and state under penalty of perjury that the following statements are true and correct:

a.  I have personal knowledge of the facts and information contained in this statement.

b.  I was born on ▮Redacted▮ to Col. Doug Jenkins USAF and Linda Jenkins in Lubbock, Texas.  I was a military "brat" and we moved every three years. That was my entire life.

c.  In the summer of 1995 I finished my last semester at Texas A&M, and was commissioned the same day I graduated. I went to Marine Corps Officer Basic School at Camp Barrett in Quantico, Virginia, followed by a fifteen-week Infantry Officer Course since my MOS was Infantry Officer (0302). Upon completion of Basic School and the Infantry Officer Course, I was assigned to my first duty station, Camp Pendleton, CA. Following this I went on to be stationed at MCRD San Diego.  After that I went to Quantico, VA for career level school. Following that, I was stationed at Camp Lejeune, NC as Commander of Lima Company, 3rd Battalion, 8th Marines (L Co., 3/8 Marines). It was at Camp Lejeune that I met Lance Corporal (LCpl.) Taylor Bradley Prazynski who was a Marine Corps Infantryman (0311). I spent just under 11 years in the Marine Corps before transitioning out in February 2007.

d.  I first had the opportunity to meet LCpl. Prazynski in May 2004, when I was assigned to L Co., 3/8 Marines as Company Commander. Shortly after taking command of L Company our platoon was deployed to Iraq. In January 2005, we were assigned to Camp Fallujah, which was located in the Iraqi city of Fallujah, Anbar Province, Iraq. We were responsible for covering an area to the northeast of Camp Fallujah, around the town of Karmah (also referred to as Al-Karmah or Garma). Throughout our deployment I saw LCpl. Prazynski several times per week. When I first deployed to Iraq my rank was Captain, however I was promoted to Major while in theater.

e.  Our overall mission in Iraq was providing a presence in the northeast area surrounding Camp Fallujah by regularly patrolling the area and using intelligence previously obtained to track down and raid major weapons caches. We were also tasked with trying to stem the flow of insurgents in and out of the area. Our Battalion was responsible for large area, with our company area of responsibility being up to 180 sq. km. For a company, this was a large area to effectively patrol, but it also meant that we were very hard to target during the first three months of our deployment to the area.

f.  On May 9, 2005, we sent a platoon out to secure a structure that we were planning to take over as a Forward Operating Base (FOB) in the north end of Karmah. LCpl. Prazynski

PX2202

and LCpl. Marcus Mahdee was part of the platoon that was sent out that day. The building the platoon was to secure was a concrete facility. Despite being somewhat exposed it had high concrete walls that provided cover for the Marines that were there. While the high walls provided a good source of cover for our Marines, they also came with some disadvantages, one of which was the fact that the Marines had to utilize their vehicles to be able to look over the wall to get a line of sight to watch for any possible threats.

g.  I was not present at the time the attack occurred; however, I was receiving information in real-time as well as after the attack. From my understanding LCpl. Prazynski and LCpl. Marcus Mahdee was both manning the front of a 7-ton truck when the mortar rounds started hitting in the vicinity of their position. As the initial mortar round impacted very close to their position, both Marines jumped down from the truck to get to a more protected position, and that is when another mortar rounds exploded in very close proximity to them. The impact and explosion from the mortar round sent shrapnel under their flak jackets and into their bodies, grievously wounding them. The entire attack was being relayed back to our company command post, and battalion command post.  They also called in there were casualties.  The casualty report identified both Taylor and Marcus as the wounded Marines and they were going to medevac them via ground back to the trauma center at Camp Fallujah. Unfortunately, both Marines died from their injuries.

h.  My understanding of the attack and weapons used is there were at least 2 mortars fired at the Marines location inside the concrete facility. There weren't many mortar rounds, but they were very accurate.

