# PX2209

Declassified by MG Patrick S. Frank
USCENTCOM Chief of Staff
Declassified on: 29 Apr 2022
Privacy Act Protective Order applies

# Ops Report



## Wednesday, 23 February 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | May 09 2005 17:06:00 |
| is Closed | TRUE |
| Summary | AT 1706D, 3/8 REPORTED AN IDF ATTK AT OP4, 4KM N OF AL KARMAH. THE IDF ATTACK CONSISTED OF (2) 82MM MORTAR ROUNDS. THE UNIT, WITH CEBS IN SUPPORT, WERE CONDUCTING FORCE PROTECTION IMPROVEMENTS AND TRAINING AT THE OP. A TOTAL OF (19) CF WIAS WERE REPORTED. (1) URGENT FWIA DIED OF WOUNDS AT FALLUJAH SURGICAL. THE REMAINING CASUALTIES INCLUDED: (3) URGENT, (8) PRIORITY, AND (7) ROUTINE. CBR ACQUIRED THE IDF. POO: 38S MB 03710 97671. CBF: (7) ROUNDS HE/VT AND (1) ROUND HE/DELAY. |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2005 |
| Month Occurred | May |
| Day Occurred | 9 |
| Event Type | Enemy Action |
| Event Category | Indirect Fire |
| Event MOA | Indirect Fire |
| Primary Country | IRAQ |
| Primary RC | MNF-W |
| Primary District | |
| Primary Province | Anbar |
| was Suicide | FALSE |
| Tracking Number | MEF LNO-81220174 |
| Attack On | None Selected |
| Unit Activity | NONE SELECTED |
| Title | IDF ATTK ON 3/8 MAR N OF AL KARMAH: 1 CF KIA, 18 CF WIA, DAMAGE UNKNOWN |
| Association Count | 1 |
| BDA Friendly KIA | 1 |
| BDA Friendly WIA | 18 |
| BDA Friendly Casualties | 19 |
| BDA Friendly ABD | 0 |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 001
FISHBECK

PX2209

CENTCOM_00000047

## Ops Report

| | |
|---|---|
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | 3.5c    iteReportView.cfm?module=operations&reporttype=sigact&reportkey=71ED0AA6-5F4C-433C-9FE0-D0706DA198AB&entity=report |
| Date Occurred Excel UK | 09/05/2005 |
| Date Occurred Excel US | 05/09/2005 |
| Date Posted(Z) | May 09 2005 17:33:10 |
| Date Updated(Z) | May 09 2005 17:33:10 |
| FOB | UNKNOWN |
| Latitude | 33.441004124 |
| Longitude | 43.9198553468 |
| MGRS | 38SLC996007 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | UNKNOWN |
| Originator Name | UNKNOWN |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | 71ED0AA6-5F4C-433C-9FE0-D0706DA198AB |
| Reporting Unit | Not Provided |

Page 2 of 4

Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

PX2209

04/28/22 002
FISHBECK
CENTCOM_00000048

## Ops Report

| | |
|---|---|
| Route | UNKNOWN |
| Type Of Unit | None Selected |
| Unit Name | Not provided |
| Updated By Group | UNKNOWN |
| Updated By Name | UNKNOWN |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

### MOA

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

PX2209

04/28/22 003
FISHBECK
CENTCOM_00000049

## Ops Report

| Mode Of Attack | | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|---|
| Indirect Fire | | 2CB2C2A6-C503-4395-B6F6-DDFA74FF1920 | Enemy Action | Indirect Fire |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Indirect Fire | 5C0775D5-6658-4C39-AF0F-37FA275CE539 | Enemy Action | | | | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | SECRET | REL TO USA, FVEY | Dec 05 2014 17:57:08 | (More not shown) |

13 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AO, Primary AOR, Primary Region, Reintegratees Count, Reporter Title By Report Table

Associated Org, CCIR, CIDNE Media, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Target, Units, Vehicle

## Relationships

(None)

## Attachments

(None)

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

04/28/22 004
FISHBECK
CENTCOM_00000050

PX2209

# PX2303

## DECLARATION OF PAUL ERIC HAINES

I, Paul Eric Haines declare and state under penalty of perjury that the following statements are true and correct:

    a.  I have personal knowledge of the facts and information contained in this Declaration.

    b.  I was born on **Redacted** in Wheatridge, Colorado and am a U.S. Citizen.

    c.  In Iraq, my rank was Sergeant (Sgt. E-5); my specialty was Armored Crewmen (19K24) and my position was tank gunner.

    d.  I was assigned to 1st Platoon, Delta Company, 1st Battalion, 66th Armored Regiment, 4th Infantry Division.

    e.  Our mission in Iraq was to provide security, training. and support to the Iraqi Army (IA) to facilitate the transition and authority of control to the IA. We were stationed at Camp Taji, Baghdad Governate, Iraq.

    f.  On June 4, 2006, we were the second tank in a two-tank convoy en route to the Karkh Water Treatment Facility, in the western part of Baghdad, to relieve-in-place a U.S. Army infantry unit that was providing security there.  This was a common mission of ours. We were in an M1A2 Systems Enhancement Package (SEP) Abrams tank. I was positioned in the gunner's seat; First Lieutenant (1Lt. 0-2) Ryan Sanders was in the Tank Commander (TC) position; Specialist (SPC E-4) Mark Boomhower was in the driver's position; and Sgt. Daniel Gionet was our assigned medic and seated in the loader's position.

    g.  As we traveled on Main Supply Route (MSR) 1, we approached Route (RTE) Causeway (AKA: "Canal Road"). Canal Road was a hard-packed asphalt type road that we were going to turn on en route to the treatment facility which was approximately 1.5 kilometers away. When approaching the intersection, we noticed an IA tank was sitting on the side of the road. This was a checkpoint the IA maintained to provide security.  As we turned onto Canal Road we increased our speed and then there was an explosion.  At this point, I was knocked unconscious and do not have any direct recall of what happened afterwards. I was told I was conscious, but learned about the attack from reading reports and talking with the soldiers who were present during and after the attack.  The explosion came from a large Improvised Explosive Device (IED) that was placed under the roadway.   After the explosion, Staff Sergeant (SSgt.) Avion Sherman, the lead tank commander, and his crew came back to help us. 1Lt. Sanders and Sgt. Gionet were killed in the attack. SPC Boomhower was initially knocked unconscious, but was later able to get out of the tank. I

PX2303

was trapped inside the tank for about 45 minutes before I was pulled out.  I was then medevac'd by helicopter to the Combat Support Hospital (CASH) at Taji Air Base, Baghdad.  Our tank was completely destroyed.

h.  While in flight to Taji Air Base, I became critically ill and had to be intubated.  Upon arrival at Taji, I was placed on life support and a chest tube was inserted.  I underwent surgeries to remove my left eye, stop internal bleeding, and repair both of my shattered hips. I spent about four days at Taji. From there, I was transferred to Landstuhl Regional Medical Center, Landstuhl, Germany where I had additional surgery for compartment syndrome in both legs and had placement of an eye implant. I spent four days in Germany.   I was then flown to Walter Reed Army Medical Center in Bethesda, Maryland, where I underwent facial reconstruction surgery and a brain shunt was surgically inserted due to swelling.  After several days I was taken off life support, but I was still unconscious.  I was in a coma until July 3, 2006 when I finally woke up with a tube still down my throat to help me breathe.  Eventually, I was able to breathe on my own and the tube was removed. I stayed at Walter Reed for about two months. I was then transferred to the Brooke Army Medical Center at Fort Sam Houston, Texas, and Carl R. Darnall Medical Center at Foot Hood, Texas for further treatment.  I continue to receive medical treatment through the Central Texas Veterans Healthcare System in Temple, Texas

i.  As a result of the attack, I suffered a fractured skull with internal hemorrhaging, a Traumatic Brain Injury (TBI), severed nerves, a shattered left orbital sock and loss of my left eye, shattered upper and lower jaw, broken collar bones, multiple broken ribs, multiple broken vertebrae, multiple broken bones in my extremities, a punctured lung, shattered pelvis, internal bleeding, and developed compartment syndrome in my legs.  I completed numerous speech therapy sessions and, eventually, physical therapy. I was eventually able to graduate from using a wheelchair to a cane, but still have trouble walking today.

j.  A construction crew that we provided security for, were paid by the local Al-Qaeda in Iraq (AQI) cell to implant and detonate the IED on June 4, 2006.  The intelligence gathered after the strike/ambush resulted in the capture or death of over fifty AQI or anti-Iraqi government forces in the area.  Included in those captured was the local sheikh who was a self-professed supporter of American forces.

k.  As Part of my Declaration I am providing documentary materials attached as Exhibit A.

   1.  Exhibit A attached to this Declaration is a true and authentic copy of the AR 15-6 Investigation Report and related documents for the IED attack on June 4, 2006. I have personal knowledge of the source or creation of this Exhibit because this report is the investigation conducted by the U.S. Army related to the attack in which

I was involved. I received a copy of the AR 15-6 investigation report from the family of Sgt. Daniel Gionet who was killed in the attack. I have reviewed the report and it fairly and accurately depicts the scene of the attack through photographs and diagrams. The copy of the report provided is a fair and accurate representation of the AR 15-6 Report and it fairly and accurately reflects the information the document contains regarding the investigation of the June 4, 2006 IED attack.

2. Exhibit B is a true and correct copy of a photograph of me with an unidentified dignitary at Walter Reed National Military Medical Center, Bethesda, Maryland. I have personal knowledge of the source or creation of this Exhibit because I was present when it was taken by my wife, Ronda, and I kept a copy.

3. Exhibit C is a true and correct copy of a photograph of me with my daughter Madison. I have personal knowledge of the source or creation of this Exhibit because I was present when it was taken by my wife, Ronda, and I kept a copy.

4. Exhibit D is a true and correct copy of a photograph of me with my best friend, David Jones. I have personal knowledge of the source or creation of this Exhibit because I was present when it was taken by my wife, Ronda, and I kept a copy.

5. Exhibit E is a true and correct copy of a photograph of me with my wife, Ronda. I have personal knowledge of the source or creation of this Exhibit because I was present when it was taken by my son Redacted and I kept a copy.

6. Exhibit F is a true and correct copy of a photograph of me with my wife, daughter and receiving The Purple Heart Award at Fort Hood, Texas. I have personal knowledge of the source or creation of this Exhibit because I was present when it was taken by my son Redacted, and I kept a copy.

7. Exhibit G is a true and correct copy of a photograph of me with my wife, Ronda and children, Redacted   It was taken approximately 1 ½ months prior to my attack when I was on R&R from Iraq and getting ready to return. I have personal knowledge of the source or creation of this Exhibit because I was present when it was taken by my mother-in-law Barbara Kirkus, and I kept a copy

I declare and state under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on this  Jul 22, 2022 _____ day of July, 2022.

Signature: _____
Paul E Haines[Jul 22,2022 1:429 CD T]

---

# Paul E. Haines Declaration

Final Audit Report                                             2022-07-22

| | |
|---|---|
| Created: | 2022-07-22 |
| By: | Stephen Bauer (sbauer@levinlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA81FbXpqe4SRzBJC4Pnu1OVEwuSxx-twJ |

## "Paul E. Haines Declaration" History

📄 Document created by Stephen Bauer (sbauer@levinlaw.com)
2022-07-22 - 4:24:44 PM GMT

📧 Document emailed to Redacted for signature
2022-07-22 - 4:28:54 PM GMT

📄 Email viewed by Redacted
2022-07-22 - 7:27:55 PM GMT

🖊 Signer Redacted entered name at signing as Paul E. Haines
2022-07-22 - 7:28:59 PM GMT

🖊 Document e-signed by Paul E. Haines Redacted
Signature Date: 2022-07-22 - 7:29:00 PM GMT - Time Source: server

✅ Agreement completed.
2022-07-22 - 7:29:00 PM GMT

**Adobe Acrobat Sign**



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 1ST BRIGADE COMBAT TEAM
4TH INFANTRY DIVISION (MECHANIZED)
FOB TAJI, IRAQ  APO AE 09378-0001

REPLY TO
ATTENTION OF

AFYB-IN-JA                                                                 3 July 2006

MEMORANDUM FOR Office of the Staff Judge Advocate (Attn: Chief, Adlaw), Camp ▮▮▮,
Iraq

SUBJECT:  AR 15-6 Investigation; KIA x 2 4 June 2006 (1/4-077)

1. The attached 15-6 investigation, concerning the facts and circumstances surrounding the
death of ▮▮ 1-66 AR Soldiers on 4 June 2006 as a result of injuries sustained during an ▮▮
▮▮, is forwarded for action by the Commanding General, MND-B.

2. Exhibit U is a CD containing photographs taken by ▮▮ of post-blast damage and the site of
the strike.  Exhibit V is a CD containing overhead video coverage of the site of the strike.
Copies of these exhibits will be sent under separate cover.

3. The Investigating Officer's (IO) findings and recommendations are in his report dated 25 June
2006.  LTC Ki▮▮ concurred with the IO except as noted below:

   a. Regarding the "Patrol Mission/Task and Purpose" recommendation that units ensure trip
tickets for patrols are received and logged at battalion headquarters, LTC Ki▮▮ commented
that a trip ticket was completed for this patrol.  It was used to verify the battle roster numbers of
the WIA/KIA.  The battalion will implement safeguards to ensure trip tickets are properly filed.

   b. Regarding the "Enemy Situation and Threat" recommendation that ▮▮ should be
maintained and that RTE ▮▮ should be saturated, LTC Ki▮▮ nonconcurred with the
reestablishment of ▮▮ and agreed that the IA should continue to secure ▮▮.

   c. Regarding the "Patrol Frequency" recommendations, LTC Ki▮▮ nonconcurred because
Coalition Forces no longer secure RTE ▮▮.

   d. Regarding the "Uniforms" recommendation, LTC Ki▮▮ concurred and added that 1-66
AR will continue to stress correct armor crew uniforms and that this situation was unsatisfactory
if crew members were not in the proper uniform.

   e. Regarding the "Post Blast Analysis" recommendation that IA knowledge of or complicity
in the attack should continue to be investigated, LTC Ki▮▮ concurred and added that this
incident has caused some measure of distrust from my soldiers to the IA unit manning RTE
▮▮.  LTC Ki▮▮ changed his battlespace and assigned a different company to work
with that IA unit.  The 15-6 did not include statements from the IA soldiers at the proximity of
the attack and LTC Ki▮▮ would like to review the outcome of their questioning.  He also

Fis_HainesP_CP_0

AFYB-IN-JA
SUBJECT:  AR 15-6 Investigation; KIA ▉ 4 June 2006 (1/4-077)

added that intelligence gathering continues to find those responsible for the attack and that new intelligence is gained daily.

f.  Regarding the "Actions on Contact" recommendations, LTC K▉▉ concurred and stated that awards have been submitted and that all patrols, other than those in tracked vehicles on RTE ▉▉ and RTE ▉▉, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

g.  Regarding the "Medevac" recommendations, LTC K▉▉ concurred and added ▉▉ imagery showed that all casualties were collocated within ▉ meters of each other.

h.  Regarding the "Current Casualty Status" findings, LTC K▉▉ added that SGT H▉ continues to recover at WRAMC and that he has been moved to a regular medical ward. His condition improves daily and the 1-66 AR physician receives daily progress reports.

4.  COL▉▉ P▉▉▉, Commander, 1st BCT, concurred.

3.  POC is the undersigned at ▉▉▉ or at ▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉ W▉▉
MAJ, JA
Brigade Judge Advocate

2

PX2303    Fis_HainesP_CP_0

**REPORT OF PROCEEDINGS BY INVESTIGATING OFFICER/BOARD OF OFFICERS**
For use of this form, see AR 15-6; the proponent agency is OTJAG.

*IF MORE SPACE IS REQUIRED IN FILLING OUT ANY PORTION OF THIS FORM, ATTACH ADDITIONAL SHEETS*

### SECTION I - APPOINTMENT

Appointed by ___COL ███ P███, Cdr, 1st BCT___
*(Appointing authority)*

on ___4 Jun 06___ *(Attach inclosure 1: Letter of appointment or summary of oral appointment data.) (See para 3-15, AR 15-6.)*
*(Date)*

### SECTION II - SESSIONS

The *(investigation) (board)* commenced at ___Camp ███ Iraq___ at ___0930___
*(Place)*                                                                 *(Time)*

on ___5 Jun 6___ *(If a formal board met for more than one session, check here* ☐ *. Indicate in an inclosure the time each session began and*
*(Date)*
ended, the place, persons present and absent, and explanation of absences, if any.) The following persons *(members, respondents, counsel)* were
present: *(After each name, indicate capacity, e.g., President, Recorder, Member, Legal Advisor.)*

The following persons *(members, respondents, counsel)* were absent: *(Include brief explanation of each absence.) (See paras 5-2 and 5-8a, AR 15-6.)*

The *(investigating officer) (board)* finished gathering/hearing evidence at ___1600___ on ___22 Jun 06___
*(Time)*                                      *(Date)*

and completed findings and recommendations at ___1600___ on ___25 Jun 60___
*(Time)*                                      *(Date)*

### SECTION III - CHECKLIST FOR PROCEEDINGS

| | A. COMPLETE IN ALL CASES | YES | NO[1] | NA[2] |
|---|---|---|---|---|
| 1 | Inclosures *(para 3-15, AR 15-6)* | | | |
| | Are the following inclosed and numbered consecutively with Roman numerals: *(Attached in order listed)* | | | |
| | a. The letter of appointment or a summary of oral appointment data? | ✓ | | |
| | b. Copy of notice to respondent, if any? *(See item 9, below)* | | | ✗ |
| | c. Other correspondence with respondent or counsel, if any? | | | ✗ |
| | d. All other written communications to or from the appointing authority? | | | ✗ |
| | e. Privacy Act Statements *(Certificate, if statement provided orally)?* | ✗ | | |
| | f. Explanation by the investigating officer or board of any unusual delays, difficulties, irregularities, or other problems encountered *(e.g., absence of material witnesses)?* | | | ✗ |
| | g. Information as to sessions of a formal board not included on page 1 of this report? | | | ✗ |
| | h. Any other sign papers *(or the # inavider ee)* relating to administrative aspects of the investigation or board? | | | ✗ |

*FOOTNOTES:* [1] *Explain all negative answers on an attached sheet.*
[2] *Use of the NA column constitutes a positive representation that the circumstances described in the question did not occur in this investigation or board.*

