PX2504

**<u>DECLARATION OF</u>**

**<u>JOEL TAVERA</u>**

I, Joel Tavera declare and state under penalty of perjury that the following statements are true and correct:

a.   I have personal knowledge of the facts and information contained in this Declaration.

b.   I was born on ▮Redacted▮ in Queens, New York to Maritza Minaya Tavera and Jose Tavera. I am an only child and had a happy and close family growing up.  My father served in the Marine Corps and the U.S. Army National Guard and I was a military "brat."  My father was last stationed at Marine Corps Cherry Point, North Carolina, and we lived in Havlock, North Carolina.  When my father retired from the Army National Guard in 1992 or 1993, we stayed in North Carolina.  I loved the beach, the base pool, going swimming, surfing, swimming or fishing in the creek.  I enjoyed taking vacations with my parents, including trips to ski, snowboard, and enjoyed other winter sports.  As I grew older, I would often take a friend or girlfriend with me on our vacations.  I was very active along with my parents in our church and enjoyed youth group activities and volunteer work.

c.   I graduated from Croatan High School, Newport, North Carolina in 2005.  While growing up and during high school, I was involved in many sports including soccer, baseball, basketball, football, wrestling, and track.  I was active in my church's youth group and served as a volunteer firefighter.  After graduating from high school, I attended Craven Community College in New Bern, North Carolina for two semesters.

d.   On May 30, 2006, I joined the US Army and was assigned to the Signal Corps, which is the Army's communications branch. I received the specialty of Signal Support Systems Specialist (25U), but was also given on-the-job training in other Signal specialties.

e.   I initially completed training at Ft. Benning, GA and Ft. Gordon in Augusta, GA.  In January 2007, I was sent to Fort Eustis, VA and assigned to the 1st Platoon, 7th Signal Company, 7th Special Troops Battalion, 7th Sustainment Brigade.  In October 2007, I deployed with my unit to Iraq.  I deployed as a Private First Class (PFC, E3).  By December 2007, I was promoted to Corporal (E4).  Prior to my injuries in the March 12, 2008 attack, I was up for review for promotion from Corporal to Sergeant which was approved effective May 1, 2008.  We were stationed at Camp Adder, co-located at the Talil Air Base, now known as Imam Ali Airport and Nasiriyah International Airport, southwest of the city of Nasiriyah, Dhi Qar Governorate.

PX2504

f.  The unit's overall responsibility was to provide communications support for the 10th Mountain Division and 3rd Infantry Division. My specific duties were to install cabling and computer systems for Camp Delta. I also ran the CISCO system which was the computer networking system used for the Field Ammunition Refuel Point for the airfield. I also did security duties on the base.

g.  On March 12, 2008, just 12 days prior to my 21st birthday, I volunteered to go along with four other men to escort local Iraqi nationals working outside the base. We set out in the early morning in an armored vehicle. Staff Sergeant (SSG, E6) Juantrea Bradley was driving; PFC Tenzin Samten was in the right front seat; Specialist (SPC, E4) Christopher Lloyd was in the rear left seat; SPC Dustin Jackson was seated between SPC Lloyd and me; and I was in the rear right seat. SPC Lloyd was a Motor Transport Operator, and normally would have been driving that day, but since he had driven the day before, SSG Bradley said he would drive instead. I normally would not have been in the vehicle, but someone else didn't want to go so I volunteered to go in his place. I only knew SSG Bradley.

h.  We were traveling from Camp Adder to the outskirts of Nassiriyah to meet Iraqi nationals and escort them onto the base for work. We were driving to a check point which was still considered a part of Camp Adder. Everyone was stopped at this checkpoint when exiting or entering Camp Adder. We were two turns away from the back gate. As we were driving, I remember suddenly experiencing a sick uneasy feeling for some reason. Because of my apprehension, I took off my seat belt and cracked my door open a bit and SPC Jackson wanted to know what I was doing! We were moving approximately 25 mph and had only gone a short distance when I heard a whistling sound and then a rocket exploded on top of us. I felt a warm sensation and then felt heat and fire! Shrapnel had hit my body and I was partially on fire.

i.  I was ejected from the vehicle likely due to my door being open and my seatbelt being unbuckled. I remember laying on the ground and seeing blue sky. I heard ammunition popping off from inside the vehicle that was on fire. I remember some people coming to me and providing aid. I was told later that Air Force Captain (Capt, O3) (now Lieutenant Colonel, LtCol, O5) Kevin Lombardo was third on the scene with two of his security forces airmen. I vaguely remember someone trying to calm me down and evidently Capt Lombardo was providing aid and placed a tourniquet on my leg. After they got to me, I blacked out.

j.  I was told by others who were there on the scene that I was ejected out of the vehicle and my body was on fire. They also said that the base was hit by as many as fourteen 122 mm rockets fired from 12-15 kilometers from the base but I do not know from what direction.

