UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br>)<br>Defendants ) | Civil Action No. 1:18-cv-2248-CRC |

**PLAINTIFFS' NOTICE OF FILING OF CORRECTED DOCUMENTS**

Plaintiffs hereby provide notice of the filing of two corrected documents, which are attached hereto. The attached documents are corrected versions (with proper redactions) of two documents filed last night: ECF No. 97-17 (PX1433–PX1612) and ECF No. 97-18 (PX1615–PX2000).

Dated: September 7, 2022

Respectfully submitted,

By: */s/ Jeremy A. Tor*
Jeremy A. Tor (*Pro Hac Vice*)
Ohio Bar No. 0091151
**SPANGENBERG, SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East., Suite 1700
Cleveland, Ohio 44114
Telephone: 216-696-3232
Facsimile: 216-696-3924
Email: jtor@spanglaw.com

*Counsel for Plaintiffs*