PX1433



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

## PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782
TO

**SPECIALIST RANDY L. STEVENS**
**UNITED STATES ARMY**

FOR WOUNDS RECEIVED
IN ACTION
ON 16 APRIL 2005

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON

THIS 18TH DAY OF APRIL 2005

THE ADJUTANT GENERAL

SECRETARY OF THE ARMY

DA FORM 4980-10, JAN 2000. Previous edition is obsolete.

Fis_StevensR_MR_00000019

PX1433

PX1435



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT
OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 24 AUGUST 1962 HAS AWARDED

## THE BRONZE STAR MEDAL

**SPECIALIST RANDY L. STEVENS**
**UNITED STATES ARMY**

TO

FOR meritorious service from 8 April 2005 to 16 April 2005, while assigned to Battery A, 2d Battalion, 17th Field Artillery, 2d Brigade, 2d Infantry Division.  He gave the ultimate sacrifice during combat operations supporting Operation Iraqi Freedom.  Specialist Stevens' duty performance and selfless service are in keeping with the highest traditions of military service and reflect great credit upon himself, the Multi-National Corps Iraq, and the United States Army.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 18TH DAY OF APRIL 2005

THE ADJUTANT GENERAL

SECRETARY OF THE ARMY

DA FORM 4980-5, JAN 2000. Previous edition is obsolete.

Fis_StevensR_MR_00000021

PX1435

PX1443

E-FILED  2019 MAY 07 8:03 AM HENRY - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR HENRY COUNTY

| | | |
|---|---|---|
| Michelle L. Briggs, | ) | ███████ |
| Petitioner. | ) | |
| | ) | ORDER RE: DECLARATORY |
| vs. | ) | JUDGMENT |
| | ) | |
| Unknown Heirs of Robert W. Briggs, | | |
| Defendants. | Case | |
| ) | No. | |
| ) | | |

BE IT REMEMBERED the Petition for Declaratory Judgment having been presented to the Court, and the Court having reviewed the Court file, the Court hereby finds as follows:

1.  Robert W. Briggs ("Decedent") died on June 28, 2011, a resident of Henry County, Iowa.

2.  A Petition for Declaratory Judgment was filed in this matter on February 19, 2019 by Michelle L. Briggs, in which Petitioner is seeking to have herself declared to be the sole legal heir of decedent Robert W. Briggs.

3.  This court has jurisdiction over this matter and has the authority to issue a Declaratory Judgment identifying the proper legal heir(s) of Robert W. Briggs pursuant to Iowa Rule of Civil Procedure 1.110.

4.  Petitioner Michelle L. Briggs is the surviving spouse of Decedent.

5.  Ashlea G. Briggs Tadlock and Cody Allan Briggs are the only known children of Decedent, and their mother is Petitioner Michelle L. Briggs.

6.  Robert W. Briggs had no known children other than those named above.

7.  Ashlea G. Briggs Tadlock and Cody Allan Briggs have each filed a Waiver of Notice of these proceedings.

8.  Notice to the Unknown Heirs of Robert W. Briggs was published, pursuant to the Court Order entered herein on February 19, 2019, once each week for three consecutive weeks in a newspaper of general circulation in Henry County, Iowa and proof of said publication is on file.

9.  Said Notice required any objections to the requested relief to be filed with the court no later than April 1, 2019. No objections have been filed.

THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Michelle L. Briggs is the sole legal heir of Decedent Robert W. Briggs.

E-FILED  2019 MAY 07 8:03 AM HENRY - CLERK OF DISTRICT COURT



State of Iowa Courts

**Type:**            OTHER DECREE

**Case Number**      **Case Title**

██████████          MICHELLE L BRIGGS V UNKNOWN HEIRS OF ROBERT W
                    BRIG

So Ordered

Mark Kruse, District Court Judge,
Eighth Judicial District of Iowa

Electronically signed on 2019-05-07 08:03:45     page 2 of 2

Fis_BriggsR_E_00000014

PX1443

PX1446

**STATE OF IOWA**
*CERTIFICATION OF VITAL RECORD*

# STATE OF IOWA

## County Record

STATE OF IOWA
IOWA DEPARTMENT OF PUBLIC HEALTH          114-

### CERTIFICATE OF DEATH

**DECEDENT**

| 1. DECEDENT'S FULL NAME | FIRST Robert | MIDDLE William | LAST Briggs | SUFFIX, if any |

2. SEX Male | 3a. AGE – LAST BIRTHDAY 42 Years | DATE OF BIRTH (Month, Day, Year) | COUNTY OF DEATH

4. PLACE OF BIRTH Keokuk, Iowa | CITIZEN OF WHAT COUNTRY? United States | EVER IN U.S. ARMED FORCES? ☒ Yes ☐ No

10a. MARITAL STATUS AT TIME OF DEATH ☒ Married | 10b. DECEDENT'S LAST NAME PRIOR TO ANY MARRIAGE Briggs | 11. SURVIVING SPOUSE (full name prior to any marriage) Michelle Nelson

12. RESIDENCE-STATE Henry | 13a. RESIDENCE-CITY OR TOWN | 13b. RESIDENCE-STREET & NUMBER, ZIP CODE | INSIDE CITY LIMITS? ☐ Yes ☒ No

| 13. FATHER'S NAME | FIRST Robert | MIDDLE | LAST Briggs | 14. MOTHER'S NAME PRIOR TO ANY MARRIAGE | FIRST Sandra | MIDDLE | LAST Steele |

15. INFORMANT'S NAME Michelle Briggs | RELATIONSHIP TO DECEDENT Wife

**PLACE**

16. PLACE OF DEATH
☐ Hospital ☐ ER/Outpatient ☐ Dead on Arrival | ☐ Hospice Facility ☐ Nursing Home/Long-Term Care Facility ☐ Decedent's Home ☒ Other (Specify) English River Outfitters Resort

17a. FACILITY NAME 2004 305th Street | 17b. CITY, TOWN, OR LOCATION & ZIP CODE OF DEATH Washington, Iowa | INSIDE CITY LIMITS? ☐ Yes ☒ No

**DISPOSITION**

18. METHOD OF DISPOSITION ☐ Burial ☒ Cremation ☐ Donation ☐ Entombment ☐ Removal from State ☐ Other (Specify) | 19. PLACE OF DISPOSITION (name of cemetery, crematory, or other place) Great River Cremation Service

20. LOCATION OF DISPOSITION (City or Town & State) Keokuk, Iowa 52632 | 21. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY Vigen Memorial Home 1328, Concert Street, Keokuk, Iowa 52632

22a. FUNERAL DIRECTOR – Printed Name Marcus Vigen | 23. LICENSE NUMBER 2096

**DATE**

PRONOUNCEMENT, CERTIFICATION AND CAUSE OF DEATH

ITEMS 24 – 29 REQUIRED TO BE COMPLETED BY PERSON WHO PRONOUNCES OR CERTIFIES DEATH | 24. DATE PRONOUNCED DEAD (Month, Day, Year) (Spell out month) June 28, 2011 | 26. TIME PRONOUNCED DEAD 1534 ☐ AM ☐ PM ☒ Military

25. NAME OF PERSON PRONOUNCING DEATH (if different than certifier) (Type or print legibly) | 27. TITLE | 28. LICENSE NUMBER | 29a. MEDICAL EXAMINER CONTACTED? ☒ Yes ☐ No

30. ACTUAL OR PRESUMED DATE OF DEATH (Month, Day, Year) (Spell out month) June 28, 2011 | 30. ACTUAL OR PRESUMED TIME OF DEATH 1534 ☐ AM ☐ PM ☒ Military | 31a. If Yes IS IT DEFERRED? ☐ Yes ☐ No

32b. Approximate interval between onset and death

**CAUSE OF DEATH**

32a. PART I  Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary.

IMMEDIATE CAUSE (Final disease or condition resulting in death) a. Complications of blast injuries   Due to (or as a consequence of):   6 years

Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST

b. Due to (or as a consequence of):
c. Due to (or as a consequence of):
d. Due to (or as a consequence of):

32c. PART II  Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
Seizures; Post traumatic stress disorder

33. WAS AN AUTOPSY PERFORMED? ☐ Yes ☐ No
34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? ☐ Yes ☐ No

35. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ Probably ☐ No ☐ Unknown | 36. IF FEMALE ☐ Not pregnant within past year ☐ Not pregnant, but pregnant within 42 days of death ☐ Pregnant at time of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year | 37. MANNER OF DEATH ☐ Natural ☒ Homicide ☐ Accident ☐ Pending Investigation ☐ Suicide ☐ Could not be Determined

38. DATE OF INJURY (Month, Day, Year) (Spell out month) 2005 | 39. TIME OF INJURY ☐ AM ☐ PM Unknown | 40. PLACE OF INJURY (e.g., home, farm, street, roadway, etc.) Battlefield | 41. INJURY AT WORK? ☒ Yes ☐ No

42. LOCATION OF INJURY (Complete physical address – Street & Number, Apt. #, City or Town, State, Zip Code) Theater of War, Iraq | 43. IF TRANSPORTATION INJURY, SPECIFY ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)

44. DESCRIBE HOW INJURY OCCURRED: Injured by improvised explosive device(s) in Iraq

**CERTIFIER**

45. CERTIFIER ☐ Certifying physician – To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated. ☐ Medical Examiner – On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. | 46. TITLE MD | 47. DATE CERTIFIED (Month, Day, Year) August 24, 2011 | 48. LICENSE NUMBER 50025-9093

49. NAME, ADDRESS OF MEDICAL EXAMINER OR CERTIFYING PHYSICIAN OR MEDICAL EXAMINER Jonathan G. Thompson, Associate State Medical Examiner, 2250 S. Ankeny Blvd., Ankeny, IA 36159

50. FOR REGISTRAR ONLY—DATE RECEIVED (Month, Day, Year) 8-25-2011 | 50a. DATE RECEIVED BY REGISTRAR (Month, Day, Year) 17-103

This is to certify that this is a true and correct reproduction of the original record as recorded in this office, issued under authority of Chapter 144, Code of Iowa.

This copy not valid unless prepared on engraved border displaying state seal and signature of the Registrar.

8-25-2011   DATE ISSUED   BY   COUNTY REGISTRAR OF VITAL RECORDS   OF   **WASHINGTON**   COUNTY

FORM #588-3328C (03/2010)   WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

PX1450



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

## PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782
TO

**SPECIALIST ROBERT W. BRIGGS**
**UNITED STATES ARMY**

FOR WOUNDS RECEIVED
IN ACTION
ON 16 APRIL 2005
GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON

THIS 21ST DAY of APRIL 2005

_Kenneth L. Farmer, Jr._
Commander, North Atlantic Regional Medical Command

_Francis J. Harvey_
SECRETARY OF THE ARMY

PX1500

# Ops Report

Declassified by MG Patrick D. Frank
USCENTCOM Chief of Staff
Declassified on: 29 Apr 2022
Privacy Act Protective Order applies



WebTAS

Wednesday, 23 February 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Apr 09 2008 15:00:00 |
| Date Occurred(Z) | Jan 01 1900 00:00:00 |
| is Closed | TRUE |
| Summary | 1/101 04:132\n\n\n\nWHO: 2/C/1-32\n\nWHEN: 091500APR08\n\nWHERE: Salah Ad Din Province, 38SMC 26539 57685\n\nWHAT: IED ATTACK\n\nHOW: At 091500APR08 TF 1-32 reports an IED DET in the Salah Ad Din Province IVO 38SMC 26539 57685. 2/C/1-32 with EOD embedded went to conduct an SOI in the Golden Hills area about an IED detonation that occurred at 090706APR08 (SIGACT 1/101 04:128) and to investigate reports of possible additional IEDs in the vicinity. The patrol came upon a possible IED, EOD dismounted to investigate further when the IED detonated. 2/C/1-32 sent a 9-line medevac request to crucial 14. The patrol then set up an HLZ IVO 38SMC 27130 57330. \n\nUPDATE: At 091516APR08 crucial 14 was wheels down at the marked HLZ. \n\nUPDATE: At 091525APR08 crucial 14 was wheels up en-route to the CSH at LSAA. \n\nUPDATE: At 091540APR08 crucial 14 was wheels down at CSH on LSAA. 2/C/1-32 reported a possible secondary device in the same area as the first, 2/C/1-32 cordoned off the area and conducted questioning of the local populace. TF 1-32 sent 3/B/1-32 (QRF) with EOD to the site. No secondary device was present.\n\nBDA:\n KIA: 1 x USAF ⬚3.5c⬚ ⬚3.5c⬚ h\nIED\n1 x 122mm with approx. 20lbs UBE underneath\n\nINITIATOR\nPW with ⬚a ery⬚ (was rendered safe by EOD Tech) anti-handling device underneath round\n\nAnalyst Comments: Recent targeting of dismounted personnel in the Golden Hills has resulted in 1 x Terp KIA, 2 x US WIA and 1 x LN KIA in the last six weeks prior to todays IED. CF and SOI operations have isolated the ⬛DoD PO Redaction⬛network. Recent reporting in the vicinity of the attack today indicates that ⬛DoD PO Redaction⬛ cousin) is planning and conducting the attacks against CF in the area. ⬛DoD PO Redaction⬛is in charge of the overall group; however, ⬛⬛⬛has actively continued to disrupt the recent CF and SOI success in securing the same area and denying the Ansar al-Sunna cell sanctuary in the southern Golden Hills.\n\nSIGACT MEETS MNC-I CCIR #6, MND-N #2E\n\nUPDATE \nThe EOD Team found 1x pressure wire IED w/ 122mm projectile and a 9v battery power source attached. The EOD Team Chief removed the pressure wire and battery and then attempted to lift the projectile. A detonation occurred upon lifting the projectile resulting in 1x US KIA. Subsequent post blast analysis determined that an additional aprox. 20lbs of UBE was placed under the projectile w/ an unknown anti-lift switch. NFTR\n\nSIGACT MEETS MNC-I CCIR #6, MND-N #2E\n\nCLOSED\n092200APR08\n\n\n\n |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2008 |
| Month Occurred | April |
| Day Occurred | 9 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Improvised Explosive Device (IED) |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order applies
04/28/22 001
FISHBECK
CENTCOM_00000207

