PX1615



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

## PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782
TO

SPECIALIST JOSHUA D. COY
ALPHA COMPANY, 4TH BATTALION, 31ST INFANTRY REGIMENT

### FOR WOUNDS RECEIVED
### IN ACTION

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 2D DAY OF MARCH 2005

WILLIAM G. WEBSTER
Major General, U.S. Army
Commanding
PO# 061-02

SECRETARY OF THE ARMY

DA FORM 4980-10 (WT), JAN 2000.

Fis CovJ MR 00000144

PX1615

27

**DEPARTMENT OF THE ARMY**
**Headquarters, 3d Infantry Division**
**Camp Liberty**
**Baghdad, Iraq**
**APO AE 09352**

PERMANENT ORDERS # 061-02                                             2 March 2005

COY, JOSHUA D., ▮▮▮▮▮▮ SPC, Alpha Company, 4th Battalion, 31st Infantry Regiment,
(WHNKA0), 2d Brigade, 10th Mountain Division, APO AE 09303

Announcement is made of the following award:

Award: Purple Heart
Date(s) or period of service: 19 February 2005
Authority: AR 600-8-22, paragraph 2-8, MNC-I Memorandum, Subject: Delegation of Wartime Awards
Approval Authority-Multi-National Corps-Iraq and Subordinate Units dated 16 February 2005
Reason: For wounds received as a result of hostile enemy action.
Format: 320

FOR THE COMMANDER:

RONALD A. FROST
LTC, GS
ACofS, G1

DISTRIBUTION:
1-INDIVIDUAL CONCERNED
1-UNIT
1-FILE
1-CDR, USAEREC, ATTN: PCRE-FS, Indianapolis, IN 46249-5301 (Enlisted)
1-CDR, HQDA, ATTN: TAPC-MSR, Alexandria, VA 22332-0400 (Officer)

# PX1620

# EXPERT WITNESS REPORT AND DECLARATION

***Estate of Christopher Brook Fishbeck, et al., v.***
***Islamic Republic of Iran, et al.***
**1:18-cv-2248, D.D.C.**

**COLONEL MARK LEE WALTERS, US ARMY RET**
**CW4 RONALD EVANS, US ARMY RET**
**CW3 DAVID SULTZER, US ARMY RET.**

**February 19, 2005, Attack in Kadhimiya that Killed 1LT Adam Malson and injured SPC Joshua D. Coy**

PX1620

**TABLE OF CONTENTS**

I.   Kadhimiya District ............................................................................................... 1

    A.  Overview.......................................................................................................... 1

    B.  Predominant People Groups ........................................................................... 1

    C.  Threat Groups (space, purpose, major activities) ........................................... 2

    D.  Tactics, Techniques, and Procedures (TTPs).................................................. 3

    E.  Connection with Iran support – Al Qaeda in Iraq's Connection to Iran......................... 5

II.   Attack: February 19, 2005, Complex Attack (RPG/PBIED) – Kadhimiya District............... 5

PX1620

## I.     Kadhimiya District

### A.     Overview



Kadhimiya (alt. spelling, Kadhimiyah) District is the name of one of nine administrative districts in Baghdad, located in the northwest neighborhood of the city of Baghdad, Iraq. It is about 5 kilometers (3.1 mi) from the city's center, on the west bank of the Tigris. It is also the location of the *Masjid al-Kāẓimayn* Mosque ("Two who swallow their anger"), which is regarded as a holy city by Twelver Shi'ites. It is predominantly a Shia neighborhood. In its early history, the town was an important center of Shi'i learning, perhaps the main center, but over time the town declined, and other cities rose to prominence.

### B.     Predominant People Groups

According to the Institute for the Study of War Kadhimiya District overview, prior to the overthrow of Saddam Hussein, portions of the primarily Shi'a dominated district included Sunni neighborhoods.  However, as the war raged on, the demography of the district shifted to purely Shia as elements of Jaysh al-Mahdi and other Shia criminal elements conducted a lethal campaign of "extra-judicial" killings to rid the area of Sunni influence.[1]  The charts below show the stark shift of demographics from 2003 to 2007.[2]

---

[1] "9 Nissan." Institute for the Study of War, 2008, http://www.understandingwar.org/region/9-nissan-%D8%AA%D8%B3%D8%B9%D8%A9-%D9%86%D9%8A%D8%B3%D8%A7%D9%86

[2] Gulf 2000 Project, Columbia University.  Baghdad Ethnic-Religious Neighborhoods in 2003, 2006 and 2007. https://gulf2000.columbia.edu/maps.shtml

PX1620



**C.    Threat Groups (space, purpose, major activities)**

In the early days of Operation Iraqi Freedom, Kadhimiya District was relatively peaceful, however as 2004 ended, Sunni rejectionists carried out numerous "extra-judicial" killings against their Shia neighbors in the district.  According to the Institute for the Study of War, "throughout 2005 the violence continued to intensify as Al-Qaeda in Iraq (AQI) and Jaysh al-Mahdi (JAM)…frequently battled along the district's southern border with the predominately Sunni Arab district of Mansour."[3]

Later, in 2006, however, AQI's presence in Kadhimiya began to wane and the area became primarily known for its mix of JAM, Special Groups, and other Shiite criminal gangs.  The New York Times article, "Baghdad's District is a Model, but Only for Shiites," outlines the nature of the Shiite domination in the district,

> *Here on the volatile Sunni-dominated west bank of the Tigris River, religious Shiite leaders and their militias have unquestionably consolidated control, transforming Kadhimiya into what could be a model for much of Baghdad if the Shiites have their way…Residents and American commanders describe the area as a nerve center for*

---

[3] Institute for the Study of War, "Kadhimiyah" overview, http://www.understandingwar.org/region/kadhimiyah-%D8%A7%D9%84%D9%83%D8%A7%D8%B8%D9%85%D9%8A%D8%A9

PX1620

*benign and malignant elements of Shiite power, the raw embodiment of the Shiite revival that has swept Iraq in the last four years.*

*The Mahdi Army, the militia loyal to the rebellious Shiite cleric Moktada al-Sadr, helps keep security in central Kadhimiya, watching for Sunni Arab insurgents intent on bombing the main shrine, the market or an ayatollah's home...The militias have created a Shiite-friendly ring around Kadhimiya — many Sunni Arab families on its southern fringes were driven out last year, and the militias have taken the fight to outlying neighborhoods...Territory has been carved up by the armed factions, an affliction common to Shiite areas throughout Iraq. Mahdi Army cells dominate most of the district, but a southern area is controlled by the militia's archrival, the powerful Shiite political party with strong ties to Iran formerly known as the Supreme Council for the Islamic Revolution in Iraq. It recently renamed itself the Supreme Islamic Iraqi Council.  The Sadr militia is itself fractured. Some Iraqis and American commanders report that leaders from rival Mahdi Army cells have moved into Kadhimiya and are vying for power.[4]*

This article, written in 2007 based on interviews with U.S. commanders on the ground describes a relative mosaic of Shia insurgent control over the district, all of which posed danger not only to the Sunni threat, but to the Coalition Forces operating in the district.

One example of the danger to American forces was highlighted in the Long War Journal article featuring LTC Joseph McLamb's 1st Battalion, 502nd Infantry Regiment (1-502 IN).  His battalion task force had recently assumed control of the district from a battalion assigned to the 82nd Airborne Division, where in April 2007, Mahdi Army (JAM) fighters attacked a patrol of American paratroopers near the Kadhimayn mosque, near the Hurriya and Shula neighborhoods.[5]

### D.     Tactics, Techniques, and Procedures (TTPs)

Jaysh al-Mahdi and other Shi'a Militia Groups (e.g., Special Groups, KH, AAH) followed the traditional practice of small arms and indirect fire attacks against coalition and Iraqi Security Forces.  Additionally, they employed IEDs against larger targets, to include the Explosively Formed Penetrators (EFPs), supplied by Iran.  The Multi-National Corps Iraq (MNC-I) Intelligence center reported in December 2006 that "Shia militants continue to employ EFPs as a premier weapon against Coalition Force armor.  Per the threat reporting at the time, they expected attacks to continue through early January (2007) with the threat of EFPs increase along frequently traveled Coalition Force (CF) routes.  Historic reporting of attack distribution links EFP usage

---

[4] New York Times, "*Baghdad District Is a Model, but Only for Shiites*" By Edward Wong and Damien Cave, May 22, 2007, https://www.nytimes.com/2007/05/22/world/middleeast/22shiites.html?_r=1&oref=slogin

[5] Morgan, Wesley, In Northwest Baghdad, Iraqi Forces Stand up, Slowly," Long War Journal, Nov 3, 2008. https://www.longwarjournal.org/archives/2008/11/in_northwest_baghdad.php

PX1620

predominantly to JAM, affiliated Shi'a militant groups. Unit reporting indicates possibility of increased attacks as CF footprint increases in historically JAM-dominated areas."[6]

Likewise, al-Qaeda in Iraq (AQI) employed standard tactics against US and Coalition forces which included small arms, mortar, and rocket attacks. They were also known to employ various forms of improvised explosive devices (IEDs) against moving and stationary targets. The US Army's detailed report from the Iraq War further describes how in 2004 the TTPs employed by these Sunni-insurgent groups operating in areas like Baghdad began to mature from random attacks to deliberate assaults on specific targets:

> *The attackers in these areas used mostly guerrilla-type hit-and-run tactics such as opportunistic firefights, drive-by shootings, ambushes, rocket-propelled grenades, and sniper attacks against coalition military targets. Beginning in July, CJTF-7 also observed increasing numbers of mortar attacks against military compounds, particularly those in Baghdad, Tikrit, and Baqubah. The attacks had shifted from random targets to planned attacks against supply convoys, checkpoints, forward operating bases, and NGOs.[7]*

Further, these same insurgents began to perfect the use of "road-side bombs" against convoys and softer targets. Based on the volumes of ordnance left by the old Iraqi Army, insurgents had easy access to explosives, mines, mortars, tank rounds and artillery shells that they could fashion into Improvised Explosive Devices (IEDs). The Sunni insurgents would employ these devices against specific Coalition or Iraqi Army targets and over time became more lethal and advanced in their designs.[8]

As the war progressed, AQI introduced suicide and vehicle bombing as tactics against Shia civilian, Iraqi Security Forces and Coalition Forces to maximize casualties and sew discord between Sunni and Shia groups. These bombings came in different forms from an individual with a suicide vest, known as a Personnel-borne IED (PBIED), Vehicle-borne IED (VBIED), and Suicide/Vehicle-borne IED (SVBIED). These attacks were generally aimed at large groups of people in order to create a "shock effect" throughout the region. During a DOD press briefing in 2004, the Deputy Commander for United States Central Command (USCENTCOM) provided an operational update and highlighted that Zarqawi (AQI) was employing "visible operations with VBIEDs and the killing of large numbers of people."[9] Later, in the brief he references Zarqawi's letter and philosophy to create a Sunni vs Shia civil war and predicts that he will "blow up some

---

[6] USCENTCOM released file – summary of MNC-I BUA slides from December 2006. Declassified by MG Michael X. Garrett, USCENTCOM Chief of Staff: 201505, slide 163

[7] US Army in the Iraq War: Volume 2, page 177. https://publications.armywarcollege.edu/pubs/3668.pdf

[8] ibid

[9] PX387, DOD Press Briefing, with Lieutenant General Lance Smith, USCENTCOM Deputy Commander. December 15, 2004. GlobalSecurity.org. Accessed November 5, 2019.

PX1620

mosques or kill Shi'a…"  Two months later, Zarqawi and his networks executed suicide attacks throughout Baghdad and Iraq against Shia targets during the Shia holy day of Ashura as part of his campaign.

### E.    Connection with Iran support

Strong evidence indicates that Sunni-led al Qaeda in Iraq (AQI) operating in the Adhamiya district of Baghdad could trace their success to support from Iran.  This level of the relationship and trust between Iran and Sunni groups varied throughout the years.

#### 1.  AQI Connection to Iran

There is significant evidence that Al Qaeda received support from Iran despite their differences as Sunni (AQ) and Shia (Iran) religious views.  Much of this evidence has been detailed in other documents, such as the 9/11 Commission Report.

Furthermore, evidence suggests that Abu Musab Zarqawi, Tawhid wal-Jihad (TwJ) and later al-Qaeda in Iraq (AQI) gained its support and expertise from Iranian sources, either directly or indirectly.  The United States Military Academy Combating Terrorism Center (CTC) article, "Marriage of Convenience" outlined how Zarqawi was able to move safely from Afghanistan and prepare for operations in Iraq through the assistance of Iran.

> *Iranian officials also frequently granted transit through Iran to al-Qa`ida members seeking to travel into or out of Afghanistan. Saif al-`Adl, a senior Egyptian al-Qa`ida operative, wrote in his biography of al-Zarqawi that al-Qa`ida suggested setting up guest houses in Tehran and Mashhad to facilitate the movement of fighters to al-Zarqawi's training camp in Herat, Afghanistan.*[10]

In May 2007, the Multi-National/Coalition Force-Iraq (MCF-I) Intelligence section drafted an analysis of Al Qaeda connections with Iran in the early days of the conflict.  Some of the key points addressed included how Iran served as a "gateway" between AQI interests in Afghanistan and Iraq.  According to the paper, AQI drew its lineage to the radical Islamist Abu Musa'al al Zarqawi (AMZ) and his Tawhid wal Jihad (TWJ) insurgent camp that he led in Herat, Afghanistan. There Zarqawi received direct support from Osama bin Laden and his top lieutenants.  The TwJ camp's location was ideal as it had easy access into Iraqi Kurdistan via Iran, providing easy contact

---

[10] Assaf Moghadam, USMA Combatting Terrorism Center (CTC), "Marriage of Convenience: The Evolution of Iran and al-Qa`ida's Tactical Cooperation. https://ctc.usma.edu/marriage-of-convenience-the-evolution-of-iran-and-al-qaidas-tactical-cooperation/.n accessed 14 June 20.

PX1620

between the jihadists in Afghanistan with the largest Islamic organization operating in Iraq, prior to the Iraq War – Ansar al Islam.[11]

The MCF-I paper also notes that Iran served as a safe haven for Zarqawi operations. According to the document many of Zarqawi's subordinates such as Khaled al-Aruri and Abdel Hadi Ahmad Mahmoud Daghlas maintained residence inside Iran, near the Iraqi border where they coordinated AAS operations for Zarqawi.[12]

In 2004, Zarqawi formally established ties with Al Qaeda.  As a result, AQI gained increased financial and logistical support as well as religious and political backing from AQ's senior leadership and their Iranian IRGC benefactors.  According to the MCF-I paper, Lu'ai Saqa (aka Ala al-Din) served with Zarqawi as a "senior al-Qaeda associate charged with providing logistical support to members of the organization, ranging from forged documents to safehouses and money."  He was regarded as Zarqawi's "external operations chief and served a direct link between Zarqawi and the Iran-based al-Qaeda leadership. [13]

Finally, the Center for Strategic and International Studies (CSIS) article by M.J. Kirdar, "Al Qaeda in Iraq," further outlines the common interests that Iran and AQI shared that overcame other religious differences:

> *Another unexpected alliance occurred between Zarqawi's group and Iran. According to a Jordanian intelligence officer, Iran equipped AQI with weapons, uniforms, and other military equipment: "The Iranians see Iraq as a fight against the Americans… they'll get rid of Zarqawi and all of his people once the Americans are out."  The complex, at times cooperative, relationship between al Qaeda and Iran—ostensibly mortal enemies—demonstrates the importance of not viewing alliances through one-dimensional assessments of group interests.*[14]

## II.    Attack: February 19, 2005 – Complex attack RPG/PBIED - Kadhimiya

**Directly Injured Plaintiffs:** Adam Malson (Estate) and Joshua D. Coy

**Iranian-supported FTOs Involved**: MOIS/IRGC/AQ/AQI

---

[11] PX937, Insurgent Group Profile: Al Qaeda in Iraq (AQI), published May 2, 2007, MCFI Study A (Working Paper); declassified by USCENTCOM Chief of Staff, MG Michael X. Garrett, 201505, FOIA Release, page 1

[12] Ibid, page 1

[13] PX937, Insurgent Group Profile: Al Qaeda in Iraq (AQI), published May 2, 2007, MCFI Study A (Working Paper); declassified by USCENTCOM Chief of Staff, MG Michael X. Garrett, 201505, FOIA Release, page 3, 8

[14] M. J. Kirdar, "Al Qaeda in Iraq," AQAM Futures Project Case Study Series, Case Number 1, June 2011. https://www.csis.org/files/publication/110614_Kirdar_AlQaedaIraq_Web.pdf.  Accessed 14 Jun 2020.

PX1620

**Summary of Opinion.** After reviewing the available evidence and information, we conclude with a reasonable degree of certainty that the February 19, 2005, complex attack that killed 1st Lieutenant Adam Malson and severely wounded Specialist Joshua Coy, included two suicide bombers and an RPG, and was executed by an AQ/AQI cell operating in the Kadhimiya District.  The location of the attack was near the Al-Kadhimiya Shia religious shrine during the Ashura Holiday and a prime target for AQ/AQI to attack local Shia worshippers and Coalition Forces. Further, use of suicide bombers was a routine tactic that AQ/AQI employed against Shia civilians, Iraqi Security Forces (ISF) and Coalition Forces.  Ultimately, AQ/AQI's objective with these attacks was to kill and maim Iraqi citizens and Coalition Forces in order to coerce the withdrawal of U.S. and Coalition Forces from Iraq and regain Sunni dominance of the country in order to ultimately establish an Islamic caliphate.  Further, we conclude that the successful execution of this well-coordinated complex attack against a prominent Shia religious gathering and follow-on CF force was likely a result of the material and training support that AQ and AQI received from Iran through the Iranian Ministry of Intelligence (MOIS) and the Iranian Islamic Revolutionary Guard Corps (IRGC) and IRGC-Qods Force.

**Summary of Attack.** 1LT Adam Malson and SPC Joshua Coy were assigned to A Company, 4th Battalion, 31st Infantry Regiment (4-31 IN), 4th Brigade Combat Team (BCT), 10th Mountain Division operating in support of the Multi-National Division Baghdad (MND-B).  On February 19, 2005, during the Shia holy day of Ashura, their unit was providing security in the vicinity Kadhimiya District of Baghdad when they responded to an explosion of an Iraqi bus full of Shia Pilgrims (caused by a suicide bomber with an IED vest).  Prior to the suicide bomber detonating his IED vest on the bus, the enemy initiated the engagement with an RPG attack against an Iraqi Police vehicle in the same area.  While the platoon was securing the location and assessing the situation, 1LT Malson and his interpreter moved to assist with extracting an injured woman who was trapped in a nearby vehicle.   During the course of the rescue attempt, a second suicide bomber moved behind 1LT Malson and detonated his IED vest, killing him instantly.  SPC Coy was near 1LT Malson and received shrapnel wounds to his right arm (to include a fractured wrist and nerve damage) and left leg, tinnitus, and Post Traumatic Stress Disorder (PTSD) from the same suicide attack that claimed 1LT Malson's life.  The maps below indicate the area where 1LT Malson and SPC Coy were attacked in Kadhimiya District.

PX1620



8

PX1620



**Documents reviewed:**

- **Witness Declaration Statement** – Joshua D. Coy.  The personal witness statement from SPC Joshua D. Coy describing the attack is consistent with the accounts described in the official SIGACT and other witnesses.  During the attack, SPC Coy was standing outside of his (and 1LT Malson's) HMMWV and was present during the suicide attack that claimed 1LT Malson and his interpreter's lives.  Further, he sustained shrapnel injuries to his hand and leg from the same attack and was rendered unconscious after hitting his head against the armored door of the HMMWV, following the blast.[15]  SPC Coy was awarded the Purple Heart as a result of the wounds he received from the same blast.

- **SIGACT Report.** CDLNO 20370093.  USCENTCOM FOIA #22-0054, 28 Apr 2022 "VBIED/RPG ATTK ON IPS/4-31IN PTL IN BAGHDAD (ZONE 27): 2 AIF KIA, 1 CF KIA, 1 C" describes in detail the complex ambush against the patrol while responding to a report of an explosion.  Upon arrival, the patrol discovered that an Iraqi Police (IP) vehicle had been attacked with an RPG.  While securing the area, the U.S. patrol was struck by a suicide attack resulting in one Coalition killed and another injured (plus numerous IP and civilian personnel).[16]

- **Casualty Report.**

---

[15] PX1612, Personal Declaration, Joshua D. Coy, signed August 18, 2022.
[16] PX1600, CIDNE Ops Report number CDLNO 20370093.  USCENTCOM FOIA #22-0054, 28 Apr 2022 "VBIED/RPG ATTK ON IPS/4-31IN PTL IN BAGHDAD (ZONE 27): 2 AIF KIA, 1 CF KIA, 1 C"

PX1620

- The Casualty report confirms that 1LT Malson was killed in action by "blast and shrapnel injuries" on 19 Feb 2005.[17]

- SPC Coy did not have formal casualty report available, however he received the Purple Heart medal for injuries as a result of the suicide bomber IED and the medical notes from paperwork directing his medical evacuation out of Iraq, detailed his initial shrapnel injuries to his hand following the 19 February 2005 attack.[18]

o **Photographs.**

o **Other Declaration Reports (e.g., former Commander).**

- John M. Spiszer (PX1603). Colonel (COL) John M. Spiszer (US Army, retired) served as 1LT Malson and SPC Coy's Battalion Commander during their tour in Iraq, and on the day of the attack against their patrol. He visited the site of the attack and personally witnessed the overhead drone footage of the attack against 1LT Malson's platoon. COL Spiszer confirmed that the attack was "a complex attack that was well coordinated." According to his personal testimony, "the insurgents planned to kill Shia pilgrims and then attack and kill the responding coalition forces while rendering aide to the wounded and killed…they demonstrated tactical discipline and waited until the time was right." Later, he opined that the attack was likely executed by AQI, given that they were the "dominant Sunni terrorist group" in the area and displayed the tactics, techniques, and procedures of AQI at the time.[19] As the Battalion Commander, COL Spiszer understood the enemy situation in his area of operations based on his personal observation, access to intelligence resources, and experience.

- CPT John C. Voelke (PX1603). CPT Voelke served as 1LT Malson and SPC Coy's Company Commander (A/4-31 IN) and was present during the suicide bomber attack that killed 1LT Malson and injured SPC Coy. In an email to COL Spiszer, he confirms that 1LT Malson, SFC Costa, and the platoon interpreter left their vehicles to assist freeing an Iraqi woman from a damaged vehicle (following the initial explosion).[20] Further, he assesses that "AIF" was responsible for the attack. In 2005, "AIF" was a common expression for Al Qaeda in Iraq (AQI).

- SFC Costa (PX1603). SFC Costa served as 1LT Malson and SPC Coy's platoon sergeant and was present during the attack against their platoon. In an email to COL Spiszer, he confirms that the Iraqi Police (IP) vehicle was

---

[17] PX1603, DD Form 1300, Report of Casualty, 1LT Malson, Adam Michael, Fis_MalsonA_MR_000002, 19 February 2005.

[18] PX1616, Medical Record, Operative Note, 447 EMEDS, Baghdad International Airport, Iraq. 19 February 2005. Fis_CoyJ_MTF_0000001.

[19] PX1601, John M. Spiszer, Witness Declaration, April 21, 2022.

[20] PX1601, Paul C. Voelke, Witness Declaration, undated, Fis_CoyJ_CR_00000027

PX1620

attacked with an RPG and a nearby school bus (full of Shia Pilgrims celebrating Ashura) was on fire due to a suicide bomber detonating his IED vest while onboard.  Upon arrival to the scene, SFC Costa reports that 1LT Malson and his interpreter exited their M114 HMMWV to assist extracting a trapped woman from a separate, damaged vehicle. While he was returning to his vehicle to get more equipment, the second suicide bomber detonated his IED vest near 1LT Malson and the interpreter, killing both.[21]

- o **MNC-I Press Briefings.**

    - ▪ Special Defense Department Briefing on CENTCOM Operations in Iraq and Afghanistan, Lieutenant General Lance Smith, CENTCOM Deputy Commander, December 15, 2004.  During a DOD press briefing, the Deputy Commander for U.S. Central Command (USCENTCOM) provided an operational update and highlighted that Zarqawi was employing "visible operations with VBIEDs and the killing of large numbers of people."[22] Later, in the brief he references Zarqawi's letter and philosophy to create a Sunni vs Shia civil war and predicts that he will "blow up some mosques or kill Shi'a…"  Two months later, Zarqawi and his networks executed suicide attacks throughout Baghdad and Iraq against Shia targets during the Shia holy day of Ashura as part of his campaign.

    - ▪ DOD Press Briefing with Lt Gen James T. Conway, Director, Operations, Joint Staff, May 5, 2005.  During his regular briefing with the press, Lt Gen Conway discussed Zarqawi's recent operations and tactics.  He highlights that despite intelligence indicating that AQI was struggling, they were continuing to employ suicide bombers and VBIEDs against targets throughout Iraq.[23]  Further indicating that this TTP was unique to AQI in order to maximize casualties, particularly against civilian, Shia targets like the attack on the Shia Pilgrims celebrating Ashura, four months earlier.

- o **Other Materials/Evidence.**

    - ▪ Columbia University Gulf 2000 Project.  The picture below depicts the ethno-religious make-up of the Kadhimiya District in 2003.  Highlighted in red are the Sunni neighborhoods which indicates the neighborhood where the attack occurred was a Sunni dominated area and likely served as a permissive environment for AQI elements to operate.[24]

---

[21] PX1601, SFC Costa, Witness Declaration, undated. Fis_CoyJ_CR_00000024-Fis_CoyJ_CR_00000025
[22] PX387, DOD Press Briefing, with Lieutenant General Lance Smith, USCENTCOM Deputy Commander. December 15, 2004.  GlobalSecurity.org.  Accessed November 5, 2019.
[23] PX388, DOD Press Briefing with Lt Gen James T. Conway, Director, Operations, Joint Staff.  May 5, 2005. GlobalSecurity.org.  Accessed January 28, 2021.
[24] Gulf 2000 Project, Columbia University.  Baghdad Ethnic-Religious Neighborhoods in 2006. https://gulf2000.columbia.edu/maps.shtml

PX1620



Ethnic-Religious Neighborhoods in Metropolitan Baghdad, 2003.
Gulf 2000 Project, Columbia University. Baghdad Ethnic-Religious Neighborhoods in 2003.
https://gulf2000.columbia.edu/maps.shtml

- CJTF-7 Red Cell: A Red Cell Political Military Assessment, "Future Al-Qaida and Zarqawi Network Operations in Iraq," 3 Feb 2004.[25] The paper, written by the Combined Joint Task Force 7 (the precursor to Multi-National Force – Iraq headquarters) Red cell provides an analysis of Al Qaeda in Iraq goals, objectives, and methods to assist subordinate leaders with better understanding the enemy. Red Teams provide this assessment based on detailed intelligence available. In this paper, they describe AQI's network operatives as "skilled at complex attacks…network has also demonstrated capabilities not normally associated with Former Regime Elements, to include large-scale directional charging and mixing of explosive compositions to overcome force protection measures or target construction. These attacks, moreover, have been characterized by meticulous planning and pre-operational surveillance and intelligence gathering."[26] The paper also addresses AQI's ability to conduct high-profile attacks against symbolic targets, to include Shia religious targets as a "method for sparking greater civil unrest and, perhaps sectarian war."[27] The attacks against Shia religious facilities like Al-Khadamiyah shrine on

---

[25] PX932, CJTF-7 Red Cell: A Red Cell Political Military Assessment, "Future Al-Qaida and Zarqawi Network Operations in Iraq," 3 Feb 2004. Declassified by MG Michael X. Garrett, USCENTCOM Chief of Staff, 201505.

[26] Ibid, 2.

[27] Ibid, 1.

PX1620

the day of Ashura was exactly the type of high-profile attack that AQI sought to achieve in order to accomplish their goals.

- In May 2007, the Multi-National/Coalition Force-Iraq (MCF-I) Intelligence section drafted an detailed intelligence analysis of Al Qaeda in Iraq. When addressing their specific Tactics and Strategy, they highlight a recent letter intercepted from Zarqawi to AQI leadership where he "claimed to have orchestrated twenty five suicide attacks during the course of 2003, alone..." In their assessment, "suicide missions" remained a major tactical component of the organization's operations in 2007.[28]

- Multi-National Corps-Iraq (MNC-I) C2 Plans – Threat Assessment slide deck, 2 July 2005. Approximately 5 months after the VBIED attack against Malson and Coy, the MNC-I Intelligence Section (C2) published an update to their "Threat Assessment" across Iraq. The C2 assessed that AMZQ (AQI) will continue to take advantage of porous borders in order to deliver lethal and precision attacks with VBIEDs and SVBIEDs. Attacks against Coalition, ISF, and Civilians will likely increase..."[29] The MNC-I C2 directly attributes the use of VBIEDs/SVBIEDs to Sunni Extremist groups, like AQI so it is reasonable to conclude that the suicide attack against the Plaintiffs was likely committed by elements from AQI.

- Multi-National Corps-Iraq (MNC-I) Command Chronology, beginning 1 May 2005. MNC-I Headquarters published a summary of all Battle Update Assessment (BUAs) from May to December 2005. Selections of this summary include insights in the VBIED attacks that MNC-I reported over this six month period[30]. For example

  - 3 May 05. The BUA included a report about the "VBIED Surge," where MNF-I Intelligence section reported that 65% of the 43x VBIED attacks occurred in Baghdad over the last four days. Additionally, Zarqawi (leader of AQI) claimed responsibility for 33x of the 43x attacks.[31]

  - 14 Sep 05. In one day, AQI conducted twelve attacks using 14x VBIEDs, including seven suicide VBIEDs in Kadhimiya District (the same district as the Plaintiff's attack). Most of the attacks

---

[28] PX937, Insurgent Group Profile: Al Qaeda in Iraq (AQI), published May 2, 2007, MCFI Study A (Working Paper); declassified by USCENTCOM Chief of Staff, MG Michael X. Garrett, 201505, FOIA Release, page 5

[29] PX896, MNC-I C2 Plans Threat Assessment, 2 Jul 2005. FOIA Request, CENTCOM. Declassified by MG Michael X. Garrett, USCENTCOM Chief of Staff, slide 20.

[30] PX895, MNC-I Command Chronology (May-Dec 05). FOIA Request, CENTCOM. Declassified by MG Michael X. Garrett, USCENTCOM Chief of Staff.

[31] Ibid, page 3.

PX1620

targeted MNF-I convoys.  According to the report, AQI claimed responsibility on their webpage.[32]

- The U.S. Army in the Iraq War, Volume 1.  According to this thoroughly researched and sourced history of the U.S. Army's experience during the Iraq War, in the 2005 Zarqawi and AQI added a massive car bomb campaign in Baghdad that "exceeded in size and scope of all its previous campaigns."[33]  Typically, these attacks were directed against Shia civilians in order to incite a civil war, but his cells were not above attack coalition targets.  The vast majority of these suicide car-bomb drivers were foreign fighters, from the western borders through al-Anbar and into Baghdad.

  This document and the two MNC-I productions indicate the direct (and sole) connection of VBIED/SVBIED/PBIEDs to Al Qaeda In Iraq, particularly in 2005.  Thus, it's reasonable to assess that the SVBIED attack against the Plaintiff's was likely executed by an AQI cell operating in Kadhimiya District.

  Five weeks prior to the attack, Zarqawi formed the Mujahideen Shura Council (MSC) to firm up support between various Sunni factions under the AQI banner.  Elements joining this group included 1920 Revolutionary Brigades and Jaysh al-Islami. The History notes that "as the real power behind the council, Zarqawi would continue his campaign to provoke sectarian response from Iraq's Shi'a community…"[34]

- Institute for the Study of War (ISW), "Kadhimiyah."  ISW is a noted think tank and published well resource article, chronicling the Iraq War.  In this article, it highlighted that Kadhimiyah was the home of one of the holiest sites in Shia Islam, the Kadhimiyah shrine.  And, given the significance of this site to Shia Iraqis was the center of a sectarian struggle from 2005 to 2006.[35] To that end, during the holy celebration of Ashura, it served as a natural target for Zarqawi and AQI to attack in order to achieve their desire of fomenting sectarian violence against the Shia populace.

- Article, Daniel L. Byman, Unlikely Alliance: Iran's Secretive Relationship with Al Qaeda, Brookings Institute (July 31, 2012). This article details Iran's longstanding relationship with Al Qaeda, its motivations for supporting the terror group, and the safe haven provided to AQ leadership permitting cohesive leadership during the time of this attack.  He points out that, "In his publicly available writings (cited by the USMA Combatting Terrorism Center, CTC), Sayf al-Adl [one of al-Qaeda's top-ranking leaders] explained that Al Qaeda chose the locations of the training camps

---

[32] Ibid, page 109.
[33] U.S. Army in the Iraq War, Volume 1.  Page 412
[34] Ibid, page 532.
[35] Institute for the Study of War, Khadamiyah.  Page 1

14

PX1620

to enable recruits to transit to and from Afghanistan and Pakistan to Iran, and travel from there to important fields of jihad such as Iraq.[36]

- Report, Federal Research Division, Iran's Ministry of Intelligence and Security: A Profile. Library of Congress, Combatting Terrorism Technical Support Office – Irregular Warfare Support Program (Dec. 2012). This report details Iran's use of MOIS to provide "financial, material, technological and other support services" to AQ, and AQ's use of Iran as a safe haven from which it connects with its regional affiliates, including AQI.[37]

- U.S. Department of Treasury Press Center, "Treasury Takes Action to Stem Funding to the Iraqi Insurgency." February 15, 2005.  In 2005, the U.S. Treasury described how the Islamic Republic of Iran was providing support to Al Qaeda.  According to the official press release, the U.S. Treasury Department designated Muhsin al-Fadhli, an Iran-based confidant of Bin Laden, for providing financial and material support to underwrite attacks against American and Coalition forces fighting in Iraq.[38]

- U.S. Department of State Press Release, "Rewards for Justice – Ezedin Abdel Aziz Khalil (a.k.a. Yasin al-Suri) Reward Offer, December 22, 2011. In 2011, the Department of State offered $10 million reward for information that would lead to the capture of Yasin al-Suri.  According to the report, Suri was an important fundraiser for Al Qaeda and funneled significant amounts of money to Iraq, via Iran.  The report highlights those Iranian authorities maintained a relationship with al-Suri and have permitted him to operate within the Iranian borders since 2005.[39]

- U.S. Department of Treasury Press Center, "Treasury Further Exposes Iran-Based Al-Qa'ida Network." October 18, 2012.  Later, in 2012, the U.S. Treasury Department published another official press release citing al-Fadhli with providing financial and material support to Sunni militants fighting in Iraq. At the time, he was the principal link man for channeling money and material support to the Zarqawi network.[40]

---

[36] Byman, Daniel, "Unlikely Alliance: Iran's Secretive Relationship with Al Qaeda." HIS Defense, Risk and Security Consulting, July 2012, page 29.

[37] Federal Research Division, Library of Congress, "Iran's Ministry of Intelligence and Security: A Profile," December 2012, page 37

[38] U. S. Department of the Treasury, "Treasury Takes Action to Stem Funding to the Iraqi Insurgency," February 15, 2005.

[39] See Office of the Spokesperson, U.S. Department of State, "Rewards for Justice – Ezedin Abdel Aziz Khalil (a.k.a. Yasin al-Suri) Reward Offer," December 22, 2011, https://2009-2017.state.gov/r/pa/prs/ps/2011/12/179618.htm.

[40] U.S. Department of the Treasury, "Treasury Further Exposes Iran-Based Al-Qa'ida Network," October 18, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1741.aspx; Awami, "Looking for Foreign Elements."

PX1620

▪ U.S. Department of Treasury Press Center, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism." February 16, 2010.  In this February press bulletin, the U.S. Treasury formally designated the Iranian Ministry of Intelligence and Security (MOIS) for human rights abuses and support of terrorism.  Among the entities listed was AQI, which according to the Treasury Department received not only money and weaponry but also "intermediary services" that helped secure the release of the group's imprisoned operatives.[41]

**Conclusion.**  After reviewing the available evidence and information, we conclude with a reasonable degree of certainty that the February 19, 2005, complex attack that killed 1LT Adam Malson and severely wounded SPC Joshua Coy, included two suicide bombers and RPG, was executed by an AQ /AQI cell operating in the Kadhimiya District.  At the time of the attack, the location of the attack was within a known stronghold for AQ/AQI where elements would transit into and out of Baghdad to conduct attacks against the local populace and Coalition Forces.  Further, use of suicide bombers was a routine (and unique) tactic that AQ/AQI used against Iraqi Security Forces (ISF) and Coalition Forces.  Ultimately, AQ/AQI's objective with these attacks was to kill and maim Iraqi citizens and Coalition Forces in order to coerce the withdrawal of U.S. and Coalition Forces from Iraq and regain Sunni dominance of the country in order to ultimately establish an Islamic caliphate.  We conclude that the successful execution of this well-coordinated complex attack against a prominent Shia religious gathering and follow-on CF force was likely a result of the material and training support that AQ/AQI received from Iran through the Iranian Ministry of Intelligence (MOIS) and the Iranian Islamic Revolutionary Guard Corps (IRGC) and IRGC-Qods Force.

In our professional opinion, based upon our training, experience and expertise, the totality of the available information indicates that:

1.   The insurgent cell that executed the attack was well trained and prepared for the US patrol as they successfully initiated the RPG and suicide attack that drew the US forces into the attack zone where they followed up with a successful suicide attack.

2.   Based on the official assessments from MNC-I, Al Qaeda In Iraq prosecuted a deadly suicide bombing campaign throughout Baghdad in 2005, which included Khadamiyah District.  It is reasonable, therefore, to conclude that the complex attack that included a suicide bomber attack against the Plaintiffs were conducted by an AQ/AQI cell.

3.   Abu Musab al-Zarqawi was leading AQI at the time of this attack and he and many AQI leaders likely trained on these types of TTPs during their stay in Iran following

---

[41] U.S. Department of the Treasury, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," February 16, 2012, https://content.govdelivery.com/accounts/USTREAS/bulletins/2f1cdf.

PX1620

the 2001 invasion of Afghanistan.  Additionally, during his initial years in Iraq, Zarqawi established training bases in Zahedan, Isfahan, and Tehran, Iran, to conduct such training. At these training bases, AQ/AQI prepared its network to conduct operations in Iraq to fight U.S. and other western forces when they invaded in 2003.

4.      While Zarqawi and his successors from the Mujahedeen Shura Council (MSC) were deployed forward in Iraq, several al-Qaeda Senior Leaders (AQSL) remained in state-provided safe havens throughout Iran which provided AQ/AQI with a cohesive command and leadership structure, funding network, religious/recruitment guidance, operational authority, and support to the AQ affiliates operating in Iraq. This attack was intended, in part, to protect this network and its supply lines and lines of communication critical to sustaining AQI in the al Anbar area.

5.      Finally, the U.S.  Department of Treasury, Department of State, and the Library of Congress have all cited Iran's use of their Ministry of Intelligence and Security (MOIS) to provide financial, material, technological, and other support services to AQ and their affiliate AQI to further their strategic goals in the region.


We hold the conclusions and opinions detailed in this report to a reasonable degree of military intelligence certainty and declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2022

_____
Colonel Mark Lee Walters, US Army Ret


_____
CW4 Ronald Evans, US Army Ret


_____
CW3 David Sultzer, US Army Ret

PX1620

the 2001 invasion of Afghanistan.  Additionally, during his initial years in Iraq, Zarqawi established training bases in Zahedan, Isfahan, and Tehran, Iran, to conduct such training. At these training bases, AQ/AQI prepared its network to conduct operations in Iraq to fight U.S. and other western forces when they invaded in 2003.

4.      While Zarqawi and his successors from the Mujahedeen Shura Council (MSC) were deployed forward in Iraq, several al-Qaeda Senior Leaders (AQSL) remained in state-provided safe havens throughout Iran which provided AQ/AQI with a cohesive     command     and     leadership     structure,     funding     network, religious/recruitment guidance, operational authority, and support to the AQ affiliates operating in Iraq. This attack was intended, in part, to protect this network and its supply lines and lines of communication critical to sustaining AQI in the al Anbar area.

5.      Finally, the U.S.  Department of Treasury, Department of State, and the Library of Congress have all cited Iran's use of their Ministry of Intelligence and Security (MOIS) to provide financial, material, technological, and other support services to AQ and their affiliate AQI to further their strategic goals in the region.

We hold the conclusions and opinions detailed in this report to a reasonable degree of military intelligence certainty and declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2022

_____
Colonel Mark Lee Walters, US Army Ret

_____
CW4 Ronald Evans, US Army Ret

_____
CW3 David Sultzer, US Army Ret

PX1620

the 2001 invasion of Afghanistan.  Additionally, during his initial years in Iraq, Zarqawi established training bases in Zahedan, Isfahan, and Tehran, Iran, to conduct such training. At these training bases, AQ/AQI prepared its network to conduct operations in Iraq to fight U.S. and other western forces when they invaded in 2003.

4.    While Zarqawi and his successors from the Mujahedeen Shura Council (MSC) were deployed forward in Iraq, several al-Qaeda Senior Leaders (AQSL) remained in state-provided safe havens throughout Iran which provided AQ/AQI with a cohesive command and leadership structure, funding network, religious/recruitment guidance, operational authority, and support to the AQ affiliates operating in Iraq. This attack was intended, in part, to protect this network and its supply lines and lines of communication critical to sustaining AQI in the al Anbar area.

5.    Finally, the U.S.  Department of Treasury, Department of State, and the Library of Congress have all cited Iran's use of their Ministry of Intelligence and Security (MOIS) to provide financial, material, technological, and other support services to AQ and their affiliate AQI to further their strategic goals in the region.

We hold the conclusions and opinions detailed in this report to a reasonable degree of military intelligence certainty and declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2022

_____
Colonel Mark Lee Walters, US Army Ret

_____
CW4 Ronald Evans, US Army Ret

_____
CW3 David Sultzer, US Army Ret

PX1620

## Vinesign



| ✔ | **Verification Complete** |
|---|---|
| | The document has been officially verified. |

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Expert Witness Report to M. Lee Walters 9-5-2022 |
| **Sender Name** | Jessica Berberich |
| **Document Key** | 28CB3C33-AA65-480B-9C55-3137CCE0D247 |

| **Recipient 1** | **IP Address** | **Signature** |
|---|---|---|
| ███████████ | 172.33.1.234 | |
| Order 1 | | |

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| **⊘ Document Completed** <br> `Matching Hash` | 09/05/2022 19:53 UTC | M. Lee Walters | Signed by M. Lee Walter███████████ <br><br> **Blockchain Block** <br> VVTXgSedPs5pWOFlq41KBlzgipUQ1LhtG06oHFbMDmU= <br><br> **Document Hash** <br> EA05B96E6B3C429BDA74C96DE276878B24ECD4AB050241DC7A4F515809278EF5 <br><br> **Timestamp** <br> 09/05/2022 19:53 UTC |
| **👁 Document Viewed** | 09/05/2022 19:52 UTC | M. Lee Walters | Viewed by M. Lee Walter███████████ |
| **✈ Document Sent** | 09/05/2022 19:49 UTC | M. Lee Walters | Sent out via email to M. Lee Walters ███████████ |
| **✈ Document Sent** | 09/05/2022 19:49 UTC | M. Lee Walters | Sent out via text to M. Lee Walter ███████ |
| **📄 Document Created** | 09/05/2022 19:49 UTC | | Created by Jessica Berberich ███████████ |

PX1620

## Vinesign



| ✓ | **Verification Complete** |
|---|---|
|   | The document has been officially verified. |

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Expert Witness Report to M. Ronald Evans 9-5-2022 |
| **Sender Name** | Jessica Berberich |
| **Document Key** | 2084CC27-3030-4E2E-AD90-F2E32C84889F |

| Recipient 1 | IP Address | Signature |
|---|---|---|
| Ronald Evans | 172.33.3.7 | |
| ███████████ | | |
| Order 1 | | |

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✓ **Document Completed** [Matching Hash] | 09/05/2022 20:00 UTC | Ronald Evans | Signed by Ronald Evans ████████ <br> **Blockchain Block** <br> VVeXna3jGunuDLoNKuLJdmx6NibvitEFD070mSaQthk= <br> **Document Hash** <br> 9F79D7A87862307E1EE91350E1685EB5D6FA2DE851B7BBEDB943397FE4B131BE <br> **Timestamp** <br> 09/05/2022 20:00 UTC |
| 👁 Document Viewed | 09/05/2022 19:59 UTC | Ronald Evans | Viewed by Ronald Evans ████████ |
| ✈ Document Sent | 09/05/2022 19:58 UTC | Ronald Evans | Sent out via email to Ronald Evans ██████████ |
| ✈ Document Sent | 09/05/2022 19:58 UTC | Ronald Evans | Sent out via text to Ronald Evans ███████ |
| 📄 Document Created | 09/05/2022 19:58 UTC | | Created by Jessica Berberich ██████████ |

PX1620

## Vinesign



| | |
|---|---|
| ✔ | **Verification Complete**<br>The document has been officially verified. |

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Expert Witness Report to M. David Sultzer 9-5-2022 |
| **Sender Name** | Jessica Berberich |
| **Document Key** | 21E6F636-E695-4473-9313-CBC12B1F7AB6 |

**Recipient 1**
David Sultzer
███████████

**IP Address**
172.33.1.234

**Signature**

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✔<br>**Document Completed**<br>`Matching Hash` | 09/05/2022 23:18 UTC | David Sultzer | Signed by David Sultzer ████████<br>**Blockchain Block**<br>VV01GjWsVyLVRddzBclZw8o45uXbJHl1S0nCW5WDygE=<br>**Document Hash**<br>85A66283CFCDA8CD9750A4BE8C2B68683B3D6D4B2B0F40B2383E2A6FD83BF6D4<br>**Timestamp**<br>09/05/2022 23:18 UTC |
| 👁<br>Document Viewed | 09/05/2022 23:17 UTC | David Sultzer | Viewed by David Sultzer █████████ |
| 👁<br>Document Viewed | 09/05/2022 23:17 UTC | David Sultzer | Viewed by David Sultzer █████████ |
| 👁<br>Document Viewed | 09/05/2022 23:17 UTC | David Sultzer | Viewed by David Sultzer █████████ |
| ✈<br>Document Sent | 09/05/2022 19:54 UTC | David Sultzer | Sent out via email to David Sultzer ████████ |
| ✈<br>Document Sent | 09/05/2022 19:54 UTC | David Sultzer | Sent out via text to David Sultzer ████████ |
| 📄<br>Document Created | 09/05/2022 19:54 UTC | | Created by Jessica Berberic ██████████ |

PX1620

PX1700

# Ops Report

Declassified by MG Patrick D. Frank
USCENTCOM Chief of Staff
Declassified on: 29 Apr 2022
Privacy Act Protective Order applies



WebTAS

Wednesday, 23 February 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Sep 17 2006 15:43:00 |
| is Closed | TRUE |
| Summary | AT 1543D, IN NAZL SALMAN AFANDI (ZONE 50) IVO 38SMB 46800 96200, B/4-14 RPTS THAT THEY STRUCK AN IED AT THE INTERSECTION OF RTE GRIZZLIES AND COPPER IVO GRID MB 468 962. ELEMENT CURRENTLY ASSESSING SITE. 0 INJ / MTF. 2-1 RPTS THAT THEY HAVE 2 X PLTS ENROUTE WITH MEV. 3 X US WIA ( 2 X URGENT SURGICAL, 1 X ROUTINE) TAC/A/1-17 SECURING SITE. 1600: CAB RPTS THAT AMERICAN DUSTOFF ETD 12 MINS, ESCORTED BY GD 31/32. 1602: 4-14 RPTS 1 X US (ARMS INJURY), 1 X US (LEG INJURY). 1603: 4-14 RPTS THAT MEDEVAC DEPARTED TAJI. MTF. <br><br> 1611: 4-14 RPTS THAT ELEMENT CONDUCTED GROUND MEDEVAC TO THE 10TH CSH. NOTIFIED TO TURN-OFF AIR MEDEVAC. <br><br> 1618: 4-14 RPTS THAT ELEMENT ARRIVED AT THE CSH. <br><br> 1730: EOD DETERMINES THAT THE IED WAS A SHAPED CHARGE. <br><br> SUMMARY <br><br> 2X US WIA(NSI)(SI) <br> 1X US DOW <br><br> CLOSED |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2006 |
| Month Occurred | September |
| Day Occurred | 17 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Improvised Explosive Device (IED) |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | MND-BAGHDAD |
| Primary AO | |
| Primary District | Baghdad |

Page 1 of 5

PX1700

## Ops Report

| | |
|---|---|
| Primary Province | Baghdad |
| was Suicide | FALSE |
| Tracking Number | 2006-260-170201-0280 |
| Attack On | Coalition |
| Unit Activity | Patrol |
| Title | *IED ATTK ON B/4-14 IN NAZL SALMAN AFANDI (ZONE 50); 1 CF KIA, 1 CF WIA, UNK DAM |
| Association Count | 3 |
| BDA Friendly KIA | 1 |
| BDA Friendly WIA | 1 |
| BDA Friendly Casualties | 2 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | Baghdad |
| Classification | SECRET |
| Classification Releasability Mark | REL TO USA, EGY, FIN, KWT, IRKO, NATO |
| CIDNE Folder | 3.5c   LiteReportView.cfm?module=operations&reporttype=sigact&re portkey=E7620928-B95B-4029-951C-ECBD6808729C&entity=report |
| Date Occurred Excel UK | 17/09/2006 |
| Date Occurred Excel US | 09/17/2006 |
| Date Posted(Z) | Sep 17 2006 13:05:05 |
| Date Updated(Z) | Nov 27 2006 12:09:01 |

Page 2 of 5

Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

04/28/22 002
FISHBECK
CENTCOM_00000191

PX1700

## Ops Report

| | |
|---|---|
| FOB | HOPE |
| Latitude | 33.40380096435547 |
| Longitude | 44.427886962890625 |
| MGRS | 38SMB4680096200 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | UNKNOWN |
| Originator Name | 3.5c |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | E7620928-B95B-4029-951C-ECBD6808729C |
| Reporting Unit | MND-B |
| Route | UNKNOWN |
| Type Of Unit | Coalition |
| Unit Name | |
| Updated By Group | UNKNOWN |
| Updated By Name | 3.5c |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | N/A |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 003
FISHBECK
CENTCOM_00000192

PX1700

## Ops Report

| | |
|---|---|
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) (More not shown) |
| | Baghdad | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | |

### CIDNE Media

| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| SECRET | NOFORN | Optimized 171543DSEP06_MU 8_CCIR6 | | CENTCOMROAR | Document | (More not shown) |

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | (More not shown) (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| Coalition | Not Provided | Patrol | None Selected | Primary | E7620928-B95B-4029-951C-ECBD6808729C | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Improvised Explosive Device (IED) | B0221B8C-C37A-4141-BAFB-5F8E8D43CB48 | Explosive Hazard | IED Explosion |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| IED Explosion | 0E4AC30E-EB19-46F9-9F32-DDC1E22F0FF2 | Explosive Hazard | | | | (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | (More not shown) (More not shown) |
|---|---|---|---|---|---|---|

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 004
FISHBECK
CENTCOM_00000193

PX1700

## Ops Report

| | | | | | | (More not shown) |
|---|---|---|---|---|---|---|
| TRUE | COS--1 X CF/ISF OR CF CIV KIA OR 3 X CF WIA OR 7 X WIA FOR ISF AND CIVILIANS(CF AND LN). IMMEDIATELY NOTIFY (PHONCON) MNC-I JOC OF ANY COMMANDER-- COMPANY THROUGH MSC-- OR ANY FIRST SERGEANT OR COMMAND SERGEANT MAJOR WHO IS VERY SERIOUSLY INJURED, WIA OR K | MNC-I | 168FD234-F67F-4370-9EBC-2649143D7DC0 | 0 | | FFIR -- ACTION OR (More not shown) INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES |

**Association**

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | SECRET | REL TO USA, FVEY | Dec 05 2014 17:57:08 | (More not shown) |
| | | | | | | (More not shown) |
| Link to exploitation CIDNE Report | 1 | Unverifiable | SECRET | NONE | Mar 29 2011 19:20:43 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Exploitation CIDNE Report | 1 | Confirmed | SECRET | REL TO USA, FVEY | Sep 17 2006 13:05:05 | (More not shown) |

10 Empty Attributes
Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Reintegratees Count, Type Reported By
Associated Org, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units, Vehicle

## Relationships
(None)

## Attachments
(None)

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 005
FISHBECK
CENTCOM_00000194

PX1700

PX1701

Vinesign Document ID: ABB4EBB5-A996-4B9B-B129-E81B1D1382C3

## DECLARATION OF

## ENDI CISNEROS HERRERA

I, Endi Cisneros Herrera, declare and state under penalty of perjury that the following statements are true and correct:

a.  I have personal knowledge of the facts and information contained in this Declaration.

b.  I was born on ▮▮▮▮▮▮▮▮ in Salinas, CA and am a U.S. Citizen. I joined the US Army and I enlisted about one week after high school. I went to Basic Combat Training and Advanced Individual Training (AIT) at Fort Knox, KY. Upon completing training, I was sent to Fort Wainwright, Alaska.

c.  Prior to deploying to Iraq, I was assigned to Fort Wainwright, Alaska as a member 2nd Platoon, B Troop, 4th Squadron, 14th Cavalry Regiment, and 172nd Stryker Brigade Combat Team. I deployed to Iraq in August 2005 and returned to the States in December 2006. We were assigned to Forward Operating Base (FOB) Stryker in Multi-National Division Baghdad. My rank was Specialist (E-4), my specialty (MOS) was 19D Cavalry Scout, and my position was Gunner on a Stryker Combat Vehicle.

d.  I was assigned to MND Baghdad on FOB Stryker which was part of the Camp Victory base complex.

e.  Our mission in Iraq was to provide a Quick Reaction Force (QRF) in the area of Baghdad and Sadr City. Conducting route reconnaissance missions is one of the primary missions of a Cavalry Scout and it also provided the QRF the opportunity to become familiar with the routes in our assigned area and to improve our ability to respond more effectively to incidents.

f.  On September 17, 2006, my troop was doing a route reconnaissance along Routes Grizzly and Copper near Sadr City, Iraq. During this mission, I was in the last vehicle in our four Stryker convoy and I was in the gunner position.

g.  Army Sergeant (SGT) E-5 David Davis was in the crew compartment along with Specialist (SPC) (E-4) Melvin Colley.

The signed document can be validated at https://app.vinesign.com/Verify

Fis_HerreraE_CP_00000130

PX1701

h.  Our convoy had completed an operation in Sadr City and we were returning to FOB Stryker. We had travelled approximately 1 kilometer out of Sadr City and were turning off of Route Grizzly and onto Route Copper.

i.  At approximately 3:43 P.M., we slowed to make the turn onto Route Copper when an Explosively Formed Penetrator (EFP) detonated and struck our engine and crew compartments. I was rendered unconscious by the blast and came to after smelling the smoke from the battery compartment. As I regained consciousness, I noticed bullets striking my turret. I attempted to return fire with the main gun but was unable to since the blast cut off the power to our Stryker. I grabbed my rifle and began to return fire. Having lost power, our radios were inoperable, so I used signal flags to alert the others that our vehicle was disabled. Immediately the other Strykers returned to my vehicle to establish security. Once they returned, I assessed my crew for injuries and saw that our team medic, SGT David Davis, had been killed in the explosion. We began treating the injured and evacuated them to other Strykers for medevac. I was the last soldier to leave my Stryker, and when I stepped out of my Stryker, I noticed my right leg was weak.  I then collapsed. I was taken to another Stryker for medical treatment and saw that I had shrapnel wounds to my leg.

j.  The weapon used in this attack was an EFP based on the damages and evidence of copper residue on my personal equipment, ammunition magazines, and the extreme amount of damage to my Stryker. This attack differed from previous IED attacks to Strykers that I had witnessed.  I had previously seen vehicles hit by EFPs. The damage to our vehicle was similar in nature to the previous EFP-damaged vehicles I had seen. My acting platoon leader informed me our vehicle was hit by an EFP and the military intelligence individual in our vehicle also confirmed it was an EFP. The post-attack investigation confirmed the shrapnel lodged in my body armor was copper.

k.  The EFP caused damage to the engine and crew compartments rendering the Stryker immobile and causing the death of SGT David Davis, our medic, as well as injuring our driver, Private First Class (PFC) David Graham.

l.  I received immediate treatment on scene for my shrapnel wounds. I was then evacuated by a Stryker Combat Vehicle to the Green Zone in Baghdad to the Combat Support Hospital (CSH) for follow up care, pain medication and 2-3 days recovery before I returned to my unit.

m.  As a result of this attack, I sustained shrapnel to my knee, a back injury, a traumatic brain injury (TBI), and I have tinnitus. I also have PTSD from the attack. The back injury required four back surgeries and surgery to my left arm. My VA percentage rating is 90%

Fis_HerreraE_CP_00000131

PX1701

with unemployability and is a service-connected disability for my right knee, left arm nerve damage, PTSD, Lumbar Spine, Radial Oculopathy, Sciatic Nerve, skin condition and residual TBI. I currently do not like to leave my home, I do not like being around people and I am hyper vigilant.

n.  As Part of my Declaration, I am providing documentary materials attached as Exhibit A through C.

    1.  **Exhibit A** attached to this Declaration is a true and authentic copy of a photograph of an ammunition pouch that I wore as part of my personal equipment. This ammunition pouch has an approximately nickel coin-sized fragment of copper attached to the right side of the pouch indicated by a red arrow. There are an additional two small copper deposits on the same ammunition pouch indicated by the other two red arrows.  As part of Exhibit A, also included is a close up of the same photograph showing the copper fragments.  I have personal knowledge of the source or creation of this Exhibit because I retrieved the ammunition pouch that was assigned to me as part of my combat equipment and was worn on my external carrier of my ballistic vest and I wore this vest during this incident.

    2.  **Exhibit B** attached to this Declaration is a true and authentic copy of a photograph of my PlayStation Portable (PSP) and Case that was in my possession during this attack and was placed underneath my gunner's position when the EFP detonated. A red arrow indicates the damage to the PSP case. I have personal knowledge of the source or creation of this Exhibit because I retrieved the PSP and Case as my personal property and there is a small amount of copper residue along the left side, zipper portion of the case. This photograph was taken by me after the attack to document the damage to my personal equipment.

    3.  **Exhibit C** attached to this declaration is a true and authentic copy of a photograph of my Stryker Combat Vehicle that I rode in during this attack. I have personal knowledge of the source or creation of this photograph as this photograph was taken by me.

I declare and state under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on        08/22/2022

Signature:

Declaration Endi Cisneros Herrera (September 17, 2006 attack)        Page 3

Fis_HerreraE_CP_00000132

PX1701

# EXHIBIT A

Fis_HerreraE_CP_00000133

PX1701



Fis_HerreraE_CP_00000134

PX1701

# EXHIBIT B

Fis_HerreraE_CP_00000135

PX1701



Fis_HerreraE_CP_00000136

PX1701

# EXHIBIT C

Fis_HerreraE_CP_00000137

PX1701



Fis_HerreraE_CP_00000138

PX1701

**Vinesign**

 **Verification Complete**
The document has been officially verified.

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Declaration of Endi Herrera (9-17-2006) with Exhibits A-C (8-22-2022) |
| **Sender Name** | Jessica Berberich |
| **Document Key** | ABB4EBB5-A996-4B9B-B129-E81B1D1382C3 |

**Recipient 1**
Endi Herrrera
███████████

Order 1

**IP Address**
172.33.1.155

**Signature**

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✔ **Document Completed** *Matching Hash* | 08/22/2022 17:15 UTC | Endi Herrrera | Signed by Endi Herrrera ██████ **Blockchain Block** VVz27KMdTY5gIgWMzlY+Pyz2zy1pk4tMwqrKmOuuSX4= **Document Hash** CE7DBDBA2F6A37E1A0FE359F9B64DC5E9E657DDB9BD14CFB58A75152136284F1 **Timestamp** 08/22/2022 17:15 UTC |
| 👁 **Document Viewed** | 08/22/2022 17:15 UTC | Endi Herrrera | Viewed by Endi Herrrera ██████ |
| ✈ **Document Sent** | 08/22/2022 16:48 UTC | Endi Herrrera | Sent out via email to Endi Herrrera ████████ ) |
| ✈ **Document Sent** | 08/22/2022 16:48 UTC | Endi Herrrera | Sent out via text to Endi Herrrera ( ███████ ) |
| 📄 **Document Created** | 08/22/2022 16:48 UTC | | Created by Jessica Berberich ████████ |

PX1704



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

## PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782
TO

### SPECIALIST ENDI C. HERRERA

FOR WOUNDS RECEIVED
IN ACTION

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 7TH DAY OF OCTOBER 2006

SECRETARY OF THE ARMY

JAMES D. THURMAN
Major General, USA
Commanding
Permanent Order 280-127

DA FORM 4980-10 (WT), JAN 2000

Fis_HerreraE_MR_00000031

PX1704

6

DEPARTMENT OF THE ARMY
HEADQUARTERS, MULTI-NATIONAL DIVISION (BAGHDAD)
CAMP LIBERTY, IRAQ
APO AE 09344

PERMANENT ORDERS # 280-127                            7 October 2006

HERRERA, ENDI C., ███████ SPC, Bravo Troop, 4th Squadron, 14th Cavalry Regiment (WJHSB0),
172nd Striker Brigade Combat Team APO AE 09322

Announcement is made of the following award:

Award:  Purple Heart
Date(s) or period of service:  17 September 2006
Authority:  AR 600-8-22, paragraph 2-8, MNC-I Memorandum, Subject: Delegation of Wartime Awards
Approval Authority-Multi-National Corps-Iraq and Subordinate Units dated 26 April 2005
Reason:  For wounds received as a result of hostile enemy action.
Format: 320

FOR THE COMMANDER:

EDWARD R. PHILPS SSG
CPT, AG
Chief of Operations, G1

DISTRIBUTION:
1-INDIVIDUAL CONCERNED
1-UNIT
1-FILE
1-CDR, USAEREC, ATTN:  PCRE-FS, 8899 E. 56th St., Indianapolis, IN 46249-5301 (Enlisted)
1-CDR, HQDA, ATTN:  AHRC-MSR, 200 Stovall St., Alexandria, VA 22332-0444 (Officer)

PX1704

PX1705

# EXPERT WITNESS REPORT AND DECLARATION

### *Estate of Christopher Brook Fishbeck, et al., v.*
### *Islamic Republic of Iran, et al.*
### 1:18-cv-2248, D.D.C.

### COLONEL MARK LEE WALTERS, US ARMY RET
### CW4 RONALD EVANS, US ARMY RET
### CW3 DAVID SULTZER, US ARMY RET.

**September 17, 2006, EFP Attack in Adhamiya District that Injured Plaintiff
SPC Endi C. Herrera and Killed Others**

PX1705

## TABLE OF CONTENTS

I.   Adhamiya District ............................................................................................................. 1

    A.   Overview ................................................................................................................. 1

    B.   Major cities / urban areas and terrain features ..................................................... 1

    C.   Predominant people groups .................................................................................... 2

    D.   Threat Groups (space, purpose, major activities) ................................................. 3

    E.   Tactics, Techniques, and Procedures (TTPs) ......................................................... 4

    F.   Connection with Iran support ................................................................................ 5

II.  Attack: September 17, 2006 EFP –Sha'ab Neighborhood Adhamiya District, Baghdad ....... 8

PX1705

## I.    Adhamiya District

### A.    Overview

Adhamiya is one of nine administrative districts in Baghdad and is located north of the Tigris River, across from Khadamiyah.  The district is relatively small compared to the others and is considered an upscale neighborhood with approximately 100,000 residents.  A prominent landmark in the area is the Abu Hanifa Mosque.[1]



### B.    Major cities / urban areas and terrain features

Like the other administrative districts in Baghdad, Adhamiya is an urban area made up of a number of smaller neighborhoods, including Adhamiya, Sha'ab, and Ur, which were the most dangerous neighborhoods and often the sites of clearing operations during Operation Iraqi

---

[1] Google map, Adhamiya district, Baghdad,
https://www.google.com/maps/place/Adamiyah,+Baghdad,+Iraq/@33.3678677,44.3286109,13z/data=!4m5!3m4!1s0x155778f545dd40ab:0x8b40c266b855c380!8m2!3d33.3681412!4d44.363851?hl=en&authuser=1

PX1705

Freedom.[2] Much of the district's southern edge runs along the Tigris River and the Army Canal runs southeast to northwest through the center.

### C.    Predominant people groups

Throughout Operation Iraqi Freedom, Adhamiya saw significant swings in the prominent ethno-religious make-up of the district.  According to the Columbia University, Gulf 2000 Project, Adhamiya contained a heavy concentration of Sunni-Muslims in the Adhamiya (same name as district) neighborhood but mixed population areas in the other neighborhoods.[3]  In 2006, the demography shifted and Shia majority neighborhoods emerged in the northern section of the district in the vicinity of Sha'ab while the Sunni majority expanded further into the Waziriya neighborhood, adjacent to the Adhamiya neighborhood.[4]  In early 2007, the mixed neighborhoods disappeared and the Shia Majority neighborhoods included Quds and Waziriya while the Sunni majority neighborhoods expanded north.[5]  Later that year, Shia majority neighborhoods took over portions of Waziriya and the size of the Sunni-dominated areas returned to the size in 2003, where it remained through 2015.[6]  The charts below depict the demographic transition that Adhamiya experience from 2003 through 2007.

 

---

[2] Adhamiya.  Institute for the Study of War article, http://www.understandingwar.org/region/adhamiyah-%D8%A7%D9%84%D8%A7%D8%B9%D8%B8%D9%85%D9%8A%D8%A9

[3] Columbia University, Project 2000, http://gulf2000.columbia.edu/images/maps/Baghdad_Ethnic_2003_lg.jpg

[4] Columbia University, Project 2000 (2006 map), http://gulf2000.columbia.edu/images/maps/Baghdad_Ethnic_2006_lg.jpg

[5] Columbia University, Project 2000 (early 2007). http://gulf2000.columbia.edu/images/maps/Baghdad_Ethnic_2007_early_lg.jpg

[6] Columbia University, Project 2000 (late 2007). http://gulf2000.columbia.edu/images/maps/Baghdad_Ethnic_2007_late_lg.jpg

PX1705



### D.    Threat Groups

Throughout the U.S. involvement in Iraq, Adhamiya saw multiple threat groups operating within the district made up of Shia and Sunni networks that changed over time, due to the mixed ethnic makeup in the neighborhoods.[7]

In 2004, the Adhamiya neighborhood was a Sunni majority neighborhood surrounded by Shia-dominated neighborhoods.  Accordingly, the main insurgent groups included: Shia Islamist insurgents such as Muqtada al Sadr's Jaysh al-Mahdi (JAM) and the Badr Corps under the Supreme Council for the Islamic Revolution (SCIRI); and Sunni Islamist militant groups like Al Qaeda in Iraq, led by Abu Musab al-Zarqawi, and the Islamic Army in Iraq (IAI), led by Sheik Ahmed al-Dabash.  All of these groups shared the same goal of expelling U.S. and Coalition forces from Iraq following the invasion.[8]

Jaysh Al-Mahdi (JAM) was formed by Muqtada al-Sadr in June 2003, as a response to the U.S. invasion earlier that year.  The Mahdi Army (as it was also known by) sought to expel the U.S. coalition from Iraq and establish an Iraqi Shiite government.[9]  Later in 2004, some factions broke away from JAM and formed their own cells, often known as Special Groups (SG) or Shia Militia Groups (SMGs).

The Badr Corps had a significant network throughout Iraq and in particular Baghdad. According to the US Army History of the Iraq War, the Badr Corps network in Baghdad was a key element for moving men, weapons, and equipment throughout the city.

---

[7] Institute for the Study of War, Adhamiyah, http://www.understandingwar.org/region/adhamiyah-%D8%A7%D9%84%D8%A7%D8%B9%D8%B8%D9%85%D9%8A%D8%A9

[8] Stanford University, Mapping Militant Organizations, Islamic Army in Iraq. https://cisac.fsi.stanford.edu/mappingmilitants/profiles/islamic-army-iraq

[9] Stanford University, Mapping Militant Organizations, Mahdi Army. http://web.stanford.edu/group/mappingmilitants/cgi-bin/groups/view/57.

PX1705

*The Baghdad-based axis of the Badr Corps, one of the group's more powerful arms, was supervised from nearby Bakhtaran in Iran by Hamid A'atabi al-Sheibani, also known by the nom de guerre Abu Mustafa al-Sheibani. Sheibani's group developed extensive smuggling routes for moving weapons, relief supplies, men, money, and propaganda from Iran into Iraq to resource Badr activities in Baghdad, Diyala, and Wasit.[10]*

In 2006, the Coalition and Iraqi Security Forces conducted Operation TOGETHER FORWARD to regain control of the problematic districts and neighborhoods in Baghdad, including Adhamiya.  Working together, the US forces cleared the neighborhoods of insurgents while the Iraqi Security Forces followed by "holding" the now secure neighborhoods.  The focus of the operations was intended to clear all insurgents, to include Sunni al Qaeda in Iraq as well as the Sadrist Shia Militia Groups (SMGs).  According to the US Army History of the Iraq War, the Iraqi Security Forces did not achieve the intent of the operation.

*While some Iraqi forces were capable of clearing and holding territory, they tended to lack the will to do so in areas where the troops had no sectarian, tribal, or political ties. On the ground in Baghdad, Operation TOGETHER FORWARD focused on Sunni and mixed-sect neighborhoods suspected of being support zones for AQI and other Sunni militants.*

The Iraqi Security Forces (ISF) largely focused on the Sunni neighborhoods and ignored the Shia neighborhoods which were primarily controlled by Shia militias in neighborhoods like Sha'ab, Adhamiya district.[11] As a result, these insurgent groups maintained relatively free reign over these neighborhoods.

In 2007, according to the Institute for the Study of War analysis of Adhamiya District, the neighborhoods of Sha'ab and Ur experienced high levels of insecurity.  Given the proximity of these neighborhoods to Sadr City, a significant safe haven for Jaysh Al Mahdi (JAM), both areas saw heavy Shia Militia Group (SMG) activity, particularly against the Sunni inhabitants.  Likewise, the Shia communities in these neighborhoods were targets of Sunni-based Al-Qaeda in Iraq attacks.[12]

### E.    Tactics, Techniques, and Procedures (TTPs)

Jaysh al-Mahdi and other Shia militia groups followed the traditional practice of small arms and indirect fire attacks against coalition and Iraqi Security Forces.  Additionally, they employed

---

[10] US Army in the Iraq War, Volume 1.  Page 181. https://publications.armywarcollege.edu/pubs/3667.pdf

[11] US Army in the Iraq War, Volume 1.  page 570, https://publications.armywarcollege.edu/pubs/3667.pdf

[12] Institute for the Study of War, Adhamiyah, http://www.understandingwar.org/region/adhamiyah-%D8%A7%D9%84%D8%A7%D8%B9%D8%B8%D9%85%D9%8A%D8%A9

PX1705

IEDs against larger targets, including the Explosive Formed Projectiles (EFPs), supplied by Iran. In 2007, MG Fil, Commander of Multi-National Division Baghdad briefed that most of the rocket and mortar attacks against U.S. bases in Baghdad originated from Sadr City or its neighboring communities (which included Adhamiya).[13]

## F.    Connection with Iran support

Strong evidence indicates that Shia-led Jaysh al-Mahdi (JAM) and other Shia militias operating in the Adhamiya district of Baghdad could trace their success to varying levels of support from Iran.  This level of the relationship and trust between Iran and threat groups varied throughout the years.

There are volumes of official reports that record the support the Iranian government and the Islamic Revolutionary Guard Corps (IRGC) and IRGC-Qods Force (QF) provided to Iraqi-based Shia militia groups throughout Operation Iraqi Freedom (OIF).  Generally, most sources agree that Moqtada al-Sadr's Jaysh al-Mahdi (JAM) and the Supreme Council of Iraq (SCIRI)'s Badr Corps were the first groups to enjoy this support.  Afterward, other Shia militia groups formed and received similar support from Iranian benefactors.  These groups were known by many names such as Special Groups, Special Group Criminals, Asa'ib Al Haq, Kata'ib Hezbollah, and Promise Day Brigades (to name a few).   For the purposes of this analysis, these groups will be known as "Iranian-backed Shia Militia Groups" (SMGs) unless a specific group is identified in official reporting or cited sources.

In 2004, after JAM suffered significant casualties against U.S. and coalition forces, Sadr decided to reach out to Iran and the IRGC for support.  According to the Combatting Terrorism Center report, "Iranian Strategy in Iraq: Politics and "Other Means," Iran used the Islamic Revolutionary Guard Corps (IRGC) and Qods Force (QF) to provide aid in the form of paramilitary training, weapons, and equipment to various Iraqi militant groups, including Moqtada al-Sadr's Jaysh al-Mahdi (JAM) and other Special Militia Groups (SMG).[14]

Regarding other Shia Militia Groups (e.g., Special Groups, KH, AAH) formed outside of JAM's control, The US Army History of the Iraq War, describes the situation in August 2004:

> *In what must have been a difficult decision for such an independent-minded leader, Moqtada Sadr acceded to his subordinates' recommendation to reach out to the Iranian regime for additional assistance. Qais al-Khazali, one of Sadr's top lieutenants, later explained to coalition officials that "after the fall of Najaf in*

---

[13] Institute for the Study of War – Iraq Report 06, Aug 20, 2007, page 20.
https://drive.google.com/drive/u/1/search?q=sadr%20city

[14] CTC – Iranian Strategy in Iraq: Politics and "Other Means", 13 Oct 2008; by Joseph Felter, PhD and Brian Fisherman, page 5

PX1705

*August of 2004, he and others in the Sadrist movement were unhappy with the way JAM fought and the way Muqtada al Sadr conducted his military leadership. Khazali and his followers decided to fight in a more disciplined manner with better units, and they reached out to Qasem Suleimani for help." As commander of the Qods Force, the subset of Iran's Islamic Revolutionary Guard Corps responsible for covert operations in Iraq and other Middle Eastern countries, Qassem Soleimani welcomed the request for assistance because it gave the Iranian regime additional options to destabilize the American and coalition effort beyond its covert support for SCIRI, the Badr Corps, and Da'wa*[15]

These Iranian-backed Shia Militia Groups were formed, supplied, and trained along the lines of Lebanese Hezbollah, a long-time Iranian proxy force.[16]  In many cases, however both groups (JAM and Special Groups) were often referred to in the same category. While this caused some confusion, both received support from the Islamic Revolutionary Guard Corps - Qods Force to accomplish Iranian leadership goals.  General David Petraeus, the Commander of Multi-National Force-Iraq, described these "secret cells" as "enablers" to facilitate Iranian support for the JAM and coordinate continued attacks.[17]

In the July 2, 2007, press briefing with BG Kevin Bergner, Multi-National Force Spokesman, Bergner revealed the connection between the Shia-militant "Special Groups" and Iran and how they were funded, trained, and armed by sources such as the Islamic Revolutionary Guards Corps Qods Force operatives.  Throughout the press briefing, he listed the key leaders who had been identified and, in some cases, captured, and the connections between IRGC-QF and their Iraqi Special Groups.  For example, BG Bergner described how Ali Musa Daqduq (a Lebanese Hezbollah agent and recent detainee) played a key role in training and facilitating operations from Iran.

*He (Daqduq) monitored and reported on the training and arming of special groups in mortars and rockets, manufacturing and employment of improvised explosive devices, and kidnapping operations.  Most significantly, he was tasked to organize the special groups in ways that mirrored how Hezbollah was organized in Lebanon... He also helped Qods force in training Iraqis inside Iran.  Qods Force, along with Hezbollah instructors, train approximately 20 to 60 Iraqis at a time, sending them back to Iraq organized into these special groups.  They are being*

---

[15] US Army in Iraq War, Volume 1.  Page 391.  https://publications.armywarcollege.edu/pubs/3667.pdf

[16] ibid

[17] Institute for the Study of War – Iraq Report, Aug 20, 2007.  Page 21.
https://drive.google.com/drive/u/1/search?q=sadr%20city

PX1705

*taught how to use EFPs, mortars, rockets, as well as intelligence, sniper and kidnapping operations.[18]*

Kimberly Kagan, in her thoroughly researched 2007 paper for the Institute for the Study of War, "Iran's Proxy War against the United States and the Iraqi Government, writes that the Explosively Formed Projectile (EFP) weapons that have been discovered or exploded in places like Sadr City, "have the markings that indicate they were manufactured in Iran as recently as 2006. The government of Iran has also exported rockets, sniper rifles, and mortars to enemy groups in Iraq."[19]

Further, when another Iranian supported Shia militia leader, Qais Khazali (of Asa'ib Ahl al-Haqq (AAH)) was captured in 2007, he penned a five-page sworn statement that clearly outlined the support that both AAH and JAM were receiving from Iran. In a note General Petraeus penned to U.S. Defense Secretary Robert Gates, Petraeus wrote:

> *The five-page Qais Khazali sworn statement, made last week and marked with his inked fingerprints, is an unequivocal indictment of Iranian interference. His statement, along with those of his brother and other detainees, provides incontrovertible evidence that Iran is arming, funding, training, equipping, and advising Shi'a extremists operating in Iraq. Iranian interference began shortly after the Coalition began operations, but advanced significantly after the Najaf operation in 2004. The statements of those interrogated are buttressed by dozens of documents taken from the captured laptops. As Qais asserted, without Iranian funding, JAM special groups would not be able to function[20]*

Finally, with respect to the Explosively Formed Projectile (EFP), the USMA CTC article links these lethal weapons to Iran based on an abundance of evidence recovered from caches or interrogations. According to the report, "The most lethal Iranian supplied weapons are the Explosively Formed Projectiles, rounded copper and steel IEDs. The key component of most EFPs are the precision-made copper disks that form a molten slug when detonated that can slice through even the most hardened armored vehicles. EFP incidents are widely considered the most undeniable and overt manifestations of Iranian influence. The technology required to manufacture

---

[18] MNF-I Press Briefing by BG Kevin Bergner, July 2, 2007.
https://www.globalsecurity.org/military/library/news/2007/07/mil-070702-mnfi-b01.htm

[19] Institute for the Study of War – Iraq Report, Aug 20, 2007. Page 21.
https://drive.google.com/drive/u/1/search?q=sadr%20city

[20] Ibid, page 225

PX1705

the copper warheads for these deadly weapons is believed to be Iranian, and not available in Iraq."[21]

## II.   Attack: September 17, 2006, EFP – Sha'ab Neighborhood, Adhamiya District, Baghdad

**Directly Injured Plaintiff:** Endi Cisneros Herrera

**Iranian-supported FTO & Groups Involved**: Hezbollah/IRGC-QF/SMG

    **Summary of Opinion**.  After reviewing the available evidence and information, we conclude with a reasonable degree of certainty that the September 17, 2006, the complex attack that killed one soldier and wounded two others, including Specialist (SPC) Endi C. Herrera involved an Iranian-supplied Explosively Formed Projectile (EFP) and was executed by Iranian-backed Shia Militia Groups operating in the vicinity of Sha'ab neighborhood of Adhamiya District, Baghdad, Iraq.  At the time of the attack, the Sha'ab neighborhood was a known stronghold and permissive environment for these Iranian aligned Shia Militia Groups, whose ultimate goal was to attack U.S. and Coalition forces in order to influence Coalition policy and affect Coalition conduct, including coercing the withdrawal of western forces from Iraq.  Further, these groups learned and trained on this TTP and gained access to Explosively Formed Projectiles (EFPs) through their direct relationship and experience working with the foreign terrorist organizations Hezbollah and the Iranian Islamic Revolutionary Guard Corps (IRGC)-Qods Forces.

    **Summary of Attack:**  On September 17, 2006, SPC Herrera was serving as a Gunner on a M1126 Stryker Combat Vehicle with B Troop, 4th Squadron, 14th Cavalry Regiment (4-14 CAV), 172nd Stryker Brigade Combat Team (BCT) operating in the Multi-National Division- Baghdad (MND-B) Area of Operations.  His unit was returning from a combat patrol in Sadr City when his Stryker was attacked with an Explosively Formed Projectile (EFP).  SPC Herrera was sitting in the gunner's position of the Stryker and was rendered unconscious by the concussive blast forces of the explosion.  After regaining consciousness (from the blast), he returned fire and assisted with evacuating the other wounded Soldiers. As he was departing the Stryker, he noted that he, too had sustained shrapnel injuries to his leg and was evacuated to medical care.  The explosion also killed SGT David Davis and injured the platoon medic and driver.  In addition to the shrapnel wounds, SPC Herrera suffered significant traumatic head injuries and was later diagnosed with Traumatic Brain Injury (TBI) and Post Traumatic Stress Disorder (PTSD) by Veterans Affairs physicians. The maps below indicate the area where SPC Herrera's patrol was attacked.

---

[21] CTC – "Iranian Strategy in Iraq: Politics and "Other Means", 13 Oct 2008; by Joseph Felter, PhD and Brian Fisherman, page 77

PX1705





9

PX1705



**Attribution (associated with the List of Documents reviewed):**

o **Witness Declaration**. (PX1705).  SPC Herrera's witness statement describes the attack where his Stryker vehicle was attacked with an EFP while returning from a combat patrol in Sadr City and is consistent with the official SIGACT report.  His statement describes finding copper residue on his personal equipment that could be evidence of an EFP device.  Further, SPC Herrera reports that his Platoon Leader (first officer in his chain of command) and a "military intelligence individual" (likely a member of the Battalion or Company Intelligence cell) stated that the device was an EFP.  Based on the description of the attack and the corroboration of other, informed members of the platoon it is reasonable to conclude that SPC Herrera's vehicle sustained an EFP attack.[22]

o **SIGACT Report**. The official MNC-I Significant Activity Report, "IED ATTK ON B/4-14 IN NAZL SALMAN AFANDI (ZONE 60) describes the attack against SPC Herrera's patrol.  According to the post blast analysis, EOD determined that the IED was a "shaped charge."[23]  EFPs are considered "shape charges," using copper plates that formed a molten slug when fired at the target.

o **Photographs**.  (PX1705).  SPC Herrera provided photographs of his ammunition pouch that contain copper fragments, indicative of EFP residue.

---

[22] PX1701, Personal Witness Statement, Endi Cesneros Herrera, signed August 22, 2022.

[23] PX1700, CIDNE Ops Report number 2006-260-170201-0280.  USCENTCOM FOIA #22-0054, 29 Apr 2022, "IED Attack on B/4-14 IN NAZL SALMAN AFANDI (ZONE 50); 1 CF KIA, 1 CF WIA, UNK DAM."

10

PX1705





11



- o **MNC-I Press Briefings**.

  - ▪ DOD Press Briefing with Major General William Caldwell, MNF-I Spokesman and Major Marty Webber, EOD Expert, February 14, 2007. Throughout the press briefing, MG Caldwell discusses the use of EFPs against coalition and Iraqi Security Forces and their origins from Iran. At one point he quotes the Chairman of the Joint Chiefs of Staff (CJCS), General Peter Pace, "We know that the explosively formed projectiles, penetrators, are manufactured in Iran," and "It is clear that Iranians are involved and it's clear the materials from Iran are involved." MG Caldwell added, "I guess as we went through on Sunday, in the last 60 days, between - just to take a current piece of intelligence, when you look at some of the Iranian and Iraqi detainees that we have picked up and conducted debriefings with, they in fact have told us that Qods Force provides support to extremist groups here in Iraq, in the forms of both money and in weaponry….And we also know --they've said that they have gone so far, the Qods Force has, to provide training for extremists groups within Iran. They have talked about how there are extremist elements that are given this material in Iran, and then it's smuggled into

PX1705

Iraq.  We have in fact stopped some at the border and discovered it there, coming from Iran into Iraq."[24]

· Later, Major Webber, an Explosives Ordnance Expert provides a detailed description of how EFPs are able to penetrate heavy armor.  In the briefing, MAJ Webber shows the audience an EFP and explains, "When you have the soft, malleable metal -- in this case, this particular one is a copper slug, which means the concave disk that was in the nose of the EFP, explosively formed penetrator, was made of copper. The explosives, when they detonate, essentially take the soft, malleable metal, form what we call a "slug," and that's what you see here. And this is the slug that travels at high rates of speed towards its target, and the kinetic energy is what ends up penetrating whatever the target is."[25]

· DOD Press Briefing with MG Rick Lynch, Commander, Multi-National Division – Center on Operation Marne Torch, June 24, 2007.  During this combined press briefing, MG Lynch confirmed with the reporters that EFP technology and munitions were "clearly coming from Iran…" along with other munitions his units were finding in caches throughout his area of operations.[26]  While MG Lynch's area of operations was south of Baghdad, these same weapons were being smuggled into Baghdad to support JAM and other Special Group attacks against U.S. and other coalition forces.

· DOD Press Briefing with Brig. Gen. Kevin Bergner, MNF-I Spokesman, July 2, 2007.  During this press briefing, BG Bergner provided a detailed description of what they had learned during interrogations with several high-level Shia-militia Special Group (SMG) leaders, whom they had recently captured during a raid in Baghdad.  According to BG Bergner, "What we've learned from Ali Musa Daqduq, Qais Khazali and other special groups members in our custody expands our understanding of how Iranian Revolutionary Guards Corps Qods Force operatives are training, funding and arming the Iraqi special groups.  It shows how Iranian operatives are using Lebanese surrogates to create Hezbollah-like capabilities and it paints a picture of the level of effort in funding and arming extremist groups in Iraq."[27] Later in the briefing, Bergner clarified that MNF-I believed that Hezbollah was being used as a proxy for the IRGC-Qods Force efforts.  Finally, BG Bergner presented several slides

---

[24] PX336, DOD Press Briefing, February 14, 2007.  Major General William Caldwell, MNF-I Spokesman and Major Marty Webber, EOD Expert. Press Briefing, Feb. 14, 2007 (globalsecurity.org).  Accessed, November 28, 2020.

[25] ibid

[26] PX333, DOD Press Briefing with Major General Rick Lynch, Commanding General, Multi-National Division – Center and 3rd Infantry Division, June 24, 2007.  Press briefing with Maj. Gen. Rick Lynch, MND-Center, on Operation Marne Torch, June 24, 2007 (globalsecurity.org).  accessed January 17, 2021.

[27] PX336, DOD Press Briefing, February 14, 2007.  Major General William Caldwell, MNF-I Spokesman and Major Marty Webber, EOD Expert. Press Briefing, Feb. 14, 2007 (globalsecurity.org).  Accessed, November 28, 2020.

PX1705

during his briefing to include a summary of Ali Mussa Daqduq and Qayis Khazali. Daqduq served as a Lebanese Hezbollah leader since 1983 and was a critical liaison between the Special Groups and IRGC-Qods Force, thus demonstrating the level of support Iran provided to these groups. Khazali served as the head of the Iraqi Special Groups that were armed, trained, and funded by Iran. The same groups that were responsible for the attack against Bass' convoy.




- DOD Press Briefing with Brigadier General Kevin Bergner, Spokesman, Multi-National Force-Iraq, July 18, 2007. At the beginning of BG Bergner's press conference, he issued a statement confirming the capture of several [Shi'a] Special Group leaders that had direct ties with Iran. Specifically, he cited that these groups were "funded, trained, armed, and often directed by operatives of the Iranian Revolutionary Guard Corp's Qods Force."[28] These were the same groups that were responsible for the attack against Herrera's convoy, which also employed Iranian designed and manufactured EFPs.

- DOD Press Briefing with MG Rick Lynch, Commander, Multi-National Division – Center, August 24, 2007. During MG Lynch's briefing he highlighted the scale of the Iranian support to Shia Militia Groups like Jaysh al-Mahdi (JAM). Specifically, he reported arresting a "high value target…acted as a link between Iran and the Jaysh al-Mahdi militia. He was a Shi'a conduit in that region for getting Iranian EFPs and rockets into Baghdad."[29] These surrogates transported EFPs to other JAM cells which were employed against Coalition forces in the Baghdad area, like SGT Bass' patrol.

---

[28] PX326, DOD Press Briefing with Brigadier General Kevin Bergner, Spokesman, Multi-National Force-Iraq, July 18, 2007. Press briefing with Brig. Gen. Kevin Bergner, spokesman, Multi-National Force - Iraq, July 18, 2007 (globalsecurity.org)e, accessed January 17, 2021.

[29] PX332, DOD Press Briefing with Major General Rick Lynch, Commanding General, Multi-National Division – Center and 3rd Infantry Division, Aug 24, 2007.

PX1705

- o **Other Materials/Evidence.**

  - Institute for the Study of War, Adhamiya Overview.  In 2007, according to the Institute for the Study of War analysis of Adhamiya District, the neighborhoods of Sha'ab and Ur experienced high levels of insecurity.  Given the proximity of these neighborhoods to Sadr City, a significant safe haven for Jaysh Al Mahdi (JAM), both areas saw heavy Shia Militia Group (SMG) activity, particularly against the Sunni inhabitants.  Likewise, the Shia communities in these neighborhoods were targets of Sunni-based Al-Qaeda in Iraq attacks.[30]

  - The U.S. Army in the Iraq War, Volume 1.  This thoroughly researched and sourced history of the U.S. Army's experience throughout the Iraq War describes how in early 2005, U.S. Special Forces units first discovered the Iranian-developed and supplied Explosively Formed Projectiles (EFPs) were being employed in Iraq.  Introduced by Lebanese Hezbollah against Israelis, the EFPs were designed to penetrate almost all coalition armor to include the M1 tank.[31] So, by April 2006, these Iranian supplied EFPs had proliferated throughout the Iranian-supported Shia Militia Groups (SMGs).

    Later in the same volume, the editors report that the summer of 2006 was a particularly volatile time across Baghdad.  During this period, U.S., and Iraqi Security Forces (ISF) were conducting Operation TOGETHER FORWARD in an attempt to stabilize the sectarian fighting between the Sunni and Shia groups.  At the same time, it became increasingly evident that Iran was "playing a destabilizing role in Baghdad and central Iraq.[32]" According to the Multi-National Force Commander, GEN George Casey, the Iranians had "two goals in Iraq:…establish a friendly government; and second, to impose political, economic, and human casualty cost on the United States in order to deter future American military actions against Iran…the Iranian regime had an interest in conducting direct, lethal attacks against the United States, not just through Shia militant groups like JAM or the special groups..." [33]

  - The U.S. Army in the Iraq War, Volume 2.  The second volume of the U.S. Army's experience throughout the Iraq War describes how in early 2007, the unit's operating in the district learned that "…in the densely populated slums of Sadr City, Sha'ab, and Ur, Shi'a militiamen found safe havens from which to launch raids against Sunni enclaves throughout the city."[34] Indicating that these groups enjoyed relative freedom of maneuver around

---

[30] Institute for the Study of War, Adhamiyah, http://www.understandingwar.org/region/adhamiyah-%D8%A7%D9%84%D8%A7%D8%B9%D8%B8%D9%85%D9%8A%D8%A9

[31] U.S. Army in the Iraq War, Volume 1.  Page 498
[32] U.S. Army in the Iraq War, Volume 1.  Page 572
[33] Ibid
[34] U.S. Army in the Iraq War, Volume 2.  Page 101

PX1705

these neighborhoods, allowing them the time and opportunity to establish IEDs along the roads.

- MNC-I Operations Order 06-03.  In November 2006 (less than two months from the attack), Multi-National Corps-Iraq published an Operations Order to provide guidance/tasks to the subordinate Multi-National Divisions conducting combat operations in Iraq.  The Intelligence section of the OPORD described the "Most Likely Threat Adaptation" to project where MNC-I could expect enemy forces to post a challenge to the security situation.  The Assessment specifically cited Sha'ab/Sadr City neighborhood as a location of concentrated "Shi'a Anti Iraqi Forces [AIF]."[35]  The document does not specifically state which groups (e.g., JAM) but it is reasonable to assess that Shia Militia Groups like JAM were implied, especially as we understand the situation today.

- MND-B Commander's Conference, 4 January 2007.  Four months after the attack against SPC Herrera, the MND-Baghdad Commander held a Commander's Conference with his subordinate commanders to discuss their plans for the upcoming year.  This briefing includes a slide that describes the "Jaysh Al Mahdi Estimate in MND-B" where it assesses the JAM strength of fighters across the MND-B area of operations.  Adhamiyah is assessed to have approximately 500 JAM fighters in the district, which is the 2nd highest concentration of JAM inside Baghdad (Sadr City was #1).[36]  Despite the attack occurring 4 months prior to this meeting, Adhamiyah remained a stronghold for JAM fighters.

---

[35] PX894, MNC-I OPORD 06-03, 15 November 2006, page 12.  FOIA Request, CENTCOM.  Declassified by MG Michael X. Garrett, USCENTCOM Chief of Staff.

[36] PX893, MND-B Commanders Conference, 4 January 2007, page 7.  FOIA Request, CENTCOM.  Declassified by MG Michael X. Garrett, USCENTCOM Chief of Staff.

PX1705



- Columbia University Ethno-Religious map of Baghdad, 2007 shows that the area where SPC Herrera was wounded was a Shia dominated neighborhood which would indicate that Shia Militia Groups (e.g., JAM) would enjoy a permissive environment where they could emplace IEDs with relative impunity.[37]

---

[37] Columbia University Gulf 2000 Project, accessed June 5, 2020.
https://gulf2000.columbia.edu/images/maps/Baghdad_Ethnic_2007_late_sm.jpg

PX1705



Ethnic-Religious Neighborhoods in Metropolitan Baghdad, 2007
Gulf 2000 Project, Columbia University.  Baghdad Ethnic-Religious Neighborhoods in 2006.
https://gulf2000.columbia.edu/maps.shtml

- MNC-I Daily Battle Update Assessment (BUA) Intelligence Slide Deck.  In the 8 December 2006 BUA Intelligence slide deck, the JAM Update slide describes how in early December, Muqtada al-Sadr (head of the JAM) instructed his forces to conduct raids throughout Sadr City[38] (adjacent to Sha'ab neighborhood of Adhamiyah).  It is reasonable to assess that these raids and operations in the nearby, Shia neighborhoods of Adhamiyah.

---

[38] PX969, MNC-I BUA December 2006.  JAM Update: 8 Dec 06.  Slide 54.

18

PX1705

Declassified by: MG Michael X. Garrett,
USCENTCOM Chief of Staff
Declassified on: 201505



JAM Update: 8 December

- Recent reporting:
  - JAM commander Abu Mustafa possibly spreading false information to disguise his plans, location
    - 1.4b, 1.4d
    - Using differing stories to disguise his position
  - Sadrist CoR members claim to have gathered between 110 to 115 MP signatures opposing the extension of CF presence
    - Calling recent UN mandate extension unconstitutional
    - Claimed up to 124 signatories for similar petition in Sep
  - Early Dec, Sadr allegedly directed JAM to conduct raids throughout Sadr City
    - Ordered raids on homes connected with terrorists, Sunnis
    - Senior JAM commander Abbas al-Kufi reportedly to be sent to Sadr City from Najaf

Assessment: Abu Mustafa's disinformation effort reflects increasing concern for OPSEC among JAM leaders. If reported petition numbers reflect actual CoR voting intentions, Sadrists potentially have substantial votes to pass anti-CF legislation or block passage of UN mandate extension. Alleged orders by Sadr, presence of al-Kufi may indicate action to address Sadr City security concerns following 23 Nov VBIED attacks.

54

SOURCES:
USJ-[1.4c]      6 Dec, JAM commander Abu Mustafa continues JAM activities, maintains disinformation attempts.
USJ-[1.4c]      7 DEC 06, Sadr allegedly directs JAM to conduct raids throughout Sadr City, early Dec
IOTF Headlines Snapshot, 7 Dec 06, Radio Dijla POL

Two days later, the 10 December Intelligence update reported that Sadr's official spokesman justified Mahdi Army (JAM) attacks against "Al Qaeda, car bombs, Ba'athists, and Americans."[39] This indicates that despite a focus on Extra-judicial killings (EJKs) against Sunni terrorists, JAM continued to attack U.S. and coalition forces in 2006.

---

[39] PX969, MNC-I BUA December 2006.  JAM Update: 10 Dec 06.  Slide 74.

PX1705



SOURCES:
Open Source: Multinational Force TV, Radio, Web roundup for 10Dec06: Radio Dijla, Sadr Call
Open Source: Sadr City spokesman Defends al-mahdi army's actions
USJ [ 1.4c ] 06, 10 Dec, JAM members Encourage colleagues to take up arms in retaliation for capture of commander Abu Mustafa, 10 Dec
MND(SE)J2 INTSUM [ 1.4c ] 30 Nov-4Dec

- Multi-National Corps-Iraq (MNC-I) monthly intelligence update in March 2007 reported Moqtada al-Sadr and Jaysh al-Mahdi (JAM) connections with Iranian IRGC support.  According to the update, while Muqtada al-Sadr was in Iran, members of his Jaysh al-Mahdi were allegedly receiving classes in urban combat, marksmanship, and IEDs.[40] Further, members of Jaysh al-Mahdi (JAM) "reportedly met with Iranian Revolutionary Guard Corps (IRGC) to discuss responses to [Operation] Fardh Al-Qanoon." Fardh al-Qanoon was an Iraqi Security Force led operation in Baghdad to re-establish security and control in the insurgent dominated neighborhoods which included JAM areas.[41]

- West Point's Combatting Terrorism Center (CTC) described the origins of the relationship between Shi'a Militia Groups and the Iranian Islamic Revolutionary Guard Corps (IRGC).   In 2004, after JAM suffered significant casualties against US and coalition forces, Sadr decided to reach out to Iran and the IRGC for support.   According to the Combatting Terrorism Center report, "Iranian Strategy in Iraq: Politics and "Other Means," Iran used the Iranian Islamic Revolutionary Guard Corps (IRGC) and Qods Force (QF) to provide aid in the form of paramilitary training, weapons, and equipment to various Iraqi militant groups, including

---

[40] PX944, USCENTCOM released file – summary of MNC-I BUA slides from March 2007.  Declassified by MG Michael X. Garrett, USCENTCOM Chief of Staff: 201505, slide 48.

[41] Ibid, slide 57.

PX1705

Moqtada al-Sadr's Jaysh al-Mahdi (JAM) and the Special Group Criminals (SGCs).[42]

- MNC-I Tactical Interrogation Report #4 of Qayis Al-Khazali.  In 2007, Qayis and his brother Hamza were captured in Baghdad.  At the time, Qayis was the leader of Asa'ab Al-Haq (AAH), a known Iranian-backed Shia Special Group that was responsible for numerous attacks against Coalition and Iraqi Security Forces.  During his interrogation, he revealed that he traveled with Muqtada Al-Sadr to Iran in early 2003, following the fall of Saddam Hussein.  During this visit, they met with Iranian government officials led by Sayid Ghasem Al-Soleimani, who was the leader of the IRGC-Qods Force.  During these meetings in Tehran, the Iranian government officials agreed to provide Sadr monetary support to Muqtada al-Sadr's "Trend Movement."[43]

- MNC-I Tactical Interrogation Report #9 of Qayis Al-Khazali.  According to interrogation #9, Khazali initially went to Iran in 2003 with Muqtada al Sadr, Sheikh Ya'qubi, al-Shaibani, and Abbas al-Khufi at the invitation of the Iranian government. The purpose was for the government to become familiar with Jaysh al Mahdi (JAM) and the office of Martyr Sadr (OMS). They had a private meeting with Rafsanjani and Mahmud al-Hashimi where they discussed Iraq, Najaf, and Shi'a issues. The meeting was very general and there were no financial offerings at this time. The group then had a more open and public meeting with Ayatollah Khamenei. They also met with Islamic Revolutionary Guard Corps – Quds Force- (IRGC- QF) Commander Soleimani and General Hajji Yusef who told the JAM/OMS contingent that IRGC- QF wanted to financially support their operations. After returning from the trip, the IRGC offered MAS $750,000 - $1 million dollars a month in support.[44]  This signaled the beginning of a long-standing relationship between the IRGC-Qods Force and the Mahdi Army (JAM) that would later evolve to supporting other Shia Special Groups (e.g., Asa'ib al Haq).

- Department of Defense Memorandum, Subj: Magistrate Review Pursuant to CPA Memo # (Revised), August 13, 2007.[45]  In 2007, the Multi-National Force-Iraq Magistrates Office provided a summary of the evidence and

---

[42] CTC – Iranian Strategy in Iraq: Politics and "Other Means", 13 Oct 2008; by Joseph Felter, PhD and Brian Fisherman, page 5

[43] PX946, Multi-National Corps-Iraq, Tactical Interrogation Report #4, 21 Mar 2007.  USCENTCOM FOIA release on 6 April 2018.

[44] PX947, Multi-National Corps-Iraq, Tactical Interrogation Report #9, 21 Mar 2007.  USCENTCOM FOIA release on 6 April 2018

[45] PX934, Department of Defense Memorandum, Subj: Magistrate Review Pursuant to CPA Memo # (Revised), August 13, 2007.  FOIA Release, MDR 18-0024, by USCENTCOM, BG David Julazadeh, Acting USCENTCOM Chief of Staff, 28 Mar 2018

PX1705

materials that were contained in Qais Hady Said Hussan Khazali's possession at the time of his capture. Khazali was connected with the complex attack against the Provincial Joint Coordination Cell (PJCC) in Karbala on January 20, 2007. During his interrogations, he provided in detailed information regarding their connections with Iran and IRGC-Qods Force. Highlights of this report indicate that Qayis Khazali had significant links to Iran that started when they were part of the Muqtada al-Sadr (MAS) movement. After the Multi-National Force (MNF) stepped up operations against MAS, Sadr created "Special Groups" to carry on attacks against Americans, separate from the Jaysh al-Mahdi (JAM) forces. Both brothers served in leadership roles with the Special Groups and negotiated and procured weapons and IEDs from Iran. Layth was particularly instrumental in acquiring surface-to-air missiles, RPG, and other weapons for the Special Groups. In 2006, Ali Khomeini met with Qayis and "recruited him to lead a special group known as Asayb-al Haq (AAH), or the K2 network." AAH would operate separately from JAM, without the knowledge of Sadr. Layth would serve as a liaison between AAH and the Iranians and would travel frequently between Iraq, Iran, and Syria.

Regarding Iranian Influence in Iraq, Khazali stated that the IRGC-Qods Force is running "secret terror networks throughout Iraq." Further, they provide support, weapons, and training to the Sadr Trend as well as Badr Brigades. Further, both brothers were heavily involved in weapons smuggling from Iran. The smuggling occurred primarily by boat, along rivers and marshlands between Iraq and Iran and included numerous types of weapons (e.g., mortars, Katusha rockets [107mm], and IEDs. Finally, Khazali reported on three training camps in Iran where they received training in military operations and EFP training. Layth became an explosives expert from his training in Iran.

Regarding Lebanese Hezbollah influence, Khazali stated that members of the Sadr movement had deep respect for Lebanese Hezbollah that began after the Saddam Regime and that Hezbollah sent trainers to train the Iraqi fighters on EFPs.

Finally, the report concludes that there was sufficient evidence and intelligence to constitute reasonable grounds "to believe the Detainee [Khazali] was engaged in criminal activity and was consistent with MNF-I criteria to transfer to a theater level internment facility. This document concludes that Sadr and Jaysh al-Mahdi (JAM) enjoyed considerable support from the IRGC-Qods force and Lebanese Hezbollah in the prosecution of attacks against U.S. forces as early as 2003.

PX1705

**Conclusion:**  After reviewing the available evidence and information, we conclude, with a reasonable degree of certainty that the September 17, 2006, attack that killed one Soldier and wounded two others, including SPC Endi Herrera, involved an Iranian EFP and was executed by the Iranian-backed Shia Militia Groups (SMG) operating in the vicinity of the Sha'ab neighborhood, Adhamiya District, Baghdad, Iraq. The nature, location and timing of this attack combined with the fact that Iranian-aligned Shia Militia Groups were well known for employing IEDs/EFPs in this area around that time supports this attribution. Attacks such as this one were part of Iran's larger strategic goals in supporting the SMGs in Iraq, and their joint campaign to destabilize the peace process and force the withdrawal of all U.S. and coalition forces from Iraq. Further, based on the effective use of an IED, this attack demonstrated a highly-sophisticated tactic, technique, and procedure associated with these groups and that is specifically related to training, equipment and funding provided by Iran through its terrorist proxies the Iranian Islamic Revolutionary Guards Corps (IRGC) – Qods Force and Hezbollah.

In our professional opinion, based upon our training, experience and expertise, the totality of the available information indicates that:

1. The insurgent cell that executed the attack was an Iranian aligned-Shia Militia Group cell and was well trained and prepared for the US convoy as they successfully initiated the road-side IEDs from a vantage point overwatching the patrol.  This attack resulted in the injuries sustained by SPC Herrera.

2. Based on the concentration of Shia populace in Sha'ab neighborhood (and the proximity to Sadr City) it is likely the cell that attacked Herrera's patrol was a Shia Militia Group (SMG) cell, organized and led by Muqtada al Sadr, and enjoyed relative freedom of movement to set up the IED and conduct the attack against the patrol.

3. Given Muqtada al-Sadr's relationship with the Iranian Islamic Revolutionary Guard Corps, it is likely that the cell received support (e.g., training and supplies) from IRGC-Qods Force.

4. By December 2003, Muqtada al Sadr and JAM were directly connected to Iranian Islamic Revolutionary Guard Corps (IRGC) Qods Force and Hezbollah, and owe their success to the training, funding, and material support they received from Iran through the IRGC-QF and Hezbollah.

5. Senior Iranian leadership was aware of Jaysh al-Mahdi and other Shia Militia Groups' operations and approved of and supported these attacks against U.S. and other coalition forces operating in Iraq.

6. An Iranian EFP was likely the weapon used against the M1126 Stryker combat vehicle that penetrated the armor and killed one Soldier and injured two others, including SPC Herrera. The EOD report from the official OpRep stated the IED was a "shaped charge" and SPC Herrera had evidence of copper fragments on his equipment which indicates an EFP.  Further, his Platoon leader and a member of his Company/Battalion Intelligence section reported to him

23

PX1705

that the device was an EFP.  Given the confluence of the reporting, timing of the attack, and location (near an SMG stronghold), it is more than likely that the device was an EFP.

7. The fact that the Stryker's armor was breached, and the occupants were killed or severely injured is highly suggestive that an EFP's copper slug passed through the armor.

8. The use of the EFP was reserved for use by Iranian-backed Shia Militant Groups with direct support from Islamic Revolutionary Guard Corps (IRGC)-Qods Force and Hezbollah, and therefore, it is more likely than not that this EFP was assembled and emplaced by the Iranian-sponsored militant groups.

We hold the conclusions and opinions detailed in this report to a reasonable degree of military intelligence certainty and declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2022

_____

Colonel Mark Lee Walters, US Army Ret

_____

CW4 Ronald Evans, US Army Ret

_____

CW3 David Sultzer, US Army Ret

PX1705

that the device was an EFP.  Given the confluence of the reporting, timing of the attack, and location (near an SMG stronghold), it is more than likely that the device was an EFP.

7.  The fact that the Stryker's armor was breached, and the occupants were killed or severely injured is highly suggestive that an EFP's copper slug passed through the armor.

8.  The use of the EFP was reserved for use by Iranian-backed Shia Militant Groups with direct support from Islamic Revolutionary Guard Corps (IRGC)-Qods Force and Hezbollah, and therefore, it is more likely than not that this EFP was assembled and emplaced by the Iranian-sponsored militant groups.


We hold the conclusions and opinions detailed in this report to a reasonable degree of military intelligence certainty and declare under penalty of perjury that the foregoing is true and correct.


Dated: September 5, 2022


_____
Colonel Mark Lee Walters, US Army Ret

_____
CW4 Ronald Evans, US Army Ret


_____
CW3 David Sultzer, US Army Ret

PX1705

that the device was an EFP.  Given the confluence of the reporting, timing of the attack, and location (near an SMG stronghold), it is more than likely that the device was an EFP.

7.  The fact that the Stryker's armor was breached, and the occupants were killed or severely injured is highly suggestive that an EFP's copper slug passed through the armor.

8.  The use of the EFP was reserved for use by Iranian-backed Shia Militant Groups with direct support from Islamic Revolutionary Guard Corps (IRGC)-Qods Force and Hezbollah, and therefore, it is more likely than not that this EFP was assembled and emplaced by the Iranian-sponsored militant groups.


We hold the conclusions and opinions detailed in this report to a reasonable degree of military intelligence certainty and declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2022


_____
Colonel Mark Lee Walters, US Army Ret


_____
CW4 Ronald Evans, US Army Ret

_____
CW3 David Sultzer, US Army Ret

PX1705

## Vinesign



| ✔ | **Verification Complete** |
|---|---|
| | The document has been officially verified. |

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Expert Witness Report to M. Lee Walters 9-5-2022 |
| **Sender Name** | Jessica Berberich |
| **Document Key** | 28CB3C33-AA65-480B-9C55-3137CCE0D247 |

**Recipient 1**
M. Lee Walters
███████████

**IP Address**
172.33.1.234

**Signature**

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✔ **Document Completed** <br> `Matching Hash` | 09/05/2022 19:53 UTC | M. Lee Walters | Signed by M. Lee Walters ████████ <br> **Blockchain Block** <br> VVTXgSedPs5pWOFlq41KBlzgipUQ1LhtG06oHFbMDmU= <br> **Document Hash** <br> EA05B96E6B3C429BDA74C96DE276878B24ECD4AB050241DC7A4F515809278EF5 <br> **Timestamp** <br> 09/05/2022 19:53 UTC |
| 👁 Document Viewed | 09/05/2022 19:52 UTC | M. Lee Walters | Viewed by M. Lee Walters ████████ |
| ✈ Document Sent | 09/05/2022 19:49 UTC | M. Lee Walters | Sent out via email to M. Lee Walters ██████████ |
| ✈ Document Sent | 09/05/2022 19:49 UTC | M. Lee Walters | Sent out via text to M. Lee Walters ████████ |
| 📄 Document Created | 09/05/2022 19:49 UTC | | Created by Jessica Berberic ██████████ |

PX1705



## Vinesign

| ✔ | **Verification Complete** |
|---|---|
| | The document has been officially verified. |

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Expert Witness Report to M. Ronald Evans 9-5-2022 |
| **Sender Name** | Jessica Berberich |
| **Document Key** | 2084CC27-3030-4E2E-AD90-F2E32C84889F |

**Recipient 1**
Ronald Evans
█████████████

Order 1

**IP Address**
172.33.3.7

**Signature**

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✔ **Document Completed** **Matching Hash** | 09/05/2022 20:00 UTC | Ronald Evans | Signed by Ronald Evans ████████ **Blockchain Block** VVeXna3jGunuDLoNKuLJdmx6NibvitEFD070mSaQthk= **Document Hash** 9F79D7A87862307E1EE91350E1685EB5D6FA2DE851B7BBEDB943397FE4B131BE **Timestamp** 09/05/2022 20:00 UTC |
| 👁 Document Viewed | 09/05/2022 19:59 UTC | Ronald Evans | Viewed by Ronald Evans ████████ |
| ✈ Document Sent | 09/05/2022 19:58 UTC | Ronald Evans | Sent out via email to Ronald Evans ████████████ |
| ✈ Document Sent | 09/05/2022 19:58 UTC | Ronald Evans | Sent out via text to Ronald Evans ████████ |
| 📄 Document Created | 09/05/2022 19:58 UTC | | Created by Jessica Berberich ███████████ |

PX1705

## Vinesign



| ✔ | **Verification Complete** |
|---|---|
| | The document has been officially verified. |

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Expert Witness Report to M. David Sultzer 9-5-2022 |
| **Sender Name** | Jessica Berberich |
| **Document Key** | 21E6F636-E695-4473-9313-CBC12B1F7AB6 |

| **Recipient 1** | **IP Address** | **Signature** |
|---|---|---|
| David Sultzer | 172.33.1.234 | |

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| **Document Completed**  ✔  `Matching Hash` | 09/05/2022 23:18 UTC | David Sultzer | Signed by David Sultzer ▮▮▮▮▮<br>**Blockchain Block**<br>VV01GjWsVyLVRddzBcIZw8o45uXbJHl1S0nCW5WDygE=<br>**Document Hash**<br>85A66283CFCDA8CD9750A4BE8C2B68683B3D6D4B2B0F40B2383E2A6FD83BF6D4<br>**Timestamp**<br>09/05/2022 23:18 UTC |
| **Document Viewed** 👁 | 09/05/2022 23:17 UTC | David Sultzer | Viewed by David Sultzer ▮▮▮▮ |
| **Document Viewed** 👁 | 09/05/2022 23:17 UTC | David Sultzer | Viewed by David Sultzer ▮▮▮▮ |
| **Document Viewed** 👁 | 09/05/2022 23:17 UTC | David Sultzer | Viewed by David Sultzer ▮▮▮▮ |
| **Document Sent** ➤ | 09/05/2022 19:54 UTC | David Sultzer | Sent out via email to David Sultzer ▮▮▮▮▮ |
| **Document Sent** ➤ | 09/05/2022 19:54 UTC | David Sultzer | Sent out via text to David Sultzer ▮▮▮▮ |
| **Document Created** 📄 | 09/05/2022 19:54 UTC | | Created by Jessica Berberic ▮▮▮▮▮ |

PX1705

PX1800

# Ops Report

Declassified by MG Patrick D. Frank
USCENTCOM Chief of Staff
Declassified on: 29 Apr 2022
Privacy Act Protective Order applies



Wednesday, 23 February 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Feb 22 2007 22:58:00 |
| is Closed | TRUE |
| Summary | INITIAL VOICE REPORT |

CCIR FFIR #6: COALITION FORCE CAUSALTIES THAT RESULTED FROM A SPECIFIC ACTION OR INCIDENT
TF 1-9
At 222258C FEB 07, TF 1-9 PSD was attacked with an IED in E Ramadi (ISO LB 4446 9898) while conducting a mounted patrol from Camp Ramadi to Camp Corregidor. The attack resulted in (1) CF KIA; (4) CF WIA. The unit reports that the Bn CO was not injured. The unit's QRF was dispatched and was attacked with IED as it approached the PSD, resulting in (1) CF KIA.  (1) of the (4) CF WIA died of wounds during ground CASEVAC to Camp Corregidor.  Total casualties are (3) CF KIA and (3) CF WIA.

UPDATE #1 At 222304C FEB 07, TF 1-9 was attacked with an IED IVO (38S LB 44478 98420), 200m S of Ramadi, on Rte Trans AM.  HHC 1-9 IN was traveling from S to N on Rte Trans AM, traveling to Camp Corregidor from Camp Ramadi, when the second vehicle was attacked with an IED IVO (38S LB 44478 98420).  The convoy consisted of (4) [1.4(g)] [1.4(g)] 1-9 IN sustained (1) KIA and (2) WIA from the IED attack.  D/1-9 IN immediately responded to provide CASEVAC and additional security by dispatching (3) [1.4(g)] and (1) [1.4(g)] from Eagles Nest.  D/1-9 IN convoy consisted of (3) M1114 [1.4(g)] and (1) [1.4(g)] traveling N to S on Rte Trans Am [1.4(g)] [1.4(g)]  As the CASEVAC [1.4(g)] approached the site of the first IED attack it was attacked with an IED IVO (38S LB 44526 98460).  The IED detonated on the [1.4(g)] D/1-9 IN sustained (1) KIA and (2) WIA.  Simultaneously, Heavy QRF, consisting of (2) tanks and (1) M113, was dispatched from Camp Corregidor to provide CASEVAC back to the Battalion Aid Station.  (1) WIA Urgent surgical was CASEVACed by M2A1 due to first CASEVAC being hit by an IED.  The other WIA were CASEVACed by the [1.4(g)] that arrived with the QRF back to the Battalion Aid Station.  The first WIA to arrive at Combat Outpost was declared KIA DOW at the Battalion Aid Station.  The other (3) WIA, (2) Urgent and (1) Routine, were MEDEVACed to Al Asad for further treatment.  Total casualties are  3  CF KIA and  3  CF WIA. [1.4(g)] [1.4(g)] Both vehicles were recovered back to the Combat Outpost.

| | |
|---|---|
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2007 |
| Month Occurred | February |
| Day Occurred | 22 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 001
FISHBECK
CENTCOM_00000244

PX1800

## Ops Report

| | |
|---|---|
| Event MOA | Improvised Explosive Device (IED) |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | MNF-W |
| Primary AO | 1/82 ABN |
| Primary District | Al Anbar |
| Primary Province | Al Anbar |
| was Suicide | FALSE |
| Tracking Number | 20070222225838SLB4446098980 |
| Attack On | Coalition |
| Unit Activity | Mounted Patrol |
| Title | IED EXPLOSION(IED) ATTK ON TF 1-9 IVO AR RAMADI (ROUTE TRANS AM): 3 CF WIA 3 CF KIA |
| Association Count | 3 |
| BDA Friendly KIA | 3 |
| BDA Friendly WIA | 3 |
| BDA Friendly Casualties | 6 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | RAMADI |
| Classification | ~~SECRET~~ |
| Classification | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |

Page 2 of 7

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 002
FISHBECK
CENTCOM_00000245

PX1800

## Ops Report

| | |
|---|---|
| Releasability Mark | |
| CIDNE Folder | 3.5c   LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=EB816CB9-E304-A6CF-064B3C060097E6C7&entity=report |
| Date Occurred Excel UK | 22/02/2007 |
| Date Occurred Excel US | 02/22/2007 |
| Date Posted(Z) | Feb 22 2007 22:10:32 |
| Date Updated(Z) | Apr 27 2007 18:44:00 |
| FOB | COMBAT OUTPOST/CORRE |
| Latitude | 33.41891098022461 |
| Longitude | 43.32711410522461 |
| MGRS | 38SLB44469898 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | MNF-W OPS LNO |
| Originator Name | 3.5c |
| Originator Unit | ADMIN |
| Precedence | Flash |
| Report Key | EB816CB9-E304-A6CF-064B3C060097E6C7 |
| Reporting Unit | MNF-W |
| Route | TRANS AM |
| Type Of Unit | Coalition Forces |
| Unit Name | TF 1-9 |
| Updated By Group | TF Troy |
| Updated By Name | 3.5c |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 4 |
| Vehicle Convoy Speed | 1.4(g) |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 1.4(g) |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 003
FISHBECK
CENTCOM_00000246

PX1800

## Ops Report

| | |
|---|---|
| Vehicle Summary | ----------------------------<br>TF Troy QC (27Apr07):  From EOD Report:<br><br>The convoy consisted of (4) [_____1.4(g)_____]<br>[ 1.4g ]  Second vehicle was attacked with an IED IVO (38S LB 44478 98420).<br><br>CASEVAC reponse:  D/1-9 IN convoy consisted of (3) [__1.4(g)__] and (1) [ 1.4(g) ]<br>[ 1.4(g) ] traveling north to south on Route Trans Am [____1.4(g)____]. The IED<br>detonated on [ 1.4(g) ] |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 1/82 ABN | RAMADI | SECRET | REL TO USA, EGY, FIN, KWT, IRKS, NATO | | IRAQ | (More not shown) |

### CIDNE Media

| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| SECRET | NOFORN | 22_2258C_FEB_07_<br>IED_ATK_ON_TF_1<br>-<br>9_IVO_AR_RAMADI | | CENTCOMROAR | Document | (More not shown)<br>(More not shown) |
| SECRET | NOFORN | | | CENTCOMROAR | HyperLink | (More not shown)<br>(More not shown) |

### Vehicle

| Report Key | ECM Status | ECM Type | Impact Point | Position | Status | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| EB816CB9-E304- | | | 1.4(g) | | | (More not shown)<br>(More not shown) |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 004
FISHBECK
CENTCOM_00000247

PX1800

## Ops Report

| | | | | | | |
|---|---|---|---|---|---|---|
| A6CF-064B3C060097E6C7 | | | | | | |
| EB816CB9-E304-A6CF-064B3C060097E6C7 | 1.4(g) | | | | | (More not shown) (More not shown) |
| EB816CB9-E304-A6CF-064B3C060097E6C7 | None Selected | | | | | (More not shown) (More not shown) |
| EB816CB9-E304-A6CF-064B3C060097E6C7 | None Selected | | 1.4g | | | (More not shown) (More not shown) |
| EB816CB9-E304-A6CF-064B3C060097E6C7 | None Selected | | | | | (More not shown) (More not shown) |

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | (More not shown) (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| Coalition | | Patrol | UNITED STATES | Primary | EB816CB9-E304-A6CF-064B3C060097E6C7 | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Improvised Explosive Device (IED) | ECA78E82-65A4-472D-A9C2-154614A202D4 | Explosive Hazard | IED Explosion |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| IED Explosion | 81C1A849-D61C-4B62-93D6-620D6D2C0D07 | Explosive Hazard | | | | (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | (More not shown) (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| TRUE | IMMEDIATELY NOTIFY COMMANDER | MNF-W OPS LNO | EB87318F-E579-1694-9853B6F812170BD1 | 0 | 6 - ACTION OR INCIDENT RESULTING IN | (More not shown) |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 005
FISHBECK
CENTCOM_00000248

PX1800

## Ops Report

| | | |
|---|---|---|
| MNC-I OF ANY COMMANDER (COMPANY THROUGH MSC), FIRST SERGEANT, OR COMMAND SERGEANT MAJOR WHO IS SERIOUSLY INJURED, WIA OR KIA. \r\nTHIS INCLUDES NON-COMBAT RELATED INCIDENTS. \r\nTHIS INCLUDES 1X KILLED OR 3X CASUALTIES FOR CF. INCLUDES 1X KILLED OR 7X CASUALTIES FOR ISF AND 3X KILLED OR 7X CASUALTIES CIVILIANS. NEGATIVE EXAMPLE: 010001 JAN 05, ROCKET ATTACK ON CAMP VICTORY, 7 X WIA. | | SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES. |

### Casualty

| Wound Arms | Status | Group | Comments | Wound Chest | Wound Feet | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~NOFORN~~ | Feb 06 2008 23:15:00 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ Dec 05 2014 17:57:08 | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Exploitation | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ Feb 22 2007 22:10: | | (More not shown) |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

04/28/22 006
FISHBECK
CENTCOM_00000249

PX1800

## Ops Report

| CIDNE | 32 |
| Report | |

10 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Reintegratees Count, Type Reported By

Associated Org, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units

## Relationships

(None)

## Attachments

(None)

USCENTCOM MDR 22-0054
04/28/22 007
FISHBECK
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
CENTCOM_00000250

PX1800

PX1801



# 22 2258C FEB 07 IED ATK ON TF 1/9 IVO AR RAMADI

## INITIAL REPORT

• **AT 2258C,** TF 1-9 PSD WAS ATTACKED WITH AN IED IN E RAMADI WHILE CONDUCTING A MOUNTED PATROL.

• THE ATTACK RESULTED IN 1X CF KIA; 4X CF WIA. THE UNIT REPORTS THAT THE BN CO WAS NOT INJURED.

• THE UNIT'S QRF WAS DISPATCHED AND WAS ATTACKED WITH IED AS IT APPROACHED THE PSD, RESULTING IN 1X CF KIA.

• OF THE INITIAL 4X CF WIA; 1X WIA DOW DURING GROUND CASEVAC TO CAMP CORREGIDOR.

• THIS IS AN INITIAL VOICE REPORT, MTF.

• **BDA: 3X CF KIA, 3X CF WIA**

**WHO:** MNF-W

**WHAT:** CF CASUALITIES FROM IED ATK

**WHEN:** 22 2258C FEB 07

**WHERE:** 38S LB 44460 98980

**MNC-I CCIR: # 6**

**MNF-I CCIR: # 6**

**NOTIFICATION IN JOC: 23 0120C FEB 07**

**CIDNE #:** 20070222225838SLB4446098980

## LEGEND

● IED ATK

PREPARED BY C3 OPS
23 0143C FEB 07

USCENTCOM FOIA# 18-0375

SECRET//REL TO USA, MCFI//20170228

PX1801

Report Source: CIDNE by

| IED Report Theater: ROAR | | | |
|---|---|---|---|
| **Classification:** | ~~SECRET~~ | **Releasability:** | ~~NOFORN~~ |
| **Tracking Number:** | IED-20070222225838SLB4446098980 | **MGRS:** | 38SLB44469898 |
| **Call Sign:** | *** Auto Generated *** | **Secondary Safe Area MGRS:** | Not Reported |
| **Primary Safe Area MGRS:** | Not Reported | | |

| Coalition | | Civilian | | Host Nation | |
|---|---|---|---|---|---|
| **KIA** | **WIA** | **KIA** | **WIA** | **KIA** | **WIA** |
| 0 | 0 | 0 | 0 | 0 | 0 |

| Equipment Used | | | |
|---|---|---|---|
| **Equipment Used Type:** | Not Reported | **Equipment Used Name:** | Not Reported |

| Releasable Data | | | |
|---|---|---|---|
| **Classification:** | UNCLASSIFIED | **Releasability:** | ~~FOR OFFICIAL USE ONLY~~ |
| **Reporting Unit (EOD):** | MNF-W | **Date Discovered DTG (Zulu):** | 22 Feb 2007  19:58 |
| **Event Type:** | Explosion | | |

| Team Data | | | |
|---|---|---|---|
| **Service Affiliation:** | Not Reported | | |
| **EOD Notification DTG (Zulu):** | Not Reported | | |
| **EOD FOB Departure DTG (Zulu):** | Not Reported | **EOD Scene Arrival DTG (Zulu):** | Not Reported |
| **EOD Scene Departure DTG (Zulu):** | Not Reported | **EOD Mission Complete DTG (Zulu):** | Not Reported |

| Site Data | | |
|---|---|---|
| **Site Marked:** | None Selected | |
| **Marking Details:** | | N/A |
| **Civilian Activity:** | None Selected | |
| **Reference Point:** | None Selected | |
| **Aiming Point Details:** | | N/A |
| **Firing Point Details:** | | Not Provided |
| **Firing Point MGRS:** | Not Reported | |
| **Light Conditions:** | None Selected | |
| **Weather:** | None Selected | |
| **Route Patrol:** | None Selected | |
| **Last Time Route Cleared (Zulu):** | | N/A |

APPROVED FOR RELEASE

PX1801

| Analysis: | N/A |
|---|---|

| Devices |
|---|

| Device 1 |
|---|

| Placement: | Not Reported | Location: | None Selected |
|---|---|---|---|
| Container: | Not Reported | Container Sub-Type: | Not Reported |
| How Device Was Found: | Not Reported | Who Found Device: | Other |
| Explosive Effect: | Not reported | Action Taken: | Not Reported |
| Main Charge Configuration: | Not reported | | |

| Casualties: Yes | Suicide Device: No | First Responder Targeted: No | Post Blast: No | Partial Build: No |
|---|---|---|---|---|

| Releasable Device Information |
|---|

| Classification: | UNCLASSIFIED | Releasability: | FOR OFFICIAL USE ONLY |
|---|---|---|---|
| Device Description: | Not provided | | |
| MGRS: | UNKNOWN | | |

| Targets |
|---|

| Initiators |
|---|

| Type: | Victim Operated | Initiation Sub-Type: | Pressure |
|---|---|---|---|
| Initiation Detail: | N/A | Initiator: | Not Reported |
| Arming: | N/A | DTMF: | UNKNOWN |
| Make: | N/A | Model: | N/A |
| Receiver Remoted: | 0 | Receiver Remoted Distance (M): | 0 |

| Munitions |
|---|

| Render Safe |
|---|

| Device 2 |
|---|

| Placement: | Not Reported | Location: | None Selected |
|---|---|---|---|
| Container: | Not Reported | Container Sub-Type: | Not Reported |
| How Device Was Found: | Not Reported | Who Found Device: | Other |
| Explosive Effect: | Not reported | Action Taken: | Not Reported |
| Main Charge Configuration: | Not reported | | |

| Casualties: Yes | Suicide Device: No | First Responder Targeted: No | Post Blast: No | Partial Build: No |
|---|---|---|---|---|

| Releasable Device Information |
|---|

| Classification: | UNCLASSIFIED | Releasability: | FOR OFFICIAL USE ONLY |
|---|---|---|---|
| Device Description: | Not provided | | |

APPROVED FOR RELEASE

PX1801

TF Troy QC (27Apr07): From EOD Report:

Post Blast. 230130Feb07 38S LB 44478 98420. TF 1-9 was attacked by an IED on Route Trans Am IVO (38S LB 44478 98420). HHC 1-9 IN was traveling from south to north on Route Trans Am traveling to Camp Corregidor from Camp Ramadi when the second vehicle was attacked with an IED IVO (38S LB 44478 98420). The convoy consisted of (4) M1114 (all had [(b)(1)1.4g] on) and traveling at [(b)(1)1.4g] dispersion. The unit sustained (1) KIA and (2) WIA from the IED attack. D/1-9 IN immediately responded to provide CASEVAC and additional security by dispatching (3) M1114 and (1) M113 from Eagles Nest. As the CASEVAC M113 approached the site of the first IED attack it was attacked by an IED (IVO 38S LB 44526 98460). D/1-9 IN convoy consisted of (3) M1114 [(b)(1)1.4g] on) and (1) M113 (no ECM) traveling north to south on Route Trans Am at [___] with [___] dispersion. The IED detonated on the M113. D/1-9 IN sustained (1) KIA and (2) WIA. Simultaneously Heavy QRF, consisting of (2) tanks and (1) M113, was dispatched from Camp Corregidor to provide CASEVAC back to the Battalion Aid Station. (1) WIA Urgent surgical was CASEVACED by M2A1 due to first CASEVAC being hit by IED. The other WIA was CASEVACED by the second M113 that arrived with the QRF back to the Battalion Aid Station. The first (1) WIA to arrive at Combat Outpost was declared KIA DOW at the Battalion Aid Station. The other (3) WIA, (2) Urgent and (1) Routine were MEDEVACED to Al Asad for further treatment. The M1114 was catastrophically destroyed and the M113 sustained heavy damage. Both vehicles were recovered back to Combat Outpost. There were no further casualties and no further damage to CF equipment. EOD was escorted to the location of the struck vehicle IVO grid 38S LB 44478 98420. EOD cleared RT Trans Am up to the struck M1114 and conducted a PBA. Fragmentation recovered from the scene was consistent with (1) improvised container with a band saw blade pressure plate. The pressure plate was positioned in front of the improvised container resulting in the IED detonating directly underneath the front passenger seat of the M1114. The M1114 came to rest approx. 15m from the blast seat. The blast seat measured approx. 12" X 12" X 1" deep. EOD moved on to the second vehicle that was struck when it was coming to aid the struck M1114. This IED was constructed in the same manner as previous IEDs found in this location. It should be noted that at this location the IEDs have always been emplaced in pairs along RT Trans Am.

| MGRS: | 38SLB44469898 |
|---|---|

| Targets | | |
|---|---|---|

| Initiators | | |
|---|---|---|
| **Type:** | Victim Operated | **Initiation Sub-Type:** | Pressure |
| **Initiation Detail:** | N/A | **Initiator:** | Not Reported |
| **Arming:** | N/A | **DTMF:** | UNKNOWN |
| **Make:** | N/A | **Model:** | N/A |
| **Receiver Remoted:** | 0 | **Receiver Remoted Distance (M):** | 0 |

| Munitions | | |
|---|---|---|

| Render Safe | | |
|---|---|---|

APPROVED FOR RELEASE

PX1801

Report Source: Not Provided by ADMIN

| SIGACT Report Theater: ROAR |
|---|

**** SIGACT CLOSED ****

| | | | |
|---|---|---|---|
| **Title:** | IED EXPLOSION(IED) ATTK ON TF 1-9 IVO AR RAMADI (ROUTE TRANS AM): 3 CF WIA 3 CF KIA | | |
| **Tracking Number:** | 20070222225838SLB4446098980 | **Report Precedence:** | Flash |
| **Classification:** | SECRET | **Releasability:** | REL TO USA, EGY, FIN, KWT, IRKS, NATO |
| **Reporting Unit Name:** | MNF-W | **Report Source:** | Coalition |
| **Report URL:** | http://cidneconus.centcom.smil.mil/LiteReportView.cfm?module=operations&reporttype=SIGACT&reportkey=EB816CB9-E304-A6CF-064B3C060097E6C7 | | |

| SPOT Report |
|---|

| | | | |
|---|---|---|---|
| **Unit Name Involved:** | TF 1-9 | **Call Sign:** | Not Reported |
| **Type Of Involved Unit:** | Coalition Forces | **Involved Unit Activity:** | Mounted Patrol |
| **Incident Reported By:** | Not Reported | **Battlespace Lead:** | Not Reported |
| **Tip Reported By:** | Not Reported | | |
| **DTG Of Incident (Zulu Time):** | 2007-02-22 22:58 | **DTG Updated (Zulu Time):** | 2007-04-27 18:44 |

| Location |
|---|

(S//REL TO USA, EGY, FIN, KWT, IRKS, NATO)

| | | | |
|---|---|---|---|
| **MGRS:** | 38SLB44469898 | | ☐ Coords Unknown |
| **AOR:** | USCENTCOM | **Province:** | Al Anbar |
| **Region:** | IRAQ | **District:** | Al Anbar |
| **Country:** | IRAQ | **City:** | RAMADI |
| | | **Village:** | Ritz Carlton Hotel Complex |

| Events |
|---|

(S//REL TO USA, EGY, FIN, KWT, IRKS, NATO)

| | | | |
|---|---|---|---|
| **Environment Type:** | Not Reported | | |
| **Event Type:** | Explosive Hazard | **Modes Of Attack:** | Improvised Explosive Device (IED) |
| **Event Category:** | IED Explosion | | |
| **Primary:** | Yes | | |
| **Actions Taken:** | Not Reported | **Suicide?:** | No |
| | | **How Device Was Found:** | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Coordinated Attack:** | No | **Complex Attack:** | No | **Counter Attack:** | No | **MEDEVAC Requested:** | No |

| Associated Organizations |
|---|

| SIGACT Summary |
|---|

| | |
|---|---|
| **Summary:** | (S//REL TO USA, EGY, FIN, KWT, IRKS, NATO) INITIAL VOICE REPORT |

APPROVED FOR RELEASE

PX1801

CCIR FFIR #6: COALITION FORCE CAUSALTIES THAT RESULTED FROM A SPECIFIC ACTION OR INCIDENT
TF 1-9

At 222258C FEB 07, TF 1-9 PSD was attacked with an IED in E Ramadi (ISO LB 4446 9898) while conducting a mounted patrol from Camp Ramadi to Camp Corregidor. The attack resulted in (1) CF KIA; (4) CF WIA. The unit reports that the Bn CO was not injured. The unit's QRF was dispatched and was attacked with IED as it approached the PSD, resulting in (1) CF KIA. (1) of the (4) CF WIA died of wounds during ground CASEVAC to Camp Corregidor. Total casualties are (3) CF KIA and (3) CF WIA.

UPDATE #1 At 222304C FEB 07, TF 1-9 was attacked with an IED IVO (38S LB 44478 98420), 200m S of Ramadi, on Rte Trans AM. HHC 1-9 IN was traveling from S to N on Rte Trans AM, traveling to Camp Corregidor from Camp Ramadi, when the second vehicle was attacked with an IED IVO (38S LB 44478 98420). The convoy consisted of (4) M1114 (all had (b)(1)1.4g          n) traveling at (b)(1)1.4g          dispersion. 1-9 IN sustained (1) KIA and (2) WIA from the IED attack. D/1-9 IN immediately responded to provide CASEVAC and additional security by dispatching (3) M1114 and (1) M113 from Eagles Nest. D/1-9 IN convoy consisted of (3) M1114 ((b)(1)1.4g          on) and (1) M113 (no ECM) traveling N to S on Rte Trans Am at (b)(1)1.4g          dispersion. As the CASEVAC M113 approached the site of the first IED attack it was attacked with an IED IVO (38S LB 44526 98460). The IED detonated on the M113. D/1-9 IN sustained (1) KIA and (2) WIA. Simultaneously, Heavy QRF, consisting of (2) tanks and (1) M113, was dispatched from Camp Corregidor to provide CASEVAC back to the Battalion Aid Station. (1) WIA Urgent surgical was CASEVACed by M2A1 due to first CASEVAC being hit by an IED. The other WIA were CASEVACed by the second M113 that arrived with the QRF back to the Battalion Aid Station. The first WIA to arrive at Combat Outpost was declared KIA DOW at the Battalion Aid Station. The other (3) WIA, (2) Urgent and (1) Routine, were MEDEVACed to Al Asad for further treatment. Total casualties are (3) CF KIA and (3) CF WIA. The M1114 was catastrophically destroyed and the M113 sustained heavy damage. Both vehicles were recovered back to the Combat Outpost.

| Enemy | | | Blue Forces | | | CIV-NGO-ASG | | | Host Nation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIA | WIA | DET | KIA | WIA | ABD | KIA | WIA | ABD | KIA | WIA | ABD |
| 0 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Requirements**

**Capture Details**

**Casualty Details**

(S//REL TO USA, FCV, FIN, KWT, IRKS, NATO)

| | | | |
|---|---|---|---|
| **Battle Roster Number:** | Not Reported | | |
| **Casualty Count** | **Force Type:** Coalition | **Party Responsible:** | Unknown |
| 0 | **Affiliation:** UNITED STATES | **Casualty Type:** | KIA |
| | **Nationality:** UNITED STATES | **Service:** | Not Reported |
| | **Category:** Other | **Position:** | Unknown |
| | **Group:** Unknown | **Status:** | Unknown |
| **Associated Event:** | Not Reported | | |
| **Comments:** | Not Reported | | |
| **Wound Points:** | None Reported | | |

(S//REL TO USA, FCV, FIN, KWT, IRKS, NATO)

| | | | |
|---|---|---|---|
| **Battle Roster Number:** | Not Reported | | |
| **Casualty Count** | **Force Type:** Coalition | **Party Responsible:** | Unknown |
| 0 | **Affiliation:** UNITED STATES | **Casualty Type:** | WIA |

PX1801

| | | | |
|---|---|---|---|
| **Nationality:** | UNITED STATES | **Service:** | Not Reported |
| **Category:** | Urgent | **Position:** | Unknown |
| **Group:** | Unknown | **Status:** | Unknown |
| **Associated Event:** | Not Reported | | |
| **Comments:** | Not Reported | | |
| **Wound Points:** | None Reported | | |

(S//REL TO USA, FCY, FIN, KWT, IRQ, NATO)

| | | | |
|---|---|---|---|
| **Battle Roster Number:** | Not Reported | | |
| **Casualty Count** | **Force Type:** | Coalition | **Party Responsible:** | Unknown |
| 0 | **Affiliation:** | UNITED STATES | **Casualty Type:** | WIA |
| | **Nationality:** | UNITED STATES | **Service:** | Not Reported |
| | **Category:** | Urgent | **Position:** | Unknown |
| | **Group:** | Unknown | **Status:** | Unknown |
| **Associated Event:** | Not Reported | | |
| **Comments:** | Not Reported | | |
| **Wound Points:** | None Reported | | |

(S//REL TO USA, FCY, FIN, KWT, IRQ, NATO)

| | | | |
|---|---|---|---|
| **Battle Roster Number:** | Not Reported | | |
| **Casualty Count** | **Force Type:** | None Selected | **Party Responsible:** | Unknown |
| 0 | **Affiliation:** | UNITED STATES | **Casualty Type:** | WIA |
| | **Nationality:** | UNITED STATES | **Service:** | Not Reported |
| | **Category:** | Routine | **Position:** | Unknown |
| | **Group:** | Unknown | **Status:** | Unknown |
| **Associated Event:** | Not Reported | | |
| **Comments:** | Not Reported | | |
| **Wound Points:** | None Reported | | |

APPROVED FOR RELEASE

### Target(s) of Attack

| | | | |
|---|---|---|---|
| **Precedence:** | Primary | **Affiliation:** | Coalition |
| **Type:** | Military | **Details:** | Patrol |
| **Nationality:** | UNITED STATES | **Sect:** | Not Reported |
| | | **Status:** | |

PX1801

| From: | grp.Casualty Operations Kuwait |
|---|---|
| To: | AFI PCME; CENTCOM CASUALTY; CFLCC Safety Casualty Report; grpCFLCC C1 Casualty Reports; grpCFLCC/3A-FWD-SURGEON-C3-BATTLE CPT; CJTF76 CJ1 CASUALTY; CSSC SAFETY CENTER; deceased@aafes.com; DFAS CASUALTY (REFAD, TDRL, PRDL, Retirees); DFAS IN-CASUALTY (ACTIVE ARMY, Mobilzed ARMY); CASUALTY - G1; FORT MYERS CAC; MNCI -CASUALTY; OAFME-DC/PS; PEDDOPN; TMAO; USAR CASUALTY; USAREUR CAC; USAREUR CIC; USARPAC Casualty |
| Cc: | grpCasualty Operations Kuwait |
| Subject: | (FOUO) CASUALTY REPORT <Hager, Joshua, Ryan> |
| Date: | Friday, February 23, 2007 1:34:23 AM |

FOR OFFICIAL USE ONLY

INFORMATION MUST BE PROTECTED UNDER THE PRIVACY ACT AND DOD 5400.11 R.

Field Report Type: INIT

Casualty Type: Hostile

Casualty Status: Deceased

Casualty Category: Killed In Action

Field Report Number: 702851

Multi Casualty Code: 70584

Personnel Type: Regular

Personnel Affiliation: Active Duty

Personnel Category: Obligated/Voluntary Service

SSN: [b)(3) 130b, (b)(6)]

Last Name: Hager

First Name: Joshua

Middle Name: Ryan

Race: White

Sex: Male

Religious Preference: No Religious Preference

Birth Date: [b)(6)]

Birth State: Colorado

Birth Country: United States

APPROVED FOR RELEASE

PX1801

Military Rank: Staff Sergeant

Service: United States Army

Military Unit of Assignment: HHC, 1-9 IN BN, 1-3 BCT II MEF

Military UIC: WAJPT0

DMOS/AFSC: 11B

PMOS: 11B

Died in/out of Medical Treatment Facility: Died Outside A Medical Treatment Facility

HOR State: Colorado

Vehicle Group: HIGH-MOBILITY MULTIPURPOSE WHEELED VEHICLE (HMMWV)

Vehicle Type: M1113 Truck Utility Expanded Capacity 4X4 W/E

Vehicle Owner: US Government

Position in Vehicle: Commander

Duty Status: Present For Duty

Date/time of Incident: 20070222 22:40:00

Incident City: Ramadi

Incident Country: Iraq

Circumstances:
SSG Hager was killed in action while conducting combat operations against Anti-Iraqi forces in the Al Anbar Province.  SSG Hager was the vehicle commander of a M1114 HMMVV with Level I Armor that was struck by an IED.

DCIPS by (b)(3) 130b, (b)(6)  QA by (b)(3) 130b, (b)(6)   The administrative data in this report has been verified by using official CAC resources.


   Body Armor: Eye Protector/Oakley (Ballistic) Spectacle/

   Body Armor: Helmet/Advanced Combat Helmet/

   Body Armor: Helmet/Advanced Combat Helmet/No Attachments

   Body Armor: Vest/Outer Tactical Vest/Yoke/Throat

   Body Armor: Vest/Outer Tactical Vest/Small Arms Protective Inserts (SAPI)

APPROVED FOR RELEASE

PX1801

Body Armor: Vest/Outer Tactical Vest/Groin Protectors

Inflicting Force: Enemy Forces

PEBD: 19981103

BASD/ADBD: 19981103

TRNG/Duty Related: Training/Duty Related

Investigation Required: Investigation Required

Date/Time of Death: 20070223

Place of Death City: Ramadi

Place of Death Country:

Cause of Death: Blast trauma.

Remarks: Remains were identified by [b)(3) 130b, (b)(6)] LT SGT, by means of identification tags and personal association.  SSG Hager was pronounced deceased by [(b)(3) 130b, (b)(6)] BN Surg.  Soldier was wearing additional PPE of Side SAPI plates and Nomex gloves.  This report was verified by [b)(6)] [b)(3) 130b, (b)(6)] BN XO @ [b)(6)] Unit POC is [b)(3) 130b, (b)(6)] DCIPS report prepared by [b)(3) 130b, (b)(6)] MNC-I CJ1 Casualty Operations, NCOIC @ [b)(6)]

DCIPS by [b)(3) 130b, (b)(6)] QA by [b)(3) 130b, (b)(6)] The administrative data in this report has been verified by using official CAC resources.

FOR OFFICIAL USE ONLY

PX1801

| | |
|---|---|
| From: | (b)(3) 130b, (b)(6) |
| To: | |

Subject:   [UNCLASSIFIED/~~FOR OFFICIAL USE ONLY~~ (FOUO) Casualty Report - INIT - Hager, Joshua - Incident
Date/Time: 2007/02/22 22:40
Date:   Friday, February 23, 2007 1:11:55 AM

Classification: UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

~~FOR OFFICIAL USE ONLY~~

~~THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST BE
PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS FOUO.~~

*****************************************************
    DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO DCIPS-FORWARD, MAKE
YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
*****************************************************

*****************************************************
***********     CASUALTY REPORT     ************
*****************************************************

Report Type:  INIT

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Killed In Action

Report Number:  054-019-07

Personnel Type:  Regular

Personnel Affiliation:  Active Duty

Personnel Category:  Obligated/Voluntary Service

SSN (New/Old):  (b)(3) 130b, (b)(6)

Last Name:  Hager

First Name:  Joshua

Middle Name:  Ryan

Service:  United States Army

APPROVED FOR RELEASE

PX1801

Military Rank:  SSG

Military Unit of Assignment:  HHC 1-9 IN, 1-3 BCT (II MEF)

Military UIC:  WAJPT0

Date/Time of Incident (New/Old):  20070222/2240

Inflicting Force:  Enemy Forces

Incident City:  Ramadi

Incident Country:  Iraq

Circumstance:  SSG Hager was killed in action while conducting combat operations against Anti-Iraqi forces in the Al Anbar Province.  SSG Hager was the vehicle commander of a M1114 HMMVV with Level I Armor that was struck by an IED.

    Body Armor:  Eye Protector / Oakley (Ballistic) Spectacle

    Body Armor:  Helmet / Advanced Combat Helmet

    Body Armor:  Vest / Outer Tactical Vest / Yoke/Throat

    Body Armor:  Vest / Outer Tactical Vest / Small Arms Protective Inserts (SAPI)

    Body Armor:  Vest / Outer Tactical Vest / Groin Protectors

Died in/out of Medical Facility Treatment:  Died Outside A Medical Treatment Facility

Date/Time of Death:  20070223/0235

Place of Death City:  Ramadi

Place of Death Country:  Iraq

Cause of Death:  Blast trauma.

Birth Date:  (b)(6)

Birth State:  CO

Birth Country:  United States

Sex:  Male

Race:  White

Religious Preference:  No Religious Preference

DMOS/AFSC:  11B

PMOS:  11B

PEBD:  19981103

BASD/ADBD:  19981103

APPROVED FOR RELEASE

PX1801

HOR State:  CO

Remarks:  Remains were identified by [(b)(3) 130b, (b)(6)] PLT SGT, by means of identification tags and personal association. SSG Hager was pronounced deceased by [(b)(3) 130b, (b)(6)] BN Surg. Soldier was wearing additional PPE of Side SAPI plates and Nomex gloves.  This report was verified by [(b)(3) 130b, (b)(6)] BN XO @ [(b)(6)] [(b)(6)] Unit POC is [(b)(3) 130b, (b)(6)] DCIPS report prepared by [(b)(3) 130b, (b)(6)] MNC-I CJ1 Casualty Operations, NCOIC @ [(b)(6)]

Software Version:  DCIPS Forward - Version 4.0 Build: 55 Release Date: 28 NOV 2006

~~FOR OFFICIAL USE ONLY~~

<DF40SQLSECTION>

<DFSQLBEGIN>
INSERT INTO DF_CASUALTY( CAS_RPT_ID, INIT_CAS_RPT_ID, ARCHIVE, CREATED_FROM, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, RPT_TYP_TBD, CAS_RPT_NR, CAS_INIT_RPT_NR, CAS_CASE_CLS_DT, CIV_EMP_TYPE_CD, CAS_INCIDNT_CD, CAS_STAT_AB, CAS_CAT_CD, SPC_INT, SPC_CAT, TERR_ACT, CAS_PRVS_STAT_CD, CAS_PRVS_CAT_CD, MULT_CAS_EVENT_CD, MULT_CAS_EVENT_TX, PERS_TYPE_CD, PERS_MILAFL_CD, PERS_CAT_CD, IND_SSN, OLD_IND_SSN, INDIV_LAST_NM, INDIV_FIRST_NM, INDIV_MIDDLE_NM, INDIV_NM_SFX_AB, SVC_MBR_RANK_AB, IND_RACE_POP_CD, IND_ETHNIC_CD, IND_SEX_CODE, IND_REL_DENOM_CD, UNIFD_SVC_CD, DMOS, MIL_PERS_CLAS_CD, DY_PRC_CMSND_OFF, CIV_PAY_GR_LVL_NR, CIV_PAY_PLAN_CD, ORGU_NME, UNIT_IDENT_CD, ATG_PEBD, BASD, BIRTH_DT, IND_BRTH_CITY_NM, IND_BRTH_STA_CD, IND_BRTH_CTRY_CD, CAS_PROGNOSIS_CD, HOSP_NM, HOSP_CY_NM, HOSP_ST, HOSP_CTRY, DG_TEXT, PROGNOSIS_TX, DIAGNOSIS_TX, DSBLY_RET_LIST_CD, MIL_SP_DT, MIL_DRL_DT, IND_DSBLY_PCT_NM, SGLI_DT, CAS_DTH_FAC_TYP_CD, IND_HOR_CY_NM, IND_HOR_ST_CD, IND_HOR_CTRY_CD, CONT_HOSPZTN_IN_CD, ORGANIZATION_NM, CAS_INCNT_TNG_CD, CAS_INF_FC_TP_CD, EMRG_NTFN_RVW_DT, EMRG_NTFN_COMPL_DT, IND_DEATH_DT, IND_DTH_HOSP_NM, IND_DTH_CITY_NM, IND_DTH_STA_CD, IND_DTH_CTRY_CD, VEH_OWND_CD, VEH_ROLE_CD, CAS_LOD_IN_RQ_CD, CAS_BENE_STAT_CD, CAS_BENE_ST_DT, CAS_BENE_END_DT, CAS_DT, OLD_CAS_DT, CAS_CITY_NM, CAS_US_STA_CD, CAS_CTRY_CD, HIGH_MIL_RANK_AB, HIGH_MIL_RANK_END_DT, HIGH_MIL_RANK_ST_DT, RCMD_MIL_RANK_AB, PROM_LST_DT, CAS_PROC_INFO_TX_CIRC, CAS_PROC_INFO_TX_CAUS, CAS_RMKS_TX, VEH_GRP_CD, VEH_CD, VEH_SUPP_CD, WAR_CONFLICT_CD, OPS_INCIDENT_CD, CAS_EVENT_TYP_CD, RPT_TYPE_CD, SUPP_SVC_CD, RCVY_SITE_UTM_NR, CAS_LAT_LONG, CAS_ADDR_LOC_TX, CAS_MED_PROG_CD, IND_CTZP_CTRY_CD, PMOS, CONTR_AGENCY, RC_TOUR_STRT_DT, RC_TOUR_CMPL_DT, RC_TOUR_TYP_CD, CAS_RM_IM_RCVRY_CD, DCIPS_CAS_INCNT_NR, DCIPS_CAS_FAM_MBR_NR ) SELECT DISTINCT (SELECT MAX(CAS_RPT_ID) + 1 FROM DF_CASUALTY), (SELECT MAX(CAS_RPT_ID) + 1 FROM DF_CASUALTY), '', 'FULL', 'DCIPSFwd', '200702230851', 'DCIPSFwd', '200702230910', 'I', '054-019-07', '', '', '', 'H', 'D', 'K', 'N', 'N', '', '', '', '', 'R', 'A', 'C', [(b)(3) 130b, (b)(6)] '', 'Hager', 'Joshua', 'Ryan', '', 'SSG', 'E', '', 'M', 'NO', 'A', '11B', '', '', '', 'HHC 1-9 IN, 1-3 BCT (II MEF)', 'WAJPT0', '19981103', '19981103', [(b)(6)] '', 'CO', 'US', '', '', '', '', '', '', '', '', '', '', 'D', '', 'CO', '', '', '', 'E', '', '', '200702230235', '', 'Ramadi', '', 'IZ', '', '', '', '', '', '200702222240', '', 'Ramadi', '', 'IZ', '', '', '', '', 'SSG Hager was killed in action while conducting combat operations against Anti-Iraqi forces in the Al Anbar Province. SSG Hager was the vehicle commander of a M1114 HMMVV with Level I Armor that was struck by an IED.', 'Blast trauma.', 'Remains were identified by [(b)(3) 130b, (b)(6)] PLT SGT, by means of identification tags and personal association. SSG Hager was pronounced deceased by [(b)(3) 130b, (b)(6)] BN Surg. Soldier was wearing additional PPE of Side SAPI plates and Nomex gloves. This report was verified by [(b)(3) 130b, (b)(6)] S-1 @ [(b)(6)] DCIPS report prepared by [(b)(3) 130b, (b)(6)], MNC-I CJ1 Casualty Operations, NCOIC @ [(b)(6)] ', '', '', '', '', '', '', 'T', '', '', '', '', '', '11B', '', '', '', '', 'Y', '', '' FROM DF_CASUALTY
<DFSQLEND>

PX1801

```
<DFSQLBEGIN>
INSERT INTO DF_PERS_PROTECT( CAS_RPT_ID, PPE_SEQ_NR, PPE_CD, PPE_CHRSTIC_CD,
PPE_ATCH_CD, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, DCIPS_CAS_INCNT_NR,
DCIPS_CAS_FAM_MBR_NR, DCIPS_PPE_SEQ_NR ) SELECT DISTINCT (SELECT MAX(CAS_RPT_ID)
FROM DF_CASUALTY), '1', 'H', 'ACH', '', 'DCIPSFwd', '', 'DCIPSFwd', '', '0', '0', '0' FROM DF_PERS_PROTECT
<DFSQLEND>
<DFSQLBEGIN>
INSERT INTO DF_PERS_PROTECT( CAS_RPT_ID, PPE_SEQ_NR, PPE_CD, PPE_CHRSTIC_CD,
PPE_ATCH_CD, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, DCIPS_CAS_INCNT_NR,
DCIPS_CAS_FAM_MBR_NR, DCIPS_PPE_SEQ_NR ) SELECT DISTINCT (SELECT MAX(CAS_RPT_ID)
FROM DF_CASUALTY), '2', 'E', 'OAK', '', 'DCIPSFwd', '', 'DCIPSFwd', '', '0', '0', '0' FROM DF_PERS_PROTECT
<DFSQLEND>
<DFSQLBEGIN>
INSERT INTO DF_PERS_PROTECT( CAS_RPT_ID, PPE_SEQ_NR, PPE_CD, PPE_CHRSTIC_CD,
PPE_ATCH_CD, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, DCIPS_CAS_INCNT_NR,
DCIPS_CAS_FAM_MBR_NR, DCIPS_PPE_SEQ_NR ) SELECT DISTINCT (SELECT MAX(CAS_RPT_ID)
FROM DF_CASUALTY), '3', 'V', 'OTV', 'GRN', 'DCIPSFwd', '', 'DCIPSFwd', '', '0', '0', '0' FROM
DF_PERS_PROTECT
<DFSQLEND>
<DFSQLBEGIN>
INSERT INTO DF_PERS_PROTECT( CAS_RPT_ID, PPE_SEQ_NR, PPE_CD, PPE_CHRSTIC_CD,
PPE_ATCH_CD, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, DCIPS_CAS_INCNT_NR,
DCIPS_CAS_FAM_MBR_NR, DCIPS_PPE_SEQ_NR ) SELECT DISTINCT (SELECT MAX(CAS_RPT_ID)
FROM DF_CASUALTY), '4', 'V', 'OTV', 'SAP', 'DCIPSFwd', '', 'DCIPSFwd', '', '0', '0', '0' FROM
DF_PERS_PROTECT
<DFSQLEND>
<DFSQLBEGIN>
INSERT INTO DF_PERS_PROTECT( CAS_RPT_ID, PPE_SEQ_NR, PPE_CD, PPE_CHRSTIC_CD,
PPE_ATCH_CD, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, DCIPS_CAS_INCNT_NR,
DCIPS_CAS_FAM_MBR_NR, DCIPS_PPE_SEQ_NR ) SELECT DISTINCT (SELECT MAX(CAS_RPT_ID)
FROM DF_CASUALTY), '5', 'V', 'OTV', 'YKT', 'DCIPSFwd', '', 'DCIPSFwd', '', '0', '0', '0' FROM
DF_PERS_PROTECT
<DFSQLEND>


<ORASQLBEGIN>
INSERT INTO DF_CASUALTY( CAS_RPT_ID, INIT_CAS_RPT_ID, ARCHIVE, CR_USER_ID, CR_DTTM,
LMD_USER_ID, LMD_DTTM, RPT_TYP_TBD, CAS_RPT_NR, CAS_INIT_RPT_NR, CAS_CASE_CLS_DT,
CIV_EMP_TYPE_CD, CAS_INCIDNT_CD, CAS_STAT_AB, CAS_CAT_CD, SPC_INT, SPC_CAT,
TERR_ACT, MULT_CAS_EVENT_CD, MULT_CAS_EVENT_TX, PERS_TYPE_CD, PERS_MILAFL_CD,
PERS_CAT_CD, IND_SSN, OLD_IND_SSN, INDIV_LAST_NM, INDIV_FIRST_NM, INDIV_MIDDLE_NM,
INDIV_NM_SFX_AB, SVC_MBR_RANK_AB, IND_RACE_POP_CD, IND_ETHNIC_CD, IND_SEX_CODE,
IND_REL_DENOM_CD, UNIFD_SVC_CD, DMOS, MIL_PERS_CLAS_CD, DY_PRC_CMSND_OFF,
CIV_PAY_GR_LVL_NR, CIV_PAY_PLAN_CD, ORGU_NME, UNIT_IDENT_CD, ATG_PEBD, BASD,
BIRTH_DT, IND_BRTH_CITY_NM, IND_BRTH_STA_CD, IND_BRTH_CTRY_CD, CAS_PROGNOSIS_CD,
HOSP_NM, HOSP_CY_NM, HOSP_ST, HOSP_CTRY, DG_TEXT, PROGNOSIS_TX, DIAGNOSIS_TX,
DSBLY_RET_LIST_CD, MIL_SP_DT, MIL_DRL_DT, IND_DSBLY_PCT_NR, SGLI_DT,
CAS_DTH_FAC_TYP_CD, IND_HOR_CY_NM, IND_HOR_ST_CD, IND_HOR_CTRY_CD,
CONT_HOSPZTN_IN_CD, ORGANIZATION_NM, CAS_INCNT_TNG_CD, CAS_INF_FC_TP_CD,
EMRG_NTFN_RVW_DT, EMRG_NTFN_COMPL_DT, IND_DEATH_DT, IND_DTH_HOSP_NM,
IND_DTH_CITY_NM, IND_DTH_STA_CD, IND_DTH_CTRY_CD, VEH_OWND_CD, VEH_ROLE_CD,
CAS_LOD_IN_RQ_CD, CAS_BENE_STAT_CD, CAS_BENE_ST_DT, CAS_BENE_END_DT, CAS_DT,
OLD_CAS_DT, CAS_CITY_NM, CAS_US_STA_CD, CAS_CTRY_CD, HIGH_MIL_RANK_AB,
HIGH_MIL_RANK_END_DT, HIGH_MIL_RANK_ST_DT, RCMD_MIL_RANK_AB, PROM_LST_DT,
CAS_PROC_INFO_TX_CIRC, CAS_PROC_INFO_TX_CAUS, CAS_RMKS_TX, VEH_GRP_CD, VEH_CD,
VEH_SUPP_CD, WAR_CONFLICT_CD, OPS_INCIDENT_CD, CAS_EVENT_TYP_CD, RPT_TYPE_CD,
```

APPROVED FOR RELEASE

PX1801

SUPP_SVC_CD, RCVY_SITE_UTM_NR, CAS_LAT_LONG, CAS_ADDR_LOC_TX, CAS_MED_PROG_CD, IND_CTZP_CTRY_CD, PMOS, CONTR_AGENCY, RC_TOUR_STRT_DT, RC_TOUR_CMPL_DT, RC_TOUR_TYP_CD, CAS_RM_IM_RCVRY_CD, DCIPS_CAS_INCNT_NR, DCIPS_CAS_FAM_MBR_NR ) VALUES ( cas_rpt_id.nextval, cas_rpt_id.nextval, '', 'DCIPSFwd', TO_DATE('23-feb-2007 0851', 'dd-mon-yyyy hh24:mi'), 'DCIPSFwd', TO_DATE('23-feb-2007 0910', 'dd-mon-yyyy hh24:mi'), 'I', '054-019-07', '', null, '', 'H', 'D', 'K', 'N', 'N', '', '', '', 'R', 'A', 'C', [(b)(3) 130b, (b)(6)] '', 'Hager', 'Joshua', 'Ryan', '', 'SSG', 'E', '', 'M', 'NO', 'A', '11B', '', '', '', '', 'HHC 1-9 IN, 1-3 BCT (II MEF)', 'WAJPT0', TO_DATE('03-nov-1998 0000', 'dd-mon-yyyy hh24:mi'), TO_DATE('03-nov-1998 0000', 'dd-mon-yyyy hh24:mi'), TO_DATE[(b)(6)] 0000', 'dd-mon-yyyy hh24:mi'), '', 'CO', 'US', '', '', '', '', '', '', '', '', 'E', null, null, '', null, 'D', '', 'CO', '', '', '', '', 'E', null, null, TO_DATE('23-feb-2007 0235', 'dd-mon-yyyy hh24:mi'), '', 'Ramadi', '', 'IZ', '', '', '', '', null, null, TO_DATE('22-feb-2007 2240', 'dd-mon-yyyy hh24:mi'), null, 'Ramadi', '', 'IZ', '', '', null, null, '', null, 'SSG Hager was killed in action while conducting combat operations against Anti-Iraqi forces in the Al Anbar Province.  SSG Hager was the vehicle commander of a M1114 HMMVV with Level I Armor that was struck by an IED.', 'Blast trauma.', 'Remains were identified by[(b)(6)] [(b)(3) 130b,(b)(6)] PLT SGT, by means of identification tags and personal association.  SSG Hager was pronounced deceased by[(b)(3) 130b, (b)(6)] BN Surg.  Soldier was wearing additional PPE of Side SAPI plates and Nomex gloves.  This report was verified by[(b)(3) 130b, (b)(6)] Unit POC is[(b)(3) 130b, (b)(6)] S-1 @ [(b)(6)] DCIPS report prepared by [(b)(3) 130b, (b)(6)] MNC-I CJ1 Casualty Operations, NCOIC @ [(b)(6)] '', '', '', '', '', 'I', '', '', '', '', '', '11B', '', null, null, '', 'Y', '', '')
<ORASQLEND>


<ORASQLBEGIN>
INSERT INTO DF_PERS_PROTECT( CAS_RPT_ID, PPE_SEQ_NR, PPE_CD, PPE_CHRSTIC_CD, PPE_ATCH_CD, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, DCIPS_CAS_INCNT_NR, DCIPS_CAS_FAM_MBR_NR, DCIPS_PPE_SEQ_NR ) VALUES ( cas_rpt_id.currval, 1, 'H', 'ACH', '', 'DCIPSFwd', null, 'DCIPSFwd', null, '0', '0', '0')
<ORASQLEND>
<ORASQLBEGIN>
INSERT INTO DF_PERS_PROTECT( CAS_RPT_ID, PPE_SEQ_NR, PPE_CD, PPE_CHRSTIC_CD, PPE_ATCH_CD, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, DCIPS_CAS_INCNT_NR, DCIPS_CAS_FAM_MBR_NR, DCIPS_PPE_SEQ_NR ) VALUES ( cas_rpt_id.currval, 2, 'E', 'OAK', '', 'DCIPSFwd', null, 'DCIPSFwd', null, '0', '0', '0')
<ORASQLEND>
<ORASQLBEGIN>
INSERT INTO DF_PERS_PROTECT( CAS_RPT_ID, PPE_SEQ_NR, PPE_CD, PPE_CHRSTIC_CD, PPE_ATCH_CD, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, DCIPS_CAS_INCNT_NR, DCIPS_CAS_FAM_MBR_NR, DCIPS_PPE_SEQ_NR ) VALUES ( cas_rpt_id.currval, 3, 'V', 'OTV', 'GRN', 'DCIPSFwd', null, 'DCIPSFwd', null, '0', '0', '0')
<ORASQLEND>
<ORASQLBEGIN>
INSERT INTO DF_PERS_PROTECT( CAS_RPT_ID, PPE_SEQ_NR, PPE_CD, PPE_CHRSTIC_CD, PPE_ATCH_CD, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, DCIPS_CAS_INCNT_NR, DCIPS_CAS_FAM_MBR_NR, DCIPS_PPE_SEQ_NR ) VALUES ( cas_rpt_id.currval, 4, 'V', 'OTV', 'SAP', 'DCIPSFwd', null, 'DCIPSFwd', null, '0', '0', '0')
<ORASQLEND>
<ORASQLBEGIN>
INSERT INTO DF_PERS_PROTECT( CAS_RPT_ID, PPE_SEQ_NR, PPE_CD, PPE_CHRSTIC_CD, PPE_ATCH_CD, CR_USER_ID, CR_DTTM, LMD_USER_ID, LMD_DTTM, DCIPS_CAS_INCNT_NR, DCIPS_CAS_FAM_MBR_NR, DCIPS_PPE_SEQ_NR ) VALUES ( cas_rpt_id.currval, 5, 'V', 'OTV', 'YKT', 'DCIPSFwd', null, 'DCIPSFwd', null, '0', '0', '0')
<ORASQLEND>


<SQL>
INSERT INTO DCIPSFWD( RPT_TYP_TBD, CAS_INCIDNT_CD, CAS_STAT_AB, CAS_CAT_CD,

PX1801

CAS_RPT_NR, MULT_CAS_EVENT_CD, MULT_CAS_EVENT_TX, PERS_TYPE_CD, PERS_MILAFL_CD, PERS_CAT_CD, IND_SSN, OLD_IND_SSN, INDIV_LAST_NM, INDIV_FIRST_NM, INDIV_MIDDLE_NM, INDIV_NM_SFX_AB, IND_UNIFD_SVC_CD, SVC_MBR_RANK_CD, ORGU_NME, CAS_BENE_STAT_CD, CAS_DT, OLD_CAS_DT, CAS_INF_FC_TP_CD, CAS_CITY_NM, CAS_US_STA_CD, CAS_CTRY_CD, IND_DEATH_DT, CAS_DTH_FAC_TYP_CD, IND_DTH_CITY_NM, IND_DTH_STA_CD, IND_DTH_CTRY_CD, CAS_RM_IM_RCVRY_CD, DIAGNOSIS_TX, CAS_PROC_INFO_TX_CIRC, CAS_PROC_INFO_TX_CAUS, CAS_RMKS_TX, CAS_CASE_CLS_DT_TBD, SPARE05, HOSP_NM, HOSP_CY_NM, HOSP_CTRY, HOSP_ST_PROGNOSIS_TX, CAS_PROGNOSIS_CD_TBD ) VALUES ( 'INIT', 'H', 'D', 'K', '054-019-07', ', ', 'R', 'A', 'C', [b)(3) 130b, (b)(6)] ', 'Hager', 'Joshua', 'Ryan', ', 'A', 'SSG', 'HHC 1-9 IN, 1-3 BCT (II MEF)', '', '200702222240', '', 'E', 'Ramadi', '', 'IZ', '200702230235', 'D', 'Ramadi', '', 'IZ', 'Y', '', 'SSG Hager was killed in action while conducting combat operations against Anti-Iraqi forces in the Al Anbar Province.  SSG Hager was the vehicle commander of a M1114 HMMVV with Level I Armor that was struck by an IED.', 'Blast trauma.', 'Remains were identified by [b)(3) 130b, (b)(6)] PLT SGT, by means of identification tags and personal association.  SSG Hager was pronounced deceased by [b)(3) 130b, (b)(6)] BN Surg.  Soldier was wearing additional PPE of Side SAPI plates and Nomex gloves.  This report was verified by [b)(3) 130b, (b)(6)]

[b)(6)] Unit POC is [b)(3) 130b, (b)(6)] DCIPS report prepared by [b)(3) 130b, (b)(6)] MNC-I CJ1 Casualty Operations, NCOIC @ [b)(6)] , '', 'DCIPSFwd', ', '', ', '', ', ', ')
<END>

Classification: UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~
~~If this e-mail is marked FOR OFFICIAL USE ONLY it may be exempt from mandatory disclosure under FOIA. DoD 5400.7R, "DoD Freedom of Information Act Program", DoD Directive 5230.9, "Clearance of DoD Information for Public Release", and DoD Instruction 5230.29, "Security and Policy Review of DoD Information for Public Release" apply~~.

PX1801



Not Reported

**Description:**               Not Reported

**DRUGREP Details**

Show

**Evidence Report Details**

![ APPROVED FOR RELEASE watermark ]

PX1801

PX1802

| REPORT OF CASUALTY | DEPARTMENT OF THE ARMY ALEXANDRIA, VIRGINIA 22331-0481 | REPORT CONTROL SYMBOL DD-P&R(AR)1664 |
|---|---|---|

| 1. REPORT TYPE Final | 2. DATE PREPARED 26 Mar 2007 |
|---|---|

**3. SERVICE IDENTIFICATION**

| a. NAME (Last, First, Middle and Suffix) Hager, Joshua Ryan | b. SOCIAL SECURITY NUMBER ███ | c. RANK SSG | d. PAY GRADE E-6 | e. OCCUPATION CODE/RATING 11B3V |
|---|---|---|---|---|

| f. COMPONENT Regular | g. BRANCH USA | h. ORGANIZATION HHC, 1st Battalion, 9th Infantry, Fort Carson, CO |
|---|---|---|

**4. CASUALTY INFORMATION**

| a. TYPE Hostile | b. STATUS Deceased | c. CATEGORY Killed In Action | d. DATE OF CASUALTY 22 Feb 2007 | e. PLACE OF CASUALTY Ramadi, Iraq |
|---|---|---|---|---|

f. CIRCUMSTANCES

Hostile Action:  Blast injuries, per DD Form 2064 (Certificate of Death).

| g. DUTY STATUS Active:  Present For Duty | h. BODY RECOVERED Yes |
|---|---|

**5. BACKGROUND INFORMATION**

| a. DATE OF BIRTH ███ | b. PLACE OF BIRTH Denver, CO | c. COUNTRY OF CITIZENSHIP United States |
|---|---|---|

| d. RACE White |
|---|

| e. ETHNICITY None | f. SEX Male |
|---|---|

| g. RELIGIOUS PREFERENCE No Religious Preference |
|---|

**6. ACTIVE DUTY INFORMATION**

| a. PLACE OF ENTRY Denver, CO | b. DATE OF ENTRY 03 Nov 1998 | c. HOME OF RECORD AT TIME OF ENTRY Broomfield, CO |
|---|---|---|

**7. INTERESTED PERSONS/REMARKS** *(Name, Address, and Relationship) (Continue on separate sheet, if necessary)*

Conflict: WAR ON TERRORISM / OPERATION IRAQI FREEDOM

Lois H. Knight, ███ (Mother 1)
Heather N. Hager, ███ (Wife 2, 3/SGLI 100%)
Bayley B. Hager, ███ (Son)
Kris L. S. Hager, ███ (Father)

Changes were made to items #1, #2, #4d, #4f, and #7.
This replaces Interim Report dated 05 March 2007.

FOOTNOTES:  1.  Adult next of kin.
2.  Beneficiary for gratuity pay in the event there is no surviving spouse or child - as designated on record of emergency data.
3.  Beneficiary for unpaid pay and allowances - as designated on record of emergency data.

**8. REPORTING INFORMATION**

| a. COMMAND AGENCY CDR, 3rd PERSCOM, Kuwait, APO AE  09304 | b. DATE RECEIVED 23 Feb 2007 |
|---|---|

| 9. DISTRIBUTION CAR STE | 10. SIGNATURE ELEMENT BY ORDER OF THE ASSISTANT SECRETARY OF THE ARMY: |
|---|---|

*Andri M. Dorsey*

NOTE - This form may be used to facilitate the cashing of bonds, the payment of commercial insurance, or in the settlement of any other claim in which proof of death is required.

DD Form 1300, MAR 2004        PREVIOUS EDITION MAY BE USED

Fis_HagerJ_MR_00000007
PX1802

PX1803

## DECLARATION OF

## CHARLES P. FERRY

I, Charles P. Ferry, declare and state under penalty of perjury that the following statements are true and correct:

1. I have personal knowledge of the facts and information contained in this Declaration.

2. I am a retired Army Lieutenant Colonel (O5) with 26 years of service. I began in 1983 as an enlisted Infantry Soldier and then after two years of service became a Non-Commissioned officer first as a Corporal (E4) and later as a Sergeant (E5). After earning a four-year college degree and completing college ROTC, I was commissioned as an Infantry Second Lieutenant (O1). During my service, I served in Infantry, Ranger, Special Forces (Green Beret), and Special Operations Force (SOF) units as an Enlisted Man, NCO, and Officer. I commanded at every level from Squad to Joint Battalion Task Force and was selected to command an Infantry Brigade prior to requesting retirement. I served five combat tours (48 months) in Somalia, Afghanistan, and Iraq. In 1993, as a First Lieutenant (O2), serving as a Rifle Company Executive Officer, I participated in the battle depicted in the movie, "Blackhawk Down." In Oct 2001, as a Major (O4), serving as the 3rd Ranger Battalion Operations Officer, I participated in the special operations parachute assault into Afghanistan. From 2003 to 2005, as a Major (O4) and Lieutenant Colonel (O5) I participated in numerous classified SOF operations in Afghanistan and Iraq to include commanding a Joint Special Operations Task Force. From 2006 to 2008, I commanded a Rifle Battalion Task Force with the mission to clear and secure East Ramadi (Anbar Province) during the "tribal awakening." Some of my awards include the Silver Star Medal (Iraq); Bronze Star Medal with "V" (Somalia); Four Bronze Star Medals for Combat Service; Combat Infantryman's Badge (2d Award); Special Forces Tab, Ranger Tab, Master Parachutist's Badge with Combat Jump Star; and the Pathfinder Badge.

3. Currently, I am the Chief Executive Officer for Duos Technologies Group. Duos Technologies, a Nasdaq listed corporation, provides advanced technology solutions within the railroad, trucking, logistics, security, and government sectors.

4. In December 2005, as a Lieutenant Colonel (O5), I assumed command of 1st Battalion, 9th Infantry Regiment, 2nd Brigade Combat Team, of the Second Infantry Division, at Fort Carson, Colorado. My connection with the Battalion started before I assumed command in the summer of 2005, when I initially arrived at Fort Carson, Colorado. Prior to assuming command, I was able to meet with senior leaders of the Battalion and participated in planning sessions in anticipation of deployment back to Iraq in less than one year.

Fis_HagerJ_CR_00000094

**PX1803**

5. In preparation for deploying to Iraq, the Battalion executed a rigorous and demanding training regime based upon my personal lessons learned from previous combat tours and what I expected to encounter when returning to Iraq. This generally consisted of physical training, marksmanship, medical training, vehicle training and a series of team, squad, platoon, and company level live fire exercises. We also deployed to the National Training Center (NTC), in the Mohave Desert of southern California with our Brigade as a final validation exercise. All of my company commanders and most of my NCOs were combat veterans prior to this deployment.

6. In October 2006, Task Force 1-9 Infantry "Manchu" deployed into East Ramadi, Iraq, based out of Camp Corregidor. My organic light infantry battalion included four rifle companies, forward support company, and headquarters and headquarters company (HHC) which included Communications Platoon, Medic Platoon, Maintenance Platoon, Mortar Platoon, Scout Platoon and Battalion Staff. We took control of a large contingent of attachments to include: 1 x Mechanized Infantry Company, 1 x Tank Company, 2 x Marine Rifle Companies, 1 x Heavy Engineer Platoon, U.S. Navy SEAL Platoon (SEAL Team 3 and later SEAL Team 5), Civil Affairs, Explosive Ordinance Detachment (EOD), Dog Teams and various other attachments. We also assumed tactical control of 3 x Iraqi Infantry Battalions each of which were advised by US Army or Marine Advisory Teams that reported directly to me. This large Task Force was approximately 5,000 men. Our commanding headquarters was initially 1st Brigade Combat Team, 1st Armored Division and they were later replaced by 1st Brigade Combat Team, 3rd Infantry Division.

7. Because of my previous assignments in the 75th Ranger Regiment and SOF units, I quickly established a close working relationship with the Joint Special Operations Command (JSOC) and the CIA Chief of Base in West Ramadi upon arrival in Oct 2006. This relationship enabled me to access more sophisticated intelligence than would ordinarily be available to a conventional battalion commander and which was critical in supporting our operations against Al Qaeda in Iraq (AQI) – the dominant group in the area.

8. Our primary mission was to clear, hold, and secure East Ramadi (especially the Malaab area) which had been claimed by AQI as the capital of its new Caliphate. A more specific mission was to capture and/or kill members of AQI and couriers who were commanded by the then-leader of AQI Abu Ayyub al-Masri (who was a high priority target for the U.S.)

9. In October 2006, when TF 1-9 arrived, Ramadi was a major AQI sanctuary and stronghold where the group transitioned foreign fighters, equipment, supplies, and cash coming primarily from Syria into the Anbar province, through Ramadi and then into Baghdad.

Also in Ramadi, AQI trained the insurgents for fighting in East Ramadi, Baghdad, and other areas. Basically, this area was considered the worst, most kinetic hot spot in all of Iraq at the time. So much so, there was open discussion and news articles where senior military officers in Iraq were seriously considering withdrawing from the Anbar Province altogether in order to focus available combat power in the more politically important city of Baghdad.

10. The insurgent's tactics, techniques, and procedures (TTP) were sophisticated. They operated in team or squad configurations, which were coordinated from a higher level. A significant number of the insurgents were foreign fighters that had come to Ramadi through established Jihadi travel facilitation networks via the border crossing at Al-Qa'im. It was apparent that the insurgents had been well-trained and possessed expert knowledge in the use of improvised explosive devices, small arms, rocket propelled grenades, and sniper weapons, and were very effective in combining these in complex attacks on a daily basis against our fixed positions and mounted/dismounted patrols.    IEDs included various explosive materials and artillery rounds, and were controlled by command detonations using wire, radios, cell phones, and garage door remotes. As we developed methods to defeat or avoid IEDs, the insurgents would adapt and employ other methods, such as pressure plate switch systems and other triggering or concealment methods. AQI also used deeply buried and directional IEDs in their attempts to defeat the armor on our vehicles and kill our Infantrymen moving on foot.

11. We found many caches in the area that contained weapons and IEDs which were determined to be of Iranian origin and production. The weapons were determined to be recently manufactured based on their condition and markings.

12. I first met Joshua Hager in December 2005, when I first assumed command of 1-9 Infantry. At the time, he was a platoon sergeant in one of my rifle companies. After observing him during our initial live fire exercises, I reassigned him to be the Scout Platoon Sergeant (considered a very prestigious position and normally held by the best SSG (E6) or SFC (E7) in the battalion). In Iraq, the Scout Platoon primarily served as the personal security detachment for myself and my assault command post (ACP) which is really myself and a couple of radiomen and fire support personnel. We would often operate on foot and/or mounted depending on the mission in close proximity to our rifle companies and sometimes would conduct independent raids and other sensitive operations. Many times, during complex battalion clearance operations, this Scout/ACP element would also come under direct enemy fire and would engage the enemy to allow me to effectively command and control the battalion by directing air strikes and CASEVAC in support of our units in contact. Joshua Hager's duties as the NCO in-charge of my personal security detail (PSD), was responsible for 20 men who were subordinate to him and the protection of 4-8 other

Fis_HagerJ_CR_00000096

**PX1803**

soldiers and me (Battalion ACP) who traveled around our battle area in Ramadi. He and his Platoon Leader worked and reported directly to me, and thus, we were together every day.

SFC Raleigh Heekin was assigned to D Company (Dog Company), one of my four organic rifle companies. I first met him when he joined the battalion shortly after I assumed command in December 2005. During our deployment to Ramadi, all of my rifle companies and attached units experienced numerous direct firefights, but Dog Company definitely saw the most action of any of them.

13. From November 2006 to March 2007, after completing a relief in place of the outgoing infantry battalion, our task force was directed to begin operations to clear, hold, and secure the sector. In execution, this meant taking the fight to the enemy in his protected sanctuaries. TF 1-9 conducted deliberate and very kinetic attacks, raids, and clearance operations. When I say it was kinetic, I am referring to lethal warfare during which TF 1-9 employed small arms and machine gunfire, Bradley Fighting Vehicle 20mm and coax machine gun fire, M1 Tank 120mm main gun rounds and coax machine gun fire along with C4 explosives for breaching buildings and destroying enemy weapons caches. The enemy responded in kind with his own small arms, machine guns, rocket propelled grenades, sniper fire and improvised explosive devices. During the Battalion's 16-month combat tour, my task force incurred 31 x KIA and 273 WIA while inflicting heavy losses on the enemy and taking more than 1,000 enemy detainees. Every operation was fought in a combined manner using all of the task force's U.S. and Iraqi ground units and employing air strikes dangerously close to troops during heavy, close in firefights. From November to December 2006, the battalion attacked in order to gain control of the area of Sofia. After this operation, the battalion received an additional Rifle Company of Marines from 2d Battalion, 4th Marine Regiment (Fox Company, 2/4 MAR). From December 2006 to January 2007, the battalion attacked in order to gain control the area of Juaiba. From January to February 2007, the battalion fought to consolidate our gains and battled continuous complex attacks in our downtown sectors of Sinaa, Malaab, and Al Iskan.

14. From February 18-25, 2007, the battalion attacked to clear and secure the Malaab sector (called Operation Murfreesborough). This was a particularly difficult fight during which the battalion suffered five U.S. KIA and dozens wounded (this does not include my Iraqi Battalions who also incurred ten KIA and many more WIA). After clearing the Malaab, we continued to be attacked from the Al Iskan area. In March 2007, we conducted a deliberate attack in the Al Iskan and handed this battle space over to the 2nd Battalion, 5th Marine Regiment, 1st Marine Division (2/5 MAR) on completion. In our clearing actions in Malaab and Al Iskan, we killed an estimated 20-30 foreign fighters and/or AQI and wounded and/or captured over 100. In each of these areas, the enemy was well organized,

Declaration of CHARLES P. FERRY (2/22/2007 attack)                                    Page 4

PX1803

fought in team, squad, sometimes platoon sized elements, and coordinated their actions across our sector and across the city. In order to generate combat power to go on the offensive in one area, we assumed risk and reduced forces in others. The enemy would attack us in these perceived weak points in an attempt to get us off-track.

15. On February 22, 2007, while conducting a 24-hour pause of the clearance operations of the Malaab (Operation Murfreesborough), I had been at the 2ⁿᵈ Brigade Headquarters at Camp Ramadi attending briefings and coordinating with my Brigade Commander and his staff. This was normally done once a week. At approximately 2200 hours that night, my Assault Command Post and I, along with two Scout squads commanded by SSG Hager were returning to our Battalion Headquarters at Camp Corregidor. We were in four up armored HMMMVs; I was in the third vehicle, and SSG Hager was in the second. The second and fourth vehicles were equipped with and employing electronic warfare jammers. We were traveling very slowly, approximately 5-8 mph per standard operating procedure so if an IED/EFP did go off, they would be more likely to hit the front/engine area of a vehicle instead of the passenger area. We were blacked out and all wearing night vision goggles. We were traveling north on Route Trans Am, just south of the Malaab neighborhood (within small arms range) which was still controlled by AQI.

16. At approximately 2300 hours, the second vehicle, commanded by SSG Hager, riding in the front passenger side seat (vehicle commander's position) hit a pressure plate activated IED. The IED exploded into the front engine compartment as well as the driver and TC position of the HMMMV. I observed the impact from my position in the third vehicle, which was 35-50 meters behind the second vehicle. Through my NVGs I observed the vehicle engulfed in an explosion made dark by heavy dust. The vehicle was completely destroyed.

17. At the time of the attack, we were located in the open approximately 200 meters south of the Al Iskan/Malaab built up area which was still controlled by AQI (map coordinate 38S LB 44478 98420). We expected that at any time we would be engaged by AQI small arms and/or RPGs. Within seconds of the impact, I called my Battalion Operations Officer who was located at the Battalion Tactical Operations Center at Camp Corregidor and reported the attack and my location. My Operations Officer initially requested to deploy a QRF, but I ordered him to hold-off until I could assess the situation. I did order him to bring overhead ISR (Intelligence, Surveillance and Reconnaissance) and Close Air Support Aircraft be brought on station.

18. While I was coordinating on the radio, SSG Julius Reid, commanding the first vehicle, moved with two more Scouts to assist SSG Hager's team in the second vehicle. SSG Reid quickly came to my vehicle and reported that SSG Hager had been killed, the rest of his crew was walking wounded and that the vehicle was destroyed. It was at this time, I

---

Declaration of CHARLES P. FERRY (2/22/2007 attack)                                    Page 5

Fis_HagerJ_CR_00000098

ordered my Operations Officer to deploy the QRF, but to have them hold approximately 500 meters away from the strike site as I was concerned about a possible second IED in the area (AQI had in the last 30 days begun to deploy IEDs in pairs).

19. I exited my vehicle and moved on foot to SSG Hager's vehicle to personally assess the casualties and the damaged vehicle to determine the best way to extract ourselves. Around this time, ISR and a pair of F18s arrived on station. SSG Reid and I moved SSG Hager's body from vehicle #2 back to my vehicle (#3). I then ordered SSG Reid to take command of the remaining vehicles, double check security, and continue to treat and package the wounded. At the time, the three wounded Scouts were mostly concussed with some shrapnel, but could walk and were obviously very shaken up.

20. I called my operations officer again who reported the QRF was closing into our position quickly and I reminded him to have them hold short of our position. I then retrieved a body bag from the back of my HMMMV and assessed SSG Hager's body and I confirmed he had expired and his left arm and left leg had been amputated by the IED. I reported his battle roster number as KIA to my operations officer and then personally placed SSG Hager's remains into a body bag and into my vehicle for extraction.

21. This took only a few minutes, and during this time my fear that there was a second IED in the area heightened, and I again called my operations officer and ordered that the QRF (who was now within several hundred meters of my position) to stop where they were. Unfortunately, the QRF could not be contacted and I made one last attempt to reach them directly by switching onto Dog Company's internal radio frequency, but I was unable to contact them and they continued to my location.

22. Approximately 20 minutes after the first explosion, the light QRF deployed from Dog Company (commanded by SFC Heeken), consisting of three HMMMVs with one armored personnel carrier (M113) in the lead approached the strike site. The M113 was hit by a second pressure plate IED, immediately killing Specialist Rowan Walters (a Dog Company medic) and wounding several others to include SFC Heekin and PFC Buford. The location of the second IED was 50-75 meters from the first. The IED was buried hitting the left side of the vehicle inside the track and blew out the bottom left side. The M113 was completely disabled.

23. There were six to seven men in the M113. SFC Heekin was in the gunner/commander position and sustained shrapnel damage to his left leg. The driver, PFC Travis Bufford, was badly wounded and determined to be urgent surgical. The body of Specialist Rowan Walters (who had been instantly killed by the second IED explosion) had been thrown from

Fis_HagerJ_CR_00000099

PX1803

the open back hatch of the M113 and was lodged on the outside, front hood of the armored personnel carrier.

24. SSG Reid and I moved to the second blast area, carefully clearing our route with our gun lights (we were concerned there were more IEDs) arriving at the stricken M113. A second NCO, SSG Lester, from Dog Company had taken charge and was working to treat the wounded. After confirming that PFC Rowan Walters was deceased and the wounded were being cared for, I ordered SSG Reid to find me another body bag and then return to the scout vehicles. SSG Reid would control the Scout side of the strike and I would control the Dog Company side of the strike while maintaining control of ISR and Close Air Support.

25. I then ordered my operations officer to deploy the heavy QRF.

26. I next ordered the small Dog element that was still combat effective to focus on treating the wounded and keep security. SSG Lester and I then recovered Specialist Rowan Walter's remains that were lodged onto the front of the stricken M113 and moved them back to my HMMWV vehicle.

27. The heavy QRF consisting of two tanks (M1) and one armored personnel carrier (M113) arrived approximately 15 minutes after the second explosion.

28. We evacuated PFC Buford who was urgent surgical and all others with urgent surgical needs via one of the tanks (which could move much faster) and the other less severely wounded via a M113. The wounded were evacuated to the Camp Corregidor Battalion Aid Station. PFC Buford arrived at the Battalion Aid Station at Camp Corregidor and was declared deceased due to his wounds. The other three wounded soldiers (2 x Urgent Surgical and 1 x Routine) were medically evacuated by helicopter to Al Asad for further treatment.

29. We had Explosive Ordinance Detachment (EOD) personnel assigned to my Battalion who came with the Heavy QRF. They did a swift assessment of the attack; however, due to the kinetic threat from insurgents in the area, a full blast scene assessment was not conducted. The EOD team concluded there were two pressure plate IEDs, each triggered by two saw blades connected to a battery (they showed me one of the recovered saw blade triggering devices while we were still on the strike site). The IEDs and trigger devices were buried and the blast came up from below the vehicles. They advised the HMMMV was blown approximately 15 meters from the blast seat.

---

Fis_HagerJ_CR_00000100

CPF

PX1803

30. Approximately one and a half hours after the first explosion, and having evacuated the wounded, searched the area for all equipment and remains. We then departed the scene of the attack and returned to Camp Corregidor with the bodies of SSG Hager and SPC Rowan in my HMMMV and towing the two stricken vehicles with us.

31. My experience from other pressure plate IED attacks was that the tactics, techniques, and procedures (TTP) for these types of weapons typically used five gallon water jugs to hold homemade explosive (HME). We found pallets of these explosive materials during our cache raids that indicated that the insurgents had significant resources and expertise in bomb making and placement.

32. The terror groups operating in the area would change their IED TTPs every four to six weeks to account for change in our efforts to counter the IED threat. The IEDs were sophisticated and expertly assembled, and the emplacement and concealment of the IEDs were indicative of a well-trained and supplied group.

33. Based on my personal experience and knowledge of the operational environment in Ramadi, the dominant terror group in the area was AQI. The IEDs used to attack our unit and that killed SSG Hager, SPC Walters, PFC Buford and wounded SFC Heekin and several others, were assembled and emplaced by members of Al Qaeda in Iraq.

---

a. As Part of my Declaration, I am providing documentary materials attached as Exhibit A through Exhibit D.

    1. Exhibit A attached to this Declaration is a true and authentic copy of a photograph depicting CSM Dennis Bergman (Senior Enlisted Man for TF 1-9) and I just prior to going out on a battalion-sized raid. I have personal knowledge of the source or creation of this Exhibit because I was present when the photograph was taken.

    2. Exhibit B attached to this Declaration is a true and authentic copy of a photograph of me with Marine Major Jim Lively, who commanded my 1st Iraqi Army Battalion Advisory Team during the assault on the Malaab (1st, 2d, and 3rd Infantry Battalions, 1st Iraqi Army Division, where under my tactical control and an integral part of TF 1-9). I have personal knowledge of the source or creation of this Exhibit because I was present when the photograph was taken.

    3. Exhibit C attached to this declaration is a true and authentic copy of a photograph of the Scout Platoon and Battalion Assault Command Post (ACP) including SSG Joshua Hager and myself. I have personal knowledge of the source or creation of this Exhibit because I was present when the photograph was taken.

---

Declaration of CHARLES P. FERRY (2/22/2007 attack)                    Page 8

Fis_HagerJ_CR_00000101

PX1803

4. Exhibit D attached to this declaration is a true and authentic copy of a photograph of the HMMV after the attack on February 22, 2007, in which SSG Hager was killed. I was provided a copy of this photograph by attorneys for SSG Hager, and I am of the opinion that it is the vehicle that that he was commanding that night and accurately depicts damage to the subject HMMMV.

5. In addition to the above listed exhibits, I have reviewed two videos provided to me by attorneys for SSG Hager. The first video is of SSG Hager's destroyed HMMMV where he was killed in the front right seat (opposite the driver). The second video is the of the destroyed M113 Armored Personnel Carrier where Specialist Rowan Walters was killed immediately. The large blood stain on the front indicates the location where his body was lodged until SSG Lester and I recovered him. This is the same vehicle where PFC Travis Buford was wounded and ultimately died from his wounds, and where SFC Heekin and several others were wounded.

I declare and state under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on this _15TH_ day of ___DECEMBER___ , _2021_ .

Signature: _Charles P Ferry_

Charles P. Ferry
Lieutenant Colonel (Retired)
Infantry
United States Army

Fis_HagerJ_CR_00000102

PX1803

# EXHIBIT A

PX1803



PX1803

# EXHIBIT B

PX1803



Fis_HagerJ_CR_00000104

PX1803

# EXHIBIT C

PX1803



Fis_HagerJ_CR_00000105

PX1803

# EXHIBIT D

PX1803



Fis_HagerJ_CR_00000106

PX1803

PX1804

<u>DECLARATION OF</u>

<u>RALEIGH JAMES HEEKIN III</u>

I, Raleigh James Heekin III, declare and state under penalty of perjury that the following statements are true and correct:

a.  I have personal knowledge of the facts and information contained in this statement.

b.  I am a United States citizen. I was born on ████████████, in San Diego, California to Raleigh James Heekin Jr. and Lynn Dretzka. I have been married to Misty Dawn Heekin since February 8, 1999. We have four children, Tanner Brennon Heekin, Skylin Johanna Heekin, Cadence Dawn Heekin, & Liam Wayne Heekin. I am a graduate of Colorado State University. I am currently employed at Johnson and Johnson as a customer service representative.

c.  My date of enlistment in the United States Army was July 8, 1994. I served in the Army until December 7, 2014, and received an honorable discharge. During my service, I was deployed to Iraq once. During my deployment to Iraq from October 2006 - February 2007, my rank was Sgt. First Class (SFC) E-7; my military occupational specialty (MOS) was 11B Infantry Platoon Sgt. When I was honorably discharged in 2014, my rank was Sgt First Class, E7.

d.  I was assigned to D company, 1st Battalion, 9th Infantry Regiment, 2nd Brigade Combat Team, 2nd Infantry Division while deployed to Iraq from October 2006 - February 2007.

e.  Our Battalion's mission in Iraq was to hold, secure, and defend the Eagles Nest and patrol routes to and from the Eagles Nest in the area of Southeast Ramadi in the Malaab area. This area was claimed by AQI.

f.  On February 22, 2007, my team was providing support to the Battalion Commander's convoy that was hit by an IED in Ramadi. We had 3 vehicles, my vehicle was a M113 and was the 2nd in line. I was in the vehicle's gunner/commander position, PFC Travis Buford was in the driver's hatch and Specialist Rowen Walter was in the back of the track right where the blast came through the bottom of the vehicle.

g.  We were located directly south of the East Canal in the city of Ramadi. There was an Agricultural University on the east side in Ramadi. That is where Camp Corregidor was located.

Fis_HeekinR_CP_00000100

PX1804

h. It was a slow day on patrol and the weather was bad that day. We had a sandstorm over us, and visibility was down to about 10 meters.  The road through the area consisted of soft sand they called "moon dust." We were unable to watch over the Southern route.  We had pulled our vehicles in so that the people at our little base, Eagles Nest, could over watch the vehicle and that vehicle could over watch the next vehicle. We called the Battalion and told them no one should move down that route until route clearance could go through there the next day. Later that night the visibility was even worse, and we got word that the Battalion Commander was coming back through that area. The Battalion Commander's convoy hit an IED. Joshua Hager was in this vehicle, and he was killed instantly. We were informed there were 10 urgent surgical (potential casualty) requests as a result of the IED attack. Normal standard operating procedures for this situation is the tank platoon that was attached to us would roll out from Camp Corregidor and act as QRF – Quick Reaction Force. The night before, the tank took over an hour to roll out of the gate after they were called, so I took my men and we jumped in our vehicles. We had a Mortar Platoon 113, and the communications were not good in the vehicle. I did not know it at the time, but we didn't have another vehicle big enough to pick up 10 casualties, so we took this vehicle. As we headed down the road to the attack area, I lost internal communications with my driver, and I could not talk to the other vehicles. My lead vehicle drove past the lead vehicle of the Battalion Commander's convoy and my vehicle followed right behind. When I got control and had them stop, I told my vehicle to go a little to the left and so my driver, Travis, kicked the vehicle to the left a little bit. This brought the rear end of the vehicle to the right, and we hit an IED. I was sitting in the commander seat of the vehicle on the 50 cal. and I was in the gunner's position up on the 50 cal. The vehicle hit the IED on the inside of the track. The IED blew a large hole in the bottom of the vehicle about the size of a manhole cover. It peeled the armor upward and inward. My medic, Rowan, was killed instantly. His upper torso was blown out of the hatch, over my head, and landed on the front slope of the vehicle on the engine hatch. The blast was like a cork in a bottle, and the blast wave came up and around me. It was so strong that it blew my body armor and helmet off. When I got out of the vehicle, I was just wearing pants, boots and a t-shirt. Travis and I were both knocked unconscious. When I came to the vehicle it was filled with smoke and the engine was still running. I told Travis to kill the engine, get out of the vehicle, and move to the truck behind us. He argued with me and wanted to stay, but I told him to go now. I passed out again, but when I came to, I crawled into the drivers hatch to shut the engine off. In my fog and confusion, I could not find the switch to cut off the engine. I climbed out of drivers hatch and slid in front of vehicle. My left leg gave out and I started hopping on my right leg. I saw Rowan, or what was left of him, on the front end of the vehicle. I tried to pull him out and take him with me, but he was wedged in the vehicle, and I couldn't move him.  I hopped around the side of vehicle toward the Humvee that was behind us, halfway there the driver of the vehicle, Peachtree, grabbed me and helped me move back to their Humvee. At this point I was not able to complete the mission. I was completely out of it. I told my squad leader in that vehicle to take charge. He loaded Travis and I in the

2

vehicle and started to drive. The platoon leader from the scout platoon stopped our vehicle and told us not to move. We tried to do first aid on Travis and put a tourniquet on his leg, but somehow the tourniquet came loose. He was medevacked about an hour later when one of the tanks finally showed up.  By the time they got him to the battalion aid station, he was pronounced dead. I was loaded up in a 113 with the rest of the casualties from the battalion commanders' vehicles and we were taken to the aid station where I saw my platoon leader, first sergeant, company commander, and major. They packed me up to fly me out. After this, everything was a blur. I lost three men in the initial attack.

i.  The pressure plate IED was buried and hit the left side of my vehicle, blowing out the entire bottom left side.

j.  As a result of the attack, I immediately received shrapnel wounds to my left calf, the back of my left knee, and compartment syndrome that resulted in permanent damage.  It was hours after the attack before I was able to get airlifted to proper medical care.  Originally, I thought my ankle was broken, but there was only some damage. I had to use crutches and I was not able to bear weight or completely straighten it. The surgeons decided to do a fasciotomy on my left leg. They cut open the skin and silver lining around the muscle to allow the muscle to expand more to allow the blood to flow out of my leg. My leg had to stay open for long periods of time to allow the swelling to go down. They hooked me up to a wound vac. They would take a piece of high-grade cellophane and stick it to my leg, then they would punch a hole in it, and put a vacuum tube on it. It basically sucks meat soup out of your leg. With this procedure I had multiple washouts daily. They would open it back up and debride the wound and take out any neurotic tissues and reseal it with the vacuum tubes. From my recollection, there were over 20 of these surgeries at Walter Reed, in which they debrided the wound repeatedly. All these treatments occurred across Iraq, Germany, and in the U.S. I still experience the effects of my injuries to this date. I still have times when my leg gives out underneath me. I still have trouble standing for long periods of time. Because of the fasciotomy, my leg swells a lot and I must elevate my leg several times a day. The pain is exacerbated by prolonged standing and walking which causes me to walk with a limp.  I've had additional surgeries to reduce the scarring on my leg.  I must use a cane to assist me when walking. Later, I was diagnosed with a TBI at Walter Reed from the concussive blast itself and diagnosed with PTSD. I have a lot of ongoing issues with depression and PTSD. I required treatment for a long time just to get to the point where I don't blame myself for the loss of my men. My social life has also been tremendously affected. I have been treated for depression and PTSD. I am unable to connect and talk to other people like I used to. I often lose concentration and interest during conversations. My biggest problems are memory and irritability. I can no longer enjoy or attend concerts and amusement parks as a result. The TBI has caused me memory loss. I basically have the memory of a squirrel. I lose track of things easily. I lose my wallet constantly. I now keep my baseball cap with my keys and my wallet in it, so I won't lose

3

it. There was an occurrence where I went to a medical appointment, and I lost my wallet. I searched my car for over an hour and half to find it and missed my medical appointment. It may not seem like a big deal, but when you are going through it, it contributes to depression and puts you in a bad place. I also experienced hearing loss and ringing in my ears. I must sleep with the fan on, because I hear constant ringing. When I am in a quiet room, I go nuts and lose it. I do not currently have hearing aids, but I know eventually I will need them. In my current job, I work in customer service. I must max the volume on my headset to hear people on the other end. My kids get frustrated a lot because they have to repeat things to me. My wife also gets frustrated because I cannot hear. If I am in a room with a lot of people talking, I must be looking at the person that I am talking to for me to understand what they are saying.

k. Immediately after the attack, I was given first aid by one of my soldiers. They wrapped me in a blanket and placed a tourniquet on my leg. A medic was not available to treat me on the scene. Once the medic arrived, I was moved to the combat outpost and lost consciousness for approximately 30 seconds. It was almost 2 hours on scene before I got to the battalion aid station. I was there for about 1 hour - 1.5 hours before they found some pilots that were brave enough to fly me out. It was still dark when we got to the trauma unit in Balad.  I had emergency surgery in Balad and then I remember waking up in a bed in Iraq. I was then medevacked to Landstuhl, Germany for at least a week. I am not positive exactly how long I was there. After treatment at Landstuhl, I was medivacked back to the states. The army was going to send me back to Fort Carson, but my wife was in West Virginia. She was pregnant and could not travel. I talked to the doctors and got someone to sign off on sending me to Walter Reed. I was at Walter Reed as an inpatient for over a month. I had multiple surgeries at Walter Reed Hospital. They rinsed my wounded leg and provided therapy to help my wound heal. I also had treatments for conductive hearing loss in my middle ear caused by the blast. After my release, I was in outpatient status, staying in a hotel on the base for about 6 weeks. I had to roll my wheelchair to the hospital every day and back to the hotel in the evening. After 6 weeks I was sent back to Fort Carson. Once I arrived at Fort Carson, I had 30 days convalescent leave. During that time, I visited the doctors a lot. They stitched up my leg and it was ugly. I had another surgery to remove an additional piece of shrapnel from the back of my leg and I required plastic surgery to reduce the size of the scar on my leg. I received care at Evans Army Hospital for abnormality of walk and PTSD until 2010, when I was cleared to move to my next duty station. I am currently receiving care at Colorado Springs VA, and I am currently taking five medications. I was medically retired from the Army due to my attack injuries and I have been declared 100% disabled by the Department of Veteran Affairs.  I experience the effects of my injuries to this date. I have times when my leg gives out underneath me. I have trouble standing for long periods of time. Because of the fasciotomy my leg swells a lot and I must elevate my leg several times a day. I have a lot of ongoing issues with depression and PTSD. I have had treatment for a long time just to get to the point where I

4

PX1804

don't blame myself for the loss of my men. I was awarded the Purple Heart Award for the wounds I received as a result of the hostile enemy action during the February 22, 2007, attack.

l.  Specialist Rowan Walter, Private First-Class Travis Buford and Staff Sgt. Joshua Hager were killed in the February 22, 2007, attack.

m.  The weapon used in the attack against us was a pressure plate IED that was buried. It hit the left side of the vehicle inside the truck and blew through the bottom left side. The IEDs used in the attack were implanted during the sandstorm, which I know because earlier that day others had cleared that route and drove it safely. I was informed post-attack by my company commander that the IEDs used in the attack were tied to an IED maker in the southern part of Ramadi. That person was reported to have made all the IEDs in the area. It was also reported to me that the IED maker was captured. My general understanding was that this attack was committed by AQI, as were most attacks in the area. Ramadi was known as the capital of AQI at the time.

n.  The Scout Platoon Humvee and my M113 were destroyed and disabled from the blast.

o.  This attack affected me by ending my career as a Platoon Sgt. I was never allowed to oversee a Platoon again and I was not given the opportunity to promote. As a result of the attack, I had to work at a desk in Germany and train. Deployment was not an option ever again. I do not feel I am going to live that long. This comes from several issues.  Other people my age at my job is planning for retirement and I am planning for my death. I try to do my best to make what I can now, so my family has something when I am gone.  I have a lot of issues with my lungs and a lot of people I served with over there have developed cancer which concerns me because of my own injuries. I just don't think I am going to make it that long. The melted aluminum armor of our vehicle and the smoke inside damaged my lungs. Also, the sand in the area was super fine sand that could become airborne and sit in the air. This blast killed three people, but several more have died from the effects of being blown up, surviving the attack, and the guilt for surviving. One person that died was Chris, the driver for Joshua Hager, he died from organ failure tied to drug use. He carried guilt from surviving when Joshua did not. I have also had suicidal tendencies as a result of the attack. I have been hospitalized for a suicide attempt once. There have been four other times I have been suicidal.  I have been able to use the resources the VA has in place to get back to a better place mentally so that I am not ready to take myself out. It is cyclical and happens in waves. I have some good times, but when it gets bad it gets bad.

p.  As Part of my Statement, I am providing documentary materials attached as Exhibit A through D.

5

a. Exhibit A attached to this Statement is a true and authentic copy of my Purple Heart Award for wounds received in action on 22 February 2007. I have personal knowledge of the source of this Exhibit because it was given to me by the Army.

b. Exhibit B attached to this Statement is a true and authentic copy of a photograph of my damaged vehicle. I was given these photos by the HHC 1st Sgt. when we meet in Germany in 2012.

c. Exhibit C attached to this Statement are true and authentic photos of my injuries I received as a result of the attack on February 22, 2007. I have personal knowledge of the creation of this Exhibit because these photos were taken of me by the Discovery Channel film crew that was at Al Asad.

d. Exhibit D attached to this Statement is a true and authentic article from LA Times that was published on March 11, 2007. I have personal knowledge of the creation of this Exhibit because it was given to me by my father and accurately depicts my recollection of the attack.

I declare and state under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on this _____25_____ day of _____August, 2022_____

Signature: _____

SignNow e-signature ID: 4edc72219e...
08/25/2022 21:03:06 UTC

6

PX1804

Exhibit A

Fis_HeekinR_CP_00000106

PX1804



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

## PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782
TO

SERGEANT FIRST CLASS RALEIGH J. HEEKIN III
UNITED STATES ARMY

FOR WOUNDS RECEIVED
IN ACTION
ON 12 FEBRUARY 2007

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 26TH DAY of MARCH 2007

Commander, North Atlantic Regional Medical Command

SECRETARY OF THE ARMY
(ACTING)

4 FORM 4980-1G (WT), JAN 2000.

Fis_HeekinR_CP_00000107

PX1804

Exhibit B

Fis_HeekinR_CP_00000108

PX1804

PX1804

Fis_HeekinR_CP_00000109



PX1804

Fis_HeekinR_CP_00000110



PX1804

Fis_HeekinR_CP_00000111



PX1804

Fis_HeekinR_CP_00000112



Exhibit C

Fis_HeekinR_CP_00000113

PX1804

PX1804

Fis_HeekinR_CP_00000114



# Exhibit D

Fis_HeekinR_CP_00000115

PX1804

# Army Pfc. Rowan D. Walter, 25, Clovis; among 3 killed by roadside bomb

By **Amanda Covarrubias**
Times Staff Writer

MARCH 11, 2007



As a student at Buchanan High School in Clovis, Calif., Rowan Dale Walter would attend classes with uncombed hair and out-of-date clothes. But he had a gift for learning foreign languages and excelled in chemistry.

By all accounts, he was a popular student, and among his friends, he was the one everyone gravitated toward.

The 25-year-old Army private first class was the fourth graduate of Buchanan High to be killed in the Iraq war.

He died Feb. 23 of injuries suffered a day earlier when a roadside bomb exploded in an ambush attack in Ramadi, west of Baghdad. He had left his tank to help soldiers in an earlier attack.

Also killed were Army Staff Sgt. Joshua R. Hager, 29, of Broomfield, Colo., and Pfc. Travis W. Buford, 23, of Galveston, Texas.

They were all assigned to the 1st Battalion, 9th Infantry Regiment, 2nd Brigade Combat Team, 2nd Infantry Division at Ft. Carson, Colo.

During Walter's funeral Monday at the Church of Jesus Christ of Latter-day Saints in Clovis, a religion teacher recalled a time when Walter, then in high school, stood to give his testimony, which evolved into telling of his love of spring.

"He gave this outpouring of love for spring, for flowers and sunshine," Elaine Soldani was quoted as saying in the Fresno Bee.

"Then he stopped, he put his head in his hands for a moment, looked up and said, 'I sound just like my mother!' "

Fis_HeekinR_CP_00000116       6/7/2019

PX1804

After graduating from high school in 2001, Walter went on a two-year church mission to Europe, learning French in a few weeks, said his father, Bryan, a businessman in Clovis, who spoke at the funeral.

In Switzerland, Rowan Walter taught a man who spoke only Italian and Chinese to speak French, and the man taught him Chinese, Walter's father said. In Iraq, Walter was learning Arabic.

After his church mission, Walter attended community college in Provo, Utah, where he found that he liked theater. He decided to become an actor and moved to Los Angeles, where he lived in the San Fernando Valley community of Winnetka.

In Los Angeles, he met his future wife, Priscilla.

Walter's mother, Adele, said her son joined the Army because he wanted to serve his country and "fight for freedom wherever that is being waged."

"That is the fact," she said, adding that she was too emotionally exhausted to talk much about her son.

"Our family supports those two things. He went in an honorable and heroic way into the next world. He has a continuing mission to fulfill there."

Soon after joining the Army, Walter became a platoon leader, then a medic. He and Priscilla were married in December 2005 while he was on leave from medic training in San Antonio.

He was deployed to Iraq in October.

At the end of his funeral, two military commanders presented Walter's parents and widow with two posthumous awards, a Bronze Star for valor and a Purple Heart for injuries.

In addition to his parents and widow, Walter is survived by his brother, Rome; and sisters Hailey Cohen and Hanni White.

amanda.covarrubias@ latimes.com

Copyright © 2019, Los Angeles Times

**This 'attr(data-c-typename)' is related to:** High Schools

Fis_HeekinR_CP_00000117

PX1804

PX1806

**CERTIFICATE OF DEATH** *(OVERSEAS)*
Acte dé décès  (D'Outre-Mer)

| NAME OF DECEASED (Last, First, Middle) Nom du décédé (Nom et prénom) | GRADE Grade | BRANCH OF SERVICE Arme | SOCIAL SECURITY NUMBER Numéro de l'Assurance Social |
|---|---|---|---|
| Hager, Joshua, Ryan | E06 | Army | |

| ORGANIZATION   Organisation | NATION (e.g. United States) Pays | DATE OF BIRTH Date de naissance | SEX  Sexe |
|---|---|---|---|
| HHC, 1st Battalion, 9th Infantry, Fort Carson, CO | United States | | [X] MALE |
| | | | [ ] FEMALE |

| RACE   Race | | MARITAL STATUS   État Civil | | RELIGION   Culte | | OTHER (Specify) Autre (Spécifier) |
|---|---|---|---|---|---|---|
| X | CAUCASOID   Caucasique | SINGLE   Célibataire | DIVORCED Divorcé | PROTESTANT Protestant | No Religious Preference |
| | NEGROID   Negroïde | X | MARRIED   Marié | SEPARATED Séparé | CATHOLIC Catholique | X |
| | OTHER (Specify) Autre (Spécifier) | WIDOWED   Veuf | | JEWISH   Juif | |

| NAME OF NEXT OF KIN   Nom du plus proche parent | RELATIONSHIP TO DECEASED   Parenté du décédé avec le sus |
|---|---|
| Mrs. Heather N. Hager | Wife |

| STREET ADDRESS   Domicilié à (Rue) | CITY OR TOWN OR STATE   (Include ZIP Code   Ville (Code postal compris) |
|---|---|

**MEDICAL STATEMENT**   Déclaration médicale

| CAUSE OF DEATH   (Enter only one cause per line) Cause du décès (N'indiquer qu'une cause par ligne) | | | INTERVAL BETWEEN ONSET AND DEATH Intervalle entre l'attaque et le décès |
|---|---|---|---|
| DISEASE OR CONDITON DIRECTLY LEADING TO DEATH Maladie ou condition directement responsable de la mort. | | Blast injuries | Seconds |
| ANTECEDENT CAUSES Symptômes précurseurs de la mort. | MORBID CONDITION, IF ANY, LEADING TO PRIMARY CAUSE Condition morbide, s'il y a lieu, menant à la cause primaire | | |
| | UNDERLYING CAUSE, IF ANY, GIVING RISE TO PRIMARY CAUSE Condition morbide, s'il y a lieu, menant à la cause primaire | | |
| OTHER SIGNIFICANT CONDITIONS Autres conditions significatives | | | |

| MODE OF DEATH Condition de décès | AUTOPSY PERFORMED   Autopsie effectuée   [X] YES  Oui   [ ] NO  Non | CIRCUMSTANCES SURROUNDING DEATH DUE TO EXTERNAL CAUSES Circonstances de la mort suscitées par des causes extérieures |
|---|---|---|
| [ ] NATURAL Mort naturelle | MAJOR FINDINGS OF AUTOPSY   Conclusions principales de l'autopsie | |
| [ ] ACCIDENT Mort accidentelle | | |
| [ ] SUICIDE Suicide | NAME OF PATHOLOGIST   Nom du pathologiste MAJ Philip J. Berran, MD | |
| X HOMICIDE Homicide | SIGNATURE [signature] | DATE  Data 26 February 2007 | AVIATION ACCIDENT   Accident à Avion [ ] YES  Oui   [X] NO  Non |

| DATE OF DEATH   (day, month, year) Date de décès   (le jour, le mois, l'année) | PLACE OF DEATH   Lieu de décès |
|---|---|
| 22 February 2007 2240 | Ramadi  Iraq |

I HAVE VIEWED THE REMAINS OF THE DECEASED AND DEATH OCCURRED AT THE TIME INDICATED AND FROM THE CAUSES AS STATED ABOVE.
J'ai examiné les restes mortels du cé funles je conclus que le décès est survenu à l'heure indiquée et à la suite des causes énumérées ci-dessus.

| NAME OF MEDICAL OFFICER   Nom du médecin militaire ou du médcin sanitaire | TITLE OR DEGREE   Titre ou diplôme |
|---|---|
| Philip J. Berran | Deputy  Medical Examiner |

| GRADE   Grade | INSTALLATION OR ADDRESS   Installation ou adresse |
|---|---|
| MAJ | Dover AFB, Dover DE |

| DATE   Date | SIGNATURE [signature] |
|---|---|
| 3/12/2007 | |

† State disease, injury or complication which caused death, but not mode of dying such as heart failure, ect.
† State conditions contributing to the death, but not related to the disease or condition causing death.
† Préciser la nature de la maladie, de la blessure ou de la complication qui a contribué à la mort, mais non le mainière de mourir, telle qu'un arrêt du coeur, etc
† Préciser la condition qui a contribué à la mort, mais n'ayant aucun rapport avec la maladie qui a provoqué la condition qui a provoqué la mort.

**DD** FORM 1 APR 77 **2064**   REPLACES DA FORM 3565, 1 JAN 72 AND DA FORM 3565-R(PAB), 26 SEP 75, WHICH ARE OBSOLETE.

(REMOVE, REVERSE AND RE-INSERT CARBONS BEFORE COMPLETING THIS SIDE)

DISPOSITON OF REMAINS

| NAME OF MORTICIAN PREPARING REMAINS | GRADE | LICENSE NUMBER AND STATE | OTHER |
|---|---|---|---|
| William Zwicharowski | GS12 | 0125-67L / PA | |

| INSTALLATION OR ADDRESS | DATE | SIGNATURE |
|---|---|---|
| 436 SVC/SVD 116 26th Street, Dover AFB DE 19902 | 3/12/2007 | E-Signed by ZWICHAROWSKI.WILLIAM.1228518504 VERIFY authenticity with ApproveIt |

| NAME OF CEMETERY OR CREMATORY | LOCATION OF CEMETERY OR CREMATORY |
|---|---|
| | |

| TYPE OF DISPOSTION | DATE OF DISPOSITION |
|---|---|
| | |

REGISTRATION OF VITAL STATISTICS

| REGISTRY  (Town and Country) | DATE REGISTERED | FILE NUMBER | |
|---|---|---|---|
| | | STATE | OTHER |
| | | | |

| NAME OF FUNERAL DIRECTOR | ADDRESS |
|---|---|
| | |

SIGNATURE OF AUTHORIZED INDIVIDUAL

*DD FORM 2064, APR 1977 (BACK)*                                      USAPA V1.00

Fis_HagerJ_MR_00000009

PX1806

PX1809



**DEPARTMENT OF THE ARMY**
**HEADQUARTERS MULTI-NATIONAL CORPS-IRAQ**
**BAGHDAD, IRAQ**
**APO AE 09342**

PERMANENT ORDERS 054-038                                    23 February 2007

HAGER, JOSHUA R. ████████ SSG DELTA COMPANY 1ST BATTALION 9TH
INFANTRY REGIMENT APO AE 09367

Announcement is made of the following award:

Award:  Combat Infantryman Badge (POSTHUMOUS)
Date (s) or period of service:  22 February 2007
Authority:  AR 600-8-22, Paragraph 8-6
Reason:  While assigned or attached to an infantry unit engaged in actual combat.
Format:  320

FOR THE COMMANDER:

LAURA LINDELL
CW2, AG
Chief, CJ1 Personnel Actions

DISTRIBUTION:
1-INDIVIDUAL
1-UNIT
1-OMPF
1-FILE

Fis_HagerJ_MR_00000049

PX1809



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

# PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782
TO

**STAFF SERGEANT JOSHUA R. HAGER**
**UNITED STATES ARMY**

FOR WOUNDS RECEIVED
IN ACTION
ON 22 FEBRUARY 2007
GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON

THIS 24TH DAY OF FEBRUARY 2007

THE ADJUTANT GENERAL

SECRETARY OF THE ARMY

DA FORM 4980-10, JAN 2000. Previous edition is obsolete.

Fis_HagerJ_MR_00000050

PX1809

PX1812

00000001

 

## ARMED FORCES INSTITUTE OF PATHOLOGY
### Office of the Armed Forces Medical Examiner
1413 Research Blvd., Bldg. 102
Rockville, MD 20850
1-301-319-0000

### AUTOPSY EXAMINATION REPORT

Name: Hager, Joshua Ryan
SSAN: ▮▮▮▮▮▮
Date of Birth: ▮▮▮▮▮▮
Date of Death: 22 FEB 2007
Date/Time of Autopsy: 26 FEB 2007
  @ 1100 hrs
Date of Report: 08 MAR 2007

Autopsy No.: ME07-0248
AFIP No.: 3047878
Rank: SSG (E-6); U.S. Army
Place of Death: Iraq
Place of Autopsy: Port Mortuary, Dover AFB, DE

**Circumstances of Death:** This 29 year-old active duty Soldier was serving in Iraq in support of Operation Iraqi Freedom when, as reported, he was traveling in a HMMWV that encountered an improvised explosive device that detonated.

**Authorization for Autopsy:** Office of the Armed Forces Medical Examiner, IAW 10 USC 1471

**Identification:** Positive identification by ante-mortem and post-mortem fingerprint comparison

**CAUSE OF DEATH: Blast Injuries**

**MANNER OF DEATH: Homicide**

FOR OFFICIAL USE ONLY and may be exempt from mandatory disclosure under FOIA. DoD 5400.7R, "DoD Freedom of Information Act Program", DoD Directive 5230.9, "Clearance of DoD Information for Public Release", and DoD Instruction 5230.29, "Security and Policy Review of DoD Information for Public Release" apply.

PX1812

00000002

**AUTOPSY REPORT ME07-0248**                                                    2
Hager, Joshua Ryan

**FINAL AUTOPSY DIAGNOSIS**
I.      **Blast Injuries:**
    A.      **Head and Neck:**
        1.      Abrasion above the right eyebrow, ¼-inch
        2.      Abrasion on the right side of the nose and face, ½ x ½-inch
        3.      Abrasion on the left side of the nose, 2 x ½-inch
        4.      Abrasion on the left side of the face, 2 x 1-inch
        5.      Contusion on the left side of the face, 3-inch
        6.      Discontinuous abrasion on the left side of the neck, 2 x 1-inch
        7.      Abrasion on the posterior aspect of the neck, ¼-inch
        8.      Laceration the anterior/left aspect of the neck, ¾ x ½-inch
        9.      Laceration on the anterior/right aspect of the neck, ½-inch
        10.     Fracture of the nasal bone
        11.     Fracture of the mandible
        12.     Subarachnoid hemorrhage
        13.     Bilateral subdural hemorrhage (each 5-milliliters)
        14.     Fracture of the left temporal and sphenoid bone
        15.     Fracture of the right superior horn of the thyroid cartilage
    B.      **Torso:**
        1.      Contusion on the right side of the chest, 4-inch
        2.      Contusion on the right side of the abdomen, 5-inch
        3.      Abrasion on the center of the abdomen, ¾-inch
        4.      Contusion of the left buttock, 8-inch
        5.      Abraded contusion of the left flank, 2-inch
        6.      Comminuted fracture of the right clavicle
        7.      Fracture of the right scapula
        8.      Multiple rib fractures (anterior 1st right rib; lateral right ribs 5 through 9; posterior right ribs 9 through 12; lateral 1st left rib)
        9.      Fracture and dislocation of the 1st and 2nd lumbar vertebrae with associated fracture of the 12th thoracic vertebra
        10.     Fracture of the 3rd through 5th lumbar vertebrae
        11.     Fracture of the sacrum
        12.     Bilateral acetabular, pubic and ischial fractures
        13.     Diastasis of the pubic symphysis
        14.     Contusions of both lungs with posterior rib markings
        15.     Transection of the right renal vein and artery
        16.     Multiple superficial lacerations of the right lobe of the liver
        17.     Transection of the right ureter
        18.     Laceration of the right kidney through the hilum
        19.     Avulsion of the testes from the scrotum (the right testis is pulpified and the left testes is contused)
        20.     Laceration of the scrotum
        21.     Contusion of the cecum
    C.      **Extremities:  Right Upper Extremity:  Traumatic amputation of the right upper extremity at the level of the mid humerus with associated 10 x 6-inch area of shredded muscle and skin**

FOR OFFICIAL USE ONLY

Fis_HagerJ_AFMES_00000002

PX1812

00000003

**AUTOPSY REPORT ME07-0248**                                                    3
**Hager, Joshua Ryan**

 1.   **Left Upper Extremity:  Fracture of the left ulna**
 2.   **Right Lower Extremity:  Traumatic amputation of the right lower extremity at the level of the mid femur with an associated 22 x 15-inch gaping laceration that extends across the right buttock and left side of the back, with exposed viscera and shredding of muscle and skin**
 3.   **Left Lower Extremity:**
   i.    **Abrasion/contusion of the anterior left thigh, 8 x 6-inch**
   ii.   **Laceration of the anterior left thigh, 1 ½ x 1-inch**
   iii.  **Abrasion of the posterior left thigh, 6 x 3-inch**
   iv.   **Abrasion/contusion of the posterior left thigh, 10 x 7-inch**
   v.    **Near complete amputation of the distal left leg and foot with associated shredding of muscle, skin and tendon, fractures of the left tibia and fibula and multiple ankle and foot bone fractures (the distal leg and foot is attached to the residual leg by a 3 x 2-inch strip of tendon and skin)**
   vi.   **Contusion of the anterior left leg, 8 x 5-inch**
   vii.  **Contusions (2) of the posterior left leg, 5 x 3-inch and 5 x 5-inch**
   viii. **Lacerations (2) of the posterior left leg, 3 x 2-inch and 1 ¾ x ¾-inch**
   ix.

II.    **Evidence of Medical Intervention:  None**
III.   **Post-mortem Changes:**
   A.   **Faint posterior fixed Lividity except in areas exposed to pressure**
   B.   **Rigor has passed**
IV.    **Natural Disease:  No natural disease identified within the limits of the examination**
V.     **Re-associated Remains:  Dover No. 9045 – 1104.7-gram, 14 x 4 ½ x 2 ½-inch right hand and fragmented distal right forearm – by fingerprint comparison**
VI.    **Toxicology (AFIP):**
   A.   **VOLATILES:  No ethanol is detected in the urine and vitreous fluid**
   B.   **DRUGS:  No screened drugs of abuse or medications are detected in the urine**

FOR OFFICIAL USE ONLY

Fis_HagerJ_AFMES_00000003

PX1812

00000004

AUTOPSY REPORT ME07-0248                                                                    4
Hager, Joshua Ryan

## ADDITIONAL PROCEDURES

1.  Documentary photographs are taken by OAFME staff photographers.
2.  Full body radiographs are obtained.
3.  Specimens retained for toxicology testing and/or DNA identification are:  Bile, urine, vitreous fluid, gastric contents, brain, lung, liver, spleen, kidney, muscle and adipose tissue
4.  The dissected organs are forwarded with the body.
5.  Selected portions of organs are retained in formalin, without preparation of histological slides.
6.  Personal effects are released to the appropriate mortuary operations representatives.
7.  Identifying marks include:  Tattoos on the left side of the back and left forearm (a tattoo is also present on the re-associated left forearm)
8.  Recovered Evidence: Seven (7) metal fragments are recovered from the clothing and body transfer bag.  The evidence is maintained by the OAFME.

## OPINION

This 29 year-old male, Joshua Ryan Hager, died of blast injuries.  The injuries were sustained when the HMMWV he was traveling in encountered an improvised explosive device that detonated.  The nature of his injuries would have made death occur within seconds from the detonation of the improvised explosive device.  The toxicology screen was negative.  The manner of death is homicide.


Philip J. Berran, MD
MAJ, MC, USA
Deputy Medical Examiner

FOR OFFICIAL USE ONLY

PX1812

PX1815



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

# PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782

TO

SERGEANT FIRST CLASS RALEIGH J. HEEKIN III
UNITED STATES ARMY

FOR WOUNDS RECEIVED
IN ACTION
ON 22 FEBRUARY 2007

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 26TH DAY of MARCH 2007

Commander, North Atlantic Regional Medical Command

SECRETARY OF THE ARMY
(ACTING)

4 FORM 4890-10 (WT), JAN 2000.

Fis_HeekinR_CP_00000036

PX1815

PX1822

# EXPERT WITNESS REPORT AND DECLARATION

### *Estate of Christopher Brook Fishbeck, et al., v.*
### *Islamic Republic of Iran, et al.*
### 1:18-cv-2248, D.D.C.

## COLONEL MARK LEE WALTERS, US ARMY RET
## CW4 RONALD EVANS, US ARMY RET
## CW3 DAVID SULTZER, US ARMY RET.

**February 22, 2007 Complex IED Attack in East Ramadi that Killed Plaintiff
SSG Joshua R. Hager and Injured Plaintiff SFC Raleigh J. Heekin**

# TABLE OF CONTENTS

I.   Al Anbar ..................................................................................................... 1

    A.   Overview ............................................................................................ 1

    B.   Major cities / urban areas and terrain features ............................... 1

    C.   Predominant people groups ............................................................. 2

    D.   Threat Groups (space, purpose, major activities) .......................... 2

    E.   Tactics, Techniques, and Procedures (TTPs) used in Al Anbar ..... 6

    F.   Connection with Iran support .......................................................... 7

        1.   AQI Connection to Iran. ............................................................ 7

II.  Attack: February 22, 2007 Complex IED – Ramadi, Al Anbar Governorate ........................ 9

## I.     Al Anbar

### A.     Overview

Al Anbar is the western most governorate in Iraq and borders Syria, Jordan, and Saudi Arabia.  Approximately the size of North Carolina with over 53,000 square miles of terrain and has a population of approximately 1.33 million people.  While it's the largest in mass it has the sparsest population due primarily to the arid nature of the land.[1]




### B.     Major cities / urban areas and terrain features

The capital of Al Anbar Governorate is ar-Ramadi, but other well-known major urban areas include Fallujah, Abu Ghraib, Hit, Haditha, Al Qaim and Rutbah.  These urban areas are primarily located along the Euphrates River, which runs southeast to northwest, into Syria and along major roadways such as Route 1 which bisects the province, east west and leads to Syria and Jordan[2].

The Euphrates serves as the life-line, providing a critical source of water for irrigation in this desert region.  It also serves as a significant waterway for transportation in the region.

---

[1] U.S. Marine Corps Operations In Iraq, 2003-2006, by Lieutenant Colonel Kenneth W. Estes, USMC (ret); History Division United States Marine Corps Quantico, VA 2009. Page 27.
https://web.archive.org/web/20110615062111/http://www.tecom.usmc.mil/HD/PDF_Files/Pubs/OIF/U.S%20Marines%20in%20Iraq%202004-2006%20%5Bgm%5D.pdf

[2] Google Map of Al Anbar Governate.
https://www.google.com/maps/place/Al+Anbar+Governorate,+Iraq/@33.2477933,42.48846,10z/data=!4m5!3m4!1s0x1543bfabd4c608df:0xba10b3113b80fcbc!8m2!3d32.5597614!4d41.9196471

According to US Marines In Iraq history, the Euphrates runs along the Haditha Dam and other major lakes like the al Habbaniya and al-Milh that draws its source from this major river.[3]

### C.    Predominant people groups

Al Anbar is primarily a Sunni Muslim region with strong tribal alliances, especially in the major urban centers like Fallujah and Ramadi. Given the vast terrain, the rule of law during the Saddam Hussein regime was sporadic, and often the government would rely on these tribes for control and influence over the central governorate. Saddam Hussein would frequently use revenue generated by oil production to leverage a patronage system that circumvented traditional institutions. However, most of this influence affected only the population centers near Baghdad (e.g., Fallujah and Ramadi), leaving the rest of the province untouched. As a result, according to the U.S. Marine Corps history, "persistent corruption, undercut by deal-making between the ruling regime and tribal sheiks, and monitored by an ever present, and heavy-handed security apparatus, the civic institutions…fell into disrepair until the collapse of the Saddam Hussein regime in April 2003."[4]

### D.    Threat Groups

Due to the lack of rule-of-law, following the collapse of the Saddam regime, al Anbar continued its tribal nature and succumbed to insurgency and criminal activity. Even with the introduction of Coalition Forces to re-establish security and governance, al Anbar became a hot-bed for Sunni anti-Coalition resistance who were frustrated with the loss of power. The US Army History of The Iraq War, describes the general frustration of the Sunni Tribal leaders early in the conflict.

> *The coalition's failure to work with the Sunni tribes, combined with CPA's (Coalition Provisional Authority) outreach to Shi'a leaders, quickly disabused the Sunni sheikhs of Anbar of the notion that the United States had any intention of reestablishing their patronage. When Sunni tribal leaders realized that the United States intended to allow the Shi'a the majority share of Iraqi Interim Government and, in so doing, reduce the amount of Sunni political control and access to state resources, they quickly turned against the coalition.[5]*

In addition to the Sunni Tribes, the primary enemy threat groups operating in the Al Anbar Governorate were two Sunni-insurgent groups, Ansar al-Islam (AAI) [also known as Ansar al-Sunnah (AAS)] under Abu Abdullah al-Shafi and Tawhid wal-Jihad (TwJ) that would later become

---

[3] USMC Operations in Iraq, 2003-2006, page 28

[4] Ibid, 28

[5] The U.S. Army in the Iraq War,, Volume 1 (2003-2006), page 169.
https://publications.armywarcollege.edu/pubs/3667.pdf

Al-Qaeda in Iraq (AQI) network led by Abu Musab al-Zarqawi. These groups moved to the western province to unite with the other Sunni Islamist groups to conduct operations against coalition forces.[6]

Early in the conflict, TwJ, under Zarqawi established a presence in Al-Anbar Governorate as they developed the capacity and capabilities to wage war against Coalition Forces. In April 2003, al-Qaeda formally declared jihad in Iraq and established the "Armed Group of al-Qaeda" in Fallujah. While they maintained a small presence, they were highly capable of conducting lethal attacks on Coalition Forces and their Iraqi partners.[7] Later, in 2003, the Combined Joint Task Force (CJTF) leadership concluded that Zarqawi's epicenter was in the Anbar region where his insurgency, in the safety of a Sunni majority, could gather momentum and resources to expand operations.[8]

Later in 2004, Zarqawi and TwJ's role expanded and gained more dominance over the other, disparate Sunni-tribal insurgent groups in western Iraq. Following the first battle of Fallujah where Zarqawi at first played a minor role, he quickly gained notoriety and began to increase his influence and funding in support of TwJ.[9] He would eventually become one of the dominant leaders in the "Fallujah Resistance Brigade" that formed following the demise of the coalition-created Fallujah Brigade. This resistance brigade was a "loose insurgent confederation" directed by the Fallujah Mujahideen Shura Council. Eventually, Zarqawi rose to the top of this confederation, made Fallujah his headquarters and built a formation of approximately 4000 local insurgents.[10]

Following the conclusion of the second Battle of Fallujah, many of Zarqawi's fellow-Sunni insurgent leaders were killed and Zarqawi and TwJ moved to the forefront of the Sunni resistance in Iraq. With the loss of Fallujah as a headquarters, Zarqawi and his followers moved farther east (within Anbar) to areas such as Ramadi, Haditha, and Al Qa'im to launch continued attacks against Coalition Forces.[11]

As 2005 approached, Zarqawi's Tawhid wal-Jihad would formally evolve to Al Qaeda in Iraq (AQI) and he was able to recruit more disenfranchised Sunni men to join his organization, away from other secular or nationalist groups through additional funding and support from Al

---

[6] ibid, 174

[7] ibid, 176

[8] ibid, 206

[9] ibid, 299

[10] ibid, 344

[11] ibid 355

Qaeda senior leadership.  Finally, in January 2005, Osama Bin Laden formally named Zarqawi emir (commander) of AQI.[12]

Throughout 2005, AQI regained control of many areas in western Iraq and Anbar Province primarily due to the withdrawal of Coalition Forces following the second Battle of Fallujah.  The US Army History describes the situation in Anbar,

> *Because of new AQI offensives, Hit, Haditha, and Rawah effectively fell to AQI control. In Hit, al-Qaeda in Iraq established Sharia courts, took control of government offices, and used profits from commandeered gas stations to help finance operations. In Haditha, insurgents took over a defunct government power station and used it as a bomb factory and foreign fighter safe house. One hundred insurgents openly paraded through Rawah daily and used the local water treatment plant as their headquarters. Al Qa'im also fell in April, after which Zarqawi declared it the new capital of Iraq and made it his headquarters.[13]*

AQI's control of the western portion of Iraq included areas east of Ramadi and Fallujah in vicinity of Amiryah, Yusufiyah, Mahmudiyah, and Iskandariyah also known as the "Sunni Triangle of Death."  Colonel Mike Kershaw, in a 2006 interview described how Zarqawi and AQI assumed control of the region,

> *This is a former Ba'athist stronghold, predominantly Sunnis that lived here, who were removed from prestigious positions within the government, and they helped begin the insurgency. Al Qaeda was able to capitalize on this as a marriage of convenience. The Medina Republican Guard Division is stationed down here, as well as the Qa Qaa weapons facility, and that area provided the people and the ordnance and the know-how to set the stage for a fairly lethal insurgency, which used IEDs primarily and other weapons systems as their method of attack.[14]*

Additionally, in 2006, Coalition leadership discovered that Al Anbar played a key role in the overall AQI strategy to control Baghdad when they uncovered intelligence documents that described the "Baghdad Belts."  According to these documents, AQI sought to control Baghdad by controlling the key lines of communication leading into and out of the capital city.  According to the document, AQI divided its campaign into three belts (see exhibit below).  The southern belt included Al Anbar and the key routes leading into Baghdad.[15]

---

[12] ibid, 393

[13] ibid, 419

[14] Institute for the Study of War article, http://www.understandingwar.org/region/southwest.

[15] The U.S. Army in the Iraq War, Volume 2. Page 58-59



Exhibit X (Handwritten Map Depicting AQI's Strategy for Dominating the Baghdad Belts)[16]

Over time, U.S., and Coalition Forces, led by the Multi-National Force-West (MNF-W) pressed the fight against AQI throughout Al Anbar and enjoyed success. Starting in 2006, Sunni Tribes became wary of AQI tactics and partnered with U.S. forces as part of "The Sunni Tribal Awakening." The U.S. Army in the Iraq War history described how the "additional manpower of the organic Sunni Awakening…had regained the initiative and returned Iraq to a state of near normalcy."[17] The Institute for Defense Analysis (IDA) published a detailed assessment of U.S. operations in Al Anbar and the effects of the "Sunni Awakening" to include describing the progression of support Coalition Forces received from local towns in 2006.

> *During the next two years [2004-2005], war-weary communities, towns, and districts along the Euphrates would awaken to the facts that 1) AQI was not their friend, and 2) They could not defeat AQI on their own. One by one they turned to the Coalition for help—first in Al Qaim in 2005, in the Corridor in early-to-mid–2006, and Ramadi in mid-to -late 2006.[18]*

Following the "Sunni Awakening," AQI remained the prominent enemy threat to U.S. and Coalition forces in the Al Anbar Province. The IDA report highlights that, in 2007, as "insurgents fled and were driven east and northeast [in Al Anbar], they sought sanctuary in the Lake Thar Thar and Fallujah areas. The Fallujah area was well suited for resourcing

---

[16] Ibid, page 59
[17] The US Army in the Iraq War, Volume 2 (2007-2011).  Page xxxiv.
https://publications.armywarcollege.edu/pubs/3668.pdf
[18] Knarr, William, Alfod, Dale, "Al Shawa – The Awakening, Volume 1: Al Anbar Province Final Report," Institute for Defense Analysis, published July 2015.  Page 9-1

and launching attacks into Baghdad."[19]  These sanctuaries extended east of Fallujah, as well to include Zaidon, Al Karmah, and Saqlawiyah.[20]  Of note, Zaidon bordered Babil Province, which also saw AQI activity.  Likewise, the Commanding General of MNF-W, Maj Gen Zilmer reported during a DOD Press briefing in Jan 2007, that although the "Awakening" was providing positive results, al-Qaeda was still a formidable force and sought to intimidate and murder Sunni tribal leaders in order to regain their position in Al Anbar.  He reinforced the point during the question/answer period, "…make no mistake about it, we've been involved in a fight out here for the last year [against al-Qaeda].  This is a very active, a very vibrant insurgency that exists out here…"  Later, when asked about the security situation in Ramadi, Maj Gen Zilmer replies, "…there are insurgents who move around the city…the enemy [AQI] has the ability to move around; he will go where we are not."[21]

By late 2007, the violence in Al Anbar had declined significantly, and while AQI still conducted some attacks in the province, the security situation was at a point where the Multi-National Force-Iraq (MNF-I) felt confident to turn over the province to Provincial Iraqi control.  And, while Al Anbar remained a key component to the AQI "Baghdad Belt" strategy, they were forced to operate outside of the populated areas along the Euphrates River Valley.  So, on 1 September 2008, due to the success of the Awakening Movement, MNF-W formally turned responsibility for security of Al Anbar to the Iraqi Government.[22]

## E.  Tactics, Techniques, and Procedures (TTPs) used in Al Anbar

AQI employed traditional tactics, techniques, and procedures such as ambushes with small arms, or indirect fire attacks using mortars or rockets against static targets (e.g., coalition bases).  Additionally, they employed Improvised Explosive Devices (IEDs) against mounted and dismounted coalition elements.  While they did not possess advanced weapons like the Explosively Formed Projectile (EFP), they did employ techniques such as large vehicle borne IEDs (VBIEDs) or suicide (vehicle or personnel) IEDs to achieve high profile and casualty producing effects.  Often, these types of methods were combined to create maximum impact.  As an example, on April 11, 2005, AQI fighters launched a sophisticated attack against USMC Camp Gannon in Al Anbar.

*The attackers used three successive explosive-laden transports driven by suicide bombers, each designed to breach farther into the compound. The first was a sport utility vehicle, the second a dump truck with welded-on armor, and the third a fire truck so heavily laden with explosives that it blew up in a mushroom cloud, with effects felt 16 kilometers away.  The vehicles were followed by an assault force of*

---

[19] Ibid, page 9-2.
[20] Ibid, page 9-3.
[21] PX391, DOD Press Briefing, Maj Gen Richard Zilmer, Commanding General, Multi-National Force-West (MNF-W), January 29, 2007.  Globalsecurity.org.  Accessed December 4, 2019.
[22] Ibid, pages 10-1 – 10-3.

*nearly 100 insurgents, leading to a battle that lasted 24 hours and required fixed-*
*and rotary-wing air strikes to put down the militants.*[23]

Often, Sunni insurgent groups like AQI would conduct attacks against US forces in response to their clearing operations in order to slow or stop their movements or to clear routes for the movement of men, weapons, and equipment between major cities in the Al Anbar Province. An example of this type of action occurred in 2007,

*Al Qaeda contested the highway from Fallujah to Yusifiyah as the U.S. cleared it.*
*The group detonated vehicle bombs in Amiriyah, a town south of Fallujah on the*
*west bank of the Euphrates. Al Qaeda also responded to U.S. clearing operations*
*by kidnapping three U.S. soldiers on a patrol near Mahmudiyah in mid-May. Al*
*Qaeda's spectacular attacks suggest that U.S. clearing operations northwest of*
*Mahmudiyah were hampering al Qaeda's ability to operate freely there (rather*
*than implying that al Qaeda was growing stronger or resurgent in that area which*
*it once controlled completely).*[24]

### F.    Connection with Iran support

#### 1.    AQI Connection to Iran.

There is significant evidence that Al-Qaeda received support from Iran despite their differences as Sunni (AQ) and Shia (Iran) religious views.  Much of this evidence has been detailed in other documents such as the 9/11 Commission Report.

Furthermore, evidence suggests that Abu Musab Zarqawi, Tawhid wal-Jihad (TwJ) and later al-Qaeda in Iraq (AQI) gained its support and expertise from Iranian sources, either directly or indirectly.  The United States Military Academy Combating Terrorism Center (CTC) article, "Marriage of Convenience" outlined how Zarqawi was able to move safely from Afghanistan and prepare for operations in Iraq through the assistance of Iran.

*Iranian officials also frequently granted transit through Iran to al-Qa`ida members*
*seeking to travel into or out of Afghanistan. Saif al-`Adl, a senior Egyptian al-*
*Qa`ida operative, wrote in his biography of al-Zarqawi that al-Qa`ida suggested*

---

[23] US Army History of the Iraq War, page 419

[24] Kimberly Kagan, Institute for the Study of War: Iraq Report Backgrounder #1, page 2.  10 July 2007
(Mahmudiyah and Yusifiyah file on the Shared Drive)

*setting up guest houses in Tehran and Mashhad to facilitate the movement of fighters to al-Zarqawi's training camp in Herat, Afghanistan.*[25]

In May 2007, the Multi-National/Coalition Force-Iraq (MCF-I) Intelligence section drafted an analysis of Al Qaeda connections with Iran in the early days of the conflict. Some of the key points addressed included how Iran served as a "gateway" between AQI interests in Afghanistan and Iraq. According to the paper, AQI drew its lineage to the radical Islamist Abu Musa'al al Zarqawi (AMZ) and his Tawhid wal Jihad (TwJ) insurgent camp that he led in Herat, Afghanistan. There Zarqawi received direct support from Osama bin Laden and his top lieutenants. The TwJ camp's location was ideal as it had easy access into Iraqi Kurdistan via Iran, providing easy contact between the jihadists in Afghanistan with the largest Islamic organization operating in Iraq, prior to the Iraq War – Ansar al Islam.[26]

The MCF-I paper also notes that Iran served as a safe haven for Zarqawi operations. According to the document many of Zarqawi's subordinates such as Khaled al-Aruri and Abdel Hadi Ahmad Mahmoud Daghlas maintained residence inside Iran, near the Iraqi border where they coordinated AAS operations for Zarqawi.[27]

Once Zarqawi formally established ties with Al Qaeda in 2004, this change in status allowed increased financial and logistical support as well as religious and political backing from AQ's senior leadership. With this additional support from AQ senior leadership, Zarqawi also benefited from the logistical support from Iranian benefactors. According to the MCF-I paper, Lu'ai Saqa (aka Ala al-Din) served with Zarqawi as a "senior al-Qaeda associate charged with providing logistical support to members of the organization, ranging from forged documents to safehouses and money." He was regarded as Zarqawi's "external operations chief and served a direct link between Zarqawi and the Iran-based al-Qaeda leadership.[28]

Finally, the Center for Strategic and International Studies (CSIS) article by M.J. Kirdar, "Al Qaeda in Iraq," further outlines the common interests that Iran and AQI shared that overcame other religious differences:

*Another unexpected alliance occurred between Zarqawi's group and Iran. According to a Jordanian intelligence officer, Iran equipped AQI with weapons,*

---

[25] Assaf Moghadam, USMA Combatting Terrorism Center (CTC), "Marriage of Convenience: The Evolution of Iran and al-Qa`ida's Tactical Cooperation. https://ctc.usma.edu/marriage-of-convenience-the-evolution-of-iran-and-al-qaidas-tactical-cooperation/.n accessed 14 June 20.

[26] PX937, Insurgent Group Profile: Al Qaeda in Iraq (AQI), published May 2, 2007, MCFI Study A (Working Paper); declassified by USCENTCOM Chief of Staff, MG Michael X. Garrett, 201505, FOIA Release, page 1

[27] Ibid, page 1

[28] PX937, Insurgent Group Profile: Al Qaeda in Iraq (AQI), published May 2, 2007, MCFI Study A (Working Paper); declassified by USCENTCOM Chief of Staff, MG Michael X. Garrett, 201505, FOIA Release, page 3, 8

*uniforms, and other military equipment: "The Iranians see Iraq as a fight against the Americans… they'll get rid of Zarqawi and all of his people once the Americans are out." The complex, at times cooperative, relationship between al Qaeda and Iran—ostensibly mortal enemies—demonstrates the importance of not viewing alliances through one-dimensional assessments of group interests.[29]*

**II.    Attack:  February 22, 2007 – Complex IED Attack, IVO Camp Corregidor, Ramadi, Al Anbar Province.**

**Directly Injured Plaintiffs:**

> Joshua R. Hager (Estate)
> Raleigh J. Heekin

**Iranian-supported FTOs &Group(s) Involved:**  MOIS/IRGC/AQ/AQI

**Summary of Opinion:**  After reviewing the available evidence and information, we conclude with a reasonable degree of certainty that the February 22, 2007, complex attack killing Staff Sergeant (SSG) Joshua R. Hager and wounding Sergeant First Class (SFC) Raleigh J. Heekin, and other Soldiers, was perpetrated by AQ/AQI.  Despite the success of the "Awakening," the nature of the threat environment in the 2007 timeframe, still enabled AQ/AQI to operate in and around Ramadi and conduct attacks against U.S., coalition, and Iraqi Security Force (ISF) targets throughout Al Anbar Province.  These lethal attacks were designed to protect their lines of communication into Baghdad and eventually force the withdrawal of Coalition forces from Iraq and re-establish Sunni dominance in the country.  Ultimately, AQ/AQI's objective with these attacks was to kill and maim Iraqi citizens and Coalition forces in order to coerce the withdrawal of U.S. and Coalition forces from Iraq.  Further, we conclude that this element's successful execution of this well-coordinated attack was likely a result of the material support that AQ/AQI received from Iran through the Ministry of Intelligence & Security (MOIS) and the Iranian Islamic Revolutionary Guard Corps (IRGC)-Qods Force.

**Summary of Attack:** On February 22, 2007, SFC Raleigh Heekin was part of the Personal Security Detachment (PSD) for the TF 1-9 Commander when they were attacked with an IED while on movement from Camp Ramadi to Camp Corregidor in east Ramadi.  The attack struck one of the 4x armored High Mobility Multi-purposed Wheeled Vehicles (HMMWV) and resulted in killing a member of the PSD and injuring four others, including SFC Heekin.  Immediately following the attack, D Company, TF 1-9 dispatched a separate patrol (consisting of 3x armored HMMWVs and 1x M113 Armored Personnel Carrier (APC)) from Combat Outpost (COP) Eagles

---

[29] M. J. Kirdar, "Al Qaeda in Iraq," AQAM Futures Project Case Study Series, Case Number 1, June 2011. https://www.csis.org/files/publication/110614_Kirdar_AlQaedaIraq_Web.pdf. Accessed 14 Jun 2020.

Nest to provide security and evacuate casualties. As the QRF approached the scene, the M113 APC was attacked by another IED when the M113 APC hit a pressure plate initiation device, killing SSG Hager and wounding two others. The TF sent a second, "heavy" QRF to secure the area and evacuate all the casualties to the Battalion Aid Station. The maps below depict the location where the convoy was attacked in al-Anbar Province.





**Attribution (associated with the List of Documents reviewed).**

- o **Witness Declarations**.

  - ▪ SFC Raleigh Heekin.  SFC Heekin provided a detailed statement describing the attack that killed SSG Joshua Hager and wounded him.  According to his statement, he was leading the first Quick Reaction Force (QRF) that responded to the first IED attack, against SSG Hager's patrol.  At the time of the attack against his vehicle, SFC Heekin was standing in the gunner's hatch of the M113 Armored Personnel Carrier (APC) when it hit the pressure plate, detonating the IED.  According to his statement, the "IED blew a large hole in the bottom of the vehicle."[30] The blast instantly killed the medic who was riding inside of the APC and later claimed the life of the driver.  Following the attack, he was informed that the IED attack was committed by AQI.  Given his position (senior Non-Commissioned Officer in the unit), he would have access to this intelligence, identifying the likely enemy force his unit was facing.

- o **SIGACT Report**.

  - ▪ CIDNE Ops Report number 20070222225838SLB4446098980. USCENTCOM FOIA #22-0054, 28 Apr 2022 "IED EXPLOSION (IED) ATTK ON TF 1-9 IVO AR RAMADI (ROUTE TRANS AM): 3 CF WIA 3 CF KIA.  The SIGACT confirms the IED attack against the TF 1-9 PSD and the first responder Quick Reaction Force (QRF) convoys.  According

---

[30] PX1804, Personal Witness Statement for SFC Raleigh Heekin, August 3, 2022.

to the SIGACT, this attack occurred outside COP Eagles Nest, in Ramadi, Al Anbar Province.[31]

- MNF-W Story Board, "22 2258C FEB 07 IED ATK ON TF 1/9 IVO AR RAMADI" provides additional confirmation of the attack against the TF 1-9 PSD and the follow-on Quick Reaction Force (QRF) from D/1-9 IN.[32]



o **Casualty Report**. The official casualty report for SSG Joshua Hager states that he was "killed in action while conducting combat operations against Anti-Iraqi forces in Al Anbar Province. SSG Hager was the vehicle commander of a M114 HMMWV with level 1 Armor that was struck by an IED."[33] This report is consistent with the other evidence regarding SSG Hager's death as a result of the IED attack.

o **Photographs**. Below are photographs of both vehicles that were hit by the IEDs during the course of the complex attack.

- M114 HMMWV (with Level 1 Armor) following the first IED attack that killed SSG Hager and wounded the other Soldiers. The HMMWV hit a

---

[31] PX1800, CIDNE Ops Report number 20070222225838SLB4446098980. USCENTCOM FOIA #22-0054, 28 Apr 2022 "IED EXPLOSION (IED) ATTK ON TF 1-9 IVO AR RAMADI (ROUTE TRANS AM): 3 CF WIA 3 CF KIA"

[32] PX1801, MNF-W Story Board. USCENTCOM FOIA #18-0837, 19 Feb 2019 "22 2258C FEB 07 IED ATK ON TF 1/9 IVO AR RAMADI."

[33] PX1802, Casualty Report for Hager, Joshua, Ryan. Dated Friday, February 23, 2007, 1:34:23AM, USCENTCOM FOIA #18-0375. Received 19 Feb 2019.

12

pressure plate device that triggered the IED to explode directly beneath the vehicle.



Fis_HagerJ_S12_00000016

- M113 Armored Personnel Carrier (APC) following the second IED attack (against the D/1-9 IN Quick Response Force) provided by SFC Heekin. Note the size of the hole created by the IED blast on the bottom of the troop compartment of the vehicle, indicating a very large and powerful IED tore through the armored undercarriage. (PX1805).

13





o  **Other Witness Declarations.**  LTC Charles P. Ferry (U.S. Army, Retired) served
   as SSG Hager and SFC Heekin's battalion commander and was leading the patrol
   at the time of the attack.  LTC Ferry had personal knowledge of the enemy situation
   in his area of operations and was present at the time of the attacks against his patrol
   and the subsequent Quick Reaction Force (QRF).

14

- <u>Enemy Situation</u>.  LTC Ferry commanded Task Force 1-9 Infantry in East Ramadi beginning in October 2006.  Through his unit's intelligence collection and that of other sophisticated intelligence resources, he confirmed that his area of operations served as a "major Al Qaeda in Iraq (AQI) sanctuary and stronghold where the group transitioned foreign fighters, equipment, supplies, and cash coming primarily from Syria into the Anbar province, through Ramadi and then into Baghdad."[34]  Further, AQI trained insurgents for fighting within Ramadi, Baghdad, and other areas around Iraq.

- <u>Enemy Tactics, Techniques, and Procedures</u>.  Based on his personal observation and intelligence sources, LTC Ferry confirmed that AQI operated in "team or squad configuration, which were coordinated from a higher level."  They were well trained and possessed expert knowledge in the use of IEDs, small arms, rocket propelled grenades (RPG), and sniper weapons and were very effective in combining these in complex attacks on a daily basis against fixed and mobile patrols.  Specifically, the IEDs were designed from various explosive materials and artillery rounds and were controlled by a variety of means in order to defeat the latest U.S. counter measures (to include pressure plate switch systems).  Finally, he noted that the unit discovered many weapons and IED caches that were "determined to be of Iranian origin and production…recently manufactured based on their conditions and markings."[35]

- <u>Feb 2, 2007, Attack</u>.  LTC Ferry provided a very detailed description of the IED attacks against his patrol and against the follow-on Quick Reaction Force (QRF).  During the initial attack, he was riding in the third HMMWV of the four vehicle movement and SSG Hager was in the second vehicle.  According to LTC Ferry's testimony, SSG Hager's vehicle was equipped with "electronic warfare jammers" which would have protected the entire patrol from any remote controlled detonation of IEDs.[36]  However, SSG Hager's HMMWV struck a "pressure plate activated IED," where the IED explosion occurred as a result of the vehicle driving *over* a device that triggered the detonation (based on the weight of the vehicle).  The impact of the IED killed SSG Hager, who was riding in the front passenger seat and wounded three other Soldiers.  Following the initial IED attack, the QRF was dispatched to support the recovery consisting of 1x M113 Armored Personnel Carrier (APC) and 3x HMMWVs (with level 1 armor).  Upon arrival the M113 APC struck another, pressure plate activated IED immediately killing a medic and wounding several others, including SFC Heekin.  The IED was buried below the APC and blew a hole under the tracked vehicle.

---

[34] PX1803, Declaration of Charles P. Ferry (2/22/2007 attack), signed December 15, 2021., page 2-3
[35] Ibid. page 3
[36] Ibid, page 5

- EOD Assessment.  LTC Ferry reports that an EOD team arrived with the second QRF and conducted a blast assessment of the attack.  According to their findings, both IEDs were pressure plate IEDs, "each triggered by two saw blades connected to a battery…The IEDs and trigger devices were buried, and the blast came up from below the vehicles…the HMMWV (Hager's vehicle) was blown approximately 15 meters from the blast seat."[37]

- Conclusion.  LTC Ferry opined that based on his personal observations and understanding of the enemy situation in his area of operations, was that "terror groups in the area would change their IED TTPs every four to six weeks to account for change in our efforts to counter the IED threat…IEDs were sophisticated and expertly assembled, and the emplacement of the IEDs were indicative of a well-trained and supplied group."  He concludes that these IEDs "were assembled and emplaced by members of Al Qaeda in Iraq."[38]  Again, given his position, access to intelligence, and proximity to the attack, it is reasonable to confirm LTC Ferry's observations and assessment that the attack against his PSD and follow-on QRF was perpetrated by AQI.

- **MNC-I Press Briefings**

  - DOD Press Briefing with Colonel (COL) Sean McFarland, Commander, 1st Brigade Combat Team (BCT), 1st Armored Division, September 29, 2006.  COL MacFarland commanded all coalition forces in Ramadi at the time of this briefing (four months before the attack) and provided an excellent overview of the situation in Ramadi to the assembled press corps.  He paints a positive picture of the progress his unit and the local security forces were making against the AQI insurgency in and around Ramadi.  However, he points out that while they were seeing positive changes (i.e., a reduction in AQI violence), the enemy was still conducting attacks against U.S., Iraqi Security Forces and civilians across the city.  COL MacFarland also emphasizes that the "enemy is very adaptive…about every week to 10 days changes tactics…a game of action/reaction, countermeasure/counteractions…"[39]  In the case of the Plaintiff's attack, their vehicles were equipped with electronic counter measures to defeat remote controlled IEDs, however, AQI was likely aware of this capability and employed a different method (pressure plate) to initiate both IEDs against the patrol and follow-on QRF.

  - DOD Press Briefing with Major General (MG) William Caldwell, IV, Spokesman, Multi-National Force – Iraq (MNF-), November 28, 2006.  During his routine update with the press, when asked about the security

---

[37] Ibid, page 7.
[38] Ibid, page 8
[39] PX389, DOD Press Briefing, COL Sean B. MacFarland, September 29, 2006.  Globalsecurity.org.  Accessed December 4, 2019

situation in Ramadi, MG Caldwell replied, "There's no question that Ramadi is still a day-to-day challenge and the Marines are still in daily conflict there out there, but they are making steady progress."[40]   MG Caldwell was specifically addressing the threat from Al Qaeda in Iraq (same city as the attack against the Plaintiffs).

- DOD Press Briefing with Maj. Gen. Zilmer, Commanding General, Multi-National Force West (MNF-W), January 29, 2007.  During a briefing to the DOD Press corps, Maj Gen Zilmer described the enemy situation existing in the Al Anbar province at the time.  He shared with the audience that MNF-W was enjoying success against al-Qaeda due to the support of local Sunni tribal support.  With that said, al-Qaeda was a still a formidable force and sought to intimidate and murder these Sunni tribal leaders in order to regain their position in Al-Anbar.  He reinforces the point later when he states, "…make no mistake about it, we've been involved in a fight out here for the last year [against al-Qaeda].  This is a very active, a very vibrant insurgency that exists out here…"  Later, when asked about the security situation in Ramadi, Maj Gen Zilmer replies, "…there are insurgents who move around the city…the enemy [AQI] has the ability to move around; he will go where we are not."[41]   So, despite the success the coalition, Iraqi Security Forces, and local tribes were experiencing against AQI in Ramadi, there existed a certain level of threat that could move around the city and attack targets of opportunity.

o   **Other Materials/Evidence.**

- Kagan, Kimberly, "The Anbar Awakening: Displacing al Qaeda from its Stronghold in Western Iraq."  Writing for the Institute of the Study of War, noted military historian Kimberly Kagan described how Al Qaeda faced the mounting pressure from the U.S. surge and the "Awakening" movement by local tribes by following "two policies in February and March 2007: counterattacking in Baghdad and Ramadi, and shifting its bases elsewhere in theater."[42] SFC Heekin and SSG Hager's unit, TF 1-9 Infantry was in the midst of this enemy environment when they were attacked by the AQI cell outside their base in Ramadi.

- The U.S. Army in the Iraq War, Volume 2.  According to this well researched history of the Iraq War, Al-Qaeda in Iraq (AQI) relied on Ramadi as a key node in their Lines of Communication (LOC) to funnel men, weapons, equipment, and other supplies from Syria into Iraq.  The

---

[40] PX390, DOD Press Briefing, MG William Caldwell, IV.  Multi-National Force-Iraq (MNF-I) Spokesman, November 28, 2006.  Globalsecurity.org.  Accessed December 4, 2019.
[41] PX391, DOD Press Briefing, Maj Gen Richard Zilmer, Commanding General, Multi-National Force-West (MNF-W), January 29, 2007.  Globalsecurity.org.  Accessed December 4, 2019.
[42] Kagan, Kimberly.  "The Institute for the Study of War, Iraq Report, "The Anbar Awakening: Displacing al Qaeda from its Stronghold in Western Iraq (August 21, 2006 – March 30, 2007).
https://www.understandingwar.org/sites/default/files/reports/IraqReport03.pdf.  Accessed July 9, 2022.

chart below shows the AQI LOCs and key concentrations in December 2006 (two months before the attack).[43]



Map created by the official cartographer at the U.S. Army Center of Military History, Washington, DC.

Map 9. Al-Qaeda in Iraq, December 2006.

The US Army in the Iraq War history provides a detailed account of the U.S. and coalition operations in Ramadi following the time of the attack against Heekin and Hagar.  Beginning in late February 2007, TF 1-9 participated in Operation Murfreesboro where they fought numerous battles to defeat AQI in and around Ramadi.  According to the account, "multiple AQI cells clung to safe havens in the central and eastern portions of the city, where they arrayed [IED]-laced defenses…"  This BCT campaign ended on March 31, when there were no reported attacks in the provincial capital.[44]

▪ Multi-National Corps-Iraq Battle Update Assessment (BUA), February 2007.  In recently declassified files, the February 2007 "Intelligence

---

[43] US Army in the Iraq War, Volume 2, Page 57.
[44] U.S. Army in the Iraq War, Volume 2.  Pages 149-151.

Highlight" from 14 February 2007 indicated that AQI-affiliated elements specifically targeted Iraqi Security Forces (ISF) to regain freedom of maneuver through intimidation.  At the time, the MNC-I intelligence sources noted an increased concentration of suicide resources [to enable attacks] against ISF in Ramadi.[45]  Given this assessment, it is reasonable to conclude that in their desire to maintain freedom of maneuver in and around Ramadi, AQI first concentrated their attacks against ISF (the weakest force).  This, in turn, lowered the level of security in the region, particularly in the rural areas, giving them (AQI) opportunities to plant IEDs along known routes that U.S. and coalition forces travelled.  In the case of the Hager/Heekin attack, this included the routes near their bases (COP Eagles Nest, Camp Corregidor and along Route Trans Am).

- Multi-National Corps-Iraq Battle Update Assessment (BUA), May 2007. In recently declassified files, the May 2007 "Intelligence Highlight" indicated that AQI was expressing intent to refine a new type of IED using Chlorine as a toxic agent.  According to the assessment, AQI had conducted attacks in Al Anbar Province in an attempt to refine the capability.[46]  While the attack against the Plaintiffs was not a Chlorine VBIED, this demonstrates that AQI still maintained capability and willingness to conduct attacks in Al Anbar province in order to regain dominance over Iraqi Security Forces and coalition forces.

- Interview with Brig. General John R. Allen Deputy Commanding General Multinational Force West (Fallujah) stating: "When AQI arrived on this battlefield, they immediately subsumed the indigenous resistance elements that were here, the 1920 Revolutionary Brigade, Jaysh Islami, Jaish Mohammed, these Baathist former Saddamist regime nationalist elements that were fighting us.  They didn't have a choice.  You either threw in with AQI or they killed you.  They threw in with AQI."  Later, he opined that even in 2007 (two years after the attack), AQI had been pushed out of the population centers, they had not been defeated.  This interview affirms that AQI was the strongest organization in the al-Anbar Province and therefore, enjoyed relative freedom of movement and control of the other insurgent forces battling the coalition and Iraqi Security Forces.

- Article, Daniel L. Byman, *Unlikely Alliance: Iran's Secretive Relationship with Al-Qaeda*, Brookings Institute (July 31, 2012). This article details Iran's longstanding relationship with al-Qaeda, its motivations for supporting the terror group, and the safe haven provided to AQ leadership permitting cohesive leadership during the time of this attack.  He points out that, "In his publicly available writings (cited by the USMA Combatting Terrorism Center, CTC), Sayf al-Adl [one of al-Qaeda's top-ranking

---

[45] PX890, MNC-I BUA February 2007, Intelligence Highlights slide, 89.  FOIA Request, CENTCOM.  Declassified by MG Michael X. Garrett, USCENTCOM Chief of Staff.
[46] PX966, MNC-I BUA May 2007, Intelligence Highlights slide, 77.  FOIA Request, CENTCOM.  Declassified by MG Michael X. Garrett, USCENTCOM Chief of Staff.

leaders] explained that Al-Qaeda chose the locations of the training camps to enable recruits to transit to and from Afghanistan and Pakistan to Iran, and travel from there to important fields of jihad such as Iraq.[47] .

- Report, Federal Research Division, *Iran's Ministry of Intelligence and Security: A Profile*. Library of Congress, Combatting Terrorism Technical Support Office – Irregular Warfare Support Program (Dec. 2012). This report details Iran's use of MOIS to provide "financial, material, technological and other support services" to AQ, and AQ's use of Iran as a safe haven from which it connects with its regional affiliates, including AQI.[48]

- U.S. Department of Treasury Press Center, "Treasury Takes Action to Stem Funding to the Iraqi Insurgency." February 15, 2005.  In 2005, the U.S. Treasury described how the Islamic Republic of Iran was providing support to al-Qaeda.  According to the official press release, the U.S. Treasury Department designated Muhsin al-Fadhli, an Iran-based confidant of Bin Laden, for providing financial and material support to underwrite attacks against American and coalition forces fighting in Iraq.[49]

- U.S. Department of State Press Release, "Rewards for Justice – Ezedin Abdel Aziz Khalil (a.k.a. Yasin al-Suri) Reward Offer, December 22, 2011. In 2011, the Department of State offered $10 million reward for information that would lead to the capture of Yasin al-Suri.  According to the report, Suri was an important fundraiser for al-Qaeda and funneled significant amounts of money to Iraq, via Iran.  The report highlights those Iranian authorities maintained a relationship with al-Suri and have permitted him to operate within the Iranian borders since 2005.[50]

- U.S. Department of Treasury Press Center, "Treasury Further Exposes Iran-Based Al-Qa'ida Network." October 18, 2012.  Later, in 2012, the U.S. Treasury Department published another official press release citing al-Fadhli with providing financial and material support to Sunni militants fighting in Iraq. At the time, he was the principal link man for channeling money and material support to the Zarqawi network.[51]

---

[47] Byman, Daniel, "Unlikely Alliance: Iran's Secretive Relationship with Al Qaeda." HIS Defense, Risk and Security Consulting, July 2012, page 29.

[48] Federal Research Division, Library of Congress, "Iran's Ministry of Intelligence and Security: A Profile," December 2012, page 37

[49] U. S. Department of the Treasury, "Treasury Takes Action to Stem Funding to the Iraqi Insurgency," February 15, 2005.

[50] Office of the Spokesperson, U.S. Department of State, "Rewards for Justice – Ezedin Abdel Aziz Khalil (a.k.a. Yasin al-Suri) Reward Offer," December 22, 2011, https://2009-2017.state.gov/r/pa/prs/ps/2011/12/179618.htm. Accessed February 15, 2021.

[51] U.S. Department of the Treasury, "Treasury Further Exposes Iran-Based Al-Qa'ida Network," October 18, 2012,

- U.S. Department of Treasury Press Center, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism." February 16, 2010. In this February press bulletin, the U.S. Treasury formally designated the Iranian Ministry of Intelligence and Security (MOIS) for human rights abuses and support of terrorism. Among the entities listed was AQI, which according to the Treasury Department received not only money and weaponry but also "intermediary services" that helped secure the release of the group's imprisoned operatives.[52]

**Conclusion:** After reviewing the available evidence and information we conclude with a reasonable degree of certainty that the February 22, 2007, complex attack killing SSG Joshua R. Hager and injuring SFC Raleigh J. Heekin, and other Soldiers, was perpetrated by AQ/AQI. The enemy ambush included two separate IED ambushes against the convoy and subsequent Quick Reaction Force (QRF), resulting in three Soldiers killed and multiple wounded. Prior to the success of the "Awakening," the nature of the threat environment in early 2007, enabled AQ/AQI to operate relatively freely in and around Ramadi and conduct attacks against U.S. and coalition targets throughout Al Anbar Province. These lethal attacks were designed to protect their lines of communication into Baghdad and eventually force the withdrawal of Coalition forces from Iraq and re-establish Sunni dominance in the country. Ultimately, AQ/AQI's objective with these attacks was to kill and maim Iraqi citizens and Coalition forces in order to coerce the withdrawal of U.S. and Coalition forces from Iraq. Further, we conclude that this element's successful execution of this well-coordinated attack was likely a result of the material support that AQ/AQI received from Iran through the Ministry of Intelligence & Security (MOIS) and the Iranian Islamic Revolutionary Guard Corps (IRGC)-Qods Force.

In our professional opinion, based upon our training, experience and expertise, the totality of the available information also indicates that:

1. The insurgent cell that executed the attack was an AQ/AQI cell and was well trained and prepared for the U.S. patrol as they successfully emplaced victim initiated (i.e., pressure plate) IEDs at locations to achieve maximum damage and injuries. Likewise, they anticipated a follow-on Quick Reaction Force (QRF) and knew where to emplace the IED to create maximum casualties.

2. During the period of the incident, AQI was known to be operating in the area in East Ramadi in the vicinity of Al Anbar based on multiple intelligence sources, according to the victims' Battalion Commander. Furthermore, Al Anbar Province

---

[52] https://www.treasury.gov/press-center/press-releases/Pages/tg1741.aspx; Awami, "Looking for Foreign Elements." Accessed February 15, 2021.

[52] U.S. Department of the Treasury, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," February 16, 2012, https://content.govdelivery.com/accounts/USTREAS/bulletins/2f1cdf. Accessed February 15, 2021.

in 2006-2007 was generally a semi-permissive environment for Al Qaeda operations.

3. Numerous sources indicated that while the Coalition Forces were achieving success against AQI within Ramadi, the enemy was still capable of conducting attacks against Coalition Forces, particularly in areas where they were not concentrated.

4. Although Abu Musab al-Zarqawi was no longer leading AQI at the time, he and many leaders likely trained on these types of maneuvers during their stay in Iran following the 2001 invasion of Afghanistan. Additionally, during his initial years in Iraq, there are reports that Zarqawi established a training base in places like Zahedan, Isfahan, and Tehran, Iran and prepared his network to conduct operations in Iraq to fight US and other Western forces when they invaded in 2003.

5. While Zarqawi and his successors from the Mujahedeen Shura Council (MSC) were deployed forward in Iraq, several Al Qaeda Senior Leaders (AQSL) remained in state-provided safe havens throughout Iran which provided AQ/AQI with a cohesive command and leadership structure, funding network, religious/recruitment guidance, operational authority, and support to the AQ affiliates operating in Iraq. This attack was intended, in part, to protect this network critical to sustaining AQI in Baghdad.

6. Finally, the U.S. Department of Treasury, Department of State, and the Library of Congress have all cited Iran's use of their Ministry of Intelligence and Security (MOIS) to provide financial, material, technological, and other support services to Al Qaeda and their affiliates, to include Al Qaeda in Iraq (AQI), to further their strategic goals in the region.

We hold the conclusions and opinions detailed in this report to a reasonable degree of military intelligence certainty and declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2022

_____
Colonel Mark Lee Walters, US Army Ret

_____
CW4 Ronald Evans, US Army Ret

_____
CW3 David Sultzer, US Army Ret

in 2006-2007 was generally a semi-permissive environment for Al Qaeda operations.

3.      Numerous sources indicated that while the Coalition Forces were achieving success against AQI within Ramadi, the enemy was still capable of conducting attacks against Coalition Forces, particularly in areas where they were not concentrated.

4.      Although Abu Musab al-Zarqawi was no longer leading AQI at the time, he and many leaders likely trained on these types of maneuvers during their stay in Iran following the 2001 invasion of Afghanistan.  Additionally, during his initial years in Iraq, there are reports that Zarqawi established a training base in places like Zahedan, Isfahan, and Tehran, Iran and prepared his network to conduct operations in Iraq to fight US and other Western forces when they invaded in 2003.

5.      While Zarqawi and his successors from the Mujahedeen Shura Council (MSC) were deployed forward in Iraq, several Al Qaeda Senior Leaders (AQSL) remained in state-provided safe havens throughout Iran which provided AQ/AQI with a cohesive command and leadership structure, funding network, religious/recruitment guidance, operational authority, and support to the AQ affiliates operating in Iraq. This attack was intended, in part, to protect this network critical to sustaining AQI in Baghdad.

6.      Finally, the U.S.  Department of Treasury, Department of State, and the Library of Congress have all cited Iran's use of their Ministry of Intelligence and Security (MOIS) to provide financial, material, technological, and other support services to Al Qaeda and their affiliates, to include Al Qaeda in Iraq (AQI), to further their strategic goals in the region.


We hold the conclusions and opinions detailed in this report to a reasonable degree of military intelligence certainty and declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2022

_____

Colonel Mark Lee Walters, US Army Ret

_____

CW4 Ronald Evans, US Army Ret


_____

CW3 David Sultzer, US Army Ret

in 2006-2007 was generally a semi-permissive environment for Al Qaeda operations.

3.      Numerous sources indicated that while the Coalition Forces were achieving success against AQI within Ramadi, the enemy was still capable of conducting attacks against Coalition Forces, particularly in areas where they were not concentrated.

4.      Although Abu Musab al-Zarqawi was no longer leading AQI at the time, he and many leaders likely trained on these types of maneuvers during their stay in Iran following the 2001 invasion of Afghanistan.  Additionally, during his initial years in Iraq, there are reports that Zarqawi established a training base in places like Zahedan, Isfahan, and Tehran, Iran and prepared his network to conduct operations in Iraq to fight US and other Western forces when they invaded in 2003.

5.      While Zarqawi and his successors from the Mujahedeen Shura Council (MSC) were deployed forward in Iraq, several Al Qaeda Senior Leaders (AQSL) remained in state-provided safe havens throughout Iran which provided AQ/AQI with a cohesive command and leadership structure, funding network, religious/recruitment guidance, operational authority, and support to the AQ affiliates operating in Iraq. This attack was intended, in part, to protect this network critical to sustaining AQI in Baghdad.

6.      Finally, the U.S.  Department of Treasury, Department of State, and the Library of Congress have all cited Iran's use of their Ministry of Intelligence and Security (MOIS) to provide financial, material, technological, and other support services to Al Qaeda and their affiliates, to include Al Qaeda in Iraq (AQI), to further their strategic goals in the region.

We hold the conclusions and opinions detailed in this report to a reasonable degree of military intelligence certainty and declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2022

_____

Colonel Mark Lee Walters, US Army Ret

_____

CW4 Ronald Evans, US Army Ret

_____

CW3 David Sultzer, US Army Ret

## Vinesign

 **Verification Complete**
The document has been officially verified.

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Expert Witness Report to M. Lee Walters 9-5-2022 |
| **Sender Name** | Jessica Berberich |
| **Document Key** | 28CB3C33-AA65-480B-9C55-3137CCE0D247 |

**Recipient 1**

██████████████

Order 1

**IP Address**
172.33.1.234

**Signature**

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✓ Document Completed  **Matching Hash** | 09/05/2022 19:53 UTC | M. Lee Walters | Signed by M. Lee Walters ██████  **Blockchain Block** VVTXgSedPs5pWOFlq41KBIzgipUQ1LhtG06oHFbMDmU=  **Document Hash** EA05B96E6B3C429BDA74C96DE276878B24ECD4AB050241DC7A4F515809278EF5  **Timestamp** 09/05/2022 19:53 UTC |
| 👁 Document Viewed | 09/05/2022 19:52 UTC | M. Lee Walters | Viewed by M. Lee Walters ██████ |
| ✈ Document Sent | 09/05/2022 19:49 UTC | M. Lee Walters | Sent out via email to M. Lee Walters ██████████ |
| ✈ Document Sent | 09/05/2022 19:49 UTC | M. Lee Walters | Sent out via text to M. Lee Walters ████████ |
| 📄 Document Created | 09/05/2022 19:49 UTC | | Created by Jessica Berberich ██████████ |

**Vinesign**

 **Verification Complete**
The document has been officially verified.

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Expert Witness Report to M. Ronald Evans 9-5-2022 |
| **Sender Name** | Jessica Berberich |
| **Document Key** | 2084CC27-3030-4E2E-AD90-F2E32C84889F |

**Recipient 1**

████████████████

**IP Address**
172.33.3.7

**Signature**

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✔ **Document Completed** `Matching Hash` | 09/05/2022 20:00 UTC | Ronald Evans | Signed by Ronald Evans ████████████<br>**Blockchain Block**<br>VVeXna3jGunuDLoNKuLJdmx6NibvitEFD070mSaQthk=<br>**Document Hash**<br>9F79D7A87862307E1EE91350E1685EB5D6FA2DE851B7BBEDB943397FE4B131BE<br>**Timestamp**<br>09/05/2022 20:00 UTC |
| 👁 Document Viewed | 09/05/2022 19:59 UTC | Ronald Evans | Viewed by Ronald Evans ████████████ |
| ➤ Document Sent | 09/05/2022 19:58 UTC | Ronald Evans | Sent out via email to Ronald Evans ███████████████ |
| ➤ Document Sent | 09/05/2022 19:58 UTC | Ronald Evans | Sent out via text to Ronald Evans ██████████ |
| 📄 Document Created | 09/05/2022 19:58 UTC | | Created by Jessica Berberich ████████████████ |

## Vinesign



✔  **Verification Complete**
The document has been officially verified.

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Expert Witness Report to M. David Sultzer 9-5-2022 |
| **Sender Name** | Jessica Berberich |
| **Document Key** | 21E6F636-E695-4473-9313-CBC12B1F7AB6 |

**Recipient 1**
David Sultzer
███████████

**IP Address**
172.33.1.234

**Signature**

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✔ **Document Completed** [Matching Hash] | 09/05/2022 23:18 UTC | David Sultzer | Signed by ███████████ <br> **Blockchain Block** <br> VV01GjWsVyLVRddzBclZw8o45uXbJHl1S0nCW5WDygE= <br> **Document Hash** <br> 85A66283CFCDA8CD9750A4BE8C2B68683B3D6D4B2B0F40B2383E2A6FD83BF6D4 <br> **Timestamp** <br> 09/05/2022 23:18 UTC |
| 👁 Document Viewed | 09/05/2022 23:17 UTC | David Sultzer | Viewed by David Sultzer ███████ |
| 👁 Document Viewed | 09/05/2022 23:17 UTC | David Sultzer | Viewed by David Sultzer ███████ |
| 👁 Document Viewed | 09/05/2022 23:17 UTC | David Sultzer | Viewed by David Sultzer ███████ |
| ✈ Document Sent | 09/05/2022 19:54 UTC | David Sultzer | Sent out via email to David Sultzer ███████ |
| ✈ Document Sent | 09/05/2022 19:54 UTC | David Sultzer | Sent out via text to David Sultzer ███████ |
| 📄 Document Created | 09/05/2022 19:54 UTC | | Created by Jessica Berberich ███████ |

PX1900

# Ops Report

Declassified by MG Patrick D. Frank
USCENTCOM Chief of Staff
Declassified on: 29 Apr 2022
Privacy Act Protective Order applies



WebTAS

Friday, 11 March 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Mar 23 2008 16:40:00 |
| Date Occurred(Z) | Jan 01 1900 00:00:00 |
| is Closed | TRUE |
| Summary | EVENT ID:  IZ BDOC EVENT 08-06 \nDTG:  231640MAR2008\nUNIT:  IZ BDOC\nLOCATION: U.S. Embassy Annex, International Zone\n\nTIME LINE: \n1640 IDF Strikes on Department of State property in IZ\n1652 JDOC Notified of possible casualties\n1655 CRAM confirms grid locations\n1700 CSH notified of casualties by type\n1725 CSH advises that casualties have arrived\n\[_____1.4a, 1.4(g)_____]n\nConfirmed POIs- on U.S. Embassy Grounds\nPOI 1-[___1.4a___]nPOI 2-[_____1.4a_____] OI 3-[___1.4a___]h\nDepartment of State EOD reports 6 x 107mm Rockets \n\nSUMMARY:3 x TCN WIA Transported to 86th CSH\n1 x US CIV WIA- Transported to Balad Air Base\n2 x CF WIA\n6 x 107mm Rocket\n1 x Housing Trailers minor damage\n\nBDA:\n3 X **DOJ PO REDACTION** **DOJ PO** sustained shrapnel wounds. Transported to 86th CSH  [___]\n1 X US CIV sustained shrapnel wounds. Transported to 86th CSH then med-flighted to BALAD Air base for further treatment. \n1 X Civilian contractor received minor wounds from falling debris.  Treated on site and RTD.\n2 X CF WIA\n |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2008 |
| Month Occurred | March |
| Day Occurred | 23 |
| Event Type | Enemy Action |
| Event Category | Indirect Fire |
| Event MOA | Rocket |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | MND-BAGHDAD |
| Primary AO | MND-BAGHDAD |
| Primary District | Baghdad |
| Primary Province | Baghdad |
| was Suicide | FALSE |
| Tracking Number | 20080323164038SMB4936091420 |
| Attack On | |

USCENTCOM MDR 22-0062
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 001
FISHBECK
CENTCOM_00000041

## Ops Report

| | |
|---|---|
| Battlespace Lead | Coalition |
| Unit Activity | |
| Title | (ENEMY ACTION) INDIRECT FIRE RPT (Rocket) JASG-C IZ BDOC : 2 CF WIA 4 CIV WIA |
| Association Count | 3 |
| BDA Friendly KIA | 0 |
| BDA Friendly WIA | 2 |
| BDA Friendly Casualties | 2 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 4 |
| BDA Civilian Casualties | 4 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| Call Sign | |
| City | BAGHDAD |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | 3.5c /LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=DE1763F6-C0D1-F9A9-B2A4481B32F6A6FD&entity=report |
| Date Occurred Excel UK | 23/03/2008 |
| Date Occurred Excel US | 03/23/2008 |
| Date Posted(Z) | Mar 24 2008 03:01:57 |
| Date Updated(Z) | Mar 24 2008 09:26:00 |
| FOB | LOYALTY |
| Incident Reported By | Coalition Forces |

Page 2 of 6

USCENTCOM MDR 22-0062
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 002
FISHBECK
CENTCOM_00000042

PX1900

## Ops Report

| | |
|---|---|
| Latitude | |
| Longitude | 1.4(g) |
| MGRS | |
| MOA Count | 1 |
| Originating Network | |
| Originating Site | |
| Originating System | Not Provided |
| Originator Group | MNC-I SIGACTS MGR |
| Originator Name | 3.5c |
| Originator Unit | MNC-I |
| Precedence | Flash |
| Report Key | DE1763F6-C0D1-F9A9-B2A4481B32F6A6FD |
| Reporting Unit | MNC-I SIGACTS MGR |
| Route | |
| Type Of Unit | CF |
| Unit Name | JASG-C IZ BDOC |
| Updated By Group | MNC-I SIGACTS MGR |
| Updated By Name | 3.5c |
| Updated By Unit | MNC-I |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | |
| Vehicle Summary | |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |

Page 3 of 6

USCENTCOM MDR 22-0062
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 003
FISHBECK
CENTCOM_00000043

PX1900

## Ops Report

| | |
|---|---|
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) (More not shown) |
| MND-BAGHDAD | BAGHDAD | SECRET | REL TO USA, LOY, FIN, KWT, IRKS, NATO | | IRAQ | |

### CIDNE Media

| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| SECRET | REL TO USA, FVEY | 23 1640C MAR 08 IDF ATTACK ON THE IZ | | CENTCOMROAR | Document | (More not shown) (More not shown) |

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | (More not shown) (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) (More not shown) |
| Coalition | | Base | | Primary | DE1763F6-C0D1-F9A9-B2A4481B32F6A6FD | |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Rocket | DD4E95B8-948A-428F-B71E-F090D250B224 | Enemy Action | Indirect Fire |

### IDF Details

| Comment | Force Type | Fire Event Type | Point Of Impact MGRS | Point Of Origin MGRS | Report Key | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | DE1763F6-C0D1-F9A9-B2A4481B32F6A6FD | (More not shown) (More not shown) |
| | | | 1.4a | | | |
| | | | | | DE1763F6-C0D1-F9A9- | (More not shown) (More not shown) |

USCENTCOM MDR 22-0062
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 004
FISHBECK
CENTCOM_00000044

PX1900

## Ops Report

| | | | | | | B2A4481B32F6A6FD | |
|---|---|---|---|---|---|---|---|
| | | | | | | | (More not shown) |
| | | | | | | DE1763F6-C0D1-F9A9-B2A4481B32F6A6FD | (More not shown) |
| | | | | | | | (More not shown) |
| | | | | 1.4a | | DE1763F6-C0D1-F9A9-B2A4481B32F6A6FD | (More not shown) |
| | | | | | | | (More not shown) |
| | | | | | | DE1763F6-C0D1-F9A9-B2A4481B32F6A6FD | (More not shown) |
| | | | | | | | (More not shown) |
| | | | | | | DE1763F6-C0D1-F9A9-B2A4481B32F6A6FD | (More not shown) |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | | (More not shown) |
|---|---|---|---|---|---|---|---|
| | | | | | | | (More not shown) |
| | | | | | | | (More not shown) |
| Indirect Fire | 139B773A-0DDE-4643-A592-446FFC29DF1E | Enemy Action | None Selected | 0 | 0 | | (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| TRUE | | MNC-I SIGACTS MGR | DE1C69BA-FF76-8D36-876794E798804C93 | 0 | FFIR11 - EVENTS THAT AFFECT THE SECURITY OF THE INTERNATIONAL ZONE (IZ), ROUTE IRISH, VICTORY BASE CAMP (INCLUDING BIAP), COMBAT OUTPOSTS, JOINT SECURITY STATIONS, OR PATROL BASES | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE | 1 | Confirmed | SECRET | REL TO USA, FVEY | Dec 05 2014 17:57:08 | (More not shown) |

USCENTCOM MDR 22-0062
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 005
FISHBECK
CENTCOM_00000045

PX1900

## Ops Report

### Report

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| Link to exploitation CIDNE Report | 1 | Confirmed | SECRET | NONE | Mar 24 2008 10:02:21 | (More not shown) |
| | | | | | | (More not shown) |
| Link to exploitation CIDNE Report | 1 | Confirmed | SECRET | NONE | Mar 24 2008 10:20:33 | (More not shown) |

4 Empty Attributes
ISAF Tracking Number, Originating Nation, Reintegratees Count, Tip Reported By
14 Empty Tables
Associated Org, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units, Vehicle

## Relationships

(None)

## Attachments

(None)

USCENTCOM MDR 22-0062
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 006
FISHBECK
CENTCOM_00000046

PX1900

PX1901

# IDF Report

Declassified by MG Patrick D. Frank
USCENTCOM Chief of Staff
Declassified on: 29 Apr 2022
Privacy Act Protective Order applies



WebTAS

**Friday, 11 March 2022**

## IDF Report

CIDNE Folder

3.5c

iteReportView.cfm?module=exploitation&reporttype=idf&repor tkey=DFA8D09C-A369-413F-DFB8000602CC1CE8&entity=report

| | |
|---|---|
| Theater Filter | ROAR |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, FVEY~~ |
| Tracking Number | IDF-20080323164038SMB4499885993 |
| Reporting Unit | MNC-I |
| DTG Occurred(L) | Mar 23 2008 16:40:00 |
| Casualties | Yes |
| Volume Of Fire | 6 |
| Category Of Attack | Attack(s) on CF on FOB |
| Response | Aerial QRF |
| CRAM | Yes |
| Attacker Sect | Shi'ite |
| Summary | EVENT ID: IZ BDOC EVENT 08-06 |
| | DTG: 231640MAR2008 |
| | UNIT: IZ BDOC |
| | LOCATION: U.S. Embassy Annex, International Zone |
| | |
| | TIME LINE: |
| | 1640 IDF Strikes on Department of State property in IZ |
| | 1652 JDOC Notified of possible casualties |
| | 1655 CRAM confirms grid locations |
| | 1700 CSH notified of casualties by type |
| | 1725 CSH advises that casualties have arrived |
| | |
| | 1.4(g) |
| | |
| | Confirmed POIs- on U.S. Embassy Grounds |
| | POI 1- |
| | POI 2-     1.4a |
| | POI 3- |
| | |
| | Department of State EOD reports 6 x 107mm Rockets |
| | |
| | SUMMARY:3 x TCN WIA Transported to 86th CSH |
| | 1 x US CIV WIA- Transported to Balad Air Base |
| | 2 x CF WIA |
| | 6 x 107mm Rocket |
| | 1 x Housing Trailers minor damage |

Page 1 of 3

USCENTCOM MDR 22-0062
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

04/28/22 001
FISHBECK
CENTCOM_00000038

PX1901

## IDF Report

BDA:
3 X DOJ PO REDACTION sustained shrapnel wounds. Transported to 86th CSH
1 X US CIV sustained shrapnel wounds. Transported to 86th CSH then med-flighted to BALAD Air base for further treatment.
1 X Civilian contractor received minor wounds from falling debris. Treated on site and RTD.
2 X CF WIA

| | |
|---|---|
| Coalition KIA | 0 |
| Coalition WIA | 2 |
| Civilian KIA | 0 |
| Civilian WIA | 1 |
| Host Nation KIA | 0 |
| Host Nation WIA | 3 |
| Date Posted(Z) | Mar 24 2008 07:20:25 |
| Date Updated(Z) | Mar 24 2008 07:25:00 |
| Report Key | DFA8D09C-A369-413F-DFB8000602CC1CE8 |
| Originator Group | MNC-I JFEC FFA |
| Updated By Group | MNC-I JFEC FFA |
| Originator Name | 3.5c |
| Updated By Name | |
| Originator Unit | MNC-I |
| Updated By Unit | MNC-I |

### IDF Munitions

| Munition Type | Suspect | Round Size | Round Status | POO | POI | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Rocket | 0 | 107mm | Exploded | 38SMB4936091420 | 38SMB4499885993 | (More not shown) |
| | | | | | | (More not shown) |
| Rocket | 0 | 107mm | Exploded | 38SMB4936091420 | 38SMB4476485088 | (More not shown) |
| | | | | | | (More not shown) |
| Rocket | 0 | 107mm | Exploded | 38SMB4936091420 | 38SMB4498484879 | (More not shown) |
| | | | | | | (More not shown) |
| Rocket | 0 | 107mm | Exploded | 38SMB4936091420 | 38SMB4502184820 | (More not shown) |

Page 2 of 3

## IDF Report

| | | | | | | (More not shown) |
|---|---|---|---|---|---|---|
| Rocket | 0 | 107mm | Exploded | | | (More not shown) |
| | | | | | 1.4a | (More not shown) |
| Rocket | 0 | 107mm | Exploded | | | (More not shown) |

| Association | | | | | | |
|---|---|---|---|---|---|---|
| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to operations CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~NONE~~ | Mar 24 2008 10:20:33 | (More not shown) |

13 Empty Attributes

Airburst, Counter Fire Type, CounterFire Rounds, DTG Occurred(Z), Primary AO, Primary City, Primary District, Primary FOB, Primary Province, Primary RC, Primary Village, Response Time, Table CIDNE Media, POI Location, POO Location

## Relationships

(None)

## Attachments

(None)

USCENTCOM MDR 22-0062
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 003
FISHBECK
CENTCOM_00000040

PX1901

PX1907

**DECLARATION OF**

**PHILIP RYAN TRIMBLE**

I, Philip Ryan Trimble declare and state under penalty of perjury that the following statements are true and correct:

a.   I have personal knowledge of the facts and information contained in this statement.

b.   I am a United States citizen.  I was born on ███████, in Waterloo, Iowa.  I'm married and have two children.

c.   I enlisted in the military in June 1999 and was honorably discharged in February 2009. In Iraq, my rank was Specialist (SPC); my specialty was Infantryman and my position rotated as needed.

d.   I was assigned to Delta Company, 1st Battalion, 181st Infantry Regiment Massachusetts Army National Guard.

e.   Our mission in Iraq was to provide personal security detail for dignitaries, VIPs, and other important personnel in and around Baghdad, Baghdad Province.  We were based at the U.S. Embassy grounds in Baghdad. This embassy was the former Palace of Saddam Hussein, located in the area known at the time as the "Green Zone." The embassy was subject to 80 -100 mortar and rocket attacks daily. We regularly begged for assignments outside the "Green Zone" because they were normally safer assignments. A certificate of appreciation was presented to me for the security detail provided there from August 2007 until April 2008.

f.   On March 23, 2008, I was located at our base on Camp Travis, which was an annex of the U. S. Embassy grounds in Baghdad.

g.   After a long arduous security detail mission in the blistering heat, we had just returned to the embassy. I looked forward to my return shower as relief from the stress and heat. After a mission, a good shower was a great morale boost and gave some sense of normalcy. As I was showering, I heard the alarm for incoming rockets and mortars. It would be the first of many attacks throughout that fateful Easter day. Out of survival instinct, I run naked out of the shower, grabbing a towel to cover up with, and abandon my once place of refuge and normalcy. Before leaving the building, I checked the hooch (sleeping/living area) next to mine to make sure my sergeant wasn't there. We are taught to always check for our immediate leadership for orders on the situation. He wasn't there and I had no idea where he was, so I headed toward the bunker for protection and survival.  As I made my way

Fis_TrimbleP_CP_00001711

**PX1907**

between the narrow two sandbag barrel walls, a massive, unexpected explosion knocked me off my feet.  Not only did it hit like a freight train, but it caused me to violently hit my head, rendering me immediately unconscious. Later, I found out it hit within 50 meters from me. After regaining consciousness (after an unknown amount of time), I immediately got up and finally entered the bunker.  I was so flustered about the situation and concerned about survival; I did not notice my immediate injuries. When I entered the bunker, my sergeant noticed the bleeding on my right leg.  After his comment and upon checking my leg, I saw I had been hit by a good bit of shrapnel and my ears were violently ringing.

h.  I was knocked unconscious, and shrapnel lacerated my lower leg.  My traumatic brain injury has been directly linked to this unconsciousness. A few months after the attack, I was diagnosed with PTSD and TBI. The situation continued to worsen, eventually leading to diagnoses of sleep disorder, depressive disorder with intermittent suicidal ideation, and anxiety.  After I was honorably discharged, I continued to have a difficult time dealing with the aftereffects of the attack and began self-medicating with alcohol. Since then, I have attempted suicide seven times.

i.  After the attack, while I was in the bunker, SGT Robert Campbell rendered first aide by cleaning and bandaging my leg wound.  He said, "Trimble, I'm going to fix you up, but next time I see you, you better have pants on!" Later that day, I had a cursory post attack checkup. When I returned to the states in July of 2008, I was treated for my acute and chronic injuries.  My mental health care therapy has been a lengthy, difficult experience and treatment has been on-going.  I've been seen at multiple facilities including the Boston VA Health Care System (HCS), Worcester Vet Center, Houston (DeBakey) VAMC, Iowa City VA HCS and the Waverly Health Center.

j.  When I joined the army right out of high school, I wanted to serve my country as my dream career.  I was so excited to join, I left for the military three (3) days after I graduated high school. In high school, I was a varsity athlete and lettered in two sports. I was always confident, outgoing, and I thought I would serve in the military for at least twenty years. In July of 2008, after I was honorably discharged from active duty in Iraq, it is an understatement to say I had a difficult time adjusting.  Every part of "normal" life was difficult. My days became filled with moodiness, irritability with outbursts of anger, panic attacks, nightmares, recurrent intrusive thoughts, flashbacks, difficulty sleeping, and avoiding crowds made it difficult for me to function. I could not escape these emotions, panic, and depression. I found myself unable to deal with these difficult thoughts and emotions, so I self-medicated with copious amounts of alcohol. Suicidal ideation and thoughts crossed my mind. Throughout the years since then, I've attempted to harm myself multiple times. I have lost a number of friends because of suicide as a result of attacks.

Fis_TrimbleP_CP_00001712

PX1907

At one point, things hit rock bottom, and I was living under a bridge in Houston, TX.  In July 2009, the one thing that saved my life happened: my brothers picked me up and drove me back to Iowa. There I was able to start my real recovery when I reconnected with my high school peer (who eventually became my wife). She became my whole world, and she had a six-year-old son. I knew they did not deserve an alcoholic in their lives.  They motivated me to stop drinking. I have a large family and they mean the world to me, but the trauma from this experience caused great difficulty and even panic being at family gatherings. I was depressed and I preferred to keep to myself. I've undergone years of mental health therapy, with seemingly no end.  My brother and my neighbor have helped me get through some rough times.  Having served in Desert Storm, they understand what I've been through more than some therapists.

k.  My professional life has been severely affected as a result of my chronic PTSD.  Whereas I used to be an excellent salesperson (mostly automobiles), the PTSD and depression inhibit my desire and ability to be around people.  My resume is solidly sales and military.  I've tried over the years to maintain sales jobs, but I've been fired multiple times because of an inability to interact with others.  This leads to lack of motivation because I cannot start going knowing I cannot complete the mission. Additionally, I have difficulty remembering most things in the short term and have no more "instant recall" of things such as someone's name.  During the pandemic I nearly lost my house and vehicle as a result of my inability to work.  The financial strain has harmed my family in ways I could never imagine, making me ever fearful of the future and what little (and guarded) progress I have been able to make since the attack.

l.  Upon mobilizing, we were told Iran was funding JAM.  When we deployed, I was part of an advanced unit. The guys who we were replacing, told me to watch the Iranian Embassy which was right across the street from the Provincial Council Building. In my capacity as a marksman, I was often on the roof of that building because it was an official building that was regularly visited by dignitaries. After the rocket attack that Easter day, we were informed the bombs were coming from Sadr City, which was understood to be controlled by JAM.

m.  As Part of my Statement, I am providing documentary materials attached as Exhibit A.

a.  Exhibit A attached to this Statement is a true and authentic copy of the Certificate of Appreciation from the U.S. Embassy in Baghdad, Iraq. I have personal knowledge of the contents of this Exhibit because the award was presented to me for my service at the U.S. Embassy in Iraq.

---

Fis_TrimbleP_CP_00001713

**PX1907**

I declare and state under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

08/23/2022

Executed on

*Philip R Trimble*

SignNow e-signature ID: b22045f017...
08/23/2022 15:32:02 UTC

Signature: _____

Philip Ryan Trimble

Fis_TrimbleP_CP_00001714

PX1907

# Exhibit A

PX1907



★ اكبر ★ الله ★

## U.S. Embassy Baghdad

### Certificate of Appreciation

*Presented to*

## SPC Philip Trimble, 1-181 IN

In recognition of outstanding support provided to the Regional Security Office and High Threat Protective Operations during the period August 2007 to April 2008. During a critical period in U.S.-Iraqi relations, you have contributed immeasurably to the safe conduct of American diplomacy.

**Earl R. Miller**
**Regional Security Officer**
**US Embassy Baghdad**

**Edward L. Collins II**
**High Threat Program Manager**
**US Embassy Baghdad**

★ اكبر ★ الله ★

Fis_TrimbleP_MR_00000230

PX1907

PX1908

### DECLARATION OF

### JEFFREY WAYNE ARLEQUE

I, Jeffrey Wayne Arleque declare, certify, verify, and state under penalty of perjury that the following statements are true and correct:

a.   I have personal knowledge of the facts and information contained in this statement.

b.   I have known the plaintiff Philip Ryan Trimble since our pre-mobilization when we were assigned to Delta Company, 1/181st Infantry Division at Camp Shelby in Hudson, Massachusetts.

c.   During 2007 to 2008, we were deployed to Iraq and were stationed at Camp Travis which was located on the U.S. Embassy grounds in Baghdad.  We were there for ten months. During that time, I saw Specialist (SPC) Trimble frequently.

d.   In Iraq my rank was First Lieutenant (1LT), and my position was Company Executive Officer. As assistant commander, my duties were to manage maintenance and logistics for the company. I was promoted to Captain (CPT) before the end of our deployment.  I'm still in the National Guard and my current rank is Lieutenant Colonel (LTC).  My position is Division Chief of Joint Force Headquarters, Massachusetts.

e.   Our mission in Iraq was to provide ambassador security detail alongside Blackwater, a private contractor.  Another unit did provincial reconstruction and security. Our security area was primarily in Baghdad, but we occasionally went elsewhere for training missions.

f.   On the day SPC Trimble took shrapnel, it was a long time ago, but I believe I was in my office at Camp Travis. There was a pool behind the palace and right at end of building there was an old ballroom. Two hundred meters to the right of that was Camp Travis.

I remember SPC Trimble showed me the piece of shrapnel and the mark where it hit him on his leg.  It was a couple hours after it happened. We used to do accountability drills. After the attack, I would have headed over to the operations center.  We used radios from Vietnam to make sure everyone was where they were supposed to be.  After that I would have spoken to him. If I were the Company Commander at that time, I would have put SPC Trimble in for a Purple Heart Award and Combat Infantryman Badge.

That month we took 350-375 rockets in a 30-day span.  Rockets were typical, but we rarely saw mortars.  In Iraq it was the 210 Katyusha style and smaller ones with which we were

Fis_TrimbleP_CR_00000039

PX1908

getting attacked.   I did not sleep for about 30-days because you always knew you were getting attacked early in the morning.  There was no relief from the attacks. We set up our trucks in a wagon wheel around our sleeping quarters.  Our sleeping quarters were like shipping containers with a connector piece that had a bathroom. The shipping containers were shared by three or four people.  The trucks helped protect our sleeping quarters from the blast impacts.  It got so bad guys slept in the embassy basement at one point. During that time, I slept in my office because it was made of concrete. It was the safest place I could find. Located by the embassy there was a helicopter pad.  When we were getting ready to leave and return to the states, there were in-bound rockets.  We were in the bunkers right up until the moment we left.

g.  I remember one individual died of wounds, but not sure of the date.  It must have been in that same time frame.  I clearly remember a bunker strike and a different individual who was in his room.

I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

08/08/2022

Executed on

Jeffrey Arleque

SignNow e-signature ID: 2dbf6df757...
08/08/2022 19:27:46 UTC

Signature: _____

Jeffrey Wayne Arleque

---

Statement of Jeffrey Wayne Arleque (March 23, 2008)                                    Page 2

Fis_TrimbleP_CR_00000040

**PX1908**

PX1909

# EXPERT WITNESS REPORT AND DECLARATION

***Estate of Christopher Brook Fishbeck, et al., v.***
***Islamic Republic of Iran, et al.***
**1:18-cv-2248, D.D.C.**

**COLONEL MARK LEE WALTERS, US ARMY RET**
**CW4 RONALD EVANS, US ARMY RET**
**CW3 DAVID SULTZER, US ARMY RET.**

**March 23, 2008, Attack on Green Zone (Baghdad) that Injured Plaintiff SPC**
**Phillip R. Trimble and Killed Others**

**TABLE OF CONTENTS**

I.   Sadr City District.............................................................................................. 1

    A.   Overview......................................................................................................1

    B.   Major cities / urban areas and terrain features ........................................... 2

    C.   Predominant people groups......................................................................... 2

    D.   Threat Groups (space, purpose, major activities) ....................................... 3

    E.   Tactics, Techniques, and Procedures (TTPs)............................................... 4

    F.   Connection with Iran support...................................................................... 5

II.   Attack: March 23, 2008 – Indirect Fire / 107mm Rocket – Sadr City, Baghdad.................... 8

## I.     Sadr City District

### A.     Overview

Sadr City (or Tharwa District) is an urban district in the northeastern portion of Baghdad. Formerly known as Saddam City, it was officially renamed Sadr City in 2003 after the deceased Shiite imam Ayatollah Mohammad Sadeq al-Sadr.  It is one of nine districts in Baghdad, covers 5 square miles and is primarily a densely populated housing project with more than 1 million inhabitants.  During the Operation Iraqi Freedom, Sadr City was the site of intense conflicts between the residents and coalition forces.[1]



---

[1] Global Security, Sadr City.  https://www.globalsecurity.org/military/world/iraq/sadr-city.htm

### B.    Major cities / urban areas and terrain features

Sadr City is flanked by Adhamiya and 9 Nissan districts and is located across the Army canal from Rusafa district.[2]  Built in 1959 to provide housing for Baghdad's urban poor, the design was developed by Greek planner Constantinos Apostolou Doxiadis and is known for its grid-pattern, tight road network. This low-income district has always been the poorest in Baghdad where infrastructure problems have existed for decades.  According to the summary in Global Security, the Saddam Hussein ordered the construction of the Municipal building which became its centerpiece however in 2003, following the US invasion, looters stripped everything from the building and burnt the remains.[3]

### C.    Predominant people groups

As the name implies, Sadr City is a Shia-Muslim dominated district.[4]  However, it is also a haven for criminals released from Iraqi prisons following before the start of Operation Iraqi Freedom.[5]  The district is adjacent to Sunni-dominated neighborhoods that have represented "sectarian fault lines" between the communities. [6]  The charts below show how Sadr City's demography never changed from 2003-2007.[7]



[2] Google maps,
https://www.google.com/maps/place/Sadr+City,+Baghdad,+Iraq/@33.354811,44.4000112,13z/data=!4m5!3m4!1s0x15579ca36a2d676f:0xba73467343160067!8m2!3d33.3899339!4d44.4606524?hl=en&authuser=1

[3] Global Security summary, ibid

[4] Columbia University Ethno-Religious Neighborhood map,
http://gulf2000.columbia.edu/images/maps/Baghdad_Ethnic_2003_lg.jpg

[5] Global Security Sadr City, ibid

[6] Stealing the Enemy's Urban Advantage: the Battle of Sadr City.  John Spencer, Jan 31, 2019.  Modern War Institute article.  https://mwi.usma.edu/stealing-enemys-urban-advantage-battle-sadr-city/

[7] Gulf 2000 Project, Columbia University.  Baghdad Ethnic-Religious Neighborhoods in 2003.
https://gulf2000.columbia.edu/maps.shtml



Today, Sadr City remains a Shia-dominated district.[8]

### D.   Threat Groups

Sadr City is primarily the home of Jaysh al-Mahdi (JAM), formed by and completely loyal to Shia Muslim cleric Muqtada al-Sadr.  U.S. forces clashed with JAM forces inside of Sadr City from 2003-2004 but established a ceasefire when they agreed to cease offensive operations in the city if Sadr would disband JAM.  However, JAM never completely disbanded and was responsible for further violence across Baghdad in 2006.[9]  In 2007, U.S. forces commenced operations in Sadr City under Operation Fardh al-Qanoon to "clear, control, and retain" neighborhoods with insurgent activity and prevent enemy re-infiltration.[10]  As a result, U.S. forces maintained a constant presence in the southern half of the district.[11]  JAM attacks against U.S. forces continued through 2008 when Coalition Forces entered the district to disperse the Mahdi Army in what became known as the "Battle for Sadr City."[12]  In fact, JAM's control of Sadr City was significant. According to the detailed Rand Study, "The 2008 Battle of Sadr City: Reimagining Urban Combat," JAM controlled the entire city, divided into 80 sectors."[13]

Asa'ib Ahl al-Haq (AAH) was another Shia militant group that also operated in the Sadr City area starting in 2006 and throughout the conflict.  Qais Khazali, the founder, was originally a

---

[8] Global Security.org, "Sadr City [Saddam City / Tharwa]," https://www.globalsecurity.org/military/world/iraq/sadr-city.htm. Accessed Apr 10, 2022.

[9] Institute for the Study of War, Sadr City.  http://www.understandingwar.org/region/sadr-city-%D9%85%D8%AF%D9%8A%D9%86%D8%A9-%D8%A7%D9%84%D8%B5%D8%AF%D8%B1

[10] Institute for the Study of War, Operation Fardh al-Qanoon.
http://www.understandingwar.org/operation/operation-fardh-al-qanoon

[11] Ibid

[12] Johnson, David E., M. Wade Markel, Brian Shannon, Rand Corporation, Arroyo Center, "The 2008 Battle of Sadr City: Reimagining Urban Combat," 2013, https://www.rand.org/pubs/research_reports/RR160.html. Accessed Apr 10, 2022.

[13] ibid

leader in Muqtada al-Sadr's Jaysh al-Mahdi (JAM) but, after a disagreement in strategy, he broke away and was placed in charge of the Iranian-backed AAH.[14]  Khazali was captured in 2007 in Basra along with his brother Laith and Ali-Mussa Daqduq, who was a member of Lebanese Hezbollah.[15]

Finally, Kata'ib Hezbollah (KH) operated in the Sadr City district of Baghdad starting 2007 and throughout the conflict.  Like AAH and JAM, KH was a Shia militant group that was supported by Iran.  They remained independent of Sadr but sometimes cooperated to achieve the same end of disrupting coalition operations.[16]

Following the successful Battle for Sadr City in May 2008, JAM proved incapable of further military operations at any scale.[17]  However, in the intervening months, groups like AAH and KH (also known as "Hezbollah Brigades") continued to attack U.S. and Iraqi Forces throughout Sadr City.[18]

Attacks by these Shia Militia Groups (SMGs) continued throughout the rest of the conflict and into 2011, when the U.S. announced plans to withdraw forces from Iraq.  Specifically, in a report published by the U.S. Forces-Iraq Headquarters (successor to MNF-I), it states that "[Iranian] proxies such as Khata'ib Hizbalah, Asaib Ahl al Haq and the Promised Day Brigade (successor to JAM) have been supporting and directing the Shia militia.  These groups have been concentrating their attacks in the Baghdad area as well as southern Iraq."[19]

### E.      Tactics, Techniques, and Procedures (TTPs)

Jaysh al-Mahdi (JAM) and other Shia Militia Groups (SMGs) (e.g., KH, AAH) followed the traditional practice of small arms and indirect fire attacks against coalition and Iraqi Security Forces.  Additionally, they employed IEDs against larger targets, to include the Explosively Formed Projectiles (EFPs), supplied by Iran.  In 2007, MG Fil, Commander of Multi-National Division Baghdad briefed that most of the rocket and mortar attacks against US bases in Baghdad originated from Sadr City or its neighboring communities.[20]  Later, in 2008, Colonel John Hort,

---

[14] Institute for the Study of War – Status Update: Shi'a Militias in Iraq, page 2. http://www.understandingwar.org/sites/default/files/Backgrounder_ShiaMilitias.pdf

[15] ibid

[16] Ibid, page 5

[17] Johnson, David E., M. Wade Markel, Brian Shannon, Rand Corporation, Arroyo Center, "The 2008 Battle of Sadr City: Reimagining Urban Combat," 2013, https://www.rand.org/pubs/research_reports/RR160.html. Page 83. Accessed Apr 10, 2022.
[18] Ibid, page 86.
[19] PX888, U.S. Forces – Iraq Quarterly Command Report, 3rd Quarter, FY11 (1 Apr – 30 June 2011), published 1 Jul 2011, page 35.  Declassified by USCENTCOM 201505.
[20] Institute for the Study of War – Iraq Report 06, Aug 20, 2007, page 20. https://drive.google.com/drive/u/1/search?q=sadr%20city

Commander of 3rd Brigade, 4th Infantry Division, operating in Sadr City reaffirmed JAM and other SMG employment of EFPs, mortars, rockets, sniper, and kidnapping operations.[21]

In addition to these TTPs, Kata'ib Hezbollah was known for employing the Improvised Rocket-assisted Munitions (IRAM) against static U.S. bases throughout the Baghdad area. An article in the Institute for the Study of War describing the Shia Militias in Iraq described the IRAM in more detail:

> *Intelligence estimates also reveal that KH is planning attacks using Improvised Rocket-Assisted Munitions (IRAMs). The IRAM is essentially a propane tank filled with explosives and metal that is launched with 107mm rockets, usually from the backs of small trucks. The IRAM is among the most lethal improvised weapons and can be launched in an arch over base walls, inflicting serious damage. Over the past seven years there have only been sixteen IRAM attacks on U.S. bases as they are more sophisticated and expensive weapons. KH has used the Iranian supplied IRAMs in attacks on coalition forces before.[22]*

### F.    Connection with Iran support

There are volumes of official reports that record the support the Iranian government and the Islamic Revolutionary Guard Corps (IRGC) and IRGC-Qods Force (QF) provided to Iraqi-based Shia militia groups throughout Operation Iraqi Freedom (OIF). Generally, most sources agree that Moqtada al-Sadr's Jaysh al-Mahdi (JAM) and the Supreme Council of Iraq (SCIRI)'s Badr Corps were the first groups to enjoy this support. Afterward, other Shia militia groups formed and received similar support from Iranian benefactors. These groups were known by many names such as Special Groups, Special Group Criminals, Asa'ib Al Haq, Kata'ib Hezbollah, and Promise Day Brigades (to name a few). For the purposes of this analysis, these groups will be known as "Iranian-backed Shia Militia Groups" (SMGs) unless a specific group is identified in official reporting or cited sources.

In 2004, after JAM suffered significant casualties against US and Coalition forces, Sadr decided to reach out to Iran and the IRGC for support. According to the Combatting Terrorism Center report, "Iranian Strategy in Iraq: Politics and "Other Means," Iran used the Iranian Revolutionary Guard Corps (IRGC) and Qods Force (QF) to provide aid in the form of paramilitary training, weapons, and equipment to various Iraqi militant groups, including Moqtada al-Sadr's Jaysh al-Mahdi (JAM) and the Special Group Criminals (SGCs).

---

[21] Johnson, David E., M. Wade Markel, Brian Shannon, Rand Corporation, Arroyo Center, "The 2008 Battle of Sadr City: Reimagining Urban Combat," 2013, https://www.rand.org/pubs/research_reports/RR160.html. Page 25, Accessed Apr 10, 2022.

[22] Institute for the Study of War – Status Update: Shi'a Militias in Iraq, page 6. http://www.understandingwar.org/sites/default/files/Backgrounder_ShiaMilitias.pdfd

Regarding the Iranian-backed Shia Militia Groups (SMGs) (e.g., KH, AAH) formed outside of JAM's control, The US Army History of the Iraq War, describes the situation in August 2004,

> In what must have been a difficult decision for such an independent-minded leader, Moqtada Sadr acceded to his subordinates' recommendation to reach out to the Iranian regime for additional assistance. Qais al-Khazali, one of Sadr's top lieutenants, later explained to coalition officials that "after the fall of Najaf in August of 2004, he and others in the Sadrist movement were unhappy with the way JAM fought and the way Muqtada al Sadr conducted his military leadership. Khazali and his followers decided to fight in a more disciplined manner with better units, and they reached out to Qasem Suleimani for help." As commander of the Qods Force, the subset of Iran's Islamic Revolutionary Guard Corps responsible for covert operations in Iraq and other Middle Eastern countries, Qassem Soleimani welcomed the request for assistance because it gave the Iranian regime additional options to destabilize the American and coalition effort beyond its covert support for SCIRI, the Badr Corps, and Da'wa[23]

These Iranian-backed SMGs were formed, supplied, and trained along the lines of Lebanese Hezbollah, a long-time Iranian proxy force.[24]  In many cases, however both groups (JAM and Special Groups) were often referred to in the same category, while this caused some confusion both received support from the Iranian Islamic Republican Guard Corps - Qods Force to accomplish Iranian leadership goals. General David Petraeus, the Commander of Multi-National Force-Iraq further described these "secret cells" as "enablers" to facilitate Iranian support for the JAM and coordinating continued attacks.[25]

In the July 2, 2007, press briefing with BG Kevin Bergner, Multi-National Force Spokesman, Bergner revealed for the first time the connection between the Special Groups and Iran and how they were funded, trained, and armed by sources such as the Iranian Islamic Revolutionary Guards Corps Qods Force operatives.  Throughout the press briefing, he lists the key leaders who had been identified and, in some cases, captured and the connections between IRGC-QF and their Iraqi Special Groups.  For example, BG Bergner described how Ali Musa Daqduq (a key leader and recent detainee) played a key role in training and facilitating operations from Iran.

---

[23] US Army in Iraq War, Volume 1.  Page 391.  https://publications.armywarcollege.edu/pubs/3667.pdf

[24] ibid

[25] Institute for the Study of War – Iraq Report, Aug 20, 2007.  Page 21.
https://drive.google.com/drive/u/1/search?q=sadr%20city

> *He (Daqduq) monitored and reported on the training and arming of special groups in mortars and rockets, manufacturing and employment of improvised explosive devices, and kidnapping operations.  Most significantly, he was tasked to organize the special groups in ways that mirrored how Hezbollah was organized in Lebanon... He also helped Qods force in training Iraqis inside Iran.  Qods Force, along with Hezbollah instructors, train approximately 20 to 60 Iraqis at a time, sending them back to Iraq organized into these special groups.  They are being taught how to use EFPs, mortars, rockets, as well as intelligence, sniper and kidnapping operations.[26]*

Following Khazali's capture in 2007, he penned a five-page sworn statement that clearly outlined the support that both AAH and JAM were receiving from Iran.  In a note General Petraeus penned to U.S. Defense Secretary Robert Gates, he writes:

> *The five-page Qais Khazali sworn statement, made last week and marked with his inked fingerprints, is an unequivocal indictment of Iranian interference. His statement, along with those of his brother and other detainees, provides incontrovertible evidence that Iran is arming, funding, training, equipping, and advising Shi'a extremists operating in Iraq. Iranian interference began shortly after the Coalition began operations, but advanced significantly after the Najaf operation in 2004. The statements of those interrogated are buttressed by dozens of documents taken from the captured laptops. As Qais asserted, without Iranian funding, JAM special groups would not be able to function[27].*

Finally, with respect to the Explosively Formed Projectile (EFP), the USMA CTC article links these lethal weapons to Iran based on an abundance of evidence recovered from caches or interrogations.  According to the report, "The most lethal Iranian supplied weapons are the Explosively Formed Penetrators, rounded copper and steel IEDs. The key component of most EFPs are the precision-made copper disks that form a molten slug when detonated that can slice through even the most hardened armored vehicles. EFP incidents are widely considered the most undeniable and overt manifestations of Iranian influence. The technology required to manufacture the copper warheads for these deadly weapons is believed to be Iranian, and not available in Iraq"[28]

Kimberly Kagan, in her thoroughly researched 2007 paper for the Institute for the Study of War, "Iran's Proxy War against the United States and the Iraqi Government, writes that the Explosively Formed Penetrator (EFP) weapons that have been discovered or exploded in places

---

[26] MNF-I Press Briefing by BG Kevin Bergner, July 2, 2007.
https://www.globalsecurity.org/military/library/news/2007/07/mil-070702-mnfi-b01.htm

[27] Ibid, page 225

[28] CTC – "Iranian Strategy in Iraq: Politics and "Other Means", 13 Oct 2008; by Joseph Felter, PhD and Brian Fisherman, page 77

like Sadr City, "…have the markings that indicate they were manufactured in Iran as recently as 2006. The government of Iran has also exported rockets, sniper rifles, and mortars to enemy groups in Iraq."[29]

## II.   Attack: March 23, 2008 – Indirect Fire / 107mm Rocket - Sadr City, Baghdad (Point of Origin)

**Directly Injured Plaintiff:** Phillip R. Trimble

**Iranian-supported FTOs & Group(s) Involved:**  Hezbollah/IRGC/SMG

**Summary of Opinion.** After reviewing the available evidence and information, we conclude with a reasonable degree of certainty that the March 23, 2008, indirect fire/rocket attack that killed one person, and injured five others, including Specialist (SPC) Phillip R. Trimble, was the result of several 107mm rockets fired by members of a Shia Militia Group, (e.g., Jaysh al-Mahdi (JAM), Asa'ab al-Haq (AAH)) operating in vicinity of Sadr City District, Baghdad. These SMGs' ultimate goal was to attack U.S. and coalition forces in order to influence coalition policy and affect coalition conduct, including coercing the withdrawal of western forces from Iraq. At the time of the attack, Sadr City was a known stronghold for SMG forces that sought to deny U.S. and coalition access into the district and ultimately force the withdrawal of all foreign forces from Iraq. Further, the SMGs learned and trained on this TTP through their direct relationship and experience working with the foreign terrorist organizations Hezbollah and the Iranian Islamic Revolutionary Guard Corps (IRGC)-Qods Force.

**Summary of Attack.** On March 23, 2008, SPC Phillip R. Trimble was assigned as an Infantry Soldier with D Company, 1st Battalion, 181st Infantry Regiment in support of the Multi-National Division Baghdad (MND-B). Typically, his platoon provided security for the U.S. Embassy Annex, in the International Zone (aka "Green Zone") in the Karkh District of Baghdad. On the day of the attack, Iranian supported Shia Militia Group members fired several 107mm rockets into the Green Zone, killing one civilian and wounding five others, including SPC Trimble. During the attack, the Counter Rocket, Artillery, Mortar (CRAM) system identified the incoming rockets and confirmed their points of origin (POO) in Sadr City. During the attack, SPC Trimble moved to the bunkers for protection, however while en route a rocket exploded within 50 meters from him, knocking him unconscious. When he regained consciousness, he continued to the bunker and discovered that he had received shrapnel wounds from the rocket. Following the attack, the wounded were evacuated to medical facilities and treated. He was later diagnosed with Post Traumatic Stress Disorder (PTSD), and several other medical disorders associated with the PTSD/TBI, directly attributed to the attack. The maps below depict the area where SPC Trimble's

---

[29] Ibid, page 3

base was attacked in the vicinity of the International Zone (Green Zone), Baghdad and the rocket Points of Origin (POO) in Sadr City.





**Attribution:**

- o **Witness Declaration.** SPC Trimble's personal statement describes the attack in detail and is consistent with the official reports regarding the indirect fire attacks against the International Zone on March 23, 2008.

- o **SIGACT Report.** The MNC-I Ops and Indirect Fire Reports confirm that 6x 107mm rockets impacted the U.S. Embassy Annex, International Zone in Baghdad, Iraq at 1640hrs on 23 Mar 2008. The reports further specify four points of impact and one point of origin based on the counter-battery radar report from the Counter Rocket-Artillery-Mortar (CRAM) system. These points are indicated in the screen shots above.[30][31]

- o **MNC-I Press Briefings.**

  - ▪ DOD Press Briefing. Commanding General of Multinational Division Baghdad and 1st Cavalry Division Maj. Gen. Joseph Fil Jr. June 29, 2007. During his routine update regarding MND-B operations, MG Fil provided some insights into the origins of many weapons that had been discovered by his forces throughout Baghdad. In many cases, they were able to find rockets and mortars before they were employed against his forces. During the briefing, he stated, "And when we check the tail fins of the mortars, when we find the rockets -- and frequently we're able to find them preemptively, before they actually launch -- we're -- there's no doubt that

---

[30] PX1900, CIDNE Ops Report, Tracking Number: 20080323164038SMB4936091420. (ENEMY ACTION) INDIRECT FIRE RPT (Rocket) JASG-C IZ BDOC: 2 CF WIA 4 CIV WIA. 11 Mar 2022.
[31] PX1901, CIDNE IDF Report. Tracking Number: IDF-20080323164038SMB4499885993. Attack(s) on CF on FOB. 11 Mar 2022.

they're coming out of Iran. Most of them are made fairly recently, in the past several years, and they have lot numbers that we can track -- trace later on."[32]

- DoD News Briefing with Rear Admiral Greg Smith, MNF-I Spokesman, March 9, 2008.  During this briefing Rear Admiral Smith discussed the continuing influence of Iran in operations against U.S. and coalition operations.   At the time, Sadr had declared a ceasefire for military operations however other rogue elements were ignoring the order and continuing attacks.  He shared with the press that on March 4, 2008, Iraqi police seized a large cache of weapons and ammunition to include 25 107mm high-explosive rockets that were assessed to have been produced in Iran sometime in 2007.[33]  This cache was discovered south of Baghdad, but it was common for Shia Special Groups (i.e., Shia Militia Group) to smuggle these lethal weapons for attacks against U.S. and coalition bases, like SPC Trimble' base.

- DOD Press Conference: Operational Update: MG Bergner, March 26, 2008.  In this briefing, MG Bergner outlined the threats against the International Green Zone by militia's firing 107mm rockets (the same base where Trimble was injured).  He directly connects those rocket attacks to IRGC Qods Force-backed Special Groups.  Bergner states, "We have and will continue to help Iraqi Security Forces enforce the rule of law and target those Quds Force-backed special groups and other criminals who unleash indiscriminate violence in Iraq...Those who are firing rockets into the International Zone and other Baghdad neighborhoods are criminals who are dishonoring Sadr's pledge of honor, and they are placing the lives of innocent Iraqi citizens at risk."[34]

- DOD Press Briefing. Major General Kevin Bergner, MNC-I Spokesman, Press Briefing, April 2, 2008.  MG Bergner provided an update regarding recent attacks against coalition bases in Baghdad and specifically the International Zone (i.e., Green Zone).  He noted that the "violence included indirect fire attacks fueled by Iranian-backed special group criminals that targeted Baghdad neighborhoods and the International Zone."[35]  In this case, the "Special Group Criminals" refer to the former JAM members that

---

[32] PX352, DOD Press Briefing. Commanding General of Multinational Division Baghdad and 1st Cavalry Division Maj. Gen. Joseph Fil Jr. June 29, 2007.  DoD News Briefing with Maj. Gen. Fil from the Pentagon Briefing Room, Arlington, Va. (globalsecurity.org).  Accessed January 31, 2021.

[33] PX321, DoD News Briefing with Rear Admiral Greg Smith, Multi-National Force-Iraq (MNF-I), March 9, 2008.  PRESS CONFERENCE: Operational Update: Rear Adm. Smith, Maj. Gen. Allardice, March 9, 2008 (globalsecurity.org).  Accessed January 31, 2021.

[34] PX345, DOD Press Conference: Operational Update: Maj. Gen. Bergner, March 26, 2008.  Accessed June 7, 2020.  https://www.globalsecurity.org/military/library/news/2008/03/mil-080326-mnfi-b01.htm

[35] PX392, DOD Press Conference: Operational Update: Maj Gen Bergner, April 2, 2008.  Accessed September 25, 2020.  Globalsecurity.org

had broken ranks with Sadr and were conducting attacks, despite Sadr's order for a ceasefire from attacks.

- o **Other Materials/Evidence.**

  - ▪ US Army in the Iraq War, Volume 2.  Around the same time as the FOB Blackhawk attack, Aerial Weapons Team (AWTs) from Multi-National Division Baghdad attacked JAM fighters who were employing 107mm rockets against coalition targets.   According to the history, "The militiamen's indirect-fire attackers suffered as well: coalition air weapons teams launched 85 attacks (with a total of 200 Hellfire missiles) that destroyed many of the militias' Iranian-trained 107-mm rocket teams"[36]

  - ▪ MNF-I Historian Interview with SOCOM Representative to the Office of Regional Affairs (ORA), U.S. Embassy, Iraq, 8 May 2008.  Approximately two weeks following the rocket attacks against the International Zone in Baghdad, the MNF-I Historian interviewed an officer assigned to the ORA who had personal access to the intelligence surrounding these attacks.  According to the ORA Rep, JAM had declared a "cease-fire" from attacks against coalition forces in February 2008.  However, many elements failed to comply (e.g., JAM Special Groups).  These groups were responsible for the "Easter Sunday IDF barrage" [March 23rd was Easter Sunday in 2008] from their safe haven in Sadr City.[37]

  - ▪ MNC-I Joint Intelligence and Operations Center (JIOC) July 2007 update.  In this analysis, JIOC highlights that Jaysh al-Mahdi elements were "reportedly ordered to increase attacks against the IZ (Coalition Force "Green zone")" by employing indirect fire.  The same report outlines rocket and mortar attacks against CF over the June and July timeframe.  During that period, JAM fired 107mm rockets and 81mm mortars against CF targets. [38]

  - ▪ Multi-National Corps-Iraq (MNC-I) OPORD 08-01, 14 December 2007.  The Intelligence section of this Operations Order slide presentation (declassified by CENTCOM) states that at the time (Dec 07, three months before the attack against SPC Trimble's base), Sadr City served as the "support base" for Jaysh al-Mahdi (JAM) operations.  Further, the Intelligence Section assessed that *other* JAM SGs (Special Groups) that had split from JAM were the most threatening group [to U.S. and coalition

---

[36] US Army in the Iraq War, Volume 2, Page 378.

[37] PX887, MNF-I Historian Interview with SOCOM Office of Regional Affairs Representative, 8 May 2008.  Declassified by MG Michael X. Garrett, USCENTCOM Chief of Staff: 201505.  Page 5.

[38] PX967, USCENTCOM released file – summary of MNC-I BUA slides from July 2007.  Declassified by MG Michael X. Garrett, USCENTCOM Chief of Staff: 201505, slide 31

forces.][39]   At the time of the attack, Muqtada al-Sadr (leader of JAM) had ordered his forces to cease attacks against coalition forces.  However, many of his cells defied the order and continued to conduct attacks, like the one against SPC Trimble's base.

- Iranian Influence in the Levant, Iraq, and Afghanistan.  According to a 2008 report for the Institute of War by Frederick and Kimberly Kagan, "Iran exported rockets…to enemy groups in Iraq and has provided them with trainers and advisors who answer to Qods Force commanders.  Tehran's efforts have made certain Shi'a militant groups more effective and lethal than they had previously been."[40]Later, the authors report that Iran routinely smuggled "repainted 107-millimeter rockets imported into Iran from China and marked for sale in open markets…"[41]

- MNC-I Tactical Interrogation Report #4 of Qayis Al-Khazali.  In 2007, Qayis and his brother Hamza were captured in Baghdad.  At the time, Qayis was the leader of Asa'ab Al-Haq (AAH), a known Iranian-backed Shia Special Group that was responsible for numerous attacks against Coalition and Iraqi Security Forces.  During his interrogation, he revealed that he traveled with Muqtada Al-Sadr to Iran in early 2003, following the fall of Saddam Hussein.  During this visit, they met with Iranian government officials led by Sayid Ghasem Al-Soleimani, who was the leader of the IRGC-Qods Force.   During these meetings in Tehran, the Iranian government officials agreed to provide Sadr monetary support to Muqtada al-Sadr's "Trend Movement."[42]

- Department of Defense Memorandum, Subj: Magistrate Review Pursuant to CPA Memo # (Revised), August 13, 2007.[43]  In 2007, the Multi-National Force-Iraq Magistrates Office provided a summary of the evidence and materials that were contained in Qayis Hady Said Hussan Khazali's possession at the time of his capture.   Khazali was connected with the complex attack against the Provincial Joint Coordination Cell (PJCC) in Karbala on January 20, 2007.  During his interrogations, he provided in detailed information regarding their connections with Iran and IRGC-Qods

---

[39] PX886, USCENTCOM released file - MNC-I Operations Order 08-01 Briefing slides, 14 Dec 2007.  Declassified by MG Michael X. Garrett, USCENTCOM Chief of Staff: 201505.  Slide #8

[40] Frederick Kagan, Kimberly Kagan, and Danielle Pletka, "Iranian Influence in the Levant, Iraq and Afghanistan," Feb 15, 2008.  Page 17

[41] ibid, page 26

[42] Multi-National Corps-Iraq, Tactical Interrogation Report #4, 23 Mar 2007.  USCENTCOM FOIA release on 6 April 2018.

[43] PX934, Department of Defense Memorandum, Subj: Magistrate Review Pursuant to CPA Memo # (Revised), August 13, 2007.  FOIA Release, MDR 18-0024, by USCENTCOM, BG David Julazadeh, Acting USCENTCOM Chief of Staff, 28 Mar 2018

Force. Highlights of this report indicate that Qayis Khazali had significant links to Iran that started when they were part of the Muqtada al-Sadr (MAS) movement.  After the Multi-National Force (MNF) stepped up operations against MAS, Sadr created "Special Groups" to carry on attacks against Americans, separate from the Jaysh al-Mahdi (JAM) forces.  Both brothers served in leadership roles with the Special Groups and negotiated and procured weapons and IEDs from Iran.  Layth was particularly instrumental in acquiring surface-to-air missiles, RPG, and other weapons for the Special Groups.  In 2006, Ali Khomeini met with Qayis and "recruited him to lead a special group known as Asayb-al Haq (AAH), or the K2 network."  AAH would operate separately from JAM, without the knowledge of Sadr.  Layth would serve as a liaison between AAH and the Iranians and would travel frequently between Iraq, Iran, and Syria.

Regarding Iranian Influence in Iraq, Khazali stated that the IRGC-Qods Force is running "secret terror networks throughout Iraq."  Further, they provide support, weapons, and training to the Sadr Trend as well as Badr Brigades.   Further, both brothers were heavily involved in weapons smuggling from Iran. The smuggling occurred primarily by boat, along rivers and marshlands between Iraq and Iran and included numerous types of weapons (e.g., mortars, Katusha rockets [107mm], and IEDs.  Finally, Khazali reported on three training camps in Iran where they received training in military operations and EFP training.   Layth became an explosives expert from his training in Iran.

Regarding Lebanese Hezbollah influence, Khazali stated that members of the Sadr movement had deep respect for Lebanese Hezbollah that began after the Saddam Regime and that Hezbollah sent trainers to train the Iraqi fighters on EFPs.

Finally, the report concludes that there was sufficient evidence and intelligence to constitute reasonable grounds "to believe the Detainee [Khazali] was engaged in criminal activity and was consistent with MNF-I criteria to transfer to a theater level internment facility.  This document concludes that Sadr and Jaysh al-Mahdi (JAM) enjoyed considerable support from the IRGC-Qods force and Lebanese Hezbollah in the prosecution of attacks against U.S. forces as early as 2003.

14



- US Army History of Iraq, Volume 1.  This thoroughly researched and sourced account of the US Army History during the Iraq War provides a summary of the emergence of Muqtada al-Sadr's Mahdi Army in 2003 following the US and Coalition occupation.  The paper further highlights that it established a firm hold on Sadr City, in Baghdad.[45]  Later, in April 2003, Sadr received public support from Grand Ayatollah Kazim al-Haeri who was affiliated with the Iranian Islamic Revolutionary Guard Corps (IRGC).[46] Later, in the spring of 2004, Sadr's Mahdi Militia increased the intensity of their attacks against US Forces operating in the city.  The book describes how the 1st Cavalry Division (Multi-National Division – Baghdad) fought intense battles against Jaysh al-Mahdi (JAM) in Sadr City, beginning in April 2004, to include reporting killing 247 JAM militia fighters in an eight-day period.  This number was double the number of insurgents reported killed in all of MNF-W (Al Anbar Province) during the same time period.

- Temperature Rising, Iran's Revolutionary Guards and Wars in the Middle East.  According to Nader Uskowi's 2018 book detailing the support Iran provided to the Iraqi insurgency, Muqtada al-Sadr reluctantly began receiving assistance from the Iranians as early as 2003.  As a result, in April 2004, members of his Mahdi Army [JAM] carried out "simultaneous attacks in Baghdad's Sadr City, Najaf, Karbala, and Kufa, targeting U.S. and coalition forces.  Soleimani [IRGC-Qods Force Commander] provided arms and advisors to the Mahdi Army."[47]

- Columbia University Gulf 2000 Report.  According to the ethno-religious survey of Metropolitan Baghdad, Sadr City was a consistently Shi'a dominated district throughout 2003, 2006, and 2007 (in Green) which

---

US Army History of the Iraq War, Volume 1. page 182. https://publications.armywarcollege.edu/pubs/3667.pdf

[46] ibid

[47] Uskowi, Nadr, Temperature Rising: Iran's Revolutionary Guards and Wars in the Middle East, 2019.  Page 53

would have afforded JAM (and other SMGs) a permissive environment to attack U.S. and other coalition forces.[48]



---

[48] Columbia University Ethno-Religious Neighborhood map, http://gulf2000.columbia.edu/images/maps/Baghdad_Ethnic_2003_lg.jpg

- Institute for the Study of War – Jaysh al-Mahdi Overview. ISW provides an excellent overview of Jaysh al-Mahdi (JAM) militia beginning with its rise to prominence during the 2004 Shia Uprisings when it fought U.S. forces in Shi'a dominated cities like Sadr City and Najaf. While the height of the uprising ended in late May 2004, JAM fighters continued to attack U.S. and coalition forces in these cities. According to the report, JAM militias served as a "security guarantor in the Sadrist dominated neighborhoods…and also defended Sadrist political institutions and Muqtada's interests."[49]

**Conclusion**: After reviewing the available evidence and information, we conclude with a reasonable degree of certainty that the March 23, 2008, 107mm rocket attack that injured SPC Trimble was executed by elements from an Iranian-supported Shia Militia Group (e.g., JAM, AAH). At the time of the attack, Sadr City was a known stronghold for SMG forces that sought to deny U.S. and coalition access into the district and ultimately force the withdrawal of all foreign forces from Iraq. The precision and coordination of the attack demonstrates strong proficiency by the insurgent cell that could be traced to training and material support from Iranian Islamic Revolutionary Guards Corps-Qods Force. These SMGs' ultimate goal was to attack U.S. and coalition forces in order to influence coalition policy and affect coalition conduct, including coercing the withdrawal of western forces from Iraq. Further, the SMGs learned and trained on this TTP through their direct relationship and experience working with the foreign terrorist organizations Hezbollah and the Iranian Islamic Revolutionary Guard Corps (IRGC)-Qods Forces.

In our professional opinion, based upon our training, experience and expertise, the totality of the available information indicates that:

1. The insurgent cell that executed the coordinated precise 107mm rocket attack against a small base (over 7km distance) were well trained and had quality weapons. This cell was able to strike the heart of the Baghdad "International Zone" in Karkh District and inflict maximum damage/casualties against a well defended U.S. force. This attack resulted in the injuries sustained by SPC Trimble.

2. According to numerous sources, beginning in 2003 Sadr City was a safe haven for Muqtada al-Sadr's militias. Those militias operated with impunity in Sadr City, and it is likely that the cell that attacked SPC Trimble was a cell from a Shia Militia Group organized and led by Muqtada al Sadr.

3. Given Muqtada al-Sadr's relationship with the Iranian Islamic Revolutionary Guard Corps, it is likely that the cells received support (e.g., training and supplies) from IRGC-Qods Force.

---

[49] Jaysh al-Mahdi Overview, Institute for the Study of War. Accessed 4 Jun 20. www.understandingwar.org/jaysh-al-mahdi

4.      At the time of this attack, Muqtada al Sadr and JAM were directly connected to Iranian Islamic Revolutionary Guard Corps (IRGC) Qods Force and Hezbollah, and owe their success to the training, funding, and material support they received from Iran through the IRGC-QF and Hezbollah.

5.      Senior Iranian leadership was aware of Jaysh al-Mahdi and other Shia Militia Groups' operations and approved of and supported these attacks against U.S. and other coalition forces operating in Iraq.

We hold the conclusions and opinions detailed in this report to a reasonable degree of military intelligence certainty and declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2022

_____
Colonel Mark Lee Walters, US Army Ret


_____
CW4 Ronald Evans, US Army Ret


_____
CW3 David Sultzer, US Army Ret

18

4.      At the time of this attack, Muqtada al Sadr and JAM were directly connected to Iranian Islamic Revolutionary Guard Corps (IRGC) Qods Force and Hezbollah, and owe their success to the training, funding, and material support they received from Iran through the IRGC-QF and Hezbollah.

5.      Senior Iranian leadership was aware of Jaysh al-Mahdi and other Shia Militia Groups' operations and approved of and supported these attacks against U.S. and other coalition forces operating in Iraq.

We hold the conclusions and opinions detailed in this report to a reasonable degree of military intelligence certainty and declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2022

_____
Colonel Mark Lee Walters, US Army Ret

_____
CW4 Ronald Evans, US Army Ret

_____
CW3 David Sultzer, US Army Ret

4. At the time of this attack, Muqtada al Sadr and JAM were directly connected to Iranian Islamic Revolutionary Guard Corps (IRGC) Qods Force and Hezbollah, and owe their success to the training, funding, and material support they received from Iran through the IRGC-QF and Hezbollah.

5. Senior Iranian leadership was aware of Jaysh al-Mahdi and other Shia Militia Groups' operations and approved of and supported these attacks against U.S. and other coalition forces operating in Iraq.

We hold the conclusions and opinions detailed in this report to a reasonable degree of military intelligence certainty and declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2022

_____

Colonel Mark Lee Walters, US Army Ret

_____

CW4 Ronald Evans, US Army Ret

_____

CW3 David Sultzer, US Army Ret

## Vinesign

 **Verification Complete**
The document has been officially verified.

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Expert Witness Report to M. Lee Walters 9-5-2022 |
| **Sender Name** | Jessica Berberich |
| **Document Key** | 28CB3C33-AA65-480B-9C55-3137CCE0D247 |

**Recipient 1**
M. Lee Walters
███████████████

Order 1

**IP Address**
172.33.1.234

**Signature**

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✔ **Document Completed**  `Matching Hash` | 09/05/2022 19:53 UTC | M. Lee Walters | Signed by M. Lee Walters ████████████  **Blockchain Block** VVTXgSedPs5pWOFlq41KBlzgipUQ1LhtG06oHFbMDmU=  **Document Hash** EA05B96E6B3C429BDA74C96DE276878B24ECD4AB050241DC7A4F515809278EF5  **Timestamp** 09/05/2022 19:53 UTC |
| 👁 Document Viewed | 09/05/2022 19:52 UTC | M. Lee Walters | Viewed by M. Lee Walters ████████████ |
| ➤ Document Sent | 09/05/2022 19:49 UTC | M. Lee Walters | Sent out via email to M. Lee Walter███████████████ |
| ➤ Document Sent | 09/05/2022 19:49 UTC | M. Lee Walters | Sent out via text to M. Lee Walters ████████████ |
| 🖹 Document Created | 09/05/2022 19:49 UTC | | Created by Jessica Berberich (███████████████ |

## Vinesign



| ✔ | **Verification Complete** |
|---|---|
| | The document has been officially verified. |

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Expert Witness Report to M. Ronald Evans 9-5-2022 |
| **Sender Name** | Jessica Berberich |
| **Document Key** | 2084CC27-3030-4E2E-AD90-F2E32C84889F |

| **Recipient 1** | **IP Address** | **Signature** |
|---|---|---|
| Ronald Evans | 172.33.3.7 | |
| ██████████████ | | |
| Order 1 | | |

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✔ **Document Completed** `Matching Hash` | 09/05/2022 20:00 UTC | Ronald Evans | Signed by Ronald Evans ███████████<br>**Blockchain Block**<br>VVeXna3jGunuDLoNKuLJdmx6NibvitEFD070mSaQthk=<br>**Document Hash**<br>9F79D7A87862307E1EE91350E1685EB5D6FA2DE851B7BBEDB943397FE4B131BE<br>**Timestamp**<br>09/05/2022 20:00 UTC |
| 👁 Document Viewed | 09/05/2022 19:59 UTC | Ronald Evans | Viewed by Ronald Evans ███████████ |
| ✈ Document Sent | 09/05/2022 19:58 UTC | Ronald Evans | Sent out via email to Ronald Evans ██████████████ |
| ✈ Document Sent | 09/05/2022 19:58 UTC | Ronald Evans | Sent out via text to Ronald Evans ███████████ |
| 📄 Document Created | 09/05/2022 19:58 UTC | | Created by Jessica Berberich ██████████████ |

## Vinesign

 **Verification Complete**
The document has been officially verified.

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Expert Witness Report to M. David Sultzer 9-5-2022 |
| **Sender Name** | Jessica Berberich |
| **Document Key** | 21E6F636-E695-4473-9313-CBC12B1F7AB6 |

**Recipient 1**
David Sultzer
███████████

**IP Address**
172.33.1.234

**Signature**
*[signature]*

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✔ **Document Completed** — Matching Hash | 09/05/2022 23:18 UTC | David Sultzer | Signed by David Sultzer ██████████████<br>**Blockchain Block**<br>VV01GjWsVyLVRddzBclZw8o45uXbJHl1S0nCW5WDygE=<br>**Document Hash**<br>85A66283CFCDA8CD9750A4BE8C2B68683B3D6D4B2B0F40B2383E2A6FD83BF6D4<br>**Timestamp**<br>09/05/2022 23:18 UTC |
| 👁 Document Viewed | 09/05/2022 23:17 UTC | David Sultzer | Viewed by David Sultzer ████████████ |
| 👁 Document Viewed | 09/05/2022 23:17 UTC | David Sultzer | Viewed by David Sultzer ████████████ |
| 👁 Document Viewed | 09/05/2022 23:17 UTC | David Sultzer | Viewed by David Sultzer ████████████ |
| ✈ Document Sent | 09/05/2022 19:54 UTC | David Sultzer | Sent out via email to David Sultzer (████████████ |
| ✈ Document Sent | 09/05/2022 19:54 UTC | David Sultzer | Sent out via text to David Sultzer ██████████ |
| 📄 Document Created | 09/05/2022 19:54 UTC | | Created by Jessica Berberich ██████████████ |

PX2000

# Ops Report

Declassified by MG Patrick D. Frank
USCENTCOM Chief of Staff
Declassified on: 29 Apr 2022
Privacy Act Protective Order applies



Wednesday, 23 February 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Apr 21 2008 14:54:00 |
| Date Occurred(Z) | Jan 01 1900 00:00:00 |
| is Closed | TRUE |
| Summary | 1/101 04:290\n\nINITIAL AND FINAL REPORT:\n\nWHO: D/1-327 (MD 56)\nWHEN: 211454APR08\nWHERE: 38SLD 6194 4732\nWHAT: IED DETONATION\n\n At 1454, 5/D/1-327 reported an IED detonation in the Salam desert in the Salah Ad Din Province vicinity 38SLD 6194 4732. They reported 1x CF KIA, 3x CF WIA, 2x SoI WIA, and 1x CAT II interpreter WIA. [1.4(g)] [1.4(g)] [1.4(g)] At 1520, a MEDEVAC request was submitted and they arrived on scene at 1538. QRF and recovery assets were requested through COB S_eicher and de_arted at 1543.\n\n ROLL UP:\n1x CF KIA [3.5c] n3x CF WIA, [3.5c] n2x SoI WIA\n1x CAT II interpreter WIA\n1x CAT II interpreter WIA\n\nUPDATE:\nAt 1626, Bulldog LNO reported that BDKO 2141 was DOW. At 1659, the Battalion Aid Medical Facility (BAMF) reported that [3.5c] had a left shoulder blade fracture, abdominal pain, and a left leg fibula fracture. [3.5c] had a head laceration, and a possible left leg fracture. Both individuals would be OK. There was no word on the status of the 2x SoI or the interpreter. At 1654, recovery assets with an EOD team departed COB Speicher enroute to the site. At 1738, Bulldog LNO reported that one of the SoI had a right shoulder laceration and would be OK. The other SoI was still in the OR as well as the interpreter, who had a skull fracture and back injury.\n\nAt 1755, MD 56 returned to FOB Summerall with 2x detainees. The detainees names were [DOJ PO REDACTION] and [DOJ PO REDACTION]. They detained these individuals because the SoI stated that they were involved with an IED cell pacing IEDs on MSR TAMPA. One was taken to the BAMF for medical evaluation prior to being processed at the Detainee Collection Point (DCP). The other was taken to the DCP for processing. At 1850, 1-327 PSD (Praetorian 7) reported having 2x detainees taken from a house approximately 500 meters northeast of the IED site. Their names were [DOJ PO REDACTION] and [DOJ PO]. They were detained because the information they provided during tactical questioning conflicted with each others. At 1920, Bulldog LNO reported that [3.5c] was in the OR for a ruptured spleen. \n\nAt 1941, Bulldog LNO reported that the interpreter and one of the SoI had DOW. The recovery team transported the [1.4(g)] to COB Speicher.\n\nUPDATE BDA:\nKIA:\t1x CF\nDOW:\t1x CF\n\t1x SoI\n\t1x interpreter\nWIA:\t2x CF\n\t1x SoI\t\n\n4x Detainees:\n [DOJ PO REDACTION] [DOJ] n\nS-2 Assessment:  The IED that hit D/1-327 was most likely placed there for a significant amount of time. Looking back at the previous attacks on the route, it shows that the UE emplacers use pressure switch/mines in order to hit CF using the road to travel to Salam Village. This is the second IED on this route this month and the fourth in the past two months.  While this route is occasionally used by CF, the local populace near the scene of the incident claim, that they never travel this road for fear of the explosives that are buried or hidden.\nCLOSED: 220300APR08 |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2008 |
| Month Occurred | April |
| Day Occurred | 21 |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 001
FISHBECK
CENTCOM_00000195

## Ops Report

| | |
|---|---|
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Underbelly IED |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | |
| Primary AO | 4/1 IBCT |
| Primary District | Salah ad Din |
| Primary Province | Salah ad Din |
| was Suicide | FALSE |
| Tracking Number | 20080421145438SLD61944732 |
| Attack On | |
| Battlespace Lead | Coalition |
| Unit Activity | |
| Title | (EXPLOSIVE HAZARD) IED EXPLOSION RPT  (Underbelly IED) 5/D/1-327 : 2 CF KIA 2 CF WIA 2 CIV KIA 1 CIV WIA 4 UE DET |
| Association Count | 2 |
| BDA Friendly KIA | 2 |
| BDA Friendly WIA | 2 |
| BDA Friendly Casualties | 4 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 2 |
| BDA Civilian WIA | 1 |
| BDA Civilian Casualties | 3 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 4 |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 002
FISHBECK
CENTCOM_00000196

PX2000

## Ops Report

| | |
|---|---|
| Call Sign | |
| City | Bayji |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | 3.5c   LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=715BE975-B935-4FBE-9A59DC82EC9F1B36&entity=report |
| Date Occurred Excel UK | 21/04/2008 |
| Date Occurred Excel US | 04/21/2008 |
| Date Posted(Z) | Apr 21 2008 17:20:59 |
| Date Updated(Z) | Apr 22 2008 05:56:00 |
| FOB | SPEICHER |
| Incident Reported By | Coalition Forces |
| Latitude | 34.75869369506836 |
| Longitude | 43.49151611328125 |
| MGRS | 38SLD61944732 |
| MOA Count | 1 |
| Originating Network | |
| Originating Site | |
| Originating System | Not Provided |
| Originator Group | MND-NORTH OPS LNO |
| Originator Name | 3.5c |
| Originator Unit | MND-NORTH |
| Precedence | Flash |
| Report Key | 715BE975-B935-4FBE-9A59DC82EC9F1B36 |
| Reporting Unit | MND-NORTH OPS LNO |
| Route | |
| Type Of Unit | CF |
| Unit Name | 5/D/1-327 |
| Updated By Group | MNC-I SIGACTS MGR |
| Updated By Name | 3.5c |
| Updated By Unit | MNC-I |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |

Page 3 of 6

PX2000

## Ops Report

| | |
|---|---|
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | |
| Vehicle Summary | |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) (More not shown) |
| 4/1 IBCT | Bayji | SECRET | REL TO USA, EGY, FIN, KWT, IRKS, NATO | | IRAQ | |

### CIDNE Media

| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| SECRET | REL TO USA, FVEY | 21 1454C APR 08 IED ATTACK ON 1-327 IN NW OF TIKRIT | | CENTCOMROAR | Document | (More not shown) (More not shown) |
| | | | | | | (More not shown) |
| SECRET | REL TO USA, FVEY | 21 1454C APR 08 IED ATTACK ON 1-327 IN NW OF TIKRIT | | CENTCOMROAR | Document | (More not shown) |

Page 4 of 6

PX2000

## Ops Report

| | | | | | | (More not shown) |
|---|---|---|---|---|---|---|
| SECRET | REL TO USA, AUS, CAN, GBR | 211540CAPR08%20MU%206%20Company%206-2%20Team%203%20Storyboard%20PBA%2 1.4(g) | | CENTCOMROAR | Document | (More not shown) |

| Report Key | ECM Status | ECM Type | Impact Point | Position | Status | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 715BE975-B935-4FBE-9A59DC82EC9F1B3 6 | | | | 0 | Destroyed | (More not shown) |

| Target | | | | | | |
|---|---|---|---|---|---|---|

| Affiliation | Description | Details | Nationality | Precedence | Report Key | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Coalition | | Patrol | UNITED STATES | Primary | 715BE975-B935-4FBE-9A59DC82EC9F1B3 6 | (More not shown) |

| MOA | | | | |
|---|---|---|---|---|

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Underbelly IED | 2FB4BAB1-9B6E-45E8-A0FD-51E2A67488F4 | Explosive Hazard | IED Explosion |

| Events1 | | | | | | |
|---|---|---|---|---|---|---|

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| IED Explosion | AADED904-6B21-47DB-A22C-DA1C1CF7127B | Explosive Hazard | Anti-Vehicle | 0 | 0 | (More not shown) |

| CCIR | | | | | | |
|---|---|---|---|---|---|---|

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| TRUE | | MND-NORTH OPS LNO | 71672455-E544-CB76-DF82FE420A218D9 7 | 0 | FFIR6 - ACTION OR INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| TRUE | | MND-NORTH OPS LNO | 7189AA68-A53E-EE25- | 0 | 1.4(g) | (More not shown) |

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies

04/28/22 005
FISHBECK
CENTCOM_00000199

PX2000

## Ops Report

| | | | 4504D20475F54659 | | | |
|---|---|---|---|---|---|---|
| | | | | | 1.4(g) | |

| Wound Arms | Status | Group | Comments | Wound Chest | Wound Feet | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |
| | | | | | | (More not shown) |
| Link to exploitation CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~NONE~~ | Apr 24 2008 01:09:44 | (More not shown) |

4 Empty Attributes
ISAF Tracking Number, Originating Nation, Reintegratees Count, Tip Reported By
13 Empty Tables
Associated Org, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units

## Relationships

(None)

## Attachments

(None)

USCENTCOM MDR 22-0054
Approved for Release to OGC- Confidential Privacy Act Protective Order Applies
04/28/22 006
FISHBECK
CENTCOM_00000200

PX2000