**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ESTATE OF CHRISTOPHER**<br>**BROOK FISHBECK, et. al.**<br><br>　　　　**Plaintiffs,**<br><br>　　**v.**<br><br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,**<br><br>　　　　**Defendants.** | )<br>)<br>)<br>)<br>)　　**Civil Action No. 1:18-cv-2248-CRC**<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF**
**MATTHEW WINTER LANGENBERG**

Christopher G. Paulos, a member of the Bar of the United States District Court for the District of Columbia, in good standing, hereby moves the Court, pursuant to Local Civil Rule 83.2 for the *pro hac vice* admission of Matthew Winter Langenberg to represent Plaintiffs in the above-referenced matter. Mr. Langenberg is admitted to practice in the States of Colorado, Louisiana, and Washington

In support of this Motion, the Movant states that Mr. Langenberg is familiar with this case, the Local Rules of this Court and possesses the knowledge, intelligence, and character to appear and practice in this Court. The Movant further cites the contents of the Declaration of Matthew Winter Langenberg which is submitted with this Motion in accordance with LCvR 83.2(c).

Dated: September 9, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Christopher G. Paulos*
　　　　　　　　　　　　　　　　　Christopher G. Paulos
　　　　　　　　　　　　　　　　　DC Bar No. 1615782
　　　　　　　　　　　　　　　　　**Levin, Papantonio, Rafferty, Proctor,**
　　　　　　　　　　　　　　　　　**Buchanan, O'Brien, Barr, and Mougey, P.A.**
　　　　　　　　　　　　　　　　　316 South Baylen Street, Suite 600
　　　　　　　　　　　　　　　　　Pensacola, Florida 32502
　　　　　　　　　　　　　　　　　Telephone: (850) 435-7067

1

Facsimile: (850) 436-6067
Email:   cpaulos@levinlaw.com

*Counsel for Plaintiffs*