UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et. al.,**<br><br>　　　　**Plaintiffs,**<br><br>　v.<br><br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,**<br><br>　　　　**Defendants.** | )<br>)<br>)<br>)<br>)　Civil Action No. 1:18-cv-2248-CRC<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MATTHEW WINTER LANGENBERG IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Matthew Winter Langenberg hereby certify pursuant to Local Rule 83.2(c) that the following is true and correct:

1. I am an attorney with Burg Simpson Eldredge Hersh Jardine, P.C., 40 Inverness Drive East, Englewood, CO 80112, (303) 792-5595.

2. I have reviewed and I am familiar with the local rules of this Court.

3. I was admitted to practice before the Colorado State Bar on May 14, 2020. I am also admitted to the bars of the following courts:

    Louisiana – October 22, 2009

    Washington State – May 7, 2019

    United States District Court for the Eastern District of Louisiana – May 30, 2012

    United States District Court for the Western District of Louisiana – June 3, 2013.

    I remain a member in good standing in each of the named courts.

4. I have not been disciplined by any jurisdiction, by a court, or lawyer regulatory organization nor have I had a *pro hac vice* admission revoked since my original licensure in 2009.

1

5.   I have not been admitted *pro hac vice* in this Court in any other cases. I have been associated to serve as counsel for Plaintiffs along with Christopher G. Paulos of Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, and Mougey, P.A. who is admitted to the Courts of this District.

6.   I am not a member of the District of Columbia Bar and do not have an application for such membership pending.

WHEREFORE it is respectfully requested that I, Matthew Winter Langenberg, be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Plaintiffs.

Dated:  September 7, 2022                    Respectfully submitted,

By: _____
Signature block