

# State of Colorado, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Matthew Winter Langenberg**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **14th** day of **May** A.D. **2020** and that at the date hereof the said **Matthew Winter Langenberg** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **26th** day of **August** A.D. **2022**

*Cheryl Stevens*
Clerk

By _(signature)_
Deputy Clerk