UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et. al.**  )<br>)<br>**Plaintiffs,**  )<br>)<br>v.  )<br>)<br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,**  )<br>)<br>**Defendants.**  )<br>) | Civil Action No. 1:18-cv-2248-CRC |

### [PROPOSED] ORDER

Upon Motion by Christopher G. Paulos, and it appearing to the Court that Matthew Winter Langenberg satisfied the requirements of Local Rule 83.2(c) for admission *pro hac vice* to practice in this Court in the above referenced action, it is hereby ORDERED as follows:

Motion for Admission of Matthew Winter Langenberg *pro hac vice* is GRANTED and he is hereby admitted to practice in this Court in the instant action.

SO ORDERED _____ day of _____, 2022.

_____
United States District Court Judge

1