UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants | Civil Action No. 1:18-cv-02248-CRC |

**PLAINTIFFS' SEPTEMBER 20, 2022 DISCOVERY STATUS REPORT**

Plaintiffs submit this Status Report outlining the progress of discovery involving non-parties to this matter.

Discovery efforts involving the Department of Defense (DOD) are ongoing. Unless the Court requires additional evidence for the bellwether attacks, DOD has completed its production for the bellwether attacks.

Discovery is now proceeding on the non-bellwether attacks.

As Plaintiffs stated in the last Discovery Status Report, Plaintiffs believe a court-ordered production schedule is necessary to keep DOD on track in its production of documents for the non-bellwether attacks. This is because the subpoenas on DOD have been pending since October 2020 and Plaintiffs have only received production for the bellwether attacks—a fraction of the attacks involved in this case.

DOD has informed Plaintiffs that it does not believe a court-ordered production schedule is necessary.

Plaintiffs and DOD will continue to work in good faith on these matters and will provide the Court with updates per the Court's Case Management Order, or sooner if necessary.

Dated: September 20, 2022.   Respectfully submitted,

By: */s/ Dustin B. Herman*
DUSTIN B. HERMAN (*Pro Hac Vice*)
Ohio Bar No. 0093163
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
Email: dherman@spanglaw.com

*/s/ Howard L. Nations*
Howard L. Nations
DC Bar No. TX143
**THE NATIONS LAW FIRM**
9703 Richmond Avenue, Suite 200
Houston, TX 77042
Telephone: (713) 807-8400
Facsimile: (713) 807-8423
Email: howard@howardnations.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 20, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Dustin B. Herman*