*Estate of Christopher Brook Fishbeck, et al. v. Islamic Republic of Iran, et al.*

| Exhibit # | Exhibit Name | Grounds for Admission | Proffered | Date |
|---|---|---|---|---|
| PX917 | **Multi-National Force – Iraq**, Charts to Accompany the Testimony of Gen. David H. Petraeus (April 8 - 9, 2008) (Amended) | FRE 401; 402; 702; 703; 704; 804(3); 807; 902(7) | X | 9/12/2022 |
| PX1104 | Declaration of Gary J. Volesky, Commander, 2nd Battalion, 5th Cavalry Regiment, 1st Cavalry Division, United States Army | 28 U.S.C. § 1746 | X | 9/14/2022 |
| PX989A | Excerpt Pursuant to Protective Order - s_21._1cd_ace_daily_intsum_08_sep_04_CLEAR, 1st Cavalry Division Daily Intelligence Summary (INTSUM), 8 September 2004, page 3  USCENTCOM FOIA #00000562 | FRE 401; 402; 803(6); 803(8); 807; 901; 901(7); 902 | X | 9/14/2022 |
| PX991A | Excerpt Pursuant to Protective Order s_690_soldiers_and_29_Officers_who_remained_at_Camp_SPARR | FRE 401; 402; 803(6); 803(8); 807; 901; 901(7); 902 | X | 9/14/2022 |
| PX992A | Excerpt Pursuant to Protective Order Iranian Rocket and Smuggling Routes in I | FRE 401; 402; 803(6); 803(8); 807; 901; 901(7); 902 | X | 9/14/2022 |
| PX1167 | SEALED - Plaintiff Fact Sheet Declaration - Salvador Beltran Soto | 28 U.S.C. § 1746 | X | 9/12/2022 |
| PX1168 | SEALED - Plaintiff Fact Sheet Declaration - Alexander Rodriguez Bryant | 28 U.S.C. § 1746 | X | 9/12/2022 |
| PX1169 | SEALED - Plaintiff Fact Sheet Declaration - Franklyn Lee Doss | 28 U.S.C. § 1746 | X | 9/12/2022 |
| PX1170 | SEALED - Plaintiff Fact Sheet Declaration - Anthony John Ferris | 28 U.S.C. § 1746 | X | 9/12/2022 |
| PX1247 | SEALED - Plaintiff Fact Sheet Declaration - Shane Kevin Housmans | 28 U.S.C. § 1746 | X | 9/12/2022 |
| PX1248 | SEALED - Plaintiff Fact Sheet Declaration - Joe Sanchez, Jr. | 28 U.S.C. § 1746 | X | 9/12/2022 |
| PX1249 | SEALED - Plaintiff Fact Sheet Declaration - Samuel Williams | 28 U.S.C. § 1746 | X | 9/12/2022 |
| PX1250 | SEALED - Plaintiff Fact Sheet Declaration - Martina Catherine Burger, Personal Representative of the Estate of Dale Burger, Jr. | 28 U.S.C. § 1746 | X | 9/12/2022 |
| PX1302 | "Ambush at the River of Secrets," Anderson Cooper 360, CNN, January 3, 2007, mp4 VIDEO | FRE 401; 402; 702; 703; 704; 804(3); 807; 902(7) | X | 9/12/2022 |
| PX1303 | "Ambush at the River of Secrets," Anderson Cooper 360, CNN, January 3, 2007. TRANSCRIPT | FRE 401; 402; 702; 703; 704; 804(3); 807; 902(7) | X | 9/12/2022 |
| PX1350 | SEALED - Plaintiff Fact Sheet Declaration - Darrell Connor Bowling, Co-Administrator of the Estate of Jonathan Williams Bowling (deceased) | 28 U.S.C. § 1746 | X | 9/12/2022 |
| PX1351 | SEALED - Plaintiff Fact Sheet Declaration - Andrew Howard Rothman | 28 U.S.C. § 1746 | X | 9/12/2022 |

