```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2
        - - - - - - - - - - - - - - - x
 3      ESTATE OF CHRISTOPHER BROOK
        FISHBECK, et al.,
 4                                      CA No:  1:18-cv-02248-CRC
                     Plaintiffs,
 5                                      Washington, D.C.
                                        Monday, September 12, 2022
 6      vs.                             9:08 a.m.

 7      ISLAMIC REPUBLIC OF IRAN, et al.,

 8                   Defendants.
        - - - - - - - - - - - - - - - x
 9

10      _____

11            TRANSCRIPT OF EVIDENTIARY HEARING – DAY 1
            HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
12                  UNITED STATES DISTRICT JUDGE
        _____

13      APPEARANCES:

14      For the Plaintiffs:     CHRISTOPHER GUS PAULOS, ESQ.
                                LEVIN PAPANTONIO, THOMAS, MITCHELL
15                              RAFFERTY & PROCTOR, P.A.
                                316 South Baylen Street
16                              Suite 600
                                Pensacola, FL 32502
17                              (850) 435-7067
                                cpaulos@levinlaw.com
18

19      For the Defendant:      (No one appeared for defendants)

20
        Court Reporter:         Lisa A. Moreira, RDR, CRR
21                              Official Court Reporter
                                U.S. Courthouse, Room 6718
22                              333 Constitution Avenue, NW
                                Washington, DC  20001
23                              (202) 354-3187

24

25
```

```
 1                          I N D E X

 2

 3       WITNESS                                        PAGE

 4       SHANE K. HOUSMANS
              (By Mr. Paulos)...................................20
 5
         SAMUEL WILLIAMS
 6            (By Mr. Paulos)...................................42

 7       JUAN MARTINEZ RUBIO
              (By Mr. Paulos)...................................55
 8
         JOSE MIGUEL JAUREGUI
 9            (By Mr. Paulos)...................................77

10       SALVADOR BELTRAN-SOTO
              (By Mr. Paulos)...................................90
11
         DAVEED GARTENSTEIN-ROSS, Ph.D.
12            (By Mr. Paulos)..................................115

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2            THE COURTROOM DEPUTY:  Good morning, Your Honor.
 3     This morning we have Civil Action No. 18-2248, The Estate of
 4     Christopher Brook Fishbeck, et al. vs. The Islamic Republic
 5     of Iran.
 6            Will counsel for the plaintiffs please approach
 7     the lectern and identify himself and colleagues for the
 8     record.
 9            THE COURT:  Okay.  Counsel, give me one second to
10     get logged in and set up.
11            Mr. Paulos, correct?
12            MR. PAULOS:  That's correct, Your Honor.  Good
13     morning.
14            THE COURT:  How are you, sir?
15            MR. PAULOS:  I'm doing well.  Thank you.
16            THE COURT:  Good to see you in person.
17            MR. PAULOS:  It's nice to be here.
18            THE COURT:  Just give me a couple of minutes.
19            (Pause)
20            MR. PAULOS:  Thank you, Your Honor.  I've prepared
21     a brief opening statement for the Court, but before I give
22     that I was hoping to raise some housekeeping matters with
23     you so we can understand the Court's preference and the
24     courtroom procedures.
25            First is the issue of publishing documents.  As
```

1    Your Honor knows, we've submitted a number of exhibits to

2    the Court in advance.

3            THE COURT:  Why don't I cut you off there.

4            MR. PAULOS:  Okay.

5            THE COURT:  I may be able to resolve some of the

6    issues that you have anticipated.

7            So the Court has allowed the plaintiffs to proceed

8    through this live evidentiary hearing because, as a general

9    matter, I think plaintiffs are entitled to choose the method

10   in which they present their case.  You know, that said, many

11   of these cases have been resolved on declarations and

12   written submissions.

13           It is a very busy time for the court in general

14   and this Court in particular, so I will ask that you be as

15   efficient as possible.  I know that you have.  You know, I

16   can tell from the presentations thus far that that is

17   something that I appreciate.

18           I may end up streamlining some of the testimony,

19   particularly testimony regarding the injuries.  I assume

20   that everyone's injuries are well documented, and, you know,

21   we are obviously not in front of a jury, and so the Court

22   can assess those medical records and whatnot, but we will

23   see how far we get.

24           I don't have more than three days, so, you know,

25   I'm not going to bring you back on Thursday if we don't

1    finish.  We'll have to, you know, cross that bridge when we

2    get to it, but I would ask you to endeavor to wrap things up

3    in the three days that the Court has allotted.

4           With respect to the exhibits, do we have a

5    stationary target now with respect to an exhibit list?  The

6    attachment -- or you filed something late last week, ECF 99.

7    Is that the --

8           MR. PAULOS:  Yes.  We so filed a master exhibit

9    list that tracks all of the exhibits that have been

10   submitted to the Court throughout the course of the case.

11   We do have a solid idea of the documents that the Court will

12   be seeing this week, and we've prepared binders for the

13   Court with the expected documents to show the witnesses.

14          THE COURT:  Okay.  I appreciate that.  But I will

15   go ahead and preadmit all of the documents reflected on your

16   amended master exhibit list that was filed on September 6th

17   at ECF 99.

18          I've generally reviewed the list and some of the

19   supporting declarations.  Everything strikes the Court as

20   appropriate for its consideration.  The Rules of Evidence

21   are obviously relaxed in this hearing, and to the extent

22   that there are hearsay or other potential evidentiary

23   issues, the Court can decide what weight to give those

24   particular pieces of evidence.  So everything is admitted as

25   marked on your master exhibit list.

```
1                    MR. PAULOS:  Thank you, Your Honor.

2                    One other issue I wanted to bring to the Court's

3       attention.  We, of course, have plaintiffs that have

4       significant injuries.  We have one plaintiff who will be

5       testifying today who is hard of hearing in the left ear, and

6       I wanted Your Honor to know about that since he'll be to

7       your right.

8                    THE COURT:  Okay.

9                    MR. PAULOS:  And then I'm not sure if the Court

10      has headphones or something in case he has trouble hearing.

11      Otherwise, I'll just speak louder, and we can be cognizant

12      of it.

13                   THE COURT:  Okay.

14                   MR. PAULOS:  We also have a witness who, due to

15      burn injuries on his legs, cannot wear long pants.  Is that

16      okay?

17                   THE COURT:  Right.  The Court will obviously

18      accommodate any disabilities.

19                   MR. PAULOS:  Thank you.  And then for witnesses

20      that aren't appearing, our hope is to, at the end of the

21      hearing, make a final evidentiary proffer for documents

22      associated with those witnesses, and we won't break up the

23      presentation to do that.

24                   THE COURT:  That will be fine.

25                   MR. PAULOS:  All right.  And then lastly, just
```

 1    sequester of witnesses.  In the courtroom today we have some

 2    of our experts and some of our clients, so I just wanted to

 3    get an understanding of what the Court's preference is in

 4    terms of their being in the courtroom during the testimony.

 5             THE COURT:  I would ordinarily invoke the rule

 6    against witnesses.  That probably applies here to the

 7    experts.  But if the testimony of the lay witnesses do not

 8    overlap, then I think it would be fine for them to be in the

 9    courtroom.  To the extent they're overlapping and they're

10    testifying about the same thing, we should probably

11    sequester them.

12             MR. PAULOS:  I think we only have one overlapping

13    witness today, and one's by Zoom; so there won't be an

14    issue.

15             THE COURT:  Okay.  They're welcome to stay in the

16    courtroom.

17             MR. PAULOS:  All right.  Thank you, Your Honor.

18    With that, I'll proceed.

19             THE COURT:  All right.  Why don't you introduce

20    these folks, if we're going to be spending three days with

21    them.

22             MR. PAULOS:  Well, it's my pleasure to introduce

23    you to my team, our team.  With me I've got counsel Jeremy

24    Tor, Dave Teselle --

25             THE COURT:  I'm sorry, what's your last name?

```
1              MR. TOR:  Tor.

2              THE COURT:  Tor?

3              MR. TOR:  T-O-R.  Thank you.

4              MR. PAULOS:  -- David Teselle, Chad Ihrig, Gavi

5    Mairone, and Matt Langenberg.

6              At counsel table I have paralegal Elizabeth

7    Phelps, and Twila Hulett will be with me later today.  And

8    our technician guru is Ryan Williams.

9              THE COURT:  Okay.  Good to meet everybody.

10   Welcome to Washington.  I will not remember all of those

11   names, so if you end up addressing the Court, just let me

12   know who you are.

13             Mr. Paulos, you're from Pensacola; is that right?

14             MR. PAULOS:  Yes, sir.

15             THE COURT:  I grew up in Mobile, not too far.

16             MR. PAULOS:  All right.  Very close.

17             THE COURT:  All right.  The floor is yours.

18             MR. PAULOS:  May it please the Court.

19             Your Honor, we represent the families of 454

20   American service members and civilians who were killed or

21   injured by terrorist attacks in Iraq.  The defendants,

22   Islamic Republic of Iran and several of its agencies and

23   instrumentalities, played a critical role in those attacks.

24             Our claims arise under 28 USC 1605A(c).  This is

25   what creates their private right of action against state
```

1    sponsors of terrorism like Iran.

2          Among the plaintiffs who can sue are United States

3    nationals, which all of our bellwether plaintiffs are, and

4    legal representatives of such plaintiffs may also sue.  To

5    be sure, we are presenting several attacks to include

6    decedent plaintiffs whose legal representatives have brought

7    claims.

8          Plaintiffs claims arise from their injuries --

9          THE COURT:  Let me just interrupt you one second.

10   An issue has arisen in another of my Iran cases involving

11   attacks that did not result in a death.  I understand that

12   the 15 bellwether cases all resulted, allegedly, in at least

13   one death.  Is that true for all of the attacks, or will we

14   have to confront this issue in --

15         MR. PAULOS:  The bellwether attacks all involve at

16   least one extrajudicial killing.

17         We're aware of the issue that's arisen in the

18   *Force* case.  All of the attacks in this case do not involve

19   a death.  There are attacks that are just severe injuries

20   that have resulted.

21         We do -- there are deaths that have been

22   associated with the same cell who attacked the plaintiffs in

23   the same area around the same time so that these attacks

24   were part of the campaign, and we've actually prepared a

25   brief for Your Honor, if you'd like us to submit that.

 1          THE COURT:  Please submit that sooner rather than

 2     later because that issue is ripe in my *Burks* case, and I

 3     want to get something out in that case by the end of this

 4     month.  So feel free to weigh in --

 5          MR. PAULOS:  Okay, absolutely.

 6          THE COURT:  -- now on that issue, okay?

 7          MR. PAULOS:  Yes, sir.

 8          Your Honor understands the Subsection (a)(1) is

 9     the jurisdiction-stripping provision of the Foreign

10     Sovereign Immunity Act, and that provision has a number of

11     elements.  Our prior submission to the Court has focused on

12     several of those elements.  And Your Honor knows Congress

13     intended the statute to be broad, and when a state sponsor

14     of terrorism provides material support to those who commit

15     acts of international terrorism and that support proximately

16     causes Americans to die or suffer injury, the foreign state

17     is liable to those victims.

18          This week's hearing represents a new stage of the

19     case, the bellwether attack presentment.  Earlier, at Stage

20     1 of the case management plan, plaintiffs submitted evidence

21     of Iran's status as a state sponsor of terror during the

22     entirety of the relevant time period of our case.  That's

23     2003 through 2011.  Plaintiffs also submitted evidence

24     proving their national status or government employment

25     status at the time of the attacks giving them standing to

1     bring these claims.

2            At Stage 2 of the plan we submitted evidence

3     proving that Iran had used its established terrorism network

4     to provide material support to specific terrorist groups in

5     a specific manner to operating in Iraq.  That evidence also

6     demonstrated that support from Iran's terrorism network

7     increased the deadly reach and the lethal capabilities of

8     these violent groups.  Moreover, it showed that Iran

9     intended for attacks just like those here to occur.  This

10    prior evidence shows that Iran's knowledge and intent was

11    held at the highest levels of the Iranian government.

12    Terrorist attacks like those suffered by plaintiffs here

13    were a foreseeable consequence of Iran's conduct.

14            The evidence submitted at Stage 2 also included

15    declarations from five subject matter experts who provided

16    the Court with their reports and opinions detailing the

17    role and importance of each defendant within Iran's

18    terrorism network.  Displayed for Your Honor on the slide

19    here are Dr. Patrick Clawson, Dr. Matthew Levitt, Mr. Peter

20    Piatetsky, Dr. Daveed Gartenstein-Ross, who the Court

21    will hear from later today, and Michael Rubin -- excuse me,

22    Dr. Michael Rubin; world-class experts in their field and

23    well-known and established experts who have been accepted

24    before the Court on terrorism-related issues in Iran

25    specifically.  Stage 2 culminated in plaintiffs moving the

1      Court to find the defendants -- find that the defendants

2      provided material support to specific terrorist groups in

3      Iraq from that time period in 2003 to 2011.

4              So now we're at Stage 3 of the case management

5      plan, and over the next three days the plaintiffs will focus

6      on presenting evidence for 15 separate attacks that focus

7      just on three issues:  first, that the attack actually

8      occurred; two, which terrorist group was it most likely that

9      committed that attack; and three, how the attack was

10     facilitated by Iran's support.

11              And the 15 bellwether attacks have been selected

12     to provide Your Honor with a cross-section of the broader

13     pool of attacks in this case, and we put a lot of effort,

14     Your Honor -- I think you probably saw in our bellwether

15     brief -- to select these cases.  We didn't pick our best

16     cases or the cases with the most severe injuries or the

17     cases that have the easiest connection to Iran to prove.  We

18     truly endeavored to pick a representative cross-section of

19     all of the attacks so that Your Honor could see the breadth

20     of the cases, of the issues, and the quality of the types of

21     the evidence available across different types of attacks.

22              So at Stage 4 our intent is to provide -- our

23     intent in doing this, in selecting these bellwether cases,

24     is to provide the Court with this cross-section that it can

25     consider and make rulings on that in the next stage, Stage

1    4, will guide a team of special masters on the law and

2    evidence as they assist the Court on the issue of Iran's

3    liability for the remainder of the nonbellwether attacks.

4            So this week we won't be focusing on the full

5    extent of bellwether plaintiffs' damages, as Your Honor

6    pointed out in your remarks earlier.  We're not going to

7    focus heavily on damages.  We'll do that at Stage 4 in the

8    case management plan where we will fully quantify the

9    damages with special masters that the Court will appoint.

10   And we've also, for this hearing, Your Honor, chosen not to

11   put upon the Court a large amount of the photographic

12   evidence that we have available for some very horrific and

13   gruesome injuries suffered by the plaintiff.  We think that

14   what Your Honor will hear through the hearing will paint a

15   clear-enough picture.

16           So this week our evidence will come through the

17   testimony of three expert witnesses and 14 fact witnesses,

18   and the Court will hear from our experts this week how the

19   date, the location, what's called the tactics, techniques,

20   and procedures -- that is, the TTPs -- the targets that were

21   selected, and other evidence, when assessed by experts in

22   military intelligence and counterterrorism, allows them to

23   determine what group was most likely involved in a specific

24   terrorist attack and how Iran's support can be connected to

25   that attack.

1          So each day our plan, Your Honor, is to call

2     plaintiff witnesses in the morning.  You will hear from

3     plaintiffs from five attacks each day.  And then following

4     that, we will bring an expert on to talk about the attacks

5     that precede them and provide their opinions.  And between

6     that, we're going to give the Court a brief overview of the

7     next case to come and who the witness will be, just to

8     orient the case so that you'll know which attack they'll be

9     hearing about.

10          We're trying to track the bellwether order that we

11     gave you, but for witness scheduling reasons and things, we

12     may -- there's some shift in the numbers.

13          THE COURT:  So I'm going to hear from an expert --

14     the same expert 15 times?

15          MR. PAULOS:  No, you're going to hear from three

16     experts.

17          THE COURT:  Okay.

18          MR. PAULOS:  Each expert, these gentlemen here on

19     the screen -- and we have the days identified for you.  Each

20     expert is going to analyze five attacks.

21          Once finished with the fact -- well, like I said,

22     once finished with the fact witnesses, these experts will

23     take the stand.  Our hope is to get one expert off each day.

24          And these experts have enormous experience.

25     They've been admitted -- at least two of them have been

1    admitted to this Court before as experts on the same issues

2    involving the same groups and the same defendants.  They

3    have slightly differing methodologies and different

4    experiences, but the purpose and the role of their

5    conclusions for the case and for Your Honor's assessment of

6    it is the same.

7         And the reason we designed it this way is so that

8    these experts' methodologies and their testimony can be

9    analyzed by Your Honor, and that analysis available to the

10   special masters who will review the nonbellwether attacks,

11   and that we can use these experts, a single expert like

12   this, on those attacks to come.  So to make a -- to

13   basically have a streamlining and more efficient process due

14   to the number of attacks that we have.

15        And so we know there's a lot of information in

16   this case and a lot of plaintiffs, Your Honor, and we've

17   endeavored to provide you with some tools to help marshal

18   that information.

19        We submitted to Your Honor a plaintiff fact sheet

20   that identifies the plaintiffs, their claims and specific

21   demographic information.  It summarizes the opinions, the

22   experts related to that attack, and it also provides a

23   smaller subset of exhibits identified on an exhibit list

24   that will focus the Court's attention to that particular

25   plaintiff's claim and the exhibits we believe support it.

```
 1              We also --
 2              THE COURT:  Let me cut you off.  I believe that I
 3    saw a template of one of those fact sheets, but I don't
 4    think that I've seen the actual fact sheets.
 5              MR. PAULOS:  So we're going to introduce those --
 6    we're going to introduce those with the witnesses this
 7    morning --
 8              THE COURT:  Got it.
 9              MR. PAULOS:  -- and provide those to you in both
10    hard copy and digital form, and then -- we discussed the
11    master exhibit list earlier.  And then we also have written
12    declarations from testifying witnesses and nontestifying
13    witnesses for the Court.
14              We just filed a second amended complaint that
15    corrects names issues or identifies naming issues for the
16    Court.  So if it's trying to match up evidence to certain
17    plaintiffs to determine their status, we've tried to make
18    that as easy as possible with the amended complaint.  And
19    we've also dropped some plaintiffs who no longer wish to
20    proceed to further streamline the case.
21              And then last, we've given you a Federal Rule of
22    Evidence 1006 summary about the plaintiff's status that
23    references the specific exhibits for their nationality and
24    their government employment status.
25              THE COURT:  Okay.  And is that summary on your
```

 1    master exhibit list?  Because we should probably --

 2              MR. PAULOS:  It was an exhibit to our original

 3    Stage 1 filing.

 4              THE COURT:  Okay.

 5              MR. PAULOS:  But we can certainly add that, Your

 6    Honor.

 7              THE COURT:  We'll just -- we'll deem it admitted.

 8              MR. PAULOS:  Okay.  Thank you.

 9              Then what we've also done is in the latest round

10    of evidentiary submissions we've provided some additional

11    expert reports that tackle a few issues.

12              One, Ray Fitzgerald will provide the Court an

13    understanding of how the U.S. Military discovered Iran's

14    influence and malign activities in Iraq and investigative

15    process that went into developing some of the documents that

16    the Court will look at.

17              Dr. Strous provides causation opinions for those

18    plaintiffs that suffer from PTSD.  They may not have obvious

19    physical injuries from the attack.

20              And then Dr. Terence Keane also provides a general

21    overview of the psychological and psychiatric injuries that

22    victims of terrorism have suffered or can suffer.

23              In the later damages phase, we're going to provide

24    additional general reports and specific causation reports

25    for plaintiffs to the special masters.

1          And as Your Honor noted previously, this is a

2     default proceeding, and so the Rules of Evidence we will

3     follow but understand they're liberally applied here, and we

4     appreciate the Court's consideration of that.

5          THE COURT:  Okay.  And on that point, I should

6     note for the record that no one has appeared for the

7     defendant.

8          MR. PAULOS:  That's right.

9          And so finally, per the case management plan,

10    Stage 4, in 45 days we're going to provide the Court with a

11    comprehensive motion for findings of fact and conclusions of

12    law for the bellwether attacks to further organize the

13    information and the evidence that we've prepared for the

14    Court and submitted to it.  So at the end of this hearing,

15    Your Honor, we will address any issues or questions that you

16    have or, of course, along the way we will, and we will make

17    any additional evidentiary proffer, if needed, to complete

18    the record.

19         And on behalf of our clients and ourselves, we

20    thank you for the opportunity to be here in person -- it's

21    nice to be here -- and for the Court's attention to this

22    important case; and also, we are incredibly grateful for the

23    Court's accommodation to our clients who will appear this

24    week.  They're truly heroes.  They're America's bravest and

25    most selfless souls who carry the scars of their injuries

 1    from the events that the Court will hear about this week for

 2    the remainder of their lives, and it is truly the greatest

 3    honor of mine to have the privilege to represent them before

 4    the Court.

 5          THE COURT:  Okay.  Thank you.

 6          Before we get to the first witness, just in terms

 7    of scheduling, generally we'll try to go for about an hour

 8    and a half, and then we'll take maybe a 20- to 30-minute

 9    break subject to the court reporter's wishes; and then we'll

10    do another hour and a half, break for an hour, hour and 15

11    minutes for lunch, and wash and repeat in the afternoon.

12    All right?

13          MR. PAULOS:  Thank you.  Well, unless Your Honor

14    has any questions, the plaintiffs are ready to proceed.

15          THE COURT:  Please do.

16          MR. PAULOS:  Your Honor, the first attack that

17    you'll receive testimony on today is Bellwether Attack No.

18    2.  It's an attack that occurred in Fallujah on November

19    13th and 14th, 2004, and has been attributed to Al-Qaeda in

20    Iraq, and you will be hearing first from plaintiff Shane

21    Housmans.

22          And with that, plaintiffs call Shane Housmans.

23          THE COURT:  Good morning, sir.

24          THE WITNESS:  Good morning.

25          THE COURT:  Feel free to take your mask off, if

```
 1    you're comfortable doing so.
 2                    SHANE K. HOUSMANS, Sworn
 3                       DIRECT EXAMINATION
 4    BY MR. PAULOS:
 5    Q.  Good morning, sir.
 6    A.  Good morning.
 7    Q.  Can you please state your name.
 8    A.  Shane Housmans; S-H-A-N-E, H-O-U-S-M-A-N-S.
 9    Q.  And where do you live right now?
10    A.  Lakeway, Texas.
11    Q.  And what is your present occupation?
12    A.  I am a detective with the Austin Police Department.
13    Q.  And have you lived in Austin, Texas, all your life?
14    A.  I have not.
15    Q.  Where were you born?
16    A.  Colorado Springs.
17    Q.  And did you grow up there?
18    A.  I did not.
19    Q.  Where did you grow up?
20    A.  I'm an Army brat so I really don't have any place I
21    actually grew up.
22    Q.  Okay.  Are you a U.S. citizen?
23    A.  I am.
24    Q.  And did you serve in the U.S. military?
25    A.  I did.
```

1    Q.  So that's really what I want to focus on, is your

2    military service.  But first, did you prepare a written

3    declaration and what's called a plaintiff fact sheet for the

4    Court?

5    A.  I did.

6              MR. PAULOS:  So if we could, I'd like to have

7    PX1247 and PX1203, plaintiffs' exhibits.  Thank you.

8              Do we have a binder?

9              Your Honor, we've also prepared binders for the

10   witnesses with these documents, and so to speed things

11   along, may I approach to hand them to the witness, please?

12             THE COURT:  You may.

13             MR. PAULOS:  Thank you.

14   BY MR. PAULOS:

15   Q.  So, if you will, Mr. Housmans, will you please take a

16   look at Document PX1203.

17   A.  Yes, sir.

18   Q.  Do you recognize that?

19   A.  I do.

20   Q.  What is the document?

21   A.  That is my declaration.

22   Q.  And you signed that document, correct?

23   A.  I did.

24   Q.  Okay.  And PX1247, do you see that?

25   A.  I do.

```
1    Q.  And do you recognize it?

2    A.  I do.

3    Q.  And that is your plaintiff fact sheet; is that right?

4    A.  Yes, sir.

5    Q.  Okay.  And you prepared that to assist the Court in

6    understanding a little about you and your service in the

7    military?

8    A.  Yes, sir.

9    Q.  And you reviewed that, and you actually signed it; is

10   that right?

11   A.  Correct.

12   Q.  Okay.  So we may refer to that during your testimony, if

13   we need to.

14   A.  Okay.

15           MR. PAULOS:  But for now we'd just like to submit

16   that to the Court.

17   Q.  Back to the military.  When did you join the military?

18   A.  I left for boot camp on January 8, 1996.

19   Q.  Okay.  And which branch of the military did you join?

20   A.  United States Marine Corps.

21   Q.  And when you first joined, what was your rank?

22   A.  PFC E2.

23   Q.  Okay.  And what rank did you eventually attain in the

24   Marine Corps?

25   A.  E7, gunnery sergeant.
```

1    Q.  And as part of your service in the Marines, did you

2    deploy to Iraq?

3    A.  I did.

4    Q.  And did one of those deployments cover the time frame of

5    November 2004?

6    A.  It did.

7    Q.  Okay.  And during that deployment, to what company were

8    you assigned in Iraq?

9    A.  Company 3rd Battalion, 1st Marines.

10   Q.  And did you receive any awards or commendations as part

11   of your service to the Marine Corps?

12   A.  I did.

13   Q.  And which awards and commendations?

14   A.  Let's see, Navy Achievement Medal with Combat V, Navy

15   Commendation, Combat Action Ribbon, Global War on Terrorism,

16   Global Expeditionary Medal, the conduct medals, Drill

17   Instructor Service Ribbon, a few others.

18   Q.  Thank you, sir.

19           So I want to refer to the events that were

20   occurring in November 2004 in Iraq.  At that time where were

21   you stationed in Iraq?

22   A.  In November of 2004?

23   Q.  Yes, sir.

24   A.  In November of 2004 we pulled from our initial area off

25   Al-Karmah, Iraq, to prepare for the invasion of Fallujah.

1    Q.  And if I refer to an event or an attack that occurred on

2    November 13th through the 14th, you'll understand the event

3    that I'm talking about; is that right?

4    A.  Yes, sir.

5    Q.  And what was your company's mission at that point in

6    time during the -- over those two days?  What was your unit

7    assigned to do?

8    A.  We were conducting combat operations, clearing house to

9    house, eradicating the city of insurgents.

10   Q.  Okay.  And do you know what part of Fallujah you were

11   located in on November 13th?

12   A.  We were in southern Fallujah, also known as the Queens

13   district.

14   Q.  That's the Queens district?

15   A.  Yes, sir.

16   Q.  Okay.  And I understand at the time were you the platoon

17   leader, or what was your position within your unit?

18   A.  My position was a platoon sergeant, second in command to

19   the platoon commander.

20   Q.  So you were leading men during this operation; is that

21   right?

22   A.  Yes.

23   Q.  And to the extent -- actually, at that time were you --

24   did you have knowledge or were you aware of the group or

25   groups that the individuals who you were tasked with

1    clearing from Fallujah belonged to?

2    A.  Based on all the intelligence reports that we received

3    and information prior to going into Fallujah, we were told

4    Al-Qaeda in Iraq.

5    Q.  And you stated you were clearing houses and that you

6    were going house to house.  Is that right?

7    A.  Yes, sir.

8    Q.  And who was one -- can you -- do you remember the names

9    of your squad leaders that you were working with to do that?

10   A.  By squad, I do not.  There were Sergeant Shaw, Sergeant

11   Harrison, and Corporal Dale Burger.

12   Q.  Okay.  And you understand that Corporal Dale Burger's

13   family are also plaintiffs in this case?

14   A.  I do.

15   Q.  Okay.  Can you describe what was happening on the 13th

16   and 14th.  And I kind of want to break this down for the

17   Court because there are kind of two days that overlap here.

18   So why don't we just begin with what occurred on November

19   13th.

20          What you were doing and where you were at?  Just

21   walk us through what happened on the 13th, if you can.

22   A.  On November 13th, again, we were in South Fallujah, in

23   the Queens district.  We got up in the morning, prepped our

24   gear to go back to our combat operations.  We began clearing

25   houses.

 1          Shortly after we started we had one marine that

 2    was injured with a fragmentation grenade.  Once we got him

 3    medevac'd or were actually in the process of getting him

 4    medevac'd, we started hearing the gunfire and whatnot from a

 5    house probably a hundred yards down the road.  When I

 6    arrived on scene, I found Sergeant Harrison's squad.  They

 7    were on the -- some were outside the house.  Some were

 8    inside house.

 9          When I got on scene, I spoke to a Lance Corporal

10    Lake.  He was standing by one of these big steel doors that

11    like every house in Iraq or every house we encountered in

12    Iraq had.

13          I was speaking to him through the door trying to

14    get information, intelligence, on what was going on.  He

15    told me that the house looked as though it was booby trapped

16    from the inside to include the door that we were standing

17    next to.

18          Again, I was on the outside.  There was a door.

19    He was on the inside.

20          As we were talking, another -- actually, before we

21    were talking, as they had made entry, Lance Corporal Justin

22    McLeese was I guess their point man on this particular

23    entry.  He had engaged the insurgent that had apparently

24    barricaded himself, which we found later to be one of their

25    normal TTPs, inside of a house.  They would -- it was kind

1  of like a bunker down and have an RPK or an AK-47 trained on

2  the front door.  So they had made entry.

3          As I was speaking to Lance Corporal Lake there was

4  a huge explosion.  Lance Corporal Lake smacked into the

5  door.  The door smacked into me.  I went -- me, Lake, and

6  the door went probably 10, 15 feet back.

7          Once he got off of me -- I believe I lost

8  consciousness.  I'm not real sure, and I've never really

9  been sure.  All I remember is everything was black.  And

10  then I heard Lance Corporal Lake calling my name and -- when

11  they pulled the door off of me.  I sat up, and I looked to

12  the left, and I saw the top half of Lance Corporal McLeese's

13  body as a result of the blast.

14          From that one blast, we lost -- there was one KIA,

15  and the rest of the squad was basically wounded with flash

16  burns.  We had two that went out with -- temporarily

17  blinded.  Just all around just a bad day.

18  Q.  Okay.  I realize that this might not be very easy for

19  you to talk about, so if you need to take a break or have a

20  glass of water or something, feel free to.  Just let us

21  know, and we can ask the Court's permission to do so.

22          Now, so that was on November 13th where you were

23  at the house that exploded; is that right?

24  A.  Yes.

25  Q.  Okay.  And from that event, were you diagnosed with

1     specific injuries?

2     A.   Initially, no.  I didn't realize that I had sustained

3     the concussion and the TBI until -- I don't even know how

4     much further down the road, until I started piecing all of

5     these different things that I found wrong with me.  I

6     started putting them together and researching them and

7     figuring out what it was.

8     Q.   So you have sought treatment for injuries that you

9     relate to the November 13th event?

10    A.   I have.

11    Q.   And has a doctor diagnosed you with any particular

12    conditions?

13    A.   Traumatic brain injury and PTSD.

14    Q.   Okay.  Now, on November 13th this event occurred, but my

15    understanding is that your unit still had to carry on.

16    A.   Yes, sir.

17    Q.   Is that right?

18    A.   Yes, sir.

19    Q.   So on November 14th can you just kind of set the stage.

20    Where were you at in relation to the November 13th event?

21    A.   November 14th we were still obviously in Queens, South

22    Fallujah.  Corporal Burger had just returned to us from a

23    previous injury.

24         We got up the next day to go to work.  Because the

25    platoon had suffered so many casualties the day before, the

1   second platoon was placed in reserve.  Our mission that day

2   was to basically provide security for EOD to blow up all the

3   weapons caches and UXOs that we had found at the time.

4          Probably midafternoon -- Third Platoon was one of

5   the main effort platoons.  They engaged in a house, kind of

6   the same type of thing.  An insurgent was inside, basically

7   barricaded himself, fortified himself, into a position with

8   an automatic weapon trained on the front door.

9          Corporal Andres Perez, who was one of the team

10  leaders in the Third Platoon, made entry with his team to

11  clear that house of the insurgents.  Upon his entry he was

12  immediately met with automatic weapons fire and grenades.

13  He ended up being trapped inside the house, and he wasn't

14  able to be rescued for quite some time.

15         Corporal Burger, hearing this, assembled a team of

16  Marines to make entry to go in after him.  It was Corporal

17  Burger, at that time it was Lance Corporal Olson -- he has

18  since just changed his last name -- Doc Williams, and I

19  can't remember the other Marine at this time.

20  Q.  That's okay.  And let me just ask you this question.

21  You've mentioned that Corporal Burger volunteered to go

22  assist some other Marines that it sounds like were in

23  trouble.

24  A.  Yes, sir.

25  Q.  Can you describe for the Court just the general type of

1    person that you perceived Corporal Dale Burger to be.

2    A.  He is like the epitome of what it was to be a Marine.

3    He actually didn't even have to be in Iraq.  He -- in

4    November -- I'm sorry, December of 2003 we were in

5    Bridgeport, California, conducting mountain warfare

6    training, and it was coming up on time for him to get out,

7    so I pulled him and the other Marines that were coming up on

8    their EAS and I told them, "You've done your time."

9         They were all in the initial push in -- earlier in

10   2003, so I told them that "You've done your time.  If you

11   want to go home, get on with your lives, I don't blame you.

12   You can -- it doesn't bother me at all.  You've served your

13   country honorably.  If you want to get out and go on with

14   your lives, that's fine."

15        To a man, every one of them in my platoon

16   volunteered to extend to go back to Iraq.

17        While in Iraq, Corporal Burger continued to just

18   excel as a leader and as a Marine.  And on November -- I

19   guess it was November 10th, it was my birthday, he was

20   injured by -- I believe it was an RPG was fired at the

21   rooftop that he was on, and he got some of the fragments.

22   So he was medevac'd on the 10th.

23        He could have gone home on that.  That was his

24   ticket ride.  I mean, he could have gone home on that one.

25   But he volunteered again to come back to us on the 14th,

1    which, with the injuries and everything that had taken place

2    on the 13th, we were all very happy to have him back.

3            And on the 14th, his leadership and just his --

4    the way he was like epitomized, you know, him I guess --

5    everything that he did prior to that and what he ended up

6    doing on the 14th, it was not a surprise to anybody given

7    his -- just his persona.

8    Q.  All right.  So before I ask that question, you were

9    telling the Court about Dale Burger assembling a team of his

10   fellow Marines to go assist another unit that had been down.

11   Is that the right way to put it?

12   A.  Yes, sir.

13   Q.  Okay.  So what did Corporal Burger and that team that he

14   assembled do once they had collected the men they were going

15   to use to go to the pinned down unit?

16   A.  Once that team was assembled, they stacked on the

17   outside of the door.  Stacking is basically getting ready to

18   make entry.

19           Corporal Burger, being the leader that he was, was

20   the first man in.  He was immediately met with a shot to his

21   forehead.  He immediately, obviously, dropped from that

22   shot.  He was still alive at the time.

23           They had pulled him out.  Doc Williams tried to

24   do -- Sammy Williams tried to do as much life-saving things

25   as he could.

1            Corporal Burger was eventually medevac'd, and we

2    were later informed or I was later informed by our first

3    sergeant that he had succumbed to his injuries and passed.

4    Q.  Sir, I want to focus a little bit on the attack

5    particulars that were being used against your platoon, your

6    platoons on the 13th and the 14th.  Can you generally

7    describe the TTPs that were being used by the individuals

8    that were attacking you.

9    A.  It seemed that the general tactic that they were using

10   was where they would set up a bunker inside a house and try

11   and get us to -- obviously we had to go in to clear the

12   house.  So as we would go in, I don't think they would

13   intentionally try to kill the first one.  They would try to

14   wound the first one so that we would go in afterwards with

15   other Marines to conduct a rescue, and then at that point,

16   then they would follow on with machine guns, grenades, what

17   have you.

18            That was something that India Company encountered.

19   Kilo Company also had what they call a kill house as well.

20   Q.  So this seemed to be a coordinated tactic that multiple

21   groups of insurgents and terrorists in Fallujah at the time

22   had -- were using simultaneously?

23   A.  Yes.  In talking to Marines that were in different

24   companies in the battalion, it seemed like we were all

25   encountering pretty much the same type of TTP.

 1    Q.  Based on your experience in the military, how would you

 2    describe the level of sophistication of these individuals

 3    that you were up against?

 4    A.  They were definitely trained.  I wouldn't say they were

 5    on the level of, you know, special operations, SEALs, or

 6    anything like that, but they definitely got some kind of

 7    training for the weapons that they were using and the TTPs

 8    that they were using to get us to come into the houses.

 9    Q.  And you mentioned that they used machine guns.  Are you

10    aware of the type of machine guns that were being used on

11    your platoon at that time?

12    A.  They were using a AK-47s and RPKs for the most part.

13    Q.  And what is an RPK?

14    A.  RPK is a 762 medium to heavy machine gun.

15    Q.  So that's not a common weapon?

16    A.  Not really.

17    Q.  And does it -- in your experience, would that require

18    training in order to use it effectively?

19    A.  I would think so.  I don't know how to use it.

20    Q.  So you wouldn't be able to just pick it up and use it

21    even with your training that you have?

22    A.  No.  I mean, I'd probably figure it out.  But just

23    handing it to me, no, not in the manner in which they were

24    able to use it.

25    Q.  Okay.  Now, you mentioned that Corporal Burger was shot

1    in the head with machine gunfire and then eventually

2    succumbed to his injuries.  Who else was killed in the

3    attack on the 14th?

4    A.  Corporal Andres Perez.

5    Q.  Okay.  And was he the individual that had originally

6    been wounded and then I guess used as bait for the rest of

7    the Marines?

8    A.  Yes.

9    Q.  Now, at what point after the 14th did you end up leaving

10   Iraq?

11   A.  We left Iraq on January 25th, I believe.

12   Q.  And you mentioned earlier that you ended up getting

13   medical treatment once you started to see that you might

14   have some issues that you had to deal with; is that right?

15   A.  Correct.

16   Q.  And when you returned stateside, at what point did you

17   seek that treatment out?

18   A.  It took, I don't know, probably another year and a half.

19   Because once we got back, we were -- we went on post-

20   deployment leave for about 30 days and then came back and

21   then immediately started doing work-ups for the follow-on

22   deployment in September.

23   Q.  Okay.  And when you sought treatment out for your

24   injuries, were you diagnosed with any specific conditions?

25   A.  The PTSD, TBI, tinnitus; a few others.

1    Q.  And do you associate those injuries with the events that

2    occurred on the 13th and the 14th?

3    A.  Absolutely.

4    Q.  And have your doctors determined that your injuries were

5    associated with those events?

6    A.  I believe so, yes.

7    Q.  Okay.  In terms of how you're doing today physically,

8    how do you feel?

9    A.  Physically?  I'd say I'm in pretty good health.

10   Q.  Okay.  Do you still feel the effects of the injuries

11   that occurred in 2004?

12   A.  I do.

13   Q.  Okay.  And can you describe those effects that you feel?

14   A.  I still have to deal with headaches periodically.  There

15   is a constant ringing in my ears.

16          Some of the things that I didn't realize were

17   happening:  My wife would tell me I would -- very irritable.

18   I would blow up at her.  I would blow up at my kids.  That

19   was kind of like the impetus for going back to the VA and to

20   be placed on the meds that I've got to take now.

21   Q.  And then are you routinely receiving treatment for the

22   injuries to this day?

23   A.  I do.

24   Q.  Can you briefly discuss how your injuries and the attack

25   and the effects it's had on you have affected your

```
1    interpersonal relationships.

2    A.  I'm pretty much antisocial.  I don't like to go out in

3    public and crowded areas.  I don't like restaurants where

4    there's a lot of people.

5            When I do go out, it is -- sometimes it's a high-

6    stress event.  I've got to have my -- I've got to be able to

7    see the door.  I've got to be facing the door at all times.

8    My wife gets annoyed because as she's talking to me I'm not

9    looking at her; I'm looking around the room.  I'm still

10   listening to her, but I'm assessing what's going on in the

11   room, so that's made date nights pretty interesting.

12           I don't really have too much of a social life.  I

13   kind of stick to myself.  I've had -- socially that's pretty

14   much personal skills.

15   Q.  You mentioned your wife.  What is your wife's name?

16   A.  Nicole.

17   Q.  How long have you been married to Nicole?

18   A.  We've been married 22 years.

19   Q.  And do you have any children?

20   A.  I do.

21   Q.  What's the name of -- do you have a daughter or son?

22   A.  I have three daughters.

23   Q.  Three daughters.  And what are their names?

24   A.  Cadence, Brielle, and Abigail.

25   Q.  Has what you've experienced from this attack and the
```

1    injuries you've sustained affected your relationship with

2    your daughters?

3    A.  Yes.

4    Q.  How so?

5    A.  I have a really good relationship with my kids; however,

6    there are times when I just -- it's embarrassing, but I'll

7    just blow up.  It's like I can't control it.  I can keep it

8    to a certain point, and then once I get to a certain point

9    it's -- I can't stop it.  It's like a train.

10   Q.  This is something that if the Court -- when the Court

11   reviews your medical records it will see discussion of the

12   anger outbursts and things?

13   A.  Yes.  That's what got me to go to the VA to get the help

14   in the first place.

15   Q.  Was your anger outbursts?

16   A.  Yes.

17   Q.  Now, you mentioned you have three children.  How many of

18   them were living at the time that you were attacked in

19   November 2004?

20   A.  Just Cadence.

21   Q.  Just Cadence, okay.

22        Is there anything else that you'd want the Court

23   to know about either November 13th or 14th or how it's

24   affected you?

25   A.  I'd say those two dates have definitely been like a

1    turning point in my life.  Ever since then I've got a

2    greater appreciation for life.

3              I try and not -- one -- I guess one of the

4    positive things I've gotten out of it is I don't sweat the

5    little things.  I try and keep everything in perspective

6    based on the experiences that I've had.

7              But the negative aspects have been like -- you

8    know, I can't concentrate when I'm trying to read a book.

9              If I'm just engaged in casual conversations, not

10   a focused conversation like we're having right now, I'll

11   get -- like the easiest way I can say it is like a word

12   salad.  Like one word will be in a different spot than where

13   it's supposed to be.  Does that make sense?

14             I can't -- sleeping.  If I've not taken something

15   to help me sleep, it's difficult for me to fall asleep and

16   stay asleep, which obviously affects everything else the

17   rest of the day.

18             There's a number of things that have changed since

19   then.

20   Q.  Okay.  Well, Mr. Housmans, I don't have any more

21   questions for you this morning, so thank you for your time.

22   A.  Sure.

23             THE COURT:  Mr. Housmans, thank you for your

24   testimony.  Thank you for your service.  I just have a

25   couple of follow-up questions.

```
 1                    THE WITNESS:  Yes, sir.

 2                    THE COURT:  You say you're an Austin police

 3      officer.

 4                    THE WITNESS:  Yes, sir.

 5                    THE COURT:  Patrol officer?

 6                    THE WITNESS:  Detective, sir.

 7                    THE COURT:  Detective.  How long have you been on

 8      that job?

 9                    THE WITNESS:  I've been a detective for about two

10      and a half years.

11                    THE COURT:  And when you were hired by the Austin

12      PD, did they give you a physical exam?

13                    THE WITNESS:  Yes, sir.

14                    THE COURT:  Did they do any sort of mental health

15      or psychological assessment as well?

16                    THE WITNESS:  Yes.

17                    THE COURT:  And you checked out?

18                    THE WITNESS:  Yes, sir.

19                    THE COURT:  And the psychological issues or mental

20      health related issues that you testified to, the anger

21      outbursts, the antisocial behavior, have those prevented you

22      from performing your duties as a detective?

23                    THE WITNESS:  Not as a detective, no.

24                    THE COURT:  Okay.  How has it affected your

25      ability to be a detective with Austin PD?
```

1              THE WITNESS:  I would say the focused aspect of

2       it, being able to read multiple reports throughout the day.

3       I'll start reading them, and my mind will just kind of drift

4       off so I've got to read the same report multiple times.

5              At times, when I'm interviewing suspects, I'll

6       have a hard time articulating the questions I'm trying to

7       ask them, looking for the proper verbiage, the words.

8              THE COURT:  You consider yourself a good

9       detective?

10             THE WITNESS:  I'd like to think so.

11             THE COURT:  You clear your cases?

12             THE WITNESS:  I do.

13             THE COURT:  Okay.

14             All right.  Any follow-up?

15      BY MR. PAULOS:

16      Q.  Mr. Housmans, for the psychological conditions that

17      you've been diagnosed for, you take medication; is that

18      right?

19      A.  I do.

20      Q.  And approximately how many medications do you have to

21      take every day to treat those conditions?

22      A.  For the TBI and the PTSD it's just the -- well, the

23      headaches I take as needed, like Tylenol, stuff like that.

24      But I have to take 200 milligrams of Sertraline, either --

25      the commercial name I believe is --

```
 1              THE COURT:  We don't have to put the --
 2   Q.  You don't need to put that on the record, but you are
 3   taking medication for those conditions?
 4   A.  I am.
 5   Q.  Okay.  And is there a difference between when you do
 6   take the medications and when you don't?
 7   A.  Yes, marked.
 8   Q.  So that helps you to be prescribed the medications and
 9   take them routinely then?
10   A.  Yes.  That keeps me even.
11              MR. PAULOS:  All right.  No further questions.
12              THE COURT:  Thank you, sir.  You're excused.  Have
13   a good trip home.
14              MR. PAULOS:  Your Honor, our next witness is
15   Samuel Williams.  He's going to be appearing by Zoom, and I
16   think -- I'm told he's ready.
17              THE COURT:  All right.  We've got the Zoom sorted
18   out.
19              (Pause)
20              MR. PAULOS:  So, Your Honor, plaintiffs call
21   Samuel Williams.
22              THE COURT:  Okay.  Good morning, Mr. Williams.
23   Can you see and hear me okay?
24              THE WITNESS:  Yes, Your Honor, okay.
25              THE COURT:  Okay.  Welcome to Washington
```

```
 1    virtually.  If you could raise your right hand to be sworn
 2    by our courtroom deputy.
 3                      SAMUEL WILLIAMS, Sworn
 4                       DIRECT EXAMINATION
 5    BY MR. PAULOS:
 6    Q.  Can you please state your name for the record.
 7    A.  My name is Samuel Williams.
 8    Q.  And, Mr. Williams, where are you calling in from right
 9    now?
10    A.  I'm calling in from Renton, Washington.
11    Q.  And is that where you presently reside?
12    A.  It is.
13    Q.  And how long have you lived there?
14    A.  I've lived here since October of 2021.
15    Q.  Where did you live before that?
16    A.  I was overseas in Bahrain from September of 2018 to
17    October of 2021.
18    Q.  Were you born in the United States?
19    A.  No, I was not.  I was born in Bacolod, Philippines.
20    Q.  Are you a U.S. citizen?
21    A.  I am.
22    Q.  And when did you become a U.S. citizen?
23    A.  In 1986.
24    Q.  And did you serve in the U.S. military?
25    A.  Yes.
```

1    Q.   When did you join the U.S. military?

2    A.   July of 2001.

3    Q.   What branch of the military did you join?

4    A.   United States Navy.

5    Q.   When you joined the U.S. Navy, what rank did you begin

6    with?

7    A.   I started off as an E1.

8    Q.   An E1?

9    A.   Yes.

10   Q.   And when you left the military, what rank had you

11   attained?

12   A.   E5.

13   Q.   And are you familiar with the term "Navy Enlistment

14   Code" or "NEC"?

15   A.   I am.

16   Q.   Okay.  What was your NEC while in the Navy?

17   A.   8404.

18   Q.   And what does that code represent?  What type of

19   specialty is that?

20   A.   Field medical service technician.

21   Q.   And can you describe the role that a field medical

22   service technician plays within the military?

23   A.   So I provide medical treatment and assistance to

24   military members and any other individual designated as

25   requiring care.

1    Q.  Is that sometimes called a corpsman?

2    A.  Yes, that would be our rating, corpsman.

3    Q.  Okay.  And you were -- did you serve as a corpsman?

4    A.  I did.

5    Q.  And as part of your military service with the Navy, were

6    you deployed to Iraq during the 2004/2005 time frame?

7    A.  I was.

8    Q.  Okay.  And in November 2004 what company were you

9    assigned to?

10   A.  I was assigned to India Company, 3rd Battalion, 1st

11   Marines.

12   Q.  And is that -- did you perform the role of corpsman

13   during that assignment?

14   A.  Yes.

15   Q.  Okay.  And did you receive any awards or commendations

16   as part of your service?

17   A.  Iraqi Campaign, Global War on Terrorism Combat Action,

18   amongst others.

19   Q.  Now, I'm going to concentrate on a particular time

20   period of your service.  Were you stationed with the Marine

21   Corps as a corpsman of the Navy in Fallujah in November of

22   2004?

23   A.  Yes, I was.

24   Q.  And were you involved in a series of attacks on November

25   13th and 14th as part of your service in Fallujah?

1    A.   Yes.

2    Q.   And do you know where you were in Fallujah on November

3    13th through the 14th?

4    A.   We were in the Queens district in southern Fallujah.

5    Q.   At the time that you were there, did you have an

6    understanding or any knowledge of the individuals that

7    attacked you those two days?

8    A.   My understanding, we were being attacked by Al-Qaeda and

9    Al-Qaeda affiliated insurgents.

10   Q.   And on November 13th were you with the unit that

11   included Justin McLeese, who was killed in the attack on

12   November 13th?

13   A.   I was.   The unit was second platoon.

14   Q.   Okay.   Can you just kind of walk the Court through what

15   happened that resulted in Mr. McLeese's death and what you

16   observed and where you were at when that happened.

17   A.   All right.   So I received a call for a corpsman.   I was

18   in a different location.   I ran to the site.   I was told

19   that McLeese was still in the house.   I entered the house

20   and got pulled back out.

21          The Marines stacked up to re-enter the house.

22          Upon re-entering the house, the house exploded,

23   and -- resulting in numerous injuries.   McLeese was blown --

24   he was expelled from the house into the -- I guess you'd say

25   the backyard, and, you know, that's where I found him.

1    Q.  Were you involved or were you engulfed in the blast of

2    the house when it exploded?

3    A.  Yes, I was.

4    Q.  And did you -- were you hit with the concussive blast

5    forces of the explosion?

6    A.  Yes, I was.

7    Q.  What were the effects of the explosion on you?

8    A.  The best way to describe it is it felt like your brain

9    derailed, like it went off the tracks, and so there was no

10   conscious thinking.  Everything was mode of memory until my

11   brain could re-engage.

12   Q.  Do you have any understanding of how long it was that

13   you may have been -- have had your brain knocked off the

14   tracks?

15   A.  A few minutes, I would say, because we were --

16   everything was real high intensity, yes.  So I would say a

17   few moments.

18   Q.  So once you were able to regain composure, to the extent

19   that you were able to, what did you do next?

20   A.  I treated the two Marines -- the three Marines that had

21   entered the house.  Two of them had suffered from flash

22   blindness.  They were Sergeant Harrison and Sergeant Green.

23   The third was Corporal Vara.  He had face burns and

24   inhalation burns.  So I treated and secured them.

25              I received a corpsman up.  That's where I found

1    McLeese.  When I went around to the back, McLeese was in

2    half.  He was -- there was nothing I could do for him.  He

3    was dead.

4    Q.  So, Mr. Williams, I know this can be difficult so if you

5    need to take a break or if you need anything, just let us

6    know, okay?

7    A.  Okay.

8    Q.  All right.  Did you treat Shane Housmans on the scene

9    there as well?

10   A.  Yes, I did.  He had received an impact injury from the

11   door.  I remember like my recollection of the door.  When it

12   blasted out, it ended up hitting him.

13   Q.  And can you just generally describe the variety of the

14   injuries that you treated on your fellow Marines at that

15   time.

16   A.  So flash burns, inhalation burns, surface burns greater

17   than second degree, shrapnel, blunt force trauma, and

18   concussive blasts.  And then in the case of McLeese, that

19   would be traumatic double amputation.

20   Q.  And once you treated your fellow Marines on November

21   13th, what happened next?

22   A.  So after we regrouped and the casualties were away to

23   include McLeese, we continued on our mission.

24   Q.  And did that continuation of your mission carry into

25   November 14th in which you were involved in another event?

1    A.  That is correct, yes.

2    Q.  And just generally, based on your knowledge, can you

3    tell the Court what happened on November 14th.

4    A.  So on November 14th we were continuing our clearing

5    house by house.  We were leapfrogging with I believe Third

6    Platoon.  Third Platoon entered a particular house and

7    engaged the enemy in combat, and their platoon was

8    effectively trapped.

9           Corporal Burger gathered up his team, and they

10   went and made entry into the house to secure the house and

11   help save those Marines.

12   Q.  Okay.  And did you personally know Corporal Burger?

13   A.  Yes.  He was part of my platoon.

14   Q.  And how would you describe him?

15   A.  You know what, he's -- he's really an awesome guy.  He

16   could teach a class on anything Marine Corps related without

17   preparation.  He knew his stuff.  He was a good leader.  He

18   took good care of his squad and his team.  He was a good guy

19   for our profession.

20   Q.  Now, were you -- we've heard testimony that Corporal

21   Burger perceived that there was a unit that was trapped in a

22   home in the Queens neighborhood of Fallujah and assembled a

23   team to go and assist them.  Is that correct?

24   A.  That is correct.

25   Q.  And were you part of that group of individuals that

1    went?

2    A.  No.  I was providing a blocking position --

3    Q.  And what does that mean?

4    A.  -- in proximity to the house.

5         So a blocking position is basically you're looking

6    out and providing cover for the guys that are inside the

7    house.

8    Q.  And then what did you observe Corporal Burger do at the

9    house?

10   A.  From the moment of entry, I lost sight of him and

11   returned my focus to outboard, so I was looking away from

12   the house.

13   Q.  So what is the next thing that you understood or

14   perceived to have been happening at the home?

15   A.  So from my understanding, what happened inside the home

16   is there was an RPK, a machine gun, nested in there, and it

17   was aimed at the doorway.  A fire fight ensued.  Lots of

18   grenades were going off.

19        And then Lance Corporal Perez was the first one to

20   come to me as wounded.  He was -- it looked like he got

21   fragged by grenades.  He had no -- normally, when I see

22   patients, they have -- they are bleeding from somewhere.

23   Perez was not bleeding at all.  All the blood had been

24   evaporated out of him.  I bagged him up as best I could.

25        And then the next patient to come my way was

1    Corporal Burger.  He had received a gunshot wound to his

2    forehead, and he was still breathing.  During the course of

3    treatment, I had to remove his helmet, at which point his

4    eyes started really swelling up.  I bandaged and secured the

5    injury as best I could.

6              Our mobile medical was on scene.  We got him in

7    the back for follow-on treatment.  I told him that he needed

8    a cricothyroidectomy, which is basically a hole in his

9    throat to assist with his breathing, yes.

10   Q.  So just so I understand, the first individual that came

11   out of the house that you were asked to treat was Corporal

12   Perez, and he was deceased?

13   A.  He was deceased, yes.

14   Q.  And the next patient of yours at that time was Corporal

15   Dale Burger.  And when he left your care, he was still

16   alive?

17   A.  He was alive.  He was breathing.  He was in critical

18   condition, I mean -- yeah.

19   Q.  At what time -- at what point in time did you become

20   aware that he had succumbed to his wounds?

21   A.  Within a 24-hour period.  I was told by my fellow

22   corpsmen that he didn't make it.

23   Q.  Okay.  Now, I want to turn your attention to just

24   generally the group of individuals that attacked you on

25   those two days.  Can you generally describe the tactics,

1    techniques, and procedures that they used.  What was your

2    perception of them?

3    A.  So their tactics were evolving.  In our first encounter

4    with them, they had mobile gun teams and RPG teams, so they

5    would -- they would engage us, shoot, and then, as we were

6    pushing through the same insurgents that were shooting at

7    us, would enter a house, in some cases a mosque, and pretend

8    to be hostages.  The encounters were they were laying on top

9    of their weapons.

10           And then -- yes, when I say "evolved," I mean the

11   houses started becoming rigged, and -- rigged to explode.

12   Like they were there purposely trying to get us to enter the

13   house so that they could take out as many of us as they

14   could.

15   Q.  Now, Mr. Williams, have you been diagnosed with any

16   injuries from the events on November 13th and 14th?

17   A.  Predominant among them is PTSD.

18   Q.  Have you been diagnosed with a traumatic brain injury?

19   A.  No, I have not.

20   Q.  Okay.  Do you have physical effects that you feel today

21   that you attribute to the events on November 13th and 14th?

22   A.  I've got a banged up body.  I have difficulty sleeping;

23   hyper alert all the time.  I don't like -- I don't like

24   crowds.  I don't like tall buildings.  I keep to myself.

25           I apologize for that.  This covered both physical

```
 1    and mental.  I apologize.

 2    Q.  That's okay, Mr. Williams.  I'd like to show you what's

 3    been marked as PX1249.  I think we shipped you a copy so you

 4    had one there.

 5    A.  Okay.

 6    Q.  Do you recognize that document?

 7    A.  One moment.

 8              MR. PAULOS:  Maybe we can pull it up on the screen

 9    for him, Ryan.

10    A.  Yes.

11    Q.  Can you see that?

12    A.  I do.

13    Q.  This is what you understand to be your plaintiff fact

14    sheet; is that right?

15    A.  That is correct, yes.

16    Q.  And you assisted in the preparation of this document,

17    correct?

18    A.  Yes.

19    Q.  And you signed it after you had an opportunity to review

20    it?

21    A.  Yes.

22    Q.  And then I'd like you to take a look at PX1205.

23    A.  I have it.

24    Q.  And you see -- you have it?  There you go.  Do you

25    recognize that?
```

```
 1    A.  Yes.

 2    Q.  Okay.  What is that?

 3    A.  This is my declaration of the events that occurred.

 4    Q.  These are -- I'm sorry, Mr. Williams.

 5              These are two documents that you helped prepare so

 6    that the Court could better understand the events of

 7    November 13th and 14th and your injuries; is that correct?

 8    A.  Yes.

 9    Q.  Okay.  And, Mr. Williams, if you would just turn to Page

10    8 of PX1249, your fact sheet.

11              MR. PAULOS:  You don't need to bring that up.

12    It's okay.

13    Q.  I just want you to look at that for me, Mr. Williams,

14    and confirm that that's some general injury information that

15    you prepared for the Court so it has it available to it.

16    A.  Yes; blast exposure, PTSD, and major depressive

17    disorder, yes.

18    Q.  Okay.

19              All right.  Mr. Williams, at this point I think

20    I'd just like to ask you if there's anything that you wanted

21    to tell the Court about the attack or its effect on you?

22    A.  You know, you think with time that the pain would go

23    away, right?  It doesn't.  We lost a lot of good guys, and

24    it's not okay.  I mean, these guys should be living full

25    lives, either retired from the military, having their own
```

 1    kids; but they didn't.  They weren't afforded that

 2    opportunity.

 3            And I do wish they were here.  I do wish that I

 4    didn't feel the pain that I do.  I can't imagine what it's

 5    like for their families, and I'm so sorry that I couldn't

 6    bring them home.

 7            That's all I have to say.

 8    Q.  All right.  Thank you, Mr. Williams.

 9            MR. PAULOS:  I have no further questions, Your

10    Honor.

11            THE COURT:  Okay.  Thank you, Mr. Williams, for

12    your testimony today.  You're dismissed.

13            THE WITNESS:  Thank you, Your Honor.

14            THE COURT:  Okay.

15            All right.  Counsel, we're at about 10:30.

16    Another 10 or 15 minutes, Lisa; is that okay?

17            THE COURT REPORTER:  Yes.

18            THE COURT:  I'm sorry, I meant we could proceed

19    for another 10 or 15 minutes, yes?

20            MR. PAULOS:  I thought you were saying to take a

21    10- or 15-minute break.

22            All right --

23            THE COURT:  Who is next?  Do we have a live one or

24    Zoom?

25            MR. PAULOS:  We're moving on to our next attack,

 1 | Your Honor, and that's going to be Bellwether Attack No. 3.
 2 |          THE COURT:  Okay.
 3 |          MR. PAULOS:  An attack that occurred in
 4 | Haqlaniyah, Iraq, on January 26, 2005, involving Plaintiffs
 5 | Jonathan Bowling, Andrew Rothman, and Juan Rubio, and we
 6 | will be calling Juan Rubio to the stand.
 7 |          THE COURT:  Step right up, sir.  Good morning.  If
 8 | you could raise your right hand, and this young lady will
 9 | swear you in.
10 |          (Witness sworn)
11 |          THE COURT:  All right.  Please be seated and make
12 | yourself comfortable.
13 |          THE WITNESS:  May I have some water?
14 |          THE COURT:  Sure.
15 |                 JUAN MARTINEZ RUBIO, Sworn
16 |                   DIRECT EXAMINATION
17 | BY MR. PAULOS:
18 | Q.  Good morning, Mr. Rubio.  Will you please state your
19 | full name for the record.
20 | A.   Juan Rubio.
21 |          MR. PAULOS:  And, Your Honor, may I approach the
22 | witness and hand him the binder?
23 |          THE COURT:  Sure.
24 |          MR. PAULOS:  And to move things along, Your Honor,
25 | I believe we're going to be using -- at least entering or

1    having the witness have their declarations and plaintiff

2    fact sheet.  And they've all reviewed them and signed them

3    and will have tested authenticity and adopted them, so --

4    and that's what will be in the binder.

5            There won't be anything else in the binder other

6    than those two documents and the exhibits that were attached

7    to their declaration previously submitted.

8            THE COURT:  That's fine.

9    Q.  So if you would, Mr. Rubio, just take a look at that

10   binder and make sure it's got your documents in it, okay?

11   A.  (Witness reviews documents)

12   Q.  Is that -- that's got your plaintiff fact sheet and your

13   declaration?

14   A.  Yes, sir.

15   Q.  Okay.  Thank you, sir.

16           Mr. Rubio, are you here today to talk about an

17   attack that you were involved in on January 26, 2005?

18   A.  Yes, I am.

19   Q.  Okay.  And where do you live right now?

20   A.  I live in San Angelo, Texas.

21   Q.  San Angelo, Texas?

22   A.  Yes, sir.

23   Q.  Are you from there originally?

24   A.  I was born in Louisiana, Fort Polk, and two or three

25   months after I was born there I was moved to San Angelo.

1    Q.  And you've been there ever since?

2    A.  Yes.

3    Q.  Okay.  And are you a U.S. citizen?

4    A.  Yes, I am.

5    Q.  And were you a U.S. citizen on January 26, 2005?

6    A.  Yes.

7    Q.  Okay.  And how old are you today?

8    A.  48 years old.

9    Q.  Okay.  And do you know how -- did there come a time when

10   you joined the U.S. military?

11   A.  Yes.

12   Q.  And how old were you when you joined the military?

13   A.  24.

14   Q.  Okay.  And when did you join?

15   A.  October 18, 1999.

16   Q.  And what branch of the military did you join?

17   A.  U.S. Navy.

18   Q.  And do you recall what the first rank that you were

19   provided with was?

20   A.  Hospital corpsman training.

21   Q.  And that was your NEC or Navy Enlistment Code?

22   A.  Yes, 8404 hospital corpsman.

23   Q.  Okay.  And how long did you serve in the military, sir?

24   A.  Nine years.

25   Q.  Okay.  And in terms of my understanding of the hospital

1    corpsman role, there are certain degrees or ranks within

2    that; is that right?

3    A.   That is correct.

4    Q.   And so what did you ultimately achieve through your

5    service in terms of the rank?

6    A.   E5.

7    Q.   E5.  And during -- did you receive any awards or

8    commendations from your service?

9    A.   Yes, I did.  I received a Silver Star, which is the

10   third highest combat action award that you can receive under

11   the Medal of Honor, and two awards.

12   Q.   And during your service, did there come a time when you

13   deployed to Iraq between the years of 2004 and 2005?

14   A.   Yes.

15   Q.   Okay.  Do you recall when that deployment began?

16   A.   I was there two times.

17   Q.   Okay.

18   A.   I was there in '03, and then I was there again in '04

19   and '05.

20   Q.   Okay.  And so on your second deployment, do you recall

21   when that deployment began?

22   A.   Yes.

23   Q.   When was that?

24   A.   I believe May.

25   Q.   Okay.  May of 2004?

1   A.  2004, yes.

2   Q.  Okay.  And where were you stationed both -- let me back

3   up.

4            What unit were you assigned to on that second

5   deployment?

6   A.  I was in a small craft company, Headquarters Battalion

7   Fourth Platoon.

8   Q.  And you said it was a small craft company.

9   A.  Yes, sir.

10  Q.  And what area of Iraq were you assigned to with the

11  small craft company?

12  A.  Our main FOB was at TQ, but we operated along the

13  Euphrates and Tigris River north and south of Iraq.

14  Q.  So essentially you were a medical corpsman that would --

15  was assigned to a small craft that would patrol the rivers?

16  A.  Yes.

17  Q.  Okay.  Did there come a time during your second

18  deployment when you were stationed near the Haditha Dam?

19  A.  Yes, we were.

20  Q.  And do you recall around the time of year that you

21  started working out of the Haditha Dam?

22  A.  The first of December.

23  Q.  That would have been December 2004?

24  A.  That is correct.

25  Q.  Okay.  And I believe that's the Euphrates River that

1    runs next to Haditha and through the Haditha Dam?

2    A.  That is correct.

3    Q.  Okay.  And what was your general mission or purpose at

4    that point in time?

5    A.  Our mission was to clear the riverways from any type of

6    transportation of insurgents or weapons caches.  We were to

7    clear areas along the river banks north and south of Haditha

8    Dam.

9         We were also giving humanitarian aid to the

10   villagers of Haqlaniyah with the medical supplies, food,

11   water.

12   Q.  And Haqlaniyah is a village that's just south of

13   Haditha, right?

14   A.  That is correct.

15   Q.  Okay.  And so during your time patrolling the river, was

16   it known to you that insurgents or terrorist organizations

17   were using the river to transport weapons throughout Iraq?

18   A.  That is correct.

19   Q.  Okay.  And your duty was to try to confiscate those

20   weapons?

21   A.  Yes.  Yes, it was.

22   Q.  Okay.  Did you have an understanding at the time where

23   those weapons were coming from?

24   A.  I believe that or we believed that they were coming in

25   through Syria down the rivers and then around Haditha Dam,

1    and then through the Euphrates River south of Haditha.

2    Q.   And is it your understanding the head waters of those

3    rivers are closer to the Syrian border?

4    A.   Yes.

5    Q.   Okay.  What types of weapons were you seeing on the

6    boats and in the cache -- is it "cashes" or "cash-ays"?

7    A.   "Cash-ays."

8    Q.   "Cash-ay," okay.  What types of weapons were you seeing

9    on most of the caches near the Haditha Dam?

10   A.   Surface to air, anti-aircraft machine guns, RPKs,

11   AK-47s, grenades, 50 cal anti-aircraft rounds, mortars,

12   mortar tubes, dead cord.  That's pretty much all I can

13   remember.

14   Q.   In your experience, those are military grade weapons?

15   A.   Yes.

16   Q.   Okay.  I do want to have you turn to your binder now.

17            MR. PAULOS:  And, Your Honor, this is PX1305.  I

18   think I -- did I use the wrong numbers earlier?  For the

19   record we'll have to clean that up, but PX1305, which is the

20   declaration of Juan Rubio.

21   Q.   Do you recognize that, sir?  Do you have it in your

22   binder?

23   A.   Yes.

24   Q.   Okay.  And as part of your declaration, you attached

25   Exhibits A through K.  And these are photographs that you

1     wanted to share with the Court; is that right?

2     A.   That's correct.

3     Q.   Okay.  So why don't we first go to Exhibit A.

4               MR. PAULOS:  Go ahead and pull that up Ryan.

5               MR. WILLIAMS:  I don't know if I have the right

6     source.

7               MR. PAULOS:  You lost your source?

8               THE COURTROOM DEPUTY:  You have to let me know.

9     Q.   Exhibit A.  What's that, Mr. Rubio?

10    A.   That is the small craft boats that we was attached to on

11    the Euphrates River that held about 15 Marines.

12    Q.   Is that the Haditha Dam behind you?

13    A.   That is Haditha Dam behind me, behind us.

14    Q.   And that fairly and accurately depicts the Haditha Dam;

15    is that right?

16    A.   Yes.

17    Q.   And then, if you would, I'd like to turn to Exhibit D.

18    Who is that?

19    A.   That's myself.

20    Q.   All right.  And can you describe for the Court what this

21    picture depicts.

22    A.   You can see in the background that there's mud houses,

23    huts.  On this day we found very large caches.  And this is

24    a mortar tube -- I don't remember the caliber of the mortar,

25    but that was one of the mortar tubes that we found in that

1    weapon cache that day.

2    Q.  And if you would go to Exhibit E, what does this

3    photograph depict?

4    A.  These are containers that hold mortar rounds.  You can

5    see one sitting on top of it, which were the mortar rounds

6    and the silver containers there.  I believe the upper left

7    box was 762 rounds, I believe.

8    Q.  And were these discovered in the same cache as the

9    mortar tube that we just saw?

10   A.  Yes, sir.

11   Q.  Okay.  And if you'll turn to Exhibit F.  And can you

12   describe what's going on here?

13   A.  We -- this is one of the -- one of four caches that we

14   found that evening or that day we're digging up.  As you can

15   see the plastic bag there, it was an RPK that was wrapped to

16   the point where it preserved the machine gun itself.  It was

17   well operated.  It was as if they wanted to dig it up

18   rapidly, uncover it with the plastic bag, and use it right

19   away.  It was in pristine condition.

20   Q.  So it was your assessment that this was a cache that was

21   intended to be used quickly?

22   A.  Yes.

23   Q.  Okay.  And you say that the RPK machine gun was in

24   pristine condition?

25   A.  Yes, it was.

```
1    Q.  And what is that -- actually, maybe we have a picture of

2    the RPK machine gun coming up.

3              So why don't you turn to Exhibit G -- excuse

4    me, Exhibit H.  And this is another picture.  Is this the

5    same --

6    A.  The same.

7    Q.  -- cache?

8    A.  No, this is a different -- same cache but a different

9    hole.

10   Q.  Different hole, okay.

11   A.  Yes.

12   Q.  And, again, we've got plastic bags that they've wrapped

13   the weapons in; is that right?

14   A.  AK-47s, RPKs, RPGs, launchers.

15   Q.  Okay.  Is there anything else about this photograph that

16   you wanted to share with the Court?

17   A.  The gentleman to the far left looking left of the photo

18   was the combat engineer that was stationed in Haditha Dam.

19   They were assigned to us that day to find caches, and he was

20   there of January 26th, the night of the attack.

21   Q.  He was with you that night?

22   A.  Yes.

23   Q.  And do you recall him because you rendered aid to him?

24   A.  Yes.  I rendered aid to him and was injured that

25   evening.
```

1    Q.  And if you'll turn to Exhibit J --

2            THE COURT:  Counsel, you want to put his name on

3    the record just so it's clear?

4            MR. PAULOS:  The individual in the photograph?

5            THE COURT:  Yes.  Is he a plaintiff?

6            MR. PAULOS:  He is not, and I'm not --

7    Q.  Do you recall his name?

8    A.  No, I don't.

9    Q.  Okay.

10   A.  No, I don't.  I do apologize.

11   Q.  Okay.

12           MR. PAULOS:  Thank you, though, Your Honor.

13   Q.  On Exhibit J what -- can you describe what this is.

14   A.  Yes.  This was the mortar tube that we had found, and

15   off to the left there are barrels of anti-aircraft machine

16   guns, upper and lower receivers.

17           In the boxes you can see mortar rounds sticking

18   out of the box.  You've got grenades off to the right of the

19   mortar in boxes.  And then in the far I believe -- at the

20   very top you can see artillery rounds.  I believe there was

21   two of them there.

22   Q.  And you said this is the fourth cache that you found

23   that day?

24   A.  Yes.

25   Q.  Okay.  And can you tell the Court around what time this

1    cache -- that you discovered this cache?

2    A.  It was around Christmas.

3    Q.  Of 2004?

4    A.  2004.

5    Q.  So about a month before January 26th?

6    A.  Correct.

7    Q.  Okay.  And how far away from where you were attacked on

8    January 26th was this cache?

9    A.  I believe within 50 yards.

10                THE COURT:  Counsel, might this be a good stopping

11   point?

12                MR. PAULOS:  I think so.

13                THE COURT:  All right.  Why don't we take our

14   morning break.  Let's say 20 minutes.  So be back at 11:05,

15   and we'll go from there.

16                (Recess taken)

17                MR. PAULOS:  Your Honor, we'll have Mr. Rubio take

18   the stand.

19                THE COURT:  Yes.

20   BY MR. PAULOS:

21   Q.  Are you ready, Mr. Rubio?  Okay.

22                All right.  I'd like to turn your attention to the

23   events of January 26, 2005, okay?

24   A.  Okay.

25   Q.  Can you -- what were you assigned to do on January 26,

1    2005?

2    A.   We were assigned to a raid to go into Haqlaniyah to

3    clear four buildings and to upper-hand any high members of

4    the insurgents, to apprehend them and to interrogate them

5    and to collect any and all cache weapons, caches that were

6    supposed to be housed in those houses.

7    Q.   And when you say kind of high members of groups in the

8    area, are you familiar with the acronym either "HVT" or

9    "HVI" for high value target?

10   A.   High value targets, yes.  Yes.

11   Q.   So had your unit at that point received intelligence

12   that there were high value targets in the Haqlaniyah -- in

13   some homes in Haqlaniyah?

14   A.   Yes.

15   Q.   Okay.  And at what time of day was the raid or the

16   mission supposed to begin?

17   A.   Overnight.

18   Q.   And so was that in the evening or in the early morning?

19   A.   In the evening.

20   Q.   Okay.  And along with you, who else was assigned to go

21   on the raid in terms of the units involved?

22   A.   Small Craft Company was -- had a squad of eight to nine

23   Marines.  Combat Engineer Group, a battalion group, of

24   Haditha Dam.

25   Q.   Okay.  And so can you describe, I guess, from the point

1    where you left.  I believe it was a forward operating base

2    that you were stationed at?

3    A.  Yes, Haditha Dam.

4    Q.  And just generally describe for the Court how you

5    assembled and made your way into the area.

6    A.  We left Haditha Dam late that evening towards the city

7    of Haqlaniyah.  My group was assigned to secure the inner

8    sections of the houses that were -- the objective of our

9    mission was to secure the inner section right across the

10    street from there.  And as we were raiding, they started

11    clearing the houses, and we heard over the net that the

12    first two houses were empty.  There was no caches.  There

13    was no individuals in there.

14          And I recall telling Lieutenant Thomas that if the

15    next two houses are the same, we're going to be fighting out

16    of the city.

17          And the third one was our responsibility, and it

18    came the same, empty.  No one was in it.  The fourth one was

19    the same.

20          And once we all got the clear to load up and to

21    head back to Haditha, because we pretty much decided that it

22    was a failed mission and to go -- to go back to the dam, and

23    just minutes after jumping into the convoy to head back to

24    the dam, I recall a really bright light above my head to the

25    right on the building.

1          I don't know if it was an IED actually planted on

2     the building or if it was an RPG hitting the building or a

3     round, machine gun round, hitting an electrical transformer

4     and blowing up.  All I remember is that it was something

5     that I hadn't seen before, before that moment.

6          And we were -- my vehicle got hit with an RPG,

7     which threw me and another Marine, Alagar, out of the

8     Humvee.  And I was knocked out for some time.  I don't

9     recall how long I was knocked out, but I remember we were

10    still in the fight and someone telling me to get into the

11    Humvee.  And within that time span, I remember reloading

12    three times.

13          I remember seeing insurgents on the rooftops in

14    front and behind us, in the window sill, running on the

15    sidewalks.  And there was two vehicles, and it clearly --

16    you could tell that they were communicating with one

17    another.  The two vehicles was at least 15 yards, 15 to 20

18    yards apart, and you can tell that they were communicating.

19    And the reason because of that I shot rounds into that

20    vehicle.

21          And we pushed forward to a casualty collection

22    point and to muster up all the Marines to make sure

23    everybody was accounted for.  And Lieutenant Thomas had told

24    me that I needed to jump in one of two Humvees that had

25    casualties in it, and it was really, really dark, and I

1    couldn't see inside the Humvee.

2          I recall seeing two ambulatory injured; one

3    shoulder bullet wound and then a bullet wound in his right

4    forearm.  I rendered aid, patched it up, stopped the

5    bleeding.  And I was thinking to myself that there were

6    supposed to be more casualties in there, and I was wondering

7    why there weren't any.  And I realized that I was stepping

8    on something that reminded me of sandbags.  We would lay out

9    sandbags on the bed of the Humvees so, if we hit an IED,

10   that the sandbags would absorb the blast.

11         And I got my red lens flashlight out and shined it

12   down there.  That's when I realized that there were dead

13   Marines.  There was two Marines that had amputees and one

14   half his face was blown off.  I could see his teeth and jaw

15   missing, eye missing.

16         The second had right and left -- right leg

17   amputated, and the third had burns and -- second-degree

18   burns.  And he was still alive, and I was able to prolong

19   his life until we got to Haditha -- to the BAS on Haditha

20   Dam to medevac all casualties.

21   Q.  Okay.  And I want to kind of break that down just a

22   little bit, Mr. Rubio.  You mentioned that you were -- at

23   some point in the mission after you'd cleared two homes and

24   still had two homes to go, that you thought to yourself if

25   the other two homes were empty, that you were going to have

1    to fight your way out of the city.  Why did you think that?

2    A.  Because the Intel that we received before the mission,

3    we felt that it was a set-up because they were empty.  We

4    were drawn to that area for a particular reason, and I felt

5    that or we felt that we were going to get into another fire

6    fight on the way out.

7    Q.  And then you mentioned that you were told to mount up

8    into a Humvee.  So you obviously were not in your boat that

9    you were normally assigned to; is that right?

10   A.  No.  We were in Humvees.

11   Q.  And you were -- the mission was what was called like a

12   mounted patrol or mounted mission?

13   A.  Yes.

14   Q.  And do you recall how many vehicles were --

15   approximately how many vehicles were in that convoy?

16   A.  I don't remember.

17   Q.  Okay.  Can you approximate the number of Marines that

18   you were with on the mission that day?

19   A.  I want to say about 20 to 30.

20   Q.  Okay.  And you mentioned that you saw people firing at

21   you from the rooftops and from windows and from the street

22   level, correct?

23   A.  Yes.

24   Q.  And from multiple directions?

25   A.  Yes.

1    Q.  So based on those observations, how would you describe

2    the tactics, techniques, and procedures that were used

3    against you that night?

4    A.  We were -- we witnessed something that was more advanced

5    than what we had seen in the past.  They were well-trained.

6    The communication between people -- between themselves were

7    very well -- they weren't shooting pop shots.  They were

8    well aimed.

9            Just the communications between each other was

10   remarkable.  It was just something that we hadn't seen in

11   the past.

12   Q.  And you mentioned that you were able to get the

13   casualties that you had treated back to the base in order to

14   be medevac'd.  At that point in time were you able to assess

15   injuries that you had sustained during the attack?

16   A.  Yes, I did.  Yes.

17   Q.  Can you tell us what those were?

18   A.  Again, I got shrapnel wounds up on the right side of my

19   body.  I threw out my back, my knee.  I received a

20   concussion from it, from I believe the blast.

21   Q.  Were you hit by any gunfire?

22   A.  Well, I had a bullet graze through my shoulder -- or my

23   hip, I'm sorry.

24   Q.  Were you treated at the -- do you need a moment?  Okay.

25            (Pause)

1    Q.  Are you ready?

2    A.  Yes.

3    Q.  Okay.  Did you receive medical treatment when you got

4    back to base?

5    A.  Just very few.  I didn't realize I was hit as much as

6    I did until I got back to the house that we were staying in

7    at the boatyard, and I gave -- I rendered aid to myself

8    mainly.

9    Q.  And did there come a point in time after the attack that

10   you became aware of the identity or the group affiliation of

11   those who had attacked you that night?

12   A.  Yes.  About a day or two after the incident, my

13   lieutenant and Warrant Officer Wolfe and my master sergeant

14   and platoon sergeants was all in a room, and they wanted my

15   action -- medical action report to be given.

16           And once I gave my report, I recall Warrant

17   Officer Wolfe stating to Lieutenant Thomas that they

18   believed that it was a group of Al-Qaeda, and what he felt

19   was that if the group was involved in that night's attack

20   and other attacks prior to the 26th.

21           At that time Lieutenant Thomas had asked me to

22   leave the room.

23   Q.  And, again, the cache that you have the photographs of,

24   that was discovered about a month before, and you said, I

25   think, 40 or 50 yards from where the home was that you were

1    supposed to be searching?

2    A.  Yes.

3    Q.  Okay.  And did you communicate to the individuals that

4    you had talked to and provided your medical, I guess,

5    assessment or inventory from the attack about your state and

6    how the attack had affected you?

7    A.  Yes.

8    Q.  And what did you tell your senior officers at that point

9    in time?

10   A.  That night at the meeting I had told Lieutenant Thomas

11   that I was done, that I was -- I have taken too much

12   throughout my deployment, and I had the fear of God put in

13   me that night, and I knew my number was up, and I was going

14   to be more of a liability than an asset to my platoon.  And

15   I had to express my thoughts and feelings at that time.

16   Q.  How soon after that did you leave Iraq?

17   A.  I had two months left in Iraq, so we had a few patrols

18   and missions that we had to do to continue.

19   Q.  And when you returned stateside, did you seek medical

20   treatment?

21   A.  Not right away.  Not right away.  I tried to tough it

22   out, but I'd say about nine, ten months I started seeing

23   signs and symptoms of PTSD; nightmares, anxiety from

24   triggers, hypervigilance.  So I started to go see what we

25   called The Wizard, which is the psychiatrist and

1   psychologist of the military.

2   Q.  And once you sought treatment, were you diagnosed with

3   specific injuries?

4   A.  Yes.  I was diagnosed with severe PTSD, traumatic brain

5   injuries, and anxiety disorders.

6   Q.  And you associate those injuries with the attack on the

7   26th?

8   A.  Yes, I do.

9   Q.  And have your medical providers also told you that they

10  believe the events of that date caused or contributed to

11  your injuries?

12  A.  Yes, they have.

13  Q.  And can you just describe for the Court how the injuries

14  have affected your life.

15  A.  I'm unable to hold a job.  I have angry outbursts.

16  I've -- on my job sites I've started fights.  I have angry

17  outbursts with subordinates.

18          I can't see the sight of blood without it

19  triggering some sort of memory, so going to school to become

20  an RN or even a physicians' assistant was out the door.

21          I can't retain the information that I read.  My

22  attention deficit is -- my attention is very little.  I lose

23  track of conversations.  I have to remind myself not to

24  state a conversation that I had earlier that day to a

25  different subject matter in the evening time.  I would get

```
1    my communication mixed up with different -- throughout the

2    day.

3              I don't spend time with friends.  I don't

4    socialize with my family.  I've secluded myself dramatically

5    because of my PTSD and my TBI.

6              The reaction from my kids not understanding why

7    dad was a certain way and when he came home he was

8    different, that has affected me emotionally.

9    Q.  And how many children do you have?

10   A.  We have five.

11   Q.  Okay.  And how long have you been married?

12   A.  17 years.

13   Q.  Is your wife here with you today?

14   A.  Yes, she is.

15   Q.  Okay.

16   A.  She is.

17   Q.  Is there anything else that you want to share with the

18   Court?

19   A.  Without treatment, without therapy, without the

20   medication that I take on a daily basis, my quality of life

21   has improved, but I do have -- suffer from triggers,

22   nightmares, fighting fits in my sleep on a nightly basis.

23              But as long as I take my therapy and my

24   medication, my quality of life is -- has improved, and I

25   thank God for that.
```

1    Q.  Well, sir, I thank you for your service, and I don't

2    have any more questions for you, but the Court may.

3              THE COURT:  Okay.  Thank you for your testimony,

4    Mr. Rubio.  You're excused.  Safe travels home.

5              MR. PAULOS:  Okay.  At this time, Your Honor, we

6    are going to present a witness from a different attack, and

7    that is going to be Bellwether Attack No. 4, which was an

8    attack at Camp Ramadi on April 16, 2005, involving

9    Plaintiffs Sergeant Robert Briggs, Specialist Randy Stevens,

10   Sergeant Tromaine Toy, and Specialist Jose Jauregui.

11             We'll call Mr. Jauregui to the stand, please.

12                  JOSE MIGUEL JAUREGUI, Sworn

13                      DIRECT EXAMINATION

14   BY MR. PAULOS:

15   Q.  Will you please state your name for the record and spell

16   it.

17   A.  Jose Miguel Jauregui.  It's J-O-S-E, M-I-G-U-E-L, J-A-U-

18   R-E-G-U-I.

19   Q.  Mr. Jauregui, where are you from?

20   A.  Stockton, California.

21   Q.  And were you born in Stockton?

22   A.  Yes, sir.

23   Q.  And do you still live there?

24   A.  Yes, sir.

25   Q.  Okay.  And are you a U.S. citizen?

```
 1    A.  Yes, sir.

 2    Q.  Okay.

 3            MR. PAULOS:  Can I get his folder, please?

 4            May I approach, Your Honor?

 5            THE COURT:  Sure.

 6    Q.  Mr. Jauregui, if you'll just look at the binder that

 7    I've handed you and confirm that that includes your

 8    declaration and your plaintiff fact sheet.

 9    A.  (Witness reviews documents) Yes, sir, it does.

10    Q.  All right.  And these are documents that you helped

11    prepare for the Court to consider, correct?

12    A.  Correct.

13    Q.  Okay.  Did there come a point in time, sir, when you

14    joined the U.S. military?

15    A.  Yes, sir.

16    Q.  And what year did you join the military?

17    A.  It was 2003.

18    Q.  And how old were you when you signed up?

19    A.  I was 17 years old.

20    Q.  Okay.  And what branch of the military did you join?

21    A.  I joined the U.S. Army.

22    Q.  Okay.  And I'd like to call your attention to Document

23    PX1405 in your binder there.  It's your declaration.

24    A.  Yes, sir.

25    Q.  And as part of your declaration, you collected some
```

1    photographs for the Court; correct, sir?

2    A.  Yes.

3    Q.  Okay.

4              MR. PAULOS:  And if we could go to Exhibit A.

5    Q.  Mr. Jauregui, can you just tell us what this photo

6    represents.

7    A.  I believe that's the photo you take when you're in basic

8    training, your service picture.

9    Q.  So this is a photo of you that was taken soon after you

10   enlisted?

11   A.  Correct.  I believe it was August 2004 -- '3.

12   Q.  And the photo was taken right before basic training or

13   right after?

14   A.  During basic training.

15   Q.  Okay.  And when you enlisted in the military, what was

16   the rank that you started at?

17   A.  Private.

18   Q.  And what rank did you eventually attain in the Army?

19   A.  Specialist.

20   Q.  Okay.

21   A.  E4.

22   Q.  An E4?

23   A.  Yes, sir.

24   Q.  Okay.  And are you familiar with the term "MOS"?

25   A.  Yes.

1    Q.  Do you know what that stands for?

2    A.  Military -- I don't remember.

3    Q.  Is it military occupation specialty?

4    A.  Yes, something like that.

5    Q.  Okay.  So what was your MOS in the Army?

6    A.  I was a 13 Bravo Cannon Crewmember.

7    Q.  And is that -- was there a specialization with a 13B

8    Cannon Crewmember MOS?

9    A.  I'm not sure.

10   Q.  Is there like a -- your job was to operate artillery; is

11   that right?

12   A.  Correct, yes.

13   Q.  Okay.  And were you assigned to a particular type of

14   weapon system?

15   A.  I was assigned to a paladin.

16   Q.  What is a paladin?

17   A.  It's a howitzer on the track, like a giant cannon on a

18   track.

19   Q.  I think you provided some photographs of your paladin,

20   if we could go to Exhibit G of your declaration.

21           All right.  Do you see that there?

22   A.  Yes.

23   Q.  And is that a paladin?

24   A.  Correct.

25   Q.  Okay.  And so that's a -- it's like a howitzer on

1    tracks; is that right?

2    A.  Correct.

3    Q.  And so did there come a point in time where you deployed

4    to Iraq?

5    A.  Yes.  I deployed to Iraq I believe August of '04.

6    Q.  So August 2004 you deployed to Iraq.  And where were you

7    stationed at?

8    A.  I was stationed in Ramadi Camp, Junction City, I believe

9    it was called at the time.

10   Q.  Okay.  And it's sometimes referred to at Camp Ramadi?

11   A.  Correct.

12   Q.  And was your job there to crew a paladin that was on the

13   base?

14   A.  Well, we had a different job when we got there.  We were

15   patrolling traffic control points and transporting stuff,

16   and at the end we were manning the paladin.

17   Q.  Okay.  And I'd like to turn your attention to the events

18   of April 16, 2005, okay?

19   A.  All right.

20   Q.  On that day were you still stationed at Camp Ramadi?

21   A.  Yes.

22   Q.  Okay.  And just to give the Court a sense of location, I

23   believe that you had helped prepare an overhead map of Camp

24   Ramadi where you located where your paladin was stationed

25   at; is that right?

```
1    A.  Yes, sir.

2    Q.  Okay.

3            MR. PAULOS:  Ryan, are you able to pull that up?

4    Q.  And so where the explosion icon is, that's where you've

5    indicated that your paladin was placed at the night of April

6    16, 2005?

7    A.  I believe so.

8    Q.  Okay.  And based on this overhead photograph, what is --

9    I guess -- I think that's to the north of the placement of

10   the paladin.  What is parked right there?  What is that area

11   of the camp?

12   A.  Like I believe that's a motor pool for a different

13   company.  I don't know whose it was, but it was a motor

14   pool.

15   Q.  So it's a motor pool where they park the vehicles and

16   things that belong to the base?

17   A.  Yes.

18   Q.  Okay.  So who were you assigned to work with in terms of

19   crewing your paladin?

20   A.  My paladin, it was -- Sergeant Toy was our chief;

21   Sergeant Lozada was the gunner; Specialist Stevens was the

22   driver; and I was the number one man.

23   Q.  And so that's Toy, Stevens, and Lozado?

24   A.  Lozada.

25   Q.  Lozada?
```

1    A.  Yes.

2    Q.  And can you tell us what you were doing on the night of

3    April 16, 2005, that evening.

4    A.  I believe we had just had dinner.  So the way our

5    paladin was set up was between some Jersey barriers, so we

6    were just kind of hanging out after dinner between the gun

7    and the barriers.

8            At that point incoming rounds started --

9    Q.  You can take your time.

10           Mr. Jauregui, if you want some water, I can get

11   some for you.

12   A.  So they started coming in, and we heard over our speaker

13   we had a fire mission, and so we were running towards the

14   gun, to get inside the gun.  And I was the first one inside.

15   It was like a little hatch you had to crawl in through.

16           So I was the first one in, and as soon as I stood

17   up the explosion knocked me down.  When I fell down, and I

18   opened my eyes, just everything was on fire.

19           I don't know how I rolled out.  I was just rolling

20   around inside of the gun and eventually rolled out, and I

21   kept rolling around in the dirt to like extinguish the fire.

22           At that point I ran for help.

23   Q.  Okay.  So to break that down, you were outside of the

24   paladin, and you said incoming rounds started to impact on

25   the base.

1    A.   Yes.

2    Q.   And that you had run to your paladin because you had

3    gotten orders to apparently return fire to wherever those

4    rounds were coming from?

5    A.   Correct.

6    Q.   Okay.  And you were able to make it inside the paladin,

7    correct?

8    A.   Yes, sir.

9    Q.   Okay.  Did anybody else make it inside the paladin with

10   you?

11   A.   Not that I'm aware of, no.

12   Q.   Okay.  And then I think the last thing you said is that,

13   you know, the inside of the paladin was then engulfed in

14   flames; is that right?

15   A.   Yes, sir.

16   Q.   Okay.  So after you were able to make it out of the

17   paladin and extinguish the flames that were on you, you said

18   you ran for help.  Do you know which way you ran or what

19   direction you were headed?

20   A.   Well, I don't --

21   Q.   Do you want to bring up the map?

22   A.   Yes, yes.

23   Q.   Okay.

24   A.   I ran to the road that's -- I don't know what

25   direction -- to the road up on the right side of the screen.

```
 1    Q.  I'm going to mark it in that direction.

 2    A.  Yes.  I saw him driving -- it was dark, so I saw the

 3    headlight, so I ran there.

 4         By the time I got there, the lady had already

 5    left, so I turned around and ran the opposite way to like a

 6    hill in the back on the left side over here.

 7         THE COURT:  Counsel, just for the record, is there

 8    an exhibit number for the map?

 9         MR. PAULOS:  This is a demonstrative slide that we

10    put together.

11         THE COURT:  Okay.

12         MR. PAULOS:  But we can certainly mark it as an

13    exhibit.

14         THE COURT:  It's up to you.

15         MR. PAULOS:  I think we will probably mark it as

16    an exhibit once we get done with it, if that's okay with

17    you, Your Honor.

18         THE COURT:  Okay.

19    Q.  Mr. Jauregui, you can actually touch the screen and make

20    marks on it; so if there are points on this map that you

21    want to point out, you can.

22    A.  So yes, I ran that way first.  And then when I got there

23    they weren't there anymore, so I ran back to like around

24    here somewhere.

25    Q.  So for the record you originally ran what is to the east
```

1   from the location of your paladin.  And you said they had

2   left?

3   A.  I don't know who it was.  It was just a Humvee driving.

4   I just saw the headlights so I ran to that direction.

5   Q.  So you reversed course and headed west past your paladin

6   again?

7   A.  Yes.

8   Q.  At some point were you able to find aid?

9   A.  Yes.  Around there I believe there was a mortar team.

10  I'm not exactly sure who it was.  They were in a Humvee, and

11  I asked them for help.

12  Q.  At the time that you are seeking aid immediately after

13  the paladin exploding, did you have an understanding of the

14  severity of your injuries?

15  A.  No.  When I extinguished myself, I couldn't use my hands

16  to pick myself up so I just knew my hands were -- my hands

17  were done.

18  Q.  Once you were able to find someone to render aid to you,

19  do you know what happened next?

20  A.  They drove me to the aid station on base.

21  Q.  And you have a recollection of being driven there?

22  A.  Yes.

23  Q.  Okay.  And what happened once you got to the aid

24  station?

25  A.  They took me into the aid station and laid me down, and

```
 1      they put the --

 2      Q.  If you need a moment, that's fine, okay.

 3              (Pause)

 4      A.  They put the mask on me to put me to sleep and started

 5      cutting off my clothes.

 6      Q.  So they put you under anesthesia at the aid station?

 7      A.  Yes.

 8      Q.  What is the next thing that you remember?

 9              (Pause)

10              THE COURT:  Counsel, how much longer do you have?

11              MR. PAULOS:  Just a couple more questions, Your

12      Honor.

13              THE COURT:  Just take your time.

14              (Pause)

15              THE WITNESS:  Sorry.

16      A.  I woke up in the hospital, and my siblings were there.

17      That's the first thing I remember.

18      Q.  Do you know how long it had been between when you were

19      treated at the aid station in Iraq and when you woke up in

20      the hospital?

21      A.  No, at the time I didn't.  I didn't know anything.

22      Q.  At the time you didn't know?

23      A.  No.

24      Q.  Did there come a point in time where you figured it out?

25      A.  Yes.  It was probably like the middle of June, I think.
```

 1    Q.  Okay.  So I understand the difficulty that this is to

 2    talk about, and I know that we've provided the Court with a

 3    summation of your -- the totality of your injuries that you

 4    received on that day, and we'll have another opportunity to

 5    provide the Court with a full accounting of the surgeries

 6    and medical treatment that you've had.

 7          So unless there's anything else that you'd like to

 8    talk to the Court about today, I would have no further

 9    questions for you, Mr. Jauregui.

10    A.  No.  That will be it.

11          THE COURT:  Mr. Jauregui, thank you very much for

12    your testimony.  You're excused.

13          MR. PAULOS:  Your Honor, the next case is

14    Bellwether No. 5, and I'm just trying to remain true to the

15    order that we had provided the Court originally.  That's a

16    case that involves Anthony Lewis Capra, Jr.  We don't have a

17    live witness for the attack, but you'll hear about it

18    through Dr. Gartenstein-Ross later today.

19          THE COURT:  Okay.

20          MR. PAULOS:  And we have submitted written

21    declarations from percipient witnesses as well as other

22    documentation with the fact sheet that was provided by the

23    personal representative of his estate, and that is an attack

24    that occurred on April 9, 2008, in the Golden Hills area of

25    Iraq.  But I just wanted to make note of that on the record

1     before we moved on to the fifth attack that we'll discuss

2     today.

3             THE COURT:  Okay.  So I don't have a binder for

4     that plaintiff?

5             MR. PAULOS:  We have submitted -- do we have a

6     plaintiff fact sheet report?

7             (Pause)

8             MR. PAULOS:  So we have them premarked, Your

9     Honor, and we will apparently bring one up to the Court when

10    we can find the hard copy of it.  We do have an electronic

11    copy, but not a hard copy.  But we'll provide that for the

12    Court as well along with the exhibits that are referenced in

13    the plaintiff fact sheet exhibit list that has been

14    identified on the master exhibit list for the Court.

15            So the next attack, Your Honor, is Bellwether No.

16    1, and this is an attack occurring on April 4, 2004, in Sadr

17    City, Baghdad, Iraq, involving Plaintiffs Salvador Beltran-

18    Soto, Alexander Bryant, Franklyn Doss, Anthony Ferris,

19    Richard Foster, and Matthew Mercado.

20            And if you need me to spell any of those, I can.

21            THE COURT REPORTER:  No, I'm okay.  Thank you.

22            MR. PAULOS:  And we're going to call to the stand

23    Salvador Beltran-Soto.

24            THE COURT:  All right, sir.  Please step right up.

25            THE WITNESS:  Thank you, Your Honor.

 1                    THE COURT:  Slip your mask off, if you'd like, and

 2      remain standing and raise your right hand.

 3                         SALVADOR BELTRAN-SOTO, Sworn

 4                              DIRECT EXAMINATION

 5      BY MR. PAULOS:

 6      Q.  Can you please state your name for the record.

 7      A.  My name is Salvador Beltran-Soto.  It's spelled S-A-L-V-

 8      A-D-O-R, B-E-L-T-R-A-N hyphen S-O-T-O.

 9      Q.  Thank you, Mr. Beltran-Soto.

10                    MR. PAULOS:  And may I approach, Your Honor?

11                    THE COURT:  You may.

12      Q.  Mr. Beltran-Soto, I've handed you a binder that contains

13      two documents.  Can you just look at it and confirm that

14      those are your declaration and your plaintiff fact sheet?

15      A.  They are.

16      Q.  Okay.  And before we go much further, I understand that

17      you do have trouble hearing out of your left ear; is that

18      right?

19      A.  Yes, but I can hear you clear.

20      Q.  Okay.  If you have any trouble at all, just let us know,

21      okay?

22      A.  I will let the Court know.

23      Q.  Thank you.

24                    Mr. Beltran-Soto, how old are you?

25      A.  I am 45 years old.

```
1    Q.  And where are you from?

2    A.  I'm originally from Durango, Mexico.

3    Q.  And are you -- do you live in Mexico now?

4    A.  No, I don't.  I live in Blythe, California.

5    Q.  Okay.  And how long did you live --

6              THE COURT:  I'm sorry, what town in California?

7              THE WITNESS:  Blythe, California, state line of

8    Arizona.

9    Q.  How do you spell "Blythe"?

10   A.  It's spelled B-L-Y-T-H-E.

11   Q.  All right.  Thank you.

12             And how long did you live in Mexico before you

13   came to the United States?

14   A.  It must have been at least two years, less than two

15   years.  I was between 18 months and two years before we

16   migrated to the United States.

17   Q.  Okay.  And what year were you born?

18   A.  I was born in 1977.

19   Q.  Okay.  And are you a U.S. citizen today?

20   A.  I am.

21   Q.  And were you a U.S. citizen at the time of the attack?

22   A.  Yes, I was.

23   Q.  Okay.

24   A.  Pardon me.  I am a U.S. citizen.

25   Q.  Okay.  And at the time of April 4, 2004, were you a U.S.
```

```
 1    citizen then?

 2    A.  Yes, sir.

 3    Q.  Okay.  And when did you become a U.S. citizen?

 4    A.  February of 2000.

 5    Q.  And that was through the naturalization process?

 6    A.  Part of it.  Due to my military service, if you serve

 7    three years active duty, you're eligible for naturalization.

 8    Q.  And when did you join the military?

 9    A.  May of 1996.

10    Q.  And what branch of the military did you join?

11    A.  United States Army.

12    Q.  And how long did you end up serving in the Army?

13    A.  I served approximately nine years, one month.

14    Q.  And why did you join the Army?

15    A.  I joined the Army as a -- kind of a -- like a payback

16    gesture for being allowed to become a legal resident, as in

17    put my part, chip in, you know, as a -- just a thank you for

18    letting me -- allowing me to stay in this country, allowing

19    me to experience America firsthand.

20          It was just a way of showing that I love this

21    place more than any other place in the world.  That's why I

22    joined.

23    Q.  And as part of your military service did you deploy to

24    Iraq?

25    A.  Yes, I did.
```

1    Q.  And when did you deploy?

2    A.  First time I deployed was initially -- in late April

3    2003 was my first deployment, and my second deployment was

4    the following year, late -- mid-March/late March 2004.

5    Q.  Okay.  So I'd like to focus on your second deployment.

6    What part of Iraq were you assigned to?

7    A.  We were assigned to Sadr City, north -- eastern part of

8    Baghdad.

9    Q.  And was there a particular military installation or base

10   that you were stationed at?

11   A.  When we arrived there, it was called Camp Eagle upon

12   arrival.

13   Q.  And what unit or outfit were you assigned to at that

14   point in time?

15   A.  I was assigned to Alpha Company, 2nd Battalion, 5th

16   Cavalry Regiment, 1st Cav Division.

17   Q.  And do you recall what your company's assigned mission

18   was at that point in time?

19   A.  Yes.  Our assigned mission was to provide support for

20   infrastructure improvements, rebuilding that part of

21   Baghdad, and also to maintain the peace.

22   Q.  And during your service, did you receive any awards or

23   commendations?

24   A.  Yes.  I received a Purple Heart and a combat infantry

25   badge.

1    Q.  And for what injury did you receive the Purple Heart?

2    A.  For the attack of April 4, 2004; multiple gunshot

3    wounds, IED blast to the face.  That's about it.

4    Q.  I'd like to focus on that day.  So on April 4, 2004 --

5    well, let's step back.

6              I think you said you deployed in March; is that

7    right?

8    A.  Yes, we did, late March.

9    Q.  And how long had you been in country by April 4th?

10   A.  By April 4th we were in country no more than a week.

11   Q.  And you said you were stationed in the Sadr City area.

12   During that week time frame leading up to April 4th, had you

13   had an opportunity to patrol the area in which you were

14   stationed?

15   A.  Yes.  We did what is colloquially known in military as a

16   right seat/left seat, where the gaining unit goes out with

17   the unit that's surrendering the responsibility to the

18   gaining unit.  We went out and conducted a couple of just

19   sweeps, patrols around the area.  We accompanied some

20   reconstruction efforts, private contractors, to look at the

21   plumbing, the sewage problem that Sadr City had.

22             And that's about it, sir.

23   Q.  Fair to say that you had a good opportunity to observe

24   the neighborhoods around where you were located?

25   A.  Yes.  We did a couple of recon missions.

1   Q.  Okay.  Now, in your declaration you refer to a foot

2   patrol that you conducted on April 3rd in Sadr City.  Do you

3   recall that?

4   A.  Well, the foot patrol was the morning of April 4th.

5   Q.  Okay.

6   A.  So the foot patrol, we were out looking for a school.

7   It was my platoon; actually half of my platoon, about 15 of

8   us, two squads.  We went out with our LT and translator,

9   interpreter, and we were looking for the school.

10         But we could not find the school so we started

11  making our way out towards the northwestern part of Sadr

12  City.  There's some vacant lots that children use as soccer

13  fields.  We were going to link up with our transportation.

14         So we were making our way out through these

15  alleys, and we started getting harassed by the locals.  They

16  started pelting us with rocks, just yelling -- you know,

17  just being rude to us, yelling at us.  Every now and then I

18  could here "Ameriqi," like American, and I could hear what

19  sounded like "Israel," so my impression was that they were

20  treating us like we were their occupiers.

21         So it was no different than what happens in the

22  Middle East now where they throw rocks at you.  It was the

23  same episode.

24  Q.  And during the days preceding April 4th and your time in

25  Sadr City, what else did you observe in that area of

1    Baghdad?

2    A.  The night prior to that foot patrol we went on a night

3    patrol.  We mounted up on our Humvees, and we went down one

4    of the main avenues running -- I believe it was running east

5    to west, and we came up on a formation of about 300 to 400

6    men, fighting-age men, marching in unison.  Some of them

7    were wearing head bands similar to the ones that you see in

8    Southern Lebanon, green color, white Arabic calligraphy on

9    them.  And to my recollection, militias were banned by the

10   provisional government.

11         So I was sitting behind our lieutenant canon, my

12   commander, and I brought up that to his attention, and to

13   the interpreter/translator "What are they saying?" and "Who

14   are these guys?"

15         The interpreter was very tight-lipped, but I asked

16   him again, and he mentioned a word that I heard previously,

17   "junud," junud, which in Arabic is "soldiers."

18         And I asked him, "What kind of soldiers are they?"

19         "Well," he said, "they're just Army."  But he

20   didn't quite -- I didn't quite hear because the chanting was

21   very loud.

22   Q.  And did you, during your time in Sadr City prior to

23   April 4th, observe anything else that seemed out of place to

24   you?

25   A.  Yes.  On the foot patrol on April 4th we came up on a

1    building facing out west -- facing northwest.  During the

2    episode where we were getting pelted with rocks, I noticed

3    there was a large -- a large portrait, about half-the-

4    building size portrait of the Ayatollah Khomeini of Iran.

5    Q.  You understood that to be the supreme leader of Iran?

6    A.  Yes, I am aware.

7    Q.  Okay.  And turning to the morning of April 4th where you

8    said you were on a foot patrol looking for a school and

9    began to get pelted by rocks, at the time did you have any

10   understanding as to why that was kind of the reception that

11   you received?

12   A.  At the time I did not understand why they were being so

13   hostile towards us.

14   Q.  Okay.  It wasn't something that you expected, was it?

15   A.  We were not expecting that kind of treatment.

16   Q.  And I guess after that foot patrol in the morning, did

17   you return to Camp Eagle where you were stationed at?

18   A.  Yes.  We returned about two hours after the initial --

19   two hours after the initial patrol.  We started with the

20   patrol once we left the camp gates.

21   Q.  And did there come a time that day where you had to

22   leave Camp Eagle again?

23   A.  Yes.  We had to leave Camp Eagle approximately about an

24   hour and a half when we returned back from that foot patrol.

25   Q.  And why is it that you had to leave Camp Eagle?

1   A.  We were called up as the QRF, Quick Reactionary Force.

2   Q.  And what is a Quick Reactionary Force?

3   A.  Well, Quick Reactionary Force is a contingent that is on

4   standby for any such events that may arise at the discretion

5   of the camp commander.

6   Q.  I guess in layman's terms, is it like calling for back-

7   up?

8   A.  Yes, sir.

9   Q.  Okay.  So at that time did you understand who it was

10  that needed the Quick Reaction Force?

11  A.  At the time when I got the call I had my guys in the

12  chow line.  We were getting -- we were getting a quick bite

13  before we were going to wipe down our weapons and stand by

14  for orders.

15       But we were interrupted so we ran back to our

16  billetings.  And as I'm running, I'm getting information on

17  my radio and getting my guys assembled, prepping them the

18  best I can because we didn't know what we were going into.

19       At that moment we didn't know, but I finally got

20  clarification when we were talking to the motor pool.  I got

21  senior -- a senior sergeant told me, "Hey, you guys are

22  going to go out there."  We had a pinned down patrol.

23  Q.  Do you know where that patrol had been pinned down at?

24  A.  That patrol was pinned down somewhere in the western

25  section of Sadr City.

1    Q.  And they had called for a Quick Reaction Force for

2    assistance; is that correct?

3    A.  Yes, they did call for the QRF.

4    Q.  Okay.  So can you just generally describe the assembly

5    of the Quick Reaction Force and how it assembled and left

6    the camp.

7    A.  Well, we assembled -- we first assembled at the motor

8    pool.  We did our combat checks there.  Combat checks are

9    making sure you have the proper equipment you need for such

10   a mission.

11        Then we started boarding vehicles.  My section

12   ended up boarding an LMTV, which is a -- pretty much a --

13   it's just a flatbed truck with benches in the back, no

14   armor.

15        And what we did is -- what I did -- I was a senior

16   man in that LMTV, in the rear of that truck.  I started

17   placing everybody where they had to be as in -- what I mean

18   by that, the gun placement.  We had a couple of machine

19   guns, so I needed to have certain intervals so we could be

20   able to repel or fight back if we are engaged.

21   Q.  So you said you were -- you loaded up in the back of the

22   LMTV?

23   A.  Yes, sir.

24   Q.  Do you know what that acronym stands for?

25   A.  Light mobility transport vehicle.

1    Q.  And that's -- does that vehicle have armor?

2    A.  Negative, sir.

3    Q.  And it's an open back?

4    A.  It's open back, sir.

5    Q.  In fact, as part of your plaintiff fact sheet have you

6    provided the Court with some photographs?

7    A.  Yes, I did.

8    Q.  So if you'll turn to PX1107.  And I believe it's --

9    you've got Exhibit E that's got a collection of photographs

10   there.  Do you see that?

11   A.  Yes, I do see it.

12   Q.  Okay.  And if you'll turn to I think it's the fifth

13   photograph in the collection.  This one here, sir.

14   A.  That is it, sir.

15   Q.  What does this picture depict?

16   A.  This picture was taken just prior to us rolling into

17   Baghdad.  There's -- on the way from Kuwait there's certain

18   stops that we have to make, logistical stops, as in for

19   fuel, water, chow.  This photo was just right before we left

20   the last control point.

21           And you could see members of my team.  The

22   gentleman directly in front, that's Specialist Thompson.

23   The guy on his back, that's Specialist Flores, and I am the

24   one facing outwards of the vehicle.

25   Q.  And is that an LMTV that you are --

1    A.  Yes, that is the back of the LMTV.

2    Q.  So it's got kind of a slatted side?  It's got open

3    sides?

4    A.  It's basically a flatbed truck with side rails and bench

5    seats.

6    Q.  Okay.  And before we move on from this exhibit, if you

7    would turn to I believe it's the first photograph in the

8    Exhibit D.  That one.

9    A.  Yes, I'm on that.

10   Q.  Can you tell us what this photograph depicts.

11   A.  This is a photograph prior to us getting on the buses to

12   deploy from Fort Hood, Texas, to a theater -- actually to

13   the staging area in Kuwait.  And as you can see, right in

14   the front we've got -- front right we've got Specialist

15   Garza.  Immediately to his right, the screen's left, we have

16   Specialist -- back then PFC -- Arsiaga, and I'm right behind

17   PFC Arsiaga.

18   Q.  These were gentlemen that you served with?

19   A.  Yes, sir.  They were in my platoon.

20   Q.  Were you friends with Arsiaga and Garza?

21   A.  I was somewhat close to Arsiaga, and I was very friendly

22   with Garza.

23   Q.  And were those gentlemen with you on April 4th?

24   A.  Yes, they were.

25   Q.  Were they riding in the LMTV with you?

1    A.  Yes, sir, they were present with me.

2    Q.  Okay.  So once you loaded into the back of the LMTV,

3    what happened next?

4    A.  Once we loaded, I -- like I said, I started placing

5    everybody.  Due to my seniority, I started placing everybody

6    where I needed them, and I ended up placing myself behind

7    the cab of the truck.  I took Private Kobrick's machine gun,

8    M-249, ,and I gave him my M-16 along with my magazines, and

9    I took his ammo pouches, and I started giving everybody a

10   heads up, a brief on what's going on to what I had knowledge

11   of at the time.

12   Q.  And do you recall how many vehicles were in the Quick

13   Reaction Force?

14   A.  When we left, there was about anywhere from five to six

15   vehicles.

16   Q.  Okay.  And you left Camp Eagle, and can you tell the

17   Court what happened once you departed the camp?

18   A.  Once we departed Camp Eagle -- there is immediately like

19   an irrigation canal right in front of Camp Eagle.  We made

20   that sharp right, then we went about a kilometer, two

21   kilometers due west, then we made a sharp left at the -- say

22   at the limits of Sadr City.  So we went about halfway

23   through Sadr City, and there was two tanks, two M1 Abrams.

24   And I recall one of the tankers, one of the gunners, he did

25   a symbol that we use in the military where it tells you

 1    action front, which is pretty much --

 2              THE WITNESS:  Your Honor, can I demonstrate the

 3    symbol?

 4              The action front is you take your -- it's like if

 5    you've got a pistol, but you put it down, enemy front,

 6    action front.

 7    A.  So the tanker, he let me know that the enemy's in front.

 8              My reaction was a thumbs up, and I did a pistol

 9    pretty much on the way to engage.  I did that so the tanker

10    would know our last location.  I made eye contact with him.

11              And so we started rolling forward due west, and

12    that avenue was pretty much a ghost town.  Nobody.  Not even

13    a dog.  Not even a donkey.  Nobody was out.

14              And we went about a good two minutes, three

15    minutes, and we started getting engaged by -- pardon me.

16    Q.  Was that unusual, that nobody was on the streets?

17    A.  Not at that time of the day, sir.

18    Q.  And, I'm sorry, I interrupted you.  What happened once

19    you realized there was nobody on the streets?

20    A.  Well, once nobody was on the street, we started getting

21    a couple of pot shots.  A couple of shots came our way.  And

22    Specialist Garza asked me, "Are they shooting at us?"

23              And I looked at him -- Specialist Garza was

24    immediately to my right -- and said, "Yes, they're shooting

25    at us."

```
 1              Then he asked me, "What do we do?"

 2              I told him, "We shoot back."

 3              So we started rolling, and I'm behind the cab of

 4    the truck exposed with the machine gun, and I'm

 5    concentrating on the rooftops, alleys, and the balconies

 6    while that private that I gave my M4 to, I told him, "Look,

 7    you make sure that I don't get shot.  Just cover what I

 8    didn't -- I was unable to cover."

 9              So we're rolling along, and I noticed by this

10    point there's a lot of thick, black smoke all over -- you

11    know, to the west, to the north, immediately south.

12              So we keep on rolling, and we come up on an

13    obstruction.  We were supposed to go west.  These guys, they

14    blocked our southern exit point and western approach.  So we

15    had to hang a hard right.

16    Q.  When you say "an obstruction," there was something in

17    the roadway that was blocking your --

18    A.  Yes, there was pretty much everything.  There was

19    automobiles that were like just -- just, you know, cars,

20    clunkers, typical Iraqi cars.  There was carts, like hot dog

21    carts.  They started burning tires.  They started -- they

22    threw oil drums, but they knew we weren't going to go that

23    way because there was just so much rubbish on the avenue.

24    Q.  So then you said you made -- I believe you made a right.

25    A.  Yes, we made a sharp right turn.
```

1    Q.  And then what happened at that point?

2    A.  Well, once we made that sharp right turn, they lit us up

3    with everything they had.  The best way I could compare it

4    is when we had a monster truck rally, and you see the

5    monster truck hitting the -- crushing the car, and all the

6    spectators are taking photographs.  That's what the muzzle

7    flashes look like.  We were basically in a kill sack.

8    Q.  And what do you mean by that?

9    A.  Well, kill sack is a kill zone.  They funneled us into

10   that area on purpose.

11   Q.  And you said they lit you up.  Do you -- can you

12   describe the types -- or, excuse me, can you just describe

13   the fire that you were taking at that time.  Were you able

14   to perceive the weapon -- the types of weapons --

15   A.  Yes.  We were receiving mostly AK-47.  I heard a couple

16   of RFGs go off, and I heard pipe bombs.  Well, I heard IEDs.

17   I heard random -- at the time I thought they were grenades,

18   but I found out later that they were about Coca-Cola-can-

19   sized pipe bombs.

20   Q.  And can you -- other than kind of the intensity of the

21   fire, can you describe the tactics that the individuals

22   attacking you were using.

23   A.  Well, at that moment they were just decimating us.  They

24   had us where they wanted us.  They corralled us.  They --

25   you know, they just...

 1              They knew what they were doing, sir.  They knew we

 2      were going to go out and try to rescue our guys so they --

 3      they did their best on getting us committed to the fight.

 4              Now, tactic-wise, that's well coordinated.  It

 5      takes a lot of -- it takes a lot of command and control to

 6      pull something off like that, to get five vehicles

 7      compromised in a very vulnerable situation.  You can't

 8      just -- it's not plain luck to just have that happen.

 9      They've got to know what they're doing.

10      Q.  Were you able to -- during this, were you able to

11      observe some of the individuals that were firing at you?

12      A.  Yes, I did.

13      Q.  Can you describe them.

14      A.  Several of them were wearing dark clothing, as in

15      similar to dark pajamas, and the majority of them had the

16      head bands that we encountered the night before.

17      Q.  So it was your impression at the time that the

18      individuals that were now firing weapons at you were either

19      the same or affiliated with the folks that you'd seen

20      marching in formation prior to that?

21      A.  They were the same.

22      Q.  Did you or anybody else that was with you that was

23      receiving this fire suffer any injuries?

24      A.  I sustained injuries myself along with pretty much 75

25      percent of everybody that went out in the back of that LMTV.

1    Q.  What injuries did you sustain?

2    A.  A pipe bomb blast to the face, neck, torso, arms, and

3    multiple gunshot -- well, multiple gunshot wounds, but I was

4    wearing my body armor.  But I did get shot in the leg above

5    the knee.

6    Q.  And how about the other soldiers in your LMTV?  What

7    happened to them?

8    A.  Garza -- well, when I took the pipe bomb to the face,

9    Garza was still scanning the sector and firing.

10          When I was a bit stunned, I got up to check my

11   machine gun and see if it was -- if I could operate it.

12   Then I heard Garza say, "I'm shot," and I told him, "Garza,

13   I'm shot, too."  Garza then collapsed.

14          And I saw him -- well, I saw him collapse, and I

15   didn't want him to be exposed, so what I did is I dragged

16   him the best I could, dragged him toward the center of the

17   vehicle.  Along the way I got shot in the back a couple of

18   times, but like I said, the body armor absorbed it.

19          And I was about to start rendering aid to Garza,

20   but seeing that the situation was so dire, I had to make the

21   choice do I try to save this one individual or do I try to

22   save the rest of us.  So I picked up Garza's rifle, and I

23   grabbed his ammo, and I went back to scanning my sector to

24   try to fight our way out of there, sir.

25   Q.  Did Garza survive his wounds?

1    A.  No, he didn't.

2    Q.  Was anybody else in the LMTV with you killed?

3    A.  Yes.  On the photo that you see immediately to the

4    left -- right of Garza, left of the picture, that's PFC

5    Arsiaga.  He was killed.  He was instantly killed.  He took

6    a bullet to the face.

7    Q.  Were you ever able to make it to the platoon that had

8    requested assistance?

9    A.  No, we didn't.  We were combat ineffective.

10   Q.  So fair to say that you had to retreat back to your

11   base?

12   A.  Yes, we had to fight our way back.

13   Q.  Once you got back to Camp War Eagle, were you able to

14   make an assessment of the condition of yourself and your

15   men?

16   A.  I helped with the evacuation of the wounded from the

17   back of the LMTV.  Then I went back to our billeting, and I

18   grabbed a bigger machine gun and more ammo, an AT4 rocket.

19   I was making my way back out because I was in shock and I

20   was in disbelief that we just got pretty much ran out of

21   dodge.

22           And I saw how severe things were.  I wasn't really

23   thinking.  I was just -- I just wanted to go back out there

24   and do my duty.  But a medic paused me, stopped me, and he

25   started treatment.

1    Q.  Did there come a time when you had to be evacuated from

2    Iraq?

3    A.  I was evacuated at a later date, but that day I was

4    evacuated back to another support camp that we have within

5    the vicinity of Sadr.  Well, not within the vicinity, but

6    about eight or nine kilometers away from Sadr City there is

7    a camp which has a better medical facility.

8    Q.  Is that where you received treatment for the wounds.

9    A.  That's where I received to the back of my throat, the

10   gun shot wound to the leg, and just overall they patched me

11   up.

12   Q.  And then after the attack, did you experience any

13   emotional or psychological symptoms?

14   A.  Yes.

15   Q.  What did you experience?

16   A.  I wasn't able to go to sleep.  I was starting to display

17   the early onset PTSD.

18   Q.  And did you report those symptoms to the appropriate

19   people at that time?

20   A.  Well, at the time I just wanted to get back out in the

21   fight.  What happened is I had a private, a Private Kobrick,

22   which I mentioned earlier, Duncan Kobrick, he was acting a

23   little irrational, and I reported that up to our aid

24   station, so our aid station decided to get him an

25   evaluation.

1            So they sent him to the combat stress clinic, but

2    him being a private, he needed an NCO to go with him, keep

3    him out of trouble, so it was my turn to accompany him.

4            I took him there, and he was diagnosed with PTSD.

5            But then I returned back, and a couple of weeks

6    later there was a mortar attack, and the mortar hit my AC

7    unit, and it peppered me in my room.  My platoon sergeant,

8    Sergeant First Class Allose, he told me to report to the aid

9    station, which I did, and at the aid station I was greeted

10   by our chaplain, Chaplain Pena, who pretty much disarmed me.

11   He took my weapon away.  He told me to calm down, stay

12   there, and that's when they sent me back to the combat

13   stress clinic, and that's where I was diagnosed with PTSD.

14   Q.  And as a result of that diagnosis, were you then

15   evacuated out of Iraq?

16   A.  I was evacuated a couple of days later because it was

17   severe PTSD.

18   Q.  Okay.  Can you just generally tell the Court how your

19   life has been affected since April 4, 2004.

20   A.  My life's been affected in a way where the military was

21   everything for me.  It was all I ever wanted to do as a

22   child, and I feel that that incident robbed me of my ability

23   to continue serving our great nation.

24           I was considering -- I was considering putting in

25   for a program called Green to Gold where they take junior

1    enlisted -- junior NCOs and they send them to college and

2    they become junior officers, second lieutenants.  And I was

3    considering not only that, but I was also considering

4    volunteering to go Ranger, but it was taken from me.

5    Q.  And do you still experience symptoms from your PTSD

6    today?

7    A.  Yes, I do, sir.  Most recent was a couple of nights ago.

8    Normally the symptom that I brought to the attention of the

9    VA two months ago is I wake up in the middle of the night

10   not knowing who I am or where I'm at, and it's gotten a

11   little concerning because I have small children and my wife.

12   Q.  On the plaintiff fact sheet that you prepared for the

13   Court you've included details about the details of your

14   medical treatment over the course of the years and the

15   degree and significance of the physical injuries you

16   sustained in the attack; is that correct?

17   A.  Yes, sir.

18   Q.  Okay.  And you provided the Court with medical records,

19   correct?

20   A.  Yes, I have, sir.

21   Q.  Okay.

22            MR. PAULOS:  I have no further questions for you

23   at this time, Mr. Beltran-Soto, unless the Court has any

24   questions.

25            THE COURT:  Okay.  Sir, just one or two.

```
 1                  You're receiving military disability now?

 2             THE WITNESS:  Yes, sir.  Well, VA disability.

 3             THE COURT:  VA disability.

 4             And are you employed?

 5             THE WITNESS:  Yes, I am, Your Honor.

 6             THE COURT:  What do you do?

 7             THE WITNESS:  I'm a long haul truck driver.

 8             THE COURT:  Okay.  And have you been doing that

 9     since your deployment ended?

10             THE WITNESS:  Before that I was a construction

11     worker, but in construction there's a lot of smack talking,

12     a lot of pent-up male insecurity amongst them, and knowing

13     that I was diagnosed with PTSD and I had a bit of a -- I had

14     a bit of just an easy trigger, I had to find something to

15     keep me away from confrontations.  And also I was -- upon

16     returning back from my second deployment, I was becoming an

17     alcoholic, Your Honor.  I had to find an employment that

18     would keep me away from bad company and alcohol.

19             THE COURT:  Very well.

20             Anything else?

21             MR. PAULOS:  No, Your Honor.

22             THE COURT:  All right.  Thank you very much for

23     your testimony.

24             THE WITNESS:  Thank you, Your Honor.

25             THE COURT:  You're excused.  Safe trip home.
```

1          MR. PAULOS:  Your Honor, I think that concludes

2     our presentation of the first five bellwether attack

3     witnesses, if you wanted to take your --

4          THE COURT:  Let's take our lunch break.  It's

5     12:30.  Why don't we reconvene at about 1:40.

6          MR. PAULOS:  Thank you.

7          (Lunch recess taken)

```
 1              A F T E R N O O N   S E S S I O N

 2         MR. PAULOS:  Your Honor, before we get started I

 3    just wanted to let you know that the exhibit, the map for

 4    Mr. Jauregui we're going to be using with Dr. Gartenstein-

 5    Ross as well, so I'll mark it with an exhibit number at

 6    that point, too.

 7              And we also had prepared slides throughout

 8    Dr. Gartenstein-Ross's testimony that include maps and

 9    summaries, and if you want us to mark those, we can provide

10    them to the Court.  We absolutely will.  And if there's

11    anything else that you see in the presentation that you'd

12    like us to mark and provide, we're more than happy to do so.

13         THE COURT:  Very well.  If it's a blow-up like

14    this, I don't need it.  But if there's something 8 by 11, we

15    can mark it.

16         MR. PAULOS:  And we intended to have these up for

17    Your Honor this morning, but we now have them up, and this

18    is just so that when we start talking about certain places,

19    that you can orient yourself or the witness can point out

20    where we're discussing at the time.

21         THE COURT:  That's helpful.

22         MR. PAULOS:  All right.  Plaintiffs call

23    Dr. Gartenstein-Ross.

24         THE COURT:  Okay.

25              Okay.  Good afternoon.  Make yourself comfortable.
```

```
 1              DAVEED GARTENSTEIN-ROSS, Ph.D., Sworn

 2                       DIRECT EXAMINATION

 3   BY MR. PAULOS:

 4   Q.  Please state your name for the record.

 5   A.  Daveed Gartenstein-Ross.

 6   Q.  Thank you, Dr. Gartenstein-Ross.  And have you helped

 7   prepare some binders for yourself to have up there on the

 8   witness stand with you to assist in your testimony today?

 9   A.  Yes, I have.

10   Q.  Okay.

11              MR. PAULOS:  Permission to approach, Your Honor?

12              THE COURT:  You may.

13   Q.  Doctor, how are you employed?

14   A.  I'm the chief executive officer of the private firm

15   Valens Global.

16   Q.  And what are you here to testify about today?

17   A.  Three things.  The first is Iran's material support to

18   militant groups in Iraq between 2003 and 2011.  Secondly,

19   the identity of the groups most likely responsible for

20   committing certain bellwether attacks at issue in this case.

21   And third, I'm to provide my opinion as to whether Iran's

22   support of these groups was critical to their survival or

23   significantly increased their capabilities such that it was

24   causally connected to these bellwether attacks.

25   Q.  And have you prepared expert reports and declarations to
```

1    assist the Court in understanding your opinions and

2    methodology?

3    A.   I have.

4    Q.   And which reports have you prepared?

5    A.   I've prepared three.  The first is on Iran's support to

6    Sunni militant groups in Iraq; the other, Iranian support to

7    Shia militant groups in Iraq; and the third is what I call

8    the attribution report, which looks at which militant groups

9    were likely responsible for five of the bellwether attacks

10   in this case.

11   Q.   And if you'll look at the smaller binder that you have

12   with you on the stand and just confirm that that contains

13   the expert reports that you've prepared in this matter.

14   A.   It does.

15   Q.   And were you given an opportunity to review the

16   allegations and evidence in this case as well as public

17   source materials relating to these bellwether attacks you've

18   reviewed?

19   A.   Yes.

20   Q.   And do your reports set forth some of your own research

21   and prior work product in this area?

22   A.   Yes, they do.

23   Q.   And do you believe the information contained in your

24   reports will assist the Court in determining the issues in

25   this case?

1    A.  Yes.

2    Q.  And is there anything in your three reports that you no

3    longer agree with?

4    A.  No, there is not.

5    Q.  Okay.  And with your expert reports, at least the first

6    two of your expert reports, you provide a CV; is that

7    correct?

8    A.  That's correct.

9    Q.  And does that fairly and accurately detail your

10   education, training, and professional experience?

11   A.  It does.  As with all active professionals, obviously

12   there's some stuff that's happened since we submitted the

13   CV, but it's an accurate depiction of my professional

14   experience.

15   Q.  Okay.  Thank you, Doctor.

16           Earlier today the Court admitted the evidence that

17   plaintiffs had submitted prior to the hearing, which

18   included your reports that have been marked at PX4, PX5, and

19   PX1000.  And Page 47 of PX4, which is your report on Iran's

20   support to Shia militant groups, sets forth your CV.  And on

21   your CV you mention that you've provided prior testimony in

22   both criminal and civil cases, correct?

23   A.  That's correct.

24   Q.  And can you give a brief description of the nature and

25   types of testimony you've given.

1    A.  Sure.  First, in criminal cases I've provided testimony

2    in two such cases, both in the Eastern District of Virginia.

3    One is *United States v. Young*.  The other one is *United*

4    *States v. Hale* in which I submitted an expert report, but

5    the case was disposed via a plea bargain before I could take

6    the stand.

7              I've provided expert testimony in seven

8    criminal -- sorry, seven civil cases.  One of them which

9    came in last week, the decision, is *Neiberger*, which was

10   about Jaysh al Mahdi and the Zarqawi organization or Al-

11   Qaeda in Iraq; four civil cases looked at the Zarqawi

12   organization; one looked at a Shia militant group in Iraq;

13   and one focused on the Taliban and Haqqani network in

14   Afghanistan.  I've also testified in seven asylum cases.

15   Q.  And to be clear, Jaysh al Mahdi and the Zarqawi

16   organization are terrorist organizations relevant to this

17   case, correct?

18   A.  Yes, they are.

19   Q.  And were you qualified as an expert in all of those

20   cases?

21   A.  Yes, I was.

22   Q.  And did any of your work in these other cases involve

23   attributing specific events to specific terrorist

24   organizations?

25   A.  Yes, it did.

1    Q.  And did any of your work in these cases involve

2    authenticating statements or documents made by terrorist

3    organizations or their members?

4    A.  Yes.

5    Q.  And did your work in these cases also involve your

6    assessment of the material support provided to terrorist

7    organizations by state sponsors of terrorism like Iran?

8    A.  Yes, in the civil cases.

9    Q.  Did the case last week, the *Neiberger* case, involve Iran

10   as well?

11   A.  It did.

12   Q.  Okay.  Has any Court ever failed to qualify you as an

13   expert?

14   A.  No.

15   Q.  And have you faced challenges by opposing parties in

16   these cases regarding your expert testimony?

17   A.  Yes.  In the *Young* case, the defense raised a *Daubert*

18   challenge.  My qualifications were affirmed in the face of

19   this challenge by the Eastern District of Virginia.

20   Subsequently, the Fourth Circuit Court of Appeals affirmed

21   EDVA's views on the matter.

22              THE COURT:  Who was the defendant in that case?

23              THE WITNESS:  Nicholas Young.

24              THE COURT:  This is the criminal case?

25              THE WITNESS:  Criminal case, yes.

 1                    THE COURT:  And you provided expert testimony on

 2      behalf of the government?

 3                    THE WITNESS:  Yes.

 4                    THE COURT:  And all the other civil cases are on

 5      behalf of plaintiffs in those cases?

 6                    THE WITNESS:  Sorry?

 7                    THE COURT:  All the other civil cases in which

 8      you've been qualified as an expert are on behalf of the

 9      plaintiffs, correct?

10                    THE WITNESS:  Yes, that's correct.

11                    THE COURT:  Any defendant appear in any of those

12      cases?

13                    THE WITNESS:  No.

14                    THE COURT:  Okay.  Thank you.

15      BY MR. PAULOS:

16      Q.  Can you please summarize your educational background.

17      A.  Yes.  I earned a bachelor's degree in communication from

18      Wake Forest University in 1999.  I earned a JD from the New

19      York University School of Law in 2002; a master's degree in

20      world politics from the Catholic University of America in

21      2010; and subsequently a Ph.D. also from the Catholic

22      University of America in world politics, 2014.

23      Q.  You mentioned that you have a Ph.D.  What was your --

24      what was the topic of your dissertation?

25      A.  It used political science methods to explore the ideas

1    of militant groups that self-describe as jihadists,

2    including both the Zarqawi organization and also Al-Qaeda.

3    Q.  And you mentioned that you went to law school and you

4    have a JD?

5    A.  Yes.

6    Q.  Do you have any experience practicing law as a judicial

7    clerk?

8    A.  Yes.  After law school, I clerked in this building,

9    clerking for Judge Harry T. Edwards on the United States

10   Court of Appeals for the D.C. Circuit.  I subsequently

11   practiced law for a year and a half total for Boies,

12   Schiller & Flexner.

13   Q.  And you mentioned that you had some teaching experience

14   or academic experience as it's listed on your CV.  Can you

15   briefly recite what that experience is.

16   A.  Sure.  In terms of regular fulsome master courses at

17   universities, I've taught at the graduate and undergraduate

18   level at the Catholic University.  I've taught graduate

19   courses at Georgetown University.  I currently teach at both

20   Carnegie-Mellon University and also Duke University, and

21   I've also either been on faculty or taught at summer

22   institutes at several other universities including

23   University of Calgary in Canada, University of Maryland, and

24   University of Southern California.

25   Q.  And are some of the classes that you've taught, do they

1    cover some of the issues or organizations at issue in this

2    case?

3    A.  Yes.

4    Q.  And in your reports and in your CV, you use the acronym

5    "VNSA."  What does that mean?

6    A.  "VNSA" is an acronym for violent non-state actors.

7    These are substate groups that employ or wield violence or

8    the threat of violence to advance their strategic interests.

9    Q.  And are the organizations at issue in this case, both

10   the Shia militants and the Sunni militants, considered

11   violent non-state actors?

12   A.  They are.

13   Q.  And I'd like to turn your attention to work that you've

14   provided for the government or other governmental entities.

15          Have you been frequently retained and utilized by

16   the government as a subject matter expert in the area of

17   VNSAs and terrorism more generally?

18   A.  Yes.

19   Q.  And, Doctor, in the work that you've done on behalf of

20   the government, have you performed work related to terrorist

21   groups that you'll be testifying about today?

22   A.  I have.

23   Q.  And can you briefly describe what that work was.

24   A.  Yes.  Some of the work has included providing analysis

25   to U.S. Customs and Border Protection as a subject matter

1    expert from 2017 through the present.  In 2019 I was the

2    lead drafter of the U.S. Department of Homeland Security's

3    *Strategic Framework For Countering Terrorism and Targeted*

4    *Violence*, a strategic document that continues to guide DHS's

5    efforts in that regard.  I was co-principal investigator of

6    a three-year $1.5 million project for the Office of Naval

7    Research looking at where fractures were likely to occur in

8    militant organizations, including the Zarqawi organization,

9    and I've been the lead trainer for the U.S. Army Corps of

10   Engineers Individual Terrorism Awareness course from 2016

11   through 2020.

12          There are other examples in my CV, but I think

13   this gives a flavor.

14   Q.  And in your reports and declarations submitted to the

15   Court, you describe a methodology that you apply when

16   examining violent non-state actors.  Can you describe that

17   methodology.

18   A.  Yes.  The comparative analysis method involves

19   identifying relevant primary sources and cross-comparing

20   them against scholarly literature and secondary sources in

21   order to determine consistency across sources and to get a

22   sense of what the facts of the matter are.

23          I also combine a comparative analysis method with

24   another method for examining the genres of violent non-state

25   actors.  This is something which I put forward in the book

1   chapter "Violent Non-State Actors:   Paradigmatic Lessons

2   Learned," and it gives the seven factors that I looked at in

3   evaluating any sort of violent non-state actor whether it's

4   a terrorist group, an insurgent group, a cartel, a gang, or

5   the like.

6   Q.   And in applying your comparative analysis methodology,

7   what types of source material do you rely upon?

8   A.   All sources available with a significant preference for

9   primary sources.

10  Q.   As part of your methodology, do you employ efforts to

11  authenticate statements made by terrorist groups or their

12  members?

13  A.   I do.

14  Q.   And can you describe your process for authenticating

15  those types of materials?

16  A.   Yes.   I look for external validation and also internal

17  validation.

18          In terms of external validation, it will -- I'll

19  look at a factor such as, number one, are these channels of

20  communication that are regularly employed by the terrorist

21  group at issue?

22          Secondly, did subsequent statements by the group

23  either affirm that claim of responsibility or assume that it

24  was carried out by the group in question?

25          Third, is information in the claim consistent with

1     what actually happened in an attack?

2            And fourth, does this particular attack that was

3     claimed, is it consistent with the pattern of other attacks

4     carried out by that group?

5            And in terms of internal validation, basically

6     that's a process of looking to, number one, does the

7     document, in terms of appearance and format, match other

8     documents that were released by the terrorist group or

9     videos; and secondly, looking at the style of language and

10    seeing if there's a linguistic match to other statements by

11    this group.

12    Q.  And is this methodology for authentication in this

13    process something that you do regularly in your work?

14    A.  Yes.

15    Q.  And is it generally accepted in the field of

16    counterterrorism study and research?

17    A.  Yes.

18    Q.  Does the comparative analysis methodology allow you to

19    determine which violent non-state actors were responsible

20    for or involved in a specific event such as a terrorist

21    attack?

22    A.  Yes.

23    Q.  And can you describe how you use the methodology to

24    determine attack attribution.

25    A.  Yes.  In terms of determining attack attribution, if

1    there's a claim of responsibility, first I'll look to that

2    claim because you should evaluate groups that have claimed

3    the attack first.  I've already described how I would

4    evaluate the authenticity of the claim.

5           Credibility of the claim will look at the other

6    factors as well.  So official documents, either by the U.S.

7    government or another credible government, including, for

8    example, significant activities reports or investigations of

9    the attack.

10          Third I'll look to the geography.  In other words,

11   does one militant group have area of operations dominance in

12   a certain geography such that it's likely to have been the

13   one to have carried out the attack.

14          Fourth, I'll look at the tactics, techniques, and

15   procedures, or TTPs, employed in the attack.

16          And then fifth and finally, I'll look at who had a

17   motive to carry out the attack.

18   Q.  And is this methodology for attack attribution generally

19   accepted in the field of counterterrorism in the research

20   and scholarship of terrorism?

21   A.  Yes, it is.

22   Q.  And is this the same methodology that you used for your

23   work in other cases for which you've been qualified by the

24   Court to be an expert witness?

25   A.  Yes.

1    Q.  And is this the same methodology you applied in coming

2    to your opinions in this case?

3    A.  Yes.

4    Q.  Are the materials you reviewed and considered during

5    your work on this case commonly accepted and generally used

6    in your field of expertise to reach the type of opinions

7    that you have come to in this case?

8    A.  Yes.

9    Q.  Now, in connection with your work or academic duties, do

10   you engage in any research or writing?

11   A.  Yes.

12   Q.  And can you briefly describe that work.

13   A.  Yes.  I would put it into a few buckets.

14         One is books.  I've been the author or volume

15   editor of over 30 books and monographs, most recently one

16   looking at the organizational learning processes of Al-Qaeda

17   and the Zarqawi organization which was published in July by

18   Columbia University press.

19         Second, I've published a number of peer-reviewed

20   articles, over two dozen.

21         And then third, you know, op-eds and articles in

22   the popular press.  I've published over 2 00 in places like

23   *New York Times*, *Washington Post*, *The Atlantic*, *Foreign*

24   *Affairs*, *Foreign Policy*, and that genre of publications.

25   Q.  You mentioned peer-reviewed articles.  Do you yourself

1    have any experience as a peer-reviewer?

2    A.  I do.

3    Q.  And can you describe that briefly.

4    A.  Yes.  I'm on the editorial board of the peer-reviewed

5    *Journal Studies in Conflict & Terrorism*.  In addition, I've

6    served as a peer-reviewer for other publications, presses,

7    and foundations.

8            So I've done peer-reviews for publications like

9    *Terrorism and Political Violence* and *Contemporary Security*

10   *Policy* for presses that include Columbia University press

11   and for foundations like the Smith Richardson Foundation and

12   the Achelis & Bodman Foundation in New York.

13   Q.  Do you frequently speak in the area of violent non-state

14   actors in terrorism?

15   A.  I do.

16   Q.  Can you briefly describe your speaking experience.

17   A.  Sure.  I'd put it in a few buckets.

18           One is public events, such as a TEDx Talk, which I

19   gave in 2020, and speaking at the Chautauqua Institution in

20   New York.

21           I speak at events sponsored by the U.S. government

22   such as U.S. Special Operations Command, National Defense

23   University.  I speak at events hosted by foreign governments

24   and intergovernmental institutions such as the United

25   Nations, NATO, and the governments of Australia, Canada,

1    Kazakhstan, and Nigeria.  I speak at professional

2    conferences, the American Political Association -- I'm

3    sorry, the American Political Science Association, American

4    Bar Association, at think tank and policy centers, and at a

5    variety of colleges and universities, you know, Harvard Law

6    School, UCLA, the United States Naval Academy, and the like.

7    Q.  And you mentioned speaking before some governmental

8    bodies.  Have you ever testified or spoken before the United

9    States Congress?

10   A.  Yes.  I've testified before Congress on 13 occasions.

11           MR. PAULOS:  At this time, Your Honor, plaintiffs

12   would proffer Dr. Daveed Gartenstein-Ross as an expert in

13   the four following areas:

14           One, the Islamic Republic of Iran's historical use

15   of violent non-state actors as proxy sources including

16   Hezbollah and Al-Qaeda;

17           Two, the emergence and evolution of Sunni violent

18   non-state actors in Iraq including Iran's material support

19   to such groups including Ansar al-Islam, also known as Ansar

20   al-Sunnah, the Zarqawi organization, also known as Al-Qaeda

21   in Iraq, Jaysh al Mahdi and its related organizations

22   generally known as the special groups that include Promised

23   Day Brigade, Asa'ib al-Haq and Kata'ib Hizballah, the Badr

24   Corps, and the Sheibani Network.

25           THE COURT:  Okay.

```
 1              MR. PAULOS:  Three, the analysis and attribution
 2      of acts of terrorism in Iraq involving these groups;
 3              And four, the evaluation and authentication of
 4      statements and claims of responsibility for acts of
 5      terrorism by violent non-state actors.
 6              THE COURT:  So moved.  Dr. Gartenstein-Ross is
 7      hereby qualified to provide expert testimony in the general
 8      areas of violent non-state actors and terrorism generally as
 9      well as the four specific areas that counsel just put on the
10      record.
11              MR. PAULOS:  Thank you, Your Honor.
12      BY MR. PAULOS:
13      Q.  Now, Dr. Gartenstein-Ross, I'd like to --
14              THE COURT:  You're a busy man.
15      Q.  I'd now like to outline the opinions that you've offered
16      in this case and then walk through some of your bases for
17      those opinions.
18              But first, you understand that two of your reports
19      have previously been provided to the Court during an earlier
20      stage of this case, correct?
21      A.  Correct.
22      Q.  And so today what report will your testimony primarily
23      focus on?
24      A.  On the attribution report.
25      Q.  And that's PX1000.
```

1              With respect to the conclusions that you've made

2      in all three of your reports and the declaration in this

3      case, do you hold those conclusions to a reasonable degree

4      of certainty based upon your training, education, skills,

5      experience, and expertise?

6      A.  I do.

7      Q.  And should the Court have any questions about your prior

8      reports, the information or conclusions contained in them,

9      or their relation to your testimony today, are you prepared

10     to answer those questions today fully and honestly?

11     A.  Yes.

12     Q.  Okay.  Now, before moving on to your analysis and

13     opinions related to the specific bellwether attacks, I'd

14     like to outline your opinions that you've offered the Court

15     in your earlier expert reports.

16              First, you've separated your reports to focus upon

17     Iran's support for these groups based on the ideological

18     sect of Islam to which these groups adhered.  Why is the

19     sect to which a particular group belongs important for the

20     Court to understand?

21     A.  For two primary reasons.

22              The first is that Iraq is deeply divided along

23     sectarian lines, and so the sectarian composition of a given

24     geography, for example a neighborhood or a province, can be

25     highly indicative of which militant group was likely to be

1    able to carry out that kind of attack.  In particular, for

2    attacks -- and some of those at issue today will fall in

3    this genre -- where a group is melting back into the

4    population or emerging suddenly in large numbers, the

5    sectarian composition is very relevant.

6         The second reason I divide them that way is that

7    Iran is a Shia theocracy, and as such, it has different

8    approaches to Shia militant groups than it does to Sunni

9    militant groups.  Its support to Shia militant groups is far

10   more long-standing, going back to the Saddam Hussein era.

11   Saddam Hussein was Sunni, and Iran looked to leverage Shia

12   proxies in Iraq against Saddam Hussein, whereas its support

13   to Sunni militant groups is both newer and much more

14   pragmatic in nature based really on an enemy of my enemy

15   kind of logic.

16   Q.  And have you prepared a slide to show the Court that

17   lists the Shia groups that were operating in Iraq that you

18   reviewed?

19   A.  Yes.

20        MR. PAULOS:  Ryan, can you pull that up.

21   Q.  And this slide shows both the Shia groups and the Sunni

22   groups; is that right?

23   A.  It does.

24   Q.  And what opinions did you reach in this case regarding

25   Iran's support for Sunni militant groups operating in Iraq

1    from 2003 to 2011?

2    A.  For Sunni militant groups?

3    Q.  Or Shia, whichever one you'd like to tackle first.

4    A.  Let's do Shia first because, since that's a little bit

5    more long-standing, I think that --

6    Q.  If you want to, discuss the Iran support for those

7    groups.

8    A.  Yes.  So with respect to Shia groups, I have four

9    conclusions.

10          The first is that Iran has an extensive history of

11   using violent non-state actors as proxy groups to advance

12   its foreign policy goals, both inside Iraq and outside Iraq.

13          Second, that following the 2003 U.S. invasion,

14   Iran provided substantial material support to an array of

15   Shia militant groups, including Badr Corps, Jaysh al Mahdi,

16   and special groups such as the Promised Day Brigade and

17   others.  I won't name them all since they're not really at

18   issue in the current set of attacks.

19          Third is that Shia militants needed Iranian

20   support to obtain, assemble, or use certain weapons and

21   munitions that these groups employed in Iraq, especially

22   EFPs, explosively formed penetrators, and also IRAMs,

23   improvised rocket-assisted munitions.  Shia militants also

24   obtained Iranian support for getting and using rockets,

25   mortars, IEDs, small arms, and other equipment and material.

1          And then fourth and finally, given the nature,

2     duration, and magnitude of Iranian material support to these

3     specific Shia militant groups, Iran's assistance was

4     essential to many of these groups' formation, growth, and

5     survival such that it bears a causal connection to certain

6     attacks carried out in Iraq during this period.

7     Q.  And in terms of Iran's support for Shia militant groups,

8     you mentioned that it was long-standing.  So is it fair to

9     say that that material support that you've just outlined

10    covered the time frame of 2003 through 2011?

11    A.  It did, yes.

12    Q.  And now let's do the Sunni groups.  What opinions did

13    you reach in this case regarding Iran's support for Sunni

14    militant groups in Iraq for that same time frame, 2003 to

15    2011?

16    A.  I also had four general overarching conclusions with

17    respect to its support of Sunni groups.

18          The first is that while Iran provided substantial

19    support to Shia proxy groups throughout the Middle East,

20    Iran also has backed Sunni militant groups including Al-

21    Qaeda, the Zarqawi organization, and Ansar al-Sunnah/Ansar

22    al-Islam.

23          Secondly, Iran provided training, financial

24    support, weapons, safe haven, lodging, travel and

25    transportation, and expert knowledge and assistance in TTPs

1        as well as expert assistance in attack planning.

2                 Third, Sunni militants needed Iranian support to

3        establish safe havens, routes of communication, and travel

4        and supply routes.  Iranian support was also causally

5        connected to their ability to obtain, assemble, or utilize

6        certain weapons and munitions that they employed in Iraq.

7                 And finally, my fourth conclusion is that given

8        the nature and extent and duration of Iranian material

9        support to the Sunni militant groups, Iran's assistance was

10       critical to the survival and growth of these militant

11       organizations and significantly increased their capabilities

12       such that it bears a causal connection to some of the

13       attacks carried out in Iraq during the period of 2003

14       through 2011.

15                THE COURT:  Let me just ask one general question.

16                THE WITNESS:  Yes.

17                THE COURT:  You say that Iran's support for these

18       Sunni groups was based on an enemy of my enemy principle.

19                THE WITNESS:  Yes.

20                THE COURT:  Aren't these groups fighting each

21       other as well?

22                THE WITNESS:  Yes, they were.

23                THE COURT:  Out of the power vacuum that was left

24       after Saddam fell, there was internal competition for who

25       would control Iraq.

```
1              THE WITNESS:  Absolutely.

2              THE COURT:  Correct?

3              THE WITNESS:  Correct.

4              THE COURT:  And so it was nevertheless in Iran's

5      interest to pit one group against the other and undermine

6      its Shia proxies in Iraq?

7              THE WITNESS:  So they had a complex strategy, and

8      their support for Sunni groups would significantly fluctuate

9      over time.  I would describe it as sort of an ally to

10     frenemy to enemy kind of relationship where there'd be

11     fluctuations over time.

12              The way I would describe it at a basic level is

13     Iran, more than anything else, wanted the U.S. to lose in

14     Iraq, and it spread its bets, you know, really across the

15     board.  Its support -- so going to the Zarqawi organization,

16     which was, number one, a Sunni group that they supported

17     fairly heavily, but, number two, the Sunni group that was

18     most at odds with Shia in Iraq, it very explicitly would

19     target Shia.  Zarqawi was vehemently anti-Shia.

20              And if you look at the sum of the documents -- and

21     some of them we probably will talk about here; but if you

22     look at the sum of documents, it's very clear that they used

23     this support as both a carrot and a stick.

24              On the one hand, they liked Zarqawi's attack on

25     the U.S.  On the other hand, they felt that, you know, the
```

1    support they were providing to Al-Qaeda senior leaders in

2    Iran could also double in some ways as being a threat.  They

3    would take people who they were supporting in Iran and

4    sometimes place them under house arrest.  When they provided

5    weapons to the Zarqawi organization, they could also cut

6    those weapons off.

7         So absolutely it was a complex relationship.  It

8    wasn't simply a friendly relationship or just a relationship

9    of support.  But the support did occur during this period

10   and occurred fairly consistently aligned with their

11   overarching strategic interests.

12        THE COURT:  Putting aside the fluctuation and

13   support at various times, was there -- were there

14   differences in intensity?  Were there certain weapons, for

15   instance, that were not given to Sunni groups that may be

16   given to Shia groups?  EFPs, for instance?

17        THE WITNESS:  There were weapons that were

18   certainly given less to Sunni groups than to Shia groups.

19   It was very clear that EFPs were given more to Shia groups

20   than to Sunni groups.  I assess that IRAMs were also given

21   more frequently to Shia groups than to Sunni groups.

22        It's also clear that Shia groups enjoyed a much

23   higher degree of Iranian support, so there'd be, you know,

24   basically a consistent flow of money that was basically

25   paying organizational salaries in a way that was predictable

1    for Shia groups whereas for Sunni groups it wasn't always

2    that way.

3            It's very clear that Iranian support to certain

4    Sunni groups did allow them to pay salaries, but they

5    couldn't bank on, you know, a state sponsor providing them

6    bank roll year after year such that they could engage in

7    organization building or multiyear planning around that

8    whereas Jaysh al Mahdi, for example, and the broader Sadrist

9    Movement was able to do so.

10           THE COURT:  And you may get to this in your

11   discussion of causal connection, but were there other

12   countries or other private individuals supporting any of

13   these groups?

14           THE WITNESS:  Yes.

15           THE COURT:  And how do you distinguish the quantum

16   of support, relative amount of support from Iran vis-a-vis

17   other sources?

18           THE WITNESS:  That's a really good question, Your

19   Honor.

20           To some extent there's -- you know, there's

21   difficulty in doing so for certain categories of support.

22   I'll probably -- I'll try to take it in a little bit of a

23   granular way to show you where it's visible and then, from

24   there, to show you where it's going to be less clear.

25           So one group that it's very visible about is Ansar

1    al-Sunnah.  Ansar al-Sunnah is covered in my Sunni groups'

2    support, and one of the attacks at issue here is attributed

3    to them.  And when Operation Viking Hammer occurred, which

4    is a U.S. operation against Ansar al-Sunnah, the group,

5    which was comprised primarily of Iraqi Kurds, basically

6    melted back into Iran, and Iran allowed them to regroup

7    there.

8         It makes one causal link in that chain very clear,

9    which is that, like, to me -- and this is consistent with

10   expert opinion -- Iranian support during that period was

11   necessary for AAS to survive as a coherent organization.

12   For other -- for certain other aspects, it's very clear to

13   disaggregate.  EFPs were coming from Iran, and so as EFPs

14   were used one could point a finger to Iranian support.

15        The areas that are less clear are financial areas,

16   right?  That's the one where you have the greatest amount of

17   funding streams coming in from a variety of different

18   sponsors.

19        And then finally there are certain areas where

20   it's clear that Iran and another outside sponsor worked

21   together.  A good example of that is the foreign fighter

22   flow into Sunni areas like in Anbar province.

23        And one of the things I mention in my report based

24   on reporting for the *New Yorker* is that Iran helped to

25   broker with the Assad regime, which ruled Syria and

1   continues to rule Syria, an arrangement whereby foreign

2   fighters and also money and weapons could flow into Iraq

3   through Syria.

4            So all of that paints a little bit of a tableau,

5   but there certainly are aspects of material support where I

6   think understanding Iran's relative contribution versus

7   other outside sponsors is difficult.

8            THE COURT:  Thank you.  That's helpful.

9   BY MR. PAULOS:

10  Q.  Doctor, earlier today the Court heard from several

11  plaintiffs that were involved in the attacks that you were

12  asked to review for this case and for today.  I'd like to

13  turn to your assessment of each attack and your attributions

14  for responsibility for them.

15           First, were you asked to review an attack that

16  occurred on November 13th through the 14th of 2004?

17  A.  I was.

18  Q.  And what source materials did you consider during your

19  analysis of this attack?

20  A.  I considered the operations report.  I considered

21  official histories and studies, including the study "U.S.

22  Marines in Battle, Fallujah, November to December 2004," and

23  the study of the insurgency in Anbar Province, Iraq, which

24  was produced by the Marine Corps and published by U.S. Army

25  War College subsequently.

```
1              I considered declarations of eyewitnesss to this
2      attack.  I considered Army historical reporting and also
3      expert and academic analysis.
4      Q.  And are these the types of materials regularly used in
5      the field of counterterrorism and analysis of terrorist
6      groups?
7      A.  Yes, they are.
8      Q.  And have you prepared a slide for the Court that
9      summarizes the information about the attack and your
10     opinions?
11     A.  I have.
12     Q.  Is this the slide that you helped prepare?
13     A.  Yes.  Obviously the location should say "Fallujah"
14     rather than "Sadr City."
15     Q.  Oh, at the bottom there, I see that.  So this location
16     in the callout there should say Fallujah?
17     A.  Yes.
18     Q.  All right.  So who have you attributed this attack to?
19     A.  To Al-Qaeda in Iraq.
20     Q.  And what are the bases for your opinion with regard to
21     this attack?
22     A.  The bases are the TTPs employed in the attack and also
23     the geography of the attack.
24     Q.  Do you hold this opinion to a reasonable degree of
25     certainty?
```

1    A.  Yes.

2    Q.  Now, focusing on the bases that you base your opinion

3    upon, did you review the operations report for this attack?

4    A.  I did.

5    Q.  So I'll call your attention to what's been premarked at

6    PX1200 in your binder there.  It's on the screen for you as

7    well, Doctor.

8    A.  Yes.

9    Q.  Is this the ops report that you considered?

10   A.  Yes.

11   Q.  And do you know what the source of this report is or who

12   the source of this report is?

13   A.  Yes.  It's the U.S. Department of Defense.  It

14   originally was a significant activities or SIGACT report.

15   Q.  And based on this report, were you able to determine the

16   location of the attack?

17   A.  Yes.

18   Q.  And have you prepared a slide for the Court that shows

19   where the attack occurred in Fallujah?

20   A.  Yes.

21   Q.  And can you tell the Court what the slide is depicting.

22   A.  Yes.  This is showing the location of one of the two

23   attacks that's at issue here.  This is the one that occurred

24   on November 14th.

25   Q.  And other than the ops reports, what did you review to

1    determine the sequence --

2            THE COURT:  I'm sorry, Counsel, so this is

3    Bellwether 2, correct?

4            MR. PAULOS:  That's correct, Your Honor.

5            THE COURT:  Okay.  Thanks.

6    Q.  So other than the ops reports, what did you do to --

7    what did you review to determine how the attack unfolded?

8    A.  Two different things.  One is there's a variety of

9    declarations that helped to flesh out the events of the day

10   and also what the individual plaintiffs were doing during

11   the course of that day, those two days.

12           And secondly, this is a fairly deeply reported

13   period militarily, so looking at official histories during

14   this period helped to piece together the overall flow of

15   events that was going on.

16   Q.  So based on your review of the materials, can you

17   describe how the attack or attacks that flowed from November

18   13th through the 14th occurred.

19   A.  Yes.  This was part of what's called the Second Battle

20   of Fallujah, also known as Operation Al Fajr or Operation

21   Phantom Fury.

22           The U.S. military, along with allies, the British

23   and also Iraqi forces, was clearing areas of Fallujah.  On

24   November the 13th insurgents attacked from a fixed position

25   inside a house.  They lured U.S. military personnel into the

1    home then detonated a large IED booby trap which killed one

2    member of the U.S. forces.

3              On November 14th something very similar happened.

4    Insurgents attacked from a fixed position inside a house.

5    They waited until soldiers entered the home then shot them

6    and used them as bait.  You know, others in their unit could

7    hear their suffering over comms channels.  And two U.S.

8    military personnel were killed as the U.S. military

9    personnel entered the house.  Both Corporal Perez and

10   Corporal Burger were killed.

11   Q.  And I'd like to turn now to the geography and how you

12   considered that in coming to your attribution opinion.

13             You mentioned Operation Al Fajr occurring in

14   Fallujah at that time.  With respect to this attack, what

15   was the significance of the time period to Abu Musab al

16   Zarqawi to AQI?

17   A.  In October 2004 Zarqawi pledged bayah, or allegiance to

18   Al-Qaeda, and changed the name of his organization to Al-

19   Qaeda in Iraq.  At that point the funds and resources

20   available to the Zarqawi organization increased.  It was

21   working to establish itself as a dominant insurgent

22   organization, and being able to control Fallujah and also to

23   use Fallujah to project its power into other parts of Iraq

24   was an important part of its strategy.

25   Q.  I'd like to --

1          THE COURT:  Zarqawi was Iraqi by birth?

2          THE WITNESS:  Zarqawi, he was Jordanian.

3          THE COURT:  He was Jordanian.

4          THE WITNESS:  So there's a city in Jordan called

5     Zarqa, and the reason he took on that particular name

6     "Zarqawi" was to indicate where he was from geographically.

7          THE COURT:  Okay.  When did he move to Iraq?

8          THE WITNESS:  He moved to Iraq following the U.S.

9     invasion of Afghanistan.  So he was in Afghanistan prior to

10    9/11.  He had his own series of -- he had his own training

11    camps there.

12         There's an interesting story about his escape from

13    Afghanistan, but without getting into that, he had designs

14    for a while that the U.S. was likely to invade Iraq, and so

15    he prepositioned in advance of the U.S. invasion to try to

16    take advantage of it.

17    BY MR. PAULOS:

18    Q.  Doctor, I'd like to turn your attention to what's been

19    marked as PX937.

20         MR. PAULOS:  If you will pull that up, Ryan.

21    Q.  And do you recognize this?

22    A.  Yes.

23    Q.  And this is a document that you reviewed in considering

24    this attack?

25    A.  Yes.

1    Q.  And the document is entitled "Insurgent Group Profile:

2    Al Qaeda in Iraq (AQI)."

3              And do you understand that this document was

4    produced by the Department of Defense and declassified in

5    2015?

6    A.  Yes.

7    Q.  Now, I call your attention to what is Page 3 of 14 of

8    the document.  And if you go to the second paragraph there,

9    the sentence beginning October 2004, can you go ahead and

10   read that to the Court.

11   A.  Sure.  "In October 2004, AMZ" -- an acronym that

12   indicates Abu Musab al-Zarqawi -- "pledged loyalty to Osama

13   bin Laden and JTJ" -- the previous name of his

14   organization -- "formally became the al-Qaeda Organization

15   in the Land of the Two Rivers, more commonly known as AQI

16   (al-Qaeda in Iraq)."

17   Q.  Okay.  And then if you go to the bottom of that

18   paragraph beginning -- I believe it's the last sentence

19   there -- "From a financial and logistical standpoint," do

20   you see that?

21   A.  Yes.

22   Q.  Okay.  And can you please read that for us.

23   A.  "From a financial and logistical standpoint, AMZ's

24   allegiance to bin Laden resulted in increased funding,

25   recruits, logistical support, as well as political and

1    religious backing from al-Qaeda's leadership."

2    Q.  And then, if you would, go to Page 7 of the document --

3    or, excuse me, Page 2 of the document, and it is the last

4    paragraph on that page, and it continues over onto Page 3.

5    A.  Sure.  "From the very beginning, AMZ planned to use

6    Fallujah, the heart of the Sunni Triangle, as his center of

7    operations in Iraq.  By the time that Baghdad fell to

8    Coalition forces, his network stockpiled tons of arms and

9    munitions in 3-5 locations around the city.  By September of

10   that year, AMZ was conducting training sessions for his

11   fighters on the town's outskirts.  Throughout the

12   insurgency, Fallujah remained one of JTJ/AQI's major

13   strongholds and bases of support, despite coalition

14   operations that have temporarily dislodged the rebels.

15   Moreover, the organization enjoyed considerably more popular

16   support in Fallujah than in any other major locale."

17   Q.  In terms of the geography of this attack, what

18   significance does the fact that the attack occurred in

19   Fallujah in 2004 have to your attribution analysis?

20   A.  It's highly significant in that Fallujah, at the time,

21   was dominated by the Zarqawi organization.  You had other

22   insurgent groups that were active in Fallujah, but they were

23   active pursuant to a Shura or council in which Al-Qaeda in

24   Iraq was the dominant organization.

25            Also, the other groups pursuant to this

1    arrangement would regularly cooperate with Al-Qaeda in Iraq

2    on militant operations in the Fallujah area.

3    Q.  And let's turn to the tactics, techniques, and

4    procedures that were used in this attack.  And I'd call your

5    attention to what's been premarked as PX284, and if you

6    would go to Page 6.  This is a document that's entitled,

7    "Marines in battle:  Fallujah, November through December

8    2004."  Do you see that, Doctor?

9    A.  Yes.

10   Q.  And this is another document that you relied on in your

11   review of this attack?

12   A.  Yes.

13   Q.  And at Page 6, if you would, this is the -- the page is

14   bisected by two columns of paragraphs, and it's the -- I

15   believe the first full paragraph.  There you go.  It's blown

16   up for you on the screen.

17   A.  Great.

18   Q.  And can you go ahead and read that for us.

19   A.  "As these operations progressed, Marines noticed the

20   insurgents no longer attacked in small groups of 6 to 12

21   people like they had in April, but were now attempting

22   tactics using larger forces.  Marines also witnessed that a

23   precision air strike on insurgent fortifications set off not

24   only a series of explosions from a daisy-chained improvised

25   explosive device along a primary road but also a series of

1   explosions in the adjoining streets as well.  Covert

2   operations gained actionable intelligence on the ground as

3   unmanned aerial vehicles monitored the city 24 hours a day,

4   often catching guerillas as they reinforced fighting

5   positions, set mines and IEDs, or loaded weapons into cars,

6   homes, and mosques for the impending battle."

7   Q.  And then also on this page, on the right-hand column at

8   the bottom of the paragraph that begins with "Intelligence

9   identified," there is a sentence that begins with "Marines

10  observed."  Can you read for us what the Marines observed.

11  A.  "Marines observed a well-planned 'three-ring defense'

12  inside the city as secondary positions along Highway 10 and

13  strongholds in the Jolan District, the Sook District, and

14  the Muallimeen District showed an insurgent willingness to

15  fight in depth."

16  Q.  And what do these techniques and procedures that are

17  being reported here in Fallujah at the time tell you about

18  the insurgents that were operating there?

19  A.  It tells us a few different things.  First of all, it

20  shows a strong degree of preparation and coordination around

21  certain battlefield technologies, like IEDs.

22           Second, it suggests a degree of training that had

23  occurred in order to effectively preposition the way that

24  they had.

25           Third, it suggests that they're pretty well armed

```
 1    based on the three-ring defense based on the IED

 2    implacements.

 3              Those are all things that we can infer from these

 4    preparations.

 5    Q.  And if you would turn to Page 52.  And on this page

 6    there is a paragraph that begins with "The Marines at 1st

 7    Battalion, 3rd Marines."  Do you see that?

 8    A.  Yes.

 9    Q.  And you understand that to be the company of the Marines

10    that the plaintiffs in this case were serving in?

11    A.  Yes.

12    Q.  And down at the bottom of that paragraph there's a

13    quotation from a Captain Tennant.  Do you see that?

14    A.  Yes.

15    Q.  Can you go ahead and read for us what Captain Tennant

16    stated.

17    A.  Captain Tennant said, "That was the largest single

18    pocket of resistance that we had encountered and I think the

19    largest that we did the entire time, one place at one time.

20    And we searched those guys and found that they had Syrian,

21    Jordanian, Saudi Arabian passports.  Each one of them had a

22    crisp, brand new American one hundred dollar bill.  We later

23    learned that many of the insurgents had been promised one

24    thousand dollars if they fought the Americans.  They would

25    get one hundred dollars up front and the other nine hundred
```

1    once the Americans had been chased away from the city.

2    Obviously, it didn't work out too good for them."

3    Q.  And based on this firsthand account of Captain Tennant,

4    what can you infer about the insurgents at Fallujah at the

5    time?

6    A.  One can infer a degree of funding there.  There is

7    believed to be between 3,000 and 4,000 insurgents in

8    Fallujah, and they needed to be, you know, paid.  Sometimes,

9    as is here, it wouldn't be that expensive to us, but, you

10   know, a hundred dollars in Iraq, particularly at the time,

11   was worth quite a bit more.  And to be able to pay, feed,

12   arm these individuals cost money.

13   Q.  And in your response to one of the judge's questions

14   earlier you mentioned foreign fighter flow through the

15   border of Syria that had been facilitated by Iran, right?

16   A.  Yes.

17   Q.  And is the fact that these individuals are being found

18   with passports from those countries indicative of that type

19   of foreign fighter flow?

20   A.  Yes.  And obviously Jordan and Saudi Arabia aren't among

21   those countries, but for Jordanians and Saudi Arabians,

22   there were different routes into Iraq, and one of the most

23   popular was through Syria.  Basically there were areas of

24   Syria that one could go into, and there almost were -- not

25   just almost, there, in fact, were routes where people would

1      be bussed from certain parts of Syria to the Iraq border.

2      And as I mentioned elliptically before, this is something

3      that Iran had helped to broker.

4           So yes, it's clear that not only were foreign

5      fighters going in through Syria, but also that they were

6      making their way to and bolstering the ranks of insurgents,

7      specifically in Fallujah.

8      Q.  And based on your review, what TTPs did you determine to

9      have been used against the plaintiffs in these attacks?

10     A.  The first is coordinated fighting at scale.  The various

11     insurgents were able to coordinate with multiple attackers

12     at play.

13          Secondly, the weapons used in the attacks are

14     consistent with the idea that it was AQI.  Grenades, PKM

15     machine guns, and explosives were all utilized.

16          And third is the specific TTP of luring U.S.

17     military personnel into a house.  AQI during this period

18     repeatedly lured members of the U.S. military into buildings

19     using other members of the U.S. military or allied forces as

20     bait to draw others in.

21     Q.  And what are --

22          THE COURT:  Were there not former elements of the

23     Iraqi military that participated in the insurgency?

24          THE WITNESS:  In the insurgency, yes, absolutely.

25          THE COURT:  So de-Ba'athification I've read about,

1      and I suspect that there were, you know, former military

2      folks participating as well.

3                    THE WITNESS:  Yes.

4                    THE COURT:  Wouldn't they have had the tactical

5      know-how, the coordination ability, the training, and at

6      least some of the arms to carry out -- I mean, generally

7      speaking -- some of the attacks that we've been discussing?

8                    THE WITNESS:  Yes, Your Honor.  I mean, generally

9      speaking, military training would help to provide the

10     ability to coordinate across units and the like.

11                   You know, if you look at the way the U.S. military

12     divided up different units, the insurgents most associated

13     with the former regime tended to be called FREs or former

14     regime elements.  Obviously the fact that the ex-Ba'athists

15     formed one part of the insurgency doesn't mean that, you

16     know, within the Sunni part of the insurgency there were

17     none who got military training.  Obviously --

18                   THE COURT:  So I guess my question is, in general

19     how did you go about distinguishing the types of tactics and

20     arms and, you know, communications patterns associated with

21     some of these insurgency groups versus FREs?

22                   THE WITNESS:  Yes.  That's a great question, Your

23     Honor.

24                   So the first thing that I'll say -- because this

25     is a question of disaggregation of what would exist there in

1    the background versus what may have borne a causal

2    connection to Iran.  In terms of causal -- I'll tell you the

3    areas with the biggest causal connection to Iran and then

4    the areas where there is kind of a directional causal

5    connection but less clear of kind of a but-for type causal

6    connection.

7         The area where there's the clearest connection,

8    there's -- and there's a graphic on this that came from the

9    U.S. military which we could show.  But there is this clear

10   ratline into Iraq coming through Syria that Iran helped to

11   broker.  For a battle like this which is occurring at scale,

12   there are certain things that the ratline was almost

13   certainly necessary for, and so one aspect would be certain

14   kinds of explosives.

15        Obviously make-shift explosives would not be hard.

16   In some cases they used oil drums to make make-shift

17   explosives.  And some of the explosives even that were

18   there -- in the chief passages I was reading about

19   prepreparation -- the ratline would be important for getting

20   those in because they're not just going to be things you

21   take with you when you leave the Iraqi military.

22        Secondly, some of the other less prevalent weapons

23   at scale.  So I'd say the ratline was almost certainly

24   causally connected to grenades, to some extent to machine

25   guns.  You could get some, you know, on background there

 1     just from black markets and the like.  But I think the

 2     ratline bore a clear causal connection there to be able to

 3     allow them to fight with these kinds of weapons at this

 4     scale.

 5          With respect to training, I think it's more

 6     ambiguous that there is clearly a directional causal

 7     connection to any sort of training support that they

 8     received but not any sort of but-for causal connection.

 9          THE COURT:  Luring someone to a location by, you

10     know, drawing them in and injuring, you -- shooting a

11     soldier and waiting for his buddies to come get him, that

12     doesn't strike me as being uniquely sophisticated or tied to

13     one particular group.

14          THE WITNESS:  Yes, I agree.  In terms of

15     identification, that TTP, the purpose wasn't, Your Honor, to

16     talk about Iranian attribution, but rather it was a

17     signature which allowed me to link it to other Al-Qaeda

18     attacks because they were doing that exact thing.

19          I think the area that is more causally connected

20     to training, though -- again, one can question whether they

21     could have attained this in other ways -- is the degree to

22     which these fighters were able to fight as a unit.  And one

23     actually -- the U.S. military documents actually show a

24     change in these groups' ability to fight, and specifically

25     AQI's ability to fight as a unit over time.

1          So the U.S. military drew a distinction during

2     this period between what they called fighters and warriors,

3     right?  Warriors kind of charge into battle.  They're

4     unconnected.  And generally speaking, when warriors meet the

5     U.S. military, it ends with all the warriors dead pretty

6     quickly.  Whereas units can be a lot more deadly when

7     they're able to fight with some degree of cohesion, and

8     AQI's ability to fight as a cohesive unit did increase over

9     time during this period.

10          THE COURT:  Sorry if I'm anticipating some stuff

11    that you're getting to.

12          MR. PAULOS:  I think I can cross out a few

13    questions I had coming right up, Your Honor.  I appreciate

14    you helping me out.

15    BY MR. PAULOS:

16    Q.  All right.  So why don't we turn to the connection to

17    Iran for this attack.  Based on your review, did you

18    determine that Iran had provided weapons to Al-Qaeda in Iraq

19    in the Anbar province?

20    A.  Yes.

21    Q.  And you relied upon an article published in 2007 by the

22    *Long War Journal* written by Bill Roggio, which has been

23    premarked as PX715.  Do you recognize that?

24    A.  Yes.

25    Q.  And is the *Long War Journal* considered an authoritative

1   source in the field of terrorism study?

2   A.  It is.

3         MR. PAULOS:  And if you would -- we'll go to the

4   second page and the last paragraph there.

5   Q.  Can you go ahead and read that.

6   A.  Yes.  "Iranian involvement in Iraq with the Sunni

7   terrorists has been an open secret in military and

8   intelligence circles since the Fallujah uprising in March of

9   2004.  Iranian mines and weapons were funneled to Zarqawi's

10  terrorists in Fallujah and elsewhere throughout Sunni

11  dominated Anbar province."

12  Q.  And the first page of the article also talks about some

13  other connections between Iran and Sunni terrorist

14  organizations in Iraq.  If you'll go to the second --

15        MR. PAULOS:  Oh, if you'll blow that up for us,

16  Ryan.

17  Q.  And the first paragraph there, do you see that, Doctor?

18  A.  Yes.

19  Q.  Can you go ahead and read that for us.

20  A.  Sure.  "The two Iranian intelligence agents captured in

21  Baghdad possessed 'weapons lists, documents pertaining to

22  shipments of weapons into Iraq, organizational charts,

23  telephone records and maps, among other sensitive

24  intelligence information... [and] information about

25  importing modern, specially shaped explosive charges into

1    Iraq.'  One was 'the third-highest-ranking official of the

2    Iranian Revolutionary Guards' al-Qods Brigade."

3    Q.  And the article goes on to report what else had been

4    uncovered during this detention.  Can you go ahead and read

5    that for us.

6    A.  Sure.  It refers to documents that are, quote, "'the

7    equivalent of Iran's Iraq Study Group' which 'show how the

8    Qods Force -- the arm of Iran's revolutionary guard that

9    supports Shiite Hezbollah, Sunni Hamas, and Shiite death

10   squads -- is working with individuals affiliated with Al

11   Qaeda in Iraq and Ansar al-Sunna.'  'We found plans for

12   attacks, phone numbers affiliated with Sunni bad guys, a lot

13   of things that filled in the blanks on what these guys are

14   up to,' an intelligence official had told the *New York Sun*."

15   Q.  And did this assist in your determination that Iran was

16   supporting AQI with weapons in the Anbar province?

17   A.  It did.

18   Q.  And if you would, go back to PX937, the AQI profile that

19   we looked at previously.  And I'll have you turn to Page 12.

20           This is a paragraph entitled "Alliances."  Do you

21   see that?

22   A.  Yes.

23   Q.  And can you read the highlighted portion for us.

24   A.  Sure.  "Their presence on the JTJ/AQI-dominated council

25   shed light on the reciprocal tactical cooperation between

1   Sadr and the Sunni insurgents, who supplied each other with

2   arms and provisions, despite the animosity between them."

3         To be clear, that's -- this is a reference to

4   there being Shia members of the Shura Council that allowed

5   for military coordination in Fallujah who were believed to

6   be associated with Jaysh al Mahdi, according to the U.S.

7   military.

8   Q.  And so is this -- when you're discussing your

9   methodology, is this the type of consistency across source

10  materials that you referred to that's part of your analysis?

11  A.  Yes.

12  Q.  Okay.  And so here there's consistency across different

13  sources at different times confirming Iran's support for

14  Sunni organizations in the Fallujah area at that time?

15  A.  Correct.

16  Q.  In your opinion, Doctor, how was Iran support to AQI

17  connected to its ability to commit the attack on November

18  13th and 14th?

19  A.  In a few different ways.

20        First is it facilitated the flow of weaponry and

21  personnel into the Fallujah area.  As we talked about

22  previously, some of these weapons coming in wouldn't be

23  readily obtainable absent the ratlines coming through Syria,

24  including like the high degree of explosives that were being

25  employed.

 1          Secondly, training helped to increase the

 2     coordination of forces.  Per our discussion, there may be

 3     some question about how much causal force there was, but

 4     certainly directionally it helped -- you know, it certainly

 5     didn't hurt them in coordination, and there's good evidence

 6     that their coordination improved over time.

 7          And then third, financially, the ability to be

 8     able to sustain such a large corpus of fighters for an

 9     extended period.  And we've seen the evidence of what they

10     were provided with food and money and the like.

11          These are all ways that there are causal

12     connections including the fact that, as the documents we

13     just looked at show, there was direct support for Sunni

14     groups in Fallujah at this particular period.

15     Q.  Doctor, turning back to the AQI profile at 937, if

16     you'll go to Page 14.

17          And while you're getting there, I'll just ask you,

18     was Operation Al Fajr successful in capturing Zarqawi in

19     Fallujah?

20     A.  It was not.

21     Q.  And was Operation Al Fajr successful in destroying AQI

22     in the Anbar province?

23     A.  No.  They ended up fleeing elsewhere.

24     Q.  And Page 14 of the AQI profile, the conclusion paragraph

25     at the bottom there.

 1    A.   "The past four years of fighting have seen the rise and

 2    fall of numerous insurgent groups of various sizes, but

 3    despite the concerted efforts of coalition and Iraqi forces,

 4    AQI remains as strong as it has ever been."

 5    Q.   In the your opinion, did Iran's support to AQI during

 6    this time period contribute to that group's ability to

 7    remain as strong as it's ever been?

 8    A.   Did it contribute?  Yes, it did.

 9    Q.   Okay.  Now, I'd like to turn your attention to what's

10    been premarked as PX901.

11               THE COURT:  All right.  Counsel, we're at about

12    five until 3:00.  Should we take our afternoon break?

13               MR. PAULOS:  Sure.

14               THE COURT:  All right.  Why don't we take 15

15    minutes and reconvene.

16               (Recess taken)

17    BY MR. PAULOS:

18    Q.   Are you ready, Doctor?

19    A.   Yes.

20    Q.   Okay.  You just provided us your attribution opinion for

21    the November 13th and 14th attacks, and I wanted to call

22    your attention to PX901.  It is a document titled "Chapter

23    Four, The Insurgency Grows and Fights Pitched Battles

24    (2004)."  Do you see that?

25    A.   Yes.

1    Q.  And this is, again, a declassified document produced by

2    CENTCOM.

3    A.  Correct.

4    Q.  And this is a document that you reviewed during your

5    course of the work on this case?

6    A.  It is.

7    Q.  Okay.  If you would, please turn to Page 50 of the

8    document.  I'm not sure if it's actually tabbed, but you can

9    see it on the screen there for you.  There we go.

10        Now, will you go ahead and read that back for us.

11   A.  "With the loss of Fallujah as their primary sanctuary,

12   some rank-and-file insurgents retreated to secondary

13   sanctuaries in western Anbar such as al-Qa'im and Hadithah.

14   Others headed east, attempting to export violence to Baghdad

15   in retaliation of Fallujah.  Or they sought refuge with

16   other insurgent and tribal figures in northern Babil or

17   along the Fallujah-Abu Ghraib corridor, where weak security

18   environments were perceived to exist."

19   Q.  And then at the bottom of this page underneath the

20   heading "AQI Regroups," the last paragraph there beginning

21   with "The insurgent."

22   A.  "The insurgent intimidation and murder campaign between

23   Hit and Hadithah, begun during the summer, deterred local

24   support for the Coalition.  Post-Fallujah, the AQI presence

25   in Hadithah surged as fighters displaced from Fallujah fled

 1    west."

 2    Q.  And based on your review and your expertise, is the

 3    migration of AQI out of Fallujah toward Haditha -- towards

 4    the Haditha area that's discussed in this document

 5    consistent across the source materials that you reviewed?

 6    A.  Yes, it is.

 7    Q.  And with that I'd like to turn to our next bellwether

 8    attack.

 9              Were you asked to review an attack that occurred

10    on January 26, 2005?

11    A.  I was.

12    Q.  And what source materials did you consider during your

13    analysis?

14    A.  I considered U.S. government intelligence documents,

15    including a SIGACT report and a couple of press briefings,

16    which provided intelligence conclusions that I considered to

17    be material.

18              I considered a number of U.S. government reports

19    similar to the study of the insurgency in Anbar province,

20    which we just discussed at some length.  I considered

21    statements released by militant organizations.  I considered

22    declarations by eyewitnesss to this attack, popular press

23    reporting, including *Anderson Cooper 360* and the *New Yorker*,

24    and also scholarly analysis.

25    Q.  And you mentioned Anderson Cooper.  How did the source

1    materials for this attack somewhat differ from the others?

2    A.   There were journalists from CNN who were embedded with

3    the unit that was attacked, which resulted in an extensive

4    CNN report detailing this specific incident.

5             MR. PAULOS:   And, Your Honor, for the record,

6    we've provided some materials associated with that CNN

7    report, I believe a transcript and even the video, marked at

8    PX1353 on the master exhibit list.

9    Q.   Now, Doctor, have you prepared a slide that summarizes

10   information about the attack and your opinions?

11   A.   I have.

12   Q.   And is this a slide that you helped prepare?

13   A.   It is.

14   Q.   Okay.  And it says the location is Haqlaniyah.  Do you

15   see that?

16   A.   Yes.

17   Q.   And where is that in relation to Haditha that we just

18   read about?

19   A.   It's just south of Haditha.  It's about three to seven

20   miles, depending on whether you're measuring by the road or

21   as the bird flies.

22   Q.   We'll show the Court where this attack occurred in just

23   a moment, but who have you attributed this attack to?

24   A.   To Al-Qaeda in Iraq.

25   Q.   And what are the bases for your opinion?

1    A.  It's geography, tactics, techniques, and procedures, and

2    also AQI's motive for the attack.

3    Q.  And do you hold this opinion to a reasonable degree of

4    certainty?

5    A.  I do.

6    Q.  Okay.  And focusing on those bases, did you also review

7    the operations report for this attack?

8    A.  I did.

9    Q.  Okay.  And if you would refer to PX1300, is this the

10   operations report for the attack that was admitted over to

11   you?

12   A.  It is.

13   Q.  And from this report, were you able to determine the

14   location of the attack in Haqlaniyah?

15   A.  Yes.

16   Q.  And have you prepared a slide showing the attack

17   location?

18   A.  I have.

19   Q.  Okay.

20          MR. PAULOS:  If you could pull that up for us,

21   Ryan.

22   Q.  And can you please tell the Court what this slide

23   depicts.

24   A.  Sure.  There's obviously a lot going on here, so to kind

25   of boil it down, on January 26, 2005, three of the

1     plaintiffs in this case were in a convoy of 12 vehicles

2     along with over 70 other Marines tasked with raiding a house

3     in Haqlaniyah.

4          They entered the house, and after breaching the

5     door they found that it was empty.  It seems that they were

6     given false information; that they were set up.

7          So they found the building empty, and then

8     departed from it.  The lead vehicle, as they departed, hit

9     an IED, which, as you can see, is right there on the map.

10         Shortly after, there was another explosion that

11    hit the Plaintiff Rubio's Humvee, throwing him from the

12    vehicle and knocking him unconscious.

13         Then the convoy was ambushed by insurgents firing

14    small arms, machine guns, and rocket-propelled grenades.

15    Essentially a large amount of insurgents came out of the

16    woodwork following this, you know, false report of

17    intelligence.

18         Then you had Rothman, one of the plaintiffs,

19    deploy on foot with other Marines to return fire.  He was

20    hit by shrapnel from an RPG that detonated around 30 feet

21    from him.

22         And then finally, Mr. Bowling was in a Humvee.

23    He's shown right here on the map.  And small arms and an RPG

24    fired from the direction of a mosque depicted right there

25    ended up impacting his Humvee and killed him and three

1    others and wounded five.

2    Q.   Thank you, Doctor.

3         Now, we just looked at Document PX901 talking

4    about AQI moving into the Haditha area, and I think the term

5    was surged.  Can you basically describe what the operational

6    environment in Haqlaniyah on January 26, 2005, was.

7    A.   Sure.  This was an operational environment in which in

8    particular, due to what was going on in Haditha, Al-Qaeda in

9    Iraq possessed operational dominance.

10        We'd referred before in some of the source

11   materials that you just walked me through to a murder and

12   intimidation campaign that was occurring in Haditha.  This

13   campaign helped to quell local support for the coalition.

14        What AQI was able to do was establish a monopoly

15   on insurgent leadership in Haditha, and the study of the

16   insurgency in Anbar province, which we were just looking at,

17   notes the kind of trappings that existed there.  And to

18   quote from the study, they say it had all the trappings of

19   an Islamist totalitarian theocracy, secret police, Sharia

20   courts, Hud punishments, intense propaganda, concentrations

21   of foreign fighters, and an oppressive murder-and-

22   intimidation campaign to deter local resistance.

23        And I assessed that the operational environment in

24   Haditha and Haqlaniyah, which is essentially -- you could

25   call it a Haditha suburb, was the same.

1   Q.  In determining AQI's presence in the area and dominance

2   of it, what else -- what other materials did you review?

3   A.  I found the declaration of Butch Dreany to be

4   particularly useful.

5   Q.  And that's marked as PX1307.

6           And you understand, Doctor, that Harry "Butch"

7   Dreany was a staff sergeant combat engineer and a platoon

8   sergeant operating in the Haditha area at the time?

9   A.  That's correct.

10  Q.  And if you'll turn to Page 3, and it's Subparagraph 4 at

11  Paragraph F.  Is that the portion of the declaration that

12  you're referring to?

13  A.  Yes.

14  Q.  Can you go ahead and read that for us.

15  A.  "It was known by us at the time that, after the battle

16  of Fallujah in late 2004, al Qaeda-aligned foreign jihadis

17  had entered the Haditha area bringing with them

18  sophisticated tactics, techniques, and procedures."

19  Q.  And, again, statements like this from Butch Dreany are

20  from on-the-ground witnesses that play a role in your

21  assessment of these attacks; is that right?

22  A.  It is.

23  Q.  And once you established that AQI was in the area, were

24  you also able to determine if there was any high-level AQI

25  leaders in the immediate vicinity of the attack?

 1    A.  Yes.

 2    Q.  And is one of the documents that you relied on PX900

 3    entitled "Chapter Five, Anbar:  Insurgency Grows,

 4    Strengthens, Elections"?

 5    A.  Yes, it is.

 6    Q.  Okay.  If you could take a look at that document,

 7    please, Doctor.  And if you will, on Page 2 of the document,

 8    that section of a paragraph towards the bottom, do you see

 9    that?

10    A.  Yes.

11    Q.  And what does this portion of the document provide you?

12    A.  It's detailing -- well, I could go ahead and read it.

13    Q.  If you'd like to do that, you can, Doctor.

14    A.  Sure.  "The influx of Salafist fighters fleeing Fallujah

15    served as a radicalizing force on the local insurgents --

16    who previously had a more criminal mindset.  At least one

17    ad-hoc AQI terrorist training camp was set up in Haditha to

18    train replacements for those killed in Fallujah."

19         So the two things are, number one, the impact of

20    the influx of fighters from Fallujah; and secondly, the

21    fairly rapid establishment of training camps to sustain

22    their operations.

23    Q.  And if you'd turn to Page 15.  And there's a paragraph

24    in the study specific to Haditha at this time.  Do you see

25    that?

1    A.   Yes.

2    Q.   Okay.   And will you go ahead and read that for us.

3    A.   Sure.   "Haditha's poor security conditions and the

4    prevalence of Islamist ideology helped the city to largely

5    replace Fallujah and Ramadi as a final waypoint for foreign

6    fighters bound for Baghdad.   Near Haditha, AQI leader Aqaba

7    Nafah al-Hayani controlled many of the mosques in Haqlaniyah

8    and Barwanah, conducting armed patrols in the city whenever

9    Coalition forces were not present.   Prior to Operation RIVER

10   BLITZ, Aqaba Nafah al-Hayani, Hamed Dawoud Azawi, and Abu

11   Taha were the major insurgent leaders of Haditha."

12   Q.   Now, aside from establishing that AQI senior leaders

13   were in the area at the time of the attack, what other

14   evidence did you consider that established AQI's dominance

15   in and around the Haqlaniyah area at the time of the attack?

16   A.   I also relied on claims -- on credible claims of

17   responsibility for attacks.   I went over insurgent media in

18   2005, and I found that in this province, Anbar province,

19   Shia groups did not claim responsibility for a single attack

20   over the course of the year while AQI claimed responsibility

21   credibly and authentically for 43 attacks.

22   Q.   And did this include AQI claims of responsibility for

23   attacks in the immediate area and near the same time as this

24   particular attack?

25   A.   Yes.

1   Q.  And how did you perform your criminal responsibility

2   assessment?

3   A.  Two different ways.  One is that at Valens Global we

4   have our own archive of insurgent statements.  Secondly, we

5   also subscribe to services that we regard as credible in

6   this regard.  And across the range of materials we have, I

7   performed a search to turn up all relevant claims of

8   responsibility during 2005.

9   Q.  And, just to be certain, does a terrorist group need to

10  actually claim responsibility for an attack in order for you

11  to be able to attribute the attack to it?

12  A.  No.

13  Q.  And why not?

14  A.  Because, especially in a war zone like Iraq during this

15  period, most attacks are going to go unclaimed.  So

16  generally speaking, I'm working without a claim of

17  responsibility.

18          But claims of responsibility could actually inform

19  an attack in which there is no claim.  So, for example, if

20  we have -- let's say the Haditha area.  If you have, for

21  example, a cluster of 15 Al-Qaeda in Iraq claims of

22  responsibility, and they're all credible and authentic, and

23  they evince a certain kind of TTPs.  Let's say they all use

24  IEDs.  Then you have a 16th attack that goes unclaimed.

25  That means that it's highly likely that it was AQI because

1      they were claiming all the attacks in this area, and they're

2      using the same TTPs employed in the 16th unclaimed attack.

3              So it's not necessary, but even in attacks where

4      there's no claim of responsibility, you might draw powerful

5      evidence from attacks where there were claims.

6      Q.  All right.  Now, along with AQI's dominance in the area

7      you also analyzed the tactics, techniques, and procedures.

8      So let's look at those.

9              And if you could, using the slide that we've

10     previously shown that you've assisted in making for us, can

11     you describe just the TTPs in the attack and how you assess

12     them?

13     A.  Yes.  I think we can start first with the size of the

14     attacking force.  My assessment is that there were around 75

15     to 100 men involved in this attack, and we can see a few

16     attacks of this bellwether set of five in which you have

17     very sizeable attacking forces.

18             So the TTPs that were employed range from, number

19     one, being able to set up, you know, a decoy with the house.

20             Number two, having spotters in the area in order

21     to watch the flow of the convoy in and out.

22             Number three, having multiple locations to attack

23     from.  You know, there was a bridge.  There's an artificial

24     ridge.  There's the mosque there.

25             Number four, being able to coordinate an attack

1      from all these various locations.

2                And number five, the presence of an IED, which

3      also dovetailed with the beginning of this attack.

4      Q.  And what specifically about these TTPs supports your

5      conclusion that AQI likely committed this attack?

6      A.  Two different things.  I'd say number one that it's

7      consistent with other attacks that AQI had carried out in

8      this area at this time; but number two, all of these TTPs

9      point to one single factor, which is that only a group that

10     had area of operations dominance could carry out this

11     attack.  It required having, you know, a large force of

12     people in multiple locations.

13               So number one, they had to be able to blend into

14     the population.

15               Number two, they had to be able to both spot where

16     the convoy was and coordinate across these multiple

17     locations.

18               And number three, in order to be able to benefit

19     from the element of surprise, they needed to be able to

20     roughly coordinate across these locations to attack around

21     the same time.

22     Q.  Okay.  Now, I'd like to turn to your assessment of

23     motive for this attack.  And what did you assess AQI's

24     motive for this attack to be?

25     A.  A few different things; the first being idealogical, and

1    the second being strategic.

2         From an ideological perspective, AQI's animus

3    towards the U.S. and U.S. forces is well known.

4         With respect to strategic reasons, coalition

5    forces were engaged specifically in anti-AQI operations, and

6    Haditha had specific strategic importance to AQI.  You know,

7    its transit lines -- we talked about these transit lines

8    before.  I referred to them as ratlines coming from Syria.

9    But Haditha sat along a crucial AQI supply route.  It began

10   in Syria; it entered Iraq through al-Qa'im in Anbar

11   province; it continued to Ramadi; and it ultimately ended in

12   Baghdad.

13        And, you know, again we have a slide for this, but

14   clearly Haditha is an important link along the chain, and if

15   they lose Haditha, then it has a significant effect on their

16   flow of supplies into the country.

17   Q.  Let's go ahead and pull up the document that you're

18   referring to, and this is PX360.

19        Do you recognize this, Doctor?

20   A.  Yes.

21   Q.  And this is a DOD press briefing slide?

22   A.  That's correct.

23   Q.  And if you would, there's a slide contained -- this is a

24   press briefing by Rear Admiral Smith from January 20, 2008.

25        And if you'll go to I believe it's slide -- there

 1    we go.  Is this the map that you were talking about?

 2    A.  It is, yes.  And it's showing a couple of different

 3    things.  It's showing AQI presence, but it's also showing

 4    where the ratlines come into the country and how supplies

 5    move.

 6             So I mentioned al-Qa'im.  I mentioned Ramadi.

 7    This here is Haditha Dam.  But actually Haditha itself is

 8    more like right there geographically, sitting right along

 9    the supply route going from al-Qa'im to Ramadi to Fallujah

10    and ultimately on into Baghdad.

11    Q.  And I think you were saying the motive was the

12    importance of that particular area along this line; is that

13    right?

14    A.  Yes.

15    Q.  And based on the shading of this map, how do you

16    describe the degree of AQI presence in December 2006 at this

17    point?

18    A.  In December 2006 it was relatively high at that point in

19    time.  Certainly when this attack occurred they were a

20    dominant force in Haditha.

21    Q.  And at this point AQI had even suffered further setbacks

22    since January 2005 in the Anbar province?

23    A.  What was your question?

24    Q.  Hadn't AQI suffered further setbacks in the Anbar

25    province between January 2005 and December 2006?

1    A.   Yes.   You know, this -- so this attack occurred just

2    before Operation River Blitz, which was an operation that

3    was aimed at Haditha that began in February of 2005, and so

4    AQI's position in Haditha would be even stronger in January

5    of 2005 than it would be as the year wore on.

6    Q.   And I believe -- you talked earlier with the Court about

7    Iran's facilitation of these ratlines, as you called them,

8    from the Syrian border.   And this is illustrating exactly

9    what you were discussing at that point; is that --

10   A.   That's correct, yes.

11   Q.   Okay.   And in terms of what these ratlines represented

12   for Iran, how did these types of routes allow Iran to

13   provide to groups in Iraq?

14   A.   They were routes that could be used to move any sort of

15   material or equipment in.   Essentially you had a border

16   which wasn't being controlled; and so weapons would move in,

17   money could move in, fighters could move in.   It made it

18   easy to move things across the country.

19          And we talked before about Iranian support to both

20   Sunni and Shia militant groups.   Ratlines can be used to

21   support either one.   This is one that goes through a

22   predominantly Sunni area, but such support can also be

23   useful for helping the groups that it was more idealogically

24   disposed to want to offer long-term support to, to Shia

25   militant groups.

1  Q.  In your opinion, how did Iran's material support to Al-

2  Qaeda in Iraq contribute to this bellwether attack?

3  A.  In a few different ways.  You know, the first one is the

4  money, which was very helpful at this point in time because

5  they'd just suffered setbacks in Fallujah, as we talked

6  about, and to be able to reconstitute quickly and show a

7  dominant force over other insurgent groups was helpful.

8         Secondly, the flow of weapons.

9         Third, the flow of fighters, including foreign

10  fighters.

11         And then fourth, other kinds of support, such as

12  training, may not have a direct causal effect here, but at

13  least were directionally -- you know, in the same direction

14  where AQI wanted to go.  A lot of the tactics and techniques

15  and procedures being employed here were fairly sophisticated

16  such as the RPG that was fired from the mosque hitting, at a

17  fairly long distance, a moving target.

18  Q.  And do you hold this opinion to a reasonable degree of

19  certainty?

20  A.  I do.

21  Q.  And turning to the next bellwether attack that you

22  considered, were you asked to review an attack that occurred

23  on April 16, 2005?

24  A.  I was.

25  Q.  And what source materials did you review in your

1    consideration of that attack?

2    A.  Similar to other attacks, I looked at U.S. government

3    documents, including ops reports.  I looked at popular press

4    reporting from a number of different sources.  I looked at

5    declarations provided by the plaintiffs.  I looked at

6    secondary sources, including think tank reports and

7    scholarly analysis; and finally, I fairly extensively

8    examined militant groups' claims of responsibility.

9    Q.  All right.  And, again, we have a slide to orient the

10   Court on this attack.  Is this the slide that you helped

11   prepare?

12   A.  Yes.

13   Q.  Okay.  And who have you attributed this attack to?

14   A.  The Camp Ramadi attack?

15   Q.  Yes, sir.

16   A.  The Camp Ramadi attack is Al-Qaeda in Iraq.

17   Q.  And --

18   A.  This has to be an older version of the slide.  It says

19   Ansar al-Islam.

20   Q.  I see.

21          MR. PAULOS:  Do you have a newer version?

22   Q.  So in your report -- we can turn to your report on Page

23   22.  Do you see that?

24   A.  Yes.

25   Q.  And it lays out your attack attribution there?

1    A.  Yes, that's correct.

2    Q.  Okay.  And that says I conclude that AQI committed this

3    mortar attack on Camp Ramadi.

4    A.  Yes, that's correct.  That's what I was saying.

5    Q.  All right.  And you also reviewed the ops report for

6    this attack, correct?

7    A.  Yes.

8    Q.  And in reviewing the ops report --

9         MR. PAULOS:  If you would pull that up for us,

10   Ryan, it's PX1400.

11   Q.  -- you were able to determine the location of the

12   attack, correct?

13   A.  Yes.

14   Q.  And you were also able to determine some additional

15   information about the attack as well; is that right?

16   A.  Yes, that's correct.

17   Q.  Okay.  And, in fact, you prepared a slide showing this

18   attack on Camp Ramadi, correct?

19   A.  Correct.

20   Q.  And how is this attack different than the ones that we

21   just looked at in terms of the type of attack that it was?

22   A.  This is an indirect fire attack.  It's mortar and rocket

23   fire.  "Indirect fire" being fire that travels through the

24   air before hitting a target.

25         The others were masked attacks or ambushes that

1    required a degree of control of an area as opposed to

2    indirect fire.

3    Q.  And where is Ramadi in relation to the Haditha area that

4    we were just talking about?

5    A.  Ramadi is about 150 kilometers to the southwest of

6    Haditha.

7    Q.  Okay.  And other than the ops report, what did you --

8    what else did you consider in order to determine kind of how

9    this attack unfolded, the sequence of events?

10   A.  Witness statements were highly useful, including being

11   able to pinpoint the point of origin of the indirect fire.

12   Q.  And one of those witness statements that you reviewed

13   was the declaration of Todd Jacobus?

14   A.  That's correct.

15   Q.  And that's marked as PX1403?

16   A.  Yes.

17             MR. PAULOS:  If you could pull that up for us,

18   Ryan.

19   Q.  And based on his declaration, you understood that

20   Mr. Jacobus was the commander of the Iowa National Guard,

21   224 Engineer Battalion, and a lieutenant colonel stationed

22   at Camp Ramadi; is that correct?

23   A.  Yes.

24             MR. PAULOS:  And if you would, Ryan, go to Page 3

25   for us.  There you go.

1   Q.  And we've got Paragraph H.  And is this information from

2   Lieutenant Jacobus that you relied on in assessing TTPs?

3   A.  Yes.

4   Q.  And can you go ahead and read the second sentence

5   through the word "howitzer"?

6   A.  "I specifically recall receiving and reviewing the after

7   action reports for the attack, and this reporting indicated

8   the attack involved several 120 millimeter mortars and two

9   107 millimeter rockets.  The attack originated from the

10   Tamim District/neighborhood just short of the City of Ramadi

11   and just South of the Camp Ramadi's Ogden Gate.  The

12   reporting further indicated that the rockets were fired from

13   the back end of a cement truck; one of those struck the

14   M109A6 Paladin Self-Propelled Howitzer."

15   Q.  And do you understand that's the position that

16   Plaintiffs Jauregui, Stevens, and Toy were located at when

17   it was struck?

18   A.  I do.

19   Q.  And in terms of the assessment -- actually, let me ask

20   you this.  In terms of the assessment that there were 107

21   millimeter rockets and 120 millimeter mortars used, how does

22   that affect your assessment of the TTPs?

23   A.  How does that affect my assessment of the TTPs?

24   Q.  What role did that play in your assessment of the TTPs,

25   the types of rockets that were used?

1    A.   The types of rockets?  You know, you had some Iranian

2    support for these specific kinds of rockets provided.  That

3    was something that was useful to my evaluation of the

4    connection to Iran.

5              Secondly, in terms of TTPs connected to AQI, these

6    were also typical of the kinds of rockets that were employed

7    by AQI.

8    Q.   Okay.  Now, you mentioned earlier there were some

9    operations that were going on in the Anbar province

10   subsequent to the January 2005 attack, and I'd like to call

11   your attention to those.

12             MR. PAULOS:  If you could pull up PX981.

13   Q.   Do you recognize that, Doctor?

14   A.   I do.

15   Q.   And this is one of the documents that you considered or

16   that you reviewed in considering the geography during this

17   time frame?

18   A.   That's correct.

19   Q.   Okay.  And if you would go to Page 10, and it's entitled

20   "Proposed Mission."  Do you see that?

21   A.   Yes.

22   Q.   So what do you understand, based on your review of this

23   document and the others related to Operations River Blitz

24   and River Bridge, that those missions were focused on?

25   A.   The missions were focused on clearing Anbar province of

1    insurgents, and in particular, there was a focus on the

2    Haditha area, so this is referring to disrupting, you know,

3    AIF/FRE.  We talked about FRE before, foreign regime forces

4    operating in Anbar province.

5    Q.  And in the report you cite to Operations River Blitz and

6    River Bridge when calling April 2005 a turning point for

7    AQI's campaign of violence in the Anbar province, and can

8    you explain why this was such a pivotal moment for the

9    group.

10   A.  Yes.  Essentially the operations that were being carried

11   out, River Blitz and River Bridge, were designed to disrupt

12   insurgent activities in Anbar governorate.  It was designed

13   to interdict the ratlines between Ramadi, Hit, Haditha, and

14   Husaybah, isolating and discrediting insurgents and

15   controlling access into and out of Ramadi.

16         And I note here that I specifically flagged the

17   discretion of FREs, foreign regime elements.  What this

18   shows is that Operations River Blitz and River Bridge were

19   not just going after the Zarqawi organization.  They were

20   going after the full range of insurgent organizations.  And

21   so this was a period in which Al-Qaeda in Iraq was able to

22   expand rather significantly based on the fact that among the

23   insurgent groups it was the strong horse.

24         As pressure was applied across the range of

25   insurgent groups, a number of different insurgent groups

1    ended up melting into AQI, and thus swelling its numbers and

2    swelling its relative position in the insurgency during this

3    period.

4    Q.  Now --

5              THE COURT:  What does AIF refer to here?

6              THE WITNESS:  AIF, I don't know that acronym off

7    the top of my head.  Anti-Iraq Forces.

8              The range of acronyms --

9              THE COURT:  Is stunning.

10             THE WITNESS:  I think one of them we're going to

11   come across is ACD, which stood for anticoalition donkey,

12   which was at the time a means of deploying bombs.  But like

13   it's one of those either you know it or you don't.

14             THE COURT:  Judge Edwards would be appalled.

15             THE WITNESS:  And rightly so.

16   BY MR. PAULOS:

17   Q.  Doctor, turning back to a document that you discussed

18   before, which was PX900.  And if you go to Page 40, at the

19   bottom of it it actually has a section here entitled

20   "Recovery from AL-FAJR, RIVER BLITZ and RIVER BRIDGE" in

21   April 2005.  Do you see that?

22   A.  I do.

23   Q.  And can you go ahead and read that section.  It carries

24   over on to the next page, which is 41.

25   A.  "By April 2005, the insurgency as a whole was recovering

1   from the damage caused by Coalition operations.  The

2   resilience of the SRE insurgency lay in its continued

3   ability to exert ideological and financial influence in

4   Anbar, with the survival of larger groups dependent upon the

5   ability of their leadership to issue broad operating

6   guidelines to far-flung autonomous cells, enabling them to

7   conduct attacks over an extended time period.  Because of

8   security concerns, insurgent leaders relied more on couriers

9   and personal meetings to communicate with lieutenants,

10  generally only relying on limited electronic communications

11  as a last resort."

12  Q.  And so in terms of the ability for these groups to

13  survive financial influence or being able to maintain

14  financial influence was an important factor in that; is that

15  correct?

16  A.  That's correct.

17  Q.  And if you turn to I think Page 900 and -- or excuse me,

18  Page 42 of PX900, the paragraph there is actually talking

19  specifically about Ramadi in the April 2005 time frame,

20  right?

21  A.  Yes.  That's correct.

22  Q.  Okay.  And can you read that for us.

23  A.  "Another local group now affiliated with AQI, the Abu

24  Harun Group in Ramadi, emerged as the primary threat to the

25  Coalition in the city after RIVER BLITZ and RIVER BRIDGE.

1   IED and VBIED attacks by Sheik Abu Abdullah Abdul Nassir's

2   cell of the Group spiked during RIVER BLITZ in response to

3   the Coalition disrupting their activities and they then

4   began employing suicide bombers during RIVER BRIDGE.  The

5   radicalization of the Abu Harun Group was due in part to the

6   influence of their close ally, AQI leader Sheik Rafa

7   al-Rawi."

8   Q.  Based on the information contained in this declassified

9   CENTCOM document discussing the Anbar province and

10  specifically these operations and what was happening in

11  Ramadi at the time, in your opinion was the April 16, 2005,

12  attack on Camp Ramadi indicative of AQI's efforts to survive

13  and respond in the face of the Operations River Blitz and

14  River Ridge at the time?

15  A.  Yes.

16  Q.  And we touched on the TTPs which involved 107 millimeter

17  rockets and 120 millimeter mortars, but what were the TTPs

18  as you assessed them in this attack?

19  A.  The TTPs, as I assessed them, were, number one, multiple

20  kinds of indirect fire that were fired relatively

21  simultaneously, and secondly, the ability to deliver

22  indirect fire with relative precision.

23  Q.  Okay.  And in terms of indirect fire the types of like

24  rockets and mortars, do you consider the point of origin,

25  where the fire's coming from, in your analysis of the TTPs?

```
 1    A.  Yes.

 2    Q.  Okay.  And what can the point of origin tell you about

 3    the attack?

 4    A.  It can tell you, particularly in a case where you have

 5    multiple kinds of indirect fire, whether a militant group in

 6    question is able to blend into that particular population,

 7    whether it's able to preposition, things like that.

 8    Q.  And were you able to assess the point of origins that

 9    were recorded for the indirect fire in Camp Ramadi on April

10    16th?

11    A.  Yes, I was.  We went over the Jacobus statement

12    previously.  That helps us to identify the point of origin.

13    Q.  And so where were the points of origin for the rockets

14    and mortars that were hitting Camp Ramadi at that time?

15    A.  Where were the points of origin?

16    Q.  Yes.

17    A.  I mean, per the Jacobus statement, it was coming from

18    within Ramadi.

19    Q.  Okay.  So if we'll turn back to that, on Page 3, and

20    you'll see that at the sentence where you left off at the

21    self-propelled howitzer where Plaintiff Jauregui was placed.

22    Do you see that there?

23    A.  That's -- we're on a different page here.

24    Q.  I'm sorry, PX1403.

25              MR. PAULOS:  That's my fault.
```

1    Q.  There again, the bottom, just the bottom of Paragraph H.

2    A.  The launching specifically?

3    Q.  Yes.  He's discussing where the attack originated from,

4    the Tamim District/neighborhood there, and it's also

5    discussing a mortar team that launched from mobile tubes,

6    correct?

7    A.  Correct.

8    Q.  And those were brought to the point of origin, again, on

9    motorcycles.  Do you see that?

10   A.  Yes.

11   Q.  Okay.  And then in the ops report, the point of origin

12   is also provided.  True?

13   A.  Yes.  That's correct, yes.

14   Q.  And so if we'll turn back to that, we'll be able to

15   determine the other point of origin provided there, right?

16   A.  Yes.

17            MR. PAULOS:  Do you have 1300, Ryan?

18   Q.  It's PX1300, Doctor.  There you go.

19            And, Doctor, do you see where it says down here on

20   the last portion of that highlight, it says, seeing a mortar

21   team fire and displacing into the mosque there?

22   A.  Yes.

23   Q.  So from this indirect fire you had multiple points of

24   origin that you were able to determine that were provided

25   for you to review; is that right?

1    A.   That's correct.

2    Q.   And using -- I guess my question is, having multiple

3    points of origin to determine where the insurgents were

4    operating from and out of is helpful in your assessment in

5    terms of attribution, is it not?

6    A.   Yes, it is.

7    Q.   And based on those TTPs and the points of origin, what

8    were you able to determine?

9    A.   Based on the point of origin of those TTPs, I was able

10   to determine that Al-Qaeda in Iraq was the most likely

11   perpetrator of the attack.

12        There are a couple of reasons I would go to.  The

13   first is looking at Al-Qaeda in Iraq claims of

14   responsibility for both direct attacks and also indirect

15   fire attacks in the area in April 2005.  I detail this in

16   the attribution report, but I found that this was consistent

17   with what AQI had been doing.

18        So there's two points of significance.  One is

19   just the point of consistency, which I mentioned, but the

20   second is looking at claims of responsibility around this

21   area it was clear that Al-Qaeda in Iraq was the group that

22   would most frequently carry out attacks.  That meant that

23   for an attack like this, with multiple points of origin --

24   and we just went over in the documents a number of different

25   facts related to that, including mobility, including melting

1  into a mosque in the area, and the like -- that indicates

2  that a group that is more dominant in the area will be more

3  likely to carry out an attack of this sort that involves not

4  just indirect fire but indirect fire coordinated from

5  multiple points of origin that involves a degree of mobility

6  and degree of ability to blend into the urban area.

7  Q.  And I'd like to turn now to your assessment of Iran's

8  connection to this attack.  Did Iran's material support to

9  Al-Qaeda in Iraq, as detailed in your prior report,

10  contribute to this attack?

11  A.  It did.

12  Q.  Okay.  And how so?

13  A.  A few different ways.  First, I would point to our

14  discussion of ratlines and supply lines.  The ability to

15  move mortars, it's different than something like, you know,

16  small arms.  The causal connection to maintaining ratlines

17  into Iraq was significant for an attack like this.

18         Secondly, we detailed the multilayered support

19  that AQI was receiving from Iran at this time.  That helped

20  AQI in the wake of Operation River Blitz and also Operation

21  River Bridge to similar operations occurring during a

22  similar period to maintain its dominance and to swell its

23  numbers.  The group that we -- that you specifically

24  highlighted in one of the documents you went over, the Abu

25  Harim group, is one example of a cell that would attach

1    itself to AQI as AQI's resource dominance and made others

2    want to move into its orbit.

3          And finally, you know, AQI specifically received

4    Iranian mortars and rockets and, you know, the 107

5    millimeters in particular is one that was associated with

6    Iranian degree of supply.

7          Obviously we don't know that they specifically got

8    this from Iran, but, you know, there's a causal connection

9    via the fungibility of weaponry.  You know, any 107

10   millimeter that they received could be used anywhere among

11   its arsenal and in any attack anywhere in the country.

12   Q.  Now, of the five bellwether attacks that you've analyzed

13   and are going to discuss today, the first three attacks

14   we've looked at have involved Al-Qaeda in Iraq, and before I

15   moved on I wanted to ask you about a document that you had

16   provided in one of your prior reports, and that is at

17   Document PX917.

18          Do you recognize this, Doctor?

19   A.  Yes.

20   Q.  What do you understand this to be?

21   A.  General Petraeus, who, at the time, was the commander of

22   the Multinational Force-Iraq, was testifying before the U.S.

23   Congress on April 8th to 9th of 2008, and these were slides

24   that were produced by MNFI based on their best intelligence

25   to support General Petraeus's testimony.

1     Q.  And if you will turn to Page or Slide 8 of PX917, do you

2     see that?

3     A.  Yes.

4     Q.  And what does this slide illustrate?

5     A.  So the Anaconda Strategy is MNFI's overarching strategy

6     against Al-Qaeda in Iraq.

7              On the periphery and less relevant to us is what

8     the elements of the Anaconda Strategy are.  More relevant,

9     though, is what's inside the circle.  This is General

10    Petraeus and MNFI's assessment of what Al-Qaeda in Iraq and

11    other groups require.  And what they require intersects

12    significantly with the support that AQI was receiving from

13    Iran.

14             We talked about the support in terms of weapons.

15    We've talked about how foreign fighters were able to flow

16    through the ratlines coming into Syria.  We talked about how

17    Iran provided safe haven; safe haven intersected with other

18    kinds of needs that AQI had, including the ability to

19    provide senior leader guidance.  We talked about connections

20    vis-a-vis money; not as significant as for Shia groups, but

21    they did receive money from Iran which, in turn, could be

22    parlayed into popular support.

23             So in terms of overall AQI needs, a significant

24    percentage of them intersected with the kind of support that

25    AQI at this time was receiving from Iran.

1          THE COURT:  So this does not say that any of that

2    stuff came from Iran, correct?

3          THE WITNESS:  Correct.  This is just their

4    assessment of AQI's needs.  The additional part of Iranian

5    support is my own analysis.

6          THE COURT:  Okay.  So the military, did they ever

7    assess Iran's contributions to any of these things?

8          THE WITNESS:  The military did assess Iran as a

9    supporter.  You know, the conclusion that Iran was providing

10   support is not just my own.

11         Now, the way is much more of Iranian support

12   vis-à-vis --

13         THE COURT:  Is that assessment documented

14   anywhere?

15         THE WITNESS:  Is there an assessment documented

16   anywhere?  Well, there's an assessment document that we have

17   from actually Al-Qaeda itself talking about the relative

18   role of Iran, which we're just about to present.

19         THE COURT:  But if the U.S. military assessed that

20   Iran was supplying all of these things to AQI, one would

21   think that that would be reflected in a military document

22   someplace.  Wouldn't you?

23         THE WITNESS:  Well, you asked about -- you asked

24   about relative assessment as opposed to just the fact of

25   assessment.

1           The fact of assessment is reflected in multiple

2    military documents.  In terms of relative degree of

3    assessment, I'd say that that is --

4           THE COURT:  I see.

5           THE WITNESS:  -- less displayed.

6           THE COURT:  Okay.

7           THE WITNESS:  So, like, you know, for example,

8    earlier on we talked about the Qods force operatives that

9    were arrested --

10          THE COURT:  Putting aside relative assessment, is

11   there a USG or U.S. military assessment that Iran was

12   supplying one or more of these --

13          THE WITNESS:  Yes.

14          THE COURT:  -- resources to AQI?

15          THE WITNESS:  Yes.  And we can turn up --

16          THE COURT:  Is that assessment documented, and is

17   it cited in your report anyplace?

18          THE WITNESS:  I would have to -- so the answer is

19   yes, there are these assessments.

20          THE COURT:  Okay.

21          THE WITNESS:  But secondly, I'd have to go back

22   into my report and go through the sources.  I don't want to

23   misrepresent what's there and cited in the report.

24          But it's one of those things where, if it's not in

25   there, I could easily put together an addendum which also

1    shows you all of the USG assessments, which I would be

2    absolutely happy to do.

3    BY MR. PAULOS:

4    Q.  Doctor, you just referenced an Al-Qaeda document; is

5    that right?

6    A.  Yes.

7    Q.  And I show you PX911.

8    A.  Yes.

9    Q.  Do you recognize that document?

10   A.  Yes.

11   Q.  And what do you understand this document to be?

12   A.  It's a document that was released by the U.S.

13   intelligence community as part of bin Laden's bookshelf.

14   It's a document that was recovered from Osama bin Laden's

15   compound in Abbottabad, Pakistan, and it's a letter that he

16   wrote to Abu Ayyub al-Masri, who at the time was the head of

17   Al-Qaeda in Iraq.

18   Q.  And, if you would, go to the paragraph that begins with

19   A.  Do you see that?

20   A.  Yes.

21   Q.  Can you go ahead and read that for us.

22   A.  "You did not consult with us on that serious issue that

23   affects the general welfare of all of us.  We expected you

24   would consult with us for these important matters, for as

25   you are aware, Iran is our main artery for funds, personnel,

1    and communication, as well as the matter of hostages."

2    Q.  And so, Doctor, it seems that -- there seems to be some

3    agreement at least amongst what the needs of AQI has

4    according to General Petraeus and what Osama bin Laden

5    himself is assessing that Iran is their main artery for; is

6    that right?

7    A.  Correct.

8    Q.  And you looked at that document.  I believe it was

9    PX360.  That was the map with the red lines.  And are those

10   red lines indicative of the arteries that run through Iraq

11   for which AQI received its material, men, weapons, and

12   financing?

13   A.  They are.

14   Q.  Okay.  And I know that it's not part of what we were

15   focusing on today, but in terms of government documents

16   assessing Iran's support for Al-Qaeda and Al-Qaeda in Iraq,

17   I would ask you, has the U.S. Treasury Department frequently

18   announced various streams of support that Iran has provided

19   for Al-Qaeda and Al-Qaeda in Iraq?

20   A.  Yes.

21   Q.  Okay.  And just generally -- I know it's detailed in

22   your report -- can you discuss what the U.S. Treasury

23   Department has -- some examples of what the U.S. Treasury

24   Department has set forth as some of the methods of support

25   that Iran has provided directly to Al-Qaeda and Al-Qaeda in

1       Iraq?

2       A.  Quickly, to describe the mechanism here, the reference

3       is Treasury designations, and Treasury will designate -- in

4       this case it will be individuals and will designate them for

5       specifically support for AQI or for Al-Qaeda, and there are

6       multiple Treasury designations that get into this.

7               THE COURT:  I am aware of them.

8               THE WITNESS:  Okay.

9       Q.  And then, if we look at the AQI profile that we looked

10      at before -- did I just hand that back to you?  That's

11      PX937.

12              MR. PAULOS:  Can you bring up the first page

13      there.

14      Q.  And if you would -- this, again, is a CENTCOM document

15      declassified and providing the insurgent profile for Al-

16      Qaeda in Iraq, correct?

17      A.  Correct.

18      Q.  And if you go -- there is a -- the paragraph beginning

19      with U, do you see that?

20      A.  Yes.

21              MR. PAULOS:  Can you blow that up for us, Ryan.

22      Q.  And this document, this is actually providing the origin

23      of AMZ -- that is Zarqawi -- and the group that would become

24      Al-Qaeda in Iraq.  Do you see that?

25      A.  Yes.

1    Q.  It says, "The camp's strategic location facilitated easy

2    access to Iraqi Kurdistan via Iran, which made direct

3    contact possible between the jihadists in Afghanistan and

4    the biggest Islamist organization operating in Iraq prior to

5    OIF (Operation Iraqi Freedom):  Ansar al-Islam."  Do you see

6    that?

7    A.  Yes.

8    Q.  This is one example of Iran's material support to Ansar

9    al-Islam and JTG, the group that would become Al-Qaeda in

10   Iraq, in terms of allowing travel and passage across its

11   territory in order for these jihadists to go to Afghanistan

12   or to Iraq to attack Americans.

13   A.  Yes.  Can you zoom out for a second.

14   Q.  Excuse me?

15   A.  Could you zoom out for a second.

16   Q.  Yes.

17             MR. PAULOS:  Go ahead.

18   A.  Yes, correct.  I wanted to see the camp that was the

19   point of reference here.

20   Q.  And you just looked at a letter between Osama bin Laden

21   and the leader of AQI in 2007, Al-Masri, correct?

22   A.  Yes.  Correct.

23   Q.  And there was a photograph that was actually released

24   after you completed your report in this case; is that right?

25   A.  Correct.

1    Q.   Okay.  And I believe it was published on September 2nd,

2    which is after you had completed your report; is that right?

3    A.   Correct.

4    Q.   Let me see if we have the document here.  If not, I'll

5    have to bring it up on the screen.

6            While we're waiting to find that photograph,

7    Doctor, can you tell the Court what it was that was

8    published on September 2nd.

9    A.   There's a recently released document showing three

10   high-level Al-Qaeda leaders, including Saif al-Adel, who is

11   the presumptive successor as the leader of Al-Qaeda

12   following Zawahiri's death showing them out and about in

13   Tehran.  This was something that was verified, according to

14   press reporting, by some U.S. government sources.

15   Q.   And was the publish -- was that photograph in the

16   article related to it published in a *Long War Journal*?

17   A.   Yes.

18   Q.   And I believe the article itself put that photograph

19   being taken about 2015; is that correct?

20   A.   Correct.

21   Q.   And what was that kind of the first photographic

22   evidence of?

23   A.   That was the first photographic evidence of something

24   that, you know, has been shown by various sources for some

25   time, which is the presence of high-level Al-Qaeda leaders

1    in Tehran.

2    Q.  And these are leaders that you've detailed in your

3    report as having received safe haven in Iran during the

4    entire relevant time period for this case, correct?

5    A.  That's correct.

6    Q.  And those are leaders from Al-Qaeda that were able to

7    communicate and send messages and conduct, as we've seen,

8    even through Osama bin Laden's letter to Masri, some command

9    and some control over AQI in Iraq at that time?

10   A.  Certainly to communicate strategic guidance.

11   Q.  Okay.

12          MR. PAULOS:  And, Your Honor, if you would like us

13   to present the treasury documents related to AQI's and Al-

14   Qaeda's financial facilitation network in Iran -- I know

15   it's detailed in his report, but if you have questions about

16   it, we'll --

17          THE COURT:  Understood.  That's not necessary.

18          MR. PAULOS:  Okay.  All right.

19   Q.  Now, Doctor, we just looked at the document that

20   referred to Ansar al-Sunnah and using safe passage through

21   Iran to get into Iraq in the early days of Zarqawi's time

22   there on the border and into Iraq; is that right?

23   A.  Correct.

24   Q.  And, in fact, the slide that you looked at from General

25   Petraeus here actually shows Ansar al-Sunnah as one of these

1    concentric circles with AQI.

2    A.  That's correct, yes.

3    Q.  Is that right?

4         And Zarqawi -- that was an organization that

5    Zarqawi was closely aligned to -- aligned with prior to

6    forming Al-Qaeda in Iraq; is that correct?

7    A.  Yes.

8    Q.  Now, have you concluded that one of the bellwether

9    attacks today can be attributed to that organization, Ansar

10   al-Sunnah?

11   A.  Yes.

12   Q.  And which attack did you conclude was conducted by AAS?

13   A.  It's the April 9, 2008, IED attack in Salah ad-Din

14   province.

15   Q.  Okay.  And what source materials did you consider during

16   your analysis of this attack?

17   A.  Several different kinds.  I considered both the ops

18   report and a subsequent analysis of the attack, documents on

19   Technical Sergeant Capra's death, including an autopsy

20   report, certain documents from the U.S. government and

21   British government.  I considered militant groups' claims of

22   responsibility, and I considered scholarly and think tank

23   analysis.

24   Q.  And have you prepared a slide that summarizes the

25   information about the attack and your opinions?

1    A.  Yes.

2    Q.  And does this slide contain that information correctly

3    this time?

4    A.  It does.

5    Q.  And so this is an attack that occurred in the Golden

6    Hills area of Iraq?

7    A.  That's correct.

8    Q.  And what are the bases of your opinion for this attack?

9    A.  Geography of the attack, TTPs, and the motives possessed

10   by Ansar al-Sunnah.

11   Q.  Okay.  And you mentioned the materials that you relied

12   upon.  One of the documents, again, was the ops report

13   that's been produced by DOD; is that right?

14   A.  Yes.

15   Q.  And PX -- that's marked PX1500.

16   A.  Yes.

17            MR. PAULOS:  And, Your Honor, for the record, this

18   was a document that was produced pursuant to a protective

19   order that the Department of Defense has allowed us to use

20   today so long as we redacted certain information, so we've

21   identified those redactions for the Court.

22            THE COURT:  Very well.

23            MR. PAULOS:  Now, if you would, Ryan, go ahead and

24   blow up that paragraph.

25   Q.  And can you read that for us, Doctor.

1   A.  Sure.  "Recent targeting of dismounted personnel in the

2   Golden Hills has resulted in one interpreter killed in

3   action, two U.S. wounded in action, and one local national

4   killed in action in the last six weeks prior to today's IED.

5   Coalition forces and Sons of Iraq operations have isolated

6   the (redacted) network.  Recent reporting in the vicinity of

7   the attack today indicates that (redacted) cousin is

8   planning and conducting the attacks against coalition forces

9   in the area.  (Redacted) is in charge of the overall group;

10  however, (redacted) has actively continued to disrupt the

11  recent coalition force and Sons of Iraq success in securing

12  the area and denying the Ansar al-Sunna cell sanctuary in

13  the southern Golden Hills."

14          And I'll add that I know what's behind the

15  redaction, but obviously I'm going to honor the redaction in

16  open court.

17  Q.  That was my next question.  Was the information that has

18  been redacted available to you?

19  A.  Yes.

20  Q.  But I'm not asking you what it said and what it is.

21          So based on the ops report, you were able to

22  determine the location of the attack.  And have you prepared

23  a slide to show the Court exactly where this attack

24  occurred?

25  A.  Yes.

1          MR. PAULOS:  Can you go ahead and pull that up,

2     Ryan.

3     Q.  And that's the location of this IED explosion provided

4     by the ops report?

5     A.  It is.

6     Q.  And where is the Golden Hills area in relation to where

7     we've been pretty much this whole day with the other

8     attacks?

9     A.  It's in the Salah ad-Din province, which is directly to

10    the west of Anbar province.

11    Q.  Okay.  So we're no longer in the Anbar province.  We're

12    now in the Salah ad-Din province?

13    A.  Correct.

14    Q.  Other than ops reports, what did you review to determine

15    the sequence of events or how this attack occurred?

16    A.  Following the ops report, there is a second report the

17    result of the investigation; and secondly, the person who is

18    in charge of the investigation produced a witness statement

19    that was also very helpful in understanding the sequence of

20    events here.

21          MR. PAULOS:  And, Your Honor, just for the record,

22    DOD did produce the actual investigations, but they just

23    barely produced it, and we are still trying to confirm if we

24    can produce it with or without redactions for them.  And so

25    we'll supplement the record with the additional DOD reports

1    that Dr. Gartenstein-Ross has been able to review.

2    Q.  So what's been marked as PX1501 is the declaration of

3    Brian Boisselle.  And is this the individual that conducted

4    the post-blast analysis?

5    A.  Yes.

6    Q.  And at Paragraph F, Brian Boisselle states that he was a

7    staff sergeant in the Explosive Ordinance Disposal Team

8    Leader.  It indicates there that he served with Anthony

9    Capra, the plaintiff in this case; is that correct?

10   A.  Yes.

11   Q.  Now, I'd like to turn your attention to Page 2, Doctor.

12   And, if you would, look at Paragraph I.

13           All right.  Will you go ahead and read that for

14   us, Doctor.

15   A.  Sure.  "At approximately 1500 hours, my team had

16   completed our mission and was returning to FOB Paliwoda when

17   I heard the tragic news that Technical Sergeant Capra had

18   been killed while attempting to defuse an IED in the Golden

19   Hills area.  I immediately went to the FOB commander and

20   requested to go to the Golden Hills area and conduct a post-

21   blast analysis of the site.  The FOB commander agreed, but

22   it took some time to assemble a security team to accompany

23   us to the Golden Hills location."  Ellipsing out a bit, "I

24   could instantly see by the effects of the blast that this

25   IED was not typical due to the amount of damage to the area,

1    the size of the crater, and how Technical Sergeant Capra's

2    EOD kit had been propelled about the area.  Normally, it

3    takes 20 to 30 minutes to conduct a post blast analysis, but

4    I needed extra time (approximately one hour) to identify the

5    type of munitions used.  This extra time was due to the

6    amount of extra explosives packed under the artillery

7    projectile dispersing fragments away from the detonation

8    site.  Eventually, I found a fragment of a 122-millimeter

9    artillery projectile as one of the munitions used during the

10   attack.  There was a 2nd trigger in place so that when the

11   122-millimeter projectile moved, an IED would then go off."

12   Q.  Now, Doctor, if you -- I guess it's the next paragraph

13   there.

14         If you would, I believe there's supposed to be a

15   period there after "projectile."  Would you read the last

16   sentence that begins with "The lack of a trigger."

17   A.  Sure.  "The lack of a trigger mechanism, the size of the

18   crater, and previously discovered anti-tampering devices

19   recently discovered in the area of operation suggested that

20   this IED had an anti-tampering component designed to defeat

21   our disarming methods."

22   Q.  And what does the fact that -- what is Brian Boisselle's

23   declaration in terms of its TTPs?  What did that relay to

24   you when you assessed that basis for your opinion?

25   A.  It relayed a very sophisticated IED.  It was an IED

1    specifically designed to defeat the U.S.'s explosive

2    ordinance disposal or EOD measures.  It's one that had a

3    couple of specific components.

4           One is the second trigger such that once the --

5    once there is movement on the IED, it was set to explode.

6           Secondly, it was rigged with more explosives than

7    typically would be found in the 122-millimeter projectile,

8    an additional 30 pounds of explosives.

9           Finally, the fact that it took him so much

10   additional time to actually analyze the IED is another

11   indication of its sophistication.

12   Q.  And does the fact that the IED was designed to defeat

13   DOD counter measures, but the fact that it was actually

14   successfully triggered despite being handled by a well-

15   trained specialist, also indicate anything to you?

16   A.  Yes.  It also indicates the degree of sophistication at

17   play here.

18   Q.  And as part of your assessment for this attack and your

19   attribution determination, you also undertook an effort

20   looking at other groups in the area; is that right?

21   A.  That's correct.

22   Q.  In the report you state that you considered and ruled

23   out those groups who could have possibly committed this

24   attack; is that right?

25   A.  That's correct.

1    Q.   Okay.

2    A.   Go ahead.

3    Q.   I was just about to ask you, can you tell the Court how

4    it is that you performed that assessment.

5    A.   So Shia groups, Shia militant groups, were relatively

6    easy to rule out.  This was an area that was just more

7    conducive to Sunni militant violence due to the geography.

8         I did conclude that, though, it was likely Ansar

9    al-Sunnah, and I should just state that I'm using the name

10   Ansar al-Sunnah because that's what the U.S. called it at

11   the time.  The group was calling itself Ansar al-Islam, but

12   that's immaterial.  These groups change names a lot.

13        But I concluded that there was a possibility that

14   Al-Qaeda in Iraq or the Zarqawi organization could be

15   culpable, though I think that it's actually overwhelmingly

16   likely that it was Ansar al-Sunnah.  But the reason why I

17   thought there was a possibility here is that AQI had made

18   significant gains in Salah ad-Din in 2006 to '07.

19        By late 2007 its operational capacity had

20   declined, but around this same period, in April 2008, a

21   CENTCOM press release shows an AQI attack carried out

22   against a Sons of Iraq base in Salah ad-Din province.

23   Q.   So had you been unable to determine whether it was more

24   likely that Ansar al-Sunnah or Ansar al-Islam -- determined

25   whether it was more likely that AAS or AAI and AQI, if you

1    had been unable to make that determination as to likelihood

2    between the two groups, would that have impacted your

3    ability to connect this attack to Iran had it been one of

4    those two groups?

5    A.   I would have had to take another look at it, but in this

6    case, you know, Iran did provide support to both of them,

7    and also, I think that, you know, as I've gotten more

8    evidence, it's just overwhelmingly likely that it was Ansar

9    al-Sunnah because we have now not just the significant act

10   report, but also much more visibility into the post-blast

11   analysis which makes my initial look at AQI a little bit

12   less relevant.

13   Q.   Okay.  And you also assessed Ansar al-Sunnah's motive

14   for this attack.  Can you describe what it was that you

15   assessed the motive to be.

16   A.   Yes.  At the time the Golden Hills area was known as an

17   Ansar al-Sunnah safe haven, and coalition forces were in the

18   process of trying to deprive Ansar al-Sunnah of safe haven

19   in the area.  And as is detailed within the SIGACT report or

20   the operations report, there was an IED cell associated with

21   Ansar al-Sunnah that was working to thwart coalition efforts

22   to take this territory back.

23           Given that this was an Ansar al-Sunnah safe haven

24   of sorts, and that the cell associated with Ansar al-Sunnah

25   was consistently carrying out IED attacks, I think that

1    provides color as to why they would want to carry out this

2    particular attack.

3              THE COURT:  Was this -- you may not know, but the

4    secondary explosive profile of this particular IED, was that

5    common, or did they expect someone to try to lift out this

6    particular one and lure them to do it?

7              THE WITNESS:  So it's clear that it wasn't common

8    because it took one cell so much additional time to figure

9    out what was going on.

10             But, Your Honor, there's a signature to IEDs, and

11   the signature will be a part of -- will be separate and

12   apart from specific innovations.  Now, there's a little bit

13   that I'm reading in here because there's some information

14   that we don't have, but it seems that they're concluding

15   that the signature, even with this innovation, is consistent

16   with the particular cell that we're discussing that was

17   active in the area.

18             THE COURT:  Pretty dastardly.

19             THE WITNESS:  What?

20             THE COURT:  Pretty dastardly.

21             THE WITNESS:  Yes, definitely.

22   BY MR. PAULOS:

23   Q.  Now, I would like to turn your attention to your

24   analysis of the Iranian connection to this attack.  And in

25   your opinion did Ryan's material support to AAI and AAS, as

1    detailed in your prior report, contribute to this attack?

2    A.  It did, yes.

3    Q.  And how so?

4    A.  In a few different ways.

5            I mean, for AAS, it's one of the most uniquely

6    reliant upon a certain period of Iranian support.  As we

7    talked about with Operation Viking Hammer, AAS's

8    continuation as a militant group was in connection -- and

9    its ability to find safe haven was connected in a but-for

10   causal type way to its ability to operate following

11   Operation Viking Hammer.

12           But secondly, there were a few other connections

13   at play there.  One is that Iran consistently provided

14   support to AAS both before and during the time of the

15   attack, including bolstering its ranks.  As I detail in my

16   Sunni group's report, it facilitated recruitment of Iranian

17   Kurds offering them monthly salaries of $1,500 to bolster

18   AAS's operations in Iraq.

19           Also, Iran specifically facilitated the kind of

20   attack at issue here.  Aiding in the construction of IEDs

21   and monetary support was among the kinds of support that

22   Iran provided to AAS, which, in turn, could help them to

23   facilitate payments for IED and placements.  We know that

24   these payments were occurring around this geographic

25   location around this time.

1          And then finally, there's the issue of safe haven,

2     which helps in multiple ways, including with respect to

3     organizational coherence or ability to maintain areas of

4     safe haven by the organization.

5     Q.  And, Doctor, I want to turn your attention to PX670,

6     which is a document that you've cited that will help detail

7     what you've just described to the Court.  If you would, this

8     is a report provided by -- written by Kimberly Kagan, *The*

9     *Iraq Report*, May 2006 to August 20, 2007.  Do you see that?

10    A.  I do.

11    Q.  And this is a document that you're familiar with?

12    A.  Yes.

13    Q.  And, if you would, first, is this a -- is the source of

14    this document something that is considered reliable and

15    authoritative in counterterrorism study?

16    A.  Yes.

17    Q.  Okay.  And, if you would, turn to Page 7.  Do you see

18    that?

19          Don't worry.  I'm not going to make you read this

20    whole thing, but if you'll just take a look at the first

21    portion of that paragraph.

22    A.  Okay.

23    Q.  There you go.  And here the document is stating that

24    U.S. and British intelligence reports in 2004 concluded that

25    Ansar al-Islam was working closely with Iran and also Al-

1    Qaeda.  And that's consistent with the sources that you have

2    looked at in your analysis in this case, correct?

3    A.  Correct.

4    Q.  And it further goes on to detail further on down that

5    paragraph that "A report by the Iraq Survey Group noted that

6    a source had reported 'approximately 320 Ansar al-Islam

7    terrorists being trained in Iran...for various attack

8    scenarios including suicide bombings, assassinations, and

9    general subversion against U.S. forces in Iraq."  Correct?

10   A.  Correct.

11   Q.  And is that, again, something that has been routinely

12   reported and consistent across the sources that you've

13   considered?

14   A.  Yes, it's consistent with other reporting.

15   Q.  Okay.  And then finally in that paragraph, it indicates

16   that an analyst for U.S. CENTCOM Command offered this

17   assessment, that AI or Ansar al-Islam is actively attempting

18   to improve IED effectiveness and sophistication.  Do you see

19   that?

20   A.  Yes.

21   Q.  And did that -- was that something that contributed to

22   your assessment of the TTPs in this attack in relation to

23   the sophistication of the IED that we've seen in this one?

24   A.  It did, yes.

25   Q.  Okay.  And you hold your opinion as to the attribution

1      of this attack to AAI/AAS to a reasonable degree of

2      certainty?

3      A.  I do.

4      Q.  Doctor, I'd like to turn to our last bellwether attack.

5      A.  Okay.

6      Q.  Were you asked to review an attack that occurred on

7      April 4, 2004?

8      A.  I was.

9      Q.  And what source materials did you consider for your

10     analysis in this attack?

11     A.  I considered a SIGACT report.  I considered witness

12     declarations.  I considered an array of U.S. government

13     documents.  I considered contemporaneous press reporting,

14     think tank, and scholarly analysis as well as multiple

15     books.

16            To be very clear, the Black Sunday attack is

17     famous and is one of the more well-reported-across-multiple-

18     sources attacks that occurred during the course of the Iraq

19     War.

20     Q.  Suffice it to say there's a lot of information out there

21     about what happened on April 4, 2004, correct?

22     A.  That's correct, yes.

23     Q.  And have you prepared a slide that summarizes the

24     information about this attack and your opinions?

25     A.  I have.

1    Q.  And this provides that summary?

2    A.  Yes.

3    Q.  Okay.  And so who have you attributed this attack to?

4    A.  To Jaysh al Mahdi.

5    Q.  And what are the bases of this opinion?

6    A.  The bases are TTPs, the geography of the attack, and the

7    motives for committing the attack.

8    Q.  Okay.  And as part of your review, did you look at the

9    ops report for this attack?

10   A.  I did.

11   Q.  It's marked as PX1100.  Is that it on the screen?

12   A.  Yes.

13   Q.  Okay.  And at the top half that's been highlighted, who

14   is being attributed to the attack in this ops report?

15   A.  Sorry, you said -- I didn't hear you.

16   Q.  The ops report actually identifies an entity that

17   commenced attacks in Baghdad that day, correct?

18   A.  Yes.  And it says Mahdi Army, which is a reference to

19   Jaysh al Mahdi.

20   Q.  And based on this document, were you able to determine

21   the approximate location of the Black Sunday attack?

22   A.  Yes.

23   Q.  Okay.

24           MR. PAULOS:  And if you could pull up the slide,

25   Ryan.

1   Q.  Okay.  And could you just orient the Court with what

2   we're looking at on this slide, Doctor?

3   A.  Yes.  So with respect to the plaintiffs in this case,

4   and with respect to the U.S. military generally, the Black

5   Sunday attack began with one platoon that was pinned down.

6   The story's somewhat well-known, so without getting into

7   great detail, you know, Sadr City, when -- there's a new

8   unit that came -- that had just deployed from Fort Hood to

9   take over this area of operations in Sadr City.  They were

10  expecting a calm deployment, but they found that there was a

11  storm lurking underneath the calm, and that storm, to mix

12  metaphors, started to come to a boil at this point in time.

13          We'll get into -- I know the reasons why, but

14  there's a platoon that was going through Sadr City.  There's

15  a little bit of drama with respect to Jaysh al Mahdi, and

16  suddenly, as they were making their way back to Camp War

17  Eagle, which is the base where they were making their

18  primary point of operations during the course of the

19  deployment, there's something, this calm, all around them,

20  which was broken by massive fire raining down on them.  It

21  was one of the first attacks of the kind that we saw with,

22  you know, hundreds of attackers.  There were IEDs, rockets,

23  small arms fire, machine gun.

24          And so this platoon was pinned down.  Two of its

25  Humvees were rendered inoperable.  Men were out on foot, and

1    so right away a Quick Reaction Force or QRF was dispatched

2    from Camp War Eagle down to the pinned down platoon.

3              This is where we start to get some of the

4    plaintiffs into motion.

5              As the Quick Response Force came in -- this Quick

6    Reaction Force came in, they were hit by multiple IEDs,

7    RPGs, and small arms fire.  They were able to save a number

8    of the -- most of the people who were pinned down in the

9    platoon other than people who were killed in the initial

10   attack.  But that's how the sequence of events here began.

11             Simultaneously you had the Madhi Army make other

12   advances and capture a number of Iraqi police stations

13   around Sadr City, which subsequently had to be dislodged in

14   the insurgence.

15   Q.  And you hinted at it in your response to the question,

16   Doctor, but in April 2004 what was your understanding of the

17   operational environment for coalition personnel who were

18   stationed near Sadr City?

19   A.  It was changing significantly from March to April of

20   2004.  There'd been rising tensions between what was then

21   called the coalition provisional authority and Muqtada al-

22   Sadr, who is the leader of the Sadrist Movement.  Some of

23   this goes back to Sadr's men murdering a rival ayatollah,

24   al-Khoei, K-H-O-E-I, who was friendlier to the coalition.

25             But around March you had a few different things

1    happen.  The Sadrists captured the main mosque in Kufa, and

2    you had -- on March 12th insurgents who were affiliated with

3    Jaysh al Mahdi abduct 18 men in a town near Najaf claiming

4    that they were apostates.

5           So in response to this, the head of the CPA, Paul

6    Bremer, talked to General Ricardo Sanchez, who was leading

7    coalition forces, to see what could be done.  There were

8    already a number of arrest warrants out for many of Sadr's

9    men due to the murder of Ayatollah al-Khoei, which I just

10   mentioned.

11          In any event, there were two major actions which I

12   mentioned which spiked tensions.

13          The first was there was a newspaper associated

14   with the Sadrists called *Al-Hawza* which the CPA ended up

15   closing down; and secondly, there was a relatively high

16   level associate of Muqtada al-Sadr's named Yacoubi, who

17   ended up being -- sorry, Mustafa al-Yacoubi, who ended up

18   getting arrested --

19          THE COURT:  Spell that.

20          THE WITNESS:  Yes, M-U-S-T-A-F-A, A-L hyphen

21   Y-A-C-O-U-B-I.

22   A.  So he was arrested, and these two actions taken

23   together, the shutting of *Al-Hawza* and Yacoubi's arrest,

24   ended up spiking tensions at the very beginning of April.

25   Q.  Thank you, Doctor.

 1            And do you have an understanding, based on your

 2      review, of which militant organization had control of Sadr

 3      City at the time of this attack?

 4      A.   Yes.  It was Jaysh al Mahdi.

 5      Q.   And I believe that your assessment also included an

 6      evaluation of JAM's motive, which I think may have been

 7      encapsulated in the answer you just provided --

 8      A.   Yes.

 9      Q.   -- but that was also something that you considered was

10      the motive?

11      A.   Yes, absolutely.

12            And one other aspect of the motive that wasn't

13      present in what I just explained is that in addition to the

14      closing of *Al-Hawza* and in addition to the arrest of

15      Yacoubi, this was actually a broader offensive that the

16      Sadrists were taking across multiple cities.  So the other

17      thing motive-wise is that this was part of a broader

18      campaign that they were launching at the beginning of April.

19      Q.   And along with the motive you assessed the TTPs; is that

20      correct?

21      A.   Yes.

22      Q.   And can you describe for the Court the tactics,

23      techniques, and procedures that were used in this particular

24      attack?

25      A.   Yes.  I'd say there were a lot, but perhaps the top

1     three we can distill it down to would be a complex ambush

2     with multiple simultaneous attackers; secondly, a mass

3     attack using small arms, RPGs, and IEDs; and third, a salvo

4     that was part of a broader mobilization or part of a broader

5     campaign.

6     Q.  And, Doctor, you previously submitted a report that

7     provides an assessment of Iranian report to JAM and its

8     related Shiite military groups, and I believe that's PX4.

9     Can you generally describe for the Court the types of

10    material support that JAM received from Iran.

11    A.  Yes.  It received -- the four types I'd highlight would

12    be first funding; second, weaponry, including many of the

13    weapons, types of weapons, that were used in this attack;

14    third, training; and fourth, safe haven ultimately including

15    for Muqtada al-Sadr.

16    Q.  Now, in your opinion, Doctor, how is Iran support

17    for JAM connected to its ability to commit the attack on

18    April 4, 2004?

19    A.  In a few different ways.

20              I think the first and most important was that it

21    facilitated the Sadrist dominance over Sadr City.  Some of

22    the members of coalition forces who were in the area

23    described Muqtada al-Sadr's control over Sadr City as being

24    like Saddam Hussein's mechanisms of maintaining control.

25    You know, police would report to him.  He had control over

1    services being provided and the like, something which

2    multilayered support, including funding, can help to ensure.

3              Secondly, it enhanced the operational capacity,

4    the ability to carry out a complex simultaneous attack such

5    as this one.

6              Third, you know, the high degree of weaponry that

7    this showed, you know, from RPGs to IEDs and the like, bore

8    a causal connection to Iranian support.

9              And then finally, you know, training relates to

10   sophistication, and, you know, all of this culminates in

11   size, the ability to amass an attack of this scale.

12   Q.  Okay.  Do you hold this opinion to a reasonable degree

13   of certainty, Doctor?

14   A.  Yes, I do.

15             MR. PAULOS:  Just one last thing, Your Honor.  I

16   don't want to leave this hanging.  I referenced a photograph

17   that had been recently released.  That has been marked as

18   PX721.  It's not in your binder.  May I approach?

19             THE COURT:  Sure.

20   Q.  Doctor, we'll bring it up on the screen for you.  Is

21   this the photograph that we were talking about?

22   A.  Yes.

23   Q.  Okay.

24             MR. PAULOS:  And, if you would, Ryan, go ahead and

25   go to the last two paragraphs of the article.

1          The last two paragraphs, I'm sorry.  Right there,

2     "The presence of top Al Qaeda leaders inside Iran."  There

3     you go.

4     Q.  All right.  There it says, Doctor, "The presence of top

5     Al Qaeda leaders inside Iran has been documented by the U.S.

6     government in numerous designations over the years."  Do you

7     see that?

8     A.  Yes.

9     Q.  In the next paragraph it says, "In addition to keeping

10    tabs on senior Al Qaeda figures inside Iran, the U.S.

11    Treasury and State Departments have repeatedly exposed

12    Iran's, quote, secret deal with the Sunni jihadists.  Under

13    an agreement with the Iranian regime, al Qaeda's maintained

14    its core facilitation pipeline inside Iran.  And the

15    Iranians have allowed this facilitation network to operate

16    even though Iran and Al Qaeda are on opposite sides of the

17    conflicts in Syria and Yemen."  Correct?

18    A.  Correct.

19    Q.  And Iran's senior leadership was present and able to

20    communicate with cells in Iraq during the entire time frame

21    of this case; is that right?

22    A.  You said Iran senior leadership.  I think you meant Al-

23    Qaeda senior leadership, but yes.

24    Q.  Okay.  And just to end the day, General Petraeus

25    identified, as one of the main leads of Al-Qaeda in order to

1    function in Iraq as a group, an AQ senior leader guidance;

2    is that right?

3    A.  Correct.

4    Q.  Okay.  And it is your opinion that Iran facilitated the

5    support to provide that need to AQI?

6    A.  Yes.  That part's very clear from letters being sent

7    between them and the like.

8              MR. PAULOS:  All right.  I don't have any further

9    questions, Your Honor.

10             THE COURT:  Okay.  I just have one general

11   observation and maybe one or two questions.

12             So obviously your testimony today is not subject

13   to cross-examination.

14             THE WITNESS:  Yes.

15             THE COURT:  I will not hear from any competing

16   expert for Iran.  Iran has chosen not to appear, and they

17   obviously or it will suffer consequences from having done

18   that, and one of them is not being able to put on an

19   opposing case.

20             But I have an independent responsibility to ensure

21   that these folks have presented proof up to the applicable

22   standard, and so I guess my general question is, have any of

23   these groups disavowed responsibility for the attacks, those

24   that you've attributed responsibility for, or has Iran

25   denied providing support to any of these groups?  And are

1  you aware of any, you know, USG analysis or private analysis

2  that might call into question the conclusions that you have

3  drawn?

4          THE WITNESS:  That's a great set of questions,

5  Your Honor.

6          To answer the three one by one, none of the groups

7  have denied responsibility.  This is something that I always

8  look to in evaluating claims.  It's entirely consistent with

9  what they've done.

10         Second, in terms of whether Iran has denied

11  responsibility, other than kind of general statements being

12  made, I don't know of any kind of significant denial of

13  responsibility.

14         I would contend that in terms of expert analysis,

15  there isn't much in the way of expert analysis that

16  disagrees with this, but I want to kind of actually give a

17  little bit of a lay of the land, because you asked before

18  about DOD documents, and obviously I've been kind of

19  thinking about that since you asked those questions earlier.

20         And one thing I can say is that during this period

21  the DOD was definitely not at all chest-beating about

22  Iranian support for AQI, and there's a significant reason

23  for that.  They also did not chest-beat about Iranian

24  support for Syria.  And the reason why they were relatively

25  quiet is because there were two countries that were

1    supporting an insurgency and killing large numbers of U.S.

2    soldiers, and they didn't have an effective way to respond.

3    Obviously the U.S. was not going to invade Iran, and U.S.

4    military operations were relatively limited.

5             So getting into the expert lay of the land, you

6    have a little bit of experts sniping, not necessarily a

7    factual dispute but sniping, and I think the sniping relates

8    to the question of what should we do with Iran, right?

9             The Iran deal and the JCPOA, these are things that

10   are somewhat contested, and I think that one -- you know,

11   one thing that's occurring -- that I've observed as

12   occurring in expert analysis is sometimes people will read

13   what they want policy-wise into factual analyses.  And so

14   there are, I'd say, expert contentions about kind of -- they

15   tend to be more focused on where we are in 2021 and 2022,

16   but you have kind of experts sniping about things like what

17   was the Iranian role in the Houthi intervention in Yemen

18   towards the beginning of the Yemeni civil war.  There's some

19   kind of expert contention about the core facilitation

20   pipeline.  Even though it comes from Al-Qaeda, there will be

21   some experts who will emphasize a bit more the house arrest

22   part and a bit less the freedom of mobility part.

23            So I think that if you look at it as, you know,

24   blind men groping an elephant with the experts being blind

25   men, which I think is perhaps appropriate, sometimes experts

1    will latch on to a certain part of the elephant and say this

2    is what the elephant is.

3         But when it comes to, you know, the specifics of

4    the fact that support was flowing in, I don't think that's

5    seriously disputed.  I think you'll find within the U.S.

6    military, if you talk to virtually anybody who was active

7    during this period, everyone was well aware of Iranian

8    support flowing to a variety of groups.  They were also well

9    aware of what we talked about at the very outset, which is

10   that this wasn't a simple relationship.

11        It wasn't simply a relationship where Iran

12   supported Al-Qaeda and Al-Qaeda in Iraq, and that was it.

13   Instead, it was a relationship that was fraught with

14   fissures in terms of fighting and the like.

15        So I fully endorse your statement that it's so

16   important for you to serve as an arbiter of fact here, and,

17   you know, for me as well.  I take seriously my own job as an

18   expert because, as you know, my job isn't to help the

19   plaintiffs.  It's the voir dire.  It's to tell the truth.

20   And I think it's fair to represent that what I'm saying here

21   represents, you know, largely a consensus view where the

22   consensus will differ a little bit when you get to the

23   degree of support questions.

24        Some people will say that the support had a large

25   causal effect.  Some will say that it had a smaller causal

 1     effect.  That's where I think that most of the dispute will

 2     end up lying.

 3                THE COURT:  Okay.  Thank you.

 4                Anything else?

 5                MR. PAULOS:  I've got a binder for you.  I

 6     promised I'd get you it, Your Honor.  It's for the plaintiff

 7     fact sheet for Anthony Capra.  It's Exhibit PX1501 and

 8     PX1517.

 9                THE COURT:  Very well.

10                Dr. Gartenstein-Ross, thank you very much for your

11     testimony.  You are excused.  Have a good day.

12                THE WITNESS:  Thank you, Your Honor.

13                THE COURT:  And you're local, right?

14                THE WITNESS:  I'm in North Carolina.

15                THE COURT:  You're in North Carolina.  Safe

16     travels.  You're a Duke guy, right?

17                THE WITNESS:  I am, right.

18                THE COURT:  All right.  What's tomorrow morning?

19                MR. PAULOS:  Tomorrow morning we'll hear about

20     another five bellwether attacks.  I believe it's Bellwether

21     Attacks 6 through 10, and then we will hear from our expert

22     witness, Lee Walters.

23                THE COURT:  Okay.  Great.  Just one question about

24     general case management.  Did you folks consider pursuing

25     sort of a class certification here?  Why did you choose to

1     go this route instead of that route?

2                 MR. PAULOS:  Your Honor, in terms of, I guess --

3                 THE COURT:  You can step down.

4                 MR. PAULOS:  This case, from a class certification

5     or a class action standpoint, when we first looked at the

6     case and the evidence, we assessed that there were while

7     pockets of similar cases and, you know, maybe you could look

8     at a group of attacks at a certain area, certain time frame,

9     like what Dr. Gartenstein-Ross did for us in terms of

10    looking at attacks that had overlapping similarities, we

11    felt that it was more appropriate to do an individual

12    personal injury action because of the unique questions based

13    on damages and also the groups and the streams of material

14    support that those groups were receiving overtime.

15                THE COURT:  Do you know of any other courts that

16    have certified classes in these multiple victim/multiple

17    attack Iran cases?

18                MR. PAULOS:  I do not, Your Honor, and, you know,

19    my -- and my experience, and my law firm does class actions,

20    is that most class actions usually have an almost -- like a

21    financial or a measurable amount of damages that could be

22    easily assessed across a class.

23                THE COURT:  You can do a liability class and then

24    individual damages actions.

25                MR. PAULOS:  Yes, certainly, or consumer-type

1    class actions where everybody was affected in through the

2    same set of facts or same sort of wrongful conduct and in a

3    similar measurable way.

4            THE COURT:  But no other legal impediment from

5    pursuing class status?

6            MR. PAULOS:  I'm not a class action specialist so

7    I don't want to say something that doesn't comport with the

8    law.

9            THE COURT:  More out of curiosity than anything

10   else.

11           All right.  If there's nothing else, we are

12   adjourned for today.  We will see you at -- counsel, are we

13   on track?

14           MR. PAULOS:  Yes, Your Honor, and I think, in

15   fact, we might actually get ahead of schedule tomorrow.  And

16   I don't want to --

17           THE COURT:  Why don't we say 9:30.

18           MR. TESELLE:  9:30's fine.

19           (Whereupon the hearing was

20            adjourned at 5:05 p.m.)

21

22

23

24

25

1              **CERTIFICATE OF OFFICIAL COURT REPORTER**

2

3                    I, LISA A. MOREIRA, RDR, CRR, do hereby

4        certify that the above and foregoing constitutes a true and

5        accurate transcript of my stenographic notes and is a full,

6        true and complete transcript of the proceedings to the best

7        of my ability.

8              Dated this 20th day of September, 2022.

9

10                                      /s/Lisa A. Moreira, RDR, CRR
                                        Official Court Reporter
11                                      United States Courthouse
                                        Room 6718
12                                      333 Constitution Avenue, NW
                                        Washington, DC 20001
13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$1,500** [1] - 211:17

**'**

**'03** [1] - 58:18
**'04** [2] - 58:18, 81:5
**'05** [1] - 58:19
**'07** [1] - 208:18
**'3** [1] - 79:11
**'approximately** [1] - 213:6
**'show** [1] - 158:7
**'the** [2] - 158:1, 158:6
**'three** [1] - 149:11
**'three-ring** [1] - 149:11
**'we** [1] - 158:11
**'weapons** [1] - 157:21

**/**

**/s/Lisa** [1] - 230:10

**0**

**00** [1] - 127:22

**1**

**1** [4] - 1:10, 10:20, 17:3, 89:16
**1.5** [1] - 123:6
**10** [7] - 27:6, 54:16, 54:19, 54:21, 149:12, 182:19, 227:21
**100** [1] - 172:15
**1006** [1] - 16:22
**107** [5] - 181:9, 181:20, 186:16, 191:4, 191:9
**10:30** [1] - 54:15
**10th** [2] - 30:19, 30:22
**11** [1] - 114:14
**11:05** [1] - 66:14
**12** [4] - 1:5, 148:20, 158:19, 166:1
**120** [3] - 181:8, 181:21, 186:17
**122-millimeter** [3] - 206:8, 206:11, 207:7
**12:30** [1] - 113:5
**12th** [1] - 218:2
**13** [2] - 80:6, 129:10
**1300** [1] - 188:17
**13B** [1] - 80:7
**13th** [28] - 19:19, 24:2, 24:11, 25:15, 25:19, 25:21, 25:22, 27:22, 28:9, 28:14, 28:20,

31:2, 32:6, 35:2, 37:23, 44:25, 45:3, 45:10, 45:12, 47:21, 51:16, 51:21, 53:7, 140:16, 143:18, 143:24, 159:18, 161:21
**14** [4] - 13:17, 146:7, 160:16, 160:24
**14th** [27] - 19:19, 24:2, 25:16, 28:19, 28:21, 30:25, 31:3, 31:6, 32:6, 34:3, 34:9, 35:2, 37:23, 44:25, 45:3, 47:25, 48:3, 48:4, 51:16, 51:21, 53:7, 140:16, 142:24, 143:18, 144:3, 159:18, 161:21
**15** [15] - 9:12, 12:6, 12:11, 14:14, 19:10, 27:6, 54:16, 54:19, 62:11, 69:17, 95:7, 161:14, 169:23, 171:21
**15-minute** [1] - 54:21
**150** [1] - 180:5
**1500** [1] - 205:15
**16** [6] - 77:8, 81:18, 82:6, 83:3, 177:23, 186:11
**1605A(c)** [1] - 8:24
**16th** [3] - 171:24, 172:2, 187:10
**17** [2] - 76:12, 78:19
**18** [3] - 57:15, 91:15, 218:3
**18-2248** [1] - 3:3
**1977** [1] - 91:18
**1986** [1] - 42:23
**1996** [2] - 22:18, 92:9
**1999** [2] - 57:15, 120:18
**1:18-cv-02248-CRC** [1] - 1:4
**1:40** [1] - 113:5
**1st** [4] - 23:9, 44:10, 93:16, 150:6

**2**

**2** [9] - 11:2, 11:14, 11:25, 19:18, 127:22, 143:3, 147:3, 169:7, 205:11
**20** [7] - 19:8, 66:14, 69:17, 71:19, 174:24, 206:3, 212:9
**200** [1] - 40:24

**2000** [1] - 92:4
**20001** [2] - 1:22, 230:13
**2001** [1] - 43:2
**2002** [1] - 120:19
**2003** [12] - 10:23, 12:3, 30:4, 30:10, 78:17, 93:3, 115:18, 133:1, 133:13, 134:10, 134:14, 135:13
**2004** [38] - 19:19, 23:5, 23:20, 23:22, 23:24, 35:11, 37:19, 44:8, 44:22, 58:13, 58:25, 59:1, 59:23, 66:3, 66:4, 79:11, 81:6, 89:16, 91:25, 93:4, 94:2, 94:4, 110:19, 140:16, 140:22, 144:17, 146:9, 146:11, 147:19, 148:8, 157:9, 168:16, 212:24, 214:7, 214:21, 217:16, 217:20, 220:18
**2004)** [1] - 161:24
**2004/2005** [1] - 44:6
**2005** [27] - 55:4, 56:17, 57:5, 58:13, 66:23, 67:1, 77:8, 81:18, 82:6, 83:3, 163:10, 165:25, 167:6, 170:18, 171:8, 175:22, 175:25, 176:3, 176:5, 177:23, 182:10, 183:6, 184:21, 184:25, 185:19, 186:11, 189:15
**2006** [5] - 175:16, 175:18, 175:25, 208:18, 212:9
**2007** [4] - 156:21, 198:21, 208:19, 212:9
**2008** [5] - 88:24, 174:24, 191:23, 201:13, 208:20
**2010** [1] - 120:21
**2011** [7] - 10:23, 12:3, 115:18, 133:1, 134:10, 134:15, 135:14
**2014** [1] - 120:22
**2015** [2] - 146:5, 199:19
**2016** [1] - 123:10
**2017** [1] - 123:1
**2018** [1] - 42:16

**2019** [1] - 123:1
**202** [1] - 1:23
**2020** [2] - 123:11, 128:19
**2021** [3] - 42:14, 42:17, 225:15
**2022** [3] - 1:5, 225:15, 230:8
**20th** [1] - 230:8
**22** [2] - 36:18, 178:23
**224** [1] - 180:21
**24** [2] - 57:13, 149:3
**24-hour** [1] - 50:21
**25th** [1] - 34:11
**26** [8] - 55:4, 56:17, 57:5, 66:23, 66:25, 163:10, 165:25, 167:6
**26th** [5] - 64:20, 66:5, 66:8, 73:20, 75:7
**28** [1] - 8:24
**2nd** [4] - 93:15, 199:1, 199:8, 206:10

**3**

**3** [7] - 12:4, 55:1, 146:7, 147:4, 168:10, 180:24, 187:19
**3,000** [1] - 151:7
**3-5** [1] - 147:9
**30** [6] - 34:20, 71:19, 127:15, 166:20, 206:3, 207:8
**30-minute** [1] - 19:8
**300** [1] - 96:5
**316** [1] - 1:15
**320** [1] - 213:6
**32502** [1] - 1:16
**333** [2] - 1:22, 230:12
**354-3187** [1] - 1:23
**360** [1] - 163:23
**3:00** [1] - 161:12
**3rd** [4] - 23:9, 44:10, 95:2, 150:7

**4**

**4** [14] - 12:22, 13:1, 13:7, 18:10, 77:7, 89:16, 91:25, 94:2, 94:4, 110:19, 168:10, 214:7, 214:21, 220:18
**4,000** [1] - 151:7
**40** [2] - 73:25, 184:18
**400** [1] - 96:5
**41** [1] - 184:24
**42** [1] - 185:18

**43** [1] - 170:21
**435-7067** [1] - 1:17
**45** [2] - 18:10, 90:25
**454** [1] - 8:19
**47** [1] - 117:19
**48** [1] - 57:8
**4th** [9] - 94:9, 94:10, 94:12, 95:4, 95:24, 96:23, 96:25, 97:7, 101:23

**5**

**5** [1] - 88:14
**50** [4] - 61:11, 66:9, 73:25, 162:7
**52** [1] - 150:5
**5:05** [1] - 229:20
**5th** [1] - 93:15

**6**

**6** [4] - 148:6, 148:13, 148:20, 227:21
**600** [1] - 1:16
**6718** [2] - 1:21, 230:12
**6th** [1] - 5:16

**7**

**7** [2] - 147:2, 212:17
**70** [1] - 166:2
**75** [2] - 106:24, 172:14
**762** [2] - 33:14, 63:7

**8**

**8** [4] - 22:18, 53:10, 114:14, 192:1
**8404** [2] - 43:17, 57:22
**850** [1] - 1:17
**8th** [1] - 191:23

**9**

**9** [2] - 88:24, 201:13
**9/11** [1] - 145:10
**900** [1] - 185:17
**937** [1] - 160:15
**99** [2] - 5:6, 5:17
**9:08** [1] - 1:6
**9:30** [1] - 229:17
**9:30's** [1] - 229:18
**9th** [1] - 191:23

**A**

**a)(1** [1] - 10:8
**a.m** [1] - 1:6
**AAI** [2] - 208:25, 210:25
**AAI/AAS** [1] - 214:1

**AAS** [7] - 139:11, 201:12, 208:25, 210:25, 211:5, 211:14, 211:22
**AAS's** [2] - 211:7, 211:18
**Abbottabad** [1] - 195:15
**abduct** [1] - 218:3
**Abdul** [1] - 186:1
**Abdullah** [1] - 186:1
**Abigail** [1] - 36:24
**ability** [26] - 39:25, 110:22, 135:5, 153:5, 153:10, 155:24, 155:25, 156:8, 159:17, 160:7, 161:6, 185:3, 185:5, 185:12, 186:21, 190:6, 190:14, 192:18, 209:3, 211:9, 211:10, 212:3, 220:17, 221:4, 221:11, 230:7
**able** [64] - 4:5, 29:14, 33:20, 33:24, 36:6, 40:2, 46:18, 46:19, 70:18, 72:12, 72:14, 82:3, 84:6, 84:16, 86:8, 86:18, 99:20, 105:13, 106:10, 108:7, 108:13, 109:16, 132:1, 138:9, 142:15, 144:22, 151:11, 152:11, 155:2, 155:22, 156:7, 160:8, 165:13, 167:14, 168:24, 171:11, 172:19, 172:25, 173:13, 173:15, 173:18, 173:19, 177:6, 179:11, 179:14, 180:11, 183:21, 185:13, 187:6, 187:7, 187:8, 188:14, 188:24, 189:8, 189:9, 192:15, 200:6, 203:21, 205:1, 215:20, 217:7, 222:19, 223:18
**Abrams** [1] - 102:23
**absent** [1] - 159:23
**absolutely** [8] - 10:5, 35:3, 114:10, 136:1, 137:7, 152:24, 195:2, 219:11

**absorb** [1] - 70:10
**absorbed** [1] - 107:18
**Abu** [9] - 144:15, 146:12, 162:17, 170:10, 185:23, 186:1, 186:5, 190:24, 195:16
**AC** [1] - 110:6
**academic** [3] - 121:14, 127:9, 141:3
**Academy** [1] - 129:6
**accepted** [4] - 11:23, 125:15, 126:19, 127:5
**access** [2] - 183:15, 198:2
**accommodate** [1] - 6:18
**accommodation** [1] - 18:23
**accompanied** [1] - 94:19
**accompany** [2] - 110:3, 205:22
**according** [3] - 159:6, 196:4, 199:13
**account** [1] - 151:3
**accounted** [1] - 69:23
**accounting** [1] - 88:5
**accurate** [2] - 117:13, 230:5
**accurately** [2] - 62:14, 117:9
**ACD** [1] - 184:11
**Achelis** [1] - 128:12
**achieve** [1] - 58:4
**Achievement** [1] - 23:14
**acronym** [6] - 67:8, 99:24, 122:4, 122:6, 146:11, 184:6
**acronyms** [1] - 184:8
**Act** [1] - 10:10
**act** [1] - 209:9
**acting** [1] - 109:22
**action** [14] - 8:25, 58:10, 73:15, 103:1, 103:4, 103:6, 181:7, 203:3, 203:4, 228:5, 228:12, 229:6
**Action** [3] - 3:3, 23:15, 44:17
**actionable** [1] - 149:2
**actions** [6] - 218:11, 218:22, 228:19, 228:20, 228:24, 229:1
**active** [6] - 92:7, 117:11, 147:22, 147:23, 210:17,

226:6
**actively** [2] - 203:10, 213:17
**activities** [5] - 17:14, 126:8, 142:14, 183:12, 186:3
**actor** [1] - 124:3
**actors** [11] - 122:6, 122:11, 123:16, 123:25, 125:19, 128:14, 129:15, 129:18, 130:5, 130:8, 133:11
**Actors** [1] - 124:1
**acts** [3] - 10:15, 130:2, 130:4
**actual** [2] - 16:4, 204:22
**ad** [6] - 169:17, 201:13, 204:9, 204:12, 208:18, 208:22
**ad-Din** [5] - 201:13, 204:9, 204:12, 208:18, 208:22
**ad-hoc** [1] - 169:17
**add** [2] - 17:5, 203:14
**addendum** [1] - 194:25
**addition** [4] - 128:5, 219:13, 219:14, 222:9
**additional** [9] - 17:10, 17:24, 18:17, 179:14, 193:4, 204:25, 207:8, 207:10, 210:8
**address** [1] - 18:15
**addressing** [1] - 8:11
**Adel** [1] - 199:10
**adhered** [1] - 131:18
**adjoining** [1] - 149:1
**adjourned** [2] - 229:12, 229:20
**Admiral** [1] - 174:24
**admitted** [6] - 5:24, 14:25, 15:1, 17:7, 117:16, 165:10
**adopted** [1] - 56:3
**ADOR** [1] - 90:8
**advance** [4] - 4:2, 122:8, 133:11, 145:15
**advanced** [1] - 72:4
**advances** [1] - 217:12
**advantage** [1] - 145:16
**aerial** [1] - 149:3
**Affairs** [1] - 127:24
**affect** [2] - 181:22, 181:23

**affected** [10] - 35:25, 37:1, 37:24, 39:24, 74:6, 75:14, 76:8, 110:19, 110:20, 229:1
**affects** [2] - 38:16, 195:23
**affiliated** [6] - 45:9, 106:19, 158:10, 158:12, 185:23, 218:2
**affiliation** [1] - 73:10
**affirm** [1] - 124:23
**affirmed** [2] - 119:18, 119:20
**afforded** [1] - 54:1
**Afghanistan** [6] - 118:14, 145:9, 145:13, 198:3, 198:11
**afternoon** [3] - 19:11, 114:25, 161:12
**afterwards** [1] - 32:14
**age** [1] - 96:6
**agencies** [1] - 8:22
**agents** [1] - 157:20
**ago** [2] - 111:7, 111:9
**agree** [2] - 117:3, 155:14
**agreed** [1] - 205:21
**agreement** [2] - 196:3, 222:13
**ahead** [23] - 5:15, 62:4, 146:9, 148:18, 150:15, 157:5, 157:19, 158:4, 162:10, 168:14, 169:12, 170:2, 174:17, 181:4, 184:23, 195:21, 198:17, 202:23, 204:1, 205:13, 208:2, 221:24, 229:15
**Al** [1] - 213:17
**aid** [18] - 60:9, 64:23, 64:24, 70:4, 73:7, 86:8, 86:12, 86:18, 86:20, 86:23, 86:25, 87:6, 87:19, 107:19, 109:23, 109:24, 110:8, 110:9
**aiding** [1] - 211:20
**AIF** [2] - 184:5, 184:6
**AIF/FRE** [1] - 183:3
**aimed** [3] - 49:17, 72:8, 176:3
**air** [3] - 61:10, 148:23, 179:24
**aircraft** [3] - 61:10,

61:11, 65:15
**AK-47** [2] - 27:1, 105:15
**AK-47s** [3] - 33:12, 61:11, 64:14
**AI** [73] - 19:19, 23:25, 25:4, 45:8, 45:9, 73:18, 118:10, 121:2, 127:16, 129:16, 129:20, 134:20, 137:1, 141:19, 143:20, 144:13, 144:18, 146:2, 147:23, 148:1, 155:17, 156:18, 158:10, 160:18, 160:21, 164:24, 167:8, 171:21, 177:1, 178:16, 183:21, 189:10, 189:13, 189:21, 190:9, 191:14, 192:6, 192:10, 193:17, 195:4, 195:17, 196:16, 196:19, 196:25, 197:5, 197:15, 197:24, 198:9, 198:21, 199:10, 199:11, 199:25, 200:6, 200:13, 201:6, 208:14, 212:25, 218:14, 218:23, 219:14, 222:2, 222:5, 222:10, 222:16, 222:22, 222:25, 225:20, 226:12
**AL** [2] - 184:20, 218:20
**al** [71] - 1:3, 1:7, 3:4, 118:10, 118:15, 129:19, 129:20, 129:21, 129:23, 133:15, 134:21, 134:22, 138:8, 139:1, 139:4, 144:15, 146:12, 146:14, 146:16, 147:1, 158:2, 158:11, 159:6, 162:13, 168:16, 170:7, 170:10, 174:10, 175:6, 175:9, 178:19, 186:7, 195:16, 198:5, 198:9, 199:10, 200:20, 200:25, 201:10, 202:10, 203:12,

208:9, 208:10,
208:11, 208:16,
208:24, 209:9,
209:13, 209:17,
209:18, 209:21,
209:23, 209:24,
212:25, 213:6,
213:17, 215:4,
215:19, 216:15,
217:21, 217:24,
218:3, 218:9,
218:16, 218:17,
219:4, 220:15,
220:23, 222:13
**al-Adel** [1] - 199:10
**AL-FAJR** [1] - 184:20
**al-Haq** [1] - 129:23
**Al-Hawza** [3] - 218:14,
218:23, 219:14
**al-Hayani** [2] - 170:7,
170:10
**al-Islam** [10] - 129:19,
134:22, 178:19,
198:5, 198:9,
208:11, 208:24,
212:25, 213:6,
213:17
**Al-Karmah** [1] - 23:25
**al-Khoei** [2] - 217:24,
218:9
**al-Masri** [1] - 195:16
**Al-Masri** [1] - 198:21
**al-Qa'im** [4] - 162:13,
174:10, 175:6, 175:9
**Al-Qaeda** [50] - 19:19,
25:4, 45:8, 45:9,
73:18, 121:2,
127:16, 129:16,
129:20, 137:1,
141:19, 144:18,
147:23, 148:1,
155:17, 156:18,
164:24, 167:8,
171:21, 178:16,
183:21, 189:10,
189:13, 189:21,
190:9, 191:14,
192:6, 192:10,
193:17, 195:4,
195:17, 196:16,
196:19, 196:25,
197:5, 197:24,
198:9, 199:10,
199:11, 199:25,
200:6, 201:6,
208:14, 222:25,
225:20, 226:12
**al-Qaeda** [2] - 146:14,
146:16
**al-Qaeda's** [1] - 147:1

**al-Qods** [1] - 158:2
**al-Rawi** [1] - 186:7
**al-Sadr** [1] - 220:15
**al-Sadr's** [2] - 218:16,
220:23
**al-Sunna** [2] - 158:11,
203:12
**al-Sunnah** [18] -
129:20, 139:1,
139:4, 200:20,
200:25, 201:10,
202:10, 208:9,
208:10, 208:16,
208:24, 209:9,
209:17, 209:18,
209:21, 209:23,
209:24
**al-Sunnah's** [1] -
209:13
**al-Sunnah/Ansar** [1] -
134:21
**al-Yacoubi** [1] -
218:17
**al-Zarqawi** [1] - 146:12
**Alagar** [1] - 69:7
**alcohol** [1] - 112:18
**alcoholic** [1] - 112:17
**alert** [1] - 51:23
**Alexander** [1] - 89:18
**aligned** [4] - 137:10,
168:16, 201:5
**alive** [4] - 31:22,
50:16, 50:17, 70:18
**allegations** [1] -
116:16
**allegedly** [1] - 9:12
**allegiance** [2] -
144:17, 146:24
**alleys** [2] - 95:15,
104:5
**Alliances** [1] - 158:20
**allied** [1] - 152:19
**allies** [1] - 143:22
**Allose** [1] - 110:8
**allotted** [1] - 5:3
**allow** [4] - 125:18,
138:4, 155:3, 176:12
**allowed** [7] - 4:7,
92:16, 139:6,
155:17, 159:4,
202:19, 222:15
**allowing** [3] - 92:18,
198:10
**allows** [1] - 13:22
**ally** [2] - 136:9, 186:6
**almost** [5] - 151:24,
151:25, 154:12,
154:23, 228:20
**Alpha** [1] - 93:15
**amass** [1] - 221:11

**ambiguous** [1] - 155:6
**ambulatory** [1] - 70:2
**ambush** [1] - 220:1
**ambushed** [1] -
166:13
**ambushes** [1] - 179:25
**amended** [3] - 5:16,
16:14, 16:18
**America** [3] - 92:19,
120:20, 120:22
**America's** [1] - 18:24
**American** [6] - 8:20,
95:18, 129:2, 129:3,
150:22
**Americans** [4] - 10:16,
150:24, 151:1,
198:12
**Ameriqi** [1] - 95:18
**ammo** [1] - 102:9,
107:23, 108:18
**amount** [7] - 13:11,
138:16, 139:16,
166:15, 205:25,
206:6, 228:21
**amputated** [1] - 70:17
**amputation** [1] - 47:19
**amputees** [1] - 70:13
**AMZ** [4] - 146:11,
147:5, 147:10,
197:23
**AMZ's** [1] - 146:23
**Anaconda** [2] - 192:5,
192:8
**analyses** [1] - 225:13
**analysis** [34] - 15:9,
122:24, 123:18,
123:23, 124:6,
125:18, 130:1,
131:12, 140:19,
141:3, 141:5,
147:19, 159:10,
163:13, 163:24,
178:7, 186:25,
193:5, 201:16,
201:18, 201:23,
205:4, 205:21,
206:3, 209:11,
210:24, 213:2,
214:10, 214:14,
224:1, 224:14,
224:15, 225:12
**analyst** [1] - 213:16
**analyze** [2] - 14:20,
207:10
**analyzed** [3] - 15:9,
172:7, 191:12
**Anbar** [23] - 139:22,
140:23, 156:19,
157:11, 158:16,
160:22, 162:13,

163:19, 167:16,
169:3, 170:18,
174:10, 175:22,
175:24, 182:9,
182:25, 183:4,
183:7, 183:12,
185:4, 186:9,
204:10, 204:11
**Anderson** [2] - 163:23,
163:25
**Andres** [2] - 29:9, 34:4
**Andrew** [1] - 55:5
**anesthesia** [1] - 87:6
**Angelo** [3] - 56:20,
56:21, 56:25
**anger** [3] - 37:12,
37:15, 39:20
**angry** [2] - 75:15,
75:16
**animosity** [1] - 159:2
**animus** [1] - 174:2
**announced** [1] -
196:18
**annoyed** [1] - 36:8
**Ansar** [31] - 129:19,
134:21, 138:25,
139:1, 139:4,
158:11, 178:19,
198:5, 198:8,
200:20, 200:25,
201:9, 202:10,
203:12, 208:8,
208:10, 208:11,
208:16, 208:24,
209:8, 209:13,
209:17, 209:18,
209:21, 209:23,
209:24, 212:25,
213:6, 213:17
**answer** [1] - 131:10,
194:18, 219:7, 224:6
**Anthony** [4] - 88:16,
89:18, 205:8, 227:7
**anti** [8] - 61:10, 61:11,
65:15, 136:19,
174:5, 184:7,
206:18, 206:20
**anti-aircraft** [3] -
61:10, 61:11, 65:15
**anti-AQI** [1] - 174:5
**anti-Iraq** [1] - 184:7
**anti-Shia** [1] - 136:19
**anti-tampering** [2] -
206:18, 206:20
**anticipated** [1] - 4:6
**anticipating** [1] -
156:10
**anticoalition** [1] -
184:11
**antisocial** [2] - 36:2,

39:21
**anxiety** [2] - 74:23,
75:5
**anyplace** [1] - 194:17
**apart** [2] - 69:18,
210:12
**apologize** [3] - 51:25,
52:1, 65:10
**apostates** [1] - 218:4
**appalled** [1] - 184:14
**Appeals** [2] - 119:20,
121:10
**appear** [3] - 18:23,
120:11, 223:16
**appearance** [1] -
125:7
**APPEARANCES** [1] -
1:13
**appeared** [2] - 1:19,
18:6
**appearing** [2] - 6:20,
41:15
**applicable** [1] - 223:21
**applied** [3] - 18:3,
127:1, 183:24
**applies** [1] - 7:6
**apply** [1] - 123:15
**applying** [1] - 124:6
**appoint** [1] - 13:9
**appreciate** [4] - 4:17,
5:14, 18:4, 156:13
**appreciation** [1] - 38:2
**apprehend** [1] - 67:4
**approach** [8] - 3:6,
21:11, 55:21, 78:4,
90:10, 104:14,
115:11, 221:18
**approaches** [1] -
132:8
**appropriate** [4] - 5:20,
109:18, 225:25,
228:11
**approximate** [2] -
71:17, 215:21
**April** [40] - 77:8, 81:18,
82:5, 83:3, 88:24,
89:16, 91:25, 93:2,
94:2, 94:4, 94:9,
94:10, 94:12, 95:2,
95:4, 95:24, 96:23,
96:25, 97:7, 101:23,
110:19, 148:21,
177:23, 183:6,
184:21, 184:25,
185:19, 186:11,
187:9, 189:15,
191:23, 201:13,
208:20, 214:7,
214:21, 217:16,
217:19, 218:24,

219:18, 220:18
**AQ** [1] - 223:1
**Aqaba** [2] - 170:6, 170:10
**AQI** [65] - 144:16, 146:15, 152:14, 152:17, 158:16, 158:18, 159:16, 160:15, 160:21, 160:24, 161:4, 161:5, 162:20, 162:24, 163:3, 167:4, 167:14, 168:23, 168:24, 169:17, 170:6, 170:12, 170:20, 170:22, 171:25, 173:5, 173:7, 174:5, 174:6, 174:9, 175:3, 175:16, 175:21, 175:24, 177:14, 179:2, 182:5, 182:7, 184:1, 185:23, 186:6, 189:17, 190:19, 190:20, 191:1, 191:3, 192:12, 192:18, 192:23, 192:25, 193:20, 194:14, 196:3, 196:11, 197:5, 197:9, 198:21, 200:9, 201:1, 208:17, 208:21, 208:25, 209:11, 223:5, 224:22
**AQI's** [14] - 155:25, 156:8, 165:2, 168:1, 170:14, 172:6, 173:23, 174:2, 176:4, 183:7, 186:12, 191:1, 193:4, 200:13
**AQJ** [1] - 146:2
**Arabia** [1] - 151:20
**Arabian** [1] - 150:21
**Arabians** [1] - 151:21
**Arabic** [2] - 96:8, 96:17
**arbiter** [1] - 226:16
**archive** [1] - 171:4
**area** [65] - 9:23, 23:24, 59:10, 67:8, 68:5, 71:4, 82:10, 88:24, 94:11, 94:13, 94:19, 95:25, 101:13, 105:10, 116:21, 122:16, 126:11, 128:13, 148:2, 154:7, 155:19,

159:14, 159:21, 163:4, 167:4, 168:1, 168:8, 168:17, 168:23, 170:13, 170:15, 170:23, 171:20, 172:1, 172:6, 172:20, 173:8, 173:10, 175:12, 176:22, 180:1, 180:3, 183:2, 189:15, 189:21, 190:1, 190:2, 190:6, 202:6, 203:9, 203:12, 204:6, 205:19, 205:20, 205:25, 206:2, 206:19, 207:20, 208:6, 209:16, 209:19, 210:17, 216:9, 220:22, 228:8
**areas** [14] - 36:3, 60:7, 129:13, 130:8, 130:9, 139:15, 139:19, 139:22, 143:23, 151:23, 154:3, 154:4, 212:3
**arise** [3] - 8:24, 9:8, 98:4
**arisen** [2] - 9:10, 9:17
**Arizona** [1] - 91:8
**arm** [2] - 151:12, 158:8
**armed** [2] - 149:25, 170:8
**armor** [4] - 99:14, 100:1, 107:4, 107:18
**arms** [12] - 107:2, 133:25, 147:8, 153:6, 153:20, 159:2, 166:14, 166:23, 190:16, 216:23, 217:7, 220:3
**Army** [14] - 20:20, 78:21, 79:18, 80:5, 92:11, 92:12, 92:14, 92:15, 96:19, 123:9, 140:24, 141:2, 215:18, 217:11
**arrangement** [2] - 140:1, 148:1
**array** [2] - 133:14, 214:12
**arrest** [5] - 137:4, 218:8, 218:23, 219:14, 225:21
**arrested** [3] - 194:9, 218:18, 218:22
**arrival** [1] - 93:12
**arrived** [2] - 26:6, 93:11
**arsenal** [1] - 191:11

**Arsiaga** [5] - 101:16, 101:17, 101:20, 101:21, 108:5
**arteries** [1] - 196:10
**artery** [2] - 195:25, 196:5
**article** [6] - 156:21, 157:12, 158:3, 199:16, 199:18, 221:25
**articles** [3] - 127:20, 127:21, 127:25
**articulating** [1] - 40:6
**artificial** [1] - 172:23
**artillery** [4] - 65:20, 80:10, 206:6, 206:9
**Asa'ib** [1] - 129:23
**aside** [3] - 137:12, 170:12, 194:10
**asleep** [2] - 38:15, 38:16
**aspect** [3] - 40:1, 154:13, 219:12
**aspects** [3] - 38:7, 139:12, 140:5
**Assad** [1] - 139:25
**assassinations** [1] - 213:8
**assemble** [3] - 133:20, 135:5, 205:22
**assembled** [9] - 29:15, 31:14, 31:16, 48:22, 68:5, 98:17, 99:5, 99:7
**assembling** [1] - 31:9
**assembly** [1] - 99:4
**assess** [8] - 4:22, 72:14, 137:20, 172:11, 173:23, 187:8, 193:7, 193:8
**assessed** [11] - 13:21, 167:23, 186:18, 186:19, 193:19, 206:24, 209:13, 209:15, 219:19, 228:6, 228:22
**assessing** [4] - 36:10, 181:2, 196:5, 196:16
**assessment** [36] - 15:5, 39:15, 63:20, 74:5, 108:14, 119:6, 140:13, 168:21, 171:2, 172:14, 173:22, 181:19, 181:20, 181:22, 181:23, 181:24, 189:4, 190:7, 192:10, 193:4, 193:13, 193:15, 193:16, 193:24,

193:25, 194:1, 194:3, 194:10, 194:11, 194:16, 207:18, 208:4, 213:17, 213:22, 219:5, 220:7
**assessments** [2] - 194:19, 195:1
**asset** [1] - 74:14
**assigned** [22] - 23:8, 24:7, 44:9, 44:10, 59:4, 59:10, 59:15, 64:19, 66:25, 67:2, 67:20, 68:7, 71:9, 80:13, 80:15, 82:18, 93:6, 93:7, 93:13, 93:15, 93:17, 93:19
**assignment** [1] - 44:13
**assist** [10] - 13:2, 22:5, 29:22, 31:10, 48:23, 50:9, 115:8, 116:1, 116:24, 158:15
**assistance** [7] - 43:23, 99:2, 108:8, 134:3, 134:25, 135:1, 135:9
**assistant** [1] - 75:20
**assisted** [2] - 52:16, 133:23, 172:10
**associate** [3] - 35:1, 75:6, 218:16
**associated** [11] - 6:22, 9:22, 35:5, 153:12, 153:20, 159:6, 164:6, 191:5, 209:20, 209:24, 218:13
**Association** [3] - 129:2, 129:3, 129:4
**assume** [2] - 4:19, 124:23
**asylum** [1] - 118:14
**AT4** [1] - 108:18
**Atlantic** [1] - 127:23
**attach** [1] - 190:25
**attached** [3] - 56:6, 61:24, 62:10
**attachment** [1] - 5:6
**Attack** [3] - 19:17, 55:1, 77:7
**attack** [192] - 10:19, 12:7, 12:9, 13:24, 13:25, 14:8, 15:22, 17:19, 19:16, 19:18, 24:1, 32:4, 34:3, 35:24, 36:25, 45:11, 53:21, 54:25, 55:3, 56:17, 64:20, 72:15, 73:9, 73:19, 74:5, 74:6, 75:6, 77:6,

77:8, 88:17, 88:23, 89:1, 89:15, 89:16, 91:21, 94:2, 109:12, 110:6, 111:16, 113:2, 125:1, 125:2, 125:21, 125:24, 125:25, 126:3, 126:9, 126:13, 126:15, 126:17, 126:18, 132:1, 135:1, 136:24, 140:13, 140:15, 140:19, 141:2, 141:9, 141:18, 141:21, 141:22, 141:23, 142:3, 142:16, 142:19, 143:7, 143:17, 144:14, 145:24, 147:17, 147:18, 148:4, 148:11, 156:17, 159:17, 163:8, 163:9, 163:22, 164:1, 164:10, 164:22, 164:23, 165:2, 165:7, 165:10, 165:14, 165:16, 168:25, 170:13, 170:15, 170:19, 170:24, 171:10, 171:11, 171:19, 171:24, 172:2, 172:11, 172:15, 172:22, 172:25, 173:3, 173:5, 173:11, 173:20, 173:23, 173:24, 175:19, 176:1, 177:2, 177:21, 177:22, 178:1, 178:10, 178:13, 178:14, 178:16, 178:25, 179:3, 179:6, 179:12, 179:15, 179:18, 179:20, 179:21, 179:22, 180:9, 181:7, 181:8, 181:9, 182:10, 186:12, 186:18, 187:3, 188:3, 189:11, 189:23, 190:3, 190:8, 190:10, 190:17, 191:11, 198:12, 201:12, 201:13, 201:16, 201:18, 201:25, 202:5, 202:8, 202:9, 203:7, 203:22, 203:23, 204:15,

206:10, 207:18, 207:24, 208:21, 209:3, 209:14, 210:2, 210:24, 211:1, 211:15, 211:20, 213:7, 213:22, 214:1, 214:4, 214:6, 214:10, 214:16, 214:24, 215:3, 215:6, 215:7, 215:9, 215:14, 215:21, 216:5, 217:10, 219:3, 219:24, 220:3, 220:13, 220:17, 221:4, 221:11, 228:17

**attacked** [11] - 9:22, 37:18, 45:7, 45:8, 50:24, 66:7, 73:11, 143:24, 144:4, 148:20, 164:3

**attackers** [1] - 152:11, 216:22, 220:2

**attacking** [4] - 32:8, 105:22, 172:14, 172:17

**attacks** [77] - 8:21, 8:23, 9:5, 9:11, 9:13, 9:15, 9:18, 9:19, 9:23, 10:25, 11:9, 11:12, 12:6, 12:11, 12:13, 12:19, 12:21, 13:3, 14:3, 14:4, 14:20, 15:10, 15:12, 15:14, 18:12, 44:24, 73:20, 115:20, 115:24, 116:9, 116:17, 125:3, 131:13, 132:2, 133:18, 134:6, 135:13, 139:2, 140:11, 142:23, 143:17, 152:9, 152:13, 153:7, 155:18, 158:12, 161:21, 168:21, 170:17, 170:21, 170:23, 171:15, 172:1, 172:3, 172:5, 172:16, 173:7, 178:2, 179:25, 185:7, 186:1, 189:14, 189:15, 189:22, 191:12, 191:13, 201:9, 203:8, 204:8, 209:25, 214:18, 215:17, 216:21, 223:23, 227:20, 228:8, 228:10

**Attacks** [1] - 227:21
**attain** [2] - 22:23, 79:18
**attained** [2] - 43:11, 155:21
**attempting** [4] - 148:21, 162:14, 205:18, 213:17
**attention** [22] - 6:3, 15:24, 18:21, 50:23, 66:22, 75:22, 78:22, 81:17, 96:12, 111:8, 122:13, 142:5, 145:18, 146:7, 148:5, 161:9, 161:22, 182:11, 205:11, 210:23, 212:5
**attribute** [2] - 51:21, 171:11
**attributed** [9] - 19:19, 139:2, 141:18, 164:23, 178:13, 201:9, 215:3, 215:14, 223:24
**attributing** [1] - 118:23
**attribution** [15] - 116:8, 125:24, 125:25, 126:18, 130:1, 130:24, 144:12, 147:19, 155:16, 161:20, 178:25, 189:5, 189:16, 207:19, 213:25
**attributions** [1] - 140:13
**August** [4] - 79:11, 81:5, 81:6, 212:9
**Austin** [5] - 20:12, 20:13, 39:2, 39:11, 39:25
**Australia** [1] - 128:25
**authentic** [1] - 171:22
**authentically** [1] - 170:21
**authenticate** [1] - 124:11
**authenticating** [2] - 119:2, 124:14
**authentication** [2] - 125:12, 130:3
**authenticity** [2] - 56:3, 126:4
**author** [1] - 127:14
**authoritative** [2] - 156:25, 212:15
**authority** [1] - 217:21
**automatic** [2] - 29:8, 29:12

**automobiles** [1] - 104:19
**autonomous** [1] - 185:6
**autopsy** [1] - 201:19
**available** [7] - 12:21, 13:12, 15:9, 53:15, 124:8, 144:20, 203:18
**avenue** [2] - 103:12, 104:23
**Avenue** [2] - 1:22, 230:12
**avenues** [1] - 96:4
**award** [1] - 58:10
**awards** [6] - 23:10, 23:13, 44:15, 58:7, 58:11, 93:22
**aware** [12] - 9:17, 24:24, 33:10, 50:20, 73:10, 84:11, 97:6, 195:25, 197:7, 224:1, 226:7, 226:9
**Awareness** [1] - 123:10
**awesome** [1] - 48:15
**ay** [1] - 61:8
**ayatollah** [1] - 217:23
**Ayatollah** [2] - 97:4, 218:9
**ays** [2] - 61:6, 61:7
**Ayyub** [1] - 195:16
**Azawi** [1] - 170:10

## B

**B-L-Y-T-H-E** [1] - 91:10
**Ba'athification** [1] - 152:25
**Ba'athists** [1] - 153:14
**Babil** [1] - 162:16
**bachelor's** [1] - 120:17
**backed** [1] - 134:20
**background** [4] - 62:22, 120:16, 154:1, 154:25
**backing** [1] - 147:1
**backyard** [1] - 45:25
**Bacolod** [1] - 42:19
**bad** [3] - 27:17, 112:18, 158:12
**badge** [1] - 93:25
**Badr** [2] - 129:23, 133:15
**bag** [2] - 63:15, 63:18
**bagged** [1] - 49:24
**Baghdad** [12] - 89:17, 93:8, 93:21, 96:1, 100:17, 147:7,

157:21, 162:14, 170:6, 174:12, 175:10, 215:17
**bags** [1] - 64:12
**Bahrain** [1] - 42:16
**bait** [3] - 34:6, 144:6, 152:20
**balconies** [1] - 104:5
**bandaged** [1] - 50:4
**bands** [2] - 96:7, 106:16
**banged** [1] - 51:22
**bank** [2] - 138:5, 138:6
**banks** [1] - 60:7
**banned** [1] - 96:9
**Bar** [1] - 129:4
**barely** [1] - 204:23
**bargain** [1] - 118:5
**barrels** [1] - 65:15
**barricaded** [2] - 26:24, 29:7
**barriers** [2] - 83:5, 83:7
**Barwanah** [1] - 170:8
**BAS** [1] - 70:19
**base** [12] - 68:1, 72:13, 73:4, 81:13, 82:16, 83:25, 86:20, 93:9, 108:11, 142:2, 208:22, 216:17
**based** [31] - 25:2, 33:1, 38:6, 48:2, 72:1, 82:8, 131:4, 131:17, 132:14, 135:18, 139:23, 142:15, 143:16, 150:1, 151:3, 152:8, 156:17, 163:2, 175:15, 180:19, 182:22, 183:22, 186:8, 189:7, 189:9, 191:24, 203:21, 215:20, 219:1, 228:12
**bases** [10] - 130:16, 141:20, 141:22, 142:2, 147:13, 164:25, 165:6, 202:8, 215:5, 215:6
**basic** [4] - 79:7, 79:12, 79:14, 136:12
**basis** [3] - 76:20, 76:22, 206:24
**battalion** [2] - 32:24, 67:23
**Battalion** [6] - 23:9, 44:10, 59:6, 93:15, 150:7, 180:21
**Battle** [2] - 140:22, 143:19

**battle** [5] - 148:7, 149:6, 154:11, 156:3, 168:15
**battlefield** [1] - 149:21
**Battles** [1] - 161:23
**bayah** [1] - 144:17
**Baylen** [1] - 1:15
**bears** [2] - 134:5, 135:12
**beat** [1] - 224:23
**beating** [1] - 224:21
**became** [2] - 73:10, 146:14
**become** [8] - 42:22, 50:19, 75:19, 92:3, 92:16, 111:2, 197:23, 198:9
**becoming** [2] - 51:11, 112:16
**bed** [1] - 70:9
**BEFORE** [1] - 1:11
**began** [9] - 25:24, 58:15, 58:21, 97:9, 174:9, 176:3, 186:4, 216:5, 217:10
**begin** [3] - 25:18, 43:5, 67:16
**beginning** [9] - 146:9, 146:18, 147:5, 162:20, 173:3, 197:18, 218:24, 219:18, 225:18
**begins** [5] - 149:8, 149:9, 150:6, 195:18, 206:16
**begun** [1] - 162:23
**behalf** [5] - 18:19, 120:2, 120:5, 120:8, 122:19
**behavior** [1] - 39:21
**behind** [9] - 62:12, 62:13, 69:14, 96:11, 101:16, 102:6, 104:3, 203:14
**Bellwether** [7] - 19:17, 55:1, 77:7, 88:14, 89:15, 143:3, 227:20
**bellwether** [24] - 9:3, 9:12, 9:15, 10:19, 12:11, 12:14, 12:23, 13:5, 14:10, 18:12, 113:2, 115:20, 115:24, 116:9, 116:17, 131:13, 163:7, 172:16, 177:2, 177:21, 191:12, 201:8, 214:4, 227:20
**belong** [1] - 82:16
**belonged** [1] - 25:1

**belongs** [1] - 131:19
**BELTRAN** [3] - 2:10, 90:3, 90:8
**Beltran** [7] - 89:17, 89:23, 90:7, 90:9, 90:12, 90:24, 111:23
**BELTRAN-SOTO** [2] - 2:10, 90:3
**Beltran-Soto** [6] - 89:23, 90:7, 90:9, 90:12, 90:24, 111:23
**bench** [1] - 101:4
**benches** [1] - 99:13
**benefit** [1] - 173:18
**best** [10] - 12:15, 46:8, 49:24, 50:5, 98:18, 105:3, 106:3, 107:16, 191:24, 230:6
**bets** [1] - 136:14
**better** [2] - 53:6, 109:7
**between** [24] - 14:5, 41:5, 58:13, 72:6, 72:9, 83:5, 83:6, 87:18, 91:15, 115:18, 151:7, 156:2, 157:13, 158:25, 159:2, 162:22, 175:25, 183:13, 198:3, 198:20, 209:2, 217:20, 223:7
**big** [1] - 26:10
**bigger** [1] - 108:18
**biggest** [2] - 154:3, 198:4
**bill** [1] - 150:22
**Bill** [1] - 156:22
**billeting** [1] - 108:17
**billetings** [1] - 98:16
**bin** [7] - 146:13, 146:24, 195:13, 195:14, 196:4, 198:20, 200:8
**binder** [15] - 21:8, 55:22, 56:4, 56:5, 56:10, 61:16, 61:22, 78:6, 78:23, 89:3, 90:12, 116:11, 142:6, 221:18, 227:5
**binders** [3] - 5:12, 21:9, 115:7
**bird** [1] - 164:21
**birth** [1] - 145:1
**birthday** [1] - 30:19
**bisected** [1] - 148:14
**bit** [18] - 32:4, 70:22, 107:10, 112:13, 112:14, 133:4, 138:22, 140:4,

151:11, 205:23, 209:11, 210:12, 216:15, 224:17, 225:6, 225:21, 225:22, 226:22
**bite** [1] - 98:12
**Black** [3] - 214:16, 215:21, 216:4
**black** [3] - 27:9, 104:10, 155:1
**blame** [1] - 30:11
**blanks** [1] - 158:13
**blast** [14] - 27:13, 27:14, 46:1, 46:4, 53:16, 70:10, 72:20, 94:3, 107:2, 205:4, 205:21, 205:24, 206:3, 209:10
**blasted** [1] - 47:12
**blasts** [1] - 47:18
**bleeding** [3] - 49:22, 49:23, 70:5
**blend** [3] - 173:13, 187:6, 190:6
**blind** [2] - 225:24
**blinded** [1] - 27:17
**blindness** [1] - 46:22
**Blitz** [7] - 176:2, 182:23, 183:5, 183:11, 183:18, 186:13, 190:20
**BLITZ** [4] - 170:10, 184:20, 185:25, 186:2
**blocked** [1] - 104:14
**blocking** [3] - 49:2, 49:5, 104:17
**blood** [2] - 49:23, 75:18
**blow** [8] - 29:2, 35:18, 37:7, 114:13, 157:15, 197:21, 202:24
**blow-up** [1] - 114:13
**blowing** [1] - 69:4
**blown** [3] - 45:23, 70:14, 148:15
**blunt** [1] - 47:17
**Blythe** [3] - 91:4, 91:7, 91:9
**board** [2] - 128:4, 136:15
**boarding** [2] - 99:11, 99:12
**boat** [1] - 71:8
**boats** [2] - 61:6, 62:10
**boatyard** [1] - 73:7
**bodies** [1] - 129:8
**Bodman** [1] - 128:12
**body** [5] - 27:13,

51:22, 72:19, 107:4, 107:18
**Boies** [1] - 121:11
**boil** [2] - 165:25, 216:12
**Boisselle** [2] - 205:3, 205:6
**Boisselle's** [1] - 206:22
**bolster** [1] - 211:17
**bolstering** [2] - 152:6, 211:15
**bomb** [2] - 107:2, 107:8
**bombers** [1] - 186:4
**bombings** [1] - 213:8
**bombs** [3] - 105:16, 105:19, 184:12
**booby** [2] - 26:15, 144:1
**book** [2] - 38:8, 123:25
**books** [3] - 127:14, 127:15, 214:15
**bookshelf** [1] - 195:13
**boot** [1] - 22:18
**Border** [1] - 122:25
**border** [6] - 61:3, 151:15, 152:1, 176:8, 176:15, 200:22
**bore** [2] - 155:2, 221:7
**born** [8] - 20:15, 42:18, 42:19, 56:24, 56:25, 77:21, 91:17, 91:18
**borne** [1] - 154:1
**bother** [1] - 30:12
**bottom** [10] - 141:15, 146:17, 149:8, 150:12, 160:25, 162:19, 169:8, 184:19, 188:1
**bound** [1] - 170:6
**Bowling** [2] - 55:5, 166:22
**box** [2] - 63:7, 65:18
**boxes** [2] - 65:17, 65:19
**brain** [6] - 28:13, 46:8, 46:11, 46:13, 51:18, 75:4
**branch** [5] - 22:19, 43:3, 57:16, 78:20, 92:10
**brand** [1] - 150:22
**brat** [1] - 20:20
**bravest** [1] - 18:24
**Bravo** [1] - 80:6
**breaching** [1] - 166:4
**breadth** [1] - 12:19

**break** [12] - 6:22, 19:9, 19:10, 25:16, 27:19, 47:5, 54:21, 66:14, 70:21, 83:23, 113:4, 161:12
**breathing** [3] - 50:2, 50:9, 50:17
**Bremer** [1] - 218:6
**Brian** [3] - 205:3, 205:6, 206:22
**bridge** [2] - 5:1, 172:23
**Bridge** [5] - 182:24, 183:6, 183:11, 183:18, 190:21
**BRIDGE** [2] - 184:20, 185:25, 186:4
**Bridgeport** [1] - 30:5
**brief** [6] - 3:21, 9:25, 12:15, 14:6, 102:10, 117:24
**briefing** [2] - 174:21, 174:24
**briefings** [1] - 163:15
**briefly** [6] - 35:24, 121:15, 122:23, 127:12, 128:3, 128:16
**Brielle** [1] - 36:24
**Brigade** [3] - 129:23, 133:16, 158:2
**Briggs** [1] - 77:9
**bright** [1] - 68:24
**bring** [11] - 4:25, 6:2, 11:1, 14:4, 53:11, 54:6, 84:21, 89:9, 197:12, 199:5, 221:20
**bringing** [1] - 168:17
**British** [3] - 143:22, 201:21, 212:24
**broad** [2] - 10:13, 185:5
**broader** [6] - 12:12, 138:8, 219:15, 219:17, 220:4
**broken** [1] - 216:20
**broker** [3] - 139:25, 152:3, 154:11
**BROOK** [1] - 1:3
**Brook** [1] - 3:4
**brought** [4] - 9:6, 96:12, 111:8, 188:8
**Bryant** [1] - 89:18
**buckets** [2] - 127:13, 128:17
**buddies** [1] - 155:11
**building** [8] - 68:25, 69:2, 97:1, 97:4, 121:8, 138:7, 166:7

**buildings** [3] - 51:24, 67:3, 152:18
**bullet** [4] - 70:3, 72:22, 108:6
**bunker** [2] - 27:1, 32:10
**Burger** [19] - 25:11, 28:22, 29:15, 29:17, 29:21, 30:1, 30:17, 31:9, 31:13, 31:19, 32:1, 33:25, 48:9, 48:12, 48:21, 49:8, 50:1, 50:15, 144:10
**Burger's** [1] - 25:12
**Burks** [1] - 10:2
**burn** [1] - 6:15
**burning** [1] - 104:21
**burns** [8] - 27:16, 46:23, 46:24, 47:16, 70:17, 70:18
**buses** [1] - 101:11
**bussed** [1] - 152:1
**busy** [2] - 4:13, 130:14
**but-for** [3] - 154:5, 155:8, 211:9
**Butch** [3] - 168:3, 168:6, 168:19
**BY** [10] - 20:4, 21:14, 40:15, 42:5, 55:17, 66:20, 77:14, 90:5, 115:3, 120:15, 130:12, 140:9, 145:17, 156:15, 161:17, 184:16, 195:3, 210:22

## C

**CA** [1] - 1:4
**cab** [2] - 102:7, 104:3
**cache** [12] - 61:6, 63:1, 63:8, 63:20, 64:7, 64:8, 65:22, 66:1, 66:8, 67:5, 73:23
**caches** [8] - 29:3, 60:6, 61:9, 62:23, 63:13, 64:19, 67:5, 68:12
**Cadence** [3] - 36:24, 37:20, 37:21
**cal** [1] - 61:11
**Calgary** [1] - 121:23
**caliber** [1] - 62:24
**California** [6] - 30:5, 77:20, 91:4, 91:6, 91:7, 121:24
**calligraphy** [1] - 96:8
**callout** [1] - 141:16
**calm** [4] - 110:11, 216:10, 216:11,

216:19
**Camp** [25] - 77:8, 81:8, 81:10, 81:20, 81:23, 93:11, 97:17, 97:22, 97:23, 97:25, 102:16, 102:18, 102:19, 108:13, 178:14, 178:16, 179:3, 179:18, 180:22, 181:11, 186:12, 187:9, 187:14, 216:16, 217:2
**camp** [10] - 22:18, 82:11, 97:20, 98:5, 99:6, 102:17, 109:4, 109:7, 169:17, 198:18
**camp's** [1] - 198:1
**Campaign** [1] - 44:17
**campaign** [8] - 9:24, 162:22, 167:12, 167:13, 167:22, 183:7, 219:18, 220:5
**camps** [2] - 145:11, 169:21
**Canada** [2] - 121:23, 128:25
**canal** [1] - 102:19
**Cannon** [2] - 80:6, 80:8
**cannon** [1] - 80:17
**cannot** [1] - 6:15
**canon** [1] - 96:11
**capabilities** [3] - 11:7, 115:23, 135:11
**capacity** [2] - 208:19, 221:3
**Capra** [4] - 88:16, 205:9, 205:17, 227:7
**Capra's** [2] - 201:19, 206:1
**Captain** [3] - 150:13, 150:15, 151:3
**captain** [1] - 150:17
**capture** [1] - 217:12
**captured** [2] - 157:20, 218:1
**capturing** [1] - 160:18
**car** [1] - 105:5
**care** [3] - 43:25, 48:18, 50:15
**Carnegie** [1] - 121:20
**Carnegie-Mellon** [1] - 121:20
**Carolina** [2] - 227:14, 227:15
**carried** [8] - 124:24, 125:4, 126:13, 134:6, 135:13,

173:7, 183:10, 208:21
**carries** [1] - 184:23
**carrot** [1] - 136:23
**carry** [11] - 18:25, 28:15, 47:24, 126:17, 132:1, 153:6, 173:10, 189:22, 190:3, 210:1, 221:4
**carrying** [1] - 209:25
**cars** [3] - 104:19, 104:20, 149:5
**cartel** [1] - 124:4
**carts** [2] - 104:20, 104:21
**case** [63] - 4:10, 5:10, 6:10, 9:18, 10:2, 10:3, 10:19, 10:20, 10:22, 12:4, 12:13, 13:8, 14:7, 14:8, 15:5, 15:16, 16:20, 18:9, 18:22, 25:13, 47:18, 88:13, 88:16, 115:20, 116:10, 116:16, 116:25, 118:5, 118:17, 119:9, 119:17, 119:22, 119:24, 119:25, 122:2, 122:9, 127:2, 127:5, 127:7, 130:16, 130:20, 131:3, 132:24, 134:13, 140:12, 150:10, 162:5, 166:1, 187:4, 197:4, 198:24, 200:4, 205:9, 209:6, 213:2, 216:3, 222:21, 223:19, 227:24, 228:4, 228:6
**cases** [31] - 4:11, 9:10, 9:12, 12:15, 12:16, 12:17, 12:20, 12:23, 40:11, 51:7, 117:22, 118:1, 118:2, 118:8, 118:11, 118:14, 118:20, 118:22, 119:1, 119:5, 119:8, 119:16, 120:4, 120:5, 120:7, 120:12, 126:23, 154:16, 228:7, 228:17
**cash** [3] - 61:6, 61:7, 61:8
**cash-ay** [1] - 61:8
**cash-ays** [2] - 61:6, 61:7
**cashes** [1] - 61:6

**casual** [1] - 38:9
**casualties** [6] - 28:25, 47:22, 69:25, 70:6, 70:20, 72:13
**casualty** [1] - 69:21
**catching** [1] - 149:4
**categories** [1] - 138:21
**Catholic** [3] - 120:20, 120:21, 121:18
**causal** [21] - 134:5, 135:12, 138:11, 139:8, 154:1, 154:2, 154:3, 154:4, 154:5, 155:2, 155:6, 155:8, 160:3, 160:11, 177:12, 190:16, 191:8, 211:10, 221:8, 226:25
**causally** [4] - 115:24, 135:4, 154:24, 155:19
**causation** [2] - 17:17, 17:24
**caused** [2] - 75:10, 185:1
**causes** [1] - 10:16
**Cav** [1] - 93:16
**Cavalry** [1] - 93:16
**cell** [8] - 9:22, 186:2, 190:25, 203:12, 209:20, 209:24, 210:8, 210:16
**cells** [2] - 185:6, 222:20
**cement** [1] - 181:13
**CENTCOM** [5] - 162:2, 186:9, 197:14, 208:21, 213:16
**center** [2] - 107:16, 147:6
**centers** [1] - 129:4
**certain** [30] - 16:16, 37:8, 58:1, 76:7, 99:19, 100:17, 114:18, 115:20, 126:12, 133:20, 134:5, 135:6, 137:14, 138:3, 138:21, 139:12, 139:19, 149:21, 152:1, 154:12, 154:13, 171:9, 171:23, 201:20, 202:20, 211:6, 226:1, 228:8
**certainly** [11] - 17:5, 85:12, 137:18, 140:5, 154:13, 154:23, 160:4,

175:19, 200:10, 228:25
**certainty** [6] - 131:4, 141:25, 165:4, 177:19, 214:2, 221:13
**CERTIFICATE** [1] - 230:1
**certification** [2] - 227:25, 228:4
**certified** [1] - 228:16
**certify** [1] - 230:4
**Chad** [1] - 8:4
**chain** [2] - 139:8, 174:14
**chained** [1] - 148:24
**challenge** [2] - 119:18, 119:19
**challenges** [1] - 119:15
**change** [2] - 155:24, 208:12
**changed** [3] - 29:18, 38:18, 144:18
**changing** [1] - 217:19
**channels** [2] - 124:19, 144:7
**chanting** [1] - 96:20
**chaplain** [1] - 110:10
**Chaplain** [1] - 110:10
**chapter** [1] - 124:1
**Chapter** [2] - 161:22, 169:3
**charge** [1] - 156:3, 203:9, 204:18
**charges** [1] - 157:25
**charts** [1] - 157:22
**chased** [1] - 151:1
**Chautauqua** [1] - 128:19
**check** [1] - 107:10
**checked** [1] - 39:17
**checks** [2] - 99:8
**chest** [2] - 224:21, 224:23
**chest-beat** [1] - 224:23
**chest-beating** [1] - 224:21
**chief** [3] - 82:20, 115:14, 154:18
**child** [1] - 110:22
**children** [5] - 36:19, 37:17, 76:9, 95:12, 111:11
**chip** [1] - 92:17
**choice** [1] - 107:21
**choose** [2] - 4:9, 227:25
**chosen** [2] - 13:10,

223:16
**chow** [2] - 98:12, 100:19
**Christmas** [1] - 66:2
**Christopher** [1] - 3:4
**CHRISTOPHER** [3] - 1:3, 1:11, 1:14
**circle** [1] - 192:9
**circles** [2] - 157:8, 201:1
**Circuit** [2] - 119:20, 121:10
**cite** [1] - 183:5
**cited** [3] - 194:17, 194:23, 212:6
**cities** [1] - 219:16
**citizen** [11] - 20:22, 42:20, 42:22, 57:3, 57:5, 77:25, 91:19, 91:21, 91:24, 92:1, 92:3
**City** [23] - 81:8, 89:17, 93:7, 94:11, 94:21, 95:2, 95:12, 95:25, 96:22, 98:25, 102:22, 102:23, 109:6, 141:14, 181:10, 216:7, 216:9, 216:14, 217:13, 217:18, 219:3, 220:21, 220:23
**city** [12] - 24:9, 68:6, 68:16, 71:1, 145:4, 147:9, 149:3, 149:12, 151:1, 170:4, 170:8, 185:25
**civil** [7] - 117:22, 118:8, 118:11, 119:8, 120:4, 120:7, 225:18
**Civil** [1] - 3:3
**civilians** [1] - 8:20
**claim** [12] - 15:25, 124:23, 124:25, 126:1, 126:2, 126:4, 126:5, 170:19, 171:10, 171:16, 171:19, 172:4
**claimed** [2] - 125:3, 126:2, 170:20
**claiming** [2] - 172:1, 218:3
**claims** [18] - 8:24, 9:7, 9:8, 11:1, 15:20, 130:4, 170:16, 170:22, 171:7, 171:18, 171:21, 172:5, 178:8, 189:13, 189:20,

201:21, 224:8
**clarification** [1] -
98:20
**class** [12] - 11:22,
48:16, 227:25,
228:4, 228:5,
228:19, 228:20,
228:22, 228:23,
229:1, 229:5, 229:6
**Class** [1] - 110:8
**classes** [2] - 121:25,
228:16
**Clawson** [1] - 11:19
**clean** [1] - 61:19
**clear** [29] - 13:15,
29:11, 32:11, 40:11,
60:5, 60:7, 65:3,
67:3, 68:20, 90:19,
118:15, 136:22,
137:19, 137:22,
138:3, 138:24,
139:8, 139:12,
139:15, 139:20,
152:4, 154:5, 154:9,
155:2, 159:3,
189:21, 210:7,
214:16, 223:6
**clear-enough** [1] -
13:15
**cleared** [1] - 70:23
**clearest** [1] - 154:7
**clearing** [8] - 24:8,
25:1, 25:5, 25:24,
48:4, 68:11, 143:23,
182:25
**clearly** [3] - 69:15,
155:6, 174:14
**clerk** [1] - 121:7
**clerked** [1] - 121:8
**clerking** [1] - 121:9
**clients** [3] - 7:2, 18:19,
18:23
**clinic** [2] - 110:1,
110:13
**close** [3] - 8:16,
101:21, 186:6
**closely** [2] - 201:5,
212:25
**closer** [1] - 61:3
**closing** [2] - 218:15,
219:14
**clothes** [1] - 87:5
**clothing** [1] - 106:14
**clunkers** [1] - 104:20
**cluster** [1] - 171:21
**CNN** [3] - 164:2, 164:4,
164:6
**co** [1] - 123:5
**co-principal** [1] -
123:5

**Coalition** [6] - 147:8,
162:24, 170:9,
185:1, 185:25, 186:3
**coalition** [14] - 147:13,
161:3, 167:13,
174:4, 203:5, 203:8,
203:11, 209:17,
209:21, 217:17,
217:21, 217:24,
218:7, 220:22
**Coca** [1] - 105:18
**Coca-Cola-can** [1] -
105:18
**Code** [2] - 43:14,
57:21
**code** [1] - 43:18
**cognizant** [1] - 6:11
**coherence** [1] - 212:3
**coherent** [1] - 139:11
**cohesion** [1] - 156:7
**cohesive** [1] - 156:8
**Cola** [1] - 105:18
**collapse** [1] - 107:14
**collapsed** [1] - 107:13
**colleagues** [1] - 3:7
**collect** [1] - 67:5
**collected** [2] - 31:14,
78:25
**collection** [3] - 69:21,
100:9, 100:13
**College** [1] - 140:25
**college** [1] - 111:1
**colleges** [1] - 129:5
**colloquially** [1] - 94:15
**colonel** [1] - 180:21
**color** [2] - 96:8, 210:1
**Colorado** [1] - 20:16
**Columbia** [2] - 127:18,
128:10
**COLUMBIA** [1] - 1:1
**column** [1] - 149:7
**columns** [1] - 148:14
**Combat** [3] - 23:14,
23:15, 44:17
**combat** [13] - 24:8,
25:24, 48:7, 58:10,
64:18, 67:23, 93:24,
99:8, 108:9, 110:1,
110:12, 168:7
**combine** [1] - 123:23
**comfortable** [2] - 20:1,
55:12, 114:25
**coming** [19] - 30:6,
30:7, 60:23, 60:24,
64:2, 83:12, 84:4,
127:1, 139:13,
139:17, 144:12,
154:10, 156:13,
159:22, 159:23,
174:8, 186:25,

187:17, 192:16
**command** [3] - 24:18,
106:5, 200:8
**Command** [1] -
128:22, 213:16
**commander** [7] -
24:19, 96:12, 98:5,
180:20, 191:21,
205:19, 205:21
**commenced** [1] -
215:17
**Commendation** [1] -
23:15
**commendations** [5] -
23:10, 23:13, 44:15,
58:8, 93:23
**commercial** [1] -
40:25
**commit** [3] - 10:14,
159:17, 220:17
**committed** [5] - 12:9,
106:3, 173:5, 179:2,
207:23
**committing** [2] -
115:20, 215:7
**common** [3] - 33:15,
210:5, 210:7
**commonly** [2] - 127:5,
146:15
**comms** [1] - 144:7
**communicate** [5] -
74:3, 185:9, 200:7,
200:10, 222:20
**communicating** [2] -
69:16, 69:18
**communication** [6] -
72:6, 76:1, 120:17,
124:20, 135:3, 196:1
**communications** [3] -
72:9, 153:20, 185:10
**community** [1] -
195:13
**companies** [1] - 32:24
**company** [9] - 23:7,
23:9, 44:8, 59:6,
59:8, 59:11, 82:13,
112:18, 150:9
**Company** [5] - 32:18,
32:19, 44:10, 67:22,
93:15
**company's** [2] - 24:5,
93:17
**comparative** [4] -
123:18, 123:23,
124:6, 125:18
**compare** [1] - 105:3
**comparing** [1] -
123:19
**competing** [1] -
223:15

**competition** [1] -
135:24
**complaint** [2] - 16:14,
16:18
**complete** [2] - 18:17,
230:6
**completed** [3] -
198:24, 199:2,
205:16
**complex** [4] - 136:7,
137:7, 220:1, 221:4
**component** [1] -
206:20
**components** [1] -
207:3
**comport** [1] - 229:7
**composition** [2] -
131:23, 132:5
**composure** [1] - 46:18
**compound** [1] -
195:15
**comprehensive** [1] -
18:11
**comprised** [1] - 139:5
**compromised** [1] -
106:7
**concentrate** [2] - 38:8,
44:19
**concentrating** [1] -
104:5
**concentrations** [1] -
167:20
**concentric** [1] - 201:1
**concerning** [1] -
111:11
**concerns** [1] - 185:8
**concerted** [1] - 161:3
**conclude** [2] - 179:2,
201:12, 208:8
**concluded** [3] - 201:8,
208:13, 212:24
**concludes** [1] - 113:1
**concluding** [1] -
210:14
**conclusion** [4] -
135:7, 160:24,
173:5, 193:9
**conclusions** [9] -
15:5, 18:11, 131:1,
131:3, 131:8, 133:9,
134:16, 163:16,
224:2
**concussion** [2] - 28:3,
72:20
**concussive** [2] - 46:4,
47:18
**condition** [4] - 50:18,
63:19, 63:24, 108:14
**conditions** [6] - 28:12,
34:24, 40:16, 40:21,

41:3, 170:3
**conducive** [1] - 208:7
**conduct** [8] - 11:13,
23:16, 32:15, 185:7,
200:7, 205:20,
206:3, 229:2
**conducted** [4] - 94:18,
95:2, 201:12, 205:3
**conducting** [5] - 24:8,
30:5, 147:10, 170:8,
203:8
**conferences** [1] -
129:2
**confirm** [2] - 53:14,
78:7, 90:13, 116:12,
204:23
**confirming** [1] -
159:13
**confiscate** [1] - 60:19
**Conflict** [1] - 128:5
**conflicts** [2] - 222:17
**confront** [1] - 9:14
**confrontations** [1] -
112:15
**Congress** [4] - 10:12,
129:9, 129:10,
191:23
**connect** [1] - 209:3
**connected** [9] - 13:24,
115:24, 135:5,
154:24, 155:19,
159:17, 182:5,
211:9, 220:17
**connection** [21] -
12:17, 127:9, 134:5,
135:12, 138:11,
154:2, 154:3, 154:5,
154:6, 154:7, 155:2,
155:7, 155:8,
156:16, 182:4,
190:8, 190:16,
191:8, 210:24,
211:8, 221:8
**connections** [4] -
157:13, 160:12,
192:19, 211:12
**conscious** [1] - 46:10
**consciousness** [1] -
27:8
**consensus** [2] -
226:21, 226:22
**consequence** [1] -
11:13
**consequences** [1] -
223:17
**consider** [11] - 12:25,
40:8, 78:11, 140:18,
163:12, 170:14,
180:8, 186:24,
201:15, 214:9,

227:24
**considerably** [1] -
147:15
**consideration** [3] -
5:20, 18:4, 178:1
**considered** [27] -
122:10, 127:4,
140:20, 141:1,
141:2, 142:9,
144:12, 156:25,
163:14, 163:16,
163:18, 163:20,
163:21, 177:22,
182:15, 201:17,
201:21, 201:22,
207:22, 212:14,
213:13, 214:11,
214:12, 214:13,
219:9
**considering** [6] -
110:24, 111:3,
145:23, 182:16
**consistency** [4] -
123:21, 159:9,
159:12, 189:19
**consistent** [13] -
124:25, 125:3,
137:24, 139:9,
152:14, 163:5,
173:7, 189:16,
210:15, 213:1,
213:12, 213:14,
224:8
**consistently** [3] -
137:10, 209:25,
211:13
**constant** [1] - 35:15
**constitutes** [1] - 230:4
**Constitution** [2] -
1:22, 230:12
**construction** [3] -
112:10, 112:11,
211:20
**consult** [2] - 195:22,
195:24
**consumer** [1] - 228:25
**consumer-type** [1] -
228:25
**contact** [2] - 103:10,
198:3
**contain** [1] - 202:2
**contained** [4] -
116:23, 131:8,
174:23, 186:8
**containers** [2] - 63:4,
63:6
**contains** [2] - 90:12,
116:12
**contemporaneous** [1]
- 214:13

**Contemporary** [1] -
128:9
**contend** [1] - 224:14
**contention** [1] -
225:19
**contentions** [1] -
225:14
**contested** [1] - 225:10
**contingent** [1] - 98:3
**continuation** [2] -
47:24, 211:8
**continue** [2] - 74:18,
110:23
**continued** [5] - 30:17,
47:23, 174:11,
185:2, 203:10
**continues** [1] - 123:4,
140:1, 147:4
**continuing** [1] - 48:4
**contractors** [1] - 94:20
**contribute** [5] - 161:6,
161:8, 177:2,
190:10, 211:1
**contributed** [2] -
75:10, 213:21
**contribution** [1] -
140:6
**contributions** [1] -
193:7
**control** [12] - 37:7,
81:15, 100:20,
106:5, 135:25,
144:22, 180:1,
200:9, 219:2,
220:23, 220:24,
220:25
**controlled** [2] - 170:7,
176:16
**controlling** [1] -
183:15
**conversation** [2] -
38:10, 75:24
**conversations** [2] -
38:9, 75:23
**convoy** [6] - 68:23,
71:15, 166:1,
166:13, 172:21,
173:16
**Cooper** [2] - 163:23,
163:25
**COOPER** [1] - 1:11
**cooperate** [1] - 148:1
**cooperation** [1] -
158:25
**coordinate** [5] -
152:11, 153:10,
172:25, 173:16,
173:20
**coordinated** [4] -
32:20, 106:4,

152:10, 190:4
**coordination** [6] -
149:20, 153:5,
159:5, 160:2, 160:5,
160:6
**copy** [5] - 16:10, 52:3,
89:10, 89:11
**cord** [1] - 61:12
**core** [2] - 222:14,
225:19
**corporal** [2] - 29:9,
34:4
**Corporal** [30] - 25:11,
25:12, 26:9, 26:21,
27:3, 27:4, 27:10,
27:12, 28:22, 29:15,
29:16, 29:17, 29:21,
30:1, 30:17, 31:13,
31:19, 32:1, 33:25,
46:23, 48:9, 48:12,
48:20, 49:8, 49:19,
50:1, 50:11, 50:14,
144:9, 144:10
**Corps** [9] - 22:20,
22:24, 23:11, 44:21,
48:16, 123:9,
129:24, 133:15,
140:24
**corpsman** [11] - 44:1,
44:2, 44:3, 44:12,
44:21, 45:17, 46:25,
57:20, 57:22, 58:1,
59:14
**corpsmen** [1] - 50:22
**corpus** [1] - 160:8
**corralled** [1] - 105:24
**correct** [100] - 3:11,
3:12, 21:22, 22:11,
34:15, 48:1, 48:23,
48:24, 52:15, 52:17,
53:7, 58:3, 59:24,
60:2, 60:14, 60:18,
62:2, 66:6, 71:22,
78:11, 78:12, 79:1,
79:11, 80:12, 80:24,
81:2, 81:11, 84:5,
84:7, 99:2, 111:16,
111:19, 117:7,
117:8, 117:22,
117:23, 118:17,
120:9, 120:10,
130:20, 130:21,
136:2, 136:3, 143:3,
143:4, 159:15,
162:3, 168:9,
174:22, 176:10,
179:1, 179:4, 179:6,
179:12, 179:16,
179:18, 179:19,
180:14, 180:22,

182:18, 185:15,
185:16, 185:21,
188:6, 188:7,
188:13, 189:1,
193:2, 193:3, 196:7,
197:16, 197:17,
198:18, 198:21,
198:22, 198:25,
199:3, 199:19,
199:20, 200:4,
200:5, 200:23,
201:2, 201:6, 202:7,
204:13, 205:9,
207:21, 207:25,
213:2, 213:3, 213:9,
213:10, 214:21,
214:22, 215:17,
219:20, 222:17,
222:18, 223:3
**correctly** [1] - 202:2
**corrects** [1] - 16:15
**corridor** [1] - 162:17
**cost** [1] - 151:12
**council** [2] - 147:23,
158:24
**Council** [1] - 159:4
**Counsel** [1] - 143:2
**counsel** [12] - 3:6, 3:9,
7:23, 8:6, 54:15,
65:2, 66:10, 85:7,
87:10, 130:9,
161:11, 229:12
**counter** [1] - 207:13
**Countering** [1] - 123:3
**counterterrorism** [5] -
13:22, 125:16,
126:19, 141:5,
212:15
**countries** [4] - 138:12,
151:18, 151:21,
224:25
**country** [8] - 30:13,
92:18, 94:9, 94:10,
174:16, 175:4,
176:18, 191:11
**couple** [17] - 3:18,
38:25, 87:11, 94:18,
94:25, 99:18,
103:21, 105:15,
107:17, 110:5,
110:16, 111:7,
163:15, 175:2,
189:12, 207:3
**couriers** [1] - 185:8
**course** [12] - 5:10, 6:3,
18:16, 50:2, 86:5,
111:14, 123:10,
143:11, 162:5,
170:20, 214:18,
216:18

**courses** [2] - 121:16,
121:19
**Court** [108] - 1:20,
1:21, 3:21, 4:2, 4:7,
4:14, 4:21, 5:3, 5:10,
5:11, 5:13, 5:19,
5:23, 6:9, 6:17, 8:11,
8:18, 10:11, 11:16,
11:20, 11:24, 12:1,
12:24, 13:2, 13:9,
13:11, 13:18, 14:6,
15:1, 16:13, 16:16,
17:12, 17:16, 18:10,
18:14, 19:1, 19:4,
21:4, 22:5, 22:16,
25:17, 29:25, 31:9,
37:10, 37:22, 45:14,
48:3, 53:6, 53:15,
53:21, 62:1, 62:20,
64:16, 65:25, 68:4,
75:13, 76:18, 77:2,
78:11, 79:1, 81:22,
88:2, 88:5, 88:8,
88:15, 89:9, 89:12,
89:14, 90:22, 100:6,
102:17, 110:18,
111:13, 111:18,
111:23, 114:10,
116:1, 116:24,
117:16, 119:12,
119:20, 121:10,
123:15, 126:24,
130:19, 131:7,
131:14, 131:20,
132:16, 140:10,
141:8, 142:18,
142:21, 146:10,
164:22, 165:22,
176:6, 178:10,
199:7, 202:21,
203:23, 208:3,
212:7, 216:1,
219:22, 220:9,
230:11
**court** [3] - 4:13, 19:9,
203:16
**COURT** [166] - 1:1, 3:9,
3:14, 3:16, 3:18, 4:3,
4:5, 5:14, 6:8, 6:13,
6:17, 6:24, 7:5, 7:15,
7:19, 7:25, 8:2, 8:9,
8:15, 8:17, 9:9, 10:1,
10:6, 14:13, 14:17,
16:2, 16:8, 16:25,
17:4, 17:7, 18:5,
19:5, 19:15, 19:23,
19:25, 21:12, 38:23,
39:2, 39:5, 39:7,
39:11, 39:14, 39:17,
39:19, 39:24, 40:8,
40:11, 40:13, 41:1,

41:12, 41:17, 41:22, 41:25, 54:11, 54:14, 54:17, 54:18, 54:23, 55:2, 55:7, 55:11, 55:14, 55:23, 56:8, 65:2, 65:5, 66:10, 66:13, 66:19, 77:3, 78:5, 85:7, 85:11, 85:14, 85:18, 87:10, 87:13, 88:11, 88:19, 89:3, 89:21, 89:24, 90:1, 90:11, 91:6, 111:25, 112:3, 112:6, 112:8, 112:19, 112:22, 112:25, 113:4, 114:13, 114:21, 114:24, 115:12, 119:22, 119:24, 120:1, 120:4, 120:7, 120:11, 120:14, 129:25, 130:6, 130:14, 135:15, 135:17, 135:20, 135:23, 136:2, 136:4, 137:12, 138:10, 138:15, 140:8, 143:2, 143:5, 145:1, 145:3, 145:7, 152:22, 152:25, 153:4, 153:18, 155:9, 156:10, 161:11, 161:14, 184:5, 184:9, 184:14, 193:1, 193:6, 193:13, 193:19, 194:4, 194:6, 194:10, 194:14, 194:16, 194:20, 197:7, 200:17, 202:22, 210:3, 210:18, 210:20, 218:19, 221:19, 223:10, 223:15, 227:3, 227:9, 227:13, 227:15, 227:18, 227:23, 228:3, 228:15, 228:23, 229:4, 229:9, 229:17, 230:1
**Court's** [8] - 3:23, 6:2, 7:3, 15:24, 18:4, 18:21, 18:23, 27:21
**Courthouse** [2] - 1:21, 230:11
**courtroom** [6] - 3:24, 7:1, 7:4, 7:9, 7:16, 42:2
**COURTROOM** [2] - 3:2, 62:8

**courts** [2] - 167:20, 228:15
**cousin** [1] - 203:7
**cover** [5] - 23:4, 49:6, 104:7, 104:8, 122:1
**covered** [3] - 51:25, 134:10, 139:1
**covert** [1] - 149:1
**CPA** [2] - 218:5, 218:14
**cpaulos@levinlaw. com** [1] - 1:17
**craft** [5] - 59:6, 59:8, 59:11, 59:15, 62:10
**Craft** [1] - 67:22
**crater** [2] - 206:1, 206:18
**crawl** [1] - 83:15
**creates** [1] - 8:25
**credibility** [1] - 126:5
**credible** [4] - 126:7, 170:16, 171:5, 171:22
**credibly** [1] - 170:21
**crew** [1] - 81:12
**crewing** [1] - 82:19
**Crewmember** [2] - 80:6, 80:8
**cricothyroidectomy** [1] - 50:8
**criminal** [7] - 117:22, 118:1, 118:8, 119:24, 119:25, 169:16, 171:1
**crisp** [1] - 150:22
**critical** [4] - 8:23, 50:17, 115:22, 135:10
**cross** [7] - 5:1, 12:12, 12:18, 12:24, 123:19, 156:12, 223:13
**cross-comparing** [1] - 123:19
**cross-examination** [1] - 223:13
**cross-section** [3] - 12:12, 12:18, 12:24
**crowded** [1] - 36:3
**crowds** [1] - 51:24
**CRR** [3] - 1:20, 230:3, 230:10
**crucial** [1] - 174:9
**crushing** [1] - 105:5
**culminated** [1] - 11:25
**culminates** [1] - 221:10
**culpable** [1] - 208:15
**curiosity** [1] - 229:9
**current** [1] - 133:18

**Customs** [1] - 122:25
**cut** [3] - 4:3, 16:2, 137:5
**cutting** [1] - 87:5
**CV** [7] - 117:6, 117:13, 117:20, 117:21, 121:14, 122:4, 123:12

# D

**D.C** [2] - 1:5, 121:10
**dad** [1] - 76:7
**daily** [1] - 76:20
**daisy** [1] - 148:24
**daisy-chained** [1] - 148:24
**Dale** [5] - 25:11, 25:12, 30:1, 31:9, 50:15
**dam** [2] - 68:22, 68:24
**Dam** [15] - 59:18, 59:21, 60:1, 60:8, 60:25, 61:9, 62:12, 62:13, 62:14, 64:18, 67:24, 68:3, 68:6, 70:20, 175:7
**damage** [2] - 185:1, 205:25
**damages** [7] - 13:5, 13:7, 13:9, 17:23, 228:13, 228:21, 228:24
**dark** [4] - 69:25, 85:2, 106:14, 106:15
**dastardly** [2] - 210:18, 210:20
**date** [4] - 13:19, 36:11, 75:10, 109:3
**Dated** [1] - 230:8
**dates** [1] - 37:25
**Daubert** [1] - 119:17
**daughter** [1] - 36:21
**daughters** [3] - 36:22, 36:23, 37:2
**Dave** [1] - 7:24
**Daveed** [3] - 11:20, 115:5, 129:12
**DAVEED** [2] - 2:11, 115:1
**David** [1] - 8:4
**Dawoud** [1] - 170:10
**DAY** [1] - 1:10
**days** [15] - 4:24, 5:3, 7:20, 12:5, 14:19, 18:10, 24:6, 25:17, 34:20, 45:7, 50:25, 95:24, 110:16, 143:11, 200:21
**DC** [2] - 1:22, 230:13
**de** [1] - 152:25

**de-Ba'athification** [1] - 152:25
**dead** [4] - 47:3, 61:12, 70:12, 156:5
**deadly** [2] - 11:7, 156:6
**deal** [4] - 34:14, 35:14, 222:12, 225:9
**death** [7] - 9:11, 9:13, 9:19, 45:15, 158:9, 199:12, 201:19
**deaths** [1] - 9:21
**deceased** [2] - 50:12, 50:13
**decedent** [1] - 9:6
**December** [8] - 30:4, 59:22, 59:23, 140:22, 148:7, 175:16, 175:18, 175:25
**decide** [1] - 5:23
**decided** [2] - 68:21, 109:24
**decimating** [1] - 105:23
**decision** [1] - 118:9
**declaration** [20] - 21:3, 21:21, 53:3, 56:7, 56:13, 61:20, 61:24, 78:8, 78:23, 78:25, 80:20, 90:14, 95:1, 131:2, 168:3, 168:11, 180:13, 180:19, 205:2, 206:23
**declarations** [13] - 4:11, 5:19, 11:15, 16:12, 56:1, 88:21, 115:25, 123:14, 141:1, 143:9, 163:22, 178:5, 214:12
**declassified** [4] - 146:4, 162:1, 186:8, 197:15
**declined** [1] - 208:20
**decoy** [1] - 172:19
**deem** [1] - 17:7
**deeply** [2] - 131:22, 143:12
**default** [1] - 18:2
**defeat** [3] - 206:20, 207:1, 207:12
**Defendant** [1] - 1:19
**defendant** [4] - 11:17, 18:7, 119:22, 120:11
**Defendants** [1] - 1:8
**defendants** [5] - 1:19, 8:21, 12:1, 15:2
**Defense** [4] - 128:22,

142:13, 146:4, 202:19
**defense** [2] - 119:17, 150:1
**defense'** [1] - 149:11
**deficit** [1] - 75:22
**definitely** [5] - 33:4, 33:6, 37:25, 210:21, 224:21
**defuse** [1] - 205:18
**degree** [27] - 47:17, 70:17, 111:15, 120:17, 120:19, 131:3, 137:23, 141:24, 149:20, 149:22, 151:6, 155:21, 156:7, 159:24, 165:3, 175:16, 177:18, 180:1, 190:5, 190:6, 191:6, 194:2, 207:16, 214:1, 221:6, 221:12, 226:23
**degrees** [1] - 58:1
**deliver** [1] - 186:21
**demographic** [1] - 15:21
**demonstrate** [1] - 103:2
**demonstrated** [1] - 11:6
**demonstrative** [1] - 85:9
**denial** [1] - 224:12
**denied** [3] - 223:25, 224:7, 224:10
**denying** [1] - 203:12
**departed** [4] - 102:17, 102:18, 166:8
**Department** [8] - 20:12, 123:2, 142:13, 146:4, 196:17, 196:23, 196:24, 202:19
**Departments** [1] - 222:11
**dependent** [1] - 185:4
**depict** [2] - 63:3, 100:15
**depicted** [1] - 166:24
**depicting** [1] - 142:21
**depiction** [1] - 177:13
**depicts** [4] - 62:14, 62:21, 101:10, 165:23
**deploy** [5] - 23:2, 92:23, 93:1, 101:12, 166:19
**deployed** [8] - 44:6,

58:13, 81:3, 81:5, 81:6, 93:2, 94:6, 216:8
**deploying** [1] - 184:12
**deployment** [16] - 23:7, 34:20, 34:22, 58:15, 58:20, 58:21, 59:5, 59:18, 74:12, 93:3, 93:5, 112:9, 112:16, 216:10, 216:19
**deployments** [1] - 23:4
**depressive** [1] - 53:16
**deprive** [1] - 209:18
**depth** [1] - 149:15
**deputy** [1] - 42:2
**DEPUTY** [2] - 3:2, 62:8
**derailed** [1] - 46:9
**describe** [41] - 25:15, 29:25, 32:7, 33:2, 35:13, 43:21, 46:8, 47:13, 48:14, 50:25, 62:20, 63:12, 65:13, 67:25, 68:4, 72:1, 75:13, 99:4, 105:12, 105:21, 106:13, 121:1, 122:23, 123:15, 123:16, 124:14, 125:23, 127:12, 128:3, 128:16, 136:9, 136:12, 143:17, 167:5, 172:11, 175:16, 197:2, 209:14, 219:22, 220:9
**described** [3] - 126:3, 212:7, 220:23
**description** [1] - 117:24
**designate** [2] - 197:3, 197:4
**designated** [1] - 43:24
**designations** [3] - 197:3, 197:6, 222:6
**designed** [6] - 15:7, 183:11, 183:12, 206:20, 207:1, 207:12
**designs** [1] - 145:13
**despite** [4] - 147:13, 159:2, 161:3, 207:14
**destroying** [1] - 160:21
**detail** [6] - 117:9, 189:15, 211:15, 212:6, 213:4, 216:7
**detailed** [7] - 190:9, 190:18, 196:21,

200:2, 200:15, 209:19, 211:1
**detailing** [3] - 11:16, 164:4, 169:12
**details** [2] - 111:13
**detective** [8] - 20:12, 39:6, 39:7, 39:9, 39:22, 39:23, 39:25, 40:9
**detention** [1] - 158:4
**deter** [1] - 167:22
**determination** [3] - 158:15, 207:19, 209:1
**determine** [24] - 13:23, 16:17, 123:21, 125:19, 125:24, 142:15, 143:1, 143:7, 152:8, 156:18, 165:13, 168:24, 179:11, 179:14, 180:8, 188:15, 188:24, 189:3, 189:8, 189:10, 203:22, 204:14, 208:23, 215:20
**determined** [2] - 35:4, 208:24
**determining** [3] - 116:24, 125:25, 168:1
**deterred** [1] - 162:23
**detonated** [2] - 144:1, 166:20
**detonation** [1] - 206:7
**developing** [1] - 17:15
**device** [1] - 148:25
**devices** [1] - 206:18
**DHS's** [1] - 123:4
**diagnosed** [11] - 27:25, 28:11, 34:24, 40:17, 51:15, 51:18, 75:2, 75:4, 110:4, 110:13, 112:13
**diagnosis** [1] - 110:14
**die** [1] - 10:16
**differ** [2] - 164:1, 226:22
**difference** [1] - 41:5
**differences** [1] - 137:14
**different** [41] - 12:21, 15:3, 28:5, 32:23, 38:12, 45:18, 64:8, 64:10, 75:25, 76:1, 76:8, 77:6, 81:14, 82:12, 95:21, 132:7, 139:17, 143:8, 149:19, 151:22,

153:12, 159:12, 159:13, 159:19, 171:3, 173:6, 173:25, 175:2, 177:3, 178:4, 179:20, 183:25, 187:23, 189:24, 190:13, 190:15, 201:17, 211:4, 217:25, 220:19
**differing** [1] - 15:3
**difficult** [3] - 38:15, 47:4, 140:7
**difficulty** [3] - 51:22, 88:1, 138:21
**dig** [1] - 63:17
**digging** [1] - 63:14
**digital** [1] - 16:10
**Din** [5] - 201:13, 204:9, 204:12, 208:18, 208:22
**dinner** [2] - 83:4, 83:6
**dire** [2] - 107:20, 226:19
**DIRECT** [6] - 20:3, 42:4, 55:16, 77:13, 90:4, 115:2
**direct** [4] - 160:13, 177:12, 189:14, 198:2
**direction** [6] - 84:19, 84:25, 85:1, 86:4, 166:24, 177:13
**directional** [1] - 154:4, 155:6
**directionally** [2] - 160:4, 177:13
**directions** [1] - 71:24
**directly** [3] - 100:22, 196:25, 204:9
**dirt** [1] - 83:21
**disabilities** [1] - 6:18
**disability** [3] - 112:1, 112:2, 112:3
**disaggregate** [1] - 139:13
**disaggregation** [1] - 153:25
**disagrees** [1] - 224:16
**disarmed** [1] - 110:10
**disarming** [1] - 206:21
**disavowed** [1] - 223:23
**disbelief** [1] - 108:20
**discovered** [6] - 17:13, 63:8, 66:1, 73:24, 206:18, 206:19
**discrediting** [1] - 183:14

**discretion** [2] - 98:4, 183:17
**discuss** [5] - 35:24, 89:1, 133:6, 191:13, 196:22
**discussed** [4] - 16:10, 163:4, 163:20, 184:17
**discussing** [8] - 114:20, 153:7, 159:8, 176:9, 186:9, 188:3, 188:5, 210:16
**discussion** [4] - 37:11, 138:11, 160:2, 190:14
**dislodged** [2] - 147:14, 217:13
**dismissed** [1] - 54:12
**dismounted** [1] - 203:1
**disorder** [1] - 53:17
**disorders** [1] - 75:5
**dispatched** [1] - 217:1
**dispersing** [1] - 206:7
**displaced** [1] - 162:25
**displacing** [1] - 188:21
**display** [1] - 109:16
**displayed** [2] - 11:18, 194:5
**disposal** [1] - 207:2
**Disposal** [1] - 205:7
**disposed** [2] - 118:5, 176:24
**dispute** [2] - 225:7, 227:1
**disputed** [1] - 226:5
**disrupt** [2] - 183:11, 203:10
**disrupting** [2] - 183:2, 186:3
**dissertation** [1] - 120:24
**distance** [1] - 177:17
**distill** [1] - 220:1
**distinction** [1] - 156:1
**distinguish** [1] - 138:15
**distinguishing** [1] - 153:19
**DISTRICT** [3] - 1:1, 1:1, 1:11
**District** [5] - 118:2, 119:19, 149:13, 149:14
**district** [4] - 24:13, 24:14, 25:23, 45:4
**District/ neighborhood** [2] - 181:10, 188:4
**divide** [1] - 132:6

**divided** [2] - 131:22, 153:12
**Division** [1] - 93:16
**Doc** [2] - 29:18, 31:23
**Doctor** [32] - 117:15, 122:19, 142:7, 148:8, 157:17, 159:16, 161:18, 164:9, 167:2, 168:6, 169:7, 169:13, 174:19, 182:13, 188:18, 188:19, 191:18, 196:2, 199:7, 200:19, 202:25, 205:11, 205:14, 206:12, 212:5, 216:2, 217:16, 218:25, 220:6, 220:16, 221:13, 222:4
**doctor** [9] - 28:11, 115:13, 140:10, 145:18, 160:15, 184:17, 195:4, 214:4, 221:20
**doctors** [1] - 35:4
**Document** [4] - 21:16, 78:22, 167:3, 191:17
**document** [46] - 21:20, 21:22, 52:6, 52:16, 123:4, 125:7, 145:23, 146:1, 146:3, 146:8, 147:2, 147:3, 148:6, 148:10, 161:22, 162:1, 162:4, 162:8, 163:4, 169:6, 169:7, 169:11, 174:17, 182:23, 184:17, 186:9, 191:15, 193:16, 193:21, 195:4, 195:9, 195:11, 195:12, 195:14, 196:8, 197:14, 197:22, 199:4, 199:9, 200:19, 202:18, 212:6, 212:11, 212:14, 212:23, 215:20
**documentation** [1] - 88:22
**documented** [5] - 4:20, 193:13, 193:15, 194:16, 222:5
**documents** [37] - 3:25, 5:11, 5:13, 5:15, 6:21, 17:15, 21:10, 53:5, 56:6, 56:10,

56:11, 78:9, 78:10, 90:13, 119:2, 125:8, 126:6, 136:20, 136:22, 155:23, 157:21, 158:6, 160:12, 163:14, 169:2, 178:3, 182:15, 189:24, 190:24, 194:2, 196:15, 200:13, 201:18, 201:20, 202:12, 214:13, 224:18

**DOD** [7] - 174:21, 202:13, 204:22, 204:25, 207:13, 224:18, 224:21

**dodge** [1] - 108:21

**dog** [2] - 103:13, 104:20

**dollar** [1] - 150:22

**dollars** [3] - 150:24, 150:25, 151:10

**dominance** [9] - 126:11, 167:9, 168:1, 170:14, 172:6, 173:10, 190:22, 191:1, 220:21

**dominant** [5] - 144:21, 147:24, 175:20, 177:7, 190:2

**dominated** [3] - 147:21, 157:11, 158:24

**done** [11] - 17:9, 30:8, 30:10, 74:11, 85:16, 86:17, 122:19, 128:8, 218:7, 223:17, 224:9

**donkey** [2] - 103:13, 184:11

**door** [6] - 26:13, 26:16, 26:18, 27:2, 27:5, 27:6, 27:11, 29:8, 31:17, 36:7, 47:11, 75:20, 166:5

**doors** [1] - 26:10

**doorway** [1] - 49:17

**Doss** [1] - 89:18

**double** [2] - 47:19, 137:2

**dovetailed** [1] - 173:3

**down** [33] - 25:16, 26:5, 27:1, 28:4, 31:10, 31:15, 60:25, 70:12, 70:21, 83:17, 83:23, 86:25, 96:3, 98:13, 98:22, 98:23, 98:24, 103:5,

110:11, 150:12, 165:25, 188:19, 213:4, 216:5, 216:20, 216:24, 217:2, 217:8, 218:15, 220:1, 228:3

**dozen** [1] - 127:20

**Dr** [17] - 11:19, 11:20, 11:22, 17:17, 17:20, 88:18, 114:4, 114:8, 114:23, 115:6, 129:12, 130:6, 130:13, 205:1, 227:10, 228:9

**drafter** [1] - 123:2

**dragged** [2] - 107:15, 107:16

**drama** [1] - 216:15

**dramatically** [1] - 76:4

**draw** [2] - 152:20, 172:4

**drawing** [1] - 155:10

**drawn** [2] - 71:4, 224:3

**Dreany** [3] - 168:3, 168:7, 168:19

**drew** [1] - 156:1

**drift** [1] - 40:3

**Drill** [1] - 23:16

**driven** [1] - 86:21

**driver** [2] - 82:22, 112:7

**driving** [2] - 85:2, 86:3

**dropped** [2] - 16:19, 31:21

**drove** [1] - 86:20

**drums** [2] - 104:22, 154:16

**due** [12] - 6:14, 15:13, 92:6, 102:5, 102:21, 103:11, 167:8, 186:5, 205:25, 206:5, 208:7, 218:9

**Duke** [2] - 121:20, 227:16

**Duncan** [1] - 109:22

**Durango** [1] - 91:2

**duration** [2] - 134:2, 135:8

**during** [54] - 7:4, 10:21, 22:12, 23:7, 24:6, 24:20, 44:6, 44:13, 50:2, 58:7, 58:12, 59:17, 60:15, 72:15, 79:14, 93:22, 94:12, 95:24, 96:22, 97:1, 106:10, 127:4, 130:19, 134:6, 135:13, 137:9, 139:10, 140:18, 143:10, 143:13,

152:17, 156:1, 156:9, 158:4, 161:5, 162:4, 162:23, 163:12, 171:8, 171:14, 182:16, 184:2, 186:2, 186:4, 190:21, 200:3, 201:15, 206:9, 211:14, 214:18, 216:18, 222:20, 224:20, 226:7

**duties** [2] - 39:22, 127:9

**duty** [3] - 60:19, 92:7, 108:24

# E

**E1** [2] - 43:7, 43:8

**E2** [1] - 22:22

**E4** [2] - 79:21, 79:22

**E5** [3] - 43:12, 58:6, 58:7

**E7** [1] - 22:25

**Eagle** [11] - 93:11, 97:17, 97:22, 97:23, 97:25, 102:16, 102:18, 102:19, 108:13, 216:17, 217:2

**ear** [2] - 6:5, 90:17

**early** [3] - 67:18, 109:17, 200:21

**earned** [2] - 120:17, 120:18

**ears** [1] - 35:15

**EAS** [1] - 30:8

**easiest** [2] - 12:17, 38:11

**easily** [2] - 194:25, 228:22

**East** [2] - 95:22, 134:19

**east** [3] - 85:25, 96:4, 162:14

**eastern** [1] - 93:7

**Eastern** [2] - 118:2, 119:19

**easy** [6] - 16:18, 27:18, 112:14, 176:18, 198:1, 208:6

**ECF** [2] - 5:6, 5:17

**editor** [1] - 127:15

**editorial** [1] - 128:4

**eds** [1] - 127:21

**education** [2] - 117:10, 131:4

**educational** [1] - 120:16

**EDVA's** [1] - 119:21

**Edwards** [2] - 121:9, 184:14

**effect** [5] - 53:21, 174:15, 177:12, 226:25, 227:1

**effective** [1] - 225:2

**effectively** [3] - 33:18, 48:8, 149:23

**effectiveness** [1] - 213:18

**effects** [6] - 35:10, 35:13, 35:25, 46:7, 51:20, 205:24

**efficient** [2] - 4:15, 15:13

**effort** [3] - 12:13, 29:5, 207:19

**efforts** [6] - 94:20, 123:5, 124:10, 161:3, 186:12, 209:21

**EFPs** [5] - 133:22, 137:16, 137:19, 139:13

**eight** [2] - 67:22, 109:6

**either** [16] - 37:23, 40:24, 53:25, 67:8, 106:18, 121:21, 124:23, 126:6, 176:21, 184:13

**Elections** [1] - 169:4

**electrical** [1] - 69:3

**electronic** [2] - 89:10, 185:10

**element** [1] - 173:19

**elements** [6] - 10:11, 10:12, 152:22, 153:14, 183:17, 192:8

**elephant** [3] - 225:24, 226:1, 226:2

**eligible** [1] - 92:7

**Elizabeth** [1] - 8:6

**Ellipsing** [1] - 205:23

**elliptically** [1] - 152:2

**elsewhere** [2] - 157:10, 160:23

**embarrassing** [1] - 37:6

**embedded** [1] - 164:2

**emerged** [1] - 185:24

**emergence** [1] - 129:17

**emerging** [1] - 132:4

**emotional** [1] - 109:13

**emotionally** [1] - 76:8

**emphasize** [1] - 225:21

**employ** [2] - 122:7, 124:10

**employed** [12] - 112:4, 115:13, 124:20, 126:15, 133:21, 135:6, 141:22, 159:25, 172:2, 172:18, 177:15, 182:6

**employing** [1] - 186:4

**employment** [3] - 10:24, 16:24, 112:17

**empty** [6] - 68:12, 68:18, 70:25, 71:3, 166:5, 166:7

**enabling** [1] - 185:6

**encapsulated** [1] - 219:7

**encounter** [1] - 51:3

**encountered** [4] - 26:11, 32:18, 106:16, 150:18

**encountering** [1] - 32:25

**encounters** [1] - 51:8

**end** [11] - 4:18, 6:20, 8:11, 10:3, 18:14, 34:9, 81:16, 92:12, 181:13, 222:24, 227:2

**endeavor** [1] - 5:2

**endeavored** [2] - 12:18, 15:17

**ended** [15] - 29:13, 31:5, 34:12, 47:12, 99:12, 102:6, 112:9, 160:23, 166:25, 174:11, 184:1, 218:14, 218:17, 218:24

**endorse** [1] - 226:15

**ends** [1] - 156:5

**enemy** [4] - 48:7, 103:5, 132:14, 135:18, 136:10

**enemy's** [1] - 103:7

**engage** [5] - 46:11, 51:5, 103:9, 127:10, 138:6

**engaged** [7] - 26:23, 29:5, 38:9, 48:7, 99:20, 103:15, 174:5

**engineer** [2] - 64:18, 168:7

**Engineer** [2] - 67:23, 180:21

**Engineers** [1] - 123:10

**engulfed** [2] - 46:1, 84:13

**enhanced** [1] - 221:3

**enjoyed** [2] - 137:22, 147:15

enlisted [3] - 79:10, 79:15, 111:1
**Enlistment** [2] - 43:13, 57:21
enormous [1] - 14:24
ensued [1] - 49:17
ensure [2] - 221:2, 223:20
enter [3] - 45:21, 51:7, 51:12
entered [8] - 45:19, 46:21, 48:6, 144:5, 144:9, 166:4, 168:17, 174:10
entering [2] - 45:22, 55:25
entire [3] - 150:19, 200:4, 222:20
entirely [1] - 224:8
entirety [1] - 10:22
entities [1] - 122:14
entitled [7] - 4:9, 146:1, 148:6, 158:20, 169:3, 182:19, 184:19
entity [1] - 215:16
entry [9] - 26:21, 26:23, 27:2, 29:10, 29:11, 29:16, 31:18, 48:10, 49:10
environment [4] - 167:6, 167:7, 167:23, 217:17
environments [1] - 162:18
**EOD** [3] - 29:2, 206:2, 207:2
episode [2] - 95:23, 97:2
epitome [1] - 30:2
epitomized [1] - 31:4
equipment [3] - 99:9, 133:25, 176:15
equivalent [1] - 158:7
era [1] - 132:10
eradicating [1] - 24:9
escape [1] - 145:12
especially [2] - 133:21, 171:14
**ESQ** [1] - 1:14
essential [1] - 134:4
essentially [5] - 59:14, 166:15, 167:24, 176:15, 183:10
establish [3] - 135:3, 144:21, 167:14
established [4] - 11:3, 11:23, 168:23, 170:14
establishing [1] -

170:12
establishment [1] - 169:21
**Estate** [1] - 3:3
**ESTATE** [1] - 1:3
estate [1] - 88:23
et [3] - 1:3, 1:7, 3:4
**Euphrates** [4] - 59:13, 59:25, 61:1, 62:11
evacuated [5] - 109:1, 109:3, 109:4, 110:15, 110:16
evacuation [1] - 108:16
evaluate [2] - 126:2, 126:4
evaluating [2] - 124:3, 224:8
evaluation [4] - 109:25, 130:3, 182:3, 219:6
evaporated [1] - 49:24
evening [7] - 63:14, 64:25, 67:18, 67:19, 68:6, 75:25, 83:3
event [10] - 24:1, 24:2, 27:25, 28:9, 28:14, 28:20, 36:6, 47:25, 125:20, 218:11
events [22] - 19:1, 23:19, 35:1, 35:5, 51:16, 51:21, 53:3, 53:6, 66:23, 75:10, 81:17, 98:4, 118:23, 128:18, 128:21, 128:23, 143:9, 143:15, 180:9, 204:15, 204:20, 217:10
eventually [6] - 22:23, 32:1, 34:1, 79:18, 83:20, 206:8
**Evidence** [3] - 5:20, 16:22, 18:2
evidence [5] - 5:24, 10:20, 10:23, 11:2, 11:5, 11:10, 11:14, 12:6, 12:21, 13:2, 13:12, 13:16, 13:21, 16:16, 18:13, 116:16, 117:16, 160:5, 160:9, 170:14, 172:5, 199:22, 199:23, 209:8, 228:6
evidentiary [5] - 4:8, 5:22, 6:21, 17:10, 18:17
**EVIDENTIARY** [1] - 1:10

evince [1] - 171:23
evolution [1] - 129:17
evolved [1] - 51:10
evolving [1] - 51:3
ex [1] - 153:14
**ex-Ba'athists** [1] - 153:14
exact [1] - 155:18
exactly [3] - 86:10, 176:8, 203:23
exam [1] - 39:12
**EXAMINATION** [6] - 20:3, 42:4, 55:16, 77:13, 90:4, 115:2
examination [1] - 223:13
examined [1] - 178:8
examining [2] - 123:16, 123:24
example [9] - 126:8, 131:24, 138:8, 139:21, 171:19, 171:21, 190:25, 194:7, 198:8
examples [2] - 123:12, 196:23
excel [1] - 30:18
excuse [6] - 11:21, 64:3, 105:12, 147:3, 185:17, 198:14
excused [5] - 41:12, 77:4, 88:12, 112:25, 227:11
executive [1] - 115:14
exert [1] - 185:3
**Exhibit** [14] - 62:3, 62:9, 62:17, 63:2, 63:11, 64:3, 64:4, 65:1, 65:13, 79:4, 80:20, 100:9, 101:8, 227:7
exhibit [17] - 5:5, 5:8, 5:16, 5:25, 15:23, 16:11, 17:1, 17:2, 85:8, 85:13, 85:16, 89:13, 89:14, 101:6, 114:3, 114:5, 164:8
exhibits [9] - 4:1, 5:4, 5:9, 15:23, 15:25, 16:23, 21:7, 56:6, 89:12
**Exhibits** [1] - 61:25
exist [2] - 153:25, 162:18
existed [1] - 167:17
exit [1] - 104:14
expand [1] - 183:22
expect [1] - 210:5
expected [3] - 5:13, 97:14, 195:23

expecting [2] - 97:15, 216:10
**Expeditionary** [1] - 23:16
expelled [1] - 45:24
expensive [1] - 151:9
experience [18] - 14:24, 33:1, 33:17, 61:14, 92:19, 109:12, 109:15, 111:5, 117:10, 117:14, 121:6, 121:13, 121:14, 121:15, 128:1, 128:16, 131:5, 228:19
experienced [1] - 36:25
experiences [2] - 15:4, 38:6
expert [39] - 13:17, 14:4, 14:13, 14:14, 14:18, 14:20, 14:23, 15:11, 17:11, 115:25, 116:13, 117:5, 117:6, 118:4, 118:7, 118:19, 119:13, 119:16, 120:1, 120:8, 122:16, 123:1, 126:24, 129:12, 130:7, 131:15, 134:25, 135:1, 139:10, 141:3, 223:16, 224:14, 224:15, 225:5, 225:12, 225:14, 225:19, 226:18, 227:21
expertise [2] - 127:6, 131:5, 163:2
experts [18] - 7:2, 7:7, 11:15, 11:22, 11:23, 13:18, 13:21, 14:16, 14:22, 14:24, 15:1, 15:11, 15:22, 225:6, 225:16, 225:21, 225:24, 225:25
experts' [1] - 15:8
explain [1] - 183:8
explained [1] - 219:13
explicitly [1] - 136:18
explode [2] - 51:11, 207:5
exploded [3] - 27:23, 45:22, 46:2
exploding [1] - 86:13
explore [1] - 120:25
explosion [7] - 27:4, 46:5, 46:7, 82:4,

83:17, 166:10, 204:3
explosions [2] - 148:24, 149:1
**Explosive** [1] - 205:7
explosive [4] - 148:25, 157:25, 207:1, 210:4
explosively [1] - 133:22
explosives [9] - 152:15, 154:14, 154:15, 154:17, 159:24, 206:6, 207:6, 207:8
export [1] - 162:14
exposed [3] - 104:4, 107:15, 222:11
exposure [1] - 53:16
express [1] - 74:15
extend [1] - 30:16
extended [2] - 160:9, 185:7
extensive [2] - 133:10, 164:3
extensively [1] - 178:7
extent [8] - 5:21, 7:9, 13:5, 24:23, 46:18, 135:8, 138:20, 154:24
external [1] - 124:16, 124:18
extinguish [2] - 83:21, 84:17
extinguished [1] - 86:15
extra [3] - 206:4, 206:5, 206:6
extrajudicial [1] - 9:16
eye [2] - 70:15, 103:10
eyes [2] - 50:4, 83:18
eyewitnesss [2] - 141:1, 163:22

**F**

face [8] - 46:23, 70:14, 94:3, 107:2, 107:8, 108:6, 119:18, 186:13
faced [1] - 119:15
facilitate [1] - 211:23
facilitated [8] - 12:10, 151:15, 159:20, 198:1, 211:16, 211:19, 220:21, 223:4
facilitation [5] - 176:7, 200:14, 222:14, 222:15, 225:19
facility - 109:7
facing [4] - 36:7, 97:1,

100:24
**fact** [39] - 13:17, 14:21, 14:22, 15:19, 16:3, 16:4, 18:11, 21:3, 22:3, 52:13, 53:10, 56:2, 56:12, 78:8, 88:22, 89:6, 89:13, 90:14, 100:5, 111:12, 147:18, 151:17, 151:25, 153:14, 160:12, 179:17, 183:22, 193:24, 194:1, 200:24, 206:22, 207:9, 207:12, 207:13, 226:4, 226:16, 227:7, 229:15
**factor** [3] - 124:19, 173:9, 185:14
**factors** [2] - 124:2, 126:6
**facts** [3] - 123:22, 189:25, 229:2
**factual** [2] - 225:7, 225:13
**faculty** [1] - 121:21
**failed** [2] - 68:22, 119:12
**fair** [4] - 94:23, 108:10, 134:8, 226:20
**fairly** [9] - 62:14, 117:9, 136:17, 137:10, 143:12, 169:21, 177:15, 177:17, 178:7
**Fajr** [4] - 143:20, 144:13, 160:18, 160:21
**FAJR** [1] - 184:20
**fall** [3] - 38:15, 132:2, 161:2
**Fallujah** [55] - 19:18, 23:25, 24:10, 24:12, 25:1, 25:3, 25:22, 28:22, 32:21, 44:21, 44:25, 45:2, 45:4, 48:22, 140:22, 141:13, 141:16, 142:19, 143:20, 143:23, 144:14, 144:22, 144:23, 147:6, 147:12, 147:16, 147:19, 147:20, 147:22, 148:2, 148:7, 149:17, 151:4, 151:8, 152:7, 157:8, 157:10, 159:5, 159:14, 159:21,

160:14, 160:19, 162:11, 162:15, 162:17, 162:24, 162:25, 163:3, 168:16, 169:14, 169:18, 169:20, 170:5, 175:9, 177:5
**Fallujah-Abu** [1] - 162:17
**false** [2] - 166:6, 166:16
**familiar** [4] - 43:13, 67:8, 79:24, 212:11
**families** [2] - 8:19, 54:5
**family** [2] - 25:13, 76:4
**famous** [1] - 214:17
**far** [8] - 4:16, 4:23, 8:15, 64:17, 65:19, 66:7, 132:9, 185:6
**far-flung** [1] - 185:6
**fault** [1] - 187:25
**fear** [1] - 74:12
**February** [2] - 92:4, 176:3
**Federal** [1] - 16:21
**feed** [1] - 151:11
**feelings** [1] - 74:15
**feet** [2] - 27:6, 166:20
**fell** [3] - 83:17, 135:24, 147:7
**fellow** [4] - 31:10, 47:14, 47:20, 50:21
**felt** [7] - 46:8, 71:3, 71:4, 71:5, 73:18, 136:25, 228:11
**Ferris** [1] - 89:18
**few** [20] - 17:11, 23:17, 34:25, 46:15, 46:17, 73:5, 74:17, 127:13, 128:17, 149:19, 156:12, 159:19, 172:15, 173:25, 177:3, 190:13, 211:4, 211:12, 217:25, 220:19
**field** [8] - 11:22, 43:20, 43:21, 125:15, 126:19, 127:6, 141:5, 157:1
**fields** [1] - 95:13
**fifth** [3] - 89:1, 100:12, 126:16
**fight** [16] - 49:17, 69:10, 71:1, 71:6, 99:20, 106:3, 107:24, 108:12, 109:21, 149:15, 155:3, 155:22, 155:24, 155:25,

156:7, 156:8
**fighter** [3] - 139:21, 151:14, 151:19
**fighters** [15] - 140:2, 147:11, 152:5, 155:22, 156:2, 160:8, 162:25, 167:21, 169:14, 169:20, 170:6, 176:17, 177:9, 177:10, 192:15
**fighting** [8] - 68:15, 76:22, 96:6, 135:20, 149:4, 152:10, 161:1, 226:14
**fighting-age** [1] - 96:6
**fights** [1] - 75:16
**Fights** [1] - 161:23
**figure** [2] - 33:22, 210:8
**figured** [1] - 87:24
**figures** [2] - 162:16, 222:10
**figuring** [1] - 28:7
**file** [1] - 162:12
**filed** [4] - 5:6, 5:8, 5:16, 16:14
**filing** [1] - 17:3
**filled** [1] - 158:13
**final** [2] - 6:21, 170:5
**finally** [13] - 18:9, 98:19, 126:16, 134:1, 135:7, 139:19, 166:22, 178:7, 191:3, 207:9, 212:1, 213:15, 221:9
**financial** [9] - 134:23, 139:15, 146:19, 146:23, 185:3, 185:13, 185:14, 200:14, 228:21
**financially** [1] - 160:7
**financing** [1] - 196:12
**findings** [1] - 18:11
**fine** [6] - 6:24, 7:8, 30:14, 56:8, 87:2, 229:18
**finger** [1] - 139:14
**finish** [1] - 5:1
**finished** [2] - 14:21, 14:22
**fire** [30] - 29:12, 49:17, 71:5, 83:13, 83:18, 83:21, 84:3, 105:13, 105:21, 106:23, 166:19, 179:22, 179:23, 180:2, 180:11, 186:20, 186:22, 186:23, 187:5, 187:9,

188:21, 188:23, 189:15, 190:4, 216:20, 216:23, 217:7
**fire's** [1] - 186:25
**fired** [5] - 30:20, 166:24, 177:16, 181:12, 186:20
**firing** [5] - 71:20, 106:11, 106:18, 107:9, 166:13
**firm** [2] - 115:14, 228:19
**first** [65] - 3:25, 12:7, 19:6, 19:16, 19:20, 21:2, 22:21, 31:20, 32:2, 32:13, 32:14, 37:14, 49:19, 50:10, 51:3, 57:18, 59:22, 62:3, 68:12, 83:14, 83:16, 85:22, 87:17, 93:2, 93:3, 99:7, 101:7, 113:2, 115:17, 116:5, 117:5, 118:1, 126:1, 126:3, 130:18, 131:16, 131:22, 133:3, 133:4, 133:10, 134:18, 140:15, 148:15, 149:19, 152:10, 153:24, 157:12, 157:17, 159:20, 172:13, 173:25, 177:3, 189:13, 190:13, 191:13, 197:12, 199:21, 199:23, 212:13, 212:20, 216:21, 218:13, 220:12, 220:20, 228:5
**First** [1] - 110:8
**firsthand** [2] - 92:19, 151:3
**Fishbeck** [1] - 3:4
**FISHBECK** [1] - 1:3
**fissures** [1] - 226:14
**fits** [1] - 76:22
**Fitzgerald** [1] - 17:12
**Five** [1] - 169:3
**five** [14] - 11:15, 14:3, 14:20, 76:10, 102:14, 106:6, 113:2, 116:9, 161:12, 167:1, 172:16, 173:2, 191:12, 227:20
**fixed** [2] - 143:24, 144:4
**FL** [1] - 1:16

**flagged** [1] - 183:16
**flames** [2] - 84:14, 84:17
**flash** [3] - 27:15, 46:21, 47:16
**flashes** [1] - 105:7
**flashlight** [1] - 70:11
**flatbed** [2] - 99:13, 101:4
**flavor** [1] - 123:13
**fled** [1] - 162:25
**fleeing** [2] - 160:23, 169:14
**flesh** [1] - 143:9
**Flexner** [1] - 121:12
**flies** [1] - 164:21
**floor** [1] - 8:17
**Flores** [1] - 100:23
**flow** [12] - 137:24, 139:22, 140:2, 143:14, 151:14, 151:19, 159:20, 172:21, 174:16, 177:8, 177:9, 192:15
**flowed** [1] - 143:17
**flowing** [2] - 226:4, 226:8
**fluctuate** [1] - 136:8
**fluctuation** [1] - 137:12
**fluctuations** [1] - 136:11
**flung** [1] - 185:6
**FOB** [4] - 59:12, 205:16, 205:19, 205:21
**focus** [12] - 12:5, 12:6, 13:7, 15:24, 21:1, 32:4, 49:11, 93:5, 94:4, 130:23, 131:16, 183:1
**focused** [7] - 10:11, 38:10, 40:1, 118:13, 182:24, 182:25, 225:15
**focusing** [4] - 13:4, 142:2, 165:6, 196:15
**folder** [1] - 78:3
**folks** [5] - 7:20, 106:19, 153:2, 223:21, 227:24
**follow** [6] - 18:3, 32:16, 34:21, 38:25, 40:14, 50:7
**follow-on** [2] - 34:21, 50:7
**follow-up** [2] - 38:25, 40:14
**following** [9] - 14:3, 93:4, 129:13,

133:13, 145:8,
166:16, 199:12,
204:16, 211:10
**food** [2] - 60:10,
160:10
**foot** [10] - 95:1, 95:4,
95:6, 96:2, 96:25,
97:8, 97:16, 97:24,
166:19, 216:25
**FOR** [1] - 1:1
**Force** [16] - 9:18, 98:1,
98:2, 98:3, 98:10,
99:1, 99:5, 102:13,
158:8, 191:22,
217:1, 217:5, 217:6
**force** [9] - 47:17,
160:3, 169:15,
172:14, 173:11,
175:20, 177:7,
194:8, 203:11
**Force-Iraq** [1] - 191:22
**Forces** [1] - 184:7
**forces** [19] - 46:5,
143:23, 144:2,
147:8, 148:22,
152:19, 160:2,
161:3, 170:9,
172:17, 174:3,
174:5, 183:3, 203:5,
203:8, 209:17,
213:9, 218:7, 220:22
**forearm** [1] - 70:4
**foregoing** [1] - 230:4
**forehead** [2] - 31:21,
50:2
**Foreign** [3] - 10:9,
127:23, 127:24
**foreign** [15] - 10:16,
128:23, 133:12,
139:21, 140:1,
151:14, 151:19,
152:4, 167:21,
168:16, 170:5,
177:9, 183:3,
183:17, 192:15
**foreseeable** [1] -
11:13
**Forest** [1] - 120:18
**form** [1] - 16:10
**formally** [1] - 146:14
**format** [1] - 125:7
**formation** [3] - 96:5,
106:20, 134:4
**formed** [2] - 133:22,
153:15
**former** [4] - 152:22,
153:1, 153:13
**forming** [1] - 201:6
**Fort** [3] - 56:24,
101:12, 216:8

**forth** [3] - 116:20,
117:20, 196:24
**fortifications** [1] -
148:23
**fortified** [1] - 29:7
**forward** [4] - 68:1,
69:21, 103:11,
123:25
**Foster** [1] - 89:19
**fought** [1] - 150:24
**Foundation** [2] -
128:11, 128:12
**foundations** [2] -
128:7, 128:11
**four** [11] - 63:13, 67:3,
118:11, 129:13,
130:3, 130:9, 133:8,
134:16, 161:1,
172:25, 220:11
**Four** [1] - 161:23
**fourth** [8] - 65:22,
68:18, 125:2,
126:14, 134:1,
135:7, 177:11,
220:14
**Fourth** [2] - 59:7,
119:20
**fractures** [1] - 123:7
**fragged** [1] - 49:21
**fragment** [1] - 206:8
**fragmentation** [1] -
26:2
**fragments** [2] - 30:21,
206:7
**frame** [9] - 23:4, 44:6,
94:12, 134:10,
134:14, 182:17,
185:19, 222:20,
228:8
**Framework** [1] - 123:3
**Franklyn** [1] - 89:18
**fraught** [1] - 226:13
**FRE** [1] - 183:3
**free** [3] - 10:4, 19:25,
27:20
**Freedom** [1] - 198:5
**freedom** [1] - 225:22
**frenemy** [1] - 136:10
**frequently** [5] -
122:15, 128:13,
137:21, 189:22,
196:17
**FREs** [3] - 153:13,
153:21, 183:17
**friendlier** [1] - 217:24
**friendly** [2] - 101:21,
137:8
**friends** [2] - 76:3,
101:20
**front** [14] - 4:21, 27:2,

29:8, 69:14, 100:22,
101:14, 102:19,
103:1, 103:4, 103:5,
103:6, 103:7, 150:25
**fuel** [1] - 100:19
**full** [7] - 13:4, 53:24,
55:19, 88:5, 148:15,
183:20, 230:5
**fully** [3] - 13:8, 131:10,
226:15
**fulsome** [1] - 121:16
**function** [1] - 223:1
**funding** [5] - 139:17,
146:24, 151:6,
220:12, 221:2
**funds** [2] - 144:19,
195:25
**fungibility** [1] - 191:9
**funneled** [1] - 105:9,
157:9
**Fury** [1] - 143:21

# G

**gained** [1] - 149:2
**gaining** [2] - 94:16,
94:18
**gains** [1] - 208:18
**gang** [1] - 124:4
**GARTENSTEIN** [2] -
2:11, 115:1
**Gartenstein** [13] -
11:20, 88:18, 114:4,
114:8, 114:23,
115:5, 115:6,
129:12, 130:6,
130:13, 205:1,
227:10, 228:9
**GARTENSTEIN-
ROSS** [2] - 2:11,
115:1
**Gartenstein-Ross** [11]
- 11:20, 88:18,
114:23, 115:5,
115:6, 129:12,
130:6, 130:13,
205:1, 227:10, 228:9
**Gartenstein-Ross's**
[1] - 114:8
**Garza** [13] - 101:15,
101:20, 101:22,
103:22, 103:23,
107:8, 107:9,
107:12, 107:13,
107:19, 107:25,
108:4
**Garza's** [1] - 107:22
**Gate** [1] - 181:11
**gates** [1] - 97:20
**gathered** [1] - 48:9

**Gavi** [1] - 8:4
**gear** [1] - 25:24
**General** [7] - 191:21,
191:25, 192:9,
196:4, 200:24,
218:6, 222:24
**general** [18] - 4:8,
4:13, 17:20, 17:24,
29:25, 32:9, 53:14,
60:3, 130:7, 134:16,
135:15, 153:18,
195:23, 213:9,
223:10, 223:22,
224:11, 227:24
**generally** [24] - 5:18,
19:7, 32:6, 47:13,
48:2, 50:24, 50:25,
68:4, 99:4, 110:18,
122:17, 125:15,
126:18, 127:5,
129:22, 130:8,
153:6, 153:8, 156:4,
171:16, 185:10,
196:21, 216:4, 220:9
**genre** [2] - 127:24,
132:3
**genres** [1] - 123:24
**gentleman** [2] - 64:17,
100:22
**gentlemen** [3] - 14:18,
101:18, 101:23
**geographic** [1] -
211:24
**geographically** [2] -
145:6, 175:8
**geography** [11] -
126:10, 126:12,
131:24, 141:23,
144:11, 147:17,
165:1, 182:16,
202:9, 208:7, 215:6
**Georgetown** [1] -
121:19
**gesture** [1] - 92:16
**ghost** [1] - 103:12
**Ghraib** [1] - 162:17
**giant** [1] - 80:17
**given** [15] - 16:21,
31:6, 73:15, 116:15,
117:25, 131:23,
134:1, 135:7,
137:15, 137:16,
137:18, 137:19,
137:20, 166:6,
209:23
**glass** [1] - 27:20
**Global** [5] - 23:15,
23:16, 44:17,
115:15, 171:3
**goals** [1] - 133:12

**God** [2] - 74:12, 76:25
**Gold** [1] - 110:25
**Golden** [9] - 88:24,
202:5, 203:2,
203:13, 204:6,
205:18, 205:20,
205:23, 209:16
**government** [20] -
10:24, 11:11, 16:24,
96:10, 120:2,
122:14, 122:16,
122:20, 126:7,
128:21, 163:14,
163:18, 178:2,
196:15, 199:14,
201:20, 201:21,
214:12, 222:6
**governmental** [2] -
122:14, 129:7
**governments** [2] -
128:23, 128:25
**governorate** [1] -
183:12
**grabbed** [2] - 107:23,
108:18
**grade** [1] - 61:14
**graduate** [2] - 121:17,
121:18
**granular** [1] - 138:23
**graphic** [1] - 154:8
**grateful** [1] - 18:22
**graze** [1] - 72:22
**great** [6] - 110:23,
148:17, 153:22,
216:7, 224:4, 227:23
**greater** [2] - 38:2,
47:16
**greatest** [2] - 19:2,
139:16
**green** [1] - 96:8
**Green** [2] - 46:22,
110:25
**greeted** [1] - 110:9
**grenade** [1] - 26:2
**grenades** [10] - 29:12,
32:16, 49:18, 49:21,
61:11, 65:18,
105:17, 152:14,
154:24, 166:14
**grew** [2] - 8:15, 20:21
**groping** [1] - 225:24
**ground** [2] - 149:2,
168:20
**group** [45] - 12:8,
13:23, 24:24, 48:25,
50:24, 67:23, 68:7,
73:10, 73:18, 73:19,
118:12, 124:4,
124:21, 124:22,
124:24, 125:4,

125:8, 125:11, 126:11, 131:19, 131:25, 132:3, 136:5, 136:16, 136:17, 138:25, 139:4, 155:13, 171:9, 173:9, 183:9, 185:23, 187:5, 189:21, 190:2, 190:23, 190:25, 197:23, 198:9, 203:9, 208:11, 211:8, 223:1, 228:8
**Group** [6] - 67:23, 146:1, 185:24, 186:2, 186:5, 213:5
**Group'** [1] - 158:7
**group's** [2] - 161:6, 211:16
**groups** [97] - 11:4, 11:8, 12:2, 15:2, 24:25, 32:21, 67:7, 115:18, 115:19, 115:22, 116:6, 116:7, 116:8, 117:20, 121:1, 122:7, 122:21, 124:11, 126:2, 129:19, 129:22, 130:2, 131:17, 131:18, 132:8, 132:9, 132:13, 132:17, 132:21, 132:22, 132:25, 133:2, 133:7, 133:8, 133:11, 133:15, 133:16, 133:21, 134:3, 134:7, 134:12, 134:14, 134:17, 134:19, 134:20, 135:9, 135:18, 135:20, 136:8, 137:15, 137:16, 137:18, 137:19, 137:20, 137:21, 137:22, 138:1, 138:4, 138:13, 141:6, 147:22, 147:25, 148:20, 153:21, 160:14, 161:2, 170:19, 176:13, 176:20, 176:23, 176:25, 177:7, 183:23, 183:25, 185:4, 185:12, 192:11, 192:20, 207:20, 207:23, 208:5, 208:12, 209:2, 209:4, 220:8, 223:23, 223:25,

224:6, 226:8, 228:13, 228:14
**groups'** [5] - 134:4, 139:1, 155:24, 178:8, 201:21
**grow** [2] - 20:17, 20:19
**Grows** [2] - 161:23, 169:3
**growth** [2] - 134:4, 135:10
**gruesome** [1] - 13:13
**guard** [1] - 158:8
**Guard** [1] - 180:20
**Guards'** [1] - 158:2
**guerillas** [1] - 149:4
**guess** [16] - 26:22, 30:19, 31:4, 34:6, 38:3, 45:24, 67:25, 74:4, 82:9, 97:16, 98:6, 153:18, 189:2, 206:12, 223:22, 228:2
**guidance** [3] - 192:19, 200:10, 223:1
**guide** [2] - 13:1, 123:4
**guidelines** [1] - 185:6
**gun** [18] - 33:14, 49:16, 51:4, 63:16, 63:23, 64:2, 69:3, 83:6, 83:14, 83:20, 99:18, 102:7, 104:4, 107:11, 108:18, 109:10, 216:23
**gunfire** [2] - 26:4, 34:1, 72:21
**gunner** [1] - 82:21
**gunners** [1] - 102:24
**gunnery** [1] - 22:25
**guns** [9] - 32:16, 33:9, 33:10, 61:10, 65:16, 99:19, 152:15, 154:25, 166:14
**gunshot** [4] - 50:1, 94:2, 107:3
**guru** [1] - 8:8
**GUS** [1] - 1:14
**guy** [4] - 48:15, 48:18, 100:23, 227:16
**guys** [12] - 49:6, 53:23, 53:24, 96:14, 98:11, 98:17, 98:21, 104:13, 106:2, 150:20, 158:12, 158:13

## H

**H-O-U-S-M-A-N-S** [1] - 20:8
**Haditha** [49] - 59:18,

59:21, 60:1, 60:7, 60:13, 60:25, 61:1, 61:9, 62:12, 62:13, 62:14, 64:18, 67:24, 68:3, 68:6, 68:21, 70:19, 163:3, 163:4, 164:17, 164:19, 167:4, 167:8, 167:12, 167:15, 167:24, 167:25, 168:8, 168:17, 169:17, 169:24, 170:6, 170:11, 171:20, 174:6, 174:9, 174:14, 174:15, 175:7, 175:20, 176:3, 176:4, 180:3, 180:6, 183:2, 183:13
**Haditha's** [1] - 170:3
**Hadithah** [3] - 162:13, 162:23, 162:25
**Hale** [1] - 118:4
**half** [12] - 19:8, 19:10, 27:12, 34:18, 39:10, 47:2, 70:14, 95:7, 97:3, 97:24, 121:11, 215:13
**half-the** [1] - 97:3
**halfway** [1] - 102:22
**Hamas** [1] - 158:9
**Hamed** [1] - 170:10
**Hammer** [3] - 139:3, 211:7, 211:11
**hand** [10] - 21:11, 42:1, 55:8, 55:22, 67:3, 90:2, 136:24, 136:25, 149:7, 197:10
**handed** [2] - 78:7, 90:12
**handing** [1] - 33:23
**handled** [1] - 207:14
**hands** [3] - 86:15, 86:16
**hang** [1] - 104:15
**hanging** [2] - 83:6, 221:16
**happy** [3] - 31:2, 114:12, 195:2
**Haq** [1] - 129:23
**Haqlaniyah** [14] - 55:4, 60:10, 60:12, 67:2, 67:12, 67:13, 68:7, 164:14, 165:14, 166:3, 167:6, 167:24, 170:7, 170:15
**Haqqani** [1] - 118:13
**harassed** [1] - 95:15

**hard** [7] - 6:5, 16:10, 40:6, 89:10, 89:11, 104:15, 154:15
**Harim** [1] - 190:25
**Harrison** [2] - 25:11, 46:22
**Harrison's** [1] - 26:6
**Harry** [2] - 121:9, 168:6
**Harun** [2] - 185:24, 186:5
**Harvard** [1] - 129:5
**hatch** [1] - 83:15
**haul** [1] - 112:7
**haven** [11] - 134:24, 192:17, 200:3, 209:17, 209:18, 209:23, 211:9, 212:1, 212:4, 220:14
**havens** [1] - 135:3
**Hawza** [3] - 218:14, 218:23, 219:14
**Hayani** [2] - 170:7, 170:10
**head** [10] - 34:1, 61:2, 68:21, 68:23, 68:24, 96:7, 106:16, 184:7, 195:16, 218:5
**headaches** [2] - 35:14, 40:23
**headed** [3] - 84:19, 86:5, 162:14
**heading** [1] - 162:20
**headlight** [1] - 85:3
**headlights** [1] - 86:4
**headphones** [1] - 6:10
**Headquarters** [1] - 59:6
**heads** [1] - 102:10
**health** [3] - 35:9, 39:14, 39:20
**hear** [17] - 11:21, 13:14, 13:18, 14:2, 14:13, 14:15, 19:1, 41:23, 88:17, 90:19, 95:18, 96:20, 144:7, 215:15, 223:15, 227:19, 227:21
**heard** [12] - 27:10, 48:20, 68:11, 83:12, 96:16, 105:15, 105:16, 105:17, 107:12, 140:10, 205:17
**HEARING** [1] - 1:10
**hearing** [8] - 4:9, 5:21, 6:5, 6:10, 6:21, 10:18, 13:10, 13:14, 14:9, 18:14, 19:20, 26:4, 29:15, 90:17,

117:17, 229:19
**hearsay** [1] - 5:22
**heart** [1] - 147:6
**Heart** [2] - 93:24, 94:1
**heavily** [2] - 13:7, 136:17
**heavy** [1] - 33:14
**held** [2] - 11:11, 62:11
**HELD** [1] - 1:11
**helmet** [1] - 50:3
**help** [12] - 15:17, 37:13, 38:15, 48:11, 83:22, 84:18, 86:11, 153:9, 211:22, 212:6, 221:2, 226:18
**helped** [8] - 53:5, 78:10, 81:23, 108:16, 115:6, 139:24, 141:12, 143:9, 143:14, 152:3, 154:10, 160:1, 160:4, 164:12, 167:13, 170:4, 178:10, 190:19
**helpful** [6] - 114:21, 140:8, 177:4, 177:7, 189:4, 204:19
**helping** [2] - 156:14, 176:23
**helps** [3] - 41:8, 187:12, 212:2
**hereby** [2] - 130:7, 230:3
**heroes** [1] - 18:24
**Hezbollah** [2] - 129:16, 158:9
**high** [14] - 36:5, 46:16, 67:3, 67:7, 67:9, 67:10, 67:12, 159:24, 168:24, 175:18, 199:10, 199:25, 218:15, 221:6
**high-level** [3] - 168:24, 199:10, 199:25
**higher** [1] - 137:23
**highest** [3] - 11:11, 58:10, 158:1
**highlight** [2] - 188:20, 220:11
**highlighted** [3] - 158:23, 190:24, 215:13
**highly** [4] - 131:25, 147:20, 171:25, 180:10
**Highway** [1] - 149:12
**hill** [1] - 85:6
**Hills** [9] - 88:24, 202:6,

203:2, 203:13, 204:6, 205:19, 205:20, 205:23, 209:16
**himself** [5] - 3:7, 26:24, 29:7, 196:5
**hinted** [1] - 217:15
**hip** [1] - 72:23
**hired** [1] - 39:11
**historical** [2] - 129:14, 141:2
**histories** [2] - 140:21, 143:13
**history** [1] - 133:10
**Hit** [2] - 162:23, 183:13
**hit** [10] - 46:4, 69:6, 70:9, 72:21, 73:5, 110:6, 166:8, 166:11, 166:20, 217:6
**hitting** [7] - 47:12, 69:2, 69:3, 105:5, 177:16, 179:24, 187:14
**Hizballah** [1] - 129:23
**hoc** [1] - 169:17
**hold** [8] - 63:4, 75:15, 131:3, 141:24, 165:3, 177:18, 213:25, 221:12
**hole** [3] - 50:8, 64:9, 64:10
**home** [14] - 30:11, 30:23, 30:24, 41:13, 48:22, 49:14, 49:15, 54:6, 73:25, 76:7, 77:4, 112:25, 144:1, 144:5
**Homeland** [1] - 123:2
**homes** [5] - 67:13, 70:23, 70:24, 70:25, 149:6
**honestly** [1] - 131:10
**Honor** [79] - 3:2, 3:12, 3:20, 4:1, 6:1, 6:6, 7:17, 8:19, 9:25, 10:8, 10:12, 11:18, 12:12, 12:14, 12:19, 13:5, 13:10, 13:14, 14:1, 15:9, 15:16, 15:19, 17:6, 18:1, 18:15, 19:13, 19:16, 21:9, 41:14, 41:20, 41:24, 54:10, 54:13, 55:1, 55:21, 55:24, 58:11, 61:17, 65:12, 66:17, 77:5, 78:4, 85:17, 87:12, 88:13, 89:9, 89:15, 89:25, 90:10, 103:2, 112:5,

112:17, 112:21, 112:24, 113:1, 114:2, 114:17, 115:11, 129:11, 130:11, 138:19, 143:4, 153:8, 153:23, 155:15, 156:13, 164:5, 200:12, 202:17, 204:21, 210:10, 221:15, 223:9, 224:5, 227:6, 227:12, 228:2, 228:18, 229:14
**honor** [2] - 19:3, 203:15
**Honor's** [1] - 15:5
**HONORABLE** [1] - 1:11
**honorably** [1] - 30:13
**Hood** [2] - 101:12, 216:8
**hope** [2] - 6:20, 14:23
**hoping** [1] - 3:22
**horrific** [1] - 13:12
**horse** [1] - 183:23
**hospital** [5] - 57:20, 57:22, 57:25, 87:16, 87:20
**hostages** [2] - 51:8, 196:1
**hosted** [1] - 128:23
**hostile** [1] - 97:13
**hot** [1] - 104:20
**hour** [6] - 19:7, 19:10, 97:24, 206:4
**hours** [4] - 97:18, 97:19, 149:3, 205:15
**house** [48] - 24:8, 24:9, 25:6, 26:5, 26:7, 26:8, 26:11, 26:15, 26:25, 27:23, 29:5, 29:11, 29:13, 32:10, 32:12, 32:19, 45:19, 45:21, 45:22, 45:24, 46:2, 46:21, 48:5, 48:6, 48:10, 49:4, 49:7, 49:9, 49:12, 50:11, 51:7, 51:13, 73:6, 137:4, 143:25, 144:4, 144:9, 152:17, 166:2, 166:4, 172:19, 225:21
**housed** [1] - 67:6
**housekeeping** [1] - 3:22
**houses** [10] - 25:5, 25:25, 33:8, 51:11, 62:22, 67:6, 68:8,

68:11, 68:12, 68:15
**Housmans** [8] - 19:21, 19:22, 20:8, 21:15, 38:20, 38:23, 40:16, 47:8
**HOUSMANS** [2] - 2:4, 20:2
**Houthi** [1] - 225:17
**howitzer** [4] - 80:7, 80:25, 181:5, 187:21
**Howitzer** [1] - 181:14
**Hud** [1] - 167:20
**huge** [1] - 27:4
**Hulett** [1] - 8:7
**humanitarian** [1] - 60:9
**Humvee** [9] - 69:8, 69:11, 70:1, 71:8, 86:3, 86:10, 166:11, 166:22, 166:25
**Humvees** [5] - 69:24, 70:9, 71:10, 96:3, 216:25
**hundred** [3] - 26:5, 150:22, 150:25, 151:10
**hundreds** [1] - 216:22
**hurt** [1] - 160:5
**Husaybah** [1] - 183:14
**Hussein** [3] - 132:10, 132:11, 132:12
**Hussein's** [1] - 220:24
**huts** [1] - 62:23
**HVI** [1] - 67:9
**HVT** [1] - 67:8
**hyper** [1] - 51:23
**hypervigilance** [1] - 74:24
**hyphen** [2] - 90:8, 218:20

---

# I

**icon** [1] - 82:4
**idea** [2] - 5:11, 152:14
**idealogical** [1] - 173:25
**idealogically** [1] - 176:23
**ideas** [1] - 120:25
**identification** [1] - 155:15
**identified** [6] - 14:19, 15:23, 89:14, 149:9, 202:21, 222:25
**identifies** [3] - 15:20, 16:15, 215:16
**identify** [3] - 3:7, 187:12, 206:4
**identifying** [1] -

123:19
**identity** [2] - 73:10, 115:19
**ideological** [3] - 131:17, 174:2, 185:3
**ideology** [1] - 170:4
**IED** [26] - 69:1, 70:9, 94:3, 144:1, 150:1, 166:9, 173:2, 186:1, 201:13, 203:4, 204:3, 205:18, 205:25, 206:11, 206:20, 206:25, 207:5, 207:10, 207:12, 209:20, 209:25, 210:4, 211:23, 213:18, 213:23
**IEDs** [11] - 105:16, 133:25, 149:5, 149:21, 171:24, 210:10, 211:20, 216:22, 217:6, 220:3, 221:7
**Ihrig** [1] - 8:4
**illustrate** [1] - 192:4
**illustrating** [1] - 176:8
**imagine** [1] - 54:4
**immaterial** [1] - 208:12
**immediate** [2] - 168:25, 170:23
**immediately** [11] - 29:12, 31:20, 31:21, 34:21, 86:12, 101:15, 102:18, 103:24, 104:11, 108:3, 205:19
**Immunity** [1] - 10:10
**impact** [2] - 47:10, 83:24, 169:19
**impacted** [1] - 209:2
**impacting** [1] - 166:25
**impediment** [1] - 229:4
**impending** [1] - 149:6
**impetus** [1] - 35:19
**implacements** [1] - 150:2
**importance** [3] - 11:17, 174:6, 175:12
**important** [9] - 18:22, 131:19, 144:24, 154:19, 174:14, 185:14, 195:24, 220:20, 226:16
**importing** [1] - 157:25
**impression** [2] - 95:19, 106:17
**improve** [1] - 213:18

**improved** [3] - 76:21, 76:24, 160:6
**improvements** [1] - 93:20
**improvised** [2] - 133:23, 148:24
**IN** [1] - 1:1
**incident** [3] - 73:12, 110:22, 164:4
**include** [7] - 9:5, 26:16, 47:23, 114:8, 128:10, 129:22, 170:22
**included** [6] - 11:14, 45:11, 111:13, 117:18, 122:24, 219:5
**includes** [1] - 78:7
**including** [29] - 121:2, 121:22, 123:8, 126:7, 129:15, 129:18, 129:19, 133:15, 134:20, 140:21, 159:24, 160:12, 163:15, 163:23, 177:9, 178:3, 178:6, 180:10, 189:25, 192:18, 199:10, 201:19, 211:15, 212:2, 213:8, 220:12, 220:14, 221:2
**incoming** [2] - 83:8, 83:24
**increase** [2] - 156:8, 160:1
**increased** [5] - 11:7, 115:23, 135:11, 144:20, 146:24
**incredibly** [1] - 18:22
**independent** [1] - 223:20
**India** [2] - 32:18, 44:10
**indicate** [2] - 145:6, 207:15
**indicated** [3] - 82:5, 181:7, 181:12
**indicates** [4] - 146:12, 190:1, 203:7, 205:8, 207:16, 213:15
**indication** [1] - 207:11
**indicative** [4] - 131:25, 151:18, 186:12, 196:10
**indirect** [13] - 179:22, 179:23, 180:2, 180:11, 186:20, 186:22, 186:23, 187:5, 187:9,

188:23, 189:14, 190:4
**individual** [9] - 34:5, 43:24, 50:10, 65:4, 107:21, 143:10, 205:3, 228:11, 228:24
**Individual** [1] - 123:10
**individuals** [16] - 24:25, 32:7, 33:2, 45:6, 48:25, 50:24, 68:13, 74:3, 105:21, 106:11, 106:18, 138:12, 151:12, 151:17, 158:10, 197:4
**ineffective** [1] - 108:9
**infantry** [1] - 93:24
**infer** [3] - 150:3, 151:4, 151:6
**influence** [5] - 17:14, 185:3, 185:13, 185:14, 186:6
**influx** [2] - 169:14, 169:20
**inform** [1] - 171:18
**information** [26] - 15:15, 15:18, 15:21, 18:13, 25:3, 26:14, 53:14, 75:21, 98:16, 116:23, 124:25, 131:8, 141:9, 157:24, 164:10, 166:6, 179:15, 181:1, 186:8, 201:25, 202:2, 202:20, 203:17, 210:13, 214:20, 214:24
**information..** [1] - 157:24
**informed** [2] - 32:2
**infrastructure** [1] - 93:20
**inhalation** [2] - 46:24, 47:16
**initial** [6] - 23:24, 30:9, 97:18, 97:19, 209:11, 217:9
**injured** [5] - 8:21, 26:2, 30:20, 64:24, 70:2
**injuries** [39] - 4:19, 4:20, 6:4, 6:15, 9:8, 9:19, 12:16, 13:13, 17:19, 17:21, 18:25, 28:1, 28:8, 31:1, 32:3, 34:2, 34:24, 35:1, 35:4, 35:10, 35:22, 35:24, 37:1,

45:23, 47:14, 51:16, 53:7, 72:15, 75:3, 75:5, 75:6, 75:11, 75:13, 86:14, 88:3, 106:23, 106:24, 107:1, 111:15
**injuring** [1] - 155:10
**injury** [9] - 10:16, 28:13, 28:23, 47:10, 50:5, 51:18, 53:14, 94:1, 228:12
**inner** [2] - 68:7, 68:9
**innovation** [1] - 210:15
**innovations** [1] - 210:12
**inoperable** [1] - 216:25
**insecurity** [1] - 112:12
**inside** [25] - 26:8, 26:16, 26:19, 26:25, 29:6, 29:13, 32:10, 49:6, 49:15, 70:1, 83:14, 83:20, 84:6, 84:9, 84:13, 133:12, 143:25, 144:4, 149:12, 192:9, 222:2, 222:5, 222:10, 222:14
**installation** [1] - 93:9
**instance** [2] - 137:15, 137:16
**instantly** [2] - 108:5, 205:24
**instead** [2] - 226:13, 228:1
**institutes** [1] - 121:22
**Institution** [1] - 128:19
**institutions** [1] - 128:24
**Instructor** [1] - 23:17
**instrumentalities** [1] - 8:23
**insurgence** [1] - 217:14
**insurgency** [14] - 140:23, 147:12, 152:23, 152:24, 153:15, 153:16, 153:21, 163:19, 167:16, 169:3, 184:2, 184:25, 185:2, 225:1
**Insurgency** [1] - 161:23
**Insurgent** [1] - 146:1
**insurgent** [23] - 26:23, 29:6, 124:4, 144:21, 147:22, 148:23, 149:14, 161:2,

162:16, 162:21, 162:22, 167:15, 170:11, 170:17, 171:4, 177:7, 183:12, 183:20, 183:23, 183:25, 185:8, 197:15
**insurgents** [28] - 24:9, 29:11, 32:21, 45:9, 51:6, 60:6, 60:16, 67:4, 69:13, 143:24, 144:4, 148:20, 149:18, 150:23, 151:4, 151:7, 152:6, 152:11, 153:12, 159:1, 162:12, 166:13, 166:15, 169:15, 183:1, 183:14, 189:3, 218:2
**Intel** [1] - 71:2
**Intelligence** [1] - 149:8
**intelligence** [15] - 13:22, 25:2, 26:14, 67:11, 149:2, 157:8, 157:20, 157:24, 158:14, 163:14, 163:16, 166:17, 191:24, 195:13, 212:24
**intended** [4] - 10:13, 11:9, 63:21, 114:16
**intense** [1] - 167:20
**intensity** [3] - 46:16, 105:20, 137:14
**intent** [3] - 11:10, 12:22, 12:23
**intentionally** [1] - 32:13
**interdict** [1] - 183:13
**interest** [1] - 136:5
**interesting** [2] - 36:11, 145:12
**interests** [2] - 122:8, 137:11
**intergovernmental** [1] - 128:24
**internal** [3] - 124:16, 125:5, 135:24
**international** [1] - 10:15
**interpersonal** [1] - 36:1
**interpreter** [3] - 95:9, 96:15, 203:2
**interpreter/translator** [1] - 96:13
**interrogate** [1] - 67:4
**interrupt** [1] - 9:9
**interrupted** [2] - 98:15, 103:18

**intersected** [2] - 192:17, 192:24
**intersects** [1] - 192:11
**intervals** [1] - 99:19
**intervention** [1] - 225:17
**interviewing** [1] - 40:5
**intimidation** [3] - 162:22, 167:12, 167:22
**introduce** [4] - 7:19, 7:22, 16:5, 16:6
**invade** [2] - 145:14, 225:3
**invasion** [4] - 23:25, 133:13, 145:9, 145:15
**inventory** [1] - 74:5
**investigation** [2] - 204:17, 204:18
**investigations** [2] - 126:8, 204:22
**investigative** [1] - 17:14
**investigator** [1] - 123:5
**invoke** [1] - 7:5
**involve** [6] - 9:15, 9:18, 118:22, 119:1, 119:5, 119:9
**involved** [13] - 13:23, 44:24, 46:1, 47:25, 56:17, 67:21, 73:19, 125:20, 140:11, 172:15, 181:8, 186:16, 191:14
**involvement** [1] - 157:6
**involves** [4] - 88:16, 123:18, 190:3, 190:5
**involving** [6] - 9:10, 15:2, 55:4, 77:8, 89:17, 130:2
**Iowa** [1] - 180:20
**IRAMs** [2] - 133:22, 137:20
**IRAN** [1] - 1:7
**Iran** [86] - 3:5, 8:22, 9:1, 9:10, 11:3, 11:8, 11:24, 12:17, 97:4, 97:5, 119:7, 119:9, 132:7, 132:11, 133:6, 133:10, 133:14, 134:18, 134:20, 134:23, 136:13, 137:2, 137:3, 138:16, 139:6, 139:13, 139:20, 139:24, 151:15, 152:3,

154:2, 154:3, 154:10, 156:17, 156:18, 157:13, 158:15, 159:16, 176:12, 182:4, 190:19, 191:8, 192:13, 192:17, 192:21, 192:25, 193:2, 193:8, 193:9, 193:18, 193:20, 194:11, 195:25, 196:5, 196:18, 196:25, 198:2, 200:3, 200:14, 200:21, 209:3, 209:6, 211:13, 211:19, 211:22, 212:25, 220:10, 220:16, 222:2, 222:5, 222:10, 222:16, 222:22, 223:4, 223:16, 223:24, 224:10, 225:3, 225:8, 225:9, 226:11, 228:17
**Iran's** [37] - 10:21, 11:6, 11:10, 11:13, 11:17, 12:10, 13:2, 13:24, 17:13, 115:17, 115:21, 116:5, 117:19, 129:14, 129:18, 131:17, 132:25, 134:3, 134:7, 134:13, 135:9, 135:17, 136:4, 140:6, 158:7, 158:8, 159:13, 161:5, 176:7, 177:1, 190:7, 190:8, 193:7, 196:16, 198:8, 222:12, 222:19
**Iran...for** [1] - 213:7
**Iranian** [33] - 11:11, 116:6, 133:19, 133:24, 134:2, 135:2, 135:4, 135:8, 137:23, 138:3, 139:10, 139:14, 155:16, 157:6, 157:9, 157:20, 158:2, 176:19, 182:1, 191:4, 191:6, 193:4, 193:11, 210:24, 211:6, 211:16, 220:7, 221:8, 222:13, 224:22, 224:23, 225:17, 226:7
**Iranians** [1] - 222:15

**Iraq** [128] - 8:21, 11:5,
12:3, 17:14, 19:20,
23:2, 23:8, 23:20,
23:21, 23:25, 25:4,
26:11, 26:12, 30:3,
30:16, 30:17, 34:10,
34:11, 44:6, 55:4,
58:13, 59:10, 59:13,
60:17, 74:16, 74:17,
81:4, 81:5, 81:6,
87:19, 88:25, 89:17,
92:24, 93:6, 109:2,
110:15, 115:18,
116:6, 116:7,
118:11, 118:12,
129:18, 129:21,
130:2, 131:22,
132:12, 132:17,
132:25, 133:12,
133:21, 134:6,
134:14, 135:6,
135:13, 135:25,
136:6, 136:14,
136:18, 140:2,
140:23, 141:19,
144:19, 144:23,
145:7, 145:8,
145:14, 146:2,
147:7, 147:24,
148:1, 151:10,
151:22, 152:1,
154:10, 156:18,
157:6, 157:14,
157:22, 158:1,
158:7, 158:11,
164:24, 167:9,
171:14, 171:21,
174:10, 176:13,
177:2, 178:16,
183:21, 184:7,
189:10, 189:13,
189:21, 190:9,
190:17, 191:14,
191:22, 192:6,
192:10, 195:17,
196:10, 196:16,
196:19, 197:1,
197:16, 197:24,
198:4, 198:10,
198:12, 200:9,
200:21, 200:22,
201:6, 202:6, 203:5,
203:11, 208:14,
208:22, 211:18,
212:9, 213:5, 213:9,
214:18, 222:20,
223:1, 226:12
**Iraq** [1] - 146:16
**Iraqi** [11] - 44:17,
104:20, 139:5,
143:23, 145:1,

152:23, 154:21,
161:3, 198:2, 198:5,
217:12
**irrational** [1] - 109:23
**irrigation** [1] - 102:19
**irritable** [1] - 35:17
**Islam** [11] - 129:19,
131:18, 134:22,
178:19, 198:5,
198:9, 208:11,
208:24, 212:25,
213:6, 213:17
**ISLAMIC** [1] - 1:7
**Islamic** [3] - 3:4, 8:22,
129:14
**Islamist** [3] - 167:19,
170:4, 198:4
**isolated** [1] - 203:5
**isolating** [1] - 183:14
**Israel** [1] - 95:19
**issue** [21] - 3:25, 6:2,
7:14, 9:10, 9:14,
9:17, 10:2, 10:6,
13:2, 115:20, 122:1,
122:9, 124:21,
132:2, 133:18,
139:2, 142:23,
185:5, 195:22,
211:20, 212:1
**issues** [15] - 4:6, 5:23,
11:24, 12:7, 12:20,
15:1, 16:15, 17:11,
18:15, 34:14, 39:19,
39:20, 116:24, 122:1
**itself** [7] - 63:16,
144:21, 175:7,
191:1, 193:17,
199:18, 208:11

**J**

**Jacobus** [5] - 180:13,
180:20, 181:2,
187:11, 187:17
**JAM** [3] - 220:7,
220:10, 220:17
**JAM's** [1] - 219:6
**January** [18] - 22:18,
34:11, 55:4, 56:17,
57:5, 64:20, 66:5,
66:8, 66:23, 66:25,
163:10, 165:25,
167:6, 174:24,
175:22, 175:25,
176:4, 182:10
**JAU** [1] - 77:17
**JAUREGUI** [2] - 2:8,
77:12
**Jauregui** [13] - 77:10,
77:11, 77:17, 77:19,

78:6, 79:5, 83:10,
85:19, 88:9, 88:11,
114:4, 181:16,
187:21
**jaw** [1] - 70:14
**Jaysh** [11] - 118:10,
118:15, 129:21,
133:15, 138:8,
159:6, 215:4,
215:19, 216:15,
218:3, 219:4
**JCPOA** [1] - 225:9
**JD** [2] - 120:18, 121:4
**Jeremy** [1] - 7:23
**Jersey** [1] - 83:5
**jihadis** [1] - 168:16
**jihadists** [4] - 121:1,
198:3, 198:11,
222:12
**job** [8] - 39:8, 75:15,
75:16, 80:10, 81:12,
81:14, 226:17,
226:18
**join** [11] - 22:17,
22:19, 43:1, 43:3,
57:14, 57:16, 78:16,
78:20, 92:8, 92:10,
92:14
**joined** [8] - 22:21,
43:5, 57:10, 57:12,
78:14, 78:21, 92:15,
92:22
**Jolan** [1] - 149:13
**Jonathan** [1] - 55:5
**Jordan** [2] - 145:4,
151:20
**Jordanian** [3] - 145:2,
145:3, 150:21
**Jordanians** [1] -
151:21
**Jose** [2] - 77:10, 77:17
**JOSE** [3] - 2:8, 77:12,
77:17
**Journal** [4] - 128:5,
156:22, 156:25,
199:16
**journalists** [1] - 164:2
**Jr** [1] - 88:16
**JTG** [1] - 198:9
**JTJ** [1] - 146:13
**JTJ/AQI** [1] - 158:24
**JTJ/AQI's** [1] - 147:12
**JTJ/AQI-dominated**
[1] - 158:24
**JUAN** [2] - 2:7, 55:15
**Juan** [4] - 55:5, 55:6,
55:20, 61:20
**judge** [1] - 184:14
**JUDGE** [1] - 1:11
**Judge** [1] - 121:9

**judge's** [1] - 151:13
**judicial** [1] - 121:6
**July** [2] - 43:2, 127:17
**jump** [1] - 69:24
**jumping** [1] - 68:23
**Junction** [1] - 81:8
**June** [1] - 87:25
**junior** [3] - 110:25,
111:1, 111:2
**junud** [2] - 96:17
**jurisdiction** [1] - 10:9
**jurisdiction-
stripping** [1] - 10:9
**jury** [1] - 4:21
**just..** [1] - 105:25
**Justin** [2] - 26:21,
45:11

**K**

**Kagan** [1] - 212:8
**Karmah** [1] - 23:25
**Kata'ib** [1] - 129:23
**Kazakhstan** [1] -
129:1
**Keane** [1] - 17:20
**keep** [7] - 37:7, 38:5,
51:24, 104:12,
110:2, 112:15,
112:18
**keeping** [1] - 222:9
**keeps** [1] - 41:10
**kept** [1] - 83:21
**Khoei** [2] - 217:24,
218:9
**KHOEI** [1] - 217:24
**Khomeini** [1] - 97:4
**KIA** [1] - 27:14
**kids** [4] - 35:18, 37:5,
54:1, 76:6
**kill** [5] - 32:13, 32:19,
105:7, 105:9
**killed** [15] - 8:20, 34:2,
45:11, 108:2, 108:5,
144:1, 144:8,
144:10, 166:25,
169:18, 203:2,
203:4, 205:18, 217:9
**killing** [2] - 9:16, 225:1
**Kilo** [1] - 32:19
**kilometer** [1] - 102:20
**kilometers** [3] -
102:21, 109:6, 180:5
**Kimberly** [1] - 212:8
**kind** [40] - 25:16,
25:17, 26:25, 28:19,
29:5, 33:6, 35:19,
36:13, 40:3, 45:14,
67:7, 70:21, 83:6,
92:15, 96:18, 97:10,

97:15, 101:2,
105:20, 132:1,
132:15, 136:10,
154:4, 154:5, 156:3,
165:24, 167:17,
171:23, 180:8,
192:24, 199:21,
211:19, 216:21,
224:11, 224:12,
224:16, 224:18,
225:14, 225:16,
225:19
**kinds** [10] - 154:14,
155:3, 177:11,
182:2, 182:6,
186:20, 187:5,
192:18, 201:17,
211:21
**kit** [1] - 206:2
**knee** [2] - 72:19, 107:5
**knocked** [4] - 46:13,
69:8, 69:9, 83:17
**knocking** [1] - 166:12
**know-how** [1] - 153:5
**knowing** [2] - 111:10,
112:12
**knowledge** [6] - 11:10,
24:24, 45:6, 48:2,
102:10, 134:25
**known** [13] - 11:23,
24:12, 60:16, 94:15,
129:19, 129:20,
129:22, 143:20,
146:15, 168:15,
174:3, 209:16, 216:6
**knows** [2] - 4:1, 10:12
**Kobrick** [2] - 109:21,
109:22
**Kobrick's** [1] - 102:7
**Kufa** [1] - 218:1
**Kurdistan** [1] - 198:2
**Kurds** [2] - 139:5,
211:17
**Kuwait** [2] - 100:17,
101:13

**L**

**lack** [2] - 206:16,
206:17
**Laden** [4] - 146:13,
146:24, 196:4,
198:20
**Laden's** [3] - 195:13,
195:14, 200:8
**lady** [2] - 55:8, 85:4
**laid** [1] - 86:25
**Lake** [5] - 26:10, 27:3,
27:4, 27:5, 27:10
**lakeway** [1] - 20:10

**Lance** [8] - 26:9, 26:21, 27:3, 27:4, 27:10, 27:12, 29:17, 49:19
**land** [2] - 224:17, 225:5
**Land** [1] - 146:15
**Langenberg** [1] - 8:5
**language** [1] - 125:9
**large** [11] - 13:11, 62:23, 97:3, 132:4, 144:1, 160:8, 166:15, 173:11, 225:1, 226:24
**largely** [2] - 170:4, 226:21
**larger** [2] - 148:22, 185:4
**largest** [2] - 150:17, 150:19
**last** [21] - 5:6, 7:25, 16:21, 29:18, 84:12, 100:20, 103:10, 118:9, 119:9, 146:18, 147:3, 157:4, 162:20, 185:11, 188:20, 203:4, 206:15, 214:4, 221:15, 221:25, 222:1
**lastly** [1] - 6:25
**latch** [1] - 226:1
**late** [7] - 5:6, 68:6, 93:2, 93:4, 94:8, 168:16, 208:19
**latest** [1] - 17:9
**launched** [1] - 188:5
**launchers** [1] - 64:14
**launching** [2] - 188:2, 219:18
**Law** [2] - 120:19, 129:5
**law** [8] - 13:1, 18:12, 121:3, 121:6, 121:8, 121:11, 228:19, 229:8
**lay** [5] - 7:7, 70:8, 185:2, 224:17, 225:5
**laying** [1] - 51:8
**layman's** [1] - 98:6
**lays** [1] - 178:25
**lead** [3] - 123:2, 123:9, 166:8
**Leader** [1] - 205:8
**leader** [12] - 24:17, 30:18, 31:19, 48:17, 97:5, 170:6, 186:6, 192:19, 198:21, 199:11, 217:22, 223:1

**leaders** [13] - 25:9, 29:10, 137:1, 168:25, 170:11, 170:12, 185:8, 199:10, 199:25, 200:2, 200:6, 222:2, 222:5
**leadership** [7] - 31:3, 147:1, 167:15, 185:5, 222:19, 222:22, 222:23
**leading** [3] - 24:20, 94:12, 218:6
**leads** [1] - 222:25
**leapfrogging** [1] - 48:5
**learned** [1] - 150:23
**Learned** [1] - 124:2
**learning** [1] - 127:16
**least** [11] - 9:12, 9:16, 14:25, 55:25, 69:17, 91:14, 117:5, 153:6, 169:16, 177:13, 196:3
**leave** [8] - 34:20, 73:22, 74:16, 97:22, 97:23, 97:25, 154:21, 221:16
**leaving** [1] - 34:9
**Lebanon** [1] - 96:8
**lectern** [1] - 3:7
**Lee** [1] - 227:22
**left** [29] - 6:5, 22:18, 27:12, 34:11, 43:10, 50:15, 63:6, 64:17, 65:15, 68:1, 68:6, 70:16, 74:17, 85:5, 85:6, 86:2, 90:17, 97:20, 99:5, 100:19, 101:15, 102:14, 102:16, 102:21, 108:4, 135:23, 187:20
**leg** [3] - 70:16, 107:4, 109:10
**legal** [4] - 9:4, 9:6, 92:16, 229:4
**legs** [1] - 6:15
**length** [1] - 163:20
**lens** [1] - 70:11
**less** [10] - 91:14, 137:18, 138:24, 139:15, 154:5, 154:22, 192:7, 194:5, 209:12, 225:22
**Lessons** [1] - 124:1
**lethal** [1] - 11:7
**letter** [3] - 195:15, 198:20, 200:8
**letters** [1] - 223:6

**letting** [1] - 92:18
**level** [9] - 33:2, 33:5, 71:22, 121:18, 136:12, 168:24, 199:10, 199:25, 218:16
**levels** [1] - 11:11
**leverage** [1] - 132:11
**LEVIN** [1] - 1:14
**Levitt** [1] - 11:19
**Lewis** [1] - 88:16
**liability** [3] - 13:3, 74:14, 228:23
**liable** [1] - 10:17
**liberally** [1] - 18:3
**lieutenant** [3] - 73:13, 96:11, 180:21
**Lieutenant** [2] - 68:14, 69:23, 73:17, 73:21, 74:10, 181:2
**lieutenants** [2] - 111:2, 185:9
**life** [10] - 20:13, 31:24, 36:12, 38:1, 38:2, 70:19, 75:14, 76:20, 76:24, 110:19
**life's** [1] - 110:20
**life-saving** [1] - 31:24
**lift** [1] - 210:5
**light** [3] - 68:24, 99:25, 158:25
**likelihood** [1] - 209:1
**likely** [17] - 12:8, 13:23, 115:19, 116:9, 123:7, 126:12, 131:25, 145:14, 171:25, 173:5, 189:10, 190:3, 208:8, 208:16, 208:24, 208:25, 209:8
**limited** [2] - 185:10, 225:4
**limits** [1] - 102:22
**line** [3] - 91:7, 98:12, 175:12
**lines** [6] - 131:23, 174:7, 190:14, 196:9, 196:10
**linguistic** [1] - 125:10
**link** [4] - 95:13, 139:8, 155:17, 174:14
**lipped** [1] - 96:15
**Lisa** [2] - 1:20, 54:16
**LISA** [1] - 230:3
**list** [11] - 5:5, 5:9, 5:16, 5:18, 5:25, 15:23, 16:11, 17:1, 89:13, 89:14, 164:8
**listed** [1] - 121:14

**listening** [1] - 36:10
**lists** [2] - 132:17, 157:21
**lit** [2] - 105:2, 105:11
**literature** [1] - 123:20
**live** [12] - 4:8, 20:9, 42:15, 54:23, 56:19, 56:20, 77:23, 88:17, 91:3, 91:4, 91:5, 91:12
**lived** [3] - 20:13, 42:13, 42:14
**lives** [4] - 19:2, 30:11, 30:14, 53:25
**living** [2] - 37:18, 53:24
**LMTV** [11] - 99:12, 99:16, 99:22, 100:25, 101:1, 101:25, 102:2, 106:25, 107:6, 108:2, 108:17
**load** [1] - 68:20
**loaded** [4] - 99:21, 102:2, 102:4, 149:5
**local** [7] - 162:23, 167:13, 167:22, 169:15, 185:23, 203:3, 227:13
**locale** [1] - 147:16
**locals** [1] - 95:15
**located** [4] - 24:11, 81:24, 94:24, 181:16
**location** [20] - 13:19, 45:18, 81:22, 86:1, 103:10, 141:13, 141:15, 142:16, 142:22, 155:9, 164:14, 165:14, 165:17, 179:11, 198:1, 203:22, 204:3, 205:23, 211:25, 215:21
**locations** [6] - 147:9, 172:22, 173:1, 173:12, 173:17, 173:20
**lodging** [1] - 134:24
**logged** [1] - 3:10
**logic** [1] - 132:15
**logical** [4] - 100:18, 146:19, 146:23, 146:25
**long-standing** [3] - 132:10, 133:5, 134:8
**long-term** [1] - 176:24
**look** [31] - 17:16, 21:16, 52:22, 53:13, 56:9, 78:6, 90:13, 94:20, 105:7,

116:11, 124:16, 124:19, 126:1, 126:5, 126:10, 126:14, 126:16, 136:20, 136:22, 153:11, 169:6, 172:8, 197:9, 205:12, 209:5, 209:11, 212:20, 215:8, 224:8, 225:23, 228:7
**Look** [1] - 104:6
**looked** [24] - 26:15, 27:11, 49:20, 103:23, 118:11, 118:12, 124:2, 132:11, 158:19, 160:13, 167:3, 178:2, 178:3, 178:4, 178:5, 179:21, 191:14, 196:8, 197:9, 198:20, 200:19, 200:24, 213:2, 228:5
**looking** [20] - 36:9, 40:7, 49:5, 49:11, 64:17, 95:6, 95:9, 97:8, 123:7, 125:6, 125:9, 127:16, 143:13, 167:16, 189:13, 189:20, 207:20, 216:2, 228:10
**looks** [1] - 116:8
**lose** [3] - 75:22, 136:13, 174:15
**loss** [1] - 162:11
**lost** [5] - 27:7, 27:14, 49:10, 53:23, 62:7
**loud** [1] - 96:21
**louder** [1] - 6:11
**Louisiana** [1] - 56:24
**love** [1] - 92:20
**lower** [1] - 65:16
**loyalty** [1] - 146:12
**Lozada** [3] - 82:21, 82:24, 82:25
**Lozado** [1] - 82:23
**LT** [1] - 95:8
**luck** [1] - 106:8
**Lunch** [1] - 113:7
**lunch** [2] - 19:11, 113:4
**lure** [1] - 210:6
**lured** [2] - 143:25, 152:18
**luring** [2] - 152:16, 155:9
**lurking** [1] - 216:11
**lying** [1] - 227:2

# M

**M-16** [1] - 102:8
**M-249** [1] - 102:8
**M1** [1] - 102:23
**M109A6** [1] - 181:14
**M4** [1] - 104:6
**machine** [21] - 32:16, 33:9, 33:10, 33:14, 34:1, 49:16, 61:10, 63:16, 63:23, 64:2, 65:15, 69:3, 99:18, 102:7, 104:4, 107:11, 108:18, 152:15, 154:24, 166:14, 216:23
**Madhi** [1] - 217:11
**magazines** [1] - 102:8
**magnitude** [1] - 134:2
**Mahdi** [12] - 118:10, 118:15, 129:21, 133:15, 138:8, 159:6, 215:4, 215:18, 215:19, 216:15, 218:3, 219:4
**main** [7] - 29:5, 59:12, 96:4, 195:25, 196:5, 218:1, 222:25
**maintain** [4] - 93:21, 185:13, 190:22, 212:3
**maintained** [1] - 222:13
**maintaining** [2] - 190:16, 220:24
**Mairone** [1] - 8:5
**major** [5] - 53:16, 147:12, 147:16, 170:11, 218:11
**majority** [1] - 106:15
**make-shift** [2] - 154:15, 154:16
**male** [1] - 112:12
**malign** [1] - 17:14
**man** [6] - 26:22, 30:15, 31:20, 82:22, 99:16, 130:14
**management** [5] - 10:20, 12:4, 13:8, 18:9, 227:24
**manner** [2] - 11:5, 33:23
**manning** [1] - 81:16
**map** [10] - 81:23, 84:21, 85:8, 85:20, 114:3, 166:9, 166:23, 175:1, 175:15, 196:9
**maps** [2] - 114:8, 157:23

**March** [7] - 93:4, 94:6, 94:8, 157:8, 217:19, 217:25, 218:2
**March/late** [1] - 93:4
**marching** [2] - 96:6, 106:20
**marine** [1] - 26:1
**Marine** [10] - 22:20, 22:24, 23:11, 29:19, 30:2, 30:18, 44:20, 48:16, 69:7, 140:24
**Marines** [34] - 23:1, 23:9, 29:16, 29:22, 30:7, 31:10, 32:15, 32:23, 34:7, 44:11, 45:21, 46:20, 47:14, 47:20, 48:11, 62:11, 67:23, 69:22, 70:13, 71:17, 140:22, 148:7, 148:19, 148:22, 149:9, 149:10, 149:11, 150:6, 150:7, 150:9, 166:2, 166:19
**mark** [7] - 85:1, 85:12, 85:15, 114:5, 114:9, 114:12, 114:15
**marked** [12] - 5:25, 41:7, 52:3, 117:18, 145:19, 164:7, 168:5, 180:15, 202:15, 205:2, 215:11, 221:17
**markets** [1] - 155:1
**marks** [1] - 85:20
**married** [3] - 36:17, 36:18, 76:11
**marshal** [1] - 15:17
**MARTINEZ** [2] - 2:7, 55:15
**Maryland** [1] - 121:23
**mask** [3] - 19:25, 87:4, 90:1
**masked** [1] - 179:25
**Masri** [3] - 195:16, 198:21, 200:8
**mass** [1] - 220:2
**massive** [1] - 216:20
**master** [9] - 5:8, 5:16, 5:25, 16:11, 17:1, 73:13, 89:14, 121:16, 164:8
**master's** [1] - 120:19
**masters** [4] - 13:1, 13:9, 15:10, 17:25
**match** [3] - 16:16, 125:7, 125:10
**material** [22] - 10:14, 11:4, 12:2, 115:17, 119:6, 124:7,

129:18, 133:14, 133:25, 134:2, 134:9, 135:8, 140:5, 163:17, 176:15, 177:1, 190:8, 196:11, 198:8, 210:25, 220:10, 228:13
**materials** [18] - 116:17, 124:15, 127:4, 140:18, 141:4, 143:16, 159:10, 163:5, 163:12, 164:1, 164:6, 167:11, 168:2, 171:6, 177:25, 201:15, 202:11, 214:9
**Matt** [1] - 8:5
**matter** [9] - 4:9, 11:15, 75:25, 116:13, 119:21, 122:16, 122:25, 123:22, 196:1
**matters** [2] - 3:22, 195:24
**Matthew** [2] - 11:19, 89:19
**McLeese** [8] - 26:22, 45:11, 45:19, 45:23, 47:1, 47:18, 47:23
**McLeese's** [2] - 27:12, 45:15
**mean** [14] - 30:24, 33:22, 49:3, 50:18, 51:10, 53:24, 99:17, 105:8, 122:5, 153:6, 153:8, 153:15, 187:17, 211:5
**means** [2] - 171:25, 184:12
**meant** [3] - 54:18, 189:22, 222:22
**measurable** [2] - 228:21, 229:3
**measures** [2] - 207:2, 207:13
**measuring** [1] - 164:20
**mechanism** [2] - 197:2, 206:17
**mechanisms** [1] - 220:24
**Medal** [3] - 23:14, 23:16, 58:11
**medals** [1] - 23:16
**medevac** [1] - 70:20
**medevac'd** [5] - 26:3, 26:4, 30:22, 32:1, 72:14

**media** [1] - 170:17
**medic** [1] - 108:24
**medical** [8] - 4:22, 34:13, 37:11, 43:20, 43:21, 43:23, 50:6, 59:14, 60:10, 73:3, 73:15, 74:4, 74:19, 75:9, 88:6, 109:7, 111:14, 111:18
**medication** [4] - 40:17, 41:3, 76:20, 76:24
**medications** [3] - 40:20, 41:6, 41:8
**medium** [1] - 33:14
**meds** [1] - 35:20
**meet** [2] - 8:9, 156:4
**meeting** [1] - 74:10
**meetings** [1] - 185:9
**Mellon** [1] - 121:20
**melted** [1] - 139:6
**melting** [3] - 132:3, 184:1, 189:25
**member** [1] - 144:2
**members** [11] - 8:20, 43:24, 67:3, 67:7, 100:21, 119:3, 124:12, 152:18, 152:19, 159:4, 220:22
**memory** [2] - 46:10, 75:19
**men** [1] - 24:20, 31:14, 96:6, 108:15, 172:15, 196:11, 216:25, 217:23, 218:3, 218:9, 225:24, 225:25
**mental** [3] - 39:14, 39:19, 52:1
**mention** [2] - 117:21, 139:23
**mentioned** [29] - 29:21, 33:9, 33:25, 34:12, 36:15, 37:17, 70:22, 71:7, 71:20, 72:12, 96:16, 109:22, 120:23, 121:3, 121:13, 127:25, 129:7, 134:8, 144:13, 151:14, 152:2, 163:25, 175:6, 182:8, 189:19, 202:11, 218:10, 218:12
**Mercado** [1] - 89:19
**messages** [1] - 200:7
**met** [2] - 29:12, 31:20
**metaphors** [1] -

216:12
**method** [4] - 4:9, 123:18, 123:23, 123:24
**methodologies** [2] - 15:3, 15:8
**methodology** [12] - 116:2, 123:15, 123:17, 124:6, 124:10, 125:12, 125:18, 125:23, 126:18, 126:22, 127:1, 159:9
**methods** [3] - 120:25, 196:24, 206:21
**Mexico** [3] - 91:2, 91:3, 91:12
**Michael** [2] - 11:21, 11:22
**mid** [1] - 93:4
**mid-March/late** [1] - 93:4
**midafternoon** [1] - 29:4
**Middle** [2] - 95:22, 134:19
**middle** [2] - 87:25, 111:9
**might** [6] - 27:18, 34:13, 66:10, 172:4, 224:2, 229:15
**migrated** [1] - 91:16
**migration** [1] - 163:3
**Miguel** [1] - 77:17
**MIGUEL** [3] - 2:8, 77:12, 77:17
**miles** [1] - 164:20
**militant** [34] - 115:18, 116:6, 116:7, 116:8, 117:20, 118:12, 121:1, 123:8, 126:11, 131:25, 132:8, 132:9, 132:13, 132:25, 133:2, 133:15, 134:3, 134:7, 134:14, 134:20, 135:9, 135:10, 148:2, 163:21, 176:20, 176:25, 178:8, 187:5, 201:21, 208:5, 208:7, 211:8, 219:2
**militants** [5] - 122:10, 133:19, 133:23, 135:2
**militarily** [1] - 143:13
**Military** [1] - 17:13
**military** [67] - 13:22, 20:24, 21:2, 22:7,

22:17, 22:19, 33:1, 42:24, 43:1, 43:3, 43:10, 43:22, 43:24, 44:5, 53:25, 57:10, 57:12, 57:16, 57:23, 61:14, 75:1, 78:14, 78:16, 78:20, 79:15, 80:2, 80:3, 92:6, 92:8, 92:10, 92:23, 93:9, 94:15, 102:25, 110:20, 112:1, 143:22, 143:25, 144:8, 152:17, 152:18, 152:19, 152:23, 153:1, 153:9, 153:11, 153:17, 154:9, 154:21, 155:23, 156:1, 156:5, 157:7, 159:5, 159:7, 193:6, 193:8, 193:19, 193:21, 194:2, 194:11, 216:4, 220:8, 225:4, 226:6
**militias** [1] - 96:9
**milligrams** [1] - 40:24
**millimeter** [7] - 181:8, 181:9, 181:21, 186:16, 186:17, 191:10
**millimeters** [1] - 191:5
**million** [1] - 123:6
**mind** [1] - 40:3
**mindset** [1] - 169:16
**mine** [1] - 19:3
**mines** [2] - 149:5, 157:9
**minutes** [11] - 3:18, 19:11, 46:15, 54:16, 54:19, 66:14, 68:23, 103:14, 103:15, 161:15, 206:3
**misrepresent** [1] - 194:23
**missing** [2] - 70:15
**mission** [19] - 24:5, 29:1, 47:23, 47:24, 60:3, 60:5, 67:16, 68:9, 68:22, 70:23, 71:2, 71:11, 71:12, 71:18, 83:13, 93:17, 93:19, 99:10, 205:16
**Mission** [1] - 182:20
**missions** [4] - 74:18, 94:25, 182:24, 182:25
**MITCHELL** [1] - 1:14
**mix** [1] - 216:11
**mixed** [1] - 76:1
**MNFI** [1] - 191:24

**MNFI's** [2] - 192:5, 192:10
**Mobile** [1] - 8:15
**mobile** [3] - 50:6, 51:4, 188:5
**mobility** [4] - 99:25, 189:25, 190:5, 225:22
**mobilization** [1] - 220:4
**mode** [1] - 46:10
**modern** [1] - 157:25
**moment** [9] - 49:10, 52:7, 69:5, 72:24, 87:2, 98:19, 105:23, 164:23, 183:8
**moments** [1] - 46:17
**Monday** [1] - 1:5
**monetary** [1] - 211:21
**money** [8] - 137:24, 140:2, 151:12, 160:10, 176:17, 177:4, 192:20, 192:21
**monitored** [1] - 149:3
**monographs** [1] - 127:15
**monopoly** [1] - 167:14
**monster** [2] - 105:4, 105:5
**month** [4] - 10:4, 66:5, 73:24, 92:13
**monthly** [1] - 211:17
**months** [5] - 56:25, 74:17, 74:22, 91:15, 111:9
**Moreira** [2] - 1:20, 230:10
**MOREIRA** [1] - 230:3
**moreover** [2] - 11:8, 147:15
**morning** [22] - 3:2, 3:3, 3:13, 14:2, 16:7, 19:23, 19:24, 20:5, 20:6, 25:23, 38:21, 41:22, 55:7, 55:18, 66:14, 67:18, 95:4, 97:7, 97:16, 114:17, 227:18, 227:19
**mortar** [17] - 61:12, 62:24, 62:25, 63:4, 63:5, 63:9, 65:14, 65:17, 65:19, 86:9, 110:6, 179:3, 179:22, 188:5, 188:20
**mortars** [9] - 61:11, 133:25, 181:8, 181:21, 186:17, 186:24, 187:14,

190:15, 191:4
**MOS** [3] - 79:24, 80:5, 80:8
**mosque** [7] - 51:7, 166:24, 172:24, 177:16, 188:21, 190:1, 218:1
**mosques** [2] - 149:6, 170:7
**most** [20] - 12:8, 12:16, 13:23, 18:25, 33:12, 61:9, 111:7, 115:19, 127:15, 136:18, 151:22, 153:12, 171:15, 189:10, 189:22, 211:5, 217:8, 220:20, 227:1, 228:20
**mostly** [1] - 105:15
**motion** [2] - 18:11, 217:4
**motive** [12] - 126:17, 165:2, 173:23, 173:24, 175:11, 209:13, 209:15, 219:6, 219:10, 219:12, 219:17, 219:19
**motive-wise** [1] - 219:17
**motives** [2] - 202:9, 215:7
**motor** [5] - 82:12, 82:13, 82:15, 98:20, 99:7
**motorcycles** [1] - 188:9
**mount** [1] - 71:7
**mountain** [1] - 30:5
**mounted** [3] - 71:12, 96:3
**move** [11] - 55:24, 101:6, 145:7, 175:5, 176:14, 176:16, 176:17, 176:18, 190:15, 191:2
**moved** [6] - 56:25, 89:1, 130:6, 145:8, 191:15, 206:11
**Movement** [2] - 138:9, 217:22
**movement** [1] - 207:5
**moving** [5] - 11:25, 54:25, 131:12, 167:4, 177:17
**MR** [137] - 3:12, 3:15, 3:17, 3:20, 4:4, 5:8, 6:1, 6:9, 6:14, 6:19, 6:25, 7:12, 7:17,

7:22, 8:1, 8:3, 8:4, 8:14, 8:16, 8:18, 9:15, 10:5, 10:7, 14:15, 14:18, 16:5, 16:9, 17:2, 17:5, 17:8, 18:8, 19:13, 19:16, 20:4, 21:6, 21:13, 21:14, 22:15, 40:15, 41:11, 41:14, 41:20, 42:5, 52:8, 53:11, 54:9, 54:20, 54:25, 55:3, 55:17, 55:21, 55:24, 61:17, 62:4, 62:5, 62:7, 65:4, 65:6, 65:12, 66:12, 66:17, 66:20, 77:5, 77:14, 78:3, 79:4, 82:3, 85:9, 85:12, 85:15, 87:11, 88:13, 88:20, 89:5, 89:8, 89:22, 90:5, 90:10, 111:22, 112:21, 113:1, 113:6, 114:2, 114:16, 114:22, 115:3, 115:11, 120:15, 129:11, 130:1, 130:11, 130:12, 132:20, 140:9, 143:4, 145:17, 145:20, 156:12, 156:15, 157:3, 157:15, 161:13, 161:17, 164:5, 165:20, 178:21, 179:9, 180:17, 180:24, 182:12, 184:16, 187:25, 188:17, 195:3, 197:12, 197:21, 198:17, 200:12, 200:18, 202:17, 202:23, 204:1, 204:21, 210:22, 215:24, 221:15, 221:24, 223:8, 227:5, 227:19, 228:2, 228:4, 228:18, 228:25, 229:6, 229:14, 229:18
**Muallimeen** [1] - 149:14
**mud** [1] - 62:22
**multilayered** [2] - 190:18, 221:2
**Multinational** [1] - 191:22
**multiple** [26] - 32:20, 40:2, 40:4, 71:24,

94:2, 107:3, 152:11, 172:22, 173:12, 173:16, 186:19, 187:5, 188:23, 189:2, 189:23, 190:5, 194:1, 197:6, 212:2, 214:14, 214:17, 217:6, 219:16, 220:2, 228:16
**multiyear** [1] - 138:7
**munitions** [6] - 133:21, 133:23, 135:6, 147:9, 206:5, 206:9
**Muqtada** [4] - 217:21, 218:16, 220:15, 220:23
**murder** [4] - 162:22, 167:11, 167:21, 218:9
**murder-and** [1] - 167:21
**murdering** [1] - 217:23
**Musab** [2] - 144:15, 146:12
**must** [1] - 91:14
**Mustafa** [1] - 218:17
**MUSTAFA** [1] - 218:20
**muster** [1] - 69:22
**muzzle** [1] - 105:6

## N

**Nafah** [2] - 170:7, 170:10
**Najaf** [1] - 218:3
**name** [21] - 7:25, 20:7, 27:10, 29:18, 36:15, 36:21, 40:25, 42:6, 42:7, 55:19, 65:2, 65:7, 77:15, 90:6, 90:7, 115:4, 133:17, 144:18, 145:5, 146:13, 208:9
**named** [1] - 218:16
**names** [5] - 8:11, 16:15, 25:8, 36:23, 208:12
**naming** [1] - 16:15
**Nassir's** [1] - 186:1
**nation** [1] - 110:23
**national** [2] - 10:24, 203:3
**National** [2] - 128:22, 180:20
**nationality** [1] - 16:23
**nationals** [1] - 9:3
**Nations** [1] - 128:25
**NATO** [1] - 128:25

**naturalization** [2] - 92:5, 92:7
**nature** [4] - 117:24, 132:14, 134:1, 135:8
**Naval** [2] - 123:6, 129:6
**Navy** [10] - 23:14, 43:4, 43:5, 43:13, 43:16, 44:5, 44:21, 57:17, 57:21
**NCO** [1] - 110:2
**NCOs** [1] - 111:1
**near** [6] - 59:18, 61:9, 170:6, 170:23, 217:18, 218:3
**NEC** [3] - 43:14, 43:16, 57:21
**necessarily** [1] - 225:6
**necessary** [4] - 139:11, 154:13, 172:3, 200:17
**neck** [1] - 107:2
**need** [13] - 22:13, 27:19, 41:2, 47:5, 53:11, 72:24, 87:2, 89:20, 99:9, 114:14, 171:9, 223:5
**needed** [3] - 18:17, 40:23, 50:7, 69:24, 98:10, 99:19, 102:6, 110:2, 133:19, 135:2, 151:8, 173:19, 206:4
**needs** [4] - 192:18, 192:23, 193:4, 196:3
**negative** [2] - 38:7, 100:2
**Neiberger** [2] - 118:9, 119:9
**neighborhood** [2] - 48:22, 131:24
**neighborhoods** [1] - 94:24
**nested** [1] - 49:16
**net** [1] - 68:11
**network** [8] - 11:3, 11:6, 11:18, 118:13, 147:8, 200:14, 203:6, 222:15
**Network** [1] - 129:24
**never** [1] - 27:8
**nevertheless** [1] - 136:4
**New** [7] - 120:18, 127:23, 128:12, 128:20, 139:24, 158:14, 163:23
**new** [3] - 10:18, 150:22, 216:7
**newer** [2] - 132:13,

178:21
**news** [1] - 205:17
**newspaper** [1] - 218:13
**next** [26] - 12:5, 12:25, 14:7, 26:17, 28:24, 41:14, 46:19, 47:21, 49:13, 49:25, 50:14, 54:23, 54:25, 60:1, 68:15, 86:19, 87:8, 88:13, 89:15, 102:3, 163:7, 177:21, 184:24, 203:17, 206:12, 222:9
**nice** [2] - 3:17, 18:21
**Nicholas** [1] - 119:23
**Nicole** [2] - 36:16, 36:17
**Nigeria** [1] - 129:1
**night** [12] - 64:20, 64:21, 72:3, 73:11, 74:10, 74:13, 82:5, 83:2, 96:2, 106:16, 111:9
**night's** [1] - 73:19
**nightly** [1] - 76:22
**nightmares** [2] - 74:23, 76:22
**nights** [2] - 36:11, 111:7
**nine** [6] - 57:24, 67:22, 74:22, 92:13, 109:6, 150:25
**nobody** [5] - 103:12, 103:13, 103:16, 103:19, 103:20
**Non** [1] - 124:1
**non** [12] - 122:6, 122:11, 123:16, 123:24, 124:3, 125:19, 128:13, 129:15, 129:18, 130:5, 130:8, 133:11
**non-state** [12] - 122:6, 122:11, 123:16, 123:24, 124:3, 125:19, 128:13, 129:15, 129:18, 130:5, 130:8, 133:11
**Non-State** [1] - 124:1
**nonbellwether** [2] - 13:3, 15:10
**none** [2] - 153:17, 224:6
**nontestifying** [1] - 16:12
**normal** [1] - 26:25
**normally** [4] - 49:21, 71:9, 111:8, 206:2
**North** [2] - 227:14,

227:15
**north** [5] - 59:13, 60:7, 82:9, 93:7, 104:11
**northern** [1] - 162:16
**northwest** [1] - 97:1
**northwestern** [1] - 95:11
**note** [3] - 18:6, 88:25, 183:16
**noted** [2] - 18:1, 213:5
**notes** [2] - 167:17, 230:5
**nothing** [2] - 47:2, 229:11
**noticed** [3] - 97:2, 104:9, 148:19
**November** [42] - 19:18, 23:5, 23:20, 23:22, 23:24, 24:2, 24:11, 25:18, 25:22, 27:22, 28:9, 28:14, 28:19, 28:20, 28:21, 30:4, 30:18, 30:19, 37:19, 37:23, 44:8, 44:21, 44:24, 45:2, 45:10, 45:12, 47:20, 47:25, 48:3, 48:4, 51:16, 51:21, 53:7, 140:16, 140:22, 142:24, 143:17, 143:24, 144:3, 148:7, 159:17, 161:21
**number** [33] - 4:1, 10:10, 15:14, 38:18, 71:17, 74:13, 82:22, 85:8, 114:5, 124:19, 125:6, 127:19, 136:16, 136:17, 163:18, 169:19, 172:18, 172:20, 172:22, 172:25, 173:2, 173:6, 173:8, 173:13, 173:15, 173:18, 178:4, 183:25, 186:19, 189:24, 217:7, 217:12, 218:8
**numbers** [7] - 14:12, 61:18, 132:4, 158:12, 184:1, 190:23, 225:1
**numerous** [3] - 45:23, 161:2, 222:6
**NW** [1] - 1:22, 230:12

**O**

**objective** [1] - 68:8
**observation** [1] - 223:11

**observations** [1] - 72:1
**observe** [5] - 49:8, 94:23, 95:25, 96:23, 106:11
**observed** [5] - 45:16, 149:10, 149:11, 225:11
**obstruction** [2] - 104:13, 104:16
**obtain** [2] - 133:20, 135:5
**obtainable** [1] - 159:23
**obtained** [1] - 133:24
**obvious** [1] - 17:18
**obviously** [22] - 4:21, 5:21, 6:17, 28:21, 31:21, 32:11, 38:16, 71:8, 117:11, 141:13, 151:2, 151:20, 153:14, 153:17, 154:15, 165:24, 191:7, 203:15, 223:12, 223:17, 224:18, 225:3
**occasions** [1] - 129:10
**occupation** [2] - 20:11, 80:3
**occupiers** [1] - 95:20
**occur** [3] - 11:9, 123:7, 137:9
**occurred** [28] - 12:8, 19:18, 24:1, 25:18, 28:14, 35:2, 35:11, 53:3, 55:3, 88:24, 137:10, 139:3, 140:16, 142:19, 142:23, 143:18, 147:18, 149:23, 163:9, 164:22, 175:19, 176:1, 177:22, 202:5, 203:24, 204:15, 214:6, 214:18
**occurring** [9] - 23:20, 89:16, 144:13, 154:11, 167:12, 190:21, 211:24, 225:11, 225:12
**October** [6] - 42:14, 42:17, 57:15, 144:17, 146:9, 146:11
**odds** [1] - 136:18
**OF** [5] - 1:1, 1:3, 1:7, 1:10, 230:1
**offensive** [1] - 219:15
**offer** [1] - 176:24

**offered** [3] - 130:15, 131:14, 213:16
**offering** [1] - 211:17
**Office** [1] - 123:6
**Officer** [2] - 73:13, 73:17
**officer** [3] - 39:3, 39:5, 115:14
**officers** [2] - 74:8, 111:2
**OFFICIAL** [1] - 230:1
**official** [6] - 126:6, 140:21, 143:13, 158:1, 158:14, 230:11
**Official** [1] - 1:21
**often** [1] - 149:4
**Ogden** [1] - 181:11
**OIF** [1] - 198:5
**oil** [2] - 104:22, 154:16
**old** [7] - 57:7, 57:8, 57:12, 78:18, 78:19, 90:24, 90:25
**older** [1] - 178:18
**Olson** [1] - 29:17
**on-the-ground** [1] - 168:20
**once** [30] - 14:21, 14:22, 26:2, 27:7, 31:14, 31:16, 34:13, 34:19, 37:8, 46:18, 47:20, 68:20, 73:16, 75:2, 85:16, 86:18, 86:23, 97:20, 102:2, 102:4, 102:17, 102:18, 103:18, 103:20, 105:2, 108:13, 151:1, 168:23, 207:4, 207:5
**one** [159] - 1:19, 3:9, 6:2, 6:4, 7:12, 9:9, 9:13, 9:16, 14:23, 16:3, 17:12, 18:6, 23:4, 25:8, 26:1, 26:10, 26:24, 27:14, 29:4, 29:9, 30:15, 30:24, 32:13, 32:14, 38:3, 38:12, 49:19, 52:4, 52:7, 54:23, 62:25, 63:5, 63:13, 68:17, 68:18, 69:16, 69:24, 70:2, 70:13, 82:22, 83:14, 83:16, 89:9, 92:13, 96:3, 100:13, 100:24, 101:8, 102:24, 107:21, 111:25, 118:3, 118:8, 118:12, 118:13, 124:19, 125:6,

126:11, 126:13, 127:14, 127:15, 128:18, 129:14, 133:3, 135:15, 136:5, 136:16, 136:24, 138:25, 139:2, 139:8, 139:14, 139:16, 139:23, 142:22, 142:23, 143:8, 144:1, 147:12, 150:19, 150:21, 150:22, 150:23, 150:25, 151:6, 151:13, 151:22, 151:24, 153:15, 154:13, 155:13, 155:20, 155:22, 158:1, 166:18, 169:2, 169:16, 169:19, 171:3, 172:19, 173:6, 173:9, 173:13, 176:21, 177:3, 180:12, 181:13, 182:15, 184:10, 184:13, 186:19, 189:18, 190:24, 190:25, 191:5, 191:16, 193:20, 194:12, 194:24, 198:8, 200:25, 201:8, 202:12, 203:2, 203:3, 206:4, 206:9, 207:2, 207:4, 209:3, 210:6, 210:8, 211:5, 211:13, 213:23, 214:17, 216:5, 216:21, 219:12, 221:5, 221:15, 222:25, 223:10, 223:11, 223:18, 224:6, 224:20, 225:10, 225:11, 227:23

**one's** [1] - 7:13
**ones** [2] - 96:7, 179:20
**onset** [1] - 109:17
**op** [1] - 127:21
**op-eds** [1] - 127:21
**open** [5] - 100:3, 100:4, 101:2, 157:7, 203:16
**opened** [1] - 83:18
**opening** [1] - 3:21
**operate** [4] - 80:10, 107:11, 211:10, 222:15
**operated** [2] - 59:12, 63:17

193:24
**opposing** [2] - 119:15, 223:19
**opposite** [2] - 85:5, 222:16
**oppressive** [1] - 167:21
**ops** [17] - 142:9, 142:25, 143:6, 178:3, 179:5, 179:8, 180:7, 188:11, 201:17, 202:12, 203:21, 204:4, 204:14, 204:16, 215:9, 215:14, 215:16
**orbit** [1] - 191:2
**order** [13] - 14:10, 33:18, 72:13, 88:15, 123:21, 149:23, 171:10, 172:20, 173:18, 180:8, 198:11, 202:19, 222:25
**orders** [2] - 84:3, 98:14
**ordinance** [1] - 207:2
**Ordinance** [1] - 205:7
**ordinarily** [1] - 7:5
**Organization** [1] - 146:14
**organization** [26] - 118:10, 118:12, 118:16, 121:2, 123:8, 127:17, 129:20, 134:21, 136:15, 137:5, 138:7, 139:11, 144:18, 144:20, 144:22, 146:14, 147:15, 147:21, 147:24, 183:19, 198:4, 201:4, 201:9, 208:14, 212:4, 219:2
**organizational** [4] - 127:16, 137:25, 157:22, 212:3
**organizations** [14] - 60:16, 118:16, 118:24, 119:3, 119:7, 122:1, 122:9, 123:8, 129:21, 135:11, 157:14, 159:14, 163:21, 183:20
**organize** [1] - 18:12
**orient** [4] - 14:8, 114:19, 178:9, 216:1
**origin** [16] - 180:11, 186:24, 187:2,

187:12, 187:13, 187:15, 188:8, 188:11, 188:15, 188:24, 189:3, 189:7, 189:9, 189:23, 190:5, 197:22
**original** [1] - 17:2
**originally** [6] - 34:5, 56:23, 85:25, 88:15, 91:2, 142:14
**originated** [2] - 181:9, 188:3
**origins** [1] - 187:8
**Osama** [5] - 146:12, 195:14, 196:4, 198:20, 200:8
**otherwise** [1] - 6:11
**ourselves** [1] - 18:19
**outboard** [1] - 49:11
**outbursts** [5] - 37:12, 37:15, 39:21, 75:15, 75:17
**outfit** [1] - 93:13
**outline** [2] - 130:15, 131:14
**outlined** [1] - 134:9
**outset** [1] - 226:9
**outside** [7] - 26:7, 26:18, 31:17, 83:23, 133:12, 139:20, 140:7
**outskirts** [1] - 147:11
**outwards** [1] - 100:24
**overall** [4] - 109:10, 143:14, 192:23, 203:9
**overarching** [3] - 134:16, 137:11, 192:5
**overhead** [2] - 81:23, 82:8
**overlap** [2] - 7:8, 25:17
**overlapping** [3] - 7:9, 7:12, 228:10
**overnight** [1] - 67:17
**overseas** [1] - 42:16
**overtime** [1] - 228:14
**overview** [2] - 14:6, 17:21
**overwhelmingly** [2] - 208:15, 209:8
**own** [8] - 53:25, 116:20, 145:10, 171:4, 193:5, 193:10, 226:17

**p.m** [1] - 229:20
**packed** [1] - 206:6
**page** [10] - 147:4, 148:13, 149:7, 150:5, 157:4, 157:12, 162:19, 184:24, 187:23, 197:12
**PAGE** [1] - 2:3
**Page** [26] - 53:9, 117:19, 146:7, 147:2, 147:3, 147:4, 148:6, 148:13, 150:5, 158:19, 160:16, 160:24, 162:7, 168:10, 169:7, 169:23, 178:22, 180:24, 182:19, 184:18, 185:17, 185:18, 187:19, 192:1, 205:11, 212:17
**paid** [1] - 151:8
**pain** [2] - 53:22, 54:4
**paint** [1] - 13:14
**paints** [1] - 140:4
**pajamas** [1] - 106:15
**Pakistan** [1] - 195:15
**Paladin** [1] - 181:14
**paladin** [21] - 80:15, 80:16, 80:19, 80:23, 81:12, 81:16, 81:24, 82:5, 82:10, 82:19, 82:20, 83:5, 83:24, 84:2, 84:6, 84:9, 84:13, 84:17, 86:1, 86:5, 86:13
**Paliwoda** [1] - 205:16
**pants** [1] - 6:15
**PAPANTONIO** [1] - 1:14
**paradigmatic** [1] - 124:1
**Paragraph** [5] - 168:11, 181:1, 188:1, 205:6, 205:12
**paragraph** [23] - 146:8, 146:18, 147:4, 148:15, 149:8, 150:6, 150:12, 157:4, 157:17, 158:20, 160:24, 162:20, 169:8, 169:23, 185:18, 195:18, 197:18, 202:24, 206:12, 212:21, 213:5, 213:15, 222:9
**paragraphs** [3] - 148:14, 221:25,

**operating** [10] - 11:5, 68:1, 132:17, 132:25, 149:18, 168:8, 183:4, 185:5, 189:4, 198:4
**Operation** [13] - 139:3, 143:20, 144:13, 160:18, 160:21, 170:9, 176:2, 190:20, 198:5, 211:7, 211:11
**operation** [4] - 24:20, 139:4, 176:2, 206:19
**operational** [7] - 167:5, 167:7, 167:9, 167:23, 208:19, 217:17, 221:3
**Operations** [5] - 128:22, 182:23, 183:5, 183:18, 186:13
**operations** [27] - 24:8, 25:24, 33:5, 126:11, 140:20, 142:3, 147:7, 147:14, 148:2, 148:19, 149:2, 165:7, 165:10, 169:22, 173:10, 174:5, 182:9, 183:10, 185:1, 186:10, 190:21, 203:5, 209:20, 211:18, 216:9, 216:18, 225:4
**operatives** [1] - 194:8
**opinion** [22] - 115:21, 139:10, 141:20, 141:24, 142:2, 144:12, 159:16, 161:5, 161:20, 164:25, 165:3, 177:1, 177:18, 186:11, 202:8, 206:24, 210:25, 213:25, 215:5, 220:16, 221:12, 223:4
**opinions** [17] - 11:16, 14:5, 15:21, 17:17, 116:1, 127:2, 127:6, 130:15, 130:17, 131:13, 131:14, 132:24, 134:12, 141:10, 164:10, 201:25, 214:24
**opportunity** [7] - 18:20, 52:19, 54:2, 88:4, 94:13, 94:23, 116:15
**opposed** [2] - 180:1,

**P**

**P.A** [1] - 1:15

222:1
**paralegal** [1] - 8:6
**pardon** [2] - 91:24,
103:15
**park** [1] - 82:15
**parked** [1] - 82:10
**parlayed** [1] - 192:22
**part** [39] - 9:24, 23:1,
23:10, 24:10, 33:12,
44:5, 44:16, 44:25,
48:13, 48:25, 61:24,
78:25, 92:6, 92:17,
92:23, 93:6, 93:7,
93:20, 95:11, 100:5,
124:10, 143:19,
144:24, 153:15,
153:16, 159:10,
186:5, 193:4,
195:13, 196:14,
207:18, 210:11,
215:8, 219:17,
220:4, 225:22, 226:1
**part's** [1] - 223:6
**participated** [1] -
152:23
**participating** [1] -
153:2
**particular** [27] - 4:14,
5:24, 15:24, 26:22,
28:11, 44:19, 48:6,
71:4, 80:13, 93:9,
125:2, 131:19,
132:1, 145:5,
155:13, 160:14,
167:8, 170:24,
175:12, 183:1,
187:6, 191:5, 210:2,
210:4, 210:6,
210:16, 219:23
**particularly** [4] - 4:19,
151:10, 168:4, 187:4
**particulars** [1] - 32:5
**parties** [1] - 119:15
**parts** [2] - 144:23,
152:1
**passage** [2] - 198:10,
200:20
**passages** [1] - 154:18
**passed** [1] - 32:3
**passports** [2] -
150:21, 151:18
**past** [4] - 72:5, 72:11,
86:5, 161:1
**patched** [2] - 70:4,
109:10
**patient** [2] - 49:25,
50:14
**patients** [1] - 49:22
**Patrick** [1] - 11:19
**patrol** [18] - 39:5,

59:15, 71:12, 94:13,
95:2, 95:4, 95:6,
96:2, 96:3, 96:25,
97:8, 97:16, 97:19,
97:20, 97:24, 98:22,
98:23, 98:24
**patrolling** [2] - 60:15,
81:15
**patrols** [3] - 74:17,
94:19, 170:8
**pattern** [1] - 125:3
**patterns** [1] - 153:20
**Paul** [1] - 218:5
**Paulos** [2] - 3:11, 8:13
**PAULOS** [134] - 1:14,
3:12, 3:15, 3:17,
3:20, 4:4, 5:8, 6:1,
6:9, 6:14, 6:19, 6:25,
7:12, 7:17, 7:22, 8:4,
8:14, 8:16, 8:18,
9:15, 10:5, 10:7,
14:15, 14:18, 16:5,
16:9, 17:2, 17:5,
17:8, 18:8, 19:13,
19:16, 20:4, 21:6,
21:13, 21:14, 22:15,
40:15, 41:11, 41:14,
41:20, 42:5, 52:8,
53:11, 54:9, 54:20,
54:25, 55:3, 55:17,
55:21, 55:24, 61:17,
62:4, 62:7, 65:4,
65:6, 65:12, 66:12,
66:17, 66:20, 77:5,
77:14, 78:3, 79:4,
82:3, 85:9, 85:12,
85:15, 87:11, 88:13,
88:20, 89:5, 89:8,
89:22, 90:5, 90:10,
111:22, 112:21,
113:1, 113:6, 114:2,
114:16, 114:22,
115:3, 115:11,
120:15, 129:11,
130:1, 130:11,
130:12, 132:20,
140:9, 143:4,
145:17, 145:20,
156:12, 156:15,
157:3, 157:15,
161:13, 161:17,
164:5, 165:20,
178:21, 179:9,
180:17, 180:24,
182:12, 184:16,
187:25, 188:17,
195:3, 197:12,
197:21, 198:17,
200:12, 200:18,
202:17, 202:23,

204:1, 204:21,
210:22, 215:24,
221:15, 221:24,
223:8, 227:5,
227:19, 228:2,
228:4, 228:18,
228:25, 229:6,
229:14
**Paulos)....................**
**...............20** [1] - 2:4
**Paulos)....................**
**...............42** [1] - 2:6
**Paulos)....................**
**...............55** [1] - 2:7
**Paulos)....................**
**...............77** [1] - 2:9
**Paulos)....................**
**...............90** [1] - 2:10
**Paulos)....................**
**...............115** [1] -
2:12
**Pause** [7] - 3:19,
41:19, 72:25, 87:3,
87:9, 87:14, 89:7
**paused** [1] - 108:24
**pay** [2] - 138:4, 151:11
**payback** [1] - 92:15
**paying** [1] - 137:25
**payments** [2] - 211:23,
211:24
**PD** [2] - 39:12, 39:25
**peace** [1] - 93:21
**peer** [6] - 127:19,
127:25, 128:1,
128:4, 128:6, 128:8
**peer-reviewed** [3] -
127:19, 127:25,
128:4
**peer-reviewer** [2] -
128:1, 128:6
**peer-reviews** [1] -
128:8
**pelted** [2] - 97:2, 97:9
**pelting** [1] - 95:16
**Pena** [1] - 110:10
**penetrators** [1] -
133:22
**Pensacola** [2] - 1:16,
8:13
**pent** [1] - 112:12
**pent-up** [1] - 112:12
**people** [12] - 36:4,
71:20, 72:6, 109:19,
137:3, 148:21,
151:25, 173:12,
217:8, 217:9,
225:12, 226:24
**peppered** [1] - 110:7
**per** [3] - 18:9, 160:2,
187:17

**perceive** [1] - 105:14
**perceived** [4] - 30:1,
48:21, 49:14, 162:18
**percent** [1] - 106:25
**percentage** [1] -
192:24
**perception** [1] - 51:2
**percipient** [1] - 88:21
**Perez** [6] - 29:9, 34:4,
49:19, 49:23, 50:12,
144:9
**perform** [2] - 44:12,
171:1
**performed** [3] -
122:20, 171:7, 208:4
**performing** [1] - 39:22
**perhaps** [2] - 219:25,
225:25
**period** [28] - 10:22,
12:3, 44:20, 50:21,
134:6, 135:13,
137:9, 139:10,
143:13, 143:14,
144:15, 152:17,
156:2, 156:9, 160:9,
160:14, 161:6,
171:15, 183:21,
184:3, 185:7,
190:22, 200:4,
206:15, 208:20,
211:6, 224:20, 226:7
**periodically** [1] -
35:14
**periphery** [1] - 192:7
**permission** [2] -
27:21, 115:11
**perpetrator** [1] -
189:11
**person** [4] - 3:16,
18:20, 30:1, 204:17
**persona** [1] - 31:7
**personal** [4] - 36:14,
88:23, 185:9, 228:12
**personally** [1] - 48:12
**personnel** [8] -
143:25, 144:8,
144:9, 152:17,
159:21, 195:25,
203:1, 217:17
**perspective** [2] - 38:5,
174:2
**pertaining** [1] - 157:21
**Peter** [1] - 11:19
**Petraeus** [5] - 191:21,
192:10, 196:4,
200:25, 222:24
**Petraeus's** [1] -
191:25
**PFC** [4] - 22:22,
101:16, 101:17,

108:4
**Ph.D** [4] - 2:11, 115:1,
120:21, 120:23
**Phantom** [1] - 143:21
**phase** [1] - 17:23
**Phelps** [1] - 8:7
**Philippines** [1] - 42:19
**phone** [1] - 158:12
**photo** [7] - 64:17,
79:5, 79:7, 79:9,
79:12, 100:19, 108:3
**photograph** [14] -
63:3, 64:15, 65:4,
82:8, 100:13, 101:7,
101:10, 101:11,
198:23, 199:6,
199:15, 199:18,
221:16, 221:21
**photographic** [3] -
13:11, 199:21,
199:23
**photographs** [7] -
61:25, 73:23, 79:1,
80:19, 100:6, 100:9,
105:6
**physical** [5] - 17:19,
39:12, 51:20, 51:25,
111:15
**physically** [2] - 35:7,
35:9
**physicians'** [1] - 75:20
**Piatetsky** [1] - 11:20
**pick** [4] - 12:15, 12:18,
33:20, 86:16
**picked** [1] - 107:22
**picture** [8] - 13:15,
62:21, 64:1, 64:4,
79:8, 100:15,
100:16, 108:4
**piece** [1] - 143:14
**pieces** [1] - 5:24
**piecing** [1] - 28:4
**pinned** [8] - 31:15,
98:22, 98:23, 98:24,
216:5, 216:24,
217:2, 217:8
**pinpoint** [1] - 180:11
**pipe** [4] - 105:16,
105:19, 107:2, 107:8
**pipeline** [2] - 222:14,
225:20
**pistol** [2] - 103:5,
103:8
**pit** [1] - 136:5
**Pitched** [1] - 161:23
**pivotal** [1] - 183:8
**PKM** [1] - 152:14
**place** [9] - 20:20, 31:1,
37:14, 92:21, 96:23,
137:4, 150:19,

206:10
**placed** [4] - 29:1,
35:20, 82:5, 187:21
**placement** [2] - 82:9,
99:18
**placements** [1] -
211:23
**places** [2] - 114:18,
127:22
**placing** [4] - 99:17,
102:4, 102:5, 102:6
**plain** [1] - 106:8
**plaintiff** [20] - 6:4,
13:13, 14:2, 15:19,
19:20, 21:3, 22:3,
52:13, 56:1, 56:12,
65:5, 78:8, 89:4,
89:6, 89:13, 90:14,
100:5, 111:12,
205:9, 227:6
**Plaintiff** [2] - 166:11,
187:21
**plaintiff's** [2] - 15:25,
16:22
**plaintiffs** [41] - 3:6,
4:7, 4:9, 6:3, 9:2,
9:3, 9:4, 9:6, 9:8,
9:22, 10:20, 10:23,
11:12, 11:25, 12:5,
14:3, 15:16, 15:20,
16:17, 16:19, 17:18,
17:25, 19:14, 19:22,
25:13, 41:20,
114:22, 117:17,
120:5, 120:9,
129:11, 140:11,
143:10, 150:10,
152:9, 166:1,
166:18, 178:5,
216:3, 217:4, 226:19
**Plaintiffs** [6] - 1:4,
1:14, 55:4, 77:9,
89:17, 181:16
**plaintiffs'** [2] - 13:5,
21:7
**plan** [6] - 10:20, 11:2,
12:5, 13:8, 14:1,
18:9
**planned** [2] - 147:5,
149:11
**planning** [3] - 135:1,
138:7, 203:8
**plans** [1] - 158:11
**planted** [1] - 69:1
**plastic** [3] - 63:15,
63:18, 64:12
**platoon** [24] - 24:16,
24:18, 24:19, 28:25,
29:1, 30:15, 32:5,
33:11, 45:13, 48:7,

48:13, 73:14, 74:14,
95:7, 101:19, 108:7,
110:7, 168:7, 216:5,
216:14, 216:24,
217:2, 217:9
**Platoon** [5] - 29:4,
29:10, 48:6, 59:7
**platoons** [2] - 29:5,
32:6
**play** [5] - 152:12,
168:20, 181:24,
207:17, 211:13
**played** [1] - 8:23
**plays** [1] - 43:22
**plea** [1] - 118:5
**pleasure** [1] - 7:22
**pledged** [2] - 144:17,
146:12
**plumbing** [1] - 94:21
**pocket** [1] - 150:18
**pockets** [1] - 228:7
**point** [60] - 18:5, 24:5,
26:22, 32:15, 34:9,
34:16, 37:8, 38:1,
50:3, 50:19, 53:19,
60:4, 63:16, 66:11,
67:11, 67:25, 69:22,
70:23, 72:14, 73:9,
74:8, 78:13, 81:3,
83:8, 83:22, 85:21,
86:8, 87:24, 93:14,
93:18, 100:20,
104:10, 104:14,
105:1, 114:6,
114:19, 139:14,
144:19, 173:9,
175:17, 175:18,
175:21, 176:9,
177:4, 180:11,
183:6, 186:24,
187:2, 187:8,
187:12, 188:8,
188:11, 188:15,
189:9, 189:19,
190:13, 198:19,
216:12, 216:18
**pointed** [1] - 13:6
**points** [10] - 81:15,
85:20, 187:13,
187:15, 188:23,
189:3, 189:7,
189:18, 189:23,
190:5
**police** [4] - 39:2,
167:19, 217:12,
220:25
**Police** [1] - 20:12
**policy** [3] - 129:4,
133:12, 225:13
**Policy** [2] - 127:24,

128:10
**policy-wise** [1] -
225:13
**political** [2] - 120:25,
146:25
**Political** [3] - 128:9,
129:2, 129:3
**politics** [2] - 120:20,
120:22
**Polk** [1] - 56:24
**pool** [6] - 12:13, 82:12,
82:14, 82:15, 98:20,
99:8
**poor** [1] - 170:3
**pop** [1] - 72:7
**popular** [6] - 127:22,
147:15, 151:23,
163:22, 178:3,
192:22
**population** [3] - 132:4,
173:14, 187:6
**portion** [5] - 158:23,
168:11, 169:11,
188:20, 212:21
**portrait** [2] - 97:3, 97:4
**position** [10] - 24:17,
24:18, 29:7, 49:2,
49:5, 143:24, 144:4,
176:4, 181:15, 184:2
**positions** [2] - 149:5,
149:12
**positive** [1] - 38:4
**possessed** [3] -
157:21, 167:9, 202:9
**possibility** [2] -
208:13, 208:17
**possible** [3] - 4:15,
16:18, 198:3
**possibly** [1] - 207:23
**post** [6] - 34:19,
162:24, 205:4,
205:20, 206:3,
209:10
**Post** [1] - 127:23
**post-blast** [2] - 205:4,
209:10
**post-Fallujah** [1] -
162:24
**pot** [1] - 103:21
**potential** [1] - 5:22
**pouches** [1] - 102:9
**pounds** [1] - 207:8
**power** [2] - 135:23,
144:23
**powerful** [1] - 172:4
**practiced** [1] - 121:11
**practicing** [1] - 121:6
**pragmatic** [2] - 132:14
**preadmit** [1] - 5:15
**precede** [1] - 14:5

**preceding** [1] - 95:24
**precision** [2] - 148:23,
186:22
**predictable** [1] -
137:25
**predominant** [1] -
51:17
**predominantly** [1] -
176:22
**preference** [3] - 3:23,
7:3, 124:8
**premarked** [5] - 89:8,
142:5, 148:5,
156:23, 161:10
**preparation** [3] -
48:17, 52:16, 149:20
**preparations** [1] -
150:4
**prepare** [9] - 21:2,
23:25, 53:5, 78:11,
81:23, 115:7,
141:12, 164:12,
178:11
**prepared** [23] - 3:20,
5:12, 9:24, 18:13,
21:9, 22:5, 53:15,
111:12, 114:7,
115:25, 116:4,
116:5, 116:13,
131:9, 132:16,
141:8, 142:18,
164:9, 165:16,
179:17, 201:24,
203:22, 214:23
**preposition** [2] -
149:23, 187:7
**prepositioned** [1] -
145:15
**prepped** [1] - 25:23
**prepping** [1] - 98:17
**prepreparation** [1] -
154:19
**prescribed** [1] - 41:8
**presence** [9] - 158:24,
162:24, 168:1,
173:2, 175:3,
175:16, 199:25,
222:2, 222:4
**present** [10] - 4:10,
20:11, 77:6, 102:1,
123:1, 170:9,
193:18, 200:13,
219:13, 222:19
**presentation** [3] -
6:23, 113:2, 114:11
**presentations** [1] -
4:16
**presented** [1] - 223:21
**presenting** [2] - 9:5,
12:6

**presently** [1] - 42:11
**presentment** [1] -
10:19
**preserved** [1] - 63:16
**press** [11] - 127:18,
127:22, 128:10,
163:15, 163:22,
174:21, 174:24,
178:3, 199:14,
208:21, 214:13
**presses** [2] - 128:6,
128:10
**pressure** [1] - 183:24
**presumptive** [1] -
199:11
**pretend** [1] - 51:7
**pretty** [20] - 32:25,
35:9, 36:2, 36:11,
36:13, 61:12, 68:21,
99:12, 103:1, 103:9,
103:12, 104:18,
106:24, 108:20,
110:10, 149:25,
156:5, 204:7,
210:18, 210:20
**prevalence** [1] - 170:4
**prevalent** [1] - 154:22
**prevented** [1] - 39:21
**previous** [2] - 28:23,
146:13
**previously** [11] - 18:1,
56:7, 96:16, 130:19,
158:19, 159:22,
169:16, 172:10,
187:12, 206:18,
220:6
**primarily** [2] - 130:22,
139:5
**primary** [7] - 123:19,
124:9, 131:21,
148:25, 162:11,
185:24, 216:18
**principal** [1] - 123:5
**principle** [1] - 135:18
**pristine** [2] - 63:19,
63:24
**Private** [2] - 102:7,
109:21
**private** [9] - 8:25,
79:17, 94:20, 104:6,
109:21, 110:2,
115:14, 138:12,
224:1
**privilege** [1] - 19:3
**problem** [1] - 94:21
**procedures** [2] -
3:24, 13:20, 51:1,
72:2, 126:15, 148:4,
149:16, 165:1,
168:18, 172:7,

177:15, 219:23
**proceed** [5] - 4:7,
7:18, 16:20, 19:14,
54:18
**proceeding** [1] - 18:2
**proceedings** [1] -
230:6
**process** [8] - 15:13,
17:15, 26:3, 92:5,
124:14, 125:6,
125:13, 209:18
**processes** [1] - 127:16
**PROCTOR** [1] - 1:15
**produce** [2] - 204:22,
204:24
**produced** [8] - 140:24,
146:4, 162:1,
191:24, 202:13,
202:18, 204:18,
204:23
**product** [1] - 116:21
**profession** [1] - 48:19
**professional** [3] -
117:10, 117:13,
129:1
**professionals** [1] -
117:11
**proffer** [3] - 6:21,
18:17, 129:12
**Profile** [1] - 146:1
**profile** [6] - 158:18,
160:15, 160:24,
197:9, 197:15, 210:4
**program** [1] - 110:25
**progressed** [1] -
148:19
**project** [2] - 123:6,
144:23
**projectile** [5] - 206:7,
206:9, 206:11,
206:15, 207:7
**prolong** [1] - 70:18
**Promised** [2] - 129:22,
133:16
**promised** [2] - 150:23,
227:6
**proof** [1] - 223:21
**propaganda** [1] -
167:20
**Propelled** [1] - 181:14
**propelled** [3] - 166:14,
187:21, 206:2
**proper** [2] - 40:7, 99:9
**Proposed** [1] - 182:20
**Protection** [1] - 122:25
**protective** [1] - 202:18
**prove** [1] - 12:17
**provide** [5] - 11:4,
12:12, 12:22, 12:24,
14:5, 15:17, 16:9,

17:12, 17:23, 18:10,
29:2, 43:23, 88:5,
89:11, 93:19, 114:9,
114:12, 115:21,
117:6, 130:7, 153:9,
169:11, 176:13,
192:19, 209:6, 223:5
**provided** [42] - 11:15,
12:2, 17:10, 57:19,
74:4, 80:19, 88:2,
88:15, 88:22, 100:6,
111:18, 117:21,
118:1, 118:7, 119:6,
120:1, 122:14,
130:19, 133:14,
134:18, 134:23,
137:4, 156:18,
160:10, 161:20,
163:16, 164:6,
178:5, 182:2,
188:12, 188:15,
188:24, 191:16,
192:17, 196:18,
196:25, 204:3,
211:13, 211:22,
212:8, 219:7, 221:1
**providers** [1] - 75:9
**provides** [7] - 10:14,
15:22, 17:17, 17:20,
210:1, 215:1, 220:7
**providing** [9] - 49:2,
49:6, 122:24, 137:1,
138:5, 193:9,
197:15, 197:22,
223:25
**Province** [1] - 140:23
**province** [24] - 131:24,
139:22, 156:19,
157:11, 158:16,
160:22, 163:19,
167:16, 170:18,
174:11, 175:22,
175:25, 182:9,
182:25, 183:4,
183:7, 186:9,
201:14, 204:9,
204:10, 204:11,
204:12, 208:22
**proving** [2] - 10:24,
11:3
**provision** [2] - 10:9,
10:10
**provisional** [2] -
96:10, 217:21
**provisions** [1] - 159:2
**proxies** [2] - 132:12,
136:6
**proximately** [1] -
10:15
**proximity** [1] - 49:4

**proxy** [3] - 129:15,
133:11, 134:19
**psychiatric** [1] - 17:21
**psychiatrist** [1] -
74:25
**psychological** [5] -
17:21, 39:15, 39:19,
40:16, 109:13
**psychologist** [1] -
75:1
**PTSD** [15] - 17:18,
28:13, 34:25, 40:22,
51:17, 53:16, 74:23,
75:4, 76:5, 109:17,
110:4, 110:13,
110:17, 111:5,
112:13
**public** [3] - 36:3,
116:16, 128:18
**publications** [3] -
127:24, 128:6, 128:8
**publish** [1] - 199:15
**published** [8] -
127:17, 127:19,
127:22, 140:24,
156:21, 199:1,
199:8, 199:16
**publishing** [1] - 3:25
**pull** [13] - 52:8, 62:4,
82:3, 106:6, 132:20,
145:20, 165:20,
174:17, 179:9,
180:17, 182:12,
204:1, 215:24
**pulled** [5] - 23:24,
27:11, 30:7, 31:23,
45:20
**punishments** [1] -
167:20
**Purple** [2] - 93:24,
94:1
**purpose** [4] - 15:4,
60:3, 105:10, 155:15
**purposely** [1] - 51:12
**pursuant** [3] - 147:23,
147:25, 202:18
**pursuing** [2] - 227:24,
229:5
**push** [1] - 30:9
**pushed** [1] - 69:21
**pushing** [1] - 51:6
**put** [21] - 12:13, 13:11,
31:11, 41:1, 41:2,
65:2, 74:12, 85:10,
87:1, 87:4, 87:6,
92:17, 103:5,
123:25, 127:13,
128:17, 130:9,
194:25, 199:18,
223:18

**putting** [4] - 28:6,
110:24, 137:12,
194:10
**PX** [1] - 202:15
**PX1000** [2] - 117:19,
130:25
**PX1100** [1] - 215:11
**PX1107** [1] - 100:8
**PX1200** [1] - 142:6
**PX1203** [2] - 21:7,
21:16
**PX1205** [1] - 52:22
**PX1247** [2] - 21:7,
21:24
**PX1249** [2] - 52:3,
53:10
**PX1300** [2] - 165:9,
188:18
**PX1305** [2] - 61:17,
61:19
**PX1307** [1] - 168:5
**PX1353** [1] - 164:8
**PX1400** [1] - 179:10
**PX1403** [2] - 180:15,
187:24
**PX1405** [1] - 78:23
**PX1500** [1] - 202:15
**PX1501** [2] - 205:2,
227:7
**PX1517** [1] - 227:8
**PX284** [1] - 148:5
**PX360** [2] - 174:18,
196:9
**PX4** [3] - 117:18,
117:19, 220:8
**PX5** [1] - 117:18
**PX670** [1] - 212:5
**PX715** [1] - 156:23
**PX721** [1] - 221:18
**PX900** [3] - 169:2,
184:18, 185:18
**PX901** [3] - 161:10,
161:22, 167:3
**PX911** [1] - 195:7
**PX917** [2] - 191:17,
192:1
**PX937** [3] - 145:19,
158:18, 197:11
**PX981** [1] - 182:12

**Q**

**Qa'im** [4] - 162:13,
174:10, 175:6, 175:9
**Qaeda** [66] - 19:19,
25:4, 45:8, 45:9,
73:18, 118:11,
121:2, 127:16,
129:16, 129:20,
134:21, 137:1,

141:19, 144:18,
144:19, 146:2,
146:14, 146:16,
147:23, 148:1,
155:17, 156:18,
158:11, 164:24,
167:8, 168:16,
171:21, 177:2,
178:16, 183:21,
189:10, 189:13,
189:21, 190:9,
191:14, 192:6,
192:10, 193:17,
195:4, 195:17,
196:16, 196:19,
196:25, 197:5,
197:16, 197:24,
198:9, 199:10,
199:11, 199:25,
200:6, 201:6,
208:14, 213:1,
222:2, 222:5,
222:10, 222:16,
222:23, 222:25,
225:20, 226:12
**Qaeda's** [3] - 147:1,
200:14, 222:13
**Qaeda-aligned** [1] -
168:16
**Qods** [3] - 158:2,
158:8, 194:8
**QRF** [3] - 98:1, 99:3,
217:1
**qualifications** [1] -
119:18
**qualified** [4] - 118:19,
120:8, 126:23, 130:7
**qualify** [1] - 119:12
**quality** [3] - 12:20,
76:20, 76:24
**quantify** [1] - 13:8
**quantum** [1] - 138:15
**Queens** [6] - 24:12,
24:14, 25:23, 28:21,
45:4, 48:22
**quell** [1] - 167:13
**questions** [23] - 18:15,
19:14, 38:21, 38:25,
40:6, 41:11, 54:9,
77:2, 87:11, 88:9,
111:22, 111:24,
131:7, 131:10,
151:13, 156:13,
200:15, 223:9,
223:11, 224:4,
224:19, 226:23,
228:12
**Quick** [10] - 98:1, 98:2,
98:3, 98:10, 99:1,
99:5, 102:12, 217:1,

217:5
**quick** [1] - 98:12
**quickly** [4] - 63:21, 156:6, 177:6, 197:2
**quiet** [1] - 224:25
**quite** [4] - 29:14, 96:20, 151:11
**quotation** [1] - 150:13
**quote** [3] - 158:6, 167:18, 222:12

## R

**R-E-G-U-I** [1] - 77:18
**radicalization** [1] - 186:5
**radicalizing** [1] - 169:15
**radio** [1] - 98:17
**Rafa** [1] - 186:6
**RAFFERTY** [1] - 1:15
**raid** [3] - 67:2, 67:15, 67:21
**raiding** [2] - 68:10, 166:2
**rails** [1] - 101:4
**raining** [1] - 216:20
**raise** [4] - 3:22, 42:1, 55:8, 90:2
**raised** [1] - 119:17
**rally** [1] - 105:4
**Ramadi** [26] - 77:8, 81:8, 81:10, 81:20, 81:24, 170:5, 174:11, 175:6, 175:9, 178:14, 178:16, 179:3, 179:18, 180:3, 180:5, 180:22, 181:10, 183:13, 183:15, 185:19, 185:24, 186:11, 186:12, 187:9, 187:14, 187:18
**Ramadi's** [1] - 181:11
**ran** [13] - 45:18, 83:22, 84:18, 84:24, 85:3, 85:5, 85:22, 85:23, 85:25, 86:4, 98:15, 108:20
**random** [1] - 105:17
**Randy** [1] - 77:9
**range** [5] - 171:6, 172:18, 183:20, 183:24, 184:8
**Ranger** [1] - 111:4
**rank** [9] - 22:21, 22:23, 43:5, 43:10, 57:18, 58:5, 79:16, 79:18, 162:12

**rank-and-file** [1] - 162:12
**ranking** [1] - 158:1
**ranks** [3] - 58:1, 152:6, 211:15
**rapid** [1] - 169:21
**rapidly** [1] - 63:18
**rather** [4] - 10:1, 141:14, 155:16, 183:22
**rating** [1] - 44:2
**ratline** [5] - 154:10, 154:12, 154:19, 154:23, 155:2
**ratlines** [10] - 159:23, 174:8, 175:4, 176:7, 176:11, 176:20, 183:13, 190:14, 190:16, 192:16
**Rawi** [1] - 186:7
**Ray** [1] - 17:12
**RDR** [3] - 1:20, 230:3, 230:10
**re** [3] - 45:21, 45:22, 46:11
**re-engage** [1] - 46:11
**re-enter** [1] - 45:21
**re-entering** [1] - 45:22
**reach** [4] - 11:7, 127:6, 132:24, 134:13
**Reaction** [6] - 98:10, 99:1, 99:5, 102:13, 217:1, 217:6
**reaction** [2] - 76:6, 103:8
**Reactionary** [3] - 98:1, 98:2, 98:3
**read** [28] - 38:8, 40:2, 40:4, 75:21, 146:10, 146:22, 148:18, 149:10, 150:15, 152:25, 157:5, 157:19, 158:4, 158:23, 162:10, 164:18, 168:14, 169:12, 170:2, 181:4, 184:23, 185:22, 195:21, 202:25, 205:13, 206:15, 212:19, 225:12
**readily** [1] - 159:23
**reading** [3] - 40:3, 154:18, 210:13
**ready** [6] - 19:14, 31:17, 41:16, 66:21, 73:1, 161:18
**real** [2] - 27:8, 46:16
**realize** [4] - 27:18, 28:2, 35:16, 73:5

**realized** [3] - 70:7, 70:12, 103:19
**really** [16] - 20:20, 21:1, 27:8, 33:16, 36:12, 37:5, 48:15, 50:4, 68:24, 69:25, 108:22, 132:14, 133:17, 136:14, 138:18
**rear** [1] - 99:16
**Rear** [1] - 174:24
**reason** [8] - 15:7, 69:19, 71:4, 132:6, 145:5, 208:16, 224:22, 224:24
**reasonable** [6] - 131:3, 141:24, 165:3, 177:18, 214:1, 221:12
**reasons** [5] - 14:11, 131:21, 174:4, 189:12, 216:13
**rebels** [1] - 147:14
**rebuilding** [1] - 93:20
**receive** [9] - 19:17, 23:10, 44:15, 58:7, 58:10, 73:3, 93:22, 94:1, 192:21
**received** [21] - 25:2, 45:17, 46:25, 47:10, 50:1, 58:9, 67:11, 71:2, 72:19, 88:4, 93:24, 97:11, 109:8, 109:9, 155:8, 191:3, 191:10, 196:11, 200:3, 220:10, 220:11
**receivers** [1] - 65:16
**receiving** [9] - 35:21, 105:15, 106:23, 112:1, 181:6, 190:19, 192:12, 192:25, 228:14
**recent** [4] - 111:7, 203:1, 203:6, 203:11
**recently** [4] - 127:15, 199:9, 206:19, 221:17
**reception** [1] - 97:10
**Recess** [2] - 66:16, 161:16
**recess** [1] - 113:7
**reciprocal** [1] - 158:25
**recite** [1] - 121:15
**recognize** [11] - 21:18, 22:1, 52:6, 52:25, 61:21, 145:21, 156:23, 174:19, 182:13, 191:18, 195:9

**recollection** [3] - 47:11, 86:21, 96:9
**recon** [1] - 94:25
**reconstitute** [1] - 177:6
**reconstruction** [1] - 94:20
**reconvene** [2] - 113:5, 161:15
**record** [19] - 3:8, 18:6, 18:18, 41:2, 42:6, 55:19, 61:19, 65:3, 77:15, 85:7, 85:25, 88:25, 90:6, 115:4, 130:10, 164:5, 202:17, 204:21, 204:25
**recorded** [1] - 187:9
**records** [4] - 4:22, 37:11, 111:18, 157:23
**recovered** [1] - 195:14
**recovering** [1] - 184:25
**Recovery** [1] - 184:20
**recruitment** [1] - 211:16
**recruits** [1] - 146:25
**red** [3] - 70:11, 196:9, 196:10
**redacted** [6] - 202:20, 203:6, 203:7, 203:9, 203:10, 203:18
**redaction** [2] - 203:15
**redactions** [2] - 202:21, 204:24
**refer** [6] - 22:12, 23:19, 24:1, 95:1, 165:9, 184:5
**reference** [4] - 159:3, 197:2, 198:19, 215:18
**referenced** [3] - 89:12, 195:4, 221:16
**references** [1] - 16:23
**referred** [5] - 81:10, 159:10, 167:10, 174:8, 200:20
**referring** [3] - 168:12, 174:18, 183:2
**refers** [1] - 158:6
**reflected** [3] - 5:15, 193:21, 194:1
**refuge** [1] - 162:15
**regain** [1] - 46:18
**regard** [4] - 123:5, 141:20, 171:5, 171:6
**regarding** [4] - 4:19, 119:16, 132:24, 134:13

**regime** [6] - 139:25, 153:13, 153:14, 183:3, 183:17, 222:13
**Regiment** [1] - 93:16
**regroup** [1] - 139:6
**regrouped** [1] - 47:22
**Regroups** [1] - 162:20
**regular** [1] - 121:16
**regularly** [4] - 124:20, 125:13, 141:4, 148:1
**reinforced** [1] - 149:4
**relate** [1] - 28:9
**related** [12] - 11:24, 15:22, 39:20, 48:16, 122:20, 129:21, 131:13, 182:23, 189:25, 199:16, 200:13, 220:8
**relates** [2] - 221:9, 225:7
**relating** [1] - 116:17
**relation** [6] - 28:20, 131:9, 164:17, 180:3, 204:6, 213:22
**relationship** [9] - 37:1, 37:5, 136:10, 137:7, 137:8, 226:10, 226:11, 226:13
**relationships** [1] - 36:1
**relative** [8] - 138:16, 140:6, 184:2, 186:22, 193:17, 193:24, 194:2, 194:10
**relatively** [6] - 175:18, 186:20, 208:5, 218:15, 224:24, 225:4
**relaxed** [1] - 5:21
**relay** [1] - 206:23
**relayed** [1] - 206:25
**release** [1] - 208:21
**released** [6] - 125:8, 163:21, 195:12, 198:23, 199:9, 221:17
**relevant** [9] - 10:22, 118:16, 123:19, 132:5, 171:7, 192:7, 192:8, 200:4, 209:12
**reliable** [1] - 212:14
**reliant** [1] - 211:6
**relied** [7] - 148:10, 156:21, 169:2, 170:16, 181:2, 185:8, 202:11
**religious** [1] - 147:1
**reloading** [1] - 69:11

**rely** [1] - 124:7
**relying** [1] - 185:10
**remain** [3] - 88:14, 90:2, 161:7
**remainder** [2] - 13:3, 19:2
**remained** [1] - 147:12
**remains** [1] - 161:4
**remarkable** [1] - 72:10
**remarks** [1] - 13:6
**remember** [15] - 8:10, 25:8, 27:9, 29:19, 47:11, 61:13, 62:24, 69:4, 69:9, 69:11, 69:13, 71:16, 80:2, 87:8, 87:17
**remind** [1] - 75:23
**reminded** [1] - 70:8
**remove** [1] - 50:3
**render** [1] - 86:18
**rendered** [5] - 64:23, 64:24, 70:4, 73:7, 216:25
**rendering** [1] - 107:19
**Renton** [1] - 42:10
**repeat** [1] - 19:11
**repeatedly** [2] - 152:18, 222:11
**repel** [1] - 99:20
**replace** [1] - 170:5
**replacements** [1] - 169:18
**Report** [1] - 212:9
**report** [66] - 40:4, 73:15, 73:16, 89:6, 109:18, 110:8, 116:8, 117:19, 118:4, 130:22, 130:24, 139:23, 140:20, 142:3, 142:9, 142:11, 142:12, 142:14, 142:15, 158:3, 163:15, 164:4, 164:7, 165:7, 165:10, 165:13, 166:16, 178:22, 179:5, 179:8, 180:7, 183:5, 188:11, 189:16, 190:9, 194:17, 194:22, 194:23, 196:22, 198:24, 199:2, 200:3, 200:15, 201:18, 201:20, 202:12, 203:21, 204:4, 204:16, 207:22, 209:10, 209:19, 209:20, 211:1, 211:16,

212:8, 213:5, 214:11, 215:9, 215:14, 215:16, 220:6, 220:7, 220:25
**reported** [6] - 109:23, 143:12, 149:17, 213:6, 213:12, 214:17
**REPORTER** [3] - 54:17, 89:21, 230:1
**Reporter** [3] - 1:20, 1:21, 230:11
**reporter's** [1] - 19:9
**reporting** [10] - 139:24, 141:2, 163:23, 178:4, 181:7, 181:12, 199:14, 203:6, 213:14, 214:13
**reports** [33] - 11:16, 17:11, 17:24, 25:2, 40:2, 115:25, 116:4, 116:13, 116:20, 116:24, 117:2, 117:5, 117:6, 117:18, 122:4, 123:14, 126:8, 130:18, 131:2, 131:8, 131:15, 131:16, 142:25, 143:6, 163:18, 178:3, 178:6, 181:7, 191:16, 204:14, 204:25, 212:24
**represent** [4] - 8:19, 19:3, 43:18, 226:20
**representative** [2] - 12:18, 88:23
**representatives** [2] - 9:4, 9:6
**represented** [1] - 176:11
**represents** [3] - 10:18, 79:6, 226:21
**REPUBLIC** [1] - 1:7
**Republic** [3] - 3:4, 8:22, 129:14
**requested** [2] - 108:8, 205:20
**require** [2] - 33:17, 192:11
**required** [2] - 173:11, 180:1
**requiring** [1] - 43:25
**rescue** [2] - 32:15, 106:2
**rescued** [1] - 29:14
**research** [4] - 116:20, 125:16, 126:19, 127:10

**Research** [1] - 123:7
**researching** [1] - 28:6
**reserve** [1] - 29:1
**reside** [1] - 42:11
**resident** [1] - 92:16
**resilience** [1] - 185:2
**resistance** [2] - 150:18, 167:22
**resolve** [1] - 4:5
**resolved** [1] - 4:11
**resort** [1] - 185:11
**resource** [1] - 191:1
**resources** [2] - 144:19, 194:14
**respect** [12] - 5:4, 5:5, 131:1, 133:8, 134:17, 144:14, 155:5, 174:4, 212:2, 216:3, 216:4, 216:15
**respond** [2] - 186:13, 225:2
**Response** [1] - 217:5
**response** [4] - 151:13, 186:2, 217:15, 218:5
**responsibility** [27] - 68:17, 94:17, 124:23, 126:1, 130:4, 140:14, 170:17, 170:19, 170:20, 170:22, 171:1, 171:8, 171:10, 171:17, 171:18, 171:22, 172:4, 178:8, 189:14, 189:20, 201:22, 223:20, 223:23, 223:24, 224:7, 224:11, 224:13
**responsible** [3] - 115:19, 116:9, 125:19
**rest** [4] - 27:15, 34:6, 38:17, 107:22
**restaurants** [1] - 36:3
**result** [4] - 9:11, 27:13, 110:14, 204:17
**resulted** [6] - 9:12, 9:20, 45:15, 146:24, 164:3, 203:2
**resulting** [1] - 45:23
**retain** [1] - 75:21
**retained** [1] - 122:15
**retaliation** [1] - 162:15
**retired** [1] - 53:25
**retreat** [1] - 108:10
**retreated** [1] - 162:12
**return** [3] - 84:3, 97:17, 166:19
**returned** [7] - 28:22,

34:16, 49:11, 74:19, 97:18, 97:24, 110:5
**returning** [2] - 112:16, 205:16
**reversed** [1] - 86:5
**review** [25] - 15:10, 52:19, 116:15, 140:12, 140:15, 142:3, 142:25, 143:7, 143:16, 148:11, 152:8, 156:17, 163:2, 163:9, 165:6, 168:2, 177:22, 177:25, 182:22, 188:25, 204:14, 205:1, 214:6, 215:8, 219:2
**reviewed** [15] - 5:18, 22:9, 56:2, 116:18, 127:4, 127:19, 127:25, 128:4, 132:18, 145:23, 162:4, 163:5, 179:5, 180:12, 182:16
**reviewer** [2] - 128:1, 128:6
**reviewing** [2] - 179:8, 181:6
**reviews** [4] - 37:11, 56:11, 78:9, 128:8
**Revolutionary** [1] - 158:2
**revolutionary** [1] - 158:8
**RFGs** [1] - 105:16
**Ribbon** [2] - 23:15, 23:17
**Ricardo** [1] - 218:6
**Richard** [1] - 89:19
**Richardson** [1] - 128:11
**ride** [1] - 30:24
**ridge** [1] - 172:24
**Ridge** [1] - 186:14
**riding** [1] - 101:25
**rifle** [1] - 107:22
**rigged** [3] - 51:11, 207:6
**right-hand** [1] - 149:7
**rightly** [1] - 184:15
**ring** [2] - 149:11, 150:1
**ringing** [1] - 35:15
**ripe** [1] - 10:2
**rise** [1] - 161:1
**rising** [1] - 217:20
**rival** [1] - 217:23
**River** [17] - 59:13, 59:25, 61:1, 62:11, 176:2, 182:23, 182:24, 183:5,

183:6, 183:11, 183:18, 186:13, 186:14, 190:20, 190:21
**RIVER** [7] - 170:9, 184:20, 185:25, 186:2, 186:4
**river** [3] - 60:7, 60:15, 60:17
**Rivers** [1] - 146:15
**rivers** [3] - 59:15, 60:25, 61:3
**riverways** [1] - 60:5
**RN** [1] - 75:20
**road** [6] - 26:5, 28:4, 84:24, 84:25, 148:25, 164:20
**roadway** [1] - 104:17
**robbed** [1] - 110:22
**Robert** [1] - 77:9
**rocket** [4] - 108:18, 133:23, 166:14, 179:22
**rocket-assisted** [1] - 133:23
**rocket-propelled** [1] - 166:14
**rockets** [15] - 133:24, 181:9, 181:12, 181:21, 181:25, 182:1, 182:2, 182:6, 186:17, 186:24, 187:13, 191:4, 216:22
**rocks** [4] - 95:16, 95:22, 97:2, 97:9
**Roggio** [1] - 156:22
**role** [10] - 8:23, 11:17, 15:4, 43:21, 44:12, 58:1, 168:20, 181:24, 193:18, 225:17
**roll** [1] - 138:6
**rolled** [2] - 83:19, 83:20
**rolling** [7] - 83:19, 83:21, 100:16, 103:11, 104:3, 104:9, 104:12
**rooftop** [1] - 30:21
**rooftops** [3] - 69:13, 71:21, 104:5
**Room** [2] - 1:21, 230:12
**room** [5] - 36:9, 36:11, 73:14, 73:22, 110:7
**Ross** [12] - 11:20, 88:18, 114:5, 114:23, 115:5, 115:6, 129:12,

130:6, 130:13, 205:1, 227:10, 228:9
**ROSS** [2] - 2:11, 115:1
**Ross's** [1] - 114:8
**Rothman** [2] - 55:5, 166:18
**roughly** [1] - 173:20
**round** [2] - 17:9, 69:3
**rounds** [10] - 61:11, 63:4, 63:5, 63:7, 65:17, 65:20, 69:19, 83:8, 83:24, 84:4
**route** [4] - 174:9, 175:9, 228:1
**routes** [6] - 135:3, 135:4, 151:22, 151:25, 176:12, 176:14
**routinely** [3] - 35:21, 41:9, 213:11
**RPG** [7] - 30:20, 51:4, 69:2, 69:6, 166:20, 166:23, 177:16
**RPGs** [4] - 64:14, 217:7, 220:3, 221:7
**RPK** [7] - 27:1, 33:13, 33:14, 49:16, 63:15, 63:23, 64:2
**RPKs** [3] - 33:12, 61:10, 64:14
**rubbish** [1] - 104:23
**Rubin** [2] - 11:21, 11:22
**RUBIO** [2] - 2:7, 55:15
**Rubio** [12] - 55:5, 55:6, 55:18, 55:20, 56:9, 56:16, 61:20, 62:9, 66:17, 66:21, 70:22, 77:4
**Rubio's** [1] - 166:11
**rude** [1] - 95:17
**rule** [3] - 7:5, 140:1, 208:6
**Rule** [1] - 16:21
**ruled** [2] - 139:25, 207:22
**Rules** [2] - 5:20, 18:2
**rulings** [1] - 12:25
**run** [2] - 84:2, 196:10
**running** [5] - 69:14, 83:13, 96:4, 98:16
**runs** [1] - 60:1
**Ryan** [17] - 8:8, 52:9, 62:4, 82:3, 132:20, 145:20, 157:16, 165:21, 179:10, 180:18, 180:24, 188:17, 197:21, 202:23, 204:2, 215:25, 221:24

**Ryan's** [1] - 210:25

## S

**S-O-T-O** [1] - 90:8
**sack** [2] - 105:7, 105:9
**Saddam** [5] - 132:10, 132:11, 132:12, 135:24, 220:24
**Sadr** [25] - 89:16, 93:7, 94:11, 94:21, 95:2, 95:11, 95:25, 96:22, 98:25, 102:22, 102:23, 109:5, 109:6, 141:14, 159:1, 216:7, 216:9, 216:14, 217:13, 217:18, 217:22, 219:2, 220:15, 220:21, 220:23
**Sadr's** [4] - 217:23, 218:8, 218:16, 220:23
**Sadrist** [3] - 138:8, 217:22, 220:21
**Sadrists** [3] - 218:1, 218:14, 219:16
**safe** [16] - 77:4, 112:25, 134:24, 135:3, 192:17, 200:3, 200:20, 209:17, 209:18, 209:23, 211:9, 212:1, 212:4, 220:14, 227:15
**Saif** [1] - 199:10
**salad** [1] - 38:12
**Salafist** [1] - 169:14
**Salah** [5] - 201:13, 204:9, 204:12, 208:18, 208:22
**salaries** [3] - 137:25, 138:4, 211:17
**SALV** [1] - 90:7
**SALVADOR** [2] - 2:10, 90:3
**Salvador** [3] - 89:17, 89:23, 90:7
**salvo** [1] - 220:3
**Sammy** [1] - 31:24
**Samuel** [3] - 41:15, 41:21, 42:7
**SAMUEL** [2] - 2:5, 42:3
**San** [3] - 56:20, 56:21, 56:25
**Sanchez** [1] - 218:6
**sanctuaries** [1] - 162:13
**sanctuary** [2] - 162:11,

203:12
**sandbags** [3] - 70:8, 70:9, 70:10
**sat** [2] - 27:11, 174:9
**Saudi** [3] - 150:21, 151:20, 151:21
**save** [4] - 48:11, 107:21, 107:22, 217:7
**saving** [1] - 31:24
**saw** [12] - 12:14, 16:3, 27:12, 63:9, 71:20, 85:2, 86:4, 107:14, 108:22, 216:21
**scale** [5] - 152:10, 154:11, 154:23, 155:4, 221:11
**scanning** [2] - 107:9, 107:23
**scars** [1] - 18:25
**scenarios** [1] - 213:8
**scene** [4] - 26:6, 26:9, 47:8, 50:6
**schedule** [1] - 229:15
**scheduling** [2] - 14:11, 19:7
**Schiller** [1] - 121:12
**scholarly** [5] - 123:20, 163:24, 178:7, 201:22, 214:14
**scholarship** [1] - 126:20
**school** [7] - 75:19, 95:6, 95:9, 95:10, 97:8, 121:3, 121:8
**School** [2] - 120:19, 129:6
**Science** [1] - 129:3
**science** [1] - 120:25
**screen** [10] - 14:19, 52:8, 84:25, 85:19, 142:6, 148:16, 162:9, 199:5, 215:11, 221:20
**screen's** [1] - 101:15
**SEALs** [1] - 33:5
**search** [1] - 171:7
**searched** [1] - 150:20
**searching** [1] - 74:1
**seat** [1] - 94:16
**seat/left** [1] - 94:16
**seated** [1] - 55:11
**seats** [1] - 101:5
**secluded** [1] - 76:4
**second** [32] - 3:9, 9:9, 16:14, 24:18, 29:1, 45:13, 47:17, 58:20, 59:4, 59:17, 70:16, 70:17, 93:3, 93:5, 111:2, 112:16,

127:19, 132:6, 133:13, 146:8, 149:22, 157:4, 157:14, 174:1, 181:4, 189:20, 198:13, 198:15, 204:16, 207:4, 220:12, 224:10
**Second** [1] - 143:19
**second-degree** [1] - 70:17
**secondary** [5] - 123:20, 149:12, 162:12, 178:6, 210:4
**secondly** [21] - 115:18, 124:22, 125:9, 134:23, 143:12, 152:13, 154:22, 160:1, 169:20, 171:4, 177:8, 182:5, 186:21, 190:18, 194:21, 204:17, 207:6, 211:12, 218:15, 220:2, 221:3
**secret** [3] - 157:7, 167:19, 222:12
**sect** [2] - 131:18, 131:19
**sectarian** [3] - 131:23, 132:5
**section** [9] - 12:12, 12:18, 12:24, 68:9, 98:25, 99:11, 169:8, 184:19, 184:23
**sections** [1] - 68:8
**sector** [2] - 107:9, 107:23
**secure** [3] - 48:10, 68:7, 68:9
**secured** [2] - 46:24, 50:4
**securing** [1] - 203:11
**security** [5] - 29:2, 162:17, 170:3, 185:8, 205:22
**Security** [1] - 128:9
**Security's** [1] - 123:2
**see** [68] - 3:16, 4:23, 12:19, 21:24, 23:14, 34:13, 36:7, 37:11, 41:23, 49:21, 52:11, 52:24, 62:22, 63:5, 63:15, 65:17, 65:20, 70:1, 70:14, 74:24, 75:18, 80:21, 96:7, 100:10, 100:11, 100:21, 101:13, 105:4, 107:11, 108:3, 114:11,

141:15, 146:20, 148:8, 150:7, 150:13, 157:17, 158:21, 161:24, 162:9, 164:15, 166:9, 169:8, 169:24, 172:15, 178:20, 178:23, 182:20, 184:21, 187:20, 187:22, 188:9, 188:19, 192:2, 194:4, 195:19, 197:19, 197:24, 198:5, 198:18, 199:4, 205:24, 212:9, 212:17, 213:18, 218:7, 222:7, 229:12
**seeing** [9] - 5:12, 61:5, 61:8, 69:13, 70:2, 74:22, 107:20, 125:10, 188:20
**seek** [2] - 34:17, 74:19
**seeking** [1] - 86:12
**select** [1] - 12:15
**selected** [2] - 12:11, 13:21
**selecting** [1] - 12:23
**self** [2] - 121:1, 187:21
**Self** [1] - 181:14
**self-describe** [1] - 121:1
**self-propelled** [1] - 187:21
**Self-Propelled** [1] - 181:14
**selfless** [1] - 18:25
**send** [2] - 111:1, 200:7
**senior** [12] - 74:8, 98:21, 99:15, 137:1, 170:12, 192:19, 222:10, 222:19, 222:22, 222:23, 223:1
**seniority** [1] - 102:5
**sense** [4] - 38:13, 81:22, 123:22
**sensitive** [1] - 157:23
**sent** [3] - 110:1, 110:12, 223:6
**sentence** [6] - 146:9, 146:18, 149:9, 181:4, 187:20, 206:16
**separate** [2] - 12:6, 210:11
**separated** [1] - 131:16
**September** [8] - 1:5, 5:16, 34:22, 42:16, 147:9, 199:1, 199:8,

230:8
**sequence** [5] - 143:1, 180:9, 204:15, 204:19, 217:10
**sequester** [2] - 7:1, 7:11
**sergeant** [9] - 22:25, 24:18, 32:3, 73:13, 98:21, 110:7, 168:7, 168:8, 205:7
**Sergeant** [13] - 25:10, 26:6, 46:22, 77:9, 77:10, 82:20, 82:21, 110:8, 201:19, 205:17, 206:1
**sergeants** [1] - 73:14
**series** [4] - 44:24, 145:10, 148:24, 148:25
**serious** [1] - 195:22
**seriously** [2] - 226:5, 226:17
**Sertraline** [1] - 40:24
**serve** [6] - 20:24, 42:24, 44:3, 57:23, 92:6, 226:16
**served** [6] - 30:12, 92:13, 101:18, 128:6, 169:15, 205:8
**Service** [1] - 23:17
**service** [20] - 8:20, 21:2, 22:6, 23:1, 23:11, 38:24, 43:20, 43:22, 44:5, 44:16, 44:20, 44:25, 58:5, 58:8, 58:12, 77:1, 79:8, 92:6, 92:23, 93:22
**services** [2] - 171:5, 221:1
**serving** [3] - 92:12, 110:23, 150:10
**sessions** [1] - 147:10
**set** [17] - 3:10, 28:19, 32:10, 71:3, 83:5, 116:20, 133:18, 148:23, 149:5, 166:6, 169:17, 172:16, 172:19, 196:24, 207:5, 224:4, 229:2
**set-up** [1] - 71:3
**setbacks** [3] - 175:21, 175:24, 177:5
**sets** [1] - 117:20
**seven** [5] - 118:7, 118:8, 118:14, 124:2, 164:19
**several** [8] - 8:22, 9:5, 10:12, 106:14,

121:22, 140:10, 181:8, 201:17
**severe** [5] - 9:19, 12:16, 75:4, 108:22, 110:17
**severity** [1] - 86:14
**sewage** [1] - 94:21
**shading** [1] - 175:15
**Shane** [4] - 19:20, 19:22, 20:8, 47:8
**SHANE** [3] - 2:4, 20:2, 20:8
**shaped** [1] - 157:25
**share** [3] - 62:1, 64:16, 76:17
**Sharia** [1] - 167:19
**sharp** [4] - 102:20, 102:21, 104:25, 105:2
**Shaw** [1] - 25:10
**shed** [1] - 158:25
**sheet** [15] - 15:19, 21:3, 22:3, 52:14, 53:10, 56:2, 56:12, 78:8, 88:22, 89:6, 89:13, 90:14, 100:5, 111:12, 227:7
**sheets** [2] - 16:3, 16:4
**Sheibani** [1] - 129:24
**Sheik** [2] - 186:1, 186:6
**Shia** [36] - 116:7, 117:20, 118:12, 122:10, 132:7, 132:8, 132:9, 132:11, 132:17, 132:21, 133:3, 133:4, 133:8, 133:15, 133:19, 133:23, 134:3, 134:7, 134:19, 136:6, 136:18, 136:19, 137:16, 137:18, 137:19, 137:21, 137:22, 138:1, 159:4, 170:19, 176:20, 176:24, 192:20, 208:5
**shift** [3] - 14:12, 154:15, 154:16
**Shiite** [3] - 158:9, 220:8
**shined** [1] - 70:11
**shipments** [1] - 157:22
**shipped** [1] - 52:3
**shock** [1] - 108:19
**shoot** [2] - 51:5, 104:2
**shooting** [5] - 51:6,

72:7, 103:22, 103:24, 155:10
**short** [1] - 181:10
**shortly** [2] - 26:1, 166:10
**shot** [11] - 31:20, 31:22, 33:25, 69:19, 104:7, 107:4, 107:12, 107:13, 107:17, 109:10, 144:5
**shots** [3] - 72:7, 103:21
**shoulder** [2] - 70:3, 72:22
**show** [6] - 5:13, 52:2, 132:16, 138:23, 138:24, 154:9, 155:23, 160:13, 164:22, 177:6, 195:7, 203:23
**showed** [3] - 11:8, 149:14, 221:7
**showing** [9] - 92:20, 142:22, 165:16, 175:2, 175:3, 179:17, 199:9, 199:12
**shown** [3] - 166:23, 172:10, 199:24
**shows** [8] - 11:10, 132:21, 142:18, 149:20, 183:18, 195:1, 200:25, 208:21
**shrapnel** [3] - 47:17, 72:18, 166:20
**Shura** [2] - 147:23, 159:4
**shutting** [1] - 218:23
**siblings** [1] - 87:16
**side** [5] - 72:18, 84:25, 85:6, 101:2, 101:4
**sides** [2] - 101:3, 222:16
**sidewalks** [1] - 69:15
**SIGACT** [4] - 142:14, 163:15, 209:19, 214:11
**sight** [2] - 49:10, 75:18
**signature** [4] - 155:17, 210:10, 210:11, 210:15
**signed** [5] - 21:22, 22:9, 52:19, 56:2, 78:18
**significance** [4] - 111:15, 144:15, 147:18, 189:18
**significant** [13] - 6:4,

124:8, 126:8, 142:14, 147:20, 174:15, 190:17, 192:20, 192:23, 208:18, 209:9, 224:12, 224:22
**significantly** [6] - 115:23, 135:11, 136:8, 183:22, 192:12, 217:19
**signs** [1] - 74:23
**sill** [1] - 69:14
**Silver** [1] - 58:9
**silver** [1] - 63:6
**similar** [9] - 96:7, 106:15, 144:3, 163:19, 178:2, 190:21, 190:22, 228:7, 229:3
**similarities** [1] - 228:10
**simple** [1] - 226:10
**simply** [2] - 137:8, 226:11
**simultaneous** [2] - 220:2, 221:4
**simultaneously** [3] - 32:22, 186:21, 217:11
**single** [4] - 15:11, 150:17, 170:19, 173:9
**site** [3] - 45:18, 205:21, 206:8
**sites** [1] - 75:16
**sitting** [3] - 63:5, 96:11, 175:8
**situation** [2] - 106:7, 107:20
**six** [2] - 102:14, 203:4
**size** [5] - 97:4, 172:13, 206:1, 206:17, 221:11
**sizeable** [1] - 172:17
**sized** [1] - 105:19
**sizes** [1] - 161:2
**skills** [2] - 36:14, 131:4
**slatted** [1] - 101:2
**sleep** [4] - 38:15, 76:22, 87:4, 109:16
**sleeping** [2] - 38:14, 51:22
**Slide** [1] - 192:1
**slide** [29] - 11:18, 85:9, 132:16, 132:21, 141:8, 141:12, 142:18, 142:21, 164:9, 164:12, 165:16, 165:22,

172:9, 174:13, 174:21, 174:23, 174:25, 178:9, 178:10, 178:18, 179:17, 192:4, 200:24, 201:24, 202:2, 203:23, 214:23, 215:24, 216:2
**slides** [2] - 114:7, 191:23
**slightly** [1] - 15:3
**slip** [1] - 90:1
**smack** [1] - 112:11
**smacked** [2] - 27:4, 27:5
**small** [15] - 59:6, 59:8, 59:11, 59:15, 62:10, 67:22, 111:11, 133:25, 148:20, 166:14, 166:23, 190:16, 216:23, 217:7, 220:3
**smaller** [3] - 15:23, 116:11, 226:25
**Smith** [2] - 128:11, 174:24
**smoke** [1] - 104:10
**sniping** [4] - 225:6, 225:7, 225:16
**soccer** [1] - 95:12
**social** [1] - 36:12
**socialize** [1] - 76:4
**socially** [1] - 36:13
**soldier** [1] - 155:11
**soldiers** [5] - 96:17, 96:18, 107:6, 144:5, 225:2
**solid** [1] - 5:11
**someone** [4] - 69:10, 86:18, 155:9, 210:5
**someplace** [1] - 193:22
**sometimes** [7] - 36:5, 44:1, 81:10, 137:4, 151:8, 225:12, 225:25
**somewhat** [4] - 101:21, 164:1, 216:6, 225:10
**somewhere** [3] - 49:22, 85:24, 98:24
**son** [1] - 36:21
**Sons** [3] - 203:5, 203:11, 208:22
**Sook** [1] - 149:13
**soon** [3] - 74:16, 79:9, 83:16
**sooner** [1] - 10:1
**sophisticated** [4] -

155:12, 168:18,
177:15, 206:25
**sophistication** [6] -
33:2, 207:11,
207:16, 213:18,
213:23, 221:10
**sorry** [18] - 7:25, 30:4,
53:4, 54:5, 54:18,
72:23, 87:15, 91:6,
103:18, 118:8,
120:6, 129:3, 143:2,
156:10, 187:24,
215:15, 218:17,
222:1
**sort** [10] - 39:14,
75:19, 124:3, 136:9,
155:7, 155:8,
176:14, 190:3,
227:25, 229:2
**sorted** [1] - 41:17
**sorts** [1] - 209:24
**Soto** [7] - 89:18,
89:23, 90:7, 90:9,
90:12, 90:24, 111:23
**SOTO** [2] - 2:10, 90:3
**sought** [4] - 28:8,
34:23, 75:2, 162:15
**souls** [1] - 18:25
**sounded** [1] - 95:19
**sounds** [1] - 29:22
**source** [18] - 62:6,
62:7, 116:17, 124:7,
140:18, 142:11,
142:12, 157:1,
159:9, 163:5,
163:12, 163:25,
167:10, 177:25,
201:15, 212:13,
213:6, 214:9
**sources** [16] - 123:19,
123:20, 123:21,
124:8, 124:9,
129:15, 138:17,
159:13, 178:4,
178:6, 194:22,
199:14, 199:24,
213:1, 213:12,
214:18
**South** [4] - 1:15,
25:22, 28:21, 181:11
**south** [6] - 59:13, 60:7,
60:12, 61:1, 104:11,
164:19
**southern** [4] - 24:12,
45:4, 104:14, 203:13
**Southern** [2] - 96:8,
121:24
**southwest** [1] - 180:5
**Sovereign** [1] - 10:10
**span** [1] - 69:11

**speaker** [1] - 83:12
**speaking** [9] - 26:13,
27:3, 128:16,
128:19, 129:7,
153:7, 153:9, 156:4,
171:16
**special** [7] - 13:1,
13:9, 15:10, 17:25,
33:5, 129:22, 133:16
**Special** [1] - 128:22
**Specialist** [9] - 77:9,
77:10, 82:21,
100:22, 100:23,
101:14, 101:16,
103:22, 103:23
**specialist** [3] - 79:19,
207:15, 229:6
**specialization** [1] -
80:7
**specially** [1] - 157:25
**specialty** [2] - 43:19,
80:3
**specific** [23] - 11:4,
11:5, 12:2, 13:23,
15:20, 16:23, 17:24,
28:1, 34:24, 75:3,
118:23, 125:20,
130:9, 131:13,
134:3, 152:16,
164:4, 169:24,
174:6, 182:2, 207:3,
210:12
**specifically** [16] -
11:25, 152:7,
155:24, 173:4,
174:5, 181:6,
183:16, 185:19,
186:10, 188:2,
190:23, 191:3,
191:7, 197:5, 207:1,
211:19
**specifics** [1] - 226:3
**spectators** [1] - 105:6
**speed** [1] - 21:10
**Spell** [1] - 218:19
**spell** [3] - 77:15,
89:20, 91:9
**spelled** [2] - 90:7,
91:10
**spend** [1] - 76:3
**spending** [1] - 7:20
**spiked** [2] - 186:2,
218:12
**spiking** [1] - 218:24
**spoken** [1] - 129:8
**sponsor** [4] - 10:13,
10:21, 138:5, 139:20
**sponsored** [1] -
128:21
**sponsors** [4] - 9:1,

119:7, 139:18, 140:7
**spot** [2] - 38:12,
173:15
**spotters** [1] - 172:20
**spread** [1] - 136:14
**Springs** [1] - 20:16
**squad** [6] - 25:9,
25:10, 26:6, 27:15,
48:18, 67:22
**squads** [2] - 95:8,
158:10
**SRE** [1] - 185:2
**stacked** [2] - 31:16,
45:21
**stacking** [1] - 31:17
**staff** [2] - 168:7, 205:7
**stage** [4] - 10:18,
12:25, 28:19, 130:20
**Stage** [10] - 10:19,
11:2, 11:14, 11:25,
12:4, 12:22, 12:25,
13:7, 17:3, 18:10
**staging** [1] - 101:13
**stand** [9] - 14:23, 55:6,
66:18, 77:11, 89:22,
98:13, 115:8,
116:12, 118:6
**standard** [1] - 223:22
**standby** [1] - 98:4
**standing** [7] - 10:25,
26:10, 26:16, 90:2,
132:10, 133:5, 134:8
**standpoint** [3] -
146:19, 146:23,
228:5
**stands** [2] - 80:1,
99:24
**Star** [1] - 58:9
**start** [5] - 40:3, 107:19,
114:18, 172:13,
217:3
**started** [37] - 26:1,
26:4, 28:4, 28:6,
34:13, 34:21, 43:7,
50:4, 51:11, 59:21,
68:10, 74:22, 74:24,
75:16, 79:16, 83:8,
83:12, 83:24, 87:4,
95:10, 95:15, 95:16,
97:19, 99:11, 99:16,
102:4, 102:5, 102:9,
103:11, 103:15,
103:20, 104:3,
104:21, 108:25,
114:2, 216:12
**starting** [1] - 109:16
**State** [2] - 124:1,
222:11
**state** [29] - 8:25, 10:13,
10:16, 10:21, 20:7,

42:6, 55:18, 74:5,
75:24, 77:15, 90:6,
91:7, 115:4, 119:7,
122:6, 122:11,
123:16, 123:24,
124:3, 125:19,
128:13, 129:15,
129:18, 130:5,
130:8, 133:11,
138:5, 207:22, 208:9
**statement** [5] - 3:21,
187:11, 187:17,
204:18, 226:15
**statements** [11] -
119:2, 124:11,
124:22, 125:10,
130:4, 163:21,
168:19, 171:4,
180:10, 180:12,
224:11
**STATES** [2] - 1:1, 1:11
**states** [1] - 205:6
**States** [9] - 9:2,
22:20, 42:18, 43:4,
91:13, 91:16, 92:11,
118:3, 118:4, 121:9,
129:6, 129:9, 230:11
**stateside** [2] - 34:16,
74:19
**stating** [2] - 73:17,
212:23
**station** [9] - 86:20,
86:24, 86:25, 87:6,
87:19, 109:24, 110:9
**stationary** [1] - 5:5
**stationed** [16] - 23:21,
44:20, 59:2, 59:18,
64:18, 68:2, 81:7,
81:8, 81:20, 81:24,
93:10, 94:11, 94:14,
97:17, 180:21,
217:18
**stations** [1] - 217:12
**status** [7] - 10:21,
10:24, 10:25, 16:17,
16:22, 16:24, 229:5
**statute** [1] - 10:13
**stay** [4] - 7:15, 38:16,
92:18, 110:11
**staying** [1] - 73:6
**steel** [1] - 26:10
**stenographic** [1] -
230:5
**step** [4] - 55:7, 89:24,
94:5, 228:3
**stepping** [1] - 70:7
**Stevens** [4] - 77:9,
82:21, 82:23, 181:16
**stick** [2] - 36:13,
136:23

**sticking** [1] - 65:17
**still** [17] - 28:15, 28:21,
31:22, 35:10, 35:14,
36:9, 45:19, 50:2,
50:15, 69:10, 70:18,
70:24, 77:23, 81:20,
107:9, 111:5, 204:23
**stockpiled** [1] - 147:8
**stockton** [1] - 77:20
**Stockton** [1] - 77:21
**stood** [2] - 83:16,
184:11
**stop** [1] - 37:9
**stopped** [2] - 70:4,
108:24
**stopping** [1] - 66:10
**stops** [2] - 100:18
**storm** [2] - 216:11
**story** [1] - 145:12
**story's** [1] - 216:6
**strategic** [8] - 122:8,
123:4, 137:11,
174:1, 174:4, 174:6,
198:1, 200:10
**Strategic** [1] - 123:3
**strategy** [3] - 136:7,
144:24, 192:5
**Strategy** [2] - 192:5,
192:8
**streamline** [1] - 16:20
**streamlining** [2] -
4:18, 15:13
**streams** [3] - 139:17,
196:18, 228:13
**Street** [1] - 1:15
**street** [3] - 68:10,
71:21, 103:20
**streets** [2] - 103:16,
103:19, 149:1
**Strengthens** [1] -
169:4
**stress** [3] - 36:6,
110:1, 110:13
**strike** [2] - 148:23,
155:12
**strikes** [1] - 5:19
**stripping** [1] - 10:9
**strong** [4] - 149:20,
161:4, 161:7, 183:23
**stronger** [1] - 176:4
**strongholds** [2] -
147:13, 149:13
**Strous** [1] - 17:17
**struck** [2] - 181:13,
181:17
**studies** [1] - 140:21
**Studies** [1] - 128:5
**study** [9] - 125:16,
140:21, 140:23,
157:1, 163:19,

167:15, 167:18, 169:24, 212:15
**Study** [1] - 158:7
**stuff** [6] - 40:23, 48:17, 81:15, 117:12, 156:10, 193:2
**stunned** [1] - 107:10
**stunning** [1] - 184:9
**style** [1] - 125:9
**subject** [6] - 11:15, 19:9, 75:25, 122:16, 122:25, 223:12
**submission** [1] - 10:11
**submissions** [2] - 4:12, 17:10
**submit** [3] - 9:25, 10:1, 22:15
**submitted** [16] - 4:1, 5:10, 10:20, 10:23, 11:2, 11:14, 15:19, 18:14, 56:7, 88:20, 89:5, 117:12, 117:17, 118:4, 123:14, 220:6
**subordinates** [1] - 75:17
**Subparagraph** [1] - 168:10
**subscribe** [1] - 171:5
**Subsection** [1] - 10:8
**subsequent** [3] - 124:22, 182:10, 201:18
**subsequently** [5] - 119:20, 120:21, 121:10, 140:25, 217:13
**subset** [1] - 15:23
**substantial** [2] - 133:14, 134:18
**substate** [1] - 122:7
**suburb** [1] - 167:25
**subversion** [1] - 213:9
**success** [1] - 203:11
**successful** [2] - 160:18, 160:21
**successfully** [1] - 207:14
**successor** [1] - 199:11
**succumbed** [3] - 32:3, 34:2, 50:20
**suddenly** [1] - 132:4, 216:16
**sue** [2] - 9:2, 9:4
**suffer** [6] - 10:16, 17:18, 17:22, 76:21, 106:23, 223:17
**suffered** [8] - 11:12, 13:13, 17:22, 28:25,

46:21, 175:21, 175:24, 177:5
**suffering** [1] - 144:7
**suffice** [1] - 214:20
**suggested** [1] - 206:19
**suggests** [2] - 149:22, 149:25
**suicide** [2] - 186:4, 213:8
**Suite** [1] - 1:16
**sum** [2] - 136:20, 136:22
**summaries** [1] - 114:9
**summarize** [1] - 120:16
**summarizes** [5] - 15:21, 141:9, 164:9, 201:24, 214:23
**summary** [3] - 16:22, 16:25, 215:1
**summation** [1] - 88:3
**summer** [2] - 121:21, 162:23
**Sun** [1] - 158:14
**Sunday** [3] - 214:16, 215:21, 216:5
**Sunna** [2] - 158:11, 203:12
**Sunnah** [18] - 129:20, 139:1, 139:4, 200:20, 200:25, 201:10, 202:10, 208:9, 208:10, 208:16, 208:24, 209:9, 209:17, 209:18, 209:21, 209:23, 209:24
**Sunnah's** [1] - 209:13
**Sunnah/Ansar** [1] - 134:21
**Sunni** [42] - 116:6, 122:10, 129:17, 132:8, 132:11, 132:13, 132:21, 132:25, 133:2, 134:12, 134:13, 134:17, 134:20, 135:2, 135:9, 135:18, 136:8, 136:16, 136:17, 137:15, 137:18, 137:20, 137:21, 138:1, 138:4, 139:1, 139:22, 147:6, 153:16, 157:6, 157:10, 157:13, 158:9, 158:12, 159:1, 159:14, 160:13, 176:20,

176:22, 208:7, 211:16, 222:12
**supplement** [1] - 204:25
**supplied** [1] - 159:1
**supplies** [3] - 60:10, 174:16, 175:4
**supply** [5] - 135:4, 174:9, 175:9, 190:14, 191:6
**supplying** [2] - 193:20, 194:12
**support** [103] - 10:14, 10:15, 11:4, 11:6, 12:2, 12:10, 13:24, 15:25, 93:19, 109:4, 115:17, 115:22, 116:5, 116:6, 117:20, 119:6, 129:18, 131:17, 132:9, 132:12, 132:25, 133:6, 133:14, 133:20, 133:24, 134:2, 134:7, 134:9, 134:13, 134:17, 134:19, 134:24, 135:2, 135:4, 135:9, 135:17, 136:8, 136:15, 136:23, 137:1, 137:9, 137:13, 137:23, 138:3, 138:16, 138:21, 139:2, 139:10, 139:14, 140:5, 146:25, 147:13, 147:16, 155:7, 159:13, 159:16, 160:13, 161:5, 162:24, 167:13, 176:19, 176:21, 176:22, 176:24, 177:1, 177:11, 182:2, 190:8, 190:18, 191:25, 192:12, 192:14, 192:22, 192:24, 193:5, 193:10, 193:11, 196:16, 196:18, 196:24, 197:5, 198:8, 209:6, 210:25, 211:6, 211:14, 211:21, 220:10, 220:16, 221:2, 221:8, 223:5, 223:25, 224:22, 224:24, 226:4, 226:8, 226:23, 226:24, 228:14

**supported** [2] - 136:16, 226:12
**supporter** [1] - 193:9
**supporting** [5] - 5:19, 137:3, 138:12, 158:16, 225:1
**supports** [2] - 158:9, 173:4
**supposed** [7] - 38:13, 67:6, 67:16, 70:6, 74:1, 104:13, 206:14
**supreme** [1] - 97:5
**surface** [2] - 47:16, 61:10
**surged** [2] - 162:25, 167:5
**surgeries** [1] - 88:5
**surprise** [2] - 31:6, 173:19
**surrendering** [1] - 94:17
**Survey** [1] - 213:5
**survival** [4] - 115:22, 134:5, 135:10, 185:4
**survive** [4] - 107:25, 139:11, 185:13, 186:12
**suspect** [1] - 153:1
**suspects** [1] - 40:5
**sustain** [3] - 107:1, 160:8, 169:21
**sustained** [5] - 28:2, 37:1, 72:15, 106:24, 111:16
**swear** [1] - 55:9
**sweat** [1] - 38:4
**sweeps** [1] - 94:19
**swell** [1] - 190:22
**swelling** [3] - 50:4, 184:1, 184:2
**sworn** [2] - 42:1, 55:10
**Sworn** [6] - 20:2, 42:3, 55:15, 77:12, 90:3, 115:1
**symbol** [2] - 102:25, 103:3
**symptom** [1] - 111:8
**symptoms** [4] - 74:23, 109:13, 109:18, 111:5
**Syria** [16] - 60:25, 139:25, 140:1, 140:3, 151:15, 151:23, 151:24, 152:1, 152:5, 154:10, 159:23, 174:8, 174:10, 192:16, 222:17, 224:24
**Syrian** [3] - 61:3,

150:20, 176:8
**system** [1] - 80:14

**T**

**T-O-R** [1] - 8:3
**tabbed** [1] - 162:8
**table** [1] - 8:6
**tableau** [1] - 140:4
**tabs** [1] - 222:10
**tackle** [2] - 17:11, 133:3
**tactic** [2] - 32:9, 32:20, 106:4
**tactic-wise** [1] - 106:4
**tactical** [2] - 153:4, 158:25
**tactics** [14] - 13:19, 50:25, 51:3, 72:2, 105:21, 126:14, 148:3, 148:22, 153:19, 165:1, 168:18, 172:7, 177:14, 219:22
**Taha** [1] - 170:11
**Taliban** [1] - 118:13
**talks** [1] - 157:12
**tall** [1] - 51:24
**Tamim** [2] - 181:10, 188:4
**tampering** [2] - 206:18, 206:20
**tank** [4] - 129:4, 178:6, 201:22, 214:14
**tanker** [2] - 103:7, 103:9
**tankers** [1] - 102:24
**tanks** [1] - 102:23
**target** [5] - 5:5, 67:9, 136:19, 177:17, 179:24
**Targeted** [1] - 123:3
**targeting** [1] - 203:1
**targets** [3] - 13:20, 67:10, 67:12
**tasked** [2] - 24:25, 166:2
**taught** [4] - 121:17, 121:18, 121:21, 121:25
**TBI** [4] - 28:3, 34:25, 40:22, 76:5
**teach** [2] - 48:16, 121:19
**teaching** [1] - 121:13
**team** [18] - 7:23, 13:1, 29:9, 29:10, 29:15, 31:9, 31:13, 31:16, 48:9, 48:18, 48:23, 86:9, 100:21, 188:5,

188:21, 205:15, 205:22
**Team** [1] - 205:7
**teams** [2] - 51:4
**Technical** [3] - 201:19, 205:17, 206:1
**technician** [3] - 8:8, 43:20, 43:22
**techniques** [11] - 13:19, 51:1, 72:2, 126:14, 148:3, 149:16, 165:1, 168:18, 172:7, 177:14, 219:23
**technologies** [1] - 149:21
**TEDx** [1] - 128:18
**teeth** [1] - 70:14
**Tehran** [2] - 199:13, 200:1
**telephone** [1] - 157:23
**template** [1] - 16:3
**temporarily** [2] - 27:16, 147:14
**ten** [1] - 74:22
**tend** [1] - 225:15
**tended** [1] - 153:13
**Tennant** [4] - 150:13, 150:15, 150:17, 151:3
**tensions** [3] - 217:20, 218:12, 218:24
**Terence** [1] - 17:20
**term** [4] - 43:13, 79:24, 167:4, 176:24
**terms** [36] - 7:4, 19:6, 35:7, 57:25, 58:5, 67:21, 82:18, 98:6, 121:16, 124:18, 125:5, 125:7, 125:25, 134:7, 147:17, 154:2, 155:14, 176:11, 179:21, 181:19, 181:20, 182:5, 185:12, 186:23, 189:5, 192:14, 192:23, 194:2, 196:15, 198:10, 206:23, 224:10, 224:14, 226:14, 228:2, 228:9
**territory** [2] - 198:11, 209:22
**terror** [1] - 10:21
**terrorism** [16] - 9:1, 10:14, 10:15, 11:3, 11:6, 11:18, 11:24, 17:22, 119:7, 122:17, 126:20,

128:14, 130:2, 130:5, 130:8, 157:1
**Terrorism** [6] - 23:15, 44:17, 123:3, 123:10, 128:5, 128:9
**terrorism-related** [1] - 11:24
**terrorist** [21] - 8:21, 11:4, 11:12, 12:2, 12:8, 13:24, 60:16, 118:16, 118:23, 119:2, 119:6, 122:20, 124:4, 124:11, 124:20, 125:8, 125:20, 141:5, 157:13, 169:17, 171:9
**terrorists** [4] - 32:21, 157:7, 157:10, 213:7
**TESELLE** [1] - 229:18
**Teselle** [2] - 7:24, 8:4
**tested** [1] - 56:3
**testified** [4] - 39:20, 118:14, 129:8, 129:10
**testify** [1] - 115:16
**testifying** [5] - 6:5, 7:10, 16:12, 122:21, 191:22
**testimony** [28] - 4:18, 4:19, 7:4, 7:7, 13:17, 15:8, 9:17, 22:12, 38:24, 48:20, 54:12, 77:3, 88:12, 112:23, 114:8, 115:8, 117:21, 117:25, 118:1, 118:7, 119:16, 120:1, 130:7, 130:22, 131:9, 191:25, 223:12, 227:11
**Texas** [5] - 20:10, 20:13, 56:20, 56:21, 101:12
**THE** [239] - 1:1, 1:1, 1:11, 3:2, 3:9, 3:14, 3:16, 3:18, 4:3, 4:5, 5:14, 6:8, 6:13, 6:17, 6:24, 7:5, 7:15, 7:19, 7:25, 8:2, 8:9, 8:15, 8:17, 9:9, 10:1, 10:6, 14:13, 14:17, 16:2, 16:8, 16:25, 17:4, 17:7, 18:5, 19:5, 19:15, 19:23, 19:24, 19:25, 21:12, 38:23, 39:1, 39:2, 39:4, 39:5, 39:6, 39:7, 39:9, 39:11, 39:13, 39:14, 39:16, 39:17,

39:18, 39:19, 39:23, 39:24, 40:1, 40:8, 40:10, 40:11, 40:12, 40:13, 41:1, 41:12, 41:17, 41:22, 41:24, 41:25, 54:11, 54:13, 54:14, 54:17, 54:18, 54:23, 55:2, 55:7, 55:11, 55:13, 55:14, 55:23, 56:8, 62:8, 65:2, 65:5, 66:10, 66:13, 66:19, 77:3, 78:5, 85:7, 85:11, 85:14, 85:18, 87:10, 87:13, 87:15, 88:11, 88:19, 89:3, 89:21, 89:24, 89:25, 90:1, 90:11, 91:6, 91:7, 103:2, 111:25, 112:2, 112:3, 112:5, 112:6, 112:7, 112:8, 112:10, 112:19, 112:22, 112:24, 112:25, 113:4, 114:13, 114:21, 114:24, 115:12, 119:22, 119:23, 119:24, 119:25, 120:1, 120:3, 120:4, 120:6, 120:7, 120:10, 120:11, 120:13, 120:14, 129:25, 130:6, 130:14, 135:15, 135:16, 135:17, 135:19, 135:20, 135:22, 135:23, 136:1, 136:2, 136:3, 136:4, 136:7, 137:12, 137:17, 138:10, 138:14, 138:15, 138:18, 140:8, 143:2, 143:5, 145:1, 145:2, 145:3, 145:4, 145:7, 145:8, 152:22, 152:24, 152:25, 153:3, 153:4, 153:8, 153:18, 153:22, 155:9, 155:14, 156:10, 161:11, 161:14, 184:5, 184:6, 184:9, 184:10, 184:14, 184:15, 193:1, 193:3, 193:6, 193:8, 193:13, 193:15, 193:19, 193:23, 194:4, 194:5, 194:6, 194:7, 194:10, 194:13, 194:14,

194:15, 194:16, 194:18, 194:20, 194:21, 197:7, 197:8, 200:17, 202:22, 210:3, 210:7, 210:18, 210:19, 210:20, 210:21, 218:19, 218:20, 221:19, 223:10, 223:14, 223:15, 224:4, 227:3, 227:9, 227:12, 227:13, 227:14, 227:15, 227:17, 227:18, 227:23, 228:3, 228:15, 228:23, 229:4, 229:9, 229:17
**theater** [1] - 101:12
**themselves** [1] - 72:6
**theocracy** [2] - 132:7, 167:19
**therapy** [2] - 76:19, 76:23
**there'd** [3] - 136:10, 137:23, 217:20
**they've** [5] - 14:25, 56:2, 64:12, 106:9, 224:9
**thick** [1] - 104:10
**thinking** [4] - 46:10, 70:5, 108:23, 224:19
**Third** [4] - 29:4, 29:10, 48:5, 48:6
**third** [19] - 46:23, 58:10, 68:17, 70:17, 115:21, 116:7, 124:25, 126:10, 127:21, 133:19, 135:2, 149:25, 152:16, 158:1, 160:7, 177:9, 220:3, 220:14, 221:6
**third-highest-ranking** [1] - 158:1
**Thomas** [5] - 68:14, 69:23, 73:17, 73:21, 74:10
**THOMAS** [1] - 1:14
**Thompson** [1] - 100:22
**thoughts** [1] - 74:15
**thousand** [1] - 150:24
**threat** [3] - 122:8, 137:2, 185:24
**three** [32] - 4:24, 5:3, 7:20, 12:5, 12:7, 12:9, 13:17, 14:15, 36:22, 36:23, 37:17, 46:20, 56:24, 69:12,

92:7, 103:14, 115:17, 116:5, 117:2, 123:6, 130:1, 131:2, 150:1, 164:19, 165:25, 166:25, 172:22, 173:18, 191:13, 199:9, 220:1, 224:6
**three-ring** [1] - 150:1
**three-year** [1] - 123:6
**threw** [3] - 69:7, 72:19, 104:22
**throat** [2] - 50:9, 109:9
**throughout** [9] - 5:10, 40:2, 60:17, 74:12, 76:1, 114:7, 134:19, 147:11, 157:10
**throw** [1] - 95:22
**throwing** [1] - 166:11
**thumbs** [1] - 103:8
**Thursday** [1] - 4:25
**thwart** [1] - 209:21
**ticket** [1] - 30:24
**tied** [1] - 155:12
**tight** [1] - 96:15
**tight-lipped** [1] - 96:15
**Tigris** [1] - 59:13
**tinnitus** [1] - 34:25
**tires** [1] - 104:21
**titled** [1] - 161:22
**today** [34] - 6:5, 7:1, 7:13, 8:7, 11:21, 19:17, 35:7, 51:20, 54:12, 56:16, 57:7, 76:13, 88:8, 88:18, 89:2, 91:19, 111:6, 115:8, 115:16, 117:16, 122:21, 130:22, 131:9, 131:10, 132:2, 140:10, 140:12, 191:13, 196:15, 201:9, 202:20, 203:7, 223:12, 229:12
**today's** [1] - 203:4
**Todd** [1] - 180:13
**together** [6] - 28:6, 85:10, 139:21, 143:14, 194:25, 218:23
**tomorrow** [3] - 227:18, 227:19, 229:15
**tons** [1] - 147:8
**took** [13] - 34:18, 48:18, 86:25, 102:7, 102:9, 107:8, 108:5, 110:4, 110:11, 145:5, 205:22, 207:9, 210:8

**tools** [1] - 15:17
**top** [9] - 27:12, 51:8, 63:5, 65:20, 184:7, 215:13, 219:25, 222:2, 222:4
**topic** [1] - 120:24
**Tor** [1] - 7:24
**TOR** [2] - 8:1, 8:3
**tor** [2] - 8:1, 8:2
**torso** [1] - 107:2
**total** [1] - 121:11
**totalitarian** [1] - 167:19
**totality** [1] - 88:3
**touch** [1] - 85:19
**touched** [1] - 186:16
**tough** [1] - 74:21
**toward** [2] - 107:16, 163:3
**towards** [8] - 68:6, 83:13, 95:11, 97:13, 163:3, 169:8, 174:3, 225:18
**town** [3] - 91:6, 103:12, 218:3
**town's** [1] - 147:11
**Toy** [4] - 77:10, 82:20, 82:23, 181:16
**TQ** [1] - 59:12
**track** [5] - 14:10, 75:23, 80:17, 80:18, 229:13
**tracks** [4] - 5:9, 46:9, 46:14, 81:1
**traffic** [1] - 81:15
**tragic** [1] - 205:17
**train** [2] - 37:9, 169:18
**trained** [6] - 27:1, 29:8, 33:4, 72:5, 207:15, 213:7
**trainer** [1] - 123:9
**training** [26] - 30:6, 33:7, 33:18, 33:21, 57:20, 79:8, 79:12, 79:14, 117:10, 131:4, 134:23, 145:10, 147:10, 149:22, 153:5, 153:9, 153:17, 155:5, 155:7, 155:20, 160:1, 169:17, 169:21, 177:12, 220:14, 221:9
**transcript** [3] - 164:7, 230:5, 230:6
**TRANSCRIPT** [1] - 1:10
**transformer** [1] - 69:3
**transit** [2] - 174:7

**translator** [1] - 95:8
**transport** [2] - 60:17, 99:25
**transportation** [3] - 60:6, 95:13, 134:25
**transporting** [1] - 81:15
**trap** [1] - 144:1
**trapped** [4] - 26:15, 29:13, 48:8, 48:21
**trappings** [2] - 167:17, 167:18
**trauma** [1] - 47:17
**traumatic** [4] - 28:13, 47:19, 51:18, 75:4
**travel** [3] - 134:24, 135:3, 198:10
**travels** [3] - 77:4, 179:23, 227:16
**Treasury** [7] - 196:17, 196:22, 196:23, 197:3, 197:6, 222:11
**treasury** [1] - 200:13
**treat** [3] - 40:21, 47:8, 50:11
**treated** [7] - 46:20, 46:24, 47:14, 47:20, 72:13, 72:24, 87:19
**treating** [1] - 95:20
**treatment** [17] - 28:8, 34:13, 34:17, 34:23, 35:21, 43:23, 50:3, 50:7, 73:3, 74:20, 75:2, 76:19, 88:6, 97:15, 108:25, 109:8, 111:14
**Triangle** [1] - 147:6
**tribal** [1] - 162:16
**tried** [4] - 16:17, 31:23, 31:24, 74:21
**trigger** [5] - 112:14, 206:10, 206:16, 206:17, 207:4
**triggered** [1] - 207:14
**triggering** [1] - 75:19
**triggers** [2] - 74:24, 76:21
**trip** [2] - 41:13, 112:25
**Tromaine** [1] - 77:10
**trouble** [5] - 6:10, 29:23, 90:17, 90:20, 110:3
**truck** [9] - 99:13, 99:16, 101:4, 102:7, 104:4, 105:4, 105:5, 112:7, 181:13
**true** [5] - 9:13, 88:14, 188:12, 230:4, 230:6
**truly** [2] - 12:18, 18:24, 19:2

**truth** [1] - 226:19
**try** [14] - 19:7, 32:10, 32:13, 38:3, 38:5, 60:19, 106:2, 107:21, 107:24, 138:22, 145:15, 210:5
**trying** [9] - 14:10, 16:16, 26:13, 38:8, 40:6, 51:12, 88:14, 204:23, 209:18
**TTP** [3] - 32:25, 152:16, 155:15
**TTPs** [30] - 13:20, 26:25, 32:7, 33:7, 126:15, 134:25, 141:22, 152:8, 171:23, 172:2, 172:11, 172:18, 173:4, 173:8, 181:2, 181:22, 181:23, 181:24, 182:5, 186:16, 186:17, 186:19, 186:25, 189:7, 189:9, 202:9, 206:23, 213:22, 215:6, 219:19
**tube** [3] - 62:24, 63:9, 65:14
**tubes** [3] - 61:12, 62:25, 188:5
**turn** [44] - 50:23, 53:9, 61:16, 62:17, 63:11, 64:3, 65:1, 66:22, 81:17, 100:8, 100:12, 101:7, 104:25, 105:2, 110:3, 122:13, 140:13, 144:11, 145:18, 148:3, 150:5, 156:16, 158:19, 161:9, 162:7, 163:7, 168:10, 169:23, 171:7, 173:22, 178:22, 185:17, 187:19, 188:14, 190:7, 192:1, 192:21, 194:15, 205:11, 210:23, 211:22, 212:5, 212:17, 214:4
**turned** [1] - 85:5
**turning** [6] - 38:1, 97:7, 160:15, 177:21, 183:6, 184:17
**Twila** [1] - 8:7
**Two** [1] - 146:15
**two** [73] - 12:8, 14:25,

24:6, 25:17, 27:16, 37:25, 39:9, 45:7, 46:20, 46:21, 50:25, 53:5, 56:6, 56:24, 58:11, 58:16, 65:21, 68:12, 68:15, 69:15, 69:17, 69:24, 70:2, 70:13, 70:23, 70:24, 70:25, 73:12, 74:17, 90:13, 91:14, 91:15, 95:8, 97:18, 97:19, 102:20, 102:23, 103:14, 111:9, 111:25, 117:6, 118:2, 127:20, 129:17, 130:18, 131:21, 136:17, 142:22, 143:8, 143:11, 144:7, 148:14, 157:20, 169:19, 171:3, 172:20, 173:6, 173:8, 173:15, 181:8, 189:18, 203:3, 209:2, 209:4, 216:24, 218:11, 218:22, 221:25, 222:1, 223:11, 224:25
**Tylenol** [1] - 40:23
**type** [15] - 29:6, 29:25, 32:25, 33:10, 43:18, 60:5, 80:13, 127:6, 151:18, 154:5, 159:9, 179:21, 206:5, 211:10, 228:25
**types** [18] - 12:20, 12:21, 61:5, 61:8, 105:12, 105:14, 117:25, 124:7, 124:15, 141:4, 153:19, 176:12, 181:25, 182:1, 186:23, 220:9, 220:11, 220:13
**typical** [3] - 104:20, 182:6, 205:25
**typically** [1] - 207:7

## U

**U.S** [78] - 1:21, 17:13, 20:22, 20:24, 42:20, 42:22, 42:24, 43:1, 43:5, 57:3, 57:5, 57:10, 57:17, 77:25, 78:14, 78:21, 91:19, 91:21, 91:24, 91:25, 92:3, 122:25, 123:2, 123:9, 126:6,

128:21, 128:22, 133:13, 136:13, 136:25, 139:4, 140:21, 140:24, 142:13, 143:22, 143:25, 144:2, 144:7, 144:8, 145:8, 145:14, 145:15, 152:16, 152:18, 152:19, 153:11, 154:9, 155:23, 156:1, 156:5, 159:6, 163:14, 163:18, 174:3, 178:2, 191:22, 193:19, 194:11, 195:12, 196:17, 196:22, 196:23, 199:14, 201:20, 203:3, 208:10, 212:24, 213:9, 213:16, 214:12, 216:4, 222:5, 222:10, 225:1, 225:3, 226:5
**U.S.'s** [1] - 207:1
**UCLA** [1] - 129:6
**ultimately** [4] - 58:4, 174:11, 175:10, 220:14
**unable** [4] - 75:15, 104:8, 208:23, 209:1
**unclaimed** [3] - 171:15, 171:24, 172:2
**unconnected** [1] - 156:4
**unconscious** [1] - 166:12
**uncover** [1] - 63:18
**uncovered** [1] - 158:4
**under** [6] - 8:24, 58:10, 87:6, 137:4, 206:6, 222:12
**undergraduate** [1] - 121:17
**undermine** [1] - 136:5
**underneath** [2] - 162:19, 216:11
**understood** [4] - 49:13, 97:5, 180:19, 200:17
**undertook** [1] - 207:19
**unfolded** [2] - 143:7, 180:9
**unique** [1] - 228:12
**uniquely** [2] - 155:12, 211:5
**unison** [1] - 96:6
**unit** [21] - 24:6, 24:17, 28:15, 31:10, 31:15,

45:10, 45:13, 48:21, 59:4, 67:11, 93:13, 94:16, 94:17, 94:18, 110:7, 144:6, 155:22, 155:25, 156:8, 164:3, 216:8
**UNITED** [2] - 1:1, 1:11
**United** [14] - 9:2, 22:20, 42:18, 43:4, 91:13, 91:16, 92:11, 118:3, 121:9, 128:24, 129:6, 129:8, 230:11
**units** [4] - 67:21, 153:10, 153:12, 156:6
**universities** [3] - 121:17, 121:22, 129:5
**University** [14] - 120:18, 120:19, 120:20, 120:22, 121:18, 121:19, 121:20, 121:23, 121:24, 127:18, 128:10, 128:23
**unless** [3] - 19:13, 88:7, 111:23
**unmanned** [1] - 149:3
**unusual** [1] - 103:16
**up** [126] - 3:10, 4:18, 5:2, 6:22, 8:11, 8:15, 16:16, 20:17, 20:19, 20:21, 25:23, 27:11, 28:24, 29:2, 29:13, 30:6, 30:7, 31:5, 32:10, 33:3, 33:20, 34:9, 34:12, 35:18, 37:7, 38:25, 40:14, 45:21, 46:25, 47:12, 48:9, 49:24, 50:4, 51:22, 52:8, 53:11, 55:7, 59:3, 61:19, 62:4, 63:14, 63:17, 64:2, 68:20, 69:4, 69:22, 70:4, 71:3, 71:7, 72:18, 74:13, 76:1, 78:18, 82:3, 83:5, 83:17, 84:21, 84:25, 85:14, 86:16, 87:16, 87:19, 89:9, 89:24, 92:12, 94:12, 95:13, 96:3, 96:5, 96:12, 96:25, 98:1, 98:7, 99:12, 99:21, 102:6, 102:10, 103:8, 104:12, 105:2, 105:11, 107:10, 107:22, 109:11, 109:23,

111:9, 112:12, 114:13, 114:16, 114:17, 115:7, 132:20, 145:20, 148:16, 150:25, 153:12, 156:13, 157:15, 158:14, 160:23, 165:20, 166:6, 166:25, 169:17, 171:7, 172:19, 174:17, 179:9, 180:17, 182:12, 184:1, 194:15, 197:12, 197:21, 199:5, 202:24, 204:1, 215:24, 218:14, 218:17, 218:24, 221:20, 223:21, 227:2
**upper** [1] - 63:6, 65:16, 67:3
**upper-hand** [1] - 67:3
**uprising** [1] - 157:8
**ups** [1] - 34:21
**urban** [1] - 190:6
**USC** [1] - 8:24
**useful** [4] - 168:4, 176:23, 180:10, 182:3
**USG** [3] - 194:11, 195:1, 224:1
**utilize** [1] - 135:5
**utilized** [2] - 122:15, 152:15
**UXOs** [1] - 29:3

---

### V

**VA** [5] - 35:19, 37:13, 111:9, 112:2, 112:3
**vacant** [1] - 95:12
**vacuum** [1] - 135:23
**Valens** [2] - 115:15, 171:3
**validation** [4] - 124:16, 124:17, 124:18, 125:5
**value** [3] - 67:9, 67:10, 67:12
**Vara** [1] - 46:23
**variety** [5] - 47:13, 129:5, 139:17, 143:8, 226:8
**various** [7] - 137:13, 152:10, 161:2, 173:1, 196:18, 199:24, 213:7
**VBIED** [1] - 186:1
**vehemently** [1] -

136:19
**vehicle** [8] - 69:6, 69:20, 99:25, 100:1, 100:24, 107:17, 166:8, 166:12
**vehicles** [11] - 69:15, 69:17, 71:14, 71:15, 82:15, 99:11, 102:12, 102:15, 106:6, 149:3, 166:1
**verbiage** [1] - 40:7
**verified** [1] - 199:13
**version** [2] - 178:18, 178:21
**versus** [3] - 140:6, 153:21, 154:1
**via** [3] - 118:5, 191:9, 198:2
**vicinity** [4] - 109:5, 168:25, 203:6
**victim/multiple** [1] - 228:16
**victims** [2] - 10:17, 17:22
**video** [1] - 164:7
**videos** [1] - 125:9
**view** [1] - 226:21
**views** [1] - 119:21
**Viking** [3] - 139:3, 211:7, 211:11
**village** [1] - 60:12
**villagers** [1] - 60:10
**violence** [5] - 122:7, 122:8, 162:14, 183:7, 208:7
**Violence** [2] - 123:4, 128:9
**Violent** [1] - 124:1
**violent** [13] - 11:8, 122:6, 122:11, 123:16, 123:24, 124:3, 125:19, 128:13, 129:15, 129:17, 130:5, 130:8, 133:11
**Virginia** [2] - 118:2, 119:19
**virtually** [2] - 42:1, 226:6
**vis** [4] - 138:16, 192:20
**vis-a-vis** [2] - 138:16, 192:20
**vis-à-vis** [1] - 193:12
**visibility** [1] - 209:10
**visible** [2] - 138:23, 138:25
**VNSA** [2] - 122:5, 122:6
**VNSAs** [1] - 122:17

**voir** [1] - 226:19
**volume** [1] - 127:14
**volunteered** [3] - 29:21, 30:16, 30:25
**volunteering** [1] - 111:4
**vs** [2] - 1:6, 3:4
**vulnerable** [1] - 106:7

---

### W

**waited** [1] - 144:5
**waiting** [2] - 155:11, 199:6
**wake** [2] - 111:9, 190:20
**Wake** [1] - 120:18
**walk** [3] - 25:21, 45:14, 130:16
**walked** [1] - 167:11
**Walters** [1] - 227:22
**war** [2] - 171:14, 225:18
**War** [10] - 23:15, 44:17, 108:13, 140:25, 156:22, 156:25, 199:16, 214:19, 216:16, 217:2
**warfare** [1] - 30:5
**Warrant** [2] - 73:13, 73:16
**warrants** [1] - 218:8
**warriors** [4] - 156:2, 156:3, 156:4, 156:5
**wash** [1] - 19:11
**Washington** [7] - 1:5, 1:22, 8:10, 41:25, 42:10, 127:23, 230:13
**watch** [1] - 172:21
**water** [5] - 27:20, 55:13, 60:11, 83:10, 100:19
**waters** [1] - 61:2
**waypoint** [1] - 170:5
**ways** [10] - 137:2, 155:21, 159:19, 160:11, 171:3, 177:3, 190:13, 211:4, 212:2, 220:19
**weak** [1] - 162:17
**weapon** [6] - 29:8, 33:15, 63:1, 80:14, 105:14, 110:11
**weaponry** [4] - 159:20, 191:9, 220:12, 221:6
**weapons** [39] - 29:3, 29:12, 33:7, 51:9, 60:6, 60:17, 60:20,

60:23, 61:5, 61:8, 61:14, 64:13, 67:5, 98:13, 105:14, 106:18, 133:20, 134:24, 135:6, 137:5, 137:6, 137:14, 137:17, 140:2, 149:5, 152:13, 154:22, 155:3, 156:18, 157:9, 157:22, 158:16, 159:22, 176:16, 177:8, 192:14, 196:11, 220:13
**wear** [1] - 6:15
**wearing** [3] - 96:7, 106:14, 107:4
**week** [11] - 5:6, 5:12, 13:4, 13:16, 13:18, 18:24, 19:1, 94:10, 94:12, 118:9, 119:9
**week's** [1] - 10:18
**weeks** [2] - 110:5, 203:4
**weigh** [1] - 10:4
**weight** [1] - 5:23
**welcome** [3] - 7:15, 8:10, 41:25
**welfare** [1] - 195:23
**well-known** [2] - 11:23, 216:6
**well-planned** [1] - 149:11
**well-reported-across -multiple** [1] - 214:17
**well-trained** [1] - 72:5
**west** [9] - 86:5, 96:5, 97:1, 102:21, 103:11, 104:11, 104:13, 163:1, 204:10
**western** [3] - 98:24, 104:14, 162:13
**whatnot** [2] - 4:22, 26:4
**whereas** [4] - 132:12, 138:1, 138:8, 156:6
**whereby** [1] - 140:1
**whichever** [1] - 133:3
**white** [1] - 96:8
**whole** [3] - 184:25, 204:7, 212:20
**wield** [1] - 122:7
**wife** [5] - 35:17, 36:8, 36:15, 76:13, 111:11
**wife's** [1] - 36:15
**WILLIAMS** [3] - 2:5, 42:3, 62:5
**Williams** [18] - 8:8,

29:18, 31:23, 31:24,
41:15, 41:21, 41:22,
42:7, 42:8, 47:4,
51:15, 52:2, 53:4,
53:9, 53:13, 53:19,
54:8, 54:11
**willingness** [1] -
149:14
**window** [1] - 69:14
**windows** [1] - 71:21
**wipe** [1] - 98:13
**wise** [3] - 106:4,
219:17, 225:13
**wish** [3] - 16:19, 54:3
**wishes** [1] - 19:9
**witness** [20] - 6:14,
7:13, 14:7, 14:11,
19:6, 21:11, 41:14,
55:10, 55:22, 56:1,
77:6, 88:17, 114:19,
115:8, 126:24,
180:10, 180:12,
204:18, 214:11,
227:22
**WITNESS** [71] - 2:3,
19:24, 39:1, 39:4,
39:6, 39:9, 39:13,
39:16, 39:18, 39:23,
40:1, 40:10, 40:12,
41:24, 54:13, 55:13,
87:15, 89:25, 91:7,
103:2, 112:2, 112:5,
112:7, 112:10,
112:24, 119:23,
119:25, 120:3,
120:6, 120:10,
120:13, 135:16,
135:19, 135:22,
136:1, 136:3, 136:7,
137:17, 138:14,
138:18, 145:2,
145:4, 145:8,
152:24, 153:3,
153:8, 153:22,
155:14, 184:6,
184:10, 184:15,
193:3, 193:8,
193:15, 193:23,
194:5, 194:7,
194:13, 194:15,
194:18, 194:21,
197:8, 210:7,
210:19, 210:21,
218:20, 223:14,
224:4, 227:12,
227:14, 227:17
**Witness** [2] - 56:11,
78:9
**witnessed** [2] - 72:4,
148:22

**witnesses** [17] - 5:13,
6:19, 6:22, 7:1, 7:6,
7:7, 13:17, 14:2,
14:22, 16:6, 16:12,
16:13, 21:10, 88:21,
113:3, 168:20
**Wizard** [1] - 74:25
**woke** [2] - 87:16,
87:19
**Wolfe** [2] - 73:13,
73:17
**wondering** [1] - 70:6
**woodwork** [1] -
166:16
**word** [4] - 38:11,
38:12, 96:16, 181:5
**words** [2] - 40:7,
126:10
**wore** [1] - 176:5
**work-ups** [1] - 34:21
**worker** [1] - 112:11
**world** [4] - 11:22,
92:21, 120:20,
120:22
**world-class** [1] - 11:22
**worry** [1] - 212:19
**worth** [1] - 151:11
**wound** [5] - 32:14,
50:1, 70:3, 109:10
**wounded** [6] - 27:15,
34:6, 49:20, 108:16,
167:1, 203:3
**wounds** [6] - 50:20,
72:18, 94:3, 107:3,
107:25, 109:8
**wrap** [1] - 5:2
**wrapped** [2] - 63:15,
64:12
**writing** [1] - 127:10
**written** [6] - 4:12,
16:11, 21:2, 88:20,
156:22, 212:8
**wrongful** [1] - 229:2
**wrote** [1] - 195:16

## Y

**Y-A-C-O-U-B-I** [1] -
218:21
**Yacoubi** [3] - 218:16,
218:17, 219:15
**Yacoubi's** [1] - 218:23
**yards** [5] - 26:5, 66:9,
69:17, 69:18, 73:25
**year** [12] - 34:18,
59:20, 78:16, 91:17,
93:4, 121:11, 123:6,
138:6, 147:10,
170:20, 176:5
**years** [16] - 36:18,

39:10, 57:8, 57:24,
58:13, 76:12, 78:19,
90:25, 91:14, 91:15,
92:7, 92:13, 111:14,
161:1, 222:6
**yelling** [2] - 95:16,
95:17
**Yemen** [2] - 222:17,
225:17
**Yemeni** [1] - 225:18
**York** [5] - 120:19,
127:23, 128:12,
128:20, 158:14
**Yorker** [2] - 139:24,
163:23
**young** [2] - 55:8, 118:3
**Young** [2] - 119:17,
119:23
**yourself** [8] - 40:8,
55:12, 70:24,
108:14, 114:19,
114:25, 115:7,
127:25

## Z

**Zarqa** [1] - 145:5
**Zarqawi** [25] - 118:10,
118:11, 118:15,
121:2, 123:8,
127:17, 129:20,
134:21, 136:15,
136:19, 137:5,
144:16, 144:17,
144:20, 145:1,
145:2, 145:6,
146:12, 147:21,
160:18, 183:19,
197:23, 201:4,
201:5, 208:14
**Zarqawi's** [3] - 136:24,
157:9, 200:21
**Zawahiri's** [1] - 199:12
**zone** [2] - 105:9,
171:14
**zoom** [2] - 198:13,
198:15
**Zoom** [4] - 7:13, 41:15,
41:17, 54:24