```
1                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
2
       - - - - - - - - - - - - - - - x
3      ESTATE OF CHRISTOPHER BROOK
       FISHBECK, et al.,
4                                        CA No:  1:18-cv-02248-CRC
                   Plaintiffs,
5                                        Washington, D.C.
                                         Tuesday, September 13, 2022
6      vs.                               9:29 a.m.

7      ISLAMIC REPUBLIC OF IRAN, et al.,

8                    Defendants.
       - - - - - - - - - - - - - - - x
9

10     _____

11              TRANSCRIPT OF EVIDENTIARY HEARING - DAY 2
            HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
12                    UNITED STATES DISTRICT JUDGE
       _____

13     APPEARANCES:

14     For the Plaintiffs:      JEREMY A. TOR, ESQ.
                                SPANGENBERG, SHIBLEY & LIBER
15                              1001 Lakeside Avenue, East
                                Suite 1700
16                              Cleveland, OH 44114
                                (216) 696-3232
17                              jtor@spanglaw.com

18                              CHAD E. IHRIG, ESQ.
                                NIX PATTERSON, LLP
19                              8701 Bee Cave Road
                                Building 1, Suite 500
20                              Austin, TX 78746

21     For the Defendant:       (No one appeared for defendants)

22
       Court Reporter:          Lisa A. Moreira, RDR, CRR
23                              Official Court Reporter
                                U.S. Courthouse, Room 6718
24                              333 Constitution Avenue, NW
                                Washington, DC  20001
25                              (202) 354-3187
```

1                           I N D E X

2

3    WITNESS                                              PAGE

4    **JOSHUA DALE COY**

5         (By Mr. Tor)......................................282

6    **ENDI HERRERA**
          (By Mr. Tor)......................................291

7    **RALEIGH JAMES HEEKIN III**

8         (By Mr. Tor)......................................302

9    **PHILIP RYAN TRIMBLE**
          (By Mr. Tor)......................................311

10   **COLONEL MARK LEE WALTERS**

11        (By Mr. Tor)......................................319

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                      P R O C E E D I N G S
2            THE COURTROOM DEPUTY:  Good morning, Your Honor.
3    This morning we again have Case No. 18-2248, The Estate of
4    Christopher Brook Fishbeck vs. The Islamic Republic of Iran,
5    et al.
6            Will counsel please approach the podium and
7    identify himself and his colleagues for the record.
8            MR. TOR:  Good morning, Your Honor.
9            THE COURT:  Good morning.
10           MR. TOR:  Jeremy Tor again --
11           THE COURT:  New face.
12           MR. TOR:  -- on behalf of the plaintiff.  Do you
13   want me to reintroduce everybody?
14           THE COURT:  That's okay.  That's okay.
15           MR. TOR:  I want to just begin, if I may, Your
16   Honor, with an overview of what we can expect today.
17           THE COURT:  Okay.  Hold on one second, please.
18   Thanks.
19           MR. TOR:  Sure.
20           (Pause)
21           THE COURT:  All right.  Proceed.
22           MR. TOR:  Thank you, Your Honor.
23           So today we will present Bellwether Attacks Nos. 6
24   through 10.  We'll have two clients testify in person
25   followed by two by Zoom.  We don't have a client for the
```

 1   tenth bellwether attack.  He died in the attack.

 2        Afterwards, we'll present the testimony of our

 3   military intelligence expert Lee Walters.  He's in the court

 4   with his team that worked on the expert reports for this

 5   case.

 6        Before we get to testimony, Your Honor, we were

 7   hoping, with the Court's indulgence, we could address a

 8   couple of legal issues you raised yesterday.

 9        THE COURT:  Okay.

10        MR. TOR:  The first being the question of whether

11   1605A authorizes a cause of action for an attempted

12   extrajudicial killing where a killing was attempted but

13   nobody actually died.  So we understand that that issue is

14   before the Court in this case and related cases.  We're

15   aware of the case law coming out of this Court on the issue.

16   I just wanted to briefly set forth our position, if I could.

17        So the operative phrase, the key phrase, at issue

18   is "act of extrajudicial killing."  It is not "extrajudicial

19   killing" but the broader phrase "act of extrajudicial

20   killing," and the word "act" is significant.  It has a

21   special meaning in the law.

22        THE COURT:  Mr. Tor, I'm going to interrupt you.

23   The law clerk who is primarily responsible for working on

24   this issue is not on this case, but he's back in chambers,

25   and I would like for him to hear this, too.

```
 1              (Pause)

 2              THE COURT:  Proceed.

 3              MR. TOR:  Thank you, Your Honor.

 4              As I was saying, I was setting forth our position

 5      regarding what the meaning of the phrase "act of

 6      extrajudicial killing" is, and I was beginning to say that

 7      in the law the word "act" has special meaning and

 8      importance.  The Restatement -- Second Restatement of Torts

 9      in actually one of its first sections, Section 2, defines

10      "act," and it says that "the word 'act' denotes an external

11      manifestation of the actor's will and does not include any

12      of its results."  And that concept is reflected in Black's

13      Law Dictionary as well, that "the word 'act' denotes

14      something done or the process of doing or performing

15      something."

16              And because of that special meaning that the word

17      "act" carries in the law, it is appropriate to interpret the

18      phrase "act of extrajudicial killing" to include not just

19      extrajudicial killings where the intent to kill is

20      consummated and somebody actually dies, but also where an

21      extrajudicial killing is attempted but doesn't ultimately

22      succeed.

23              And, indeed, that's the --

24              THE COURT:  But the statute doesn't include an

25      attempted act of extrajudicial killing.  It's only an act of
```

1   extrajudicial killing.

2          MR. TOR:  It doesn't use the word "attempted,"

3   that's correct; but what I'm suggesting is that that is

4   built into the word "act."  And, in fact, the same statute

5   contemplates not only a wrongful death claim arising from

6   such an act, but a personal injury claim.  So I would submit

7   that there isn't really an ambiguity in the statute, and

8   it's a straightforward matter of statutory interpretation.

9          However, to the extent there is an ambiguity, the

10   D.C. Circuit has instructed Courts to interpret or resolve

11   ambiguities in this statute in favor of its policy goals,

12   which is, as Judge Lamberth reminded us earlier this year in

13   his opinion in *Roberts vs. Islamic Republic of Iran*, that

14   Courts should interpret the FSIA's ambiguities flexibly and

15   capaciously because of Congress's intent to lighten the

16   jurisdictional burdens borne by victims of terrorism seeking

17   judicial redress.  And Judge Lamberth goes on to remind us

18   that sister courts in this district have consistently held

19   that attempted extrajudicial killings fall within the

20   meaning of 1605A.

21          And, indeed, Judge Moss earlier in the *Force* case

22   agreed with that interpretation.  He recently issued an

23   opinion in the *Force* case with a different view on the

24   matter, but I believe the facts of that particular attack

25   help explain the context of that recent decision by Judge

```
 1    Moss.
 2              In that case, that attack, there was a rocket
 3    fired at a home in which nobody was present.  Nobody was in
 4    the vicinity, nobody was in the zone of danger, and nobody
 5    suffered a personal injury.  That's a very unique set of
 6    facts not present in any of our attacks in this case, so I
 7    think that context is helpful to understand the limited
 8    scope of that recent decision by Judge Moss.
 9              And I will point out that Judge Moss's analysis in
10    that case --
11              THE COURT:  But if the focus, as you say, is on
12    the actor's intent, then why would it matter whether there
13    were any anybody actually in the house in that case?
14              MR. TOR:  Well, I think you could connect the
15    phrase "personal injury/wrongful death" in that same statute
16    and read it in conjunction with the phrase "act of
17    extrajudicial killing" to come to the conclusion that
18    Congress didn't intend for a cause of action in such a
19    circumstance where nobody suffers a physical injury from the
20    attempted act of extrajudicial killing.
21              And I will point out that Judge Moss's analysis in
22    that recent *Force* decision really focused almost exclusively
23    on the phrase "extrajudicial killing."  His analysis did not
24    focus on the operative phrase, which is "act of
25    extrajudicial killing."  So our position is that the weight
```

1      of authority should guide this Court in resolving the

2      question of whether attempted acts of extrajudicial killing

3      provide a cause of action.

4              That's all I wanted to say on that matter, Your

5      Honor.  We will be submitting a brief more fully addressing

6      the issue, as you requested.

7              THE COURT:  Do so by, say, seven days, okay?

8              MR. TOR:  No problem.

9              THE COURT:  Okay.

10             MR. TOR:  And there's one other legal matter we

11     wanted to address.  You brought up the question of a class

12     action in the context of a case like this.  If I may ask my

13     co-counsel, Chad Ihrig, who is in the courtroom, to come

14     forward and address the Court on that?

15             THE COURT:  Sure.

16     Good morning.

17             MR. IHRIG:  Good morning, Your Honor.

18             THE COURT:  Where are you from?

19             MR. IHRIG:  Well, I'm from Austin, Texas, so

20     hopefully my accent won't get in the way of you

21     understanding what I'm saying.  I might stay up here a

22     little longer just to not have to wear a mask for a little

23     while.

24             But you raised the question yesterday of class

25     actions in the context of Foreign Sovereign Immunity cases.

1    Frankly, when we got together five or six years ago to

2    discuss entering into this litigation, we briefly

3    entertained the idea of potentially bringing this as a class

4    action.  We quickly set that to the side for the reasons

5    that I am about to tell you; and there's four, or, excuse

6    me, five primary reasons.

7              The first is, the fact that so many of these cases

8    are pending on an individual basis indicates on its face

9    that the class action mechanism is not the superior method

10   of litigating these matters.

11             The second issue is ascertainability, which

12   ascertainability is not technically a requirement under Rule

13   23; however, several courts have interpreted

14   ascertainability to go to the manageability, which likewise

15   is not a requirement of 23, but that leads to superiority.

16   If a class is unmanageable, it is not superior.

17             The fact that -- and in the *Burks* case in

18   particular, the class is defined as all victims of EFP

19   attacks including family members, which is a solatium claim.

20   It's parents, children, aunts, uncles, et cetera.  They

21   don't know the identities of all these individuals.  Even if

22   the government has these 1,057 attacks and individuals who

23   were involved in those attacks and has the names of the

24   victims themselves, the possibility of getting the names in

25   an unredacted format is thin, at best.  But assuming they

1    are able to get the names unredacted, you still have -- face

2    the issue of identifying the family members of those

3    victims, and that is, I would suggest, an insurmountable, if

4    not nearly impossible, task.

5         The third issue is the innumerable individualized

6    issues that will necessarily result if a class is certified.

7    As an initial matter, it's not sufficient just to prove

8    that somebody was a victim or a family member of somebody

9    who was involved in an EFP attack.  You have to determine

10   whether that plaintiff has standing, whether that class

11   member has standing.  To do that, you have to look deep into

12   the facts.  You have to determine was this American a U.S.

13   serviceman or woman?  Was this person, you know, actually

14   related to the service person who was involved in the

15   attack?

16        And then you have the issue of damages.  Now --

17        THE COURT:  Of the...?

18        MR. IHRIG:  Of damages.

19        THE COURT:  Damages.

20        MR. IHRIG:  In *Burks* they propounded -- and I like

21   this approach frankly -- that you can use presumptive values

22   that have been approved in the *Peterson* and the *Heiser* case,

23   and I have those cites if you need them.  *Peterson v. Iran*

24   is 515 F. 2d 25 out of the District Court of D.C. 2007; and

25   *Heiser v. Iran* is 466 F. Supp. 2d 229 out of the district

1    court 2006.  Of D.C., sorry.

2          But even when you apply the presumptive values,

3    you still have to look at the damages and the injuries that

4    each class member -- not just the victim, but the family

5    member as well -- sustained to determine whether there

6    should be an upward or downward adjustment of those

7    presumptive values.  That is detrimental to the class, in my

8    opinion, Your Honor.

9          I've been doing class actions since I started out

10   practicing law in 2002.  I've been appointed as class

11   counsel in over 20 nationwide class actions, and that was

12   kind of the death knell, in my mind, when we first analyzed

13   this issue.

14         THE COURT:  Why couldn't you proceed as a class

15   for purposes of liability and then have individualized

16   damages determinations?

17         MR. IHRIG:  Issue certification would be a

18   completely different analysis, and honestly, I haven't fully

19   analyzed that issue.  If you'd like us to do briefing on

20   that, we can submit supplemental briefing for you.

21         I do like the idea of issue certification, but

22   all that would do is create numerous individual cases that

23   have to follow, much like the *Engle* litigation out in

24   Florida in the tobacco cases where a class was certified for

25   liability purposes but not damages.  Well, actually, it

1     wasn't even -- it was decertified under liability.  But

2     they're having -- I mean, I think that case was certified

3     back in like the late '90s, and those cases are still going

4     on today.

5             THE COURT:  I don't need anything further --

6     anything further in writing at this point.

7             MR. IHRIG:  Okay.  Thank you.  That helps me.  I

8     don't have any law clerks.

9             The other -- another issue is the adequacy of the

10    class rep, class representative.  In this case I'm not

11    suggesting that *Burks* is not an adequate class member or

12    class representative for the class of victims who were

13    actually involved in the attacks, but arguably he is not a

14    representative or he's not an adequate representative of

15    family members.

16            And moreover, it's not just the family members.

17    You've got to look at a parent, a child, an aunt, an uncle.

18    You know, should a defendant have appeared in the *Burks*

19    case, those would all be arguments that they would propound

20    against certification of the class.

21            And then lastly, Your Honor -- no, actually, let

22    me back up.  I just want to make sure I'm covering

23    everything.

24            Okay.  Lastly, Your Honor, there is --

25            THE COURT:  And I'm sorry, I should know this.

 1      But remind me whether any of your plaintiffs were injured by

 2      EFPs or any potential --

 3                  MR. IHRIG:  Yes, sir.

 4                  THE COURT:  They were?

 5                  MR. IHRIG:  Yes, sir.

 6                  THE COURT:  That's what I understood, yes.

 7                  MR. IHRIG:  In all fairness to the *Burks* class,

 8      they did exempt from the class any class member who may be

 9      represented by other counsel, so our clients are technically

10      not class members.

11                  THE COURT:  But there may be other people out

12      there.

13                  MR. IHRIG:  There's absolutely other people out

14      there.

15                  And lastly, Your Honor, you did ask about other

16      class actions in the FSIA context.  There is one other class

17      action that I was able to identify.  The name of that case

18      is *Mohammadi v. Iran*.  It is at 947 F. Supp. 2d 48 out of

19      the District Court of D.C., 2013, and that was affirmed at

20      782 F. 3d 9.

21                  THE COURT:  Okay.  Spell the plaintiff's name.

22                  MR. IHRIG:  M-O-H-A-M-M-A-D-I.  And that's out of

23      the D.C. Circuit, 2015.

24                  And in that case, Your Honor, after filing a third

25      amended complaint the plaintiffs abandoned their class all

1    together.  I've been unable to identify the reason or

2    reasoning why they abandoned the class, but nonetheless, to

3    my knowledge, sitting here today -- and I want to be very

4    candid; I've not done a thorough analysis of this -- there

5    has been no class that has been certified under the Foreign

6    Sovereign Immunities Act.

7              THE COURT:  Thank you.  That's very helpful.

8              MR. IHRIG:  Thank you, Your Honor.

9              THE COURT:  I thought the Longhorns were going to

10   pull it out the other day.

11             MR. IHRIG:  Well, you know, I've got to tell

12   you --

13             THE COURT:  One tackle away, right?

14             MR. IHRIG:  That was a great game, but I am

15   technically from Oklahoma.  I went to OU Law.  So I can't

16   really cheer for the Longhorns, but I wasn't rooting against

17   them.

18             THE COURT:  All right.

19             Mr. Tor.

20             MR. TOR:  Thank you, Your Honor.  We are ready to

21   call our first witness.

22             THE COURT:  Very well.

23             MR. TOR:  Your Honor, plaintiffs call Joshua Coy

24   to the stand.

25             THE COURT:  Good morning, sir.

```
 1              THE WITNESS:  Good morning, Your Honor.
 2              THE COURT:  Please remain standing and raise your
 3      right hand to be sworn in.
 4                      JOSHUA DALE COY, Sworn
 5                        DIRECT EXAMINATION
 6      BY MR. TOR:
 7      Q.  Good morning.
 8      A.  Good morning.
 9      Q.  Please tell the Court your full legal name.
10      A.  Joshua Dale Coy.
11      Q.  Mr. Coy, you are a plaintiff in this lawsuit?
12      A.  Yes, I am.
13      Q.  And you were injured in a terrorist attack in Iraq on
14      February 19, 2005.
15      A.  Yes.
16      Q.  Were you serving in the United States Army on that date?
17      A.  Yes.
18      Q.  When did you enlist in the Army?
19      A.  May of 2002.
20      Q.  How old were you at the time?
21      A.  I was 19.
22      Q.  When did you complete your military service?
23      A.  I was military retired in November of 2011.
24      Q.  How many times did you deploy to Iraq during your
25      service?
```

```
 1   A.  Twice.

 2   Q.  Can you give us the years you were in Iraq.

 3   A.  First time was 2004 to 2005.  The second time was 2007

 4   to 2008.

 5   Q.  So the attack we're here to talk about occurred during

 6   your first deployment?

 7   A.  First deployment, yes.

 8   Q.  What was your rank?

 9   A.  I was a Specialist E4.

10   Q.  And what was your position?

11   A.  I was an assistant gunner on a motor team.

12   Q.  And where in Iraq were you stationed?

13   A.  I was stationed in Camp Justice in Kadhimiya, Iraq.

14            MR. TOR:  And, Your Honor, for your reference we

15   have a map of Iraq with the provinces, and then a more

16   zoomed-in map of Baghdad with the different districts in

17   Baghdad.

18   Q.  And, Mr. Coy, this is Kadhimiya?

19   A.  That's correct.

20   Q.  This is where you were based?

21   A.  Yes, Camp Justice in the peninsula out there surrounded

22   by the Tigris.

23   Q.  The Tigris is over here?

24   A.  Yes.

25   Q.  Mr. Coy, what was your mission at that time?
```

1    A.  Our mission was to provide security for the citizens of

2    Kadhimiya.

3    Q.  And can you give us an idea of how you did that.

4    A.  We did presence patrol, security patrol, assisted the

5    Iraqi police and the Iraqi Army in that sector.

6    Q.  Let's move forward to the day of the attack, February

7    19, 2005.  Let's talk about the events leading up to the

8    attack.

9         How did that day begin for you?

10   A.  That day began -- I was supposed to be off that day.

11   The actual -- Lieutenant Malson's actual driver needed a day

12   off so he requested me to take his place.  I did.

13        We started the mission around zero eight that

14   morning.  We did PCS/PCPs, got our gear together, rolled out

15   the gate just doing regular presence patrols.  We didn't

16   really have anything going on that day, just presence

17   patrols and running around.

18        Then we heard a call over the radio that some

19   Iraqi soldiers had been attacked by mortars, and they were

20   at the local Kadhimiya hospital.  So we proceeded to roll

21   over in that direction to check on the casualties.

22   Q.  You mentioned Lieutenant Malson.  That's Lieutenant Adam

23   Malson; is that correct?

24   A.  Yes.

25   Q.  Was he your tactical commander?

1    A.   Yes, and he was the convoy commander.

2    Q.   Convoy commander.

3         So what happened when you and your team got to the

4    Kadhimiya hospital?

5    A.   We pulled up to the hospital.  Lieutenant Malson and our

6    interpreter, Shine, both dismounted, went into the hospital

7    to check on the casualties and to talk to the commander of

8    the Iraqi forces to see what happened.  They were in there

9    for probably 20 minutes.

10        Then we started getting calls over the radio that

11   there was another attack down the road at the mosque.

12   Q.   And did your team proceed to the area of that attack?

13   A.   Yes.  They come back out from the hospital, mounted up.

14   We started heading in the direction of the next attack that

15   was still ongoing.

16   Q.   What was your position in the vehicle at this time?

17   A.   I was the driver.

18   Q.   And who else was in the car with you?

19   A.   It would be Lieutenant Malson; Kyle Ferguson was my

20   gunner; Shine was my interpreter; and we had another

21   sergeant first class who was doing -- to take over our area.

22   I do not recall his name.

23   Q.   So did you and your team arrive at the area of the first

24   attack?

25   A.   Yes, we did.  It took us about ten minutes to get there

1    from the hospital.

2    Q.  This was also in the Kadhimiya district?

3    A.  Yes.

4    Q.  All right.  Was this day a religious holiday?

5    A.  Yes.  It was Ashura.

6    Q.  Ashura?

7    A.  Ashura.

8    Q.  Yes.  It's spelled A-S-H-U-R-A?

9    A.  That's correct.

10   Q.  When you and your team got to the scene, what did you

11   learn about the previous attack?

12   A.  We'd gotten over on the radio that there were suicide

13   bombings, multiple suicide bombings and small arms fire.

14          As we got there, there were multiple casualties

15   laying on the ground.  There was a bus that was on fire,

16   multiple Iraqi police vehicles that were on fire.

17          We pulled into the kill zone, as they call it.

18          Once we got there, everything ceased.  All the

19   attacks ceased.  It got quiet.  Lieutenant Malson asked me

20   if everything was clear.  We started to dismount the vehicle

21   and check on civilians.  As we did, we noticed that there

22   was a car on fire right in front of our Humvee with a

23   female, local national, in it.

24          Lieutenant Malson and Shine both exited the

25   vehicle, went around to assist her, try to get her out, and

1   I went to the left just directly outside the Humvee door.

2   There was an older Iraqi national man with a child.  I tried

3   to give him assistance.

4           As I got there, I realized I didn't have my CLS

5   bag.  I went back to the vehicle.

6   Q.  Sorry, what's a CS bag?

7   A.  CLS bag.

8   Q.  CLS?

9   A.  Combat life saver's bag.  First aid kit.

10          I run back to the vehicle.  Luckily the door -- I

11  left the door open.  I got back to the vehicle, got behind

12  the door.  I looked to my left.  Lieutenant Malson and Shine

13  were helping the lady out, and then I just saw a flash.  A

14  large explosion went off.  I was knocked unconscious for

15  probably 15 seconds.

16  Q.  When you awoke, what's the first thing you saw?

17  A.  I had two of my soldiers in the patrol actually trying

18  to provide medical assistance to me, making sure I wasn't

19  bleeding anywhere else, checking my body, checking to make

20  sure that, you know, I had everything intact.  They were

21  picking me up and putting me into another vehicle where I

22  received medical assistance.

23  Q.  What kind of medical care did you receive for your acute

24  injuries?

25  A.  First was morphine, and then the medic went over to me

1    again to make sure that I didn't have any bleeding that they

2    didn't see.  They bandaged my hand up.  They bandaged my leg

3    up, and just told me to stay calm.

4    Q.  What physical injuries did you sustain in the attack?

5    A.  I had a piece of shrapnel, which had been a ball

6    bearing, go from left to right under my thumb and come out

7    under my pinky.  Another ball bearing hit me in my thumb,

8    thumb joint, and was actually fused there, and a ball

9    bearing actually hit in my leg.

10   Q.  At some point were you taken to a hospital for

11   treatment?

12   A.  Yes, about an hour after the attack.  We had to wait for

13   QRF to show up with a field medic van.  They picked us up

14   and took us to the field hospital at Camp Justice, first aid

15   station.

16   Q.  Did you undergo surgery?

17   A.  Yes.  After we left there, I went to -- I went to the

18   Bushehr National Airport where actually the Air Force base

19   is, and they conducted a surgery, carpal tunnel, on my hand

20   to relieve pressure, and I was stabilized there.

21   Q.  And then at some point were you taken out of Iraq to

22   another hospital?

23   A.  Yes.  I was taken to Balad first, just a routine, make

24   sure I was okay, make sure I could travel.  And then I was

25   flown to Landstuhl, Germany, where I stayed for seven days

1    for more care.

2    Q.  At the hospital there?

3    A.  Yes, yes.

4    Q.  In addition to the shrapnel injuries to your right hand

5    and right leg and being knocked unconscious, did you suffer

6    any other injuries from this attack?

7    A.  Yes.  I was diagnosed with PTSD, for which I'm 100

8    percent retired, and I have traumatic brain injury.

9    Q.  What happened to Lieutenant Malson?

10   A.  Lieutenant Malson I found out later on had -- was

11   deceased.

12   Q.  In the explosion?

13   A.  In the explosion.  He was KIA in the explosion along

14   with Shine.

15   Q.  Shine, the interpreter?

16   A.  The interpreter, yes.

17             MR. TOR:  Ryan, can we pull up a photo of

18   Lieutenant Malson.  It should be PX1612, Exhibit B.

19             Exhibit PX1612, and then Exhibit B, B as in bravo.

20   Q.  Mr. Coy, are we looking at a photo of Lieutenant Malson?

21   A.  Yes, we are.

22   Q.  And where is he in this photo?

23   A.  He is in Kadhimiya, Iraq.  That's actually the mosque

24   that we were responding to the attack from that day.

25   Q.  And on this particular day you mentioned it was the

1    Ashura holiday.  Were there Shia pilgrims coming to this

2    mosque?

3    A.  Yes.  The Shia pilgrims were being convoyed in, buses,

4    and just migrating from all over the country to celebrate

5    the holiday there.

6            MR. TOR:  Thanks, Ryan.  You can take that down.

7    Q.  Was it your understanding that Al-Qaeda was having heavy

8    operations in that sector that day?

9    A.  Yes.  They were very -- operating heavily in our area.

10   Q.  And did you have an understanding as to whether Al-Qaeda

11   was responsible for this attack?

12   A.  Yes.

13   Q.  And for your injuries that you sustained in this attack,

14   Mr. Coy, did you receive a Purple Heart?

15   A.  I did.

16           MR. TOR:  Your Honor, may I approach the witness

17   with some exhibits?

18           THE COURT:  You may.

19   Q.  Mr. Coy, I've handed you a binder with two exhibits.

20   One is marked PX1612.  The other is PX1622.  Can you confirm

21   that the first exhibit is your signed declaration in this

22   case.

23   A.  Yes, it is.

24   Q.  And can you confirm that the second document, PX1622, is

25   your plaintiff fact sheet for this case.

```
 1    A.  Yes, it is.

 2    Q.  And is the information contained in those two documents

 3    true and accurate, to the best of your knowledge and

 4    understanding?

 5    A.  Yes, it is.

 6            MR. TOR:  Thank you, Mr. Coy.

 7            Your Honor, I don't have anymore questions.

 8            THE COURT:  Okay.  Thank you, sir.  You're

 9    excused.  Have a good trip.

10            MR. TOR:  Your Honor, we are prepared to call our

11    next witness.

12            Your Honor, plaintiffs call Endi Herrera to the

13    stand.

14            THE COURT:  Very well.

15            Step right up, sir.  If you could raise your right

16    hand.  Feel free to take your mask off, if you'd like.

17                         ENDI HERRERA, Sworn

18                         DIRECT EXAMINATION

19    BY MR. TOR:

20    Q.  Good morning.

21    A.  Good morning.

22    Q.  Please tell the Court your name.

23    A.  My name is Endi Herrera.

24    Q.  And you are also a plaintiff in this lawsuit?

25    A.  Yes, sir.
```

1    Q.  We're going to talk about the attack on September 17,

2    2006, in which you were injured.  Are you prepared to talk

3    about that attack with us?

4    A.  Yes, sir.

5    Q.  Just a little bit of background information, if you

6    wouldn't mind sharing with us.  Where are you from

7    originally?

8    A.  I'm originally from California.

9    Q.  And where do you live now?

10   A.  I live in Monroe, North Carolina.

11   Q.  At the time of the attack were you an active military

12   service member?

13   A.  Yes, I was.

14   Q.  In which branch of the military?

15   A.  U.S. Army.

16   Q.  When did you enlist?

17   A.  I enlisted in July 2003.

18   Q.  At the time of the attack what was your rank?

19   A.  At the time of the attack I was E4, specialist.

20   Q.  And what was your MOS or your specialty?

21   A.  I was a 19 Delta Scout.

22   Q.  Can you give us a sense of what you did as a Scout?

23   A.  Our main focus was reconnaissance to relay intel for any

24   operations for the commander in the battlefield.

25   Q.  And was this your first deployment to Iraq?

```
1    A.  It was.

2    Q.  What was your mission?

3    A.  Our mission at the time was to provide reconnaissance of

4    the areas.  In Baghdad, you were considered the QRF for the

5    theater.

6    Q.  And "QRF" stands for...?

7    A.  Quick Reaction Force.

8    Q.  And what area were you assigned?

9    A.  The Sadr City area.

10   Q.  Okay.  And where did the attack occur that we're here to

11   talk about?

12   A.  It was on Route Copper in Sadr City.

13   Q.  And just for point of reference, we have here the map of

14   Baghdad.  And this is Sadr City here?

15   A.  Correct.

16   Q.  Okay.  I don't think I asked you this.  Where were you

17   stationed?  Where were you based at the time?

18   A.  We were FOB Stryker in the Green Zone.

19   Q.  In the Green Zone?  So that's this area.

20   A.  Correct.

21   Q.  Near the airport?

22   A.  Correct.

23   Q.  Okay.  Let's turn to the day in question, September 17,

24   2006.  What was your troop doing that day?

25   A.  We were providing -- we'd been in country or been in
```

1    that area for a couple of weeks, so we were trying to get

2    our bearings of what our area of operating was going to be.

3    So we were providing reconnaissance at the time to see our

4    area of operations.

5    Q.  How many vehicles were in your convoy?

6    A.  It was a four-vehicle convoy.

7    Q.  And what type of vehicles?

8    A.  We were in Strykers.

9    Q.  Let's pull up a photo of the Stryker vehicle.

10          MR. TOR:  Ryan, if you could pull up PX1701,

11   Exhibit C.

12   Q.  Mr. Herrera, are we looking at a photo of your Stryker

13   vehicle?

14   A.  Correct.  That was my vehicle.

15   Q.  And this is before the attack?

16   A.  Correct.

17          MR. TOR:  All right.  Thank you, Ryan.

18   Q.  Where were you all headed just before the attack

19   occurred?

20   A.  We had a call of another platoon getting hit by mortars,

21   so we moved to that area to assist.  By the time we got

22   there, everything was taken care of, and we proceeded to go

23   another route towards Sadr City.

24   Q.  Tell us what you remember of the attack.

25   A.  I was the rear vehicle.  I was the gunner at the time.

1    And as we were making a turn -- making a left turn onto

2    Route Copper, we slowed down to make that turn, and we got

3    hit.

4              I was knocked back.  I was unconscious for a few

5    seconds, and I kind of got woken up by choking on smoke.

6              So I woke up and realized that we got hit.  And as

7    I was coming to I noticed that my ballistic shield window

8    was getting shattered like I was getting shot at; so I tried

9    to engage with my cruiser, but since the power was out in

10   the vehicle, I couldn't turn the turret.  It's heavy so it

11   requires an electric mechanism to turn it.  So I engaged

12   with my personal weapon.

13             I was trying to assess everything at the same time

14   as well.  I couldn't communicate with our other vehicles to

15   let them know our status so we had an SOP of if we didn't

16   have any communications equipment or whatnot, when there's

17   an attack or anything, we used flags.  We had three flags:

18   green meaning guns are down, vehicle's good, no casualties;

19   yellow, guns are down, vehicle down, no casualties; and red

20   flag, we're no communications, vehicle is down, and we've

21   got casualties.

22             So I grabbed the red one as fast as I could and

23   raised it up.  The other vehicles noticed it and returned

24   back to assist us.

25   Q.  After the explosion, did you -- were you taking fire?

1    A.  I was.

2    Q.  And were you able to return fire?

3    A.  I returned fire to the location or the area that the

4    rounds were coming from.  I couldn't see much because the

5    smoke was just burning my eyes.

6    Q.  At some point were you able to assess your crew for

7    injuries?

8    A.  As soon as the rest of the platoon showed up and they

9    got their security perimeter, we went back down to assess

10   the crew and noticed that Sergeant Davis, our medic, was

11   killed in the initial blast and tried to get a roll call on

12   all our other soldiers that were in there.  We couldn't

13   hear our driver so a specialist colleague went in through

14   the -- we call it the hell hatch, the area where the engine

15   and the driver's at, and he was able to go in there and

16   retrieve him.

17          He had shrapnel from his neck down to his legs.

18   He was still alive, so we packed him up as best we could.

19   Q.  Now, sir, what injuries did you sustain in this attack?

20   A.  At the time I didn't know how bad I was until, as I

21   said, we finished patching up our injured.  We took

22   everybody out, the last one out, and when I stepped out of

23   the Stryker with my right leg, I couldn't bring pressure,

24   and I just collapsed.  I had taken some shrapnel to my right

25   knee.

1    Q.  Did you sustain any other injuries?

2    A.  I had a concussion.  My back and in my left arm got --

3    I'm not sure what hit it or what was the cause of it, but it

4    did -- it severed my nerve ending in my left arm.

5    Q.  Have you had to undergo surgeries for your injuries?

6    A.  Correct.  I had to do an ulna neuropathy done on my left

7    arm to fix the nerve, and I had four back surgeries now to

8    repair the back.

9    Q.  And just to clarify, the way in which your back was

10   injured, you were thrown back from the blast explosion?

11   A.  Correct.  My lower back where the hatch is, where the

12   gunner's hatch is, it's -- my vest sits right underneath it,

13   so it was perfectly placed right underneath it.  So when I

14   got hit back, got thrown back, my lower back got hit pretty

15   hard.

16   Q.  Mr. Herrera, do you know what type of weapon was used in

17   this attack?

18   A.  It was an EFP.

19   Q.  An explosively formed penetrator?

20   A.  Correct.

21   Q.  How do you know it was an EFP?

22   A.  I've been hit with three IEDs prior to that, and I've

23   seen other vehicles that got hit by EFPs, and it was

24   consistent with the EFP.

25   Q.  You've brought with you, and I have it here --

1      THE COURT:  I'm sorry, how are they different?

2      THE WITNESS:  The EFP itself?

3      THE COURT:  How is the effect of the --

4      THE WITNESS:  This one that hit -- the IEDs that I

5  got hit with were pressure-plated IEDs so you get hit from

6  the bottom.  And the blast for the EFP is more violent.

7  There's more heat involved.

8      THE COURT:  Okay.  Thank you.

9  Q.  I'm going to show this to you in a moment, but --

10      MR. TOR:  Can I approach the witness and hand it

11  to him?

12      THE COURT:  Sure.

13  Q.  Mr. Herrera, will you explain for the Court what you

14  have there.

15  A.  This was my magazine pouch that I had attached to my

16  left side of my vest.  You can see it's got shrapnel still

17  on it from the copper from the EFP.

18  Q.  And how do you know that that's copper?

19  A.  The feel, and it was verified that it was copper.

20  Q.  Was there a post-attack investigation where a team did

21  confirm that that was, indeed, copper?

22  A.  Correct.  Yes, sir.

23  Q.  And what else do you have there?

24  A.  This is a PSP.  It's a portable playstation.  It's like

25  a gaming device that we use for entertainment.  You see the

1  copper still on there as well.  This was underneath my feet

2  when we got hit.

3  Q.  Did your platoon leader provide you any information to

4  confirm what type of weapon this was?

5  A.  Correct.  He said we got hit with six EFPs daisy-chained

6  together.

7  Q.  And my understanding is that there was a military

8  intelligence person in your vehicle at the time of the

9  attack.

10  A.  Correct.

11  Q.  And did that individual provide you any insight into the

12  type of weapon?

13  A.  Correct.  He said that it was an EFP.

14  Q.  And were you provided any information about the group

15  that committed this attack?

16  A.  It was the JAM group.

17  Q.  JAM?

18  A.  JAM.

19  Q.  Okay.  And that's an acronym for Jaysh al Mahdi?

20  A.  Correct.

21  Q.  Had you encountered JAM on previous occasions?

22  A.  We had.  Prior to this we had done a raid on a safe

23  house, and we encountered some JAM members there as well as

24  some Iranian officers who were there helping them create

25  EFPs.  Setting up a shop, basically, is what they were

1    doing.

2    Q.  And did you ever have occasion to capture Iranian

3    operatives assisting JAM?

4    A.  That day, yes.  Our -- I want to say our Alpha troop

5    captured the Iranian officers while we were providing the

6    security for them to go in.

7    Q.  And did you have an understanding of what the Iranian

8    operatives were doing?

9    A.  They were showing them how to build those EFPs.  I

10   believe they had a blueprint on how to make them, and we

11   took some pictures of the EFPs when we went down there.

12   Q.  In terms of the injuries you sustained, you told us

13   about the shrapnel wounds to your leg, your injury to your

14   arm, and your back injury.  Did you sustain any other

15   injuries in this attack?

16   A.  TBI and PTSD.

17   Q.  "TBI" meaning traumatic brain injury?

18   A.  Correct.

19   Q.  And PTSD, you said?

20   A.  Correct.

21   Q.  And what is your VA disability rating?

22   A.  90 percent with unemployability.

23   Q.  And is that due in large part to the injuries you

24   sustained in this attack?

25   A.  Correct.

1    Q.  Were you awarded a Purple Heart for your injuries?

2    A.  Yes, I was.

3              MR. TOR:  May I approach, again, the witness?

4              THE COURT:  You may.

5    Q.  Mr. Herrera, you have a binder of three exhibits:

6    PX1701, PX1706, and PX1704.  Is that correct?

7    A.  Correct.

8    Q.  The first is your declaration, correct?

9    A.  Correct.

10   Q.  The second exhibit is your plaintiff fact sheet, yes?

11   A.  Correct.

12   Q.  And then the last one is your Purple Heart award.

13   Correct?

14   A.  Correct.

15   Q.  The declaration and the plaintiff fact sheet, can you

16   confirm that the information contained in those documents is

17   true and accurate to the best of your knowledge and

18   understanding?

19   A.  Yes.

20   Q.  And did you sign both of those documents?  Yes?

21   A.  Yes, I did.

22   Q.  Under pain and penalty of perjury, correct?

23   A.  Correct.

24   Q.  Thank you, Mr. Herrera.

25              Is there anything else you think would be

1    important for the Court to know about the attack?

2    A.  No.  I don't think so, sir.

3    Q.  Okay.  Thank you very much.

4              THE COURT:  Mr. Herrera, thank you very much for

5    your testimony.  You're excused.  Have a safe trip home.

6              Good morning, sir.

7              THE WITNESS:  Good morning, sir.

8              THE COURT:  Can you see and hear me okay?

9              THE WITNESS:  I can see a broad picture of the

10   courtroom.

11             THE COURT:  All right.

12             MR. TOR:  Thank you, Your Honor.

13             THE COURT:  Mr. Tor, please proceed.

14             MR. TOR:  Yes, Your Honor, plaintiffs call Raleigh

15   Heekin by Zoom.  He's on the screen.

16                 RALEIGH JAMES HEEKIN III, Sworn

17                      DIRECT EXAMINATION

18   BY MR. TOR:

19   Q.  Good morning, Mr. Heekin.

20   A.  Good morning, sir.

21   Q.  State your full name for the record.

22   A.  My name is Raleigh James Heekin III.

23   Q.  You're a plaintiff in this lawsuit?

24   A.  I am, sir.

25   Q.  And we're here to talk about the attack that occurred on

```
1     February 22, 2007.  Before we discuss that attack, let me
2     ask some preliminary questions.
3               First, sir, where are you from?
4     A.  I was raised in Littleton, Colorado.
5     Q.  Where do you live now?
6     A.  Fountain, Colorado.
7     Q.  Are you married?
8     A.  Yes, sir.
9     Q.  Do you have children?
10    A.  Yes, sir.
11    Q.  All right.  At the time of the attack on February 22,
12    2007, were you an active member of the U.S. military?
13    A.  Yes, sir, I was.
14    Q.  Which branch?
15    A.  U.S. Army.
16    Q.  And when did you end your service?
17    A.  I retired from service December 7, 2014.
18    Q.  And you were honorably discharged, yes?
19    A.  Yes, sir.
20    Q.  During your service, were you deployed to Iraq?
21    A.  Yes, sir, I was.
22    Q.  When were you deployed to Iraq?
23    A.  October of 2006 through February of 2007.
24    Q.  What was your rank at that time?
25    A.  I was a sergeant first class.
```

1    Q.  What was your MOS or military occupational specialty?

2    A.  I was an 11 Bravo.

3    Q.  And give us an idea what that means.

4    A.  I was an infantryman.

5    Q.  What was your battalion's mission in Iraq at this time?

6    A.  My battalion's mission was to control the eastern side

7    of the city of Ramadi and to prevent passage of Al-Qaeda

8    through that area.

9    Q.  And, Mr. Heekin, you probably can't see it, but we have

10   in the courtroom a map of Iraq with the different provinces,

11   and I just want to confirm that Ramadi is located in the

12   province of Al-Anbar, correct?

13   A.  Yes, sir, it is.

14            MR. TOR:  And, Your Honor, that's the

15   geographically largest province in the western part of Iraq

16   that you can see on the map.

17   Q.  Was there an insurgent group that essentially claimed

18   that area at that time?

19   A.  Yes, sir.  During that time period Al-Qaeda in Iraq had

20   claimed Ramadi as their capital.

21   Q.  Okay.  Let's move to the events of February 22, 2007.

22   The Court will hear a little bit later, when I have my

23   military intelligence expert on the stand, about the IED

24   attack that killed plaintiff Joshua Hager, but I want to ask

25   you, Mr. Heekin, how did you learn about that IED attack

1     that killed Josh Hager?

2     A.   I was with my platoon at a hard site within the city

3     called Eagles Nest, and we heard a broken radio signal.  We

4     heard the explosion itself, and then we heard a broken radio

5     signal from the battalion commander's convoy saying that

6     they had ten urgent surgical wounded.

7     Q.   What was your team's response?

8     A.   The standard operating procedure at that time was to

9     allow the tank platoon that was attached to us to react as

10    the QRF, but the night prior they had taken more than an

11    hour to roll out of the gate, and, when you have urgent

12    surgical casualties, those people don't have an hour.

13         So we -- I looked at my platoon leader, and we

14    made a decision, and I grabbed my driver and my medic, and

15    we linked up with our overwatch convoy that was already on

16    the road, and we moved to the location of the blast in order

17    to medevac any casualties.

18    Q.   What time of day was this?

19    A.   This was late evening.  It was after 10:30 p.m.,

20    probably closer to 11:00.

21    Q.   How many vehicles in the convey that responded to the

22    attack?

23    A.   In my convoy, I had three vehicles.  I had a Humvee in

24    the front, and then my 113 that I was in, and then a Humvee

25    behind me.

1    Q.  And just to clarify, your vehicle was an M113?

2    A.  Yes, sir.

3    Q.  All right.  Tell us what happened when you and your team

4    got to the area of the first IED.

5    A.  When we got to the area of the blast, we had some issues

6    with radios inside of the vehicle.  I lost communications

7    with the lead vehicle.  I ducked down inside of the vehicle

8    to fiddle with the radios to get them working.

9            I got them working, and then I popped back up, and

10   I noticed that we had driven past the lead vehicle of the

11   convoy for the colonel.

12           When I noticed that, I got my driver, Travis, to

13   stop, got ahold of the lead vehicle, told them to stop and

14   stay where they were at, and we tried to turn my 113 around.

15           I told Travis to kick it to the left a little bit.

16   On a tracked vehicle, when you turn the front end of the

17   vehicle to the left, the back end of the vehicle will shift

18   to the right.  And when we did that, the inside back end of

19   the track on the driver's side, left side, hit a pressure

20   plate IED, which blew up through the bottom of the vehicle.

21   Q.  I'm going to try to put up a photo on the screen.

22           MR. TOR:  Ryan, can we put up PX1804, Exhibit B.

23   Q.  And hopefully, Mr. Heekin, you'll be able to see this on

24   your screen.

25           Do you see that on your screen?

1    A.  Yes, sir.

2    Q.  What's it a photo of?

3    A.  That is the 113 that I was in that night.

4    Q.  And does that show the damage to your vehicle?

5    A.  Yes, sir.  Normally the spot that you're looking at

6    there is a ramp that would drop down.  That bar at the

7    bottom is normally straight.  And if you look to the bottom

8    right you see the track; on the left side there would be a

9    mirroring track.

10                MR. TOR:  All right.  Thanks, Ryan.  We'll take

11   that photo down.

12   Q.  Mr. Heekin, what impact did the explosion have on you?

13   A.  I'm sorry, sir.  Can you restate?

14   Q.  What impact did the explosion have on you?

15   A.  So the blast itself, it was the concussion damage.  The

16   shock wave of the blast that hit my leg, that did the most

17   damage.  I also took shrapnel to the left calf and back of

18   my left knee.

19                I was knocked unconscious and suffered a traumatic

20   brain injury.  I snapped my left ankle, and I was later

21   diagnosed with post-traumatic stress disorder.

22   Q.  So just to confirm, you did sustain a concussion from

23   the explosion, correct?

24   A.  Yes, sir.  That's the traumatic brain injury that I

25   mentioned.

1    Q.  And did you have to undergo any surgery for the shrapnel

2    injuries you sustained?

3    A.  Yes, sir.  I underwent 23 surgeries on my left leg.

4    Q.  Did you receive a Purple Heart?

5    A.  Yes, sir, I did.

6    Q.  Tell us about what happened to the other men that were

7    with you when this second IED exploded.

8    A.  My medicalist at the back left of the vehicle where the

9    hole was in the picture, he was launched out -- he was cut

10   in half.  His upper torso was launched out of the top hatch

11   of the vehicle, flew over the top of me, landed on the front

12   engine compartment and was wedged in between a metal bar in

13   the engine compartment.  He died immediately.

14         My driver took shrapnel to his right leg, and

15   unfortunately the shrapnel hit his artery in his leg, and he

16   bled out.  So he was alive for several hours on site and

17   then died later the next morning.

18   Q.  Mr. Heekin, you told us a moment ago that this was a

19   pressure plate IED, correct?

20   A.  Yes, sir.

21   Q.  And did you learn information about the group

22   responsible for this attack?

23   A.  Yes, sir.  I was told by my company commander and by

24   several of the intelligence personnel within the battalion

25   that there was one main IED maker in that area that was

1    responsible for most of the IEDs that we were seeing.  He

2    was later captured by my unit to include his workshop.

3    Q.  Meaning his IED materials?

4    A.  Yes, sir.

5    Q.  And was he connected to Al-Qaeda in Iraq?

6    A.  Yes, sir, he was.

7    Q.  To your understanding, was he considered an Al-Qaeda in

8    Iraq operative?

9    A.  From my understanding, yes, he was, sir.

10   Q.  You told us earlier that Ramadi had been claimed as the

11   capital of Al-Qaeda in Iraq at this time.  Did your

12   battalion see any fire fight or have any other encounters

13   with Al-Qaeda in Iraq around this time frame in this area?

14   A.  Yes, sir.  From the time we arrived there -- from the

15   day we arrived in country in October until mid-April we were

16   in constant fire fights every day.

17   Q.  And was that typically with Al-Qaeda in Iraq insurgents?

18   A.  Yes, sir, it was.

19   Q.  All right.  Mr. Heekin, you should have with you a

20   couple of exhibits that I just want to confirm.  You have a

21   document that's marked PX1804 and another document --

22   A.  Yes, sir.

23   Q.  -- marked PX1824.

24   A.  Yes, sir.

25   Q.  The first one is your declaration, yes?

1   A.  Yes, sir.  1804 is my declaration.

2   Q.  The second is your plaintiff fact sheet, correct?

3   A.  1824, yes, sir, that is my plaintiff fact sheet.

4   Q.  Can you confirm that the information contained in those

5   documents are true and accurate to the best of your

6   understanding?

7   A.  Yes, sir, and I've signed these.  To the best of my

8   knowledge, they are accurate.

9   Q.  Thank you very much.

10          Is there any other information you think the Court

11  should know about this attack that we haven't already

12  covered?

13  A.  Just that the men we lost that night were good men, and

14  it shouldn't have happened that way.

15          MR. TOR:  Thank you, Mr. Heekin.

16          Your Honor, I don't have any questions.

17          THE COURT:  Okay.  Thank you, Mr. Heekin, for your

18  testimony.  What's that building in back of you, by the way?

19          THE WITNESS:  It is a Johnson & Johnson building

20  in New Jersey.  That's who I currently work for, sir.

21          THE COURT:  What do you do for them?

22          THE WITNESS:  I'm a customer service

23  representative.

24          THE COURT:  Got it.  Okay.  Thank you very much

25  for your testimony.  Have a good day.

```
1              THE WITNESS:  You, too, sir.

2              MR. TOR:  Your Honor, we have one more Zoom

3    witness.  Would now be an okay time for a break?

4              THE COURT:  Sure.  Yes.  Why don't we take a

5    break, and we're off the record.

6              (Recess taken)

7              THE COURT:  All right.  Whenever you're ready,

8    Mr. Tor.

9              MR. TOR:  Thank you, Your Honor.  We're ready to

10   call Philip Trimble by Zoom.  I believe he's in the waiting

11   room.

12             Mr. Trimble, can you hear us?

13             THE COURT:  Good morning, Mr. Trimble.

14             Good morning, sir.  Can you hear me?

15             THE WITNESS:  Yes.  Yes, sorry about that.

16             THE COURT:  Good morning.  I'm Judge Cooper.

17   Welcome to Washington virtually.  Can you see and hear me

18   okay?

19             THE WITNESS:  Yes, sir.

20             THE COURT:  All right.  If you could stand and

21   raise your right hand and be sworn in by the courtroom

22   deputy.

23                  PHILIP RYAN TRIMBLE, Sworn

24                     DIRECT EXAMINATION

25   BY MR. TOR:
```

1    Q.  All right.  Good morning, Mr. Trimble.  Please state

2    your full name.

3    A.   Philip Ryan Trimble.

4    Q.  Where are you from?

5    A.   Waverly, Iowa.

6    Q.  Are you married?

7    A.  Yes, sir.

8    Q.  And do you have children?

9    A.  Yes, sir.

10   Q.  And just to confirm, you are a plaintiff in this

11   lawsuit, correct?

12   A.  Yes, sir.

13   Q.  And you were injured in rocket fire attack on Camp

14   Travis in Baghdad on March 23, 2008; is that correct?

15   A.  Yes, sir.

16   Q.  Were you an active service member in the U.S. military

17   at that time?

18   A.  Yes, I was, sir.

19   Q.  And which branch of the military?

20   A.   I was in -- I was a member of the National Guard

21   deployed with the active duty Army to Iraq.

22   Q.  When did you enlist in the military?

23   A.   I believe my initial enlistment date was March 8th of

24   1999.

25   Q.  And did you enlist right out of high school?

1    A.  I was actually still in high school.  I left for basic

2    training three days after I graduated high school.

3    Q.  When did you complete your military service?

4    A.  It was February of 2009, sir.

5    Q.  And what was your rank?

6    A.  Specialist.

7    Q.  What was your specialty, your MOS?

8    A.  I was -- at the time of the attack I was an infantryman.

9    Q.  And at the time of the attack what was your mission in

10   Iraq?

11   A.  We were attached to the State Department to provide

12   security for high-ranking dignitaries -- it could be

13   government officials, high-ranking officers -- as they

14   conducted business outside of the Green Zone in the Red

15   Zone.

16   Q.  And you were based at Camp Travis, correct?

17   A.  Yes, that's correct.

18   Q.  And where was that located?

19   A.  Camp Travis is across the street from the U.S. Embassy

20   annex.  It literally was less than 100 feet from the embassy

21   itself.

22   Q.  Leading up to the date of the attack, was the embassy in

23   that area in the Green Zone subject to mortar and rocket

24   attacks?

25   A.  At the time of the attack I had been there for about

 1    seven months, and we had had some.  I mean, it was very --

 2    very few attacks.  But that particular day, which I will

 3    never forget, started -- it was a daily, very often, basis

 4    that we were being attacked, yes, sir.

 5    Q.  So you're saying the frequency of those attacks

 6    increased on that day and continued for some time

 7    afterwards?

 8    A.  Yes, sir.  Yes, sir.

 9    Q.  For about how long did the frequent rocket attacks last?

10    A.  We were getting attacked for several days.  I'd say

11    probably three to four weeks daily, just nonstop basically.

12    Q.  All right.  Let's talk about the day of the attack.

13    That was March 23, 2008.  That was Easter Sunday?

14    A.  Yes.  Yes, sir.

15    Q.  Okay.  At the time of the attack, were you physically at

16    Camp Travis?

17    A.  Yes.  I was -- we had just finished up a mission, and I

18    was getting cleaned up in my barracks.  And we -- I was

19    actually taking a shower when the alarms started going off;

20    so I left and tried to make my way to the bunker, yes, sir.

21    Q.  All right.  And tell us what happened next.

22    A.  I was making my way to the bunker, and there was -- when

23    you came outside of my barracks, you ran down like I think

24    it was three stairs, and I would turn right.  And you kind

25    of had to weave.

1              There was a maze of sandbags that kind of built

2      walls, I guess, up in between the barracks and around them.

3      And as I was coming out of the wall, the main parade field

4      of Camp Travis, I would -- there was a gym on one side, and

5      then the best way I can describe it is a small parking lot,

6      I guess you would say.  And then there was our company

7      headquarters.

8              And I was -- I came out from behind the -- or

9      between the barracks right as the rocket hit.  It forced me

10     back.

11             I was by myself so I'm putting part of this

12     together because next thing I know -- I flew back and was

13     knocked unconscious, and the next thing I know a friend of

14     mine was coming up behind me kind of getting me to my feet,

15     and we made our way to the barracks -- or to the bunker, I'm

16     sorry.

17     Q.  And did you receive any medical treatment for your

18     injuries?

19     A.  Yes.  So Sergeant Robert Campbell -- I'm sorry, he

20     recently committed suicide.  Sergeant Robert Campbell was

21     in the -- was in the bunker.  That was also the bunker

22     closest to his barracks.  And he provided me some

23     rudimentary care, and he told me that, you know, after we

24     were given the all clear I needed to go to the aid station,

25     and he would do a -- provide better aid for the injury, yes.

1  Q.  Other than being knocked unconscious, tell us what

2  injuries you sustained.

3  A.  So I was hit in the leg with a piece of shrapnel, and a

4  doc actually removed the shrapnel.  I have severe PTSD.  I

5  have a traumatic brain injury, and I have tinnitus in my

6  ears.

7  Q.  Was anybody killed as a result of the barrage of rockets

8  fired at the Green Zone that Easter Sunday?

9  A.  Yes.  There was -- I know there were multiple people

10  injured, and there was a civilian contractor killed that

11  day.

12  Q.  Did you have an understanding as to which insurgent

13  group fired the rockets at Camp Travis and towards the Green

14  Zone generally that day?

15  A.  After we were given the all clear, our -- and I finished

16  up getting medical aid, we were given a briefing by our

17  platoon leader and our company XO that there were -- that

18  they believed it was coming from Sadr City, from JAM, just

19  because of some of the hostilities that had been going on in

20  the area.

21  Q.  Was it your understanding that at the time Sadr City was

22  controlled by JAM and Shia militia groups?

23  A.  Yes.  There was -- not far from our embassy there was a

24  bridge that kind of went across the river and into Sadr

25  City, and we were given very specific orders.  You never --

1    if you miss your turn, you never go across that bridge

2    because of the -- JAM's power over Sadr City, yes, sir.

3    Q.  And did you receive information about Iran's support for

4    JAM and Shia militias during this time frame?

5    A.  Yes.  So we -- part of the briefing -- we received

6    multiple briefings while I was there, both before and after

7    this attack, about Iran.  And I'm not -- I'm not a political

8    person, but I -- what I understood is that Iran was

9    providing money and weapons and training to the people of

10   JAM.

11   Q.  All right.  Mr. Trimble, you should have copies of two

12   exhibits in front of you.  One is marked PX1907.  The other

13   is marked PX1910.  Do you have those two documents?

14   A.  Yes, sir.

15   Q.  And the first one, 1907, is your signed declaration in

16   this case, correct?

17   A.  Yes, sir.

18   Q.  And the other is your plaintiff fact sheet, correct?

19   A.  Yes, sir.

20   Q.  And can you confirm that you signed both of those

21   documents?

22   A.  Yes, sir, I did.

23   Q.  And the information contained in those documents is true

24   and accurate, to the best of your understanding?

25   A.  Yes, sir.

1   Q.  Mr. Trimble, is there any other information you think

2   the Court ought to know about the attack that day the

3   rocket -- the barrage of rockets in which you were injured?

4   A.  No.  No, sir.

5          MR. TOR:  Thank you very much.

6          Your Honor, I don't have anymore questions.

7          THE COURT:  Okay.  Mr. Trimble, thank you very

8   much for your testimony.  You are excused.  Have a nice

9   day.

10          THE WITNESS:  Thank you, sir.

11          MR. TOR:  Your Honor, the last of the bellwether

12   attacks for today, which is Bellwether No. 10, involved the

13   death of Adam Kohlhaas.  We don't have a plaintiff

14   testifying for that.  We do have a copy of the plaintiff

15   fact sheet signed by the legal representative of the estate

16   of Adam Kohlhaas.  That is PX2016.

17          We do also have -- we have submitted to the Court

18   a declaration of Michael Behenna that is marked PX2001.

19          And at this point, Your Honor, we are prepared to

20   call our military intelligence expert who reviewed the five

21   bellwether attacks for today.

22          THE COURT:  Very well.

23          MR. TOR:  And so plaintiffs call Mark Lee Walters

24   to the stand.

25          THE COURT:  Good morning, Mr. Walters.

1              THE WITNESS:  Good morning, sir.

2              THE COURT:  How are you?

3              THE WITNESS:  I'm well, sir.

4              THE COURT:  Good.  Please raise your right hand.

5                   COLONEL MARK LEE WALTERS, Sworn

6                        DIRECT EXAMINATION

7    BY MR. TOR:

8    Q.  Good morning.

9    A.  Good morning.

10   Q.  Tell the Court your full name.

11   A.  My name is Mark Lee Walters.

12   Q.  And, Mr. Walters, do you have a copy of your report in

13   front of you?

14   A.  Actually, I do not.  I'm sorry.

15              MR. TOR:  May I approach?

16              THE COURT:  You may.

17   Q.  Okay.  Mr. Walters, you have been retained in this case

18   on behalf of plaintiffs as a military intelligence expert,

19   correct?

20   A.  Yes.

21   Q.  Where do you currently work?

22   A.  I currently work as a contractor with the Defense Threat

23   Reduction Agency.

24   Q.  And what does that agency do?

25   A.  The aim is to support U.S. government, international

1    partners, and combatant communities in detecting and

2    deterring enemy weapons of mass destruction or emerging

3    threats.

4          And if I may, as a contractor, I just want to

5    clarify I am not representing the U.S. government or Defense

6    Threat Reduction Agency with the opinions that I'm providing

7    here.

8          THE COURT:  Does DTRA still license ITAR

9    materials?  Is that --

10          THE WITNESS:  Yes, sir, I believe so.

11          THE COURT:  Yes.

12   Q.  Did you have a military career prior to your work as a

13   contractor?

14   A.  Yes, I did.

15   Q.  Just tell us briefly about your military career.

16   A.  Sure.  I served in the United States Army for 27 years.

17   I was commissioned an officer after graduating West Point in

18   1988 and served as an infantry officer in various

19   assignments:  platoon company, battalion-level command,

20   leadership and staff positions at the battalion through U.S.

21   Army Pacific level and U.S. southern command.

22          During that tour, I also served with the Joint IED

23   Defeat Organization as a staff officer and deputy for

24   intelligence.

25   Q.  What was the highest rank you attained in the military?

1    A.  I retired as a Colonel O6.

2    Q.  What was your assignment for this case?

3    A.  Two parts.  One was to provide expert testimony in terms

4    of the evolution of Iranian support to Shia militia groups,

5    Iranian and IRGC Qods Force support to Shia militia groups,

6    and Sunni Al-Qaeda groups in attacks against U.S. forces and

7    coalition forces that resulted in their wounding or death.

8            And then specifically to render attribution

9    against the specific attacks that we were asked to examine

10   to determine were those attacks conducted by those groups

11   that were supported by Iranian or IRGC forces.

12   Q.  And you prepared reports for each of the five bellwether

13   attacks we're going to talk about today, correct?

14   A.  Yes.

15           MR. TOR:  And for the record, Your Honor, those

16   have been previously filed and admitted.  They are PX1620

17   for Bellwether Attack No. 6, PX1705 for Bellwether 7, PX1822

18   for Bellwether 8, PX1909 for Bellwether 9, and PX2015 for

19   Bellwether 10.

20   Q.  Mr. Walters, in addition to those five reports, attack-

21   specific reports, did you prepare a report summarizing your

22   and your team's qualifications and methodology you used in

23   this case?

24   A.  Yes, we did.

25           MR. TOR:  And for the record, Your Honor, that is

1     PX1002.

2     Q.  Mr. Walters, are you prepared to discuss the conclusions

3     and opinions your team reached with respect to the five

4     bellwether attacks?

5     A.  Yes, I am.

6     Q.  Will you agree to limit your testimony to opinions and

7     conclusions you and your team hold to a reasonable degree of

8     military intelligence certainty?

9     A.  Yes.

10    Q.  And, again, you're not speaking on behalf of the United

11    States government, correct?

12    A.  Correct.

13    Q.  And you are not disclosing or relying on classified

14    information you obtained during your military service,

15    correct?

16    A.  That's correct.

17    Q.  All right.  Okay.  We'll talk about your opinions in a

18    moment.  Let's talk about your qualifications.

19          So you told us briefly about your military career.

20    Let's focus on your experience in the military as it relates

21    to military intelligence.  Can you briefly summarize that

22    experience.

23    A.  Sure.  I was an infantry officer, but throughout my

24    career I either worked closely with or supervised military

25    intelligence organizations, S2 shops.  As a company

1    commander, we relied on our battalion intelligence section
2    to provide intelligence support for operations that we were
3    conducting.
4            As a battalion commander, I had an intelligence
5    section that worked directly for me led by a captain with
6    about six years of experience, a senior NCO, and then a cell
7    of about four to five soldiers that provided all source
8    intelligence analysis to support operations that we
9    conducted.  And that team worked very closely with company-
10   level intelligence elements that worked within my battalion,
11   and then as well as the brigade and higher headquarters and
12   intelligence.  So there was essentially an enterprise of
13   intelligence support that I was very intimately involved in
14   requiring and needing in terms of developing operations.
15           Then during our tour -- my tour with the Joint IED
16   Defeat Organization, we worked closely with intelligence
17   analysts in determining where were the networks that were
18   operating in Iraq and Afghanistan.
19           Briefly, JIEDDO had three portions.  It had a
20   defeat-the-device component, it had a trained force
21   component, and it had an attack network component, and that
22   component is where I worked as the deputy for the
23   intelligence section.  And so that team had up to 14
24   intelligence analysts that we supervised that were broken
25   down into teams with multiintelligence capabilities:  human

1    intelligence, signals intelligence, imagery, et cetera.

2              So my responsibility was to provide overwatch

3    and supervise products and review them before they went to

4    the United States --

5              THE COURT REPORTER:  I'm sorry?

6              THE WITNESS:  These analysts would develop

7    intelligence products that would go to support units in Iraq

8    and Afghanistan to help them understand the enemy networks

9    that were operating.

10   Q.  Did you have any deployments to Iraq during Operation

11   Iraqi Freedom?

12   A.  Yes.  I had three deployments.

13   Q.  When was your first deployment?

14   A.  My first deployment was in 2003 and 2004 actually with

15   the British Army.  I was an exchange officer and a company

16   commander in a battalion with the British Army.  That was in

17   Basrah and Maysan Province in the southern -- southeastern

18   portion of Iraq.

19             My second deployment was as a battalion commander

20   in the 101st Airborne Division in 2005 and 2006, and that

21   was in Southwest Baghdad for the year.

22             And then my third deployment was as a field team

23   leader in Baghdad, again with the Joint IED Defeat

24   Organization, in our Iraq field team in the '08/'09 period.

25   Q.  And during those three deployments in Iraq, did you

1    continue the military intelligence work that you summarized

2    for us?

3    A.  Yes, I did.

4    Q.  Anything else you'd like to share about the military

5    intelligence work you performed during those three

6    deployments?

7    A.  Maybe just to expand on the JIEDDO piece.  So even in

8    the two-plus years I was with JIEDDO we looked at all of

9    Iraq and Afghanistan, so our analysts looked at MND North in

10   the Mosul area and the western sector of Al-Anbar and then

11   all the provinces throughout Iraq.  So essentially for the

12   two and a half years that we were there we studied the enemy

13   situation and then developed the enemy networks associated

14   that were connecting attacks against U.S. coalition forces.

15   Q.  And as part of the work you were doing in Iraq, was it

16   trying to figure out which insurgent group committed various

17   attacks?

18   A.  That's correct.

19   Q.  And what was the purpose of doing that?

20   A.  Well, primarily our role in JIEDDO was to support the

21   units that were deployed down range.  So our company in a

22   battalion in Iraq would have access to intelligence, but

23   sometimes because they were deployed forward they didn't

24   have access to really the volume of intelligence that was

25   back here in the United States.

1          So these teams would take a look at a network in

2     an area -- let's say Adhamiya -- get information from that

3     unit, and then they would build out the rest of that picture

4     of what that network is to identify what was the larger

5     group.  Was it JAM?  Was it Al-Qaeda?  And then more

6     accurately what were the networks, the facilitators, the

7     bomb makers, the leaders that would help that unit really

8     identify the vulnerabilities of that network and avoid the

9     strengths of that network before they conducted operations.

10    Q.  Let's discuss the methodology you used when performing

11    military intelligence analysis.

12          MR. TOR:  Is the PowerPoint up?  Perfect.

13    Q.  So you supplied this image to me, and it's on the

14    screen.  Can you tell us what we're looking at here.

15    A.  Sure.  This describes the general intelligence cycle

16    that U.S. military staffs and organizations use when

17    applying military intelligence.  It generally starts with

18    planning and direction.  So a commander identifies the

19    objective that they want to achieve, and at that point the

20    intelligence section identifies how they want to collect

21    that information.  And that collection might be, again, as

22    we've mentioned before, human intelligence, signals

23    intelligence, imagery sources, interrogation reports.  So

24    they go out and they develop a plan to collect that data,

25    and then they process that data.

1        And typically -- so signals intelligence comes in,

2    then someone's in there defining what was said and writing a

3    report and processing it.

4        Then the next step is the analysis of that.  So

5    what does that -- looking at signals, human, et cetera, what

6    does that tell me about the enemy that we're facing.  And

7    that would turn into a product that they would disseminate

8    to headquarters providing the planning and direction over to

9    other units.

10        So that's the general cycle we follow.

11   Q.  Okay.  And is this sort of a general representation of

12   the military intelligence methodology?

13   A.  Yes, that's correct.

14   Q.  And you provided another slide, which is up on the

15   screen.  Tell us what we're looking at and why it's relevant

16   to your work in this case.

17   A.  So when you look at the analysis piece, we tried to

18   provide -- this is a framework that we often used to do a

19   more deep assessment of what that threat was.  In this case

20   it starts with what's the activity happening, and you see

21   some examples of that activity that might tell us more about

22   the enemy.  Were there IEDs or vehicle-borne IEDs?  Was it

23   an ambush or a complex attack?  So that was one factor.

24        The next factor will be where.  The threat

25   environment, where did it occur?  What do we know about the

1    neighborhood where the enemy is operating and about the

2    freedom of movement and what the local sentiment is towards

3    supporting or not supporting that threat?

4              Next we talked about the threat's capability.

5    What were they capable of performing?  How good was their

6    knowledge and understanding of applying the threat against

7    the force?  What resources did they have on hand that they

8    could draw upon in order to be a threat to where we were

9    operating to our force?  And then what was supporting them

10   in that process?

11             And then finally, what was their intention?  Was

12   their intention to create a high payoff or high profile

13   attack that was sensational, that would create news and go

14   against what we were trying to accomplish?  Was it ethnic

15   cleansing?  We talked about extrajudicial killings and

16   sectarian violence.  Or was it criminal in nature?

17             And so with those four factors, that would help us

18   determine -- again, depending on the intelligence and the

19   depth of intelligence, that would allow us to determine what

20   was the enemy that we were facing.

21             Go to the next slide, next build.  Thank you.

22             Who was that threat actor?  And depending on the

23   fidelity and the level of detail, we might be able to

24   determine the specific threat actor and then, more ideally,

25   what that network looked like.  Again, who were those key

1     players, those key nodes, and the network that would allow

2     the unit to identify those vulnerabilities which they could

3     attack or avoid the strengths that they had.

4     Q.  And did you apply this approach to your work in this

5     case using these threat assessment factors?

6     A.  Yes, we did.

7     Q.  Okay.

8             THE COURT:  Sir, are you familiar with FREs,

9     former regime elements?

10            THE WITNESS:  Yes, sir.

11            THE COURT:  And why aren't they a potential threat

12    actor on your chart?

13            THE WITNESS:  Well, it was probably we didn't --

14    we didn't make an exhaustive list.

15            But I'm familiar with the FREs, and we discussed

16    them yesterday as the Ba'athists from the Iraqi Army that

17    were upset and formed essentially cells, Sunni based.  So we

18    did recognize that they were also a threat actor --

19            THE COURT:  So this is not an exclusive list?

20            THE WITNESS:  No, sir, it's not.

21    Q.  You mentioned your team that's worked on this case.

22    Let's identify them.

23            MR. TOR:  And, Your Honor, they're in the

24    courtroom, Ron Evans and Dave Sultzer.

25            THE COURT:  Good morning, gentlemen.

 1    Q.  Have you worked with these guys before working with them

 2    on this case?

 3    A.  Yes, I have.  Dave and I served together with the Joint

 4    IED Defeat Organization during my first tour, and then now I

 5    work both with Ron and Dave with the Defense Threat

 6    Reduction Agency.

 7              MR. TOR:  Your Honor, just to summarize briefly,

 8    we have submitted the CVs and qualifications of these two

 9    gentlemen, but I just want to highlight them briefly here.

10              Mr. Evans has 36-plus years in the Department of

11    Defense, including 23 with the U.S. -- 23 years as a U.S.

12    Army military intelligence warrant officer and 13 years as a

13    senior intelligence analyst for JIEDDO with the portfolio

14    focused on Iran.

15              And in terms of his military intelligence roles,

16    he had several tours in Iraq, and he was chief of

17    interrogation and exploitation operations in Iraq -- and

18    we're going to come back to that later when we talk about

19    one of the bellwether attacks -- and he was a senior

20    intelligence analyst for the C-IED operations in Iraq.

21              Mr. Sultzer, he has 32 years of total military

22    intelligence experience, including 20 as a human

23    intelligence warrant officer and 12 as exploitation support

24    team lead for JIEDDO.  He had 11 total deployments,

25    including two in Iraq, and his military intelligence

1   experience includes being a strategic debriefer in Mosul and

2   interrogating high value individuals who were participating

3   in the interrogation operations of such individuals, in

4   particular those associated with Al-Qaeda attacks in the

5   Middle East.  In addition, he provided operational oversight

6   for Al-Qaeda designees.

7   Q.  So, Mr. Walters, can you sort of summarize your team's

8   collective military intelligence experience that you brought

9   to bear on this case.

10  A.  Sure.  So by summation, it's probably over 100 years of

11  experience, which makes me feel old all of a sudden, but

12  this includes exhaustive military instruction, professional

13  military instruction, and then at the tactical through

14  operational level, levels rather.  And then with respect to

15  intelligence, it's both the education and the application of

16  intelligence from, again, tactical and operational levels

17  that allowed us to understand the scope of what was

18  happening in Iraq based on our experience both in country as

19  well as understanding how intelligence operated that helped

20  us apply these principles as we looked at these attacks.

21  Q.  And did the three of you work together in reaching your

22  conclusions in this case?

23  A.  Yes, we did.

24  Q.  And the written reports that we submitted, do they

25  reflect your team's consensus, views, and opinions regarding

1    these five bellwether attacks?

2    A.  Yes, they do.

3    Q.  And in performing your work, your collective work on

4    this case, did your team apply the principles and methods of

5    military intelligence analysis that we went over?

6    A.  Yes, we did.

7    Q.  In terms of the features that your team considered for

8    any given attack, let's go through that.  So list out --

9    identify for us the features of a given attack that your

10   team considered to analyze it and draw your conclusions.

11   A.  Sure.  We started with the location of the attack.  That

12   often would tell us, sometimes directly indicate, who was

13   more likely to have performed the attack than not.

14          The timing of that attack as well.  It might be

15   timing with respect to a period of time, and we'll talk

16   about later the Ashura holiday.  That was critical in

17   determining who was responsible for that attack or the

18   timing of when the attack occurred with respect to where the

19   friendly force was.  Many times the enemy unfortunately

20   would learn patterns that we would -- we, U.S. forces, would

21   develop and would be able to avoid those patterns or take

22   advantage of those patterns to conduct attacks.  So we

23   considered the timing with respect to friendly.

24          We looked at the weapons that were being used.

25   Were they unique weapons to the particular organization or

1   unique weapons maybe in terms of the complexity or

2   sophistication?

3          We looked at the tactics, techniques, and

4   procedures, the TTPs.  What did they apply?  How

5   sophisticated were they?  Did they really show a level of

6   sophistication that required training, command, and control,

7   communications, that sort of thing?

8          And then we really looked for specific attribution

9   that the military provided and official reporting, either

10  through intelligence reports that we were able to gain

11  access of -- access to, rather, through FOIA or through the

12  reporting that was publicly available that we knew were from

13  military sources.  And then other sources that we felt were

14  reliable as well.

15  Q.  Well, let's talk about those.  What sources did your

16  team consider in doing your analysis in this case?

17  A.  So I mentioned earlier we looked for intelligence

18  reporting.  In some cases intelligence organizations like

19  the National Ground Intelligence Center, NGIC, had teams

20  that would provide reports and provide intelligence that

21  indicated the enemy being -- operating rather.

22          Sometimes the four-star headquarters and the

23  three-star headquarters intelligence sections would provide

24  what they called a BUA, a battle update analysis.  It would

25  essentially be an intelligence analysis of what they

1    understood the enemy was at the time that oftentimes

2    overlapped and intersected with the attacks.

3           And then, of course, the official op reps -- O-P

4    reps -- SIGACTS -- significant activity reports -- that were

5    published by U.S. CENTCOM that provided the details of what

6    happened during the specific attack, oftentimes they would

7    give us -- illuminate what we could learn about the enemy.

8           Another key factor was actually press briefings

9    that the Department of Defense held, and these were leaders

10   in Iraq, three-star, four-star headquarters leaders that

11   would share information and intelligence with the public in

12   terms of what they understood.  And, again, many times these

13   would intersect with the attacks that we were examining.

14          And then we looked at other what we believe were

15   reliable sources.  U.S. Army, Iraq -- history of the Iraq

16   War.  There were two volumes that were sponsored by the U.S.

17   Army War College that provided a lot of -- many details,

18   including interviews with commanders at the time and leaders

19   at the time that, again, showed us information about those

20   attacks that we looked at.

21          And then other publications.  The Institute for

22   the Study of War we've talked about and in the past is

23   another reputable organization, a think tank nonpartisan

24   that provided good information in terms of the situation.

25          And then some articles.  *Long War Journal* is

1    another one.  Bill Roggio is a long-standing reporter who

2    was embedded with units who provided pretty consistent

3    reporting.

4    Q.  The sources of information, the facts and data your team

5    relied upon, did you consider those to be reliable?

6    A.  Yes, we did.

7    Q.  And are they the kinds of facts and data experts in your

8    field often rely upon in forming opinions regarding military

9    intelligence analysis?

10   A.  Yes.

11   Q.  In addition to determining attribution, determining

12   which insurgent group submitted a given attack, did your

13   team also look at the role Iran played in supporting those

14   groups?

15   A.  Yes, we did.

16   Q.  Okay.  And how did you go about conducting that analysis

17   for this case?

18   A.  Very much so in the same way.  We sought official

19   reporting that would indicate Iranian support to either the

20   Shia groups or Al-Qaeda groups.  And in some cases it was

21   voluminous, particularly with Shia groups.

22           In other areas we looked at official reporting

23   from other inner agency organizations.  Department of State

24   and Department of Treasury provided insights into

25   connections between Iran with these groups.  Even the

1    Library of Congress.  The federal research division provided

2    reporting that helped us identify connections with Iran and

3    Al-Qaeda that we'll get to later.

4         So we really primarily used those as our sources,

5    and then some of the other reports, Institute for the Study

6    of War.  United States Military Academy Counterterrorism

7    Center had written reports that discussed connections

8    between Iran and these groups as well as reports I've

9    already discussed.

10   Q.  You were in the courtroom yesterday when

11   Dr. Gartenstein-Ross testified?

12   A.  Yes, I was.  Yes.

13   Q.  And did your team reach its conclusions -- regarding

14   Iran's support for the various insurgent groups, did your

15   team reach those opinions separate and independent from

16   Dr. Gartenstein-Ross's opinions?

17   A.  Yes, we did.

18   Q.  In fact, tell us when you read his report in relation to

19   when you prepared your reports.

20   A.  We read his report after we completed at least the rough

21   drafts, the final drafts of these reports.

22        MR. TOR:  Your Honor, plaintiffs offer Mr. Walters

23   as an expert in the field of military intelligence and

24   specifically with respect to providing attribution opinions

25   for terrorist attacks that occurred in Iraq between 2003 and

1    2011 as well as evaluating Iran's material support for the

2    groups that committed those attacks.

3                THE COURT:  Okay.  The Court will qualify

4    Mr. Walters to provide expert testimony in those areas.

5    Q.  Before we get into your specific opinions as they relate

6    to the five attacks, I want to provide an overview for the

7    Court of your written reports.

8                MR. TOR:  So, Ryan, if we could put up on the

9    screen PX1620.

10   Q.  Mr. Walters, that's your team's report for the

11   Bellwether Attack No. 6, the first one we're going to talk

12   about, correct?

13   A.  Yes, that's correct.

14   Q.  Okay.  So let's just go through and look at the

15   different categories of information your team analyzed and

16   understand the outline essentially of your report.

17   A.  Sure.  So we started in each report with a general

18   overview of the area where the attack occurred.  As we

19   mentioned in Baghdad, it's broken into districts.  Outside

20   of Baghdad they are broken into provinces.  We provided a

21   general overview of what those districts looked like and

22   started with a very simple description of the district, in

23   this case Kadhimiya, and the dynamics of the area that had

24   covered.

25                The next section tried to identify the predominant

1    people groups that made up that district in this case, and

2    we drew on the University -- or Columbia University Project

3    where they actually did a detailed analysis of the ethnic

4    and the demographic laydown, at least in Baghdad, of the

5    demography of that area.  So that gave us an indication of

6    the people groups.

7            Then we looked at the threat groups recognizing

8    that, in fact the same with people groups, sometimes they

9    moved and ebbed and flowed, and it depended on the year and

10   the enemy situation at the time.  So given the attack period

11   that we're addressing, we identified, generally speaking,

12   the threat groups that we would have seen operating in that

13   district at that time.

14           And then we looked at the tactics, techniques, and

15   procedures of those threat groups.  What kind of TTPs did

16   they follow when they conducted attacks against U.S.

17   coalition forces during that period of time.

18   Q.  And what was next?

19   A.  Then a general overview of the section with Iran

20   support, again, depending on the enemy group in that area.

21   So if it were a Shia militia group, where was -- where did

22   we draw connections with Iran with those groups.  And

23   oftentimes that fed into the attack attributions.

24           And then at that point, after doing the general

25   area overview, we dove into the specific attacks, and --

1    obviously starting with the overview of the plaintiffs and

2    then what we believed the Iranian support of foreign

3    terrorist organizations that were involved in the attack.

4            Next we just did a simple executive summary of our

5    opinion.  So what was our bottom line in terms of our

6    opinion with respect to attribution with respect to that

7    specific attack, and then the connection with Iran and that

8    organization.

9            Then we would summarize the attack for the reader.

10   Again, just, again, a short description of what happened

11   with respect to the plaintiffs in the case.

12           Following that, we would go through reviewing the

13   documents.  And first we'd look at the witness statement, in

14   this case it's Josh Coy in the first attack, and summarize

15   what his declaration said.

16           THE COURT:  So tell me this:  How were the attacks

17   that you analyzed collected?

18           THE WITNESS:  They were assigned to us by the

19   firm.

20           THE COURT:  So you were assigned the five attacks

21   that we're here to talk about today?

22           THE WITNESS:  Yes, sir.

23           THE COURT:  Were you assigned more than those?

24           THE WITNESS:  Not in this case, no.

25           THE COURT:  And did you analyze any other attacks

1    in this case regardless of whether you were assigned them?

2              THE WITNESS:  I personally reviewed some of the

3    attacks.  Months ago, not knowing how we're going to break

4    it up, I started to review them, but I stopped and focused

5    my effort on these five.

6              I should mention before the SIGACT report, if

7    there was a casualty report, we would review that.  But the

8    SIGACT report was that official report that we were able to

9    provide -- observe from U.S. government that provided the

10   details of what happened in the attack.

11   A.  Next we looked at press briefings.  I mentioned that

12   earlier.  Throughout Operation Iraqi Freedom the DOD held

13   routine press briefings, and so those were published and are

14   available online, so we reviewed the text and determined

15   where there might be connections with the attacks.

16             And then, as I mentioned earlier, there were other

17   documents.  In this case the U.S. Army and the Iraq Wars,

18   Volume I -- there were actually two volumes that were

19   published by the U.S. Army War College.  And then Multi-

20   National Corps-Iraq -- that's the three-star headquarters --

21   they would provide those intelligence summaries that we

22   described earlier.

23             And then after looking at all the data that came

24   in, we would draw a conclusion and summarize it here and

25   then with subbullets where we might find specific

1    attribution points we wanted to bring out.

2    Q.  Okay.  Thank you.

3         MR. TOR:  All right.  So, Your Honor, we're

4    prepared to talk about his analysis of the specific

5    bellwether attacks.  So I know we have some time before

6    lunch so maybe I'll try to get through the first one?

7         THE COURT:  Let's go until about 12:20 or so.

8         MR. TOR:  Great.

9         THE COURT:  Unless there's another natural

10   stopping point.

11        MR. TOR:  Understood.

12   BY MR. TOR:

13   Q.  All right.  Mr. Walters, we're going to talk about

14   Bellwether Attack No. 6.  And for the record, the report

15   your team authored is marked as PX1620.

16        So let's begin with the basic overview to remind

17   us of the basic details of the attack.  When did this attack

18   occur?

19   A.  The attack occurred on the 19th of February 2005.

20   Q.  And was that date significant in any way?

21   A.  That was part of the holy period but the holy day of

22   Ashura that was significant to the Shia sect of Islam.

23   Q.  And what type of attack was it that was carried out?

24   A.  So it was a complex attack.  It started with small arms

25   fire and rocket attack followed by one suicide attack.

1    Sometimes they're referred to as personnel-borne IED, PBIED.

2    We'll say "suicide attack" from now on.  And then -- that

3    was before the force arrived.

4            And then once the element arrived, a second

5    suicide bomber attacked and killed Lieutenant Malson and his

6    interpreter.

7    Q.  Where did the attack occur?

8    A.  It occurred outside the Kadhimiya mosque in the district

9    of Kadhimiya inside Baghdad.

10   Q.  Is that a Shia mosque?

11   A.  Yes, it is.

12           MR. TOR:  Ryan, can we pull up the map from his

13   report.

14   Q.  What do we see -- what does this map depict,

15   Mr. Walters?

16   A.  So this is one of the Columbia University ethno-

17   demographic laydowns, and it describes Baghdad in 2003.  It

18   was the closest dates, but what you see here is -- and

19   outlined in black is the outline of Kadhimiya district.  In

20   green are Shia majority neighborhoods, and in red were Sunni

21   majority neighborhoods.  So the location of the actual

22   attack, which is highlighted with the arrow and the

23   explosion, is just on the edge between a Shia and a Sunni

24   neighborhood.

25   Q.  Is that fact significant to your analysis?

1    A.  It is.  One, in the sense that in a Sunni neighborhood

2    we could expect that Sunni organizations, AQI, would have

3    relatively freedom of movement and a permissive environment

4    from which to launch attacks.

5              It's also significant in terms of the location,

6    the mosque.  Knowing that there would be thousands of Shia

7    pilgrims that go to the mosque during Ashura to celebrate,

8    that served as a prime location from which to attack.

9    Q.  What is your team's attribution opinion for this attack?

10   A.  We believed that that attack was conducted by an element

11   of Al-Qaeda, and specifically Al-Qaeda in Iraq.

12   Q.  And in reviewing this attack, did your team apply the

13   methodology that you used with us earlier?

14   A.  Yes, we did.

15   Q.  And the evidence on which you based your opinions, is

16   that evidence set forth in your written report?

17   A.  Yes, it is.

18   Q.  Did you consider that evidence to be reliable and

19   authoritative?

20   A.  Yes, we did.

21   Q.  And it's the kind of evidence typically relied upon by

22   military intelligence analysts?

23   A.  Yes.

24   Q.  All right.  So let's discuss in detail the basis of your

25   conclusion that this attack was likely committed by Al-Qaeda

1    in Iraq.  You did already discuss for us the significance of

2    the location and timing being outside a Shia mosque on an

3    important Shia holiday.  Anything else worth pointing out

4    with respect to the location and timing of the attack?

5    A.  Just that at the time Al-Qaeda in Iraq was the dominant

6    Sunni organization at the time, particularly in that area.

7    And really nothing more to add.

8    Q.  Okay.  What about the TTP?  What is the significance of

9    that to your analysis?

10   A.  So we understand, and it's been recorded or proven, that

11   Al-Qaeda in Iraq primarily was the only organization that

12   would employ suicide bombers.  In fact, they would typically

13   employ foreign fighters to serve as suicide fighters, or

14   they would impress locals to perform that role.  So that was

15   a specific tactic that Al-Qaeda was known for.

16              In this case, a suicide vest was the tactic they

17   used.  They used other suicide types of attack; vehicle, for

18   example.  But, again, this was a hallmark TTP that Al-Qaeda

19   in Iraq would employ.

20              I would also add the complexity of it.  It's one

21   thing for -- and they accomplished the -- conducting the --

22   a sensational event by just blowing up a suicide bomber in

23   the mosque and killing many Shia, but then to anticipate --

24   and I believe they did -- anticipate that there would be a

25   response to that attack and to wait for that response was,

1    again, a hallmark of Al-Qaeda in terms of -- it demonstrated

2    their discipline in planning knowing that they could also

3    perform a high profile attack against U.S. forces in

4    attacking that response force.

5              MR. TOR:  Ryan, can we put up on the screen PX387.

6    Q.  What are we looking at here, Mr. Walters?

7    A.  So this is one of the Department of Defense briefings

8    that we discussed earlier.

9    Q.  And what's the time frame or the date in particular?

10   A.  December 15, 2004.  And the briefer was the deputy

11   commanding general of U.S. CENTCOM, so he was the number two

12   of U.S. CENTCOM.

13   Q.  And so this is just a couple of months before the attack

14   in question.

15   A.  Yes.

16   Q.  Okay.

17             MR. TOR:  Ryan, can we pull out the highlights.

18   Q.  Okay.  Would you read the highlighted portions for us,

19   Mr. Walters.

20   A.  Sure.  I'll catch some of the -- those that are hard

21   core terrorists, like Zarqawi, who we know were leading Al-

22   Qaeda, in that group.  And then I'll skip down to the other

23   highlighted -- visible operations with VBIEDs, or vehicle-

24   borne IEDs, and the killing of large numbers of people.

25             And so what that tells me is they're identifying

1    that Zarqawi and Al-Qaeda were interested in killing as many

2    people as they could as we observed in the mosque attack.

3    Q.  What's this next highlight?

4    A.  Again, following on later in the briefing he talks about

5    so he will blow up some mosques or kill Shia in an effort to

6    try and cause the thing that we're talking about.  So,

7    again, it's a specific example of going after a Shia mosque

8    to create that sensational event.

9    Q.  So you told us about the location and timing of the TTP,

10   and then the next category of information, whether the

11   military itself made any attribution determinations for this

12   attack.  Can you speak to that topic.

13   A.  Sure.  Probably the strongest report was from their

14   battalion commander, Colonel Spiszer, who was not present

15   during the attack but immediately following, and he was

16   aware of all that was happening.  And so in his report and

17   his witness statement he talked about that, one, they were

18   aware that Al-Qaeda was going to possibly attack and kill as

19   many insurgents as they could, Shia -- sorry, I apologize,

20   kill as many Shia pilgrims as possible, and that, from his

21   opinion, it really demonstrated skill and discipline of a

22   force that had trained and prepared for this rather than

23   just a coincidence.

24                THE COURT:  So you may get to this, but why would

25   the Iranians find and attack or fund a group that attacked

1    not only U.S. service members but mass numbers of fellow

2    Shia?

3           THE WITNESS:  Well, that's a great question, Your

4    Honor, and it goes to the complicated nature of the

5    relationship.  They certainly weren't happy.  Iran would not

6    be happy that AQI was attacking Shia pilgrims, but

7    nonetheless there's still evidence -- and I can't speak to

8    what they did in response to that, but it's a strange

9    marriage of convenience as West Point CTC applies it in

10    terms of despite the fact that particularly Zarqawi attacked

11    Shia in general with a common goal of preventing the United

12    States from success in Iraq allowed them to continue to

13    support this.

14           So do I think that they specifically supported

15    that operation?  No.  But I think that the support they

16    provided in general to Al-Qaeda contributed to the attacks

17    that we've seen here.

18           MR. TOR:  And, Your Honor, for the record,

19    Mr. Walters was talking about a declaration by the battalion

20    commander, Colonel Spiszer, and that has been submitted to

21    the Court.  It's PX1603.

22    A.  And if I may, just to finish the point of Colonel

23    Spiszer, so as a battalion commander, he would have access

24    to the intelligence reporting that would confirm that it was

25    Al-Qaeda, either from his own personal resources or his

1    higher headquarters reporting that would indicate who the

2    enemy was.  So I'm very confident in his assessment in terms

3    of the attribution.

4    Q.  Okay.  So let's turn to the topic His Honor was raising,

5    the connection with Iran.  Was it your team's opinion that

6    this attack was carried out or facilitated by the material

7    support that Iran provided Al-Qaeda and Al-Qaeda in Iraq?

8    A.  Yes, it was.

9    Q.  Okay.  So let's talk about some of the evidence in

10   support of that.  We're going to try not to go over the same

11   ground that was covered yesterday with Dr. Gartenstein-Ross.

12            So, in general, what kind of support has Iran

13   documented to provide Al-Qaeda and Al-Qaeda in Iraq?

14   A.  So their support ran from supporting Al-Qaeda senior

15   leaders in Iran who could provide command and control and

16   guidance to Al-Qaeda operations to include Iraq.  There's

17   evidence that they provided funding, manpower, and

18   facilitated manpower, weapons, and equipment movement --

19   moving into Iraq, maybe from Iran or from other locations

20   such as Syria -- and the training, in some cases training

21   that supported the attacks and could be attributed to the

22   success of the attacks that we've observed.

23   Q.  Are there authoritative articles that discuss Iran's

24   support for Al-Qaeda that you and your team considered?

25   A.  Yes.

1    Q.  And what are those?

2    A.  As I mentioned earlier, the federal research division

3    from the Library of Congress worked with the Combatting

4    Terrorism Technical Support Office, CTTSO, and that's a

5    division of the assistant secretary of defense for low-

6    intensity conflict, so a government organization.  And they

7    drafted a report in 2012 specifically citing Iran's

8    intelligence service, MOIS, with providing funding and other

9    material support services to Al-Qaeda to include Al-Qaeda in

10   Iraq.

11   Q.  If I may stop you for a moment since we're on that

12   topic?

13   A.  Sure.

14   Q.  Let's put that up on the screen.

15          MR. TOR:  Ryan, that's actually PX275.

16   Q.  Is this the document you were referring to, Mr. Walters?

17   A.  Yes.  This is the Library of Congress profile of Iran's

18   ministry of intelligence and security or MOIS.

19          MR. TOR:  And, Ryan, could you go to the next part

20   that we've highlighted here.

21   Q.  Okay.  What does this tell us, the part that's

22   highlighted?

23   A.  So this MOIS provides financial, material,

24   technological, or other support services to Hamas,

25   Hezbollah, and Al-Qaeda in Iraq.  And, again, this pointed

1    specifically to Iran's intelligence service that provided

2    support to AQI.

3    Q.  Is there any other information from the U.S. government

4    that confirms Iran was providing support to Al-Qaeda,

5    particularly in the 2005 time frame?

6    A.  So MCIF or the core headquarters, the three-star

7    headquarters, drafted intelligence reports -- and we

8    discussed them yesterday, and I reviewed them separately

9    from Dr. Gartenstein-Ross -- that talked about the support

10   that Iran provided in terms of safe haven to AQI.  And so

11   that's spelled out pretty clearly.

12          There are other reports from inner agency.  And I

13   believe you're aware, Your Honor, Department of Treasury had

14   designated several individuals specifically for being

15   facilitators of support from Iran to Al-Qaeda and Al-Qaeda

16   in Iraq, and the Department of State also designated and

17   identified specific individuals and organizations as

18   providing gaining support from Iran into AQI.

19          And probably the most recent was Secretary

20   Pompeo's statement when he gave a press briefing in 2012 --

21   excuse me, January 12, 2021, where he specifically

22   identified Al-Qaeda in Iraq support, the support they gained

23   from Iran in operations.

24          MR. TOR:  Can we put up on the screen PX128,

25   please.

1    Q.  I think you were making reference to this before, but

2    tell us what this document is and what it shows.

3    A.  So this is a U.S. Treasury statement describing how --

4    what they were working to send funding to the Iraqi

5    insurgency.  It was published in 2005.

6            And here Muhsin al-Fadhli was a known facilitator

7    for Zarqawi, so I'll read it.  "Muhsin al-Fadhli's" --

8    pardon me, my pronunciation isn't as good as Dr.

9    Gartenstein-Ross -- "support for terrorism extends to Iraq

10   where he is believed to be providing support to fighters

11   against U.S. and multinational forces and is considered a

12   major facilitator connected to the brutal terrorist, Abu

13   Musab al-Zarqawi."

14   Q.  And did Iranian authorities maintain a relationship with

15   this individual?

16   A.  Yes.  They were aware of all Al-Qaeda senior leaders

17   that were operating in Iran.

18   Q.  So this individual was -- was he provided safe haven in

19   Iran during this time frame?

20   A.  Yes.

21            MR. TOR:  Can we pull up PX68.

22   Q.  Can you tell us about this document, please.

23   A.  Again, this is a specific designation where the U.S.

24   Department of Treasury designated Iran's Ministry of

25   Intelligence, MOIS, for human rights abuses and support for

1    terrorism on February 16, 2012.

2           And in the portion we have here it's, "In

3    addition, we are designating MOIS" -- the expression for

4    their intelligence service -- "for its support to terrorist

5    groups, including Al Qaeda, Al Qaeda in Iraq, Hizballah and

6    Hamas, again exposing the extent of Iran's sponsorship of

7    terrorism as a matter of Iranian state policy."

8    Q.  Thank you.

9           In light of the information your team reviewed, do

10   you have an opinion to a reasonable degree of certainty as

11   to whether Al-Qaeda in Iraq owed its success and its ability

12   to carry out this attack to Iran's material support?

13   A.  Yes.

14   Q.  And is this conclusion outlined in your written report

15   for this attack?

16   A.  Yes, it is.

17           MR. TOR:  Thank you, Your Honor.  I don't have

18   anymore questions about this specific bellwether attack.

19           THE COURT:  Why don't we move on to the next one.

20           MR. TOR:  All right.

21   Q.  Mr. Walters, we're going to talk about Bellwether Attack

22   No. 7.  Let's just do a quick overview.

23           When did this attack occur?

24   A.  This attack occurred on the 17th of September 2006.

25   Q.  What type of attack was it?

1    A.   It was an explosively formed penetrator, EFP, attack.

2    Q.   And where did it occur?

3    A.   It occurred in the Adhamiya district of Baghdad.

4    Q.   Okay.

5            MR. TOR:  Can we show a map on the screen, please.

6    Q.   Is this a map from your report?

7    A.   Yes.  Again, this is another ethnic diagram from the

8    Columbia University in early 2007, which is close to the

9    time of the attack.  And here I've outlined in black

10   Adhamiya district, which is adjacent to Sadr City, very

11   close, in fact.  And, again, areas -- the neighborhoods in

12   green are designated as Shia majority neighborhoods, and the

13   areas designated in red are Sunni majority neighborhoods.

14   So the attack you see highlighted and pointed for Herrera

15   occurred in a predominantly Shia neighborhood of Adhamiya.

16   Q.   What is your team's attribution opinion about this

17   attack?

18   A.   We conclude that this EFP attack was conducted by Shia

19   militia groups aligned with and supported by Iranian and

20   IRGC Qods Force.

21   Q.   How do we know this attack was committed using an EFP?

22   A.   Well, the first source was the official operations

23   report that was published by U.S. CENTCOM.

24           MR. TOR:  Can we put that up on the screen,

25   please.  That's PX1700.

1    Q.  So this is a standard summary.  It starts with

2    essentially the five Ws of what happened, so that first

3    portion describes that.

4              But the part that's highlighted is at 1730.  On

5    the 17th of September, EOD -- or explosive ordinance

6    disposal -- team determined that the IED was a shaped

7    charge.  Now, shaped charge is a unique device.  As the name

8    indicates, it's designed so that it creates essentially a

9    slug so when it's fired, instead of a blast of shrapnel, it

10   creates a single slug that's more lethal than a typical

11   exploding device.  Additionally, because it's a shaped

12   charge, it's likely directional.

13             We'll see and we've seen IEDs that are buried.

14   These shaped charges are generally set up on the side of the

15   road and aimed at the target they're trying to achieve.

16             So our first indication that it was possibly an

17   EFP is because EOD said it was a shaped charge.  EFP is a

18   shaped charge.  It's a shaped charge that's uniquely

19   designed and constructed by Iran and Iranians and it's even

20   more lethal than a typical shaped charge.

21             So as we looked farther in the review --

22             THE COURT:  Mr. Walters, not all shaped charges

23   are EFPs, but all EFPs are shaped charges?

24             THE WITNESS:  Yes, sir, absolutely.

25             Can I get some water?

1          Thanks.

2    A.  So our first indication was that it was at least a

3    shaped charge or in the category.  And then, when we

4    reviewed Mr. Herrera's statement, he stated, based on what

5    he understood and then what was reported to him by his

6    leadership and the intelligence individual, that he referred

7    to that it was indeed an EFP.  And my belief, sincere

8    belief, is that the leadership would know that it was an EFP

9    or not.

10          Typically this first report is right after the

11   incident, and so EOD in this case wouldn't have had an

12   opportunity to make a final determination in terms of

13   whether that shaped charge was an EFP.  So the way -- so I

14   conclude, then, based on Herrera's testimony and the fact

15   that he's referencing leaders who would know that it was an

16   EFP indicates to me that it was more than likely an EFP.

17          MR. TOR:  Can we put on the screen PX1705, Page

18   11.  It should be some photographs.

19   Q.  Okay.  Tell us about these photographs.

20   A.  Thank you.  So the other indicator is, as I mentioned,

21   EFPs were unique in that they were made of copper, and that

22   enabled it to be a more lethal and effective device.  And so

23   Mr. Herrera's report that these were copper fragments -- and

24   this is an ammo pouch that he was wearing at the time of the

25   attack -- indicates also that some of the spalding that

1   might have occurred and fragments from that EFP are attached

2   to his equipment.

3   Q.   Okay.  Let's discuss the basis of your conclusion that

4   the attack was carried out by a Shia militia group.

5        First, tell us about the area of operation and its

6   significance to your conclusion.

7   A.   Well, as I mentioned, Adhamiya is next to Sadr City, and

8   the location of the attack was very close to the border, and

9   it was in the midst of a Shia dominant neighborhood, which

10  would indicate that JAM or Shia militia groups would have

11  free range and freedom of movement and a permissive

12  environment from which to conduct attacks.

13       We also have official intelligence reporting that

14  indicated the neighborhood, which I forgot to mention was

15  Sha'ab neighborhood -- S-H-A apostrophe A-B -- was actually

16  also a dominant location for JAM and Shia militia groups

17  from which to operate.

18       And then there was another document that the

19  Multi-National Division -- the division level headquarters

20  in Baghdad -- intelligence section also identified that

21  Adhamiya, the district alone, was the second largest

22  concentration of JAM and special -- sorry, Shia military

23  groups, second only to Sadr City.

24       So given the facts, one is what we understood of

25  the location, the intelligence reporting, that helped us

1    conclude that it was more than likely a Shia militia group

2    that conducted the attack and operating in Adhamiya.

3    Q.  Did the TTP give you an indication that or evidence, I

4    should say, that supported your attribution within?

5    A.  Yes.  The use of an explosively formed penetrator, EFP,

6    was very unique and only given to Shia militia groups from

7    Iran.  So that was a telltale TTP attack method by Shia.

8           Another indicator is the fact that they hit the

9    last vehicle in the convoy.  Again, that shows --

10   demonstrates some discipline in that they wouldn't try to

11   hit the first vehicle because then there would be a friendly

12   force available to respond.  If you hit the last vehicle,

13   there's a chance that the other vehicles will move out of

14   the area of the attack and be less likely to be able to

15   respond.

16          Again, a trained organization would know that and

17   would apply that TTP.

18   Q.  Okay.  Let's talk about the connection to Iran.  Are

19   there official reports establishing Iran's involvement and

20   support for EFP attacks in Iraq?

21   A.  Yes, there are.

22          MR. TOR:  Can we put up PX336.

23   Q.  What is this document on the screen?

24   A.  So this is another DOD press briefing.  In this case

25   it's by a spokesman, Major General Caldwell, who is

1   representing the higher headquarters, Multi-National

2   Force-Iraq.  That was the four-star headquarters in Iraq at

3   the time.

4   Q.  Okay.  What does the document tell us?

5   A.  So General Caldwell briefed to the group we know that

6   the explosively formed projectiles, penetrators, are

7   manufactured in Iran.  It's clear that Iranians are

8   involved, and it's clear that materials from Iran are

9   involved.

10  Q.  So this indicates -- again, given his placement and

11  access in headquarters and his access to intelligence, he

12  would know that and have authority to describe that it was

13  Iranian made?

14          MR. TOR:  Can we put up PX333.

15  Q.  What is this document?

16  A.  So another press briefing, June 24, 2007.  Major General

17  Lynch commanded the division that was south of Baghdad known

18  as MND-Center, and that was actually a location where some

19  of these supplies were coming from Iran and being smuggled

20  into Baghdad.

21          MR. TOR:  Can we highlight the quote from this

22  article.

23  A.  So in this briefing General Lynch states, "And the EFP

24  technology and EFP munitions are clearly coming from Iran."

25          Again, his location in MND Central, which, when

1    you look at the map, consists of Babil, Wasit, Maysan, was

2    along the border with Iran.  His formation and his

3    intelligence would be able to pick up the indications of

4    those weapons systems moving from and technology moving from

5    Iran into his area of operations and into Baghdad.

6            MR. TOR:  Can we put up PX1705, Page 14.

7    Q.  Okay.  What's on the screen here?

8    A.  This is a picture of Qayis Khazali.  Qayis Khazali was a

9    leader at the time of the detention of Asa'ib Ahl al-Haq,

10   which is one of the Shia special groups or Shia militia

11   groups in addition to JAM.

12           Earlier he was a subordinate to Jaysh al Mahdi and

13   to Sadr, and then later he stood up AAH with support of

14   Iran, Asa'ib Ahl al-Haq.

15           So he was captured in 2007, and in subsequent

16   interrogations he provided a lot of information and

17   intelligence in terms of connections with Iran and Shia

18   militia groups as well as the technology that was being

19   transferred from Iran to Shia militia groups.

20   Q.  And so does this confirm Iran's support for the Shia

21   militia groups operating in Iraq around this time frame?

22   A.  It does.

23   Q.  And one of your team members, Ron Evans, was he involved

24   in overseeing the interrogation of this gentleman?

25   A.  He was.  He supervised the interrogators who sat in the

1    booth with Qayis Khazali as well as the other members that

2    were captured at the same time.

3    Q.  Are there other reliable sources or publications

4    confirming Iran's support for EFP attacks?

5    A.  Yes, there are.  There's quite a few.  I can go through

6    some of them with you, if you'd like.

7    Q.  Well, if you could just briefly mention the Volume I you

8    mentioned earlier of the U.S. Army and Iraq War.

9    A.  Okay.  As I mentioned, that volume, again, was a

10   collection, essentially a summary, of operations from 2003

11   to 2011 published by the U.S. Army War College and included

12   interviews with leaders on the ground as well as the editors

13   would go out on the ground during the war, and they

14   identified in several cases where they could confirm the use

15   of EFPs that were supplied for -- supplied by Iran to Shia

16   militia groups for attacks against U.S. forces.

17   Q.  And for the record, you made reference to that document

18   at Page 15 of your report.  And that report -- well, that

19   volume indicates that by April 2006 EFPs had proliferated

20   throughout the Iranian-supported Shia militia groups; is

21   that correct?

22   A.  That's correct.

23   Q.  And just by reference to the timing of this attack, the

24   attack in question was September of that same year, 2006,

25   correct?

1   A.  That's correct.

2   Q.  All right.  So in light of the information your team

3   reviewed for this attack, do you have an opinion to a

4   reasonable degree of certainty whether the Shia insurgents

5   who executed this EFP attack received material support from

6   Iran?

7   A.  Yes, we do.

8   Q.  And what is your opinion?

9   A.  We believe that, one, the attack was conducted by a Shia

10  militia group with an EFP and that the EFP was provided by

11  Iran to conduct the attack, and so there's like a direct

12  connection between that attack and Iranian support.

13  Q.  And is it likely that the insurgents that executed that

14  attack received training from Iran?

15  A.  It is likely.  Given the nature of the weapons system

16  and the one -- the design of it and then the application of

17  it, it's likely that they received training in order to

18  accomplish the attack.

19  Q.  Thank you, Mr. Walters.

20          MR. TOR:  Those are my questions, Your Honor,

21  regarding Bellwether Attack No. 7.

22          THE COURT:  Okay.  Maybe we should take our lunch

23  break a little early.  It's 12:10, so 1:30 we'll reconvene.

24          MR. TOR:  Thank you, Your Honor.

25          (Lunch recess taken)

1                    A F T E R N O O N   S E S S I O N

2              THE COURT:  All right.  Welcome back.

3              THE WITNESS:  Thank you, sir.

4              MR. TOR:  Thank you, Your Honor.  Before I resume

5    the examination, I did just want to clarify a matter that

6    you alluded to earlier, which is why Mr. Walters is assigned

7    to these five bellwether attacks as opposed to the others.

8              That was our design.  We wanted to provide you --

9    it was basically a random selection of five attacks for each

10   of the three experts we have, each of whom comes at it from

11   a different approach and a different methodology.  The

12   notion being we wanted to provide a representative sample

13   not just of attacks but of approaches to analyzing the

14   attacks that could then assist the special masters

15   consistent with the case management plan, and the idea was

16   that hopefully, with the Court's approval, one expert's

17   assessment would be sufficient for any given attack, and we

18   have three different methodologies that in theory would be

19   approved by the Court.

20             So that was the idea behind the distribution of

21   the experts.

22             THE COURT:  Very well.  I suspected that.

23             MR. TOR:  Okay.  I just wanted to clarify that.

24             And before we get to the next bellwether attack we

25   have a little bit of show and tell for the Court.  We wanted

1    to show this because we undertook the expense and time to

2    get these into the courtroom.  These are exemplars, and I'll

3    have Mr. Walters explain in a moment just what we're looking

4    at, but it's a follow on to the last attack, the EFP attack.

5                    COLONEL MARK LEE WALTERS, Resumed

6                    DIRECT EXAMINATION, Continued

7    BY MR. TOR:

8    Q.  So I'll turn it over to you, Mr. Walters, and tell me

9    what I've got here on the podium that we're looking at.

10   A.  Thank you.

11            So the two cones that Mr. Tor is holding are the

12   cones that are part of a shaped charge, and in this case

13   they're made of copper as opposed to steel.  So the copper

14   cones were more effective in terms of the slug and round

15   they would create once fired from the projectile.  And this

16   is unique because it required a special press to create that

17   cone, and many -- what we discovered in Iraq is a lot of

18   groups tried to do it on their own and always failed.

19            So Iran had a unique technique and unique

20   machinery that allowed them to create that unique cone, that

21   special -- excuse me, that special cone to get the true EFP

22   effect.

23            And then the other --

24            THE COURT:  And you all fabricated this as a

25   model, or was this acquired somewhere else?

1          MR. TOR:  This is from a company that makes

2     representative munitions for training exercises and

3     demonstrative purposes.  So this is sort of an exemplar or

4     demonstrative, if you will, of what an EFP might look like.

5          THE COURT:  Of course.  Got it.

6          MR. TOR:  Of course, these are inert.

7     A.  Yes, so the larger flat plate, going back to the cones,

8     would be obviously a larger EFP.

9          And then the description Mr. Herrera provided, he

10    said it was a multiple array EFP.  It was more likely it was

11    the smaller one because they could set them up along the

12    line and have them explode at the same time based on the

13    initiating system.

14          So as an example, the actual -- that's a complete

15    EFP device that you might find in the field as it would be

16    set up.  Obviously it wouldn't be open and exposed.  Then

17    you'd be able to discover it.  So the Shia militia groups

18    were able to figure out ways to camouflage.

19          In this case, that has an infrared device that,

20    when you crossed it, it would fire the EFP, and so a lot of

21    vehicle -- that's typically in many cases how they were

22    initiated.  They were victim operated.  So the vehicle would

23    pass through the passive infrared, it would set off the

24    explosion and fire into the side of the vehicle.

25          THE COURT:  So you don't have to drive over it?

1              THE WITNESS:  Correct.

2              MR. TOR:  All right.  Thanks for the explanation.

3              Okay.  Your Honor, we're going to move to

4    Bellwether Attack No. 8, and I have a correct copy for you

5    of Mr. Walters's report.  There was just a trivial mistake,

6    but we wanted to make sure you had a corrected version to

7    add to your binder.

8              THE COURT:  This is 1705?

9              MR. TOR:  It's 1822, PX1822.

10   BY MR. TOR:

11   Q.  Okay.  Mr. Walters, let's proceed.  We're talking about

12   Bellwether Attack No. 8, so please remind us when this

13   attack occurred.

14   A.  It occurred on February 22, 2007.

15             MR. TOR:  And Ryan, can we pull up PX108.  Sorry,

16   1801.  My apologies, 1801.

17   Q.  Okay.  What is this document on the screen, Mr. Walters?

18   A.  So this is what we call a story board -- pardon me, a

19   story board that in this case the Multi-National Force --

20   MNF -- West produced after the attack.  It provides the

21   basics of what they understood happened against this unit on

22   that date.  And so specifically, we're looking at the attack

23   against Sergeants Hager's and Heekin's patrol in the

24   vicinity of Ramadi on the 22nd of February 2007.

25             MR. TOR:  Can we show now PX1822, Page 10.

1   Q.  All right.  What does this map depict?

2   A.  So this is a Google Earth representation of where the

3   attack occurred in Iraq.

4        So to the left you have a red dot with a white

5   circle around it.  That's the actual location of the attack

6   against the Hager/Heekin PSD.

7        To the west is Camp Ramadi.  So that's the Ramadi

8   area.  I wanted to show where that was in reference to

9   Baghdad, which is all the way to the east, to give you an

10  idea that it's along the Tigris River leading into it.

11       The next slide is a zoomed-in picture of the

12  actual Ramadi area.  So to the east, Camp Corregidor is the

13  main camp where the patrol was moving back toward from Cop

14  Eagles Nest, which is a little farther south.  So the actual

15  attack occurred in East Ramadi where you see the red icon.

16  Q.  Thank you.  And what is your team's attribution opinion

17  with respect to this attack?

18  A.  I would like to describe -- just to fill in the gap.

19  Q.  Yes.  Let's do that.

20  A.  Yes, I should have done that.

21       In fact, if you don't mind, could you bring up

22  that story board.  That way I can --

23       MR. TOR:  That's PX1801.  I think that's ahead of

24  myself so thanks for bringing it back.

25       THE WITNESS:  That's my fault.

1    A.  So we heard from Sergeant First Class Heekin where he

2    talked about the attack against his vehicle, which was an

3    armored personnel carrier, M113.  It all started actually

4    earlier in the evening when the first convoy left, and it

5    was Task Force, 1st Battalion, 9th Infantry Marine Corps,

6    PSD, personal security detachment, for the battalion

7    commander, Lieutenant Colonel Ferry.

8            So they were moving back to return to base, and

9    while they were in route, Sergeant Hager's vehicle, who was

10   the second vehicle in the convoy, hit a pressure plate IED,

11   so in this case it was below the ground.  And when the

12   weight of the vehicle hit the contacts, it was enough weight

13   that it caused the explosion to happen underneath his

14   vehicle.  And so he was in the -- essentially the passenger

15   seat of the front of the Humvee when it was exploded and was

16   killed, and then three others were wounded in that attack.

17           After that Lieutenant Colonel Ferry called the

18   Quick Reaction Force, which led to Sergeant Heekin's

19   response.  So he left the camp with his M113 armored

20   personnel carrier, APC, with his convoy, drove out, and as

21   he described, they lost contact.

22           And there was a pretty bad sand storm, as I

23   understand it, so the visibility was very poor.  The ground

24   was very soft.  And so before he realized it, his convoy had

25   moved in front of Colonel Ferry's convoy and hit a second

1    IED.  It was also a pressure plate, and therefore victim-

2    operated, exploding underneath the M113.  So essentially you

3    had two IEDs that were buried under the ground within

4    relative proximity to each other creating the casualties.

5    Q.  And so what is your team's attribution opinion with

6    respect to this attack?

7    A.  We believe that based on what we've read, the location,

8    the TTP, the type of weapon, that it was perpetrated by Al-

9    Qaeda in Iraq against this force.

10   Q.  Okay.  Let's talk about the basis for that conclusion.

11   Tell us about the area of operation and its significance and

12   relevance to your opinion.

13   A.  So Al-Anbar province, the farthest west province, is a

14   Sunni-dominated province.  It's long been Sunni dominated

15   and continues to be.  So we knew that that has always been a

16   relatively easy area for Al-Qaeda in Iraq to operate from.

17   We heard yesterday that even as early at 2003/2004 Zarqawi

18   led operations out of Al-Anbar and continued to have a

19   presence.

20          It's interesting to note that in 2006 you may have

21   heard the expression about the awakening.  That was a case

22   where a lot of the Sunni tribes were quite frankly annoyed

23   and were tired of being coerced by Al-Qaeda to support them,

24   and they grouped together with the coalition force to fight

25   Al-Qaeda.  And to a certain extent they had success, but it

1    wasn't complete success.  And particularly in that time

2    period, 2007, there were still a lot of pockets of areas

3    where Al-Qaeda in Iraq could dominate and have freedom of

4    maneuver.  And so -- and there are lots of references we'll

5    probably talk about that speak to that.

6              So where, for example, concentrations of U.S.

7    coalition forces operated, they could control and prevent

8    Al-Qaeda, but they couldn't be everywhere.  So in a case

9    like this in a relatively rural portion of the city, Al-

10   Qaeda had easy access into and out of it to be able to bury

11   IEDs.

12   Q.  And the TTP used for this attack, how does that inform

13   your attribution opinion?

14   A.  Well, again, I think everyone -- a lot of groups used

15   IEDs, but what tells me about this is that it was a pretty

16   significant IED.  So you might have smaller IEDs that

17   smaller forces can put in a mortar round or maybe an

18   artillery round, but they were -- the force was able to find

19   munitions large enough, create a pressure plate that was in

20   the right dimension and had the time to bury it and not --

21   and avoid civilian casualties because other vehicles drive

22   over it themselves.

23             So by the fact that they were able to -- the enemy

24   was able to bury two IEDs in the right spot where a

25   coalition would be arriving and create the kind of damage

1    that it did to particularly the armored vehicle suggests

2    that it was a highly trained and highly resourced

3    organization.  Given that Al-Qaeda was dominant in the area,

4    that's where we draw our conclusion.

5              THE COURT:  So the pressure plate was calibrated

6    such that only heavier vehicles would trigger it?

7              THE WITNESS:  Yes, sir.

8              THE COURT:  And a normal car would not, and that's

9    how they avoided --

10             THE WITNESS:  It's also possible that they knew

11   where it was.  In fact, more often than that the populace

12   was aware of Al-Qaeda activity and would just avoid that

13   area because they knew that there was an IED there.  Again,

14   supporting the fact that they were not -- maybe not

15   obviously actively supporting it, but at least tacitly

16   supporting it.

17             MR. TOR:  Can we pull up PX1822, Pages 1314.

18   Q.  Can you tell us what photo we're looking at,

19   Mr. Walters.

20   A.  So we are looking at Sergeant Hager's vehicle.  So this

21   is the first Humvee that rolled over, and you can see

22   obviously the damage that it created underneath the engine

23   block.

24   Q.  And then the next photo?

25   A.  And we saw this earlier.  This is the armored personnel

1    carrier where Sergeant Heekin was operating, and so the IED

2    blew up through the back left here of the armored vehicle.

3    Q.  Let's take a look at that next photo.  Same vehicle?

4    A.  That's correct.  That's the same APC.

5              MR. TOR:  Thanks, Ryan.

6    Q.  You heard the testimony earlier today of Raleigh Heekin,

7    right?

8    A.  Yes.

9    Q.  And you also reviewed his declaration, which summarized

10   essentially the same information.  Did his declaration help

11   inform your attribution opinion?

12   A.  It did.  In his role he was a senior NCO, a platoon

13   sergeant, sergeant first class, so he would have access to

14   the kind of information and intelligence that would indicate

15   that he would understand and could accurately report that it

16   was an AQI incident.  So I found his declaration compelling

17   and convincing.

18             MR. TOR:  Can we pull up PX1803.

19   Q.  This is the declaration of Charles Ferry.  Tell us --

20   first of all, did you review this declaration for this

21   attack?

22   A.  Yes, I did.

23   Q.  Okay.  And what was significant in this declaration for

24   your opinion?

25   A.  Well, Charles Ferry was the battalion commander at the

1   time, so he was a lieutenant colonel, so he was actually on

2   site for the attack.  It was his PSD that was first

3   attacked, and then it was his QRF responding to that attack.

4   So he had, from what we would describe, placement and

5   access.

6          The other thing that he would have as a battalion

7   commander is accurate intelligence in terms of what the

8   situation was on the ground, so I'll read his portion.

9          "In October 2006, when Task Force 1-9" -- his

10  battalion -- "arrived, Ramadi was a major AQI sanctuary and

11  stronghold where the group transitioned foreign fighters,

12  equipment, supplies, and cash coming primarily from Syria

13  into the Anbar province, through Ramadi and then into

14  Baghdad."

15         And then later on he says, "Also in Ramadi, AQI

16  trained the insurgents for fighting in East Ramadi" -- which

17  was his area -- "Baghdad and other areas.  Basically, this

18  area was considered the worst, most kinetic hot spot in all

19  of Iraq at the time."

20         So, again, he would know that because he would

21  have access to this intelligence and reporting.

22         Later on with respect to TTPs, his statement is

23  pretty lengthy, and he addresses each of these categories in

24  detail, which, again, I found very convincing based on his

25  position.

1          So in this case, with respect to TTPs, "A

2     significant number of insurgents were foreign fighters that

3     had come to Ramadi through established jihadi travel

4     facilitation networks via the border crossing in Al-Qa'im."

5     And that border crossing is Syria.  "It was apparent that

6     the insurgents had been well-trained and possessed expert

7     knowledge in the use of improvised explosive devices, small

8     arms, rocket-propelled grenades and sniper weapons, and were

9     very effective in combining these in complex attacks on a

10    daily basis against our fixed positions and mounted or

11    dismounted patrols."

12         And he talks about the IEDs included various

13    materials and artillery rounds and were controlled by

14    command detonations.

15         Later he says, "As we developed methods to defeat

16    or avoid IEDs, the insurgents would adapt and employ other

17    methods, such as pressure plate switch systems and other

18    triggering and concealment methods."

19         And I'll just offer, having worked at JIEDDO, one

20    of the components was to defeat the device.  So you may have

21    read millions of hours were spent in trying to come up with

22    technical conclusions to overcome these pretty rudimentary

23    systems.  So we had a way to defeat a command detonation

24    signal remote control, so they would just turn around and

25    solve the problem with a $20 solution and create materials

 1        that would create a switch, a pressure plate switch.

 2              And this -- again, they are a pretty cunning enemy

 3        because they observed our activities and would react.  And

 4        so they were constantly watching us, assessing us, and then

 5        changing their TTPs to address what our strengths were.

 6              Later he talks about, "We found many caches in the

 7        area that contained weapons and IEDs which were determined

 8        to be of Iranian origin and production.  The weapons were

 9        determined to be recently manufactured based on their

10        condition and markings."

11              Again, he would draw that conclusion based on the

12        intelligence and the analysis that his EOD teams could do in

13        order to provide that information.

14        Q.  All right.  Let's talk about -- following up on that

15        last passage -- Iran's support for Al-Qaeda.  And I don't

16        want to repeat the material we've covered, but let's show

17        PX937, if we could.

18              All right.  Was this a document you reviewed for

19        this attack?

20        A.  Yes, and we talked about it yesterday.  This was a study

21        that the higher headquarters in Iraq performed, so probably

22        the largest intelligence cell did a detailed profile of Al-

23        Qaeda in Iraq and basically all the connections that they

24        had seen at the time in 2007.

25              MR. TOR:  And, Ryan, if you could pull up the

1    highlighted portion.

2    Q.  All right.  What does this tell us?

3    A.  So one of the captions from the very beginning, "AMZ" --

4    or Zarqawi -- "planned to use Fallujah, the heart of the

5    Sunni Triangle, as his center of operations in Iraq.  By the

6    time Baghdad fell to coalition forces, his network had

7    stockpiled tons of arms and munitions in three to five

8    locations around the city.  By September of that year, AMZ

9    was conducting training sessions for his fighters on the

10   town's outskirts.  Throughout the insurgency, Fallujah

11   remained one of JTJ" -- which was the hold name for

12   Zarqawi's network -- "/AQI's major strongholds and bases of

13   support, despite coalition operations that have temporarily

14   dislodged the rebels.  Moreover, the organization enjoyed

15   considerably more popular support in Fallujah than in any

16   other major locale."

17          And we selected this because of the timing.  This

18   was written in 2007 about the same time.  So despite the

19   success of operations to defeat AQI, in the Awakening, the

20   surge, AQI was still able to operate and conduct attacks in

21   and around Al-Anbar.

22          And Dr. DGR described that line of communication

23   that was important to them essentially all the way from the

24   Syrian border through Al-Qa'im into Haditha through

25   Fallujah, Ramadi, and into Baghdad.  It was still something

1      that they valued, so they concentrated on protecting those

2      lines of communications in order to move men, women, and

3      equipment into Baghdad.

4      Q.  Is it your team's conclusion that Iran's support for Al-

5      Qaeda around this time frame increased their operational

6      capacity that allowed them to carry out attacks like the one

7      at issue here?

8      A.  Yes, it is.

9      Q.  Okay.  Is there anything else we should discuss beyond

10     what we've already talked about in connection with this

11     attack for the Court?

12     A.  I was hoping I could readdress your question about why

13     would Iran support an attack against a Shia mosque.  And it

14     doesn't make sense to me, and it wouldn't, I don't think,

15     make sense to anyone in the western world, but I think, when

16     they look at the greater impact, if they can create chaos by

17     allowing Zarqawi to blow up a Shia mosque, that demonstrates

18     that the U.S. can't control the threat situation.

19           And despite the loss of Shia pilgrims, it's a

20     necessary sacrifice that they're making for the greater good

21     that actually, in their faith, allows them to enter into

22     heaven.

23           Now, I won't claim to be a Muslim expert, but

24     that's the general consensus of what drew -- what was some

25     of the motivation of why Iran was in that marriage of

1   convenience with Sunni groups, Al-Qaeda.

2           THE COURT:  Thank you.

3           THE WITNESS:  Sure.

4           MR. TOR:  Okay.  Let's move on to the next attack,

5   Bellwether Attack No. 9, and your report for this attack was

6   PX1909.  Just remind us, if you would, when this attack

7   occurred.

8   A.  So this attack occurred on March 23, 2008.

9   Q.  And that was Easter Sunday, correct?

10  A.  That's correct.

11  Q.  What type of attack was it?

12  A.  So this was an indirect fire attack, specifically a

13  rocket attack using 107 millimeter rockets.

14  Q.  Okay.

15          MR. TOR:  Let me -- we have another demonstrative,

16  Your Honor, if I may have one moment.

17  Q.  All right.  What are we looking at here, Mr. Walters?

18  A.  You're looking at thankfully an inert 107 millimeter

19  rocket.

20  Q.  Is this similar to the type of rocket that was involved

21  in this attack we're discussing?

22  A.  Yes.

23  Q.  What was the point of origin of the rocket fire?

24  A.  According to the official reporting, the point of origin

25  for the rocket fire was from Sadr City.

 1                 MR. TOR:  Ryan, can we pull up PX1909, Page 9.

 2    Q.  All right.  Tell us what we're looking at.

 3    A.  So this first of two maps just shows all of Baghdad.

 4    The circle on the top northeast is the point of origin from

 5    the middle of Sadr City where the rockets were fired, and

 6    the circles to the south shows -- it's not as detailed here,

 7    but six points of detonation or impact, rather, that

 8    occurred all within the international zone of Baghdad or

 9    sometimes known as the Green Zone.

10                 This is a better picture.  So essentially the

11    enemy from that point of origin fired all of their rockets,

12    and they landed in a relatively small space within the IZ

13    around that area.  And I would consider that one attack as

14    opposed to five separate attacks.

15                 MR. TOR:  Can we now pull up PX1900.

16                 THE COURT:  These are launched from a pick-up or

17    hand-held, or how --

18                 THE WITNESS:  Typically.  Sometimes in the back of

19    a pick-up they'd have like a field expedient launch

20    mechanism.  Sometimes from the ground as well.

21    Q.  Okay.  We're looking at the ops report for this attack?

22    A.  Yes.  So similar to other ops reports, this just

23    provides a general overview of what happened soon after the

24    attack.

25                 You'll note highlighted it says six times 107

1    millimeter rockets.  I'll offer that they know that because

2    each of the bases of -- the major bases had a radar system

3    that allowed them to want pick-up when the rockets were

4    coming.  In fact, Mr. Trimble talked about the alarm that

5    sounded.  That's from that counter radar, rocket rather,

6    munition warning system.

7            So in this case the radar was able to pinpoint

8    exactly where the point of origin was in Sadr City.

9            MR. TOR:  Let's go to PX1901, the IDF report.

10   Q.  First of all, what does "IDF" stand for?

11   A.  "IDF" is indirect fire report.  So sometimes the base

12   report would be that SIGACT report, and if there was further

13   information that they wanted to detail, they would create,

14   in this case, an IDF report for an artillery attack or

15   mortar attack or maybe an EOD report, if there was a

16   significant IED.

17   Q.  And what does the highlighted information tell us?

18   A.  So these are the points of origin, really one point of

19   origin, and then some of the points of impact.  And these

20   are grid designators that you can take and apply onto a

21   military map, and that's where I was able to come up with,

22   on the Google Earth map, where the origin was and where the

23   points of impact were.

24           MR. TOR:  Thank you.

25   Q.  Tell us about the significance of the area of operation

1    of Sadr City, the point of origin of these rockets.

2    A.  So as we've said before, Sadr City was a Shia-dominated

3    neighborhood and, therefore, provided freedom of movement

4    really for Shia militia groups.

5          Now, in 2008 JAM was actually transitioning in

6    Sadr and, in fact, established a no fire or cease fire.

7    However, he couldn't control all the Shia militia groups so

8    other Shia militia groups continued to conduct attacks and

9    were able to operate freely within Sadr City.  So we're

10   confident, based on the concentration of Shia, the fact that

11   it was a dominated area for JAM and special groups, that it

12   easily made sense that that was the point of origin for the

13   IDF attack.

14   Q.  And then talk about the TTP for this attack and how it

15   tells you who committed the attack.

16   A.  Again, so 107 millimeter rockets are pretty unique, and

17   they're not easily accessible, so the fact that they had

18   them and the fact that they were able to fire them from one

19   location pretty accurately and hit a pretty small area.

20         Now, it's not like a precision-guided munition

21   where it's going to hit exactly where you want it to, but it

22   was a tight enough circle that it showed, one, an

23   understanding of the capability of the weapons system and

24   the accuracy.  And the fact that it would create the biggest

25   amount of damage in the heart of U.S. strength and power,

1    the embassy complex suggests that it would -- a Shia militia

2    group would want to target that to create the largest

3    impact.

4    Q.  Based on your analysis of the available information, did

5    you conclude that Iran had been providing support to the

6    Shia militia groups likely responsible for this attack?

7    A.  Yes, we did.

8    Q.  And tell us a little bit about the basis of your opinion

9    in that regard.

10   A.  Well, there are several publications in and around that

11   time.  The first, an NCO sergeant who was working at the

12   embassy for the Office of Regional Affairs, had -- again,

13   someone who would have access to the information, the

14   intelligence -- reported in a statement that it was an

15   Iranian-supported attack from the special groups.  It was

16   oftentimes called the Easter Sunday bombings, rocket attack.

17          But even beyond that, General Petraeus, in 2007,

18   testified before Congress pointing and connecting Iranian

19   farming, training, and funding to Shia militia groups that

20   allowed them to connect to these kind of attacks.

21          And then General Bergner, who in 2007, in July,

22   was another DOD spokesman in Iraq, again specifically

23   pointed out about Iranian Revolutionary Guard Corps, IRGC,

24   were specifically responsible for training these Shia

25   militia groups and these tactics in employment of these

1    weapons systems.

2              MR. TOR:  Okay.  Let's pull up PX321.

3    Q.  First of all, what's this document?

4    A.  So this is another press release or DOD press release.

5    It was an update by a member of the Multi-National Force,

6    the three-star head -- sorry, the four-star headquarters

7    staff.  Again, this is one of those routine briefings they

8    would do for the press.  So this is March 9th, about three

9    weeks prior to the -- or less than three weeks prior to the

10   attack.

11             And so here he describes caches that were found in

12   Baghdad and referencing them back to Iran.  So in this case

13   I'll read:  "Among the items captured were 165 blocks of

14   C-4" -- those are explosives -- "19 rocket-propelled

15   grenades, 25 107 millimeter high-explosive rockets" -- like

16   the one we saw here -- "and mortar rounds of varying sizes.

17   The C-4, the explosives, and the 107 millimeter rockets were

18   assessed to have been produced in Iran sometime in 2007."

19             MR. TOR:  Can we pull up PX345.

20   A.  So this is a press conference of General Bergner who

21   traditionally did these updates provided three days after

22   the attack against the international zone.  Again, he refers

23   to the IRGC Qods Force, which was in a division of IRGC and

24   probably the most capable.

25             "We have seen the Qods Force-backed special groups

1     in particular, who have acted independently of the guidance

2     and direction that has come from the Sadr trend, and those

3     continue to be a danger to the Iraqi people, Iraqi security

4     forces and our forces as well because of their

5     indiscriminate violence, the indirect fire attacks that we

6     are all continuing to experience here in Baghdad."

7              So this talks to that Sadr trend with that cease

8     fire that he had directed.  But some of these special groups

9     or other groups ignored that cease fire order and continued

10    to conduct indirect fire attacks against the international

11    zone at that time.

12             MR. TOR:  Do we have another quote from that?

13             No, we'll move to the next document, PX392.  So we

14    did have another quote that we pulled from there.

15             THE WITNESS:  That might have been.

16             MR. TOR:  No, okay.

17             PX392, please.

18    Q.  Tell us about this document.

19    A.  So this is a week later, General Bergner, same briefer,

20    on the 2nd of April, DOD press briefing, and just reinforces

21    the point he made the week before.

22             "This violence included indirect fire attacks

23    fuelled by Iranian-backed special group criminals that

24    targeted the Baghdad neighborhoods and the International

25    Zone."

1          And I'll just say the term "special group

2     criminal," special groups, Shia militia groups were

3     generally synonymous and were used interchangeably,

4     particularly during this time.

5          MR. TOR:  All right.  Thank you.

6     Q.  In your written report for this attack, you reference

7     the 2008 report for the -- from the Institute of War.  Tell

8     us the significance of that report in terms of shedding

9     light on this attack and your opinions about the attack.

10    A.  Well, I think the Institute for the Study of War is

11    Kimberly Kagan, and that is the nonpartisan think tank that

12    spent a lot of time studying Iraq, on-site visits as well as

13    interviews.  So they concluded in 2008, so less than a year

14    later, that Iran exported rockets and provided trainers and

15    resources to allow them to be able to effectively use them.

16         And as I mentioned, you can't just pick up that

17    107 millimeter rocket and be able to fire it with any sort

18    of precision or know how to fire it.  So it took special

19    training that more than likely came from Iran, or sometimes

20    Iran wouldn't -- would send their own training teams.

21         In fact, they talked about that in one of the

22    briefings where they found some Iranian officers.  They'd

23    send mobile training teams to train the Shia groups on how

24    to use these weapons systems.

25    Q.  It's your team's conclusion that this attack, this

1    Easter Sunday attack, was likely carried out with the

2    support of Iran?

3    A.  Yes.

4    Q.  All right.  Thank you, Mr. Walters.  We'll move on to

5    the last attack we're going to talk about today, Bellwether

6    Attack 10.  Your report for this attack is PX2015.  Let's

7    talk a little more in detail about what happened in the

8    attack because we didn't have a witness on the stand to shed

9    light on it.

10            So, first of all, when did this attack occur?

11   A.  This attack occurred on April 21, 2008.

12   Q.  All right.

13            MR. TOR:  And can we pull up PX2015, please, the

14   maps.

15   Q.  Can you orient us to where the attack occurred.

16   A.  Sure.  So we're looking at the circle at the top with

17   the red icon.  That's the site where Sergeant Kohlhaas was

18   killed.  It's in the Baiji village of Salah ad-Din province,

19   so that's along the Euphrates River, and that's what that

20   dark line is that follows essentially south to north.  Down

21   towards the bottom of the picture is Baghdad just -- there

22   you go -- to give you a perspective of the distance.

23            So in this case, his platoon from the 101st

24   Brigade, 101st Airborne Division that was based out of that

25   province was conducting clearing operations in the region to

 1    defeat Al-Qaeda in the Baiji area of operations.  So during

 2    the course of their movement -- they're in MRAPs, M-R-A-P,

 3    which stands for mine-resistant ambush-protected vehicle.

 4    And those were actually a product of JIEDDO in a sense that

 5    we realized back -- well, that Humvees couldn't protect

 6    against the explosive effects of IEDs.  And early on, even

 7    in my experience when I was there in 2005, we were literally

 8    taking armor and just welding it on to offer more

 9    protection.

10          So through JIEDDO we designed new vehicles.  It

11    maximized the protection.  They might have a hole at the

12    bottom that was V-shaped that would direct the attack away

13    from the bottom and protect the bottom.  Also they were

14    considerably larger and heavier.

15          In this case, the typical MRAP was between 14 to

16    18 tons, so this is a large vehicle and very capable.

17    However, in this case, he drove over a pressure plate IED,

18    and the force of the IED was so strong it literally flipped

19    the vehicle onto its side.  The force of the impact killed

20    Sergeant Kohlhaas and another member of the platoon, and

21    thus the incident.

22          MR. TOR:  Can we pull up the ops report, PX2000.

23    A.  So, again, this is the significant activity report ops

24    report that was published following the attack, and it

25    describes, again, the underbelly IED, so buried underground,

1    against Fifth Platoon -- that's the 5 -- D Company.  The

2    first of the 327th.

3              And the top portion that we have talks about the

4    IED detonation in Salam Desert in Salah ad-Din province with

5    the grid, and that was around the Baiji area.

6              Farther down -- and this doesn't always happen,

7    but in this case it did -- the battalion intelligence

8    officer, the S2, provided an assessment of what he observed

9    and what they, as an intelligence section, observed.  So in

10   this case -- and I know it's a little lengthy, but it helps.

11   "The IED that hit the unit" -- that's his unit -- "Delta

12   1327 was most likely placed there for a significant amount

13   of time.  Looking back at the previous attacks on the route,

14   it shows that the UE" -- and in this case it's unidentified

15   enemy, UE -- "and placers used pressure switch mines in

16   order to hit CF" -- coalition forces -- "using the road to

17   travel to Salam Village.  This is the second IED on this

18   route this month and the fourth in the past two months.

19   While this route is occasionally used by coalition

20   forces" -- CF -- "the local populace near the scene of the

21   incident claim that they never travel this road for fear of

22   the explosives that are buried or hidden."

23   Q.  And you were talking about that area in connection with

24   another?

25   A.  I was.  And this is a case where the local populace is,

1    at a minimum, aware of enemy operations in the area and for

2    all intents and purposes tacitly support and avoid it as

3    much as possible.

4    Q.  Okay.  So let's speak a little bit to that, the area of

5    operation.  Was that the area in which this occurred -- the

6    Salah ad-Din province, was that an area dominated by Al-

7    Qaeda in Iraq at that time?

8    A.  So at the time in 2008, again, the U.S. was enjoying the

9    success of the Awakening where you had -- in fact even in

10   the north they called them Sons of Iraq, where these were

11   Iraqi locals who joined forces with the U.S. to join

12   patrols.  And, in fact, this patrol was operating with Sons

13   of Iraq.  You also had the benefits of the surge.  So more

14   forces on the ground spread out really hurt Al-Qaeda.

15          However, even at this time -- and there are

16   important arteries of movement, lines of communication --

17   Al-Qaeda still was able to operate with some impunity and I

18   would call a semipermissive environment that allowed them to

19   maintain those lines of communication.  So given the fact

20   that it was in that area of Salah ad-Din and along the

21   Euphrates River, and it was a key route to get to Baghdad,

22   it's reasonable to assess that Al-Qaeda was in that area and

23   could operate in the area and bury those IEDs or the IED.

24   Q.  You mentioned earlier the embedded journalist Bill

25   Roggio.  Did he address this issue in any of his reporting?

1    A.  He did.  In fact, he specifically talked to that very

2    point I just made, that while the U.S. enjoyed success in

3    MND-North, that was the area of Iraq that that division ran,

4    they were still -- still had the Al-Qaeda issue that they

5    had to deal with.

6    Q.  Let's speak briefly to the TTP and how that allows

7    you -- how that supports your attribution opinion.

8    A.  Similar to what we talked about earlier, this TTP

9    essentially -- and by the report from the intelligence

10   officer, the enemy was able to, one, implace IEDs and not

11   have them found but, secondly, find an IED large enough to

12   create the kind of damage it did to this MRAP, this 14-ton

13   vehicle.

14        Again, that's not something where you pick up an

15   artillery round from an ammo point.  That was something that

16   was ideally likely delivered and ideally located and buried

17   to create the most maximum effect.  So it demonstrates

18   training.  It demonstrates understanding of tactics and

19   understanding of U.S. operations and U.S. capabilities.

20   Q.  All right.  Let's pull up the declaration of Lieutenant

21   Behenna, PX2001.  This is a declaration from Sergeant

22   Kohlhaas's platoon leader.

23        Did you consider this gentleman's declaration in

24   doing your assessment for this attack?

25   A.  Yes.  So Lieutenant Behenna was leading the patrol at

1    the time of the attack, so he was actually present during

2    the attack against his unit that killed Sergeant Kohlhaas.

3            Secondly, as a platoon leader, I would have done

4    the same with my platoon leaders.  I would ensure that they

5    understood the enemy threat, and in his report the mission

6    was to clear Al-Qaeda in the Baiji area, so he describes

7    that.  And so I think his understanding of the enemy threat,

8    his placement and access, indicates it's Al-Qaeda and is a

9    credible source.

10   Q.  Can you highlight the passage here.  Go ahead.

11   A.  "It was well known by my battalion chain of command, the

12   battalion intel personnel, and all within the battalion, to

13   include my platoon, that Al Qaeda and/or Al Qaeda in Iraq

14   were the dominant insurgent force in our area."

15           So, again, direct connection to AQI.

16   Q.  Thank you.

17           MR. TOR:  Do we have another quote from that, or

18   is that it?

19   Q.  That was it?

20   A.  That was it.

21   Q.  Okay.

22           MR. TOR:  Can we pull up the next exhibit, 2001,

23   please.

24   Q.  All right.  What is this document, sir?

25   A.  So this is an official memorandum from the commanding

1    general of Multi-National Corps of Iraq, so the three-star

2    headquarters.  You might recognize the name.  He's now the

3    secretary of defense.  But he signed a memorandum that

4    provided a detailed description of Al-Qaeda in Iraq

5    activities in the same exact area the day before the attack

6    that killed Sergeant Kohlhaas.

7         So I'll read.  "Summary:  On 20 April 2008,

8    members of the Al Qaeda in Iraq improvised explosive devices

9    cell conducted an improvised explosive device attack on the

10   coalition forces convoy in the vicinity of Salam" -- S-A-L-

11   A-M -- "Village, Salah al-Din province, Iraq," exact same

12   area where the platoon experienced the attack the next day.

13   Q.  So is it your team's conclusion that this attack was

14   likely committed by Al-Qaeda in Iraq?

15   A.  Yes.

16   Q.  And given the level of sophistication of this attack, is

17   it likely that this was carried out with the support that

18   Al-Qaeda had been receiving from Iran?

19   A.  Yes.

20        MR. TOR:  Thank you very much, Your Honor.  Those

21   are my questions for this witness.

22        THE COURT:  Okay.  Very well.  I don't have any

23   additional questions.

24        Thank you very much for your testimony.

25        MR. TOR:  Your Honor, I think that concludes our

 1    presentation of evidence for the day.

 2              THE COURT:  All right.

 3              MR. TOR:  I hope it's not a problem that we ended

 4    as early as we did.

 5              THE COURT:  No problem whatsoever.  I've got

 6    plenty to keep me busy.

 7              MR. TOR:  Okay.

 8              MR. PAULOS:  Your Honor, just real quick, I wanted

 9    to just touch on a few things.

10              THE COURT:  Sure.

11              MR. PAULOS:  First, to remind the Court that

12    plaintiff Joel Tavera will be testifying tomorrow who is

13    going to be wearing the shorts because of his burn

14    injuries sensitivity.  He also is blind, and his father will

15    be here.  He's traveling into town right now, but his father

16    will be here to assist him so he'll have his dad in the

17    courtroom.

18              Also, as Your Honor has probably noticed, we're

19    taking the questions we're getting from you very seriously,

20    and if there's anything you'd like us to address overnight

21    or to further brief or present additional evidence on, we're

22    happy to entertain any of those questions.

23              THE COURT:  One thing that did occur to me, if we

24    do get to the compensation and the damages stage, to the

25    extent the claim is for economic damages, you know, I've

1    asked some questions about how folks are currently employed,

2    whether they have sources of income.  I assume that that

3    will be in the analysis that you all present.

4              MR. PAULOS:  Yes, Your Honor, and what we plan

5    on doing at the damages phase -- I alluded to it in kind of

6    my opening remarks -- is we do have damages experts to

7    present at that phase.  One of those is Lieutenant General

8    McCarthy, who is a 30-year retired Marine Corps general, and

9    he's an expert on economic damages to service members

10   related to career trajectories, have they stayed in the

11   military, are medically retired, and those sorts of things.

12   So we would have those types of economic calculations for

13   the Court at that time.

14             THE COURT:  All right.  If there's anything else,

15   I'll let you know.

16             MR. PAULOS:  And one other thing I wanted to just

17   let you and your court staff know, we will be providing the

18   Court with PDF files of what we're calling corrected

19   exhibits, things where we found like page number errors

20   and that sort of thing, and we'll provide the files in a

21   summary of what's been updated or corrected tomorrow as

22   well.

23             THE COURT:  All right.

24             MR. PAULOS:  Thank you very much.

25             THE COURT:  Have a good evening.

1          MR. TOR:  Thank you, Your Honor.

2               (Whereupon the hearing was

3                adjourned at 2:27 p.m.)

4

5

6          **CERTIFICATE OF OFFICIAL COURT REPORTER**

7

8          I, LISA A. MOREIRA, RDR, CRR, do hereby

9     certify that the above and foregoing constitutes a true and

10    accurate transcript of my stenographic notes and is a full,

11    true and complete transcript of the proceedings to the best

12    of my ability.

13        Dated this 22nd day of September, 2022.

14

15                              /s/Lisa A. Moreira, RDR, CRR
16                              Official Court Reporter
                                United States Courthouse
17                              Room 6718
                                333 Constitution Avenue, NW
18                              Washington, DC 20001

19

20

21

22

23

24

25

**$**

**$20** [1] - 373:25

**'**

**'08/'09** [1] - 324:24
**'90s** [1] - 279:3
**'act'** [2] - 272:10, 272:13

**/**

**/AQI's** [1] - 375:12
**/s/Lisa** [1] - 394:11

**0**

**06** [1] - 321:1

**1**

**1** [1] - 268:19
**1,057** [1] - 276:22
**1-9** [1] - 372:9
**10** [5] - 270:24, 318:12, 321:19, 365:25, 385:6
**100** [3] - 289:7, 313:20, 331:10
**1001** [1] - 268:15
**101st** [3] - 324:20, 385:23, 385:24
**107** [7] - 377:13, 377:18, 378:25, 380:16, 382:15, 382:17, 384:17
**10:30** [1] - 305:19
**11** [3] - 304:2, 330:24, 355:18
**113** [3] - 305:24, 306:14, 307:3
**11:00** [1] - 305:20
**12** [2] - 330:23, 350:21
**12:10** [1] - 361:23
**12:20** [1] - 341:7
**13** [2] - 268:5, 330:12
**1314** [1] - 370:17
**1327** [1] - 387:12
**14** [3] - 323:23, 359:6, 386:15
**14-ton** [1] - 389:12
**15** [3] - 287:15, 345:10, 360:18
**16** [1] - 352:1
**1605A** [2] - 271:11, 273:20
**165** [1] - 382:13
**17** [2] - 292:1, 293:23
**1700** [1] - 268:15
**1705** [1] - 365:8

**1730** [1] - 354:4
**17th** [2] - 352:24, 354:5
**18** [1] - 386:16
**18-2248** [1] - 270:3
**1801** [2] - 365:16
**1804** [1] - 310:1
**1822** [1] - 365:9
**1824** [1] - 310:3
**19** [5] - 282:14, 282:21, 284:7, 292:21, 382:14
**1907** [1] - 317:15
**1988** [1] - 320:18
**1999** [1] - 312:24
**19th** [1] - 341:19
**1:18-cv-02248-CRC** [1] - 268:4
**1:30** [1] - 361:23
**1st** [1] - 367:5

**2**

**2** [2] - 268:10, 272:9
**20** [4] - 278:11, 285:9, 330:22, 391:7
**20001** [2] - 268:24, 394:14
**2001** [1] - 390:22
**2002** [2] - 278:10, 282:19
**2003** [5] - 292:17, 324:14, 336:25, 342:17, 360:10
**2003/2004** [1] - 368:17
**2004** [3] - 283:3, 324:14, 345:10
**2005** [8] - 282:14, 283:3, 284:7, 324:20, 341:19, 350:5, 351:5, 386:7
**2006** [10] - 278:1, 292:2, 293:24, 303:23, 324:20, 352:24, 360:19, 360:24, 368:20, 372:9
**2007** [17] - 277:24, 283:3, 303:1, 303:12, 303:23, 304:21, 353:8, 358:16, 359:15, 365:14, 365:24, 369:2, 374:24, 375:18, 381:17, 381:21, 382:18
**2008** [10] - 283:4, 312:14, 314:13, 377:8, 380:5, 384:7, 384:13, 385:11,

**388**:8, 391:7
**2009** [1] - 313:4
**2011** [3] - 282:23, 337:1, 360:11
**2012** [3] - 349:7, 350:20, 352:1
**2013** [1] - 280:19
**2014** [1] - 303:17
**2015** [1] - 280:23
**202** [1] - 268:25
**2021** [1] - 350:21
**2022** [2] - 268:5, 394:9
**21** [1] - 385:11
**216** [1] - 268:16
**22** [4] - 303:1, 303:11, 304:21, 365:14
**229** [1] - 277:25
**22nd** [2] - 365:24, 394:9
**23** [8] - 276:13, 276:15, 303:8, 312:14, 314:13, 330:11, 377:8
**24** [1] - 358:16
**25** [2] - 277:24, 382:15
**27** [1] - 320:16
**2:27** [1] - 394:1
**2d** [3] - 277:24, 277:25, 280:18
**2nd** [1] - 383:20

**3**

**30-year** [1] - 393:7
**32** [1] - 330:21
**327th** [1] - 387:2
**333** [2] - 268:24, 394:13
**354-3187** [1] - 268:25
**36-plus** [1] - 330:10
**3d** [1] - 280:20

**4**

**44114** [1] - 268:16
**466** [1] - 277:25
**48** [1] - 280:18

**5**

**5** [1] - 387:1
**500** [1] - 268:19
**515** [1] - 277:24

**6**

**6** [4] - 270:23, 321:17, 337:11, 341:14
**6718** [2] - 268:23, 394:13
**696-3232** [1] - 268:16

**7**

**7** [4] - 303:17, 321:17, 352:22, 361:21
**782** [1] - 280:20
**78746** [1] - 268:20

**8**

**8** [3] - 321:18, 365:4, 365:12
**8701** [1] - 268:19
**8th** [1] - 312:23

**9**

**9** [4] - 280:20, 321:18, 377:5, 378:1
**90** [1] - 300:22
**947** [1] - 280:18
**9:29** [1] - 268:6
**9th** [2] - 367:5, 382:8

**A**

**a.m** [1] - 268:6
**AAH** [1] - 359:13
**AB** [1] - 356:15
**abandoned** [2] - 280:25, 281:2
**ability** [2] - 352:11, 394:8
**able** [27] - 277:1, 280:17, 296:2, 296:6, 296:15, 306:23, 328:23, 332:21, 333:10, 340:8, 357:14, 359:3, 364:17, 364:18, 369:10, 369:18, 369:23, 369:24, 375:20, 379:7, 379:21, 380:9, 380:18, 384:15, 384:17, 387:17, 389:10
**absolutely** [2] - 280:13, 354:24
**Abu** [1] - 351:12
**abuses** [1] - 351:25
**Academy** [1] - 336:6
**accent** [1] - 275:20
**access** [13] - 325:22, 325:24, 333:11, 347:23, 358:11, 369:10, 371:13, 372:5, 372:21, 381:13, 390:8
**accessible** [1] - 380:17
**accomplish** [2] -

**328**:14, 361:18
**accomplished** [1] - 344:21
**according** [1] - 377:24
**accuracy** [1] - 380:24
**accurate** [7] - 291:3, 301:17, 310:5, 310:8, 317:24, 372:7, 394:6
**accurately** [3] - 326:6, 371:15, 380:19
**achieve** [2] - 326:19, 354:15
**acquired** [1] - 363:25
**acronym** [1] - 299:19
**act** [5] - 271:18, 271:19, 271:20, 272:5, 272:7, 272:10, 272:17, 272:18, 272:25, 273:4, 273:6, 274:16, 274:20, 274:24
**Act** [1] - 281:6
**acted** [1] - 383:1
**action** [5] - 271:11, 274:18, 275:3, 275:12, 276:4, 276:9, 280:17
**actions** [4] - 275:25, 278:9, 278:11, 280:16
**active** [4] - 292:11, 303:12, 312:16, 312:21
**actively** [1] - 370:15
**activities** [2] - 374:3, 391:5
**activity** [5] - 327:20, 327:21, 334:4, 370:12, 386:23
**actor** [4] - 328:22, 328:24, 329:12, 329:18
**actor's** [2] - 272:11, 274:12
**acts** [1] - 275:2
**actual** [7] - 284:11, 342:21, 364:14, 366:5, 366:12, 366:14
**acute** [1] - 287:23
**ad** [4] - 385:18, 387:4, 388:6, 388:20
**ad-Din** [4] - 385:18, 387:4, 388:6, 388:20
**Adam** [3] - 284:22, 318:13, 318:16
**adapt** [1] - 373:16
**add** [3] - 344:7,

344:20, 365:7
**addition** [6] - 289:4,
321:20, 331:5,
335:11, 352:3,
359:11
**additional** [2] -
391:23, 392:20
**additionally** [1] -
354:11
**address** [6] - 271:7,
275:11, 275:14,
374:5, 388:25,
392:19
**addresses** [1] - 372:23
**addressing** [2] -
275:5, 338:11
**adequacy** [1] - 279:9
**adequate** [2] - 279:11,
279:14
**Adhamiya** [7] - 326:2,
353:3, 353:10,
353:15, 356:7,
356:21, 357:2
**adjacent** [1] - 353:10
**adjourned** [1] - 394:1
**adjustment** [1] - 278:6
**admitted** [1] - 321:16
**advantage** [1] - 332:22
**Affairs** [1] - 381:12
**affirmed** [1] - 280:19
**Afghanistan** [3] -
323:18, 324:8, 325:9
**afterwards** [2] - 271:2,
314:7
**Agency** [3] - 319:23,
320:6, 330:6
**agency** [3] - 319:24,
335:23, 350:12
**ago** [3] - 276:1,
308:18, 340:3
**agree** [1] - 322:6
**agreed** [1] - 273:22
**ahead** [2] - 366:23,
390:10
**Ahl** [2] - 359:9, 359:14
**ahold** [1] - 306:13
**aid** [5] - 287:9, 288:14,
315:24, 315:25,
316:16
**aim** [1] - 319:25
**aimed** [1] - 354:15
**Air** [1] - 288:18
**Airborne** [2] - 324:20,
385:24
**airport** [1] - 293:21
**Airport** [1] - 288:18
**al** [11] - 268:3, 268:7,
270:5, 299:19,
351:6, 351:7,
351:13, 359:9,

359:12, 359:14,
391:11
**Al** [80] - 290:7, 290:10,
304:7, 304:12,
304:19, 309:5,
309:7, 309:11,
309:13, 309:17,
321:6, 325:10,
326:5, 331:4, 331:6,
335:20, 336:3,
343:11, 343:25,
344:5, 344:11,
344:15, 344:18,
345:1, 345:21,
346:1, 346:18,
347:16, 347:25,
348:7, 348:13,
348:14, 348:16,
348:24, 349:9,
349:25, 350:4,
350:15, 350:22,
351:16, 352:5,
352:11, 368:8,
368:13, 368:16,
368:18, 368:23,
368:25, 369:3,
369:8, 369:9, 370:3,
370:12, 373:4,
374:15, 374:22,
375:21, 375:24,
376:4, 377:1, 386:1,
388:6, 388:14,
388:17, 388:22,
389:4, 390:6, 390:8,
390:13, 391:4,
391:8, 391:14,
391:18
**Al-Anbar** [5] - 304:12,
325:10, 368:13,
368:18, 375:21
**al-Din** [1] - 391:11
**al-Fadhli** [1] - 351:6
**al-Fadhli's** [1] - 351:7
**al-Haq** [2] - 359:9,
359:14
**Al-Qa'im** [2] - 373:4,
375:24
**Al-Qaeda** [62] - 290:7,
290:10, 304:7,
304:19, 309:5,
309:7, 309:11,
309:13, 309:17,
321:6, 326:5, 331:4,
331:6, 335:20,
336:3, 343:11,
343:25, 344:5,
344:11, 344:15,
344:18, 345:1,
346:1, 346:18,
347:16, 347:25,

348:7, 348:13,
348:14, 348:16,
348:24, 349:9,
349:25, 350:4,
350:15, 350:22,
351:16, 352:1,
368:16, 368:23,
368:25, 369:3,
369:8, 370:3,
370:12, 374:15,
377:1, 386:1,
388:14, 388:17,
388:22, 389:4,
390:6, 390:8, 391:4,
391:14, 391:18

**al-Zarqawi** [1] - 351:13
**alarm** [1] - 379:4
**alarms** [1] - 314:19
**aligned** [1] - 353:19
**alive** [2] - 296:18,
308:16
**allow** [4] - 305:9,
328:19, 329:1,
384:15
**allowed** [7] - 331:17,
347:12, 363:20,
376:6, 379:3,
381:20, 388:18
**allowing** [1] - 376:17
**allows** [2] - 376:21,
389:6
**alluded** [2] - 362:6,
393:4
**almost** [1] - 274:22
**alone** [1] - 356:21
**Alpha** [1] - 300:4
**AM** [1] - 391:11
**ambiguities** [2] -
273:11, 273:14
**ambiguity** [2] - 273:7,
273:9
**ambush** [2] - 327:23,
386:3
**ambush-protected** [1]
- 386:3
**amended** [1] - 280:25
**American** [1] - 277:12
**ammo** [2] - 355:24,
389:15
**amount** [2] - 380:25,
387:12
**AMZ** [2] - 375:3, 375:8
**analysis** [22] - 274:9,
274:21, 274:23,
278:18, 281:4,
323:8, 326:11,
327:4, 327:17,
332:5, 333:16,
333:24, 333:25,
335:9, 335:16,

338:3, 341:4,
342:25, 344:9,
374:12, 381:4, 393:2
**analyst** [2] - 330:13,
330:20
**analysts** [5] - 323:17,
323:24, 324:6,
325:9, 343:22
**analyze** [2] - 332:10,
339:25
**analyzed** [4] - 278:12,
278:19, 337:15,
339:17
**analyzing** [1] - 362:13
**Anbar** [6] - 304:12,
325:10, 368:13,
368:18, 372:13,
375:21
**ankle** [1] - 307:20
**annex** [1] - 313:20
**annoyed** [1] - 368:22
**anticipate** [2] - 344:23,
344:24
**APC** [2] - 367:20,
371:4
**apologies** [1] - 365:16
**apologize** [1] - 346:19
**apostrophe** [1] -
356:15
**apparent** [1] - 373:5
**APPEARANCES** [1] -
268:13
**appeared** [2] - 268:21,
279:18
**application** [2] -
331:15, 361:16
**applies** [1] - 347:9
**apply** [8] - 278:2,
329:4, 331:20,
332:4, 333:4,
343:12, 357:17,
379:20
**applying** [2] - 326:17,
328:6
**appointed** [1] - 278:10
**approach** [8] - 270:6,
277:21, 290:16,
298:10, 301:3,
319:15, 329:4,
362:11
**approaches** [1] -
362:13
**appropriate** [1] -
272:17
**approval** [1] - 362:16
**approved** [2] - 277:22,
362:19
**April** [5] - 309:15,
360:19, 383:20,
385:11, 391:7

**AQI** [11] - 343:2, 347:6,
350:2, 350:10,
350:18, 371:16,
372:10, 372:15,
375:19, 375:20,
390:15
**area** [60] - 285:12,
285:21, 285:23,
290:9, 293:8, 293:9,
293:19, 294:1,
294:2, 294:4,
294:21, 296:3,
296:14, 304:8,
304:18, 306:4,
306:5, 308:25,
309:13, 313:23,
316:20, 325:10,
326:2, 337:18,
337:23, 338:5,
338:20, 338:25,
344:6, 356:5,
357:14, 359:5,
366:8, 366:12,
368:11, 368:16,
370:3, 370:13,
372:17, 372:18,
374:7, 378:13,
379:25, 380:11,
380:19, 386:1,
387:5, 387:23,
388:1, 388:4, 388:5,
388:6, 388:20,
388:22, 388:23,
389:3, 390:6,
390:14, 391:5,
391:12
**areas** [7] - 293:4,
335:22, 337:4,
353:11, 353:13,
369:2, 372:17
**arguably** [1] - 279:13
**arguments** [1] -
279:19
**arising** [1] - 273:5
**arm** [4] - 297:2, 297:4,
297:7, 300:14
**armor** [1] - 386:8
**armored** [5] - 367:3,
367:19, 370:1,
370:25, 371:2
**arms** [4] - 286:13,
341:24, 373:8, 375:7
**Army** [18] - 282:16,
282:18, 284:5,
292:15, 303:15,
312:21, 320:16,
320:21, 324:15,
324:16, 329:16,
330:12, 334:15,
334:17, 340:17,

340:19, 360:8, 360:11
**array** [1] - 364:10
**arrive** [1] - 285:23
**arrived** [5] - 309:14, 309:15, 342:3, 342:4, 372:10
**arriving** [1] - 369:25
**arrow** [1] - 342:22
**arteries** [1] - 388:16
**artery** [1] - 308:15
**article** [1] - 358:22
**articles** [2] - 334:25, 348:23
**artillery** [4] - 369:18, 373:13, 379:14, 389:15
**Asa'ib** [2] - 359:9, 359:14
**ascertainability** [3] - 276:11, 276:12, 276:14
**Ashura** [7] - 286:5, 286:6, 286:7, 290:1, 332:16, 341:22, 343:7
**ASHURA** [1] - 286:8
**assess** [4] - 295:13, 296:6, 296:9, 388:22
**assessed** [1] - 382:18
**assessing** [1] - 374:4
**assessment** [6] - 327:19, 329:5, 348:2, 362:17, 387:8, 389:24
**assigned** [6] - 293:8, 339:18, 339:20, 339:23, 340:1, 362:6
**assignment** [1] - 321:2
**assignments** [1] - 320:19
**assist** [5] - 286:25, 294:21, 295:24, 362:14, 392:16
**assistance** [3] - 287:3, 287:18, 287:22
**assistant** [2] - 283:11, 349:5
**assisted** [1] - 284:4
**assisting** [1] - 300:3
**associated** [2] - 325:13, 331:4
**assume** [1] - 393:1
**assuming** [1] - 276:25
**attached** [4] - 298:15, 305:9, 313:11, 356:1
**Attack** [9] - 321:17, 337:11, 341:14, 352:21, 361:21,

365:4, 365:12, 377:5, 385:6
**attack** [194] - 271:1, 273:24, 274:2, 277:9, 277:15, 282:13, 283:5, 284:6, 284:8, 285:11, 285:12, 285:14, 285:24, 286:11, 288:4, 288:12, 289:6, 289:24, 290:11, 290:13, 292:1, 292:3, 292:11, 292:18, 292:19, 293:10, 294:15, 294:18, 294:24, 295:17, 296:19, 297:17, 298:20, 299:9, 299:15, 300:15, 300:24, 302:1, 302:25, 303:1, 303:11, 304:24, 304:25, 305:22, 308:22, 310:11, 312:13, 313:8, 313:9, 313:22, 313:25, 314:12, 314:15, 317:7, 318:2, 321:20, 323:21, 327:23, 328:13, 329:3, 332:8, 332:9, 332:11, 332:13, 332:14, 332:17, 332:18, 334:6, 335:12, 337:18, 338:10, 338:23, 339:3, 339:7, 339:9, 339:14, 340:10, 341:17, 341:19, 341:23, 341:24, 341:25, 342:2, 342:7, 342:22, 343:8, 343:9, 343:10, 343:12, 343:25, 344:4, 344:17, 344:25, 345:3, 345:13, 346:2, 346:12, 346:15, 346:18, 346:25, 348:6, 352:12, 352:15, 352:18, 352:23, 352:24, 352:25, 353:1, 353:9, 353:14, 353:17, 353:18, 353:21, 355:25, 356:4, 356:8, 357:2, 357:7, 357:14, 360:23,

360:24, 361:3, 361:5, 361:9, 361:11, 361:12, 361:14, 361:18, 362:17, 362:24, 363:4, 365:13, 365:20, 365:22, 366:3, 366:5, 366:15, 366:17, 367:2, 367:16, 368:6, 369:12, 371:21, 372:2, 372:3, 374:19, 376:11, 376:13, 377:4, 377:5, 377:6, 377:8, 377:11, 377:12, 377:13, 377:21, 378:13, 378:21, 378:24, 379:14, 379:15, 380:13, 380:14, 380:15, 381:6, 381:15, 381:16, 382:10, 382:22, 384:6, 384:9, 384:25, 385:1, 385:5, 385:6, 385:8, 385:10, 385:11, 385:15, 386:12, 386:24, 389:24, 390:1, 390:2, 391:5, 391:9, 391:12, 391:13, 391:16
**attacked** [7] - 284:19, 314:4, 314:10, 342:5, 346:25, 347:10, 372:3
**attacking** [2] - 345:4, 347:6
**Attacks** [1] - 270:23
**attacks** [60] - 274:6, 276:19, 276:22, 276:23, 279:13, 286:19, 313:24, 314:2, 314:5, 314:9, 318:12, 318:21, 321:6, 321:9, 321:10, 321:13, 322:4, 325:14, 325:17, 330:19, 331:4, 331:20, 332:1, 332:22, 334:2, 334:13, 334:20, 336:25, 337:2, 337:6, 338:16, 338:25, 339:16, 339:20, 339:25, 340:3, 340:15, 341:5, 343:4, 347:16, 348:21, 348:22,

356:12, 357:20, 360:4, 360:16, 362:7, 362:9, 362:13, 362:14, 373:9, 375:20, 376:6, 378:14, 380:8, 381:20, 383:5, 383:10, 383:22, 387:13
**attained** [1] - 320:25
**attempted** [8] - 271:11, 271:12, 272:21, 272:25, 273:2, 273:19, 274:20, 275:2
**attributed** [1] - 348:21
**attribution** [16] - 321:8, 333:8, 335:11, 336:24, 339:6, 341:1, 343:9, 346:11, 348:3, 353:16, 357:4, 366:16, 368:5, 369:13, 371:11, 389:7
**attributions** [1] - 338:23
**aunt** [1] - 279:17
**aunts** [1] - 276:20
**Austin** [2] - 268:20, 275:19
**authored** [1] - 341:15
**authoritative** [2] - 343:19, 348:23
**authorities** [1] - 351:14
**authority** [2] - 275:1, 358:12
**authorizes** [1] - 271:11
**available** [4] - 333:12, 340:14, 357:12, 381:4
**Avenue** [3] - 268:15, 268:24, 394:13
**avoid** [7] - 326:8, 329:3, 332:21, 369:21, 370:12, 373:16, 388:2
**avoided** [1] - 370:9
**Awakening** [2] - 375:19, 388:9
**awakening** [1] - 368:21
**award** [1] - 301:12
**awarded** [1] - 301:1
**aware** [7] - 271:15, 346:16, 346:18, 350:13, 351:16, 370:12, 388:1

**awoke** [1] - 287:16

## B

**Ba'athists** [1] - 329:16
**Babil** [1] - 359:1
**backed** [2] - 382:25, 383:23
**background** [1] - 292:5
**bad** [2] - 296:20, 367:22
**bag** [4] - 287:5, 287:6, 287:7, 287:9
**Baghdad** [30] - 283:16, 283:17, 293:4, 293:14, 312:14, 324:21, 324:23, 337:19, 337:20, 338:4, 342:9, 342:17, 353:3, 356:20, 358:17, 358:20, 359:5, 366:9, 372:14, 372:17, 375:6, 375:25, 376:3, 378:3, 378:6, 382:12, 383:6, 383:24, 385:21, 388:21
**Baiji** [4] - 385:18, 386:1, 387:5, 390:6
**Balad** [1] - 288:23
**ball** [3] - 288:5, 288:7, 288:8
**ballistic** [1] - 295:7
**bandaged** [1] - 288:2
**bar** [2] - 307:6, 308:12
**barracks** [6] - 314:18, 314:23, 315:2, 315:9, 315:15, 315:22
**barrage** [2] - 316:7, 318:3
**base** [3] - 288:18, 367:8, 379:11
**based** [16] - 283:20, 293:17, 313:16, 329:17, 331:18, 343:15, 355:4, 355:14, 364:12, 368:7, 372:24, 374:9, 374:11, 380:10, 381:4, 385:24
**bases** [3] - 375:12, 379:2
**basic** [3] - 313:1, 341:16, 341:17
**basics** [1] - 365:21

**basis** [7] - 276:8, 314:3, 343:24, 356:3, 368:10, 373:10, 381:8
**Basrah** [1] - 324:17
**battalion** [22] - 305:5, 308:24, 309:12, 320:19, 320:20, 323:1, 323:4, 323:10, 324:16, 324:19, 325:22, 346:14, 347:19, 347:23, 367:6, 371:25, 372:6, 372:10, 387:7, 390:11, 390:12
**Battalion** [1] - 367:5
**battalion's** [2] - 304:5, 304:6
**battalion-level** [1] - 320:19
**battle** [1] - 333:24
**battlefield** [1] - 292:24
**bear** [1] - 331:9
**bearing** [3] - 288:6, 288:7, 288:9
**bearings** [1] - 294:2
**Bee** [1] - 268:19
**BEFORE** [1] - 268:11
**began** [1] - 284:10
**begin** [3] - 270:15, 284:9, 341:16
**beginning** [2] - 272:6, 375:3
**behalf** [2] - 270:12, 319:18, 322:10
**Behenna** [3] - 318:18, 389:21, 389:25
**behind** [5] - 287:11, 305:25, 315:8, 315:14, 362:20
**belief** [2] - 355:7, 355:8
**Bellwether** [15] - 270:23, 318:12, 321:17, 321:18, 321:19, 337:11, 341:14, 352:21, 361:21, 365:4, 365:12, 377:5, 385:5
**bellwether** [11] - 271:1, 318:11, 318:21, 321:12, 322:4, 330:19, 332:1, 341:5, 352:18, 362:7, 362:24
**below** [1] - 367:11
**benefits** [1] - 388:13
**Bergner** [3] - 381:21,

382:20, 383:19
**best** [9] - 276:25, 291:3, 296:18, 301:17, 310:5, 310:7, 315:5, 317:24, 394:7
**better** [2] - 315:25, 378:10
**between** [9] - 308:12, 315:2, 315:9, 335:25, 336:8, 336:25, 342:23, 361:12, 386:15
**beyond** [2] - 376:9, 381:17
**biggest** [1] - 380:24
**Bill** [2] - 335:1, 388:24
**binder** [3] - 290:19, 301:5, 365:7
**bit** [6] - 292:5, 304:22, 306:15, 362:25, 381:8, 388:4
**black** [2] - 342:19, 353:9
**Black's** [1] - 272:12
**blast** [8] - 296:11, 297:10, 298:6, 305:16, 306:5, 307:15, 307:16, 354:9
**bled** [1] - 308:16
**bleeding** [2] - 287:19, 288:1
**blew** [2] - 306:20, 371:2
**blind** [1] - 392:14
**block** [1] - 370:23
**blocks** [1] - 382:13
**blow** [2] - 346:5, 376:17
**blowing** [1] - 344:22
**blueprint** [1] - 300:10
**board** [3] - 365:18, 365:19, 366:22
**body** [1] - 287:19
**bomb** [1] - 326:7
**bomber** [2] - 342:5, 344:22
**bombers** [1] - 344:12
**bombings** [3] - 286:13, 381:16
**booth** [1] - 360:1
**border** [5] - 356:8, 359:2, 373:4, 373:5, 375:24
**borne** [4] - 273:16, 327:22, 342:1, 345:24
**bottom** [3] - 298:6, 306:20, 307:7,

339:5, 385:21, 386:12, 386:13
**brain** [5] - 289:8, 300:17, 307:20, 307:24, 316:5
**branch** [3] - 292:14, 303:14, 312:19
**Bravo** [1] - 304:2
**bravo** [1] - 289:19
**break** [4] - 311:3, 311:5, 340:3, 361:23
**bridge** [2] - 316:24, 317:1
**brief** [2] - 275:5, 392:20
**briefed** [1] - 358:5
**briefer** [2] - 345:10, 383:19
**briefing** [10] - 278:19, 278:20, 316:16, 317:5, 346:4, 350:20, 357:24, 358:16, 358:23, 383:20
**briefings** [7] - 317:6, 334:8, 340:11, 340:13, 345:7, 382:7, 384:22
**briefly** [10] - 271:16, 276:2, 320:15, 322:19, 322:21, 323:19, 330:7, 330:9, 360:7, 389:6
**Brigade** [1] - 385:24
**brigade** [1] - 323:11
**bring** [3] - 296:23, 341:1, 366:21
**bringing** [2] - 276:3, 366:24
**British** [2] - 324:15, 324:16
**broad** [1] - 302:9
**broader** [1] - 271:19
**broken** [5] - 305:3, 305:4, 323:24, 337:19, 337:20
**BROOK** [1] - 268:3
**Brook** [1] - 270:4
**brought** [3] - 275:11, 297:25, 331:8
**brutal** [1] - 351:12
**BUA** [1] - 333:24
**build** [3] - 300:9, 326:3, 328:21
**building** [2] - 310:18, 310:19
**Building** [1] - 268:19
**built** [2] - 273:4, 315:1
**bunker** [5] - 314:20, 314:22, 315:15,

315:21
**burdens** [1] - 273:16
**buried** [5] - 354:13, 368:3, 386:25, 387:22, 389:16
**Burks** [5] - 276:17, 277:20, 279:11, 279:18, 280:7
**burn** [1] - 392:13
**burning** [1] - 296:5
**bury** [4] - 369:10, 369:20, 369:24, 388:23
**bus** [1] - 286:15
**buses** [1] - 290:3
**Bushehr** [1] - 288:18
**business** [1] - 313:14
**busy** [1] - 392:6
**BY** [8] - 282:6, 291:19, 302:18, 311:25, 319:7, 341:12, 363:7, 365:10

---

**C**

**C-4** [2] - 382:14, 382:17
**C-IED** [1] - 330:20
**CA** [1] - 268:4
**caches** [2] - 374:6, 382:11
**calculations** [1] - 393:11
**Caldwell** [3] - 357:25, 358:5
**calf** [1] - 307:17
**calibrated** [1] - 370:5
**California** [1] - 292:8
**calm** [1] - 288:3
**camouflage** [1] - 364:18
**Camp** [11] - 283:13, 283:21, 288:14, 312:13, 313:16, 313:19, 314:16, 315:4, 316:13, 366:7, 366:12
**camp** [2] - 366:13, 367:19
**Campbell** [2] - 315:19, 315:20
**candid** [1] - 281:4
**capabilities** [2] - 323:25, 389:19
**capability** [2] - 328:4, 380:23
**capable** [3] - 328:5, 382:24, 386:16
**capaciously** [1] - 273:15

**capacity** [1] - 376:6
**capital** [2] - 304:20, 309:11
**captain** [1] - 323:5
**captions** [1] - 375:3
**capture** [1] - 300:2
**captured** [5] - 300:5, 309:2, 359:15, 360:2, 382:13
**car** [3] - 285:18, 286:22, 370:8
**care** [4] - 287:23, 289:1, 294:22, 315:23
**career** [5] - 320:12, 320:15, 322:19, 322:24, 393:9
**Carolina** [1] - 292:10
**carpal** [1] - 288:19
**carried** [5] - 341:23, 348:6, 356:4, 385:1, 391:17
**carrier** [3] - 367:3, 367:20, 371:1
**carries** [1] - 272:17
**carry** [2] - 352:12, 376:6
**Case** [1] - 270:3
**case** [62] - 271:5, 271:14, 271:15, 271:24, 273:21, 273:23, 274:2, 274:6, 274:10, 274:13, 275:12, 276:17, 277:22, 279:2, 279:10, 279:19, 280:17, 280:24, 290:22, 290:25, 317:16, 319:17, 321:2, 321:23, 327:16, 327:19, 329:5, 329:21, 330:2, 331:9, 331:22, 332:4, 333:16, 335:17, 337:23, 338:1, 339:11, 339:14, 339:24, 340:1, 340:17, 344:16, 355:11, 357:24, 362:15, 363:12, 364:19, 365:19, 367:11, 368:21, 369:8, 373:1, 379:7, 379:14, 382:12, 385:23, 386:15, 386:17, 387:7, 387:10, 387:14, 387:25

**cases** [11] - 271:14, 275:25, 276:7, 278:22, 278:24, 279:3, 333:18, 335:20, 348:20, 360:14, 364:21
**cash** [1] - 372:12
**casualties** [10] - 284:21, 285:7, 286:14, 295:18, 295:19, 295:21, 305:12, 305:17, 368:4, 369:21
**casualty** [1] - 340:7
**catch** [1] - 345:20
**categories** [2] - 337:15, 372:23
**category** [2] - 346:10, 355:3
**caused** [1] - 367:13
**Cave** [1] - 268:19
**cease** [3] - 380:6, 383:7, 383:9
**ceased** [2] - 286:18, 286:19
**celebrate** [2] - 290:4, 343:7
**cell** [3] - 323:6, 374:22, 391:9
**cells** [1] - 329:17
**CENTCOM** [4] - 334:5, 345:11, 345:12, 353:23
**center** [1] - 375:5
**Center** [3] - 333:19, 336:7, 358:18
**Central** [1] - 358:25
**certain** [1] - 368:25
**certainly** [1] - 347:5
**certainty** [3] - 322:8, 352:10, 361:4
**CERTIFICATE** [1] - 394:2
**certification** [3] - 278:17, 278:21, 279:20
**certified** [4] - 277:6, 278:24, 279:2, 281:5
**certify** [1] - 394:5
**cetera** [3] - 276:20, 324:1, 327:5
**CF** [2] - 387:16, 387:20
**CHAD** [1] - 268:18
**Chad** [1] - 275:13
**chain** [1] - 390:11
**chained** [1] - 299:5
**chambers** [1] - 271:24
**chance** [1] - 357:13
**changing** [1] - 374:5
**chaos** [1] - 376:16

**charge** [10] - 354:7, 354:12, 354:17, 354:18, 354:20, 355:3, 355:13, 363:12
**charges** [3] - 354:14, 354:22, 354:23
**Charles** [2] - 371:19, 371:25
**chart** [1] - 329:12
**check** [3] - 284:21, 285:7, 286:21
**checking** [1] - 287:19
**cheer** [1] - 281:16
**chief** [1] - 330:16
**child** [2] - 279:17, 287:2
**children** [3] - 276:20, 303:9, 312:8
**choking** [1] - 295:5
**Christopher** [1] - 270:4
**CHRISTOPHER** [2] - 268:3, 268:11
**circle** [4] - 366:5, 378:4, 380:22, 385:16
**circles** [1] - 378:6
**Circuit** [2] - 273:10, 280:23
**circumstance** [1] - 274:19
**cites** [1] - 277:23
**citing** [1] - 349:7
**citizens** [1] - 284:1
**city** [4] - 304:7, 305:2, 369:9, 375:8
**City** [17] - 293:9, 293:12, 293:14, 294:23, 316:18, 316:21, 316:25, 317:2, 353:10, 356:7, 356:23, 377:25, 378:5, 379:8, 380:1, 380:2, 380:9
**civilian** [2] - 316:10, 369:21
**civilians** [1] - 286:21
**claim** [6] - 273:5, 273:6, 276:19, 376:23, 387:21, 392:24
**claimed** [3] - 304:17, 304:20, 309:10
**clarify** [5] - 297:9, 306:1, 320:5, 362:5, 362:23
**Class** [1] - 367:1
**class** [33] - 275:11,

275:24, 276:3, 276:9, 276:16, 276:18, 277:6, 277:10, 278:4, 278:7, 278:9, 278:10, 278:11, 278:14, 278:24, 279:10, 279:11, 279:12, 279:20, 280:7, 280:8, 280:10, 280:16, 280:25, 281:2, 281:5, 285:21, 303:25, 371:13
**classified** [1] - 322:13
**cleaned** [1] - 314:18
**cleansing** [1] - 328:15
**clear** [6] - 286:20, 315:24, 316:15, 358:7, 358:8, 390:6
**clearing** [1] - 385:25
**clearly** [2] - 350:11, 358:24
**clerk** [1] - 271:23
**clerks** [1] - 279:8
**Cleveland** [1] - 268:16
**client** [1] - 270:25
**clients** [2] - 270:24, 280:9
**close** [3] - 353:8, 353:11, 356:8
**closely** [3] - 322:24, 323:9, 323:16
**closer** [1] - 305:20
**closest** [2] - 315:22, 342:18
**CLS** [3] - 287:4, 287:7, 323:1, 323:4
**co** [1] - 275:13
**co-counsel** [1] - 275:13
**coalition** [11] - 321:7, 325:14, 338:17, 368:24, 369:7, 369:25, 375:6, 375:13, 387:16, 387:19, 391:10
**coerced** [1] - 368:23
**coincidence** [1] - 346:23
**collapsed** [1] - 296:24
**colleague** [1] - 296:13
**colleagues** [1] - 270:7
**collect** [2] - 326:20, 326:24
**collected** [1] - 339:17
**collection** [2] - 326:21, 360:10
**collective** [2] - 331:8, 332:3

**College** [3] - 334:17, 340:19, 360:11
**colonel** [2] - 306:11, 372:1
**Colonel** [7] - 321:1, 346:14, 347:20, 347:22, 367:7, 367:17, 367:25
**COLONEL** [3] - 269:10, 319:5, 363:5
**Colorado** [2] - 303:4, 303:6
**Columbia** [3] - 338:2, 342:16, 353:8
**COLUMBIA** [1] - 268:1
**combat** [1] - 287:9
**combatant** [1] - 320:1
**Combatting** [1] - 349:3
**combining** [1] - 373:9
**coming** [11] - 271:15, 290:1, 295:7, 296:4, 315:3, 315:14, 316:18, 358:19, 358:24, 372:12, 379:4
**command** [7] - 320:19, 320:21, 333:6, 348:15, 373:14, 373:23, 390:11
**commanded** [1] - 358:17
**commander** [17] - 284:25, 285:1, 285:2, 285:7, 292:24, 308:23, 323:1, 323:4, 324:16, 324:19, 326:18, 346:14, 347:20, 347:23, 367:7, 371:25, 372:7
**commander's** [1] - 305:5
**commanders** [1] - 334:18
**commanding** [2] - 345:11, 390:25
**commissioned** [1] - 320:17
**committed** [8] - 299:15, 315:20, 325:16, 337:2, 343:25, 353:21, 380:15, 391:14
**common** [1] - 347:11
**communicate** [1] - 295:14
**communication** [3] - 375:22, 388:16,

388:19
**communications** [5] - 295:16, 295:20, 306:6, 333:7, 376:2
**communities** [1] - 320:1
**company** [9] - 308:23, 315:6, 316:17, 320:19, 322:25, 323:9, 324:15, 325:21, 364:1
**Company** [1] - 387:1
**compartment** [2] - 308:12, 308:13
**compelling** [1] - 371:16
**compensation** [1] - 392:23
**complaint** [1] - 280:25
**complete** [5] - 282:22, 313:3, 364:14, 369:1, 394:7
**completed** [1] - 336:20
**completely** [1] - 278:18
**complex** [4] - 327:23, 341:24, 373:9, 381:1
**complexity** [2] - 333:1, 344:20
**complicated** [1] - 347:4
**component** [4] - 323:20, 323:21, 323:22
**components** [1] - 373:20
**concealment** [1] - 373:18
**concentrated** [1] - 376:1
**concentration** [2] - 356:22, 380:10
**concentrations** [1] - 369:6
**concept** [1] - 272:12
**conclude** [4] - 353:18, 355:14, 357:1, 381:5
**concluded** [1] - 384:13
**concludes** [1] - 391:25
**conclusion** [12] - 274:17, 340:24, 343:25, 352:14, 356:3, 356:6, 368:10, 370:4, 374:11, 376:4, 384:25, 391:13
**conclusions** [6] - 322:2, 322:7,

331:22, 332:10, 336:13, 373:22
**concussion** [3] - 297:2, 307:15, 307:22
**condition** [1] - 374:10
**conduct** [6] - 332:22, 356:12, 361:11, 375:20, 380:8, 383:10
**conducted** [11] - 288:19, 313:14, 321:10, 323:9, 326:9, 338:16, 343:10, 353:18, 357:2, 361:9, 391:9
**conducting** [5] - 323:3, 335:16, 344:21, 375:9, 385:25
**cone** [3] - 363:17, 363:20, 363:21
**cones** [4] - 363:11, 363:12, 363:14, 364:7
**conference** [1] - 382:20
**confident** [2] - 348:2, 380:10
**confirm** [14] - 290:20, 290:24, 298:21, 299:4, 301:16, 304:11, 307:22, 309:20, 310:4, 312:10, 317:20, 347:24, 359:20, 360:14
**confirming** [1] - 360:4
**confirms** [1] - 350:4
**conflict** [1] - 349:6
**Congress** [5] - 274:18, 336:1, 349:3, 349:17, 381:18
**Congress's** [1] - 273:15
**conjunction** [1] - 274:16
**connect** [2] - 274:14, 381:20
**connected** [2] - 309:5, 351:12
**connecting** [2] - 325:14, 381:18
**connection** [7] - 339:7, 348:5, 357:18, 361:12, 376:10, 387:23, 390:15
**connections** [7] - 335:25, 336:2,

336:7, 338:22, 340:15, 359:17, 374:23
**consensus** [2] - 331:25, 376:24
**consider** [5] - 333:16, 335:5, 343:18, 378:13, 389:23
**considerably** [2] - 375:15, 386:14
**considered** [8] - 293:4, 309:7, 332:7, 332:10, 332:23, 348:24, 351:11, 372:18
**consistent** [3] - 297:24, 335:2, 362:15
**consistently** [1] - 273:18
**consists** [1] - 359:1
**constant** [1] - 309:16
**constantly** [1] - 374:4
**constitutes** [1] - 394:5
**Constitution** [2] - 268:24, 394:13
**constructed** [1] - 354:19
**consummated** [1] - 272:20
**contact** [1] - 367:21
**contacts** [1] - 367:12
**contained** [5] - 291:2, 301:16, 310:4, 317:23, 374:7
**contemplates** [1] - 273:5
**context** [5] - 273:25, 274:7, 275:12, 275:25, 280:16
**continue** [3] - 325:1, 347:12, 383:3
**Continued** [1] - 363:6
**continued** [4] - 314:6, 368:18, 380:8, 383:9
**continues** [1] - 368:15
**continuing** [1] - 383:6
**contractor** [4] - 316:10, 319:22, 320:4, 320:13
**contributed** [1] - 347:16
**control** [7] - 304:6, 333:6, 348:15, 369:7, 373:24, 376:18, 380:7
**controlled** [2] - 316:22, 373:13
**convenience** [2] - 347:9, 377:1

**convey** [1] - 305:21
**convincing** [2] - 371:17, 372:24
**convoy** [15] - 285:1, 285:2, 294:5, 294:6, 305:5, 305:15, 305:23, 306:11, 357:9, 367:4, 367:10, 367:20, 367:24, 367:25, 391:10
**convoyed** [1] - 290:3
**COOPER** [1] - 268:11
**Cooper** [1] - 311:16
**Cop** [1] - 366:13
**copies** [1] - 317:11
**copper** [9] - 298:17, 298:18, 298:19, 298:21, 299:1, 355:21, 355:23, 363:13
**Copper** [2] - 293:12, 295:2
**copy** [3] - 318:14, 319:12, 365:4
**core** [2] - 345:21, 350:6
**Corps** [5] - 340:20, 367:5, 381:23, 391:1, 393:7
**Corps-Iraq** [1] - 340:20
**correct** [58] - 273:3, 283:19, 284:23, 286:9, 293:15, 293:20, 293:22, 294:14, 294:16, 297:6, 297:11, 297:20, 298:22, 299:5, 299:10, 299:13, 299:20, 300:18, 300:20, 300:25, 301:6, 301:7, 301:8, 301:9, 301:11, 301:13, 301:14, 301:22, 301:23, 304:12, 307:23, 308:19, 310:2, 312:11, 312:14, 313:16, 313:17, 317:16, 317:18, 319:19, 321:13, 322:11, 322:12, 322:15, 322:16, 325:18, 327:13, 337:12, 337:13, 360:21, 360:22, 360:25, 361:1, 365:1, 365:4, 371:4, 377:9, 377:10

**corrected** [3] - 365:6, 393:17, 393:20
**Corregidor** [1] - 366:12
**counsel** [4] - 270:6, 275:13, 278:11, 280:9
**counter** [1] - 379:5
**Counterterrorism** [1] - 336:6
**country** [4] - 290:4, 293:25, 309:15, 331:18
**couple** [4] - 271:8, 294:1, 309:20, 345:13
**course** [4] - 334:3, 364:5, 364:6, 386:2
**COURT** [94] - 268:1, 270:9, 270:11, 270:14, 270:17, 270:21, 271:9, 271:22, 272:2, 272:24, 274:11, 275:7, 275:9, 275:15, 275:18, 277:17, 277:19, 278:14, 279:5, 279:25, 280:4, 280:6, 280:11, 280:21, 281:7, 281:9, 281:13, 281:18, 281:22, 281:25, 282:2, 290:18, 291:8, 291:14, 298:1, 298:3, 298:8, 298:12, 301:4, 302:4, 302:8, 302:11, 302:13, 310:17, 310:21, 310:24, 311:4, 311:7, 311:13, 311:16, 311:20, 318:7, 318:22, 318:25, 319:2, 319:4, 319:16, 320:8, 320:11, 324:5, 329:8, 329:11, 329:19, 329:25, 337:3, 339:16, 339:20, 339:23, 339:25, 341:7, 341:9, 346:24, 352:19, 354:22, 361:22, 362:2, 362:22, 363:24, 364:5, 364:25, 365:8, 370:5, 370:8, 377:2,

378:16, 391:22, 392:2, 392:5, 392:10, 392:22, 393:13, 393:21, 393:23, 394:2
**court** [3] - 271:3, 278:1, 393:16
**Court** [27] - 268:22, 268:23, 271:14, 271:15, 275:1, 275:14, 277:24, 280:19, 282:9, 291:22, 298:13, 302:1, 304:22, 310:10, 318:2, 318:17, 319:10, 337:3, 337:7, 347:21, 362:19, 362:25, 376:11, 392:11, 393:11, 393:17, 394:12
**Court's** [2] - 271:7, 362:16
**Courthouse** [2] - 268:23, 394:12
**courtroom** [8] - 275:13, 302:10, 304:10, 311:21, 329:24, 336:10, 363:2, 392:16
**COURTROOM** [1] - 270:2
**Courts** [2] - 273:10, 273:14
**courts** [2] - 273:18, 276:13
**covered** [4] - 310:12, 337:24, 348:11, 374:16
**covering** [1] - 279:22
**COY** [2] - 269:4, 282:4
**Coy** [10] - 281:23, 282:10, 282:11, 283:18, 283:25, 289:20, 290:14, 290:19, 291:6, 339:14
**create** [18] - 278:22, 299:24, 328:12, 328:13, 346:8, 363:15, 363:16, 363:20, 369:19, 369:25, 373:25, 374:1, 376:16, 379:13, 380:24, 381:2, 389:12, 389:17
**created** [1] - 370:22
**creates** [2] - 354:8, 354:10

**creating** [1] - 368:4
**credible** [1] - 390:9
**crew** [2] - 296:6, 296:10
**criminal** [2] - 328:16, 384:2
**criminals** [1] - 383:23
**critical** [1] - 332:16
**crossed** [1] - 364:20
**crossing** [2] - 373:4, 373:5
**CRR** [3] - 268:22, 394:4, 394:11
**cruiser** [1] - 295:9
**CS** [1] - 287:6
**CTC** [1] - 347:9
**CTTSO** [1] - 349:4
**cunning** [1] - 374:2
**customer** [1] - 310:22
**cut** [1] - 308:9
**CVs** [1] - 330:8
**cycle** [2] - 326:15, 327:10

# D

**D.C** [6] - 268:5, 273:10, 277:24, 278:1, 280:19, 280:23
**dad** [1] - 392:16
**daily** [3] - 314:3, 314:11, 373:10
**daisy** [1] - 299:5
**daisy-chained** [1] - 299:5
**Dale** [1] - 282:10
**DALE** [2] - 269:4, 282:4
**damage** [7] - 307:4, 307:15, 307:17, 369:25, 370:22, 380:25, 389:12
**damages** [11] - 277:16, 277:18, 277:19, 278:3, 278:16, 278:25, 392:23, 392:24, 393:4, 393:5, 393:8
**danger** [2] - 274:4, 383:3
**dark** [1] - 385:20
**data** [5] - 326:24, 326:25, 335:4, 335:7, 340:23
**date** [6] - 282:16, 312:23, 313:22, 341:20, 345:9, 365:22
**Dated** [1] - 394:9

**dates** [1] - 342:18
**Dave** [3] - 329:24, 330:3, 330:5
**Davis** [1] - 296:10
**DAY** [1] - 268:10
**days** [5] - 275:7, 288:25, 313:2, 314:10, 382:21
**DC** [2] - 268:24, 394:14
**deal** [1] - 389:5
**death** [5] - 273:5, 274:15, 278:12, 318:13, 321:7
**debriefer** [1] - 331:1
**deceased** [1] - 289:11
**December** [2] - 303:17, 345:10
**decertified** [1] - 279:1
**decision** [4] - 273:25, 274:8, 274:22, 305:14
**declaration** [18] - 290:21, 301:8, 301:15, 309:25, 310:1, 317:15, 318:18, 339:15, 347:19, 371:9, 371:10, 371:16, 371:19, 371:20, 371:23, 389:20, 389:21, 389:23
**deep** [2] - 277:11, 327:19
**defeat** [6] - 323:20, 373:15, 373:20, 373:23, 375:19, 386:1
**Defeat** [4] - 320:23, 323:16, 324:23, 330:4
**defeat-the-device** [1] - 323:20
**Defendant** [1] - 268:21
**defendant** [1] - 279:18
**Defendants** [1] - 268:8
**defendants** [1] - 268:21
**Defense** [6] - 319:22, 320:5, 330:5, 330:11, 334:9, 345:7
**defense** [2] - 349:5, 391:3
**defined** [1] - 276:18
**defines** [1] - 272:9
**defining** [1] - 327:2
**degree** [3] - 322:7, 352:10, 361:4
**delivered** [1] - 389:16
**Delta** [2] - 292:21,

387:11
**demographic** [2] - 338:4, 342:17
**demography** [1] - 338:5
**demonstrated** [2] - 345:1, 346:21
**demonstrates** [4] - 357:10, 376:17, 389:17, 389:18
**demonstrative** [3] - 364:3, 364:4, 377:15
**denotes** [2] - 272:10, 272:13
**Department** [9] - 313:11, 330:10, 334:9, 335:23, 335:24, 345:7, 350:13, 350:16, 351:24
**depended** [1] - 338:9
**depict** [2] - 342:14, 366:1
**deploy** [1] - 282:24
**deployed** [5] - 303:20, 303:22, 312:21, 325:21, 325:23
**deployment** [7] - 283:6, 283:7, 292:25, 324:13, 324:14, 324:19, 324:22
**deployments** [5] - 324:10, 324:12, 324:25, 325:6, 330:24
**depth** [1] - 328:19
**deputy** [4] - 311:22, 320:23, 323:22, 345:10
**DEPUTY** [1] - 270:2
**describe** [4] - 315:5, 358:12, 366:18, 372:4
**described** [3] - 340:22, 367:21, 375:22
**describes** [6] - 326:15, 342:17, 354:3, 382:11, 386:25, 390:6
**describing** [1] - 351:3
**description** [4] - 337:22, 339:10, 364:9, 391:4
**Desert** [1] - 387:4
**design** [2] - 361:16, 362:8
**designated** [5] - 350:14, 350:16,

351:24, 353:12, 353:13
**designating** [1] - 352:3
**designation** [1] - 351:23
**designators** [1] - 379:20
**designed** [3] - 354:8, 354:19, 386:10
**designees** [1] - 331:6
**despite** [4] - 347:10, 375:13, 375:18, 376:19
**destruction** [1] - 320:2
**detachment** [1] - 367:6
**detail** [5] - 328:23, 343:24, 372:24, 379:13, 385:7
**detailed** [4] - 338:3, 374:22, 378:6, 391:4
**details** [4] - 334:5, 334:17, 340:10, 341:17
**detecting** [1] - 320:1
**detention** [1] - 359:9
**determination** [1] - 355:12
**determinations** [2] - 278:16, 346:11
**determine** [7] - 277:9, 277:12, 278:5, 321:10, 328:18, 328:19, 328:24
**determined** [4] - 340:14, 354:6, 374:7, 374:9
**determining** [4] - 323:17, 332:17, 335:11
**deterring** [1] - 320:2
**detonation** [3] - 373:23, 378:7, 387:4
**detonations** [1] - 373:14
**detrimental** [1] - 278:7
**develop** [3] - 324:6, 326:24, 332:21
**developed** [2] - 325:13, 373:15
**developing** [1] - 323:14
**device** [9] - 298:25, 323:20, 354:7, 354:11, 355:22, 364:15, 364:19, 373:20, 391:9
**devices** [2] - 373:7, 391:8

**DGR** [1] - 375:22
**diagnosed** [2] - 289:7, 307:21
**diagram** [1] - 353:7
**Dictionary** [1] - 272:13
**died** [4] - 271:1, 271:13, 308:13, 308:17
**dies** [1] - 272:20
**different** [9] - 273:23, 278:18, 283:16, 298:1, 304:10, 337:15, 362:11, 362:18
**dignitaries** [1] - 313:12
**dimension** [1] - 369:20
**Din** [5] - 385:18, 387:4, 388:6, 388:20, 391:11
**DIRECT** [6] - 282:5, 291:18, 302:17, 311:24, 319:6, 363:6
**direct** [3] - 361:11, 386:12, 390:15
**directed** [1] - 383:8
**direction** [5] - 284:21, 285:14, 326:18, 327:8, 383:2
**directional** [1] - 354:12
**directly** [3] - 287:1, 323:5, 332:12
**disability** [1] - 300:21
**discharged** [1] - 303:18
**discipline** [3] - 345:2, 346:21, 357:10
**disclosing** [1] - 322:13
**discover** [1] - 364:17
**discovered** [1] - 363:17
**discuss** [9] - 276:2, 303:1, 322:2, 326:10, 343:24, 344:1, 348:23, 356:3, 376:9
**discussed** [5] - 329:15, 336:7, 336:9, 345:8, 350:8
**discussing** [1] - 377:21
**dislodged** [1] - 375:14
**dismount** [1] - 286:20
**dismounted** [2] - 285:6, 373:11
**disorder** [1] - 307:21
**disposal** [1] - 354:6
**disseminate** [1] -

327:7
**distance** [1] - 385:22
**distribution** [1] -
362:20
**DISTRICT** [3] - 268:1,
268:1, 268:11
**District** [2] - 277:24,
280:19
**district** [11] - 273:18,
277:25, 286:2,
337:22, 338:1,
338:13, 342:8,
342:19, 353:3,
353:10, 356:21
**districts** [3] - 283:16,
337:19, 337:21
**Division** [3] - 324:20,
356:19, 385:24
**division** [7] - 336:1,
349:2, 349:5,
356:19, 358:17,
382:23, 389:3
**doc** [1] - 316:4
**document** [17] -
290:24, 309:21,
349:16, 351:2,
351:22, 356:18,
357:23, 358:4,
358:15, 360:17,
365:17, 374:18,
382:3, 383:13,
383:18, 390:24
**documented** [1] -
348:13
**documents** [9] -
291:2, 301:16,
301:20, 310:5,
317:13, 317:21,
317:23, 339:13,
340:17
**DOD** [5] - 340:12,
357:24, 381:22,
382:4, 383:20
**dominant** [5] - 344:5,
356:9, 356:16,
370:3, 390:14
**dominate** [1] - 369:3
**dominated** [5] -
368:14, 380:2,
380:11, 388:6
**done** [6] - 272:14,
281:4, 297:6,
299:22, 366:20,
390:3
**door** [4] - 287:1,
287:10, 287:11,
287:12
**dot** [1] - 366:4
**dove** [1] - 338:25
**down** [19] - 285:11,

290:6, 295:2,
295:18, 295:19,
295:20, 296:9,
296:17, 300:11,
306:7, 307:6,
307:11, 314:23,
323:25, 325:21,
345:22, 385:20,
387:6
**downward** [1] - 278:6
**Dr** [6] - 336:11,
336:16, 348:11,
350:9, 351:8, 375:22
**drafted** [2] - 349:7,
350:7
**drafts** [2] - 336:21
**draw** [6] - 328:8,
332:10, 338:22,
340:24, 370:4,
374:11
**drew** [2] - 338:2,
376:24
**drive** [2] - 364:25,
369:21
**driven** [1] - 306:10
**driver** [6] - 284:11,
285:17, 296:13,
305:14, 306:12,
308:14
**driver's** [2] - 296:15,
306:19
**drop** [1] - 307:6
**drove** [2] - 367:20,
386:17
**DTRA** [1] - 320:8
**ducked** [1] - 306:7
**due** [1] - 300:23
**during** [21] - 282:24,
283:5, 303:20,
304:19, 317:4,
320:22, 322:14,
323:15, 324:10,
324:25, 325:5,
330:4, 334:6,
338:17, 343:7,
346:15, 351:19,
360:13, 384:4,
386:1, 390:1
**duty** [1] - 312:21
**dynamics** [1] - 337:23

**E**

**E4** [2] - 283:9, 292:19
**Eagles** [2] - 305:3,
366:14
**early** [5] - 353:8,
361:23, 368:17,
386:6, 392:4
**ears** [1] - 316:6

**Earth** [2] - 366:2,
379:22
**easily** [2] - 380:12,
380:17
**east** [2] - 366:9,
366:12
**East** [4] - 268:15,
331:5, 366:15,
372:16
**Easter** [5] - 314:13,
316:8, 377:9,
381:16, 385:1
**eastern** [1] - 304:6
**easy** [2] - 368:16,
369:10
**ebbed** [1] - 338:9
**economic** [3] - 392:24,
393:8, 393:11
**edge** [1] - 342:23
**editors** [1] - 360:12
**education** [1] - 331:15
**effect** [3] - 298:3,
363:22, 389:17
**effective** [3] - 355:22,
363:14, 373:9
**effectively** [1] - 384:15
**effects** [1] - 386:6
**effort** [2] - 340:5,
346:5
**EFP** [35] - 276:18,
277:9, 297:18,
297:21, 297:24,
298:2, 298:6,
298:17, 299:13,
353:1, 353:18,
353:21, 354:17,
355:7, 355:8,
355:13, 355:16,
356:1, 357:5,
357:20, 358:23,
358:24, 360:4,
361:5, 361:10,
363:4, 363:21,
364:4, 364:8,
364:10, 364:15,
364:20
**EFPs** [11] - 280:2,
297:23, 299:5,
299:25, 300:9,
300:11, 354:23,
355:21, 360:15,
360:19
**eight** [1] - 284:13
**either** [4] - 322:24,
333:9, 335:19,
347:25
**electric** [1] - 295:11
**element** [2] - 342:4,
343:10
**elements** [2] - 323:10,

329:9
**Embassy** [1] - 313:19
**embassy** [5] - 313:20,
313:22, 316:23,
381:1, 381:12
**embedded** [2] - 335:2,
388:24
**emerging** [1] - 320:2
**employ** [4] - 344:12,
344:13, 344:19,
373:16
**employed** [1] - 392:25
**employment** [1] -
381:25
**enabled** [1] - 355:22
**encountered** [2] -
299:21, 299:23
**encounters** [1] -
309:12
**end** [4] - 303:16,
306:16, 306:17,
306:18
**ended** [1] - 392:3
**ENDI** [2] - 269:5,
291:17
**Endi** [2] - 291:12,
291:23
**ending** [1] - 297:4
**enemy** [23] - 320:2,
324:8, 325:12,
325:13, 327:6,
327:22, 328:1,
328:20, 332:19,
333:21, 334:1,
334:7, 338:10,
338:20, 348:2,
369:23, 374:2,
378:11, 387:15,
388:1, 389:10,
390:5, 390:7
**engage** [1] - 295:9
**engaged** [1] - 295:11
**engine** [4] - 296:14,
308:12, 308:13,
370:22
**Engle** [1] - 278:23
**enjoyed** [2] - 375:14,
389:2
**enjoying** [1] - 388:8
**enlist** [4] - 282:18,
292:16, 312:22,
312:25
**enlisted** [1] - 292:17
**enlistment** [1] -
312:23
**ensure** [1] - 390:4
**enter** [1] - 376:21
**entering** [1] - 276:2
**enterprise** [1] - 323:12
**entertain** [1] - 392:21

**entertained** [1] - 276:3
**entertainment** [1] -
298:25
**environment** [4] -
327:25, 343:3,
356:12, 388:18
**EOD** [5] - 354:5,
354:17, 355:11,
374:12, 379:15
**equipment** [5] -
295:16, 348:18,
356:2, 372:12, 376:3
**errors** [1] - 393:18
**ESQ** [2] - 268:14,
268:18
**essentially** [16] -
304:17, 323:12,
325:11, 329:17,
333:25, 337:16,
354:2, 354:8,
360:10, 367:14,
368:2, 371:10,
375:23, 378:10,
385:20, 389:9
**established** [2] -
373:3, 380:6
**establishing** [1] -
357:19
**ESTATE** [1] - 268:3
**estate** [1] - 318:15
**Estate** [1] - 270:3
**et** [6] - 268:3, 268:7,
270:5, 276:20,
324:1, 327:5
**ethnic** [3] - 328:14,
338:3, 353:7
**ethno** [1] - 342:16
**Euphrates** [2] -
385:19, 388:21
**evaluating** [1] - 337:1
**Evans** [3] - 329:24,
330:10, 359:23
**evening** [4] - 305:19,
367:4, 393:23
**event** [2] - 344:22,
346:8
**events** [2] - 284:7,
304:21
**everywhere** [1] - 369:8
**evidence** [10] - 343:15,
343:16, 343:18,
343:21, 347:7,
348:9, 348:17,
357:3, 392:1, 392:20
**EVIDENTIARY** [1] -
268:10
**evolution** [1] - 321:4
**exact** [2] - 391:5,
391:11
**exactly** [2] - 379:8,

380:21
**examination** [1] - 362:5
**EXAMINATION** [6] - 282:5, 291:18, 302:17, 311:24, 319:6, 363:6
**examine** [1] - 321:9
**examining** [1] - 334:13
**example** [4] - 344:18, 346:7, 364:14, 369:6
**examples** [1] - 327:21
**exchange** [1] - 324:15
**exclusive** [1] - 329:19
**exclusively** [1] - 274:22
**excuse** [3] - 276:5, 350:21, 363:21
**excused** [3] - 291:9, 302:5, 318:8
**executed** [2] - 361:5, 361:13
**executive** [1] - 339:4
**exemplar** [1] - 364:3
**exemplars** [1] - 363:2
**exempt** [1] - 280:8
**exercises** [1] - 364:2
**exhaustive** [2] - 329:14, 331:12
**exhibit** [3] - 290:21, 301:10, 390:22
**Exhibit** [5] - 289:18, 289:19, 294:11, 306:22
**exhibits** [6] - 290:17, 290:19, 301:5, 309:20, 317:12, 393:18
**exited** [1] - 286:24
**expand** [1] - 325:7
**expect** [2] - 270:16, 343:2
**expedient** [1] - 378:19
**expense** [1] - 363:1
**experience** [10] - 322:20, 322:22, 323:6, 330:22, 331:1, 331:8, 331:11, 331:18, 383:6, 386:7
**experienced** [1] - 391:12
**expert** [11] - 271:3, 271:4, 304:23, 318:20, 319:18, 321:3, 336:23, 337:4, 373:6, 376:23, 393:8
**expert's** [1] - 362:16
**experts** [4] - 335:7,

362:10, 362:21, 393:5
**explain** [3] - 273:25, 298:13, 363:3
**explanation** [1] - 365:2
**explode** [1] - 364:12
**exploded** [2] - 308:7, 367:15
**exploding** [2] - 354:11, 368:2
**exploitation** [2] - 330:17, 330:23
**explosion** [13] - 287:14, 289:12, 289:13, 295:25, 297:10, 305:4, 307:12, 307:14, 307:23, 342:23, 364:24, 367:13
**explosive** [6] - 354:5, 373:7, 382:15, 386:6, 391:8, 391:9
**explosively** [4] - 297:19, 353:1, 357:5, 358:6
**explosives** [3] - 382:14, 382:17, 387:22
**exported** [1] - 384:14
**exposed** [1] - 364:16
**exposing** [1] - 352:6
**expression** [2] - 352:3, 368:21
**extends** [1] - 351:9
**extent** [4] - 273:9, 352:6, 368:25, 392:24
**external** [1] - 272:10
**extrajudicial** [17] - 271:12, 271:18, 271:19, 272:6, 272:18, 272:19, 272:21, 272:25, 273:1, 273:19, 274:17, 274:20, 274:23, 274:25, 275:2, 328:15
**eyes** [1] - 296:5

**F**

**fabricated** [1] - 363:24
**face** [3] - 270:11, 276:8, 277:1
**facilitated** [1] - 348:6, 348:18
**facilitation** [1] - 373:4
**facilitator** [2] - 351:6, 351:12

**facilitators** [2] - 326:6, 350:15
**facing** [2] - 327:6, 328:20
**fact** [33] - 273:4, 276:7, 276:17, 290:25, 301:10, 301:15, 310:2, 310:3, 317:18, 318:15, 336:18, 338:8, 342:25, 344:12, 347:10, 353:11, 355:14, 357:8, 366:21, 369:23, 370:11, 370:14, 379:4, 380:6, 380:10, 380:17, 380:18, 380:24, 384:21, 388:9, 388:12, 388:19, 389:1
**factor** [3] - 327:23, 327:24, 334:8
**factors** [2] - 328:17, 329:5
**facts** [6] - 273:24, 274:6, 277:12, 335:4, 335:7, 356:24
**Fadhli** [1] - 351:6
**Fadhli's** [1] - 351:7
**failed** [1] - 363:18
**fairness** [1] - 280:7
**faith** [1] - 376:21
**fall** [1] - 273:19
**Fallujah** [4] - 375:4, 375:10, 375:15, 375:25
**familiar** [2] - 329:8, 329:15
**family** [6] - 276:19, 277:2, 277:8, 278:4, 279:15, 279:16
**far** [1] - 316:23
**farming** [1] - 381:19
**farthest** [1] - 368:13
**fast** [1] - 295:22
**father** [2] - 392:14, 392:15
**fault** [1] - 366:25
**favor** [1] - 273:11
**fear** [1] - 387:21
**features** [2] - 332:7, 332:9
**February** [11] - 282:14, 284:6, 303:1, 303:11, 303:23, 304:21, 313:4, 341:19, 352:1, 365:14, 365:24
**fed** [1] - 338:23

**federal** [2] - 336:1, 349:2
**feet** [3] - 299:1, 313:20, 315:14
**fell** [1] - 375:6
**fellow** [1] - 347:1
**felt** [1] - 333:13
**female** [1] - 286:23
**Ferguson** [1] - 285:19
**Ferry** [4] - 367:7, 367:17, 371:19, 371:25
**Ferry's** [1] - 367:25
**few** [4] - 295:4, 314:2, 360:5, 392:9
**fiddle** [1] - 306:8
**fidelity** [1] - 328:23
**field** [9] - 288:13, 288:14, 315:3, 324:22, 324:24, 335:8, 336:23, 364:15, 378:19
**Fifth** [1] - 387:1
**fight** [2] - 309:12, 368:24
**fighters** [6] - 344:13, 351:10, 372:11, 373:2, 375:9
**fighting** [1] - 372:16
**fights** [1] - 309:16
**figure** [2] - 325:16, 364:18
**filed** [1] - 321:16
**files** [2] - 393:17, 393:19
**filing** [1] - 280:24
**fill** [1] - 366:18
**final** [2] - 336:21, 355:12
**finally** [1] - 328:11
**financial** [1] - 349:23
**finish** [1] - 347:22
**finished** [3] - 296:21, 314:17, 316:15
**fire** [27] - 286:13, 286:15, 286:16, 286:22, 295:25, 296:2, 296:3, 309:12, 309:16, 312:13, 341:25, 364:20, 364:24, 377:12, 377:23, 377:25, 379:11, 380:6, 380:18, 383:5, 383:8, 383:9, 383:10, 383:22, 384:17, 384:18
**fired** [7] - 274:3, 316:8, 316:13, 354:9, 363:15, 378:5,

378:11
**firm** [1] - 339:19
**first** [49] - 271:10, 272:9, 276:7, 278:12, 281:21, 283:3, 283:6, 283:7, 285:21, 285:23, 287:9, 287:16, 287:25, 288:14, 288:23, 290:21, 292:25, 301:8, 303:3, 303:25, 306:4, 309:25, 317:15, 324:13, 324:14, 330:4, 337:11, 339:13, 339:14, 341:6, 353:22, 354:2, 354:16, 355:2, 355:10, 356:5, 357:11, 367:4, 370:21, 371:13, 371:20, 372:2, 378:3, 379:10, 381:11, 382:3, 385:10, 387:2, 392:11
**First** [1] - 367:1
**FISHBECK** [1] - 268:3
**Fishbeck** [1] - 270:4
**five** [16] - 276:1, 276:6, 318:20, 321:12, 321:20, 322:3, 323:7, 332:1, 337:6, 339:20, 340:5, 354:2, 362:7, 362:9, 375:7, 378:14
**fix** [1] - 297:7
**fixed** [1] - 373:10
**flag** [1] - 295:20
**flags** [2] - 295:17
**flash** [1] - 287:13
**flat** [1] - 364:7
**flew** [2] - 308:11, 315:12
**flexibly** [1] - 273:14
**flipped** [1] - 386:18
**Florida** [1] - 278:24
**flowed** [1] - 338:9
**flown** [1] - 288:25
**FOB** [1] - 293:18
**focus** [4] - 274:11, 274:24, 292:23, 322:20
**focused** [2] - 274:22, 330:14, 340:4
**FOIA** [1] - 333:11
**folks** [1] - 392:25
**follow** [2] - 278:23, 327:10, 338:16,

404

363:4
**followed** [2] - 270:25, 341:25
**following** [5] - 339:12, 346:4, 346:15, 374:14, 386:24
**follows** [1] - 385:20
**FOR** [1] - 268:1
**for..** [1] - 293:6
**Force** [15] - 273:21, 273:23, 274:22, 288:18, 293:7, 321:5, 353:20, 358:2, 365:19, 367:5, 367:18, 372:9, 382:5, 382:23, 382:25
**force** [14] - 323:20, 328:7, 328:9, 332:19, 342:3, 345:4, 346:22, 357:12, 368:9, 368:24, 369:18, 386:18, 386:19, 390:14
**Force-backed** [1] - 382:25
**Force-Iraq** [1] - 358:2
**forced** [1] - 315:9
**forces** [20] - 285:8, 321:6, 321:7, 321:11, 325:14, 332:20, 338:17, 345:3, 351:11, 360:16, 369:7, 369:17, 375:6, 383:4, 387:16, 387:20, 388:11, 388:14, 391:10
**foregoing** [1] - 394:5
**foreign** [4] - 339:2, 344:13, 372:11, 373:2
**Foreign** [2] - 275:25, 281:5
**forget** [1] - 314:3
**forgot** [1] - 356:14
**format** [1] - 276:25
**formation** [1] - 359:2
**formed** [5] - 297:19, 329:17, 353:1, 357:5, 358:6
**former** [1] - 329:9
**forming** [1] - 335:8
**forth** [3] - 271:16, 272:4, 343:16
**forward** [3] - 275:14, 284:6, 325:23
**Fountain** [1] - 303:6
**four** [10] - 276:5,

294:6, 297:7, 314:11, 323:7, 328:17, 333:22, 334:10, 358:2, 382:6
**four-star** [4] - 333:22, 334:10, 358:2, 382:6
**four-vehicle** [1] - 294:6
**fourth** [1] - 387:18
**fragments** [2] - 355:23, 356:1
**frame** [7] - 309:13, 317:4, 345:9, 350:5, 351:19, 359:21, 376:5
**framework** [1] - 327:18
**frankly** [3] - 276:1, 277:21, 368:22
**free** [2] - 291:16, 356:11
**freedom** [5] - 328:2, 343:3, 356:11, 369:3, 380:3
**Freedom** [2] - 324:11, 340:12
**freely** [1] - 380:9
**frequency** [1] - 314:5
**frequent** [1] - 314:9
**FREs** [2] - 329:8, 329:15
**friend** [1] - 315:13
**friendly** [3] - 332:19, 332:23, 357:11
**front** [8] - 286:22, 305:24, 306:16, 308:11, 317:12, 319:13, 367:15, 367:25
**FSIA** [1] - 280:16
**FSIA's** [1] - 273:14
**fuelled** [1] - 383:23
**full** [5] - 282:9, 302:21, 312:2, 319:10, 394:6
**fully** [2] - 275:5, 278:18
**fund** [1] - 346:25
**funding** [1] - 348:17, 349:8, 351:4, 381:19
**fused** [1] - 288:8

## G

**gain** [1] - 333:10
**gained** [1] - 350:22
**gaining** [1] - 350:18
**game** [1] - 281:14
**gaming** [1] - 298:25
**gap** [1] - 366:18
**Gartenstein** [5] -

336:11, 336:16, 348:11, 350:9, 351:9
**Gartenstein-Ross** [4] - 336:11, 348:11, 350:9, 351:9
**Gartenstein-Ross's** [1] - 336:16
**gate** [2] - 284:15, 305:11
**gear** [1] - 284:14
**general** [15] - 326:15, 327:10, 327:11, 337:17, 337:21, 338:19, 338:24, 345:11, 347:11, 347:16, 348:12, 376:24, 378:23, 391:1, 393:7
**General** [9] - 357:25, 358:5, 358:16, 358:23, 381:17, 381:21, 382:20, 383:19, 393:6
**generally** [5] - 316:14, 326:17, 338:11, 354:14, 384:3
**gentleman** [1] - 359:24
**gentleman's** [1] - 389:23
**gentlemen** [2] - 329:25, 330:9
**geographically** [1] - 304:15
**Germany** [1] - 288:25
**given** [16] - 315:24, 316:15, 316:16, 316:25, 332:8, 332:9, 335:12, 338:10, 356:24, 357:6, 358:10, 361:15, 362:17, 370:3, 388:19, 391:16
**goal** [1] - 347:11
**goals** [1] - 273:11
**Google** [2] - 366:2, 379:22
**government** [8] - 276:22, 313:13, 319:25, 320:5, 322:11, 340:9, 349:6, 350:3
**grabbed** [2] - 295:22, 305:14
**graduated** [1] - 313:2
**graduating** [1] - 320:17
**great** [3] - 281:14, 341:8, 347:3

**greater** [2] - 376:16, 376:20
**Green** [7] - 293:18, 293:19, 313:14, 313:23, 316:8, 316:13, 378:9
**green** [3] - 295:18, 342:20, 353:12
**grenades** [2] - 373:8, 382:15
**grid** [2] - 379:20, 387:5
**Ground** [1] - 333:19
**ground** [10] - 286:15, 348:11, 360:12, 360:13, 367:11, 367:23, 368:3, 372:8, 378:20, 388:14
**group** [20] - 299:14, 299:16, 304:17, 308:21, 316:13, 325:16, 326:5, 335:12, 338:20, 338:21, 345:22, 346:25, 356:4, 357:1, 358:5, 361:10, 372:11, 381:2, 383:23, 384:1
**grouped** [1] - 368:24
**groups** [51] - 316:22, 321:4, 321:5, 321:6, 321:10, 335:14, 335:20, 335:21, 335:25, 336:8, 336:14, 337:2, 338:1, 338:6, 338:7, 338:8, 338:12, 338:15, 338:22, 352:5, 353:19, 356:10, 356:16, 356:23, 357:6, 359:10, 359:11, 359:18, 359:19, 359:21, 360:16, 360:20, 363:18, 364:17, 369:14, 377:1, 380:4, 380:7, 380:8, 380:11, 381:6, 381:15, 381:19, 381:25, 382:25, 383:8, 383:9, 384:2, 384:23
**Guard** [2] - 312:20, 381:23
**guess** [2] - 315:2, 315:6
**guidance** [2] - 348:16, 383:1
**guide** [1] - 275:1
**guided** [1] - 380:20

**gunner** [3] - 283:11, 285:20, 294:25
**gunner's** [1] - 297:12
**guns** [2] - 295:18, 295:19
**guys** [1] - 330:1
**gym** [1] - 315:4

## H

**Haditha** [1] - 375:24
**Hager** [2] - 304:24, 305:1
**Hager's** [3] - 365:23, 367:9, 370:20
**Hager/Heekin** [1] - 366:6
**half** [2] - 308:10, 325:12
**hallmark** [2] - 344:18, 345:1
**Hamas** [2] - 349:24, 352:6
**hand** [10] - 282:3, 288:2, 288:19, 289:4, 291:16, 298:10, 311:21, 319:4, 328:7, 378:17
**hand-held** [1] - 378:17
**handed** [1] - 290:19
**happy** [3] - 347:5, 347:6, 392:21
**Haq** [2] - 359:9, 359:14
**hard** [3] - 297:15, 305:2, 345:20
**hatch** [4] - 296:14, 297:11, 297:12, 308:10
**haven** [2] - 350:10, 351:18
**head** [1] - 382:6
**headed** [1] - 294:18
**heading** [1] - 285:14
**headquarters** [17] - 315:7, 323:11, 327:8, 333:22, 333:23, 334:10, 340:20, 348:1, 350:6, 350:7, 356:19, 358:1, 358:2, 358:11, 374:21, 382:6, 391:2
**hear** [7] - 271:25, 296:13, 302:8, 304:22, 311:12, 311:14, 311:17
**heard** [8] - 284:18, 305:3, 305:4, 367:1, 368:17, 368:21, 371:6

**HEARING** [1] - 268:10
**hearing** [1] - 393:25
**Heart** [4] - 290:14, 301:1, 301:12, 308:4
**heart** [2] - 375:4, 380:25
**heat** [1] - 298:7
**heaven** [1] - 376:22
**heavier** [2] - 370:6, 386:14
**heavily** [1] - 290:9
**heavy** [2] - 290:7, 295:10
**HEEKIN** [2] - 269:7, 302:16
**Heekin** [14] - 302:15, 302:19, 302:22, 304:9, 304:25, 306:23, 307:12, 308:18, 309:19, 310:15, 310:17, 367:1, 371:1, 371:6
**Heekin's** [2] - 365:23, 367:18
**Heiser** [2] - 277:22, 277:25
**held** [4] - 273:18, 334:9, 340:12, 378:17
**HELD** [1] - 268:11
**hell** [1] - 296:14
**help** [5] - 273:25, 324:8, 326:7, 328:17, 371:10
**helped** [3] - 331:19, 336:2, 356:25
**helpful** [2] - 274:7, 281:7
**helping** [2] - 287:13, 299:24
**helps** [2] - 279:7, 387:10
**hereby** [1] - 394:4
**Herrera** [10] - 291:12, 291:23, 294:12, 297:16, 298:13, 301:5, 301:24, 302:4, 353:14, 364:9
**HERRERA** [2] - 269:5, 291:17
**Herrera's** [1] - 355:4, 355:14, 355:23
**Hezbollah** [1] - 349:25
**hidden** [1] - 387:22
**high** [10] - 312:25, 313:1, 313:2, 313:12, 313:13, 328:12, 331:2, 345:3, 382:15
**high-explosive** [1] -

382:15
**high-ranking** [2] - 313:12, 313:13
**higher** [4] - 323:11, 348:1, 358:1, 374:21
**highest** [1] - 320:25
**highlight** [4] - 330:9, 346:3, 358:21, 390:10
**highlighted** [10] - 342:22, 345:18, 345:23, 349:20, 349:22, 353:14, 354:4, 375:1, 378:25, 379:17
**highlights** [1] - 345:17
**highly** [1] - 370:2
**himself** [1] - 270:7
**history** [1] - 334:15
**hit** [30] - 288:7, 288:9, 294:20, 295:3, 295:6, 297:3, 297:14, 297:22, 297:23, 298:4, 298:5, 299:2, 299:5, 306:19, 307:16, 308:15, 315:9, 316:3, 357:8, 357:11, 357:12, 367:10, 367:12, 367:25, 380:19, 380:21, 387:11, 387:16
**Hizballah** [1] - 352:5
**hold** [3] - 270:17, 322:7, 375:11
**holding** [1] - 363:11
**hole** [2] - 308:9, 386:11
**holiday** [5] - 286:4, 290:1, 290:5, 332:16, 344:3
**holy** [2] - 341:21
**home** [2] - 274:3, 302:5
**honestly** [1] - 278:18
**Honor** [53] - 270:2, 270:8, 270:16, 270:22, 271:6, 272:3, 275:5, 275:17, 278:8, 279:21, 279:24, 280:15, 280:24, 281:8, 281:20, 281:23, 282:1, 283:14, 290:16, 291:7, 291:10, 291:12, 302:12, 302:14, 304:14, 310:16, 311:2,

311:9, 318:6, 318:11, 318:19, 321:15, 321:25, 329:23, 330:7, 336:22, 341:3, 347:4, 347:18, 348:4, 350:13, 352:17, 361:20, 361:24, 362:4, 365:3, 377:16, 391:20, 391:25, 392:8, 392:17, 393:3, 393:24
**HONORABLE** [1] - 268:11
**honorably** [1] - 303:18
**hope** [1] - 392:3
**hopefully** [2] - 275:20, 306:23, 362:16
**hoping** [2] - 271:7, 376:12
**hospital** [10] - 284:20, 285:4, 285:5, 285:6, 285:13, 286:1, 288:10, 288:14, 288:22, 289:2
**hostilities** [1] - 316:19
**hot** [1] - 372:18
**hour** [3] - 288:12, 305:11, 305:12
**hours** [2] - 308:16, 373:21
**house** [2] - 274:13, 299:23
**human** [5] - 323:25, 326:22, 327:5, 330:22, 351:25
**Humvee** [6] - 286:22, 287:1, 305:23, 305:24, 367:15, 370:21
**Humvees** [1] - 386:5
**hurt** [1] - 388:14

**I**

**icon** [2] - 366:15, 385:17
**idea** [7] - 276:3, 278:21, 284:3, 304:3, 362:15, 362:20, 366:10
**ideally** [3] - 328:24, 389:16
**identified** [5] - 338:11, 350:17, 350:22, 356:20, 360:14
**identifies** [2] - 326:18, 326:20
**identify** [10] - 270:7,

280:17, 281:1, 326:4, 326:8, 329:2, 329:22, 332:9, 336:2, 337:25
**identifying** [2] - 277:2, 345:25
**identities** [1] - 276:21
**IDF** [5] - 379:9, 379:10, 379:11, 379:14, 380:13
**IED** [29] - 304:23, 304:25, 306:4, 306:20, 308:7, 308:19, 308:25, 309:3, 320:22, 323:15, 324:23, 330:4, 330:20, 342:1, 354:6, 367:10, 368:1, 369:16, 370:13, 371:1, 379:16, 386:17, 386:18, 386:25, 387:4, 387:11, 387:17, 388:23, 389:11
**IEDs** [19] - 297:22, 298:4, 298:5, 309:1, 327:22, 345:24, 354:13, 368:3, 369:11, 369:15, 369:16, 369:24, 373:12, 373:16, 374:7, 386:6, 388:23, 389:10
**ignored** [1] - 383:9
**IHRIG** [15] - 268:18, 275:17, 275:19, 277:18, 277:20, 278:17, 279:7, 280:3, 280:5, 280:7, 280:13, 280:22, 281:8, 281:11, 281:14
**Ihrig** [1] - 275:13
**III** [3] - 269:7, 302:16, 302:22
**illuminate** [1] - 334:7
**image** [1] - 326:13
**imagery** [2] - 324:1, 326:23
**immediately** [2] - 308:13, 346:15
**Immunities** [1] - 281:6
**Immunity** [1] - 275:25
**impact** [8] - 307:12, 307:14, 376:16, 378:7, 379:19, 379:23, 381:3, 386:19
**implace** [1] - 389:10

**importance** [1] - 272:8
**important** [4] - 302:1, 344:3, 375:23, 388:16
**impossible** [1] - 277:4
**impress** [1] - 344:14
**improvised** [3] - 373:7, 391:8, 391:9
**impunity** [1] - 388:17
**IN** [1] - 268:1
**incident** [4] - 355:11, 371:16, 386:21, 387:21
**include** [7] - 272:11, 272:18, 272:24, 309:2, 348:16, 349:9, 390:13
**included** [3] - 360:11, 373:12, 383:22
**includes** [2] - 331:1, 331:12
**including** [6] - 276:19, 330:11, 330:22, 330:25, 334:18, 352:5
**income** [1] - 393:1
**increased** [2] - 314:6, 376:5
**indeed** [4] - 272:23, 273:21, 298:21, 355:7
**independent** [1] - 336:15
**independently** [1] - 383:1
**indicate** [5] - 332:12, 335:19, 348:1, 356:10, 371:14
**indicated** [2] - 333:21, 356:14
**indicates** [7] - 276:8, 354:8, 355:16, 355:25, 358:10, 360:19, 390:8
**indication** [4] - 338:5, 354:16, 355:2, 357:3
**indications** [1] - 359:3
**indicator** [2] - 355:20, 357:8
**indirect** [5] - 377:12, 379:11, 383:5, 383:10, 383:22
**indiscriminate** [1] - 383:5
**individual** [6] - 276:8, 278:22, 299:11, 351:15, 351:18, 355:6
**individualized** [2] - 277:5, 278:15

**individuals** [6] - 276:21, 276:22, 331:2, 331:3, 350:14, 350:17
**indulgence** [1] - 271:7
**inert** [2] - 364:6, 377:18
**Infantry** [1] - 367:5
**infantry** [2] - 320:18, 322:23
**infantryman** [2] - 304:4, 313:8
**inform** [2] - 369:12, 371:11
**information** [31] - 291:2, 292:5, 299:3, 299:14, 301:16, 308:21, 310:4, 310:10, 317:3, 317:23, 318:1, 322:14, 326:2, 326:21, 334:11, 334:19, 334:24, 335:4, 337:15, 346:10, 350:3, 352:9, 359:16, 361:2, 371:10, 371:14, 374:13, 379:13, 379:17, 381:4, 381:13
**infrared** [2] - 364:19, 364:23
**initial** [3] - 277:7, 296:11, 312:23
**initiated** [1] - 364:22
**initiating** [1] - 364:13
**injured** [8] - 280:1, 282:13, 292:2, 296:21, 297:10, 312:13, 316:10, 318:3
**injuries** [18] - 278:3, 287:24, 288:4, 289:4, 289:6, 290:13, 296:7, 296:19, 297:1, 297:5, 300:12, 300:15, 300:23, 301:1, 308:2, 315:18, 316:2, 392:13
**injury** [11] - 273:6, 274:5, 274:19, 289:8, 300:13, 300:14, 300:17, 307:20, 307:24, 315:25, 316:5
**injury/wrongful** [1] - 274:15
**inner** [2] - 335:23,

350:12
**innumerable** [1] - 277:5
**inside** [4] - 306:6, 306:7, 306:18, 342:9
**insight** [1] - 299:11
**insights** [1] - 335:24
**instead** [1] - 354:9
**Institute** [4] - 334:21, 336:5, 384:7, 384:10
**instructed** [1] - 273:10
**instruction** [2] - 331:12, 331:13
**insurgency** [2] - 351:5, 375:10
**insurgent** [6] - 304:17, 316:12, 325:16, 335:12, 336:14, 390:14
**insurgents** [8] - 309:17, 346:19, 361:4, 361:13, 372:16, 373:2, 373:6, 373:16
**insurmountable** [1] - 277:3
**intact** [1] - 287:20
**intel** [2] - 292:23, 390:12
**intelligence** [82] - 271:3, 299:8, 304:23, 308:24, 318:20, 319:18, 320:24, 322:8, 322:21, 322:25, 323:1, 323:2, 323:4, 323:8, 323:10, 323:12, 323:13, 323:16, 323:23, 323:24, 324:1, 324:7, 325:1, 325:5, 325:22, 325:24, 326:11, 326:15, 326:17, 326:20, 326:22, 326:23, 327:1, 327:12, 328:18, 328:19, 330:12, 330:13, 330:15, 330:20, 330:22, 330:23, 330:25, 331:8, 331:15, 331:16, 331:19, 332:5, 333:10, 333:17, 333:18, 333:20, 333:23, 333:25, 334:11, 335:9, 336:23, 340:21, 343:22, 347:24, 349:8, 349:18,

350:1, 350:7, 352:4, 355:6, 356:13, 356:20, 356:25, 358:11, 359:3, 359:17, 371:14, 372:7, 372:21, 374:12, 374:22, 381:14, 387:7, 387:9, 389:9
**Intelligence** [2] - 333:19, 351:25
**intend** [1] - 274:18
**intensity** [1] - 349:6
**intent** [3] - 272:19, 273:15, 274:12
**intention** [2] - 328:11, 328:12
**intents** [1] - 388:2
**interchangeably** [1] - 384:3
**interested** [1] - 346:1
**interesting** [1] - 368:20
**international** [4] - 319:25, 378:8, 382:22, 383:10
**International** [1] - 383:24
**interpret** [3] - 272:17, 273:10, 273:14
**interpretation** [2] - 273:8, 273:22
**interpreted** [1] - 276:13
**interpreter** [5] - 285:6, 285:20, 289:15, 289:16, 342:6
**interrogating** [1] - 331:2
**interrogation** [4] - 326:23, 330:17, 331:3, 359:24
**interrogations** [1] - 359:16
**interrogators** [1] - 359:25
**interrupt** [1] - 271:22
**intersect** [1] - 334:13
**intersected** [1] - 334:2
**interviews** [3] - 334:18, 360:12, 384:13
**intimately** [1] - 323:13
**investigation** [1] - 298:20
**involved** [12] - 276:23, 277:9, 277:14, 279:13, 298:7, 318:12, 323:13, 339:3, 358:8, 358:9,

359:23, 377:20
**involvement** [1] - 357:19
**Iowa** [1] - 312:5
**IRAN** [1] - 268:7
**Iran** [55] - 270:4, 273:13, 277:23, 277:25, 280:18, 317:7, 317:8, 330:14, 335:13, 335:25, 336:2, 336:8, 338:19, 338:22, 339:7, 347:5, 348:5, 348:7, 348:12, 348:15, 348:19, 350:4, 350:10, 350:15, 350:18, 350:23, 351:17, 351:19, 354:19, 357:7, 357:18, 358:7, 358:8, 358:19, 358:24, 359:2, 359:5, 359:14, 359:17, 359:19, 360:15, 361:6, 361:11, 361:14, 363:19, 376:13, 376:25, 381:5, 382:12, 382:18, 384:14, 384:19, 384:20, 385:2, 391:18
**Iran's** [15] - 317:3, 336:14, 337:1, 348:23, 349:7, 349:17, 350:1, 351:24, 352:6, 352:12, 357:19, 359:20, 360:4, 374:15, 376:4
**Iranian** [21] - 299:24, 300:2, 300:5, 300:7, 321:4, 321:5, 321:11, 335:19, 339:2, 351:14, 352:7, 353:19, 358:13, 360:20, 361:12, 374:8, 381:15, 381:18, 381:23, 383:23, 384:22
**Iranian-backed** [1] - 383:23
**Iranian-supported** [2] - 360:20, 381:15
**Iranians** [3] - 346:25, 354:19, 358:7
**Iraq** [86] - 282:13, 282:24, 283:2,

283:12, 283:13, 283:15, 288:21, 289:23, 292:25, 303:20, 303:22, 304:5, 304:10, 304:15, 304:19, 309:5, 309:8, 309:11, 309:13, 309:17, 312:21, 313:10, 323:18, 324:7, 324:10, 324:18, 324:24, 324:25, 325:9, 325:11, 325:15, 325:22, 330:16, 330:17, 330:20, 330:25, 331:18, 334:10, 334:15, 336:25, 340:17, 340:20, 343:11, 344:1, 344:5, 344:11, 344:19, 347:12, 348:7, 348:13, 348:16, 348:19, 349:10, 349:25, 350:16, 350:22, 351:9, 352:5, 352:11, 357:20, 358:2, 359:21, 360:8, 363:17, 366:3, 368:9, 368:16, 369:3, 372:19, 374:21, 374:23, 375:5, 381:22, 384:12, 388:7, 388:10, 388:13, 389:3, 390:13, 391:1, 391:4, 391:8, 391:11, 391:14
**Iraqi** [13] - 284:5, 284:19, 285:8, 286:16, 287:2, 324:11, 329:16, 340:12, 351:4, 383:3, 388:11
**IRGC** [6] - 321:5, 321:11, 353:20, 381:23, 382:23
**Islam** [1] - 341:22
**Islamic** [2] - 270:4, 273:13
**ISLAMIC** [1] - 268:7
**issue** [17] - 271:13, 271:15, 271:17, 271:24, 275:6, 276:11, 277:2, 277:5, 277:16, 278:13, 278:17, 278:19, 278:21,

279:9, 376:7,
388:25, 389:4
**issued** [1] - 273:22
**issues** [3] - 271:8,
277:6, 306:5
**ITAR** [1] - 320:8
**items** [1] - 382:13
**itself** [5] - 298:2,
305:4, 307:15,
313:21, 346:11
**IZ** [1] - 378:12

## J

**JAM** [17] - 299:16,
299:17, 299:18,
299:21, 299:23,
300:3, 316:18,
316:22, 317:4,
317:10, 326:5,
356:10, 356:16,
356:22, 359:11,
380:5, 380:11
**JAM's** [1] - 317:2
**James** [1] - 302:22
**JAMES** [2] - 269:7,
302:16
**January** [1] - 350:21
**Jaysh** [2] - 299:19,
359:12
**JEREMY** [1] - 268:14
**Jeremy** [1] - 270:10
**Jersey** [1] - 310:20
**JIEDDO** [9] - 323:19,
325:7, 325:8,
325:20, 330:13,
330:24, 373:19,
386:4, 386:10
**jihadi** [1] - 373:3
**Joel** [1] - 392:12
**Johnson** [2] - 310:19
**join** [1] - 388:11
**joined** [1] - 388:11
**Joint** [4] - 320:22,
323:15, 324:23,
330:3
**joint** [1] - 288:8
**Josh** [2] - 305:1,
339:14
**JOSHUA** [2] - 269:4,
282:4
**Joshua** [3] - 281:23,
282:10, 304:24
**Journal** [1] - 334:25
**journalist** [1] - 388:24
**JTJ** [1] - 375:11
jtor@spanglaw.com
[1] - 268:17
**Judge** [8] - 273:12,
273:17, 273:21,

273:25, 274:8,
274:9, 274:21,
311:16
**JUDGE** [1] - 268:11
**judicial** [1] - 273:17
**July** [2] - 292:17,
381:21
**June** [1] - 358:16
**jurisdictional** [1] -
273:16
**Justice** [3] - 283:13,
283:21, 288:14

## K

**Kadhimiya** [11] -
283:13, 283:18,
284:2, 284:20,
285:4, 286:2,
289:23, 337:23,
342:8, 342:9, 342:19
**Kagan** [1] - 384:11
**keep** [1] - 392:6
**key** [5] - 271:17,
328:25, 329:1,
334:8, 388:21
**Khazali** [3] - 359:8,
360:1
**KIA** [1] - 289:13
**kick** [1] - 306:15
**kill** [5] - 272:19,
286:17, 346:5,
346:18, 346:20
**killed** [11] - 296:11,
304:24, 305:1,
316:7, 316:10,
342:5, 367:16,
385:18, 386:19,
390:2, 391:6
**killing** [18] - 271:12,
271:18, 271:19,
271:20, 272:6,
272:18, 272:21,
272:25, 273:1,
274:17, 274:20,
274:23, 274:25,
275:2, 344:23,
345:24, 346:1
**killings** [2] - 272:19,
273:19, 328:15
**Kimberly** [1] - 384:11
**kind** [15] - 278:12,
287:23, 295:5,
314:24, 315:1,
315:14, 316:24,
338:15, 343:21,
348:12, 369:25,
371:14, 381:20,
389:12, 393:4
**kinds** [1] - 335:7

**kinetic** [1] - 372:18
**kit** [1] - 287:9
**knee** [2] - 296:25,
307:18
**knell** [1] - 278:12
**knocked** [6] - 287:14,
289:5, 295:4,
307:19, 315:13,
316:1
**knowing** [3] - 340:3,
343:6, 345:2
**knowledge** [6] - 281:3,
291:3, 301:17,
310:8, 328:6, 373:7
**known** [5] - 344:15,
351:6, 358:17,
378:9, 390:11
**Kohlhaas** [6] - 318:13,
318:16, 385:17,
386:20, 390:2, 391:6
**Kohlhaas's** [1] -
389:22
**Kyle** [1] - 285:19

## L

**lady** [1] - 287:13
**Lakeside** [1] - 268:15
**Lamberth** [2] - 273:12,
273:17
**landed** [2] - 308:11,
378:12
**Landstuhl** [1] - 288:25
**large** [6] - 287:14,
300:23, 345:24,
369:19, 386:16,
389:11
**larger** [4] - 326:4,
364:7, 364:8, 386:14
**largest** [4] - 304:15,
356:21, 374:22,
381:2
**last** [9] - 296:22,
301:12, 314:9,
318:11, 357:9,
357:12, 363:4,
374:15, 385:5
**lastly** [3] - 279:21,
279:24, 280:15
**late** [2] - 279:3, 305:19
**launch** [2] - 343:4,
378:19
**launched** [3] - 308:9,
308:10, 378:16
**law** [7] - 271:15,
271:21, 271:23,
272:7, 272:17,
278:10, 279:8
**Law** [2] - 272:13,
281:15

**lawsuit** [4] - 282:11,
291:24, 302:23,
312:11
**laydown** [1] - 338:4
**laydowns** [1] - 342:17
**laying** [1] - 286:15
**lead** [4] - 306:7,
306:10, 306:13,
330:24
**leader** [7] - 299:3,
305:13, 316:17,
324:23, 359:9,
389:22, 390:3
**leaders** [9] - 326:7,
334:9, 334:10,
334:18, 348:15,
351:16, 355:15,
360:12, 390:4
**leadership** [3] -
320:20, 355:6, 355:8
**leading** [5] - 284:7,
313:22, 345:21,
366:10, 389:25
**leads** [1] - 276:15
**learn** [5] - 286:11,
304:25, 308:21,
332:20, 334:7
**least** [4] - 336:20,
338:4, 355:2, 370:15
**led** [3] - 323:5, 367:18,
368:18
**LEE** [3] - 269:10,
319:5, 363:5
**Lee** [3] - 271:3,
318:23, 319:11
**left** [25] - 287:1,
287:11, 287:12,
288:6, 288:17,
295:1, 297:2, 297:4,
297:6, 298:16,
306:15, 306:17,
306:19, 307:8,
307:17, 307:18,
307:20, 308:3,
308:8, 313:1,
314:20, 366:4,
367:4, 367:19, 371:2
**leg** [10] - 288:2, 288:9,
289:5, 296:23,
300:13, 307:16,
308:3, 308:14,
308:15, 316:3
**legal** [4] - 271:8,
275:10, 282:9,
318:15
**legs** [1] - 296:17
**lengthy** [2] - 372:23,
387:10
**less** [4] - 313:20,
357:14, 382:9,

384:13
**lethal** [3] - 354:10,
354:20, 355:22
**level** [4] - 320:19,
320:21, 323:10,
328:23, 331:14,
333:5, 356:19,
391:16
**levels** [2] - 331:14,
331:16
**liability** [3] - 278:15,
278:25, 279:1
**LIBER** [1] - 268:14
**Library** [3] - 336:1,
349:3, 349:17
**license** [1] - 320:8
**lieutenant** [4] -
286:19, 286:24,
287:12, 372:1
**Lieutenant** [15] -
284:11, 284:22,
285:5, 285:19,
289:9, 289:10,
289:18, 289:20,
342:5, 367:7,
367:17, 389:20,
389:25, 393:6
**life** [1] - 287:9
**light** [4] - 352:9, 361:2,
384:9, 385:9
**lighten** [1] - 273:15
**likely** [17] - 332:13,
343:25, 354:12,
355:16, 357:1,
357:14, 361:13,
361:15, 361:17,
364:10, 381:6,
384:19, 385:1,
387:12, 389:16,
391:14, 391:17
**likewise** [1] - 276:14
**limit** [1] - 322:6
**limited** [1] - 274:7
**line** [4] - 339:5,
364:12, 375:22,
385:20
**lines** [3] - 376:2,
388:16, 388:19
**linked** [1] - 305:15
**LISA** [1] - 394:4
**Lisa** [1] - 268:22
**list** [3] - 329:14,
329:19, 332:8
**literally** [3] - 313:20,
386:7, 386:18
**litigating** [1] - 276:10
**litigation** [2] - 276:2,
278:23
**Littleton** [1] - 303:4
**live** [3] - 292:9,

408

292:10, 303:5
**LLP** [1] - 268:18
**local** [5] - 284:20, 286:23, 328:2, 387:20, 387:25
**locale** [1] - 375:16
**locals** [2] - 344:14, 388:11
**located** [3] - 304:11, 313:18, 389:16
**location** [17] - 296:3, 305:16, 332:11, 342:21, 343:5, 343:8, 344:2, 344:4, 346:9, 356:8, 356:16, 356:25, 358:18, 358:25, 366:5, 368:7, 380:19
**locations** [2] - 348:19, 375:8
**long-standing** [1] - 335:1
**Longhorns** [2] - 281:9, 281:16
**look** [13] - 277:11, 278:3, 279:17, 307:7, 326:1, 327:17, 335:13, 337:14, 339:13, 359:1, 364:4, 371:3, 376:16
**looked** [18] - 287:12, 305:13, 325:8, 325:9, 328:25, 331:20, 332:24, 333:3, 333:8, 333:17, 334:14, 334:20, 335:22, 337:21, 338:7, 338:14, 340:11, 354:21
**looking** [19] - 289:20, 294:12, 307:5, 326:14, 327:5, 327:15, 340:23, 345:6, 363:3, 363:9, 365:22, 370:18, 370:20, 377:17, 377:18, 378:2, 378:21, 385:16, 387:13
**loss** [1] - 376:19
**lost** [3] - 306:6, 310:13, 367:21
**low** [1] - 349:5
**lower** [2] - 297:11, 297:14
**luckily** [1] - 287:10
**Lunch** [1] - 361:25
**lunch** [2] - 341:6,

361:22
**Lynch** [2] - 358:17, 358:23

# M

**M-O-H-A-M-M-A-D-I** [1] - 280:22
**M113** [4] - 306:1, 367:3, 367:19, 368:2
**machinery** [1] - 363:20
**magazine** [1] - 298:15
**Mahdi** [2] - 299:19, 359:12
**main** [4] - 292:23, 308:25, 315:3, 366:13
**maintain** [2] - 351:14, 388:19
**Major** [2] - 357:25, 358:16
**major** [5] - 351:12, 372:10, 375:12, 375:16, 379:2
**majority** [4] - 342:20, 342:21, 353:12, 353:13
**maker** [1] - 308:25
**makers** [1] - 326:7
**Malson** [12] - 284:22, 284:23, 285:5, 285:19, 286:19, 286:24, 287:12, 289:9, 289:10, 289:18, 289:20, 342:5
**Malson's** [1] - 284:11
**man** [1] - 287:2
**manageability** [1] - 276:14
**management** [1] - 362:15
**maneuver** [1] - 369:4
**manifestation** [1] - 272:11
**manpower** [2] - 348:17, 348:18
**manufactured** [2] - 358:7, 374:9
**map** [13] - 283:15, 283:16, 293:13, 304:10, 304:16, 342:12, 342:14, 353:5, 353:6, 359:1, 366:1, 379:21, 379:22
**maps** [2] - 378:3, 385:14
**March** [5] - 312:14, 312:23, 314:13,

377:8, 382:8
**Marine** [2] - 367:5, 393:7
**Mark** [2] - 318:23, 319:11
**MARK** [3] - 269:10, 319:5, 363:5
**marked** [7] - 290:20, 309:21, 309:23, 317:12, 317:13, 318:18, 341:15
**markings** [1] - 374:10
**marriage** [1] - 347:9, 376:25
**married** [2] - 303:7, 312:6
**mask** [2] - 275:22, 291:16
**mass** [2] - 320:2, 347:1
**masters** [1] - 362:14
**material** [7] - 337:1, 348:6, 349:9, 349:23, 352:12, 361:5, 374:16
**materials** [5] - 309:3, 320:9, 358:8, 373:13, 373:25
**matter** [8] - 273:8, 273:24, 274:12, 275:4, 275:10, 277:7, 352:7, 362:5
**matters** [1] - 276:10
**maximized** [1] - 386:11
**maximum** [1] - 389:17
**Maysan** [2] - 324:17, 359:1
**maze** [1] - 315:1
**McCarthy** [1] - 393:6
**MCIF** [1] - 350:6
**mean** [2] - 279:2, 314:1
**meaning** [8] - 271:21, 272:5, 272:7, 272:16, 273:20, 295:18, 300:17, 309:3
**means** [1] - 304:3
**mechanism** [3] - 276:9, 295:11, 378:20
**medevac** [1] - 305:17
**medic** [4] - 287:25, 288:13, 296:10, 305:14
**medical** [5] - 287:18, 287:22, 287:23, 315:17, 316:16
**medicalist** [1] - 308:8

**medically** [1] - 393:10
**member** [12] - 277:8, 277:11, 278:4, 278:5, 279:11, 280:8, 292:12, 303:12, 312:16, 312:20, 382:5, 386:20
**members** [11] - 276:19, 277:2, 279:15, 279:16, 280:10, 299:23, 347:1, 359:23, 360:1, 391:8, 393:8
**memorandum** [2] - 390:25, 391:3
**men** [4] - 308:6, 310:13, 376:2
**mention** [3] - 340:6, 356:14, 360:7
**mentioned** [16] - 284:22, 289:25, 307:25, 326:22, 329:21, 333:17, 337:19, 340:11, 340:16, 349:2, 355:20, 356:7, 360:8, 360:9, 384:16, 388:24
**metal** [1] - 308:12
**method** [2] - 276:9, 357:7
**methodologies** [1] - 362:18
**methodology** [5] - 321:22, 326:10, 327:12, 343:13, 362:11
**methods** [4] - 332:4, 373:15, 373:17, 373:18
**Michael** [1] - 318:18
**mid** [1] - 309:15
**mid-April** [1] - 309:15
**middle** [1] - 378:5
**Middle** [1] - 331:5
**midst** [1] - 356:9
**might** [14] - 275:21, 326:21, 327:21, 328:23, 332:14, 340:15, 340:25, 356:1, 364:4, 364:15, 369:16, 383:15, 386:11, 391:2
**migrating** [1] - 290:4
**Military** [1] - 336:6
**military** [47] - 271:3, 282:22, 282:23, 292:11, 292:14,

299:7, 303:12, 304:1, 304:23, 312:16, 312:19, 312:22, 313:3, 318:20, 319:18, 320:12, 320:15, 320:25, 322:8, 322:14, 322:19, 322:20, 322:21, 322:24, 325:1, 325:4, 326:11, 326:16, 326:17, 327:12, 330:12, 330:15, 330:21, 330:25, 331:8, 331:12, 331:13, 332:5, 333:9, 333:13, 335:8, 336:23, 343:22, 346:11, 356:22, 379:21, 393:9
**militia** [26] - 316:22, 321:4, 321:5, 338:21, 353:19, 356:4, 356:10, 356:16, 357:1, 357:6, 359:10, 359:18, 359:19, 359:21, 360:16, 360:20, 361:10, 364:17, 380:4, 380:7, 380:8, 381:1, 381:6, 381:19, 381:25, 384:2
**militias** [1] - 317:4
**millimeter** [7] - 377:13, 377:18, 379:1, 380:16, 382:15, 382:17, 384:17
**millions** [1] - 373:21
**mind** [3] - 278:12, 292:6, 366:21
**mine** [2] - 315:14, 386:3
**mine-resistant** [1] - 386:3
**mines** [1] - 387:15
**minimum** [1] - 388:1
**Ministry** [1] - 351:24
**ministry** [1] - 349:18
**minutes** [2] - 285:9, 285:25
**mirroring** [1] - 307:9
**miss** [1] - 317:1
**mission** [10] - 283:25, 284:1, 284:13, 293:2, 293:3, 304:5, 304:6, 313:9, 314:17, 390:5

**mistake** [1] - 365:5
**MND** [4] - 325:9, 358:18, 358:25, 389:3
**MND-Center** [1] - 358:18
**MND-North** [1] - 389:3
**MNF** [1] - 365:20
**mobile** [1] - 384:23
**model** [1] - 363:25
**Mohammadi** [1] - 280:18
**MOIS** [5] - 349:8, 349:18, 349:23, 351:25, 352:3
**moment** [6] - 298:9, 308:18, 322:18, 349:11, 363:3, 377:16
**money** [1] - 317:9
**Monroe** [1] - 292:10
**month** [1] - 387:18
**months** [4] - 314:1, 340:3, 345:13, 387:18
**Moreira** [2] - 268:22, 394:11
**MOREIRA** [1] - 394:4
**moreover** [2] - 279:16, 375:14
**morning** [27] - 270:2, 270:3, 270:8, 270:9, 275:16, 275:17, 281:25, 282:1, 282:7, 282:8, 284:14, 291:20, 291:21, 302:6, 302:7, 302:19, 302:20, 308:17, 311:13, 311:14, 311:16, 312:1, 318:25, 319:1, 319:8, 319:9, 329:25
**morphine** [1] - 287:25
**mortar** [4] - 313:23, 369:17, 379:15, 382:16
**mortars** [2] - 284:19, 294:20
**MOS** [3] - 292:20, 304:1, 313:7
**mosque** [13] - 285:11, 289:23, 290:2, 342:8, 342:10, 343:6, 343:7, 344:2, 344:23, 346:2, 346:7, 376:13, 376:17
**mosques** [1] - 346:5
**Moss** [3] - 273:21,

274:1, 274:8
**Moss's** [2] - 274:9, 274:21
**most** [7] - 307:16, 309:1, 350:19, 372:18, 382:24, 387:12, 389:17
**Mosul** [2] - 325:10, 331:1
**motivation** [1] - 376:25
**motor** [1] - 283:11
**mounted** [2] - 285:13, 373:10
**move** [9] - 284:6, 304:21, 352:19, 357:13, 365:3, 376:2, 377:4, 383:13, 385:4
**moved** [4] - 294:21, 305:16, 338:9, 367:25
**movement** [7] - 328:2, 343:3, 348:18, 356:11, 380:3, 386:2, 388:16
**moving** [5] - 348:19, 359:4, 366:13, 367:8
**MR** [125] - 270:8, 270:10, 270:12, 270:15, 270:19, 270:22, 271:10, 272:3, 273:2, 274:14, 275:8, 275:10, 275:17, 275:19, 277:18, 277:20, 278:17, 279:7, 280:3, 280:5, 280:7, 280:13, 280:22, 281:8, 281:11, 281:14, 281:20, 281:23, 282:6, 283:14, 289:17, 290:6, 290:16, 291:6, 291:10, 291:19, 294:10, 294:17, 298:10, 301:3, 302:12, 302:14, 302:18, 304:14, 306:22, 307:10, 310:15, 311:2, 311:9, 311:25, 318:5, 318:11, 318:23, 319:7, 319:15, 321:15, 321:25, 326:12, 329:23, 330:7, 336:22, 337:8, 341:3, 341:8,

341:11, 341:12, 342:12, 345:5, 345:17, 347:18, 349:15, 349:19, 350:24, 351:21, 352:17, 352:20, 353:5, 353:24, 355:17, 357:22, 358:14, 358:21, 359:6, 361:20, 361:24, 362:4, 362:23, 363:7, 364:1, 364:6, 365:2, 365:9, 365:10, 365:15, 365:25, 366:23, 370:17, 371:5, 371:18, 374:25, 377:4, 377:15, 378:1, 378:15, 379:9, 379:24, 382:2, 382:19, 383:12, 383:16, 384:5, 385:13, 386:22, 390:17, 390:22, 391:20, 391:25, 392:3, 392:7, 392:8, 392:11, 393:3, 393:15, 393:22, 393:24
**MRAP** [3] - 386:2, 386:15, 389:12
**MRAPs** [1] - 386:2
**Muhsin** [2] - 351:6, 351:7
**Multi** [6] - 340:19, 356:19, 358:1, 365:19, 382:5, 391:1
**Multi-National** [5] - 356:19, 358:1, 365:19, 382:5, 391:1
**multiintelligence** [1] - 323:25
**multinational** [1] - 351:11
**multiple** [6] - 286:13, 286:14, 286:16, 316:9, 317:6, 364:10
**munition** [2] - 379:6, 380:20
**munitions** [4] - 358:24, 364:2, 369:19, 375:7
**Musab** [1] - 351:13
**Muslim** [1] - 376:23

**N**

**name** [14] - 280:17, 280:21, 282:9, 285:22, 291:22,

291:23, 302:21, 302:22, 312:2, 319:10, 319:11, 354:7, 375:11, 391:2
**names** [3] - 276:23, 276:24, 277:1
**National** [9] - 288:18, 312:20, 333:19, 340:20, 356:19, 358:1, 365:19, 382:5, 391:1
**national** [2] - 286:23, 287:2
**nationwide** [1] - 278:11
**natural** [1] - 341:9
**nature** [3] - 328:16, 347:4, 361:15
**NCO** [3] - 323:6, 371:12, 381:11
**near** [2] - 293:21, 387:20
**nearly** [1] - 277:4
**necessarily** [1] - 277:6
**necessary** [1] - 376:20
**neck** [1] - 296:17
**need** [2] - 277:23, 279:5
**needed** [2] - 284:11, 315:24
**needing** [1] - 323:14
**neighborhood** [8] - 328:1, 342:24, 343:1, 353:15, 356:9, 356:14, 356:15, 380:3
**neighborhoods** [6] - 342:20, 342:21, 353:11, 353:12, 353:13, 383:24
**nerve** [2] - 297:4, 297:7
**Nest** [2] - 305:3, 366:14
**network** [9] - 323:21, 326:1, 326:4, 326:8, 326:9, 328:25, 329:1, 375:6, 375:12
**networks** [5] - 323:17, 324:8, 325:13, 326:6, 373:4
**neuropathy** [1] - 297:6
**never** [4] - 314:3, 316:25, 317:1, 387:21
**new** [2] - 270:11, 386:10
**New** [1] - 310:20
**news** [1] - 328:13
**next** [28] - 285:14,

291:11, 308:17, 314:21, 315:12, 315:13, 327:4, 327:24, 328:4, 328:21, 337:25, 338:18, 339:4, 340:11, 346:3, 346:10, 349:19, 352:19, 356:7, 362:24, 366:11, 370:24, 371:3, 377:4, 383:13, 390:22, 391:12
**NGIC** [1] - 333:19
**nice** [1] - 318:8
**night** [3] - 305:10, 307:3, 310:13
**NIX** [1] - 268:18
**nobody** [6] - 271:13, 274:3, 274:4, 274:19
**nodes** [1] - 329:1
**nonetheless** [2] - 281:2, 347:7
**nonpartisan** [2] - 334:23, 384:11
**nonstop** [1] - 314:11
**normal** [1] - 370:8
**normally** [2] - 307:5, 307:7
**North** [3] - 292:10, 325:9, 389:3
**north** [2] - 385:20, 388:10
**northeast** [1] - 378:4
**Nos** [1] - 270:23
**note** [2] - 368:20, 378:25
**notes** [1] - 394:6
**nothing** [1] - 344:7
**noticed** [7] - 286:21, 295:7, 295:23, 296:10, 306:10, 306:12, 392:17
**notion** [1] - 362:12
**November** [1] - 282:23
**number** [3] - 345:11, 373:2, 393:18
**numbers** [2] - 345:24, 347:1
**numerous** [1] - 278:22
**NW** [2] - 268:24, 394:13

**O**

**objective** [1] - 326:19
**observe** [1] - 340:9
**observed** [5] - 346:2, 348:22, 374:3, 387:8, 387:9

410

**obtained** [1] - 322:14
**obviously** [5] - 339:1, 364:8, 364:16, 370:15, 370:22
**occasion** [1] - 300:2
**occasionally** [1] - 387:19
**occasions** [1] - 299:21
**occupational** [1] - 304:1
**occur** [8] - 293:10, 327:25, 341:18, 342:7, 352:23, 353:2, 385:10, 392:22
**occurred** [22] - 283:5, 294:19, 302:25, 332:18, 336:25, 337:18, 341:19, 342:8, 352:24, 353:3, 353:15, 356:1, 365:13, 365:14, 366:3, 366:15, 377:7, 377:8, 378:8, 385:11, 385:15, 388:5
**October** [3] - 303:23, 309:15, 372:9
**OF** [5] - 268:1, 268:3, 268:7, 268:10, 394:2
**offer** [4] - 336:22, 373:19, 379:1, 386:8
**Office** [2] - 349:4, 381:12
**officer** [9] - 320:17, 320:18, 320:23, 322:23, 324:15, 330:12, 330:23, 387:8, 389:10
**officers** [4] - 299:24, 300:5, 313:13, 384:22
**official** [11] - 333:9, 334:3, 335:18, 335:22, 340:8, 353:22, 356:13, 357:19, 377:24, 390:25, 394:12
**OFFICIAL** [1] - 394:2
**Official** [1] - 268:23
**officials** [1] - 313:13
**often** [5] - 314:3, 327:18, 332:12, 335:8, 370:11
**oftentimes** [4] - 334:1, 334:6, 338:23, 381:16
**OH** [1] - 268:16
**Oklahoma** [1] - 281:15

**old** [2] - 282:20, 331:11
**older** [1] - 287:2
**on-site** [1] - 384:12
**once** [3] - 286:18, 342:4, 363:15
**one** [53] - 268:21, 270:17, 272:9, 275:10, 280:16, 281:13, 290:20, 295:22, 296:22, 298:4, 301:12, 308:25, 309:25, 311:2, 315:4, 317:12, 317:15, 321:3, 327:23, 330:19, 335:1, 337:11, 341:6, 341:25, 342:16, 343:1, 344:20, 345:7, 346:17, 352:19, 356:24, 359:10, 359:23, 361:9, 361:16, 362:16, 364:11, 373:19, 375:3, 375:11, 376:6, 377:16, 378:13, 379:18, 380:18, 380:22, 382:7, 382:16, 384:21, 389:10, 392:22, 393:6, 393:15
**ongoing** [1] - 285:15
**online** [1] - 340:14
**op** [1] - 334:3
**OP** [1] - 334:3
**open** [2] - 287:11, 364:16
**opening** [1] - 393:5
**operate** [6] - 356:17, 368:16, 375:20, 380:9, 388:17, 388:23
**operated** [4] - 331:19, 364:22, 368:2, 369:7
**operating** [14] - 290:9, 294:2, 305:8, 323:18, 324:9, 328:1, 328:9, 333:21, 338:12, 351:17, 357:2, 359:21, 371:1, 388:12
**operation** [5] - 347:15, 356:5, 368:11, 379:25, 388:5
**Operation** [2] - 324:10, 340:12
**operational** [4] -

331:5, 331:14, 331:16, 376:5
**operations** [24] - 290:8, 292:24, 294:4, 323:2, 323:8, 323:14, 326:9, 330:17, 330:20, 331:3, 345:23, 348:16, 350:23, 353:22, 359:5, 360:10, 368:18, 375:5, 375:13, 375:19, 385:25, 386:1, 388:1, 389:19
**operative** [3] - 271:17, 274:24, 309:8
**operatives** [2] - 300:3, 300:8
**opinion** [20] - 273:13, 273:23, 278:8, 339:5, 339:6, 343:9, 346:21, 348:5, 352:10, 353:16, 361:3, 361:8, 366:16, 368:5, 368:12, 369:13, 371:11, 371:24, 381:8, 389:7
**opinions** [12] - 320:6, 322:3, 322:6, 322:17, 331:25, 335:8, 336:15, 336:16, 336:24, 337:5, 343:15, 384:9
**opportunity** [1] - 355:12
**opposed** [3] - 362:7, 363:13, 378:14
**ops** [4] - 378:21, 378:22, 386:22, 386:23
**order** [7] - 305:16, 328:8, 361:17, 374:13, 376:2, 383:9, 387:16
**orders** [1] - 316:25
**ordinance** [1] - 354:5
**organization** [9] - 332:25, 334:23, 339:8, 344:6, 344:11, 349:6, 357:16, 370:3, 375:14
**Organization** [4] - 320:23, 323:16, 324:24, 330:4
**organizations** [7] - 322:25, 326:16, 333:18, 335:23, 339:3, 343:2, 350:17

**orient** [1] - 385:15
**origin** [11] - 374:8, 377:23, 377:24, 378:4, 378:11, 379:8, 379:18, 379:19, 379:22, 380:1, 380:12
**originally** [2] - 292:7, 292:8
**OU** [1] - 281:15
**ought** [1] - 318:2
**outline** [2] - 337:16, 342:19
**outlined** [3] - 342:19, 352:14, 353:9
**outside** [6] - 287:1, 313:14, 314:23, 337:19, 342:8, 344:2
**outskirts** [1] - 375:10
**overcome** [1] - 373:22
**overlapped** [1] - 334:2
**overnight** [1] - 392:19
**overseeing** [1] - 359:24
**oversight** [1] - 331:5
**overview** [10] - 270:16, 337:6, 337:18, 337:21, 338:19, 338:25, 339:1, 341:16, 352:22, 378:23
**overwatch** [2] - 305:15, 324:2
**owed** [1] - 352:11
**own** [3] - 347:25, 363:18, 384:20

## P

**p.m** [2] - 305:19, 394:1
**Pacific** [1] - 320:21
**packed** [1] - 296:18
**PAGE** [1] - 269:3
**page** [1] - 393:18
**Page** [5] - 355:17, 359:6, 360:18, 365:25, 378:1
**Pages** [1] - 370:17
**pain** [1] - 301:22
**parade** [1] - 315:3
**pardon** [2] - 351:8, 365:18
**parent** [1] - 279:17
**parents** [1] - 276:20
**parking** [1] - 315:5
**part** [10] - 300:23, 304:15, 315:11, 317:5, 325:15, 341:21, 349:19, 349:21, 354:4,

363:12
**participating** [1] - 331:2
**particular** [8] - 273:24, 276:18, 289:25, 314:2, 331:4, 332:25, 345:9, 383:1
**particularly** [7] - 335:21, 344:6, 347:10, 350:5, 369:1, 370:1, 384:4
**partners** [1] - 320:1
**parts** [1] - 321:3
**pass** [1] - 364:23
**passage** [3] - 304:7, 374:15, 390:10
**passenger** [1] - 367:14
**passive** [1] - 364:23
**past** [3] - 306:10, 334:22, 387:18
**patching** [1] - 296:21
**patrol** [7] - 284:4, 287:17, 365:23, 366:13, 388:12, 389:25
**patrols** [4] - 284:15, 284:17, 373:11, 388:12
**patterns** [3] - 332:20, 332:21, 332:22
**PATTERSON** [1] - 268:18
**PAULOS** [5] - 392:8, 392:11, 393:3, 393:15, 393:22
**Pause** [2] - 270:20, 272:1
**payoff** [1] - 328:12
**PBIED** [1] - 342:1
**PCS/PCPs** [1] - 284:14
**PDF** [1] - 393:17
**penalty** [1] - 301:22
**pending** [1] - 276:8
**penetrator** [3] - 297:19, 353:1, 357:5
**penetrators** [1] - 358:6
**peninsula** [1] - 283:21
**people** [11] - 280:11, 280:13, 305:12, 316:9, 317:9, 338:1, 338:6, 338:8, 345:24, 346:2, 383:3
**percent** [2] - 289:8, 300:22
**perfect** [1] - 326:12
**perfectly** [1] - 297:13
**perform** [2] - 344:14, 345:3
**performed** [3] - 325:5,

332:13, 374:21
**performing** [4] -
272:14, 326:10,
328:5, 332:3
**perimeter** [1] - 296:9
**period** [7] - 304:19,
324:24, 332:15,
338:10, 338:17,
341:21, 369:2
**perjury** [1] - 301:22
**permissive** [2] - 343:3,
356:11
**perpetrated** [1] - 368:8
**person** [5] - 270:24,
277:13, 277:14,
299:8, 317:8
**personal** [6] - 273:6,
274:5, 274:15,
295:12, 347:25,
367:6
**personally** [1] - 340:2
**personnel** [6] -
308:24, 342:1,
367:3, 367:20,
370:25, 390:12
**personnel-borne** [1] -
342:1
**perspective** [1] -
385:22
**Peterson** [2] - 277:22,
277:23
**Petraeus** [1] - 381:17
**phase** [2] - 393:4,
393:6
**PHILIP** [2] - 269:8,
311:23
**Philip** [2] - 311:10,
312:3
**photo** [11] - 289:17,
289:20, 289:22,
294:9, 294:12,
306:21, 307:2,
307:11, 370:18,
370:24, 371:3
**photographs** [2] -
355:18, 355:19
**phrase** [9] - 271:17,
271:19, 272:5,
272:18, 274:15,
274:16, 274:23,
274:24
**physical** [2] - 274:19,
288:4
**physically** [1] - 314:15
**pick** [6] - 359:3,
378:16, 378:19,
379:3, 384:16,
389:14
**pick-up** [3] - 378:16,
378:19, 379:3

**picked** [1] - 288:13
**picking** [1] - 287:21
**picture** [7] - 302:9,
308:9, 326:3, 359:8,
366:11, 378:10,
385:21
**pictures** [1] - 300:11
**piece** [4] - 288:5,
316:3, 325:7, 327:17
**pilgrims** [6] - 290:1,
290:3, 343:7,
346:20, 347:6,
376:19
**pinky** [1] - 288:7
**pinpoint** [1] - 379:7
**place** [1] - 284:12
**placed** [2] - 297:13,
387:12
**placement** [3] -
358:10, 372:4, 390:8
**placers** [1] - 387:15
**plaintiff** [16] - 270:12,
277:10, 282:11,
290:25, 291:24,
301:10, 301:15,
302:23, 304:24,
310:2, 310:3,
312:10, 317:18,
318:13, 318:14,
392:12
**plaintiff's** [1] - 280:21
**plaintiffs** [10] - 280:1,
280:25, 281:23,
291:12, 302:14,
318:23, 319:18,
336:22, 339:1,
339:11
**Plaintiffs** [2] - 268:4,
268:14
**plan** [3] - 326:24,
362:15, 393:3
**planned** [1] - 375:4
**planning** [3] - 326:18,
327:8, 345:2
**plate** [10] - 306:20,
308:19, 364:7,
367:10, 368:1,
369:19, 370:5,
373:17, 374:1,
386:17
**plated** [1] - 298:5
**platoon** [16] - 294:20,
296:8, 299:3, 305:2,
305:9, 305:13,
316:17, 320:19,
371:12, 385:23,
386:20, 389:22,
390:3, 390:4,
390:13, 391:12
**Platoon** [1] - 387:1

**played** [1] - 335:13
**players** [1] - 329:1
**playstation** [1] -
298:24
**plenty** [1] - 392:6
**plus** [1] - 325:8
**pockets** [1] - 369:2
**podium** [2] - 270:6,
363:9
**Point** [2] - 320:17,
347:9
**point** [23] - 274:9,
274:21, 279:6,
288:10, 288:21,
293:13, 296:6,
318:19, 326:19,
338:24, 341:10,
347:22, 377:23,
377:24, 378:4,
378:11, 379:8,
379:18, 380:1,
380:12, 383:21,
389:2, 389:15
**pointed** [3] - 349:25,
353:14, 381:23
**pointing** [2] - 344:3,
381:18
**points** [5] - 341:1,
378:7, 379:18,
379:19, 379:23
**police** [2] - 284:5,
286:16
**policy** [2] - 273:11,
352:7
**political** [1] - 317:7
**Pompeo's** [1] - 350:20
**poor** [1] - 367:23
**popped** [1] - 306:9
**populace** [3] - 370:11,
387:20, 387:25
**popular** [1] - 375:15
**portable** [1] - 298:24
**portfolio** [1] - 330:13
**portion** [7] - 324:18,
352:2, 354:3, 369:9,
372:8, 375:1, 387:3
**portions** [2] - 323:19,
345:18
**position** [6] - 271:16,
272:4, 274:25,
283:10, 285:16,
372:25
**positions** [2] - 320:20,
373:10
**possessed** [1] - 373:6
**possibility** [1] - 276:24
**possible** [3] - 346:20,
370:10, 388:3
**possibly** [2] - 346:18,
354:16

**post** [2] - 298:20,
307:21
**post-attack** [1] -
298:20
**post-traumatic** [1] -
307:21
**potential** [2] - 280:2,
329:11
**potentially** [1] - 276:3
**pouch** [2] - 298:15,
355:24
**power** [3] - 295:9,
317:2, 380:25
**PowerPoint** [1] -
326:12
**practicing** [1] - 278:10
**precision** [2] - 380:20,
384:18
**precision-guided** [1] -
380:20
**predominant** [1] -
337:25
**predominantly** [1] -
353:15
**preliminary** [1] - 303:2
**prepare** [1] - 321:21
**prepared** [8] - 291:10,
292:2, 318:19,
321:12, 322:2,
336:19, 341:4,
346:22
**presence** [4] - 284:4,
284:15, 284:16,
368:19
**present** [9] - 270:23,
271:2, 274:3, 274:6,
346:14, 390:1,
392:20, 393:2, 393:5
**presentation** [1] -
392:1
**press** [12] - 334:8,
340:11, 340:13,
350:20, 357:24,
358:16, 363:16,
382:4, 382:8,
382:20, 383:20
**pressure** [3] - 288:20,
296:23, 298:5,
306:19, 308:19,
367:10, 368:1,
369:19, 370:5,
373:17, 374:1,
386:17, 387:15
**pressure-plated** [1] -
298:5
**presumptive** [3] -
277:21, 278:2, 278:7
**pretty** [11] - 297:14,
335:2, 350:11,
367:22, 369:15,

372:23, 373:22,
374:2, 380:16,
380:19
**prevent** [2] - 304:7,
369:7
**preventing** [1] -
347:11
**previous** [3] - 286:11,
299:21, 387:13
**previously** [1] - 321:16
**primarily** [5] - 271:23,
325:20, 336:4,
344:11, 372:12
**primary** [1] - 276:6
**prime** [1] - 343:8
**principles** [2] -
331:20, 332:4
**problem** [4] - 275:8,
373:25, 392:3, 392:5
**procedure** [1] - 305:8
**procedures** [2] -
333:4, 338:15
**proceed** [6] - 270:21,
272:2, 278:14,
285:12, 302:13,
365:11
**proceeded** [2] -
284:20, 294:22
**proceedings** [1] -
394:7
**process** [3] - 272:14,
326:25, 328:10
**processing** [1] - 327:3
**produced** [2] - 365:20,
382:18
**product** [2] - 327:7,
386:4
**production** [1] - 374:8
**products** [2] - 324:3,
324:7
**professional** [1] -
331:12
**profile** [4] - 328:12,
345:3, 349:17,
374:22
**Project** [1] - 338:2
**projectile** [1] - 363:15
**projectiles** [1] - 358:6
**proliferated** [1] -
360:19
**pronunciation** [1] -
351:8
**propelled** [2] - 373:8,
382:14
**propound** [1] - 279:19
**propounded** [1] -
277:20
**protect** [2] - 386:5,
386:13
**protected** [1] - 386:3

**protecting** [1] - 376:1
**protection** [2] - 386:9, 386:11
**prove** [1] - 277:7
**proven** [1] - 344:10
**provide** [25] - 275:3, 284:1, 287:18, 293:3, 299:9, 299:11, 313:11, 315:25, 321:3, 323:2, 324:2, 327:18, 333:20, 333:23, 337:4, 337:6, 340:9, 340:21, 348:13, 348:15, 362:8, 362:12, 374:13, 393:19
**provided** [28] - 299:14, 315:22, 323:7, 327:14, 331:5, 333:9, 334:5, 334:17, 334:24, 335:2, 335:24, 336:1, 337:20, 340:9, 347:16, 348:7, 348:17, 350:1, 350:10, 351:18, 359:16, 361:10, 364:9, 380:3, 382:21, 384:14, 387:8, 391:4
**provides** [3] - 349:23, 365:20, 378:23
**providing** [13] - 293:25, 294:3, 300:5, 317:9, 320:6, 327:8, 336:24, 349:8, 350:4, 350:18, 351:10, 381:5, 393:16
**Province** [1] - 324:17
**province** [11] - 304:12, 304:15, 368:13, 368:14, 372:13, 385:18, 385:25, 387:4, 388:6, 391:11
**provinces** [4] - 283:15, 304:10, 325:11, 337:20
**proximity** [1] - 368:4
**PSD** [3] - 366:6, 367:6, 372:2
**PSP** [1] - 298:24
**PTSD** [4] - 289:7, 300:16, 300:19, 316:4
**public** [1] - 334:11
**publications** [3] - 334:21, 360:3,

381:10
**publicly** [1] - 333:12
**published** [7] - 334:5, 340:13, 340:19, 351:5, 353:23, 360:11, 386:24
**pull** [19] - 281:10, 289:17, 294:9, 294:10, 342:12, 345:17, 351:21, 365:15, 370:17, 371:18, 374:25, 378:1, 378:15, 382:2, 382:19, 385:13, 386:22, 389:20, 390:22
**pulled** [3] - 285:5, 286:17, 383:14
**Purple** [4] - 290:14, 301:1, 301:12, 308:4
**purpose** [1] - 325:19
**purposes** [4] - 278:15, 278:25, 364:3, 388:2
**put** [12] - 306:21, 306:22, 337:8, 345:5, 349:14, 350:24, 353:24, 355:17, 357:22, 358:14, 359:6, 369:17
**putting** [2] - 287:21, 315:11
**PX1002** [1] - 322:1
**PX108** [1] - 365:15
**PX128** [1] - 350:24
**PX1603** [1] - 347:21
**PX1612** [3] - 289:18, 289:19, 290:20
**PX1620** [1] - 321:16, 337:9, 341:15
**PX1622** [2] - 290:20, 290:24
**PX1700** [1] - 353:25
**PX1701** [2] - 294:10, 301:6
**PX1704** [1] - 301:6
**PX1705** [3] - 321:17, 355:17, 359:6
**PX1706** [1] - 301:6
**PX1801** [1] - 366:23
**PX1803** [1] - 371:18
**PX1804** [2] - 306:22, 309:21
**PX1822** [4] - 321:17, 365:9, 365:25, 370:17
**PX1824** [1] - 309:23
**PX1900** [1] - 378:15
**PX1901** [1] - 379:9
**PX1907** [1] - 317:12

**PX1909** [3] - 321:18, 377:6, 378:1
**PX1910** [1] - 317:13
**PX2000** [1] - 386:22
**PX2001** [2] - 318:18, 389:21
**PX2015** [3] - 321:18, 385:6, 385:13
**PX2016** [1] - 318:16
**PX275** [1] - 349:15
**PX321** [1] - 382:2
**PX333** [1] - 358:14
**PX336** [1] - 357:22
**PX345** [1] - 382:19
**PX387** [1] - 345:5
**PX392** [2] - 383:13, 383:17
**PX68** [1] - 351:21
**PX937** [1] - 374:17

## Q

**Qa'im** [2] - 373:4, 375:24
**Qaeda** [73] - 290:7, 290:10, 304:7, 304:19, 309:5, 309:7, 309:11, 309:13, 309:17, 321:6, 326:5, 331:4, 331:6, 335:20, 336:3, 343:11, 343:25, 344:5, 344:11, 344:15, 344:18, 345:1, 345:22, 346:1, 346:18, 347:16, 347:25, 348:7, 348:13, 348:14, 348:16, 348:24, 349:9, 349:25, 350:4, 350:15, 350:22, 351:16, 352:5, 352:11, 368:9, 368:16, 368:23, 368:25, 369:3, 369:8, 369:10, 370:3, 370:12, 374:15, 374:23, 376:5, 377:1, 386:1, 388:7, 388:14, 388:17, 388:22, 389:4, 390:6, 390:8, 390:13, 391:4, 391:8, 391:14, 391:18
**Qayis** [3] - 359:8, 360:1
**Qods** [4] - 321:5,

353:20, 382:23, 382:25
**QRF** [5] - 288:13, 293:4, 293:6, 305:10, 372:3
**qualifications** [3] - 321:22, 322:18, 330:8
**qualify** [1] - 337:3
**questions** [11] - 291:7, 303:2, 310:16, 318:6, 352:18, 361:20, 391:21, 391:23, 392:18, 392:21, 392:25
**quick** [2] - 352:22, 392:8
**Quick** [2] - 293:7, 367:18
**quickly** [1] - 276:4
**quiet** [1] - 286:19
**quite** [2] - 360:5, 368:22
**quote** [4] - 358:21, 383:12, 383:14, 390:17

## R

**radar** [3] - 379:2, 379:5, 379:7
**radio** [5] - 284:18, 285:10, 286:12, 305:3, 305:4
**radios** [2] - 306:6, 306:8
**raid** [1] - 299:22
**raise** [4] - 282:2, 291:15, 311:21, 319:4
**raised** [4] - 271:8, 275:24, 295:23, 303:4
**raising** [1] - 348:4
**RALEIGH** [2] - 269:7, 302:16
**Raleigh** [3] - 302:14, 302:22, 371:6
**Ramadi** [15] - 304:7, 304:11, 304:20, 309:10, 365:24, 366:7, 366:12, 366:15, 372:10, 372:13, 372:15, 372:16, 373:3, 375:25
**ramp** [1] - 307:6
**ran** [3] - 314:23, 348:14, 389:3
**random** [1] - 362:9

**range** [2] - 325:21, 356:11
**rank** [5] - 283:8, 292:18, 303:24, 313:5, 320:25
**ranking** [2] - 313:12, 313:13
**rather** [6] - 331:14, 333:11, 333:21, 346:22, 378:7, 379:5
**rating** [1] - 300:21
**RDR** [3] - 268:22, 394:4, 394:11
**reach** [2] - 336:13, 336:15
**reached** [1] - 322:3
**reaching** [1] - 331:21
**react** [2] - 305:9, 374:3
**Reaction** [2] - 293:7, 367:18
**read** [10] - 274:16, 336:18, 336:20, 345:18, 351:7, 368:7, 372:8, 373:21, 382:13, 391:7
**readdress** [1] - 376:12
**reader** [1] - 339:9
**ready** [3] - 281:20, 311:7, 311:9
**real** [1] - 392:8
**realized** [4] - 287:4, 295:6, 367:24, 386:5
**really** [14] - 273:7, 274:22, 281:16, 284:16, 325:24, 326:7, 333:5, 333:8, 336:4, 344:7, 346:21, 379:18, 380:4, 388:14
**rear** [1] - 294:25
**reason** [1] - 281:1
**reasonable** [4] - 322:7, 352:10, 361:4, 388:22
**reasoning** [1] - 281:2
**reasons** [2] - 276:4, 276:6
**rebels** [1] - 375:14
**receive** [5] - 287:23, 290:14, 308:4, 315:17, 317:3
**received** [5] - 287:22, 317:5, 361:5, 361:14, 361:17
**receiving** [1] - 391:18
**recent** [4] - 273:25, 274:8, 274:22, 350:19
**recently** [3] - 273:22,

315:20, 374:9
**recess** [1] - 361:25
**Recess** [1] - 311:6
**recognize** [2] - 329:18, 391:2
**recognizing** [1] - 338:7
**reconnaissance** [3] - 292:23, 293:3, 294:3
**reconvene** [1] - 361:23
**record** [8] - 270:7, 302:21, 311:5, 321:15, 321:25, 341:14, 347:18, 360:17
**recorded** [1] - 344:10
**red** [7] - 295:19, 295:22, 342:20, 353:13, 366:4, 366:15, 385:17
**Red** [1] - 313:14
**redress** [1] - 273:17
**Reduction** [3] - 319:23, 320:6, 330:6
**reference** [7] - 283:14, 293:13, 351:1, 360:17, 360:23, 366:8, 384:6
**references** [1] - 369:4
**referencing** [2] - 355:15, 382:12
**referred** [2] - 342:1, 355:6
**referring** [1] - 349:16
**refers** [1] - 382:22
**reflect** [1] - 331:25
**reflected** [1] - 272:12
**regard** [1] - 381:9
**regarding** [5] - 272:5, 331:25, 335:8, 336:13, 361:21
**regardless** [1] - 340:1
**regime** [1] - 329:9
**region** [1] - 385:25
**Regional** [1] - 381:12
**regular** [1] - 284:15
**reinforces** [1] - 383:20
**reintroduce** [1] - 270:13
**relate** [1] - 337:5
**related** [3] - 271:14, 277:14, 393:8
**relates** [1] - 322:20
**relation** [1] - 336:18
**relationship** [2] - 347:5, 351:14
**relative** [1] - 368:4
**relatively** [4] - 343:3, 368:16, 369:9,

378:12
**relay** [1] - 292:23
**release** [2] - 382:4
**relevance** [1] - 368:12
**relevant** [1] - 327:15
**reliable** [5] - 333:14, 334:15, 335:5, 343:18, 360:3
**relied** [3] - 323:1, 335:5, 343:21
**relieve** [1] - 288:20
**religious** [1] - 286:4
**rely** [1] - 335:8
**relying** [1] - 322:13
**remain** [1] - 282:2
**remained** [1] - 375:11
**remarks** [1] - 393:5
**remember** [1] - 294:24
**remind** [6] - 273:17, 280:1, 341:16, 365:12, 377:6, 392:11
**reminded** [1] - 273:12
**remote** [1] - 373:24
**removed** [1] - 316:4
**render** [1] - 321:8
**rep** [1] - 279:10
**repair** [1] - 297:8
**repeat** [1] - 374:16
**report** [44] - 319:12, 321:21, 327:3, 336:18, 336:20, 337:10, 337:16, 337:17, 340:6, 340:7, 340:8, 341:14, 342:13, 343:16, 346:13, 346:16, 349:7, 352:14, 353:6, 353:23, 355:10, 355:23, 360:18, 365:5, 371:15, 377:5, 378:21, 379:9, 379:11, 379:12, 379:14, 379:15, 384:6, 384:7, 384:8, 385:6, 386:22, 386:23, 386:24, 389:9, 390:5
**reported** [2] - 355:5, 381:14
**reporter** [1] - 335:1
**Reporter** [3] - 268:22, 268:23, 394:12
**REPORTER** [2] - 324:5, 394:2
**reporting** [14] - 333:9, 333:12, 333:18, 335:3, 335:19, 335:22, 336:2,

347:24, 348:1, 356:13, 356:25, 372:21, 377:24, 388:25
**reports** [19] - 271:4, 321:12, 321:20, 321:21, 326:23, 331:24, 333:10, 333:20, 334:4, 336:5, 336:7, 336:8, 336:19, 336:21, 337:7, 350:7, 350:12, 357:19, 378:22
**representation** [2] - 327:11, 366:2
**representative** [8] - 279:10, 279:12, 279:14, 310:23, 318:15, 362:12, 364:2
**represented** [1] - 280:9
**representing** [2] - 320:5, 358:1
**reps** [2] - 334:3, 334:4
**REPUBLIC** [1] - 268:7
**Republic** [2] - 270:4, 273:13
**reputable** [1] - 334:23
**requested** [2] - 275:6, 284:12
**required** [2] - 333:6, 363:16
**requirement** [2] - 276:12, 276:15
**requires** [1] - 295:11
**requiring** [1] - 323:14
**research** [2] - 336:1, 349:2
**resistant** [1] - 386:3
**resolve** [1] - 273:10
**resolving** [1] - 275:1
**resourced** [1] - 370:2
**resources** [3] - 328:7, 347:25, 384:15
**respect** [14] - 322:3, 331:14, 332:15, 332:18, 332:23, 336:24, 339:6, 339:11, 344:4, 366:17, 368:6, 372:22, 373:1
**respond** [2] - 357:12, 357:15
**responded** [1] - 305:21
**responding** [2] - 289:24, 372:3
**response** [6] - 305:7,

344:25, 345:4, 347:8, 367:19
**responsibility** [1] - 324:2
**responsible** [7] - 271:23, 290:11, 308:22, 309:1, 332:17, 381:6, 381:24
**rest** [2] - 296:8, 326:3
**restate** [1] - 307:13
**Restatement** [2] - 272:8
**result** [2] - 277:6, 316:7
**resulted** [1] - 321:7
**results** [1] - 272:12
**resume** [1] - 362:4
**Resumed** [1] - 363:5
**retained** [1] - 319:17
**retired** [6] - 282:23, 289:8, 303:17, 321:1, 393:7, 393:10
**retrieve** [1] - 296:16
**return** [2] - 296:2, 367:8
**returned** [2] - 295:23, 296:3
**review** [5] - 324:3, 340:4, 340:7, 354:21, 371:20
**reviewed** [9] - 318:20, 340:2, 340:14, 350:8, 352:9, 355:4, 361:3, 371:9, 374:18
**reviewing** [2] - 339:12, 343:12
**Revolutionary** [1] - 381:23
**rights** [1] - 351:25
**River** [3] - 366:10, 385:19, 388:21
**river** [1] - 316:24
**road** [5] - 285:11, 305:16, 354:15, 387:16, 387:21
**Road** [1] - 268:19
**Robert** [2] - 315:19, 315:20
**Roberts** [1] - 273:13
**rocket** [17] - 274:2, 312:13, 313:23, 314:9, 315:9, 318:3, 341:25, 373:8, 377:13, 377:19, 377:20, 377:23, 377:25, 379:5, 381:16, 382:14, 384:17
**rocket-propelled** [2] -

373:8, 382:14
**rockets** [13] - 316:7, 316:13, 318:3, 377:13, 378:5, 378:11, 379:1, 379:3, 380:1, 380:16, 382:15, 382:17, 384:14
**Roggio** [2] - 335:1, 388:25
**role** [4] - 325:20, 335:13, 344:14, 371:12
**roles** [1] - 330:15
**roll** [3] - 284:20, 296:11, 305:11
**rolled** [2] - 284:14, 370:21
**Ron** [3] - 329:24, 330:5, 359:23
**Room** [2] - 268:23, 394:13
**room** [1] - 311:11
**rooting** [1] - 281:16
**Ross** [4] - 336:11, 348:11, 350:9, 351:9
**Ross's** [1] - 336:16
**rough** [1] - 336:20
**round** [4] - 363:14, 369:17, 369:18, 389:15
**rounds** [5] - 296:4, 373:13, 382:16
**Route** [2] - 293:12, 295:2
**route** [6] - 294:23, 367:9, 387:13, 387:18, 387:19, 388:21
**routine** [3] - 288:23, 340:13, 382:7
**rudimentary** [2] - 315:23, 373:22
**Rule** [1] - 276:12
**run** [1] - 287:10
**running** [1] - 284:17
**rural** [1] - 369:9
**Ryan** [17] - 289:17, 290:6, 294:10, 294:17, 306:22, 307:10, 312:3, 337:8, 342:12, 345:5, 345:17, 349:15, 349:19, 365:15, 371:5, 374:25, 378:1
**RYAN** [2] - 269:8, 311:23

# S

**S2** [2] - 322:25, 387:8
**sacrifice** [1] - 376:20
**Sadr** [21] - 293:9,
293:12, 293:14,
294:23, 316:18,
316:21, 316:24,
317:2, 353:10,
356:7, 356:23,
359:13, 377:25,
378:5, 379:8, 380:1,
380:2, 380:6, 380:9,
383:2, 383:7
**safe** [4] - 299:22,
302:5, 350:10,
351:18
**SAL** [1] - 391:10
**Salah** [5] - 385:18,
387:4, 388:6,
388:20, 391:11
**Salam** [1] - 387:4,
387:17, 391:10
**sample** [1] - 362:12
**sanctuary** [1] - 372:10
**sand** [1] - 367:22
**sandbags** [1] - 315:1
**sat** [1] - 359:25
**saver's** [1] - 287:9
**saw** [4] - 287:13,
287:16, 370:25,
382:16
**scene** [2] - 286:10,
387:20
**school** [3] - 312:25,
313:1, 313:2
**scope** [2] - 274:8,
331:17
**Scout** [2] - 292:21,
292:22
**screen** [16] - 302:15,
306:21, 306:24,
306:25, 326:14,
327:15, 337:9,
345:5, 349:14,
350:24, 353:5,
353:24, 355:17,
357:23, 359:7,
365:17
**seat** [1] - 367:15
**Second** [1] - 272:8
**second** [14] - 270:17,
276:11, 283:3,
290:24, 301:10,
308:7, 310:2,
324:19, 342:4,
356:21, 356:23,
367:10, 367:25,
387:17
**secondly** [2] - 389:11,

390:3
**seconds** [2] - 287:15,
295:5
**secretary** [2] - 349:5,
391:3
**Secretary** [1] - 350:19
**sect** [1] - 341:22
**sectarian** [1] - 328:16
**section** [8] - 323:1,
323:5, 323:23,
326:20, 337:25,
338:19, 356:20,
387:9
**Section** [1] - 272:9
**sections** [2] - 272:9,
333:23
**sector** [3] - 284:5,
290:8, 325:10
**security** [8] - 284:1,
284:4, 296:9, 300:6,
313:12, 349:18,
367:6, 383:3
**see** [22] - 285:8, 288:2,
294:3, 296:4,
298:16, 298:25,
302:8, 302:9, 304:9,
304:16, 306:23,
306:25, 307:8,
309:12, 311:17,
327:20, 342:14,
342:18, 353:14,
354:13, 366:15,
370:21
**seeing** [1] - 309:1
**seeking** [1] - 273:16
**selected** [1] - 375:17
**selection** [1] - 362:9
**semipermissive** [1] -
388:18
**send** [3] - 351:4,
384:20, 384:23
**senior** [6] - 323:6,
330:13, 330:19,
348:14, 351:16,
371:12
**sensational** [3] -
328:13, 344:22,
346:8
**sense** [6] - 292:22,
343:1, 376:14,
376:15, 380:12,
386:4
**sensitivity** [1] - 392:14
**sentiment** [1] - 328:2
**separate** [2] - 336:15,
378:14
**separately** [1] - 350:8
**September** [8] - 268:5,
292:1, 293:23,
352:24, 354:5,

360:24, 375:8, 394:9
**Sergeant** [12] - 296:10,
315:19, 367:1,
367:9, 367:18,
370:20, 371:1,
385:17, 386:20,
389:21, 390:2, 391:6
**sergeant** [6] - 285:21,
303:25, 315:20,
371:13, 381:11
**Sergeants** [1] - 365:23
**seriously** [1] - 392:18
**serve** [1] - 344:13
**served** [5] - 320:16,
320:18, 320:22,
330:3, 343:8
**service** [16] - 277:14,
282:22, 282:25,
292:12, 303:16,
303:17, 303:20,
310:22, 312:16,
313:3, 322:14,
347:1, 349:8, 350:1,
352:4, 393:8
**serviceman** [1] -
277:13
**services** [2] - 349:9,
349:24
**serving** [1] - 282:16
**sessions** [1] - 375:9
**set** [8] - 271:16, 274:5,
276:4, 343:16,
354:14, 364:11,
364:16, 364:23
**setting** [2] - 272:4,
299:25
**seven** [3] - 275:7,
288:25, 314:1
**several** [8] - 276:13,
308:16, 308:24,
314:10, 330:16,
350:14, 360:14,
381:10
**severe** [1] - 316:4
**severed** [1] - 297:4
**SHA** [1] - 356:15
**Sha'ab** [1] - 356:15
**shaped** [14] - 354:6,
354:7, 354:11,
354:14, 354:17,
354:18, 354:20,
354:22, 354:23,
355:3, 355:13,
363:12, 386:12
**share** [2] - 325:4,
334:11
**sharing** [1] - 292:6
**shattered** [1] - 295:8
**shed** [1] - 385:8
**shedding** [1] - 384:8

**sheet** [7] - 290:25,
301:10, 301:15,
310:2, 310:3,
317:18, 318:15
**Shia** [59] - 290:1,
290:3, 316:22,
317:4, 321:4, 321:5,
335:20, 335:21,
338:21, 341:22,
342:10, 342:20,
342:23, 343:6,
344:2, 344:3,
344:23, 346:5,
346:7, 346:19,
346:20, 347:2,
347:6, 347:11,
353:12, 353:15,
353:18, 356:4,
356:9, 356:10,
356:16, 356:22,
357:1, 357:6, 357:7,
359:10, 359:17,
359:19, 359:20,
360:15, 360:20,
361:4, 361:9,
364:17, 376:13,
376:17, 376:19,
380:2, 380:4, 380:7,
380:8, 380:10,
381:1, 381:6,
381:19, 381:24,
384:2, 384:23
**Shia-dominated** [1] -
380:2
**SHIBLEY** [1] - 268:14
**shield** [1] - 295:7
**shift** [1] - 306:17
**shine** [1] - 289:15
**Shine** [5] - 285:6,
285:20, 286:24,
287:12, 289:14
**shock** [1] - 307:16
**shop** [1] - 299:25
**shops** [1] - 322:25
**short** [1] - 339:10
**shorts** [1] - 392:13
**shot** [1] - 295:8
**show** [10] - 288:13,
298:9, 307:4, 333:5,
353:5, 362:25,
363:1, 365:25,
366:8, 374:16
**showed** [3] - 296:8,
334:19, 380:22
**shower** [1] - 314:19
**showing** [1] - 300:9
**shows** [5] - 351:2,
357:9, 378:3, 378:6,
387:14
**shrapnel** [13] - 288:5,

289:4, 296:17,
296:24, 298:16,
300:13, 307:17,
308:1, 308:14,
308:15, 316:3,
316:4, 354:9
**side** [10] - 276:4,
298:16, 304:6,
306:19, 307:8,
315:4, 354:14,
364:24, 386:19
**SIGACT** [3] - 340:6,
340:8, 379:12
**SIGACTS** [1] - 334:4
**sign** [1] - 301:20
**signal** [3] - 305:3,
305:5, 373:24
**signals** [4] - 324:1,
326:22, 327:1, 327:5
**signed** [6] - 290:21,
310:7, 317:15,
317:20, 318:15,
391:3
**significance** [6] -
344:1, 344:8, 356:6,
368:11, 379:25,
384:8
**significant** [12] -
271:20, 334:4,
341:20, 341:22,
342:25, 343:5,
369:16, 371:23,
373:2, 379:16,
386:23, 387:12
**similar** [3] - 377:20,
378:22, 389:8
**simple** [2] - 337:22,
339:4
**sincere** [1] - 355:7
**single** [1] - 354:10
**sister** [1] - 273:18
**site** [5] - 305:2,
308:16, 372:2,
384:12, 385:17
**sits** [1] - 297:12
**sitting** [1] - 281:3
**situation** [5] - 325:13,
334:24, 338:10,
372:8, 376:18
**six** [5] - 276:1, 299:5,
323:6, 378:7, 378:25
**sizes** [1] - 382:16
**skill** [1] - 346:21
**skip** [1] - 345:22
**slide** [3] - 327:14,
328:21, 366:11
**slowed** [1] - 295:2
**slug** [3] - 354:9,
354:10, 363:14
**small** [6] - 286:13,

315:5, 341:24, 373:7, 378:12, 380:19
**smaller** [3] - 364:11, 369:16, 369:17
**smoke** [2] - 295:5, 296:5
**smuggled** [1] - 358:19
**snapped** [1] - 307:20
**sniper** [1] - 373:8
**soft** [1] - 367:24
**solatium** [1] - 276:19
**soldiers** [4] - 284:19, 287:17, 296:12, 323:7
**solution** [1] - 373:25
**solve** [1] - 373:25
**someone** [1] - 381:13
**sometime** [1] - 382:18
**sometimes** [10] - 325:23, 332:12, 333:22, 338:8, 342:1, 378:9, 378:18, 378:20, 379:11, 384:19
**somewhere** [1] - 363:25
**Sons** [2] - 388:10, 388:12
**soon** [2] - 296:8, 378:23
**SOP** [1] - 295:15
**sophisticated** [1] - 333:5
**sophistication** [3] - 333:2, 333:6, 391:16
**sorry** [14] - 278:1, 279:25, 287:6, 298:1, 307:13, 311:15, 315:16, 315:19, 319:14, 324:5, 346:19, 356:22, 365:15, 382:6
**sort** [6] - 327:11, 331:7, 333:7, 364:3, 384:17, 393:19
**sorts** [1] - 393:10
**sought** [1] - 335:18
**sounded** [1] - 379:5
**source** [3] - 323:7, 353:22, 390:9
**sources** [9] - 326:23, 333:13, 333:15, 334:15, 335:4, 336:4, 360:3, 393:1
**south** [4] - 358:17, 366:14, 378:6, 385:20
**southeastern** [1] -

324:17
**southern** [2] - 320:21, 324:17
**Southwest** [1] - 324:21
**Sovereign** [2] - 275:25, 281:6
**space** [1] - 378:12
**spalding** [1] - 355:25
**SPANGENBERG** [1] - 268:14
**speaking** [2] - 322:10, 338:11
**special** [17] - 271:21, 272:7, 272:16, 356:22, 359:10, 362:14, 363:16, 363:21, 380:11, 381:15, 382:25, 383:8, 383:23, 384:1, 384:2, 384:18
**Specialist** [1] - 283:9
**specialist** [2] - 292:19, 296:13, 313:6
**specialty** [3] - 292:20, 304:1, 313:7
**specific** [16] - 316:25, 321:9, 321:21, 328:24, 333:8, 334:6, 337:5, 338:25, 339:7, 340:25, 341:4, 344:15, 346:7, 350:17, 351:23, 352:18
**specifically** [13] - 321:8, 336:24, 343:11, 347:14, 349:7, 350:1, 350:14, 350:21, 365:22, 377:12, 381:22, 381:24, 389:1
**spell** [1] - 280:21
**spelled** [2] - 286:8, 350:11
**spent** [2] - 373:21, 384:12
**Spiszer** [3] - 346:14, 347:20, 347:23
**spokesman** [2] - 357:25, 381:22
**sponsored** [1] - 334:16
**sponsorship** [1] - 352:6
**spot** [3] - 307:5, 369:24, 372:18
**spread** [1] - 388:14
**stabilized** [1] - 288:20

**staff** [4] - 320:20, 320:23, 382:7, 393:16
**staffs** [1] - 326:16
**stage** [1] - 392:23
**stairs** [1] - 314:24
**stand** [7] - 281:24, 291:13, 304:23, 311:20, 318:24, 379:10, 385:8
**standard** [2] - 305:8, 354:1
**standing** [4] - 277:10, 277:11, 282:2, 335:1
**stands** [2] - 293:6, 386:3
**star** [10] - 333:22, 333:23, 334:10, 340:20, 350:6, 358:2, 382:6, 391:1
**started** [13] - 278:9, 284:13, 285:10, 285:14, 286:20, 314:3, 314:19, 332:11, 337:17, 337:22, 340:4, 341:24, 367:3
**starting** [1] - 339:1
**starts** [3] - 326:17, 327:20, 354:1
**state** [3] - 302:21, 312:1, 352:7
**State** [3] - 313:11, 335:23, 350:16
**statement** [7] - 339:13, 346:17, 350:20, 351:3, 355:4, 372:22, 381:14
**states** [1] - 358:23
**States** [8] - 282:16, 320:16, 322:11, 324:4, 325:25, 336:6, 347:12, 394:12
**STATES** [2] - 268:1, 268:11
**station** [2] - 288:15, 315:24
**stationed** [3] - 283:12, 283:13, 293:17
**status** [1] - 295:15
**statute** [5] - 272:24, 273:4, 273:7, 273:11, 274:15
**statutory** [1] - 273:8
**stay** [3] - 275:21, 288:3, 306:14
**stayed** [2] - 288:25, 393:9

**steel** [1] - 363:13
**stenographic** [1] - 394:6
**step** [2] - 291:15, 327:4
**stepped** [1] - 296:22
**still** [16] - 277:1, 278:3, 279:3, 285:15, 296:18, 298:16, 299:1, 313:1, 320:8, 347:7, 369:2, 375:20, 375:25, 388:17, 389:4
**stockpiled** [1] - 375:7
**stood** [1] - 359:13
**stop** [3] - 306:13, 349:11
**stopped** [1] - 340:4
**stopping** [1] - 341:10
**storm** [1] - 367:22
**story** [3] - 365:18, 365:19, 366:22
**straight** [1] - 307:7
**straightforward** [1] - 273:8
**strange** [1] - 347:8
**strategic** [1] - 331:1
**street** [1] - 313:19
**strength** [1] - 380:25
**strengths** [3] - 326:9, 329:3, 374:5
**stress** [1] - 307:21
**strong** [1] - 386:18
**strongest** [1] - 346:13
**stronghold** [1] - 372:11
**strongholds** [1] - 375:12
**Stryker** [4] - 293:18, 294:9, 294:12, 296:23
**Strykers** [1] - 294:8
**studied** [1] - 325:12
**Study** [3] - 334:22, 336:5, 384:10
**study** [1] - 374:20
**studying** [1] - 384:12
**subbullets** [1] - 340:25
**subject** [1] - 313:23
**submit** [2] - 273:6, 278:20
**submitted** [5] - 318:17, 330:8, 331:24, 335:12, 347:20
**submitting** [1] - 275:5
**subordinate** [1] - 359:12
**subsequent** [1] -

359:15
**succeed** [1] - 272:22
**success** [8] - 347:12, 348:22, 352:11, 368:25, 369:1, 375:19, 388:9, 389:2
**sudden** [1] - 331:11
**suffer** [1] - 289:5
**suffered** [2] - 274:5, 307:19
**suffers** [1] - 274:19
**sufficient** [2] - 277:7, 362:17
**suggest** [1] - 277:3
**suggesting** [2] - 273:3, 279:11
**suggests** [2] - 370:1, 381:1
**suicide** [11] - 286:12, 286:13, 315:20, 341:25, 342:2, 342:5, 344:12, 344:13, 344:16, 344:17, 344:22
**Suite** [2] - 268:15, 268:19
**Sultzer** [2] - 329:24, 330:21
**summaries** [1] - 340:21
**summarize** [6] - 322:21, 330:7, 331:7, 339:9, 339:14, 340:24
**summarized** [2] - 325:1, 371:9
**summarizing** [1] - 321:21
**summary** [5] - 339:4, 354:1, 360:10, 391:7, 393:19
**summation** [1] - 331:10
**Sunday** [5] - 314:13, 316:8, 377:9, 381:16, 385:1
**Sunni** [13] - 321:6, 329:17, 342:20, 342:23, 343:1, 343:2, 344:6, 353:13, 368:14, 368:22, 375:5, 377:1
**Sunni-dominated** [1] - 368:14
**superior** [2] - 276:9, 276:16
**superiority** [1] - 276:15
**supervise** [1] - 324:3
**supervised** [3] -

322:24, 323:24,
  359:25
**Supp** [2] - 277:25,
  280:18
**supplemental** [1] -
  278:20
**supplied** [3] - 326:13,
  360:15
**supplies** [2] - 358:19,
  372:12
**Support** [1] - 349:4
**support** [52] - 317:3,
  319:25, 321:4,
  321:5, 323:2, 323:8,
  323:13, 324:7,
  325:20, 330:23,
  335:19, 336:14,
  337:1, 338:20,
  339:2, 347:13,
  347:15, 348:7,
  348:10, 348:12,
  348:14, 348:24,
  349:9, 349:24,
  350:2, 350:4, 350:9,
  350:15, 350:18,
  350:22, 351:9,
  351:10, 351:25,
  352:4, 352:12,
  357:20, 359:13,
  359:20, 360:4,
  361:5, 361:12,
  368:23, 374:15,
  375:13, 375:15,
  376:4, 376:13,
  381:5, 385:2, 388:2,
  391:17
**supported** [7] -
  321:11, 347:14,
  348:21, 353:19,
  357:4, 360:20,
  381:15
**supporting** [8] - 328:3,
  328:9, 335:13,
  348:14, 370:14,
  370:15, 370:16
**supports** [1] - 389:7
**supposed** [1] - 284:10
**surge** [2] - 375:20,
  388:13
**surgeries** [3] - 297:5,
  297:7, 308:3
**surgery** [3] - 288:16,
  288:19, 308:1
**surgical** [2] - 305:6,
  305:12
**surrounded** [1] -
  283:21
**suspected** [1] - 362:22
**sustain** [5] - 288:4,
  296:19, 297:1,

300:14, 307:22
**sustained** [6] - 278:5,
  290:13, 300:12,
  300:24, 308:2, 316:2
**switch** [4] - 373:17,
  374:1, 387:15
**sworn** [2] - 282:3,
  311:21
**Sworn** [5] - 282:4,
  291:17, 302:16,
  311:23, 319:5
**synonymous** [1] -
  384:3
**Syria** [3] - 348:20,
  372:12, 373:5
**Syrian** [1] - 375:24
**system** [5] - 361:15,
  364:13, 379:2,
  379:6, 380:23
**systems** [5] - 359:4,
  373:17, 373:23,
  382:1, 384:24

## T

**tacitly** [2] - 370:15,
  388:2
**tackle** [1] - 281:13
**tactic** [2] - 344:15,
  344:16
**tactical** [3] - 284:25,
  331:13, 331:16
**tactics** [4] - 333:3,
  338:14, 381:25,
  389:18
**talks** [5] - 346:4,
  373:12, 374:6,
  383:7, 387:3
**tank** [3] - 305:9,
  334:23, 384:11
**target** [2] - 354:15,
  381:2
**targeted** [1] - 383:24
**task** [1] - 277:4
**Task** [2] - 367:5, 372:9
**Tavera** [1] - 392:12
**TBI** [2] - 300:16,
  300:17
**team** [32] - 271:4,
  283:11, 285:3,
  285:12, 285:23,
  286:10, 298:20,
  306:3, 322:3, 322:7,
  323:9, 323:23,
  324:22, 324:24,
  329:21, 330:24,
  332:4, 332:7,
  332:10, 333:16,
  335:4, 335:13,
  336:13, 336:15,

337:15, 341:15,
  343:12, 348:24,
  352:9, 354:6,
  359:23, 361:2
**team's** [13] - 305:7,
  321:22, 331:7,
  331:25, 337:10,
  343:9, 348:5,
  353:16, 366:16,
  368:5, 376:4,
  384:25, 391:13
**teams** [6] - 323:25,
  326:1, 333:19,
  374:12, 384:20,
  384:23
**technical** [1] - 373:22
**Technical** [1] - 349:4
**technically** [3] -
  276:12, 280:9,
  281:15
**technique** [1] - 363:19
**techniques** [2] -
  333:3, 338:14
**technological** [1] -
  349:24
**technology** [3] -
  358:24, 359:4,
  359:18
**telltale** [1] - 357:7
**temporarily** [1] -
  375:13
**ten** [2] - 285:25, 305:6
**tenth** [1] - 271:1
**term** [1] - 384:1
**terms** [19] - 300:12,
  321:3, 323:14,
  330:15, 332:7,
  333:1, 334:12,
  334:24, 339:5,
  343:5, 345:1,
  347:10, 348:2,
  350:10, 355:12,
  359:17, 363:14,
  372:7, 384:8
**Terrorism** [1] - 349:4
**terrorism** [4] - 273:16,
  351:9, 352:1, 352:7
**terrorist** [5] - 282:13,
  336:25, 339:3,
  351:12, 352:4
**terrorists** [1] - 345:21
**testified** [2] - 336:11,
  381:18
**testify** [1] - 270:24
**testifying** [2] - 318:14,
  392:12
**testimony** [12] - 271:2,
  271:6, 302:5,
  310:18, 310:25,
  318:8, 321:3, 322:6,

337:4, 355:14,
  371:6, 391:24
**Texas** [1] - 275:19
**text** [1] - 340:14
**thankfully** [1] - 377:18
**THE** [128] - 268:1,
  268:1, 268:11,
  270:2, 270:9,
  270:11, 270:14,
  270:17, 270:21,
  271:9, 271:22,
  272:2, 272:24,
  274:11, 275:7,
  275:9, 275:15,
  275:18, 277:17,
  277:19, 278:14,
  279:5, 279:25,
  280:4, 280:6,
  280:11, 280:21,
  281:7, 281:9,
  281:13, 281:18,
  281:22, 281:25,
  282:1, 282:2,
  290:18, 291:8,
  291:14, 298:1,
  298:2, 298:3, 298:4,
  298:8, 298:12,
  301:4, 302:4, 302:7,
  302:8, 302:9,
  302:11, 302:13,
  310:17, 310:19,
  310:21, 310:22,
  310:24, 311:1,
  311:4, 311:7,
  311:13, 311:15,
  311:16, 311:19,
  311:20, 318:7,
  318:10, 318:22,
  318:25, 319:1,
  319:2, 319:3, 319:4,
  319:16, 320:8,
  320:10, 320:11,
  324:5, 324:6, 329:8,
  329:10, 329:11,
  329:13, 329:19,
  329:20, 329:25,
  337:3, 339:16,
  339:18, 339:20,
  339:22, 339:23,
  339:24, 339:25,
  340:2, 341:7, 341:9,
  346:24, 347:3,
  352:19, 354:22,
  354:24, 361:22,
  362:2, 362:3,
  362:22, 363:24,
  364:5, 364:25,
  365:1, 365:8,
  366:25, 370:5,
  370:7, 370:8,
  370:10, 377:2,

377:3, 378:16,
  378:18, 383:15,
  391:22, 392:2,
  392:5, 392:10,
  392:22, 393:13,
  393:21, 393:23
**the..** [1] - 277:17
**theater** [1] - 293:5
**themselves** [2] -
  276:24, 369:22
**theory** [1] - 362:18
**therefore** [2] - 368:1,
  380:3
**thin** [1] - 276:25
**third** [3] - 277:5,
  280:24, 324:22
**thorough** [1] - 281:4
**thousands** [1] - 343:6
**threat** [16] - 327:19,
  327:24, 328:3,
  328:6, 328:8,
  328:22, 328:24,
  329:5, 329:11,
  329:18, 338:7,
  338:12, 338:15,
  376:18, 390:5, 390:7
**Threat** [3] - 319:22,
  320:6, 330:5
**threat's** [1] - 328:4
**threats** [1] - 320:3
**three** [25] - 295:17,
  297:22, 301:5,
  305:23, 313:2,
  314:11, 314:24,
  323:19, 324:12,
  324:25, 325:5,
  331:21, 333:23,
  334:10, 340:20,
  350:6, 362:10,
  362:18, 367:16,
  375:7, 382:6, 382:8,
  382:9, 382:21, 391:1
**three-star** [2] - 333:23,
  334:10, 340:20,
  350:6, 382:6, 391:1
**throughout** [5] -
  322:23, 325:11,
  340:12, 360:20,
  375:10
**thrown** [2] - 297:10,
  297:14
**thumb** [3] - 288:6,
  288:7, 288:8
**tight** [1] - 380:22
**Tigris** [3] - 283:22,
  283:23, 366:10
**timing** [9] - 332:14,
  332:15, 332:18,
  332:23, 344:2,
  344:4, 346:9,

360:23, 375:17
**tinnitus** [1] - 316:5
**tired** [1] - 368:23
**tobacco** [1] - 278:24
**today** [10] - 270:16, 270:23, 279:4, 281:3, 318:12, 318:21, 321:13, 339:21, 371:6, 385:5
**together** [8] - 276:1, 281:1, 284:14, 299:6, 315:12, 330:3, 331:21, 368:24
**tomorrow** [2] - 392:12, 393:20
**tons** [2] - 375:7, 386:16
**took** [7] - 285:25, 288:14, 296:21, 300:11, 307:17, 308:14, 384:18
**top** [5] - 308:10, 308:11, 378:4, 385:16, 387:3
**topic** [3] - 346:12, 348:4, 349:12
**Tor** [6] - 270:10, 271:22, 281:19, 302:13, 311:8, 363:11
**TOR** [107] - 268:14, 270:8, 270:10, 270:12, 270:15, 270:19, 270:22, 271:10, 272:3, 273:2, 274:14, 275:8, 275:10, 281:20, 281:23, 282:6, 283:14, 289:17, 290:6, 290:16, 291:6, 291:10, 291:19, 294:10, 294:17, 298:10, 301:3, 302:12, 302:14, 302:18, 304:14, 306:22, 307:10, 310:15, 311:2, 311:9, 311:25, 318:5, 318:11, 318:23, 319:7, 319:15, 321:15, 321:25, 326:12, 329:23, 330:7, 336:22, 337:8, 341:3, 341:8, 341:11, 341:12, 342:12, 345:5, 345:17, 347:18,

349:15, 349:19, 350:24, 351:21, 352:17, 352:20, 353:5, 353:24, 355:17, 357:22, 358:14, 358:21, 359:6, 361:20, 361:24, 362:4, 362:23, 363:7, 364:1, 364:6, 365:2, 365:9, 365:10, 365:15, 365:25, 366:23, 370:17, 371:5, 371:18, 374:25, 377:4, 377:15, 378:1, 378:15, 379:9, 379:24, 382:2, 382:19, 383:12, 383:16, 384:5, 385:13, 386:22, 390:17, 390:22, 391:20, 391:25, 392:3, 392:7, 393:24
**Tor)**.............................
.............**282** [1] - 269:4
**Tor)**.............................
.............**291** [1] - 269:6
**Tor)**.............................
.............**302** [1] - 269:7
**Tor)**.............................
.............**311** [1] - 269:9
**Tor)**.............................
.............**319** [1] - 269:10
**torso** [1] - 308:10
**Torts** [1] - 272:8
**total** [2] - 330:21, 330:24
**touch** [1] - 392:9
**tour** [4] - 320:22, 323:15, 330:4
**tours** [1] - 330:16
**toward** [1] - 366:13
**towards** [4] - 294:23, 316:13, 328:2, 385:21
**town** [1] - 392:15
**town's** [1] - 375:10
**track** [3] - 306:19, 307:8, 307:9
**tracked** [1] - 306:16
**traditionally** [1] - 382:21
**train** [1] - 384:23
**trained** [6] - 323:20, 346:22, 357:16, 370:2, 372:16, 373:6
**trainers** [1] - 384:14
**training** [15] - 313:2,

317:9, 333:6, 348:20, 361:14, 361:17, 364:2, 375:9, 381:19, 381:24, 384:19, 384:20, 384:23, 389:18
**trajectories** [1] - 393:9
**TRANSCRIPT** [1] - 268:10
**transcript** [2] - 394:6, 394:7
**transferred** [1] - 359:19
**transitioned** [1] - 372:11
**transitioning** [1] - 380:5
**traumatic** [6] - 289:8, 300:17, 307:19, 307:21, 307:24, 316:5
**travel** [4] - 288:24, 373:3, 387:17, 387:21
**traveling** [1] - 392:15
**Travis** [8] - 306:12, 306:15, 312:14, 313:16, 313:19, 314:16, 315:4, 316:13
**Treasury** [4] - 335:24, 350:13, 351:3, 351:24
**treatment** [2] - 288:11, 315:17
**trend** [2] - 383:2, 383:7
**Triangle** [1] - 375:5
**tribes** [1] - 368:22
**tried** [8] - 287:2, 295:8, 296:11, 306:14, 314:20, 327:17, 337:25, 363:18
**trigger** [1] - 370:6
**triggering** [1] - 373:18
**TRIMBLE** [2] - 269:8, 311:23
**Trimble** [9] - 311:10, 311:12, 311:13, 312:1, 312:3, 317:11, 318:1, 318:7, 379:4
**trip** [2] - 291:9, 302:5
**trivial** [1] - 365:5
**troop** [2] - 293:24, 300:4
**true** [7] - 291:3, 301:17, 310:5, 317:23, 363:21,

394:5, 394:7
**try** [6] - 286:25, 306:21, 341:6, 346:6, 348:10, 357:10
**trying** [7] - 287:17, 294:1, 295:13, 325:16, 328:14, 354:15, 373:21
**TTP** [11] - 344:8, 344:18, 346:9, 357:3, 357:7, 357:17, 368:8, 369:12, 380:14, 389:6, 389:8
**TTPs** [5] - 333:4, 338:15, 372:22, 373:1, 374:5
**Tuesday** [1] - 268:5
**tunnel** [1] - 288:19
**turn** [14] - 293:23, 295:1, 295:2, 295:10, 295:11, 306:14, 306:16, 314:24, 317:1, 327:7, 348:4, 363:8, 373:24
**turret** [1] - 295:10
**twice** [1] - 283:1
**two** [20] - 270:24, 270:25, 287:17, 290:19, 291:2, 317:11, 317:13, 321:3, 325:8, 325:12, 330:8, 330:25, 334:16, 340:18, 345:11, 363:11, 368:3, 369:24, 378:3, 387:18
**two-plus** [1] - 325:8
**TX** [1] - 268:20
**type** [9] - 294:7, 297:16, 299:4, 299:12, 341:23, 352:25, 368:8, 377:11, 377:20
**types** [2] - 344:17, 393:11
**typical** [3] - 354:10, 354:20, 386:15
**typically** [7] - 309:17, 327:1, 343:21, 344:12, 355:10, 364:21, 378:18

---

# U

**U.S** [44] - 268:23, 277:12, 292:15, 303:12, 303:15,

312:16, 313:19, 319:25, 320:5, 320:20, 320:21, 321:6, 325:14, 326:16, 330:11, 332:20, 334:5, 334:15, 334:16, 338:16, 340:9, 340:17, 340:19, 345:3, 345:11, 345:12, 347:1, 350:3, 351:3, 351:11, 351:23, 353:23, 360:8, 360:11, 360:16, 369:6, 376:18, 380:25, 388:8, 388:11, 389:2, 389:19
**UE** [2] - 387:14, 387:15
**ulna** [1] - 297:6
**ultimately** [1] - 272:21
**unable** [1] - 281:1
**uncle** [1] - 279:17
**uncles** [1] - 276:20
**unconscious** [6] - 287:14, 289:5, 295:4, 307:19, 315:13, 316:1
**under** [7] - 276:12, 279:1, 281:5, 288:6, 288:7, 301:22, 368:3
**underbelly** [1] - 386:25
**undergo** [3] - 288:16, 297:5, 308:1
**underground** [1] - 386:25
**underneath** [6] - 297:12, 297:13, 299:1, 367:13, 368:2, 370:22
**understood** [9] - 280:6, 317:8, 334:1, 334:12, 341:11, 355:5, 356:24, 365:21, 390:5
**undertook** [1] - 363:1
**underwent** [1] - 308:3
**unemployability** [1] - 300:22
**unfortunately** [2] - 308:15, 332:19
**unidentified** [1] - 387:14
**unique** [11] - 274:5, 332:25, 333:1, 354:7, 355:21, 357:6, 363:16,

363:19, 363:20,
380:16
**uniquely** [1] - 354:18
**unit** [8] - 309:2, 326:3,
326:7, 329:2,
365:21, 387:11,
390:2
**UNITED** [2] - 268:1,
268:11
**United** [8] - 282:16,
320:16, 322:10,
324:4, 325:25,
336:6, 347:11,
394:12
**units** [4] - 324:7,
325:21, 327:9, 335:2
**University** [4] - 338:2,
342:16, 353:8
**unless** [1] - 341:9
**unmanageable** [1] -
276:16
**unredacted** [2] -
276:25, 277:1
**up** [78] - 275:11,
275:21, 279:22,
284:7, 285:5,
285:13, 287:21,
288:2, 288:3,
288:13, 289:17,
291:15, 294:9,
294:10, 295:5,
295:6, 295:23,
296:8, 296:18,
296:21, 299:25,
305:15, 306:9,
306:20, 306:21,
306:22, 313:22,
314:17, 314:18,
315:2, 315:14,
316:16, 323:23,
326:12, 327:14,
337:8, 338:1, 340:4,
342:12, 344:22,
345:5, 346:5,
349:14, 350:24,
351:21, 353:24,
354:14, 357:22,
358:14, 359:3,
359:6, 359:13,
364:11, 364:16,
365:15, 366:21,
370:17, 371:2,
371:18, 373:21,
374:14, 374:25,
376:17, 378:1,
378:15, 378:16,
378:19, 379:3,
379:21, 382:2,
382:19, 384:16,
385:13, 386:22,

389:14, 389:20,
390:22
**update** [2] - 333:24,
382:5
**updated** [1] - 393:20
**updates** [1] - 382:21
**upper** [1] - 308:10
**upset** [1] - 329:17
**upward** [1] - 278:6
**urgent** [2] - 305:6,
305:11

## V

**V-shaped** [1] - 386:12
**VA** [1] - 300:21
**value** [1] - 331:2
**valued** [1] - 376:1
**values** [3] - 277:21,
278:2, 278:7
**van** [1] - 288:13
**various** [4] - 320:18,
325:16, 336:14,
373:12
**varying** [1] - 382:16
**VBIEDs** [1] - 345:23
**vehicle** [51] - 285:16,
286:20, 286:25,
287:5, 287:10,
287:11, 287:21,
294:6, 294:9,
294:13, 294:14,
294:25, 295:10,
295:19, 295:20,
299:8, 306:1, 306:6,
306:7, 306:10,
306:13, 306:16,
306:17, 306:20,
307:4, 308:8,
308:11, 327:22,
344:17, 345:23,
357:9, 357:11,
357:12, 364:21,
364:22, 364:24,
367:2, 367:9,
367:10, 367:12,
367:14, 370:1,
370:20, 371:2,
371:3, 386:3,
386:16, 386:19,
389:13
**vehicle's** [1] - 295:18
**vehicle-borne** [1] -
327:22
**vehicles** [12] - 286:16,
294:5, 294:7,
295:14, 295:23,
297:23, 305:21,
305:23, 357:13,
369:21, 370:6,

386:10
**verified** [1] - 298:19
**version** [1] - 365:6
**vest** [3] - 297:12,
298:16, 344:16
**via** [1] - 373:4
**vicinity** [3] - 274:4,
365:24, 391:10
**victim** [4] - 277:8,
278:4, 364:22, 368:1
**victims** [5] - 273:16,
276:18, 276:24,
277:3, 279:12
**view** [1] - 273:23
**views** [1] - 331:25
**Village** [2] - 387:17,
391:11
**village** [1] - 385:18
**violence** [3] - 328:16,
383:5, 383:22
**violent** [1] - 298:6
**virtually** [1] - 311:17
**visibility** [1] - 367:23
**visible** [1] - 345:23
**visits** [1] - 384:12
**volume** [3] - 325:24,
360:9, 360:19
**Volume** [2] - 340:18,
360:7
**volumes** [2] - 334:16,
340:18
**voluminous** [1] -
335:21
**vs** [3] - 268:6, 270:4,
273:13
**vulnerabilities** [2] -
326:8, 329:2

## W

**wait** [2] - 288:12,
344:25
**waiting** [1] - 311:10
**wall** [1] - 315:3
**walls** [1] - 315:2
**WALTERS** [3] -
269:10, 319:5, 363:5
**Walters** [29] - 271:3,
318:23, 318:25,
319:11, 319:12,
319:17, 321:20,
322:2, 331:7,
336:22, 337:4,
337:10, 341:13,
342:15, 345:6,
345:19, 347:19,
349:16, 352:21,
354:22, 361:19,
362:6, 363:3, 363:8,
365:11, 365:17,

370:19, 377:17,
385:4
**Walters's** [1] - 365:5
**war** [1] - 360:13
**War** [10] - 334:16,
334:17, 334:22,
334:25, 336:6,
340:19, 360:8,
360:11, 384:7,
384:10
**warning** [1] - 379:6
**warrant** [2] - 330:12,
330:23
**Wars** [1] - 340:17
**Washington** [4] -
268:5, 268:24,
311:17, 394:14
**Wasit** [1] - 359:1
**watching** [1] - 374:4
**water** [1] - 354:25
**wave** [1] - 307:16
**Waverly** [1] - 312:5
**ways** [1] - 364:18
**weapon** [5] - 295:12,
297:16, 299:4,
299:12, 368:8
**weapons** [14] - 317:9,
320:2, 332:24,
332:25, 333:1,
348:18, 359:4,
361:15, 373:8,
374:7, 374:8,
380:23, 382:1,
384:24
**wear** [1] - 275:22
**wearing** [2] - 355:24,
392:13
**weave** [1] - 314:25
**wedged** [1] - 308:12
**week** [2] - 383:19,
383:21
**weeks** [4] - 294:1,
314:11, 382:9
**weight** [3] - 274:25,
367:12
**welcome** [2] - 311:17,
362:2
**welding** [1] - 386:8
**well-trained** [1] -
373:6
**west** [2] - 366:7,
368:13
**West** [3] - 320:17,
347:9, 365:20
**western** [3] - 304:15,
325:10, 376:15
**whatnot** [1] - 295:16
**whatsoever** [1] - 392:5
**white** [1] - 366:4
**window** [1] - 295:7

**WITNESS** [33] - 269:3,
282:1, 298:2, 298:4,
302:7, 302:9,
310:19, 310:22,
311:1, 311:15,
311:19, 318:10,
319:1, 319:3,
320:10, 324:6,
329:10, 329:13,
329:20, 339:18,
339:22, 339:24,
340:2, 347:3,
354:24, 362:3,
365:1, 366:25,
370:7, 370:10,
377:3, 378:18,
383:15
**witness** [10] - 281:21,
290:16, 291:11,
298:10, 301:3,
311:3, 339:13,
346:17, 385:8,
391:21
**woke** [1] - 295:6
**woken** [1] - 295:5
**woman** [1] - 277:13
**women** [1] - 376:2
**word** [7] - 271:20,
272:7, 272:10,
272:13, 272:16,
273:2, 273:4
**workshop** [1] - 309:2
**world** [1] - 376:15
**worst** [1] - 372:18
**worth** [1] - 344:3
**wounded** [2] - 305:6,
367:16
**wounding** [1] - 321:7
**wounds** [1] - 300:13
**writing** [2] - 279:6,
327:2
**written** [7] - 331:24,
336:7, 337:7,
343:16, 352:14,
375:18, 384:6
**wrongful** [1] - 273:5
**Ws** [1] - 354:2

## X

**XO** [1] - 316:17

## Y

**year** [6] - 273:12,
324:21, 338:9,
360:24, 375:8,
384:13
**years** [11] - 276:1,
283:2, 320:16,
323:6, 325:8,

325:12, 330:10,
330:11, 330:12,
330:21, 331:10
**yellow** [1] - 295:19
**yesterday** [8] - 271:8,
275:24, 329:16,
336:10, 348:11,
350:8, 368:17,
374:20

## Z

**Zarqawi** [8] - 345:21,
346:1, 347:10,
351:7, 351:13,
368:17, 375:4,
376:17
**Zarqawi's** [1] - 375:12
**zero** [1] - 284:13
**zone** [5] - 274:4,
286:17, 378:8,
382:22, 383:11
**Zone** [9] - 293:18,
293:19, 313:14,
313:15, 313:23,
316:8, 316:14,
378:9, 383:25
**Zoom** [4] - 270:25,
302:15, 311:2,
311:10
**zoomed** [2] - 283:16,
366:11
**zoomed-in** [2] -
283:16, 366:11