AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia            ▼

|  |  |  |
|---|---|---|
| Estate of Chritpher Brook Fishbeck et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-2248 |
| Islamic Republic of Iran et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 All Plaintiffs                                                                                         .

Date:     09/30/2022

/s/ Matthew W. Langenberg
*Attorney's signature*

Matthew W. Langenberg (Pro Hac Vice)
*Printed name and bar number*
Burg Simpson Eldredge Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112

*Address*

mlangenberg@burgsimpson.com
*E-mail address*

(303) 792-5595
*Telephone number*

(303) 708-0527
*FAX number*