UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:18-cv-02248-CRC |

**PLAINTIFFS' REPORT TO COURT**

On September 26, 2022, the Court entered a Minute Order directing Plaintiffs "to develop a production schedule cooperatively with the Department of Defense and report on their progress on or before October 14, 2022."

First, Plaintiffs apologize to the Court that this report is being filed late.

Next, pursuant to the Court's order, Plaintiffs attempted to comply with the Court's Minute Order. Plaintiffs emailed the order to counsel for the Department of Defense on September 26, 2022, seeking to meet and confer and to develop a production schedule, as directed. Plaintiffs further followed up with Department of Defense and provided a copy of this report by email this morning. Plaintiffs have received no response from counsel for the Department of Defense by the time of the filing of this report.

Plaintiffs will continue their attempts to work cooperatively with the Department of Defense to develop a discovery production schedule, and will update the Court no later than November 1, 2022 on these efforts.

To the extent that Department of Defense does not respond or cooperate with Plaintiffs' efforts, Plaintiffs will file a proposed discovery production plan and any necessary motions related thereto, no later than November 10, 2022.

Dated: October 18, 2022.                                   Respectfully Submitted,

                                                           By: */s/ Christopher G. Paulos*
                                                           Christopher G. Paulos
                                                           DC Bar No. 1615782
                                                           **LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
                                                           316 South Baylen Street, Suite 600
                                                           Pensacola, Florida 32502
                                                           Telephone: (850) 435-7067
                                                           Facsimile: (850) 436-6067
                                                           Email: cpaulos@levinlaw.com

                                                           Jeremy A. Tor (*Pro Hac Vice*)
                                                           Ohio Bar No. 0091151
                                                           **SPANGENBERG, SHIBLEY & LIBER LLP**
                                                           1001 Lakeside Ave., East., Suite 1700
                                                           Cleveland, Ohio 44114
                                                           Telephone: 216-696-3232
                                                           Facsimile: 216-696-3924
                                                           Email: jtor@spanglaw.com

                                                           *Counsel for Plaintiffs*