UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br>)<br>Defendants )<br>_____ ) | Civil Action No. 1:18-cv-2248-CRC |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Plaintiffs move this Honorable Court for a two-week extension of time to file their Proposed Findings of Fact and Conclusions of Law Regarding the Bellwether Attacks. Pursuant to the Court's Minute Order of July 20, 2022, that filing is currently due by Monday, October 31, 2022. Plaintiffs now request a two-week extension to make the filing due on Monday, November 14, 2022.

Dated: October 27, 2022

Respectfully submitted,

By: */s/ Jeremy A. Tor*
Jeremy A. Tor (*Pro Hac Vice*)
Ohio Bar No. 0091151
**SPANGENBERG, SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East., Suite 1700
Cleveland, Ohio 44114
Telephone: 216-696-3232
Facsimile: 216-696-3924
Email: jtor@spanglaw.com

*Counsel for Plaintiffs*