UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 1:18-cv-02248-CRC |
| v. | ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) ) |

### PLAINTIFFS' NOVEMBER 1, 2022 REPORT TO COURT

On October 18, 2022, the Court entered a Minute Order directing Plaintiffs "to file a further status report by November 1, 2022" on their effort to cooperatively develop a discovery production schedule with the Department of Defense (DoD).

As part of Plaintiffs' ongoing effort to develop a discovery production schedule, which began on September 26, 2022, Plaintiffs provided DoD Counsel a spreadsheet identifying 89 non-bellwether attacks on October 27, 2022, and have requested DoD to focus its current search, review and production efforts on these 89 attacks. This spreadsheet contained specific information related to the victims, dates, times, locations, munitions, and the DoD units involved in the 89 non-bellwether attacks. If publicly available, Plaintiffs also provided the specific identifying numbers used internally by DoD to track/locate the Significant Activity Reports for these attacks.[1] If an attack involved the death of a U.S. national, Plaintiffs also provided the names of those killed in the attack, if publicly available.

---

[1] The information on this list was the same as that provided in Plaintiffs initial subpoenas, albeit, included only the specific attacks that Plaintiffs anticipate including in the first waves of non-bellwether attacks to be submitted to Special Masters pursuant the Case Management Order. *See* ECF No. 75, paras. 8-10.

On October 31, 2022, counsel for Plaintiffs and DoD met and conferred to discuss this list and the need for a discovery production schedule. Plaintiffs answered DoD's questions about the list of 89 non-bellwether attacks. DoD Counsel stated he would meet with DoD about the list and respond to Plaintiffs' request that DoD prioritize the listed attacks and DoD's projected timeframe for conducting its review process for these attacks. Plaintiffs also asked DoD to provide its position and/or ideas related to using reasonably quantifiable metrics (*e.g.*, amount of pages, number of attacks, and/or number of documents able to be reviewed and produced within specific timeframes) that would assist the parties in formulating a production schedule that would be in harmony with the case management schedule. DoD Counsel indicated he would attempt to do so.

Plaintiffs also requested DoD Counsel provide an update on the status of all eight subpoenas served on DoD in October 2020, to which only one subpoena has received any substantive production thus far. DoD Counsel indicated he would attempt to do so.

Plaintiffs further offered to review their subpoena seeking documents and materials related to specific geographic areas and specific timeframes (*e.g.*, DoD reports and assessments related to terrorist groups operating in those areas), and prioritize those areas based upon the list of 89 non-bellwether attacks now in possession of DoD. Plaintiffs agreed to provide this information to DoD within a week, but will endeavor to do so even sooner.

Plaintiffs further notified DoD Counsel of the November 10, 2022, deadline to submit a discovery production schedule and asked that DoD respond to Plaintiffs' requests to prioritize the 89 non-bellwether attacks list and DoD's input on a production schedule in sufficient time to meet that deadline. DoD Counsel was unable to offer an assurance as to what information or response could be provided between now and the present deadline.

Plaintiffs will continue to work cooperatively with the DoD to develop a discovery production schedule, and will file a proposed discovery production schedule on November 10, 2022, pursuant to the Court's October 18, 2022 Minute Order.

Dated: November 1, 2022.                    Respectfully Submitted,

By: */s/ Christopher G. Paulos*
Christopher G. Paulos
DC Bar No. 1615782
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7067
Facsimile: (850) 436-6067
Email: cpaulos@levinlaw.com

Jeremy A. Tor (*Pro Hac Vice*)
Ohio Bar No. 0091151
**SPANGENBERG, SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East, Suite 1700
Cleveland, Ohio 44114
Telephone: 216-696-3232
Facsimile: 216-696-3924
Email: jtor@spanglaw.com

*Counsel for Plaintiffs*