UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:18-cv-02248-CRC |

**PLAINTIFFS' NOTICE OF TRANSCRIPT ERRATA**
**FOR THE SEPTEMBER 12-14, 2022 BELLWETHER HEARING**

Plaintiffs hereby file the Errata for the September 12-14, 2022 Hearing Transcripts. Plaintiffs respectfully request that these errata sheets been attached to the bellwether hearing transcripts filed on the docket. *See* ECF Dkt. Nos. 106, 107, 109.

**Day 1:**

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 10 | 24 | Change: national status <br> To: nationality | Correct word |
| 11 | 5 | Change: to <br> To: who were | Correct words |
| 12 | 8 | Remove: it | Remove word to clarify meaning |
| 13 | 13 | Change: plaintiff <br> To: plaintiffs | Correct word |
| 14 | 8 | Change: case <br> To: court | Correct word |
| 23 | 9 | Change: Company 3rd Battalion, 1st Marines <br> To: India Company 3rd Battalion, 1st Marines | Clarify unit |
| 31 | 10 | Change: go assist another unit that had been down. <br> To: go assist another unit that had been pinned down. | Add word to clarify meaning |
| 50 | 8 | Change: cricothyroidectomy <br> To: cricothyrotomy | Correct word |

| | | | |
|---|---|---|---|
| 56 | 3 | Change: tested<br>To: attested to | Correct word to clarify meaning |
| 61 | 12 | Change: dead cord<br>To: det cord | Correct word |
| 67 | 3 | Change: upper-hand<br>To: apprehend | Correct word |
| 68 | 7-9 | Change: inner section/inner sections<br>To: intersection | Correct word |
| 81 | 10 | Change: at<br>To: as | Correct word |
| 85 | 4 | Change: the lady<br>To: they | Correct word |
| 96 | 11 | Change: lieutenant canon<br>To: Lt. Cannon | Correct word to reflect person, not object |
| 97 | 10 | Change: why that was kind of the reception<br>To: why that was the kind of the reception | Add word to clarify meaning |
| 105 | 16 | Change: RFGs<br>To: RPGs | Correct word |
| 121 | 16 | Change: fulsome<br>To: full semester | Correct word |
| 121 | 20 | Change: Carnegie-Mellon<br>To: Carnegie Mellon | Correct proper name |
| 124 | 2 | Change: looked<br>To: look | Correct name |
| 127 | 12 | Change: .<br>To: ? | Correct punctuation to clarify meaning |
| 127 | 18 | Change: Columbia University press<br>To: Columbia University Press | Correct proper name |
| 127 | 22 | Change: 2 00<br>To: 200 | Remove spacing to correct number |
| 128 | 5 | Change: *Journal Studies in Conflict & Terrorism*<br>To: journal *Studies in Conflict & Terrorism* | Correct capitalization to correct name of publication |
| 128 | 10 | Change: Columbia University press<br>To: Columbia University Press | Correct proper name |
| 128 | 14 | Change: in<br>To: and | Correct word |
| 129 | 22 | Change: special groups<br>To: Special Groups | Correct proper name |
| 132 | 14 | Change: enemy of my enemy<br>To: "enemy of my enemy" | Add quotation marks to clarify meaning |
| 133 | 16 | Change: special groups<br>To: Special Groups | Correct proper name |
| 136 | 24 | Change: attack<br>To: attacks | Correct word |

| 139 | 1 | Change: groups' <br> To: groups | Correct punctuation to clarify meaning |
|---|---|---|---|
| 139 | 2 | Change: support <br> To: report | Correct word |
| 140 | 22-23 | Change: *U.S. Marines in Battle, Fallujah, November to December 2004* <br> To: *U.S. Marines in Battle: Fallujah, November - December 2004* | Correct publication name |
| 140 | 23 | Change: study of the insurgency in Anbar Province, Iraq <br> To: *Study of the Insurgency in Anbar Province, Iraq* | Correct capitalization to reflect publication title |
| 142 | 7-8 | Change: . <br> To: ? | Correct punctuation to clarify meaning |
| 144 | 17 | Change: bayah <br> To: Beyat | Correct word |
| 148 | 7-8 | Change: *U.S. Marines in Battle, Fallujah, November to December 2004* <br> To: *U.S. Marines in Battle: Fallujah, November - December 2004* | Correct publication name |
| 157 | 1 | Change: study <br> To: studies | Correct word |
| 171 | 1 | Change: criminal <br> To: claim of | Correct word |
| 179 | 25 | Change: masked <br> To: massed | Correct word |
| 183 | 17 | Change: discretion <br> To: disruption | Correct word |
| 184 | 10-11 | Change: one of them we're going to come across <br> To: one of them I've come across | Correct words to clarify meaning |
| 190 | 24 | Change: Harim <br> To: Harun | Correct spelling |
| 191 | 24 | Change: MNFI <br> To: MNF-I's | Correct spelling |
| 192 | 5 | Change: MNFI <br> To: MNF-I's | Correct spelling |
| 192 | 10 | Change: MNFI <br> To: MNF-I's | Correct spelling |
| 209 | 9 | Change: act <br> To: activity | Correct word |
| 209 | 9-10 | Change: significant act report <br> To: Significant Activity Report | Correct term |
| 209 | 15 | Change: . <br> To: ? | Correct punctuation to clarify meaning |

