UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,** )<br>)<br>**Defendants** )<br>) | Civil Action No. 1:18-cv-2248-CRC |

## ORDER

Upon consideration of Plaintiffs' Motion to File Certain Documents Under Seal:

**IT IS SO ORDERED**, that the motion is **GRANTED**, and Plaintiffs are hereby permitted to file under seal military records, medical records, psychiatric reports, and any other documents which contain personal identifiers or private health information.

**IT IS FURTHER ORDERED**, that Plaintiffs are hereby permitted to file under seal documents produced by the Department of Defense, or any other government agency, that are considered confidential and/or subject to any protective order.

This order shall remain in place for the entire pendency of this case.

So ordered this _____ day of _____, 2022.

_____
Hon. Christopher R. Cooper
United States District Judge