# EXHIBIT B

# JOHN D. HUTSON
RADM JAGC USN (Ret.)
Dean Emeritus
jhutson1147@gmail.com

EDUCATION

**Michigan State University**
    B.A. 1969

**University of Minnesota**
    J.D. 1972

**Georgetown University**
    LL.M. – Labor Law, 1980

EXPERIENCE

**United States Navy**
    1972-2000

- Director of Legislation in Office of Legislative Affairs
- Staff Judge Advocate and Executive Assistant to Commander, Naval Investigative Command
- Director of Legislation, Office of Legislative Affairs
- Executive Assistant to Judge Advocate of the Navy
- Commanding Officer of Naval Legal Service Office, Europe and Southwest Asia – Naples, Italy (5 offices in Europe and Asia)
- Commanding Officer of Naval Justice School – Newport, Rhode Island
  - Taught Civil Law, Procedure, and Evidence
- Judge Advocate of the Navy (1997-2000)

**Dean, University of New Hampshire School of Law**
    2000-2011

- Taught Law of Terrorism
- Chaired numerous ABA law school accreditation site visits

PROFESSIONAL HONORS

- Distinguished Service Medal
- Legion of Merit (three gold stars)
- Meritorious Service Medal (two gold stars)
- Navy Commendation Medal
- Navy Achievement Medal

## OTHER PROFESSIONAL ACTIVITIES

- President Great Concord, New Hampshire Chamber of Commerce
- Human Rights First Board Member
- New Hampshire Civil Liberties Union Human Rights Award recipient (2005)
- First Coast Health Alliance Board Member (2019-2022)
- Testified before United States Senate and House Armed Services Committees regarding terrorism, detainees, Gitmo trials, enhanced interrogations, and other matters
- Testified before Senate Judiciary Committee regarding the confirmation of Alberto Gonzalez



# John D. Hutson, Rear Admiral, JAGC, USN (Ret.)

**Guest Author**

RADM Hutson's numerous military duty assignments include court-martial prosecution and defense; Staff Judge Advocate; teaching law at the Naval Justice School in Newport, RI; and Judge Advocate General of the Navy. He was awarded the Distinguished Service Medal, Legion of Merit (with three gold stars), Meritorious Service Medal (with two gold stars), Navy Commendation Medal and the Navy Achievement Medal as well as other awards.

Upon retirement from the Navy, RADM Hutson was appointed as Dean and President of the Franklin Pierce Law Center, which became the University of New Hampshire School of Law in Concord, NH.

Dean Hutson is a noted commentator on matters of national interest relating to the military, human rights, and the rule of law.  He has authored numerous opinion pieces appearing in the *National Law Journal* and elsewhere.  He has been a frequent guest on National Public Radio and has appeared on national television broadcasts including NBC Nightly News, the Newshour with Jim Lehrer, Nightline with Ted Koppel, CNN, CNN International, C-Span, BBC, 60 Minutes, ABC World News, ABC Special, 20-20, PBS, Hardball with Chris Mathews, Countdown with Keith Olbermann, and Bill O'Reilly

among many others. He appeared in the award winning documentaries *Ghosts of Abu Ghraib* and *Taxi to the Dark Side*. His comments have appeared in scores of newspapers including the *New York Times, Washington Post, USA Today, Christian Science Monitor,* and *the Wall Street Journal*.

He served on the Board of Directors of Human Rights First, where he was the founding member of a group of retired admirals and generals who focus on military issues.  He also served on the Board of the National Institute of Military Justice and as the Chair of the Board of Directors of the Concord, NH Chamber of Commerce.



# John D. Hutson

President and Dean, Franklin Pierce Law Center

Dean Hutson was born in North Muskegon, Michigan.  He was commissioned in the U.S. Navy upon graduation from Michigan State University in 1969.  He graduated from the University of Minnesota Law School in 1972.  Upon admission to the State Bar of Michigan, he attended the Naval Justice School in Newport, R.I.  In 1973, he was assigned to the Law Center in Corpus Christi, TX, where he served as Chief Defense Counsel and Chief Trial Counsel.  In 1975, he was transferred to Naval Air Station, Point Mugu, CA.  He served as the Station legal officer for two years before returning to Newport to serve as an instructor at the Naval Justice School, where he taught Civil Law, Procedure, and Evidence.

In 1980, Dean Hutson attended Georgetown University Law Center where he earned a Master of Laws degree in labor law.  He was then assigned as a legislative counsel in the first of three tours in the Office of Legislative Affairs for the Navy.  In 1984, he was assigned to the Portsmouth Naval Shipyard in Kittery, ME, where he served both as Staff Judge Advocate and Administrative Officer.

Dean Hutson assumed duty as Executive Officer of the Naval Legal Service Office, Newport, RI, in 1987. In 1989, he returned to Washington, DC, to serve as Staff Judge Advocate and Executive Assistant to the Commander, Naval Investigative Command.

In August, 1989, Dean Hutson moved to the Office of Legislative Affairs as Director of Legislation. Between October, 1992, and November, 1993, he was assigned as the Executive Assistant to the Judge Advocate General of the Navy. In November, 1993, he resumed duty in the Office of Legislative Affairs.

In August, 1994, he assumed duty as Commanding Officer, Naval Legal Service Office, Europe and Southwest Asia, located in Naples, Italy. In July, 1996, Dean Hutson returned to the Naval Justice School as Commanding Officer. He was promoted to the rank of Rear Admiral, and assumed duties as the Judge Advocate General of the Navy in May, 1997. He also served as the DOD/JCS Representative for Ocean Policy.

Dean Hutson was awarded the Distinguished Service Medal, the Legion of Merit (with three gold stars), Meritorious Service Medal (with two gold stars), Navy Commendation Medal, and Navy Achievement Medal.

BA, Michigan State University
JD, Minnesota Law School
LLM, Georgetown University Law Center

*****

*A person listed as a contributor has spoken or otherwise participated in Federalist Society events, publications, or multimedia presentations. A person's appearance on this list does not imply any other endorsement or relationship between the person and the Federalist Society. In most cases, the biographical information on a person's "contributor" page is provided*

*directly by the person, and the Federalist Society does not edit or otherwise endorse that information. The Federalist Society takes no position on particular legal or public policy issues. All expressions of opinion by a contributor are those of the contributor.*

PAST EVENTS          COMMENTARY





## Nov
# 18
2006

Saturday
11:00 a.m.
EST

## Are We Over-Lawyering International Affairs?

*2006 National Lawyers Convention*

The Mayflower Hotel - East Room
1127 Connecticut Avenue NW
Washington, DC 20036