# EXHIBIT C

# MATTHEW EMERSON DOUGLAS BESSER

| | |
|---|---|
| 5885 Landerbrook Drive | 216.464.3004 (office) |
| Monarch Centre, Suite 302 | mbesser@bolekbesser.com |
| Cleveland, Ohio 44124 | www.bbgohio.com |

## EXPERIENCE

**Bolek Besser Glesius LLC,** Cleveland, OH.

    Managing Principal, 2011–present
- Represent individuals in civil rights and employment matters under Ohio and federal law, including: negotiation; complex litigation; trial; and, appeal.
- Manage the business of a "Tier 1" Cleveland employment law firm as named by *U.S. News – Best Lawyers*.

**American Arbitration Association**

    Arbitrator, 2019–present
- Exercise statutory authority to preside over and rule on employment-law disputes, including discrimination, harassment, and overtime-pay claims.

**Case Western Reserve University School of Law,** Cleveland, OH.

    Adjunct Professor of Law, 2008–09, 2016–19
- Taught appellate advocacy, using a mixture of Socratic lecture, practical exercises, and one-on-one writing and oral advocacy instruction.

**Cathleen Bolek LLC,** Cleveland, OH.

    Of Counsel, 2009–10
- Served as counsel for individuals in employment matters under Ohio and federal law.

**Vorys Sater Seymour and Pease LLP,** Cleveland, OH.

    Associate, 2005–09
- Represented large and small corporate clients in a range of matters in labor and employment law.

**Hon. Richard L. Nygaard, U.S. Court of Appeals, Third Circuit,** Erie, PA.

    Law Clerk, 2004–05
- Researched legal issues, recommended the disposition of cases, and drafted opinions of the Court.

**Hon. Solomon Oliver, U.S. District Court, Northern District of Ohio,** Cleveland, OH.
Judicial Extern, Summer 2002
- Researched legal issues and helped draft orders under supervision of the Court and staff.

## PROFESSIONAL SERVICE & AFFILIATIONS

- Cleveland Metropolitan Bar Association, Member.
    - Board of Directors, 2019–2022; Executive Committee, 2020–21.
    - Certified Grievance Committee, 2014–present; Chair, 2019–20; Vice-Chair, 2017–19.
    - Judicial Selection Committee, 2012–present.
    - Unauthorized Practice of Law Committee, 2011–14.
- ACLU of Ohio.
    - General Counsel, 2021–present.
    - Board of Directors, 2019–present.
- Cleveland Metropolitan Bar Foundation, Fellow, 2018–present.
- Ohio State Bar Association, Member.
    - Council of Delegates, 2012–2018.
    - Leadership Academy, 2011.
- TIME'S UP Legal Defense Fund, National Women's Law Center, Member.
- Cleveland Employment Inn of Court, Member, 2006–present.
- Ohio Employment Lawyers Association, Member, 2009–present.
- Ohio Association for Justice, Member, 2009–present.
- Northeast Ohio Chapter of the American Constitution Society, Executive Committee Member, 2009–13.
- Admitted to practice in: Ohio, the United States Courts of Appeals for the Third and Sixth Circuits, and the United States District Court for the Northern and Southern Districts of Ohio.

## PROFESSIONAL HONORS

- Best Ohio Supreme Court Brief Award, Ohio State Bar Association, 2020.
- "AV Preeminent" rating from Martindale-Hubbell.
- Cleveland "Lawyer of the Year," Employment Law – Individuals, *Best Lawyers in America*, 2022.
    - "Best Lawyers" list for Cleveland Employment Law, 2016–present.
- Employment "Super Lawyer," *Ohio Super Lawyers Magazine*, 2014–present.
- Employment Law "Rising Star," *Ohio Super Lawyers Magazine*, 2009, 2012–13.
- Distinguished Pro Bono Service Award, Federal Bar Association Northern District of Ohio Chapter, 2022.

- Ohio State Bar Foundation, 2013 Community Service Award for Attorneys 40 & Under, District 12.

