# EXHIBIT D

**MICHAEL J. BORDEN**
**Borden Dispute Resolution, LLC**
28840 Chagrin Blvd, Suite 300
Beachwood, OH 44122
Phone: 216.225.0500
E-mail:  Michael@BordenADR.com

## EDUCATION

**New York University School of Law**
J.D. 1998, LL.M. 2003

**Pennsylvania State University**
B.A. 1992 (English)

## EXPERIENCE

**Assistant to U.S. District Judge Dan A. Polster and Counsel to Special Master David R. Cohen, MDL 2804 – In re National Prescription Opiate Litigation, N.D. Ohio**         2018 - Present

- Assist Federal District Court in all aspects of adjudication in this multidistrict litigation, including drafting orders on motions to dismiss, motions for summary judgment, Daubert motions, discovery orders concerning attorney-client privilege and confidentiality, motions in limine, etc; advise on responses to mandamus petitions and suggestions for remand

- Advise Common Benefit Fund Fee Panel in design and implementation of protocol for allocation of Common Benefit Fund attorney fees

**Mediator/Arbitrator**

- Successfully mediated numerous cases involving business disputes, personal injury, labor and employment, real property
- American Arbitration Association Arbitrator – Commercial Panel         2020 – Present
- FINRA Arbitrator         2016 – Present
- Mediator/Evaluator – Northern District of Ohio Federal Court Panel         2021 – Present
- Completed 40-hour "Mediating Disputes" Training at Harvard Law School, Harvard Negotiation Institute, Cambridge, MA         June 2016
- Completed 40-hour "Essential Mediation Skills" Training American Arbitration Association, New York, NY         May 2016

**Expert Witness/Consultant**

- Served as expert witness in several cases involving intra-corporate/shareholder disputes, contract disputes, real estate, and securities fraud; details available upon request

**Associate**         Sept. 1998 - July 2001
LeBoeuf, Lamb, Greene & MacRae, L.L.P.         New York, NY, Paris, France

## ACADEMIC CAREER

**Cleveland-Marshall College of Law, Cleveland State University**

| | |
|---|---|
| Associate Dean for Administration | 2016 - 2019 |
| Associate Professor | 2010 - 2022 |
| Assistant Professor | 2004 – 2010 |

- Awards

| | |
|---|---|
| Wilson G. Stapleton Award for Faculty Excellence | 2017 |
| University Distinguished Faculty Award for Teaching Excellence | 2016 |
| Faculty Member of the Year – Elected by Students | 2013, 2016 |

**James E. Beasley School of Law, Temple University**      2002 - 2004

Abraham L. Freedman Teaching Fellow and Lecturer in Law

## PROFESSIONAL HONORS AND AFFILIATIONS

**American Law Institute**      2009 - Present
Member

**United States District Court, Northern District of Ohio**      2020 – Present
Member, Advisory Group; Chair, ADR Committee

**William K. Thomas American Inn of Court**

| | |
|---|---|
| President's Award for Outstanding Service | 2022 |
| President | 2017 – 2018 |
| Executive Committee | 2013 – Present |

**Federal Bar Association**      2017 – Present
Board of Directors, Northern District of Ohio Chapter

**Academy of Court Appointed Neutrals**      2022
Fellow

## PRESENTATIONS

*The Intersection of ADR and Adjudication in the Federal Opioid MDL*, Cleveland Metropolitan Bar Association Section on ADR, Cleveland, Ohio.  April 6, 2021

*Effective Presentations: Engaging Your Audience on Virtual Platforms and in Person*, William K. Thomas American Inn of Court, Cleveland, Ohio.  September 9, 2020

*Actualité de la Médiation aux Etats-Unis (Mediation in the U.S. in the Context of the US Litigation System),* Association des Avocats Conseils d'Entreprise, Paris, France.  January 22, 2020

*FDA Preemption under Merck, Sharp & Dohme Corp. v. Albrecht*, Cleveland-Marshall College of Law Supreme Court Review, Cleveland, Ohio.  October 7, 2019

*Legal Education in France and the United States: What Can France Learn from the American Experience?*, Roundtable Discussion, l'Incubateur du Barreau de Paris, Paris, France.  October 9, 2014

## PUBLICATIONS

*Law Review Articles*

Of Outside Monitors and Inside Monitors: The Role of Journalists in *Caremark* Litigation, 15 U. Pa. J. Bus. Law 921 (2013)

The Promissory Character of Adequate Assurances of Performance, 76 Brooklyn L. Rev. 176 (2010)

Mistake and Disclosure in a Model of Two-Sided Informational Inputs, 73 Mo. L. Rev. 667 (2008)

The Role of Financial Journalists in Corporate Governance, 12 Fordham J. Corp. & Fin. L. 311 (2007)

PSLRA, SLUSA and Variable Annuities: Overlooked Side Effects of a Potent Legislative Medicine, 55 Mercer L. Rev. 681 (2004)

## OTHER

Fluent in French
Vocalist, Cleveland Opera Theater                                  2014 – Present
Member, Board of Directors, Cleveland Opera Theater                2016 – Present