# EXHIBIT E

# Ronald Swanson

850-889-5130    swansonjaxbeach@gmail.com    Jacksonville, Florida

## Summary

I have a broad range of legal experience to include service as both a military and state court trial judge as well as experience as a state court appellate court judge. During military service, I served in operational roles and provided guidance and advice on international law matters of import to senior military leadership.

## Skills

International and operational law.    Judicial experience.

## Experience

**09/2011 - 04/2016**
Appellate Court Judge, **First District Court of Appeal, Tallahassee, Fl**, Tallahassee, FL

Upon retirement from the First District Court of Appeal, Tallahassee, Florida, I was subsequently appointed as a Special Master by the State of Florida Senate, in 2017, to investigate allegations of misconduct by a State of Florida State Senator.

**04/2003 - 09/2011**
Circuit Court Judge, **First Judicial Circuit, Florida**, Pensacola, FL

**05/2000 - 04/2003**
County Court Judge, **First Judicial Circuit, Florida**, Santa Rosa County, FL

**08/1995 – 05/2000**
Assistant State Attorney, First Judicial Circuit, Florida

**04/1975 - 07/1995**
U.S. Naval Officer, **U.S. Navy Active Duty**

Retired from the Navy Judge Advocate General's Corps as a Navy Captain. Served in multiple assignments to include special counsel to the Vice Chief of Naval Operations during the first Gulf War, Fleet Judge Advocate, Commander Second Fleet, Military Judge, legal advisor to NATO and U.S. Joint Task Force units, and other assorted assignments. Recipient of Legion of Merit, Meritorious Service Medal, Navy Commendation Medal, Overseas Service Medal, National Defense Medal, and Navy Achievement Medal.

## Education And Training

**06/1982**
**LL.M.**, Criminal/International Law
*George Washington University,* Washington, DC
Highest Honors

**12/1973**
**J.D.**, Law
*University of Florida*, Gainesville, FL

**06/1970**
Bachelor of Science
*Florida State University*, Tallahassee, FL

 Search     Find My District Court (/Find-My-District-Court)

First DCA 



# Florida First District Court Of Appeal

Accessible | Fair | Effective | Responsive | Accountable

(/)

Find My District Court (/Find-My-District-Court)    First DCA 

◉ Search First DCA   ○ Search Opinions    Search…

**Search First DCA**

**Judges (/Judges)**   **Clerk's Office** (/Clerk-s-Office)   **Oral Arguments** (/Oral-Arguments)   **Online Docket** (http://onlinedocketsdca.flcourts.org/DCAResults/Main?court=1)

Opinions (/Opinions)   eDCA (https://edca.1dca.flcourts.org/)   Resources (/Resources)

| Marshal's Office | (/Marshal-s-Office) |
|---|---|

Home (/)  /  Judges (/Judges)  /  Previous Judges (/Judges/Previous-Judges)  /  Judge Ronald V. Swanson

# Judge Ronald V. Swanson



**Birthdate**: April 16, 1948

**Birthplace:** Rock Island, IL

**Spouse**: Diane Bew Swanson

**Children/Grandchildren**: Daughter, Erika, son-in-law Joel, grandson Hunter, granddaughter Taylor

## Degrees:

- LL.M. (Highest Honors), The George Washington University (1982);
- J.D., The University of Florida (1973);

- B.S., The Florida State University (1970).

## Legal Offices & Positions:

- Appointed to the First District Court of Appeal by Governor Rick Scott in June 2011.
- Circuit Court Judge, First Judicial Circuit, April 2003 to July 2011. Appointed by Governor Jeb Bush.
- County Court Judge, Santa Rosa County, May 2000 to April 2003. Appointed by Governor Jeb Bush.
- Military Judge, Navy and Marine Corps Trial Judiciary, 1982 to 1985.

**Military Service:**

Judge Swanson served in the United States Navy's Judge Advocate General's Corps for over 20 years, retiring as a Navy Captain in 1995. While on active duty, Judge Swanson served in numerous assignments to include: in ships of the Atlantic Fleet; as Special Counsel to the Vice Chief of Naval Operations during the First Gulf War; a 1988 assignment as counsel in the Persian Gulf; duty at Naval Station, Guantanamo Bay, Cuba; and Commanding Officer, Naval Legal Service Office Central, Naval Air Station, Pensacola, Florida.

