UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,** )<br>)<br>**Defendants** )<br>) | Civil Action No. 1:18-cv-2248-CRC |

**[PROPOSED] ORDER
APPOINTING SPECIAL MASTERS
FOR NON-BELLWETHER LIABILITY PHASE**

Upon consideration of Plaintiffs' Motion to Appoint Special Masters and Implement Administrative Plan for Non-Bellwether Liability Determinations, and the entire record herein, it is hereby

**ORDERED** that the Hon. David R. Herndon (Ret.); John D. Hutson, Esq.; Matthew E. D. Besser, Esq.; Michael J. Borden, Esq.; and the Hon. Ronald V. Swanson (Ret.), are **APPOINTED** as Special Masters for the purpose of assisting this Court with the determination of liability for claims related to the non-bellwether attacks in this case.

This appointment is contingent upon each Special Master submitting within thirty (30) days after entry of this Order a signed declaration disclosing any ground for disqualification under 28 U.S.C. § 455 and agreeing to abide by the Administrative Plan approved by the Court.

Plaintiffs shall submit for the Court's approval a plan identifying which Special Masters shall be responsible for which non-bellwether attack. Plaintiffs' proposed plan should assign the attacks so as to ensure that each Special Master will complete their work as efficiently as possible.

1

Plaintiffs shall submit the proposed assignments for the non-bellwether attacks no later than thirty days after the Court enters its findings regarding liability on to the Bellwether Attacks.

**SO ORDERED**.

Dated: _____

                                                  CHRISTOPHER R. COOPER
                                                  UNITED STATES DISTRICT JUDGE