UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants | )<br>)<br>)<br>)<br>)  Civil Action No. 1:18-cv-2248-CRC<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE

Plaintiffs move this Honorable Court for an order permitting Plaintiffs to supplement the record with newly acquired documentary evidence, and in support of their pending motions, in particular, the Motion for Default Judgment as to Liability for the Bellwether Attacks (ECF No. 115) and the Proposed Finding of Facts & Conclusions of Law (ECF No. 115-1). Plaintiffs have pre-marked the documents with exhibit numbers, and respectfully request that the following be admitted into evidence and onto the record:

1. Expert Report and Declaration of Dr. Rael Strous, MD regarding Plaintiff Richard Foster, who was injured in Bellwether Attack No.1 (PX1174)(Filed under Seal); and

2. Declaration of James Forester, a non-party percipient witness to Bellwether Attack No. 3 (PX1353).

Courts in this district have permitted plaintiffs to provide supplemental evidence following bellwether hearings and motions for default. *See Neiberger et. al. v. Islamic Republic of Iran*, No.1:16-cv-02193-EGS (ECF Nos. 79-82, Nov. 12, 2021 Minute Entry); *Karcher, et. al. v. Islamic Republic of Iran*, 396 F. Supp. 3d 12 (D.D.C. 2019) (granting motion for default following receipt of supplemental evidence, see ECF Nos. 99, 117). This is particularly

appropriate in FSIA cases, where plaintiffs have "difficulty in 'obtaining firsthand evidence and eyewitness testimony'" *Fritz v. Islamic Republic of Iran*, 320 F. Supp. 3d 48, 57 (D.D.C. 2018) (quoting *Owens v. Republic of Sudan,* 864 F.3d 751, 785 (D.C. Cir. 2017)).

PX1174 -The Expert Report and Declaration of Dr. Rael Strous, MD is provided in support of Richard Fosters claims arising from the April 4, 2004, Black Sunday Attack, and provides a summary of Mr. Foster's psychological injuries, diagnoses, treatment and prognosis. It is probative to the personal injuries inflicted upon Mr. Foster in the attack and to establishing injury causation, which are issues before the Court in the pending motion.  Plaintiffs are filing a redacted version here pending their new Motion to File Certain Exhibits Under Seal, and upon granting of that motion will file the unredacted report under seal.

PX1353 - The Declaration of Richard Forester, provides written testimony from a non-party eye witness to the the January 26, 2005 complex attack in Haqlaniyah, Iraq, that killed Plaintiff Jonathan Bowling. Mr. Forester was in the same vehicle as Bowling and comforted him after he was mortally wounded by automatic weapons fire and a rocket propelled grenade. His testimony provides new information about the attack from the perspective of Mr. Forester, including the TTPs used in the attack, as well as his observations of Jonathan Bowling's injuries that caused his death, including the fact that Mr. Bowling survived for a while before succumbing to his wounds during evacuation.

Undersigned counsel experienced unexpected delays in obtaining the report and declaration. This was due, primarily, to the difficulties that both Mr. Foster and Mr. Forester experience as a result of posttraumatic stress disorder. Both Mr. Foster and Mr. Forester worked through these difficulties to prepare of these materials so that they could be considered by the Court in this case.

For these reasons, Plaintiffs respectfully request the Court permit the filing of aforementioned evidence so that the Court has a more complete record from which to draw when considering Plaintiffs' pending default motion and further adjudicating the claims related to the bellwether attacks.

Dated: November 21, 2022.	Respectfully submitted,

*/s/ Chad E. Ihrig*
Chad E. Ihrig (*Pro Hac Vice*)
Texas Bar No. 2408437
Nix Patterson, LLP
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Fax: 512.328.5335
Tel: 512.328.5333

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants.

*/s/ Chad E. Ihrig*
Chad E. Ihrig