# PX1353

# DECLARATION OF

# JAMES FORESTER

I, James Forester, declare under penalty of perjury that the following statements are true and correct:

    a.   I have personal knowledge of the facts and information contained in this Declaration.

    b.   I met Jonathan Bowling in 2001 when we were assigned to 2nd Platoon, Charlie Company, 4th Combat Engineer Battalion, 4th Marine Division, U.S. Marine Corps Reserve in Lynchburg, VA.

    c.   In August 2004, we deployed to Iraq in support of the 1st Battalion, 23rd Infantry Regiment, 31st Marine Expeditionary Unit (MEU). We were stationed at Al Asad Airbase for three months. In November 2004, we moved to the Haditha Dam in Al Anbar Province.

    d.   In Iraq, my rank was Corporal (Cpl., E4) and my position was Squad Automatic Weapon (SAW) Gunner for my fire team. Jonathan Bowling also held the rank of Corporal (E4). He was the Assistant Fire Team Leader of my fire team.

    e.   Our mission in Iraq was to provide combat engineer support to our assigned unit by conducting route reconnaissance, obstacle breaching, building fortifications and destroying unexploded ordinance (UXO). As part of our breaching mission, we accompanied infantry units on raids, and we were trained to use demolitions on barricaded doors in order to gain quick entry into buildings if the doors could not otherwise be breached.

    f.   After midnight on January 26, 2005, our platoon was tasked with providing engineer breaching support and perimeter security on a raid in the village of Haqlaniyah in order to capture high value targets (HVTs).

    g.   Around 02:00, we left the Haditha Dam in a convoy of approximately a dozen vehicles and proceeded to Haqlaniyah approximately 10-15 minutes away to the south. Our convoy included approximately 10-15 vehicles that included light armored vehicles (LAVs) and up-armored High Mobility Multi-Wheeled Vehicles (HMMWVs), which was typical for this type of mission. We traveled primarily across open desert to Haqlaniyah. Cpl. Bowling and I were in the same high-back HMMWV, and he was seated to my right in the open bed of the vehicle. I was standing up looking over the cab of the HMMWV with my M249 Squad Automatic Weapon (SAW) pointing forward as we traveled across the desert to Haqlaniyah.

    h.   As we moved towards our target location, I saw an ambulance drive out of the area using only its lights but no siren, and thought that was odd. When we stopped, Cpl. Bowling and the rest of his fire team dismounted and helped breach and search the targeted building while other Marines established an inner cordon perimeter to prevent anyone from getting away. I was assigned to the outer cordon team with the mission to prevent anyone from entering the targeted area during the raid. My HMMWV was positioned in an intersection, and I stayed in the back of the vehicle with my SAW in an over watch position. We remained at the house for 20-30 minutes, which was longer than usual. The house was empty. Cpl. Bowling's raid team did not find any HVTs and they left the building and returned to our vehicle to begin our return to Haditha Dam.

    i.   Our HMMWV was one of the last vehicles in our convoy and I do not recall precisely where we were in Haqlaniyah as we left the village. Again, my position was standing in the back of the HMMWV with my SAW pointed forward.

    j.   As we were leaving Haqlaniyah, I noticed a light on one of the buildings turn off and I was telling Cpl. Bowling about it and trying to point out the building. About that time, one of our lead LAVs was hit by an IED and our HMMWV began receiving small arms fire from several directions. I began returning fire in the direction that other Marines were firing, and our convoy kept moving quickly through the ambush. Then, apparently, the passenger side of our HMMWV was struck by a rocket-propelled grenade (RPG). I do not remember the RPG striking the vehicle, and I only remember regaining my senses after the explosion. I recall looking around the bed of the HMMWV and seeing motionless Marines. Cpl. Chris Weaver was now at my feet and Cpl. Bowling was still at my right. Our convoy pushed through the attack and when we reached a safe location out of town, I yelled to the assistant driver to get a corpsman to our vehicle.

    k.   A corpsman climbed into our HMMWV and began treating the injured Marines.

    l.   Cpl. Chris Weaver, LCpl. Karl Linn, and Sgt. Jesse Strong, who had been seated along the passenger side of the HMMWV bed to the left of Jonathan Bowling, were hit by the blast of the RPG.

    m.   Cpl. Chris Weaver and Sgt. Jesse Strong were killed in the blast and were taken out of our vehicle after being assessed by the corpsman. We then sped to Haditha Dam to get Cpl. Bowling, LCpl. Linn and our other casualties to the battalion aid station. As we rode back to Haditha Dam, I held Jonathan Bowling, and he was still alive and breathing during this time.

n. Upon arrival at Haditha Dam, we rushed the casualties to the aid station. I did not stay at the aid station to observe the medical care provided to Jonathan Bowling, but I know that he was evacuated by helicopter from Haditha Dam.

o. After evacuation, Cpl. Jonathan Bowling died from his wounds.

p. LCpl. Karl Linn was also evacuated by helicopter but eventually died from his wounds.

q. Several other members of the convoy, including myself, were injured during the ambush. Shrapnel from the blast struck me when the RPG and small arms fire hit our HMWWV. For these wounds, I received the Purple Heart.

r. The ambush on January 26, 2005, involved coordinated multi-directional fire from small arms, RPGs, and IEDs. In order to ambush the convoy using these tactics, the group committing the attack required a significant amount of personnel and weapons, and was skilled and capable enough to successfully target a fast moving convoy with IEDs, RPGs and small arms at long range.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

**Executed on:** 11/14/2022

**Signature**: *[signature]*