UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,**<br><br>**Defendants** | Civil Action No. 1:18-cv-2248-CRC |

## ORDER

Considering the Plaintiffs' Motion for Leave to File Supplemental Evidence:

**IT IS SO ORDERED** that the motion is **GRANTED**, and the evidence introduced in the motion shall be admitted on the record, and considered as part of the Plaintiffs' Motion for Default Judgment (ECF No. 115). Plaintiffs shall file an unredacted version of the evidence under seal within 10 days of this order.

So ordered this ____ day of _____, 2022.

_____
Honorable Christopher R. Cooper