UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,** )<br>)<br>**Defendants** )<br>) | ) Civil Action No. 1:18-cv-02248-CRC |

## MOTION FOR ENTRY OF PRODUCTION SCHEDULE FOR THE DEPARTMENT OF DEFENSE

Plaintiffs file the foregoing Motion for Entry of Production Schedule for the Department of Defense ("DOD"), and in support thereof state:

1. On November 21, 2022, counsel for DOD informed Plaintiffs that CENTCOM had identified an initial set of documents that are responsive to Plaintiffs' subpoena.

2. Per DOD, this initial set of documents contains (approximately) 1700 pages and includes "Ops Reports" and associated files.

3. DOD proposed a production schedule for this initial set of 1700 pages identified by CENTCOM, namely: 500 pages to be processed and produced every 60 days (redacted as necessary).

4. To be sure, this proposed production schedule only applies to those 1700 pages identified by CENTCOM. Plaintiffs and DOD are continuing to meet and confer on methods for CENTCOM and other DOD agencies, e.g., the Defense Threat Reduction Agency (DTRA) and the National Ground Intelligence Center (NGIC), to identify and produce additional documents that are responsive to Plaintiffs' subpoena.

5. While Plaintiffs have certainly advocated for a more aggressive production schedule, Plaintiffs have agreed to DOD's proposed production schedule based upon DOD's representation that CENTCOM believes it can comply with this schedule.

6. Plaintiffs' position is that a court-ordered production schedule is necessary to keep DOD on track in its production of documents. This is because the subpoenas on DOD have been pending since October 2020 and Plaintiffs have only received production for the bellwether attacks—a fraction of the attacks involved in this case.

7. DOD does not believe a court-ordered production schedule is necessary.

8. A proposed order on the Production Schedule for the Department of Defense, which requires 500 pages to be processed and produced (redacted as necessary) every 60 days is attached hereto as **Exhibit A**.

**WHEREFORE**, Plaintiffs respectfully request the Court enter the attached proposed Order on Production Schedule for the Department of Defense, which requires 500 pages to be processed and produced (redacted as necessary) every 60 days.

Dated: December 9, 2022.            Respectfully submitted,

By: */s/ Dustin B. Herman*
DUSTIN B. HERMAN (*Pro Hac Vice*)
Ohio Bar No. 0093163
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
Email: dherman@spanglaw.com

*/s/ Howard L. Nations*
Howard L. Nations
DC Bar No. TX143
**THE NATIONS LAW FIRM**
9703 Richmond Avenue, Suite 200
Houston, TX 77042
Telephone: (713) 807-8400

        Facsimile: (713) 807-8423
        Email: howard@howardnations.com

        *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 9, 2022                          Respectfully submitted,

                                                         By: */s/ Dustin B. Herman*