UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,** )<br>)<br>**Defendants** )<br>) | ) Civil Action No. 1:18-cv-02248-CRC |

## [PROPOSED] ORDER ON PRODUCTION SCHEDULE FOR THE DEPARTMENT OF DEFENSE

The Court enters this Production Schedule pursuant to the Motion for Entry of Production Schedule for the Department of Defense (ECF 120).

The Motion states that CENTCOM has identified approximately 1700 pages that are responsive to Plaintiffs' subpoena and that DOD has proposed a production schedule for those pages at a rate of 500 pages every 60 days (redacted as necessary).

Accordingly, it is HEREBY ORDERED:

1. DOD shall process and produce the approximately 1700 pages identified by CENTCOM as responsive to Plaintiffs' subpoena at a rate of 500 pages every 60 days (redacted as necessary).

2. Production shall be made on March 7, 2022; April 10, 2022 (as April 8, 2022 is a Saturday); June 7, 2022; and August 7, 2022 (as August 6, 2022 is a Sunday).

IT IS SO ORDERED

Dated: _____

_____
THE HONORABLE CHRISTOPHER R. COOPER
UNITED STATES DISTRICT COURT JUDGE