## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| | ) **Civil Action No. 1:18-cv-02248-CRC** |
| v. | ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| Defendants | ) ) ) |

### FEBRUARY 13, 2023 STATUS REPORT

Pursuant to the Court's Minute Order entered on December 14, 2022, Plaintiffs, through undersigned counsel, and the Department of Defense ("DOD") hereby file this Joint Status Report.

1.     Previously, DOD voluntarily proposed a production schedule for the initial set of documents responsive to Plaintiffs' subpoena (approximately 1700 pages) and estimated DOD could process and/or produce 500 pages every 60 days, with the first production on February 7, 2023.  This was applicable only to the 1700 pages identified by CENTCOM.

2.     On January 10, 2023, DOD produced 27 pages of documents, CENTCOM_00000381-408, which were related to 9 attacks.  DOD informed Plaintiffs these pages included all documents located by CENTCOM for Attack Nos. 51-92.[1]

3.     On February 10, 2023, counsel for DOD notified Plaintiffs that in addition to the 27 pages produced January 10, 2023, CENTCOM has processed 498 pages from DTRA which have been sent back to DTRA for final equity review.  DOD anticipates that a substantial portion of those 498 pages will be released to Plaintiffs within two weeks.

---

[1] The "Attack Nos." referenced herein refer to how the attacks were numbered for identification on Plaintiffs subpoenas served upon DOD and other agencies. See e.g.

4.      Plaintiffs respectfully request the Court to require status reports be filed every 60 days in order to keep the Court apprised of their ongoing discovery efforts, with the next status report being due on April 14, 2023. Plaintiffs propose that this status report schedule supersede the Court's prior orders related to routine status reports on discovery efforts every 90 days. *See e.g.*, August 11, 2020 Minute Order. This proposed schedule coincides with DOD's proposed production schedule as well as Plaintiff's proposed Administrative Plan (*see* ECF No. 117), and will keep the Court timely apprised should any issues arise with DOD's target dates for production of documents.

Dated: February 13, 2022.

Respectfully submitted,

By: */s/ Dustin B. Herman*
DUSTIN B. HERMAN (*Pro Hac Vice*)
Ohio Bar No. 0093163
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
Email: dherman@spanglaw.com

*/s/ Howard L. Nations*
Howard L. Nations
DC Bar No. TX143
**THE NATIONS LAW FIRM**
9703 Richmond Avenue, Suite 200
Houston, TX 77042
Telephone: (713) 807-8400
Facsimile: (713) 807-8423
Email: howard@howardnations.com

*Counsel for Plaintiffs*