UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br>)<br>Defendants )<br>) | Civil Action No. 1:18-cv-2248-CRC |

**PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD**
**&**
<u>**ADMIT EXHIBIT PX1518 INTO EVIDENCE**</u>

Plaintiffs move this Honorable Court to allow them to supplement the record with a document produced by the Department of Defense directly relevant to bellwether attack number 5, which took the life of Plaintiff's decedent Anthony Capra Jr.

Plaintiffs now seek permission to file a redacted version of PX1518 on the public docket and to file an unredacted version under seal. Plaintiffs further request that, if permitted to supplement the record, PX1518 be admitted into evidence in accordance with the Court's prior ruling on Plaintiffs' motion to admit evidence, including reports and records produced by the Department of Defense in response to discovery requests for attack related materials. *See* ECF Dkt. Nos. 97, 97-1, & 106, p. 5.

The document in question is PX1518 and is governed by the Protective Order related to materials produced by the Department of Defense. *See* Dkt. No. 78. This document is cited in Plaintiffs' Proposed Findings of Fact and Conclusions of Law. ECF Doc. 115-1, paras. 368 and 370. The document is referenced at pages 209 and 210 of the transcript of the first day of the bellwether hearing and was reviewed and relied on by the expert Dr. Daveed Gartenstein-Ross in

1

reaching his opinions regarding the group responsible for the attack. *See* ECF Doc. 106. Plaintiffs' counsel intended to include PX1518 on the docket following the bellwether hearing but inadvertently omitted it from the supplemental materials previously provided to the Court.

Plaintiffs respectfully move the Court for permission to file a redacted version of PX1518 on the public docket and to file an unredacted version under seal.

Dated: March 7, 2023.                                    Respectfully submitted,

By: */s/ Jeremy A. Tor*
Jeremy A. Tor (*Pro Hac Vice*)
Ohio Bar No. 0091151
**SPANGENBERG, SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East., Suite 1700
Cleveland, Ohio 44114
Telephone: 216-696-3232
Facsimile: 216-696-3924
Email: jtor@spanglaw.com

*Counsel for Plaintiffs*