PX1518



# 09 1500C APR 08 IED ATTACK ON 1-32 CAV SE OF BALAD

**WHO:** MND-N, 1/101 AA, 1-32 CAV

**WHAT:** CF CASUALTIES

**WHEN:** 09 1500C APR 08

**WHERE:** 38SMC2653957685 (BALAD)

**MNC-I CCIR #:** 6

**MNF-I CCIR #:** 6

**NOTIFICATION IN JOC:** 09 1859C APR 08

**CIDNE #:** 20080409150038SMC2713145733

### INITIAL REPORT

- AT 1500C, MND-N, 1/101 AA, 1-32 CAV REPORTED AN IED ATTACK 6 km SE OF BALAD.

- 1-32 CAV REPORTED AN IED ATTACK WHILE CONDUCTING IED INTERROGATION BY DISMOUNTED EOD.

- THIS ATTACK RESULTED IN 1X CF WIA.

- AT 1525C, 1X CF WIA WAS MEDEVACED TO LSA ANACONDA.

- 1X CF WIA DOW.

- BDA: **1X CF KIA**

- ASSESSMENT: IN THE LAST 60 DAYS THERE HAVE BEEN 9X IED RELATED EVENTS WITHIN 10 km OF THIS ATTACK. THE MOST COMMON INITIATOR USED IN THE LAST 60 DAYS HAS BEEN PRESSURE WIRE (VOIED). THE IED WAS LIKELY INTENDED TO ATTACK ISF/SOI/CF DISMOUNTED PATROLS IN THE GOLDEN HILLS. [REDACTED] IED CELL IS MOST LIKELY RESPONSIBLE FOR THE TARGETING OF DISMOUNTED PATROLS, ATTEMPTING TO DETER FURTHER INTERDICTION BY SECURITY FORCES IN A KNOWN ENEMY SANCTUARY. IEDs WILL CONTINUE TO BE THE PRIMARY FORM OF ATTACKS AGAINST ISF/SOI/CF IN AREA.

IED ATTACK ON 1-32 CAV SE OF BALAD

Declassified by MG David S. Doyle
USCENTCOM Chief of Staff
Declassified on: 29 August 2022
Privacy Act Protective Order applies

**LEGEND**

IED ATTACK

PREPARED BY C3 OPS
10 0021C APR 08

PX1518

FISHBECK CENTCOM_0000346