UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.**,<br><br>Plaintiffs,<br><br>v.<br><br>**THE ISLAMIC REPUBLIC OF IRAN, et al.**,<br><br>Defendants. | Case No. 18-cv-2248 (CRC) |

### ORDER

Upon full and careful consideration of Plaintiffs' Motion Regarding Defendants' Material Support for the Subject Terrorist Organizations and the memorandum and evidence attached thereto (ECF No. 84), paragraphs 132–258 of Plaintiffs' Motion for Default Judgment As to Liability for the Bellwether Attacks in the case (ECF No. 115), the relevant factual findings of other federal courts regarding the provision of material support by Iran and certain of its agencies and instrumentalities to the same subject terrorist groups,[1] the Court hereby grants Plaintiffs'

---

[1] See, e.g., Fritz v. Islamic Republic of Iran, 320 F. Supp. 3d 48, 62–64, 84–85 (D.D.C. 2018) (Iranian defendants, including the Islamic Revolutionary Guards Corps ("IRGC"), provided material support to Asa'ib ahl al Haq); Karcher v. Islamic Republic of Iran, 396 F. Supp. 3d 12, 23–25, 56–58 (D.D.C. 2019) (Iran provided material support to Shia militia proxies, including Jaysh al-Mahdi, Kata'ib Hizballah, Badr Crops, the Promised Day Brigade, and Asa'ib ahl al Haq); Roberts v. Islamic Republic of Iran, 581 F. Supp. 3d 152, 159–61, 169 (D.D.C. 2022) (Iran provided material support to Shia militia proxies, including Jaysh al-Mahdi, Asa'ib ahl al Haq, and Kata'ib Hizballah); Owens v. Republic of Sudan, 826 F. Supp. 2d 128, 137–38, 150 (D.D.C. 2011) (Defendants, including the IRGC and the Iranian Ministry of Information and Security, provided material support and resources to Al Qaeda); Flanagan v. Islamic Republic of Iran, 87 F. Supp. 3d 93, 103–08, 115 (D.D.C. 2015) (Iranian defendants, including the IRGC and the Iranian Ministry of Information and Security, provided material support to Al Qaeda); Neiberger v. Islamic Republic of Iran, No. 16-CV-2193, 2022 WL 17370239, at *6–8 (D.D.C. Sept. 8, 2022) (Iran provided material support to Jaysh al-Mahdi, Asa'ib ahl al Haq, other Shia militia groups, and Al Qaeda in Iraq), report and recommendation adopted, No. CV 16-2193, 2022 WL 17370160 (D.D.C. Sept. 30, 2022).

Motion Regarding Defendants' Material Support for the Subject Terrorist Organizations and finds Plaintiffs have presented evidence satisfactory to the Court pursuant to 28 U.S.C. § 1608(e) that:

- The Islamic Republic of Iran, Islamic Revolutionary Guard Corps, and Iranian Ministry of Intelligence & Security provided material support, as that term is used in 28 U.S.C. § 1605A(a)(1), to the Shia terrorist groups the Badr Corps, Jaysh al-Mahdi, the Promised Day Brigade, Asa'Ib ahl al Haq, Kata'ib Hizballah, and the Sheibani Network during the relevant time period of 2003-2011.

- The provision of said material support by the Islamic Republic of Iran, Islamic Revolutionary Guard Corps, and Iranian Ministry of Intelligence & Security to the above-mentioned Shia terrorist groups was essential to the groups' operating capacity, and terrorist attacks involving these groups in Iraq during the relevant time period of 2003-2011 were reasonably foreseeable and a natural consequence of that material support.

- The Islamic Republic of Iran, Islamic Revolutionary Guard Corps, and Iranian Ministry of Intelligence & Security provided material support, as that term is used in 28 U.S.C. § 1605A(a)(1), to the Sunni terrorist groups Al Qaeda, Al Qaeda in Iraq, and Ansar al Islam during the relevant time period of 2003-2011.

- The provision of said material support by the Islamic Republic of Iran, Islamic Revolutionary Guard Corps, and Iranian Ministry of Intelligence & Security to the above-mentioned Sunni terrorist groups was essential to the groups' operating capacity, and terrorist attacks involving these groups in Iraq during the relevant time period of 2003-2011 were reasonably foreseeable and a natural consequence of that material support.

The Court reserves judgment on whether the other defendants in the case—Bank Markazi, Bank Melli, and the National Iranian Oil Company ("NIOC")—provided material support to the terrorist groups described above. For now, the Court finds satisfactory evidence in the record that Bank Markazi and Bank Melli provided financial services, and that NIOC provided funding, to the Islamic Revolutionary Guard Corps and/or other Iranian entities, which in turn provided material support to the subject terrorist groups. Should Plaintiffs wish to continue retaining those defendants in the case, they are instructed to file supplemental briefing by April 28, 2023 as to whether those indirect activities are sufficient to satisfy the requirements of 28 U.S.C. § 1605A(a)(1).

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date:   March 27, 2023