**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al., | ) ) ) |
| **Plaintiffs,** | ) ) |
| | ) Civil Action No. 1:18-cv-02248-CRC |
| v. | ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) ) |
| **Defendants** | ) ) ) |

**APRIL 14, 2023 STATUS REPORT**

Pursuant to the Court's Minute Order entered on February 14, 2023, Plaintiffs, through undersigned counsel, hereby file this Status Report.

1.      DOD voluntarily proposed a production schedule for the initial set of documents responsive to Plaintiffs' subpoena (approximately 1700 pages) and estimated DOD could process and/or produce 500 pages every 60 days. This was applicable only to the 1700 pages identified by CENTCOM.

2.      Pursuant to this schedule, the first production of 500 pages should have been made on or by February 7, 2023, and the second production of 500 pages should have been made on or by April 8, 2023.

3.      DOD has <u>not</u> met this production schedule.

4.       On January 10, 2023, DOD produced 27 pages of documents.

5.      On February 23, 2023, DOD produced 101 pages of documents.

6.      DOD has not produced any additional documents as of the current date.

7.      Thus, DOD has only produced 128 pages out of the 1000 it should have produced by this date.

8.      Plaintiff believes a Court-ordered production schedule is necessary to keep DOD

on track with its production schedule.

9.      Plaintiffs request another Status Report be filed in 30 days, on Monday May 15,

2023, so DOD can provide an update to the Court on the status of production and DOD's current

position on a Court-ordered production schedule.

Dated: April 14, 2023.                          Respectfully submitted,

                                                By: */s/ Dustin B. Herman*
                                                DUSTIN B. HERMAN (*Pro Hac Vice*)
                                                Ohio Bar No. 0093163
                                                **SPANGENBERG SHIBLEY & LIBER LLP**
                                                1001 Lakeside Ave., East, Suite 1700
                                                Cleveland, Ohio 44114
                                                Telephone: (216) 696-3232
                                                Facsimile: (216) 696-3924
                                                Email: dherman@spanglaw.com

                                                */s/ Howard L. Nations*
                                                Howard L. Nations
                                                DC Bar No. TX143
                                                **THE NATIONS LAW FIRM**
                                                9703 Richmond Avenue, Suite 200
                                                Houston, TX 77042
                                                Telephone: (713) 807-8400
                                                Facsimile: (713) 807-8423
                                                Email: howard@howardnations.com

                                                *Counsel for Plaintiffs*