UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BROOK FISHBECK, et al.,          ) <br> ) <br>           Plaintiffs,          ) <br> ) <br>       v.          ) <br> ) <br> THE ISLAMIC REPUBLIC OF IRAN, et al.,          ) <br> ) <br>           Defendants          ) <br> ) | Civil Action No. 1:18-cv-2248-CRC |

**PLAINTIFFS' MOTION TO SUPPLEMENT AND AMEND MOTION
TO APPOINT SPECIAL MASTERS & IMPLEMENT ADMINISTRATIVE PLAN
FOR NON-BELLWETHER LIABILITY DETERMINATIONS**

---

Pursuant to the Court's scheduling order (ECF Dkt. No. 75) and Rule 53 of the Federal Rules of Civil Procedure, on November 21, 2022, Plaintiffs motioned the Court to appoint Special Masters and implement an administrative plain for non-bellwether liability determinations (ECF Dkt. No. 117).  Since then, one of the proposed Special Masters, Rear Admiral John D. Hudson, has informed Counsel for Plaintiffs that he must withdraw for health reasons.  Plaintiffs now move this Court to allow them to supplement and amend their original motion to remove Admiral Hudson as a candidate and propose two new candidates to increase the total number of Special Masters to six.

Plaintiffs believe adding a sixth Special Master would benefit the Court and Plaintiffs in timely processing liability determinations.  The two new proposed Special Masters have likewise reviewed and agreed to the same Administrative Plan, duties and fee structure as the other Special

Masters as spelled out in Plaintiffs' original motion. (ECF Dkt. No. 75, p. 13). Plaintiffs propose the following two new Special Masters:

    **1. Hon. John P. Kuder (Ret.)**

Judge Kuder served as a Circuit Court Judge for 19 years, including Chief Judge for the First Judicial Circuit of Florida for 11 of those years. *See* Kuder CV (Ex. A). Following his retirement in 2006, Judge Kuder served as a mediator until 2010 when he became a partner at McDonald Fleming & Moorehead until 2015 when he moved to Skievaski Kuder & Smith where he currently works. During his tenure, he was honored as Jurist of the Year in 1994 by the American Legion, as well as the Outstanding Jurist Award in 1995 and the 2000 President's Award for Outstanding Achievement by the Escambia-Santa Rosa Bar Association. Before his work as a jurist, Judge Kuder served for six years as a Commissioned Officer in the United States Army Adjutant General Corps. During his service he was nominated as a candidate to be Aide de Camp to Commanding General Rosson. Judge Kuder has also engaged in considerable community service with a focus on high-risk youths and addressing local gangs. He further served as an adjunct professor in constitutional law, criminal law and consumer fraud at the University of West Florida from 1995 to 2006.

    **2. Captain J. Daniel McCarthy, Esq. (Ret.)**

Captain McCarthy is a retired United States Navy officer and Judge Advocate General. *See* McCarthy CV (Ex. B). He graduated from the U.S. Naval Academy in 1977, and then earned his J.D. *cum laude* from Duke University in 1983. He then earned an LLM in International Law with Highest Honors from the George Washington Law School. During his military and legal career he served as the Legal Counsel to Secretary of the Navy John Dalton for seven years; guest instructor at Naval Justice School and U.S. Naval Academy; member of the Anti-Terrorist task

Force for North Florida, and was awarded the Legion of Merit.  From 1998-2002 he was the Commanding Officer of the Trial Service Office, Southeast.  He ranked No. 1 out of 14 Commanding Officers in the JAG Corp for three consecutive years.  Following his retirement from service in 2002, Captain McCarthy has been the Director of Military Affairs for Veteran and Disabled Services, the Chief Assistant State Attorney for the 4th Judicial Circuit of Florida, Director of Special Projects for the Wounded Warrior Project, and Marshal for the 1st District Court of Appeals of Florida, among other positions.

## CONCLUSION

WHEREFORE, for the foregoing reasons, and the reasons laid out in Plaintiff's original motion (ECF Dkt. No. 75), Plaintiffs respectfully move this Court for order authorizing the appointment of the above Special Masters, as well as the Hon. David R. Herndon (Ret.).; Matthew E. D. Besser, Esq.; Michael J. Borden, Esq.; and the Hon. Ronald V. Swanson (Ret.) to assist the Court in adjudicating issues and determining Defendants' liability for non-bellwether attacks.

Dated: May 25, 2023

Respectfully submitted,

By: */s/ Matthew W. Langenberg*
Matthew W. Langenberg DC Bar No. CO00119
**BURG SIMPSON ELDREDGE HERSH JARDINE PC**
40 Inverness Drive E
Englewood, CO 80112
Telephone: 300-792-5595
Facsimile: 303-708-0527
Email: mlangenberg@burgsimpson.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 25, 2023                     Respectfully submitted,

                                        /s/ Matthew W. Langenberg