I declare and state under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Signature: _Brian E. Jenkins_

SignNow e-signature ID: d906510e80...
08/28/2022 12: 54: 17UTC

Executed on: 8/28/2022 _____

PX2203

## DECLARATION OF

## NICHOLAS R. SIEWERT

I, Nicholas R. Siewert declare and state under penalty of perjury that the following statements are true and correct:

a.  I have personal knowledge of the facts and information contained in this Declaration.

b.  I knew Taylor Bradly Prazynski since January 2005 when we were assigned to the 4th Platoon, L (Lima) Company, 3rd Battalion, 8th Marines, 2nd Marine Division stationed at Camp Lejeune, North Carolina. We became good friends and bonded over common interests.

c.  In January 2005, our unit was deployed to Iraq and we were stationed at Camp Fallujah in the city of Fallujah, Al Anbar Governate.

d.  I deployed to Iraq as a Private First Class (PFC) and was later promoted to Lance Corporal (LCpl.).My position was as a machine gunner (0331). Taylor Bradly Prazynski had the rank of Lance Corporal (LCpl.) and his position was an Infantryman (0311) assigned as the Squad Automatic Weapon (SAW) gunner.

e.  Our company's mission in Iraq was two-fold.  During the day we mostly assisted with Iraqi election security and census taking.  During the night, we conducted combat missions to include patrols to look for weapons caches and high value insurgents.  We patrolled a large area surrounding Camp Fallujah and, although we were based at Camp Fallujah, we manned an Outpost (OP4) about 15 miles away and near the town of Al-Karmah. Two platoons at a time would rotate between OP4 and Camp Fallujah.  The two platoons at Camp Fallujah would rest while the two platoons at OP4 would conduct operations.

f.  On May 9, 2005, our platoon was at OP4. We learned that Marine Combat Engineers found an Improvised Explosive Device (IED) on a road near OP4 that we called the "S" curve. The "S" curve was notorious for having IED's placed there because the "S" in the road required vehicles to slow down dramatically.  I was part of a team that was sent out to provide security for the Combat Engineers. When I left OP4, LCpl. Prazynski was with LCpl. Marcus Mahdee providing security at the main gate to the OP. They were inside a 7-ton truck that had a machine gun mount. Normally, one Marine would be inside the cab of the truck as an observer and the other would be in the machine gun "ring" ready to engage any approaching insurgents.  Approximately 40-50 yards behind the 7-ton was a

PX2203

large building we used for sleeping, storing supplies and cover when attacked. We also shared the building with Iraqi Army (IA) members that we patrolled with.

g.  Just prior to the attack, the Combat Engineers I was with were preparing to detonate the IED they found. Just before the detonation, I heard some explosions and realized OP4 was under attack. We immediately returned to the OP and that's when I saw that LCpl. Prazynski and LCpl. Mahdee had been severely wounded from the attack. I entered the building that was behind the 7-ton and saw corpsmen administering medical aid to both LCpl. Prazynski and LCpl. Mahdee. Another Marine and I then started to help the corpsman who was giving aid to LCpl. Prazynski. LCpl. Prazynski was unconscious and had injuries to his torso. His injuries were so severe that some of his internal organs were outside of his body. It was obvious that both Marines had to be medevac'd and the decision was made to ground medevac them back to Camp Fallujah because it would be faster than to wait on an air medevac that may or may not come. A convoy was quickly formed and they drove back to the Regimental Aid Station (RAS) located at Camp Fallujah. The last time I saw LCpl. Prazynski was when he was being loaded into the vehicle.

h.  When I arrived in the building where LCpl. Prazynski was being treated, I saw he had shrapnel wounds to numerous parts of his body to include his chest, neck and head. Someone had already opened his flak jacket and cut away his clothing exposing a laceration to his torso. A corpsman was concentrating on LCpl. Prazynski's head and neck area because of the injuries there, however, my view was blocked by the corpsman so I could not tell the severity of those wounds. Others in the room were applying tourniquets to his extremities while I assisted in treating the wounds to LCpl. Prazynski's torso. I could see that some of his internal organs were outside his body and we tried to cover and treat them as best we could. LCpl. Prazynski's wounds were so severe that the corpsman was mostly trying to stabilize him for immediate medevac. I later learned that both LCpl. Prazynski and LCpl. Mahdee had been killed in the attack. There were also a number of IA soldiers wounded.

i.  OP4 came under mortar attacks almost daily. I believe the weapon which was used in the attack was a mortar based on the impact craters I saw and how they compared to the other mortar attacks I was involved in. The mortar craters were in the area that was between the 7-ton truck and the building we used. I was told this is where LCpl. Prazynski and LCpl. Mahdee were when they were hit while trying to get to the building for cover.

j.  During our time at OP4, we were told that there were high value Al-Qaeda in Iraq (AQI) targets in our area. One of those targets was Abu Musab al-Zarqawi who we constantly looked for. The night after LCpl. Prazynski and LCpl. Mahdee were killed we conducted a combat mission to try and locate the insurgents responsible for the attack. That night, in an

area we calculated they may have attacked us with mortars from, we engaged four insurgents that were setting up mortar tubes preparing for another attack. When we questioned, townspeople close to where we killed the insurgents, they told us the insurgents were not Iraqi.