DA FORM 1574, MAR 83                    EDITION OF NOV 77 IS OBSOLETE.                    Page 1 of 4 pages                    USAPA V1.20

| | YES | NO[1] | NA[2] |
|---|---|---|---|
| Exhibits  *(para 3-16, AR 15-6)* | | | |
| a.  Are all items offered *(whether or not received)* or considered as evidence individually numbered or lettered as exhibits and attached to this report? | × | | |
| b.  Is an index of all exhibits offered to or considered by investigating officer or board attached before the first exhibit? | × | | |
| c.  Has the testimony/statement of each witness been recorded verbatim or been reduced to written form and attached as an exhibit? | × | | |
| d.  Are copies, descriptions, or depictions *(if substituted for real or documentary evidence)* properly authenticated and is the location of the original evidence indicated? | | | × |
| e.  Are descriptions or diagrams included of locations visited by the investigating officer or board  *(para 3-6b, AR 15-6)?* | | | × |
| f.  Is each written stipulation attached as an exhibit and is each oral stipulation either reduced to writing and made an exhibit or recorded in a verbatim record? | | | × |
| g.  If official notice of any matter was taken over the objection of a respondent or counsel, is a statement of the matter of which official notice was taken attached as an exhibit  *(para 3-16d, AR 15-6)?* | | | × |
| 3  Was a quorum present when the board voted on findings and recommendations  *(paras 4-1 and 5-2b, AR 15-6)?* | | | |
| **B.  COMPLETE ONLY FOR FORMAL BOARD PROCEEDINGS**  *(Chapter 5, AR 15-6)* | | | |
| 1  At the initial session, did the recorder read, or determine that all participants had read, the letter of appointment  *(para 5-3b, AR 15-6)?* | | | |
| 5  Was a quorum present at every session of the board  *(para 3-2b, AR 15-6)?* | | | |
| 6  Was each absence of any member properly excused  *(para 5-2a, AR 15-6)?* | | | |
| 7  Were members, witnesses, reporter, and interpreter sworn, if required  *(para 3-1, AR 15-6)?* | | | |
| 8  If any members who voted on findings or recommendations were not present when the board received some evidence, does the inclosure describe how they familiarized themselves with that evidence *(para 5-2d, AR 15-6)?* | | | |
| **C.  COMPLETE ONLY IF RESPONDENT WAS DESIGNATED**  *(Section II, Chapter 5, AR 15-6)* | | | |
| 9  Notice to respondents  *(para 5-5, AR 15-6):* | | | |
| a.  Is the method and date of delivery to the respondent indicated on each letter of notification? | | | |
| b.  Was the date of delivery at least five working days prior to the first session of the board? | | | |
| c.  Does each letter of notification indicate — | | | |
| (1)  the date, hour, and place of the first session of the board concerning that respondent? | | | |
| (2)  the matter to be investigated, including specific allegations against the respondent, if any? | | | |
| (3)  the respondent's rights with regard to counsel? | | | |
| (4)  the name and address of each witness expected to be called by the recorder? | | | |
| (5)  the respondent's rights to be present, present evidence, and call witnesses? | | | |
| d.  Was the respondent provided a copy of all unclassified documents in the case file? | | | |
| e.  If there were relevant classified materials, were the respondent and his counsel given access and an opportunity to examine them? | | | |
| 10  If any respondent was designated after the proceedings began  *(or otherwise was absent during part of the proceedings):* | | | |
| a.  Was he properly notified  *(para 5-5, AR 15-6)?* | | | |
| b.  Was record of proceedings and evidence received in his absence made available for examination by him and his counsel  *(para 5-4c, AR 15-6)?* | | | |
| 11  Counsel  *(para 5-6, AR 15-6):* | | | |
| a.  Was each respondent represented by counsel? | | | |
| Name and business address of counsel: | | | |
| *(If counsel is a lawyer, check here ☐ )* | | | |
| b.  Was respondent's counsel present at all open sessions of the board relating to that respondent? | | | |
| c.  If military counsel was requested but not made available, is a copy  *(or, if oral, a summary)* of the request and the action taken on it included in the report  *(para 5-6b, AR 15-6)?* | | | |
| 12  If the respondent challenged the legal advisor or any voting member for lack of impartiality  *(para 5-7, AR 15-6):* | | | |
| a.  Was the challenge properly denied and by the appropriate officer? | | | |
| b.  Did each member successfully challenged cease to participate in the proceedings? | | | |
| 13  Was the respondent given an opportunity to  *(para 5-8x, AR 15-6):* | | | |
| a.  Be present with his counsel at all open sessions of the board which deal with any matter which concerns that respondent? | | | |
| b.  Examine and object to the introduction of real and documentary evidence, including written statements? | | | |
| c.  Object to the testimony of witnesses and cross-examine witnesses other than his own? | | | |
| d.  Call witnesses and otherwise introduce evidence? | | | |
| e.  Testify as a witness? | | | |
| f.  Make or have his counsel make a final statement or argument  *(para 5-9, AR 15-6)?* | | | |
| 14  If requested, did the recorder assist the respondent in obtaining evidence in possession of the Government and in arranging for the presence of witnesses  *(para 5-8b, AR 15-6)?* | | | |
| 15  Are all of the respondent's requests and objections which were denied indicated in the report of proceedings or in an inclosure or exhibit to it  *(para 5-11, AR 15-6)?* | | | |

*FOOTNOTES:*  *1) Explain all negative answers on an attached sheet.*
*2) Use of the N/A column constitutes a positive representation that the circumstances described in the question did not occur in this investigation or board.*

USAPA V1.20

PX2303

Eis_HainesP_CP_00002366

**SECTION IV - FINDINGS** *(para 3-10, AR 15-6)*

he *(investigating officer) (board)*, having carefully considered the evidence, finds:

ee attached memorandum

**SECTION V - RECOMMENDATIONS** *(para 3-11, AR 15-6)*

In view of the above findings, the *(investigating officer) (board)* recommends:

See attached memorandum

*Page 3 of 4 pages, DA Form 1574, Mar 83*

USAPA V1.20

PX2303

Fis_HainesP_CP_00000267

**SECTION VI - AUTHENTICATION** *(para 3-17, AR 15-6)*

HIS REPORT OF PROCEEDINGS IS COMPLETE AND ACCURATE. *(If any voting member or the recorder fails to sign here or in Section VII below, indicate the reason in the space where his signature should appear.)*

_____          _____
        *(Recorder)*                                *(Investigating Officer) (President)*

_____          _____
        *(Member)*                                      *(Member)*

_____          _____
        *(Member)*                                      *(Member)*

**SECTION VII - MINORITY REPORT** *(para 3-13, AR 15-6)*

To the extent indicated in Inclosure _____, the undersigned do(es) not concur in the findings and recommendations of the board. *(In the inclosure, identify by number each finding and/or recommendation in which the dissenting member(s) do(es) not concur. State the reasons for disagreement. Additional/substitute findings and/or recommendations may be included in the inclosure.)*

_____          _____
        *(Member)*                                      *(Member)*

**SECTION VIII - ACTION BY APPOINTING AUTHORITY** *(para 2-3, AR 15-6)*

The findings and recommendations of the *(investigating officer) (board)* are *(approved) (disapproved) (approved with following exceptions/ substitutions). (If the appointing authority returns the proceedings to the investigating officer or board for further proceedings or corrective action, attach that correspondence (or a summary, if oral) as a numbered inclosure.)*

*Page 4 of 4 pages, DA Form 1574, Mar 83*                    USAPA V1.20

PX2303



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 1ST BRIGADE COMBAT TEAM
4TH INFANTRY DIVISION (MECHANIZED)
FOB TAJI, IRAQ  APO AE 09378

REPLY TO
ATTENTION OF:

AFYB-IN-S2                                                        18 June 2006

MEMORANDUM FOR Commander, 1st Brigade Combat Team, Camp ████, Iraq APO
AE 09378

SUBJECT: AR 15-6 Investigation Concerning RTE ████████████ IED Attack on 4
June 2006

1. On 4 June 2006, I was appointed as the AR 15-6 Investigating Officer (IO) for an ████
attack on RTE ████████████ that resulted in ██ KIA, ██ WIA, and a D/1-66 AR ████████
████ Abrams Tank destroyed. I have conducted a thorough investigation of the
circumstances surrounding the IED attack. My observations, conclusions, and
recommendations are provided in the following format: facts, findings, and
recommendations.

2. FACTS.

    a. <u>Mission Preparation</u>. On  4 June 2006, a section from 1/D/1-66 AR attached
to A/1-66 AR arrived at 1700 in the A/1-66 AR motor pool at Camp ████ to conduct their
PCCs/PCIs and pre-mission briefings. The two vehicles assigned to the patrol were ████
and ████. Crews were assigned as follows (Exhibits A - F):

      1) Vehicle #1: Lead Vehicle / ████████ Abrams Tank / Bumper # ████
        a) SSG S████████ / TC
        b) SPC P████ / Gunner
        c) PV2 J████████ / Driver
      2) Vehicle # 2: Trail Vehicle / ████ Abrams Tank / Bumper # ████
        a) 1LT S████ / TC / Platoon Leader / ████████
        b) SGT H████ / Gunner / BR# ████████
        c) SPC B████ / Driver / BR# ████████
        d) SGT G████ / Loader / Medic / BR# ████████

After performing their PCCs/PCIs, 1LT S████ briefed the patrol on the mission's task
and purpose, threat situation, tactical risk assessment, and standard tactics, techniques,
and procedures (TTPs) to mitigate the threat. (Exhibits B - F)

The patrol's task and purpose was to secure RTE ████████ in conjunction with
elements of 1st Battalion (Tank), 1st Brigade and 2nd Battalion (Mech), 1st Brigade of the
9th Iraqi Army Division in order to deny the enemy the ability to disrupt the primary
access route to the ████████████████████████. The patrol's mission is part of
the A/1-66 AR's and 1-66 AR BN's framework operations, so approval for this mission

came from both the Company Commander, CPT R█████, and from 1-66 AR BN. (Exhibits B - F)

The threat situation briefed centered on the IED threat, specifically an IED at █████ that had just been cleared, and was based on the briefing 1LT S█████ received from the Battalion S2 earlier. (Exhibits C, D, E, F)

1LT S█████ prepared and briefed his own risk assessment. In addition, a copy of the Company-level Tactical Risk Assessment and Battalion-level Composite Risk Assessment were posted at both the Rear and Forward Command Posts for A/1-66 AR and are included as exhibits. The Company-level Risk Assessment is signed by the appointing authority for this investigation. (Exhibits C, D, F, G, H)

    b. <u>Mission Execution</u>. The patrol departed Camp ███ at 1730. After departing Camp ███, the patrol moved north on MSR █████, turned right at █████ onto RTE █████████ and continued east until the patrol reached █████ at approximately 1815. The patrol then turned right onto RTE █████████ where they encountered an Iraqi Army (IA) tank blocking the road at the first bridge. This is something the IA has never done before. The TC of the lead vehicle convinced the IA soldiers to move the tank and the patrol continued south on RTE █████████ and around a mound of dirt that the Iraqis digging the █████ waterline had placed on the road. The patrol struck an IED shortly after passing the IA tank and the mound of dirt. (Exhibits B, C)

The patrol followed standard TTPs during movement, to include traveling only on approved routes and portions of routes, observing proper vehicle spacing for the terrain conditions, crew members did not unnecessarily expose themselves, the gunner and TC used their respective sights to scan. RTE █████████ is paved on the eastern side of the road, so all patrols only drive on the eastern part of road. Correct vehicle spacing and route use are evident from █████ footage and end of mission report. (Exhibits B, C, F, I, J)

    c. <u>Actions on Contact</u>. At 041830JUN06 A/1-66 AR (████████) reported an IED strike against a combat patrol consisting of ███ M1A2 SEP Tanks attached to A/1-66 AR from D/1-66 AR. The patrol was southbound on RTE █████████ towards the █████████████████ when the IED struck the second vehicle (███) in the patrol at █████████████. SPC P███ on the lead tank (███) heard the explosion and looked back to see smoke and pieces of ███ flying off of the vehicle. (Exhibits B, C, D, E, F, K, L, M, N, O)

The crew of ███ then stopped and the TC ordered his gunner and driver to dismount from their tank and render buddy aid. SPC P███ was the first soldier to reach ███ after the explosion. SPC B█████, the driver of ███, was temporarily knocked unconscious by the explosion and was starting to recover when SPC P███ reached him. SPC B█████ stated that "everybody was hurt bad inside." At this point SPC P███ jumped up onto ███ and saw SGT G█████ sitting on the tank with his legs missing. SPC

2



P▮▮ called back to SSG S▮▮▮▮▮ to call a MEDEVAC. SSG S▮▮▮▮▮ was already on the radio with ▮▮▮▮▮▮ reporting the IED strike and proceeded to call a MEDEVAC.

Meanwhile, SPC P▮▮ started applying a tourniquet to SGT Gionet's right leg. SPC B▮▮▮▮▮ had managed to recover and extricate himself from the driver's hatch. He then climbed onto the turret and tried to pull 1LT S▮▮▮▮ out of the TC's hatch, but 1LT S▮▮▮▮ IBAS came unfastened and came off. SPC P▮▮ then told SPC B▮▮▮▮ to apply a tourniquet to SGT Gionet's other leg, while SPC P▮▮ attempted to pull 1LT S▮▮▮▮ out of the TC's hatch. SPC B▮▮▮▮ then tried to apply a tourniquet to SGT Gionet's other leg, but the tourniquet bar snapped. So SPC B▮▮▮▮ used his belt as a tourniquet. Meanwhile, SPC P▮▮ was unsuccessful at pulling 1LT S▮▮▮▮ out of the tank. Once SPC B▮▮▮▮ finished securing SGT Gionet's other leg with the belt, he and SPC P▮▮ attempted to pull 1LT S▮▮▮▮ out for the third time and discovered that his foot was catching on something. SPC P▮▮ freed 1LT S▮▮▮▮ foot. SPC P▮▮ and SPC B▮▮▮▮ were then able to pull 1LT S▮▮▮▮ free from the tank on the fourth attempt and lay him next to SGT Gionet. SPC P▮▮ applied a third tourniquet to 1LT S▮▮▮▮ leg. According to SPC B▮▮▮▮▮▮, this was their "last tourniquet." By then PV2 J▮▮▮ had arrived and started preparing IVs. Meanwhile, SPC B▮▮▮▮▮▮ and SPC P▮▮ were taking turns attempting to free SGT H▮▮▮ from the gunner's hatch. However, it immediately became apparent that they would need assistance. (Exhibits B, C, D, E, F, K, L, M, N, O, AA)

By this time, the QRF from A/1-66 AR had arrived from the Patrol Base in ▮▮▮▮▮▮. A medic attempted to give SGT Gionet an IV, but was having difficult time and stated that she had not done an IV in over a year. SPC B▮▮▮▮▮ took the IV and successfully inserted it. He then attempted to give an IV to 1LT S▮▮▮▮, but his pulse was too weak. The QRF moved 1LT S▮▮▮▮ to a Bradley and moved SGT Gionet to a HMMWV to continue providing First Aid. SPC P▮▮, SPC B▮▮▮▮▮, CSM Y▮▮▮ and another soldier continued working to free SGT H▮▮▮ from the gunner's hatch until the gunner's seat came loose and they were able to extract SGT H▮▮▮. Meanwhile, 1LT S▮▮▮▮ was picked up by a MEDEVAC helicopter, but SGT Gionet was not picked up. (Exhibits B, C, D, E, F, K, L, M, N, O)

By the time SGT H▮▮▮ was freed from the tank and the ▮▮▮▮▮ MEDEVAC helicopter arrived, SGT Gionet had died of wounds. SGT H▮▮▮ was stabilized and then evacuated by the ▮▮▮▮▮ MEDEVAC helicopter. SPC B▮▮▮▮▮ was suffering from a concussion and was evacuated by ground to the aid station. EOD had arrived by then and discovered wire leading to a tree seat in a palm tree that appeared to be the location of the triggerman. Post blast analysis for the IED strike indicated the IED consisted of ▮▮▮▮▮. ▮▮▮▮▮ buried in the middle of the road. ▮▮▮ was secured by part of the QRF and the crew of ▮▮ until 1-66-AR-BN was able to evacuate it to Camp using a ▮▮▮ from 4SB and ▮▮▮ from 1STB to clear the rest of the route so the ▮▮▮ could turn around near the ▮▮▮▮. (Exhibits B, C, D, E, F, K, L, M, N, O)

    d. <u>MEDEVAC Report</u>. MEDEVAC was requested at ▮▮▮▮▮. At 1840 hrs ▮▮▮▮▮ MEDEVAC linked up with ▮▮▮▮▮ en-route to the MEDEVAC

3

PX2303

LZ. At 1856 hrs ███████████ MEDEVAC reported wheels down. At ████████
███████████ MEDEVAC reported wheels up and en-route to ████████ with ██ US
███████████ WIA. ████████████ reported that an additional MEDEVAC
would be required for ██ US WIA trapped in tank turret. TM D/1-66 AR was already
moving with an ████ equipped with a cutting torch to the site. It was reported that 1 x
urgent ███████████████████ and ██ critical ██████████████████████.
were freed from tank and en-route to MEDEVAC LZ. At ████ hrs █████████
MEDEVAC reported wheels up from ███ for a ██████ MEDEVAC mission. At ████
hrs █████████ reported wheels down for the ██████ MEDEVAC. At ████████ first
MEDEVAC touched down at ████████. At ███████████████ reported wheels up
and en-route to ████████ with ██ US (████████████████). At ████ hrs
████████ had wheels down at ████████. At ████ hrs ████████, ████ with Scout
escort SP to recovery site. ████ hrs ██████████ reported status has changed to ██ US KIA
(BR# 031DG3210 [Gionet] & ████████████████████) and ██ US WIA (████████
██████████████████). ██ US KIA (BR# 031DG3210 [Gionet]) was
pronounced dead on scene and was brought back to camp ████. The driver (████
████████████) was reported as walking wounded with an minor injuries. Note
that the report of ████ soldiers trapped in the tank conflicts with statements by the
members of the patrol. The MEDEVAC crew was unaware that there was only one
soldier trapped in the tank and that there was another soldier requiring immediate
evacuation nearby. Since the patient they had was in critical condition, the ████
MEDEVAC stated that they could not afford to wait for the other soldier(s) to be freed.
(Exhibits B, C, K, L, M, N, O, P)

    e. Post Mission. Team ██ of 763d EOD Company, 3rd Ordnance Battalion and
████████ conducted a post-blast analysis. Results of the post-blast analysis are annotated
below under findings and recommendations and in Exhibits R, S, T, and U. Digital
pictures for the EOD/████ reports and of the damage to the tank are included in Exhibit
U.

On 5 June 2006, Iraqi Army Engineers from 1/9 IA filled in the crater and repaired RTE
████████████ (Exhibit F).

On 4 June 2006, following the IED attack, A/1-66 AR detained ██ personnel from the
██████ water pipeline project who were believed to be involved in the IED attack. Of
these ██ personnel, two were positively identified to be directly involved with the attack.
████████████ assisted with digging the emplacement hole and tested
positive for THT on ████████████████████████████ drove the Kia
Van suspected to have been used to block the view of Iraqi Army soldiers during the IED
emplacement and transport the emplacers. Intelligence is still being collected in order to
positively identify other personnel involved in the attack and determine ties to leaders
and facilitators. (Exhibits X, Y)

4

3. FINDINGS AND RECOMMENDATIONS.

    a.  Patrol Mission and Task/Purpose.

        1)  Finding 1: The task and purpose of the patrol was to secure RTE ▓▓▓▓▓▓▓ in conjunction with elements of 1st Battalion (Tank), 1st Brigade and 2nd Battalion (Mech), 1st Brigade of the 9th Iraqi Army Division in order to deny the enemy the ability to disrupt the primary access route to the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (▓▓▓▓) (Exhibit F).

        2)  Finding 2: 1LT S▓▓▓ briefed the patrol's mission to include task and purpose (Exhibits B - F).

        3)  Finding 3: Members of the patrol generally understood the mission and the patrol's task and purpose, but were unable to state the task and purpose verbatim (Exhibits B - F).

        4)  Finding 4: The mission for the patrol was approved at company level by the company commander and at battalion level as part of framework operations for 1-66 AR BN (Exhibit B, C, D, E, F).

        5)  Finding 5: The battalion headquarters was unable to produce a trip ticket for the mission. The battalion requirement is to submit a trip ticket prior to SP. Whether or not a trip ticket was actually submitted and possibly misplaced would merely be speculation.

        6)  Recommendations:

           a)  Patrol leaders should conduct a backbrief with the soldiers to ensure soldiers know the patrol's mission and can state the task and purpose verbatim.

           b)  Battalions should ensure that trip tickets are received prior to patrols executing their missions and should log receipt of the trip ticket. Responsible parties (Patrol leaders and members of the battalion staff) who fail to either file or log a trip ticket as required should be counseled in writing.

    b.  Crew Composition.

        1)  Finding 1: The crew of ▓▓▓ consisted of a TC, Gunner, Driver, and a Medic who also served as a Loader (Exhibits A, B, C, D, E, F).

        2)  Finding 2: The Medic was cross-trained as a Loader (Exhibit C).

        3)  Finding 3: The patrol consisted of ▓▓▓ tanks, so the only place for the Medic to ride was in the Loader's position. The Medic was not cross-trained as a Driver nor was he qualified as a Gunner, so the Loader's position was the only logical position (Exhibits B, C, D, F)

        4)  Finding 4: A standing requirement for all 1-66 AR BN patrols is to include a Medic with the patrol. The Medic is attached primarily to treat casualties in an emergency (Exhibits B, C, D, E, F).

        5)  Recommendation: Maintain the standard for a Medic to accompany all patrols and for tank platoon Medics to be cross-trained as Loaders. Any alternative would require an additional vehicle to accompany the patrol and take combat power away from other patrols and missions.

5

c. <u>Patrol Preparations and Briefings</u>.