When I was in the hospital in Tampa, Florida I received a post card from the 5th Special Forces team that supported that area saying "the people who did this to him would never do it again to any other U.S. soldiers."

k.  I have been told that we were hit by 122 mm rockets.  Because of the extent of my injuries and losing consciousness for an indefinite period of time, I do not remember the number of rockets to hit in our area.

l.  I do not have clear memory after I came to after being ejected from the vehicle.  I have memory of CPT Lombardo administering aid, but I believe I blacked out after that.  I know that I was in immense pain and frightened and scared because I could not see what was going on around me.  My medical records indicate that I was conscious at times when I arrived for medical care, but I also lost consciousness and had to be resuscitated at least twice.  I blacked out at the scene and did not wake up for 81 days later in San Antonio, Texas.  After the emergency aid at the scene consisting mainly of placement of a tourniquet, I was evacuated by vehicle ambulance to the Forward Surgical Team (FST) at Camp Adder medical station.  I had extensive burns including third degree burns over most of my body, traumatic amputation of my right foot, trauma to both eyes including thermal injuries, spinal cord injuries, and a head injury.  Medical records reported that I arrived in "acute distress" and was intubated and resuscitated.  I was taken to the Operating Room for burn care and for amputation of my right foot. I had significant damage to both eyes including total loss of my eyesight.  As I was being air medevac'd to Baghdad Combat Support Hospital (CSH) by helicopter, medical records state that I went into cardiac arrest and CPR was performed and I was resuscitated, intubated and sedated.  I arrived at the CSH with stable vital signs.  Bandages were changed and I underwent fasciotomy or surgery to relieve pressure in my left forearm in the operating room.  I was then transported on March 13, 2008 by medevac to Landstuhl Regional Medical Center in Germany.  I underwent various treatments including a head CT revealing cerebral edema / swelling; right knee radiology revealing shrapnel fragments; CT of my neck reveal shrapnel, etc.  I underwent a right frontal craniotomy with ventriculostomy for drainage of fluid from my brain.

m.  I was transferred stateside to the Brooke Army Medical Center in San Antonio, TX for treatment of my injuries including my significant burns.  Once discharged from BAMC in October 2008, I was transferred James A. Haley Veterans Hospital in Tampa, FL on October 27, 2008 for evaluation and continued rehabilitation.  I continued to receive treatment and rehabilitation for my burns, fitting of a prosthesis for my right leg, etc.  In March, 2010, I was transferred back to BAMC from the VA Rehabilitation Center in Tampa for non-healing incisional burns to my right scalp area, multiple surgeries, and comprehensive rehabilitation.  I remained at BAMC for treatment until October 29, 2010 when I was released to the Tampa VA.  I was then sent to Bethesda NNMC in Bethesda,

MD for plastic surgery and neurosurgery consults. I underwent flap to scalp surgery on September 19, 2011 at Walter Reed National Military Medical Center / Bethesda (NNMC) and was discharged on October 11, 2011. In October, 2012, I also underwent titanium cranioplasty also at NNMC. I also attended the VA Blind School in Hines, Illinois from March 25, 2013 through May 10, 2013 and later an additional four weeks in September 2013. I underwent several surgeries on August 15, 2013 at NNMC including fat grafting to right temple and right lower eyelid area; recontouring of latissimus free flap to my skull; facial scar revision and excision; right lower eyelid revision and excision; and z-plasty to my neck contracture scars. In April 2014, I underwent removal and cleaning of my orbital implants at BAMC and replacement of my orbital prosthesis. I have undergone more than 120 surgeries since my initial injuries and have been treated at Brooke Army Medical Center, the VA Rehabilitation Center in Tampa, Walter Reed National Military Medical Center / Bethesda, Winn Army Community Hospital, Fort Stewart, Georgia, as an inpatient and as an outpatient.