PX1500

## Ops Report

| | |
|---|---|
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | USD-N |
| Primary AO | 4/1 IBCT |
| Primary District | Balad |
| Primary Province | Salah ad Din |
| was Suicide | FALSE |
| Tracking Number | 20080409150038SMC2713145733 |
| Attack On | |
| Battlespace Lead | Coalition |
| Unit Activity | Dismount Patrol |
| Title | (EXPLOSIVE HAZARD) IED EXPLOSION RPT  (Improvised Explosive Device (IED)) 2/C/1-32 : 1 CF KIA |
| Association Count | 3 |
| BDA Friendly KIA | 1 |
| BDA Friendly WIA | 0 |
| BDA Friendly Casualties | 1 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| Call Sign | |
| City | BALAD |
| Classification | SECRET |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 002
FISHBECK
CENTCOM_00000208

PX1500

## Ops Report

| | |
|---|---|
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | 3.5c    LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=336561F6-BF29-3E84-77250B673AC251B2&entity=report |
| Date Occurred Excel UK | 09/04/2008 |
| Date Occurred Excel US | 04/09/2008 |
| Date Posted(Z) | Apr 09 2008 16:34:52 |
| Date Updated(Z) | Apr 16 2008 20:40:00 |
| FOB | PALIWODA |
| Incident Reported By | Coalition Forces |
| Latitude | 33.95710754394531 |
| Longitude | 44.20492935180664 |
| MGRS | 38SMC2653957685 |
| MOA Count | 1 |
| Originating Network | |
| Originating Site | |
| Originating System | Not Provided |
| Originator Group | MND-NORTH OPS LNO |
| Originator Name | 3.5c |
| Originator Unit | MND-NORTH |
| Precedence | Flash |
| Report Key | 336561F6-BF29-3E84-77250B673AC251B2 |
| Reporting Unit | MND-NORTH OPS LNO |
| Route | |
| Type Of Unit | CF |
| Unit Name | 2/C/1-32 |
| Updated By Group | TF Troy DATA Management |
| Updated By Name | 3.5c |
| Updated By Unit | CJTF TROY |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | |
| Vehicle Nearest ECM | 0 |

Page 3 of 6

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

04/28/22 003
FISHBECK
CENTCOM_00000209

PX1500

## Ops Report

| | |
|---|---|
| To IED | |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | |
| Vehicle Summary | |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| 4/1 IBCT | BALAD | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

### CIDNE Media

| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NONE~~ | 09 1500C APR 08 IED ATTACK ON 1-32 CAV SE OF BALAD | | CENTCOMROAR | Document | (More not shown) (More not shown) |
| ~~SECRET~~ | ~~REL TO USA, FVEY~~ | PBA (IED) 332 EOD 091530APR 08 | | CENTCOMROAR | Document | (More not shown) (More not shown) |
| ~~SECRET~~ | ~~REL TO USA, FVEY~~ | 09 1500C APR 08 IED ATTACK ON 1-32 CAV SE OF BALAD | | CENTCOMROAR | Document | (More not shown) (More not shown) |

### Target

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 004
FISHBECK
CENTCOM_00000210

PX1500

## Ops Report

| Affiliation | Description | Details | Nationality | Precedence | Report Key | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Coalition | | Patrol | UNITED STATES | Primary | 336561F6-BF29-3E84-77250B673AC251B2 | (More not shown) |

**MOA**

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Improvised Explosive Device (IED) | 7C6F37CB-A828-4AB4-BE58-E701C54878A4 | Explosive Hazard | IED Explosion |

**Events1**

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| IED Explosion | 05A2A43D-014A-4A83-AB15-D045F577B4A4 | Explosive Hazard | Anti-Personnel | 0 | 0 | (More not shown) |

**CCIR**

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| TRUE | | MND-NORTH OPS LNO | 33693620-94DD-29B1-48E4E33B27628BDA | 0 | FFIR6 - ACTION OR INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES | (More not shown) |

**Casualty**

| Wound Arms | Status | Group | Comments | Wound Chest | Wound Feet | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |

**Association**

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |
| | | | | | | (More not shown) |
| Link to exploitation CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~NONE~~ | Jul 09 2009 11:27:26 | (More not shown) |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

04/28/22 005
FISHBECK
CENTCOM_00000211

PX1500

## Ops Report

| | | | | | | (More not shown) |
|---|---|---|---|---|---|---|
| Link to exploitation CIDNE Report | 1 | | Confirmed | ~~SECRET~~ | ~~NONE~~ | Apr 10 2008 19:57:44 | (More not shown) |

4 Empty Attributes

ISAF Tracking Number, Originating Nation, Reintegratees Count, Tip Reported By

14 Empty Tables

Associated Org, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units, Vehicle

## Relationships

(None)

## Attachments

(None)

Page 6 of 6

PX1500

PX1501

# DECLARATION OF

# BRIAN BOISSELLE

I, Brian Boisselle declare and state under penalty of perjury that the following statements are true and correct:

a. I have personal knowledge of the facts and information contained in this Declaration.

b. I was born in Orlando, FL on ███████████ and am a citizen of the United States.

c. Upon completing high school in Orlando FL, I moved to Seattle WA and worked construction for two years. In June 2001, I enlisted in the United States Air Force (USAF) as an Explosive Ordnance Disposal (EOD) Technician. I remained an EOD Technician until my retirement from the USAF as a Master Sergeant (MSgt) (E-7) in October 2021. While in the USAF, I received a Master of Divinity Degree and am currently serving as a pastor and working on my doctorate.

d. I have known the plaintiff, Tech Sergeant (TSgt) Anthony Capra, since early 2005 when we were assigned to the pre-deployment training at Fort Carson, Colorado in preparation for the upcoming deployment to Iraq. Both Capra and I had large families and that characteristic tended to draw us together on a personal level.  In the first tour, our Command's schedule had us linked up together during the pre-deployment training, deployment to Iraq, finishing our tour of duty, and return to stateside back to our original units. I linked up with Tony Capra again during the redeployment training for our next tour in September 2008 to May of 2009.

e. In September 2008, we were deployed to Iraq and were initially stationed at Balad Air Base, but were reunited at FOB Paliwoda located in Balad, Saladin Governorate two months prior to the incident.

f. In Iraq, my rank was Staff Sergeant (SSgt, E5) and my position was Explosive Ordinance Deposal (EOD) Team Leader. Anthony Capra had the rank of Technical Sergeant (TSgt, E6) and his position was also as an EOD Team Leader. Our unit during this tour was 332 Air Expeditionary Wing.

g. Our mission in Iraq was to provide route clearance of improvised explosive devices (IEDs) for the main supply route (MSR) Tampa and alternate supply routes (ASRs) in the area near FOB Paliwoda. Our detachment consisted of 2 (two) 3-person EOD teams and were assigned as primary or alternate for each duty day. The primary team had the responsibility

PX1501

to respond to an IED response while the alternate waited at the FOB for another IED response. Our two teams rotated the primary and alternate roles daily and would monitor each other's location and status while on mission.

h.  On April 9, 2009, my team had the alternate role and waited at the FOB while TSgt Capra's team took the primary role and was out on mission. Not long after TSgt Capra's team was on mission, my team received an assignment along MSR Dover as well. While I was out on that mission, I noted that TSgt Capra's team was in an area known as the Golden Hills area, which is approximately 5 miles Southwest of Balad. .

i.  At approximately 1500 hours, my team had completed our mission and was returning to FOB Paliwoda when I heard the tragic news that TSgt Capra had been killed while attempting to defuse an IED in the Golden Hills area. I immediately went to the FOB commander and requested to go the Golden Hills area and conduct a post-blast analysis of the site. The FOB commander agreed, but it took some time to assemble a security team to accompany us to the Golden Hills location. After approximately 2 to 2 ½ hours, we arrived at the detonation site. I could instantly see by the effects of the blast that this IED was not typical due to the amount of damage to the area, the size of the crater, and how TSgt Capra's EOD kit had been propelled about the area. Normally, it takes 20 to 30 minutes to conduct a post blast analysis, but I needed extra time (approximately one hour) to identify the type of munitions used. This extra time was due to the amount of extra explosives packed under the artillery projectile dispersing fragments away from the detonation site. Eventually, I found a fragment of a 122-millimeter artillery projectile as one of the munitions used during the attack. There was a 2nd trigger in place so that when the 122-mm projectile moved, an IED would then go off.

j.  I did not see the detonation, but was an experienced EOD technician having performed upwards of 100 post-blast analysis by the date of this attack. In my post-blast analysis, I determined that the weapon that caused the attack was an IED with an anti-tampering device designed to defeat our EOD methods for defusing IEDs. Based on my training as an EOD technician and experience in post blast analyses, the evidence suggested an additional 30 pounds of high explosives were added under the 122-millimeter projectile, The lack of a trigger mechanism, the size of the crater, and previously discovered anti-tampering devices recently discovered in the area of operation suggested that this IED had an anti-tampering component designed to defeat our disarming methods. The IED was located on a culvert and at a natural choke point where the traffic would be forced to take and could not be avoided along this alternate supply route (ASR).

k. The blast effects created an unusually large crater for the type of munition that I identified was used, a 122-millimeter artillery projectile. The effects of the blast were significantly more than expected from the projectile alone.

l. When I arrived at the scene, the area had been cleared of additional IEDs and TSgt Capra's body had already been removed from the scene. However, TSgt Capra's team was still on site. I learned from Capra's team that he had most likely died instantly from the force of the blast which threw body with full gear approximately 180 to 200 feet from the detonation site. Also, I learned that the blast effects nearly decapitated TSgt Capra and his arms were traumatically amputated from his body.

m. I was not physically injured as a result of this incident.

n. As Part of my Declaration, I am providing documentary materials attached as Exhibit A.
   1. Exhibit A attached to this Declaration is a true and authentic copy of a photograph taken of our unit. TSgt Capra who was a natural leader and often referred to as the "life of the party" was dressed in a "hotdog" costume and was standing in the left back of the photograph. I was sitting below him on the roof of an MRAP to the right of the airman holding the weapon. I have personal knowledge of the source or creation of this Exhibit because I was present when the photograph was taken by one of our military buddies. This exhibit is a fair and accurate representation of a group photograph of our unit.

I declare and state under penalty of perjury under the laws of the **United States** of America that the foregoing statements are true and correct.

Executed on this ___07/28/2022___ day of July, 2022.