| PX1352 | SEALED - Plaintiff Fact Sheet Declaration - Juan Martinez Rubio | 28 U.S.C. § 1746 | X | 9/12/2022 |
|---|---|---|---|---|
| PX1400 | 04-16-2005 Ops Report,_s_1_MDR_22-0062_Attack_CLEAR, FISHBECK_CENTCOM_00000034-37 | FRE 401; 402; 803(6); 901; 902 | X | 9/12/2022 |
| PX1470 | SEALED -Plaintiff Fact Sheet Declaration - Jose Miquel Jauregui | 28 U.S.C. § 1746 | X | 9/12/2022 |
| PX1471 | SEALED -Plaintiff Fact Sheet Declaration - Tyrell R. Toy, Administrator of the Estate of Tromaine K. Toy (deceased) | 28 U.S.C. § 1746 | X | 9/12/2022 |
| PX1472 | SEALED -Plaintiff Fact Sheet Declaration - David L. Stevens, Personal Representative of the Estate of Randy Lee Stevens (deceased) | 28 U.S.C. § 1746 | X | 9/12/2022 |
| PX1473 | SEALED -Plaintiff Fact Sheet Declaration - Michelle L. Briggs, Spouse & Appointed Sole Heir of Robert E. Briggs (deceased) | 28 U.S.C. § 1746 | X | 9/12/2022 |
| PX1474 | Jose Jauregui Demonstrative Slide - Google Earth Map Location of Rocket Impact | FRE 401; 402; 901; 703 | X | 9/12/2022 |
| PX1517 | SEALED - Plaintiff Fact Sheet Declaration - Anthony Capra, Sr. - Personal Representative of the Estate of Anthony Louis Capra, Jr., (deceased). | 28 U.S.C. § 1746 | X | 9/12/2022 |
| PX1621 | SEALED - Plaintiff Fact Sheet Declaration - Estate of Adam M. Malson | 28 U.S.C. § 1746 | X | 9/13/2022 |
| PX1622 | SEALED - Plaintiff Fact Sheet Declaration - Joshua D. Coy | 28 U.S.C. § 1746 | X | 9/13/2022 |
| PX1706 | SEALED - Plaintiff Fact Sheet Declaration - Endi C. Herrera | 28 U.S.C. § 1746 | X | 9/13/2022 |
| PX1823 | SEALED - Plaintiff Fact Sheet Declaration - Estate of Joshua R. Hager | 28 U.S.C. § 1746 | X | 9/13/2022 |
| PX1824 | SEALED - Plaintiff Fact Sheet Declaration - Raleigh J. Heekin | 28 U.S.C. § 1746 | X | 9/13/2022 |
| PX1910 | SEALED - Plaintiff Fact Sheet Declaration - Philip R. Trimble | 28 U.S.C. § 1746 | X | 9/13/2022 |
| PX2016 | SEALED - Plaintiff Fact Sheet Declaration - Estate of Adam Kohlhaas | 28 U.S.C. § 1746 | X | 9/13/2022 |
| PX2110 | SEALED - Plaintiff Fact Sheet Declaration - Steve Nunez, Jr. | 28 U.S.C. § 1746 | X | 9/14/2022 |
| PX2212 | SEALED - Plaintiff Fact Sheet Declaration - The Estate of Taylor Prazynski | 28 U.S.C. § 1746 | X | 9/14/2022 |
| PX2315 | SEALED - Plaintiff Fact Sheet Declaration - Paul Eric Haines | 28 U.S.C. § 1746 | X | 9/14/2022 |
| PX2417 | SEALED - Plaintiff Fact Sheet Declaration - Larry Cabral | 28 U.S.C. § 1746 | X | 9/14/2022 |
| PX2418 | SEALED - Plaintiff Fact Sheet Declaration - Robert Lee McCormick | 28 U.S.C. § 1746 | X | 9/14/2022 |
| PX2514 | SEALED - Plaintiff Fact Sheet Declaration - Joel Tavera | 28 U.S.C. § 1746 | X | 9/14/2022 |