| 210 | 8 | Change: one cell<br>To: Boisselle | Correct word |
|---|---|---|---|
| 210 | 25 | Change: Ryan's<br>To: Iran's | Correct word |
| 211 | 16 | Change: group's<br>To: groups | Correct punctuation to clarify meaning |
| 211 | 23 | Change: and placements<br>To: emplacements | Correct word |
| 213 | 17 | Change: AI<br>To: AAI | Correct abbreviation to clarify group |
| 216 | 13 | Change: We'll get into -- I know the reasons why, but<br>To: We'll get into, you know, the reasons why, but | Correct words to clarify meaning |
| 217 | 13-14 | Change: dislodged in the insurgence<br>To: dislodged from the insurgents | Correct words |
| 217 | 21 | Change: coalition provisional authority<br>To: Coalition Provisional Authority | Correct capitalization to clarify proper name |
| 218 | 11-12 | Change: which I mentioned which spiked tension<br>To: which, as I mentioned – which spiked tensions | Correct words and punctuation to clarify meaning |
| 220 | 16 | Change: Iran<br>To: Iran's | Correct punctuation to clarify meaning |
| 222 | 22 | Change: Iran<br>To: Iran's | Correct punctuation to clarify meaning |
| 222 | 25 | Change: leads<br>To: needs | Correct word |
| 224 | 24 | Change: support for Syria<br>To: support, or Syria's | Correct to clarify meaning |
| 226 | 1 | Change: on to<br>To: onto | Correct word to clarify meaning |
| 226 | 19 | Change: It's the voir dire<br>To: It's to voir dire | Correct word |

**Day 2:**

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 288 | 18 | Change: Bushehr<br>To: Baghdad | Correct word |
| 294 | 2 | Change: operating<br>To: operations | Correct word |
| 294 | 25 | Change: I was the rear vehicle<br>To: I was in the rear vehicle | Add word to clarify meaning |

| 296 | 23 | Change: bring<br>To: bear | Correct word |
|---|---|---|---|
| 297 | 6 | Change ulna<br>To: ulnar | Correct word |
| 297 | 6 | Change: had to do an<br>To: had to have an | Correct word to clarify meaning |
| 334 | 4 | Change: significant act report<br>To: Significant Activity Report | Correct term |
| 340 | 9 | Change: observe<br>To: observations | Correct word |
| 342 | 4 | Change: element<br>To: regiment | Correct word |
| 345 | 5 | Change: so<br>To: how | Correct word |
| 354 | 1 | Change: Q.<br>To: A. | Correct abbreviation to clarify that it is an answer rather than a question |
| 366 | 13 | Change: Cop<br>To: Camp | Correct word |

**Day 3:**

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 428 | 4-5 | Change: So we broke it down into different area – different neighborhood<br>To: So we broke it down into different areas – different neighborhoods | Correct word to be plural |
| 433 | 18 | Change: in the prior<br>To: in there prior | Correct word |
| 442 | 7 | Change: gays<br>To: guys | Correct word |
| 453 | 7 | Change: RAO<br>To: AO | Correct word |
| 538 | 23 | Change: Sentena<br>To: Samten | Name spelling |
| 539 | 5-6 | Change: Sentena<br>To: Samten | Name spelling - lines 5 and 6. |
| 550 | 8-9 | Change: And I'm working with a General McMaster at the time, and he's a colonel,<br>To: And I'm working with a General McMaster, at the time and he's a colonel, | Punctuation to clarify meaning of sentence |
| 554 | 24 | Change: jamells<br>To: generals | Misheard word |

| 569 | 24 | Change: jamells<br>To: generals | Misheard word |
|-----|----|----|---|
| 575 | 22 | Change: IT<br>To: it | Should not be all caps |

Dated:  November 8, 2022.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Christopher G. Paulos*
　　　　　　　　　　　　　　　　　　　　Christopher G. Paulos
　　　　　　　　　　　　　　　　　　　　DC Bar No. 1615782
　　　　　　　　　　　　　　　　　　　　**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR,**
　　　　　　　　　　　　　　　　　　　　**BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
　　　　　　　　　　　　　　　　　　　　316 South Baylen Street, Suite 600
　　　　　　　　　　　　　　　　　　　　Pensacola, Florida 32502
　　　　　　　　　　　　　　　　　　　　Telephone: (850) 435-7067
　　　　　　　　　　　　　　　　　　　　Facsimile: (850) 436-6067
　　　　　　　　　　　　　　　　　　　　Email:   cpaulos@levinlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*