SELECTED PRESENTATIONS & PUBLICATIONS

- Did You Say "Sale" or "Sail?" Why Miscommunication Derails Negotiations, *Cleveland Metropolitan Bar* Journal, September 2022.
- Avoiding the Coin Flip: How to Pick a Winning Jury, Cleveland Metropolitan Bar Association, Annual Labor & Employment Seminar, forthcoming April 2021.
- The Art of Persuasion, Cleveland Metropolitan Bar Association, New Lawyer Bootcamp, 2021.
- Attorney Discipline: If You're Not Scared, You Should Be!, Cleveland Metropolitan Bar Association, Annual Professional Conduct Seminar, 2019.
- The Toll of Pregnancy Discrimination in The Workplace, National Council for Jewish Women, 2019.
- Investigating and Reporting Grievances, Cleveland Metropolitan Bar Association, Certified Grievance Committee Training Seminar, 2018.
- Elite Appellate Writing for the Rest of us: Using the Techniques of Top Supreme Court Advocates in Your Practice, Cleveland Metropolitan Bar Association, 2017.
- When Can You (or your Opponent) Appeal That Horrible (or Great) Order Compelling Discovery? *Cleveland Academy of Trial Lawyers Newsletter*, 2017.
- Quick But Wrong: How Instincts Cause Lawyers to Make Bad Decisions, Ohio State Bar Association, Midwest Labor & Employment Law Conference, 2016; Ohio Association for Justice, Winter Convention, 2016.
- The Claims You're Missing, Cleveland Metropolitan Bar Association, Annual Labor & Employment Seminar, 2015; Ohio State Bar Association, Midwest Labor & Employment Law Conference, October 2015.
- Seven Mistakes Plaintiffs' Lawyers Hope You Make, Ohio State Bar Association, Annual Convention, 2015.
- How to Lose Your Ticket: Mishandling Client Funds, Case Western Reserve University School of Law, New Lawyer Training Seminar, 2014, 2015.
- Social Media for the Federal Employment Litigator, Federal Bar Association Northern District of Ohio Chapter, Federal Labor & Employment Law Seminar, 2013.
- Social Media at Trial, Ohio State Bar Association, Midwest Labor & Employment Law Conference, 2013; Ohio State Bar Association, Annual Convention, 2012.
- Emerging Issues in FMLA Litigation, Ohio Association for Justice, Annual

- Convention, 2013.
- Discovery of Social Media, Ohio Association for Justice, Annual Convention, 2012.
- Why Social Media is a Nightmare for Attorneys and What to do About it, Ohio Employment Lawyers Association, Annual Seminar, 2012.
- Prop 8 and the Future of Same-Sex Marriage, Panel Moderator, Cleveland-Marshall College of Law, 2011.
- Google Mistrials: What the Legal System Can do to Keep the Internet Out of the Jury Box, *Cleveland Metropolitan Bar Journal*, November 2010.
- Recent Developments in Employment Discrimination, Dayton Bar Association, 2010.
- The Use of Sex-Stereotyping Claims by LGBT Employees in Ohio, *Ohio Lawyer Magazine*, January 2010.
- May I Be Recused? The Tension Between Judicial Campaign Speech and Recusal After *Republican Party of Minnesota v. White*, *Ohio State Law Journal*, 64 Ohio St. L.J. 1197 (2003).

## EDUCATION

### The Ohio State University Moritz College of Law

- Juris Doctor, *summa cum laude*, *Order of the Coif*, 3rd of 208 students, 2004.
- *Ohio State Law Journal*, Associate Editor, 2003–04; Staff Member, 2002–03.

#### Honors and Awards

- Donald S. Teller Memorial Award for the Student Note Contributing Most Significantly to the *Ohio State Law Journal*, 2002–03.
- Judge Joseph H. Harter Award for Outstanding Performance in Trial Practice.
- CALI Awards for Excellence in: Evidence; Civil Law Practicum; and, Disability Discrimination.

### The George Washington University

- Bachelor of Arts, History, May 2001.

## PERSONAL

- Raised in Shaker Heights. Resides in Solon with wife Gayle Horwitz, a Senior Attorney with the U.S. Department of Education Office for Civil Rights, and two young sons.