**Office of State Attorney:**

Upon retirement from the United States Navy, Judge Swanson served as an Assistant State Attorney, First Judicial Circuit, from August 1995 to May 2000. He was designated Special Prosecutor for cases of significance, 1998 to 2000.

## Honors & Awards:

**Military awards and decorations**: The Legion of Merit; Meritorious Service Medal (multiple awards); Navy Commendation Medal (multiple awards); Navy Achievement Medal (multiple awards); Overseas Service (multiple awards) National Defense Medal.

## Other Civic Activities:

- Past Board Member and Vice President, Big Brothers/Big Sisters, Northwest Florida, Pensacola, Florida.
- Past Board Member Navy Home, Biloxi, Mississippi.
- Past Senior Warden and Vestry Member, St. Francis of Assisi Episcopal Church, Gulf Breeze. Former Rotarian.

- Past member, Inns of Court (Trial).
- Member, Board of Directors, K9 for Warriors (2015 to present)
- Volunteer, K9 for Warriors (2013 to present)

# Previous Judges

Judge Richard W. Ervin, III (/Judges/Previous-Judges/Judge-Richard-W.-Ervin-III)

Judge Anne Cawthon Booth (/Judges/Previous-Judges/Judge-Anne-Cawthon-Booth)

Judge Edward T. Barfield (/Judges/Previous-Judges/Judge-Edward-T.-Barfield)

Judge Charles E. Miner, Jr. (/Judges/Previous-Judges/Judge-Charles-E.-Miner-Jr)

Judge Michael E. Allen (/Judges/Previous-Judges/Judge-Michael-E.-Allen)

Judge Charles J. Kahn, Jr. (/Judges/Previous-Judges/Judge-Charles-J.-Kahn-Jr)

Judge Peter D. Webster (/Judges/Previous-Judges/Judge-Peter-D.-Webster)

Judge L. Arthur Lawrence (/Judges/Previous-Judges/Judge-L.-Arthur-Lawrence)

Judge Edwin B. Browning, Jr. (/Judges/Previous-Judges/Judge-Edwin-B.-Browning-Jr)

Judge Paul M. Hawkes (/Judges/Previous-Judges/Judge-Paul-M.-Hawkes)

Judge Marguerite H. Davis (/Judges/Previous-Judges/Judge-Marguerite-H.-Davis)

Judge William A. Van Nortwick, Jr. (/Judges/Previous-Judges/Judge-William-A.-Van-Nortwick-Jr)

Judge Philip J. Padovano (/Judges/Previous-Judges/Judge-Philip-J.-Padovano)

Judge Nikki Ann Clark (/Judges/Previous-Judges/Judge-Nikki-Ann-Clark)

Judge Simone Marstiller (/Judges/Previous-Judges/Judge-Simone-Marstiller)

Judge Robert T. Benton, II (/Judges/Previous-Judges/Judge-Robert-T.-Benton-II)

**Judge Ronald V. Swanson (/Judges/Previous-Judges/Judge-Ronald-V.-Swanson)**

Judge James R. Wolf (/Judges/Previous-Judges/Judge-James-R.-Wolf)

Judge T. Kent Wetherell, II (/Judges/Previous-Judges/Judge-T.-Kent-Wetherell-II)

Judge Allen Winsor (/Judges/Previous-Judges/Judge-Allen-Winsor)

## 1DCA Judges



View a larger version of the judges group photo (https://cc-flcourts-storage.s3.amazonaws.com/flcourts-master/images/2/3/2/5/1865232-6-eng-US/Chief_Rowe_Standing_Seated_2.jpg)

Current and Former Judge News (/Judges/Current-and-Former-Judge-News-Items)

## Court Resources

Judges (/Judges)

Clerk's Office (/Clerk-s-Office)

Oral Arguments (/Oral-Arguments)

Online Docket (http://onlinedocketsdca.flcourts.org?court=1)

Opinions (/Opinions)

eDCA (https://edca.1dca.org/)

# Florida Courts

Florida Supreme Court (http://www.floridasupremecourt.org/)

First DCA (http://www.1dca.org/)

Second DCA (http://2dca.org/)

Third DCA (http://www.3dca.flcourts.org/)

Fourth DCA (https://www.4dca.org/)

Fifth DCA (http://5dca.org/)

Florida Courts (http://www.flcourts.org/)

     (https://www.facebook.com/floridasupremecourt/) (https://twit

**All Content Copyright 2022 First District Court of Appeal**