I declare and state under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on this ___08/25/2022_____ day of August, 2022.

Signature: _Nicholas Siewert_____

PX2203

PX2204

**DECLARATION OF**

**John Francis Prazynski**

I, John Francis Prazynski declare, certify, verify, and state under penalty of perjury that the following statements are true and correct:

a.  I have personal knowledge of the facts and information contained in this statement.

b.  I am a United States Citizen, born on [Redacted] in Cincinnati, Ohio. I was born to Francis John Prazynski and Mary Alice (Horgan) Prazynski.

c.  **RELATIONSHP WITH DECEASED PARTY:**   I am the father of Taylor Bradley Prazynski. Taylor is my only natural son, but I have a stepson through my second marriage. Taylor was born [Redacted]. I married Taylor's mother in 1982. He lived with his mother and I until our divorce June 14th, 1989. We shared parenting rights through that decree, were both very active parents in his life, and we both him almost every day. I remarried January 1st, 1993. My wife Carol and I raised both our boys as our own. Taylor's mom and her husband did the same. He always said he was lucky to have 2 sets of parents. We were both actively involved in his life. I was the custodial parent and whenever Taylor needed anything at all, from tutoring to doctor visits, I took care of that.

d.  **RELATIONSHIP BEFORE THE ATTACK**: Before Taylor entered the military, we saw each other every day. We did everything that we could possibly do together. We would go to every football game he played and watched all of Ryan's wrestling matches. We had a good relationship. After 9/11 we had several long discussions about the military response to terrorist attacks.  During Taylor's junior year in high school Taylor decided he wanted to be a Marine. We encouraged him to look at all his options, talk to all the recruiters, and we would support the decision that he makes. During his senior year he came to me and informed me that he was going to be a marine.  He said he wanted to live a 4-year adventure and then come back and go to college. We blessed his decision. He left for boot camp in October 2003, right after he graduated from high school. He enlisted as a O3 11 Infantryman. He always stated he wanted to "pound the ground." After he entered the military, we continued to maintain a close relationship and I wrote him a letter every day when he was in boot camp with a note of support and encouragement. Taylor did not like to write letters. We sent him boxes every couple of weeks. We had a great relationship. During his time in Iraq, we would talk as often as possible, at least once a week. He called me as often as he could from Iraq to tell me what he was doing and what they were encountering. I took every phone call from him that I could take. I very seldom ever missed a call. My job was aware that I was going to answer all calls with a number I did not know because Taylor

PX2204

was deployed. He was not a letter writer. I got one email from him the whole time he was in Iraq and that was because the phone lines were down, and they lost phone communication. He emailed me to tell me he loved me. I was very proud of Taylor.

e.  **NOTIFICATION OF DEATH:**  May 10th, 2005, was a beautiful spring day here in Ohio. I love sleeping with the windows open. Approximately 15 minutes after midnight, I was in bed, and I heard a car pull up and door slam.  I then heard someone say "call me back on my marine core Nextel, I have terrible cell phone reception here. My wife then said who is that? I told her it must our neighbor's son Alec, he must be home to visit his dad from Afghanistan.  We then heard the knock on our door that changed our life forever.  There was a Major and a Sergeant at the door. The Sergeant leaned in and asked me, "are you Mr. Prazynski, father of Lance Corporal Taylor Prazynski." I looked at him and said, "you don't have to say nothing else; you wouldn't be here if it wasn't the worst."  I let them in and sat them down on the couch and tried to get as much information that I could get.  They told me that another marine sergeant was at Taylor's mother door at the same time. They wanted to make sure that the whole family knew at the same time. We talked with them for almost an hour or so and sent them on their way. My mother and Taylor were very close, so I called my mom woke her up and let her know Taylor died. She said "oh my gosh! John I am so sorry," and hung up the phone. She called back in 5 minutes and asked me if she was dreaming. I told her to pack a bag because I would pick her up so she would not be alone. Once I made it to my mom's house, she asked how Taylor's mom was doing but I did not know. My mom insisted we go to Taylor's mom house, so we checked on her and went home.  I remember being in complete shock. I was not prepared for the grief, experience, and trauma from this news.  It was the worst thing that could possibly happen. My life just stopped. We understood the significance of his military service but didn't think it would happen to him.