1) Finding 1: Combat lifesaver bags were readily available as evident by the sequence of events. However, the patrol allegedly only had ▮▮▮ tourniquets, of which one was defective, for potentially ▮▮▮ casualties with four limbs each. One of the casualties required two tourniquets. In fact, two tourniquets came from the medical bag of SGT Gionet and one came from an Israeli First Aid Kit. The one that broke came from the medical bag. CLS bags do not contain tourniquets. In the confusion of the attack, at least one of the soldiers appeared to have forgotten that the Israeli First Aid Kits also contain tourniquets. (Exhibits B, C, D, AA)

2) Finding 2: The Platoon Leader conducted mission, threat, and risk mitigation briefings prior to executing the mission. However, there is some evidence of complacency setting in. After the threat briefing, some patrol member only remember being briefed on one IED that had been cleared and other patrol members do not remember what was briefed at all. When asked about the content of the threat briefing, one soldier stated, "I'm not sure, but I know the area pretty well from the PSD so I knew what to watch for." Another soldier stated, "All we were told about was some IEDs that went off earlier so we were to watch for IEDs." The section leader even stated, "To that date there had been no attacks on the causeway in ▮▮▮▮▮▮▮▮" (Exhibits B, C, D, E)

3) Recommendations:

a) As part of PCCs/PCIs, patrols should check medical bags and CLS bags to ensure they are full stocked and serviceable and should check and restock medical bags and CLS bags during mission recovery.

b) CLS bags should include at least two tourniquets for every crew member.

c) Leaders must ensure that soldiers and junior leaders do not become complacent through use of spot checks and periodically observing mission preparation. Leaders should also enforce note taking during and backbriefs following patrol briefings.

d) Refresher training in use of the Israeli First Aid Kits should be required for all units.

d. <u>Enemy Situation and Threat</u>.

1)



(Exhibit Q)

2)

6

Fis_HainesP_CP_00000294

(Exhibit Q)

   3) Recommendations:

  e.  IED Pattern Analysis.

    1) Finding 1:

The 4 June attack fits this pattern.

    2) Finding 2:

    3) Finding 3:

    4) Recommendations: None at this time.

  f.  Patrol Frequency.

    1) Finding: In May, A/1-66 AR started transitioning to 1/9 IA in the lead and the Iraqi Army assumed control of most of the static check points in the area. Prior to this, Combined US/IA forces secured the ▮▮▮▮ and patrolled ▮▮▮▮▮▮▮. Since the transition to 1/9 IA in the lead, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

support of the IA patrols. Patrols vary their departure time and RTE ▮▮▮▮ patrol times every night to prevent creating a pattern that the AIF can exploit. The IA forces still provide ▮▮ coverage of the ▮▮ and RTE ▮▮▮▮. vehicle is located at least every ▮▮ or less along RTE ▮▮

(Exhibit B, C, D, E, F)

    2) Recommendation:

      This allows the patrol to immediately contact the unit if another IED strike

7

occurs on RTE [REDACTED] while still maintaining a US presence at the [REDACTED] at night. [REDACTED]

    g.  <u>Risk Assessment</u>.

        1)  Finding: Like the threat briefing, some soldiers could not remember what was briefed concerning risk mitigation. When asked whether or not a tactical risk assessment was prepared and briefed, one soldier stated, "I don't recall, but the LT did brief something about the risk and the threat." Another soldier stated that he never received any risk briefings (Exhibits B, C, D, E, F).

        2)  Recommendations: See Patrol Preparations and Briefings above reference complacency.

    h.  [REDACTED] <u>Employment and Training</u>.

        1)  Finding 1: [REDACTED] (Exhibits B, C, D, E, F).

        2)  Finding 2: [REDACTED] (Exhibits B, C, D, E, F).

        3)  Recommendation: None reference Finding 1. [REDACTED]

    i.  <u>Uniforms</u>.

        1)  Finding 1: All combat vehicle crew members are required to wear NOMEX and other personal protective equipment (PPE) per standard operating procedures and according to the units' risk assessments. This includes eye and hearing protection and CVC helmets (Exhibits F, G, H).

        2)  Finding 2: The crew members of D11 were not completely in compliance with the unit's standards. [REDACTED] crew members were wearing ACUs: SGT Gionet and SPC B[REDACTED]. None of the crew members were wearing NOMEX gloves. One soldier did not have eye protection. Only [REDACTED] crew members were wearing their IBAS at the time of the strike due [REDACTED] but wore them when outside the vehicle with one exception. The driver of [REDACTED] removed his IBAS when it started hindering his efforts to save his Platoon Leader (Exhibits B, C, D, E, F, AA).

3) Recommendation: Uniform violations are failures to enforce standards at the lowest level. Leaders should ensure subordinates are wearing the proper uniform at all times and should immediately make corrections when standards are violated. Exceptions to policy should be captured in writing. In the case of the driver removing his IBAS while attempting to save his Platoon Leader, this was a tactical decision based on the circumstances and should not be second guessed.

    j.  Tactics, Techniques, and Procedures (TTPs).

1) Finding: All TTPs related to countering the IED threat were followed by the patrol. This included following guidance concerning use of approved routes, sector scanning procedures, maintaining proper vehicle spacing during movement, minimizing crew exposure to attacks by remaining inside the vehicle during movement, and conduct 5/25 following the IED attack (Exhibits B, C, D, E).

2) Recommendations: None.

    k.  Post Blast Analysis.

1) Finding 1: Team ■ of 763d EOD Company, 3rd Ordnance Battalion and ■ post-blast analysis revealed that the ■

■ but continued to move forward ■ meters following the blast. The crater at the blast seat was ■ . (Exhibits R, S, T, U)

2) Finding 2: EOD Team ■ and WIT ■ determined that the IED was ■ meters of ■ . The IED was buried in the ■ the road for an unknown amount of time. The ■ was found about ■ meters away on the east side of the road and was traced out to the firing point. ■ meters away on the east side of RTE ■ The firing point consisted of a tree harness in a palm tree at ■ . The wire ran to the east out from the blast seat then continued north to the firing point. A utility pole may have been used as an aiming point approximately ■ away from the blast seat. (Exhibits R, S, T, U)

3) Finding 3: The blast occurred approximately ■ away from the current site of the ■ water line project, indicating that personnel at the project may have been involved with the attack (Exhibits F, S, U).

4) Finding 4: A tank crew from the Iraqi Army may have information on or be complicit in the attack. Sworn statements from the crew indicate that an Iraqi Tank was blocking the road shortly before the attack. The attack also occurred approximately ■ feet from the location of an Iraqi Tank. (Exhibits B, C, F)

5) Recommendations:

a) Investigate possible IA knowledge of the attack and/or complicity in the attack.

b) ■

9

PX2303

l.   Actions on Contact.

1)  Finding 1: The actions of SPC B█████████ and SPC P███, as well as the other crew members of ████, stand out from the actions of their peers.  They did everything possible to try to save and evacuate their fellow soldiers and were well trained on First Aid (Exhibits B, C, D, E).

2)  Finding 2: The remaining patrol members who were not wounded were consumed by the First Aid and MEDEVAC requirements.  No one was pulling security or attempting to seek out the enemy immediately following the attack (Exhibits B, C, D, E).

3)  Recommendations:

a)  SPC B█████████ and SPC P███ should receive some form of recognition by their chain of command for their actions on 4 June 2006.

b)  Review the risks of having only ███ combat vehicles in a Patrol.  The chain of command should consider whether or not a ████ vehicle rule should apply to all convoys.

m.  MEDEVAC.

1)  Finding 1: The MEDEVAC crew was unaware that another ███ US WIA was already extracted and ready for evacuation.  The MEDEVAC crew could not wait for the soldier(s) trapped in the tank to be freed without losing the patient they already had.  According to the SIR, at ██████ the first MEDEVAC (████████████) reported wheels up and en-route to ██████████ with ███ US WIA and that an additional MEDEVAC would be required for ███ US WIA trapped in tank turret.  In fact, according to sworn statements of the patrol members, only ███ US WIA was trapped and the other ███ US WIA had been moved off the tank.  (Exhibits B, C, D, K, P)

2)  Finding 2: According to the SIR, █████████████████████ [B██████████] and ████ critical (████████████████████) were freed from tank and en-route to MEDEVAC LZ.  Note, that BR# █████████████ is SPC B█████████, who was only suffering from a concussion and who was assisting to free the ███ US WIA (BR# ████████████████) trapped in the tank.  SGT Gionet was the real ███ US WIA requiring immediate MEDEVAC and he was in a HMMWV awaiting MEDEVAC when the ███ helicopter arrived.  He was not co-located in the same Bradley Fighting Vehicle (BFV) as 1LT S█████ and was either overlooked or already deceased when the ███ MEDEVAC was loaded.  If SGT Gionet was already deceased when the ████ MEDEVAC landed, this information was not reported to either the 1-66 AR TOC or the MEDEVAC pilots until after the ████████ helicopter arrived and resulted in an incorrect information and SIR being sent to the 1BCT TOC and ████████   (Exhibits B, C, D, K)

3)  Finding 3: According to the SIR, at ████████ the ████████ MEDEVAC (████████████) reported wheels down for ████ MEDEVAC at the IED site and at the same time the first MEDEVAC (████████████) touched down at 10th CSH.  Then at ████ hrs, ████████ reported wheels up and en-route to 10th CSH with ███ US (BR# █████████████████).  At ████████ 10th CSH reported status had changed to ███ US KIA (BR# 031DG3210 [Gionet] & ████████████████████) and ███ US WIA (BR#

10

█████████████ & █████████████). ███ US KIA (BR# 031DG3210 [Gionet]) was pronounced dead on scene and was brought back to camp Taji. According to order of events in the sworn statements of the patrol members, SGT Gionet was already dead when the ██████ MEDEVAC arrived. Based on the timeline, SGT Gionet would have died before the ███ MEDEVAC reached 10th CSH. (Exhibits B, C, K)

    4) Recommendations:

       a. Standard Operating Procedure should be to move all casualties to or near the same vehicle or Casualty Collection Point.

       b. Upon arrival of a MEDEVAC, current status of all casualties should be quickly briefed to MEDEVAC pilots by someone with first hand knowledge of the situation.

       c. A corrected SIR should be sent forward to all higher headquarters when information is found to be incorrect.

   n. Current Casualty Status:

    1) Finding 1: The remains of 1LT S█████ and SGT Gionet have been returned to the United States.

    2) Finding 2: SPC B█████████ suffered a concussion. He was evacuated to the CSH for observation for 48 hours and underwent a CATSCAN in Baghdad. He is currently RTD. Of note, discrepancies between SPC B█████████ statement and SPC P████ statement are likely tied to SPC B█████████ confusion due to the concussion. (Exhibits B, C, F, V, AA)

    3) Finding 3: SGT H█████ received multiple pelvic fractures, retroperitoneal bleeding (stomach cavity bleeding), multiple facial fractures, left eye laceration, closed traumatic brain injury (clot in the left part of the brain), T12 Fracture (fracture of the mid-back with lack of response in legs), Pneumothorax (chest tube placed), and severe blood loss. He also developed a fever and salt imbalance and required nearly 100% oxygen supply. He is currently at █████████████████). His condition has improved and his current status is as follows: Salt imbalance corrected, fever reduced, continuing to monitor temperature and administer antibiotics, oxygen requirement down to 50% and continues to be monitored, wounds were washed out, breathing tube will be replaced from an Endotracheal Tube to a tracheostomy (hole in front of neck/throat), receiving facial reconstruction and correction of the pelvic fracture, and his neurological status has improved (regained consciousness, cognitive thinking, and the ability to move his legs). Overall, SGT H█████ condition is critical with complications, but stable. (Exhibit W)

   o. Identification of AIF:

    1) Finding 1: Intelligence reporting indicates that the leader of the cell that attacked ████ is named ███████████ ████████████████. He and a █████ suspect, ██████████████
████████████████████████████ (Exhibit Z)

PX2303  Fis_HainesP_CP_00002209

2) Finding 2: Foreman of the ███ water pipeline project would call ████████████

3) Finding 3: The brigade operations management team obtained two sworn statements saying that ███████ (██) ███████████) assisted with the emplacement of the IED.

4) Recommendations: Continue to develop intelligence leading to the capture of at-large AIF cell members and determine possible ties to other insurgent leaders and ████████████████

4. Point of Contact is the undersigned at SVOIP ████████.

G████

MAJ, MI
Investigating Officer

Enclosures:
1. Appointment Orders
2. Index of Exhibits

12

PX2303

Eis_HainesP_CP_00002309

AR 15-6 Investigation (1/4-077)

Index of Exhibits

Exhibits

A – Name Line for the M1A2 Tank
B – Sworn Statement by SPC B███████████. (Driver, ███, A/1-66 AR)
C – Sworn Statement by SSG S███████████ (TC, ███, A/1-66 AR)
D – Sworn Statement by SPC P███████████. (Gunner, ███, A/1-66 AR)
E – Sworn Statement by PV2 J███████████. (Driver, ███, A/1-66 AR)
F – Sworn Statement by R███████████ (Commander, A/1-66 AR)
G – A/1-66 AR Patrol Base Operations (███████) Risk Management Worksheet
H – 1-66 AR BN Tactical and Accidental Risk Assessment
I – Shadow End of Mission Report 041900-042300 JUN 2006
J – CD-ROM of Post-blast TUAV Video of 04 JUN 2006 IED Strike
K – 1-66 AR BN Serious Incident Report (SIR) on 04 JUN 2006 IED Strike
L – 1-66 AR BN Storyboard for SIR on 04 JUN 2006 IED Strike
M – CPOF SIGACTs for 041700-050945 JUN 2006 for 1/4ID
N – Storyboard 1 for 04 JUN 2006 IED Strike on M1A2 on RTE ███████████ (received
from 4ID G2 WIT NCOIC)
O – Storyboard 2 for 04 JUN 2006 IED Strike on M1A2 on RTE ███████████
███████████ (received from 4ID G2 WIT NCOIC)
P – Memorandum for Record of Telephonic Interview with CW2 G███████
(MEDEVAC Pilot, ███████████, 2-4 AV BN)
Q – SIGACT and IED Trends Analysis of area around RTE ███████████ produced by
S2 ACT, 1/4ID
R – Post-Blast Analysis of RTE ███████████ IED Strike on 04 JUN 2006 by Team █ of
763d EOD Company, 3rd Ordnance Battalion and WIT ██.
S – CIDNE Report on 04 JUN 2006 IED Strike on A/1-66 AR on RTE ███████████
T – CIDNE Post-Patrol WIT Debrief for WIT █ for 04 JUN 2006 IED Strike on RTE
███████████.
U – CD-ROM of Post-Blast Pictures produced by WIT █.
V – Medical Report by 1/4ID Surgeon (MAJ C███) on Casualties from ███ following
the IED strike on RTE ███████████ on 04 JUN 2006
W – Medical Report Update by 1/4ID Surgeon (MAJ C███) on status of SGT H████,
Paul after treatment following the 04 JUN 2006 IED strike on RTE ███████████.
X – Detainee Report (with pictures) by A/1-66 AR and OMT, 1/4ID on individuals
suspected in involvement with the 04 JUN 2006 IED Strike on███
Y – Detainee Report (without pictures) by A/1-66 AR and ███████, 1/4ID on individuals
suspected in involvement with the 04 JUN 2006 IED Strike on███
Z – ███████Report on ███████████ (Responsible for the 04 JUN 2006 IED
Strike on███) by███████, 1/4ID
AA – Memorandum for Record of Follow-up Interview with ███████████ Abrams
Tank Crew (Attached to A/1-66 AR)

13



DEPARTMENT OF THE ARMY
HEADQUARTERS, 1ST BRIGADE COMBAT TEAM
4TH INFANTRY DIVISION (M)
FOB TAJI, IRAQ  APO AE 09378

REPLY TO
ATTENTION OF:

AFYB-IN-CDR                                              4 June 2006

MEMORANDUM FOR Investigating Officer (MAJ ▆▆▆ G▆▆), HQ, 1ˢᵗ BCT, 4ᵗʰ
ID (M), FOB ▆▆, Iraq APO AE 09378

SUBJECT:  Appointment as AR 15-6 Investigating Officer (1/4-077)

1.  You are hereby appointed as an investigating officer pursuant to AR 15-6 (Procedures
for Investigating Officers and Boards of Officers) to conduct an informal investigation
into the facts and circumstances surrounding an IED attack on Route ▆▆▆▆ against
a D Co, 1-66 AR Bn M1A3 on 4 June 2006 that resulted in the death of ▆▆ US Soldiers
and wounding of ▆▆▆ US Soldiers.  This is your primary duty until properly relieved.

2.  In addition to determining the facts and circumstances of the incident, you will make
findings and recommendations concerning the following topics:

   a.  Tactics, techniques, and procedures that may be relevant to this incident;

   b.  The task and purpose of the patrol's mission;

   c.  The makeup of the crew of the affected tank and the purpose for having a medic as
part of the crew;

   d.  Who briefed and approved the patrol's mission;

   e.  The enemy situation and threat;

   f.  Whether the enemy situation and threat was briefed to the patrol;

   g.  Whether a tactical risk assessment was prepared, and, if so, whether it was briefed
to the patrol;

   h.  The type and operability of the ▆▆▆▆▆ employed by the patrol;

   i.  The patrol's training on and understanding of the use and capability of the ▆▆▆
system employed;

   j.  The pattern analysis of IEDs found or employed in the area;

   k.  The frequency of US/IA patrolling on Route ▆▆▆▆ over the last ▆▆ days;

**PX2303**

AFYB-IN-CDR
SUBJECT: Appointment as AR 15-6 Investigating Officer (1/4-077)

    l.  Any discoverable details of the IED employed against the patrol, to include the relationship, if any, between the strike hole and nearby waterline construction or repair;

    m.  Actions taken by patrol members after contact.

3.  You will also make a specific finding regarding the status of the remains and wounded as of the date of your final report.

4.  You may speak with any and all individuals you believe have information pertinent to your investigation.  You will obtain a legal briefing from the Brigade Judge Advocate prior to conducting your investigation.  You should also familiarize yourself with the provisions of AR 15-6 and the Guide for Informal Investigations.  Once your investigation is complete, you will make recommendations consistent with your findings.

5.  All witness statements will be sworn if possible and recorded on DA Form 2823.  If circumstances preclude you from obtaining a sworn statement, you will summarize the witness' testimony in a memorandum and attest to the accuracy of your summary.

6.  If, in the course of your investigation, you come to suspect that an individual may be criminally responsible, you will advise that individual of his or her rights under Article 31 of the UCMJ, or the 5th Amendment, as appropriate, using DA Form 3881.

7.  If, in the course of your investigation, you are required to evaluate the character, conduct, or judgment of someone senior to you, contact the Brigade Judge Advocate before proceeding further.

8.  Your report, together with all evidence marked as exhibits, will be submitted through the Commander of 1-66 Armor Battalion to the Brigade Judge Advocate on DA Form 1574 for legal review no later than 11 Jun 06.  Requests for extensions of this suspense will be submitted to the undersigned through the Brigade Judge Advocate in writing.

9.  POC for this memorandum is the Brigade Judge Advocate (MAJ W████) at VOIP ████.



████ JP
COL, AR
Commanding

- ⊕ look into uniforms worn by crewman (Nomex, ACU, etc)

2

PX2303   Eis_HainesP_CP_00002303

G███████████ MAJ -- ████████████████

| | |
|---|---|
| From: | D██████ SGM -- 1BCT 4ID 1-66 AR OPS SGM |
| Sent: | Tuesday, June 06, 2006 3:43 PM |
| To: | G████████ MAJ -- 1BCT 4ID ASST S2 |
| Subject: | Emailing: NAME LINE FOR THE M1A2 SEP TANK |

Attachments: NAME LINE FOR THE M1A2 SEP TANK.doc



NAME LINE FOR
HE M1A2 SEP TAN..

Sir, here are the crew rosters for both vehicles.

NAME LINE FOR THE M1A2 SEP TANK

Note: To protect against computer viruses, e-mail programs may prevent sending or
receiving certain types of file attachments.  Check your e-mail security settings to
determine how attachments are handled.

Exhibit A, cover sheet

1

PX2303   Eis_HainesP_CP_00000304

NAME LINE FOR THE M1A2 TANK
(D-11 & D-12)



| | RANK | LAST NAME | FIRST NAME | SSN |
|---|---|---|---|---|
| TC | 2LT | S▬▬▬▬ | ▬▬▬▬ | ▬▬▬▬ |
| GNR | SGT | H▬▬▬ | | ▬▬▬▬ |
| DRV | SPC | B▬▬▬ | | ▬▬▬▬ |
| MEDIC | SGT | GIONET | DANIEL | 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 |

| | RANK | LAST NAME | FIRST NAME | SSN |
|---|---|---|---|---|
| TC | SSG | S▬▬▬ | | ▬▬▬ |
| LDR | SPC | P▬▬▬ | | ▬▬▬ |
| DRV | PV2 | J▬▬▬ | | ▬▬▬ |

Exhibit A, page 1 of 1

Fis_HainesP_CP_00002305

**SWORN STATEMENT**

For use of this form, see AR 190-45; the proponent agency is PMG.

PRIVACY ACT STATEMENT

| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)*. |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION BLD 541 Camp Taji Iraq | 2. DATE *(YYYYMMDD)* 2006 June 10 | 3. TIME 15:18 | 4. FILE NUMBER |
|---|---|---|---|

| 5. LAST NAME, FIRST NAME, MIDDLE NAME B | 6. SSN | 7. GRADE/STATUS E-4 / SPC |
|---|---|---|

8. ORGANIZATION OR ADDRESS
D co 1-66 AR

9.