n. I sustained burns, mostly 3rd and 4th degree, to over 65% of my body, a traumatic brain injury with subdural hematoma, hemorrhage, multiple facial fractures, injury to both of my eyes resulting in loss of both eyes, loss of four fingertips on my left hand. Burns to 65% of my body including my head, face, neck, trunk, arms, thighs, and injury to my esophagus and lungs from inhalation of smoke. I also sustained a below knee amputation due to my traumatic injuries. I have a hammertoe injury on my left foot.

o. I was injured 12 days before my 21st birthday. Before the attack, I had my life planned out and I was on a good path. This attack took everything away from me. I have extensive injuries and disabilities. I lost my eyesight with no chance for improvement. I cannot drive. I lost my independence and depend on my parents and others for assistance. Although I try to live my life to the fullest possible, due to my loss of sight and loss of function, there are many activities I cannot accomplish and even if I do, the experience is always diminished by my disabilities.

p. SPC Lloyd survived with burns, a fractured skull and eye socket, shrapnel injuries, and suffers from symptoms of PTSD. Although I didn't know SPC Lloyd at the time of the attack, since then we have become friends and talk occasionally. My father and I visited him in Washington in August 2019. SSG Juantrea Bradley, SPC Tenzin Samten, and SPC Dustin Jackson died in the attack.

q. Much later I was told that our vehicle was struck by a 122mm rocket probably launched from 12 to 15 km outside the base perimeter.

PX2504

r.  As Part of my Declaration I am providing documentary materials attached as Exhibit A through H.

1. Exhibit A attached to this Declaration is a true and authentic copy of a photograph taken of me in military uniform prior to being injured in Iraq.  I have personal knowledge of the source or creation of this Exhibit because I was present when the photograph was taken by a friend or family member.  This photograph fairly and accurately reflects my appearance prior to being injured in Iraq.

2. Composite Exhibit B attached to this Declaration are true and authentic copies of photographs taken of while in Iraq prior to being injured.  I have personal knowledge of the source or creation of this Exhibit because I was present when the photographs were taken by one of my military buddies.  Theses photographs fairly and accurately reflect my appearance prior to being injured in Iraq.

3. Composite Exhibit C attached to this Declaration are true and authentic copies of photographs taken of me after being injured in Iraq.  I have personal knowledge of the source or creation of this Exhibit because I was present when the photographs were taken by a friend or family member.  I am appending this exhibit to my declaration as the photographs have been described to me in detail and accurately represent photographs depicting my injuries in Iraq.

4. Composite Exhibit D attached to this Declaration are true and authentic copies of photographs taken of me which depict injuries to my eyes and scarring to my head and upper body after being injured in Iraq.  I have personal knowledge of the source or creation of this Exhibit because I was present when the photographs were taken. I am appending this exhibit to my declaration as the photographs have been described to me in detail and accurately represent photographs depicting my injuries in Iraq.

5. Composite Exhibit E attached to this Declaration are true and authentic copies of photographs taken of me which depict injuries I sustained in Iraq.  I have personal knowledge of the source or creation of this Exhibit because I was present when the photographs were taken.  I am appending this exhibit to my declaration as the photographs have been described to me in detail and accurately represent photographs depicting my injuries in Iraq.

6. Exhibit F attached to this Declaration is a true and authentic copy of Purple Heart awarded to me as a result of my wounds received in the rocket attack on March 12, 2008 as well as a photograph of the award ceremony.  I have personal knowledge of the source or creation of this Exhibit because I was presented the Purple Heart when I returned from Iraq.  I am appending this exhibit to my declaration as the copy of the Purple Heart award and the photograph taken of me at the presentation ceremony have been described to me in detail and accurately represent the evidence presented.

7. Exhibit G attached to this Declaration is a true and authentic copy of Bronze Star medal awarded to me as a result of my wounds received in the rocket attack on March 12, 2008.  I have personal knowledge of the source or creation of this Exhibit because I was presented the Bronze Star when I returned from Iraq.  I am appending this exhibit to my declaration as the copy of the Bronze Star medal has been described to me in detail and accurately represents the evidence presented.

8. Exhibit H attached to this Declaration is a true and authentic copy of a photograph of the vehicle I was in when I was severely injured in the rocket attack on March 12, 2008.  I have personal knowledge of the source or creation of this Exhibit because I was provided this photograph by the Army as an actual photograph of the vehicle after the rocket attack.  I am appending this exhibit to my declaration as the photograph has been described to me in detail and accurately represents the damage to the vehicle after being hit by a rocket on March 12, 2008.