Signature: _____

# EXHIBIT A

Fis_CapraA_CR_00000023

PX1501



PX1501



## Document Completion Report

### Document Information

| | |
|---|---|
| Document ID | ████████████████ |
| Document Name | Boisselle Witness Statement (Capra) (7-28-22 final for signature) |
| Nintex Instance | ████████████ |
| Document Creation Method | Nintex Web Setup |
| Document Template Used | None |
| Original File Type | pdf |
| Date Created | 2022-07-28T17:54:50 (UTC) |
| Date Completed | 2022-07-28T18:50:57 (UTC) |

### Document Preview (First Page)

**DECLARATION OF**

**BRIAN BOISSELLE**

I, Brian Boisselle declare and state under penalty of perjury that the following statements are true and correct:

a.  I have personal knowledge of the facts and information contained in this Declaration.

b.  I was born in Orlando, Fl████████████nd am a citizen of the United States.

c.  Upon completing high school in Orlando FL, I moved to Seattle WA and worked construction for two years. In June 2001, I enlisted in the United States Air Force (USAF) as an Explosive Ordnance Disposal (EOD) Technician. I remained an EOD Technician until my retirement from the USAF as a Master Sergeant (MSgt) (E-7) in October 2021. While in the USAF, I received a Master of Divinity Degree and am currently serving as a pastor and working on my doctorate.

d.  I have known the plaintiff, Tech Sergeant (TSgt) Anthony Capra, since early 2005 when we were assigned to the pre-deployment training at Fort Carson, Colorado in preparation for the upcoming deployment to Iraq. Both Capra and I had large families and that characteristic tended to draw us together on a personal level. In the first tour, our Command's schedule had us linked up together during the pre-deployment training, deployment to Iraq, finishing our tour of duty, and return to stateside back to our original units. I linked up with Tony Capra again during the redeployment training for our next tour in September 2008 to May of 2009.

e.  In September 2008, we were deployed to Iraq and were initially stationed at Balad Air Base, but were reunited at FOB Paliweda located in Balad, Saladin Governorate two months prior to the incident.

f.  In Iraq, my rank was Staff Sergeant (SSgt, E5) and my position was Explosive Ordnance Deposal (EOD) Team Leader. Anthony Capra had the rank of Technical Sergeant (TSgt, E6) and his position was also as an EOD Team Leader. Our unit during this tour was 332 Air Expeditionary Wing.

g.  Our mission in Iraq was to provide route clearance of improvised explosive devices (IEDs) for the main supply route (MSR) Tampa and alternate supply routes (ASRs) in the area near FOB Paliweda. Our detachment consisted of 2 (two) 3-person EOD teams and were assigned as primary or alternate for each duty day. The primary team had the responsibility

Declaration of Brian Boisselle (April 9, 2009 attack)                                    Page 1

### Signer Information

**Brian Boisselle**

| | |
|---|---|
| Email Address | ████████████████ |
| Password Protected | No |
| Fields Requested | 2 |
| Fields Collected | 2 |
| Terms and Conditions | By checking the box below, I agree that the electronic digitized signatures I apply on the following document are representations of my signature and are legally valid and binding as if I had signed the document with ink on paper in accordance with the Uniform Electronic Transactions Act (UETA) and the Electronic Signatures in Global and National Commerce Act (E-SIGN) of 2000. |
| | Nintex AssureSign complies with requirements and standards of the Electronic Signatures in Global and National Commerce Act (E-SIGN Act) effective October 1, 2000, the Uniform Electronic Transaction Act (UETA), and the Government Paperwork Elimination Act (GPEA) |

Fis_CapraA_CR_00000025

PX1501

## Document History

| Date | Details |
|---|---|
| 2022-07-28T17:54:50 (UTC) | Document started by use ███████████████████ |
| 2022-07-28T18:50:02 (UTC) | Document visited by ██████████████████████████ |
| 2022-07-28T18:50:13 (UTC) | Terms and conditions accepted by 'Brian Boisselle' at ██████████████████ |
| 2022-07-28T18:50:14 (UTC) | Document under review by 'Brian Boisselle' at ███████████████████ |
| 2022-07-28T18:50:21 (UTC) | |
| 2022-07-28T18:50:42 (UTC) | |
| 2022-07-28T18:50:42 (UTC) | |
| 2022-07-28T18:50:54 (UTC) | |
| 2022-07-28T18:50:57 (UTC) | |
| 2022-07-28T18:50:57 (UTC) | |

## Signing History

| Field ID | Field Type | Field Name | Signer Instructions | Page | Required | Date Signed | Signer IP Address | Date Confirmed | # of Times Reviewed | Signing Attempts | Elapsed Signing Time (Seconds) | Continuous Signing Segments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18e142d3-5a9c-4794-88ba-aee0012736c2 | Typed | JotBlock 1 | Please enter the current date in MM/DD/YYYY format. | 3 | Yes | 2022-07-28T18:50:42 (UTC) | 69.146.108.249 | 2022-07-28T18:50:57 (UTC) | 0 | | | |
| b928c0f6-3222-47f4-899b-aee0012736c2 | Signature | JotBlock 2 | Click "Apply Signature" to apply your adopted signature to the document, This is legally equivalent to signing with a pen on paper. | 3 | Yes | 2022-07-28T18:50:54 (UTC) | 69.146.108.249 | 2022-07-28T18:50:57 (UTC) | 0 | 1 | 1 | 3 |

PX1501

PX1502



# STATE OF MARYLAND
# LETTERS OF ADMINISTRATION

ESTATE NO. ███████

I certify that administration of the Estate of

**ANTHONY LOUIS CAPRA**

was granted on the ___25th___ day of ___OCTOBER, 2019___,

to ___ANTHONY CAPRA___

as personal representative(s) and the appointment is in effect

this ___28th___ day of ___OCTOBER___ ___2019___,

☑ Will probated ___October 25, 2019___
                 (date)

☐ Intestate estate

*Loraine D. Hennessy*

LORAINE D. HENNESSY

**Register of Wills for**

CHARLES COUNTY

**VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER**

RW1120

ROWNET
11/2009

Fis_CapraA_E_00000007

PX1502

PX1505

**CERTIFICATE OF DEATH *(OVERSEAS)***
Acte dé décès  (D'Outre-Mer)

| NAME OF DECEASED   *(Last, First, Middle)*<br>Nom du décédé (Nom et prénoms) | GRADE<br>Grade | BRANCH OF SERVICE<br>Arme | SOCIAL SECURITY NUMBER<br>Numéro de l'Assurance Social |
|---|---|---|---|
| CAPRA, Anthony, Louis | E06 | Air Force | |

| ORGANIZATION      Organisation | NATION *(e.g, United States)*<br>Pays | DATE OF BIRTH<br>Date de naissance | SEX   Sexe |
|---|---|---|---|
| Detachment 63, 688th Armament Systems<br>Squadron, Indian Head City, MD | United States | | ☒ MALE<br><br>☐ FEMALE |

| | RACE    Race | | MARITAL STATUS    État Civil | | | RELIGION    Culte | | OTHER (Specify)<br>Autre (Spécifier) |
|---|---|---|---|---|---|---|---|---|
| X | CAUCASOID   Caucasique | | SINGLE    Célibataire | DIVORCED<br>Divorcé | | PROTESTANT<br>Protestant | | |
| | NEGROID   Negriode | X | MARRIED    Marié | SEPARATED<br>Separé | | CATHOLIC<br>Catholique | | |
| | OTHER  (Specify)<br>Autre (Spécifier) | | WIDOWED    Veuf | | X | JEWISH    Juif | | |

**MEDICAL STATEMENT**    Déclaration médicale

| | CAUSE OF DEATH    *(Enter only one cause per line)*<br>Cause du décès (N'Indiquer qu'une cause par ligne) | INTERVAL BETWEEN<br>ONSET AND DEATH<br>Intervale entre<br>l'attaque et le décès |
|---|---|---|
| DISEASE OR CONDITON DIRECTLY LEADING TO DEATH [1]<br>Maladie ou condition directement responsable de la mort | **Blast injuries** | Instantaneous |
| ANTECEDENT<br>CAUSES · MORBID CONDITION, IF ANY, LEADING TO<br>PRIMARY CAUSE<br>Condition morbide, s'il y a lieu, menant à la<br>cause primaire | | |
| Symptômes<br>précurseurs de<br>la mort. · UNDERLYING CAUSE, IF ANY, GIVING RISE<br>TO PRIMARY CAUSE<br>Condition morbide, s'il y a lieu, menant à la<br>cause primaire | | |
| OTHER SIGNIFICANT CONDITIONS [2]<br>Autres conditions significatives | | |

| MODE OF DEATH<br>Condition de décès | AUTOPSY PERFORMED    Autopsie effectuée     ☒ YES  Oui     ☐ NO  Non | CIRCUMSTANCES SURROUNDING<br>DEATH DUE TO EXTERNAL CAUSES<br>Circonstances de la mort suscitées par des<br>causes extérieures |
|---|---|---|
| NATURAL<br>Mort naturelle | MAJOR FINDINGS OF AUTOPSY    Conclusions principales de l'autopsie | |
| ACCIDENT<br>Mort accidentelle | | |
| SUICIDE<br>Suicide | NAME OF PATHOLOGIST    Nom du pathologiste<br>AbuBakr Marzouk Col, USAF, MC, FS | AVIATION ACCIDENT    Accident à Avion |
| X  HOMICIDE<br>Homicide | SIGNATURE    Signature                 DATE   Date<br>                               12 April 2008 | ☐ YES  Oui   ☒ NO  Non |

| DATE OF DEATH    *(day, month, year)*<br>Date de décès    (le jour, le mois, l'année)<br>9 April 2008 0000 | PLACE OF DEATH   Lieu de décès<br>Golden Hills  Iraq |
|---|---|

I HAVE VIEWED THE REMAINS OF THE DECEASED AND DEATH OCCURRED AT THE TIME INDICATED AND FROM THE CAUSES AS STATED ABOVE.
J'ai examiné les restes mortels du dé funtet je conclus que le décès est survenu à l'heure indiquée et à, la suite des causes énumérées ci-dessus.

| NAME OF MEDICAL OFFICER    Nom du médicin militaire ou du médicin sanitaire<br>AbuBakr A. Marzouk | TITLE OR DEGREE    Titre ou diplômé<br>Medical Examiner |
|---|---|

| GRADE    Grade<br>COL | INSTALLATION OR ADDRESS    Installation ou adresse<br>Dover AFB, Dover DE |
|---|---|

| DATE    Date<br>4/15/2008 | SIGNATURE    Signature |
|---|---|

[1] State disease, injury or complication which caused death, but not mode of dying such as heart failure, ect.
[2] State conditions contributing to the death, but not related to the disease or condition causing death.
[1] Préciser la nature de la maladie, de la blessure ou de la complication qui a contribué à la mort, mais non la manière de mourir, telle qu 'un arrêt du coeur, etc.
[2] Préciser la condition qui a contribué à la mort, mais n'ayant aucun rapport avec la maladie ou à la condition qui a provoqué la mort.

**DD** FORM<br>1 APR 77 **2064**        REPLACES DA FORM 3666, 1 JAN 72 AND DA FORM 3666-R(PAS), 26 SEP 76, WHICH ARE OBSOLETE.

Fis_CapraA_MR_00000012

PX1505

*(REMOVE, REVERSE AND RE-INSERT CARBONS BEFORE COMPLETING THIS SIDE)*

**DISPOSITON OF REMAINS**

| NAME OF MORTICIAN PREPARING REMAINS | GRADE | LICENSE NUMBER AND STATE | OTHER |
|---|---|---|---|
| William Zwicharowski | ▮ | ▮ | |

| INSTALLATION OR ADDRESS | DATE | SIGNATURE |
|---|---|---|
| 436 SVC/SVD 116 26th Street, Dover AFB DE 19902 | 4/15/2008 | |

| NAME OF CEMETERY OR CREMATORY | LOCATION OF CEMETERY OR CREMATORY |
|---|---|
| | |

| TYPE OF DISPOSTION | DATE OF DISPOSTION |
|---|---|
| | |

**REGISTRATION OF VITAL STATISTICS**

| REGISTRY  *(Town and Country)* | DATE REGISTERED | FILE NUMBER | |
|---|---|---|---|
| | | STATE | OTHER |
| | | | |

| NAME OF FUNERAL DIRECTOR | ADDRESS |
|---|---|
| | |

| SIGNATURE OF AUTHORIZED INDIVIDUAL |
|---|
| |

**DD FORM 2064, APR 1977 (BACK)**                                      USAPA V1.00

Fis_CapraA_MR_00000013
PX1505

PX1509

Fis_Capra_MR_0000163

PX1509

CITATION TO ACCOMPANY THE AWARD OF

THE BRONZE STAR MEDAL
(FIRST OAK LEAK CLUSTER, POSTHUMOUS)

TO

ANTHONY L. CAPRA

Technical Sergeant Anthony L. Capra distinguished himself by meritorious achievement as Explosive Ordnance Disposal Team Leader, 332d Expeditionary Civil Engineer Squadron, 332d Expeditionary Mission Support Group, 332d Air Expeditionary Wing while engaged in ground combat against an enemy of the United States at Balad Air Base, Iraq from 10 November 2007 to 9 April 2008. During this period, Sergeant Capra displayed exceptional leadership of his explosive ordnance disposal team at Logistics Support Area Anaconda and Forward Operating Base Paliwoda. His decisive actions ensured the safety and freedom of movement for over 41,000 Coalition forces, multinational contractors, and local nationals. With unwavering dedication, Sergeant Capra contributed to the recovery and destruction of more than 24,000 pieces of ordnance with a net explosive weight in excess of 26,000 pounds, depriving the enemy of the main explosive charge utilized in improvised explosive devices. On 9 April 2008, while on his 107th combat mission, Sergeant Capra courageously led his team on a post-blast analysis of a roadside bomb detonation. The detonation site was located near Golden Hills, Iraq, an area known for insurgent activity. During his investigation of the site, Sergeant Capra discovered a second improvised explosive device only a few meters away from the blast crater he was investigating. While attempting to render the second device safe, it detonated, mortally wounding him. Sergeant Capra gave his life in the defense of the United States while selflessly protecting the lives of his fellow Airmen and Soldiers. By his heroic actions and unselfish dedication to duty in the service of his country, Sergeant Capra has reflected great credit upon himself and the United States Air Force.