f.  **AFFECT ON THE SOLATIUM CLAIMANT:** The attack which resulted in the death of my son caused me mental pain, anguish, grief, suffering, sadness, anger, emotional stress, and loss of the society and comfort of my son. Grief is hard to explain, unless you are in it. Nothing in this world can prepare anyone for the loss of a child. I was not prepared for the grief. I had sleepless nights sitting and wondering if this was real. I could not get up and go to work, because I could not think. I was a sales manager for a home builder, and I had 17 subdivisions. The builder was kind enough to let me come to work, but I was not able to get the job done. I walked out the door and never came back. I took a month off and just didn't work. I came back in 2008 and I had to go back to work. My wife and I struggled, but we survived some type of way. We almost lost our home to foreclosure but received a loan modification after going to the foreclosure hearing, and the court directing the lender to work out the modification. I experienced depression, anxiety, and post-traumatic stress. This

is crippling at times, and I continue to experience symptoms caused by the death including periodic or ongoing depression, anxiety, hopelessness, inability to cope, etc. The loss of Taylor has also affected other family members in the same way. The loss of my son has affected everything: my work relationships, my ability to earn an income, and any advance of my professional career. After some time, we tried to take any positive step forward. We wanted to do this for those that were injured or wounded. Our community came around us and did the same thing. An anonymous citizen in the city of Fairfield started a Taylor Prazynski Memorial scholarship fund. My siblings and my family tried to figure out how to raise enough money to start giving scholarships. My sister and brother started a 5k and we did it for 15 years. I went to the VA to seek counseling, but only went to one setting. I wanted to speak with anyone about my grief and how to handle it, but I did not find that at the VA. We also went to T.A.P.S to help with our loss. It helped and was a wonderful organization.

g. **ANY OTHER DETAILS NOT COVERED ABOVE:** In spite of our loss, we have been blessed. By the grace of God, we have survived and maybe even thrived a bit, but our lives are not anything like before. But I know that has been a lot of other families that have had it worst. I am thankful for what happened, because I know it is not part of my plan, it is part of God's plan. I submit to that. When Taylor's unit came back from Iraq, he and I had always talked on the phone and he would say, "you are going to be there when the unit returns." He never asked, "are you going to be there when I come home." I don't think he thought he was not coming home. I think he always thought that he was coming home. I told him I was going to be there. So, his Commander, Captain Jenkins and First Sergeant sent me letters and told me how sorry they were Taylor had passed. They were coming home in September 2005. Even though Taylor would not be there, I kept telling Carol I want to go and be there. Well, a week before they came back, I told Carol this crazy I can't do this. I can't be there with all these families who loves ones are coming home and feel sorry for myself and boohoo. She said, well then don't go. As I was driving to work my cell phone rings and it is Captain Jenkins from Iraq, and he says I understand you are going to be in Camp Lejeune when the unit returns, are you still planning on doing that. I said sir I don't think I can do it. He said there are a lot of marines that would really appreciate you being there. Will you please be there. So, I went. The number of marines that came off that bus came straight to us before going to their families first left me speechless. They gave us hugs and then went to their families. This was a very humbling experience. What do you say to a 20 something year old marine that came to you and said your child meant something to us? They shared their experiences about him and stated their interactions were good experiences, learning opportunities, or they simply had fun with him. We have been able to love, encourage and support them in their life as a result of this experience. I believe we have made a difference in their life. There were 2 marines that came to see me twice, Nick S. and Josh B. They both live in Ohio, Nick is from Defiance, in Northern Ohio, and Josh is from Troy, just North of