1, SPC, B＿＿＿＿＿＿＿＿＿＿, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

The Mission starts out at the CO MotorPool at 17:00 where
Both ▬ and ▬ Meet up and prepare for our Mission.
Both tanks SP at 17:30. our ▬ tanks take ▬ to
▬ and ▬ to the ▬. The first thing that we
notice right off the bat, is that the IA's have a T-62
blocking off the road that leads down to the ▬
They have never done that. After the T-62 Moves
out of the way we have to drive around a big
Mound of dirt that the Men digging the pipe line
had placed on the road as well. We continue to
drive south twords the ▬. We hadn't driven More
than ▬ when the LT, S▬ said that there was
two guys with RPG's.

I woke up to the drivers hole filled with J-P8
fumes and smoke. I tryed to open the drivers
hatch but it was stuck. I yelled for any one
in the turret to help, No one answered. I yelled
for Sgt, H▬. All I get was a faint Moning

| 10. EXHIBIT B | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 7 PAGES |
|---|---|---|

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT ＿＿ TAKEN AT ＿＿ DATED ＿＿.*

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER
MUST BE INDICATED.

DA FORM 2823, DEC 1998          DA FORM 2823, JUL 72, IS OBSOLETE          USAPA V1.01

PX2303    Fis_HainesP_CP_00000306

USE THIS PAGE IF NEEDED.  IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ▓▓▓ B▓▓▓▓   TAKEN AT FOB ██ IRAQ   DATED 2006 June 16

9. STATEMENT *(Continued)*

Thoughts of burning alive started racing through
My head. Panic and fear set in. I lost it. I stopped
to say a quick prayer and poped open My vision
block to let some air in and get rid of some
of the smoke. I tryed one More time to open
My hatch. I pushed as hard as I could and
"Pop", it opened. I tryed to get out but My
legs would not Move. I thought I was paralized
P▓▓ (the leader for ▓▓) came running over and
asked if I was ok. I toled him I could not
Move My legs. P▓▓ jumped up on the tank
Because he saw Geonet laying on the turret.
I heard Geonet tell P▓▓ that his leg was
Missing. I looked at My toes to see if they
would Move, and they did. I slowly got out
of the drivers hole and saw what kind of
condition Geonet was in. P▓▓ and I put a turnikit
on Both of his legs. his right leg was blown off
from almost the hip down and laying next to him
and his other one was from just below the knee
(I think). P▓▓ stayed with Geonet and I went to
go pull Lt. S▓▓▓▓ out of the TC hole. I
almost had him out when his I-bas came undone
and he fell back inside. I put his I-bas on
the blow out Pannel along with My I-bass →

INITIALS OF PERSON MAKING STATEMENT ▓▓▓▓

PAGE 2 OF 7 PAGES

PAGE 2, DA FORM 2823, DEC 1998                                          USAPA V1.01

PX2303                                    Fis_HainesP_CP_0000307

USE THIS PAGE IF NEEDED.  IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ▮▮▮▮ B▮▮▮▮  TAKEN AT BLDSH Iraq camp Tajl  DATED 2006 June 10

9. STATEMENT *(Continued)*

At this point in time I was not worried about
getting shoot just the lies of my crew. I grabed
Lt. S▮▮▮▮ agine and lifted him up, but he was
still stuck by his foot. I held onto him and
asked P▮▮▮ to see if he could free his leg.
P▮▮▮ got it free and we both pulled him
out together and layed him down next to
Geonet and started CLS the first thing I
noticed was that his leg had open fractures in
both his feamer and his shin, so I grabed
our last turniket and had J▮▮▮ lift up his
leg so I could get ~~it~~ around his leg, as I
started to sinch down ~~the~~ the turniket the bar
snapped. I then took of my belt off and used
that as a turniket. By this time QRF had arrived
and P▮▮▮ and I were taking turns trying to get Sgt.
H▮▮▮ out of the gunner hole and moving thing
around but we could not get him out. two other
guys took our spot so we attended to Geonet and
Lt. S▮▮▮▮ one of the E-5's was trying to give
Geonet an IV but she was shaking and had said
that she had not done one in over a year so I
toled her to give me the needle. I was a first
time go, I put the IV into the bag and had
her hold the bag and I went to give Lt. S▮▮▮s
an IV ~~e~~ but he had a weak pulse and I→

INITIALS OF PERSON MAKING STATEMENT   ▮▮▮▮   PAGE 3 OF 7 PAGES

PAGE 2, DA FORM 2823, DEC 1998                    USAPA V1.01

PX2303   Eis_HainesP_CP_00002303

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ___ R___ TAKEN AT BDS4 Iraq ~~Camp Taji~~ DATED 2006 June 10

**9. STATEMENT** *(Continued)*

could not find a vaine so I handed him over to a Medic and by this time QRF was getting ready to put Lt. S___ in the back of the Bradly. When they got Lt. in the Bradly me and another ___ from Alpha Co stayed with Lt. to keep him stable and awake. After about 5 min or so someone came by to releave me so I could go back and help Sgt H___ and geonet. When I got back to the tank they had already put Geonet in a Hummee and the chaplen and SM y___ had shown up. I climbed on to the turret with SM y___ and had put a tow strap around Sgt H___. He would not come ~~off~~ un-stuck, then the back of the gunners seat moved back and Me, P___, SM y___ and another ~~Army~~ guy pulled Sgt H___ out of the tank and onto the top of the turret. we got a strecher and took him to the black hawk. I thought Geonet went with Lt. S___ in the ___ flight but he was in the ___ one with Sgt H___. but Geonet was already dead and in a body bag. After that the Medics checked me out because I was stumbeling around and ~~it~~ I was talking kind of choppic. They took me to the aid station and from there I went to Bughdad for some cat scans and an MRI. I was released the next day and was brought back to camp Taji.

INITIALS OF PERSON MAKING STATEMENT ___

PAGE 4 OF 7 PAGES

USAPA V1.01

PX2303 Fis_HainesP_CP_00002309

USE THIS PAGE IF NEEDED.  IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ██████ ██████████  TAKEN AT ~~FOB~~ Camp Taji, Iraq  DATED 2006 June 10

9. STATEMENT (Continued)

Q: Did LT S████ state where he saw the ██ men with the RPGs?

A: No. He said "Hey that's strange, ██ guys with RPGs" and the next thing I knew I woke up.

Q: What were you told was the task and purpose of the patrol?

A: To provide overwatch over ████████ at night because the IA doesn't have Night vision capabilities.

Q: Who briefed the mission?  Who conducted the briefings before you left?

A: I think it was LT S████, but I can't remember.

Q: Who approved the patrol's mission?

A: I don't know.  I just got back from MITT PSD.  I don't know the specifics.  I was just told why we were going out and what we were doing.

Q: What was the enemy situation and threat according to your briefing?

A: I'm not sure, but I know the area pretty well from the PSD so I knew what to watch for while I was out.

Q: Was a tactical risk assessment prepared, and if so, was it briefed?

A: I've never gotten one.

Q: What was the purpose for having a medic as part of the crew and in the loaders position?

A: HHC attached a Medic to us and since he isn't qualified to drive a tank or qualified as a gunner, the loader's spot is the only place on the tank for him.

████████████████████████████████████
████████████████████████████████████

Q: What ████████████ have you received?

A: I haven't had an official class, but I've had a run through on the systems

INITIALS OF PERSON MAKING STATEMENT ████████         PAGE 5 OF 7 PAGES

PAGE 2, DA FORM 2823, DEC 1998                                    USAPA V1.01

USE THIS PAGE IF NEEDED.  IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ███ TAKEN AT FOB ▓ *Iraq* DATED 2006 June 10

9. STATEMENT *(Continued)*

A: (continued) for the ████.

Q: Can you describe the uniform worn by the crew including yourself?

A: All NoMEX, LT S████ and SGT Gionet were wearing JBHS, and all four of us were wearing CVCs. SGT Gionet was wearing ACU now that I recall.

Q: What about gloves and eye protection?

A: LT S████ always wore his gloves and eye protection, SGT Gionet wore eye protection, SGT H████ wore glasses, and I wore shades.

Q: Do you know what the frequency and methods of US/IA patrols on RTE ████ were?

A: I don't know what the Iraqis did, but ████ our trucks would drive down to ████. One tank would go into the ████ and pull radio watch. The ██ tank would be just outside the entrance overwatching ████████ we would go all the way down to ████ and come back.

Q: What TTPs did you use as part of the patrol in terms of counter IED measures?

A: Before we backed into the entrance of ██ we would do our 5-25s. As far as during the patrol, it was night so we would drive with white lights. ████████████████ Usually we just stayed down and I made sure the tank stayed on the road.

Q: Aside from the IA tank blocking the road, do you recall anything in hind sight that indicated a possible IED?

A: Not that I can recall

Q: Is there anything else you want to add?

INITIALS OF PERSON MAKING STATEMENT ████    PAGE 6 OF 7 PAGES

PAGE 2, DA FORM 2823, DEC 1998    USAPA V1.01

PX2303    Eis_HainesP_CP_00000301

STATEMENT OF [redacted] B [redacted] TAKEN AT BLD 541 Camp Taji Iraq DATED 2006 June. 10

9. STATEMENT *(Continued)*

A: No.

**AFFIDAVIT**

I, [redacted] B [redacted], HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE 7 . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

*(Signature of Person Making Statement)*

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 10th day of JUNE , 2006 at Bldg 541, Camp Taji, Iraq

[redacted]

O. CO 1-66 AR 1BCT, 4ID
ORGANIZATION OR ADDRESS

*(Signature of Person Administering Oath)*

G [redacted]

[redacted]

*(Typed Name of Person Administering Oath)*

UCMJ , Article 136

Dco 1-66 AR 1BCT, 4ID
ORGANIZATION OR ADDRESS

*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT [redacted]

PAGE 7 OF . 7 PAGES

*PAGE 3, DA FORM 2823, DEC 1998*

USAPA V1.01

PX2303 Eis_HainesP_CP_00000302

## SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

AUTHORITY: Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)*.

PRINCIPAL PURPOSE: To provide commanders and law enforcement officials with means by which information may be accurately

ROUTINE USES: Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.

DISCLOSURE: Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE *(YYYYMMDD)* | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| BLDG 541 Camp Taji | 2006.06.09 | 2000 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| ▮ | ▮ | E6 / Active Duty |

8. ORGANIZATION OR ADDRESS

Dco 1-66 AR BN 4ID 1BCT(M)

9.

I, 356 S▮ _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 04 Jun 06 at 1430, I & ▮ SF Camp Taji from For our daily Patrol on Rte ▮ ▮ Treatment Plant. I was in the lead Tank with my crew. PVC J▮, my driver and SPC P▮ my Gunner. And ▮ crew was LT S▮ TC, SGT H▮ Gunner, SPC Gionet Loader and SPC B▮ driver. We traveled on secured Routes like Rte ▮, Rte ▮. We arrived at ▮ at 1515 or around about that time. I made the right onto the ▮ that is when I noticed that the road was blocked by a T-72 at the first bridge. I called the Lt S▮ on the radio and told him that the road was blocked and that I was going to have IA to move their tank. So IA moved to tank end we continued our movement to down the ▮. I was kick up so much dust that the ▮ vehicle was about 75 meters back. We got about to the Green house on the Left side of the road. My Gunner who was in the Loader's station at the time heard the explosive. We looked back and ▮ Tank wasn't moving. So we back-up that when we noticed the driver was waving for help. I stopped my Tank and told my Gunner and driver to go help with buddy aid and evac. I stay on my tank and call Hco 1-66 At Control Base and told them what happen I also request for medvac. About 5min later elements from A co was on scene to assist, SPC Gionet and LT J▮ was pulled from the tank First and treated. SGT H▮ was trapped in the Gunner station and they had a hard time freeing him. They tug and pryed on metal into the tank

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 5 PAGES |
|---|---|---|
| C | ▮ | |

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT _____ TAKEN AT _____ DATED _____*

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.*

DA FORM 2823, DEC 1998         DA FORM 2823, JUL 72, IS OBSOLETE         USAPA V1.01

USE THIS PAGE IF NEEDED.  IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF _SSG S▇▇▇_ TAKEN AT _BLDG 541_ DATED _09 Jun 06_

9. STATEMENT *(Continued)*

and finally the seat gave and they was able to free and treat SGT H▇▇▇. The chopper came and evac LT S▇▇▇ first and then came back for SPC Gionet and SGT H▇▇▇, but by the SPC Gionet had passed away. EOD was on the scene and they investigated they found wire and a chair made of rope in a tree. They sent the buffalo to clear the rest of ▇▇▇ so that the recovery vehicle could travel down the ▇▇▇ to turn around. We return back to Camp Taji around 0400 on the 05 Jun06 and that is when we found out that LT S▇▇▇ had passed away and SGT H▇▇ was stable. SPC B▇▇▇ also got evac. he had a mild concussion.

Q: Can you describe the uniform worn by the crew?

A: TC and loader wore CVC, IBAS, NoMEX, Eye protection, No Gloves. Gunner and Driver CVC, NoMEX, the gunner had eye protection, but I'm not sure about the driver, and No IBAS

Q: What was the task and purpose of the patrol?

A: To occupy the ▇▇▇ and to patrol RTE ▇▇▇ to allow free movement of coalition forces

Q: Who briefed the patrol's mission?

A: LT S▇▇▇

Q: Who approved the patrol's mission?

A: CPT R▇▇▇, the A/1-66 commander

Q: What was the enemy situation and threat according to your briefing?

A: Possible IED at ▇▇▇, but it was all clear. From the ECP on ▇▇▇ to ▇▇▇ it should be all clear, To that date there had been no attacks on the ▇▇▇▇▇.

Q: Was a tactical risk assessment prepared and briefed?

INITIALS OF PERSON MAKING STATEMENT

PAGE _2_ OF _5_ PAGES

*PAGE 2, DA FORM 2823, DEC 1998*

USAPA V1.01

USE THIS PAGE IF NEEDED.  IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF _SSG S▮▮▮▮_    TAKEN AT _BLDG 541_    DATED _09 Jun 06_

9. STATEMENT *(Continued)*

A: We had a standard tactical risk assessment prepared by LT S▮▮▮▮ and approved by CPT R▮▮▮▮.  It was briefed by LT S▮▮▮▮.

Q: Did LT S▮▮▮ review and update the risk assessment before the briefing?

A: I have no idea.

Q: Who briefed LT S▮▮▮ on the threat prior to the mission?

A: S2

Q: What was the purpose ~~med~~ of having a medic as part of the crew and on the leader's position?

A: Each platoon has a medic and the only vehicle we had was trucks at the time. We trained him up on the leaders station so he would be familiar with his duties as a leader.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q: What was the patrol's training on and understanding of the use and capability of ▮▮▮▮▮▮▮ employed?

▮▮▮▮▮▮▮▮▮▮▮▮ and we had training on it. ▮▮▮

Q: What was the frequency of US/IA patrolling on RTE ▮▮▮ over the last 60 days?

A: Previously we were pulling a section for ▮▮▮▮▮▮▮, then recently we dropped our mission down to ▮▮▮▮▮▮. We go out for ▮ then the next section does go out until around ▮ the next day.

Q: What TTPs did you use as part of the patrol?

A: We would scan the sectors then move the patrol from the nitrogen plant to ▮▮▮▮▮▮▮.  At night we use our ▮▮▮▮▮▮ Usual we have ▮▮▮▮▮▮▮▮▮▮

Iraqi patrols were out there about ▮▮▮ apart along the route.

INITIALS OF PERSON MAKING STATEMENT

PAGE _3_ OF _5_ PAGES

PAGE 2, DA FORM 2823, DEC 1998

USAPA V1.01

USE THIS PAGE IF NEEDED.  IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF SSG S████████,   TAKEN AT BIDG 541   DATED 09 Jun 06

9. STATEMENT *(Continued)*

Q: What do you know about the details on the IED not already covered?

A: ████████████████████████████,

Q: Do you remember what indicators of an IED existed in hind sight?

A: I didn't see no indications out of the ordinary except the Iraqi truck blocking the road?

Q: Do you recall the bumper number of the Iraqi truck?

A: No

Q: Was the green building the same one where the IED missed against an JA patrol?

A: Yes

Q: Did anyone question the owner of the green building?

A: I have no idea.

Q: Do you know if there was a relationship between the IED and the water project?

A: Not for a fact, ████████████████████████████████

Q: After the IED strike, what were the actions of your crew?

A: In addition to the rest of my statement, I requested a Medevac and a called a MEDEVAC and additional security. I kept radio contact with ████████.

Q: Is there anything else you want to add?

A: Not at this time

Nothing Follows

INITIALS OF PERSON MAKING STATEMENT                    PAGE 4 OF 5 PAGES

PAGE 2, DA FORM 2823, DEC 1998                                    USAPA V1.01

STATEMENT OF _____ TAKEN AT _____ DATED _____

9. STATEMENT *(Continued)*

*Not Used*

AFFIDAVIT

I, __SSG S_____, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT
WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE __4__. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE
BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE
CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT
THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
*(Signature of Person Making Statement)*

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to
administer oaths, this __9th__ day of __June__, __2006__
at __Bldg 541   Camp Taji, Iraq__

ORGANIZATION OR ADDRESS

_____
*(Signature of Person Administering Oath)*

_____
*(Typed Name of Person Administering Oath)*

UCMV, Article 136
*(Authority To Administer Oaths)*

ORGANIZATION OR ADDRESS

INITIALS OF PERSON MAKING STATEMENT

PAGE __5__ OF __5__ PAGES

PAGE 3, DA FORM 2823, DEC 1998

USAPA V1.01

PX2303                    Fis_HainesP_CP_00002307

**SWORN STATEMENT**

For use of this form, see AR 190-45; the proponent agency is PMG.

**PRIVACY ACT STATEMENT**

| | |
|---|---|
| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)*. |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION BLDC 541 CAMP, TAji | 2. DATE (YYYYMMDD) 2006 bb 08 | 3. TIME 2c:00 | 4. FILE NUMBER |
|---|---|---|---|
| 5. LAST NAME, FIRST NAME, MIDDLE NAME ████ | 6. SSN ████ | | 7. GRADE/STATUS E4 /Active |

8. ORGANIZATION OR ADDRESS
*Dco 1/6 AR*

9.
I, ████████ ████, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

We just made that Right heading south on ████, when ████ was hit with an IED, & the SSG S████ ,and J████ ,were the lead tank, we got about ████ away from the first house on the East side of the canal which we call the green house or the chicken house, when I heard a pop I look back when I saw that ████ had smoke, and objects were flying from it so, we Back up AND I hop Down to see what Happen. I seen R████ in the Drivers Hole AND, he said every Body was hurt bad inside, so I jumped up and I see SPC Gionet sitting there with his legs Blown off, I look back and tell SSG S████ to call for a medevac and start to proceed with first Aid on Gionet, Noticing that LT s████ was in the turret, B████ came out and tried to help LT out, But couldn't, I put a toriniqt on Gionet's Right leg and seen that his other leg was messed up, so I told B████ to put a toriniqt on his other leg and I'll try to pull LT out, But I couldn't, So when B████ got Done with that I told him to come and help pull LT out, after we pulled him out, we notice that LT leg was wounded, Then B████

| 10. EXHIBIT D | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 4 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

| DA FORM 2823, DEC 1998 | DA FORM 2823, JUL 72, IS OBSOLETE | USAPA V1.01 |
|---|---|---|

PX2303   Fis_HainesP_CP_00003303

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF P███████████ TAKEN AT BLDS 541 Camp Taji DATED 2 oct c6 09

9. STATEMENT (Continued) went to CHECK on SGT N███ who was TRAPPED in the TURRET, AND I did FIRST AID on the LT, After that B███████ said that he was stuck, J███ was there getting Readings to site them FV's, so I hop down to SEE what was up, But I could see that it was gonna take more than THREE of us to get him out. After that the INFANTRY from Aco plus the MEDIC came, we EVACUATED the LT AND Gione off the tank to the BRADLY AND HUMVEE, then got SGT N███ out, AND got him to the Black Hawk. Then, we pulled SECURITY on the tank till it was RECOVERED.

Q: What was the date of the incident?

A: June 4, 2006

Q: What's the task and purpose of the patrol?

A: Task was to go to the ██████████████████ and patrol ██████. Purpose to prevent enemy from laying IEDs and prevent the enemy from stopping movement of civilians

Q: Who briefed the patrol's mission?