I declare and state that the information contained in this Declaration was read to me and I understand the contents of the Declaration.

I declare and state under penalty of perjury under the laws of the **United States** of America that the foregoing statements are true and correct.

Executed on 4th day of August, 2022.

Signature:_____

PX2504

# EXHIBIT A

PX2504



PX2504

# EXHIBIT B

PX2504



PX2504



PX2504



PX2504

# EXHIBIT C

PX2504



PX2504



PX2504



PX2504

# EXHIBIT D

PX2504



PX250

Copyright David Jay/The Unknown Soldier



PX2504

# EXHIBIT E

PX2504



PX2504



PX2504



PX2504



PX2504

# EXHIBIT F

PX2504

Redacted



# THE UNITED STATES OF AMERICA

### TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

**THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE**

# PURPLE HEART

### ESTABLISHED BY GENERAL GEORGE WASHINGTON
### AT NEWBURGH, NEW YORK, AUGUST 7, 1782
### TO

**SPECIALIST JOEL TAVERA, UNITED STATES ARMY**

**FOR WOUNDS RECEIVED
IN ACTION**
On 12 MARCH 2008
GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 25TH DAY OF MARCH 2008



**GREGORY E. COUCH**
Brigadier General, USA
316th Sustainment Command (Expeditionary)
Commanding
PO 085-002, 25 MARCH 2008

ACTING SECRETARY OF THE ARMY

DA FORM 4980-10-A, JAN 2000.

PX2504



PX2504

# EXHIBIT G

PX2504






# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT
OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 24 AUGUST 1962 HAS AWARDED

# THE BRONZE STAR MEDAL

**TO**

SPECIALIST JOEL TAVERA, UNITED STATES ARMY
7TH SIGNAL COMPANY, 7TH SPECIAL TROOPS BATTALION

**FOR** EXCEPTIONALLY MERITORIOUS SERVICE DURING OPERATION IRAQI FREEDOM. HIS OUTSTANDING DEDICATION TO
DUTY DURING COMBAT OPERATIONS IN IRAQ CONTRIBUTED TO THE OVERWHELMING SUCCESS OF THE COMMAND'S
MISSION. HIS ACTIONS ARE IN KEEPING WITH THE FINEST TRADITIONS OF MILITARY SERVICE AND REFLECT GREAT
CREDIT UPON HIM, THE 316TH SUSTAINMENT COMMAND (EXPEDITIONARY), AND THE UNITED STATES ARMY.

FROM 08 OCTOBER 2007 TO 12 MARCH 2008

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 28TH DAY OF MARCH 2008

GREGORY E. COUCH
Brigadier General, USA
Commanding
PO 088-005, 28 MARCH 2008

SECRETARY OF THE ARMY

DA FORM 4980-5-WT, JAN 2000. Previous edition is obsolete.

PX2504

# EXHIBIT H

PX2504

Photo of the destroyed Surburban. Provided by Tavera in PowerPoint Presentation.



PX2504

PX2505

# DECLARATION OF

# CHRISTOPHER LLOYD

I, Christopher Lloyd, declare and state under penalty of perjury that the following statements are true and correct:

a.  I have personal knowledge of the facts and information contained in this Declaration.

b.  I am a citizen of the United States and was born in Puyallup, Washington on ▉Redacted▉ to Melinda R. Renkert and Terry G. Lloyd.

c.  I attended high school in Tacoma, Washington, and completed my GED examination in 2006. During my growing up and high school years, I was involved in many activities and especially enjoyed playing soccer, basketball, skate boarding, riding dirt bikes, and fishing.

d.  I joined the Army on September 21, 2006 and was assigned the MOS of 88M / Motor Transport Operator.    I was assigned to the Headquarters & Headquarters Company, 7th Sustainment Brigade at Ft. Eustis, New Port News, Virginia.  My unit and I deployed to Iraq from October 2007 to March 2008 and were assigned to Camp Adder, in Talil in the Nasiriyah governate. While in Iraq, we were attached to the 10th Mountain & 3rd Infantry Divisions. As a result of injuries I sustained in Iraq, I was awarded the Purple Heart.  I also received the Bronze Star for my actions and the Combat Action Badge for being engaged in combat.  I was discharged from the Army on February 23, 2010.