PX1511



# THE UNITED STATES OF AMERICA

**TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 24 AUGUST 1962 HAS AWARDED**

# THE BRONZE STAR MEDAL

STAFF SERGEANT ANTHONY L. CAPRA, UNITED STATES AIR FORCE

**TO**        506TH EXPEDITIONARY CIVIL ENGINEER SQUADRON, CIVIL ENGINEER DETACHMENT

3D ORDNANCE BATTALION

**FOR** EXCEPTIONALLY MERITORIOUS SERVICE DURING OPERATION IRAQI FREEDOM.  HIS OUTSTANDING DEDICATION TO DUTY DURING COMBAT OPERATIONS IN IRAQ CONTRIBUTED TO THE OVERWHELMING SUCCESS OF THE COMMAND'S MISSION. HIS ACTIONS ARE IN KEEPING WITH THE FINEST TRADITIONS OF MILITARY SERVICE AND REFLECT GREAT CREDIT UPON HIMSELF, MULTI-NATIONAL CORPS-IRAQ, AND THE UNITED STATES AIR FORCE.

FROM 29 AUGUST 2005 TO 15 MARCH 2006

**GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON**

THIS 4TH DAY OF FEBRUARY 2006



PETER W. CHIARELLI
Lieutenant General, USA
Commanding
PO 035-010, 4 FEBRUARY 2006

SECRETARY OF THE ARMY

DA FORM 4980-5 (WT), JAN 2000.

PX1511

Fis_CapraA_MR_00000164

PX1600

# Ops Report

Declassified by MG Patrick D. Frank
USCENTCOM Chief of Staff
Declassified on: 29 Apr 2022
Privacy Act Protective Order applies



Wednesday, 23 February 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Feb 19 2005 13:46:00 |
| is Closed | TRUE |
| Summary | AT 1346C, 4-31IN REPORTED HEARING AN EXPLOSION. PATROL MOVED TO LOCATION AND FOUND 1X IP LAND CRUISER BURNING. UNIT SECURED SITE AND REPORTED BEING ENGAGED W/ A SECOND EXPLOSION SOURCE UNKNOWN. UNIT REPORTED 1X US KIA, 1X LN INTERPRETER KIA. |
| | UPDATE:      1348C, (2XAH-64D) ON SCENE PROVIDED AERIAL SECURITY. 1400C, CDO JOC REPORTED THE IPS CHECK POINT WAS ENGAGED W/ 1X RPG. A/4-31IN RESPONDED TO THE SCENE AFTER HEARING THE EXPLOSION. WHILE SECURING THE AREA A SUICIDE BOMBER STRUCK 1X [ 1.4(g) ] WHILE THE PATROL WAS SECURING THE SITE. 1X CF KIA, 1X CF WIA (ROUTINE) 1X LN INTERPRETER. REQUESTED CEXC. 1443: IPS REPORT THE CASUALTY COUNT IS: 19X LN WIA 3X LN KIA 3X IPS WIA 1X IPS KIA, 2X EKIA. |

| | |
|---|---|
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2005 |
| Month Occurred | February |
| Day Occurred | 19 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Vehicle-Borne IED (VBIED) |
| Primary Country | IRAQ |
| Primary RC | USD-C |
| Primary AO | 4/2 SBCT |
| Primary District | Kadhimyah |
| Primary Province | BAGHDAD |
| was Suicide | FALSE |
| Tracking Number | CDLNO-20370093 |
| Attack On | None Selected |
| Unit Activity | NONE SELECTED |
| Title | VBIED/RPG ATTK ON IPS/4-31IN PTL IN BAGHDAD (ZONE 27): 2 AIF KIA, 1 CF KIA, 1 C |

Page 1 of 4

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 001
FISHBECK
CENTCOM_00000056

PX1600

## Ops Report

| | |
|---|---|
| Association Count | 1 |
| BDA Friendly KIA | 1 |
| BDA Friendly WIA | 1 |
| BDA Friendly Casualties | 2 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 3 |
| BDA Civilian WIA | 19 |
| BDA Civilian Casualties | 22 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 1 |
| BDA Host Nation WIA | 3 |
| BDA Host Nation Casualties | 4 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 2 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 2 |
| BDA Enemy Detained | 0 |
| City | Baghdad |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | 3.5c    iteReportView.cfm?module=operations&reporttype=sigact&re portkey=EFDF060A-D432-4663-B211-A99C7CA1892E&entity=report |
| Date Occurred Excel UK | 19/02/2005 |
| Date Occurred Excel US | 02/19/2005 |
| Date Posted(Z) | Feb 19 2005 12:10:41 |
| Date Updated(Z) | Jun 18 2005 18:45:00 |
| FOB | Justice |
| Latitude | 33.3604049683 |
| Longitude | 44.3348731995 |
| MGRS | 38SMB3812091440 |
| MOA Count | 1 |
| Originating System | Not Provided |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 002
FISHBECK
CENTCOM_00000057

PX1600

## Ops Report

| | |
|---|---|
| Originator Group | UNKNOWN |
| Originator Name | UNKNOWN |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | EFDF060A-D432-4663-B211-A99C7CA1892E |
| Reporting Unit | Not Provided |
| Route | UNKNOWN |
| Type Of Unit | None Selected |
| Unit Name | Not provided |
| Updated By Group | UNKNOWN |
| Updated By Name | UNKNOWN |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 003
FISHBECK
CENTCOM_00000058

PX1600

## Ops Report

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) (More not shown) |
| 4/2 SBCT | Baghdad | SECRET | REL TO USA, EGY, FIN, KWT, IRKS, NATO | | IRAQ | |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Vehicle-Borne IED (VBIED) | 94AD19C0-0492-4CBC-A583-6D9C1F249493 | Explosive Hazard | IED Explosion |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) (More not shown) |
| IED Explosion | EFCC01DB-3F6A-4A62-8C89-7BEB7D065438 | Explosive Hazard | | | | |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | SECRET | REL TO USA, FVEY | Dec 05 2014 17:57:08 | (More not shown) (More not shown) |

12 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AOR, Primary Region, Reintegratees Count, Type Reported By

Associated Org, CCIR, CIDNE Media, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Target, Units, Vehicle

## Relationships

(None)

## Attachments

(None)

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

04/28/22 004
FISHBECK
CENTCOM_00000059

PX1600

PX1601

# DECLARATION OF

# JOHN M. SPISZER

I, John M. Spiszer, declare and state under penalty of perjury that the following statements are true and correct:

a.  I have personal knowledge of the facts and information contained in this Declaration.

b.  I began my military service in 1980 when I entered the U.S. Military Academy (West Point).  In 1984, I graduated the academy and was assigned to the Infantry branch.  I served 30 years until I retired as a Colonel (O6) in 2014.  During my Army service, I served in numerous command positions and senior leader staff positions.  I now serve as a Federal service employee (GS14) as the Deputy Chief of Future Operations at U.S. Army Europe and Africa, in Wiesbaden, Germany

c.  In June 2002, I assumed command of the 4th Battalion, 31st Infantry Regiment, in the 10th Mountain Division at Fort Drum, NY. During my tenure as a battalion commander, we were deployed to Afghanistan for 6 months and then a tour in Iraq for 12 months.  Shortly after my assumption of command, I met Specialist (SPC, E4) Joshua Coy who was in A Company.  1LT Adam Malson (1LT, 02) came to the battalion in the summer and in November/December 2004, he was assigned as a platoon leader in A Company.

d.  In June of 2004, the battalion was deployed to Iraq and stationed at Camp Justice, in the Kadhimiya district of Baghdad. The base was in the heart of Baghdad, a dense urban area that was surrounded on three sides by the Tigris River.

e.  Our mission in Iraq was to conduct counterinsurgency operations to provide and maintain a safe and secure environment in the area of Kadhimiya.

f.  February 19, 2005 was the Shiite holy day of Ashura.  The holiday marks the day the Prophet Muhammad's grandson Imam Hussein and his companions were killed in 680 A.D. in a battle. Two revered descendants of Hussein are buried at the holy Mosque of Kadhimiya.  We were expecting 100,000 people or more to visit the shrine that day.  The roads had been cordoned off a mile away from the Mosque with Iraqi Police checkpoints to protect against potential vehicle born improvised explosive device (VBIED) attacks outside the mosque. The perimeter was manned with Iraqi Police and Iraqi Army, and the perimeter was constructed of different types of barrier

Declaration of John M. Spiszer (February 19, 2005 attack)                                                    1

Fis_CoyJ_CR_00000001

PX1601

material (Jersey barriers, T barriers, and Hesco barriers).  There were bus shuttles dropping off and picking up people outside of the perimeter barriers.

g.  1LT Malson and his platoon were out in the community conducting a security patrol on the outskirts of the security perimeter in the neighborhood of the al Kadhimiya, trying to deter any insurgents and support our Iraqi partner security forces.  They had four M1114 Up-armored HMMWVs.

h.  After lunch, my team and I were getting ready to head out again when we heard an explosion.  I went into my Tactical Operations Center (TOC) for a report.  We had control of an unmanned aerial vehicle and turned to view of the attack location.  (See Exhibit E).  We could see burning vehicles and 1LT Malson's personnel in the area. 1LT Malson's HMMWV was nearest the bus and he and his female Iraqi interpreter, Ms. Shine, were attempting to render emergency aid to a woman in a damaged vehicle.  We then saw a person leave a shop nearby and approach within 4-5 steps of 1LT Malson, walk up behind 1LT Malson, and detonate an explosive vest.

i.  I later determined that the attack began with an RPG being fired and then a suicide bomber with an IED vest got on a bus and detonated his vest.  The bus had pilgrims that were either coming or leaving. Then shortly after the blast 1LT Malson and his platoon arrived, followed by the second suicide IED explosion.

j.  My team and I were at the Battalion Command Post (CP) about 2 kilometers from the attack scene, so we rushed there arriving within 5 minutes.  (See Exhibit E).  When I arrived, I saw 1LT Malson's patrol vehicle, a burned out bus, and one or maybe two damaged cars. Ms. Shine's body had been loaded into an Iraqi ambulance. SPC Coy had already been evacuated by the time we arrived or was being treated away from the immediate attack scene.  I also remember seeing SSG William Costa at the scene, covered with what I believe was 1LT Malson's blood.  I ordered my Command Sergeant Major to take charge of the platoon soldiers and the rest of my team to insure we had a safety perimeter set up and 1LT Malson's soldiers were focused and not distracted by his death.

k.  It took approximately an hour to recover the vehicle and 1LT Malson's body, which were taken back to camp.  We had to continue to maintain a presence in the area because the religious event continued with pilgrims continuing to come and go into the area.

l.  This attack was a complex attack that was very well coordinated. This attack was the most professional that I saw during the whole tour of Iraq. The insurgents planned to

Declaration of John M. Spiszer (February 19, 2005 attack)                                                 2

Fis_CoyJ_CR_00000002

PX1601

kill Shia pilgrims and then to attack and kill the responding coalition forces while rendering aide to the wounded and killed. Evidently, the suicide bomber(s) were hiding in a building near the bus drop off and had likely set up inside the building ahead of the festival and the start of security checks. Their hiding place was merely 4 to 5 steps from where the bus stopped to unload pilgrims to enter the checkpoint. They demonstrated tactical discipline and waited until the time was right.

m. The attack on 1LT Malson's platoon was one of several that day. There was one other attack in our area at the same time. An IED attack on another one of my platoons from HHC Company occurred approximately 1 mile away in Hurriyah District very near the time of the attack on 1LT Malson's platoon. (See Exhibit E). The group that committed that IED attack is believed to be the same one that attacked 1LT Malson's platoon. This was a complex operation designed to discredit our security mission.

n. The weapon(s) used in the 1LT Malson's attack were an RPG followed by a personnel-borne IED and then a second personnel-borne IED. The area from 1LT Malson's vehicle and the other bombed vehicles was probably no more than 30 meters end to end.

o. In 2007, I was contacted by the family to determine if 1LT Malson would be eligible for a Silver Star medal. I contacted some of the soldiers who were present at the scene when the attack occurred. I received statements from CPT Paul Voelke and SFC William Costa. They reported to me that there was an explosion and they came upon a vehicle on fire, engulfed in flames, as well as a bus that had been blown up from the inside with bodies inside and out on the grown nearby. They then came upon a car with an injured Iraqi inside and several Iraqi men trying to get the person out of the car. 1LT Malson and Ms. Shine attempted to assist in removing an Iraqi woman out of the car. That is when the suicide bomber walked up and detonated his vest right behind 1LT Malson and Ms. Shine. 1LT Malson sustained mortal injuries from the blast. The statements from CPT Voelke and SFC Costa were provided to Mr. Ben Malson, Adam's father. The email from me to Mr. Malson is attached as Exhibit F. CPT Voelke was later killed in Afghanistan and I no longer have contact with SFC Costa.

p. The HMMWV in which 1LT Malson and others were riding sustained some damage, including a cracked windshield and some other damage, but because of its location to the blast there likely was more damage than I currently remember. I was concentrating and focusing my attention on securing the scene and attending to those killed and injured in the blast.