PX2204

Dayton. They came to our 5k and participated, around November 2008 or 2009. One experience was a week after Thanksgiving one year.  The two Marines asked me to join them in Dayton for lunch by myself, and I agreed.  I drove to Dayton, and I have wings and they have a couple of beers, and we shot the bull. One of them gets up and leaves the table and comes back with an envelope. He sits the envelope down and their demeanor changed, I wondered, "What's going on?" They wanted to check on me and see how things are going. They wanted me to tell them what I knew about the events on May 9th, 2005.  So, I tell them what I had been told and everything that I could fill in.  When I was done, they said we want to tell you about May 10th. The proceeded to tell me 2 of them were not exactly at the location where Taylor and his fellow marine Marcus Mahdee had died. They heard the explosion and when they came back, they found there were 8 on the ground: Taylor, Marcus Mahdee, 2 other marines that were not hurt as bad, and 4 Iraqi soldiers. They said a helicopter came in, loaded Taylor and Marcus, and immediately left. They were then told it would be a big day tomorrow and they need to get some rest, because they were at an operational post and not a base.  So, they left and began cleaning the weapons and get some rest for the next day. They then said either Caption Jenkins or Lt. Hubert came in and said, "hey we just want you to know that Mahdee and Prazynski died and get some sleep we have an early morning." They both said how they were trying to get some sleep after hearing that news and how it was next to impossible for them. The next morning about 4am someone came in and said, "hey we think we know here they are, who wants to go." They all got up, put on full "battle rattle" and face paint, in the dark, marched out 2 or 3 miles and hid in tall grass a canal and just waited. A vehicle pulls up, trunk opens, mortar tubes pop out. They sent back to their command, "we have eyes on the bad guys, mortar tubes been deployed, permission to engaged." They gave them permission to engaged and they took out the bad guys and terrorists. No mortars were fired upon Americans at that point. In the envelope he pulls out the license plate from their vehicle. It was an Iraqi license plate. The hair on the back of my neck was standing up. I wasn't sure what to say at this point.  I asked if I could take a picture of the license plate, and they said no we want you to have it. I said how did you get this license plate.  Then one of them said "when we engaged with the vehicle and took out the terrorist, I ran up and pulled out my multi tool and took the plate right off the vehicle. I don't know why, I stuck it in my jacket, and I wore my jacket for the rest of this deployment. When we were ready to leave, they inspected all our stuff. I stuffed it way to the bottom of my duffle bag. I didn't think that I would get out with it. I figured they would find it, but they didn't find it. I went home I packed it away in a box and I went back to Ramadi. The 3/8 went back. We lost 18 more in Ramadi, we lost 9 in Fallujah.  I got out and moved into a house and I am going through a box, and I find this plate and it made me think of Taylor and just thought you should have it and he gave me this license plate." I was blown away. I had no idea how to respond to the story and the young man telling me he had to get them. He then said, "I know you are a Christian and you may not receive in revenge," and I said, "hold on a second, it is not for me to decided, my Christian view says thou shall not murder.

You guys were in war situation, and you did what you had to do to protect American lives. I am not here to judge anyone. I am grateful for one that you felt that you should compel to come tell me that you felt you got them." I got home and called a Vietnam veteran friend of mine to tell him the story. He said he know an Iraqi in Cincinnati that owns a gas station and to bring the license plate and see if he can read it. He is a Christin refugee that lives in Cincinnati. We went to see him and let him read it, he stated it is a temporary license plate from someone who came across the border into our country as a terrorist. I then asked him to tell me about growing up in Iraqi. He said, "we were Christians; we were constantly prosecuted until they would finally let us leave." He said "people don't believe me when I talk about freedom. When I was kid, and we were in school they would ask us about Saddam at school and one of the kids stood up and said every time Saddam would come on the tv and my dad would spit on the tv, and the next week his dad was dead." He said "you would not believe this type of stuff because you live in freedom. You don't know what it like to live in that type of environment. The best thing that happened to me and my family was we got to be able to come to the United States." So, just hard to believe, but a remarkable story about Taylor's marine friends. It has been a journey and I wouldn't wish it on anybody. I miss him every day. I had a reporter that asked me how often I think if him. I dream about him, I still dream about him, not every night. I dreamt about this weekend; I don't remember the dream. I am wondering why. I can't even remember the dream. I think about him in the morning, I think about him during the day. I think about him before I go to bed at night. I think about him all the time. We had so many plans about what we were going to do when he came back from his experience from the marine corp. We did not get to do it. I am taking this time to do it with his brother Ryan and with some of Taylor's marine friends. I will be forever thankful for that. I refuse to let this destroy me. I spent my savings to survive. It was hard to get up and go to work in sales with a smile on my face. We struggled, my wife went out and got a job. Our credit was/is shot, we drove old cars, and we are working our way out of a hole. We spent our savings living through the loss of our son, just to survive. It is hard to describe a constant battle to survive. You must choose every day to move forward, even though grief is tugging you back towards that dark hole.