A: LT S███.

Q: Who approved the patrol's mission?

A: CPT R███████

Q: What was the enemy situation and threat according to your briefing?

A: Be aware of IEIi, which is the only threat we have seen on ████████

Q: Was a tactical risk assessment prepared, and if so, what it briefed?

A: Yes, LT S███ briefed it.

INITIALS OF PERSON MAKING STATEMENT ███████

PAGE 2 OF 4 PAGES

PAGE 2, DA FORM 2823, DEC 1998

USAPA V1.01

PX2303   Fis_HainesP_CP_00003309

USE THIS PAGE IF NEEDED.  IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ⬛⬛⬛ TAKEN AT BLDG 591 ṬḤ̅̅ Camp DATED 2006 06 09

9. STATEMENT (Continued)

Q: What was the purpose for having a medic as part of the crew?

A: To treat casualties and to help out with security and act as the loader.

Q: ⬛⬛⬛⬛

A: ⬛

Q: ⬛⬛

A: ⬛⬛

Q: What was frequency of US/IA patrolling on RTE ⬛⬛ over the last ⬛⬛?

A: They moved the IA from check point ⬛ to ⬛⬛ and had them separated about ⬛ apart along the road. We regularly patrol the route. We operate with a section of tanks. ⬛⬛⬛⬛⬛⬛⬛ so we would ⬛ ⬛⬛⬛⬛ hours at ⬛ ⬛⬛⬛

Q: What TTPs did you use as part of the patrol?

A: At first we would sit at the nitrogen plant and scan. Then we would patrol up and down ⬛ every ⬛⬛. We didn't move that much because of the traffic. ⬛⬛⬛⬛ ⬛⬛

Q: What do you know about the details of the IED?

A: I don't know because it was dug in so good. The road is torn up so you couldn't tell if it was dug into. I couldn't see the wire.

Q: Do you know if there was a relationship between the IED and the water project?

A: No, but I have suspicions there is and that the IA was involved.

Q: After the IED, who was the first on the tank?

A: I was. I pulled out the Medic's bag and applied a tourniquet.

Q: Is there any thing else you want to add?

INITIALS OF PERSON MAKING STATEMENT ⬛⬛

PAGE 3 OF 4 PAGES

PAGE 2, DA FORM 2823, DEC 1998

USAPA V1.01

Fis_HainesP_CP_00000309

STATEMENT OF P▓▓▓▓▓   TAKEN AT B▓▓541 ▓▓   DATED 2006 06 09

9. STATEMENT *(Continued)*

A: No. Nothing I can think of.

Q: Can you describe the uniform worn by the crew?

A: LT S▓▓ and SGT H▓▓ were wearing NOMEX. SGT Gia▓▓ not
and B▓▓▓▓ were wearing ACU's. SGT Gia▓▓ had removed his IBAS
and LT S▓▓ was still wearing his until we removed it. The gunner and
driver were not wearing IBAS.

No thing Follows

---

AFFIDAVIT

I, ▓▓▓▓▓ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT
WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE 4 . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE
BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE
CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT
THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

*(Signature of Person Making Statement)*

WITNESSES:

▓▓▓▓▓
Dcs 1-6u AR BN
ORGANIZATION OR ADDRESS

▓▓▓▓▓
D. Co 1-6u BN
ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to
administer oaths, this 9th day of June , 2006
at Bldg 541, Camp Taji, Iraq

*(Signature of Person Administering Oath)*

6▓▓
*(Typed Name of Person Administering Oath)*

UCMJ Article 136
*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT ▓▓▓▓▓   PAGE 4 OF 4 PAGES

PAGE 3, DA FORM 2823, DEC 1998                                      USAPA V1.01

PX2303   Eis_HainesP_CP_00000301

**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is PMG.

PRIVACY ACT STATEMENT

| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)*. |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION  BLG 541 | 2. DATE *(YYYYMMDD)*  2006/06/04 | 3. TIME  20:00 | 4. FILE NUMBER |
| 5. LAST NAME, FIRST NAME, MIDDLE NAME  J▮ | | 6. SSN | 7. GRADE/STATUS  E.2 / Active Duty |
| 8. ORGANIZATION OR ADDRESS  D. Co  1-66 AR | | | |

9.

I, PV2 J▮▮▮, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I J▮▮ ▮▮ on the date 2006 June, 04 was the ▮▮ person to mount the tank, bumper number ▮▮ when a IED struck the LT's tank. I quickly conducted buddy aid to 1st LT. S▮▮ and Sgt. Gionet untill medics attach to A.Co arrive. Spc A▮▮ soon told me that Sgt. H▮▮ was trapped in the turret of the tank and tusted to help out. My role in this tragic moment was to help my fellow comrads in buddy aid.

Q: What's that task and purpose of the patrol?
A: secure the ▮▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮ to stop any insurgent activities
Q: Who briefed the patrol's mission?
A: LT S▮▮
Q: Who approved the patrol's mission
A: I'm not sure
Q: What was the enemy situation and threat according to your briefing?
A: All we were told about was some IEDs that went off earlier so we were to watch for IEDs.

| 10. EXHIBIT  E | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 3 PAGES |

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT _____ TAKEN AT _____ DATED _____*

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.*

DA FORM 2823, DEC 1998          DA FORM 2823, JUL 72, IS OBSOLETE          USAPA V1.01

PX2303          Fis_HainesP_CP_00000303

USE THIS PAGE IF NEEDED.  IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF J████████████    TAKEN AT __BCG 541__    DATED __09 Jun 06__

**9. STATEMENT** (Continued)

Q: Was a tactical risk assessment prepared, and if so, was it briefed?

A: I don't recall, but the LT did brief something about the risk and the threat.

Q: What was the purpose for having a medic as part of the crew in the gunners position?

A: In case anything happened while on the patrol

Q: ████████████████████████ employed?

A: ████████████████

Q: ████████████████████████.

A: ████████████

Q: What was the frequency of US/IA patrolling on RTE ████████ over the last 60 days and how was it patrolled?

A: I saw the Iraqi every 3 or 4 patrols. We patrolled it frequently. We usually would be stationary for ████████████ then we would move up and down ████████ then go back to being stationary.

Q: What details do you know about the IED?

A: It detonated on ██

Q: Do you know if there was a relationship between the IED and the water project?

A: No, not for sure.

Q: Can you describe the uniform worn by the crew?

A: Nomex gear, SBAs, CVC

Q: After the IED, who was the first on the damaged tank and what actions did they take?

A: The loader from our tank, next was E████████, then me. When I got there

INITIALS OF PERSON MAKING STATEMENT  ████

PAGE __2__ OF __2__ PAGES

PAGE 2, DA FORM 2823, DEC 1998

USAPA V1.01

STATEMENT OF ▮▮▮▮▮▮▮▮▮▮ TAKEN AT _BLG 541_ DATED _09 Jun 06_

S. STATEMENT _(Continued)_

A: (continued)

they were already administering buddy aid. Our radios were down, so I hopped down off the tank and told our tank commander the extent of the injuries and went back to continue buddy aid.

Q: Is there any thing else you want to add?

A: No, that's it.

Nothing Follows

**AFFIDAVIT**

I, ▮▮▮▮▮▮▮▮▮▮ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _3_ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
(Signature of Person Making Statement)

WITNESSES:

▮▮▮▮▮▮▮▮▮▮▮▮▮

_Dco VII AR_
ORGANIZATION OR ADDRESS

▮▮▮▮▮▮▮▮▮▮▮▮▮

_Dco 1-66 AR  BN_
ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _9th_ day of _June_ , _2006_
at _Bldg 541, Camp Taji, Iraq_

_____
(Signature of Person Administering Oath)

_____
(Typed Name of Person Administering Oath)

_UCMJ, Article 131_
(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT ▮▮▮▮

PAGE _3_ OF _3_ PAGES

_PAGE 3, DA FORM 2823, DEC 1998_                          USAPA V1.01

**SWORN STATEMENT**

For use of this form, see AR 190-45; the proponent agency is PMG.

PRIVACY ACT STATEMENT

| | |
|---|---|
| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)*. |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION  Bldg 591, Camp Taji, Iraq | 2. DATE *(YYYYMMDD)*  2006 06 08 | 3. TIME  2030 | 4. FILE NUMBER |
|---|---|---|---|
| 5. LAST NAME, FIRST NAME, MIDDLE NAME | | 6. SSN | 7. GRADE/STATUS  O3 |

8. ORGANIZATION OR ADDRESS
A/1-66 AR Camp Taji Iraq,

9.

I, _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

that on 4 June 06 at approximately 1930 hrs when ____ was struck by an IED on the _____ I was on Camp Taji, I moved to the company CP when informed over ICOM of a "situation". I arrived to find that the Company First SGT had departed to the IED site to assist in Medevac and security of the and that A/1-66 PB in _____ had sent the QRF consisting of ____ Humvees to that location as well. With both Radio and VHF communication ability I directed the operation from the company CP and maintained an additional Infantry Platoon as a QRF, It was at this time we were notified that ____ (M1A2 sep) tank was catastrophicly disabled, PLT Ldr was litter critical, medic litter urgent, gunner litter urgent, and the driver was ambulatory routine. All casualties were evacuated. PVT S_____ a Spc Gianet died of wounds, Gunner SGT ____ was critical but stable, sec B_____ needed a CAT SCAN as a precaution but otherwise RTD.

Q: Were all standard operating procedure followed in terms of tactics, techniques, and procedures for RTE _____?

| 10. EXHIBIT  F | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF __5__ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT _____ TAKEN AT ____ DATED ____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998      DA FORM 2823, JUL 72, IS OBSOLETE      USAPA V1.01

PX2303      Fis_HainesP_CP_00002305

USE THIS PAGE IF NEEDED.  IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ▓▓▓ R▓▓▓▓▓ TAKEN AT Bldg 541 Camp Taji DATED 20060608

9. STATEMENT *(Continued)*

Q: Was a tactical risk assessment prepared and, if so, was it briefed to the patrol?

A: Yes, there is a company risk assessment for this and all framework operations posted in the company near CP and forward CP signed by Raider ▓. Also, the battalion risk assessment covers framework operations. The Platoon leader also conducted his own risk assessment and briefed the risk assessment to the patrol. His copy of the risk assessment was on his person or in his vehicle and was unable to be recovered from the tank.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Q: What is the frequency of US/IA patrolling on RTE ▓▓▓▓ over the last 60 days?

A: ▓▓▓▓▓ was manned 24/7 by combined US/IA patrol with a combat vehicle every ▓▓▓ at a minimum along the entire ▓▓▓ stretch of the road. Vehicles remained within visual range of each other. In the past month, we started transition to IA in the lead in that sector. All static vehicles are manned by IA with a US tank section in support during hours of limited visibility. US patrols vary their change out times every day. This patrol was scheduled to depart at 1900 or there abouts.

Q: What did you find out about the relationship between the IED strike location and the waterline project?

A: I was present at the questioning of the detainees picked up in association with the IED strike. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

INITIALS OF PERSON MAKING STATEMENT ▓▓▓▓

PAGE 3 OF 5 PAGES

PAGE 2, DA FORM 2823, DEC 1998                                    USAPA V1.01

PX2303        Fis_HainesP_CP_00002305

STATEMENT OF _____ TAKEN AT _____ DATED _____

9. STATEMENT  *(Continued)*

Used

Not

AFFIDAVIT

I, _____ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT
WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE __4__ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE
BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE
CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT
THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
*(Signature of Person Making Statement)*

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to
administer oaths, this __8th__ day of __JUNE__ , __2006__
at __Bldg 541 Camp Taji, Iraq__

_____

HHD, 1BCT 4ID

ORGANIZATION OR ADDRESS

_____
*(Signature of Person Administering Oath)*

6

HHD, 1BCT 4ID

*(Typed Name of Person Administering Oath,*

UCMJ, Article 136

ORGANIZATION OR ADDRESS

*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT

PAGE __5__ OF __5__ PAGES

PAGE 3, DA FORM 2823, DEC 1998

USAPA V1.01



**Radiator 1-4**

**Shadow EOM Report**

1900 - 2300 4th June 2006

PX2303   Fis_HainesP_CP_00000308



Fis_HainesP_CP_00000309



## Imagery Overview

TUAV used to support IED strike. Provided site security and Battle Damage Assessment. Photo of damaged M-1 Tank and crater created by IED. 1-66 Armor up on Mirc and Rover for updates.

SECRET//REL TO USA AND MCF

SIR for IED strike, ▨ US KIA, ▨ US WIA, ▨ M1A2 Battle-loss

LINE 1:  Unit reporting: 1-66 AR, 1BCT, 4th ID
LINE 2:  Incident: IED strike
LINE 3:  Incident Occurred: 041830JUN06
LINE 4:  Location of incident: RTE ▨▨▨ vic ▨▨▨▨▨
LINE 5:  Personnel involved:

| Name | Rank | Unit | SSN | Sex |
|---|---|---|---|---|
| S▨▨▨▨ | 2LT | D/1-66 AR | ▨▨▨▨ | M |
| H▨▨▨▨▨ | SGT | D/1-66 AR | ▨▨▨▨ | M |
| B▨▨▨ | SPC | D/1-66 AR | ▨▨▨▨ | M |
| Gionet, Daniel | SPC | HHC/1-66 AR | 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 | M |

Summary of Incident: At 041830JUN06 ▨▨▨▨▨ reported an IED strike
against an M1A2 patrol while traveling South on RTE ▨▨▨▨. MEDEVAC
was requested at ▨▨▨▨. ▨▨hrs ▨▨▨▨▨ MEDEVAC linked up with ▨▨
▨▨▨▨ en-route to the MEDEVAC LZ. ▨▨hrs ▨▨▨▨ MEDEVAC
reported wheels down. ▨▨hrs ▨▨▨▨▨ MEDEVAC reported wheels up
and en-route to 10th CSH with ▨▨ US (▨▨▨▨▨▨). ▨▨▨▨▨▨ reported
that an additional MEDEVAC will be required for ▨▨ US WIA trapped in tank
turret. TM D/1-66 AR was already moving with an M88 equipped with a cutting
torch to the site. ▨▨ urgent (▨▨▨▨▨) and ▨▨ critical (▨▨▨▨▨)
were freed from tank and en-route to MEDEVAC LZ. ▨▨hrs ▨▨▨▨▨
MEDEVAC reported wheels up from Taji for ▨▨▨▨ MEDEVAC mission. ▨▨hrs
▨▨▨▨ reported wheels down for ▨▨▨▨ MEDEVAC. ▨▨hrs ▨▨▨▨
MEDEVAC touches down at 10th CSH. ▨▨hrs ▨▨▨▨ reported wheels
up and en-route to 10th CSH with ▨▨ US (▨▨▨▨▨▨). ▨▨hrs ▨▨▨▨▨
had wheels down at 10th CSH. ▨▨hrs ▨▨ HETT, TFIC with Scout escort SP
to recovery site. ▨▨hrs 10th CSH reported status has changed to ▨▨ US KIA
(BR# 031DG3210 & ▨▨▨▨▨▨) and ▨▨▨▨ WIA (▨▨▨▨▨
▨▨▨▨▨). ▨▨ US KIA (BR# 031DG3210) was pronounced dead on scene
and was brought back to camp Taji. The driver (▨▨▨▨▨▨) reported as
walking wounded with minor injuries.

LINE 7:  Damage to government and/or civilian property: ▨▨▨▨▨
loss.

LINE 8:  Personnel Reporting:  1-66 AR BN S3

Exhibit K

SECRET//REL TO USA AND MCFI



**041830JUN06 1-66AR IED STRIKE (ZONE ▮▮)**

SUMMARY: IED STRIKE
KIA (W/BR#) ▮▮ US (BR# 031DG3210 &
WIA (W/BR#); ▮ US (URGENT) (BR▮        ) & ▮ US (WW) (BR#
▮▮
▮▮ M1A2 MAJOR DAMAGE
DTG: 041830JUN06
UNIT/CALLSIGN: TM A/1-66 AR (DARKRIDER 11)
GRID: ▮▮
PATROL COMP: ▮▮

MISSION OF UNIT:
T: TO CONDUCT RTE SECURITY
P: TO PREVENT AIF FREEDOM OF MANEUVER IN AO NORTH

TIMELINE OF EVENTS
AT 1830hrs ▮▮ REPORTED AN IED STRIKE AGAINST A M1A2
PATROL WHILE TRAVELING SOUTHBOUND ON RTE ▮▮
MEDEVAC WAS REQUESTED AT ▮hrs. ▮▮hrs ▮▮ MEDEVAC
LINKED-UP WITH ▮▮ ENROUTE TO THE MEDEVAC LZ.
▮hrs ▮▮ MEDEVAC REPORTED WHEELS DOWN. ▮▮hrs
▮▮ MEDEVAC WHEELS UP AND ENROUTE TO 10TH CSH WITH ▮
X US ▮▮), ▮▮ REPORTED THAT AN ADDITIONAL
MEDEVAC WILL BE REQUIRED FOR ▮▮ WIA TRAPPED IN TANK TURRET.
TM D/1-66AR WAS ALREADY MOVING WITH A M88 EQUIPPED WITH
CUTTING TORCH TO THE SITE. ▮ URGENT ▮▮ AND ▮▮
CRITICAL ▮▮) WERE FREED FROM TANK AND ENROUTE TO
MEDEVAC LZ SITE. AT ▮▮ MEDEVAC REPORTED WHEELS
UP FROM TAJI FOR ▮▮ MEDEVAC MISSION. ▮▮hrs ▮▮
REPORTED WHEELS DOWN FOR ▮▮ MEDEVAC. ▮▮hrs ▮▮
MEDEVAC TOUCHES DOWN AT 10TH CSH. ▮▮hrs ▮▮
REPORTED WHEELS UP AND EN ROUTE TO 10TH CSH WITH ▮▮ US (BR#
▮▮), ▮▮hrs ▮▮ HAD WHEELS DOWN AT 10TH CSH.
▮hrs ▮▮HETT, TRIC WITH SCOUT ESCORT SP TO RECOVERY SITE.
▮hrs 10TH CSH REPORTS STATUS HAS CHANGED TO ▮▮ US KIA (BR#
031DG3210 & ▮▮) AND ▮▮ US WIA ▮▮
▮▮ US KIA (BR# 031DG3210) WAS PRONOUNCED DEAD ON SCENE AND IS
BEING BROUGHT BACK TO CAMP TAJI. DRIVER ▮▮ WAS IN
THE DRIVERS SEAT AND IS WALKING WOUNDED WITH MINOR INJURIES.
AT 2050 PBA FOR IED STRIKE WAS ▮▮
THE ▮▮ THE ROAD.

BN S2 ASSESSMENT:

FILENAME:
060604 Event IED Strike Zone ▮ 1-66.ppt

*Exhibit L*

Fis_HainesP_CP_00003302





**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 1ST BRIGADE COMBAT TEAM
4TH INFANTRY DIVISION (MECHANIZED)
FOB TAJI, IRAQ  APO AE 09378

REPLY TO
ATTENTION OF:

AFYB-IN-S2                                                                18 June 2006

MEMORANDUM FOR RECORD

SUBJECT: Telephonic Interview with CW2 ███████ G██

1. At 172140 June 2006, I spoke with CW2 ███████████ G██. On the evening of 4 June 2006, CW2 G██ was one of the pilots for ████████████████, which was the first MEDEVAC helicopter on the scene following the IED strike on RTE ██████████ that I am investigating through the informal 15-6 process. This information is documented by the 4ID Aviation Brigade.

2. I questioned CW2 G██ about why he left the scene of the IED strike with only ███ patient.

3. CW2 G██ stated that he was informed of ███ other injured soldiers were trapped inside the tank, but that they did not have time to wait until the other soldiers were freed because they were "losing the patient we had."

4. CW2 G██ further stated that a ███████ MEDEVAC helicopter was in route to the IED strike and would be on station once the other soldiers were freed.

5. CW2 G██ was not informed by the unit that only ████ soldier was trapped inside the tank and that the other injured soldier was already freed, on top of the tank, and in critical condition.

5. Point of Contact is the undersigned at SVOIP ██████████.

████████████████████████

██████████ G██████
MAJ, MI
Investigating Officer

*Exhibit  P*

Fis_HainesP_CP_00000304





## 3rd Ordnance Battalion
## (763d EOD/Team ██)

041855JUN06, POST BLAST, ███████████████████

### Casualties: KIA: ██ WIA: ██

## #6: ACTION OR INCIDENT RESULTING IN SIGNIFICANT
## MILITARY OR CIVILIAN CASUALTIES

# FOB Taji
SFC L████
SPC S██████
SPC S██████



Exhibit R





# Critical Information

- DTG: 041855JUN06
- SIGACT #: If applicable
- Unit Call Sign:
- Convoy/Patrol Specifics: Convoy traveling south on RTE ███████
  - ███ M1A1
  - █ tank convoy traveling south on RTE ██████. Vehicle ███ was hit by an IED that was buried on RTE ██████ Blast seat had fragmentation consistent with ████████████, and ██ ████████, ██ meters of █████████ was found leading from the blast hole to a wooded area about ███ meters east.