e.  In Iraq, my rank was Private First Class / E3.  My specialty was Motor Transport Operator; however, my primary position was a Gunner.

f.  Our brigade's mission in Iraq was to provide support to the division and its subordinate units in the form of logistics, maintenance, engineering, and other specialties.  My mission was to escort local Iraqi nationals while they were entering and exiting Camp Adder for projects and work on the camp.  Normally, we would have 10 or 12 Iraqi nationals per soldier.  We would escort the Iraqi nationals to another unit that with their assigned soldiers would provide security and supervision of the Iraqi nationals while they were working on the base.   We were not required to wear protective gear including helmet and body armor while performing our duties so I had none on at the time of the attack.

g.  On March 12, 2008 at approximately 7:30 - 8:00 a.m., SSG Juantrea Bradley, our NCO, was driving a non-armored vehicle headed from Camp Adder to escort Iraqi nationals.  I was supposed to drive that day, but SSG Bradley said he would drive since I had driven

the day before.  PFC Tenzin L. Samten was seated in the front right.  I was seated behind SSG Bradley.  SGT Joel Tavera was seated in the back to my right.  SPC Dustin C. Jackson was seated in the back between SGT Tavera and me.  We were headed out the first of three gates going north out of Camp Adder to a main checkpoint where Iraqi nationals were screened for work on the base. I do not remember hearing anything, but in a split second, our vehicle was engulfed in smoke and was on fire.  I was knocked out for some period of time and when I regained consciousness, I opened my eyes, but could hardly see because my vision was blurred from blood and smoke in my eyes.  Nevertheless, I looked around to check the status of my team and determine if the others had survived. I called out their names with no response.  I was unable to see SGT Tavera's side of the vehicle because of the smoke in the vehicle.  Smoke and fire continued to fill the vehicle.  I did not realize the extent of my injuries to my ears and hearing, but came to the realization that I could not hear anything.  I did not see or hear any movement from the other soldiers.  The fire, which appear to have started from the front passenger side of our vehicle and began spreading towards my side.  Realizing I needed to get out, I tried to move but had sharp pain in my lower back and was at first unable to move my body.  My door was jammed, but I was finally able to squeeze out of the vehicle through the driver's door between the frame of the vehicle and the back of the driver's seat.  While trying to exit the vehicle, my left leg was trapped on the base of the driver's seat and in the fire causing severe burns to my left leg.  Despite my pain and difficulty exiting the vehicle, I keep going until I was able to crawl out of the vehicle.  Once out, I crawled or ran away from the vehicle until I no longer sense the heat from the vehicle.  Once I felt clear from the vehicle, I was able to hear voices. Thinking they could be insurgents, I "played dead" fearing that I they would realize I had survived and would target me again. However, I was able to determine that the voices sounded American.  I next recall someone cut my pants off my legs because of burns to my legs, placed me on a gurney, and I was air medevac'd to the Combat Support Hospital (CSH) in Baghdad and later flown to Landstuhl Regional Medical Center in Germany.

h.   SGT Joel Tavera sustained severe injuries in this attack including loss of his right leg below the knee, injuries to his fingers on his left hand, loss of his vision, and 3rd degree burns all over his body.  I saw him several times while we were both being treated at Brooke Army Medical Center, but he was still in a coma.  Since the attack, I have had occasional contact with Joel, mostly by messaging each other on social media or an occasional phone call. Joel and his father came to visit my family and me in August 2019 when I was going through some painful events in my life.

i.   SSG Juantrea Bradley, SPC Dustin C. Jackson, and PFC Tenzin L. Samten did not survive the attack.  I saw SSG Bradley's wife at a memorial in her husband's honor.  At some point, PFC Samten's wife needed help moving.  I volunteered to help and was able to talk with

her about her husband.  To this is day, it is very difficult for me to think about and remember my military buddies who were killed and injured in this attack.

j.   I was informed later that our vehicle was struck by a 122mm rocket. Based on my experience, rockets were launched from outside the perimeter of the base and north of Camp Adder. Camp Adder was usually attacked by incoming mortars or rockets. Such attacks occurred on a weekly basis, most often in the evening.  Based on how the attack occurred, I believe the first round hit us and then more rounds followed.  There were no other vehicles with us and so no other vehicles were hit in the attack.

k.   There were no medics on the scene of the attack to provide initial treatment so I was initially treated at the CSH in Baghdad with burns on my face, neck, chest and legs, later determined to be 2nd degree burns on approximately 30% of my body.  I also had fractures to my right eye socket and right ear as well as a skull fracture to the left side of my forehead. I also had shrapnel injuries to my right inner ear.  I was then medevac'd to Landstuhl Regional Medical Center in Germany on October 14, 2008.

l.   As Part of my Declaration, I am providing documentary materials attached as Exhibit A through F.