---

Declaration of John M. Spiszer (February 19, 2005 attack)                                     3

q. There were at least a dozen local nationals killed in the attacks.  Both bombers were killed.

r. While I am unaware of any group claiming responsibility for the attack, it is likely that the group who committed it was a Sunni insurgent group targeting Shia civilians and Coalition forces. At the time of the attack and in this area, the dominant Sunni terrorist group was affiliated with AQI.  The tactics, techniques and procedures used in this attack match those of AQI at the time.

s. 1LT Malson was killed immediately from the blast and SPC Coy received shrapnel wounds and damage to his hearing.

t. As Part of my Declaration, I am providing documentary materials attached as Exhibit A through F.

1. Exhibit A attached to this Declaration is a true and authentic copy of a current official photograph of me. I have personal knowledge of the source or creation of this Exhibit because the photograph was taken of me as an official photograph for my last job as the Chief of Staff of US Army Japan at Camp Zama, Japan, in April 2018.

2. Exhibit B attached to this Declaration is a true and authentic copy of a photo of me (4th from the left) along with soldiers who would have been with me while on patrol the day of this attack.  I have personal knowledge of the source or creation of this Exhibit because I was present when the photograph was taken in front of an up armored HMMWV while we were deployed to Iraq and it accurately depicts the moment.

3. Exhibit C attached to this Declaration is a true and authentic copy of a photo depicting me (2nd from the left) and other soldiers on foot patrol probably within a week or two of the time of the attack and near the Kadhimiyan Shrine.  I have personal knowledge of the source or creation of this Exhibit because I was present when the photograph was taken and it accurately depicts the moment.

4. Exhibit D attached to this Declaration is a true and authentic copy of a photo of 1LT Adam Malson patrolling on the main road that ran east / west from the Kadhimiya Mosque.  The photo was taken from the east looking west toward the Mosque.  I have personal knowledge of the source or creation of this Exhibit because I recognize 1LT Malson in the photograph and it accurately depicts the street leading up to the Kadhimiya Mosque in Baghdad.

Fis_CoyJ_CR_00000004

PX1601

5. Exhibit E attached to this Declaration is a true and authentic copy of a map that depicts the area where the attack occurred including the Kadhimiya Mosque, the Battalion CP, FOB Justice, the attack site where 1LT Malson was killed and SPC Coy was injured, and the 2nd attack site.  I have personal knowledge of the source or creation of this Exhibit because I downloaded the map from Google Earth and made the markings (placed pins, outline the FOB in blue, and descriptions marked in white. This map accurately depicts the locations and distances of the area it illustrates.

6. Composite Exhibit F attached to this Declaration is a true and authentic copy of email correspondence written by me to the Malson family after his death, as well as copies of statements provided to me after the attack by CPT Paul Voelke and SFC William Costa.   I have personal knowledge of the source or creation of this Exhibit because it includes emails between me and the Malson family as well as statements provided to me in the course of the military's investigation into the events involved in this attack.

I declare and state under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on this 2022-04-21 day of April, 2022.

Signature:

Declaration of John M. Spiszer (February 19, 2005 attack)                                         5

# EXHIBIT A

Fis_CoyJ_CR_00000006

PX1601



Fis_CoyJ_CR_00000007

PX1601

# EXHIBIT B

Fis_CoyJ_CR_00000008

PX1601



Fis_CoyJ_CR_00000009

PX1601

# EXHIBIT C

Fis_CoyJ_CR_00000010

PX1601



PX1601

# EXHIBIT D

Fis_CoyJ_CR_00000012

PX1601



Fis_CoyJ_CR_00000013

PX1601

# EXHIBIT E

Fis_CoyJ_CR_00000014

PX1601



# EXHIBIT F

Fis_CoyJ_CR_00000016

PX1601

----- Forwarded Message -----
**From:** "Spiszer, John M. COL" ‹ ██████████████ ›
**To:** Ben Malson ‹ ██████████████ ›
**Sent:** Thursday, February 8, 2007 12:37 PM
**Subject:** RE: REPLY: LT ADAM MALSON- 31st Infantry Unit Award

Sir,

Sorry for taking so long to get back with you reference your son's award.  I
was working with some of my former Soldiers to gather statements concerning
what happened on 19 February.  I received two, from CPT Voelke and from SFC
Costa.  CPT Voelke was the commander on the scene and SFC Costa was the
soldier in closest proximity to Adam when he was killed.  I have attached
their statements so that you may have them, if you want them.  They are an
accurate account of your son's last minutes, but I caution you that they are
also fairly blunt and somewhat graphic.  I arrived shortly after the events
transpired, but was able to reconstruct everything that happened on the
ground myself, as well.

In my judgment the statements validate what I remember and that Adam was
properly awarded the Purple Heart and Bronze Star.  Adam performed to a high
standard on this day.  His actions were correct and extremely honorable.  He
displayed bravery, but it was of a level that many soldiers, including Adam,
display every day in combat.  To award a Silver Star requires a level of
gallantry in action against an armed enemy well above that which occurred on
19 February and usually involves direct contact with the enemy and a
deliberate acceptance of mortal danger.  I am sure if the situation demanded
it, he would have, but the situation did not require that sort of gallantry.
He did display on this day and on many other days the level of meritorious
achievement in connection with military operations against an armed enemy
that merited the award of the Bronze Star.  He was a fine young man.

With deepest respect, Pro Patria,

John M. Spiszer
Colonel, U.S. Army

-----Original Message-----
From: Spiszer, John M. COL
Sent: Thursday, November 30, 2006 11:47 AM
To: Ben Malson
Subject: FW: REPLY: LT ADAM MALSON- 31st Infantry Unit Award

Sir,

Thanks for getting back to me.  I was hesitant to contact you reference the
unit award, fearing to open up the wound, but I guess it can never truly
heal.  I will send you the ribbon and award citation.

I appreciate your feelings and thoughts about Adam.  He was one of the
finest young officers that served in the battalion in the entire 38 months I
commanded it during two combat deployments.  The letter you have giving Adam
my recommendation for Regiment was from the heart and not just an inflated
typical recommendation.

As far as what happened that day.  I agree Adam was brave and took the
harder right.  However, not to denigrate his actions, they were typical of
what many of his compatriots did on a daily basis.  Not that it is ordinary,
but that that is the quality of young people we have serving and doing the
right thing every day in many difficult situations.

You may not know but I was out there on that day myself and I also watched
the UAV tapes of what happened.  In fact I tried to bless him as best I
could.

I must admit that at that time little thought was given to giving Adam an
award for valor for that day.  We did award him with a Bronze Star and
Purple Heart for exceptionally  meritorious service in combat and for giving
his life in the service of our Nation.  We gave out very few awards for
valor while over there and no one in the Battalion, and I don't think in the
Brigade, received the Silver Star and there were many acts of gallantry.
Based on both the regulations and the day to day standards and activities in
Iraq I think we did the right thing.  However, I will contact the folks
involved and will discuss with them and my old boss what they think.  I have
already contacted COL Milley, the Brigade Commander, and discussed pursuing
this with him.  I am in contact still with CPT Voelke, and hopefully he can
contact SPCs Coy and Ferguson (the other two soldiers wounded that day) who
were there and witnesses, and the B Co CDR, CPT Kramer, who should be able
to track down SFC Costa, who was actually closest to him when it happened.
I also keep in touch with the CPTs I think you talked to, Smith and

Fis_CoyJ_CR_00000018

McCarthy.  Anyway, I will get back to you when I get with them and see what
they say and remember.

Please accept my continued respect and appreciation.  I remember Adam often
for the exceptional person he was every day.  Please let me know if there is
anything else I can do for you in the future.

With respect, Pro Patria,

John Spiszer

COL. John M. Spiszer
Deputy Director
Soldier Battle Lab



-----Original Message-----
From: Ben Malson
To: Spiszer, John M. COL
CC: Dave Malson; Amy Malson; Debbie Malson
Sent: Sat Nov 25 10:51:10 2006
Subject: REPLY: LT ADAM MALSON- 31st Infantry Unit Award

November 25, 2006

Col John M. Spiszer,

Please forgive me for not returning your email sooner. The Malson Family
would be honored to receive the Unit Award Ribbon. (See home address below)

Nearly two years after the death of Adam, we still struggle with the loss of
a fine son, brother, husband and soldier.

He received many athletic trophies, metals and academic awards during his
short time on this good earth. Adam was a star athlete, scholar and solid
leader in civilian life. When he raised his right hand and took the oath in
May of 2003, he carried his leadership ability into the US Army.

Fis_CoyJ_CR_00000019

I placed on my work office wall your letter of recommendation supporting LT Malson for the 75th Ranger Regiment. He was so proud of that particular accomplishment. We spoke about the 75th the morning of his death. I read it weekly to remind me of one very special person that served in our military.

I do not want to sound or appear selfish, but I truly feel that Adam instinctively went beyond the call of duty attempting to bring calm to a terrible situation in Iraq on February 19, 2005.

I personally spoke to several soldiers from his Company and platoon including two US Army Captains (Retired) that were at HQ when the incident occurred. I know they do not have a decisive vote on who receives awards, but they all feel that he should have received a Silver Star, posthumously, for his unselfish act of heroism. I researched the Army qualifications for the Silver Star and found that Adam would clearly qualify. He saved lives by giving his own and "demonstrated gallantry in action". A Sergeant from his platoon said it best. "Adam took the hard right, not the easy wrong". The quote exemplifies a true act of bravery.

Please talk to the men that witnessed his bravery on the ground and from the "eye in the sky" at HQ. Speak to the two young soldiers in his platoon that were wounded when the terrorist detonated his bomb. Talk to the woman and her family members that LT Malson pulled from the burning vehicle during that day of horror in Iraq. They are all happy to be alive today and thank Adam for his action, regardless of the end result.

Again, please do not think of me as a whining parent. We raised our children to be clear thinking, caring, God fearing individuals. Adam was one of many Malson family men that served our great Country dating back to his great-uncle Mike (Malzin) Malson who served in the US Army during World War I.

Thank you again for your thoughtfulness and also reading my opinion from a proud parent of a true hero, our beloved son, brother and husband: US Army Ranger, LT Adam Malson.

"NEVER FORGET WITH NO REGRET"

Best regards,

Ben and Debra Malson



----- Original Message ----
From: "Spiszer, John M. COL" <
To:
Cc: "Melissa Spiszer (                    " <
Sent: Monday, October 30, 2006 2:33:02 PM
Subject: 31st Infantry Unit Award

Mr. Malson/Lindsey,

You may remember me, I was Adam's Battalion Commander at FT Drum and in Iraq
.  I wanted to let you know that the Battalion has been approved for the
award of the Meritorious Unit Award or Commendation for its service in Iraq

from June 2004 to June 2005.  This is an award that is only given to those units involved in combat operations and is essentially the equivalent of giving every Soldier in the unit an Army Commendation or perhaps Bronze Star Medal for meritorious service in combat.  General Casey, the Commander in Iraq has approved this award, but I have not received the official orders yet, but that is just a matter of time.  Adam, as a member of the unit, earned this award also.  It is a little different from a medal in the normal sense.  Unit awards are ribbons that are worn on the right breast vice individual awards that are worn on the left breast above the pocket.  Unit members wear the awards earned by the unit they are in, no matter when the unit earned them, and individuals can permanently wear awards that were earned by the unit while they were in them.  Unit awards are relatively rare.  This award is a single red ribbon surrounded by a gold metallic border.  If you would like one I'd be happy to send you one if you would provide an address.  A picture is attached.