h.   **AUTHENTCATION OF PHOTOS/DOCUMENTS/EVIDENCE.** As Part of my Statement I am providing documentary materials attached as Exhibit A through B.

   a.   Exhibit A attached to this Statement is a true and authentic copy of my Certificate of Live Birth.

   b.   Exhibit B attached to this Statement is true and authentic photographs of my son and my family. I have personal knowledge of the creation of this Exhibit because I am included in the photos.

   c.   Exhibit C attached to this Statement is true and authentic photographs Iraqi license plate. I have personal knowledge of the creation of this Exhibit because it was personally given to me from one of Taylor's marine friends.

I declare, certify, verify, and state under penalty of perjury under the laws of the **United States** of America that the foregoing statements are true and correct.

Executed on this ___2nd___ day of _____August_____, ___2022___.

Signature: _John Francis Prazynski_____
SignNow e-signature ID: 8016b3db19...
08/02/2022 13:11:41 UTC

PX2204

# Exhibit A

PX2204

— DETACH AT PERFORATION —



VERIFY PRESENCE OF ODH WATERMARK    HOLD TO LIGHT TO VIEW

# STATE OF OHIO
# OFFICE OF VITAL STATISTICS

## CERTIFICATION OF BIRTH

**STATE FILE NUMBER** 1962130149          **DATE RECORD FILED** 08/29/1962

**NAME** JOHN FRANCIS PRAZYNSKI

**DATE OF BIRTH** Redacted          **SEX** MALE

**BIRTHPLACE** OHIO

**MOTHER'S NAME** MARY ALICE PRAZYNSKI          **FATHER'S NAME** FRANCIS JOHN PRAZYNSKI

**LAST NAME PRIOR TO FIRST MARRIAGE** HORGAN

**MOTHER'S BIRTHPLACE** OHIO          **FATHER'S BIRTHPLACE** WISCONSIN

**Note:**

This is a true certification of the name and birth facts as recorded in the Office of Vital Statistics, Columbus, Ohio. Witness my signature and seal of the Department of Health this 02 day of February, 2021

State Registrar of Vital Statistics



HAMILTON CO GENERAL HEALTH DIST

REV. 7/2015

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED
VERIFY PRESENCE OF ODH WATERMARK    HOLD TO LIGHT TO VIEW

PX2204

Exhibit B

PX2204



Taylor in John's uniform at age 4 Chanute AFB 1988



Family Photo
Ryan Blomer
Carol Prazynski
John Prazynski
Taylor Prazynski



Taylor
Boot
Camp
Graduation
2004
Ryan
Blomer
Claudia
Pierce
Taylor
Prazynski
John
Prazynski
Carol
Prazynski



John Prazynski
Taylor Prazynski
after Boot camp



Taylor
Prazynski
John
Prazynski
Hi School
Grad 2003



John
Prazynski
Taylor
Prazynski
Carol
Prazynski
School of
Infantry
Graduation

Troy Riggs          Taylor Prazynski
                    Boot Camp Graduation





John Prazynski
Taylor Prazynski
after Boot Camp

Taylor Prazynski in Iraq 2005





Iraq Camp Fallujah
2005

PX2204

Taylor Prazynski & marines
3rd Bat /8th Marine
reg.
2005
Iraq





2005 Iraq





Taylor Prazynski 2005
Iraq

Taylor Prazynski Squad Iraq 2005





Cpl Jones
LCpl Tomci

2005 Camp Fallujah

PX2204

Taylor Praczynski





PX2204

Taylor Prazynski 2005 Iraq





Tom Marine in Taylors Squad
2005 Iraq

Exhibit C

PX2204



PX2356

PX2208





# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:
THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

## PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782
TO

LANCE CORPORAL TAYLOR B. PRAZYNSKI, UNITED STATES MARINE CORPS

FOR WOUNDS RECEIVED
IN ACTION
ON 9 MAY 2005 IN IRAQ

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS    10TH              DAY OF    MAY    2005

W. C. GREGSON
Lieutenant General, U.S. Marine Corps
Commander, U.S. Marine Corps Forces Central Command

NAVPERS 1650/51, REV (12-99)

OMPF COPY