SECRET // REL TO USA, AUS, GBR

PX2303





## Narrative/Background

The convoy was traveling south on RTE ▮▮▮▮, when an IED was detonated underneath the ▮▮▮▮ tank. Team ▮ from the 763d ORD CO (EOD) responded to incident location with WIT ▮ and their security element. Once on site, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

crater. About ▮ meters away on the East side of RTE ▮▮▮▮ command wire was found and traced out to the firing point. The firing point consisted of a tree harness in a palm tree.

SECRET // REL TO USA, AUS, GBR



PX2303   Fis_HainesP_CP_00003303



Aerial/Map View of site



PX2303

Fis_HainesP_CP_00000349





# Conclusion

The IED was ███████████████ using about ████████████████ ████████. The IED had been buried in the road for an unknown amount of time. The trigger man was in a palm tree ███████████ away, on the East side of RTE ████████████.

SECRET // REL TO USA, AUS, GBR

PX2303

Fis_HainesP_CP_00002361

| TRACKING NUMBER: ▉▉▉▉▉▉▉▉▉▉ | |
|---|---|
| Title | IED EXPLOSION ATTK ON A/1-66 AR IVO ▉▉▉▉ (ROUTE RTE ▉▉▉▉▉): ■ CF WIA ■ CF KIA |
| Reporting Unit | Classification  S//NF |

| **SPOTREP** | |
|---|---|
| Type of Unit | CF |
| Unit Name | A/1-66 AR |
| Unit Activity | Mounted Patrol |
| DTG of Incident (Zulu Time) | 2006-06-04 18:30 |
| Location (MGRS) | ▉▉▉▉▉▉▉▉ |
| Route | RTE ▉▉▉▉ |
| Region | MND-BAGHDAD |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Type of IED Attack | Single IED |
| Initial BDA | |

| CF | | ISF | | CIV | | AIF | | |
|---|---|---|---|---|---|---|---|---|
| ▉ | ▉ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

AT041830D:IN ▉▉▉▉▉▉▉▉▉▉▉▉▉▉, IVO ▉▉▉▉ ▉▉▉▉▉▉▉▉ 1-66AR REPORTED AN IED STRIKE AGAINST A SOUTHBOUND CONVOY TRAVELING ALONG RTE ▉▉▉▉▉▉▉. IT IS UNK AT THIS TIME THE VEHICLES INVOLVED AND THE EXTENT OF INJURED PERSONNEL'S INJURIES. UPDATE: 041840JUN06: 1BCT BTL CPT: ▉▉▉▉▉▉ REPORTS THAT ▉▉▉▉▉▉▉ WILL LINK UP WITH ▉▉▉▉▉▉▉▉ WITH AN ETA TO THE LZ OF ■ MINUTES. UPDATED: ▉▉▉▉▉: 1-66AR BTL CPT: WHEELES DOWN AT LZ. UPDATED: ▉▉▉▉▉▉: 1-66AR BTL CPT: WHEELES UP AT LZ, EN ROUTE TO 10th CSH

Exhibit  5

WITH ▆▆ US. UPDATED: ▆▆▆▆▆▆▆ 1-66AR BTL CPT: ▆▆▆▆▆▆▆▆▆▆▆▆▆ REPORTS THAT ANOTHER MEDEVAC WILL BE REQUIRED FOR OTHER US FORCES. UPDATE: ▆▆▆▆▆▆▆▆: 1-66AR BTL CPT: ▆▆▆▆▆ PATROL BASE REPORTS ▆ ▆ US TRAPPED IN TANK TURRET. TM D/1-66AR MOVES WITH M88 TO LOCATION. M88 TEAM IS EQUIPPED WITH CUTTING TORCH. UPDATE: ▆▆▆▆▆▆▆:1-66AR BTL CPT: ▆▆▆▆▆ BASE REPORTS ▆ US SOLDIER FREED FROM TANK AND ENROUTE TO PICKUP SITE. STATUS IS ▆▆▆ URGENT AND ▆▆ CRITICAL. UPDATE: ▆▆▆▆▆▆▆: 1-66AR BTL CPT: ▆▆▆▆▆▆▆ WHEELS UP FROM ▆▆▆▆▆ MEDEVAC. ETA IS ▆▆▆▆▆▆ TO LZ. UPDATE: ▆▆▆▆▆▆▆▆: 1-66AR BTL NCO: WHEELS DOWN FOR ▆▆▆▆ MEDEVAC AT LZ. ALSO FIRST MEDEVAC TOUCHES DOWN AT 10TH CSH UPDATE: ▆▆▆▆▆▆▆: 1BCT BTL CPT: 1STB'S TFIC WILL LINK UP WITH 1-66AR RECOVERY ASSETS UPDATED: ▆▆▆▆▆▆▆: 1-66AR BTL NCO: WHEELS UP FROM LZ EN ROUTE TO 10th CSH WITH ▆▆ US. UPDATED: ▆▆▆▆▆▆▆: 1-66AR BTL NCO: WHEELS DOWN AT 10TH CSH. UPDATED: ▆▆▆▆▆▆: 1-66 AR BTL NCO: 4SB HETT WILL BE LINKING UP WITH 1-66AR SCOUTS TO SP WITH TFIC TO RECOVERY SITE. UPDATE: ▆▆▆▆▆▆▆▆: 10th CSH REPORTS STATUS HAS CHANGED TO ▆▆▆ US KIA AND ▆▆ US WIA. UPDATED: ▆▆▆▆▆▆▆: 1-66AR BTL NCO: HHC 1-66AR MEDICS CONFIRM THAT THERE WAS ▆▆▆ US PICKED UP BY MEDEVAC EACH TIME. ▆▆ US KIA (BR# 031DG3210) WAS PRONOUNCED DEAD ON SCENE AND IS BEING BROUGHT BACK TO CAMP TAJI. UPDATED: ▆▆▆▆▆▆▆: 1-66AR BTL NCO: PBA FOR IED STRIKE IS ▆▆▆▆▆▆▆▆▆ IN THE ▆▆▆▆▆ ROAD. UPDATED ▆▆▆▆▆▆▆: 1-66AR BTL NCO: TM A/1-66AR REPORTS DRIVER (▆▆▆▆▆▆▆▆▆) WAS IN THE DRIVERS SEAT AND IS WALKING WOUNDED WITH MINOR INJURIES. WILL REPORT FURTHER WITH DETAILS OF INJURY.

Summary

SUMMARY: IED STRIKE: ▆▆▆▆▆▆▆▆▆▆▆ M BURIED IN THE ▆▆▆▆▆▆▆▆ ROAD. UNIT: TM A/1-66AR ▆KIA ▆WIA. WIT▆ COMMENTS: ON 04 MAY 2006, AT 1830 HRS, ▆ M1A2 FROM A/1-66 AR WERE TRAVELING SOUTH ON RTE ▆▆▆▆▆▆ CONDUCTING ROUTINE PATROLS IN THEIR ASSIGNED AO WHEN A CWIED DETONATED UNDERNEATH THE TRAIL M1A2 CAUSING THE VEHICLE TO ROLL TO A STOP APPROX. ▆▆ ▆▆▆▆▆S SOUTH FROM THE POINT OF DETONATION. THE PATROL REQUESTED MEDEVAC ASSETS, EOD SUPPORT AND REPORTED THAT ▆▆▆ M1A2 HAD BEEN STRUCK BY AN IED. QRF RESPONDED TO ASSIST WITH 5/25S, ESTABLISHING A CORDON AND MEDEVACING THE WOUNDED. AT ▆▆▆▆▆ EOD AND WIT▆ ARRIVED ON SCENE. EOD CONDUCTED A SWEEP OF THE AREA AND LOCATED SEVERAL STRANDS OF COMMAND WIRE THAT WERE LEADING FROM THE BASE OF THE BERM ROAD IVO ▆▆▆▆▆▆▆▆▆ AND ACROSS A FIELD (EAST)

WHERE ███ OF THE COMMAND WIRES ENDED. THE OTHER
COMMAND WIRE CONTINUED APPROX. ██████████ EAST INTO
A PALM TREE GROVE WHERE IT ENDED, UP IN A PALM TREE
IVO ██████████. LOCATED IN THE PALM TREE WAS A
TREE SEAT THAT WAS CLOSE TO THE TOP OF THE TREE ALONG
WITH THE END OF THE COMMAND WIRE. EOD SEARCHED THE
FIRING POINT LOCATION FOR SECONDARY HAZARDS, NONE
WERE FOUND. EOD RETRIEVED THE TREE SEAT AND COMMAND
WIRE AND TURNED IT OVER TO WIT█ AS EVIDENCE. BASED ON
FRAGMENTATION FROM THE BLAST SEAT AREA, EOD ADVISED
THAT THE CWIED CONSISTED OF ██████████ AND ██████████
██ PROJECTILES WITH APPROX. ██████████ OF BLACK
DOUBLE STRANDED COMMAND WIRE. THE CWIED WAS BURIED
IN THE CENTER OF THE ROAD AND AFTER DETONATION, LEFT A
BLAST SEAT THAT MEASURED ██████████. EOD
AND WIT█ DEPARTED THE SCENE AT 2055 HRS. IT WAS
LEARNT THAT A GROUP OF LN WORKERS THAT WERE IN THE
AREA WERE DETAINED AND TAKEN BACK TO CAMP TAJI FOR
FURTHER TACTICAL QUESTIONING. ALSO, ██████████
██████████ TALKED EXTENSIVELY TO
INVESTIGATORS ABOUT THE CWIED EMPLACEMENT THAT HE
SAYS TOOK PLACE ON 01 JUNE 2006. HIS DESCRIPTION OF
THE EMPLACEMENT WAS THAT A MINI VAN WAS USED TO
BLOCK THE ROAD FROM THE IA PATROL THAT WAS APPROX.
██████████ FROM WHERE ██████████
OF THE ROAD AND ██████████. AFTER
COVERING THE IED WITH DIRT, AIF TOSSED A LARGE AMOUNT
OF WIRE THAT WAS WOUND UP ON A STICK DOWN THE
EASTERN EMBANKMENT AND THEN GOT BACK IN THE VAN AND
DEPARTED DOWN A DIRT ROAD HEADING EAST THROUGH THE
PALM TREE GROVES. THE DETAINEES ARE STILL AT 1-66 AR
AND SHOULD BE TRANSFERRED TO THE BIF SOON.

## CASUALTY DETAILS

Casualties

| Force | Type | Category | Position | Wound Point |
|-------|------|----------|----------|-------------|
| CF | ███ | Other | Gunner | Unknown |
| CF | ███ | Unknown | Unknown | Unknown |
| CF | ███ | Unknown | Driver | Unknown |
| CF | ███ | Unknown | Unknown | Unknown |

## VEHICLE/CONVOY DATA

| Nearest ECM Dist from IED | N/A Meters |
|---|---|

| Nearest ECM Dist to Vehicle Struck | N/A Meters |
| Other Countermeasures on Vehicle Struck | |
| Distance Between Vehicles | None Selected |
| Convoy Speed | None Selected |
| Number of Vehicles | ▮ |

**Vehicles**

| Position | Type | Impact Point | Armor | Status |
|---|---|---|---|---|
| ▮ | M1 | N/A | ▮▮▮ | ▮▮▮▮ |
| | ECM Type | ECM Loadset Date | ECM Status | ECM Status Reason |
| | N/A | | N/A | N/A |

| Position | Type | Impact Point | Armor | Status |
|---|---|---|---|---|
| ▮ | M1 | Underneath | ▮▮▮ | ▮▮▮ |
| | ECM Type | ECM Loadset Date | ECM Status | ECM Status Reason |
| | N/A | | N/A | N/A |

**IED SITE DATA**

| IED Placement | ▮▮▮ |
| IED Location | ▮▮▮▮▮ |
| Method of Concealment | None Selected |
| How was the IED Spotted? | None Selected |
| Who found the IED? | |
| Site Marked (Indicator to locals that IED is present) | None Selected |

| | |
|---|---|
| Marking Details | |
| Civilian Activity in Area? | None Selected |
| Was there an aiming point or reference point? | Yes |
| Describe Aiming Point | LOCATED APPROX ▮▮▮▮ METERS FROM THE BLAST SEAT IS A UTILITY/POWER POLE THAT IS IN DIRECT LINE WITH THE FIRING POINT AND WAS MOST LIKELY USED AS THE AIMING POINT. |
| Light Conditions | Daytime |
| Weather | Sunny/Clear |
| How often is route patrolled? | None Selected |
| When was the route last cleared? | |
| Analysis/TTPs | WIT▮ AIF TTP COMMENTS: AIF HAS BEEN OBSERVING CF AS THEY CONDUCTED THEIR DAILY (EVERY 24 HRS) ROUTE PATROLS IN THIS AO AND USED THIS OBSERVATION TO EMPLACE THE CWIED. THE IA PATROL THAT WAS IN THE AREA WATCHING THE WORK CREW LAYING PIPE HAD BLOCKED THE ROAD WITH A T-72 TANK WHEN THE CF PATROL APPROACHED THEY HAD TO REQUEST THAT THE T-72 MOVE SO THEY COULD CONTINUE THEIR PATROL AN THE ▮▮▮▮▮▮ ▮▮▮▮▮ ROAD INSTEAD OF TAKING THE ROAD THAT WAS ON THE WESTERN SIDE, PARALLEL TO THE ▮▮▮▮▮▮. THE CWIED ATTACK TOOK PLACE JUST ▮▮▮▮▮▮▮▮ FROM THE IA POSITION. AIF HAS USED TREE SEAT DEVICES TO COMMAND DETONATE CWIED IN THIS AO WITH THE LAST EMPLACEMENT TAKING PLACE IVO ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ SEE REPORT WIT▮_01MAR2006_1030. |

**IED DEVICE DATA**

| | |
|---|---|
| EOD Unit | 763D ORD CO., TM3 |
| WIT Team | Team ▮ |

Devices

| Post Blast | ███████████████████████ |
| --- | --- |

## Initiators

| Type | Sub-Type | Detail |
| --- | --- | --- |
| ██████ | ████████ | None Selected |
| Arming | Receiver Remoted? | DTMF |
|  |  | None Selected |
| Make |  | Model |

## Munitions

| Type | Explosive | Container |
| --- | --- | --- |
| Military Ordnance | None Selected | ██████ |
| NEW (Pounds) |  | Qty |
|  |  | ██ |
| Type | Explosive | Container |
| Military Ordnance | None Selected | ██████ |
| NEW (Pounds) |  | Qty |
|  |  | ██ |

Fis_HainesP_CP_00000347



SECRET//REL USA, MCFI

Damaged ▮▮▮▮▮

The CWIED firing point was located in a palm tree ▮▮▮▮▮▮▮▮▮

The CWIED detonated in the center of the road ▮▮▮▮▮▮

This utility pole may have been used as the aiming point

Approx. ▮▮▮▮▮▮

Dry concrete canal basin

Blast seat view east ▮▮▮▮▮▮▮ USA, MCFI



Blast seat view north

Fis_HainesP_CP_00002349



UNCLASSIFIED/FOR OFFICIAL USE ONLY
██████████████ (WHEN FILLED IN)

| IED Post Patrol Debrief | | |
|---|---|---|
| CIDNE TRACKING NUMBER: ███████████ | | |
| **CORRELATION** | | |
| | Report naming convention | 200606041830_WIT█_CWIED_MNC-I CCIR ████ |
| 1 | DTG of Incident (Local Time) as reported in SPOTREP: 06/04/06 18:30 | |
| 2 | Location (MGRS) as reported in SPOTREP: ████████████ | |
| **VEHICLE DATA** | | |
| 3 | Number of Vehicles | |
| 4 | Average distance Between Vehicles (m) | 10, 15, 20, 25, 30, 40, 50, 75, 100, >100, Unknown |
| 5 | Average Speed Of Vehicles | ████ |
| 6 | Position in convoy of Vehicle Hit | ███ |
| 7 | Type of Vehicle Hit | ████████████████████████████████ |
| 8 | IED Impact Point | ██████████████████████████ |
| 9 | Vehicle Armor Type(s) | ██████████████ |
| 10 | Vehicle Status | ███████ |
| 11 | ████ type on vehicle hit | █████████████████████ wn, N/A, |
| 12 | ███ Loadset Date | ██████ |
| 13 | ██ Status | ████ N/A |
| 14 | If ███ Off, Why | ███████████████████ |
| 15 | Other Countermeasures on Vehicle Hit | ████████████ |
| 16 | Preceding Vehicle ████ Type | █████████████████ |
| 17 | ██ Loadset Date | |
| 18 | Preceding Vehicle Status | █████ |
| 19 | If ███ Off, Why? | ██████████████ |
| 20 | Trailing Vehicle ████ Type | ████████████████████████, Other |
| 21 | ████ Load set Date | ███████ |
| 22 | Trailing Vehicle Status | ██████ |
| 23 | If ███ Off, Why | ███████████████ |
| 24 | Nearest ████ distance from IED (m) | |
| 25 | Nearest ████ distance from vehicle hit (m) | |
| **EFFECTS DATA** | | |

UNCLASSIFIED/FOR OFFICIAL USE ONLY
SECRET REL MCFI (WHEN FILLED IN)

Exhibit T

UNCLASSIFIED/FOR OFFICIAL USE ONLY
SECRET REL MCFI (WHEN FILLED IN)

| 26 | Number/Type of WIA | ___ CF, ___ IA, ___ IP, ___ Civilian |
|----|--------------------|--------------------------------------|
| 27 | WIA Category | |
| 28 | WIA Position/Location | |
| 29 | WIA type of injury | |
| 30 | Number/Type of KIA | ___ CF, ___ IA, ___ IP, ___ Civilian |
| 31 | KIA Position/Location | |
| 32 | KIA type of injury | |
| **SITE DATA** | | |
| 33 | IED Placement | |
| 34 | IED Location | |
| 35 | Method of Concealment | |
| 36 | How was the IED Spotted? | |
| 37 | Who found the IED? | |
| 38 | Site Marked (Indicator to locals that IED is present) | |
| 39 | | |
| 40 | Civilian Activity in Area | |
| 41 | Was there an aiming point or reference point | |
| 42 | Describe aiming point or reference point | |
| 43 | Light Conditions | |
| 44 | Weather | |
| 45 | How often is the route patrolled(if known)? | |
| 46 | When was the route last cleared (if known)? | |
| **IED DEVICE DATA** | | |
| 47 | Type of IED Initiation (if known) | |
| 48 | Type of initiator Command | |
| 48 | Type of initiator Time | |

UNCLASSIFIED/FOR OFFICIAL USE ONLY
REL MCFI (WHEN FILLED IN)