    1.   Exhibit A is a true and authentic copy of a photograph of the vehicle we were riding in at the time of the rocket attack on March 12, 2008.  I have personal knowledge of the source or creation of this exhibit, as I was present at the scene that this photograph depicts and was riding in the vehicle shown. I have also seen this photograph when it was included in a news story about the attack and Joel Tavera's injuries. It fairly and accurately depicts the scene of the attack.

    2.   Exhibit B is a map of Camp Adder, which I marked to depict the approximate area of Camp Adder, the attack location, the checkpoint we were driving to.  I have personal knowledge of the creation of this Exhibit, reviewed this Google satellite view, instructed where the green and blue markings should be placed, and have made a final review of this map and approve of the markings. It fairly and accurately depicts the location of the camp and the attack.

    3.   Composite Exhibit C are true and authentic copies of photographs taken of me with some of my military unit while deployed to Iraq.  I have personal knowledge of the source or creation of Exhibit D because I was present when the photographs were taken. These photographs fairly and accurately depict the moments and scenes portrayed

4.  Composite Exhibit D are true and authentic copies of photographs taken of me with Joel Tavera and a photo of me with my family and Joel Tavera and his father, Jose Tavera.  I have personal knowledge of the source or creation of this exhibit, as I was present when the photographs were taken when Joel Tavera and his father visited my family and me in August 2019. These photographs fairly and accurately depict the moments and scenes portrayed.

I declare and state under penalty of perjury under the laws of the **United States** of America that the foregoing statements are true and correct.

Executed on this ___08/10/2022_____.

Signature:_____

PX2505

# EXHIBIT A

PX2505



PX2505

# EXHIBIT B

PX2505

Map of the location of the Tavera/Lloyd Attack



PX2505

# EXHIBIT C

PX2505



PX2505



PX2505



PX2505



PX2505

# EXHIBIT D

PX2505



PX2505



PX2505

PX2506

**DECLARATION OF**

**KEVIN BRIAN LOMBARDO**

I, Kevin Brian Lombardo declare and state under penalty of perjury that the following statements are true and correct:

a.  I have personal knowledge of the facts and information contained in this Declaration.

b.  I was born on ███████ in Chagrin Falls, Ohio.

c.  In April, 1996, I enlisted in the U.S. Air Force and spent six years as an enlisted Airman with a Security Forces specialty (3PO). After completing a Reserve Officer Training Corps (ROTC) program, I was commissioned as a Second Lieutenant (2d Lt) and was assigned a Security Forces Officer (31P) specialty.

d.  Prior to deploying to Iraq, I did not know Corporal (CPL E-4) Joel Tavera.

e.  In January 2007, I deployed to Iraq and was assigned to the 407th Provost Marshal's Office, 82nd Airborne Division stationed at Contingency Operating Base (COB) Adder in the city of Nasiriyah, Dhi Qar Governate, Iraq.

f.  In Iraq my rank was Captain (Capt. 0-3) and my position was as both the Provost Marshal and Squadron Commander of the 407th Provost Marshal.  The unit was over Air Force, Army, and Navy personnel and provided coverage of COB Adder, the main gate, and around the perimeter of the base.

g.  As Provost Marshal, my mission was to provide overall security and basic law enforcement functions for COB Adder.  Within COB Adder there were several checkpoints between the inner main part of the COB up to the outer main gate for which we were responsible. We provided security both within the fence line and five kilometers outside the fence line. Initially, the Romanian military provided security up to 10 kilometers outside of the COB. However, about six months prior to the attack of March 12, 2008, the Romanians began to pull their security forces in closer to the COB in anticipation of their deployment home. This left major parts of Sadr city without coalition forces conducting routine security missions. This was a concern to me as the Provost Marshal.  About one week prior to the attack, the COB was hit with about three volleys of indirect rocket fire.

h.  On March 12, 2008, the COB was attacked again by rocket fire. After the attack, I got in my vehicle and headed towards the main gate to check security. As we approached a