I hope you both are doing well and the same for Mrs. Malson.  After returning last year we almost immediately moved to attend the Naval War College and we are now at Fort Benning .  I am in contact with many of the Polar Bears.  If you need anything please don't hesitate to let me know.


Pro Patria,


John Spiszer


COL John M. Spiszer

Deputy Director, Soldier Battle Lab

██████████████████████████████



Cheap Talk? Check out Yahoo! Messenger's low PC-to-Phone call rates.

# STATEMENT OF
# SFC WILLIAM COSTA

Fis_CoyJ_CR_00000023

PX1601

My account of the events that happened on 19 Feb 05,  starting at the Hospital.  The patrol was at the hospital investigating weather or not 3 ING personnel were injured in a mortar attack.  We had just entered the hospital and started asking the staff questions when we heard an explosion.  LT Malson received some ICOM traffic regarding the explosion and we took off at a run for the vehicles, everybody mounted up and we moved out.  Initially there was some confusion as to where we were going to go, we started moving toward the intersection and the railroad tracks, then we made a u-turn and started heading back towards the hospital, then we made another u-turn and headed for the tracks again.  Upon approaching the railroad tracks, I could see a vehicle on fire; it appeared to be a White 4 door SUV Iraqi police vehicle.  It was engulfed in flames and the tires were burnt off by the time we arrived.  That vehicle was in the eastbound lane.  I also saw a yellow school bus that had apparently been blown up from the inside out; there was at least 4 bodies visibly destroyed on the bus itself, and 2 on the ground.  We passed through that scene with 3 vehicles and established far side security, and the trail vehicle stayed back without passing the bus.  Initially we pushed about 150 to 200 meters beyond were the bus and IP truck were blown up.  Then LT Malsons' vehicle, the one I was riding in, pulled off the line and went closer to were the vehicles were blown up, we approached to within approximately 50 meters of the blast zone, and could observe bodies in the street.  There were about 4 Iraqi males standing around a car trying to open a door.  LT Malson, The interpreter Shine, and Myself exited our vehicle and approached the blast zone.  We could see an injured male in the back seat of a blue green car, and there were about 4 Iraqi men trying to open the door to get this guy out so they could render aid.  LT Malson went around the back of the vehicle with Shine, and I followed.  There were men trying to open the back passenger side door of the vehicle, but it was jammed apparently from a previous explosion.  It did not appear that the car had been blown up, but did have blast damage from something else.  LT Malson moved in and grabbed the frame of the door to try and help open it to get the Iraqi male out of the vehicle.  The door wouldn't open even though it was getting wrenched on pretty hard.  I said I don't think it will open unless we get the hooligan tools and pry it open, and at the point I turned around and started to walk behind the vehicle to head back towards the Humvees and get a set of tools.  I took about 1 step and that is when the explosion happened.  I did not see what blew up, and I started moving towards the Humvee, about halfway to the Humvee I saw the gunner waving for me to go back, and I didn't know what he was talking about, so I turned around and went back to the car and saw a weapon laying against the rear drivers side wheel.  I picked it up and headed back for the Humvee thinking that LT Malson had left it there when he fled the explosion.  I got to the Humvee and the driver was down, clutching his hand and his face.  I pulled the driver behind the Humvee and wave for help from a Humvee behind me.  I didn't see LT Malson, so I ran back to the vehicle and when I went behind it to the rear passenger side that is were I saw him, and he was dead.  There wasn't anything I could do for him, and I didn't see Shine, didn't realize she was missing at that point.  After we got security re-established I remember an ambulance at the scene, and I opened the side door and saw a woman in the back with 2 males piled in as well.  The female appeared to be Shine, and I thought I saw her moving at that point, but it may have been the bodies shifting because of the way they were piled in the back of the ambulance.  I can't remember whom, but I think it was CPT Voelke that I told Shine was in the back of the ambulance, and someone else opened it up

Fis_CoyJ_CR_00000024

and verified it as well.  At that point LTC Spiszer was on the ground at the blast scene, and told the ambulance to take off and it did.  We repositioned one of the Humvees to cover a side street better than it was already being covered, but I'm not sure exactly when that happened.  Sometime after the ambulance took off we got word that a suspicious vehicle was seen leaving the area of the last blast and had damage to it, CPT Voelke grabbed about 5 or 6 guys and the dog team, and we moved down an alley way to check out this vehicle, there was a large crowd down there at the time, and we got them to back off when we moved down.  Initially we pulled 4 males out of a black car, and then realized it wasn't the car we were looking for, the one we were looking for was the next car in front of it with nobody inside it.  The windshield was broken, and there was a purple rope on the front bumper of the vehicle.  It looked like it was being used as a towrope.  The dog searched all the vehicles around the area and didn't hit on anything. The ING started shooting a lot of warning shots in the air to get the crowd to get back, and we moved back to the perimeter, and reassumed pulling security.  We had more vehicles come to our area and assume security and control of the scene, and we hooked up the damaged Humvee to another with a tow bar, and moved to Camp Justice.  Nothing follows.

PX1601

# STATEMENT OF
# CPT PAULVOELKE

Fis_CoyJ_CR_00000026

PX1601

   On 19 February 2005 I conducted a patrol with LT Adam Malson's section in northern Kadhimiya as part of surge for the Shia Islamic holiday of Ashura. Around 1200, we were preparing to mount the vehicles after a visit to the Kadhimiya hospital when we heard an explosion that sounded as though it came from Aaden square, about a kilometer to our south. I directed Malson to move the patrol to investigate the cause of the explosion. As we came on the site, my vehicle was behind Malson's. I saw a burning Iraqi Police (IP) SUV in the middle of the square. This was the source of the explosion. I asked Malson for any reports of AIF from his section. We received reports of armed men to the south that the IP's were in the process of chasing. Malson sent two trucks to the south side of the square, and his truck, mine, and one other moved the southwest trying to determine if any AIF had fled in that direction. He determined that there were not. At this point there were three vehicles to the west (his, mine and another) and two to the south. We had to pass the burning vehicle to get to the southwest part of the square. I directed Malson to move back to where the other two trucks were, establish security, and look for any casualties. Malson began moving back toward his other two vehicles, passing the burning IP SUV. At this point, our three vehicles stopped. He did not call me on the radio to tell me why, but he, SFC Costa, and his interpreter, Shine, had moved forward to rescue an Iraqi woman trapped in a car close to the burning IP vehicle. My own assessment at this time was that AIF had destroyed the IP vehicle and fled. We were stopped for a few seconds, and then I heard an explosion. I called Malson on the radio, and got no answer. SGT Scott, one of Malson's team leaders, reported to me that Malson was down. There were no further reports of any AIF, and the patrol took no further contact. I directed the patrol to maintain security, and reported our situation to the battalion TOC.

Fis_CoyJ_CR_00000027

PX1601



## Document Completion Report

### Document Information

| | |
|---|---|
| Document ID | 92687d80-bcf7-43ab-a6cb-ae7e00d0a001 |
| Document Name | John Spiszer Witness Statement Draft (final with exhibits) |
| Nintex Instance | https://na1.assuresign.net/ |
| Document Creation Method | Nintex Web Setup |
| Document Template Used | None |
| Original File Type | pdf |
| Date Created | 2022-04-21T12:39:33 (UTC) |
| Date Completed | 2022-04-21T13:43:20 (UTC) |

### Document Preview (First Page)

**DECLARATION OF**

**JOHN M. SPISZER**

I, John M. Spiszer, declare and state under penalty of perjury that the following statements are true and correct:

a.  I have personal knowledge of the facts and information contained in this Declaration.

b.  I began my military service in 1980 when I entered the U.S. Military Academy (West Point).  In 1984, I graduated the academy and was assigned to the Infantry branch.  I served 30 years until I retired as a Colonel (O6) in 2014.  During my Army service, I served in numerous command positions and senior leader staff positions.  I now serve as a Federal service employee (GS14) as the Deputy Chief of Future Operations at U.S. Army Europe and Africa, in Wiesbaden, Germany

c.  In June 2002, I assumed command of the 4th Battalion, 31st Infantry Regiment, in the 10th Mountain Division at Fort Drum, NY.  During my tenure as a battalion commander, we were deployed to Afghanistan for 6 months and then a tour in Iraq for 12 months.  Shortly after my assumption of command, I met Specialist (SPC, E4) Joshua Coy who was in A Company.  1LT Adam Malson (1LT, O2) came to the battalion in the summer and in November/December 2004, he was assigned as a platoon leader in A Company.

d.  In June of 2004, the battalion was deployed to Iraq and stationed at Camp Justice, in the Kadhimiya district of Baghdad. The base was in the heart of Baghdad, a dense urban area that was surrounded on three sides by the Tigris River.

e.  Our mission in Iraq was to conduct counterinsurgency operations to provide and maintain a safe and secure environment in the area of Kadhimiya.

f.  February 19, 2005 was the Shiite holy day of Ashura.  The holiday marks the day the Prophet Muhammad's grandson Imam Hussein and his companions were killed in 680 A.D. in a battle. Two revered descendants of Hussein are buried at the holy Mosque of Kadhimiya.  We were expecting 100,000 people or more to visit the shrine that day.  The roads had been cordoned off a mile away from the Mosque with Iraqi Police checkpoints to protect against potential vehicle born improvised explosive device (VBIED) attacks outside the mosque. The perimeter was manned with Iraqi Police and Iraqi Army, and the perimeter was constructed of different types of barrier

Declaration of John M. Spiszer (February 19, 2005 attack)                                                     1

### Signer Information

**John Spiszer**

| | |
|---|---|
| Email Address | ████████████ |
| Password Protected | No |
| Fields Requested | 2 |
| Fields Collected | 2 |
| Terms and Conditions | By checking the box below, I agree that the electronic digitized signatures I apply on the following document are representations of my signature and are legally valid and binding as if I had signed the document with ink on paper in accordance with the Uniform Electronic Transactions Act (UETA) and the Electronic Signatures in Global and National Commerce Act (E-SIGN) of 2000. |
| | *Nintex AssureSign complies with requirements and standards of the Electronic Signatures In Global and National Commerce Act (E-SIGN Act) effective October 1, 2000, the Uniform Electronic Transaction Act (UETA), and the Government Paperwork Elimination Act (GPEA)* |

PX1601

## Document History

| Date | Details |
|------|---------|
| 2022-04-21T12:39:35 (UTC) | Document started by user ████████████████ at IP address '204.15.114.66' |
| 2022-04-21T13:42:33 (UTC) | Document visited by 'John Spiszer' at IP address '109.43.114.3' using browser 'Mozilla/5.0 (iPhone; CPU iPhone OS 15_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.3 Mobile/15E148 Safari/604.1' |
| 2022-04-21T13:42:46 (UTC) | Terms and conditions accepted by 'John Spiszer' at IP address '109.43.114.3' |
| 2022-04-21T13:42:46 (UTC) | Document under review by 'John Spiszer' at IP address '109.43.114.3' using browser 'Mozilla/5.0 (iPhone; CPU iPhone OS 15_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.3 Mobile/15E148 Safari/604.1' |
| 2022-04-21T13:43:14 (UTC) | JotBlock '61270b66-845a-4ae0-8a06-ae7e00d0a047' updated by '0bd8a393-f3b2-4ece-8619-ae7e00cff1dd, ████████████ at IP address '109.43.114.3' using browser 'Mozilla/5.0 (iPhone; CPU iPhone OS 15_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.3 Mobile/15E148 Safari/604.1' |
| 2022-04-21T13:43:20 (UTC) | Document signed by 'John Spiszer' at IP address '109.43.114.3' using browser 'Mozilla/5.0 (iPhone; CPU iPhone OS 15_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.3 Mobile/15E148 Safari/604.1' |
| 2022-04-21T13:43:22 (UTC) | Document completed |

## Signing History

| Field ID | Field Type | Field Name | Signer Instructions | Page | Required | Date Signed | Signer IP Address | Date Confirmed | # of Times Reviewed | Signing Attempts | Elapsed Signing Time (Seconds) | Continuous Signing Segments |
|----------|-----------|-----------|--------------------|------|----------|------------|-------------------|----------------|---------------------|------------------|-------------------------------|-----------------------------|
| jspiszer@yahoo.com | | | | | | | | | | | | |
| 35fa9ea7-459b-4359-8998-ae7e00d0a047 | Typed | JotBlock 1 | | 5 | Yes | 2022-04-21T13:43:20 (UTC) | 109.43.114.3 | 2022-04-21T13:43:20 (UTC) | 0 | | | |
| 61270b66-845a-4ae0-8a06-ae7e00d0a047 | Signature | JotBlock 2 | Click "Apply Signature" to apply your adopted signature to the document. This is legally equivalent to signing with a pen on paper. | 5 | Yes | 2022-04-21T13:43:14 (UTC) | 109.43.114.3 | 2022-04-21T13:43:20 (UTC) | 0 | 2 | 4 | 1 |