UNCLASSIFIED/FOR OFFICIAL USE ONLY
▓▓▓▓▓ REL MCFI (WHEN FILLED IN)

| 49 | Type of initiator Victim Operated | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
|----|----|----|
| 50 | Type of initiator | ▓▓▓ |
| 51 | Type of initiator | None |
| 52 | Type of initiator MAKE | |
| 53 | Type of initiator MODEL | |
| 54 | Munitions Type Unknown | |
| 55 | Munitions Type Container | ▓▓▓▓▓▓▓▓▓▓▓▓▓ / |
| 56 | Munitions Type Commercial | |
| 57 | Munitions Type Container | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 58 | Munitions Type HME | |
| 59 | Munitions Type Container | ▓▓▓▓▓▓▓▓▓▓▓ |
| 60 | Munitions Type Military Ordnance | ▓▓▓▓▓▓ |
| | Quantity of Ordnance | ▓▓▓▓▓▓ |
| 61 | Munitions Type Raw Components | Unknown |
| 62 | Munitions Type Raw Components | ▓▓▓▓▓ |
| 63 | Munitions NEW Pounds | |
| | Evidence Control Number and description | ▓▓▓▓▓▓▓▓▓▓ |
| 64 | | SPOT REPORT SUMMARY: WIT▓ COMMENTS: ON 04 MAY 2006, AT ▓▓ HRS, ▓▓ M1A2 FROM A/1-66 AR WERE TRAVELING SOUTH ON RTE ▓▓▓▓▓▓▓ CONDUCTING ROUTINE PATROLS IN THEIR ASSIGNED AO WHEN A CWIED DETONATED ▓▓▓▓▓▓▓▓ THE TRAIL M1A2 CAUSING THE VEHICLE TO ROLL TO A STOP APPROX. ▓▓▓▓▓ SOUTH FROM THE POINT OF DETONATION. THE PATROL REQUESTED MEDEVAC ASSETS, EOD SUPPORT AND REPORTED THAT ▓▓ M1A2 HAD BEEN STRUCK BY AN IED. QRF RESPONDED TO ASSIST WITH 5/25S, ESTABLISHING A CORDON AND MEDEVACING THE WOUNDED. AT ▓▓ HRS EOD AND WIT▓ ARRIVED ON SCENE. EOD CONDUCTED A SWEEP OF THE AREA AND LOCATED SEVERAL STRANDS OF ▓▓▓▓▓ ▓▓▓▓ THAT WERE LEADING FROM THE BASE OF THE BERM ROAD IVO ▓▓ ▓▓▓▓▓ AND ACROSS A FIELD (EAST) WHERE ONE OF THE ▓▓▓▓▓▓ ENDED. THE OTHER ▓▓▓▓▓▓▓ CONTINUED APPROX. ▓▓▓▓▓▓▓ INTO A PALM TREE GROVE WHERE IT ENDED, UP IN A PALM TREE IVO ▓▓▓▓▓▓▓▓ LOCATED IN THE PALM TREE WAS A TREE SEAT THAT WAS CLOSE TO THE TOP OF THE TREE ALONG WITH THE END OF THE ▓▓▓▓▓▓▓▓ EOD SEARCHED THE FIRING POINT LOCATION FOR SECONDARY HAZARDS, NONE WERE FOUND. EOD RETRIEVED THE TREE SEAT AND COMMAND WIRE AND TURNED IT OVER TO WIT▓ AS EVIDENCE. BASED ON FRAGMENTATION FROM THE BLAST SEAT AREA, EOD ADVISED THAT THE CWIED CONSISTED OF ▓▓▓▓▓ ▓▓▓▓▓ PROJECTILES WITH APPROX. ▓▓▓▓▓▓▓▓ STRANDED ▓▓▓▓▓▓ THE CWIED WAS BURIED IN THE ▓▓▓ |

UNCLASSIFIED/FOR OFFICIAL USE ONLY

UNCLASSIFIED/FOR OFFICIAL USE ONLY
SECRET REL MCFI (WHEN FILLED IN)

THE ROAD AND AFTER DETONATION, LEFT A BLAST SEAT THAT MEASURED ██████████ EOD AND WIT█ DEPARTED THE SCENE AT 2055 HRS. IT WAS LEARNT THAT A GROUP OF LN WORKERS THAT WERE IN THE AREA WERE DETAINED AND TAKEN BACK TO CAMP TAJI FOR FURTHER TACTICAL QUESTIONING. ALSO, ██████████ TALKED EXTENSIVELY TO INVESTIGATORS ABOUT THE CWIED EMPLACEMENT THAT HE SAYS TOOK PLACE ON 01 JUNE 2006. HIS DESCRIPTION OF THE EMPLACEMENT WAS THAT A MINI VAN WAS USED TO BLOCK THE ROAD FROM THE IA PATROL THAT WAS APPROX. ██████████ FROM WHERE THEY DUG A HOLE IN THE ██████████ ROAD AND PLACED ██████████ PROJECTILES. AFTER COVERING THE IED WITH DIRT, AIF TOSSED A LARGE AMOUNT OF WIRE THAT WAS WOUND UP ON A STICK DOWN THE EASTERN EMBANKMENT AND THEN GOT BACK IN THE VAN AND DEPARTED DOWN A DIRT ROAD HEADING EAST THROUGH THE PALM TREE GROVES. THE DETAINEES ARE STILL AT 1-66 AR AND SHOULD BE TRANSFERRED TO THE BIF SOON.

WIT█ IED DESCRIPTION COMMENT: THE CWIED CONSISTED OF ██████████ ██████████ PROJECTILES WITH APPROX. ██████████ STRANDED ██████████. A TREE SEAT WAS FOUND AT THE FIRING POINT [SEE SLIDES].

WIT█ AIF TTP COMMENTS: AIF HAS BEEN OBSERVING CF AS THEY CONDUCTED THEIR DAILY (EVERY 24 HRS) ROUTE PATROLS IN THIS AO AND USED THIS OBSERVATION TO EMPLACE THE CWIED. THE IA PATROL THAT WAS IN THE AREA WATCHING THE WORK CREW LAYING PIPE HAD BLOCKED THE ROAD WITH A T-72 TANK WHEN THE CF PATROL APPROACHED THEY HAD TO REQUEST THAT THE T-72 MOVE SO THEY COULD CONTINUE THEIR PATROL AN THE EASTERN ██████████ ROAD INSTEAD OF TAKING THE ROAD THAT WAS ON THE WESTERN SIDE, PARALLEL TO THE ██████. THE CWIED ATTACK TOOK PLACE JUST ██████████ FROM THE IA POSITION. AIF HAS USED TREE SEAT DEVICES TO COMMAND DETONATE CWIED IN THIS AO WITH THE LAST EMPLACEMENT TAKING PLACE IVO ██████████ SEE REPORT WIT█ 01MAR2006_1030.

AIMING POINT DESCRIPTION:  LOCATED APPROX ██████ METERS FROM THE BLAST SEAT IS A UTILITY/POWER POLE THAT IS IN DIRECT LINE WITH THE FIRING POINT AND WAS MOST LIKELY USED AS THE AIMING POINT.

UNCLASSIFIED/FOR OFFICIAL USE ONLY
SECRET REL MCFI (WHEN FILLED IN)

PX2305   Eis_HainesP_CP_00000354

Page 1 of 1

G▮▮▮▮▮▮▮▮▮ MAJ -- ▮▮▮▮▮▮▮▮▮▮

| | |
|---|---|
| From: | C▮▮▮▮▮ MAJ -- 1BCT 4ID Brigade Surgeon |
| Sent: | Saturday, June 17, 2006 9:05 PM |
| To: | G▮▮▮▮▮▮▮▮ MAJ -- 1BCT 4ID S2 PLANS |
| Subject: | H▮▮▮▮ |
| Follow Up Flag: | Follow up |
| Flag Status: | Red |
| Categories: | CONFIDENTIAL |
| Attachments: | H▮▮▮▮.xls; image001.jpg |
| Titus Classification: | CONFIDENTIAL |

Classification: CONFIDENTIAL

This is the most up to date information on SGT H▮▮▮▮.

SPC B▮▮▮▮▮ suffered a concussion and was sent to the CSH for observation for approx 48h.

From the eyewitness reports that I heard (never saw the piece of paper)
SPC Gionet had both legs (traumatic amputation) attempted to place tourniquet but was unable to contain blood loss. Stayed alive enough to coach the other soldiers to aid PL.

LT S▮▮▮▮ had one leg blood supply cut off. I could tell you by the fact that they had to "shock" LT S▮▮▮▮ that he still lost an extraordinary amount of blood even before getting to the CSH. It meant that they had to work extremely quickly if they were to save LT S▮▮▮▮ but unfortunately, how quickly he lost the blood was too much for even the docs at the CSH to stabilize, reverse and correct.



MAJ C▮▮▮▮
1-4 ID Surgeon
VOIP ▮▮▮▮▮▮
DSN ▮▮▮▮▮▮▮▮
SIPR ▮▮▮▮▮▮▮▮▮▮▮
NIPR ▮▮▮▮▮▮▮▮▮▮▮▮

*Exhibit V*

6/17/2006

PX2303

## UPDATE FROM CHS ON INJURED SOLDIERS

| Questions for LNOs | Admission | CURRENT |
|---|---|---|
| Today's date: | | Today's Update |
| Name Info SGT ▮ | | |
| Where they are at? | ▮ | ▮ |
| What ward? | | |
| Contact number (here? | | |
| What is patient's current condition? | VSI | VSI |
| | Multiple Pelvic Fx | Multiple Pelvic Fx |
| | Retroperitoneal Bleed | Retroperitoneal Bleed |
| | Multiple Facial Fx | Multiple Facial Fx |
| | L eye laceration | L. eye laceration |
| | Closed Traumatic Brain Injury (TBI) | Closed Traumatic Brain Injury (TBI) |
| | T12 Fx                            L | T12 Fx                            L |
| All major diagnosis: | Pneumothorax | Pneumothorax |
| | Procedures | Procedures |
| | Pelvic External Fixation | Pelvic External Fixation |
| | Explore Lap | Explore Lap |
| | Enucleation L Eye | Enucleation L Eye |
| | L. Chest Tube/ET Intubation | L. Chest Tube/ET Intubation |
| | Multiple Blood Products | Multiple Blood Products |
| Stable or unstable vitals signs in order of precedence: | Critical but stable | Critical but stable |
| | | BP controlled with fluids, currently on |
| | | SIMV with FiO2 at 50%,P5,PS11, |
| | | MAP on Fluids (w/o Pressors) 70-105 |
| BP, respiratory rate, O2 sat, temperature, heart rate | | w/ HR @) 103-127(controlled w/ |
| | see Current→ | analgesics) Tmax=99.5 |
| | -Sedated with Propofol and Fentanyl. | -Sedated with Propofol and Fentanyl. |
| | -Not moving lower extremities | -Not moving lower extremities |
| | spontaneously. | spontaneously. |
| Any problems with head/face/consciousness | -Multiple Facial Fx to include orbit, | -Multiple Facial Fx to include orbit, |
| | mandible and sinus. | mandible and sinus. |
| | -Traumatic Brain Injury (L Frontal | -Traumatic Brain Injury (L Frontal |
| | Contusion with Craniotomy) | Contusion with Craniotomy) |
| Any problems with heart lung, chest? | L Pneumothorax with L Chest Tube | w with some pneumomediastinum |
| Any problems with abdomen, internal bleeding? | S/P Retroperitoneal Bleed.  No new s | site |
| Any organ damage (liver/kidney/spleen/pancreas)? | Chemical Pancreatitis Lipase 462 | Amylase 75 |
| Any problems with extremities (bleeding)? | | lo ext. Fix placed yesterday |
| Any tubes (endotrachial) | | reconstruction today.  ET has 2+ to 3+ |
| | | Was Hypernatremic.  Current |
| Lab abnormalities (sodium, potassium, low calcium, | | Na+=138-144, K=4,9 Cl=118 Glu=103 |
| | | Ca++=7.7 Alb=2.3 Mg=2.4 PO4=4.1 |
| | | Lipase 471, Amylase=75 |
| liver enzyme, muscle enzymes, | | BUN/Cr 28/0.8, |
| low blood count (red platelets, white), blood in urine | | H/H 10/29.8 Plt=347 WBC=17.9 (no |
| | | diff reported) |
| | | Neg C. Diff, Neg Urine, 2+-3+ |
| Complications | | Pseudominas, BC x1 (aerobic) has |
| | | GPCC Coag Neg |
| What is current treatment? What is next? | Washout | For trach and facial reconstruction |
| | | still evaluating fever and 1 WBC, |
| | | currently on Vanc, merp, and |
| | | amikacin.  Still monitoring ICP with |
| | | MRI ??? Pending (has metal do not |
| | | know if MRI will be done) |
| Have there been complications? | | Neurology still not completely |
| | | confirmed.  Open Neuro Issues are |
| | | TBI assesment (still sedated), use of |
| | | left eye (repair attempted at CSH), use |
| | | of lower ext given T12 Fx and NO |
| | see above | Sponanteous movement of 3 LE. |
| When will patient be evac? | | Will probably stay in hospital for at |
| | | least 60 days |
| | | Need for life support is decreased but |
| How stable is patient? What BP? Has amount of life support changed? | | not off for 9 days now.  On tube feeds |
| | | but is still malnorished with all |
| | | complications is still not under control. |

G▮▮▮▮▮▮▮ MAJ -- ▮▮▮▮▮▮▮▮▮▮▮

| | |
|---|---|
| From: | C▮▮▮▮▮, MAJ -- 1BCT 4ID Brigade Surgeon |
| Sent: | Saturday, June 17, 2006 9:08 PM |
| To: | G▮▮▮▮▮▮ MAJ -- ▮▮▮▮▮▮▮▮ |
| Subject: | FW: SGT H▮▮▮ |
| Categories: | CONFIDENTIAL |
| Attachments: | H▮▮▮▮.xls; image001.jpg; image003.jpg |
| Titus Classification: | CONFIDENTIAL |

Classification: CONFIDENTIAL

▮▮▮▮▮

This was the original email when I had updated ▮▮▮. It is a better summary

▮▮▮

From: C▮▮▮▮▮ MAJ -- 1BCT 4ID Brigade Surgeon
Sent: Tuesday, June 13, 2006 5:43 PM
To: F▮▮▮▮▮▮▮▮▮▮ COL -- 1BCT 4ID COMMANDER
Subject: SGT H▮▮▮

Classification: CONFIDENTIAL
Sir,

SGT H▮▮▮ is critical but stable. Despite him being injured on 4 June, there are still medical issues that are still not completely cleared up attached is a more complete report. The summarized version is as follows:

At time of Injury:

- Multiple Pelvic Fx (External Fixation Placed)
- Multiple Facial Fx
- Retroperitoneal Bleed (in the stomach cavity) (Cavity explored and packed, no source found)
- L eye laceration (Attempt at saving eye)
- Closed Traumatic Brain Injury (TBI) (Clot in Left part of front of brain. Hole in skull made to drain clot and relieve pressure)
- L Pneumothorax (Chest Tube Placed)
- Sever Blood Loss (Multiple Blood Products given)

At ▮▮▮▮▮ they added

- T12 Fx (Fracture of Mid Back) IS NOT MOVING Legs spontaneously.
- Fever (possible pneumonia, but bacterial growth detected in breathing tube as well as 1 of 4 sets of blood cultures) on Antibiotics Currently no elevated temperature))
- Increased Oxygen Requirement (was nearly at 100% Oxygen, (normal atmosphere is 21%)). No compromise of blood supply.
- Salt Imbalance (increased Sodium, all others normal)
- SEDATED, not able to assess well neurological status except as above not moving legs.

Currently at ▮▮▮▮▮▮▮▮▮▮

Exhibit W

6/17/2006

- Salt Imbalance corrected
- No elevated Temp or compromised blood supply.  Continuing antibiotics.  Temperature just 2 °F above normal without compromised blood supply
- Oxygen requirement down to 50%
- Washed out wounds
- Will get breathing tube replaced from the throat (ET Tube or Endotracheal Tube) to one in front of neck (Tracheostomy (or hole in front of neck/throat)
- Getting first stage of multiple stages of facial reconstruction.
- Further Correction of pelvic fx
- Further evaluation of neurological status especially consciousness, ability to think (cognition), and ability to move legs.
- Monitor Breathing and oxygen requirements
- Monitor temperature and other signs of infection

OVERALL Critical with complications. But is stable as far as progress (not predicted to deteriorate).

Also PFC J████ has safely arrived in ████. He is talking and recovering well without complications so far.

SGT F████ arrived in ████ but they will also bring to recover in ████ on the next available flight.  He is also conscious and able to talk on the phone.  No new complications as well.

MAJ C████
1-4 ID Surgeon
VOIP
DSN
SIPR
NIPR

6/17/2006

Fis_HainesP_CP_00000363

## UPDATE FROM CHS ON INJURED SOLDIERS

| Questions for LNOs | Admission | CURRENT |
|---|---|---|
| Today's date: | | Today's Update |
| Name Info | | |
| Where they are at? | ▮▮▮ | ▮▮▮ |
| What ward? | | |
| Contact number please | | |
| What is patient's current condition? | VSI | VSI |
| | Multiple Pelvic Fx | Multiple Pelvic Fx |
| | Retroperitoneal Bleed | Retroperitoneal Bleed |
| | Multiple Facial Fx | L Multiple Facial Fx               L |
| | eye laceration | eye laceration |
| | Closed Traumatic Brain Injury (TBI) | Closed Traumatic Brain Injury (TBI) |
| | T12 Fx                           L | T12 Fx                           L |
| All major diagnosis | Pneumothorax | Pneumothorax |
| | Procedures | Procedures |
| | Pelvic External Fixation | Pelvic External Fixation |
| | Explore Lap | Explore Lap |
| | Enucleation L Eye | Enucleation L Eye               L. |
| | L. Chest Tube/ET Intubation | Chest Tube/ET Intubation |
| | Multiple Blood Products | Multiple Blood Products |
| Stable or unstable vitals signs in order of precedence? | Critical but stable | Critical but stable |
| | | BP controlled with fluids, currently on |
| | | SIMV with FiO2 at 50%,P5,PS11. MAP |
| BP, respiratory rate, O2 sat, temperature, heart rate | | on Fluids (w/o Pressors) 70-105 w/ HR |
| | | @ 103-127(controlled w/ analgesics) |
| | see Current-> | Tmax=99.5 |
| | -Sedated with Propofol and Fentanyl. | -Sedated with Propofol and Fentanyl. |
| | -Not moving lower extremities | -Not moving lower extremities |
| Any problems with head/face/consciousness | spontaneously. | spontaneously. |
| | -Multiple Facial Fx to include orbit, | -Multiple Facial Fx to include orbit, |
| | mandible and sinus. | mandible and sinus. |
| | -Traumatic Brain Injury (L Frontal | -Traumatic Brain Injury (L Frontal |
| | Contusion with Craniotomy) | Contusion with Craniotomy) |
| Any problems with heart lung, chest? | L Pneumothorax with L Chest Tube wi | with some pneumomediastinum |
| Any problems with abdomen, internal bleeding? | S/P Retroperitoneal Bleed.  No new sit site | |
| Any organ damage (liver/kidney/spleen/pancreas)? | Chemical Pancreatitis Lipase 462 | Amylase 75 |
| Any problems with extremities (bleeding)? | | ext. Fix placed yeseterday |
| Any tubes (endotracheal) | | reconstruction today.  ET has 2+ to 3+ |
| | | Was Hypernatremic.  Current Na+=138- |
| Lab abnormalities (sodium, potassium, low calcium, | | 144, K=4.8 Cl=118 Glu=103 Ca++=7.7 |
| | | Alb=2.3 Mg=2.4 PO4=4.1 |
| liver enzymes, muscle enzymes, | | Lipase  471, Amylase=75 |
| | | BUN/Cr 28/0.8, |
| low blood count (red platelets, white), blood in urine | | H/H 10/29.8 Plt=347 WBC=17.9 (no |
| | | diff reported) |
| Complications | | Neg C. Diff, Neg Urine, 2+-3+ |
| | | Pseudominas, BC x1 (aerobic) has |
| | | GPCC Coag Neg |
| What is current treatment? What is next? | Washout | For trach and facial reconstruction |
| | | still evaluating fever and ↑WBC, |
| | | currently on Vanc, merp, and amikacin. |
| | | Still monitoring ICP with MRI ??? |
| | | Pending (has metal do not know if MRI |
| Have there been complications? | | will be done)              Neurology |
| | | still not completely confirmed.  Open |
| | | Neuro Issues are TBI assesment (still |
| | | sedated), use of left eye (repair |
| | | attempted at CSH), use of lower ext |
| | see above | given T12 Fx and NO Sponanteous |
| | | movement of B LE. |
| When will patient be evac? | | Will probably stay in hospital for at |
| | | least 60 days |
| How stable is patient? What BP? Has amount of life support changed? | | Need for life support is decreased but |
| | | not off for 9 days now.  On tube feeds |
| | | but is still malnorished with all |
| | | complications is still not under control. |



# IED STRIKE
# A CO 1-66AR
# OMT, 1BCT, 4ID
# 4 JUNE 06



Exhibit X



Fis_HainesP_CP_00000369



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 1ST BRIGADE COMBAT TEAM
4TH INFANTRY DIVISION (MECHANIZED)
FOB TAJI, IRAQ  APO AE 09378

REPLY TO
ATTENTION OF:

AFYB-IN-S2                                                                22 June 2006

MEMORANDUM FOR RECORD

SUBJECT: Follow-up Interview with ▮▮▮ M1A2 SEP Abrams Tank Crew

1. At 222215 June 2006, I spoke with SSG ▮▮▮▮ S▮▮▮▮, SPC ▮▮▮▮▮ P▮▮ and PV2 ▮▮▮▮ J▮▮▮ in order to clarify information in their statements.

2. SSG S▮▮▮▮ clarified that SPC B▮▮▮▮▮ was ACUs and not wearing NOMEX because he did not have a set of NOMEX at the time. This has since been rectified.