PX2506

secondary gate, I saw an incoming rocket strike a "six-pack" vehicle approximately 100 meters ahead of me. Immediately, the vehicle burst into flames. I would later learn that the vehicle that was hit was occupied by U.S. Army soldiers: Specialist (SPC) Joel Tavera, Staff Sergeant (SSG) Juantrea Bradley, Private First Class (PFC) Tenzin Samten, SPC Christopher Lloyd and SPC Dustin Jackson.

i.  I stopped my vehicle to render aid. Initially, I saw one of the occupants, later identified as SPC Tavera, get out of the vehicle and hobble to the side, however, he was on fire. I also saw another individual stumble out of the vehicle on the opposite side. I ran to SPC Tavera and pulled him away from the vehicle. I then went to the burning vehicle to get the other occupants out; however, there was nothing I could do for them. When two other soldiers arrived to help me, I went back to my vehicle and got the Combat Lifesaver Kit (CLS) that I had with me. I returned to SPC Tavera and began to render aid.

j.  SPC Tavera had multiple severe injuries. His right foot was mangled exposing bone, his left leg was badly burned and bloodied, his torso was charred with burns, the right side of his skull was missing, his left eye was gone, his right eye was blown inward, he had extreme burns to his face, his nose was charred, and his left hand was contorted into a claw. Miraculously, with all of his injuries, SPC Tavera was still able to speak some. We treated him with a tourniquet, intravenous fluids (IV), gauze and blood clotting agents from the CLS. During this time, more rocket fire landed approximately 200 meters from us. At this point, the two soldiers and I protected SPC Tavera with our body armor.

k.  Eventually medical aid arrived and SPC Tavera was medevac'd by ground ambulance. I do not know where he was taken or what treatment he received.

l.  SSG Juantrea Bradley, PFC Tenzin Samten, and SPC Dustin Jackson were all killed in the attack. The truck they were in was completely destroyed. During this attack, approximately 22 rockets struck COB Adder.

m.  I believe the weapons used in the attack were 122mm rockets. Because I am currently on active duty, holding the rank of Lieutenant Colonel (Lt. Col.) with a security clearance, I cannot speculate who fired the rockets or where they were fired from.

n.  Upon returning from Iraq, I started to have symptoms of Post-Traumatic Stress Disorder (PTSD). Because of this, I sought and received mental health treatment. One thing that did help me was re-connecting with SPC Tavera. I always wondered what happened to him and eventually was able to meet him. Since then we have become part of each other's families. I have seen SPC Tavera, now SGT, deal not only with his physical injuries, but his PTSD. In addition to SGT Tavera's significant burns, amputations, etc., he lost his

vision. This definitely makes it more difficult for him than other Veterans with significant injuries because it affects his independence and ability to enjoy his life! He continues to have good days and bad days, but tries to enjoy and make the best of his life!

o. As Part of my Declaration, I am providing documentary materials attached as Exhibit A through Exhibit C.

1. Exhibit A attached to this Declaration is a true and authentic copy of a photograph taken of SGT Tavera and I at the Sky Ball in Dallas, Texas in 2013. I have personal knowledge of the source or creation of this Exhibit because I was present with SGT Tavera when the photograph was taken by Sandra Lombardo. This photograph fairly and accurately represents a photograph of SGT Tavera and me after he was injured in Iraq.

2. Exhibit B attached to this Declaration is a true and authentic copy of a photograph taken of SGT Tavera and two other injured Veterans while he was still an inpatient at BAMC. I have personal knowledge of the source or creation of this Exhibit because I took the photograph in approximately 2012 at the then Brooks Army Medical Center. This photograph fairly and accurately represents a photograph of SGT Tavera after he was injured in Iraq.

3. Composite Exhibit C attached to this Declaration are true and authentic copies of photographs taken of SGT Tavera, alone or with me during numerous visits I have had with him since he was injured. I have personal knowledge of the source or creation of this Exhibit because I took the photographs or was present when the photographs were taken. These photographs fairly and accurately represent photograph of SGT Tavera, alone or with me, after he was injured in Iraq.

I declare and state under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on ___10 August 2022_____.

Signature: _*Kevin B. Lombardo*_____

PX2506

# EXHIBIT A

PX2506



PX2506

# EXHIBIT B

PX2506



PX2506

# EXHIBIT C

PX2506



PX2506