PX1601

PX1603

| REPORT OF CASUALTY | DEPARTMENT OF THE ARMY ALEXANDRIA, VIRGINIA 22331-0481 | REPORT CONTROL SYMBOL DD-P&R(AR)1664 |
|---|---|---|

| 1. REPORT TYPE Final | 2. DATE PREPARED 23 Mar 2005 |
|---|---|

**3. SERVICE IDENTIFICATION**

| a. NAME (Last, First, Middle and Suffix) Malson, Adam Michael | b. SOCIAL SECURITY NUMBER ▮▮▮▮▮ | c. RANK 1LT | d. PAY GRADE O-2 | e. OCCUPATION CODE/RATING 11A00 |
|---|---|---|---|---|

| f. COMPONENT Reserve | g. BRANCH USA | h. ORGANIZATION A Co, 4th Bn, 31st Infantry Regt., 10th Mountain Div (TF Baghdad) Fort Drum, NY |
|---|---|---|

**4. CASUALTY INFORMATION**

| a. TYPE Hostile | b. STATUS Deceased | c. CATEGORY Killed In Action | d. DATE OF CASUALTY 19 Feb 2005 | e. PLACE OF CASUALTY Baghdad, Iraq |
|---|---|---|---|---|

f. CIRCUMSTANCES
Hostile Action: Blast and shrapnel injuries, per DD Form 2064 ( Certificate of Death).

| g. DUTY STATUS Active: Present For Duty | h. BODY RECOVERED Yes |
|---|---|

**5. BACKGROUND INFORMATION**

| a. DATE OF BIRTH ▮▮▮▮▮▮ | b. PLACE OF BIRTH Royal Oak, MI | c. COUNTRY OF CITIZENSHIP United States |
|---|---|---|

| d. RACE White | | |
|---|---|---|

| e. ETHNICITY None | f. SEX Male |
|---|---|

g. RELIGIOUS PREFERENCE
No Religious Preference

**6. ACTIVE DUTY INFORMATION**

| a. PLACE OF ENTRY East Lansing, MI | b. DATE OF ENTRY 05 Jun 2003 | c. HOME OF RECORD AT TIME OF ENTRY Rochester Hills, MI |
|---|---|---|

**7. INTERESTED PERSONS/REMARKS** *(Name, Address, and Relationship) (Continue on separate sheet, if necessary)*

Conflict: WAR ON TERRORISM / OPERATION IRAQI FREEDOM

Lindsey A. Malson ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Wife 1, 2, 3/SGLI 100%)
Ben and Debra Malson ▮▮▮▮▮▮▮▮▮▮▮▮ (Parents)

Changes were made in items #1, #2, #3f and #4f.
This replaces Interim Report dated 22 Feb 2005.

FOOTNOTES:  1. Adult next of kin.
2. Beneficiary for gratuity pay in the event there is no surviving spouse or child - as designated on record of emergency data.
3. Beneficiary for unpaid pay and allowances - as designated on record of emergency data.

**8. REPORTING INFORMATION**

| a. COMMAND AGENCY Cdr, 3rd PERSCOM, Kuwait, APO AE 09304 US | b. DATE RECEIVED 19 Feb 2005 |
|---|---|

| **9. DISTRIBUTION** DRU HOD KNO | **10. SIGNATURE ELEMENT** BY ORDER OF THE SECRETARY OF THE ARMY: *Jody Ferman* |
|---|---|

NOTE:  This form may be used to facilitate the cashing of bonds, the payment of commercial insurance, or in the settlement of any other claim in which proof of death is required.

DD Form 1300, MAR 2004                    PREVIOUS EDITION MAY BE USED.

PX1605



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

## PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782

TO

FIRST LIEUTENANT ADAM M. MALSON
UNITED STATES ARMY

FOR WOUNDS RECEIVED
IN ACTION
ON 19 FEBRUARY 2005

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 23RD DAY OF FEBRUARY 2005



SECRETARY OF THE ARMY

THE ADJUTANT GENERAL

DA FORM 4980-10, JAN 2000. Previous edition is obsolete.



**DEPARTMENT OF THE ARMY**
U.S. ARMY HUMAN RESOURCES COMMAND
200 STOVALL STREET
ALEXANDRIA VA 22332-0400

PERMANENT ORDERS 054-16                                    23 February 2005

MALSON, ADAM M. ████████1LT  Company A, 4th Battalion, 31st Infantry
Regiment, 2d Brigade, 10th Mountain Division, Multi-National Corps Iraq,
APO AE 09342

Announcement is made of the following award.

Award:  Purple Heart (Posthumous)
Date(s) or period of service: 19 February 2005
Authority:  AR 600-8-22, Paragraph 2-8
Reason:  For wounds received as a result of hostile actions.
Format:  320

This order supersedes any previously issued order that may have been published
announcing this award.

BY ORDER OF THE SECRETARY OF THE ARMY:

WILLIAM H. JOHNSON
LTC, AG
Chief, Military Awards Branch

DISTRIBUTION:
Next of Kin (3)
AHRC-PED-A (1)
AHRC-MSR (1)
Unit (1)
File (1)

Printed on ♲ Recycled Paper

PX1606



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT
OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 24 AUGUST 1962 HAS AWARDED

## THE BRONZE STAR MEDAL

**FIRST LIEUTENANT ADAM M. MALSON**
**UNITED STATES ARMY**

TO

FOR meritorious service from 10 January 2005 to 19 February 2005, while assigned to Alpha Company, 4th
Battalion, 31st Infantry Regiment, 2d Brigade, 10th Mountain Division. He gave the ultimate sacrifice during
combat operations supporting Operation Iraqi Freedom. First Lieutenant Malson's duty performance and
selfless service are in keeping with the highest traditions of military service and reflect great credit upon
himself, the Multi-National Corps Iraq, and the United States Army.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 23RD DAY OF FEBRUARY 2005

SECRETARY OF THE ARMY

THE ADJUTANT GENERAL

DA FORM 4980-5, JAN 2000.  Previous edition is obsolete.



**DEPARTMENT OF THE ARMY**
U.S. ARMY HUMAN RESOURCES COMMAND
200 STOVALL STREET
ALEXANDRIA VA 22332-0400

PERMANENT ORDERS 054-17                                    23 February 2005

MALSON, ADAM M. ███████ 1LT  Company A, 4th Battalion, 31st Infantry
Regiment, 2d Brigade, 10th Mountain Division, Multi-National Corps Iraq,
APO AE 09342

Announcement is made of the following award:

Award:  Bronze Star Medal (Posthumous)
Date(s) or period of service:  10 January 2005 to 19 February 2005
Authority:  AR 600-8-22, paragraph 3-13
Reason:  For meritorious service
Format:  320

This order supersedes any previously issued order that may have been
published announcing this award.

BY ORDER OF THE SECRETARY OF THE ARMY:

WILLIAM H. JOHNSON
LTC, AG
Chief, Military Awards Branch

DISTRIBUTION:
Next of Kin (3)
AHRC-PED-A (1)
AHRC-MSR (1)
Unit (1)
File (1)

Printed on ♻ Recycled Paper

PX1610




**ARMED FORCES INSTITUTE OF PATHOLOGY**
**Office of the Armed Forces Medical Examiner**
1413 Research Blvd., Bldg. 102
Rockville, MD 20850
1-800-944-7912

**FINAL AUTOPSY REPORT**

Name: Malson, Adam
SSAN:
Date of Birth:
Date of Death: 19 February 2005
Date of Autopsy: 22 February 2005
Date of Report: 7 March 2005

Autopsy No.: 05-0186
AFIP No.: 2963080
Rank: O-1, 2LT, US Army
Place of Death: Baghdad, Iraq
Place of Autopsy: Port Mortuary,
    Dover AFB, Dover, DE

**Circumstances of Death:** This 23 year-old male active duty US Army 2LT on a dismounted patrol in Iraq when a vehicle borne improvised explosive device (VBIED) detonated.

**Authorization for Autopsy:** Office of the Armed Forces Medical Examiner, IAW 10 USC 1471

**Identification:** Positive identification by antemortem and postmortem fingerprint comparison

**CAUSE OF DEATH: Blast and Shrapnel Injuries**

**MANNER OF DEATH:  Homicide**

**AUTOPSY REPORT ME05-0186**                                               2
**MALSON, Adam**

**FINAL AUTOPSY DIAGNOSES:**

I.   Blast and Shrapnel Wounds of the Torso
   a.   Large defect of right side of torso extending from just beneath axilla to lateral aspect of right knee, extending into right chest and abdominal cavities with shredding soft tissue destruction
   b.   Wound associated with pulpification of the heart, right middle and lower lung lobes, liver, and right kidney with avulsive loss of majority of right kidney and right adrenal gland; multiple rib fractures (posterior and lateral aspect of all right ribs and anterior aspect of right 1st rib; posterior aspect of left 2nd-8th ribs and lateral aspect of left 1st-2nd, 5th, and 8th-11th ribs); disruption of the bilateral pleural cavities and abdominal cavity; lacerations of the left lung lobes, spleen, and left kidney; multiple transections of the thoracic and abdominal aorta; transection of the distal esophagus and bowel; evisceration of liver, stomach, bowel, and right kidney through right abdominal wall; shredding defects of bilateral hemidiaphragms and pericardial sac with herniation of heart into right chest cavity and fragments of liver into right and left chest cavities; comminuted open fractures of the pelvis (bilateral sacroiliac fractures, symphysis pubic fractures and fractures of right hemipelvis), sacrum, and $2^{th}$ thoracic vertebrae with exposure of the thoracic spinal cord; transection of the bilateral femoral arteries and veins with avulsive loss of the right femoral and iliac artery; extensive soft tissue hemorrhage and destruction of right chest wall and right side of abdominal wall; multiple mesenteric defects and intestinal contusions; laceration of the scrotum; and multiple abrasions and contusions of torso with sparing of anterior chest and abdomen
   c.   Multiple round metallic bearings recovered from with chest
   d.   Direction of wound paths: Back to front and right to left

II.   Blast Injuries of the Head and Neck
   a.   Fracture of the 2nd cervical vertebra (dens)
   b.   Transection of the cervical spinal cord at the level of C1-C2
   c.   Subdural hemorrhage over right side of brain
   d.   Open mandibular fracture
   e.   Minor abrasions of right temple
   f.   Singeing of hair and eyelids

III.   Blast and Shrapnel Injuries of the Extremities
   a.   Shredding injuries to the posterior aspect of the right leg
      i.   Loss of skin and majority of soft tissue of posterior right thigh
      ii.   Open disarticulation of the right knee
      iii.   Open fractures of the proximal right tibia
      iv.   Near amputation of right lower leg with only residual anterior strip of skin

PX1610

**AUTOPSY REPORT ME05-0186**                                                        3
**MALSON, Adam**

    b. Lacerations, contusions, abrasions and second degree burns of posterior and lateral aspect of upper right arm and elbow
       i. Multiple round metallic bearings recovered from within soft tissue of right arm
    c. Lacerations, contusions and abrasions of back of left thigh and bilateral calves
    d. Abrasions and contusions of bilateral forearms and hands

IV.   No evidence of significant natural disease within the limitations of the examination

V.   Toxicology (AFIP)
    a. Volatiles: Blood and vitreous fluid negative for ethanol
    b. Drugs: Urine negative for screened medications and drugs of abuse

## ADDITIONAL PROCEDURES

- Documentary photographs are taken by OAFME photographers
- Full body radiographs obtained and reflect the injuries described
- Metallic fragments recovered and retained for investigative agency
- Specimens retained for toxicologic testing and/or DNA identification are: vitreous fluid, left chest cavity blood, urine, kidney, liver, brain, bile, lung, spleen, adipose tissue, and psoas muscle
- The dissected organs are forwarded with body
- Personal effects are released to the appropriate mortuary operations representatives

## OPINION

This 23 year-old active duty US Army 2LT died of blast and shrapnel injuries, including extensive internal organ destruction, multiple transections of the aorta, transection of the cervical and thoracic spinal cord, and fracture of the second cervical vertebra. These injuries were sustained when a vehicle borne IED detonated in Iraq.

The manner of death is homicide.