3. SSG S▮▮▮▮ and SPC P▮▮ stated that ▮ of the tourniquets came from SGT Gionet's medical bag in the turret. One came from an Israeli First Aid Kit. SPC P▮▮ also clarified that the tourniquet that snapped was one placed on SGT Gionet's leg and that SPC B▮▮▮▮▮ used his belt on SGT Gionet's leg not 1LT S▮▮▮▮ leg. SPC B▮▮▮▮▮ was working on SGT Gionet while SPC P▮▮ was attempting to extract 1LT S▮▮▮ from the tank. SPC P▮▮ also clarified that he worked on 1LT S▮▮▮▮ leg once the crew was able to extract him from the tank. PV2 J▮▮▮ stated that while all this was going on he removed the CLS bag from the sponson box on ▮▮▮. SSG S▮▮▮▮ and SPC P▮▮ stated that medical bags contain tourniquets and CLS bags do not.

4. No one from ▮▮▮ recalls who was with SGT Gionet after he was moved from the tank to the HMMWV. They could only recall that it was "one of the infantry guys."

5. Point of Contact is the undersigned at SVOIP ▮▮▮▮▮.

▮▮▮▮▮▮▮ G▮▮▮▮▮
MAJ, MI
Investigating Officer

*Exhibit AA*



PX2303

Fis_HainesP_CP 00000463
PX2303









PX2303



PX2304

## DECLARATION OF

## AVION JAMAHAL SHERMAN

I, Avion Jamahal Sherman declare and state under penalty of perjury that the following statements are true and correct:

a.  I have personal knowledge of the facts and information contained in this Declaration.

b.  I have known the plaintiff Paul Eric Haines since 2001 or 2002 when we were stationed at Fort Hood, Texas.

c.  In December 2005, we were deployed to Iraq and assigned to the 1st Platoon, Delta Company, 1st Battalion, 66th Armored Regiment, 4th Infantry Division stationed at Camp Taji, Baghdad Governate, Iraq.

d.  In Iraq my rank was Staff Sergeant (SSGT E-6) and my position was Tank Commander. Paul Eric Haines had the rank of Sergeant (SGT E-5) and his position was tank gunner.

e.  Our mission in Iraq was to provide security, training, and support to the Iraqi Army (IA) to facilitate the transition of authority to Iraqi control.

f.  On June 4, 2006, we were the lead tank in a two-tank convoy en route to the Karhk Water Treatment Facility in western Baghdad to provide security.  This was a common mission of ours and we drove this route many times. We were in M1A2 Systems Enhancement Package (SEP) Abrams tanks. I was located in the vehicle's Tank Commander's (TC) position; Private First Class (PFC E-3) Richard Jones was in the driver's position; and Specialist (SPC E-4) Jameson Pope was in the gunner's position.

g.  SGT Haines was in the second tank and he was in the gunner's position; First Lieutenant (1Lt.) Ryan Sanders was in the Tank Commander (TC) position; Specialist (SPC) Mark Boomhower was in the driver's position; and SGT Daniel Gionet was a medic in the loader's position.

h.  We were traveling on Main Supply Route 1 (MSR1) approaching Route (RTE) Causeway. RTE Causeway was the road we were going to turn on en route to the water treatment plant. As we approached the intersection, I saw an IA tank blocking the road and I notified 1LT Sanders that I was going to have them move; however, after seeing us they moved back. We then turned on RTE Causeway which was a raised road with a canal on one side and palm trees and farmland on the other. After we turned, we speed up and were approximately

PX2304

50-75 meters in front of our second tank when SPC Pope told me he heard an explosion. There was a lot of dust kicked up from the movement of our tanks that we had to back up to see what happened. As I looked back, I saw that the second tank had been disabled by an explosion. I had my driver, PFC Jones, stop the tank. I then saw the driver of the second tank, SPC Boomhower, was in his hatch motioning for help. I sent PFC Jones and SPC Pope to render aid while I got on the radio and requested assistance and a medevac.

i.  A Quick Reaction Force (QRF) and soldiers from other units that were in the area responded to assist us. While I was coordinating our efforts and PFC Jones and SPC Pope were rendering medical aid to their buddies, I saw that SGT Daniel Gionet was severely injured, missing one leg and his other leg was also badly injured. He later died on scene. 1Lt Ryan Sanders was also severely injured and he was air medevac'd. I later learned 1Lt Ryan died too. Because of damage to their tank, SGT Haines was trapped inside for over 20 minutes before he was pried out. He was then air medevac'd to Camp Taji, Baghdad. I am not sure where SGT Haines went after being treated at Camp Taji, but he was eventually flown back to the United States for medical care. No one from my tank crew was injured and we eventually returned to Camp Taji.

j.  The explosion was from an Improvised Explosive Device (IED) that blew up directly under SGT Haines tank. I saw a huge crater in the roadway and the tank was completely destroyed. I do not know who detonated the IED, but was told that a number of IA leadership were arrested. An Explosive Ordnance Disposal (EOD) team arrived on scene and investigated. They found wire and a rope chair in a nearby tree.

k.  I know that SGT Haines has been through numerous surgeries and physical therapy and still has difficulty walking today.


I declare and state under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on this __Jul 21, 2022_____ day of July, 2022.


Signature: _____
Avion Sherman (Jul 21, 2022 13:23 CDT)

---

Declaration of Avion Jamahal Sherman (June 4, 2006 attack)                    Page 2

PX2304

# A. Sherman witness declaration

Final Audit Report                                               2022-07-21

| | |
|---|---|
| Created: | 2022-07-21 |
| By: | Stephen Bauer (sbauer@levinlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAArHLth_NRglmtmEOFFcgy98_5MTwCvp89 |

## "A. Sherman witness declaration" History

📑 Document created by Stephen Bauer (sbauer@levinlaw.com)
2022-07-21 - 3:42:56 PM GMT

📧 Document emailed to Redacted for signature
2022-07-21 - 3:44:57 PM GMT

📑 Email viewed by Redacted
2022-07-21 - 6:15:14 PM GMT

✍ Signer Redacted entered name at signing as Avion Sherman
2022-07-21 - 6:23:30 PM GMT

✍ Document e-signed by Avion Sherman Redacted
Signature Date: 2022-07-21 - 6:23:32 PM GMT - Time Source: server

✅ Agreement completed.
2022-07-21 - 6:23:32 PM GMT

📄 **Adobe Acrobat Sign**

PX2304

PX2307

Declassified by MG Patrick J. Frank
USCENTCOM Chief of Staff
Declassified on: 29 Apr 2022
Privacy Act Protective Order applies

## Ops Report



Wednesday, 23 February 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Jun 04 2006 22:30:00 |
| is Closed | TRUE |
| Summary | AT041830D:IN ABDUL LATIF AL FARAS(ZONE 98) IVO 38S MC 38250 23100 1-66AR REPORTED AN IED STRIKE AGAINST A SOUTHBOUND CONVOY TRAVELING ALONG RTE CAUSEWAY. IT IS UNK AT THIS TIME THE VEHICLES INVOLVED AND THE EXTENT OF INJURED PERSONNEL'S INJURIES. UPDATE: 041840JUN06: 1BCT BTL CPT: EAGEL MIKE REPORTS THAT AMERICAN 44 WILL LINK UP WITH LONG BOW 60/61 WITH AN ETA TO THE LZ OF 6 MINUTES. UPDATED: 041856JUN: 1-66AR BTL CPT: WHEELES DOWN AT LZ. UPDATED: 041905JUN: 1-66AR BTL CPT: WHEELES UP AT LZ. EN ROUTE TO 10TH CSH WITH 1 X US. UPDATED: 041909JUN:1-66AR BTL CPT: AMERICAN DUSTOFF 44 REPORTS THAT ANOTHER MEDEVAC WILL BE REQUIRED FOR OTHER US FORCES. [1.4(g)] |

1.4g

[1.4g] UPDATE: 041917JUN:1-66AR BTL CPT: ANGEL BASE REPORTS 2 US SOLDIER [1.4(g)] ENROUTE TO PICKUP SITE. STATUS IS 1 X URGENT AND 1 X CRITICAL. UPDATE: 041920JUN: 1-66AR BTL CPT: AMERICAN 43 WHEELS UP FROM SECOND MEDEVAC. ETA IS 3-4 MINS TO LZ. UPDATE: 041925JUN06: 1-66AR BTL NCO: WHEELS DOWN FOR SECOND MEDEVAC AT LZ. ALSO FIRST MEDEVAC TOUCHES DOWN AT 10TH CSH UPDATE: 041935JUN: 1BCT BTL CPT: 1STB'S TFIC WILL LINK UP WITH 1-66AR RECOVERY ASSETS UPDATED: 041935JUN06: 1-66AR BTL NCO: WHEELS UP FROM LZ EN ROUTE TO 10TH CSH WITH 1 X US. UPDATED: 041944JUN06: 1-66AR BTL NCO: WHEELS DOWN AT 10TH CSH. UPDATED: 042007JUN06: 1-66 AR BTL NCO: 4SB HETT WILL BE LINKING UP WITH 1-66AR SCOUTS TO SP WITH TFIC TO RECOVERY SITE. UPDATE: 042034JUN06: 10TH CSH REPORTS STATUS HAS CHANGED TO 2 X US KIA AND 2 X US WIA. UPDATED: 042040JUN06: 1-66AR BTL NCO: HHC 1-66AR MEDICS CONFIRM THAT THERE WAS 1 X US PICKED UP BY MEDEVAC EACH TIME. 1 X US KIA [3.5c] WAS PRONOUNCED DEAD ON SCENE AND IS BEING BROUGHT BACK TO CAMP TAJI. UPDATED: 042050JUN06: 1-66AR BTL NCO: PBA FOR IED STRIKE IS 3 X 152MM AND 1 X 130MM BURIED IN THE MIDDLE OF THE ROAD. UPDATED 042105JUN06: 1-66AR BTL NCO: TM A/1-66AR REPORTS DRIVER [3.5c] WAS IN THE DRIVERS SEAT AND IS WALKING WOUNDED WITH MINOR INJURIES. WILL REPORT FURTHER WITH DETAILS OF INJURY. SUMMARY: IED STRIKE: 3 X 152MM AND 1 X 130MM BURIED IN THE MIDDLE OF THE ROAD. UNIT: TM A/1-66AR 2XKIA 2XWIA.

WIT6 COMMENTS: ON 04 MAY 2006, AT 1830 HRS, 2X [1.4(g)] FROM A/1-66 AR WERE TRAVELING SOUTH ON RTE CAUSEWAY CONDUCTING ROUTINE PATROLS IN THEIR ASSIGNED AO WHEN A CWIED DETONATED [1.4(g)]

1.4g

[1.4g] . THE PATROL REQUESTED MEDEVAC ASSETS, EOD SUPPORT AND REPORTED THAT ONE [1.4(g)] HAD BEEN STRUCK BY AN IED. QRF RESPONDED TO ASSIST WITH 5/25S, ESTABLISHING A CORDON AND MEDEVACING THE WOUNDED. AT 1935 HRS EOD AND WIT6 ARRIVED ON SCENE. EOD CONDUCTED A SWEEP OF THE AREA AND LOCATED SEVERAL STRANDS OF COMMAND WIRE THAT WERE LEADING FROM THE BASE OF THE BERM ROAD IVO 38S MC 38263 23145 AND ACROSS A FIELD (EAST) WHERE ONE OF THE COMMAND WIRES ENDED. THE OTHER COMMAND WIRE CONTINUED APPROX. 400 METERS EAST INTO A PALM TREE GROVE WHERE IT ENDED, UP IN A PALM TREE IVO 38S MC 38535 22972. LOCATED IN THE PALM TREE WAS A TREE

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Appl.

04/28/22 001
FISHBECK

PX2307

CENTCOM_00000223

Ops Report

SEAT THAT WAS CLOSE TO THE TOP OF THE TREE ALONG WITH THE END OF THE COMMAND WIRE. EOD SEARCHED THE FIRING POINT LOCATION FOR SECONDARY HAZARDS, NONE WERE FOUND. EOD RETRIEVED THE TREE SEAT AND COMMAND WIRE AND TURNED IT OVER TO WIT6 AS EVIDENCE. BASED ON FRAGMENTATION FROM THE BLAST SEAT AREA, EOD ADVISED THAT THE CWIED CONSISTED OF 3X 152MM HE AND 1X 130MM HE PROJECTILES WITH APPROX. 400 METERS OF BLACK DOUBLE STRANDED COMMAND WIRE. THE CWIED WAS BURIED IN THE CENTER OF THE ROAD AND AFTER DETONATION, LEFT A BLAST SEAT THAT MEASURED 16FT X 14FT X 5.5FT DEEP. EOD AND WIT6 DEPARTED THE SCENE AT 2055 HRS. IT WAS LEARNT THAT A GROUP OF LN WORKERS THAT WERE IN THE AREA WERE DETAINED AND TAKEN BACK TO CAMP TAJI FOR FURTHER TACTICAL QUESTIONING. ALSO, ONE DETAINEE ███████████ TALKED EXTENSIVELY TO INVESTIGATORS ABOUT THE CWIED EMPLACEMENT THAT HE SAYS TOOK PLACE ON 01 JUNE 2006. HIS DESCRIPTION OF THE EMPLACEMENT WAS THAT A MINI VAN WAS USED TO BLOCK THE ROAD FROM THE IA PATROL THAT WAS APPROX. 400 METERS FROM WHERE THEY DUG A HOLE IN THE MIDDLE OF THE ROAD AND PLACED 3-4 LARGE PROJECTILES. AFTER COVERING THE IED WITH DIRT, AIF TOSSED A LARGE AMOUNT OF WIRE THAT WAS WOUND UP ON A STICK DOWN THE EASTERN EMBANKMENT AND THEN GOT BACK IN THE VAN AND DEPARTED DOWN A DIRT ROAD HEADING EAST THROUGH THE PALM TREE GROVES. THE DETAINEES ARE STILL AT 1-66 AR AND SHOULD BE TRANSFERRED TO THE BIF SOON.

| | |
|---|---|
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2006 |
| Month Occurred | June |
| Day Occurred | 4 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Improvised Explosive Device (IED) |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | MND-BAGHDAD |
| Primary District | Baghdad |
| Primary Province | Baghdad |
| was Suicide | FALSE |
| Tracking Number | 2006-155-184118-0359 |
| Attack On | None Selected |
| Unit Activity | Mounted Patrol |
| Title | IED EXPLOSION ATTK ON A/1-66 AR IVO `ABD AL MAJID (ROUTE RTE CAUSEWAY): 2 CF WIA 2 CF KIA |
| Association Count | 2 |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

PX2307 04/28/22 002   FISHBECK

CENTCOM_00000224

## Ops Report

| | |
|---|---|
| BDA Friendly KIA | 2 |
| BDA Friendly WIA | 2 |
| BDA Friendly Casualties | 4 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | TAJI |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~NOFORN~~ |
| CIDNE Folder | 3.5c    LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=7CB34DBE-6F3D-416E-99E5-75EDF1A1AE7E&entity=report |
| Date Occurred Excel UK | 04/06/2006 |
| Date Occurred Excel US | 06/04/2006 |
| Date Posted(Z) | Jun 13 2006 16:08:38 |
| Date Updated(Z) | Jun 13 2006 16:08:38 |
| FOB | TAJI |
| Latitude | 33.64595413208008 |
| Longitude | 44.33408737182617 |
| MGRS | 38SMC3825023100 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | 203 MI BN HQ |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Appli    04/28/22 003   FISHBECK
PX2307
CENTCOM_00000225

## Ops Report

| | |
|---|---|
| Originator Name | 3.5c |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | 7CB34DBE-6F3D-416E-99E5-75EDF1A1AE7E |
| Reporting Unit | MND-B |
| Route | RTE CAUSEWAY |
| Type Of Unit | Coalition Forces |
| Unit Name | A/1-66 AR |
| Updated By Group | 203 MI BN HQ |
| Updated By Name | 3.5c |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | None Selected |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

SIGACT Location

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 004
FISHBECK
PX2307
CENTCOM_00000226

## Ops Report

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | TAJI | ~~SECRET~~ | ~~NOFORN~~ | | IRAQ | (More not shown) |

### CIDNE Media

| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | Thumbs | | CENTCOMROAR | Document | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | Aerial view 2 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | Blast seat view south | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| SE~~CRET~~ | ~~NOFORN~~ | Recovered evidence - Tree Seat | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | Blast seat view east at firing point | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | Blast seat view west | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | blast seat view north | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | TM6_041830JUN06 _Sketch | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | Aerial view 1 | | CENTCOMROAR | Photograph | (More not shown) |

### Vehicle

| Report Key | ECM Status | ECM Type | Impact Point | Position | Status | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| 7CB34DBE-6F3D-416E-99E5-75EDF1A1AE7E | N/A | N/A | N/A | 1 | Operational | (More not shown) |
| | | | | | | (More not shown) |
| 7CB34DBE-6F3D-416E-99E5-75EDF1A1AE7E | N/A | N/A | Underneath | 2 | Disabled | (More not shown) |

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |

Page 5 of 7

## Ops Report

| Coalition | Not Provided | Patrol | None Selected | Primary | 7CB34DBE-6F3D-416E-99E5-75EDF1A1AE7E | (More not shown) |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | (More not shown) |

### MOA

| Mode Of Attack | | Mode Of Attack Key | Event Type | | Event Category | |
| --- | --- | --- | --- | --- | --- | --- |
| Improvised Explosive Device (IED) | | EC9F5F93-75B9-4791-B51F-310E243DBD53 | Explosive Hazard | | IED Explosion | |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| IED Explosion | 27625F83-824C-42FF-A392-06745D5F4939 | Explosive Hazard | | | | (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | (More not shown) |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| TRUE | COS--1 X CF/ISF OR CF CIV KIA OR 3 X CF WIA OR 7 X WIA FOR ISF AND CIVILIANS(CF AND LN). IMMEDIATELY NOTIFY (PHONCON) MNC-I JOC OF ANY COMMANDER-- COMPANY THROUGH MSC-- OR ANY FIRST SERGEANT OR COMMAND SERGEANT MAJOR WHO IS VERY SERIOUSLY INJURED, WIA OR K | MNC-I | B4FCEC71-0CC8-4DC8-8D79-964A3A514DFC | 0 | FFIR -- ACTION OR INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES | (More not shown) |

### Casualty

| Wound Arms | Status | Group | Comments | Wound Chest | Wound Feet | (More not shown) |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies   04/28/22 006

PX2307 FISHBECK
CENTCOM_00000228

## Ops Report

| | | | | | | (More not shown) |
|---|---|---|---|---|---|---|
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |

| Association | | | | | | |
|---|---|---|---|---|---|---|
| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | SECRET | NOFORN | Dec 05 2014 17:57:08 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Exploitation CIDNE Report | 1 | Confirmed | SECRET | NOFORN | Jun 13 2006 16:08:38 | (More not shown) |

11 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AO, Reintegratees Count, Type Report fields

Associated Org, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units

## Relationships

(None)

## Attachments

(None)

USCENTCOM MDR 22-0054

Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

PX2307   04/28/22 007   FISHBECK

CENTCOM_00000229

PX2312

SECRET//REL USA, MCFI

Declassified by MG David S. Doyle
USCENTCOM Chief of Staff
Declassified on: 29 August 2022
Privacy Act Protective Order applies



Blast seat view west

SECRET//REL USA, MCFI

PX2312

PX2313



SECRET//REL USA, MCFI

Declassified by MG David S. Doyle
USCENTCOM Chief of Staff
Declassified on: 29 August 2022
Privacy Act Protective Order applies

Approx. 400 meters of command wire

Tree seat found in palm tree

Copper wire

Evidence recovered from scene

SECRET//REL USA, MCFI

Approved for Release to OGC. Confidential Privacy Act Protective Order Applies

USCENTCOM MDR 22-0089

08/30/2 -00

FISHBECK
CENTCOM_0000368

PX2313

PX2314



SECRET//REL USA, MCFI

**WEAPONS INTELLIGENCE TEAM NUMBER:** 6     **SITE ARRIVAL: 041830JUN06**

The CWIED detonated in the center of the road IVO 38S MC 38263 23145

The Firing Point was located in a palm tree IVO 38S MC 38535 22972

Utility pole may have been used as the aiming point

Declassified by MG David S. Doyle
USCENTCOM Chief of Staff
Declassified on: 29 August 2022
Privacy Act Protective Order applies

N

Open field

Canal

1.4g

Command wire path

Dry concrete canal basin

Dirt berm roads

USCENTCOM MDR 22-0089

Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

SECRET//REL USA, MCFI

08/30/22 001

WIT 6

*NOT DRAWN TO SCALE*

FISHBECK
CENTCOM_0000369

PX2314