Elizabeth A. Rouse, MD
Lt Col, MC, USAF, FS
First Chief Deputy Medical Examiner

PX1610

PX1612

Vinesign Document ID: CDB7E233-2508-494A-B8B1-E3FCF73FBC68

# DECLARATION OF

# JOSHUA DALE COY

I, Joshua Dale Coy, declare and state under penalty of perjury that the following statements are true and correct:

a.  I have personal knowledge of the facts and information contained in this Declaration.

b.  I was born in New Market, Tennessee to Tonya McCampbell (Coy) and Leland Coy on ▆▆▆▆▆▆▆▆▆▆ Growing up I played football, wrestled, enjoyed being outdoors, hiking, hunting and fishing. I also participated in ROTC while in high school.

c.  I served in the United States Army from May 2002 until my medical retirement on November 17, 2011. I entered the Army in May of 2002 and went to Fort Benning, Georgia for basic training and advanced training as an 11C Infantry mortar man. In September 2002, I was assigned to Alpha Company, 4th Battalion, 31st Infantry Regiment, 10th Mountain Division, located at Fort Drum, NY. We deployed to Afghanistan for six months beginning in March of 2003. We returned to Fort Drum and then deployed to Iraq from May 2004 to February 2005 and again from October 2007 until November 2008. During both deployments to Iraq, my rank was Specialist (SPC, E4); my specialty and position was 11C Infantry mortar man.

d.  In May of 2004, my battalion was deployed to Iraq and eventually we were stationed at Camp Justice, in the district of Kadhimiya, in Baghdad. The base was in the neighborhood of Kadhimiya and the heart of Baghdad. The base was in an urban area surrounded on three sides by the Tigris River.  First Lieutenant (1LT) Adam Malson was assigned to the Battalion and my platoon as the Platoon Leader in December 2004 or January 2005.

e.  Our mission in Iraq was to provide security in the area of the Kadhimiya neighborhood, and to conduct security patrols in the area.

f.  On February 19, 2005, 1LT Malson was scheduled to visit the Kadhimiya  civilian hospital to check on Iraqi soldiers that were injured in a previous attack. I wasn't scheduled to be driving that day, but the driver needed a break for personal reasons and I relieved him of driving duty so he could stay back at the base. We were in four M1114 up armored Humvees.  I was in the first vehicle with 1LT Malson. I was the driver and 1LT Malson was in the front right seat. Shine, the Iraqi interpreter, was seated behind me and

The signed document can be validated at https://app.vinesign.com/Verify

Fis_CoyJ_CP_00000183

PX1612

a Sergeant First Class (name unknown) was seated behind 1LT Malson. We rolled out of the FOB and headed to the hospital. 1LT Malson and Shine went into the hospital for 15-20 minutes to check on the victims of the earlier attack. While at the hospital we heard an explosion and were called to investigate an attack at the mosque.

g.  Since it was a religious week, the roads had been blocked off and checkpoints had been setup in the neighborhood with the intention of preventing potential vehicle born improvised explosive device (VBIED) attacks around the mosque.  On that day, people were leaving the mosque and walking out of the safety zone that had been blocked off. The people began loading onto buses that were parked outside of the barricades.

h.  We learned that as the pilgrims were loading onto the buses from the mosque, they were attacked by small arms fire, an RPG and a suicide bomber. A yellow bus carrying a couple dozen people was on fire and completely missing its roof because it had been exploded by a suicide borne IED. Police cars nearby were also on fire and bodies were lying in the road. The scene was chaotic when we arrived and when  I dismounted the Humvee, I saw injured civilians to my left and right, Once we arrived, the explosions had stopped. Thinking back, it's as if the insurgents were waiting for us to arrive. I saw an old man holding a child that had been terribly injured. I was trying to process what I was seeing when Lieutenant Malson asked me if the scene was safe. I told him I believed that it was and began walking to help the old man and child. I was called back to the truck to get the medic bag. As I got between the front vehicle door and the body of the truck, I reached out to grab the medic bag when a second Personal Borne IED (PBIED), known as a suicide bomber, detonated about 20 meters in front of our vehicle. The vehicle door I was standing behind protected my mid-section, but my right hand and right leg took shrapnel. Because of the force of the blast, the door swung back and hit me in the head, knocking me unconscious for some time When I awoke, I was being bandaged and given two shots of morphine in the back of a Humvee. Ball bearings from the PBIED had passed through my right-hand pinky and thumb. A ball bearing had also hit and embedded in my right leg, which I discovered a few days later. Before I was transported from the attack scene, I remember seeing our Humvee and observing the damage from the ball bearings that hit the vehicle in the PBIED attack.

i.  I stayed for about an hour after I was injured for medevac to come in and then I was medevac'd by vehicle back to our Battalion Aid Station at Camp Justice. Once there, I was examined and given another shot of morphine. As a result of the shrapnel injury, my right hand had swollen to the size of a mitt, and I was then sent to the Baghdad International Airport (BIAP) Hospital. Once there, surgery was performed on my right hand to remove shrapnel and relieve the swelling. The next day I was sent to the hospital at Balad Air Base for one night and then transported to Landstuhl Hospital in Germany

Statement of Joshua Dale Coy (February 19, 2005)

2

Fis_CoyJ_CP_00000184

PX1612

for a week for wound care and observation. While at Landstuhl, I discovered the ball bearing shrapnel in my right leg. I removed the shrapnel fragment myself and then the health staff cleaned the wound. After being admitted for a week at Landstuhl, I was sent back to the United States for continued treatment and healing of my wounds. I received treatment at several military hospitals and I continue to receive treatment from VA facilities. As a result of the attack, I also suffered a traumatic brain injury (TBI), post traumatic headaches, permanent nerve damage of my right arm and hand and scarring and limitation of movement of my right thumb from the blast injury and surgeries. I have been given a 100% combined VA disability rating since my medical retirement in 2011.

j.  1LT Malson and I had worked 12 hours a day together for several months straight during our deployment. A female interpreter, who we called Shine, was stationed with us and rode in our vehicle for several months. She was also killed by the blast while she was assisting 1LT Malson with a woman that was injured by the first bomb explosion. There were many more local nationals to include Iraqi Police who had been wounded or killed. The weapon used in the attack against us was a Personal Borne Improvised Explosive Device (PBIED) that was approximately 20 meters away from our vehicle.  The blast was on the front and slightly to the right of our vehicle.

k.  Our vehicle sustained some damage from the ball bearings; our gunner, Kyle Ferguson, received some shrapnel injuries as a result of the attack.

l.  The death of 1LT Malson and the interpreter, Shine, whom I considered to be my friends, affected me greatly and caused me post-traumatic stress disorder, anxiety depression and sleep disorders, which all require medications. I was very outgoing before this attack but now I stay home to myself a lot.  I also had a good relationship with my family, but because of my PTSD I have had to separate from them and only communicate with them occasionally.

m.  As Part of my Declaration, I am providing documentary materials attached as Exhibit A through D.

1.  **Exhibit A** to this Statement is a true and authentic copy of a photograph of myself while deployed to Iraq in 2004-2005. I have personal knowledge of the source and creation of this Exhibit because I am depicted in the photograph and I am in possession of the photo.

2.  **Exhibit B** to this Declaration is a true and authentic copy of a photo of 1LT Adam Malson patrolling on the main road from the Kadhimiya Mosque in Baghdad.  I have personal knowledge of the source and creation of the exhibit because I recognize 1LT

Statement of Joshua Dale Coy (February 19, 2005)

Fis_CoyJ_CP_00000185

PX1612

Malson in the photograph and the photograph was provided and verified as an exhibit by my Command Officer, John M. Spiszer.

3. **Exhibit C** to this Statement is a true and authentic copy of a map that depicts the area where the attack occurred including the Kadhimiya Mosque, the Battalion CP, FOB Justice, the attack site where lLT Malson was killed and I was injured, and the 2" attack site. I have personal knowledge of the source or creation of this Exhibit because my Command Officer, John M. Spiszer, downloaded the map from Google Earth, made the markings and provided the map as an exhibit to his declaration. I have verified that the map accurately depicts the locations and distances of the area it illustrates.

4. **Exhibit D** to this Statement is a true and authentic copy of my Purple Heart award and the Permanent Order Announcement of the award. I have personal knowledge of the source and creation of this Exhibit because I was presented the award by the United States Army on March 2, 2005, and the award is contained in my Department of the Army military file.

I declare and state under penalty of perjury under the laws of the **United States** of America that the foregoing statements are true and correct.

Executed on _____08/18/2022_____

Signature: _Josh Coy_____

Statement of Joshua Dale Coy (February 19, 2005)

4

Fis_CoyJ_CP_00000186

PX1612

# EXHIBIT A

Fis_CoyJ_CP_00000187

PX1612



Fis_CoyJ_CP_00000188

PX1612

# EXHIBIT B

Fis_CoyJ_CP_00000189

PX1612



Fis_CoyJ_CP_00000190
PX1612

# EXHIBIT C

Fis_CoyJ_CP_00000191

PX1612



Fis_CoyJ_CP_00000192

PX1612

# EXHIBIT D

Fis_CoyJ_CP_00000193

PX1612



# THE UNITED STATES OF AMERICA

### TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

**THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE**

# PURPLE HEART

### ESTABLISHED BY GENERAL GEORGE WASHINGTON
### AT NEWBURGH, NEW YORK, AUGUST 7, 1782
### TO

SPECIALIST JOSHUA D. COY
ALPHA COMPANY, 4TH BATTALION, 31ST INFANTRY REGIMENT

### FOR WOUNDS RECEIVED
### IN ACTION

**GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON**
THIS 2D DAY OF MARCH 2005

WILLIAM G. WEBSTER
Major General, U.S. Army
Commanding
PO# 061-02

SECRETARY OF THE ARMY

DA FORM 4980-10 (WT), JAN 2000.

Fis_CoyJ_CP_00000194

PX1612

**2 7**

### DEPARTMENT OF THE ARMY
Headquarters, 3d Infantry Division
Camp Liberty
Baghdad, Iraq
APO AE 09352

PERMANENT ORDERS # 061-02                                          2 March 2005

COY, JOSHUA D. ▮▮▮▮▮▮▮ SPC, Alpha Company, 4th Battalion, 31st Infantry Regiment, (WHNKA0), 2d Brigade, 10th Mountain Division, APO AE 09303

Announcement is made of the following award:

Award: Purple Heart
Date(s) or period of service: 19 February 2005
Authority: AR 600-8-22, paragraph 2-8, MNC-I Memorandum, Subject: Delegation of Wartime Awards Approval Authority-Multi-National Corps-Iraq and Subordinate Units dated 16 February 2005
Reason: For wounds received as a result of hostile enemy action.
Format: 320

FOR THE COMMANDER:

RONALD A. FROST
LTC, GS
ACofS, G1

DISTRIBUTION:
1-INDIVIDUAL CONCERNED
1-UNIT
1-FILE
1-CDR, USAEREC, ATTN: PCRE-FS, Indianapolis, IN 46249-5301 (Enlisted)
1-CDR, HQDA, ATTN: TAPC-MSR, Alexandria, VA 22332-0400 (Officer)



**Vinesign**

| ✔ | **Verification Complete** |
|---|---|
| | The document has been officially verified. |

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Declaration of Joshua D. Coy (2-19-2005) with Exhibits A-D (8-17-2022) |
| **Sender Name** | Jessica Berberich |
| **Document Key** | CDB7E233-2508-494A-B8B1-E3FCF73FBC68 |

**Recipient 1**
Joshua Coy
██████████████

Order 1

**IP Address**
172.33.3.238

**Signature**
*Josh Coy*

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✔ **Document Completed** <br> `Matching Hash` | 08/18/2022 15:22 UTC | Joshua Coy | Signed by Joshua Coy ██████████ <br> **Blockchain Block** <br> VVYeDVekXMQGY+0RIr2SybKoKMAuVo1bgClhLZqxY4A= <br> **Document Hash** <br> AE3335612EE2DF94469D47ED67874B85C5C99054045805FCB91B6EBBB19B3058 <br> **Timestamp** <br> 08/18/2022 15:22 UTC |
| 👁 **Document Viewed** | 08/18/2022 15:20 UTC | Joshua Coy | Viewed by Joshua Coy ██████████ |
| ➤ **Document Sent** | 08/18/2022 15:19 UTC | Joshua Coy | Sent out via email to Joshua Coy ████████████████ |
| ➤ **Document Sent** | 08/18/2022 15:19 UTC | Joshua Coy | Sent out via text to Joshua Coy ██████████ |
| ➤ **Document Sent** | 08/17/2022 23:14 UTC | Joshua Coy | Sent out via email to Joshua Coy ██████████████) |
| ➤ **Document Sent** | 08/17/2022 23:14 UTC | Joshua Coy | Sent out via text to Joshua Coy (██████████ |
| ➤ **Document Sent** | 08/17/2022 18:23 UTC | Joshua Coy | Sent out via email to Joshua Coy ██████████████ |
| ➤ **Document Sent** | 08/17/2022 18:23 UTC | Joshua Coy | Sent out via text to Joshua Coy ██████████) |
| 📄 **Document Created** | 08/17/2022 18:23 UTC | | Created by Jessica Berberich ██████████████ |